# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al. <br> _Plaintiff_ <br> v. <br> ANTHROPIC PBC <br> _Defendant_ | ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-1092 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthropic PBC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven A. Riley
Timothy Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nasville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/18/2023

CLERK OF COURT

*Kim Chaos*
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed a copy of the Complaint via Certified Mail, Return Receipt Requested on October 18, 2023 to Defendant, Anthropic PBC's, registered agent. The Complaint was picked up at the postal facility by Ryan MacArthur on October 23, 2023. A copy of the certified mail card and the USPS Tracking page showing service is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/6/23

*Server's signature* — DeDe Gibby

*Printed name and title* — DeDe Gibby, Paralegal

1906 West End Ave.
Nashville, TN 37203
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Ryan MacArthur   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ryan MacArthur<br>C. Date of Delivery |
| 1. Article Addressed to:<br>Anthropic PBC<br>c/o Corporation Service Company<br>251 Little Falls Dr.<br>Wilmington, DE 19808<br><br>9590 9402 7830 2234 7095 75 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2. Article Number (Transfer from service label)<br>7002 2410 0002 3887 2206 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery<br>Return Receipt |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70022410000238872206

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 9:42 am on October 23, 2023 in WILMINGTON, DE 19808.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WILMINGTON, DE 19808
October 23, 2023, 9:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ︿

Track Another Package