# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__JONATHAN ZACHARY KING__, Bar # __JK1915__

was duly admitted to practice in the Court on

__April 26, 1994__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __November 6, 2023__
New York, New York

__Ruby J. Krajick__   By   __s/ V. Adolphe__
Clerk of Court              Deputy Clerk