# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__RICHARD STEPHEN MANDEL__, Bar # __RM4884__

was duly admitted to practice in the Court on

__September 02, 1986__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York      On __November 6, 2023__

__Ruby J. Krajick__
Clerk of Court

By __s/ V. Adolphe__
Deputy Clerk