# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD   DANNAY_____, Bar # _____RD9407_____

was duly admitted to practice in the Court on

_____August 22, 1967_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  _____November 7, 2023_____
         New York, New York

_____Ruby J. Krajick_____   By   _____s/ V. Adolphe_____
Clerk of Court                              Deputy Clerk