# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__TIMOTHY SEUNGMIN CHUNG__, Bar # __5916135__

was duly admitted to practice in the Court on

__September 19, 2023__

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  __October 5, 2023__
New York, New York

__Ruby J. Krajick__    By    __s/ V. Adolphe__
Clerk of Court              Deputy Clerk