# UNITED STATES DISTRICT COURT

Eastern     **DISTRICT OF**     Virginia

## CERTIFICATE OF GOOD STANDING

I, _____ Fernando Galindo _____, *Clerk of this Court,*

*certify that* _____ Nicholas Cooper Hailey _____, *Bar #* 83946 _____,

*was duly admitted to practice in this Court on*

_____ November 16, 2018 _____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Alexandria, VA _____ *on* _____ November 8, 2023 _____.
LOCATION             DATE

Fernando Galindo
*CLERK OF COURT*            *DEPUTY CLERK*