# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

MATTHEW JAN OPPENHEIM , Bar # MO1313

was duly admitted to practice in the Court on

October 17, 2006

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  On  June 20, 2023
New York, New York

Ruby J. Krajick  By  s/ Samantha Gonzalez
Clerk of Court  Deputy Clerk