# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

 JENNIFER LYNN PARISER , Bar # JP9111

was duly admitted to practice in the Court on

 December 31, 1998

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York On October 5, 2023

Ruby J. Krajick
Clerk of Court

By
Deputy Clerk