UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CONCORD MUSIC GROUP, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:23-cv-01092 |
| | ) | |
| v. | ) | Judge Crenshaw |
| | ) | |
| ANTHROPIC PBC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPERANCE

Attorney Olivia R. Arboneaux of Neal & Harwell, PLC, hereby enters a special and limited appearance as counsel for Defendant Anthropic PBC, without waiving objections to personal jurisdiction and venue and preserving all rights to file motions under Fed. R. Civ. P. 12, to answer, or to plead further. Please take notice that, subject to the forgoing, Olivia R. Arboneaux hereby appears as counsel of record for Defendant and requests that all filings be served upon her electronically at the e-mail address listed below.

<u>Dated:</u>    November 9, 2023

Respectfully submitted,

**NEAL & HARWELL, PLC**

/s/  Olivia R. Arboneaux
Aubrey B. Harwell III (BPR # 17394)
Nathan C. Sanders (BPR # 33520)
Olivia R. Arboneaux (BPR # 40225)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

**LATHAM & WATKINS, LLP**

Alli Stillman (*Pro Hac Vice forthcoming*)
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1747
Alli.stillman@lw.com

Sy Damle (*Pro Hac Vice forthcoming*)
555 Eleventh Street, NW, Suite 1000
Washington D.C. 20004
(212) 906-1659
sy.damle@lw.com

Andrew Gass (*Pro Hac Vice forthcoming*)
Joe Wetzel (*Pro Hac Vice forthcoming*)
505 Montgomery St., Suite 2000
San Francisco, 94111
(415) 395-8806
(415) 395-8007
Andrew.gass@lw.com
Joe.wetzel@lw.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing has been served on the following via the Court's electronic filing system:

| | |
|---|---|
| **RILEY & JACOBSON, PLC**<br><br>Steven A. Riley (No. 6258)<br>Tim Harvey (No. 21509)<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>tharvey@rjfirm.com<br><br>*Counsel for Plaintiffs* | **OPPENHEIM + ZEBRAK, LLP**<br><br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey Adu-Appiah<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com<br><br>*Counsel for Plaintiffs* |
| **COWAN, LIEBOWITZ & LATMAN, P.C.**<br><br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: 212-790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com<br><br>*Counsel for Plaintiffs* | |

/s/ Olivia R. Arboneaux
Olivia R. Arboneaux