# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Joseph Richard Wetzel

Bar Number 238008

was duly admitted to practice in this Court on January 10, 2006,
and is in good standing as a member of the bar of this Court.



Signed on November 6, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court