# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

Concord Music Group, Inc. et al

v.

Anthropic PBC

Case No. 3:23-cv-01092

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Andrew Gass hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant Anthropic PBC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Aubrey B. Harwell III
1201 Demonbreun Street, Suite 1000, Nashville, TN 37203
(615) 238-3526
trey@nealharwell.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Andrew Gass    Signature

Name: Andrew Gass
State where admitted and State Bar Number: California, Bar No. 259694
Business Address: 505 Montgomery Street, Suite 2000, San Francisco, CA 94111
Local Address [if different from above]:
Phone: (415) 391-0600
Email: andrew.gass@lw.com

*In filing the present motion, Anthropic specifically reserves all rights to request a change of venue under 28 U.S.C. § 1404 and/or assert any and all defenses available under common law, statutes, or the Federal Rules of Civil Procedure, including, but not limited to, lack of personal jurisdiction, improper venue, lack of standing, and other applicable defenses.

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

See attached.

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

# CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of November, 2023, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system and served all parties of record via the CM/ECF system as indicated below:

Andrew Guerra
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: andrew@oandzlaw.com

Audrey Adu-Appiah
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: aadu-appiah@oandzlaw.com

Jennifer Pariser
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: jpariser@oandzlaw.com

Jonathan Z. King
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Fax: (212) 575-0671
Email: jzk@cll.com

Matthew J. Oppenheim
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: matt@oandzlaw.com

Nicholas C. Hailey
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: nick@oandzlaw.com

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Email: rxd@cll.com

Richard Mandel
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9291
Fax: (212) 575-0671
Email: rsm@cll.com

Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: sriley@rjfirm.com

Timothy Chung
Email: tchung@oandzlaw.com

Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: tharvey@rjfirm.com

    /s/ *Aubrey B. Harwell III*
    Aubrey B. Harwell III