# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Andrew Michael Gass

Bar Number 259694

was duly admitted to practice in this Court on January 28, 2015, and is in good standing as a member of the bar of this Court.



Signed on November 6, 2023 by

*Mark B. Busby*

Mark B. Busby, Clerk of Court