IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

**JOINT MOTION REQUESTING A SCHEDULING CONFERENCE**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Parties jointly move the Court for a Scheduling Conference at the Court's earliest convenience to address scheduling of the Parties' anticipated initial motions.

Plaintiffs will be filing a Motion for Preliminary Injunction and Defendant will be filing a Motion To Dismiss for Lack of Personal Jurisdiction or, in the Alternative, To Transfer Venue.

The Parties have conferred but have been unable to reach an agreement on a briefing schedule for the anticipated motions. Plaintiffs have offered to agree to allow Defendant more time than provided for in the Local Rules for its response to the Complaint, but not for the briefing schedule requested by Defendant. Defendant requested a schedule that would sequence the Parties' initial motions, so the Court can assess whether it has personal jurisdiction over Defendant before adjudicating Plaintiffs' preliminary injunction motion, and offered to agree not to use any incremental intervening time that passed in connection with such a schedule to support its argument that a preliminary injunction is inappropriate. Plaintiffs did not agree to Defendants' proposed schedule, asserting irreparable harm and a pressing need to secure preliminary relief.

In support of this motion, the Parties respectfully submit:

- The Complaint in this matter was filed on October 18, 2023. (Dkt. No. 1). Defendant was served on October 23, 2023. (Dkt. No. 16).

- The Initial Case Management Conference is scheduled for January 11, 2024 at 10:00 a.m. (Dkt. No. 5).

- Plaintiffs intend to file a Motion for Preliminary Injunction by no later than November 16, 2023.

- Defendant intends to file a Motion To Dismiss for Lack of Personal Jurisdiction or, in the Alternative, To Transfer.

- Defendant's response to the Complaint (whether by motion or otherwise) is due on or about November 13, 2023, and Plaintiffs have agreed to Defendant's request for an extension until December 13, 2023, provided that both sides reserve their positions regarding the appropriate sequencing of Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion To Dismiss for Lack of Personal Jurisdiction or, in the alternative, To Transfer.

Given that the Initial Case Management Conference will not occur until January of next year, the Parties respectfully submit that a scheduling conference is needed to establish a briefing and hearing schedule and address related issues. Such a conference should assist the Court and the Parties in efficiently managing and addressing the injunctive relief that Plaintiffs seek and Defendant's objection to the Court's personal jurisdiction and venue. For these reasons, the Parties respectfully ask that the Court set a scheduling conference at the earliest practicable time to assist the Parties in scheduling and otherwise addressing these issues.

Respectfully submitted,

| | |
|---|---|
| *Aubrey B. Harwell III w/permission SAR* | */s/ Steven A. Riley* |
| Aubrey B. Harwell III (No. 017394) | Steven A. Riley (No. 6258) |
| Nathan C. Sanders (No. 33520) | Tim Harvey (No. 21509) |
| Olivia R. Arboneaux (No. 40225) | RILEY & JACOBSON, PLC |
| NEAL & HARWELL, PLC | 1906 West End Avenue |
| 1201 Demonbreun Street, Suite 1000 | Nashville, TN 37203 |
| Nashville, TN 37203 | (615) 320-3700 |
| Telephone: 615.244.1713 | sriley@rjfirm.com |

trey@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel
Andrew M. Gass
(*pro hac vice* applications pending)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman
(*pro hac vice* application pending)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864
alli.stillman@lw.com

Sarang V. Damle
(*pro hac vice* application pending)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
sy.damle@lw.com

*Attorneys for Defendant*

tharvey@rjfirm.com

Matthew J. Oppenheim
Nicholas C. Hailey
Audrey Adu-Appiah
(*pro hac vice* applications pending)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(*pro hac vice* applications pending)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

OF COUNSEL
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(*pro hac vice* applications pending)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: 212-790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aubrey B. Harwell III
Nathan C. Sanders
Olivia R. Arboneaux
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Andrew Gass
Joe Wetzel
LATHAM & WATKINS, LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
andrew.gass@lw.com
joe.wetzel@lw.com

Allie Stillman
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Sy Damle
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington D.C. 20004
sy.damle@lw.com

*/s/ Steven A. Riley*