IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

**JOINT MOTION TO ENLARGE PAGE LIMIT
FOR BRIEFING OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.01(a)(2)-(4), Plaintiffs and Defendant respectfully move the Court for leave to exceed the page limits with respect to a Motion for Preliminary Injunction (the "PI Motion") that Plaintiffs intend to file on or before November 16, 2023. Plaintiffs and Defendant have conferred and jointly request that the Court enlarge the page limits related to the briefing of the PI Motion as follows:

- Plaintiffs' Memorandum in Support of PI Motion: 30 pages.
- Defendant's Response to Plaintiffs' PI Motion: 30 pages.
- Plaintiffs' Reply in Support of Plaintiffs' PI Motion: 15 pages.

Additional pages for briefing in connection with Plaintiffs' PI Motion will ensure that the Parties can adequately address the factual and legal arguments that will arise, including the factors considered in connection with preliminary injunctions, namely, Plaintiffs' likelihood of success on the merits (including a consideration of applicable affirmative defenses), Plaintiffs' irreparable harm, the balance of the equities, and the public interest.

For the foregoing reasons, the parties respectfully request that the Court expand the page limits to 30 pages for Plaintiffs' Memorandum in Support of Plaintiffs' PI Motion, 30 pages for Defendant's Response to Plaintiffs' PI Motion, and 15 pages for Plaintiffs' Reply in Support of Plaintiffs' PI Motion.

Respectfully submitted,

*/s/ Aubrey B. Harwell III w/permission SAR*
Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: 615.244.1713
trey@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel
Andrew M. Gass
(*pro hac vice* applications pending )
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman
(*pro hac vice* application pending)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864
alli.stillman@lw.com

Sarang V. Damle
(*pro hac vice* application pending)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004

*/s/ Steven A. Riley*
Steven A. Riley (No. 6258)
Tim Harvey (No. 21509)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tharvey@rjfirm.com

Matthew J. Oppenheim
Nicholas C. Hailey
Audrey Adu-Appiah
(*pro hac vice* applications pending)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(*pro hac vice* applications pending)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

Telephone: 202.637.2200
sy.damle@lw.com

*Attorneys for Defendant*

OF COUNSEL
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(*pro hac vice* applications pending)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: 212-790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aubrey B. Harwell III
Nathan C. Sanders
Olivia R. Arboneaux
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Andrew Gass
Joe Wetzel
LATHAM & WATKINS, LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
andrew.gass@lw.com
joe.wetzel@lw.com

Allie Stillman
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Sy Damle
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington D.C. 20004
sy.damle@lw.com

/s/ Steven A. Riley