# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Nashville Division

Concord Music Group, Inc., et al.

Case No. | 3:23-cv-01092

v.

Anthropic PBC

Judge | Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Audrey L. Adu-Appiah hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiffs.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.  I am a member in good standing of the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that court.

2.  I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3.  I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4.  I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Steven A. Riley
Riley & Jacobson, PLC
1906 West End Avenue, Nashville, TN 37203
Tel: (615) 320-3700; Email: sriley@rjfirm.com

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ *Audrey L. Adu-Appiah*    Signature

| | |
|---|---|
| Name: | Audrey L. Adu-Appiah |
| State where admitted and State Bar Number: | District of Columbia - 1644635 |
| Business Address: | 4530 Wisconsin Ave NW, 5th Floor, Washington, DC 20016 |
| Local Address [if different from above]: | |
| Phone: | (202) 480-2999 |
| Email: | aadu-appiah@oandzlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Aubrey B. Harwell III
Nathan C. Sanders
Olivia R. Arboneaux
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Andrew Gass
Joe Wetzel
LATHAM & WATKINS, LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
andrew.gass@lw.com
joe.wetzel@lw.com

Allie Stillman
LATHAM & WATKINS, LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Sy Damle
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington D.C. 20004
sy.damle@lw.com

*s/ Steven A. Riley*