Motion (34) is GRANTED.

*[signature]* Waverly D. Crenshaw, Jr.
Chief US District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

### JOINT MOTION TO ENLARGE PAGE LIMIT
### FOR BRIEFING OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7.01(a)(2)-(4), Plaintiffs and Defendant respectfully move the Court for leave to exceed the page limits with respect to a Motion for Preliminary Injunction (the "PI Motion") that Plaintiffs intend to file on or before November 16, 2023. Plaintiffs and Defendant have conferred and jointly request that the Court enlarge the page limits related to the briefing of the PI Motion as follows:

- Plaintiffs' Memorandum in Support of PI Motion: 30 pages.
- Defendant's Response to Plaintiffs' PI Motion: 30 pages.
- Plaintiffs' Reply in Support of Plaintiffs' PI Motion: 15 pages.

Additional pages for briefing in connection with Plaintiffs' PI Motion will ensure that the Parties can adequately address the factual and legal arguments that will arise, including the factors considered in connection with preliminary injunctions, namely, Plaintiffs' likelihood of success on the merits (including a consideration of applicable affirmative defenses), Plaintiffs' irreparable harm, the balance of the equities, and the public interest.