UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br>  Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

# ORDER

The parties have filed a motion asking for a scheduling conference to set a briefing schedule for an anticipated motion for a preliminary injunction and motion to dismiss or transfer venue. (Doc. No. 33.) The motion is GRANTED. A conference is set on November 29, 2023, at 11:00 a.m. Counsel for the parties shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties state that they are unable to agree on the briefing schedules for these motions. By November 27, 2023, the parties shall file a joint statement that includes any areas of agreement, their separate proposed briefing calendars to the extent that they remain unable to reach agreement, and any argument in support of their respective positions.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge