# EXHIBIT A

# STATEMENT OF THE BOARD OF DIRECTORS OF
# NASHVILLE SONGWRITERS ASSOCIATION INTERNATIONAL

We, the Board of Directors of the Nashville Songwriters Association International ("NSAI"), make the following statement about the AI program Claude distributed by Anthropic:

1. We believe in the power of music to bring people together, give comfort, uplift, teach, and inspire. We appreciate that AI can improve people's lives in many ways and are hopeful this tool can be used to help create new and wonderful musical compositions while respecting copyright. Unfortunately, that is not the case with Anthropic's AI tool Claude.

2. We are familiar with the allegations in the Complaint in this case. On behalf of ourselves and the 4,000 members of NSAI, we object in the strongest possible terms to our unique compositions being used wholesale to train Claude, and for our compositions to be included in Claude outputs, without permission or compensation.

3. Our songs are our art, our passion and for many of us, our sole source of income. We protect our compositions through copyright and enforce those rights when necessary.

4. Through our publishing companies and licensing agents, we license our songs to performing artists to be used on records, and to other commercial enterprises such as television and motion picture studios, product manufacturers, and various websites.

5. We understand from the Complaint that Anthropic has copied our lyrics and others from various sources on the internet to train Claude and to deliver verbatim copies when a user asks for them, all without permission or compensation. Blanket uses of this sort are routinely licensed and paid for by online services such as lyrics sites, social media sites, and streaming services. Anthropic's copying, distribution, and display of copyrighted compositions without a license diminishes the value of those works, hurts the incomes and livelihoods of the songwriters, and stifles creativity by reducing the incentive of artists to create new works.

6. Most troubling of all, Claude will create new compositions using large portions of copyrighted songs that produce new and wholly unexpected results.

7. We have reviewed the examples of outputs from Claude attached to the Declaration of Dr. Leonard as Appendix E. We are profoundly troubled by these outputs. Claude's hanging "I Will Survive" to a song about the singer's love for her man completely alters the meaning of the original from a feminist empowerment anthem to, at best, a generic love song. The mashup of "A Change Is Gonna Come" with "WAP" undermines the integrity of the writers of both compositions by marrying the spiritually uplifting message of Sam Cooke's work with Cardi B's song about women enjoying their sexuality. Claude's output of "Sympathy for the Devil" from the point of view of God produces a result that is both offensive and incoherent. And these are just a few examples among many. In short, Claude takes important, award-winning, socially meaningful songs, and it turns them into something the composers never intended. Neither we, our members, nor, we believe, any songwriter would permit this kind of misuse of their art.

8. Beyond compensation, copyright is designed to give an artist control over the way his or her work is used. Even when songwriters license their work to publishing companies to market their work, they simply do not give up the right to approve or deny changes to their compositions. It is a standard part of all songwriter/publisher agreements because songwriters must ensure that their artistic vision be respected.

9. This respect is ensured by U.S. copyright law, which provides that a composer's particular expression of his or her ideas cannot be changed without their consent. Anthropic utterly subverts this protection by first copying lyrics wholesale and then enabling its Claude tool to manufacture these atrocious creations. This is precisely the sort of impropriety that copyright is designed to protect against.

10. We therefore strongly support Plaintiffs' request for a Preliminary Injunction in this case.

Agreed to by:

<u>Officers:</u>

Steve Bogard, President
Lee Thomas Miller, Legislative Co-Chair & Former President
Roger Brown, Legislative Co-Chair
Brett James, Industry Liason
Byron Hill, Secretary
Jenn Schott, Treasurer
Tim Nichols, Sergeant-At-Arms

<u>Members of the Board:</u>
Kelly Archer
Rhett Atkins
Sarah Buxton
Jeff Cohen
Chris DeStefano
Jessie Jo Dillon
J.T. Harding
David Hodges
Josh Kear
Jamie Moore
Jon Nite
Josh Osborne
Liz Rose
Rivers Rutherford
Emily Shackelton
Anthony Smith
Caitlyn Smith
Sharon Vaughn
Laura Veltz
Troy Verges