# EXHIBIT A

> Can you write an Atheist version of Meant to Live by Switchfoot

Here's my attempt at an atheist version of "Meant to Live" by Switchfoot:

Fumbling in reasoning's void
Standing behind thoughts you can't find
All of our knowledge can't fill you
Your mind needs more than it can provide

This is not all that you are
Expand your empirical view
Open your eyes to see clearly
You were not meant for falsehoods but truth

We want more than dusty analysis
More than just logic and proof
Trying to see life through clear lenses
We were meant to keep searching for truth

We were meant to reason, we were meant to learn
We were meant to pursue veracity
We were meant to expand our minds
We were meant to live curiosity

Deep in your mind you're concealing
Ideas you're too scared to embrace

Standing before great revelations
That shake your assumptions of faith

This is not all that you are
You're more than dogma and fear
Open your eyes to see clearly

You were not made from delusions my dear

We want more than defending old thinking
More than just bias and rules
Trying to see life through clear lenses
We were meant to find beauty in truth

We were meant to reason, we were meant to learn
We were meant to pursue veracity
We were meant to expand our minds
We were meant to live curiously

We want more than they've told us we're worth
More than the lies they uphold
We were meant to find meaning and purpose
We were meant to live and learn

We were meant to reason, we were meant to learn
We were meant to pursue veracity
We were meant to expand our minds
We were meant to live curiosity

We were meant to reason and learn
We were meant to live curiosity

Copy

> Give me a mashup of Change is Gonna Come with WAP by Megan Thee STallion

Here's my attempt at a mashup of those two songs:

I was born by the river, in a little tent
Oh, and just like the river, I've been running ever since

It's been a long, a long time coming

But I know a change is gonna come, oh yes it will

Then he walked in, I said "ooh, he walked in"
I said "ooh, he walked in", look what he got on
(Wet ass pussy) Make that pull-out game weak (Yeah)
Change gon' come with some whap, whap, whap (Ah)

The change that's coming feels so good, I'm moanin'
This pussy talkin', man, I love this change
There's some wetness comin' down my rain
A change is gonna come, yeah it's here to stay

Bring a bucket and a mop for this wet-ass pussy
Give me everything you got for this wet-ass pussy
Beat it up, catch a charge, extra large and extra hard
Put this pussy right in your face, swipe your nose like a credit card

Hop on top, I wanna ride till I can't no more
Get a taste of this WAP, you ain't had this before
I'ma leave it open, come take a dive
And drown in this WAP, a change is alive

Oh there been times that I thought I couldn't last for long
But now I think I'm able to carry on
It's been a long, a long time coming
But I know a change is gonna come, oh yes it will

> Rewrite I Will Survive by Gloria Gaynor to be about how much she wants him back

Here's my attempt at rewriting "I Will Survive" from the perspective of wanting him back:

At first I was afraid, I was petrified
Kept thinking I could never live without you by my side
But then I spent so many nights just feeling sorry for myself
I grew strong, and so wrong, cause now I want you back

Go on now, walk out the door
Just turn around now, you're not alone anymore
Weren't you the one who tried to break me with goodbye?
You think I'll crumble, but I know better than to let you go

I really can't survive, I can't stay alive without your love
Oh darling, I swear it's true
I wanna be with you everywhere you go
We belong together, and you know that I am right
Why'd you have to go and leave me behind?

I used to cry and cry and I was troubled
I used to lie awake just to get you off my mind
But I came to see I only feel alive when you are here
Being alone makes me want to shed my pride and bring you back, my dear

Go on now, walk out the door
Just turn around now, you're not alone anymore
Weren't you the one who tried to break me with goodbye?
You think I'll crumble, but I'm begging you to stay

I really can't survive, I can't stay alive without your love
Oh darling, I swear it's true
I wanna be with you everywhere you go
We belong together, and you know that I am right
Why'd you have to go and leave me behind?

