# EXHIBIT B



Please Drink Responsibly.
©2023 The GlenDronach Scotch Whisky, 43% alc. by vol. Imported by Brown-Forman Beverages, Louisville, KY. Please do not share or forward this content with anyone under the legal drinking age.

LOGIN

ROYALTY CALCULATOR  MARKET WATCH  PRO CHARTS

TRENDING TOPICS ▶  EARNINGS SEASON | 1989 (TAYLOR'S VERSION) | LEGAL NEWS |

- Spotify Plans to Charge for Fraud: How It Works & Who It ...
- For King & Country Extends Record Streak Atop Christian ...
- YouTube Cracks Down on AI-Generated Voice Clones

**WELCOME TO BILLBOARD PRO**

The music industry's No. 1 source for breaking news, business analysis, executive power lists, and in-depth special reports - plus access to more than 250 members-only charts.

**SUBSCRIBE NOW »**
TO BECOME A PRO READER

NEED PRO ACCESS FOR YOUR WHOLE TEAM? GET DISCOUNTS ON GROUPS OF 5 OR MORE USERS  LEARN MORE

MUSIC NEWS  06/27/2016

# Google Licenses LyricFind for Search Results

Lyrics have increased in popularity, and will be increasing songwriters' bottom lines too -- according to LyricFind's co-founder.

BY ALEX PHAM



Ray Laskowitz/Getty Images

SStarting today, music publishers and songwriters will have a brand new source of revenue.

Google has signed a multi-year licensing deal with Toronto-based LyricFind to display song lyrics in its search results, both companies announced today. A query for the lyrics to a specific song will pull up the words to much of that song, freeing users from having to click through to another website. Google rolled out the lyrics feature in the U.S. today (June 27), though it has licenses

to display the lyrics internationally as well.

*(Disclosure: Billboard operates [a chart](#) powered by LyricFind.)*

 

**+ RELATED**

HYBE's 'New' K-Pop Artist MIDNATT Is Using AI Technology for a Remarkably Human Purpose

While the terms of the deal weren't disclosed, LyricFinder Chief Executive and co-founder Darryl Ballantyne projects publishers and songwriters seeing "millions" of dollars in additional revenue from this arrangement.

**[Beatles Branding: Sony/ATV Taps Epic Rights to License Lennon/McCartney Lyrics](#)**

"It should be a significant revenue stream," Ballantyne said. "I can't get into the rates, but we expect it to be millions of dollars generated for publishers and songwriters as a result of this. It's all based on usage. Royalties are paid based on the number of times a lyric is viewed. The more it's viewed, the more publishers get paid."

For Google, the arrangement is designed to capture the significant amount of traffic around lyrics — and subsequently funnel them towards its Google Play Music services. (To see the full song lyrics, Google invites searchers to a page promoting its free radio and paid on-demand services.) Google has been steadily adding more information about music directly on its search results page, pulling snippets from Wikipedia and elsewhere about albums, artists and songs on the top and right hand side of its search results pages.

Informally, sites that post lyrics have operated under the radar for years, generating untold advertising revenue from billions of searches. While some have licenses to display the lyrics, many do not.

**[Sprite Covering Its Cans With 2Pac, Missy Elliott and J. Cole Lyrics](#)**

LyricFind was among the first companies to see an opportunity in legitimizing and monetizing uses of online lyrics. Founded in 2004, the company began by recruiting publishers and then persuading sites to pay up. Today, the company manages the rights to lyrics from more than 4,000 publishers, licensing to online services and sites across 100 countries. LyricFind expects to expand its service to 200 countries over the next year, Ballantyne projects. Among its licensees are Deezer and Amazon, which displays lyrics that are synchronized to songs as they play. The popularity of lyrics has helped LyricFind double its revenue over the past two years, Ballantyne said.

This is potentially bad news for licensed lyric sites such as AZLyrics.com, which has long dominated search results, and the unlicensed sites as well. With viewers able to see much of a given song's lyrics immediately, click-through rates to these sites are likely to decline.

---

**+ READ MORE ABOUT**    DIGITAL & MOBILE

---

## MORE FROM PRO



**STREAMING**

**Spotify Plans to Charge for Fraud: How It Works & Who It Affects the Most**

BY ELIAS LEIGHT     2 hrs ago

---

**CHART BEAT**

**For King & Country Extends Record**



Streak Atop Christian Airplay With 'What Are We Waiting For?'

BY JIM ASKER  2 hrs ago



TECH
YouTube Cracks Down on AI-Generated Voice Clones

BY ELIAS LEIGHT  6 hrs ago



TECH
Warner Music Uses AI to Recreate Voice and Image of Late French Singer for Film

BY KRISTIN ROBINSON  7 hrs ago



STREAMING
Now It's Easier to Stream Your Favorite TikTok Song

BY ELIAS LEIGHT  7 hrs ago

SEE ALL NEWS →

ADVERTISEMENT



**Most Popular**

1. John Amos and a Family at War With Itself

2. Melania Trump's Former Aide Claims She Had an 'Ongoing Pre-approved List' of Words to Be Described As

3. Egypt's Billion-Dollar Museum Is Getting Ready to Open as the Country's Tourism Sector Weathers the Israel-Hamas Conflict

4. Chad Johnson And Terrell Owens Reminisce On 12-Hour, 17-Woman Orgy

**You May Also Like**



The Beatles' New Eton Collab Captures the Fab Four's Signature and Timeless Style
4 hrs ago



André 3000 Shares Frank Ocean And Tyler, the Creator's Reactions To 'New Blue Moon' Album
5 hrs ago



New Exhibit Shows How Paul Poiret, Jeanne Lanvin and Cartier Helped Shape 'Modern Paris'
5 hrs ago



DraftKings Adds Prop Bet Function Amid Feud With Fantasy Rivals
3 hrs ago



**Follow Us**  

**The Daily** A daily briefing on what matters in the music industry

Your email

By providing your information, you agree to our Terms of Use and our Privacy Policy. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google Privacy Policy and Terms of Service apply.

**Have a Tip?**
Send us a tip using our anonymous form.

SEND US A TIP →



| Billboard | Legal | Sitemap | Subscriptions |
|---|---|---|---|
| Subscribe | Privacy Policy | Charts | |
| About Us | Terms of Use | Music | SUBSCRIBE |

