# EXHIBIT C

# Lyrics

Lyrics on Spotify are licensed and synced by Musixmatch.

Becoming a verified artist on Musixmatch makes it easy to add, edit, and sync your lyrics on Spotify for free.

## Signing up for a Musixmatch account

1. Head to Musixmatch Pro and choose a plan. Musixmatch Pro plan tiers range from free to paid, each unlocking a variety of capabilities. The free tier plan is all you need to add, edit, and sync lyrics on Spotify yourself.
**Note:** You can find the free plan below the paid options: **Sign-in and continue with the free plan**
2. After you've chosen a plan, create a Musixmatch Pro account and fill out your info.
**Tip:** Use an email address associated with your artist, label, or management company when signing up to help Musixmatch's team verify your identity.

## Becoming a verified artist

1. Select **Roster** from your Musixmatch Pro homepage, then **Add artist**.
2. Add a link to your Spotify artist profile and complete the required info. Learn how to find your Spotify artist URL
3. Musixmatch will begin the verification process to confirm your identity as the artist or a member of their team. Look out for an email from them within a few business days confirming verification or asking for more info.

## Adding your lyrics

A free, ad-supported Spotify account is all you need to add, edit, and sync your lyrics through Musixmatch. If you link your Spotify Premium account, Musixmatch automatically pairs your Spotify catalog with your Musixmatch Pro account.

1. Select **Roster** from your Musixmatch Pro homepage.
2. Pick a song from your **To Do** or **Music** tabs and select **Lyrics**.
3. Add or edit your lyrics.
4. Hit **Send** to publish your lyrics to Spotify and other platforms.
**Note:** It can take a few days for the changes to reflect on Spotify.

### Tips and guidelines

- Transcribe your lyrics in full, including all repeated words and sections. Don't use multipliers like "x2"
- Only transcribe the lyrical audio content of your song
- Use tags like #VERSE and #CHORUS to label different sections of your song
- Transcribe your lyrics in their native script

Check out Musixmatch's guide for more tips on transcribing and formatting your lyrics

## Syncing lyrics with music

Sync your lyrics so listeners can follow along in real time as they play your songs.

You can manually upload your audio files to Musixmatch via the **Audio** tab. If you've connected your Spotify Premium account, Musixmatch automatically fetches your songs' audio files.

1. Select **Roster** from your Musixmatch Pro homepage.
2. Pick a song from your **To Do** or **Music** tabs and select **Sync**.
3. Musixmatch breaks your lyrics out line by line. Listen to the song and adjust the timestamps of each line accordingly.
4. Hit **Send** to publish the changes to Spotify and other platforms.
**Note:** It can take a few days for the changes to reflect on Spotify.

### Tips and guidelines

- Synchronize each line in time with the music when the first word of the line is sung
- If there are multiple voices in your song, sync the main vocals

Check out Musixmatch's guide for more tips on syncing your lyrics

## Lyrics in Japan

In Japan, lyrics are managed by PetitLyrics.

To add or change lyrics, create an account on PetitLyrics.

Can't find what you're looking for?    Contact us

**Was this article helpful?**

Yes    No



