# EXHIBIT E



Deals

# Google-backed Anthropic raises $450 mln in latest AI funding

By **Krystal Hu** and **Jaiveer Shekhawat**

May 23, 2023 2:54 PM EDT · Updated 6 months ago



Anthropic logo is seen in this illustration taken March 31, 2023. REUTERS/Dado Ruvic/Illustration *Acquire Licensing Rights*

May 23 (Reuters) - Anthropic, an artificial intelligence startup competing with OpenAI in building AI foundation models, said on Tuesday it had raised $450 million from investors including Alphabet Inc's (GOOGL.O) Google and Spark Capital.

The latest round brings Anthropic's total funding to nearly $1 billion, making it one of the most well-funded AI startups. The company did not disclose its valuation, but sources put it at nearly $5 billion.

*Advertisement · Scroll to continue*



Foundation models are the next wave in AI, trained on a vast quantity of data that can be used for different tasks with minimal fine-tuning, instead of being task-specific.

Fundraising for AI remains a bright spot for startups, which have seen investments slow down. In the first quarter, generative AI companies raised over $1.7 billion across 46 deals, PitchBook data showed.

Foundation model startups such as OpenAI, Anthropic and Cohere have been racing to raise funding for the expensive development of large models which consume a huge amount of computing power.

*Advertisement · Scroll to continue*





Interest in AI has grown after Anthropic's rival OpenAI launched ChatGPT last year and raised $10 billion from its strategic backer Microsoft Corp (MSFT.O), but regulators are concerned about the potential use of the technology to spread misinformation.

Anthropic, founded by former OpenAI executives, said its AI systems are safe because they would not tell users how to build a weapon or use racially biased language. Its Claude models are seen as major competitors to OpenAI's GPT-4 as enterprises host events to test models.

*Advertisement · Scroll to continue*

Zoom Video Communications Inc (ZM.O), an investor in the round, said last week it would integrate the startup's models into its video-conferencing platform.

"We believe there will be two big winners and Anthropic has the best research team," said Matt Murphy, partner at Menlo Ventures, another investor. "We validated the interest from major strategics who have big plans to integrate Anthropic into their applications."

Other investors in the round include Salesforce and Sound Ventures. Google, which is developing its own foundation model, returns after participating in Anthropic's last round.

Yasmin Razavi, a general partner at Spark Capital, has joined Anthropic's board of directors.

Reporting by Jaiveer Singh Shekhawat in Bengaluru and Krystal Hu in New York; Editing by Shweta Agarwal

Our Standards: **The Thomson Reuters Trust Principles.**



**Acquire Licensing Rights** ↗



**Krystal Hu**
Thomson Reuters



Krystal reports on venture capital and startups for Reuters. She covers Silicon Valley and beyond through the lens of money and characters, with a focus on growth-stage startups, tech investments and AI. She has previously covered M&A for Reuters, breaking stories on Trump's SPAC and Elon Musk's Twitter financing. Previously, she reported on Amazon for Yahoo Finance, and her investigation of the company's retail practice was cited by lawmakers in Congress. Krystal started a career in journalism by writing about tech and politics in China. She has a master's degree from New York University, and enjoys a scoop of Matcha ice cream as much as getting a scoop at work.

## Read Next



**World**
Canada likely to greenlight Glencore-Teck deal despite... foreign deals

**Disrupted**
Airbnb acquires AI startup GamePlanner.AI ...Airbnb said on Monday it acquired GamePlanner.AI, a 12-...

**Deals**
Exclusive: Yandex NV could sell Russian assets all at once ...Yandex N.V., a Dutch holding company is considering selling...

**Deals**
Orlen in advanced talks to buy Kuwait Petroleum's ... ...Polish state-cont...






Case 3:23-cv-01092    Document 48-5    Filed 11/16/23    Page 3 of 4 PageID #: 371

As Glencore prepares for a long grind to convince Canada of the virtues of the Swiss trader-led...  person startup, for an...  all its Russian assets at once,...  Polish state-controlled gas group Orlen in talks to buy Kuwa

Sign up

More from Reuters

Markets ›



**Alphabet CEO, in Play store trial, acknowledges some materials not retained**

Technology · November 14, 2023 · 3:11 PM EST · 30 min ago

In federal court on Tuesday, Alphabet CEO Sundar Pichai acknowledged that he sometimes marked documents as "privileged" and never turned off a setting that caused internal chats to automatically delete after one day.

Technology

**Chelsea Manning: Tech more efficient than laws to ensure privacy**

Chelsea Manning, a former U.S. army analyst and WikiLeaks source, said on Tuesday that technology tools can be more...

2:26 PM EST



Business

**Exclusive: Goldman Sachs discusses bigger bonuses for top traders, dealmakers - sources**

2:35 PM EST



World

**India's Sahara conglomerate chief Subrata Roy dies**

3:17 PM EST · Updated 24 min ago



World at Work

**UAW workers at GM's Spring Hill plant vote against tentative deal**

2:26 PM EST

Latest
Home

Browse
World
Business
Markets
Sustainability
Legal
Breakingviews
Technology
Investigations
Sports
Science
Lifestyle

Media
Videos
Pictures
Graphics

About Reuters
About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed
Download the App (iOS)
Download the App (Android)
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us
    

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us | Advertising Guidelines | Coupons | Cookies | Terms of Use | Privacy | Digital Accessibility | Corrections | Site Feedback
Acquire Licensing Rights

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2023 Reuters. All rights reserved