# EXHIBIT F



A \

Product   Research   Company   News   Careers   Request Access

# Meet Claude

A next-generation AI assistant for
your tasks, no matter the scale

Submit business interest          Talk to Claude

### Safer

With Constitutional AI built in, Claude is
designed to reduce brand risk. Best in class data
retention, and no training on your data.

### Clever

Leading the industry with 100K+ token
windows, Claude can handle complex multi-
step instructions over large amounts of content.

### Yours

Personalize Claude to excel at your use cases
and speak in your voice. Make the model work
for you.

# Our Partners

    

# Our Models



### Claude

Our most powerful model, which excels at a wide range of tasks
from sophisticated dialogue and creative content generation to
detailed instruction.



### Claude Instant

A faster, cheaper yet still very capable model, which can handle a
range of tasks including casual dialogue, text analysis,
summarization, and document comprehension.

- Complex reasoning
- Creativity
- Thoughtful dialogue
- Coding
- Detailed content creation

- Performance at low cost
- Reduced latency
- Lightweight dialogue
- Moderation
- Classification

See Pricing

# Put Claude to work

Customer Service        Legal        Coaching        **Search**        Back-office        Sales

> Where can I get good coffee in my neighborhood?

> The Fresh Pot on 26 Ave has high customer ratings for quality and service.

Claude is able to integrate seamlessly into web search as well as private search over knowledge bases, synthesizing search results triggered by user questions into natural language answers.

# Build with Claude's skills

Claude's skills can be combined to simplify even the most complex tasks



### Process mountains of text

Whether you're dealing with documents, emails, FAQs, chat transcripts, records, or something else, Claude is here to help. Claude can edit, rewrite, summarize, classify, extract structured data, do Q&A based on the content, and more.



### Have natural conversations

Claude can take on a variety of roles in a dialogue. Provide details on the role and an FAQ for common questions, and Claude will engage in relevant, naturalistic back-and-forth conversation.



### Get answers

Claude has extensive general knowledge honed from its vast training corpus, with detailed background on technical, scientific, and cultural knowledge. Claude can speak a variety of common languages, as well as programming languages.



### Automate workflows

Claude can handle a variety of basic instructions and logical scenarios, including formatting outputs as desired, following if-then statements, and making a series of logical evaluations in a single prompt.

# FAQs

| | |
|---|---|
| Is Claude secure with my enterprise data? | + |
| Where can I see your model card? | + |
| How does the API work? | + |
| What versions of Claude are available? | + |
| What is your pricing? | + |
| What languages does Claude support? | + |
| Can Claude access the internet? | + |
| What does constitutional training do? | + |
| What does "HHH" mean? | + |
| How do you further customize Claude's behavior? | + |
| Can Claude models be finetuned? | + |
| How long is Claude's context window? | + |
| Can Claude do embeddings? | + |

## Product News

See All

now available to every AWS customer

Sep 28, 2023 · 3 min read

Claude's long context window

Sep 23, 2023 · 8 min read

Sep 7, 2023 · 58 sec read

