# EXHIBIT G

# Meet Claude

A next-generation AI assistant for your tasks, no matter the scale

Submit business interest     Talk to Claude



### Safer

With Constitutional AI built in, Claude is designed to reduce brand risk. Best in class data retention, and no training on your data.



### Clever

Leading the industry with 100K+ token windows, Claude can handle complex multi-step instructions over large amounts of content.



### Yours

Personalize Claude to excel at your use cases and speak in your voice. Make the model work for you.

## Our Partners

Quora    slack    Notion    zoom    AssemblyAI

## Our Models

### Claude

Our most powerful model, which excels at a wide range of tasks from sophisticated dialogue and creative content generation to detailed instruction.

Good for:
- Complex reasoning
- Creativity
- Thoughtful dialogue
- Coding
- Detailed content creation

### Claude Instant

A faster, cheaper yet still very capable model, which can handle a range of tasks including casual dialogue, text analysis, summarization, and document comprehension.

Good for:
- Performance at low cost
- Reduced latency
- Lightweight dialogue
- Moderation
- Classification

See Pricing

## Put Claude to work

Customer Service   Legal   Coaching   Search   Back-office   Sales

A product recently

## Build with Claude's skills

Claude's skills can be combined to simplify even the most complex tasks



**Process mountains of text**

Whether you're dealing with documents, emails, FAQs, chat transcripts, records, or something else, Claude is here to help. Claude can edit, rewrite, summarize, classify, extract structured data, do Q&A based on the content, and more.



**Have natural conversations**

Claude can take on a variety of roles in a dialogue. Provide details on the role and an FAQ for common questions, and Claude will engage in relevant, naturalistic back-and-forth conversation.



**Get answers**

Claude has extensive general knowledge honed from its vast training corpus, with detailed background on technical, scientific, and cultural knowledge. Claude can speak a variety of common languages, as well as programming languages.



**Automate workflows**

Claude can handle a variety of basic instructions and logical scenarios, including formatting outputs as desired, following if-then statements, and making a series of logical evaluations in a single prompt.

# FAQs

Is Claude secure with my enterprise data? +

Where can I see your model card? +

How does the API work? +

What versions of Claude are available? +

What is your pricing? +

What languages does Claude support? +

Can Claude access the internet? −

No. Claude is designed to be self-contained, and will respond without searching the internet. You can, however, provide Claude with text from the internet and ask it to perform tasks with that content.

What does constitutional training do? +

What does "HHH" mean? +

How do you further customize Claude's behavior? +

Can Claude models be finetuned? +

How long is Claude's context window? +

Can Claude do embeddings? +

## Product News

See All

**Claude on Amazon Bedrock now available to every AWS customer**

Sep 28, 2023 • 3 min read

**Prompt engineering for Claude's long context window**

Sep 23, 2023 • 8 min read

**Introducing Claude Pro**

Sep 7, 2023 • 58 sec read

# Add Claude to your team

Try Claude and see how AI can add value to your team today.

Request Access

| Product | Press Inquiries | Terms of Service | © 2023 Anthropic PBC |
| --- | --- | --- | --- |
| Research | Support | Privacy Policy | |
| Index | Twitter | Acceptable Use Policy | |
| Company | LinkedIn | Responsible Disclosure Policy | |
| News | | Compliance | |
| Careers | | | |