# EXHIBIT L

engadget

Login

Reviews   Buying Guides   Gaming   Gear   Entertainment   Tomorrow   Deals   News   Video   Podcasts

Apple M2 Mac Mini early deal   AI is outperforming meteorologists   The best gifts for cyclists   PlayStation Portal review   Early Black Friday deals

# Amazon bets $4 billion on OpenAI rival Anthropic

Anthropic builds the 'Claude 2' AI chatbot and trains massive models for companies.

Steve Dent
Reporter
Mon, Sep 25, 2023 · 2 min read

1



SOPA Images via Getty Images

Amazon is investing up to $4 billion in OpenAI rival Anthropic as a way to provide advanced deep learning and other services to its Amazon Web Service (AWS) customers, the company wrote in a press release. In return, AWS becomes Anthropic's "primary cloud provider" to train and deploy its future foundation models. It's the second large investment in the company, founded by former OpenAI executives, following Google's $400 million partnership with the firm.

The e-commerce company will start with a $1.25 billion investment to gain a minority stake in Anthropic, with an option to boost that to a total of $4 billion. Along with Google and Amazon, Anthropic also counts Salesforce, Zoom, Spark Capital and others as backers. Notably, Anthropic's deal with Google didn't require it to buy cloud services from the search giant.

Anthropic recently unveiled its first consumer-facing chatbot Claude 2, accessible by subscription much like OpenAI's ChatGPT. The Claude "Constitutional AI" system is guided by 10 "foundational" principals of fairness and autonomy and is supposed to be harder to trick than other AI. Anthropic is also working on a chatbot it calls "Claude-Next" that's supposed to be ten times more powerful than any current AI, according to TechCrunch.

The startup touts itself as an advocate for responsible AI deployment, and recently formed an AI safety group with Google, Microsoft and Open AI. It has been with AWS since 2021. "Claude excels at a wide range of tasks, from sophisticated dialogue and creative content generation to complex reasoning and detailed instruction, while maintaining a high degree of reliability and predictability," according to Amazon.

Instead of training their own models, AWS customers will be able to use Anthropic's AI models via Amazon's Bedrock, a service designed

specifically for AI development. Amazon Cloud also offers its own AI applications, and with the new partnership, is hoping to position itself as a key player in the field.

Microsoft-backed OpenAI is largely considered to be the leader in AI and chatbot tech, thanks to its ultra-popular ChatGPT chatbot and DALL-E image generation service. Use of AI in business continues to grow exponentially, despite concerns over the legality and ethics of AI-appropriated content — it was considered to be a strong sticking point in the WGA writer's strike, for example.

Terms and Privacy Policy        Privacy Dashboard        About Our Ads

# What happened to Washington's wildlife after the largest dam removal in US history

Sometimes the best thing we can do to restore nature is just get out of the way.



**Andrew Tarantola**
Senior Editor
Sun, Nov 12, 2023, 10:30 AM EST  ·  7 min read

💬 15



The Washington Post via Getty Images

The man made flood that miraculously saved our heroes at the end of *O Brother Where Art Thou* were an actual occurrence in the 19th and 20th century — and a fairly common one at that — as river valleys across the American West were dammed up and drowned out at the altar of economic progress and electrification. Such was the case with Washington State's Elwha river in the 1910s. Its dam provided the economic impetus to develop the Olympic Peninsula but also blocked off nearly 40 miles of river from the open ocean, preventing native salmon species from making their annual spawning trek. However, after decades of legal wrangling by the Lower Elwha Klallam Tribe, the biggest dams on the river today are the kind made by beavers.

In this week's Hitting the Books selection, *Eat, Poop, Die: How Animals Make Our World*, University of Vermont conservation biologist Joe Roman recounts how quickly nature can recover when a 108-foot tall migration barrier is removed from the local ecosystem. This excerpt discusses the naturalists and biologists who strive to understand how nutrients flow through the Pacific Northwest's food web, and the myriad ways it's impacted by migratory salmon. The book as a whole takes a fascinating look at how the most basic of biological functions (yup, poopin'!) of even just a few species can potentially impact life in every corner of the planet.