# EXHIBIT P



Product | Research | Company | News | Careers

Product  Announcements

# Introducing Claude Pro

Sep 7, 2023  •  58 sec read

Subscribe today



Today, we're introducing a paid plan for our Claude.ai chat experience, currently available in the US and UK.

Since launching in July, users tell us they've chosen Claude.ai as their day-to-day AI assistant for its longer context windows, faster outputs, complex reasoning capabilities, and more. Many also shared that they would value more file uploads and conversations over longer periods.

With Claude Pro, subscribers can now gain **5x more usage** of our latest model, Claude 2, for a monthly price of $20 (US) or £18 (UK).

This means you can level up your productivity across a range of tasks, including summarizing research papers, querying contracts, and iterating further on coding projects—like this recent demo of building an interactive map.

Claude Pro offers:

- 5x more usage than our free tier provides, with the ability to send many more messages
- Priority access to Claude.ai during high-traffic periods
- Early access to new features that help you get the most out of Claude

You can learn more about these benefits, including how to maximize your usage, here.

We're grateful for your support as we strive to build helpful, honest, and harmless systems that fuel productivity and inspire creativity.

 

## Related

See All

| Product | Product | Product |
|---|---|---|
| **Claude on Amazon Bedrock now available to every AWS customer** | **Claude 2** | **Introducing 100K Context Windows** |
| Sep 28, 2023 • 3 min read | Jul 11, 2023 • 4 min read | May 11, 2023 • 1 min read |



Product
Research
Index
Company
News
Careers

Press Inquiries
Support
Twitter
LinkedIn

Terms of Service
Privacy Policy
Acceptable Use Policy
Responsible Disclosure Policy
Compliance

© 2023 Anthropic PBC