# EXHIBIT R



# Meet Claude

A next-generation AI assistant for your tasks, no matter the scale

[ Submit business interest ]    [ Talk to Claude ]

### Safer
With Constitutional AI built in, Claude is designed to reduce brand risk. Best in class data retention, and no training on your data.

### Clever
Leading the industry with 100K+ token windows, Claude can handle complex multi-step instructions over large amounts of content.

### Yours
Personalize Claude to excel at your use cases and speak in your voice. Make the model work for you.

## Our Partners

    Zoom   AssemblyAI

## Our Models



### Claude
Our most powerful model, which excels at a wide range of tasks from sophisticated dialogue and creative content generation to detailed instruction.

Good for:
- Complex reasoning
- Creativity
- Thoughtful dialogue
- Coding
- Detailed content creation



### Claude Instant
A faster, cheaper yet still very capable model, which can handle a range of tasks including casual dialogue, text analysis, summarization, and document comprehension.

Good for:
- Performance at low cost
- Reduced latency
- Lightweight dialogue
- Moderation
- Classification

See Pricing

Case 3:23-cv-01092    Document 48-18    Filed 11/16/23    Page 2 of 4   PageID #: 484

# Put Claude to work

**Customer Service**  Legal  Coaching  Search  Back-office  Sales

> A product I recently ordered arrived damaged.
>
> I'm sorry, I'd be happy to get you a prompt refund.

Claude ensures speedy and friendly resolution to customer service requests, saving costs and increasing customer satisfaction. Claude can also be taught when to hand off tasks to a human CSR, enabling your team to focus on the most complex challenges.

# Build with Claude's skills

Claude's skills can be combined to simplify even the most complex tasks

   

**Process mountains of text**

Whether you're dealing with documents, emails, FAQs, chat transcripts, records, or something else, Claude is here to help. Claude can edit, rewrite, summarize, classify, extract structured data, do Q&A based on the content, and more.

**Have natural conversations**

Claude can take on a variety of roles in a dialogue. Provide details on the role and an FAQ for common questions, and Claude will engage in relevant, naturalistic back-and-forth conversation.

**Get answers**

Claude has extensive general knowledge honed from its vast training corpus, with detailed background on technical, scientific, and cultural knowledge. Claude can speak a variety of common languages, as well as programming languages.

**Automate workflows**

Claude can handle a variety of basic instructions and logical scenarios, including formatting outputs as desired, following if-then statements, and making a series of logical evaluations in a single prompt.

# FAQs

Is Claude secure with my enterprise data?  +

Where can I see your model card?  +

How does the API work?  +

What versions of Claude are available?  +

What is your pricing?

What is your pricing? +

What languages does Claude support? +

Can Claude access the internet? +

What does constitutional training do? +

What does "HHH" mean? +

How do you further customize Claude's behavior? +

Can Claude models be finetuned? +

How long is Claude's context window? +

Can Claude do embeddings? +

## Product News

See All

### Claude on Amazon Bedrock now available to every AWS customer

Sep 28, 2023 • 3 min read

### Prompt engineering for Claude's long context window

Sep 23, 2023 • 8 min read

### Introducing Claude Pro

Sep 7, 2023 • 58 sec read

Try Claude and see how AI can add value to your team today.

Request Access

| | | | |
|---|---|---|---|
| Product | Press Inquiries | Terms of Service | © 2023 Anthropic PBC |
| Research | Support | Privacy Policy | |
| Index | Twitter | Acceptable Use Policy | |
| Company | LinkedIn | Responsible Disclosure Policy | |
| News | | Compliance | |
| Careers | | | |