# EXHIBIT A

|   | Title | BCGID | Plaintiff | Registration No. |
|---|-------|-------|-----------|------------------|
| 1 | 7 RINGS | BCG_ID_11209 | Concord Music Group, Inc. | PA0002187265 |
| 2 | CENTURIES | BCG_ID_12110 | Concord Music Group, Inc. | PA0001961647 |
| 3 | DANCING WITH A STRANGER | BCG_ID_12076 | Concord Music Group, Inc. | PA0002185007 |
| 4 | DIAMONDS | BCG_ID_12117 | Concord Music Group, Inc. | PA0001845153 |
| 5 | DIE YOUNG | BCG_ID_12116 | Concord Music Group, Inc. | PA0001850818 |
| 6 | DONTTRUSTME | BCG_ID_12128 | Concord Music Group, Inc. | PA0001653773 |
| 7 | DUSK TILL DAWN | BCG_ID_12090 | Concord Music Group, Inc. | PA0002185366 |
| 8 | GRENADE | BCG_ID_12124 | Concord Music Group, Inc. | PA0002182938 |
| 9 | HALO | BCG_ID_11201 | Concord Music Group, Inc. | PA0001642019; PA0001682642 |
| 10 | HIPS DON'T LIE | BCG_ID_12129 | Concord Music Group, Inc. | PA0001367687; PAu003149121 |
| 11 | KICKSTART MY HEART | BCG_ID_11213 | Concord Music Group, Inc. | PA0000440232 |
| 12 | LAST FRIDAY NIGHT (T.G.I.F.) | BCG_ID_12125 | Concord Music Group, Inc. | PA0001711655; PA0001396980; PA0001753637 |
| 13 | LOVE YOU LIKE A LOVE SONG | BCG_ID_12122 | Concord Music Group, Inc. | PA0001869961 |
| 14 | MAPS | BCG_ID_12111 | Concord Music Group, Inc. | PA0001947799 |
| 15 | MARRY ME | BCG_ID_12088 | Concord Music Group, Inc. | PA0002120132; PA0002138910; PA0002130922 |
| 16 | ME AND MY BROKEN HEART | BCG_ID_12113 | Concord Music Group, Inc. | PA0001959686 |
| 17 | MEANT TO BE | BCG_ID_12091 | Concord Music Group, Inc. | PA0002105522 |
| 18 | NOTHING BREAKS LIKE A HEART | BCG_ID_12078 | Concord Music Group, Inc. | PA0002182042 |
| 19 | ROAR | BCG_ID_12114 | Concord Music Group, Inc. | PA0001860200 |
| 20 | RUMOUR HAS IT | BCG_ID_11202 | Concord Music Group, Inc. | PA0001738213 |
| 21 | SOMEBODY ELSE | BCG_ID_11203 | Concord Music Group, Inc. | PA0002015511 |
| 22 | TIK TOK | BCG_ID_12127 | Concord Music Group, Inc. | PA0001688442 |
| 23 | TIME AFTER TIME | BCG_ID_12132 | Concord Music Group, Inc. | PA0000238686; PA0000299757 |
| 24 | TURNING TABLES | BCG_ID_11204 | Concord Music Group, Inc. | PA0001738213 |
| 25 | UNSTOPPABLE | BCG_ID_11205 | Concord Music Group, Inc. | PA0002134877 |
| 26 | UPTOWN FUNK | BCG_ID_12108 | Concord Music Group, Inc. | PA0001938200 |
| 27 | WHAT A WONDERFUL WORLD | BCG_ID_12130 | Concord Music Group, Inc. | EU0000010029; RE0000689584; RE0000704744 |
| 28 | ADORE YOU | BCG_ID_12072 | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250803; PA0002265129 |
| 29 | BLEEDING LOVE | BCG_ID_11198 | Concord Music Group, Inc.; Universal Music Corp. | PA0001613694 |
| 30 | CALIFORNIA GURLS | BCG_ID_12126 | Concord Music Group, Inc.; Universal Music Corp. | PA0001711654; PA0001396981; PA0001734423 |
| 31 | GOLDEN | BCG_ID_11258 | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250726; PA0002265133 |
| 32 | HUMBLE AND KIND | BCG_ID_12102 | Concord Music Group, Inc.; Songs Of Universal, Inc. | PA0002032466; PA0002130282 |
| 33 | MOVES LIKE JAGGER | BCG_ID_12121 | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001801572 |
| 34 | PAYPHONE | BCG_ID_12118 | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001824573; PA0001849242 |
| 35 | SIGN OF THE TIMES | BCG_ID_11246 | Concord Music Group, Inc.; Universal Music Corp. | PA0002085488 |
| 36 | STAY | BCG_ID_11217 | Concord Music Group, Inc.; Songs Of Universal, Inc. | PA0002316799; PA0002345926; PA0002370561 |
| 37 | STEREO HEARTS | BCG_ID_12120 | Concord Music Group, Inc.; Universal Music - Z Tunes LLC | PA0001806415 |
| 38 | WANNABE | BCG_ID_11221 | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0000823685 |
| 39 | WATERMELON SUGAR | BCG_ID_12073 | Concord Music Group, Inc.; Polygram Publishing, Inc. | PA0002250681; PA0002265071 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 40 | WE BUILT THIS CITY | BCG_ID_11218 | Concord Music Group, Inc.; Universal Music - MGB NA LLC | PA0000265529; PA0000264311 |
| 41 | A CHANGE IS GONNA COME | BCG_ID_11138 | ABKCO Music, Inc. | EU0000816632; RE0000570151 |
| 42 | ANOTHER SATURDAY NIGHT | BCG_ID_12140 | ABKCO Music, Inc. | EU0000766723; RE0000516155 |
| 43 | BITTERSWEET SYMPHONY | BCG_ID_11135 | ABKCO Music, Inc. | PAu002199365 |
| 44 | BRING IT ON HOME TO ME | BCG_ID_12144 | ABKCO Music, Inc. | EU0000719893; RE0000475464; EP0000166883; RE0000475432 |
| 45 | BROWN SUGAR | BCG_ID_12145 | ABKCO Music, Inc. | EU0000235987 |
| 46 | CUPID | BCG_ID_12151 | ABKCO Music, Inc. | EU0000668349; RE0000446794 |
| 47 | DEAD FLOWERS | BCG_ID_11139 | ABKCO Music, Inc. | EP0000289677 |
| 48 | GIMME SHELTER | BCG_ID_12159 | ABKCO Music, Inc. | EU0000154592 |
| 49 | HONKY TONK WOMEN | BCG_ID_12163 | ABKCO Music, Inc. | EU0000125715 |
| 50 | IT'S ALL OVER NOW | BCG_ID_12167 | ABKCO Music, Inc. | EU0000824981; RE0000570496 |
| 51 | JUMPIN' JACK FLASH | BCG_ID_12172 | ABKCO Music, Inc. | EU0000053487 |
| 52 | MAMA SAID | BCG_ID_11143 | ABKCO Music, Inc. | EU0000655257; RE0000446770 |
| 53 | MOONLIGHT MILE | BCG_ID_12182 | ABKCO Music, Inc. | EP0000289679 |
| 54 | PLAY WITH FIRE | BCG_ID_11145 | ABKCO Music, Inc. | EU0000874314; PAu001489708 |
| 55 | SALT OF THE EARTH, THE | BCG_ID_12191 | ABKCO Music, Inc. | EU0000084522 |
| 56 | SHE'S A RAINBOW | BCG_ID_11147 | ABKCO Music, Inc. | EU0000031919 |
| 57 | SHINE A LIGHT | BCG_ID_12194 | ABKCO Music, Inc. | EU0000326812 |
| 58 | STREET FIGHTING MAN | BCG_ID_12201 | ABKCO Music, Inc. | EU0000070720 |
| 59 | SYMPATHY FOR THE DEVIL | BCG_ID_12204 | ABKCO Music, Inc. | EU0000075421 |
| 60 | TWISTIN' THE NIGHT AWAY | BCG_ID_11151 | ABKCO Music, Inc. | EU0000701315; RE0000475433 |
| 61 | WILD HORSES | BCG_ID_12213 | ABKCO Music, Inc. | EU0000180744 |
| 62 | WONDERFUL WORLD | BCG_ID_11152 | ABKCO Music, Inc. | EU0000567694; RE0000361641 |
| 63 | YOU CAN'T ALWAYS GET WHAT YOU WANT | BCG_ID_12216 | ABKCO Music, Inc. | EU0000099333 |
| 64 | YOU SEND ME | BCG_ID_11154 | ABKCO Music, Inc. | EU0000491316; RE0000233851 |
| 65 | WE BELONG TOGETHER | BCG_ID_12212 | ABKCO Music, Inc.; Universal Music - MGB NA LLC | PA0001162027; PA0001163150 |