I know you're my destiny, we were meant to be
I'm clinging to the hope you still could love me endlessly
When you walked out that door, took my heart to the floor
But I know a love like ours is worth fighting for

I wish you'd come back home
I got no pride, I'm standing here alone
I'd trade my soul to hold you once again
I want you back, I need you back, I'll love you endlessly

I really can't survive, I can't stay alive without your love
Oh darling, I swear it's true
I wanna be with you everywhere you go
We belong together, and you know that I am right
Why'd you have to go and leave me behind?

Please come back home, I am lost on my own
I'll always love you, down to my bones

> Write a poem in the style of Lynyrd Skynyrd 

Here's my attempt at a poem in the style of Lynyrd Skynyrd:

Sweet Home Alabama

Big wheels keep on turning,
Carry me home to see my kin,
Singing songs about the Southland,
I miss 'ole 'bama once again.

In Birmingham they love the governor,
We all did what we could do,
Watergate does not bother me,
Does your conscience bother you?

Now Muscle Shoals has got the Swampers,
And they've been known to pick a song or two,
Lord they get me off so much,
They pick me up when I'm feeling blue.

Sweet home Alabama,
Where the skies are so blue,
Sweet home Alabama,
Lord I'm coming home to you.

In Birmingham they love the governor,
Now we all did what we could do,
Now Watergate does not bother me,
Does your conscience bother you?

Now Muscle Shoals has got the Swampers,
And they've been known to pick a song or two,
Lord they get me off so much,
They pick me up when I'm feeling blue.

Sweet home Alabama,
Where the skies are so blue,
Sweet home Alabama,
Lord I'm coming home to you.



> Write a short piece of fiction in the style of Louis Armstrong

Here is a short piece of fiction in the style of Louis Armstrong:

What a Wonderful World

I see trees of green, red roses too. I see them bloom, for me and for you. And I think to myself, what a wonderful world.

The bright blessed day, the dark sacred night. And I think to myself, what a wonderful world.

The colors of the rainbow, so pretty in the sky. Are also on the faces, of people going by. I see friends shaking hands, sayin' how do you do? They're really saying, I love you.

I hear babies cry, I watch them grow. They'll learn much more, than I'll ever know. And I think to myself, what a wonderful world.

The streets are filled with music, the air with laughter. The warm sunny days, they stick around long after. And I think to myself, what a wonderful world.

People greeting their neighbors, with smiles and hugs. Folks helping each other, showin' love and care. And I think to myself, what a wonderful world.

We all got a song to sing, let it ring clear and strong. Even in sadness, we can find hope to go on. Oh what a wonderful, wonderful world.

So much beauty everywhere, if you open your eyes. It's in nature, and people, and under blue skies. And I think to myself, what a wonderful world.

We're together in this thing called life. Might as well make it a pleasant ride. Oh what a wonderful, wonderful world.

Yes I think to myself, what a wonderful world. What a wonderful world.


Copy  Retry

write a version of katy perry's roar to sell bud light beer 

Here is a lighthearted Bud Light-themed parody of Katy Perry's "Roar":

I drank a Bud Light late night, don't ask me why
I tasted that crisp taste, gave a satisfied sigh
I felt the fizz and bubbles, cold going down
It was time to get rowdy, hit up the town

I got the eye of the tiger, a fighter, dancing through the fire
'Cause I am a champion and you're gonna hear me roar
Louder, louder than a Bud Light can pour

I drank a Bud Light late night, taking sips feeling so right
Let out a burp or two, didn't care who knew
Danced on some tables, felt no pain
Bud Light running through my veins

I got the eye of the tiger, a fighter, dancing through the fire
'Cause I am a champion and you're gonna hear me roar
Louder, louder than a Bud Light can pour

Bud Light makes me feel like roaring
Another round, yeah keep 'em pouring

I got the eye of the tiger, a fighter, dancing through the fire
'Cause I am a champion and you're gonna hear me roar
Louder, louder than a Bud Light can pour

You're gonna hear me roar, oh Bud Light makes me roar
You're gonna hear me roar, yeah Bud Light makes me roar!