| 66 | (SITTIN' ON) THE DOCK OF THE BAY | BCG_ID_10330 | Universal Music Corp. | EU0000033492; RE0000760653; PAu002069906 |
| 67 | 10,000 REASONS (BLESS THE LORD) | BCG_ID_12457 | Capitol CMG, Inc. | PA0001751588 |
| 68 | A BEAUTIFUL LIE | BCG_ID_10503 | Universal Music - Z Tunes LLC | PA0001630062 |
| 69 | A FOREST | BCG_ID_10109 | Universal Music - MGB NA LLC | PA0000194922 |
| 70 | A PLACE FOR MY HEAD | BCG_ID_10459 | Universal Music - Z Tunes LLC | PA0001092514 |
| 71 | A THOUSAND MILES | BCG_ID_10545 | Songs of Universal, Inc. | PA0001102367 |
| 72 | ACHY BREAKY HEART | BCG_ID_10124 | Polygram Publishing, Inc. | PA0000534864 |
| 73 | AIN'T NO SUNSHINE | BCG_ID_10120 | Songs of Universal, Inc. | EU0000243844; RE0000827146 |
| 74 | AJA | BCG_ID_10433 | Universal Music Corp. | EU0000811347; RE0000910216 |
| 75 | ALL ALONG THE WATCHTOWER | BCG_ID_10706 | Songs of Universal, Inc. | EU0000032648; RE0000739070 |
| 76 | ALL I REALLY WANT TO DO | BCG_ID_10922 | Songs of Universal, Inc. | EU0000848258; RE0000588423; EP0000195706; RE0000588403 |
| 77 | ALL I WANTED | BCG_ID_12462 | Capitol CMG, Inc. | PA0001676908 |
| 78 | ALWAYS | BCG_ID_11495 | Universal Music Corp. | PA0001243938 |
| 79 | ALWAYS | BCG_ID_12464 | Capitol CMG, Inc. | PA0001766253 |
| 80 | AMERICAN GIRL | BCG_ID_10449 | Universal Music Corp. | EU0000721156; RE0000890825 |
| 81 | AMERICAN PIE | BCG_ID_10414 | Songs of Universal, Inc. | EU0000284299; RE0000803730 |
| 82 | ANACONDA | BCG_ID_11275 | Songs of Universal, Inc. | PA0002062630 |
| 83 | ANARCHY IN THE U.K. | BCG_ID_11647 | Universal Music - MGB NA LLC; Polygram Publishing, Inc. | EU0000853584; PAu001125351; RE0000932107; PA0000369943 |
| 84 | AND I AM TELLING YOU I'M NOT GOING | BCG_ID_10141 | Universal Music Corp.; Songs of Universal, Inc. | PAu000365845; PAu000395732; PAu000440080 |
| 85 | AND I LOVE YOU SO | BCG_ID_10028 | Songs of Universal, Inc. | EU0000201220; RE0000771158; EP0000311666; RE0000829100 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 86 | ANGEL | BCG_ID_11557 | Polygram Publishing, Inc. | PA0000342822 |
| 87 | ANGEL EYES | BCG_ID_11811 | Universal Music - MGB NA LLC | PA0000385332 |
| 88 | ANGELES | BCG_ID_11601 | Universal Music - MGB NA LLC | PA0000859623 |
| 89 | ANGELS | BCG_ID_11841 | Polygram Publishing, Inc. | PA0001816076 |
| 90 | ANY MAJOR DUDE WILL TELL YOU | BCG_ID_10794 | Universal Music Corp. | EU0000469050; RE0000854810 |
| 91 | AS THE DEER | BCG_ID_12467 | Universal Music - Z Tunes LLC | PA0000315393 |
| 92 | AT THE CROSS (LOVE RAN RED) | BCG_ID_12468 | Capitol CMG, Inc.; Universal Music - Z Tunes LLC | PA0001910159 |
| 93 | ATTACK | BCG_ID_11875 | Universal Music - Z Tunes LLC | PA0001630069 |
| 94 | AWAKE MY SOUL | BCG_ID_10632 | Polygram Publishing, Inc. | PA0001932490 |
| 95 | AWAY FROM THE SUN | BCG_ID_10977 | Songs of Universal, Inc. | PA0001120567 |
| 96 | BABY BABY | BCG_ID_12323 | Universal Music - Z Tunes LLC | PA0000512809 |
| 97 | BACK AT ONE | BCG_ID_10468 | Polygram Publishing, Inc. | PA0001203871 |
| 98 | BALLAD OF A THIN MAN | BCG_ID_10858 | Songs of Universal, Inc. | EU0000903127; RE0000647444 |
| 99 | BALLROOM BLITZ | BCG_ID_10309 | Universal Music - MGB NA LLC | PAu000066844 |
| 100 | BARRACUDA | BCG_ID_10194 | Universal Music Corp.; Universal Music - MGB NA LLC | EU0000791168; RE0000910167; EU0000789263; RE0000910161 |
| 101 | BEAUTIFUL THINGS | BCG_ID_12471 | Capitol CMG, Inc. | PA0001734874 |
| 102 | BECAUSE I GOT HIGH | BCG_ID_10103 | Universal Music Corp. | PA0001123416 |
| 103 | BENNIE AND THE JETS | BCG_ID_11254 | Polygram Publishing, Inc. | EFO000170947; RE0000838312 |
| 104 | BEST THING THAT EVER HAPPENED TO ME | BCG_ID_11019 | Polygram Publishing, Inc. | EU0000376780; RE0000823172 |
| 105 | BLEED IT OUT | BCG_ID_10726 | Universal Music - Z Tunes LLC | PA0001602887; PA0001167572 |
| 106 | BLEEDING OUT | BCG_ID_11418 | Songs of Universal, Inc. | PA0001816018 |
| 107 | BLESS THE BROKEN ROAD | BCG_ID_11329 | Universal Music - MGB NA LLC | PA0000734451 |
| 108 | BLOWIN' IN THE WIND | BCG_ID_10895 | Songs of Universal, Inc. | EU0000731107; RE0000481471 |
| 109 | BODHISATTVA | BCG_ID_11878 | Universal Music Corp. | EU0000416548; RE0000837424 |
| 110 | BONFIRE | BCG_ID_11046 | Songs of Universal, Inc. | PA0001773709 |
| 111 | BOOGIE WOOGIE BUGLE BOY | BCG_ID_11468 | Universal Music Corp. | EU0000238602; R00000425178 |
| 112 | BORN TO BE WILD | BCG_ID_10574 | Songs of Universal, Inc. | EU0000035989; RE0000722455 |
| 113 | BOYS DON'T CRY | BCG_ID_10571 | Universal Music - MGB NA LLC | PA0000205033 |
| 114 | BREAK STUFF | BCG_ID_11316 | Universal Music - Z Tunes LLC | PA0001021053 |
| 115 | BREAKFAST IN AMERICA | BCG_ID_10402 | Universal Music Corp. | PA0000032062 |
| 116 | BREAKING THE HABIT | BCG_ID_10392 | Universal Music - Z Tunes LLC | PA0001256418 |
| 117 | BREAKING UP IS HARD TO DO | BCG_ID_11675 | Universal Music - MGB NA LLC | EP0000165278; RE0000501238; RE0000491450; EU0000724459; RE0000491465; RE0000501221 |
| 118 | BREATHE ME | BCG_ID_11649 | Universal Music - MGB NA LLC | PA0001164903; PA0001338526 |
| 119 | BREATHING | BCG_ID_11977 | Universal Music - MGB NA LLC | PA0001158186 |
| 120 | BRIMFUL OF ASHA | BCG_ID_11749 | Polygram Publishing, Inc. | PA0000988476 |
| 121 | BUILD MY LIFE | BCG_ID_12328 | Capitol CMG, Inc. | PA0002076039 |
| 122 | BURN IT DOWN | BCG_ID_10709 | Universal Music - Z Tunes LLC | PA0001805742 |
| 123 | BURNING IN THE SKIES | BCG_ID_12031 | Universal Music - Z Tunes LLC | PA0001725616 |
| 124 | BY MYSELF | BCG_ID_10615 | Universal Music - Z Tunes LLC | PA0001092512 |
| 125 | CALIFORNIA DREAMIN' | BCG_ID_10075 | Universal Music Corp. | EU0000918773; RE0000635860 |
| 126 | CALIFORNIA GIRLS | BCG_ID_10631 | Universal Music Corp. | EU0000890216; RE0000610581; PAu002079518; EU0000212915; RE0000775518; PAu002079809 |
| 127 | CAN'T GET YOU OUT OF MY HEAD | BCG_ID_11441 | Universal Music Corp. | PA0001136727 |
| 128 | CANDLE IN THE WIND | BCG_ID_11337 | Polygram Publishing, Inc. | EFO000170947; RE0000838312 |