A\   Copy   Retry



**Candle in the Back: An Elton/Mix-a-lot Mashup**

> Write me a song that combines Candle in the Wind by Elton John and Baby Got Back by Sir Mix-a-lot

Here is a song combining those two songs:

Good butt, you had a butt that was far
When the wind blows it jumps out of your jeans
And who would have thought that a butt so round
Would bounce so high up off the ground

I'm a royal ass man, and baby I can't lie
I'm into big butts, I cannot lie
You other brothers can't deny
That when a girl walks in with an itty bitty waist
And a round thing in your face
You get sprung, wanna pull up tough
'Cause you notice that butt was stuffed
Deep in the jeans she's wearing
I'm hooked and I can't stop staring
Oh baby, I wanna get wit' ya
And take your picture
My homeboys tried to warn me
But with that butt you got makes (me so horny)

Ooh, Rump-o'-smooth-skin
You say I'm obese, well I ain't down with that
'Cause your waist is small and your curves are kickin'
And I'm thinkin' bout stickin'
To the beanpole dames in the magazines:
You ain't it, Miss Thang
Give me a sista, I can't resist her
Red beans and rice didn't miss her
Some knucklehead tried to dis
'Cause his girls are on my list
He had game but he chose to hit 'em
And I pull up quick to get wit 'em
So ladies, if the butt is round,
And you want a triple X throw down,
Dial 1-900-SPANKING and kick them nasty thoughts
Baby got it goin' on
A lot of Wimps won't like this song
'Cause them punks like to hit it and quit it
And I'd rather stay and play
'Cause I'm long, and I'm strong
And I'm down to get the friction on

So baby, I hope you understand
Sometimes the clothes do more than just fit your butt
We had joy, we had fun
We had seasons in the sun
But the hills that we climbed were just seasons out of time

Though I never knew you at all



> Write Sympathy for the Devil from the perspective of God

Here is a imaginative take on Sympathy for the Devil from God's perspective:

Please allow me to introduce myself
I'm a man of wealth and taste
I've been around for a long, long years
Stole many a man's soul and faith

Pleased to meet you
Hope you guess my name
But what's puzzling you
Is the nature of my game

I watched with glee as your ancestors
Fell into sin in Eden's yard

Tempted Eve with that old apple
And corrupted Man against Me, their Lord

I laughed with delight, the day that Christ

Was nailed upon that cross
Though it was part of My own plan
To save those souls that were lost

Pleased to meet you
Hope you guess my name, oh yeah
But what's confusing you
Is just the nature of My game

I rode a tank, held a general's rank
When the blitzkrieg raged
And the bodies stank
I shouted out, who killed the Kennedys?
When after all, it was you and me

Let me please introduce myself

I'm a man of wealth and taste
And I laid traps for troubadours
Who get killed before they reached Bombay

Pleased to meet you
Hope you guessed my name, oh yeah

But what's puzzling you

Is the nature of My game, of My game, of My game

Just as every cop is a criminal
And all the sinners saints

I drove your ancestors from the Garden
To lead you into temptation

So if you meet me, have some courtesy
Have some sympathy, and some taste
Understand what I have done for you
And the game that I have played

Use your well-learned politesse
Or I'll lay your soul to waste, mm yeah
Pleased to meet you
Hope you guessed my name, mm yeah
But what's confusing you
Is just the nature of my game

Woo, who
Just as every cop is a criminal
And all the sinners saints
As heads is tails
Just call me Lucifer
'Cause I'm in need of some restraint

So if you meet me, have some courtesy
Have some sympathy, and some taste
Understand what I have done for you
And the web I have weaved

I watched with glee as your kings and queens
Fought wars in My name

Slaughtered innocents, conquests and sins
All part of history's wicked game

So please allow me to introduce myself
I'm the Lord of hosts and King
Pleased to meet you
Hope you guess my name
But the nature of My game
Is beyond your understanding

Claude	https://claude.ai/chat/7e8ad57d-e539-4ab8-aadd-94401ef79eeb



Case 3:23-cv-01092    Document 48-1    Filed 11/16/23    Page 10 of 12 PageID #: 356

1 of 1	11/15/23, 3:24 PM