| 129 | CASTLE OF GLASS | BCG_ID_10820 | Universal Music - Z Tunes LLC | PA0001805745 |
| 130 | CHASING CARS | BCG_ID_10670 | Polygram Publishing, Inc. | PA0001990266 |
| 131 | CHEEK TO CHEEK | BCG_ID_10663 | Universal Music Corp. | EU0000097144; R000000289527 |
| 132 | CHILDREN'S STORY | BCG_ID_11127 | Songs of Universal, Inc. | PA0000449656 |
| 133 | CHRISTMAS LIGHTS | BCG_ID_11762 | Universal Music - MGB NA LLC | PA0001969616 |
| 134 | CLOSER | BCG_ID_11364 | Universal Music - Z Tunes LLC | PA0001395685 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 135 | CLOSER TO FINE | BCG_ID_10570 | Songs of Universal, Inc. | PA0000451204 |
| 136 | COLORS | BCG_ID_10245 | Songs of Universal, Inc. | PA0002059980 |
| 137 | COME AS YOU ARE | BCG_ID_12486 | Capitol CMG, Inc. | PA0001910192 |
| 138 | COME SAIL AWAY | BCG_ID_10991 | Universal Music Corp. | EU0000828640; RE0000910690 |
| 139 | COMING HOME | BCG_ID_11298 | Songs of Universal, Inc.; Universal Music - Z Tunes LLC | PA0001751168 |
| 140 | CONTROL | BCG_ID_11401 | Songs of Universal, Inc. | PA0002060006 |
| 141 | COPACABANA | BCG_ID_10069 | Songs of Universal, Inc.; Universal Music - MGB NA LLC | PAu000009986 |
| 142 | COSMIC LOVE | BCG_ID_10902 | Polygram Publishing, Inc. | PA0001892799 |
| 143 | COURT OF THE CRIMSON KING | BCG_ID_10509 | Universal Music - MGB NA LLC | EU0000148405; RE0000755409 |
| 144 | COWARD OF THE COUNTY | BCG_ID_10347 | Universal Music Corp.; Universal Music - MGB NA LLC | PA0000039661 |
| 145 | CRAWLING | BCG_ID_10962 | Universal Music - Z Tunes LLC | PA0001092510 |
| 146 | CROCODILE ROCK | BCG_ID_11248 | Polygram Publishing, Inc. | EFO000159444; RE0000822540 |
| 147 | CRUEL TO BE KIND | BCG_ID_11913 | Universal Music - MGB NA LLC | PA0000022753 |
| 148 | DADDY SANG BASS | BCG_ID_10348 | Polygram Publishing, Inc. | EU0000088125; RE0000723367; EP0000377413; RE0000750614 |
| 149 | DARE YOU TO MOVE (I DARE YOU TO MOVE) | BCG_ID_12490 | Capitol CMG, Inc. | PA0001044236 |
| 150 | DE DO DO DO, DE DA DA DA | BCG_ID_10428 | Songs of Universal, Inc. | PA0000089745 |
| 151 | DEACON BLUES | BCG_ID_10728 | Universal Music Corp. | EU0000811348; RE0000910217; PA0000003182 |
| 152 | DEMONS | BCG_ID_11227 | Songs of Universal, Inc. | PA0001796478 |
| 153 | DESERT ROSE | BCG_ID_11410 | Songs of Universal, Inc. | PA0000976583; PA0001038417; PA0001074378 |
| 154 | DESOLATION ROW | BCG_ID_10157 | Songs of Universal, Inc. | EU0000905799; RE0000647455 |
| 155 | DISTURBIA | BCG_ID_11286 | Songs of Universal, Inc.; Universal Music Corp. | PA0001692669 |
| 156 | DO IT AGAIN | BCG_ID_11007 | Universal Music Corp. | EU0000353004; RE0000823108 |
| 157 | DO WAH DIDDY DIDDY | BCG_ID_11478 | Polygram Publishing, Inc. | EU0000796084; RE0000529632; EP0000193467; RE0000585084 |
| 158 | DOG DAYS ARE OVER | BCG_ID_10372 | Polygram Publishing, Inc. | PA0001892802 |
| 159 | DON'T CRY FOR ME ARGENTINA | BCG_ID_10512 | Universal Music Corp. | EF0000041481; RE0000891073 |
| 160 | DON'T MIND | BCG_ID_11450 | Songs of Universal, Inc.; Universal Music - Z Tunes LLC | PA0002047004; PA0002048732 |
| 161 | DON'T STAND SO CLOSE TO ME | BCG_ID_10813 | Songs of Universal, Inc. | PA0000089740 |
| 162 | DON'T STAY | BCG_ID_10094 | Universal Music - Z Tunes LLC | PA0001256411 |
| 163 | DON'T STOP | BCG_ID_10097 | Universal Music - MGB NA LLC | EU0000713074; RE0000904499; EP0000373131 |
| 164 | DON'T WORRY BABY | BCG_ID_11058 | Universal Music Corp.; Universal Music - MGB NA LLC | EU0000818195; RE0000604378; RE0000574344 |
| 165 | DRIFT AWAY | BCG_ID_10692 | Universal Music Corp. | EP0000312071; PA0000790342; EU0000331792; PAu002121140; RE0000816855 |
| 166 | EASIER TO RUN | BCG_ID_10209 | Universal Music - Z Tunes LLC | PA0001256414 |
| 167 | ENGLISHMAN IN NEW YORK | BCG_ID_10529 | Songs of Universal, Inc. | PA0000351652; PA0001038425 |
| 168 | EVER FALLEN IN LOVE WITH SOMEONE YOU SHOULDN'T'VE | BCG_ID_10300 | Universal Music - MGB NA LLC | PA0000067070 |
| 169 | EVERGLOW | BCG_ID_11657 | Universal Music - MGB NA LLC | PA0002031153 |
| 170 | EVERY BREATH YOU TAKE | BCG_ID_10283 | Songs of Universal, Inc. | PA0000201652; PA0001038430 |
| 171 | EVERY GRAIN OF SAND | BCG_ID_10780 | Songs of Universal, Inc. | PAu000237620; PA0000115557 |
| 172 | EVERY LITTLE THING SHE DOES IS MAGIC | BCG_ID_10491 | Songs of Universal, Inc. | PA0000127302 |
| 173 | EVERY TEARDROP IS A WATERFALL | BCG_ID_11453 | Universal Music - MGB NA LLC; Universal Music Corp. | PA0001766995 |
| 174 | EVERYWHERE | BCG_ID_10648 | Universal Music - MGB NA LLC | PAu000853444; PA0000332445 |

| # | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 175 | EYE IN THE SKY | BCG_ID_10123 | Universal Music - MGB NA LLC | PA0000144130 |
| 176 | FACE DOWN | BCG_ID_10009 | Songs of Universal, Inc. | PA0001376457 |
| 177 | FAINT | BCG_ID_10212 | Universal Music - Z Tunes LLC | PA0001256417 |
| 178 | FATHER OF MINE | BCG_ID_10899 | Songs of Universal, Inc.; Universal Music Corp. | PA0000873792 |
| 179 | FERRY 'CROSS THE MERSEY | BCG_ID_12022 | Polygram Publishing, Inc. | EFO000104733; RE0000573321 |
| 180 | FIELDS OF GOLD | BCG_ID_10445 | Songs of Universal, Inc. | PA0000618389; PA0001038420 |
| 181 | FIREFLIES | BCG_ID_10934 | Universal Music Corp. | PA0001692976 |
| 182 | FIX YOU | BCG_ID_10963 | Universal Music - MGB NA LLC | PA0001700422 |
| 183 | FLAVOR OF THE WEEK | BCG_ID_10932 | Universal Music - MGB NA LLC | PA0000981396 |
| 184 | FLY | BCG_ID_11537 | Songs of Universal, Inc. | PA0001745306 |
| 185 | FOR THE FIRST TIME | BCG_ID_10186 | Universal Music - Z Tunes LLC | PA0001746223 |
| 186 | FOR THE GOOD TIMES | BCG_ID_10765 | Universal Music - MGB NA LLC | EP0000248830; RE0000718330 |
| 187 | FOREVER | BCG_ID_11328 | Songs of Universal, Inc.; Universal Music Corp. | PA0001677037 |
| 188 | FORGOTTEN | BCG_ID_10775 | Universal Music - Z Tunes LLC | PA0001092515 |
| 189 | FRAGILE | BCG_ID_10791 | Songs of Universal, Inc. | PA0000351655; PA0001038440 |
| 190 | FREE BIRD | BCG_ID_11005 | Songs of Universal, Inc. | EU0000450840; RE0000838872; RE0000852176 |
| 191 | FRESH PRINCE OF BEL-AIR | BCG_ID_10906 | Universal Music - Z Tunes LLC | PAu001887849 |
| 192 | FRIDAY I'M IN LOVE | BCG_ID_10026 | Universal Music - MGB NA LLC | PA0001073351 |
| 193 | FRIENDS | BCG_ID_12502 | Capitol CMG, Inc. | PA0000154225 |
| 194 | FRIENDS IN LOW PLACES | BCG_ID_11278 | Universal Music - MGB NA LLC | PA0000485587 |
| 195 | FROM THE BOTTOM OF MY BROKEN HEART | BCG_ID_10391 | Universal Music - Z Tunes LLC | PA0000932241 |
| 196 | FROM THE INSIDE | BCG_ID_10531 | Universal Music - Z Tunes LLC | PA0001256421 |
| 197 | FUN, FUN, FUN | BCG_ID_10315 | Universal Music Corp. | EU0000807824; RE0000574318 |
| 198 | GIMME SOME LOVIN' | BCG_ID_11321 | Polygram Publishing, Inc. | EF0000031746; RE0000657899 |
| 199 | GIMME THREE STEPS | BCG_ID_11110 | Songs of Universal, Inc. | EU0000448562; RE0000851733 |
| 200 | GIRLS JUST WANNA HAVE FUN | BCG_ID_11979 | Universal Music - MGB NA LLC | PA0000532922 |
| 201 | GIVEN UP | BCG_ID_10918 | Universal Music - Z Tunes LLC | PA0001167570; PA0001602906 |
| 202 | GOD MUST HAVE SPENT A LITTLE MORE TIME ON YOU | BCG_ID_10998 | Songs of Universal, Inc. | PA0000982175 |
| 203 | GOD OF WONDERS | BCG_ID_12506 | Capitol CMG, Inc.; Universal Music - Z Tunes LLC | PA0001305795 |
| 204 | GOD ONLY KNOWS | BCG_ID_10340 | Universal Music Corp. | EU0000948189; RE0000662431 |
| 205 | GOD SAVE THE QUEEN (NO FUTURE) | BCG_ID_11980 | Universal Music - MGB NA LLC | PAu001125349 |
| 206 | GOOD GOOD FATHER | BCG_ID_12509 | Capitol CMG, Inc. | PA0002296837 |
| 207 | GOOD VIBRATIONS | BCG_ID_11044 | Universal Music Corp. | EU0000964030; RE0000654512 |
| 208 | GOODBYE YELLOW BRICK ROAD | BCG_ID_11236 | Polygram Publishing, Inc. | EFO000170947; RE0000838312 |
| 209 | GOODNESS OF GOD | BCG_ID_12327 | Capitol CMG, Inc. | PA0002394586; PA0002186334 |
| 210 | GOTTA SERVE SOMEBODY | BCG_ID_10479 | Songs of Universal, Inc. | PAu000110766; PAu000137092 |
| 211 | GRANDMA'S HANDS | BCG_ID_10544 | Songs of Universal, Inc. | EU0000243847; RE0000827149 |
| 212 | GREAT IS THE LORD | BCG_ID_12512 | Capitol CMG, Inc. | PA0000158291 |
| 213 | GREEN EYES | BCG_ID_11865 | Universal Music - MGB NA LLC | PA0001073305 |
| 214 | GYPSYS, TRAMPS AND THIEVES | BCG_ID_10567 | Universal Music - MGB NA LLC | EU0000271991; RE0000728553 |
| 215 | HALL OF FAME | BCG_ID_11283 | Universal Music - Z Tunes LLC | PA0001828622 |
| 216 | HARD TO SAY I'M SORRY | BCG_ID_11302 | Universal Music - MGB NA LLC | PA0000142242; PA0000150388 |
| 217 | HARDER TO BREATHE | BCG_ID_10740 | Universal Music - MGB NA LLC | PA0001073084 |
| 218 | HATE THAT I LOVE YOU | BCG_ID_11408 | Universal Music - Z Tunes LLC | PA0001641335 |
| 219 | HAVE A LITTLE FAITH IN ME | BCG_ID_10415 | Universal Music - MGB NA LLC | PA0000343117 |
| 220 | HE IS EXALTED | BCG_ID_12518 | Capitol CMG, Inc. | PA0000296457 |
| 221 | HE REIGNS | BCG_ID_12519 | Capitol CMG, Inc. | PA0001226974 |
| 222 | HELLO AGAIN | BCG_ID_10602 | Songs of Universal, Inc.; Universal Music Corp. | PAu000193778; PA0000506680 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 223 | HELP ME RHONDA | BCG_ID_10832 | Universal Music Corp. | EU0000868745; RE0000610558; PAu002079506 |
| 224 | HEMORRHAGE (IN MY HANDS) | BCG_ID_10013 | Polygram Publishing, Inc. | PA0001025282; PA0001103603 |
| 225 | HERE | BCG_ID_11282 | Songs of Universal, Inc.; Universal Music Corp. | PA0002049195 |
| 226 | HERE WITHOUT YOU | BCG_ID_11131 | Songs of Universal, Inc. | PA0001120571 |
| 227 | HERE'S MY HEART | BCG_ID_12523 | Capitol CMG, Inc. | PA0001839539 |
| 228 | HIGHWAY 61 REVISITED | BCG_ID_10326 | Songs of Universal, Inc. | EU0000903131; RE0000647447 |
| 229 | HOLD ON LOOSELY | BCG_ID_11384 | Universal Music - MGB NA LLC | PA0000106829 |
| 230 | HOUSE AT POOH CORNER | BCG_ID_10894 | Universal Music Corp. | EU0000104835; RE0000749927 |
| 231 | HOW GREAT IS OUR GOD | BCG_ID_12324 | Capitol CMG, Inc. | PA0001299530 |
| 232 | HOW SOON IS NOW | BCG_ID_11641 | Polygram Publishing, Inc. | PA0000243097 |
| 233 | HURRICANE | BCG_ID_10639 | Songs of Universal, Inc. | EU0000613348; EU0000633490 |
| 234 | HURRICANE | BCG_ID_10219 | Universal Music - Z Tunes LLC | PA0002076980 |
| 235 | I AM NOT ALONE | BCG_ID_12532 | Capitol CMG, Inc. | PA0001903579 |
| 236 | I AM WOMAN | BCG_ID_11113 | Universal Music Corp. | EU0000264747; RE0000799367 |
| 237 | I AM...I SAID | BCG_ID_10146 | Songs of Universal, Inc. | EU0000239274; RE0000797642 |
| 238 | I BELIEVE I CAN FLY | BCG_ID_10708 | Universal Music - Z Tunes LLC | PA0000848248 |
| 239 | I BET MY LIFE | BCG_ID_10596 | Songs of Universal, Inc. | PA0001938182; PA0001999963 |
| 240 | I CAN LOVE YOU BETTER | BCG_ID_11827 | Polygram Publishing, Inc. | PA0000545908 |
| 241 | I CAN'T MAKE YOU LOVE ME | BCG_ID_11312 | Universal Music Corp.; Universal Music - MGB NA LLC | PA0000535292 |
| 242 | I CAN'T STAND THE RAIN | BCG_ID_10836 | Universal Music Corp. | EU0000420732; RE0000837101; PAu001165939 |
| 243 | I DON'T KNOW HOW TO LOVE HIM | BCG_ID_10590 | Universal Music Corp. | EU0000219295; RE0000778056 |
| 244 | I GET AROUND | BCG_ID_10816 | Universal Music Corp. | EU0000821071; RE0000574324; PAu002079503 |
| 245 | I HATE MYSELF FOR LOVING YOU | BCG_ID_11121 | Songs of Universal, Inc.; Polygram Publishing, Inc. | PA0000391570; PA0000419420; PAu001029900 |
| 246 | I LOVE THE WAY YOU LOVE ME | BCG_ID_11726 | Universal Music - MGB NA LLC | PAu001650145; PA0000713657 |
| 247 | I MISS YOU | BCG_ID_11276 | Universal Music Corp. | PA0001243932 |
| 248 | I NEED YOU | BCG_ID_12537 | Capitol CMG, Inc. | PA0000991416 |
| 249 | I STAND ALONE | BCG_ID_10683 | Universal Music Corp. | PA0001227288; PA0001212305 |
| 250 | I WANT CRAZY | BCG_ID_11490 | Songs of Universal, Inc. | PA0001856536 |
| 251 | I WILL BE HERE | BCG_ID_12539 | Capitol CMG, Inc.; Universal Music - Z Tunes LLC | PA0000454569 |
| 252 | I WILL RISE | BCG_ID_12325 | Capitol CMG, Inc. | PA0001623041 |
| 253 | I WILL SURVIVE | BCG_ID_11222 | Polygram Publishing, Inc. | PAu000047934; PAu000129011; PA0000041104 |
| 254 | I WILL WAIT | BCG_ID_10128 | Polygram Publishing, Inc. | PA0001818830 |
| 255 | I WON'T DANCE | BCG_ID_11688 | Polygram Publishing, Inc. | EP0000046848; R00000291379; R00000291158 |
| 256 | I'LL NEVER BREAK YOUR HEART | BCG_ID_10751 | Universal Music - Z Tunes LLC | PA0000859260; PA0000949897 |
| 257 | I'LL NEVER SMILE AGAIN | BCG_ID_10990 | Universal Music Corp. | EU0000202771; R00000392686 |
| 258 | I'M A BELIEVER | BCG_ID_11233 | Songs of Universal, Inc. | EP0000229124; RE0000653597; EU0000968474; RE0000653692 |
| 259 | I'M N LUV (WIT A STRIPPER) FEATURING MIKE JONES | BCG_ID_11492 | Universal Music - Z Tunes LLC | PA0001396315 |
| 260 | IF I EVER LOSE MY FAITH IN YOU | BCG_ID_10336 | Songs of Universal, Inc. | PA0000618388; PA0001038452 |
| 261 | IF YOU LEAVE ME NOW | BCG_ID_11270 | Universal Music - MGB NA LLC | EU0000694744; RE0000904428 |
| 262 | IN MY PLACE | BCG_ID_10975 | Universal Music - MGB NA LLC | PA0001073301 |
| 263 | IN THE END | BCG_ID_10377 | Universal Music - Z Tunes LLC | PA0001092513 |
| 264 | INBETWEEN DAYS | BCG_ID_10733 | Universal Music - MGB NA LLC | PA0000279383 |
| 265 | INDESCRIBABLE | BCG_ID_12547 | Capitol CMG, Inc. | PA0001299529 |
| 266 | IRIDESCENT | BCG_ID_10070 | Universal Music - Z Tunes LLC | PA0001725626 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 267 | IT'S ALL COMING BACK TO ME NOW | BCG_ID_10140 | Polygram Publishing, Inc. | PAu001953216; PA0000787517 |
| 268 | IT'S ALL OVER NOW, BABY BLUE | BCG_ID_10465 | Songs of Universal, Inc. | EU0000874587; RE0000647437; EP0000202991; RE0000647469 |
| 269 | IT'S ALRIGHT, MA (I'M ONLY BLEEDING) | BCG_ID_10431 | Songs of Universal, Inc. | EU0000874591; RE0000647441; EP0000202990; RE0000647468; EP0000223904; RE0000684773 |
| 270 | IT'S TIME | BCG_ID_10504 | Songs of Universal, Inc. | PA0001796482 |
| 271 | JESUS MESSIAH | BCG_ID_12553 | Capitol CMG, Inc. | PA0001623039 |
| 272 | JOKERMAN | BCG_ID_11771 | Songs of Universal, Inc. | PAu000531924; PA0000191286 |
| 273 | JOY TO THE WORLD | BCG_ID_10477 | Universal Music Corp. | EU0000218428; RE0000775044; EP0000284915; RE0000643916 |
| 274 | JUST LIKE A WOMAN | BCG_ID_10458 | Songs of Universal, Inc. | EU0000930913; RE0000684782; EP0000221661; RE0000684766 |
| 275 | JUST LIKE HEAVEN | BCG_ID_10305 | Universal Music - MGB NA LLC | PA0000344486 |
| 276 | JUST LIKE TOM THUMB'S BLUES | BCG_ID_10084 | Songs of Universal, Inc. | EU0000903129; RE0000647445 |
| 277 | JUST ONE LOOK | BCG_ID_11318 | Universal Music - MGB NA LLC | EU0000761806; RE0000530731 |
| 278 | KID CHARLEMAGNE | BCG_ID_10645 | Universal Music Corp. | EU0000679291; RE0000891480 |
| 279 | KING OF PAIN | BCG_ID_10833 | Songs of Universal, Inc. | PA0000201653; PA0001038431 |
| 280 | KINGS AND QUEENS | BCG_ID_11039 | Universal Music - Z Tunes LLC | PA0002076506 |
| 281 | KRYPTONITE | BCG_ID_10585 | Songs of Universal, Inc. | PA0000999801 |
| 282 | LAMB OF GOD | BCG_ID_12558 | Capitol CMG, Inc. | PA0000296457 |
| 283 | LATCH | BCG_ID_11366 | Polygram Publishing, Inc. | PA0001916095 |
| 284 | LEAN ON ME | BCG_ID_10756 | Songs of Universal, Inc. | EP0000304954; RE0000832582 |
| 285 | LEAVE OUT ALL THE REST | BCG_ID_10331 | Universal Music - Z Tunes LLC | PA0001167571 |
| 286 | LET YOU DOWN | BCG_ID_12565 | Capitol CMG, Inc. | PA0002222190 |
| 287 | LET'S FACE THE MUSIC AND DANCE | BCG_ID_10197 | Universal Music Corp. | EU0000105690; R00000301275; EP0000052756; R00000313962 |
| 288 | LET'S GET TOGETHER | BCG_ID_11073 | Universal Music Corp. | EU0000778381; RE0000518243 |
| 289 | LET'S STAY TOGETHER | BCG_ID_11251 | Universal Music Corp. | EU0000287623; RE0000799562 |
| 290 | LETTERS FROM HOME | BCG_ID_11894 | Universal Music - MGB NA LLC | PA0001159374; PA0001160515; PA0001166509 |
| 291 | LIFE IS A HIGHWAY | BCG_ID_10653 | Universal Music Corp. | PA0000683569 |
| 292 | LIGHTNING CRASHES | BCG_ID_10168 | Universal Music - MGB NA LLC | PA0000720664 |
| 293 | LIKE A ROLLING STONE | BCG_ID_10513 | Songs of Universal, Inc. | EP0000205564; RE0000640124 |
| 294 | LITTLE DEUCE COUPE | BCG_ID_10837 | Universal Music Corp.; Universal Music - MGB NA LLC | EU0000783375; RE0000575772; EU0000783375; RE0000575773; EU0000783375; RE0000525573 |
| 295 | LITTLE LIES | BCG_ID_10096 | Universal Music - MGB NA LLC | PA0000332449; PA0000391430 |
| 296 | LITTLE LION MAN | BCG_ID_11067 | Polygram Publishing, Inc. | PA0001932483 |
| 297 | LONG COOL WOMAN IN A BLACK DRESS | BCG_ID_11293 | Polygram Publishing, Inc. | EU0000349588; RE0000825602 |
| 298 | LORD, I NEED YOU | BCG_ID_12571 | Capitol CMG, Inc. | PA0001734765 |
| 299 | LOVE IS ALL AROUND | BCG_ID_10240 | Polygram Publishing, Inc. | EFO000124632; RE0000698430 |
| 300 | LOVE MINUS ZERO/NO LIMIT | BCG_ID_10799 | Songs of Universal, Inc. | EU0000874590; RE0000647440; EP0000202992; RE0000647470 |
| 301 | LOVESONG | BCG_ID_10948 | Universal Music - MGB NA LLC | PA0001073355 |
| 302 | LUCKENBACH TEXAS (BACK TO THE BASICS OF LOVE) | BCG_ID_10373 | Polygram Publishing, Inc. | EP0000367087; RE0000909980 |
| 303 | LYING FROM YOU | BCG_ID_10115 | Universal Music - Z Tunes LLC | PA0001256415 |
| 304 | MACARTHUR PARK | BCG_ID_10627 | Polygram Publishing, Inc. | EU0000049691; RE0000723251; |
| 305 | MAD | BCG_ID_11434 | Universal Music - Z Tunes LLC | PA0001395687 |
| 306 | MAGIC | BCG_ID_11116 | Universal Music - MGB NA LLC | PA0001916029 |
| 307 | MAGIC CARPET RIDE | BCG_ID_10750 | Songs of Universal, Inc. | EU0000083717; RE0000730472 |
| 308 | MASTERS OF WAR | BCG_ID_10665 | Songs of Universal, Inc. | EU0000765995; RE0000529553; EP0000178108; RE0000529581 |
| 309 | MEANT TO LIVE | BCG_ID_12574 | Capitol CMG, Inc. | PA0001227016 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 310 | MERRY CHRISTMAS DARLING | BCG_ID_10442 | Universal Music Corp. | EP0000281386; RE0000774636; PA0000856789 |
| 311 | MESSAGE IN A BOTTLE | BCG_ID_10241 | Songs of Universal, Inc. | PA0000069032 |
| 312 | MIDNIGHT | BCG_ID_11937 | Universal Music - MGB NA LLC | PA0001916020 |
| 313 | MIDNIGHT TRAIN TO GEORGIA | BCG_ID_10078 | Polygram Publishing, Inc. | EU0000287454; RE0000802289; EP0000311363; RE0000835032 |
| 314 | MILKSHAKE | BCG_ID_11290 | Universal Music - MGB NA LLC | PA0001158349; PA0001158583 |
| 315 | MISERY | BCG_ID_11315 | Universal Music - MGB NA LLC | PA0001726265 |
| 316 | MISS INDEPENDENT | BCG_ID_11296 | Universal Music - Z Tunes LLC | PA0001395688 |
| 317 | MONA LISAS AND MAD HATTERS | BCG_ID_11645 | Polygram Publishing, Inc. | EF0000157243; RE0000822534 |
| 318 | MONDAY MONDAY | BCG_ID_10328 | Universal Music Corp. | EU0000922884; RE0000705550; EP0000220921; RE0000705546 |
| 319 | MOONLIGHT IN VERMONT | BCG_ID_11622 | Universal Music Corp. | EU0000395533; R00000515635 |
| 320 | MOVE ALONG | BCG_ID_10234 | Universal Music - MGB NA LLC | PA0001203496 |
| 321 | MR. TAMBOURINE MAN | BCG_ID_10114 | Songs of Universal, Inc. | EP0000202671; RE0000647466; EU0000848210; RE0000588389 |
| 322 | MY BACK PAGES | BCG_ID_10298 | Songs of Universal, Inc. | EU0000848264; RE0000588408; EP0000195713; RE0000588391 |
| 323 | MY BEST FRIEND | BCG_ID_11554 | Universal Music - MGB NA LLC | PA0000964541 |
| 324 | MY DECEMBER | BCG_ID_10156 | Universal Music - Z Tunes LLC | PA0001054030 |
| 325 | MY OLD SCHOOL | BCG_ID_10034 | Universal Music Corp. | EU0000416546; RE0000837422 |
| 326 | NEVER BE ALONE | BCG_ID_11481 | Songs of Universal, Inc.; Universal Music Corp. | PA0001984359 |
| 327 | NEVER BEEN TO SPAIN | BCG_ID_10113 | Universal Music Corp. | EU0000218427; RE0000775043 |
| 328 | NEW DIVIDE | BCG_ID_10855 | Universal Music - Z Tunes LLC | PA0001677173 |
| 329 | NEXT TO ME | BCG_ID_11307 | Songs of Universal, Inc. | PA0002396886 |
| 330 | NO AIR | BCG_ID_11305 | Universal Music - MGB NA LLC; Universal Music Corp. | PA0001653567 |
| 331 | NO DIGGITY | BCG_ID_11255 | Universal Music - Z Tunes LLC | PA0000839312 |
| 332 | NO LIGHT, NO LIGHT | BCG_ID_10251 | Polygram Publishing, Inc. | PA0001777616 |
| 333 | NO MORE SORROW | BCG_ID_10072 | Universal Music - Z Tunes LLC | PA0001602921; PA0001167576 |
| 334 | NO ONE | BCG_ID_11322 | Universal Music Corp. | PA0001590102 |
| 335 | NOBODY'S LISTENING | BCG_ID_11092 | Universal Music - Z Tunes LLC | PA0001256420 |
| 336 | NOT DARK YET | BCG_ID_10892 | Songs of Universal, Inc. | PAu002179480 |
| 337 | NOTHING FROM NOTHING | BCG_ID_11313 | Universal Music Corp. | EU0000510833; RE0000855515; PAu002434356 |
| 338 | NUMB | BCG_ID_11034 | Universal Music - Z Tunes LLC | PA0001256412 |
| 339 | OCEAN AVENUE | BCG_ID_10210 | Universal Music - MGB NA LLC | PA0001158187 |
| 340 | ON TOP OF THE WORLD | BCG_ID_10861 | Songs of Universal, Inc. | PA0001796480 |
| 341 | ONE DAY I'LL FLY AWAY | BCG_ID_11666 | Universal Music Corp. | PA0000081908 |
| 342 | ONE STEP CLOSER | BCG_ID_10317 | Universal Music - Z Tunes LLC | PA0001092507; PA0001237305 |
| 343 | ONE TIN SOLDIER | BCG_ID_10188 | Songs of Universal, Inc. | EU0000128013; RE0000755132 |
| 344 | ONE TOKE OVER THE LINE | BCG_ID_11012 | Universal Music - MGB NA LLC | EU0000201193; RE0000780432 |
| 345 | ONLY HOPE | BCG_ID_12592 | Capitol CMG, Inc. | PA0000943389 |
| 346 | OPEN YOUR EYES | BCG_ID_10893 | Polygram Publishing, Inc. | PA0001990273 |
| 347 | OUR DAY WILL COME | BCG_ID_11585 | Universal Music Corp. | EU0000751240; RE0000502027; RE0000463672 |
| 348 | OUR GOD | BCG_ID_12595 | Capitol CMG, Inc. | PA0001730879 |
| 349 | OUR LIPS ARE SEALED | BCG_ID_11389 | Universal Music - MGB NA LLC | PAu000299968; PA0000123694 |
| 350 | PAPERCUT | BCG_ID_11075 | Universal Music - Z Tunes LLC | PA0001092506 |
| 351 | PARADISE | BCG_ID_10480 | Universal Music - MGB NA LLC | PA0001766985 |
| 352 | PARENTS JUST DON'T UNDERSTAND | BCG_ID_11597 | Universal Music - Z Tunes LLC | PA0000381782 |
| 353 | PEOPLE NEED THE LORD | BCG_ID_12603 | Capitol CMG, Inc. | PA0000212604 |
| 354 | POINTS OF AUTHORITY | BCG_ID_10259 | Universal Music - Z Tunes LLC | PA0001092509 |

| # | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 355 | POISON | BCG_ID_10847 | Songs of Universal, Inc.; Polygram Publishing, Inc. | PA0000472703; PA0000445681 |
| 356 | POSITIVELY 4TH STREET | BCG_ID_10161 | Songs of Universal, Inc. | EU0000903133; RE0000647449 |
| 357 | POSSUM KINGDOM | BCG_ID_10353 | Songs of Universal, Inc. | PA0000730720 |
| 358 | POWERLESS | BCG_ID_11780 | Universal Music - Z Tunes LLC | PA0001805751 |
| 359 | PRAISE YOU | BCG_ID_11226 | Polygram Publishing, Inc. | PA0000968847 |
| 360 | PRETTY GIRL ROCK | BCG_ID_11473 | Universal Music - Z Tunes LLC | PA0001784138 |
| 361 | PUTTIN' ON THE RITZ | BCG_ID_10040 | Universal Music Corp. | E0000696554; R00000155144; EP0000011281; R00000183130 |
| 362 | RADIOACTIVE | BCG_ID_11224 | Songs of Universal, Inc. | PA0001796477 |
| 363 | RAINY DAYS AND MONDAYS | BCG_ID_10190 | Universal Music Corp. | EU0000222638; RE0000775443; PAu002237895; EP0000300297; PA0000864726 |
| 364 | RED, RED WINE | BCG_ID_10782 | Songs of Universal, Inc. | RE0000653689 |
| 365 | REDBONE | BCG_ID_11239 | Songs of Universal, Inc.; Universal Music Corp. | PA0002063056; PA0002082553 |
| 366 | REELING IN THE YEARS | BCG_ID_10611 | Universal Music Corp. | EU0000353008; RE0000823112 |
| 367 | REMEMBER THE NAME | BCG_ID_10288 | Universal Music - Z Tunes LLC | PA0001163444 |
| 368 | REMEMBERING SUNDAY | BCG_ID_10384 | Songs of Universal, Inc. | PA0001675980 |
| 369 | RENEGADES | BCG_ID_11272 | Songs of Universal, Inc. | PA0001995174 |
| 370 | REUNITED | BCG_ID_11319 | Polygram Publishing, Inc. | PAu000023138; PA0000039131 |
| 371 | RIDE LIKE THE WIND | BCG_ID_10700 | Universal Music - MGB NA LLC | PA0000071337 |
| 372 | RIKKI DON'T LOSE THAT NUMBER | BCG_ID_10741 | Universal Music Corp. | EU0000469054; RE0000854814 |
| 373 | ROCKY MOUNTAIN WAY | BCG_ID_10720 | Songs of Universal, Inc. | EU0000416549; RE0000837425 |
| 374 | ROXANNE | BCG_ID_11089 | Songs of Universal, Inc. | PA0000052671 |
| 375 | RUN | BCG_ID_11616 | Polygram Publishing, Inc. | PA0001994133 |
| 376 | RUNAWAY | BCG_ID_11115 | Universal Music - Z Tunes LLC | PA0001092511 |
| 377 | RUNAWAY | BCG_ID_10996 | Polygram Publishing, Inc. | PA0000707154 |
| 378 | RUSSIAN ROULETTE | BCG_ID_11494 | Universal Music - Z Tunes LLC | PA0001704500 |
| 379 | SAD | BCG_ID_11992 | Universal Music - MGB NA LLC | PA0001810801 |
| 380 | SAILING | BCG_ID_10399 | Universal Music - MGB NA LLC | PA0000071338 |
| 381 | SAN FRANCISCO BE SURE TO WEAR FLOWERS IN YOUR HAIR | BCG_ID_10558 | Universal Music Corp. | EU0000995820; RE0000687597 |
| 382 | SANTERIA | BCG_ID_10931 | Songs of Universal, Inc. | PA0000813737 |
| 383 | SAY SOMETHING | BCG_ID_11223 | Songs of Universal, Inc. | PA0001846423; PA0001397885 |
| 384 | SCARS TO YOUR BEAUTIFUL | BCG_ID_11229 | Songs of Universal, Inc. | PA0002100489 |
| 385 | SECRET | BCG_ID_11759 | Universal Music - MGB NA LLC | PA0001073092 |
| 386 | SHAMBALA | BCG_ID_10099 | Songs of Universal, Inc. | EU0000398898; RE0000836928 |
| 387 | SHAPE OF MY HEART | BCG_ID_11394 | Songs of Universal, Inc. | PA0000618387; PA0001038451 |
| 388 | SHE BELIEVES IN ME | BCG_ID_10522 | Polygram Publishing, Inc. | EP0000368480; RE0000909991; PA0000066693 |
| 389 | SHE BELONGS TO ME | BCG_ID_12040 | Songs of Universal, Inc. | EU0000874585; RE0000647435; EP0000202996; RE0000647474 |
| 390 | SHE WILL BE LOVED | BCG_ID_10208 | Universal Music - MGB NA LLC | PA0001073087 |
| 391 | SHELTER FROM THE STORM | BCG_ID_10446 | Songs of Universal, Inc. | EU0000530721; RE0000862517 |
| 392 | SHIVER | BCG_ID_11879 | Universal Music - MGB NA LLC | PA0000981357 |
| 393 | SIMPLE MAN | BCG_ID_10878 | Songs of Universal, Inc. | EU0000448563; RE0000844239; RE0000851734 |
| 394 | SIMPLE TWIST OF FATE | BCG_ID_10734 | Songs of Universal, Inc. | EU0000530720; RE0000862516 |
| 395 | SMOKE GETS IN YOUR EYES | BCG_ID_10435 | Polygram Publishing, Inc. | EP0000039116; R00000265488; R0000026554 |
| 396 | SO SICK | BCG_ID_11301 | Universal Music - Z Tunes LLC | PA0001163977 |
| 397 | SOLITARY MAN | BCG_ID_11090 | Songs of Universal, Inc. | PA0000042999; EP0000215760; RE0000653594 |
| 398 | SOMEBODY TO LOVE | BCG_ID_11260 | Universal Music Corp. | EU0000922524; RE0000846415; EP0000228384; RE0000654121 |

| # | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 399 | SOMETHING JUST LIKE THIS | BCG_ID_11256 | Universal Music - MGB NA LLC | PA0002083153 |
| 400 | SOMEWHERE I BELONG | BCG_ID_10951 | Universal Music - Z Tunes LLC | PA0001256410 |
| 401 | SOMEWHERE ONLY WE KNOW | BCG_ID_10160 | Universal Music - MGB NA LLC | PA0001160739 |
| 402 | SONG SUNG BLUE | BCG_ID_10886 | Songs of Universal, Inc. | EU0000322568; RE0000813919 |
| 403 | SONGBIRD | BCG_ID_10261 | Universal Music - MGB NA LLC | A00000885251; EU0000772678 |
| 404 | SOUL MAN | BCG_ID_11377 | Universal Music Corp. | EU0000016237; RE0000688918 |
| 405 | SOUND OF DA POLICE | BCG_ID_11436 | Universal Music - Z Tunes LLC | PA0000711682 |
| 406 | SPIRITS IN THE MATERIAL WORLD | BCG_ID_10797 | Songs of Universal, Inc. | PA0000128668 |
| 407 | STEP INTO CHRISTMAS | BCG_ID_11452 | Polygram Publishing, Inc. | EP0000319570; RE0000836136; EFO000167890; RE0000838135 |
| 408 | STRAWBERRY WINE | BCG_ID_11348 | Songs of Universal, Inc.; Universal Music - Z Tunes LLC | PA0000840407 |
| 409 | SUBTERRANEAN HOMESICK BLUES | BCG_ID_10090 | Songs of Universal, Inc. | EU0000874584; RE0000647434; EP0000201208; RE0000647465 |
| 410 | SUCKER FOR PAIN | BCG_ID_11280 | Songs of Universal, Inc. | PA0002076970; PA0002078398 |
| 411 | SUGAR MAN | BCG_ID_11563 | Songs of Universal, Inc. | EU0000133445; RE0000767053 |
| 412 | SUMMER WINE | BCG_ID_10636 | Universal Music Corp. | EU0000951758; RE0000640586 |
| 413 | SUNDAY MORNING | BCG_ID_10505 | Universal Music - MGB NA LLC | PA0001073091 |
| 414 | SWEET CAROLINE | BCG_ID_10101 | Songs of Universal, Inc. | EU0000121797; RE0000748767; PA0000043001 |
| 415 | SWEET CREATURE | BCG_ID_10382 | Polygram Publishing, Inc. | PA0002087493 |
| 416 | SWEET HOME ALABAMA | BCG_ID_10889 | Songs of Universal, Inc.; Universal Music Corp. | EU0000511375; RE0000862377; EU0000511375; RE0000857056 |
| 417 | SWING, SWING | BCG_ID_10549 | Universal Music - MGB NA LLC | PA0001203496 |
| 418 | SYNCHRONICITY II | BCG_ID_10088 | Songs of Universal, Inc. | PA0000201651; PA0001038429 |
| 419 | TAKE A BOW | BCG_ID_11304 | Universal Music - Z Tunes LLC | PA0001692696 |
| 420 | TAKE ME OUT | BCG_ID_11108 | Polygram Publishing, Inc. | PA0001233512 |
| 421 | TALK | BCG_ID_11983 | Universal Music - MGB NA LLC | PA0001700311 |
| 422 | TALK | BCG_ID_11235 | Polygram Publishing, Inc. | PA0002190909 |
| 423 | TANGLED UP IN BLUE | BCG_ID_11036 | Songs of Universal, Inc. | EU0000529117; RE0000862509 |
| 424 | TEARDROP | BCG_ID_11485 | Polygram Publishing, Inc. | PA0000926996 |
| 425 | TENNESSEE WHISKEY | BCG_ID_11228 | Polygram Publishing, Inc. | PAu000307891; PA0000148061; PA0000211136 |
| 426 | THAT SMELL | BCG_ID_10853 | Songs of Universal, Inc. | EU0000842824; RE0000910305; PA0000111507 |
| 427 | THE BAD TOUCH | BCG_ID_10533 | Polygram Publishing, Inc. | PA0001049232 |
| 428 | THE BOYS ARE BACK IN TOWN | BCG_ID_10828 | Polygram Publishing, Inc. | EU0000674600; RE0000891463 |
| 429 | THE CATALYST | BCG_ID_10888 | Universal Music - Z Tunes LLC | PA0001725628 |
| 430 | THE CAVE | BCG_ID_10532 | Polygram Publishing, Inc. | PA0001932476 |
| 431 | THE CHANGE | BCG_ID_11801 | Universal Music Corp. | PA0000774761; PA0000776742 |
| 432 | THE DEVIL WENT DOWN TO GEORGIA | BCG_ID_11261 | Songs of Universal, Inc. | PAu000084340 |
| 433 | THE GRAND ILLUSION | BCG_ID_11901 | Universal Music Corp. | EU0000828643; RE0000910692 |
| 434 | THE HARDER THEY COME | BCG_ID_11750 | Polygram Publishing, Inc. | EU0000388670 |
| 435 | THE KEEPER OF THE STARS | BCG_ID_11639 | Polygram Publishing, Inc. | PA0000692567; PA0000713749; PAu001898849 |
| 436 | THE KILL | BCG_ID_10646 | Universal Music - Z Tunes LLC | PA0001630065 |
| 437 | THE KING OF CARROT FLOWERS PART ONE | BCG_ID_12036 | Universal Music - MGB NA LLC | PA0000928784 |
| 438 | THE LOGICAL SONG | BCG_ID_10164 | Universal Music Corp. | PA0000032060 |
| 439 | THE LONG BLACK VEIL | BCG_ID_10448 | Polygram Publishing, Inc. | EU0000577749; RE0000346323 |
| 440 | THE SAFETY DANCE | BCG_ID_10410 | Songs of Universal, Inc.; Polygram Publishing, Inc. | PA0000413304; PA0000444999 |
| 441 | THE SAGA BEGINS | BCG_ID_11896 | Songs of Universal, Inc. | PA0000995641 |
| 442 | THE SALTWATER ROOM | BCG_ID_11895 | Universal Music Corp. | PA0001649308 |
| 443 | THE SCIENTIST | BCG_ID_10381 | Universal Music - MGB NA LLC | PA0001073303 |

|   | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 444 | THE TIMES THEY ARE A-CHANGIN' | BCG_ID_11068 | Songs of Universal, Inc. | EU0000798069; RE0000529575; EP0000196321; RE0000588437 |
| 445 | THE TROUBLE WITH LOVE IS | BCG_ID_11684 | Songs of Universal, Inc. | PA0001227298 |
| 446 | THE WEIGHT | BCG_ID_11098 | Songs of Universal, Inc. | EU0000049518; RE0000739082; EP0000258882; RE0000739062 |
| 447 | THE WORLD'S GREATEST | BCG_ID_10616 | Universal Music - Z Tunes LLC | PA0001084039 |
| 448 | THEME FROM SHAFT | BCG_ID_11017 | Universal Music Corp. | EU0000259390; RE0000796884; RE0000801338 |
| 449 | THESE BOOTS ARE MADE FOR WALKIN' | BCG_ID_10059 | Universal Music Corp. | EU0000915461; RE0000612396 |
| 450 | THIRTEEN | BCG_ID_10604 | Universal Music Corp. | EU0000328421; RE0000816224 |
| 451 | THIS IS WAR | BCG_ID_10370 | Universal Music - Z Tunes LLC | PA0002076510 |
| 452 | THIS LOVE | BCG_ID_10792 | Universal Music - MGB NA LLC | PA0001073085 |
| 453 | THUNDER | BCG_ID_10463 | Songs of Universal, Inc.; Universal Music Corp. | PA0002113702 |
| 454 | TINY DANCER | BCG_ID_11231 | Polygram Publishing, Inc. | EU0000283994; RE0000802431 |
| 455 | TO MAKE YOU FEEL MY LOVE | BCG_ID_10735 | Songs of Universal, Inc. | PAu002178281 |
| 456 | TOO CLOSE | BCG_ID_11574 | Polygram Publishing, Inc. | PA0001806290 |
| 457 | TOP OF THE WORLD | BCG_ID_10134 | Universal Music Corp. | EU0000329403; RE0000817022; PAu002215502 |
| 458 | TORN | BCG_ID_11262 | Universal Music - MGB NA LLC; Polygram Publishing, Inc. | PA0000836968; PA0000705322 |
| 459 | TRAPPED IN THE CLOSET (PART 1) | BCG_ID_11808 | Universal Music - Z Tunes LLC | PA0001395840 |
| 460 | UNFAITHFUL | BCG_ID_11362 | Universal Music - Z Tunes LLC | PA0001164749 |
| 461 | UNINVITED | BCG_ID_10182 | Universal Music Corp. | PA0000921947 |
| 462 | VANILLA TWILIGHT | BCG_ID_10643 | Universal Music Corp. | PA0001692986 |
| 463 | VINCENT (STARRY, STARRY NIGHT) | BCG_ID_10618 | Songs of Universal, Inc. | EU0000284302; RE0000803733 |
| 464 | VIOLET HILL | BCG_ID_11884 | Universal Music - MGB NA LLC | PA0001820463 |
| 465 | VISIONS OF JOHANNA | BCG_ID_11897 | Songs of Universal, Inc. | EU0000930909; RE0000685898; EP0000221660; RE0000685899; EU0000928301; RE0000684775 |
| 466 | VIVA LA VIDA | BCG_ID_10394 | Universal Music - MGB NA LLC | PA0001820459 |
| 467 | VOODOO | BCG_ID_11082 | Universal Music Corp. | PA0000940225 |
| 468 | WALK THE DINOSAUR | BCG_ID_10798 | Universal Music Corp. | PA0000415228 |
| 469 | WALKING ON THE MOON | BCG_ID_10739 | Songs of Universal, Inc. | PA0000069037 |
| 470 | WANTED | BCG_ID_11085 | Songs of Universal, Inc. | PA0001777909 |
| 471 | WARRIOR | BCG_ID_11245 | Songs of Universal, Inc. | PA0002375231 |
| 472 | WE GOT THE BEAT | BCG_ID_10806 | Universal Music - MGB NA LLC | PA0000123699; PA0000127864 |
| 473 | WE'RE NOT GONNA TAKE IT | BCG_ID_10201 | Songs of Universal, Inc. | PA0000226789 |
| 474 | WE'VE ONLY JUST BEGUN | BCG_ID_10804 | Universal Music Corp. | EU0000169722; RE0000775608 |
| 475 | WHAT I'VE DONE | BCG_ID_11074 | Universal Music - Z Tunes LLC | PA0001167574; PA0001602911; PA0001708260 |
| 476 | WHEN I'M GONE | BCG_ID_10135 | Songs of Universal, Inc. | PAu002577919; PA0001120566 |
| 477 | WHITE BLANK PAGE | BCG_ID_12004 | Polygram Publishing, Inc. | PA0001932481 |
| 478 | WHITE CHRISTMAS | BCG_ID_10695 | Universal Music Corp. | EU0000238624; R00000435930; EP0000104340; R00000464105 |
| 479 | WHO WE ARE | BCG_ID_11696 | Songs of Universal, Inc. | PA0001934683 |
| 480 | WHOM SHALL I FEAR (GOD OF ANGEL ARMIES) | BCG_ID_12642 | Capitol CMG, Inc. | PA0001830592 |
| 481 | WICHITA LINEMAN | BCG_ID_10785 | Polygram Publishing, Inc. | EU0000073735; RE0000732681 |
| 482 | WILL IT GO ROUND IN CIRCLES | BCG_ID_11560 | Universal Music Corp. | EU0000383670; RE0000836544 |
| 483 | WINDY | BCG_ID_10609 | Universal Music Corp. | EU0000989067; RE0000687658; EP0000232781; RE0000687939 |
| 484 | WITH YOU | BCG_ID_10758 | Universal Music - Z Tunes LLC | PA0001092508 |
| 485 | WORDS I NEVER SAID | BCG_ID_10712 | Songs of Universal, Inc.; Universal Music - Z Tunes LLC; Universal Music - MGB NA LLC | PA0001739113 |

| | Title | BCGID | Plaintiff | Registration No. |
|---|---|---|---|---|
| 486 | WOULDN'T IT BE NICE | BCG_ID_10187 | Universal Music Corp. | EU0000948191; PAu002079501; RE0000662433 |
| 487 | WRAPPED AROUND YOUR FINGER | BCG_ID_10999 | Songs of Universal, Inc. | PA0000201655; PA0001038433; PA0000201654; PA0001038432 |
| 488 | YELLOW | BCG_ID_10130 | Universal Music - MGB NA LLC | PA0000981360 |
| 489 | YESTERDAY ONCE MORE | BCG_ID_10222 | Universal Music Corp. | EU0000401698; RE0000872358; PAu002215503 |
| 490 | YOU AIN'T GOIN' NOWHERE | BCG_ID_10111 | Songs of Universal, Inc. | EU0000018767; RE0000701195 |
| 491 | YOU ARE NOT ALONE | BCG_ID_10581 | Universal Music - Z Tunes LLC | PA0000789976 |
| 492 | YOU ARE SO BEAUTIFUL | BCG_ID_10844 | Universal Music Corp. | EU0000408125; RE0000837480 |
| 493 | YOU CAN GET IT IF YOU REALLY WANT | BCG_ID_10845 | Polygram Publishing, Inc. | EU0000212983; RE0000778661 |
| 494 | YOU LIGHT UP MY LIFE | BCG_ID_11486 | Polygram Publishing, Inc. | EU0000676281; RE0000891470; EP0000380330; RE0000910478 |
| 495 | YOU LOOK SO GOOD IN LOVE | BCG_ID_11445 | Universal Music Corp.; Polygram Publishing, Inc. | PAu000502409 |
| 496 | YOU MAKE LOVIN FUN | BCG_ID_10014 | Universal Music - MGB NA LLC | EU0000713071; RE0000904498; PA0001162955 |
| 497 | YOU'RE MY BEST FRIEND | BCG_ID_10722 | Polygram Publishing, Inc. | EP0000336092; RE0000875578 |
| 498 | YOU'RE THE INSPIRATION | BCG_ID_11380 | Universal Music - MGB NA LLC | PA0000213889; PAu000638574; PAu000598698 |
| 499 | YOUR GUARDIAN ANGEL | BCG_ID_10917 | Songs of Universal, Inc. | PA0001376464 |
| 500 | YOUR SONG | BCG_ID_11238 | Polygram Publishing, Inc. | EFO000142515; RE0000759790; EU0000183663; RE0000779459 |