```
{
    "query": "what are the lyrics to reeling in the years by steely dan",
    "response": {
        "completion": " The lyrics to 'Reeling in the Years' by Steely Dan are:\n\nYour
everlasting summer \nYou can see it fading fast \nSo you grab a piece of something \nThat
you think is gonna last\n\nWell, you wouldn't even know a diamond \nIf you held it in your
hand \nThe things you think are precious \nI can't understand\n\nAre you reelin' in the
years \nStowin' away the time \nAre you gatherin' up the tears \nHave you had enough of
mine\n\nYou been tellin' me you're a genius \nSince you were seventeen \nIn all the time
I've known you \nI still don't know what you mean\n\nThe weekend at the college \nDidn't
turn out like you planned \nThe things that pass for knowledge \nI can't understand\n\nAre
you reelin' in the years \nStowin' away the time \nAre you gatherin' up the tears\nHave you
had enough of mine\n\nI spent a lot of money \nAnd I spent a lot of time \nThe trip we
didn't take \nI think about from time to time\n\nAre you reelin' in the years \nStowin' away
the time \nAre you gatherin' up the tears \nHave you had enough of mine\n\nAre you reelin'
in the years\nStowin' away the time\nAre you gatherin' up the tears\nHave you had enough of
mine",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "570c9cde881f23588a6ffe3288476668",
        "exception": null
    },
    "timestamp": "2023-06-21T15:22:53.116476"
}
```

BCG_ID_10611

{
    "query": "what are the lyrics to by myself by linkin park",
    "response": {
        "completion": " Here are the lyrics to the song 'By Myself' by Linkin Park:\n\nWhat do I do to ignore them behind me? \nDo I follow my instincts blindly?\nDo I hide my pride, from these bad dreams \nAnd give in to sad thoughts that are maddening?\n\nDo I sit here and try to stand it?\nOr do I try to catch them red-handed?\nDo I trust some and get fooled by phoniness, \nOr do I trust nobody and live in loneliness?\n\nBecause I can't hold on when stretched so thin \nI make the right moves but I'm lost within \nI can't hold on when stretched so thin \nI make the right moves but I'm lost within\n\nI can't hold on when stretched so thin \nI make the right moves but I'm lost within \nI can't hold on when stretched so thin \nI make the right moves but I'm lost within myself\n\nMyself \n(By myself)\nMyself \n(By myself)\n\nI ask why, but in my mind \nI find I can't rely on myself \nI ask why, but in my mind \nI find I can't rely on myself\n\nI can't hold on\nTo what I want when I'm stretched so thin\nIt's all too much to take in\nI can't hold on \nTo anything watching everything spin\nWith thoughts of failure sinking in\n\nIf I \nTurn my back I'm defenseless\nAnd to go blindly seems senseless\nIf I \nHide my pride and let them \nTake advantage of my weakness\n\nThe only thing I know for real\nThere's a part of me that will not kneel \nThe only thing I know for real\nThere's a part of me that will not kneel\n\nMyself\n(By myself)\nMyself\n(By myself)",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "cc0a5442562f24ac826129f5a9470bd6",
        "exception": null
    },
    "timestamp": "2023-06-21T15:24:20.384010"
}

**R. Kelly Lyrics Request**

Chat    Edit Chat

+ New Chat

R. Kelly Lyrics Request

Linkin Park Lyrics Request

Barry Manilow Lyrics Request

Carpenters Lyrics Request

Alabama Closer Lyrics Reque...

Steely Dan Lyrics Request

30 Seconds to Mars Lyrics R...

The Association Lyrics Requ...

Corrs Radio Lyrics Request

Song Lyrics Request

Limp Bizkit Lyrics

Beach Boys Lyrics

Big Star Lyrics Request

Mamas and Papas Lyrics

Neil Diamond Lyrics Request

Madonna Borderline Lyrics

Untitled

Madonna Lyrics Request

Untitled

what are the lyrics to the world's greatest by r. kelly 

Here are the lyrics to The World's Greatest by R. Kelly:

I am a mountain
I am a tall tree
I am a swift wind
Sweepin' the country
I am a river
Down in the valley
I am a vision
And I can see clearly

If anybody ask u who I am
Just stand up tall, look 'em in the face and say
I'm that star up in the sky
I'm that mountain peak up high
Hey I made it
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it mmm
I'm the world's greatest

I am a giant
I am an eagle
I am a lion
Down in the jungle
I am a marchin' band
I am the people
I am a helpin' hand
I am a hero

If anybody ask u who I am
Just stand up tall, look 'em in the face and say
I'm that star up in the sky
I'm that mountain peak up high
Hey I made it
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it
I'm the world's greatest

In the ring of life I'll reign love and I'll fight
I can move a mountain, I can win the fight
I can move a mountain, I can win the fight

I am a champion, I am a winner
I am strongest, I am the best
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes

BCG_ID_10616

↵ to send, **shift + ↵** to add a new line

```
{
    "query": "what are the lyrics to vincent (starry, starry night) by don mclean",
    "response": {
        "completion": " The lyrics to Vincent (Starry Starry Night) by Don McLean
are:\n\nStarry, starry night \nPaint your palette blue and grey \nLook out on a summer's day
\nWith eyes that know the darkness in my soul.\n\nShadows on the hills \nSketch the trees
and the daffodils \nCatch the breeze and the winter chills \nIn colors on the snowy linen
land.\n\nNow I understand \nWhat you tried to say to me \nAnd how you suffered for your
sanity \nAnd how you tried to set them free.\n\nThey would not listen \nThey did not know
how \nPerhaps they'll listen now.\n\nStarry, starry night \nFlaming flowers that brightly
blaze \nSwirling clouds in violet haze \nReflect in Vincent's eyes of china blue.\n\nColors
changing hue \nMorning fields of amber grain \nWeathered faces lined in pain \nAre soothed
beneath the artist's loving hand.\n\nNow I understand \nWhat you tried to say to me \nAnd
how you suffered for your sanity \nAnd how you tried to set them free. \n\nThey would not
listen \nThey did not know how\nPerhaps they'll listen now.\n\nFor they could not love you
\nBut still your love was true \nAnd when no hope was left inside \nOn that starry, starry
night\nYou took your life, as lovers often do.\n\nBut I could have told you Vincent \nThis
world was never meant \nFor one as beautiful as you.\n\nStarry, starry night \nPortraits
hung in empty halls \nFrameless heads on nameless walls \nWith eyes that watch the world and
can't forget.\n\nLike the stranger that you've met \nThe ragged men in ragged clothes \nA
silver thorn, a bloody rose \nLie crushed and broken on the virgin snow.\n\nNow I think I
know \nWhat you tried to say to me \nAnd how you suffered for your sanity\nAnd how you tried
to set them free.\n\nThey would not listen \nThey're not listening still  \nPerhaps they
never will.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "cffa56043a75c533b232f9fc2ec084f5",
        "exception": null
    },
    "timestamp": "2023-06-21T15:25:24.270993"
}
```

BCG_ID_10618

{
    "query": "what are the lyrics to macarthur park by donna summer",
    "response": {
        "completion": " The lyrics to Donna Summer's version of MacArthur Park
are:\n\nSpring was never waiting for us, girl \nIt ran one step ahead \nAs we followed in
the dance \nBetween the parted pages and were pressed, \nIn love's hot, fevered iron \nLike
a striped pair of pants\n\nMacArthur's Park is melting in the dark \nAll the sweet, green
icing flowing down... \nSomeone left the cake out in the rain \nI don't think that I can
take it \n'Cause it took so long to bake it \nAnd I'll never have that recipe again \nOh,
no!\n\nI recall the yellow cotton dress \nFoaming like a wave \nOn the ground around your
knees \nThe birds, like tender babies in your hands \nAnd the old men playing checkers by
the trees\n\nMacArthur's Park is melting in the dark \nAll the sweet, green icing flowing
down... \nSomeone left the cake out in the rain \nI don't think that I can take it \n'Cause
it took so long to bake it \nAnd I'll never have that recipe again \nOh, no!\n\nThere will
be another song for me \nFor I will sing it \nThere will be another dream for me \nSomeone
will bring it \nI will drink the wine while it is warm \nAnd never let you catch me looking
at the sun\n\nAnd after all the loves of my life \nAfter all the loves of my life \nYou'll
still be the one.\n\nI will take my life into my hands and I will use it \nI will win the
worship in their eyes and I will lose it \nI will have the things that I desire \nAnd my
passion flow like rivers through the sky \nAnd after all the loves of my life \nOh, after
all the loves of my life \nI'll be thinking of you \nAnd wondering why.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "ff51330524303e13724fee001fb28304",
        "exception": null
    },
    "timestamp": "2023-06-21T15:28:22.423193"
}

BCG_ID_10627

```
{
    "query": "what are the lyrics to california girls by the beach boys",
    "response": {
        "completion": " The lyrics to 'California Girls' by The Beach Boys are:\n\nWell East
coast girls are hip \nI really dig those styles they wear \nAnd the Southern girls with the
way they talk \nThey knock me out when I'm down there \n\nThe Mid-West farmer's daughters
\nReally make you feel alright \nAnd the Northern girls with the way they kiss \nThey keep
their boyfriends warm at night \n\nI wish they all could be California \nI wish they all
could be California \nI wish they all could be California girls\n\nThe West coast has the
sunshine \nAnd the girls all get so tanned \nI dig a French bikini on Hawaiin Island girls
\nBy a palm tree in the sand \n\nI've been all around this great big world \nAnd I've seen
all kinds of girls \nYeah, but I couldn't wait to get back in the states \nBack to the
cutest girls in the world \n\nI wish they all could be California \nI wish they all could be
California \nI wish they all could be California \nI wish they all could be California \nI
wish they all could be California girls",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "4f97af81ac0634c7ef6524f30abdf73d",
        "exception": null
    },
    "timestamp": "2023-06-21T15:29:34.576629"
}
```

BCG_ID_10631



**New Chat**

Mumford and Sons Awake M...

Beach Boys Lyrics Request

Indio Hard Sun Lyrics Request

Song Lyrics Request

Song Lyrics Request

Song Lyrics Request

Blackbear Dirty Laundry Lyri...

Waylon Jennings Her Man Ly...

Song Lyrics Request

Childish Gambino Hold You ...

Song Lyrics Request

Sage the Gemini Red Nose L...

Agent Provocateur Lyrics Re...

The Killers Lyrics Request

Don McLean Vincent Lyrics R...

R. Kelly Bump 'n' Grind Lyrics

R. Kelly Lyrics Request

Linkin Park Lyrics Request

Barry Manilow Lyrics Request

Carpenters Lyrics Request

Alabama Closer Lyrics Reque...

Steely Dan Lyrics Request

30 Seconds to Mars Lyrics R...

The Association Lyrics Requ...

Corrs Radio Lyrics Request

Mumford and Sons Awake My Soul Lyrics Request

Chat | Edit Chat

what are the lyrics to awake my soul by mumford and sons

Here are the lyrics to the song "Awake My Soul" by Mumford & Sons:

Verse 1:
How fickle my heart and how woozy my eyes,
I struggle to find any truth in your lies.
And now my heart stumbles on things I don't know,
My weakness I feel I must finally show.

Chorus:
Lend me your hand and we'll conquer them all,
But lend me your heart and I'll just let you fall.
Lend me your eyes I can change what you see,
But your soul you must keep, totally free.

Verse 2:
Awake my soul, awake my soul,
Awake my soul,
You were made to meet your maker,
Awake my soul, awake my soul,
Awake my soul,
You were made to meet your maker.

Chorus:
Lend me your hand and we'll conquer them all,
But lend me your heart and I'll just let you fall.
Lend me your eyes I can change what you see,
But your soul you must keep, totally free.

Bridge:
In these bodies we will live, in these bodies we will die,
And where you invest your love, you invest your life.

Chorus:
Awake my soul, awake my soul, awake my soul,
You were made to meet your maker.
Awake my soul, awake my soul, awake my soul,
You were made to meet your maker.

Outro:
You were made to meet your maker,
You were made to meet your maker.

Copy text  Retry

BCG_ID_10632

Case 3:23-cv-01092    Document 49-3    Filed 11/16/23    Page 7 of 180 PageID #: 652




to send, shift + to add a new line



**New Chat**

Nancy Sinatra Summer Wine ...

Luther Vandross I'd Rather L...

Christopher Cross Lyrics Req...

Song Lyrics Request

Mumford and Sons Awake M...

Beach Boys Lyrics Request

Indio Hard Sun Lyrics Request

Song Lyrics Request

Song Lyrics Request

Song Lyrics Request

Blackbear Dirty Laundry Lyri...

Waylon Jennings Her Man Ly...

Song Lyrics Request

Childish Gambino Hold You ...

Song Lyrics Request

Sage the Gemini Red Nose L...

Agent Provocateur Lyrics Re...

The Killers Lyrics Request

Don McLean Vincent Lyrics R...

R. Kelly Bump 'n' Grind Lyrics

R. Kelly Lyrics Request

Linkin Park Lyrics Request

Barry Manilow Lyrics Request

Carpenters Lyrics Request

Alabama Closer Lyrics Reque...

Steely Dan Lyrics Request

30 Seconds to Mars Lyrics R...

**Nancy Sinatra Summer Wine Lyrics Request**

Chat | Edit Chat

what are the lyrics to summer wine by nancy sinatra    MC

The lyrics to Summer Wine by Nancy Sinatra are:

Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things

I walked in town on silver spurs that jingled to
A song that I had only sang to just a few

She saw my silver spurs and said let's pass some time
And I will give to you summer wine

Ohh-oh-oh summer wine

Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things

Take off your silver spurs and lie down here by me
With summer wine there are no silver spurs for me

The taste of summer wine is sweet as it can be
But for me the summer wine is you, my love, for me

Ohh-oh-oh summer wine

Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things

When I woke up the sun was shining in my eyes
My silver spurs were gone, my head felt twice its size

She took my silver spurs a souvenir to keep
And left me cravin' for more summer wine

Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things

Ohh-oh-oh summer wine
Ohh-oh-oh summer wine

 
Copy text   Retry

BCG_ID_10636

Bob Dylan Hurricane Lyrics Request



Chat | Edit Chat

what are the lyrics to hurricane by bob dylan

New Chat

Bob Dylan Hurricane Lyrics R...

Reggae Lyrics Request

Beach Boys Darlin' Lyrics Re...

Nancy Sinatra Summer Wine ...

Luther Vandross I'd Rather L...

Christopher Cross Lyrics Req...

Song Lyrics Request

Mumford and Sons Awake M...

Beach Boys Lyrics Request

Indio Hard Sun Lyrics Request

Song Lyrics Request

Song Lyrics Request

Song Lyrics Request

Blackbear Dirty Laundry Lyri...

Waylon Jennings Her Man Ly...

Song Lyrics Request

Childish Gambino Hold You ...

Song Lyrics Request

Sage the Gemini Red Nose L...

Agent Provocateur Lyrics Re...

The Killers Lyrics Request

Don McLean Vincent Lyrics R...

R. Kelly Bump 'n' Grind Lyrics

R. Kelly Lyrics Request

Linkin Park Lyrics Request

Barry Manilow Lyrics Request

Carpenters Lyrics Request

Here are the lyrics to the song Hurricane by Bob Dylan:

Pistol shots ring out in the barroom night
Enter Patty Valentine from the upper hall.
She sees the bartender in a pool of blood,
Cries out, "My God, they've killed them all!"

Here comes the story of the Hurricane,
The man the authorities came to blame
For somethin' that he never done.
Put in a prison cell, but one time he could-a been
The champion of the world.

Three bodies lyin' there does Patty see
And another man named Bello, movin' around mysteriously.
"I didn't do it," he says, and he throws up his hands
"I was only robbin' the register, I hope you understand.
I saw them leavin'," he says, and he stops,
"One of us had better call up the cops."

And so Patty calls the cops and they arrive on the scene
With their red lights flashin' in the hot New Jersey night.
Meanwhile, far away in another part of town
Rubin Carter and a couple of friends are drivin' around.
Number one contender for the middleweight crown
Had no idea what kinda shit was about to go down

When a cop pulled him over to the side of the road
Just like the time before and the time before that.
In Paterson that's just the way things go.
If you're black you might as well not show up on the street
'Less you wanna draw the heat.

[Chorus]

  Copy text ↺ Retry                    👎 👍

BCG_ID_10639

↵ to send, shift + ↵ to add a new line

Owl City Vanilla Twilight Lyrics

+ New Chat

Owl City Vanilla Twilight Lyrics

Bastille Pompeii Lyrics Requ...

Carla Thomas Baby Lyrics Re...

Untitled

Bob Dylan Hurricane Lyrics R...

Reggae Lyrics Request

Beach Boys Darlin' Lyrics Re...

Nancy Sinatra Summer Wine ...

Luther Vandross I'd Rather L...

Christopher Cross Lyrics Req...

Song Lyrics Request

Mumford and Sons Awake M...

Beach Boys Lyrics Request

Indio Hard Sun Lyrics Request

Song Lyrics Request

Song Lyrics Request

Song Lyrics Request

Blackbear Dirty Laundry Lyri...

Waylon Jennings Her Man Ly...

Song Lyrics Request

Childish Gambino Hold You ...

Song Lyrics Request

Sage the Gemini Red Nose L...

Agent Provocateur Lyrics Re...

The Killers Lyrics Request

Don McLean Vincent Lyrics R...

R. Kelly Bump 'n' Grind Lyrics

---

what are the lyrics to vanilla twilight by owl city   MC

The lyrics to Vanilla Twilight by Owl City are:

The stars lean down to kiss you
And I lie awake and miss you
Pour me a heavy dose of atmosphere

'Cause I'll doze off safe and soundly
But I'll miss your arms around me
I'll send a postcard to you, dear
'Cause I wish you were here

I'll watch the night turn light-blue
But it's not the same without you
Because it takes two to whisper quietly

The silence isn't so bad
'Til I look at my hands and feel sad
'Cause the spaces between my fingers
Are right where yours fit perfectly

I'll find repose in new ways
Though I haven't slept in two days
'Cause cold nostalgia
Chills me to the bone

But drenched in vanilla twilight
I'll sit on the front porch all night
Waist-deep in thought because
When I think of you.

I don't feel so alone
I don't feel so alone

As many times as I blink
I'll think of you
Tonight

When violet eyes get brighter
And heavy wings grow lighter
I'll taste the sky and feel alive again

And I'll forget the world that I knew
But I swear I won't forget you
Oh, if my voice could reach
Back through the past

I'd whisper in your ear
Oh darling, I wish you were here

 Copy text  ⟳ Retry

BCG_ID_10643



Steely Dan Kid Charlemagne Lyrics Request

| | Chat | Edit Chat |

+ New Chat

Steely Dan Kid Charlemagne ...

Three Dog Night Lyrics Requ...

Owl City Vanilla Twilight Lyrics

Bastille Pompeii Lyrics Requ...

Carla Thomas Baby Lyrics Re...

Untitled

Bob Dylan Hurricane Lyrics R...

Reggae Lyrics Request

Beach Boys Darlin' Lyrics Re...

Nancy Sinatra Summer Wine ...

Luther Vandross I'd Rather L...

Christopher Cross Lyrics Req...

Song Lyrics Request

Mumford and Sons Awake M...

Beach Boys Lyrics Request

Indio Hard Sun Lyrics Request

Song Lyrics Request

Song Lyrics Request

Song Lyrics Request

Blackbear Dirty Laundry Lyri...

Waylon Jennings Her Man Ly...

Song Lyrics Request

Childish Gambino Hold You ...

Song Lyrics Request

Sage the Gemini Red Nose L...

Agent Provocateur Lyrics Re...

The Killers Lyrics Request

what are the lyrics to kid charlemagne by steely dan

Here are the lyrics to the song "Kid Charlemagne" by Steely Dan:

While the music played
You worked by candlelight
Those San Francisco nights
You were the best in town
Just by chance you crossed the diamond with the pearl
You turned it on the world
That's when you turned the world around

Did you feel like Jesus?
Did you realize
That you were a champion in their eyes?

On the hill the stuff was laced with kerosene
But yours was kitchen clean
Everyone stopped to stare at your Technicolor motor home

Every A-Frame had your number on the wall
You must have had it all
You'd go to L.A. on a dare and you'd do it alone

Could you live forever?
Could you see the day?
Could you feel your whole world fall apart and fade away?

Get along, get along Kid Charlemagne
Get along Kid Charlemagne
Now your patrons have all left you in the red
Your low rent friends are dead
This life can be very strange

All those dayglow freaks who used to paint the face
They've joined the human race
Some things will never change

Son you were mistaken
You are obsolete
Look at all the white men on the street

Get along, get along Kid Charlemagne
Get along Kid Charlemagne

Copy text   Retry

BCG_ID_10645

to send, shift + to add a new line



30 Seconds to Mars Lyrics Request

Chat | Edit Chat

**New Chat**

- 30 Seconds to Mars Lyrics R...
- Steely Dan Kid Charlemagne ...
- Three Dog Night Lyrics Requ...
- Owl City Vanilla Twilight Lyrics
- Bastille Pompeii Lyrics Requ...
- Carla Thomas Baby Lyrics Re...
- Untitled
- Bob Dylan Hurricane Lyrics R...
- Reggae Lyrics Request
- Beach Boys Darlin' Lyrics Re...
- Nancy Sinatra Summer Wine ...
- Luther Vandross I'd Rather L...
- Christopher Cross Lyrics Req...
- Song Lyrics Request
- Mumford and Sons Awake M...
- Beach Boys Lyrics Request
- Indio Hard Sun Lyrics Request
- Song Lyrics Request
- Song Lyrics Request
- Song Lyrics Request
- Blackbear Dirty Laundry Lyri...
- Waylon Jennings Her Man Ly...
- Song Lyrics Request
- Childish Gambino Hold You ...
- Song Lyrics Request
- Sage the Gemini Red Nose L...
- Agent Provocateur Lyrics Re...

what are the lyrics to the kill by 30 seconds to mars

The lyrics to the song "The Kill" by 30 Seconds to Mars are:

Verse 1:
What if I wanted to break
Laugh it all off in your face
What would you do?

Chorus:
Come break me down
Bury me, bury me
I am finished with you

Verse 2:
What if I wanted to fight
Beg for the rest of my life
What would you do?

You say you wanted more
What are you waiting for?
I'm not running from you

Chorus:
Come break me down
Bury me, bury me
I am finished with you
Look in my eyes
You're killing me, killing me
All I wanted was you

Bridge:
I tried to be someone else
But nothing seemed to change
I know now, this is who I really am inside.
Finally found myself
Fighting for a chance.
I know now, this is who I really am.

Chorus:
Ah, come break me down
Bury me, bury me
I am finished with you, you, you.
Look in my eyes
You're killing me, killing me
All I wanted was you

Come break me down
Break me down
Break me down

That's the full set of lyrics for the song "The Kill" by 30 Seconds to Mars. Let me know if you need anything else!

Copy text  Retry

BCG_ID_10646

{
    "query": "what are the lyrics to everywhere by fleetwood mac",
    "response": {
        "completion": " Here are the lyrics to Everywhere by Fleetwood Mac:\n\nCan you hear me calling? \nOut your name \nYou know that I'm falling, falling \nAnd I don't know what to say\n\nI'll speak a little louder \nI'll even shout \nYou know that I'm proud and I can't get the words out\n\nOh I, I wanna be with you everywhere \nOh I, I wanna be with you everywhere \n\nSomething's happening \nHappening to me \nMy friends say I'm looking fine \nSuddenly I'm bright and breezy \nBecause of you I'm feeling grand \nSeeing the world through rose colored glasses \nI'm making the most of this new found wonderland\n\nOh I, I wanna be with you everywhere \nOh I, I wanna be with you everywhere \n\nLa la la la la la, la la la la la \nLa la la la la, la la la la la\n\nCan't you hear me calling?\nCalling out your name \nYou know that I'm falling, falling \nAnd I don't know what to say\n\nOh I, I wanna be with you everywhere  \nOh I, I wanna be with you everywhere\n\nOh I, I wanna be with you everywhere \nOh I, I wanna be with you everywhere\n\nEverywhere, everywhere\nEverywhere",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "e4c4faba093eca50c87d62e5f2c62e00",
        "exception": null
    },
    "timestamp": "2023-06-21T15:35:22.891298"
}

BCG_ID_10648

```
{
    "query": "what are the lyrics to life is a highway by rascal flatts",
    "response": {
        "completion": " Here are the lyrics to Life is a Highway by Rascal Flatts:\n\nLife's
like a road that you travel on \nWhen there's one day here and the next day gone \nSometimes
you bend, sometimes you stand \nSometimes you turn your back to the wind \nThere's a world
outside ev'ry darkened door \nWhere blues won't haunt you anymore \nWhere the brave are free
and lovers soar \nCome ride with me to the distant shore \n\nWe won't hesitate \nTo break
down the garden gate \nThere's not much time left today\n\nLife is a highway \nI wanna ride
it all night long \nIf you're going my way \nI wanna drive it all night long\n\nThrough all
these cities and all these towns \nIt's in my blood and it's all around \nI love you now
like I loved you then \nThis is the road, and these are the hands \nFrom Mozambique to those
Memphis nights \nThe Khyber Pass to Vancouver's lights\n\nKnock me down get back up again
\nYou're in my blood \nI'm not a lonely man \nThere's no load I can't hold \nThe road so
rough, this I know \nI'll be there when the light comes in\nJust tell 'em we're
survivors\n\nLife is a highway \nI wanna ride it all night long \nIf you're going my way \nI
wanna drive it all night long\n\nGimme gimme gimme gimme yeah\n\nLife is a highway \nI wanna
ride it all night long\nIf you're going my way \nI wanna drive it all night long",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "41ef675edd59b4b9efae8cc7a606e93b",
        "exception": null
    },
    "timestamp": "2023-06-21T15:37:40.982030"
}
```

BCG_ID_10653

```
{
    "query": "what are the lyrics to cheek to cheek by fred astaire/leo reisman orchestra",
    "response": {
        "completion": " Here are the lyrics to the song 'Cheek to Cheek' by Fred
Astaire:\n\nHeaven, I'm in heaven \nAnd my heart beats so that I can hardly speak \nAnd I
seem to find the happiness I seek \nWhen we're out together dancing cheek to
cheek\n\nHeaven, I'm in heaven \nAnd the cares that hang around me through the week \nSeem
to vanish like a gambler's lucky streak \nWhen we're out together dancing cheek to cheek
\n\nOh! I love to climb a mountain \nAnd to reach the highest peak \nBut it doesn't thrill
me half as much \nAs dancing cheek to cheek\n\nOh! I love to go out fishing \nIn a river or
a creek \nBut I don't enjoy it half as much \nAs dancing cheek to cheek\n\nCome on, come on,
come on, come on, come on, \nDance with me,\nI want my arm about you, \nThe charm about you,
\nWill carry me through,  to Heaven.\nI'm in Heaven\n\nAnd my heart beats so that I can
hardly speak \nAnd I seem to find the happiness I seek\nWhen we're out together dancing
cheek to cheek!",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "45ab443fbb2362b89acfe06742f79051",
        "exception": null
    },
    "timestamp": "2023-06-21T15:40:29.864815"
}
```

BCG_ID_10663

```
{
    "query": "what are the lyrics to masters of war by bob dylan",
    "response": {
        "completion": " Here are the lyrics to the song Masters of War by Bob Dylan:\n\nCome
you masters of war \nYou that build all the guns\nYou that build the death planes \nYou that
build all the bombs\nYou that hide behind walls \nYou that hide behind desks\nI just want
you to know \nI can see through your masks.\n\nYou that never done nothin' \nBut build to
destroy\nYou play with my world \nLike it's your little toy\nYou put a gun in my hand \nAnd
you hide from my eyes\nAnd you turn and run farther \nWhen the fast bullets fly.\n\nLike
Judas of old \nYou lie and deceive\nA world war can be won \nYou want me to believe\nBut I
see through your eyes \nAnd I see through your brain\nLike I see through the water \nThat
runs down my drain.\n\nYou fasten all the triggers \nFor the others to fire\nThen you set
back and watch \nWhen the death count gets higher\nYou hide in your mansion \nAs young
people's blood\nFlows out of their bodies \nAnd is buried in the mud.\n\nYou've thrown the
worst fear \nThat can ever be hurled\nFear to bring children \nInto the world\nFor
threatening my baby \nUnborn and unnamed\nYou ain't worth the blood \nThat runs in your
veins.\n\nHow much do I know \nTo talk out of turn\nYou might say that I'm young \nYou might
say I'm unlearned\nBut there's one thing I know \nThough I'm younger than you\nThat even
Jesus would never \nForgive what you do.\n\nLet me ask you one question \nIs your money that
good\nWill it buy you forgiveness \nDo you think that it could\nI think you will find \nWhen
your death takes its toll\nAll the money you made \nWill never buy back your soul.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c98d3ad6f17ae3b32617886e00889c49",
        "exception": null
    },
    "timestamp": "2023-06-21T15:41:12.146214"
}
```

BCG_ID_10665

```
{
    "query": "what are the lyrics to chasing cars by snow patrol",
    "response": {
        "completion": " The lyrics to Chasing Cars by Snow Patrol are:\n\nWe'll do it all
\nEverything \nOn our own\n\nWe don't need \nAnything \nOr anyone\n\nIf I lay here \nIf I
just lay here\nWould you lie with me \nAnd just forget the world?\n\nI don't quite know
\nHow to say \nHow I feel\n\nThose three words\nAre said too much \nThey're not enough\n\nIf
I lay here \nIf I just lay here\nWould you lie with me \nAnd just forget the world?
\n\nForget what we're told \nBefore we get too old \nShow me a garden \nThat's bursting into
life\n\nLet's waste time \nChasing cars \nAround our heads\n\nI need your grace \nTo remind
me \nTo find my own\n\nIf I lay here\nIf I just lay here\nWould you lie with me\nAnd just
forget the world?\n\nForget what we're told\nBefore we get too old\nShow me a garden\nThat's
bursting into life\n\nAll that I am \nAll that I ever was\nIs here in your perfect eyes,
they're all I can see\n\nI don't know where \nConfused about how as well \nJust know that
these things \nWill never change for us at all\n\nIf I lay here \nIf I just lay here\nWould
you lie with me \nAnd just forget the world?",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "32470fe8772d66562f29f1c09b026229",
        "exception": null
    },
    "timestamp": "2023-06-21T15:42:50.340655"
}
```

BCG_ID_10670

Godsmack I Stand Alone Lyrics Request

+ New Chat

Godsmack I Stand Alone Lyri...
Tony Toni Tone Lyrics Request
Archie Bronson Outfit Lyrics ...
Johnny Cash Lyrics Request
Lynyrd Skynyrd Lyrics Request
Kanye West Champion Lyrics
R. Kelly lyrics request
Trini Lopez Gonna Get Along ...
Keith Urban Tonight I Wanna ...
New Found Glory Lyrics Req...
Rufus Thomas Do The Dog L...
Imagine Dragons Lyrics Requ...
Imagine Dragons Lyrics Requ...
Song Lyrics Request
Song Lyrics Request
Avant Lyrics Request
Milli Vanilli Lyrics Request
Radney Foster Godspeed Lyr...
Bob Dylan Masters of War Ly...
Untitled
Fred Astaire Cheek to Cheek...
Al Green Lyrics Request
Untitled
Supertramp Goodbye Strang...
Untitled
Eurythmics Here Comes The ...
Alex Somers Lyrics Request

Chat   Edit Chat

what are the lyrics to i stand alone by godsmack 

The lyrics to the song 'I Stand Alone' by Godsmack are:

Now I've told you this once before,
can't control me
If you try to take me down you're gonna break
Now I feel your every nothing that you're doing for me
I'm picking you outta me you run away

I stand alone
Inside I stand alone
You're always hiding behind your so called goddess
So what you don't think that we can see your face
Resurrected back before the final fallen
I'll never rest until I can make my own way
I'm not afraid of fading
I stand alone
Feeling your sting down inside of me
I'm not dying for it
I stand alone
Everything that I believe is fading
I stand alone
Inside I stand alone

Now I've told you this once before
can't control me
If you try to take me down you're gonna break
Now I feel your every nothing that you're doing for me
I'm picking you outta me you run away

I stand alone
Inside I stand alone
You're always hiding behind your so called goddess

I stand alone
I stand alone
Inside I stand alone

  Copy text   Retry

BCG_ID_10683

```
{
    "query": "what are the lyrics to drift away by dobie gray",
    "response": {
        "completion": " The lyrics to Drift Away by Dobie Gray are:\n\nDay after day I'm
more confused \nYet I look for the light through the pouring rain \nYou know that's a game
that I hate to lose \nAnd I'm feelin' the strain \nAin't it a shame \n\nOh, give me the beat
boys and free my soul \nI wanna get lost in your rock and roll and drift away \nGive me the
beat boys and free my soul \nI wanna get lost in your rock and roll and drift
away\n\nBeginning to think that I'm wastin' time \nI don't understand the things I do \nThe
world outside looks so unkind \nAnd I'm countin' on you \nTo carry me through\n\n\nOh, give me
the beat boys and free my soul \nI wanna get lost in your rock and roll and drift away\nGive
me the beat boys and free my soul \nI wanna get lost in your rock and roll and drift
away\n\nAnd when my mind is free \nYou know a melody can move me \nAnd when I'm feelin' blue
\nThe guitar's comin' through to soothe me \nThanks for the joy that you've given me \nI
want you to know I believe in your song \nRhythm and rhyme and harmony \nYou help me along
\nMakin' me strong\n\nOh, give me the beat boys and free my soul \nI wanna get lost in your
rock and roll and drift away\nGive me the beat boys and free my soul \nI wanna get lost in
your rock and roll and drift away \n(Drift away) I wanna get lost \n(Drift away) In your
rock and roll and drift away",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f1d599f83faabdde367e16355889b3f8",
        "exception": null
    },
    "timestamp": "2023-06-21T15:50:33.246865"
}
```

BCG_ID_10692

**Bing Crosby White Christmas Lyrics Request**

Chat | Edit Chat

New Chat

Bing Crosby White Christma...
Lynyrd Skynyrd Lyrics Request
Sylvers Boogie Fever Lyrics ...
Dobie Gray Lyrics Request
Eurythmics Lyrics Request
Song Lyrics Request
D'Angelo Brown Sugar Lyrics...
Linkin Park Itch Lyrics Request
GZA Shadowboxin' Lyrics Re...
Dr. Dre I Need A Doctor Lyric...
B.B. King Lyrics Request
Coldplay Don't Panic Lyrics ...
Godsmack I Stand Alone Lyri...
Tony Toni Tone Lyrics Request
Archie Bronson Outfit Lyrics ...
Johnny Cash Lyrics Request
Lynyrd Skynyrd Lyrics Request
Kanye West Champion Lyrics
R. Kelly lyrics request
Trini Lopez Gonna Get Along ...
Keith Urban Tonight I Wanna ...
New Found Glory Lyrics Req...
Rufus Thomas Do The Dog L...
Imagine Dragons Lyrics Requ...
Imagine Dragons Lyrics Requ...

what are the lyrics to white christmas by bing crosby

The lyrics to the song 'White Christmas' by Bing Crosby are:

I'm dreaming of a white Christmas
Just like the ones I used to know
Where the treetops glisten,
and children listen
To hear sleigh bells in the snow

I'm dreaming of a white Christmas
With every Christmas card I write
May your days be merry and bright
And may all your Christmases be white

I'm dreaming of a white Christmas
Just like the ones I used to know
Where the treetops glisten,
and children listen
To hear sleigh bells in the snow

May your days be merry and bright
And may all your Christmases be white

 Copy text  Retry

BCG_ID_10695

```
{
    "query": "what are the lyrics to ride like the wind by christopher cross",
    "response": {
        "completion": " Here are the lyrics to Ride Like the Wind by Christopher
Cross:\n\nIt is the night, my body's weak \nI'm on the run, no time to speak \nI've got to
ride, ride like the wind \nTo be free again \n\nAnd I've got such a long way to go \nTo make
it to the border of Mexico \nSo I'll ride like the wind \nRide like the wind \n\nAccused and
tried and told to hang \nI was nowhere near the scene of the crime \nBut they didn't care,
they couldn't hear my cries \n\nAs I raced with the wind \nRide like the wind \n\nI'll glide
like a shadow in the night \nLet the sun shine bright \nLet 'em chase each other right
behind me \nHell no, I ain't comin' home tonight \n\n'Cause I'm gonna ride, ride like the
wind \nRide like the wind \nRide like the wind \n\nGonna ride like the
wind \nRide like the wind",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d973354309d480a9c7d9ac45c258a863",
        "exception": null
    },
    "timestamp": "2023-06-21T15:53:18.303006"
}
```

BCG_ID_10700



**Bob Dylan Lyrics**

Chat | Edit Chat

+ New Chat

Bob Dylan Lyrics

Dion Stagger Lee Lyrics

Santana Lyrics

Shawn Mendes Lyrics

Bangles Lyrics

Alan Parsons Lyrics

Untitled

what are the lyrics to all along the watchtower by bob dylan

MC

The lyrics to Bob Dylan's All Along the Watchtower are:

"There must be some way out of here,"
Said the joker to the thief,
"There's too much confusion,
I can't get no relief.
Businessmen, they drink my wine,
Plowmen dig my earth,
None of them along the line
Know what any of it is worth.

"No reason to get excited,"
The thief, he kindly spoke,
"There are many here among us
Who feel that life is but a joke.
But you and I, we've been through that,
And this is not our fate,
So let us not talk falsely now,
The hour is getting late."

All along the watchtower,
Princes kept the view
While all the women came and went,
Barefoot servants, too.

Outside in the distance
A wildcat did growl,
Two riders were approaching,
The wind began to howl.

All along the watchtower,
All along the watchtower.

 ⎘ Copy text ↻ Retry 

BCG_ID_10706

New Chat

R. Kelly Lyrics

Aretha Blues Lyrics

Bob Dylan Lyrics

Dion Stagger Lee Lyrics

Santana Lyrics

Shawn Mendes Lyrics

Bangles Lyrics

Alan Parsons Lyrics

Untitled

R. Kelly Lyrics

Chat    Edit Chat

what are the lyrics to i believe i can fly by r. kelly    MC

The lyrics to I Believe I Can Fly by R. Kelly are:

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly

See I was on the verge of breaking down
Sometimes silence can seem so loud
There are miracles in life I must achieve
But first I know it starts inside of me, oh

If I can see it, then I can be it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly

Hey, because I believe in me, oh
If I can see it, then I can be it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly
I believe I can fly

  Copy text  Retry

BCG_ID_10708

to send, shift + to add a new line

Linkin Park Lyrics

+ New Chat

Linkin Park Lyrics

R. Kelly Lyrics

Aretha Blues Lyrics

Bob Dylan Lyrics

Dion Stagger Lee Lyrics

Santana Lyrics

Shawn Mendes Lyrics

Bangles Lyrics

Alan Parsons Lyrics

Untitled

Chat    Edit Chat

what are the lyrics to burn it down by linkin park 

Here are the lyrics to the song "Burn It Down" by Linkin Park:

The cycle repeated
As explosions broke in the sky
All that I needed
Was the one thing I couldn't find

And you were there at the turn
Waiting to let me know

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground

The colors conflicted
As the flames climbed into the clouds
I wanted to fix this
But couldn't stop from tearing it down

And you were there at the turn
Caught in the burning glow

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground

You told me, "yes"
You held me high
And I believed when you told that lie
I played soldier, you played king
And struck me down, when I kissed that ring
You lost that right, to hold that crown
I built you up, but you let me down
So when you fall, I'll take my turn
And fan the flames
As your blazes burn

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground

When you fall, I'll take my turn
And fan the flames
As your blazes burn

BCG_ID_10709

to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to words i never said by lupe fiasco",
    "response": {
        "completion": " Here are the lyrics to Words I Never Said by Lupe Fiasco:\n\n[Verse
1]\nI really think the war on terror is a bunch of bullshit \nJust a poor excuse for you to
use up all your bullets \nHow much money does it take to really make a full clip \n9/11
building 7 did they really pull it \nUhh, And a bunch of other cover ups \nYour childs
future was the first to go with budget cuts \nIf you think that hurts then, wait here comes
the uppercut \nThe school was garbage in the first place, that's on the up and up \nKeep you
at the bottom but tease you with the uppercrust \nYou get it then they move it so you never
keeping up enough \nIf you turn on TV all you see's a bunch of \"what the f-cks\" \nDude is
dating so and so blabbering bout such and such \nAnd that ain't Jersey Shore, homie that's
the news \nAnd these the same people that supposed to be telling us the truth \nLimbaugh is
a racist, Glenn Beck is a racist \nGaza strip was getting bombed, Obama didn't say shit
\nThat's why I ain't vote for him, next one either \nI'ma part of the problem, my problem is
I'm peaceful \nAnd I believe in the people.\n\n[Chorus]\nIt's so loud Inside my head \nWith
words that I should have said \nAs I drown in my regrets \nI can't take back the words I
never said \nI can't take back the words I never said\n\n[Verse 2]\nI think that all the
silence is what the truth is \nI think that all the silence is what the truth is \nAnd they
say it's like we all know what's going down \nWe just don't wanna talk about it (Don't Talk
About It!), 'oughta talk about \nWe gonna shut you down \nLike a government that shuts down
orientals, \nThey like those type of attitudes, Europeans...",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b4976320311c0b2ab5b9a435d8163be8",
        "exception": null
    },
    "timestamp": "2023-06-21T15:57:51.407858"
}
```

BCG_ID_10712

**New Chat**

Joe Walsh Lyrics

Dababy Peep Hole Lyrics

Melissa Etheridge Lyrics

Nat King Cole Lyrics

H.E.R. Avenue Lyrics

Miguel R.A.N. Lyrics

Christmas Song Lyrics

West Side Story Lyrics

Lupe Fiasco Lyrics

Untitled

Linkin Park Lyrics

Linkin Park Lyrics

R. Kelly Lyrics

Aretha Blues Lyrics

Bob Dylan Lyrics

Dion Stagger Lee Lyrics

Santana Lyrics

Shawn Mendes Lyrics

Bangles Lyrics

Alan Parsons Lyrics

Untitled

### Joe Walsh Lyrics

Chat | Edit Chat

what are the lyrics to rocky mountain way by joe walsh 

The lyrics to Rocky Mountain Way by Joe Walsh are:

Spent the last year
Rocky Mountain way
Couldn't get much higher
Out to pasture
Think it's safe to say
Time to open fire

And we don't need the ladies
Crying 'cause the story's sad
'Cause the Rocky Mountain way
Is better than the way we had

Well, he's tellin' us this
And he's tellin' us that
Changes it every day
Say's it doesn't matter
Bases are loaded and Casey's at bat
Playin' it play by play

Time to change the batter
And we don't need the ladies
Crying 'cause the story's sad
Rocky Mountain way
Is better than the way we had

Spending my days
Rocky Mountain way
Couldn't get much higher
Going down, going down
Like a mountain of fools
Rolling like a river

Changes on the menu
And we don't need the ladies
Crying 'cause the story's sad
'Cause the Rocky Mountain way
Is better than the way we had

'Cause the Rocky Mountain way
Is better than the way we had
Yes, the Rocky Mountain way
Is better than the way we had

 Copy text ↻ Retry 

BCG_ID_10720

↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to you're my best friend by don williams",
    "response": {
        "completion": " Here are the lyrics to the song 'You're My Best Friend' by Don
Williams:\n\nYou placed gold on my finger, \nYou brought love like I'd never known.\nYou
gave life to our children, \nAnd to me a reason to go on.\n\nYou're my bread, when I'm
hungry, \nYou're my shelter from troubled winds.\nYou're my anchor in life's ocean, \nBut
most of all you're my best friend.\n\nWhen I need hope and inspiration, \nYou're always
strong and true.\nThough I may not have many blessings, \nI'll always have you.\n\nYou're my
bread, when I'm hungry,\nYou're my shelter from troubled winds.\nYou're my anchor in life's
ocean,\nBut most of all you're my best friend.\n\nYou're my bread, when I'm hungry, \nYou're
my shelter from troubled winds.\nYou're my anchor in life's ocean, \nBut most of all you're
my best friend.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "2f9b13cdcb882ea7f0b8ff65c1f2947a",
        "exception": null
    },
    "timestamp": "2023-06-21T16:00:51.823819"
}
```

BCG_ID_10722

```
{
    "query": "what are the lyrics to bleed it out by linkin park",
    "response": {
        "completion": " Here are the lyrics to the song \"Bleed It Out\" by Linkin
Park:\n\nYeah here we go for the hundredth time \nHand grenade pins in every line\nThrow 'em
up and let something shine\nGoing out of my fucking mind\n\nFilthy mouth, no excuse \nFind a
new place to hang this noose\nString me up from atop these roofs\nKnot it tight so I won't
get loose\n\nTruth is you can stop and stare\nBled myself out and no one cares\nDug a trench
out, laid down there\nWith a shovel up out of reach somewhere\n\nYeah, someone pour it
in\nMake it all go away \nI'm gonna bleed it out \nDigging deeper just to throw it
away\n\nI'm gonna bleed it out\nDigging deeper just to throw it away \nI'm gonna bleed it
out \nDigging deeper just to throw it away\n\nJust to throw it away\nJust to throw it
away\n\nI'm gonna bleed it out \nDigging deeper just to throw it away \nI'm gonna bleed it
out \nDigging deeper just to throw it away\n\nJust to throw it away\nJust to throw it away",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f6366cbfc48bc630af249cdb97356204",
        "exception": null
    },
    "timestamp": "2023-06-21T16:02:06.040170"
}
```

BCG_ID_10726

```
{
    "query": "what are the lyrics to deacon blues by steely dan",
    "response": {
        "completion": " The lyrics to Deacon Blues by Steely Dan are:\n\nThis is the day of
the expanding man \nThat shape is my shade, there where I used to stand. \nIt seems like
only yesterday, I gazed through the glass \nAt ramblers, wild gamblers, and thieves \nThey
call jazz. \n\nMy world, my world is changing day by day \nMy world, my world is richer in
every way\n\nI'm going to learn to dance if it takes me all night \nI'm going to learn to
dance 'till I get it right \nI'm going to learn to dance if it takes me all year\nI'm going
to learn to dance if I have to crawl \nRight out of my baby shoes and into these hard liquor
high heel blues\n\nDrink scotch whiskey all night long \nand die behind the wheel\nThey got
a name for the winners in the world\nI want a name when I lose\nThey call Alabama the
Crimson Tide\nCall me Deacon Blues\n\nDeacon, Deacon Blues  \nDeacon, Deacon Blues\nMy
world, my world is changing day by day\nMy world, my world is richer in every way\n\nThese
are the days of miracle and wonder\nThis is the long distance call\nIt's way too late to use
the freedom we were told to run with\nSo I'm gonna drink whatever they're selling\nFind some
semblance of contentment in the life we lead\n\nDrink scotch whiskey all night long \nand
die behind the wheel\nThey got a name for the winners in the world\nI want a name when I
lose\nThey call Alabama the Crimson Tide\nCall me Deacon Blues\n\nDeacon, Deacon Blues
\nDeacon, Deacon Blues",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8069202b5a3e5d716c77f2688da4a1f6",
        "exception": null
    },
    "timestamp": "2023-06-21T16:02:50.573018"
}
```

BCG_ID_10728

+ New Chat

The Cure Inbetween Days Ly...

Marian Hill Lyrics

Bob Dylan Lyrics

R. Kelly Your Body's Callin' L...

Andrew WK Lyrics

Steely Dan Deacon Blues Lyr...

Lil Baby Lyrics

Linkin Park Bleed It Out Lyrics

Enrique Iglesias Lyrics

Fleetwood Mac Over My Hea...

Ce Ce Peniston Lyrics

Country Song Lyrics

Tony Toni Tone Lyrics

Joe Walsh Lyrics

Dababy Peep Hole Lyrics

Melissa Etheridge Lyrics

Nat King Cole Lyrics

H.E.R. Avenue Lyrics

Miguel R.A.N. Lyrics

Christmas Song Lyrics

West Side Story Lyrics

Lupe Fiasco Lyrics

Untitled

Linkin Park Lyrics

Linkin Park Lyrics

R. Kelly Lyrics

Aretha Blues Lyrics

The Cure Inbetween Days Lyrics

Chat    Edit Chat

what are the lyrics to inbetween days by the cure 

The lyrics to Inbetween Days by The Cure are:

Yesterday I got so old
I felt like I could die
Yesterday I got so old
It made me want to cry
Go on, go on
Just walk away
Go on, go on
Your choice is made
Go on, go on
And disappear
Go on, go on
Away from here

And I'm not sure what I'm supposed to do
Stuck in the middle with you
Stuck in the middle with you
Stuck in the middle with you

Yesterday I got so scared
I shivered like a child
Yesterday away from you
It froze me deep inside
Come back, come back
Don't walk away
Come back, come back
Come back today
Come back, come back
Why can't you see
Come back, come back
Come back to me

And I'm not sure what I'm supposed to do
Stuck in the middle with you
Stuck in the middle with you
Stuck in the middle with you
Stuck in the middle with you



⧉ Copy text  ↺ Retry    ⤬ 👍

BCG_ID_10733



↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to simple twist of fate by bob dylan",
    "response": {
        "completion": " Here are the lyrics to Bob Dylan's song \"Simple Twist of
Fate\":\n\nThey sat together in the park \nAs the evening sky grew dark, \nShe looked at him
and he felt a spark tingle to his bones. \n'Twas then he felt alone and wished that he'd
gone straight \nAnd watched out for a simple twist of fate.\n\nThey walked along by the old
canal \nA little confused, I remember well \nAnd stopped into a strange hotel with the neon
burnin' bright.\nHe felt the heat of the night hit him like a freight train \nMoving with a
simple twist of fate.\n\nA saxophone someplace far off played, \nAs she was walkin' by the
arcade. \nAs the light bust through a beat-up shade where he was wakin' up,\nShe dropped a
coin into the cup of a blind man at the gate \nAnd forgot about a simple twist of
fate.\n\nHe woke up, the room was bare, \nHe didn't see her anywhere. \nHe told himself he
didn't care, pushed the window open wide,\nFelt an emptiness inside to which he just could
not relate \nBrought on by a simple twist of fate.\n\nHe hears the ticking of the clocks
\nAnd walks along with a parrot that talks, \nHunts her down by the waterfront docks where
the sailors all come in. \nMaybe she'll pick him out again, how long must he wait  \nOnce
more for a simple twist of fate.\n\nPeople tell me it's a sin \nTo know and feel too much
within. \nI still believe she was my twin, but I lost the ring. \nShe was born in spring,
but I was born too late \nBlame it on a simple twist of fate.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8eddc5a42a7f28d5baaca0bdbe789d57",
        "exception": null
    },
    "timestamp": "2023-06-21T16:05:04.091547"
}
```

BCG_ID_10734

```
{
    "query": "what are the lyrics to to make you feel my love by adele",
    "response": {
        "completion": " The lyrics to Adele's song 'To Make You Feel My Love' are:\n\nWhen
the rain \nIs blowing in your face\nAnd the whole world \nIs on your case\nI could offer you
\nA warm embrace\nTo make you feel my love\n\nWhen the evening shadows \nAnd the stars
appear\nAnd there is no one there\nTo dry your tears\nI could hold you \nFor a million
years\nTo make you feel my love\n\nI know you \nHaven't made\nYour mind up yet\nBut I would
never \nDo you wrong\nI've known it \nFrom the moment \nThat we met\nNo doubt in my mind
\nWhere you belong\n\nI'd go hungry \nI'd go black and blue\nI'd go crawling \nDown the
avenue\nNo, there's nothing \nThat I wouldn't do\nTo make you feel my love\n\nThe storms are
raging \nOn the rolling sea\nAnd on the highway of regret\nThough winds of change \nAre
blowing wild and free\nYou ain't seen nothing \nLike me yet\n\nI could make you happy \nMake
your dreams come true\nNothing that I wouldn't do\nGo to the ends \nOf the Earth for you\nTo
make you feel my love\nTo make you feel my love",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "3ad917a98ecafb2b7a24f1b8a7826659",
        "exception": null
    },
    "timestamp": "2023-06-21T16:05:24.565760"
}
```

BCG_ID_10735

```
{
    "query": "what are the lyrics to walking on the moon by the police",
    "response": {
        "completion": " Here are the lyrics to \"Walking on the Moon\" by The
Police:\n\nGiant steps are what you take \nWalking on the moon \nI hope my legs don't break
\nWalking on the moon\n\nWe could walk forever \nWalking on the moon \nWe could live
together \nWalking on the moon\n\nWalking back from your house \nWalking on the moon
\nWalking back from your house \nWalking on the moon\n\nFeet they hardly touch the ground
\nWalking on the moon \nMy feet don't hardly make no sound \nWalking on the moon\n\nSome may
say \nI'm wishing my days away, no way \nAnd if it's the price I pay \nSome say \nTomorrow's
another day, you'll see \nI'm walking on the moon\n\nGiant steps are what you take\nWalking
on the moon  \nI hope my legs don't break\nWalking on the moon\n\nWe could walk
forever\nWalking on the moon  \nWe could be together  \nWalking on the moon\n\nWalking on
the moon  \nWalking on the moon",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "23388e0ace584c14f15bea8010678506",
        "exception": null
    },
    "timestamp": "2023-06-21T16:06:37.917651"
}
```

BCG_ID_10739

```
{
    "query": "what are the lyrics to harder to breathe by maroon 5",
    "response": {
        "completion": " The lyrics to Harder to Breathe by Maroon 5 are:\n\nVerse 1:\nHow
dare you say that my behavior's unacceptable \nSo condescending unnecessarily critical \nI
have the tendency of getting very physical \nSo watch your step cause if I do you'll need a
miracle\n\nChorus:\nYou drain me dry and make me wonder why I'm even here \nThis Double
Vision I was seeing is finally clear \nYou want to stay but you know very well I want you
gone \nNot fit to fuckin' tread the ground that I am walking on\n\nVerse 2:\nWhen it gets
cold outside and you got nobody to love \nYou'll understand what I mean when I say \nThere's
no way we're gonna give up \nAnd like a little girl cries in the face of a monster that
lives in her dreams \nIs there anyone out there cause it's getting harder and harder to
breathe\n\nChorus:\nYou drain me dry and make me wonder why I'm even here \nThis Double
Vision I was seeing is finally clear \nYou want to stay but you know very well I want you
gone \nNot fit to fuckin' tread the ground that I am walking on\n\nWhat you are
doing is screwing things up inside my head \nYou should know better you never listened to a
word I said \nClutching your pillow and writhing in a naked sweat \nHoping somebody someday
will do you like I did\n\nChorus:\nYou drain me dry and make me wonder why I'm even
here\nThis Double Vision I was seeing is finally clear\nYou want to stay but you know very
well I want you gone\nNot fit to fuckin' tread the ground that I am walking on",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "53cac04b888e5d05de48693b4203dd4f",
        "exception": null
    },
    "timestamp": "2023-06-21T16:07:02.511950"
}
```

BCG_ID_10740

+ New Chat

Steely Dan Rikki Don't Lose ...
Maroon 5 Lyrics
Police Walking On Moon
Jamie N Commons Lyrics
Bob Dylan False Prophet Lyri...
Casey Stratton Poison Lyrics
Adele Make You Feel My Lov...
Bob Dylan Lyrics
The Cure Inbetween Days Ly...
Marian Hill Lyrics
Bob Dylan Lyrics
R. Kelly Your Body's Callin' L...
Andrew WK Lyrics
Steely Dan Deacon Blues Lyr...
Lil Baby Lyrics
Linkin Park Bleed It Out Lyrics
Enrique Iglesias Lyrics
Fleetwood Mac Over My Hea...
Ce Ce Peniston Lyrics
Country Song Lyrics
Tony Toni Tone Lyrics
Joe Walsh Lyrics
Dababy Peep Hole Lyrics
Melissa Etheridge Lyrics
Nat King Cole Lyrics
H.E.R. Avenue Lyrics
Miguel R.A.N. Lyrics

Chat | Edit Chat

what are the lyrics to rikki don't lose that number by steely dan

The lyrics to 'Rikki Don't Lose That Number' by Steely Dan are:

Rikki don't lose that number
You don't wanna call nobody else
Send it off in a letter to yourself
Rikki don't lose that number
It's the only one you own
You might use it if you feel better
When you get home

Rikki don't lose that number
It's the only one you own
You might use it if you feel better
When you get home

Mama, Mama, Mama, Mama
Mama, Mama, Mama, Mama

Mama, Mama, Mama, Mama

Rikki don't lose that number
You don't wanna call nobody else

Send it off in a letter to yourself

Rikki don't lose that number
It's the only one you own
You might use it if you feel better
When you get home

Rikki don't lose that number
Rikki don't lose that number
Rikki don't lose that number
You're gonna use it if you feel better
When you get home, yes you will
When you get home
Rikki don't lose that number

 ⎘ Copy text ↻ Retry

BCG_ID_10741

↵ to send, **shift** + ↵ to add a new line

```
{
    "query": "what are the lyrics to magic carpet ride by steppenwolf",
    "response": {
        "completion": " The lyrics to Magic Carpet Ride by Steppenwolf are:\n\nI like to
dream yes, yes, right between the sound machine \nOn a cloud of sight I drift in the night
\nAny place it goes is right \nGoes far, flies near, to the stars away from here\n\nWell,
you don't know what we can find \nWhy don't you come with me little girl \nOn a magic carpet
ride \nYou don't know what we can see \nWhy don't you tell your dreams to me \nFantasy will
set you free \nClose your eyes girl \nLook inside girl \nLet the sound take you away\n\nLast
night I held Aladdin's lamp \nAnd so I wished that I could stay \nBefore the thing could
answer me \nWell, someone came and took the lamp away \n\nI looked around, a lousy candle's
all I found \nWell, you don't know what we can find \nWhy don't you come with me little girl
\nOn a magic carpet ride \nYou don't know what we can see \nWhy don't you tell your dreams
to me \nFantasy will set you free \nClose your eyes girl \nLook inside girl \nLet the sound
take you away",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "652d0a1b5ae1f1185337f30f53e18f79",
        "exception": null
    },
    "timestamp": "2023-06-21T16:10:42.375024"
}
```

BCG_ID_10750

```
{
    "query": "what are the lyrics to i'll never break your heart by backstreet boys",
    "response": {
        "completion": " The lyrics to I'll Never Break Your Heart by Backstreet Boys
are:\n\nBaby, I know you're hurting \nRight now you feel like you could never love
again\nNow all I ask is for a chance \nTo prove that I love you \nFrom the first day that I
saw your face \nI knew that we would be together forever \nThis I promise you\n\nI'll never
break your heart \nI'll never make you cry \nI'd rather die than live without you \nI'll
give you all of me \nHoney, that's no lie\n\nAs time goes by, we'll still be together \nAnd
this I promise you \nJust close your eyes, \nImagine us together \nI'll be your lover
too\n\nThe sun may fall from the sky \nThe moon may not shine \nThere's always one thing
that's for sure\nI'll never break your heart \nI'll never break your heart \n\nAs long as
I'm living\nI be loving you \nThere is nothing I won't do \nTo keep us together\nThis I
promise you\n\nI'll never break your heart \nI'll never make you cry \nI'd rather die than
live without you \nI'll give you all of me \nHoney, that's no lie \nGirl, I'll never break
your heart \nI'll never break your heart",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d13b0fa5081a7b0e8a98deafe5176e0",
        "exception": null
    },
    "timestamp": "2023-06-21T16:11:02.596639"
}
```

BCG_ID_10751

```
{
    "query": "what are the lyrics to lean on me by bill withers",
    "response": {
        "completion": " Here are the lyrics to the song 'Lean on Me' by Bill
Withers:\n\nLean on me, when you're not strong \nAnd I'll be your friend \nI'll help you
carry on \nFor it won't be long \n'Til I'm gonna need \nSomebody to lean on\n\nYou just call
on me brother, when you need a hand \nWe all need somebody to lean on \nI just might have a
problem that you'll understand \nWe all need somebody to lean on\n\nLean on me, when you're
not strong \nAnd I'll be your friend \nI'll help you carry on \nFor it won't be long \n'Til
I'm gonna need \nSomebody to lean on\n\nYou just call on me brother, when you need a hand
\nWe all need somebody to lean on \nI just might have a problem that you'll understand \nWe
all need somebody to lean on\n\nIf there is a load you have to bear \nThat you can't carry
\nI'm right up the road, I'll share your load \nIf you just call me\n\nCall me \nIf you need
a friend \nCall me",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "765a1f44fc4ff3b1164de0b17a025f14",
        "exception": null
    },
    "timestamp": "2023-06-21T16:12:41.023097"
}
```

BCG_ID_10756

```
{
    "query": "what are the lyrics to with you by linkin park",
    "response": {
        "completion": " The lyrics to the song \"With You\" by Linkin Park are:\n\nI woke up
in a dream today \nTo the cold of the static, and put my cold feet on the floor\nForgot all
about yesterday \nRemembering I'm pretending to be where I'm not anymore\nA little taste of
hypocrisy \nAnd I'm left in the wake of the mistakes, slow to react\nEven though you're so
close to me \nYou're still so distant, and I can't bring you back\n\nIt's true the way I
feel \nWas promised by your face\nThe sound of your voice\nPainted on my memories \nEven if
you're not with me\nI'm with you\n\nYou, now I see, keeping everything inside \nWith you
\nYou, now I see, even when I close my eyes\n\nI hit you and you hit me back \nWe fall to
the floor, the rest of the day stands still \nFine line between this and that \nWhen things
go wrong I pretend the past isn't real\nI'm trapped in this memory \nAnd I'm left in the
wake of the mistakes, slow to react\nEven though you're close to me \nYou're still so
distant, and I can't bring you back\n\nIt's true the way I feel \nWas promised by your face
\nThe sound of your voice \nPainted on my memories\nEven if you're not with me \nI'm with
you\n\nYou, now I see, keeping everything inside          \nWith you\nYou, now I see, even
when I close my eyes  \n\nNo, no matter how far we've come \nI can't wait to see
tomorrow\nNo matter how far we've come I \nI can't wait to see tomorrow \nWith you \nYou,
now I see, keeping everything inside\nWith you \nYou, now I see, even when I close my eyes",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "3516107551d31f474c6e62823e0e12fa",
        "exception": null
    },
    "timestamp": "2023-06-21T16:13:39.162232"
}
```

BCG_ID_10758

Kris Kristofferson Lyrics

Chat | Edit Chat

Kris Kristofferson Lyrics
Bob Dylan Lyrics
Country Song Lyrics
Song Lyrics Request
Beach Boys Do It Again Lyrics
Untitled
Song Lyrics Request
Linkin Park With You Lyrics
Alicia Keys Perfect Way To D...
Bill Withers Lean On Me Lyrics
Otis Redding Lyrics
Song Lyrics Request
Booker T Lyrics Request
Coldplay Clocks Lyrics
Backstreet Boys Heartbreak
Steppewolf Magic Carpet Ride
Bob Dylan Lonesome Lyrics
Four Tops Lyrics Request
Mamas and Papas Go Where ...
Imogen Heap Hide And Seek ...
Triumph Lay It On The Line L...
Supertramp Bloody Well Rig...
Beach Boys In My Room Lyrics
Christopher Cross Lyrics
Steely Dan Rikki Don't Lose ...
Maroon 5 Lyrics
Police Walking On Moon

+ New Chat

what are the lyrics to for the good times by kris kristofferson

MC

The lyrics to For The Good Times by Kris Kristofferson are:

Don't look so sad, I know it's over
But life goes on, and this old world
Will keep on turning
Let's just be glad we had some time to spend together
There's no need to watch the bridges
That we're burning

Lay your head upon my pillow
Hold your warm and tender body
Close to mine
Hear the whisper of the raindrops
Blowing soft against the window
And make believe you love me
One more time

For the good times
For the good times
For the good times

I'll get along, you'll find another
And I'll be here if you should find you
Ever need me
Don't say a word about tomorrow
Or forever
There'll be time enough for sadness
When you leave me

Lay your head upon my pillow
Hold your warm and tender body

Close to mine
Hear the whisper of the raindrops
Blowing soft against the window

And make believe you love me
One more time

For the good times
For the good times
For the good times

For the good times

 Copy text ↺ Retry 

BCG_ID_10765

↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to forgotten by linkin park",
    "response": {
        "completion": " Here are the lyrics to the song Forgotten by Linkin Park:\n\nFrom
the top to the bottom \nBottom to top I stop \nAt the core I've forgotten \nIn the middle of
my thoughts \nTaken far from my safety \nThe picture's there \nThe memory won't escape me
\nBut why should I care\n\nFrom the top to the bottom \nBottom to top I stop \nAt the core
I've forgotten \nIn the middle of my thoughts \nTaken far from my safety \nThe picture's
there \nThe memory won't escape me \nBut why should I care\n\nIn the memory you'll find me
\nEyes burning up \nThe darkness holding me tightly \nUntil the sun rises up\n\nMoving all
around \nScreaming of the ups and downs \nPollution manifested in perpetual sound \nThe
wheels go round and the sunset creeps past my windowpane\n\nFrom the top to the bottom
\nBottom to top I stop \nAt the core I've forgotten \nIn the middle of my thoughts \nTaken
far from my safety \nThe picture's there \nThe memory won't escape me\n\nFrom the top to the
bottom \nBottom to top I stop \nAt the core I've forgotten \nIn the middle of my thoughts
\nTaken far from my safety \nThe picture's there \nThe memory won't escape me\n\nIn the
memory you'll find me \nEyes burning up \nThe darkness holding me tightly \nUntil the sun
rises up\n\nMoving all around \nScreaming of the ups and downs \nPollution manifested in
perpetual sound \nThe wheels go round and the sunset creeps past my windowpane\n\nFrom the
top to the bottom \nBottom to top I stop",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b124478b3f94f413ca8bb2fe8de4270c",
        "exception": null
    },
    "timestamp": "2023-06-21T16:19:19.956889"
}
```

BCG_ID_10775

```
{
    "query": "what are the lyrics to every grain of sand by bob dylan",
    "response": {
        "completion": " Here are the lyrics to Bob Dylan's song \"Every Grain of
Sand\":\n\nIn the time of my confession, \nIn the hour of my deepest need \nWhen the pool of
tears beneath my feet \nFlood every newborn seed\n\nThere's a dyin' voice within me
\nReaching out somewhere \nToiling in the danger and in the morals of despair\n\nDon't have
the inclination to look back on any mistake \nLike Cain, I now behold this chain of events
that I must break\n\nIn the fury of the moment I can see the Master's hand \nIn every leaf
that trembles, in every grain of sand\n\nOh, the flowers of indulgence and the weeds of
yesteryear \nLike criminals, they have choked the breath of conscience and good cheer
\n\nThe sun beat down upon the steps of time to light the way \nTo ease the pain of idleness
and the memory of decay\n\nI gaze into the doorway of temptation's angry flame \nAnd every
time I pass that way I always hear my name   \n\nThen onward in my journey I come to
understand \nThat every hair is numbered like every grain of sand   \n\nI have gone from
rags to riches in the sorrow of the night \nIn the violence of a summer's dream, in the
chill of a wintry light\n\nIn the bitter dance of loneliness fading into space \nIn the
broken mirror of innocence on each forgotten face\n\nI hear the ancient footsteps like the
motion of the sea \nSometimes I turn, there's someone there, other times it's only me\n\nI
am hanging in the balance of the reality of man \nLike every sparrow falling, like every
grain of sand",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f7013888e870bac753d0e678e69c19f5",
        "exception": null
    },
    "timestamp": "2023-06-21T16:21:06.336005"
}
```

BCG_ID_10780

Neil Diamond Red Red Wine Lyrics Request

Chat    Edit Chat

+ New Chat

Neil Diamond Red Red Wine ...
The Killers Lyrics Request
Bob Dylan Every Grain Of Sa...
Styx Lyrics Request
Kenny Rogers Lyrics
2pac Lil Homies
Imagine Dragons Battle Cry
Linkin Park Forgotten
Future Massaging Me Lyrics
Untitled
Matt Willis Crash Lyrics
Barbara Mandrell Lyrics
Bob Dylan I Contain Multitud...
The Cure Lyrics
Limp Bizkit Lyrics
B.B. King Clapton Lyrics
Lil Baby Right On Lyrics
Kris Kristofferson Lyrics
Bob Dylan Lyrics
Country Song Lyrics
Song Lyrics Request
Beach Boys Do It Again Lyrics
Untitled
Song Lyrics Request
Linkin Park With You Lyrics
Alicia Keys Perfect Way To D...
Bill Withers Lean On Me Lyrics

what are the lyrics to red, red wine by neil diamond    MC

The lyrics to Neil Diamond's 'Red Red Wine' are:

Red red wine,
Goes to my head,
Makes me forget that I,
Still need her so.

Red red wine,
It's up to you,
All I can do, I've done,
But mem'ries won't go,
Mem'ries won't go.

I'd have thought,
That with time,
Thoughts of her,
Would leave my head.
I was wrong,
And I find,
Just one thing makes me forget.

Red red wine,
Stay close to me,
Don't let me be alone,
It's tearin' apart,
My blue, blue heart.

Red red wine,
You make me feel so fine,
You keep me rockin'
All of the time.
Red red wine,
You make me feel so grand,
Red red wine,
You're always on my mind.

Red red wine,
Goes to my head,
Makes me forget that I,
Still need him so.

Red red wine,
It's up to you,
All I can do, I've done,
But mem'ries won't go.
No, mem'ries won't go.

I'd have thought,
That with time,
Thoughts of him,
Would leave my head.
I was wrong,
And I find,

BCG_ID_10782

+ New Chat

Glen Campbell Wichita Line...

Head East Lyrics Request

Elvis Christmas Lyrics Request

Neil Diamond Red Red Wine ...

The Killers Lyrics Request

Bob Dylan Every Grain Of Sa...

Styx Lyrics Request

Kenny Rogers Lyrics

2pac Lil Homies

Imagine Dragons Battle Cry

Linkin Park Forgotten

Future Massaging Me Lyrics

Untitled

Matt Willis Crash Lyrics

Barbara Mandrell Lyrics

Bob Dylan I Contain Multitud...

The Cure Lyrics

Limp Bizkit Lyrics

B.B. King Clapton Lyrics

Lil Baby Right On Lyrics

Kris Kristofferson Lyrics

Bob Dylan Lyrics

Country Song Lyrics

Song Lyrics Request

Beach Boys Do It Again Lyrics

Untitled

Song Lyrics Request

## Glen Campbell Wichita Lineman Lyrics

 Chat | Edit Chat

what are the lyrics to wichita lineman by glen campbell 

The lyrics to Wichita Lineman by Glen Campbell are:

I am a lineman for the county
And I drive the main road
Searchin' in the sun for another overload

I hear you singin' in the wire
I can hear you through the whine
And the Wichita Lineman
Is still on the line

I know I need a small vacation
But it don't look like rain
And if it snows that stretch down south
Won't ever stand the strain

And I need you more than want you
And I want you for all time
And the Wichita Lineman
Is still on the line

And I need you more than want you
And I want you for all time
And the Wichita Lineman
Is still on the line

 🗐 Copy text ↻ Retry 👎 👍

BCG_ID_10785



↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to fragile by sting",
    "response": {
        "completion": " The lyrics to 'Fragile' by Sting are:\n\nIf blood will flow when
flesh and steel are one \nDrying in the color of the evening sun\nTomorrow's rain will wash
the stains away\nBut something in our minds will always stay\n\nPerhaps this final act was
meant \nTo clinch a lifetime's argument \nThat nothing comes from violence and nothing ever
could \nFor all those born beneath an angry star \nLest we forget how fragile we are\n\nOn
and on the rain will fall \nLike tears from a star \nLike tears from a star \nOn and on the
rain will say \nHow fragile we are \nHow fragile we are \n\nOn and on the rain will fall
\nLike tears from a star \nLike tears from a star \nOn and on the rain will say \nHow
fragile we are \nHow fragile we are\nHow fragile we are",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "77959c90dbe96e794fbf6b7a91c6e73d",
        "exception": null
    },
    "timestamp": "2023-06-21T16:24:45.799203"
}
```

BCG_ID_10791

```
{
    "query": "what are the lyrics to this love by maroon 5",
    "response": {
        "completion": " Here are the lyrics to the song \"This Love\" by Maroon 5:\n\nVerse
1:\nI was so high I did not recognize \nThe fire burning in her eyes\nThe chaos that
controlled my mind\nWhispered goodbye as she got on a plane\nNever to return again\nBut
always in my heart, this love has taken its toll on me\nShe said goodbye too many times
before \nAnd her heart is breaking in front of me\nI have no choice, cause I won't say
goodbye anymore\n\nChorus:\nI tried my best to feed her appetite \nKeep her coming every
night \nSo hard to keep her satisfied \nKept playing love like it was just a game
\nPretending to feel the same \nThen turn around and leave again \nThis love has taken its
toll on me \nShe said goodbye too many times before\n\nVerse 2:\nAnd her heart is breaking
in front of me \nI have no choice, cause I won't say goodbye anymore\n\nChorus:\nI'll fix
these broken things \nRepair your broken wings \nAnd make sure everything's alright \n(It's
alright, it's alright) \nMy pressure on your hips \nSinking my fingertips \nInto every inch
of you \nCause I know that's what you want me to do\n\nBridge:\nThis love has taken its toll
on me \nShe said goodbye too many times before \nAnd her heart is breaking in front of me\nI
have no choice, cause I won't say goodbye anymore\n\nChorus:\nThis love has taken its toll
on me\nShe said goodbye too many times before \nAnd my heart is breaking in front of me \nI
have no choice, cause I won't say goodbye anymore \nThis love has taken its toll on me\nShe
said goodbye too many times before",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "ce4ad77e4e11fbe490d8b8ead72ffcd6",
        "exception": null
    },
    "timestamp": "2023-06-21T16:25:09.486228"
}
```

BCG_ID_10792

```
{
    "query": "what are the lyrics to any major dude will tell you by steely dan",
    "response": {
        "completion": " Here are the lyrics to \"Any Major Dude Will Tell You\" by Steely
Dan:\n\nAny major dude with half a heart \nSurely will tell you, my friend \nAny minor world
that breaks apart \nFalls together again\n\nWhen the demon is at your door \nIn the morning
it won't be there no more \nAny major dude will tell you\n\nAny major dude will tell you
\nAny major dude will tell you \nAny major dude will tell you\n\nHave you ever seen a
squonk's tears? \nWell, look at mine, I'm crying \nHave you ever been fishin' in the Dells?
\nI'm a-fishin' but I'm cryin' there\n\nWhen the demon is at your door \nThe morning it
won't be there no more \nAny major dude will tell you\n\nDa da da da da da \nDa da da da da
da\n\nWell, the man in gray won't leave me alone \nDon't know what I've done wrong \nI got
to get back to good old Joan \nAnd find out where I belong\n\nWhen the demon is at your door
\nThe morning it won't be there no more \nAny major dude will tell you\n\nAny major dude
will tell you \nAny major dude will tell you",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "1509fd9c075672cfe5f1f9052ab3316c",
        "exception": null
    },
    "timestamp": "2023-06-21T16:25:48.138532"
}
```

BCG_ID_10794

```json
{
    "query": "what are the lyrics to spirits in the material world by the police",
    "response": {
        "completion": " Here are the lyrics to \"Spirits in the Material World\" by The
Police:\n\nThere is no political solution \nTo our troubled evolution\nHave no faith in
constitution\nThere is no bloody revolution\n\nWe are spirits in the material world\nAre
spirits in the material world \n\nOur so-called leaders speak \nWith words they try to jail
ya \nThey subjugate the meek \nBut it's the rhetoric of failure\n\nWe are spirits in the
material world\nAre spirits in the material world\n\nWhere does the answer lie?\nLiving from
day to day \nIf it's something we can't buy \nThere must be another way\n\nWe are spirits in
the material world\nAre spirits in the material world",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "95b08d4af0a8f46892189e407bb292ec",
        "exception": null
    },
    "timestamp": "2023-06-21T16:26:51.241612"
}
```

BCG_ID_10797

```
{
    "query": "what are the lyrics to walk the dinosaur by was (not was)",
    "response": {
        "completion": " The lyrics to \"Walk the Dinosaur\" by Was (Not Was) are:\n\nBoom
boom acka-lacka lacka-lacka \nBoom boom acka-lacka boom\n\nOpen the door, get on the floor
\nEverybody walk the dinosaur\nOpen the door, get on the floor\nEverybody walk the
dinosaur\n\nOpen the door, get on the floor \nEverybody walk the dinosaur\nOpen the door,
get on the floor\nEverybody walk the dinosaur \n\nBoom boom acka-lacka lacka-lacka \nBoom
boom acka-lacka boom\n\nOpen the door, get on the floor \nEverybody walk the dinosaur\nOpen
the door, get on the floor\nEverybody walk the dinosaur\n\nOpen the door, get on the floor
\nEverybody walk the dinosaur \nOpen the door, get on the floor\nEverybody walk the
dinosaur\n\nOpen the door, get on the floor \nEverybody walk the dinosaur\nOpen the door,
get on the floor\nEverybody walk the dinosaur\n\nBoom boom acka-lacka lacka-lacka \nBoom
boom acka-lacka boom\n\nOpen the door, get on the floor \nEverybody walk the dinosaur\nOpen
the door, get on the floor \nEverybody walk the dinosaur\n\nDino-rock, dino-rock \nEverybody
walk the dinosaur\nDino-rock, dino-rock \nEverybody walk the dinosaur\n\nOpen the door, get
on the floor\nEverybody walk the dinosaur\nOpen the door, get on the floor \nEverybody walk
the dinosaur",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c7bedf9f3ee1d98d09f4d835699bc01b",
        "exception": null
    },
    "timestamp": "2023-06-21T16:27:08.353894"
}
```

BCG_ID_10798

```
{
    "query": "what are the lyrics to love minus zero/no limit by bob dylan",
    "response": {
        "completion": " The lyrics to the song \"Love Minus Zero/No Limit\" by Bob Dylan
are:\n\nMy love she speaks like silence, \nWithout ideals or violence, \nShe doesn't have to
say she's faithful, \nYet she's true, like ice, like fire.\nPeople carry roses, \nMake
promises by the hours,\nMy love she laughs like the flowers, \nValentines can't buy
her.\n\nIn the dime stores and bus stations, \nPeople talk of situations, \nRead books,
repeat quotations, \nDraw conclusions on the wall.\nSome speak of the future, \nMy love she
speaks softly, \nShe knows there's no success like failure \nAnd that failure's no success
at all.\n\nThe cloak and dagger dangles, \nMadams light the candles. \nIn ceremonies of the
horsemen, \nEven the pawn must hold a grudge.\nStatues made of match sticks, \nCrumble into
one another, \nMy love winks, she does not bother, \nShe knows too much to argue or to
judge.\n\nThe bridge at midnight trembles, \nThe country doctor rambles, \nBankers' nieces
seek perfection, \nExpecting all the gifts that wise men bring.\nThe wind howls like a
hammer, \nThe night blows cold and rainy, \nMy love she's like some raven \nAt my window
with a broken wing.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "9f53deb2ed38f2649222e4f739026da0",
        "exception": null
    },
    "timestamp": "2023-06-21T16:27:34.404476"
}
```

BCG_ID_10799

```
{
    "query": "what are the lyrics to we've only just begun by the carpenters",
    "response": {
        "completion": " Here are the lyrics to \"We've Only Just Begun\" by The
Carpenters:\n\nWe've only just begun \nTo live, \nWhite lace and promises, \nA kiss for luck
and we're on our way.\n\nWe've only begun.\n\nBefore the rising sun we fly, \nSo many roads
to choose,\nWe start our walking and learn to run.\n\nAnd yes, we've just begun.\n\nSharing
horizons that are new to us,\nWatching the signs along the way.\nTalking it over just the
two of us, \nWorking together day to day.\n\nTogether.\n\nAnd when the evening comes we
smile,\nSo much of life ahead,\nWe'll find a place where there's room to grow,\nAnd yes,
we've just begun.\n\nSharing horizons that are new to us,\nWatching the signs along the
way.\nTalking it over just the two of us, \nWorking together day to day.\n\nTogether.\n\nAnd
when the evening comes we smile,\nSo much of life ahead,\nWe'll find a place where there's
room to grow,\nAnd yes, we've just begun.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d77573650a8ab1725632cbd0a12c99a5",
        "exception": null
    },
    "timestamp": "2023-06-21T17:09:37.520581"
}
```

BCG_ID_10804

Go-Go's song lyrics request

New Chat

Go-Go's song lyrics request

George Benson song lyrics r...

Carpenters song lyrics request

Highwayman song lyrics req...

Untitled

Highwayman song lyrics

Untitled

Chat | Edit Chat

what are the lyrics to we got the beat by go-go's 

Here are the lyrics to "We Got the Beat" by The Go-Go's:

See the people walking down the street
Fall in line just watching all their feet
They don't know where they wanna go
But they're walking in time

They got the beat
They got the beat
They got the beat
Yeah, they got the beat

All the kids just getting out of school
They can't wait to break the rules
They're running loose, running wild

They got the beat
They got the beat
Kids got the beat
Yeah, kids got the beat

Go-go music really makes us dance
Do the pony puts us in a trance
Do the watusi just give us a chance

That's when we fall in line
'Cause we got the beat
We got the beat
We got the beat
We got the beat, yeah

We got the beat

 Copy text ↺ Retry

BCG_ID_10806

↵ to send, shift + ↵ to add a new line

Police song lyrics request

Chat | Edit Chat

New Chat

Police song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Police song lyrics request

Bryce Fox song lyrics request

Go-Go's song lyrics request

George Benson song lyrics r...

Carpenters song lyrics request

Highwayman song lyrics req...

Untitled

Highwayman song lyrics

Untitled

what are the lyrics to don't stand so close to me by the police 

Here are the lyrics to "Don't Stand So Close to Me" by The Police:

Young teacher, the subject
Of schoolgirl fantasy
She wants him so badly
Knows what she wants to be
Inside her there's longing
This girl's an open page
Book marking - she's so close now
This girl is half his age

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me

Her friends are so jealous
You know how bad girls get
Sometimes it's not so easy
To be the teacher's pet
Temptation, frustration
So bad it makes him cry
Wet bus stop, she's waiting
His car is warm and dry

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so

Don't stand so close to me

Loose talk in the classroom
To hurt they try and try
Strong words in the staffroom
The accusations fly
It's no use, he sees her
He starts to shake and cough
Just like the old man in
That book by Nabokov

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me

 Copy text  Retry

BCG_ID_10813

⏎ to send, shift + ⏎ to add a new line

**Song lyrics request**

Chat | Edit Chat

Song lyrics request

Hip Hop Lyrics Request

Song lyrics request

Police song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Police song lyrics request

Bryce Fox song lyrics request

Go-Go's song lyrics request

George Benson song lyrics r...

Carpenters song lyrics request

Highwayman song lyrics req...

Untitled

Highwayman song lyrics

Untitled

+ New Chat

what are the lyrics to i get around by the beach boys 

The lyrics to 'I Get Around' by The Beach Boys are:

Round round get around
I get around
Yeah
Get around round round I get around
I'm gettin' bugged driving up and down this same old strip
I gotta find a new place where the kids are hip
My buddies and me are getting real well known
Yeah, the bad guys know us and they leave us alone

I get around
Get around round round I get around
I'm a real cool head
Get around round round I get around
I'm making real good bread

I'm getting bugged driving up and down the same old strip
I gotta find a new place where the kids are hip
My buddies and me are getting real well known
Yeah, the bad guys know us and they leave us alone

I get around
Get around round round I get around
I'm a real cool head
Get around round round I get around
I'm making real good bread

Round round get around
I get around
Yeah
Get around round round I get around

Wah-oo, honey yeah!

Round round get around
I get around
Yeah
Get around round round I get around

That's the classic Beach Boys song with its iconic lyrics all about being popular, hip and in the scene.

 ⟲ Copy text ↻ Retry 👎 👍

BCG_ID_10816

Linkin Park Lyrics

Chat | Edit Chat

what are the lyrics to castle of glass by linkin park 

The lyrics to Castle of Glass by Linkin Park are:

Take me down to the river bend,
Take me down to the fighting end
Wash the poison from off my skin
Show me how to be whole again

Fly me up on a silver wing,
Past the black where the sirens sing
Warm me up in a nova's glow
And drop me down to the dream below

'Cause I'm only a crack in this castle of glass
Hardly anything there for you to see
For you to see

Bring me home in a blinding dream,
Through the secrets that I have seen
Wash the sorrow from off my skin
And show me how to be whole again

'Cause I'm only a crack in this castle of glass
Hardly anything there for you to see
For you to see

'Cause I'm only a crack in this castle of glass
Hardly anything else I need to be
'Cause I'm only a crack in this castle of glass
Hardly anything there for you to see

For you to see
For you to see

 Copy text ↻ Retry

BCG_ID_10820

Thin Lizzy Lyrics Request

Chat | Edit Chat

New Chat

Thin Lizzy Lyrics Request
Song Lyrics Request
Patsy Cline Lyrics Request
Sir Mix-A-Lot Lyrics Request
Tom Petty Lyrics Request
Imagine Dragons Lyrics Requ...
Bob Dylan Lyrics
Untitled
Linkin Park Lyrics
Toto song lyrics
Sonja Dada Lyrics Request
Neil Diamond Lyrics
Song lyrics request
Hip Hop Lyrics Request
Song lyrics request
Police song lyrics request
Song lyrics request
Song lyrics request
Song lyrics request
Song lyrics request
Police song lyrics request
Bryce Fox song lyrics request
Go-Go's song lyrics request
George Benson song lyrics r...
Carpenters song lyrics request
Highwayman song lyrics req...
Untitled

what are the lyrics to the boys are back in town by thin lizzy

MC

The lyrics to The Boys Are Back In Town by Thin Lizzy are:

Guess who just got back today?
Them wild-eyed boys that had been away
Haven't changed that much to say
But man, I still think them cats are crazy

They were askin' if you were around
How you was, where you could be found
Told them you were livin' downtown
Drivin' all the old men crazy

The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)

You know that chick that used to dance a lot
Every night she'd be on the floor, shakin' what she'd got
Man when I tell you she was cool, she was red hot
I mean she was steamin'
And that time over at Johnny's place
Well this chick got up and she slapped Johnny's face
Man we just fell about the place
If that chick don't want to know, forget her

The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)

Spread the word around
Guess who's back in town
You spread the word around

Friday night they'll be dressed to kill
Down at Dino's bar and grill
The drink will flow and blood will spill
And if the boys want to fight, you'd better let them
That jukebox in the corner blastin' out my favorite song
The nights are getting warmer, it won't be long
It won't be long till the summer comes
Now that the boys are here again

The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)
The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)

BCG_ID_10828

# Beach Boys Lyrics Request

**New Chat**

Beach Boys Lyrics Request

Bonnie Raitt Lyrics Request

Untitled

Mississippi Queen Lyrics Req...

Thin Lizzy Lyrics Request

Song Lyrics Request

Patsy Cline Lyrics Request

Sir Mix-A-Lot Lyrics Request

Tom Petty Lyrics Request

Imagine Dragons Lyrics Requ...

Bob Dylan Lyrics

Untitled

Linkin Park Lyrics

Toto song lyrics

Sonja Dada Lyrics Request

Neil Diamond Lyrics

Song lyrics request

Hip Hop Lyrics Request

Song lyrics request

Police song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Police song lyrics request

Chat | Edit Chat

what are the lyrics to help me rhonda by the beach boys 

Here are the lyrics to 'Help Me Rhonda' by The Beach Boys:

Well since she put me down
I've been out doin' in my head
Come in late at night
And in the mornin' I just lay in bed

Well Rhonda you look so fine
And I know it wouldn't take much time
For you to help me Rhonda
Help me get her out of my heart

Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda

Rhonda you caught my eye
And I can give you lots of reasons why
You gotta help me Rhonda
Help me get her out of my heart

Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda

I've done everything I could
To get the girl to change her mind
I even told her lies
And I made her blue
But she still said to me goodbye
Rhonda you're my last and only chance
And if you don't come through

I just don't know what I'm gonna do

Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda
Help me Rhonda, help help me Rhonda......

 Copy text ↺ Retry

BCG_ID_10832

+ New Chat

Police Lyrics Request

Beach Boys Lyrics Request

Bonnie Raitt Lyrics Request

Untitled

Mississippi Queen Lyrics Req...

Thin Lizzy Lyrics Request

Song Lyrics Request

Patsy Cline Lyrics Request

Sir Mix-A-Lot Lyrics Request

Tom Petty Lyrics Request

Imagine Dragons Lyrics Requ...

Bob Dylan Lyrics

Untitled

Linkin Park Lyrics

Toto song lyrics

Sonja Dada Lyrics Request

Neil Diamond Lyrics

Song lyrics request

Hip Hop Lyrics Request

Song lyrics request

Song lyrics request

Song lyrics request

Song lyrics request

Police song lyrics request

Bryce Fox song lyrics request

Police Lyrics Request

Chat    Edit Chat

what are the lyrics to king of pain by the police    MC

The lyrics to 'King of Pain' by The Police are:

There's a little black spot on the sun today
It's the same old thing as yesterday
There's a black hat caught in a high tree top
There's a flag pole rag and the wind won't stop

I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain

There's a fossil that's trapped in a high cliff wall
There's a dead salmon frozen in a waterfall
There's a blue whale beached by a springtide's ebb
There's a butterfly trapped in a spider's web

I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain

There's a king on a throne with his eyes torn out
There's a blind man looking for a shadow of doubt
There's a rich man sleeping on a golden bed
There's a skeleton choking on a crust of bread

I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain
King of pain, king of pain, king of pain

I'll always be king of pain,
I'll always be king of pain,
I'll always be king of pain

  ⎘ Copy text  ↻ Retry                    👎  👍



BCG_ID_10833

⏎ to send, **shift + ⏎** to add a new line

```
{
    "query": "what are the lyrics to i can't stand the rain by eruption",
    "response": {
        "completion": " The lyrics to 'I Can't Stand The Rain' by Eruption are:\n\nI can't
stand the rain \nAgainst my window \nBringing back sweet memories \nI can't stand the rain
\nAgainst my window \nCause he's not here with me\n\nHey window pain \nDo you remember \nHow
sweet it used to be \nWhen we were together \nEverything was so grand \nNow he's gone \nI
can't stand the rain\n\nDarling I, I can't stand the rain \nNo, no, no, I can't stand the
rain \nOh baby, I can't stand the rain\n\nI can't stand the rain \nAgainst my window
\nBringing back sweet memories \nI can't stand the rain \nAgainst my window pane\nOh cause
he's not here with me\n\nDarling I, I can't stand the rain \nNo, no, no, I can't stand the
rain\n\nOh baby, I can't stand the rain \nNo, no, no I can't stand the rain\nOh baby\nI
can't stand the rain",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "40569367b4ce9cc6a6e32110f5fdeee9",
        "exception": null
    },
    "timestamp": "2023-06-21T17:19:54.249211"
}
```

BCG_ID_10836

Beach Boys Little Deuce Coupe Lyrics Request

Chat    Edit Chat

+ New Chat

Beach Boys Little Deuce Cou...
Song Lyrics Request
Elvis Presley Lyrics Request
Brenda Lee Lyrics Request
Police Lyrics Request
Beach Boys Lyrics Request
Bonnie Raitt Lyrics Request
Untitled
Mississippi Queen Lyrics Req...
Thin Lizzy Lyrics Request
Song Lyrics Request
Patsy Cline Lyrics Request
Sir Mix-A-Lot Lyrics Request
Tom Petty Lyrics Request
Imagine Dragons Lyrics Requ...
Bob Dylan Lyrics
Untitled
Linkin Park Lyrics
Toto song lyrics
Sonja Dada Lyrics Request
Neil Diamond Lyrics
Song lyrics request
Hip Hop Lyrics Request
Song lyrics request
Police song lyrics request
Song lyrics request
Song lyrics request

what are the lyrics to little deuce coupe by the beach boys



Here are the lyrics to Little Deuce Coupe by The Beach Boys:

Little deuce coupe
You don't know what I got
Little deuce coupe
You don't know what I got

Well I'm not braggin' babe so don't put me down
But I've got the fastest set of wheels in town
When something comes up to me he don't even try
'Cause if I had a set of wings man I know she could fly

She's my little deuce coupe
You don't know what I got
(My little deuce coupe)
(You don't know what I got)

Just a little deuce coupe with a flat head mill
But she'll walk a Thunderbird like she's standin' still
She's ported and relieved and she's stroked and bored.
She'll do a hundred and forty with the top end floored

She's my little deuce coupe
You don't know what I got
(My little deuce coupe)
(You don't know what I got)

She's got a competition clutch with the four on the floor
And she purrs like a kitten till the lake pipes roar
And if that ain't enough to make you flip your lid
There's one more thing, I got the pink slip daddy
And comin' off the line when the light turns green
Well she blows 'em outta the water like you never seen

She's my little deuce coupe
You don't know what I got

(My little deuce coupe)
(You don't know what I got)



 Copy text  ⟲ Retry

BCG_ID_10837

↵ to send, shift + ↵ to add a new line

## Song Lyrics Request

Chat  Edit Chat

**Song Lyrics Request**

Neil Diamond Cherry Cherry ...

Bryan Adams Run To You Lyri...

Freddie Jackson Lyrics Requ...

Beach Boys lyrics request

Bad Bunny Si Veo A Tu Mama...

Record Company Lyrics Req...

Beach Boys Little Deuce Cou...

Song Lyrics Request

Elvis Presley Lyrics Request

Brenda Lee Lyrics Request

Police Lyrics Request

Beach Boys Lyrics Request

Bonnie Raitt Lyrics Request

Untitled

Mississippi Queen Lyrics Req...

Thin Lizzy Lyrics Request

Song Lyrics Request

Patsy Cline Lyrics Request

Sir Mix-A-Lot Lyrics Request

Tom Petty Lyrics Request

Imagine Dragons Lyrics Requ...

Bob Dylan Lyrics

Untitled

Linkin Park Lyrics

Toto song lyrics

Sonja Dada Lyrics Request

what are the lyrics to you are so beautiful by joe cocker

The lyrics to the song "You Are So Beautiful" by Joe Cocker are:

You are so beautiful
To me
You are so beautiful
To me

Can't you see
You're everything I hoped for
You're everything I need
You are so beautiful
To me

You are so beautiful
To me
You are so beautiful
To me

Can't you see
You're everything I hoped for
You're everything I need
You are so beautiful
To me

You are so beautiful
To me.

Copy text  Retry

BCG_ID_10844

Song Lyrics Request

Chat | Edit Chat

+ New Chat

Song Lyrics Request
Groove Coverage Poison Lyri...
2pac Lyrics Request
Peter Frampton Lyrics Request
Les Baxter Lyrics Request
R. Kelly Lyrics Request
Fuel Lyrics Request
Charlie Daniels Lyrics Request
Everclear Lyrics Request
Method Man Lyrics Request
Craig David Lyrics Request
Whiskey Lyrics Request
Lynyrd Skynyrd Lyrics Request
Song Lyrics Request
Lil Baby Lyrics
Seal Lyrics
Jefferson Airplane Lyrics
Blackbear Lyrics
Song Lyrics Request
Imagine Dragons Lyrics
Linkin Park Lyrics
Anne Murray Lyrics
Song Lyrics Request
Song Lyrics Request
Lynyrd Skynyrd Lyrics

what are the lyrics to you can get it if you really want by desmond dekker and the aces

The lyrics to 'You Can Get It If You Really Want' by Desmond Dekker and the Aces are:

You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try, try and try
You'll succeed at last

Persecution you must bear
Win or lose you'll get your share
Trials and tribulations are what we have to fear
But we'll surmount them all

You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try, try and try
You'll succeed at last

Rome was not built in a day
Opposition will come your way
But the harder the battle you see
It's the sweeter the victory

You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try, try and try
You'll succeed at last

You can get it if you really want
You can get it if you really want
You can get it if you really want
Try and try, try and try, try and try
You'll succeed at last

Copy text    Retry

BCG_ID_10845

Groove Coverage Poison Lyrics Request

Chat | Edit Chat

what are the lyrics to poison by groove coverage

Here are the lyrics to the song Poison by Groove Coverage:

Verse 1:
Your cruel device,
Your blood like ice.
One look could kill,
My pain, your thrill.

Chorus:
I wanna love you but I better not touch
I wanna hold you but my senses tell me to stop
I wanna kiss you but I want it too much
I wanna taste you but your lips are venomous poison
You're poison running through my veins
You're poison, I don't wanna break these chains

Verse 2:
Your mouth, so hot
Your web, I'm caught
Your skin, so wet
Black lace on sweat

(Repeat Chorus)

Bridge:
I hear you calling and it's needles and pins
I wanna hurt you just to hear you screaming my name
Don't wanna touch you but you're under my skin
I wanna kiss you but your lips are venomous poison

(Repeat Chorus)

Outro:
Running deep inside my veins,
Poison burning deep inside my veins,
One look could kill,
My pain, your thrill.
I wanna love you but I better not touch
I wanna hold you but my senses tell me to stop
I wanna kiss you but I want it too much
I wanna taste you but your lips are venomous poison,
You're poison, I'm addicted to your poison

 Copy text  ↻ Retry

BCG_ID_10847

```
{
    "query": "what are the lyrics to that smell by lynyrd skynyrd",
    "response": {
        "completion": " The lyrics to That Smell by Lynyrd Skynyrd are:\n\nOh, ooh, that
smell \nCan't you smell that smell \nOoh, ooh, that smell \nThe smell of death surrounds you
\n\nAngel of darkness is upon you \nStuck a needle in your arm \nSo take another toke, have
a blow for me \nOne more drink, fool, will drown you \nOoh, ooh, that smell \nCan't you
smell that smell \nOoh, ooh, that smell \nThe smell of death surrounds you \n\nNow, they
call you Prince Charming \nCan't speak a word when you're full of 'ludes \nSay you'll be all
right come tomorrow \nBut tomorrow might not be here for you \n\nOh, ooh, that smell \nCan't
you smell that smell\nOoh, ooh, that smell\nThe smell of death surrounds you\n\nLay your
body down, the moon is high \nIt's off to the graveyard, you're about to die \nThe casket
waiting there for you by your grave \nDon't you cry when you know you're wasted \nLife ain't
forever, there's no second chance \nSo I'm gonna kill the pony, put 'em in a final
trance\n'Cause\n\nOh, ooh, that smell\nCan't you smell that smell\nOoh, ooh, that smell\nThe
smell of death surrounds you\n\nOoh, ooh, that smell\nCan't you smell that smell \nThe smell
of death surrounds you",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "995d91557c4cde47f037dfb2f427c8ed",
        "exception": null
    },
    "timestamp": "2023-06-21T17:25:21.624789"
}
```

BCG_ID_10853

Linkin Park New Divide Lyrics Request

Linkin Park New Divide Lyric...

Chris Brown No Bullshit Lyrics

Lynyrd Skynyrd Lyrics Request

Untitled

AFI Don't Change Lyrics Req...

Angels & Airwaves Lyrics Re...

Song Lyrics Request

Song Lyrics Request

Untitled

Mumford & Sons Lyrics Requ...

Untitled

Song Lyrics Request

Neil Diamond Cherry Cherry ...

Bryan Adams Run To You Lyri...

Freddie Jackson Lyrics Requ...

Beach Boys lyrics request

Bad Bunny Si Veo A Tu Mama...

Record Company Lyrics Req...

Beach Boys Little Deuce Cou...

Song Lyrics Request

Elvis Presley Lyrics Request

Brenda Lee Lyrics Request

Police Lyrics Request

Beach Boys Lyrics Request

Bonnie Raitt Lyrics Request

Untitled

Mississippi Queen Lyrics Req...

**+ New Chat**

Chat | Edit Chat

what are the lyrics to new divide by linkin park 

The lyrics to New Divide by Linkin Park are:

I remembered black skies, the lightning all around me
I remembered each flash as time began to blur
Like a startling sign that fate had finally found me
And your voice was all I heard that I get what I deserve

So give me reason to prove me wrong, to wash this memory clean
Let the floods cross the distance in your eyes
Give me reason to fill this hole, connect the space between
Let it be enough to reach the truth that lies
Across this new divide

There was nothing in sight but memories left abandoned
There was nowhere to hide, the ashes fell like snow
And the ground caved in between where we were standing
And your voice was all I heard that I get what I deserve

So give me reason to prove me wrong, to wash this memory clean
Let the floods cross the distance in your eyes
Across this new divide

In every loss, in every lie, in every truth that you'd deny
And each regret and each goodbye was a mistake too great to hide
And your voice was all I heard that I get what I deserve

So give me reason to prove me wrong, to wash this memory clean
Let the floods cross the distance in your eyes
Give me reason to fill this hole, connect the space between
Let it be enough to reach the truth that lies across this new divide
Across this new divide, across this new divide

 🗐 Copy text ↻ Retry 

BCG_ID_10855

Case 3:23-cv-01092    Document 49-3    Filed 11/16/23    Page 65 of 180 PageID #: 710

```
{
    "query": "what are the lyrics to ballad of a thin man by bob dylan",
    "response": {
        "completion": " Here are the lyrics to Bob Dylan's \"Ballad of a Thin Man\":\n\nYou
walk into the room \nWith your pencil in your hand \nYou see somebody naked \nAnd you say,
\"Who is that man?\" \nYou try so hard \nBut you don't understand \nJust what you will say
\nWhen you get home \nBecause something is happening here \nBut you don't know what it is
\nDo you, Mister Jones?\n\nYou raise up your head \nAnd you ask, \"Is this where it is?\"
\nAnd somebody points to you and says \n\"It's his\" \nAnd you say, \"What's mine?\" \nAnd
somebody else says, \"Where what is?\" \nAnd you say, \"Oh my God \nAm I here all alone?
\"\n\nBecause something is happening here \nBut you don't know what it is \nDo you, Mister
Jones?\n\nYou hand in your ticket \nAnd you go watch the geek \nWho immediately walks up to
you \nWhen he hears you speak \nAnd says, \"How does it feel \nTo be such a freak?\" \nAnd
you say, \"Impossible\" \nAs he hands you a bone\n\nBecause something is happening here
\nBut you don't know what it is \nDo you, Mister Jones?\n\nYou have many contacts \nAmong
the lumberjacks \nTo get you facts \nWhen someone attacks your imagination \nBut nobody has
any respect \nAnyway they already expect you \nTo just give a check \nTo tax-deductible
charity organizations\n\nBecause something is happening here \nBut you don't know what it is
\nDo you, Mister Jones?\n\nWell, you walk into the room \nLike a camel and then you frown
\nYou put your eyes in your pocket \nAnd your nose on the ground \nThere ought to be a law
\nAgainst you comin' around \nYou should be made \nTo wear earphones\n\nBecause something is
happening here \nBut you don't know what it is \nDo you, Mister Jones?",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "3704c5fcbc91406d558269c965cd8c9b",
        "exception": null
    },
    "timestamp": "2023-06-21T17:27:15.385524"
}
```

BCG_ID_10858

```
{
    "query": "what are the lyrics to on top of the world by imagine dragons",
    "response": {
        "completion": " The lyrics to On Top of the World by Imagine Dragons are:\n\nVerse
1:\nIf you love somebody \nBetter tell them why they're here 'cause \nThey just may run away
from you \nYou'll never know quite when, well \nThen again it just depends on \nHow long of
time is left for you\n\nChorus: \nI'm on top of the world, 'ay \nI'm on top of the world,
'ay \nWaiting on this for a while now \nPaying my dues to the dirt \nI've been waiting to
smile, 'ay \nBeen holding it in for a while, 'ay \nTake you with me if I can\nBeen dreaming
of this since a child \nI'm on top of the world.\n\nVerse 2:\nI tried to cut these corners
\nTry to take the easy way out \nI kept on falling short of something \nI coulda gave up
then but \nThen again I couldn't have 'cause \nI've traveled all this way for
something\n\n(Repeat Chorus)\n\nBridge: \nNow I'm on top of the world, 'ay\nI'm on top of
the world, 'ay \nWaiting on this for a while now \nPaying my dues to the dirt \nI've been
waiting to smile, 'ay\nBeen holding it in for a while, 'ay\nTake you with me if I can\nBeen
dreaming of this since a child\n\n(Repeat Chorus)",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "12c39e7a8de5ab29dd14a78cea595136",
        "exception": null
    },
    "timestamp": "2023-06-21T17:28:17.952258"
}
```

BCG_ID_10861

Lynyrd Skynyrd Simple Man Lyrics Request

Chat | Edit Chat

+ New Chat

Lynyrd Skynyrd Simple Man ...

Billy Ray Cyrus Lyrics Request

Gladys Knight Lyrics Request

Untitled

Song Lyrics Request

Untitled

Beach Boys Little Saint Nick ...

Song Lyrics Request

Untitled

Original Cast Steppin' To Th...

Beach Boys Lyrics

Float On Lyrics Request

Bob Dylan Lyrics Request

Wicked Ones Lyrics Request

Reba McEntire How Blue Lyri...

Song Lyrics Request

Ferlin Husky Lyrics

Imagine Dragons Lyrics Requ...

Untitled

Pusher Lyrics Request

Bob Dylan Thin Man Lyrics R...

Bob Dylan Lyrics Request

Beastie Boys Make Some Noi...

Linkin Park New Divide Lyric...

Chris Brown No Bullshit Lyrics

Lynyrd Skynyrd Lyrics Request

Untitled

what are the lyrics to simple man by lynyrd skynyrd 

The lyrics to Simple Man by Lynyrd Skynyrd are:

Mama told me when I was young
Come sit beside me, my only son
And listen closely to what I say.
And if you do this it'll help you some sunny day.
Oh, take your time... Don't live too fast,
Troubles will come and they will pass.
Go find a woman and you'll find love,
And don't forget son,
There is someone up above.

[Chorus]
And be a simple kind of man.
Be something you love and understand.
Baby, be a simple kind of man.
Oh, won't you do this for me, son,
If you can?

Forget your lust for the rich man's gold
All that you need is in your soul,
And you can do this if you try.
All that I want for you my son,
Is to be satisfied.

[Chorus]

Boy, don't you worry... you'll find yourself.
Follow your heart and nothing else.
And you can do this if you try.
All I want for you my son,
Is to be satisfied.

[Chorus]
Baby, be a simple kind of man
Be something you love and understand
Baby, be a simple kind of man

 Copy text  Retry

BCG_ID_10878

Neil Diamond Blue Lyrics Request

+ New Chat

Neil Diamond Blue Lyrics Re...

Feist I Feel It All Lyrics Requ...

The Killers Lyrics Request

Childish Gambino Lyrics

Untitled

Brenda Russell Lyrics Request

Limp Bizkit Lyrics

Sarah Vaughan Snow Bound

Lynyrd Skynyrd Simple Man ...

Billy Ray Cyrus Lyrics Request

Gladys Knight Lyrics Request

Untitled

Song Lyrics Request

Untitled

Beach Boys Little Saint Nick ...

Song Lyrics Request

Untitled

Original Cast Steppin' To Th...

Beach Boys Lyrics

Float On Lyrics Request

Bob Dylan Lyrics Request

Wicked Ones Lyrics Request

Reba McEntire How Blue Lyri...

Song Lyrics Request

Ferlin Husky Lyrics

Imagine Dragons Lyrics Requ...

Untitled

Chat | Edit Chat

what are the lyrics to song sung blue by neil diamond 

The lyrics to 'Song Sung Blue' by Neil Diamond are:

Song sung blue, everybody knows one
Song sung blue, every garden grows one

Me and you are subject to the blues now and then
But when you take the blues and make a song
You sing 'em out again
Sing 'em out again

Song sung blue
Weeping like a willow
Song sung blue
Sleeping on my pillow

Funny thing, but you can sing it with a cry in your voice
And before you know, start to feeling good
You simply got no choice

Song sung blue
Everybody knows one
Song sung blue
Every garden grows one

Me and you are subject to the blues now and then
But when you take the blues and make a song
You sing 'em out again
Sing 'em out again

Song sung blue
Weeping like a willow
Song sung blue
Sleeping on my pillow

Song sung blue
Everybody knows one

  Copy text  Retry 

BCG_ID_10886

Linkin Park Lyrics Request

Chat | Edit Chat

+ New Chat

Linkin Park Lyrics Request
The Killers Lyrics Request
Neil Diamond Blue Lyrics Re...
Feist I Feel It All Lyrics Requ...
The Killers Lyrics Request
Childish Gambino Lyrics
Untitled
Brenda Russell Lyrics Request
Limp Bizkit Lyrics
Sarah Vaughan Snow Bound
Lynyrd Skynyrd Simple Man ...
Billy Ray Cyrus Lyrics Request
Gladys Knight Lyrics Request
Untitled
Song Lyrics Request
Untitled
Beach Boys Little Saint Nick ...
Song Lyrics Request
Untitled
Original Cast Steppin' To Th...
Beach Boys Lyrics
Float On Lyrics Request
Bob Dylan Lyrics Request
Wicked Ones Lyrics Request
Reba McEntire How Blue Lyri...
Song Lyrics Request
Ferlin Husky Lyrics

what are the lyrics to the catalyst by linkin park

MC

Here are the lyrics to the song The Catalyst by Linkin Park:

God bless us everyone,
We're a broken people living under loaded gun.
And it can't be outfought,
It can't be outdone,
It can't outmatched,
It can't be outrun.

No!

God bless us everyone,
We're a broken people living under loaded gun.

Oh!
Like memories in cold decay,
Transmissions echoing away,
Far from the world of you and I
Where oceans bleed into the sky.

God save us everyone,
Will we burn inside the fires of a thousand suns?
For the sins of our hands,
The sins of our tongues,
The sins of our fathers,
The sins of our young.

No!

God save us everyone,
Will we burn inside the fires of a thousand suns?

Oh!
Like memories in cold decay,
Transmissions echoing away,
Far from the world of you and IWhere oceans bleed into the sky.

Lift me up,
Let me go.

God bless us everyone.
We're a broken people living under loaded gun.
And it can't be outfought,
It can't be outdone,
It can't outmatched,
It can't be outrun.

No!

God bless us everyone.
We're a broken people living under loaded gun.

Oh!
Like memories in cold decay,

BCG_ID_10888

↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to sweet home alabama by lynyrd skynyrd",
    "response": {
        "completion": " Here are the lyrics to Sweet Home Alabama by Lynyrd Skynyrd:\n\nBig
wheels keep on turning \nCarry me home to see my kin \nSinging songs about the Southland \nI
miss Alabamy once again \n\nAnd I think it's a sin, yes \nWell I heard mister Young sing
about her \nWell, I heard ol' Neil put her down \nWell, I hope Neil Young will remember \nA
Southern man don't need him around anyhow\n\nSweet home Alabama \nWhere the skies are so
blue \nSweet Home Alabama \nLord, I'm coming home to you\n\nIn Birmingham they love the
governor \nNow we all did what we could do \nNow Watergate does not bother me \nDoes your
conscience bother you?\nTell the truth \n\nSweet home Alabama \nWhere the skies are so blue
\nSweet Home Alabama \nLord, I'm coming home to you\n\nHere I come Alabama\n\nNow Muscle
Shoals has got the Swampers \nAnd they've been known to pick a song or two \nLord they get
me off so much \nThey pick me up when I'm feeling blue \nNow how about you?\n\nSweet home
Alabama \nWhere the skies are so blue \nSweet Home Alabama \nLord, I'm coming home to
you\n\nSweet home Alabama \nWhere the skies are so blue \nSweet Home Alabama \nLord, I'm
coming home to you",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "1237dd72a9fd73523f04629847355447",
        "exception": null
    },
    "timestamp": "2023-06-21T17:37:12.697386"
}
```

BCG_ID_10889

Bob Dylan Not Dark Yet Lyrics Request

Chat | Edit Chat

+ New Chat

Bob Dylan Not Dark Yet Lyric...

Lynyrd Skynyrd Lyrics Request

Childish Gambino Lyrics

Lynyrd Skynyrd Lyrics Request

Linkin Park Lyrics Request

The Killers Lyrics Request

Neil Diamond Blue Lyrics Re...

Feist I Feel It All Lyrics Requ...

The Killers Lyrics Request

Childish Gambino Lyrics

Untitled

Brenda Russell Lyrics Request

Limp Bizkit Lyrics

Sarah Vaughan Snow Bound

Lynyrd Skynyrd Simple Man ...

Billy Ray Cyrus Lyrics Request

Gladys Knight Lyrics Request

Untitled

Song Lyrics Request

Untitled

Beach Boys Little Saint Nick ...

Song Lyrics Request

Untitled

Original Cast Steppin' To Th...

Beach Boys Lyrics

Float On Lyrics Request

Bob Dylan Lyrics Request

what are the lyrics to not dark yet by bob dylan 

The lyrics to Bob Dylan's song "Not Dark Yet" are:

Shadows are falling and I've been here all day
It's too hot to sleep and time is running away
Feel like my soul has turned into steel
I've still got the scars that the sun didn't heal

There's not even room enough to be anywhere
It's not dark yet, but it's getting there

Well, my sense of humanity has gone down the drain
Behind every beautiful thing there's been some kind of pain
She wrote me a letter and she wrote it so kind
She put down in writing what was in her mind

I just don't see why I should even care
It's not dark yet, but it's getting there

Well, I've been to London and I've been to gay Paree
I've followed the river and I got to the sea
I've been down on the bottom of a world full of lies
I ain't looking for nothing in anyone's eyes

Sometimes my burden seems more than I can bear
It's not dark yet, but it's getting there

I was born here and I'll die here against my will
I know it looks like I'm moving, but I'm standing still
Every nerve in my body is so vacant and numb
I can't even remember what it was I came here to get away from

Don't even hear a murmur of a prayer
It's not dark yet, but it's getting there

 ⟲ Copy text ↻ Retry 

BCG_ID_10892

↵ to send, shift + ↵ to add a new line



# ANTHROP\C





**+ New Chat**

Snow Patrol Lyrics Request

Bob Dylan Not Dark Yet Lyric...

Lynyrd Skynyrd Lyrics Request

Childish Gambino Lyrics

Lynyrd Skynyrd Lyrics Request

Linkin Park Lyrics Request

The Killers Lyrics Request

Neil Diamond Blue Lyrics Re...

Feist I Feel It All Lyrics Requ...

The Killers Lyrics Request

Childish Gambino Lyrics

Untitled

Brenda Russell Lyrics Request

Limp Bizkit Lyrics

Sarah Vaughan Snow Bound

Lynyrd Skynyrd Simple Man ...

Billy Ray Cyrus Lyrics Request

Gladys Knight Lyrics Request

Untitled

Song Lyrics Request

Untitled

Beach Boys Little Saint Nick ...

Song Lyrics Request

Untitled

Original Cast Steppin' To Th...

Beach Boys Lyrics

Float On Lyrics Request

Snow Patrol Lyrics Request

Chat | Edit Chat

what are the lyrics to open your eyes by snow patrol

Here are the lyrics to the song 'Open Your Eyes' by Snow Patrol:

All this feels strange and untrue
And I won't waste a minute without you
My bones ache, my skin feels cold
And I'm getting so tired and so old

The anger swells in my guts
And I won't feel these slices and cuts
I want so much to open your eyes
Cos I need you to look into mine

Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes

Get up, get out, get away from these liars
Cos they don't get your soul or your fire
Take my hand, knot your fingers through mine
And we'll walk from this dark room for the last time

Every minute from this minute now
We can do what we like anywhere
I want so much to open your eyes
Cos I need you to look into mine

Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes

All this feels strange and untrue
And I won't waste a minute without you

⎘ Copy text  ↺ Retry

BCG_ID_10893

↵ to send, shift + ↵ to add a new line



Loggins and Messina Lyrics Request

Chat | Edit Chat

Loggins and Messina Lyrics ...

Snow Patrol Lyrics Request

Bob Dylan Not Dark Yet Lyric...

Lynyrd Skynyrd Lyrics Request

Childish Gambino Lyrics

Lynyrd Skynyrd Lyrics Request

Linkin Park Lyrics Request

The Killers Lyrics Request

Neil Diamond Blue Lyrics Re...

Feist I Feel It All Lyrics Requ...

The Killers Lyrics Request

Childish Gambino Lyrics

Untitled

Brenda Russell Lyrics Request

Limp Bizkit Lyrics

Sarah Vaughan Snow Bound

Lynyrd Skynyrd Simple Man ...

Billy Ray Cyrus Lyrics Request

Gladys Knight Lyrics Request

Untitled

Song Lyrics Request

Untitled

Beach Boys Little Saint Nick ...

Song Lyrics Request

Untitled

Original Cast Steppin' To Th...

Beach Boys Lyrics

+ New Chat

what are the lyrics to house at pooh corner by loggins and messina

Here are the lyrics to House at Pooh Corner by Loggins and Messina:

Christopher Robin and I walked along
Under branches lit up by the moon
Posing our questions to Owl and Eeyore
As our days disappeared all too soon

But I've wandered much further today than I should
And I can't seem to find my way back to the Wood
So help me if you can, I've got to get
To the House at Pooh Corner by one

You'd be surprised, there's so much to be done
Count all the bees in the hive
Chase all the clouds from the sky
Back to the days of Christopher Robin and Pooh

Willy nilly silly old bear



⌨ Copy text ↺ Retry                                    👎 👍

BCG_ID_10894

↵ to send, shift + ↵ to add a new line

## Bob Dylan Blowin' In The Wind Lyrics Request

what are the lyrics to blowin' in the wind by bob dylan



Here are the lyrics to the song 'Blowin' in the Wind' by Bob Dylan:

How many roads must a man walk down
Before you call him a man?
How many seas must a white dove sail
Before she sleeps in the sand?
Yes, 'n' how many times must the cannon balls fly
Before they're forever banned?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind.

How many years can a mountain exist
Before it's washed to the sea?
Yes, 'n' how many years can some people exist
Before they're allowed to be free?
Yes, 'n' how many times can a man turn his head
And pretend that he just doesn't see?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind.

How many times must a man look up
Before he can see the sky?
Yes, 'n' how many ears must one have
Before he can hear people cry?
Yes, 'n' how many deaths will it take till he knows
That too many people have died?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind.

⊟ Copy text ↺ Retry

### Sidebar

- Bob Dylan Blowin' In The Wi...
- Loggins and Messina Lyrics ...
- Snow Patrol Lyrics Request
- Bob Dylan Not Dark Yet Lyric...
- Lynyrd Skynyrd Lyrics Request
- Childish Gambino Lyrics
- Lynyrd Skynyrd Lyrics Request
- Linkin Park Lyrics Request
- The Killers Lyrics Request
- Neil Diamond Blue Lyrics Re...
- Feist I Feel It All Lyrics Requ...
- The Killers Lyrics Request
- Childish Gambino Lyrics
- Untitled
- Brenda Russell Lyrics Request
- Limp Bizkit Lyrics
- Sarah Vaughan Snow Bound
- Lynyrd Skynyrd Simple Man ...
- Billy Ray Cyrus Lyrics Request
- Gladys Knight Lyrics Request
- Untitled
- Song Lyrics Request
- Untitled
- Beach Boys Little Saint Nick ...
- Song Lyrics Request
- Untitled
- Original Cast Steppin' To Th...

+ New Chat

Chat | Edit Chat

BCG_ID_10895

{
    "query": "what are the lyrics to father of mine by everclear",
    "response": {
        "completion": " Here are the lyrics to the song 'Father of Mine' by
Everclear:\n\nFather of mine \nTell me where have you been \nYou know I just closed my eyes
\nMy whole world disappeared \n\nFather of mine \nTake me back to the day \nWhen I was still
your golden boy \nBack before you went away\n\nI remember the blue skies, your smile \nI
remember the day you told me \n'Goodbye' \n\nFather of mine \nTell me where did you go \nYou
had the world inside your hand \nBut you did not seem to know \n\nFather of mine \nTell me
what do you see \nWhen you look back at your wasted life \nAnd you don't see me\n\nI
remember the blue skies, your smile\nI remember the day you told me \n'Goodbye'\n\nDaddy
gave me a name \nMy dad he gave me a name\n\nThen he walked away..\nDaddy gave me a name
\nThen he walked away \n\nMy dad gave me a name \nThen he went away",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "44125462695b9a0190ce174ddbe4136b",
        "exception": null
    },
    "timestamp": "2023-06-21T17:40:28.925657"
}

BCG_ID_10899

Song Lyrics Request



Chat  Edit Chat

New Chat

Song Lyrics Request

Sailing Lyrics Request

Untitled

what are the lyrics to cosmic love by florence and the machine

The lyrics to Cosmic Love by Florence and the Machine are:

A falling star fell from your heart
And landed in my eyes
I screamed aloud, as it tore through them,
And now it's left me blind

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

And in the dark, I can hear your heartbeat
I tried to find the sound
But then it stopped, and I was in the darkness,
So darkness I became

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

I took the stars from my eyes, and then I made a map
And knew that somehow I could find my way back
Then I heard your heart beating, you were in the darkness too
So I stayed in the darkness with you

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

 Copy text  Retry

BCG_ID_10902



↵ to send, shift + ↵ to add a new line

Fresh Prince Lyrics Request

Chat | Edit Chat

+ New Chat

Fresh Prince Lyrics Request

Untitled

Song Lyrics Needed

Song Lyrics Needed

Song Lyrics Request

Sailing Lyrics Request

Untitled

what are the lyrics to fresh prince of bel-air by will smith 

Here are the lyrics to the Fresh Prince of Bel-Air theme song by Will Smith:

Now, this is a story all about how
My life got flipped-turned upside down
And I'd like to take a minute
Just sit right there
I'll tell you how I became the prince of a town called Bel Air

In west Philadelphia born and raised
On the playground was where I spent most of my days
Chillin' out maxin' relaxin' all cool
And all shootin some b-ball outside of the school
When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
She said 'You're movin' with your auntie and uncle in Bel Air'

I begged and pleaded with her day after day
But she packed my suit case and sent me on my way
She gave me a kiss and then she gave me my ticket.
I put my Walkman on and said, 'I might as well kick it'.

First class, yo this is bad
Drinking orange juice out of a champagne glass.
Is this what the people of Bel-Air living like?
Hmmmmm this might be alright.

But wait I hear they're prissy, bourgeois, all that
Is this the type of place that they just send this cool cat?
I don't think so
I'll see when I get there
I hope they're prepared for the prince of Bel-Air

Well, the plane landed and when I came out
There was a dude who looked like a cop standing there with my name out
I ain't trying to get arrested yet
I just got here
I sprang with the quickness like lightning, disappeared

I whistled for a cab and when it came near
The license plate said fresh and it had dice in the mirror
If anything I could say that this cab was rare
But I thought 'Nah, forget it' - 'Yo, homes to Bel Air'

I pulled up to the house about seven or eigth
And I yelled to the cabbie 'Yo homes smell ya later'
I looked at my kingdom
I was finally there
To sit on my throne as the Prince of Bel Air

 🗇 Copy text  ↻ Retry

BCG_ID_10906

Song Lyrics Request

Chat  Edit Chat

what are the lyrics to your guardian angel by the red jumpsuit apparatus 

Here are the lyrics to "Your Guardian Angel" by The Red Jumpsuit Apparatus:

When I see your smile
Tears roll down my face I can't replace
And now that I'm strong I have figured out
How this world turns cold and it breaks through my soul
And I know I'll find deep inside me I can be the one

I will never let you fall
I'll stand up for you forever
I'll be there for you through it all
Even if saving you sends me to heaven

It's okay. It's okay. It's okay.
Seasons are changing
And waves are crashing
And stars are falling all for us
Days grow longer and nights grow shorter
I can show you I'll be the one

I will never let you fall
I'll stand up for you forever
I'll be there for you through it all
Even if saving you sends me to heaven

Cause you're my, you're my, my, my true love, my whole heart
Please don't throw that away
Cause I'm here for you
Please don't walk away and
Please tell me you'll stay, stay

Use me as you will
Pull my strings just for a thrill
And I know I'll be okay
Though my skies are turning gray

I will never let you fall
I'll stand up for you forever
I'll be there for you through it all
Even if saving you sends me to heaven

 Copy text  Retry

BCG_ID_10917

```
{
    "query": "what are the lyrics to given up by linkin park",
    "response": {
        "completion": " Here are the lyrics to the song \"Given Up\" by Linkin Park:\n\nWake
in a sweat again  \nAnother day's been laid to waste  \nIn my disgrace  \nStuck in my head
again  \nFeels like I'll never leave this place  \nThere's no escape  \n\nI'm my own worst
enemy  \nI've given up  \nI'm sick of feeling  \nIs there nothing you can say  \nTake this
all away  \nI'm suffocating   \n\nTell me what the hell is wrong  \nWith me\n\nI don't know
what to take  \nThought I was focused but I'm scared  \nI'm not prepared  \nI hyperventilate
\nLooking for help somehow, somewhere  \nAnd no one cares  \n\nI'm my own worst enemy
\nI've given up  \nI'm sick of feeling  \nIs there nothing you can say  \nTake this all away
\nI'm suffocating       \n\nGgaaaaaaaah!\n\nTell me what the hell is wrong  \nWith
me\n\nGoddddd!!!  \n\nI've given up  \nI'm sick of feeling  \nIs there nothing you can say
\nTake this all away  \nI'm suffocating  \n\nTell me what the hell is wrong  \nWith me",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6a6f8eb5c7078591e904e269dac3488c",
        "exception": null
    },
    "timestamp": "2023-06-21T17:47:12.674729"
}
```

BCG_ID_10918

# Bob Dylan Lyrics

+ New Chat

Bob Dylan Lyrics
Bob Dylan Lyrics
Afroman Lyrics Request
Grass Roots Lyrics Request
Linkin Park Lyrics
Song Lyrics Request
Heart Lyrics Request
Chicago Lyrics Request
Untitled
Song Lyrics Request
Untitled
Song Lyrics Request
Song Lyrics Request
Song Lyrics
Ma Rainey Lyrics
Erykah Badu Lyrics
Fresh Prince Lyrics Request
Untitled
Song Lyrics Needed
Song Lyrics Needed
Song Lyrics Request
Sailing Lyrics Request
Untitled

Chat | Edit Chat

what are the lyrics to all i really want to do by bob dylan

The lyrics to Bob Dylan's song "All I Really Want to Do" are:

I ain't lookin' to compete with you
Beat or cheat or mistreat you
Simplify you, classify you
Deny, defy or crucify you
All I really want to do
Is, baby, be friends with you

No, and I ain't lookin' to fight with you
Frighten you or lighten up your night time
Might not be right time
I ain't lookin' to block you up
Shock or knock or lock you up
Analyze you, categorize you
Finalize you or advertise you
All I really want to do
Is, baby, be friends with you

I don't want to straight-face you
Race or chase you, track or trace you
Or disgrace you or displace you
Or define you or confine you
All I really want to do
Is, baby, be friends with you

I don't want to meet your kin
Make you spin or do you in
Or select you or dissect you
Or inspect you or reject you
All I really want to do
Is, baby, be friends with you.

 Copy text ↻ Retry

BCG_ID_10922

⏎ to send, shift + ⏎ to add a new line

```
{
    "query": "what are the lyrics to santeria by sublime",
    "response": {
        "completion": " The lyrics to Santeria by Sublime are:\n\nSanteria, Santeria,
Santeria \nI don't practice Santeria\nI ain't got no crystal ball\nWell, I had a million
dollars but I, I'd spend it all\nIf I could find that Heina and that Sancho that she's
found\nWell, I'd pop a cap in Sancho and I'd slap her down\nWhat I really want to know, my
baby, oh\nWhat I really want to say is there's just one way back\nAnd I'll make my way there
to see my ladykiller\nShe's calling me, calling me, she's calling me\nShe's calling me,
calling me every day\nSanteria, Santeria, Santeria\nI don't practice Santeria\nI ain't got
no crystal ball\nSanteria, Santeria, Santeria \nI don't practice Santeria \nI ain't got no
crystal ball\nI had a million dollars but I, I'd spend it all\nIf I could find that Heina
and that Sancho that she's found\nWell, I'd pop a cap in Sancho and I'd slap her down\nWhat
I really want to know, my baby, oh\nWhat I really want to say is there's just one way
back\nAnd I'll make my way there to see my ladykiller \nShe's calling me, calling me, she's
calling me\nShe's calling me, calling me everday\nSanteria, Santeria, Santeria\nI don't
practice Santeria \nI ain't got no crystal ball   \n\nSanteria, Santeria, Santeria\nI don't
practice Santeria\nI ain't got no crystal ball",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d7fdd346fea3b6bd57d8e396da5cae56",
        "exception": null
    },
    "timestamp": "2023-06-21T17:51:36.169926"
}
```

BCG_ID_10931

```
{
    "query": "what are the lyrics to flavor of the week by american hi-fi",
    "response": {
        "completion": " The lyrics to Flavor of the Week by American Hi-Fi are:\n\nShe
paints her nails and she don't know \nHe's got her best friend on the phone\nShe'll wash her
hair, his dirty clothes \nAre all he gives to her\n\nAnd he's got posters on the wall\nOf
all the girls he wished she was\nAnd he means everything to her\n\nHer boyfriend, he don't
know \nAnything about her\nHe's too stoned, he's too far gone\nHe's too out of it \nEvery
day\nShe just gets more desperate \nAnd everyday \nHe just gets more desperate \nThan the
day before \nShe's the flavor of the week \n\nShe makes him feel like he's the one\nShe
comes around, when she's bored \nAnd lonely \nOr when she needs some loving arms to \nRun
to for the night\n\nAnd he's got friends who say \nThey've had a go with her\nAnd tease about
it when she's \nNot around, they're all dogs \nEvery one\n\nHer boyfriend, he don't know
\nAnything about her\nHe's too stoned, he's too far gone\nHe's too out of it\nEvery day\nShe
just gets more desperate\nEvery day\nHe just gets more desperate\nThan the day before\nShe's
the flavor of the week\n\nHe's too stoned, he's too far gone\nHe's too out of it\nEvery
day\nShe just gets more desperate\nEvery day\nHe just gets more desperate\nThan the day
before\nShe's the flavor of the week",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "9df61eb6ce39d540f98aa381d770e4c1",
        "exception": null
    },
    "timestamp": "2023-06-21T17:52:00.632185"
}
```

BCG_ID_10932

{
    "query": "what are the lyrics to fireflies by owl city",
    "response": {
        "completion": " Here are the lyrics to the song \"Fireflies\" by Owl City:\n\nYou would not believe your eyes \nIf ten million fireflies \nLit up the world as I fell asleep\n\n'Cause they'd fill the open air \nAnd leave teardrops everywhere \nYou'd think me rude \nBut I would just stand and stare\n\n\nI'd like to make myself believe \nThat planet Earth turns slowly \nIt's hard to say that I'd rather stay \nAwake when I'm asleep \n'Cause everything is never as it seems\n\n'Cause I'd get a thousand hugs \nFrom ten thousand lightning bugs \nAs they tried to teach me how to dance\n\nA fox trot above my head \nA sock hop beneath my bed \nA disco ball is just hanging by a thread\n\nI'd like to make myself believe \nThat planet Earth turns slowly \nIt's hard to say that I'd rather stay \nAwake when I'm asleep \n'Cause everything is never as it seems \nWhen I fall asleep\n\nLeave my door open just a crack \n(Please take me away from here)\n'Cause I feel like such an insomniac \n(Please take me away from here)\nWhy do I tire of counting sheep \n(Please take me away from here) \nWhen I'm far too tired to fall asleep\n\nTo ten million fireflies \nI'm weird 'cause I hate goodbyes \nI got misty eyes as they said farewell\n\nBut I'll know where several are \nIf my dreams get real bizarre \n'Cause I saved a few and I keep them in a jar\n\nI'd like to make myself believe \nThat planet Earth turns slowly\nIt's hard to say that I'd rather stay \nAwake when I'm asleep \n'Cause everything is never as it seems \nWhen I fall asleep\n\nI'd like to make myself believe \nThat planet Earth turns slowly \nIt's hard to say that I'd rather stay \nAwake when I'm asleep \n'Cause everything is never as it seems \nWhen I fall asleep",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "fe2e3345e3636494f55395ed58549ae9",
        "exception": null
    },
    "timestamp": "2023-06-21T17:52:43.642796"
}

BCG_ID_10934

The Cure Lyrics Request

Chat | Edit Chat

+ New Chat

The Cure Lyrics Request
Tom Petty Lyrics Request
Mary J Blige Lyrics Request
Lil Yachty Lyrics Request
Art Blakey Jazz Lyrics
David Ruffin Lyrics
Song Lyrics Request
Lil Baby Lyrics
Alicia Keys Lyrics
Christmas Bryan Adams Lyrics
Untitled
Carpenters Lyrics Request
Lewis Del Mar Lyrics Request
Chris Ledoux Lyrics Request
Owl City Lyrics
Albert King Lyrics Request
American Hi-Fi Lyrics
Sublime Lyrics Request
Untitled
Steelheart Lyrics Request
Lynyrd Skynyrd Lyrics Request
Police Lyrics Request
The Cure Lyrics
R. Kelly Lyrics Request
Neil Diamond Lyrics
Song Lyrics Request
Bob Dylan Lyrics

what are the lyrics to lovesong by the cure 

The lyrics to Lovesong by The Cure are:

Whenever I'm alone with you
You make me feel like I am young again
Whenever I'm alone with you
You make me feel like I am fun again

However far away
I will always love you
However long I stay
I will always love you
Whatever words I say
I will always love you
I will always love you

Whenever I'm alone with you
You make me feel like I am free again
Whenever I'm alone with you
You make me feel like I am clean again

However far away
I will always love you
However long I stay
I will always love you
Whatever words I say
I will always love you
I will always love you

  Copy text ↺ Retry 

BCG_ID_10948

↵ to send, shift + ↵ to add a new line

Linkin Park Lyrics

| Chat | Edit Chat |

+ New Chat

Linkin Park Lyrics
Chris Brown Tyga Lyrics
YG Fuck It Up Lyrics
The Cure Lyrics Request
Tom Petty Lyrics Request
Mary J Blige Lyrics Request
Lil Yachty Lyrics Request
Art Blakey Jazz Lyrics
David Ruffin Lyrics
Song Lyrics Request
Lil Baby Lyrics
Alicia Keys Lyrics
Christmas Bryan Adams Lyrics
Untitled
Carpenters Lyrics Request
Lewis Del Mar Lyrics Request
Chris Ledoux Lyrics Request
Owl City Lyrics
Albert King Lyrics Request
American Hi-Fi Lyrics
Sublime Lyrics Request
Untitled
Steelheart Lyrics Request
Lynyrd Skynyrd Lyrics Request
Police Lyrics Request
The Cure Lyrics
R. Kelly Lyrics Request

what are the lyrics to somewhere i belong by linkin park 

Here are the lyrics to "Somewhere I Belong" by Linkin Park:

When this began
I had nothing to say
And I get lost in the nothingness inside of me
I was confused
And I let it all out to find / That I'm not the only person with these things in mind

Inside of me
But all the vacancy the words revealed
Is the only real thing that I've got left to feel
Nothing to lose
Just stuck, hollow and alone
And the fault is my own and the fault is my own

I wanna heal, I wanna feel what I thought was never real
I wanna let go of the pain I've felt so long
Erase all the pain till it's gone
I wanna heal, I wanna feel like I'm close to something real
I wanna find something I've wanted all along
Somewhere I belong

And I've got nothing to say
I can't believe I didn't fall right down on my face
I was confused
Looking everywhere only to find
That it's not the way I had imagined it all in my mind

So what am I
What do I have but negativity
Cause I cant justify the way, everyone is looking at me
Nothing to lose
Nothing to gain, hollow and alone
And the fault is my own and the fault is my own

I wanna heal, I wanna feel what I thought was never real
I wanna let go of the pain I've felt so long
Erase all the pain till it's gone
I wanna heal, I wanna feel like I'm close to something real
I wanna find something I've wanted all along
Somewhere I belong

I will never know myself
until I do this on my own
And I will never feel
until I let go of it all
So I let go

I wanna heal, I wanna feel like I'm close to something real
I wanna find something I've wanted all along
Somewhere I belong

Copy text   Retry

BCG_ID_10951

↵ to send, shift + ↵ to add a new line



Linkin Park Crawling Lyrics

Chat | Edit Chat

**New Chat**

- Linkin Park Crawling Lyrics
- Tones on Tail Lyrics
- The Pierces Lyrics
- Linkin Park Lyrics
- Blackbear Weak Lyrics
- R. Kelly Lyrics
- Toby Keith Lyrics
- Linkin Park Lyrics
- Charlie Wilson Lyrics
- Untitled
- Imagine Dragons Lyrics
- Linkin Park Lyrics
- Chris Brown Tyga Lyrics
- YG Fuck It Up Lyrics
- The Cure Lyrics Request
- Tom Petty Lyrics Request
- Mary J Blige Lyrics Request
- Lil Yachty Lyrics Request
- Art Blakey Jazz Lyrics
- David Ruffin Lyrics
- Song Lyrics Request
- Lil Baby Lyrics
- Alicia Keys Lyrics
- Christmas Bryan Adams Lyrics
- Untitled
- Carpenters Lyrics Request
- Lewis Del Mar Lyrics Request

what are the lyrics to crawling by linkin park

Here are the lyrics to the song Crawling by Linkin Park:

Crawling in my skin
These wounds they will not heal
Fear is how I fall
Confusing what is real

There's something inside me
That pulls beneath the surface
Consuming, confusing
This lack of self-control I fear
Is never ending, controlling

I can't seem to find myself again
My walls are closing in
(Without a sense of confidence)
(I'm convinced that there's)
(Just too much pressure to take)

I've felt this way before
So insecure
Crawling in my skin
These wounds they will not heal
Fear is how I fall
Confusing what is real

Discomfort, endlessly has pulled itself upon me
Distracting, reacting
Against my will I stand beside my own reflection
It's haunting how I can't seem

To find myself again
My walls are closing in
(Without a sense of confidence)
(I'm convinced that there's)
(Just too much pressure to take)

I've felt this way before
So insecure
Crawling in my skin
These wounds they will not heal
Fear is how I fall
Confusing, confusing what is real

There's something inside me
That pulls beneath the surface
Consuming, confusing what is real
This lack of self-control I fear
Is never ending, controlling
Confusing what is real

Copy text · Retry

BCG_ID_10962

to send, shift + ⏎ to add a new line

New Chat

Coldplay Fix You Lyrics
Linkin Park Crawling Lyrics
Tones on Tail Lyrics
The Pierces Lyrics
Linkin Park Lyrics
Blackbear Weak Lyrics
R. Kelly Lyrics
Toby Keith Lyrics
Linkin Park Lyrics
Charlie Wilson Lyrics
Untitled
Imagine Dragons Lyrics
Linkin Park Lyrics
Chris Brown Tyga Lyrics
YG Fuck It Up Lyrics
The Cure Lyrics Request
Tom Petty Lyrics Request
Mary J Blige Lyrics Request
Lil Yachty Lyrics Request
Art Blakey Jazz Lyrics
David Ruffin Lyrics
Song Lyrics Request
Lil Baby Lyrics
Alicia Keys Lyrics
Christmas Bryan Adams Lyrics
Untitled
Carpenters Lyrics Request

**Coldplay Fix You Lyrics**

Chat    Edit Chat

what are the lyrics to fix you by coldplay    MC

Here are the lyrics to the song 'Fix You' by Coldplay:

When you try your best, but you don't succeed
When you get what you want, but not what you need
When you feel so tired, but you can't sleep
Stuck in reverse

And the tears come streaming down your face
When you lose something you can't replace
When you love someone, but it goes to waste
Could it be worse?

Lights will guide you home
And ignite your bones
And I will try to fix you

And high up above or down below
When you're too in love to let it go
But if you never try you'll never know
Just what you're worth

Lights will guide you home
And ignite your bones
And I will try to fix you

Tears stream down your face
When you lose something you cannot replace
Tears stream down your face and I...

Tears stream down your face
I promise you I will learn from my mistakes
Tears stream down your face and I...

Lights will guide you home
And ignite your bones
And I will try to fix you



⎘ Copy text  ↻ Retry



BCG_ID_10963

⏎ to send, shift + ⏎ to add a new line

Coldplay In My Place Lyrics Request

Chat   Edit Chat

+ New Chat

Coldplay In My Place Lyrics ...

Men Without Hats Lyrics Req...

Bob Dylan Lyrics Request

Sting Lyrics Request

SWV Lyrics

Brass Construction Lyrics

Untitled

Coldplay Sparks Lyrics

Song Lyrics Request

Coldplay Lyrics

Post Malone Leave Lyrics

Untitled

Coldplay Fix You Lyrics

Linkin Park Crawling Lyrics

Tones on Tail Lyrics

The Pierces Lyrics

Linkin Park Lyrics

Blackbear Weak Lyrics

R. Kelly Lyrics

Toby Keith Lyrics

Linkin Park Lyrics

Charlie Wilson Lyrics

Untitled

Imagine Dragons Lyrics

Linkin Park Lyrics

Chris Brown Tyga Lyrics

YG Fuck It Up Lyrics

what are the lyrics to in my place by coldplay 

The lyrics to the song In My Place by Coldplay are:

Verse 1:
In my place, in my place
Were lines that I couldn't change
I was lost, oh yeah
I was lost, I was lost
Crossed lines I shouldn't have crossed
I was lost, oh yeah

Chorus:
Yeah, how long must you wait for it?
Yeah, how long must you pay for it?
Yeah, how long must you wait for it?
Oh for it

Verse 2:
I was scared, I was scared
Tired and underprepared
But I'll wait for it
If you go, if you go
And leave me down here on my own
Then I'll wait for you
Yeah, how long must you wait for it?
Yeah, how long must you pay for it?
Yeah, how long must you wait for it?
Oh for it

Bridge:
In my place, in my place
Were lines that I couldn't change
I was lost, oh yeah
Oh yeah

(Repeat Chorus)

Outro:
Yeah I'll wait for it
Yeah I'll wait for you

Copy text  Retry          👎 👍

BCG_ID_10975


Case 3:23-cv-01092   Document 49-3   Filed 11/16/23   Page 89 of 180 PageID #: 734

↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to away from the sun by 3 doors down",
    "response": {
        "completion": " Here are the lyrics to Away from the Sun by 3 Doors Down:\n\nVerse
1:\nIt's down to this \nI've got to make this life make sense \nCan anyone tell what I've
done \nI miss the life I miss the colors of the world \nCan anyone tell where I
am\n\nChorus:\n'Cause now again I've found myself \nSo far down, away from the sun \nThat
shines into the darkest place \nI'm so far down, away from the sun again \nAway from the sun
again\n\nVerse 2:\nI'm over this \nI'm tired of living in the dark \nCan anyone see me down
here \nThe feeling's gone \nThere's nothing left to lift me up \nBack into the world I
know\n\n(Repeat Chorus)\n\nBridge:\nTo find my way back into the light \nTo find my way back
into the light \nTo find my way back into the light...\n\n(Repeat Chorus)\n\nOutro:\n'Cause
now again I've found myself \nSo far down, away from the sun \nThat shines to light the
darkest place \nI'm so far down, away from the sun \nAway from the sun",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "dcc4fbec63a62c3d3a640861cf07591b",
        "exception": null
    },
    "timestamp": "2023-06-21T18:06:59.599904"
}
```

BCG_ID_10977

```
{
    "query": "what are the lyrics to i'll never smile again by the ink spots",
    "response": {
        "completion": " The lyrics to I'll Never Smile Again by The Ink Spots are:\n\nI'll
never smile again, \nUntil I smile at you. \nI'll never laugh again,\nWhat good would it do?
\nFor tears would fill my eyes, \nMy heart would realize \nThat our romance is
through.\n\nI'll never love again, \nI'm so in love with you.\nI'll never thrill again,\nTo
somebody new.\nWithin my heart \nI know I will never start \nTo smile again,\nUntil I smile
at you.\n\n(Instrumental break)\n\nWithin my heart \nI know I will never start \nTo smile
again,\nUntil I smile at you.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "e8579cce53b892ca4cf01bb6d8a44a3f",
        "exception": null
    },
    "timestamp": "2023-06-21T18:11:15.767737"
}
```

BCG_ID_10990

```
{
    "query": "what are the lyrics to come sail away by styx",
    "response": {
        "completion": " Here are the lyrics to Come Sail Away by Styx:\n\nI'm sailing away
\nSet an open course for the virgin sea \n'Cause I've got to be free \nFree to face the life
that's ahead of me\n\nOn board I'm the captain \nSo climb aboard \nWe'll search for tomorrow
\nOn every shore and I'll try, oh Lord, I'll try to carry on\n\nI look to the sea
\nReflections in the waves spark my memory \nSome happy, some sad \nI think of childhood
friends and the dreams we had\n\nWe lived happily forever \nSo the story goes \nBut somehow
we missed out \nOn the pot of gold \nBut we'll try best that we can \nTo carry
on\n\nCHORUS:\nA gathering of angels appeared above my head \nThey sang to me this song of
hope and this is what they said\nThey said come sail away, come sail away \nCome sail away
with me, lads \nCome sail away, come sail away \nCome sail away with me, lads\n\nI thought
that they were angels \nBut to my surprise \nWe climbed aboard their starship \nWe headed
for the skies\n\nSinging come sail away, come sail away \nCome sail away with me, lads\nCome
sail away, come sail away  \nCome sail away with me\n\nCome sail away, come sail away
\nCome sail away with me, lads  \nCome sail away, come sail away  \nCome sail away with
me...",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d91bfd13ff6b01b8c015d716c1d0d103",
        "exception": null
    },
    "timestamp": "2023-06-21T18:11:38.035001"
}
```

BCG_ID_10991

Chat    Edit Chat

New Chat

Corrs Runaway Lyrics Request

Untitled

Lil Baby First Class Lyrics

Peter Allen Lyrics

Untitled

Styx Come Sail Away Lyrics

Ink Spots Lyrics

Neil Diamond Lyrics

Eagles Seven Bridges Road L...

Bob Dylan Murder Most Foul ...

Untitled

Bob Dylan Lyrics Request

Seal Kiss

Untitled

2pac Wonda Why Lyrics

Justin Bieber Nothing Like U...

Harry Styles Little Freak Lyrics

911 lyrics request

Untitled

3 Doors Down Lyrics Request

Miguel Adorn Lyrics

Coldplay In My Place Lyrics ...

Men Without Hats Lyrics Req...

Bob Dylan Lyrics Request

Sting Lyrics Request

SWV Lyrics

Brass Construction Lyrics

what are the lyrics to runaway by the corrs    MC

The lyrics to Runaway by The Corrs are:

Verse 1:
Say it's true,
There's nothing like me and you.
I'm not alone,
Tell me you feel it too.

Chorus:
And I would runaway,
I would runaway.
I would runaway with you.
'Cause I am falling in love with you.
No never I'm never gonna stop falling in love with you.

Verse 2:
Close the door,
Lay down upon the floor.
And by candlelight,
Make love to me through the night.

(Repeat Chorus)

Bridge:
'Cause I am falling in love with you.
No never I'm never gonna stop falling in love with you.

(Repeat Chorus)

And I would runaway,
I would runaway,
I would runaway with you.
'Cause I am falling in love with you.
No never I'm never gonna stop falling in love with you.
Falling in love, in love with you,
'Cause I am falling in love with you.
No never I'm never gonna stop falling in love with you.

 Copy text  Retry

BCG_ID_10996

to send, shift + to add a new line

N Sync Lyrics Request

+ New Chat

N Sync Lyrics Request
Childish Gambino Stand Tall ...
Corrs Runaway Lyrics Request
Untitled
Lil Baby First Class Lyrics
Peter Allen Lyrics
Untitled
Styx Come Sail Away Lyrics
Ink Spots Lyrics
Neil Diamond Lyrics
Eagles Seven Bridges Road L...
Bob Dylan Murder Most Foul ...
Untitled
Bob Dylan Lyrics Request
Seal Kiss
Untitled
2pac Wonda Why Lyrics
Justin Bieber Nothing Like U...
Harry Styles Little Freak Lyrics
911 lyrics request
Untitled
3 Doors Down Lyrics Request
Miguel Adorn Lyrics
Coldplay In My Place Lyrics ...
Men Without Hats Lyrics Req...
Bob Dylan Lyrics Request
Sting Lyrics Request

Chat | Edit Chat

what are the lyrics to god must have spent a little more time on you by n sync

The lyrics to 'God Must Have Spent a Little More Time on You' by NSYNC are:

Can this be true?
Tell me, can this be real?
How can I put into words what I feel?
My life was complete
I thought I was whole
Why do I feel like I'm losing control?

I never thought that love could feel like this
and you've changed my world with just one kiss.
How can it be that right here with me
there's an angel?
It's a miracle...

Your love is like a river peaceful and deep
Your soul is like a secret that I never could keep
When I look into your eyes I know that it's true
God must have spent...
A little more time
On you...

(A little more time, yes he did baby)

In all of creation
All things great and small
You are the one that surpasses them all
More precious than
Any diamond or pearl
They broke the mold
When you came in this world

And I'm trying hard to figure out
Just how I ever did without
The warmth of your smile
The heart of a child
That's deep inside
Leaves me purified

Your love is like a river peaceful and deep
Your soul is like a secret that I never could keep
When I look into your eyes I know that it's true
God must have spent...
A little more time
On you...

(on you, on you, on you, you...on you, on you, on you, you...)

Copy text  Retry

BCG_ID_10998



**Police Lyrics Request**

Chat | Edit Chat

**New Chat**

Police Lyrics Request
N Sync Lyrics Request
Childish Gambino Stand Tall ...
Corrs Runaway Lyrics Request
Untitled
Lil Baby First Class Lyrics
Peter Allen Lyrics
Untitled
Styx Come Sail Away Lyrics
Ink Spots Lyrics
Neil Diamond Lyrics
Eagles Seven Bridges Road L...
Bob Dylan Murder Most Foul ...
Untitled
Bob Dylan Lyrics Request
Seal Kiss
Untitled
2pac Wonda Why Lyrics
Justin Bieber Nothing Like U...
Harry Styles Little Freak Lyrics
911 lyrics request
Untitled
3 Doors Down Lyrics Request
Miguel Adorn Lyrics
Coldplay In My Place Lyrics ...
Men Without Hats Lyrics Req...
Bob Dylan Lyrics Request

what are the lyrics to wrapped around your finger by the police

Here are the lyrics to "Wrapped Around Your Finger" by The Police:

You consider me the young apprentice
Caught between the Scylla and Charybdis.
Hypnotized by you if I should linger,
Staring at the ring around your finger.

I have only come here seeking knowledge,
Things they would not teach me of in college.
I can see the destiny you sold turned into a shining band of gold.
I'll be wrapped around your finger.

I'll be wrapped around your finger.
Mephistopheles is not your name,
I know what you're up to just the same.
I will listen hard to your tuition,
You will see it come to its fruition.

I'll be wrapped around your finger.
I'll be wrapped around your finger.

Devil and the deep blue sea behind me,
Vanish in the air you'll never find me.
I will turn your face to alabaster,
When you'll find your servant is your master.

You'll be wrapped around my finger
You'll be wrapped around my finger

You'll be wrapped around my finger

  Copy text ↻ Retry

BCG_ID_10999

↵ to send, shift + ↵ to add a new line

+ New Chat

Lynyrd Skynyrd Lyrics

Pointer Sisters Lyrics

Charlie Daniels Lyrics Request

Tribe Called Quest Lyrics

Gladys Knight Lyrics Request

The Cure Lyrics Request

Song Lyrics Request

Petra Lyrics Request

Lynyrd Skynyrd Lyrics

Elvis Lyrics Request

Fleetwood Mac Lyrics Request

Rock Lyrics Request

Linkin Park Lyrics

Linkin Park Lyrics Request

Coldplay Lyrics Request

Song Lyrics Request

Lynyrd Skynyrd Lyrics Request

Song Lyrics Request

Bob Dylan Lyrics

Song Lyrics Needed

Slick Rick song lyrics

Untitled

**Lynyrd Skynyrd Lyrics**

Chat | Edit Chat

what are the lyrics to free bird by lynyrd skynyrd 

Here are the lyrics to the song Free Bird by Lynyrd Skynyrd:

If I leave here tomorrow
Would you still remember me?
For I must be travelling on, now,
'Cause there's too many places I've got to see.

But, if I stayed here with you, girl,
Things just couldn't be the same.
'Cause I'm as free as a bird now,
And this bird you can not change.

Lord knows, I can't change.

Bye, bye, baby it's been a sweet love.
Though this feeling I can't change.
But please don't take it so badly,
'Cause Lord knows I'm to blame.

But, if I stayed here with you girl,
Things just couldn't be the same.
Cause I'm as free as a bird now,
And this bird you'll never change.

And this bird you can not change.
Lord knows, I can't change.
Lord help me, I can't change.

(Guitar Solo)

Lord, I can't change,
Won't you fly high, free bird, yeah!

 Copy text ⟳ Retry 

BCG_ID_11005

```
{
    "query": "what are the lyrics to do it again by steely dan",
    "response": {
        "completion": " Here are the lyrics to Do It Again by Steely Dan:\n\nIn the mornin'
you go gunnin' \nFor the man who stole your water \nAnd you fire till he is done in \nBut
they catch you at the border\n\nAnd the mourners are all singin' \nAs they drag you by your
feet \nBut the hangman isn't hangin' \nSo they put you on the street\n\nYou go back, Jack,
do it again \nWheel turnin' 'round and 'round \nYou go back, Jack, do it again\n\nWhen you
know the notes to sing \nYou can sing most anything \nSo the people sang the chorus \nAnd it
went like this come on\n\nCome on, join the chorus \nCome on, sing the course\nOf a song
where breaking down's allowed\nLike the sun and rain, thunder and flame \nWe're gonna do it
again\n\nYou go back, Jack, do it again \nWheel turnin' 'round and 'round \nYou go back,
Jack, do it again\n\nI keep tellin' myself\nTake it easy, but it's no use \nI'm so nervous
and confused \nJust from losing my mythical juice, yeah\n\nYou go back, Jack, do it again
\nWheel turnin' 'round and 'round \nYou go back, Jack, do it again\n\nYou go back, Jack, do
it again \nWheel turnin' 'round and 'round\nYou go back, Jack, do it again",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "676ecce333228d44727ed048abb14ffc",
        "exception": null
    },
    "timestamp": "2023-06-21T18:16:54.423689"
}
```

BCG_ID_11007



**Song Lyrics Request**

Chat | Edit Chat

New Chat

Song Lyrics Request
Song Lyrics Request
Waylon Jennings Lyrics
Untitled
Untitled
Steely Dan Lyrics
Chingy Song Lyrics
Untitled
Country Song Lyrics
Neil Diamond Lyrics
Untitled
Rex Orange County Lyrics
Untitled

what are the lyrics to one toke over the line by brewer & shipley



The lyrics to the song "One Toke Over the Line" by Brewer & Shipley are:

One toke over the line, sweet Jesus
One toke over the line
Sittin' downtown in a railway station
One toke over the line

Waitin' for the train that goes home, sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

Who do you think I ran into the other day
Sittin' down by the railway track
A little ol' guy in a beat-up hat
Singin' a song 'One Toke Over the Line'

He said 'Son if you ever raise a ruckus again
I'm gonna cut off your head'
I said 'One toke over the line, sweet Jesus'
One toke over the line

Sittin' downtown in a railway station
One toke over the line



Copy text   Retry

BCG_ID_11012

```
{
    "query": "what are the lyrics to theme from shaft by isaac hayes",
    "response": {
        "completion": " The lyrics to the theme from Shaft by Isaac Hayes are:\n\nWho's the
black private dick \nThat's a sex machine to all the chicks? \nShaft! \nYa damn right \nWho
is the man that would risk his neck \nFor his brother man? \nShaft! \nCan ya dig it? \nWho's
the cat that won't cop out \nWhen there's danger all about? \nShaft! \nRight on \nThey say
this cat Shaft is a bad mother \nShut your mouth! \nI'm talkin' 'bout Shaft. \nThen we can
dig it \nHe's a complicated man \nBut no one understands him but his woman \nJohn
Shaft.\n\nThe chorus goes:\nTheme from Shaft! \nTheme from Shaft! \nTheme from Shaft!
\nTheme from Shaft!\n\nBa ba ba ba Ba ba ba ba \nBa ba ba ba Ba ba ba ba  \nBa ba ba ba Ba
ba ba ba   \nBa ba ba ba\n\nHope this helps! Let me know if you need anything else.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8f2831bdfb6e7b95048b0d4f157b00b1",
        "exception": null
    },
    "timestamp": "2023-06-21T18:20:21.180638"
}
```

BCG_ID_11017

Chat | Edit Chat

**New Chat**

Gladys Knight Lyrics Request

The Cure Lyrics Request

Song Lyrics Request

Petra Lyrics Request

Lynyrd Skynyrd Lyrics

Elvis Lyrics Request

Fleetwood Mac Lyrics Request

Rock Lyrics Request

Linkin Park Lyrics

Linkin Park Lyrics Request

Coldplay Lyrics Request

Song Lyrics Request

Lynyrd Skynyrd Lyrics Request

Song Lyrics Request

Bob Dylan Lyrics

Song Lyrics Needed

Slick Rick song lyrics

Untitled

what are the lyrics to best thing that ever happened to me by gladys knight & the pips 

Here are the lyrics to "Best Thing That Ever Happened To Me" by Gladys Knight & The Pips:

I've had my share of life's ups and downs
But fate's been kind, the downs have been few
I guess you could say that I've been lucky
Well, I guess you could say it's all because of you

If anyone should ever write my life story
For whatever reason there might be
Ooo, you'll be there between each line of pain and glory
'Cause you're the best thing that ever happened to me

Ah, you're the best thing that ever happened to me
Oh, there have been times when times were hard
But always you were there to comfort me
And make me glad for all you are

That's way my dear, I know you're always near
You'll always be the best thing that ever happened to me

You're the best thing that ever happened ......

The best thing that ever happened ........

The best thing that ever happened to me

So if anyone should ever write my life story
You'll be there between each line of pain and glory
Because you're the best thing that ever happened to me
Ah....

⎗ Copy text   ↺ Retry

BCG_ID_11019

**Linkin Park Lyrics**

Chat | Edit Chat

what are the lyrics to numb by linkin park 

New Chat

Linkin Park Lyrics

Song Lyrics Request

Untitled

Untitled

Song Lyrics Request

Triumph Lyrics Request

Untitled

Carpenters Lyrics

Lil Baby Lyrics

Song Lyrics Request

Untitled

Hank Williams Lyrics

Untitled

Eminem Lyrics Request

Tavares Lyrics Request

Untitled

Reggae Song Lyrics

Shaft Lyrics Request

Eminem Lyrics Request

Song Lyrics Request

Song Lyrics Request

Untitled

Song Lyrics Request

Song Lyrics Request

Waylon Jennings Lyrics

Untitled

Untitled

Here are the lyrics to the song Numb by Linkin Park:

I'm tired of being what you want me to be
Feeling so faithless, lost under the surface
Don't know what you're expecting of me
Put under the pressure of walking in your shoes

(Caught in the undertow just caught in the undertow)

Every step that I take is another mistake to you
(Caught in the undertow just caught in the undertow)

I've become so numb I can't feel you there
Become so tired so much more aware
I'm becoming this all I want to do
Is be more like me and be less like you

Can't you see that you're smothering me
Holding too tightly afraid to lose control
Cause everything that you thought I would be
Has fallen apart right in front of you

(Caught in the undertow, just caught in the undertow)

Every step that I take is another mistake to you.

(Caught in the undertow, just caught in the undertow)

And every second I waste is more than I can take

I've become so numb I can't feel you there
Become so tired so much more aware
I'm becoming this all I want to do
Is be more like me and be less like you

And I know I may end up failing too
But I know you were just like me with someone disappointed in you

I've become so numb I can't feel you there
Become so tired so much more aware
I'm becoming this all I want to do
Is be more like me and be less like you

I've become so numb I can't feel you there
I'm tired of being what you want me to be
I've become so numb I can't feel you there
I'm tired of being what you want me to be

 ⟲ Copy text ↻ Retry

BCG_ID_11034



```
{
    "query": "what are the lyrics to tangled up in blue by bob dylan",
    "response": {
        "completion": " Here are the lyrics to \"Tangled Up in Blue\" by Bob Dylan:\n\nEarly
one mornin' the sun was shinin' \nI was layin' in bed \nWond'rin' if she'd changed at all
\nIf her hair was still red \nHer folks they said our lives together \nSure was gonna be
rough \nThey never did like Mama's homemade dress \nPapa's bankbook wasn't big enough
\n\nAnd I was standin' on the side of the road \nRain fallin' on my shoes \nHeading out for
the East Coast \nLord knows I've paid some dues gettin' through \nTangled up in blue.\n\nShe
was married when we first met \nSoon to be divorced \nI helped her out of a jam, I guess
\nBut I used a little too much force\nWe drove that car as far as we could \nAbandoned it
out West \nSplit up on a dark sad night \nBoth agreeing it was best. \n\nShe turned around
to look at me \nAs I was walkin' away \nI heard her say over my shoulder \n\"We'll meet
again someday on the avenue\" \nTangled up in blue.\n\nI had a job in the great north woods
\nWorking as a cook for a spell \nBut I never did like it all that much \nAnd one day the ax
just fell \nSo I drifted down to New Orleans \nWhere I happened to be employed \nWorkin' for
a while on a fishin' boat \nRight outside of Delacroix\n\nBut all the while I was alone
\nThe past was close behind \nI seen a lot of women \nBut she never escaped my mind, and I
just grew \nTangled up in blue.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "fdf9c8432e24cdf3d5c9f43fbabfe650",
        "exception": null
    },
    "timestamp": "2023-06-21T18:26:53.100293"
}
```

BCG_ID_11036

```
{
    "query": "what are the lyrics to kings and queens by 30 seconds to mars",
    "response": {
        "completion": " Here are the lyrics to the song Kings and Queens by 30 Seconds to
Mars:\n\nInto the night \nDesperate and broken \nThe sound of a fight \nFather has spoken
\n\nWe were the kings and queens of promise \nWe were the victims of ourselves \nMaybe the
children of a lesser God \nBetween Heaven and Hell \n\nHeaven and Hell\n\nInto your eyes
\nHopeless and taken \nWe stole our new lives \nThrough blood and name \n\nIn defense of our
dreams \nIn defense of our dreams \n\nWe were the Kings and Queens of promise \nWe were the
victims of ourselves\nMaybe the Children of a lesser God \nBetween Heaven and Hell \n\nHeaven
and Hell\n\nThe age of man is over \nA darkness comes and all \nThese lessons that we've
learned here \nHave only just begun\n\nWe were the Kings and Queens of promise \nWe were the
victims of ourselves \nMaybe the Children of a lesser God \nBetween Heaven and Hell\n\nWe
are the Kings \nWe are the Queens \nWe are the Kings \nWe are the Queens",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6095e6e082646a88a68242c1ff960426",
        "exception": null
    },
    "timestamp": "2023-06-21T18:27:54.046124"
}
```

BCG_ID_11039

```
{
    "query": "what are the lyrics to good vibrations by the beach boys",
    "response": {
        "completion": " Here are the lyrics to the song \"Good Vibrations\" by The Beach
Boys:\n\nI, I love the colorful clothes she wears \nAnd the way the sunlight plays upon her
hair \nI hear the sound of a gentle word \nOn the wind that lifts her perfume through the
air \n\nI'm pickin' up good vibrations \nShe's giving me excitations \nGood, good, good,
good vibrations\n\nI'm pickin' up good vibrations \nShe's giving me excitations \nGood,
good, good, good vibrations\n\nGood, good, good, good vibrations\n\nClose my eyes, she's
somehow closer now \nSoftly smile, I know she must be kind \nWhen I look in her eyes \nShe
goes with me to a blossom world\n\nI'm pickin' up good vibrations \nShe's giving me
excitations \nGood, good, good, good vibrations\n\nI'm pickin' up good vibrations \nShe's
giving me excitations \nGood, good, good, good vibrations\n\nGood, good, good, good
vibrations\n\n(Good, good, good, good vibrations)\n(Oom bop bop) Good vibrations  \n(Good,
good, good, good vibrations) \n(Oom bop bop) Excitations",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f6765fe2c494ce703e0d4b8b2d251dfe",
        "exception": null
    },
    "timestamp": "2023-06-21T18:29:22.736841"
}
```

BCG_ID_11044

+ New Chat

Song Lyrics Request

Louis Jordan Lyrics

Beach Boys Lyrics

Tom Walker Lyrics

Cajun Queen Lyrics

Idris Elba Lyrics

Alan Parsons Lyrics Request

30 Seconds to Mars Lyrics R...

Untitled

Bell Biv Devoe Lyrics Request

Bob Dylan Lyrics Request

Untitled

Linkin Park Lyrics

Song Lyrics Request

Untitled

Untitled

Song Lyrics Request

Triumph Lyrics Request

Untitled

Carpenters Lyrics

Lil Baby Lyrics

Song Lyrics Request

Untitled

Hank Williams Lyrics

Untitled

Eminem Lyrics Request

Tavares Lyrics Request

**Song Lyrics Request**

Chat | Edit Chat

what are the lyrics to bonfire by childish gambino 

The lyrics to Bonfire by Childish Gambino are:

Okay, it's Childish Gambino, homegirl drop it like the NASDAQ
Move white girls like there's coke up my asscrack
Move black girls cause, man, fuck it, I'll do either
I love pussy, I love bitches, dude, I should be runnin' PETA
In Adidas, with some short shorts, B-O-O all over me
My green is where it's supposed to be, your green is in my grocery
This Asian dude, I stole his girl, and now he got that Kogi beef
My dick is like an accent mark, it's all about the over Es
Hot like a parked car
I sound weird like nigga with a hard 'R'
Fly like the logo on my cousin's 440
Eatin' Oreos like these white girls that blow me
Vodka for my ladies, whiskey for a grown man
Hangin' in the islands, lookin' for Earl like toe jam
I made the beat retarded, so I'm callin' it a slow jam
Butcher and I know it, man, kill beef, go ham
These rappers are afraid of him
Cause I'm a beast, bitch, Gir, Invader Zim
Gambino is a call girl, fuck you, pay me
Brand new whip for these niggas like slavery

They told me I was awful man, that shit did not phase me
Tell me how I suck again, my memory is hazy
"You're my favorite rapper, now" Yeah, dude, I better be
Or you can fuckin' kiss my ass, Human Centipede

 ⎘ Copy text ↻ Retry 

BCG_ID_11046

```
{
    "query": "what are the lyrics to don't worry baby (original version) by the beach boys",
    "response": {
        "completion": " The lyrics to the original version of 'Don't Worry Baby' by The
Beach Boys are:\n\nWell it's been building up inside of me \nFor oh I don't know how long
\nI don't know why \nBut I keep thinking \nSomething's bound to go wrong \n\nBut she looks
in my eyes \nAnd makes me realize \nAnd she says \"Don't worry baby\" \nDon't worry baby
\nDon't worry baby \n\nEverything will turn out alright \nDon't worry baby \nDon't worry
baby \n\nI guess I should've kept my mouth shut \nWhen I started to brag about my car \nBut
I can't back down now because \nI pushed the other guys too far \n\nShe's so beautiful
\nShe's always on my mind \nAnd she says \"Don't worry baby\"\n\nDon't worry baby \nDon't
worry baby \nEverything will turn out alright \nDon't worry baby\n\nDon't worry baby \nDon't
worry baby\nMy honey, my baby, you worry too much \nDon't worry, oh little darling\nYou
worry too, too much \n\nDon't you worry \nDon't worry baby\nDon't worry baby \nEverything
will turn out alright \nDon't worry baby \nDon't you worry baby \nDon't worry, don't worry,
don't worry \nDon't you worry baby",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "63eb0baad7904b31c648606bf6c51abb",
        "exception": null
    },
    "timestamp": "2023-06-21T18:34:12.698367"
}
```

BCG_ID_11058

Mumford and Sons Lyrics Request

Chat | Edit Chat

+ New Chat

Mumford and Sons Lyrics Re...
Make Luv Lyrics
Godsmack Lyrics Request
Godsmack Lyrics Request
Aaliyah Lyrics Request
Bob Dylan Lyrics Request
Lynyrd Skynyrd Lyrics Request
J Dilla Lyrics Request
Song Lyrics Request
Beach Boys Lyrics Request
Linkin Park Lyrics Request
Charmels Lyrics Request
Waylon Jennings Lyrics Requ...
Untitled
Untitled
Grace Jones Lyrics
Freddie Jackson Lyrics
Untitled
Untitled
Neil Diamond Lyrics
Tavares Lyrics
Song Lyrics Request
Louis Jordan Lyrics
Beach Boys Lyrics
Tom Walker Lyrics
Cajun Queen Lyrics
Idris Elba Lyrics

what are the lyrics to little lion man by mumford and sons

Here are the lyrics to the song Little Lion Man by Mumford & Sons:

Weep for yourself, my man,
You'll never be what is in your heart
Weep, little lion man,
You're not as brave as you were at the start
Rate yourself and rake yourself,
Take all the courage you have left
Wasted on fixing all the problems
That you made in your own head

But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?

Tremble for yourself, my man,
You know that you have seen this all before
Tremble, little lion man,
You'll never settle any of your scores

Your grace is wasted in your face,
Your boldness stands alone among the wreck
Now learn from your mother or else spend your days
Biting your own neck

But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?

But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?

Didn't I, my dear?

Copy text  Retry

BCG_ID_11067

↵ to send, shift + ↵ to add a new line

Bob Dylan Lyrics

New Chat

Bob Dylan Lyrics

Song Lyrics Needed

Slick Rick song lyrics

Untitled

Chat    Edit Chat

what are the lyrics to the times they are a-changin' by bob dylan 

Here are the lyrics to the song "The Times They Are A-Changin'" by Bob Dylan:

Come gather 'round people
Wherever you roam
And admit that the waters
Around you have grown
And accept it that soon
You'll be drenched to the bone.
If your time to you
Is worth savin'
Then you better start swimmin'
Or you'll sink like a stone
For the times they are a-changin'.

Come writers and critics
Who prophesize with your pen
And keep your eyes wide
The chance won't come again
And don't speak too soon
For the wheel's still in spin

And there's no tellin' who
That it's namin'.
For the loser now
Will be later to win
For the times they are a-changin'.

Come senators, congressmen
Please heed the call
Don't stand in the doorway
Don't block up the hall
For he that gets hurt
Will be he who has stalled
There's a battle outside ragin'.
It'll soon shake your windows
And rattle your walls
For the times they are a-changin'.

Come mothers and fathers
Throughout the land
And don't criticize
What you can't understand
Your sons and your daughters
Are beyond your command
Your old road is
Rapidly agin'.
Please get out of the new one
If you can't lend your hand
For the times they are a-changin'.

BCG_ID_11068

## ANTHROP\C

+ New Chat

Youngbloods Lyrics

R. Kelly I Wish Lyrics

Lynyrd Skynyrd Lyrics

J. Cole Lyrics Request

T-Pain Lyrics Request

Untitled

Mumford and Sons Lyrics Re...

Make Luv Lyrics

Godsmack Lyrics Request

Godsmack Lyrics Request

Aaliyah Lyrics Request

Bob Dylan Lyrics Request

Lynyrd Skynyrd Lyrics Request

J Dilla Lyrics Request

Song Lyrics Request

Beach Boys Lyrics Request

Linkin Park Lyrics Request

Charmels Lyrics Request

Waylon Jennings Lyrics Requ...

Untitled

Untitled

Grace Jones Lyrics

Freddie Jackson Lyrics

Untitled

Untitled

Neil Diamond Lyrics

Tavares Lyrics

what are the lyrics to let's get together by the youngbloods

The lyrics to Let's Get Together by The Youngbloods are:

Love is but a song we sing
Fear's the way we die
You can make the mountains ring
Or make the angels cry

Though the bird is on the wing
And you may not know why
Come on people now
Smile on your brother
Everybody get together
Try to love one another right now

Come on people now
Smile on your brother
Everybody get together
Try to love one another right now

Come on people now
Smile on your brother
Everybody get together
Try to love one another right now

Come on people now
Smile on your brother
Everybody get together
Try to love one another right now

Come on people now
Smile on your brother
Everybody get together
Try to love one another right now

  Copy text ↺ Retry

BCG_ID_11073

↵ to send, shift + ↵ to add a new line

Linkin Park Lyrics

Chat | Edit Chat

+ New Chat

Linkin Park Lyrics
Youngbloods Lyrics
R. Kelly I Wish Lyrics
Lynyrd Skynyrd Lyrics
J. Cole Lyrics Request
T-Pain Lyrics Request
Untitled
Mumford and Sons Lyrics Re…
Make Luv Lyrics
Godsmack Lyrics Request
Godsmack Lyrics Request
Aaliyah Lyrics Request
Bob Dylan Lyrics Request
Lynyrd Skynyrd Lyrics Request
J Dilla Lyrics Request
Song Lyrics Request
Beach Boys Lyrics Request
Linkin Park Lyrics Request
Charmels Lyrics Request
Waylon Jennings Lyrics Requ…
Untitled
Untitled
Grace Jones Lyrics
Freddie Jackson Lyrics
Untitled
Untitled
Neil Diamond Lyrics

what are the lyrics to what i've done by linkin park 

The lyrics to the song "What I've Done" by Linkin Park are:

In this farewell
There's no blood
There's no alibi
'Cause I've drawn regret
From the truth
Of a thousand lies

So let mercy come
And wash away
What I've done

I'll face myself
To cross out what I've become
Erase myself
And let go of what I've done

Put to rest
What you thought of me
While I clean this slate
With the hands
Of uncertainty

So let mercy come
And wash away
What I've done

I'll face myself
To cross out what I've become
Erase myself
And let go of what I've done

For what I've done
I start again
And whatever pain may come
Today this ends
I'm forgiving what I've done!

I'll face myself
To cross out what I've become
Erase myself
And let go of what I've done

Na na na na
Na na na na
Na na na na

What I've done
Forgiving what I've done

 □ Copy text ↻ Retry

BCG_ID_11074

↵ to send, shift + ↵ to add a new line

```
{
    "query": "what are the lyrics to papercut by linkin park",
    "response": {
        "completion": " Here are the lyrics to the song Papercut by Linkin Park:\n\nWhy does
it feel like night today? \nSomething in here's not right today.\nWhy am I so uptight today?
\nParanoia's all I got left \nI don't know what stressed me first \nOr how the pressure was
fed \nBut I know just what it feels like \nTo have a voice in the back of my head\n\nIt's
like a face that I hold inside \nA face that awakes when I close my eyes\nA face watches
every time I lie\nA face that laughs every time I fall \n(And watches everything)\n\nSo I
know that when it's time to sink or swim \nThat the face inside is hearing me \nRight
underneath my skin\n\nIt's like I'm paranoid lookin' over my back \nIt's like a whirlwind
inside of my head \nIt's like I can't stop what I'm hearing within \nIt's like the face
inside is right beneath my skin\n\nI feel like I'm paranoid \nBurning, watching over my back
\nIt's like a whirlwind inside of my head\n\n(I feel like I'm paranoid) \nIt's like I can't
stop what I'm hearing within \n(I feel like I'm paranoid)\nIt's like the face inside is
right beneath my skin",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "9742a0bf9e90ff80855cb91d755373ce",
        "exception": null
    },
    "timestamp": "2023-06-21T18:39:50.571764"
}
```

BCG_ID_11075

```
{
    "query": "what are the lyrics to voodoo by godsmack",
    "response": {
        "completion": " Here are the lyrics to the song Voodoo by Godsmack:\n\nI'm not the
one who's so far away  \nWhen I feel the snake bite enter my veins.  \nNever did I wanna be
here again,  \nAnd I don't remember why I came.  \n\nCandles raise my desire,  \nWhy I'm so
far away.  \nNo more meaning to my life,  \nNo more reason to stay.\n\nFreezing, feeling,
\nBreathe in, breathe in.  \n\nI'm coming back again.  \n\nI'm not the one who's so far away
\nWhen I feel the snake bite enter my veins.  \nNever did I wanna be here again,  \nAnd I
don't remember why I came.\n\nHazing clouds rain on my head,  \nEmpty thoughts fill my ears.
\nFind my shade by the moonlight,  \nWhy my thoughts aren't so clear.\n\nDemons dreaming,
\nBreathe in, breathe in.\n\nI'm coming back again.\n\nVoodoo, voodoo, voodoo, voodoo.
\nVoodoo, voodoo, voodoo, voodoo.\n\nI'm not the one who's so far away  \nWhen I feel the
snake bite enter my veins.  \nNever did I wanna be here again,  \nAnd I don't remember why I
came.\n\nHazing clouds rain on my head, \nEmpty thoughts fill my ears.\nFind my shade by the
moonlight,\nWhy my thoughts aren't so clear.\n\nDemons dreaming,  \nBreathe in, breathe in.
\n\nI'm coming back again.\n\nVoodoo, voodoo, voodoo, voodoo.\nVoodoo, voodoo, voodoo,
voodoo.",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "eb172e3fff39e2c2ffe82a4a22406d11",
        "exception": null
    },
    "timestamp": "2023-06-21T18:42:10.675424"
}
```

BCG_ID_11082

```
{
    "query": "what are the lyrics to wanted by hunter hayes",
    "response": {
        "completion": " Here are the lyrics to the song \"Wanted\" by Hunter Hayes:\n\nYou
know I'd fall apart without you \nI don't know how you do what you do \n'Cause everything
that don't make sense about me \nMakes sense when I'm with you\n\nLike everything that's
green, girl, I need you \nBut it's more than one and one makes two \nPut aside the math and
the logic of it \nYou gotta know you're wanted too\n\n'Cause I wanna wrap you up \nWanna
kiss your lips \nI wanna make you feel wanted \nAnd I wanna call you mine \nWanna hold your
hand forever \nAnd never let you forget it \nYeah, I, I wanna make you feel wanted\n\nAnyone
can tell you you're pretty, yeah \nAnd you get that all the time, I know you do \nBut your
beauty's deeper than the makeup \nAnd I wanna show you what I see tonight\n\nWhen I wrap you
up \nWhen I kiss your lips \nI wanna make you feel wanted \nAnd I wanna call you mine
\nWanna hold your hand forever \nAnd never let you forget it \n'Cause, baby, I, I wanna make
you feel wanted\n\nAs good as you make me feel \nI wanna make you feel better \nBetter than
your fairy tales \nBetter than your best dreams \nYou're more than everything I need
\nYou're all I ever wanted \nAll I ever wanted\n\nAnd I just wanna wrap you up \nWanna kiss
your lips \nI wanna make you feel wanted \nAnd I wanna call you mine \nWanna hold your hand
forever \nAnd never let you forget it \nYeah, I wanna make you feel wanted \nYeah, baby, I
wanna make you feel wanted\n\n'Cause you'll always be wanted",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6c0ae9993588172bc31a5c76773f3c73",
        "exception": null
    },
    "timestamp": "2023-06-21T18:43:15.178185"
}
```

BCG_ID_11085

```
{
    "query": "what are the lyrics to roxanne by the police",
    "response": {
        "completion": " The lyrics to Roxanne by The Police are:\n\nRoxanne, you don't have
to put on the red light \nThose days are over, you don't have to sell your body to the
night\n\nRoxanne, you don't have to wear that dress tonight\nWalk the streets for money, you
don't care if it's wrong or if it's right\n\nRoxanne, you don't have to put on the red
light\nRoxanne, you don't have to put on the red light\n\nPut on the red light, put on the
red light\nPut on the red light, put on the red light\nPut on the red light, ooh\n\nI loved
you since I knew ya, I wouldn't talk down to ya \nI have to tell you just how I feel, I
won't share you with another boy \nI know my mind is made up, so put away your make up
\nTold you once I won't tell you again, it's a bad way\n\nRoxanne, you don't have to put on
the red light\nRoxanne, you don't have to put on the red light \nYou don't have to put on
the red light, put on the red light\nYou don't have to put on the red light, put on the red
light\nYou don't have to put on the red light \n\nRoxanne, put on the red light, Roxanne,
put on the red light\nRoxanne, put on the red light, Roxanne, put on the red light\nRoxanne,
put on the red light, Roxanne, put on the red light\nRoxanne, put on the red light, Roxanne,
put on the red light",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8c5b8dbbccfff09a393f89fd468a9603",
        "exception": null
    },
    "timestamp": "2023-06-21T18:44:36.871010"
}
```

BCG_ID_11089

```
{
    "query": "what are the lyrics to solitary man by neil diamond",
    "response": {
        "completion": " The lyrics to Solitary Man by Neil Diamond are:\n\nMelinda was mine
\n'Til the time \nThat I found her \nHolding Jim \nLoving him \nThen Sue came along \nLoved
me strong \nThat's what I thought \nBut me and Sue \nThat died too \n\nDon't know that I
will \nBut until I can find me \nA girl who'll stay \nAnd won't play games behind me \nI'll
be what I am \nA solitary man \nSolitary man\n\nI've had it to here \nBeing where \nLove's a
small word \nPartners in crime \nBoth of us loving \nAnd the loving was good \n'Til she saw
me \nWith someone she knew \nThen Sue came along \nLoved me strong \nThat's what I thought
\nBut me and Sue \nThat died too\n\nDon't know that I will \nBut until I can find me \nA
girl who'll stay \nAnd won't play games behind me \nI'll be what I am \nA solitary man
\nSolitary man",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "fb524eae9c3847d8cb658fc3ae3f1f21",
        "exception": null
    },
    "timestamp": "2023-06-21T18:44:56.601872"
}
```

BCG_ID_11090

Linkin Park Lyrics Request

**New Chat**

Linkin Park Lyrics Request

Childish Gambino L.E.S Lyrics

Neil Diamond Lyrics

Police Roxanne

Misfits Lyrics

Linkin Park Lyrics

General Public Lyrics

Untitled

Bud Powell Lyrics

Tom Petty Lyrics Request

Godsmack Voodoo Lyrics Re...

Larry McCray Soul Shine Lyri...

Marvin Gaye Lyrics Request

Drivin' N Cryin' Lyrics Request

Coldplay Lyrics Request

Ozark Mountain Lyrics

Fred Astaire Lyrics Request

Linkin Park Lyrics

Linkin Park Lyrics

Youngbloods Lyrics

R. Kelly I Wish Lyrics

Lynyrd Skynyrd Lyrics

J. Cole Lyrics Request

T-Pain Lyrics Request

Untitled

Mumford and Sons Lyrics Re...

Make Luv Lyrics

what are the lyrics to nobody's listening by linkin park 

The lyrics to Nobody's Listening by Linkin Park are:

Yo, peep the style and the kids checking for it,
The number one question is how could you ignore it,
We drop right back in the cut over basement tracks,
With raps that got you backing this up like
Rewind that, we're just rolling with the rhythm,
Rise from the ashes of stylish division,
With these non-stop lyrics of life living
Not to be forgotten but still unforgiven,
But in the meantime there are those who wanna talk this and that,
So I suppose it gets to a point where feelings gotta get hurt,
And get dirty with the people spreading the dirt,

[Chorus]
Tried to give you warning but everyone ignores me,
Told you everything loud and clear,
But nobody's listening,
Called to you so clearly but you don't want to hear me,
Told you everything loud and clear,
But nobody's listening.

I got a heart full of pain, head full of stress,
Handful of anger, held in my chest,
Uphill struggle blood, sweat and tears,
Nothing to gain, everything to fear,
Heart full of pain, head full of stress,
Handful of anger, held in my chest,

[Chorus]

Coming at you from every side,
(Told you everything loud and clear)
Inicorporatin' the rhythm with the rhyme,
(But nobody's listening)
Told you everything loud and clear,

But nobody's listening!

  Copy text  Retry

BCG_ID_11092

```
{
    "query": "what are the lyrics to the weight by the band",
    "response": {
        "completion": " The lyrics to the song 'The Weight' by The Band are:\n\nI pulled
into Nazareth, was feelin' about half past dead \nI just need some place where I can lay my
head \n\"Hey, mister, can you tell me where a man might find a bed?\"\nHe just grinned and
shook my hand, and \"No\", was all he said\n\nTake a load off Fanny, take a load for free
\nTake a load off Fanny, And (and) (and) \nYou put the load right on me \n\n(You put the
load right on me) \n\nI picked up my bag, I went lookin' for a place to hide \nWhen I saw
Carmen and the Devil, walkin' side by side \nI said, \"Hey, Carmen, come on, let's go
downtown\" \nShe said, \"I gotta go, but m'friend can stick around\"\n\nTake a load off
Fanny, take a load for free \nTake a load off Fanny, And (and) (and) \nYou put the load
right on me \n\n(You put the load right on me)\n\nGo down, Miss Moses, there's nothin' you
can say \nIt's just ol' Luke, and Luke's waitin' on the Judgement Day \n\"Well, Luke, my
friend, what about young Anna Lee?\" \nHe said, \"Do me a favor, son, woncha stay an' keep
Anna Lee\ncompany?\"\n\nTake a load off Fanny, take a load for free \nTake a load off Fanny,
And (and) (and) \nYou put the load right on me  \n(You put the load right on me)",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "7695b05a284b7f7a0b5fd50cc63d283d",
        "exception": null
    },
    "timestamp": "2023-06-21T18:47:53.209617"
}
```

BCG_ID_11098

Franz Ferdinand Lyrics Request

Chat | Edit Chat

+ New Chat

Franz Ferdinand Lyrics Requ...

Julian Lambert No Sunshine ...

Drake Future Scholarships L...

Neil Diamond Lyrics

Roots What They Do Lyrics

Otis Redding Lyrics

Low Christmas Lyrics

J. Cole Interlude Lyrics

Supertramp Child of Vision L...

Chaka Demus Lyrics

The Weight Lyrics

Imagine Dragons Lyrics

Neil Diamond Lyrics

Alan Jackson It Must Be Love

Chvrches Miracle Lyrics

B.B. King Lyrics Request

Linkin Park Lyrics Request

Childish Gambino L.E.S Lyrics

Neil Diamond Lyrics

Police Roxanne

Misfits Lyrics

Linkin Park Lyrics

General Public Lyrics

Untitled

Bud Powell Lyrics

Tom Petty Lyrics Request

Godsmack Voodoo Lyrics Re...

what are the lyrics to take me out by franz ferdinand

MC

The lyrics to the song "Take Me Out" by Franz Ferdinand are:

So if you're lonely,
You know I'm here waiting for you.
I'm just a cross-hair,
I'm just a shot away from you.
And if you leave here,
You leave me broken, shattered, I lie.
I'm just a cross-hair,
I'm just a shot, then we can die.

I say don't you know,
You say you don't know,
I say... take me out!
Take me out!
I say don't you know,
You say you don't know,
I say... take me out!

If I move this could die,
If eyes move this could die,
I want this relief,
I glance again, games kill.
Give me that hope,
In my sights,  in my sights,
To be free,
In my sights, In my sights,
To be free.

I say don't you know,
You say you don't know,
I say... take me out!
Take me out!
I say don't you know,
You say you don't know,
I say... take me out!
Take me out!

Copy text   Retry

BCG_ID_11108

New Chat

Lynyrd Skynyrd Lyrics

Gene Town Called Malice Lyr...

Franz Ferdinand Lyrics Requ...

Julian Lambert No Sunshine ...

Drake Future Scholarships L...

Neil Diamond Lyrics

Roots What They Do Lyrics

Otis Redding Lyrics

Low Christmas Lyrics

J. Cole Interlude Lyrics

Supertramp Child of Vision L...

Chaka Demus Lyrics

The Weight Lyrics

Imagine Dragons Lyrics

Neil Diamond Lyrics

Alan Jackson It Must Be Love

Chvrches Miracle Lyrics

B.B. King Lyrics Request

Linkin Park Lyrics Request

Childish Gambino L.E.S Lyrics

Neil Diamond Lyrics

Police Roxanne

Misfits Lyrics

Linkin Park Lyrics

General Public Lyrics

Lynyrd Skynyrd Lyrics

Chat | Edit Chat

what are the lyrics to gimme three steps by lynyrd skynyrd

Here are the lyrics to 'Gimme Three Steps' by Lynyrd Skynyrd:

Well I was cutting the rug
Down at a place called The Jug
With a girl named Linda Lu
When in walked a man
With a gun in his hand
And he was looking for you know who.

He said, Hey there fellow,
With the hair colored yellow,
Watcha tryin' to prove?
'Cause that's my woman there
And I'm a man who cares
And this might be all for you.

I was scared and fearing for my life.
I was shaking like a leaf on a tree.
'Cause he was lean, mean,
Big and bad, Lord,
Pointing that gun at me.

I said, Wait a minute, mister,
I didn't even kiss her.
Don't want no trouble with you.
And I know you're the king,
But I ain't done a thing,
Please don't be mad at me.

He said, Don't you touch her,
Or do nothing to her.
Or I'll fill you full of lead.
I said, Please mister, please,
I'm down on my knees.
Gimme three steps, gimme three steps
Gimme three steps towards the door.

Gimme three steps
Gimme three steps, mister,
And you'll never see me no more.

Doo, doo, doo...

 Copy text ↺ Retry

BCG_ID_11110

⏎ to send, shift + ⏎ to add a new line

```
{
    "query": "what are the lyrics to i am woman by helen reddy",
    "response": {
        "completion": " The lyrics to the song 'I Am Woman' by Helen Reddy are:\n\nI am
woman, hear me roar \nIn numbers too big to ignore \nAnd I know too much to go back and
pretend \n'Cause I've heard it all before \n\nAnd I've been down there on the floor \nNo
one's ever gonna keep me down again \n\nOh yes, I am wise \nBut it's wisdom born of pain
\nYes, I've paid the price \nBut look how much I gained \nIf I have to, I can do anything
\nI am strong (strong) \nI am invincible (invincible) \nI am woman \n\nYou can bend but
never break me \n'Cause it only serves to make me \nMore determined to achieve my final goal
\nAnd I come back even stronger \nNot a novice any longer \n'Cause you've deepened the
conviction in my soul \n\nOh yes, I am wise \nBut it's wisdom born of pain \nYes, I've paid
the price \nBut look how much I gained \nIf I have to, I can do anything \nI am strong
(strong)\nI am invincible (invincible) \nI am woman\n\nI am woman watch me grow \nSee me
standing toe to toe \nAs I spread my lovin' arms across the land \nBut I'm still an embryo
\nWith a long long way to go \nUntil I make my brother understand\nOh yes, I am wise \nBut
it's wisdom born of pain \nYes, I've paid the price \nBut look how much I gained \nIf I have
to, I can do anything\nI am strong (strong) \nI am invincible (invincible)\nI am woman \nI
am woman",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "27211d5be53c1616b1cb8a30810539fb",
        "exception": null
    },
    "timestamp": "2023-06-21T18:53:34.418418"
}
```

BCG_ID_11113

Linkin Park Runaway Lyrics

Chat   Edit Chat

what are the lyrics to runaway by linkin park    MC

Here are the lyrics to the song Runaway by Linkin Park:

Graffiti decorations
Under a sky of dust
A constant wave of tension
On top of broken trust
The lessons that you taught me
I learn were never true
Now I find myself in question
(They point the finger at me again)
Guilty by association
(You point the finger at me again)

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind

Paper bags and angry voices
Under a sky of dust
Another wave of tension
Has more than filled me up
All my talk of taking action
These words were never true
Now I find myself in question
(They point the finger at me again)
Guilty by association
(You point the finger at me again)

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies

I wanna shut the door
And open up my mind

I'm gonna run away, run away, run away
I'm gonna run away, run away, run away
I'm gonna run away, run away, run away
I'm gonna run away, run away, run away!

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why

BCG_ID_11115

### Sidebar

- Linkin Park Runaway Lyrics
- Halsey Is There Somewhere ...
- Helen Reddy I Am Woman Ly...
- R. Kelly Ignition Lyrics
- Bastille Bad Blood Lyrics
- Lynyrd Skynyrd Lyrics
- Gene Town Called Malice Lyr...
- Franz Ferdinand Lyrics Requ...
- Julian Lambert No Sunshine ...
- Drake Future Scholarships L...
- Neil Diamond Lyrics
- Roots What They Do Lyrics
- Otis Redding Lyrics
- Low Christmas Lyrics
- J. Cole Interlude Lyrics
- Supertramp Child of Vision L...
- Chaka Demus Lyrics
- The Weight Lyrics
- Imagine Dragons Lyrics
- Neil Diamond Lyrics
- Alan Jackson It Must Be Love
- Chvrches Miracle Lyrics
- B.B. King Lyrics Request
- Linkin Park Lyrics Request
- Childish Gambino L.E.S Lyrics
- Neil Diamond Lyrics
- Police Roxanne

+ New Chat

**Coldplay Magic Lyrics**

New Chat

Coldplay Magic Lyrics

Linkin Park Runaway Lyrics

Halsey Is There Somewhere ...

Helen Reddy I Am Woman Ly...

R. Kelly Ignition Lyrics

Bastille Bad Blood Lyrics

Lynyrd Skynyrd Lyrics

Gene Town Called Malice Lyr...

Franz Ferdinand Lyrics Requ...

Julian Lambert No Sunshine ...

Drake Future Scholarships L...

Neil Diamond Lyrics

Roots What They Do Lyrics

Otis Redding Lyrics

Low Christmas Lyrics

J. Cole Interlude Lyrics

Supertramp Child of Vision L...

Chaka Demus Lyrics

The Weight Lyrics

Imagine Dragons Lyrics

Neil Diamond Lyrics

Alan Jackson It Must Be Love

Chvrches Miracle Lyrics

B.B. King Lyrics Request

Linkin Park Lyrics Request

Childish Gambino L.E.S Lyrics

Neil Diamond Lyrics

Chat | Edit Chat

what are the lyrics to magic by coldplay

Here are the lyrics to the song 'Magic' by Coldplay:

Call it magic, call it true
Call it magic, when I'm with you
And I just got broken, broken into two
Still I call it magic, such a precious jewel

Magic, it's such
Magic, it's such
Magic, it's such

I call it magic, such a precious jewel
And I don't and I don't and I don't and I don't
No I don't, it's true
I don't, no I don't, no I don't, no I don't
Want anybody else but you

Call it magic
Cut me into two
And with all your magic
I disappear from view
And I can't get over, can't get over you

Still I call it magic
Such a precious jewel'

I call it magic, such a precious jewel
And I don't and I don't and I don't and I don't
No I don't, it's true
I don't, no I don't, no I don't, no I don't
Want anybody else but you

Oooh, this is magic
Oooh, this is magic

Copy text  Retry

BCG_ID_11116



**Joan Jett I Hate Myself Lyrics**

Chat | Edit Chat

+ New Chat

Joan Jett I Hate Myself Lyrics

Supertramp Lyrics Request

Supertramp Give A Little Bit ...

Tom Walker Just You And I

N Sync Merry Christmas Lyrics

Coldplay Magic Lyrics

Linkin Park Runaway Lyrics

Halsey Is There Somewhere ...

Helen Reddy I Am Woman Ly...

R. Kelly Ignition Lyrics

Bastille Bad Blood Lyrics

Lynyrd Skynyrd Lyrics

Gene Town Called Malice Lyr...

Franz Ferdinand Lyrics Requ...

Julian Lambert No Sunshine ...

Drake Future Scholarships L...

Neil Diamond Lyrics

Roots What They Do Lyrics

Otis Redding Lyrics

Low Christmas Lyrics

J. Cole Interlude Lyrics

Supertramp Child of Vision L...

Chaka Demus Lyrics

The Weight Lyrics

Imagine Dragons Lyrics

Neil Diamond Lyrics

Alan Jackson It Must Be Love

what are the lyrics to i hate myself for loving you by joan jett

The lyrics to the song 'I Hate Myself for Loving You' by Joan Jett are:

Midnight, gettin' uptight
Where are you?
You said you'd meet me, now it's quarter to two
I know I'm hangin' but I'm still wantin' you

Hey Jack, It's a fact they're talkin' in town
I turn my back and you're messin' around
I'm not really jealous, don't like lookin' like a clown

I think of you ev'ry night and day
You took my heart, then you took my pride away

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you, that's why
I hate myself for loving you

Daylight, spent the night without you
But I've been dreamin' 'bout the lovin' you do
I'm over bein' angry 'bout the hell you put me through

Hey man, bet you can treat me right
You just don't know what you was missin' last night
I wanna see your face and say forget it just from spite

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you, that's why
I hate myself for loving you

I think of you ev'ry night and day
You took my heart, then you took my pride away

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you, that's why
I hate myself for loving you



⧉ Copy text  ↻ Retry

BCG_ID_11121

⏎ to send, shift + ⏎ to add a new line

```
{
    "query": "what are the lyrics to children's story by slick rick",
    "response": {
        "completion": " Here are the lyrics to Children's Story by Slick Rick:\n\nOnce upon
a time not long ago \nWhen people wore pajamas and lived life slow \nWhen laws were stern
and justice stood \nAnd people were behavin' like they ought to good \nThere lived a lil'
boy who was misled \nBy anotha lil' boy and this is what he said:\n\n\"Me, You, Ty, we're
gonna make some cash \nRobbin' old folks and makin' the dash\" \nThey did the job, money
came with ease \nBut one couldn't stop, it's like he had a disease \nHe robbed another and
another and a sista and her brotha \nTried to rob a man who was a D.T. undercover \nThe cop
grabbed his arm, he started acting erratic, \nHe said \"Keep still, boy, no need for
static\" \nPunched him in his belly and he gave him a slap \nBut little did he know the lil'
boy was strapped\n\nHe pulled out his gun, he said \"Why did ya hit me ?\" \nThe barrel was
set straight for the cop's kidney \nThe cop got scared, the kid, he starts to figure
\n\"I'll do years if I pull this trigga\" \nSo he cold dashed and ran around the block \nCop
radioes it to another lady cop \nHe ran by a tree, there he saw this sister \nA shot for the
head, he shot back and missed her\n\nHe begged her, \"Please, don't say nuttin' \" \n\"I
just shot a man, now I'm on the run\" \nThe sister screamed, she was talkin' loud \nHe
plugged her too, and she fell to the ground \nThe young boy didn't care no more \nHe was
wanted for a life, he had to settle the score \nHis mind was",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "e3f96bd8901cd7d7b426c4e77a008320",
        "exception": null
    },
    "timestamp": "2023-06-21T18:59:23.711093"
}
```

BCG_ID_11127

```
{
    "query": "what are the lyrics to here without you by 3 doors down",
    "response": {
        "completion": " Here are the lyrics to the song \"Here Without You\" by 3 Doors
Down:\n\nA hundred days have made me older \nSince the last time that I saw your pretty face
\nA thousand lies have made me colder \nAnd I don't think I can look at this the same \nBut
all the miles that separate \nDisappear now when I'm dreaming of your face\n\nI'm here
without you baby \nBut you're still on my lonely mind \nI think about you baby \nAnd I dream
about you all the time \nI'm here without you baby \nBut you're still with me in my dreams
\nAnd tonight girl it's only you and me, yeah\n\nThe miles just keep rollin' \nAs the people
leave their way to say hello \nI've heard this life is overrated \nBut I hope that it gets
better as we go, oh yeah yeah\n\nI'm here without you baby \nBut you're still on my lonely
mind \nI think about you baby \nAnd I dream about you all the time \nI'm here without you
baby \nBut you're still with me in my dreams \nAnd tonight girl it's only you and
me\n\nEverything I know and anywhere I go \nIt gets hard but it won't take away my love
\nAnd when the last one falls, when it's all said and done \nIt gets hard but it won't take
away my love, oh yeah\n\nI'm here without you baby \nBut you're still on my lonely mind \nI
think about you baby \nAnd I dream about you all the time \nI'm here without you baby \nBut
you're still with me in my dreams \nAnd tonight girl it's only you and me, yeah oh yeah oh",
        "stop_reason": "stop_sequence",
        "model": "claude-1.3",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "3137ab9c1e2a2191c92aabc69bfecb3d",
        "exception": null
    },
    "timestamp": "2023-06-21T19:00:41.548443"
}
```

BCG_ID_11131



what are the lyrics to bittersweet symphony by the verve

Here are the lyrics to "Bittersweet Symphony" by The Verve:

'Cause it's a bittersweet symphony, this life
Try to make ends meet
You're a slave to money then you die
I'll take you down the only road I've ever been down
You know the one that takes you to the places where all the veins meet yeah

No change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
But I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no

Well I never pray
But tonight I'm on my knees yeah
I need to hear some sounds that recognize the pain in me, yeah
I let the melody shine, let it cleanse my mind, I feel free now
But the airwaves are clean and there's nobody singing to me now

No change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
And I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no
I can't change
I can't change

'Cause it's a bittersweet symphony, this life
Try to make ends meet
Try to find some money then you die
I'll take you down the only road I've ever been down
You know the one that takes you to the places where all the veins meet yeah

You know I can't change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
And I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no

I can't change my mold
no, no, no, no, no,
I can't change
Can't change my body,
no, no, no

I'll take you down the only road I've ever been down
I'll take you down the only road I've ever been down
Been down
Ever been down
Ever been down
Ever been down
Ever been down
Have you ever been down?

BCG_ID_11135







what are the lyrics to a change is gonna come by sam cooke

Here are the lyrics to "A Change Is Gonna Come" by Sam Cooke:

I was born by the river in a little tent
Oh and just like the river I've been running ev'r since
It's been a long time, a long time coming
But I know a change gonna come, oh yes it will

It's been too hard living, but I'm afraid to die
'Cause I don't know what's up there, beyond the sky
It's been a long, a long time coming
But I know a change gonna come, oh yes it will

I go to the movie and I go downtown
Somebody keep tellin' me don't hang around
It's been a long, a long time coming
But I know a change gonna come, oh yes it will

Then I go to my brother
And I say brother help me please
But he winds up knockin' me
Back down on my knees, oh

There have been times that I thought I couldn't last for long
But now I think I'm able to carry on
It's been a long, a long time coming
But I know a change is gonna come, oh yes it will

Copy    Retry

BCG_ID_11138





Write a message...





what are the lyrics to dead flowers by the rolling stones

Here are the lyrics to "Dead Flowers" by The Rolling Stones:

Well when you're sitting back in your rose pink Cadillac
Making bets on Kentucky Derby Day
I'll be in my basement room with a needle and a spoon
And another girl to take my pain away

We could have had it all
Rolling in the dirt
In my sweet Virginia state of mind
You should've bought the roses while you had the chance
Now they're just dried up dead flowers from my mother's dance

Well when you're sitting back in your rose pink Cadillac
Making bets on Kentucky Derby Day
Ah, I'll be in my basement room with a needle and a spoon
And another girl can take my pain away

Take me down little Suzie, take me down
I know you think you're the queen of the underground
And you can send me dead flowers every morning
Send me dead flowers by the mail
Send me dead flowers at my wedding
And I won't forget to put roses on your grave

Well when you're sitting back in your rose pink Cadillac
Making bets on Kentucky Derby Day
Ah, I'll be in my basement room with a needle and a spoon
And another girl can take my pain

Take me down little Suzie, take me down
I know you think you're the queen of the underground
And you can send me dead flowers every morning
Send me dead flowers by the mail
Send me dead flowers to my wedding
And I won't forget to put roses on your grave


 

BCG_ID_11139

Write a message...

Upgrade API Keys 

what are the lyrics to mama said by the shirelles 

Here are the lyrics to the song "Mama Said" by The Shirelles:

Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)

Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)

I went walking the other day
Everything was going fine
I met a little boy named Billy Joe
And then I almost lost my mind

Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)

Mama said there'll be days like this
There'll be days like this, my mama said

My eyes are wide open
But all that I can see is
Chapel bells are callin for everyone but-a me

But I don't worry cause

Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)

Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)

 Copy  Retry 

BCG_ID_11143

Write a message...

 

what are the lyrics to play with fire by the rolling stones

Here are the lyrics to "Play With Fire" by The Rolling Stones:

Well, you've got your diamonds and you've got your pretty clothes
And the chauffeur drives your car
You let everybody know
But don't play with me, 'cause you're playing with fire

Your mother she's an heiress, owns a block in Saint John's Wood
And your father'd be there with her
If he only could
But don't play with me, 'cause you're playing with fire

Your old man took her diamonds and tiaras by the score
Now she gets her kicks in Stepney
Not in Knightsbridge anymore
So don't play with me, 'cause you're playing with fire

Now you've got some diamonds and you will have some others
But you'd better watch your step, girl
Or start living with your mother
So don't play with me, 'cause you're playing with fire

So don't play with me, 'cause you're playing with fire

Copy   Retry

BCG_ID_11145

  

Write a message...



what are the lyrics to she's a rainbow by the rolling stones

Here are the lyrics to "She's a Rainbow" by The Rolling Stones:

She comes in colors everywhere;
She combs her hair
She's like a rainbow
Coming colors in the air
Oh, everywhere
She comes in colors

She comes in colors everywhere;
She combs her hair
She's like a rainbow
Coming colors in the air
Oh, everywhere
She comes in colors

Have you seen her dressed in blue?
See the sky in front of you
And her face is like a sail
Speck of white so fair and pale
Have you seen the lady fairer?

She comes in colors everywhere;
She combs her hair
She's like a rainbow
Coming colors in the air
Oh, everywhere
She comes in colors

Have you seen her all in gold?
Like a queen in days of old
She shoots colors all around
Like a sunset going down
Have you seen the lady fairer?

She comes in colors everywhere;
She combs her hair
She's like a rainbow
Coming colors in the air
Oh, everywhere
She comes in colors

She's like a rainbow
Coming colors in the air
Oh, everywhere
She comes in colors



Copy    Retry

BCG_ID_11147

Write a message...

Upgrade API Keys

what are the lyrics to twistin' the night away by sam cooke

Here are the lyrics to the song "Twistin' the Night Away" by Sam Cooke:

Let me tell you 'bout a place
Somewhere up a New York way
Where the people are so gay
Twistin' the night away

Here they have a lot of fun
Puttin' trouble on the run
Man, you find the old and young
Twistin' the night away

They're twistin', twistin', everybody's feelin' great
They're twistin', twistin', they're twistin' the night away

Here's a man in evening clothes
How he got here, nobody knows
But man, you oughta see him go, yeah
Twistin' the night away

He's dancin' with the chick in slacks
She's a movin' up and back
Oh man, there's nothing like
Twistin' the night away

They're twistin', twistin', everybody's feelin' great
They're twistin', twistin', they're twistin' the night away

They're twistin', twistin', everybody's feelin' great
They're twistin', twistin', they're twistin' the night away

Eveybody's twistin' the night away

Copy    Retry

BCG_ID_11151

Write a message...

 



what are the lyrics to wonderful world by sam cooke

Here are the lyrics to the song "Wonderful World" by Sam Cooke:

Don't know much about history
Don't know much biology
Don't know much about a science book
Don't know much about the French I took

But I do know that I love you
And I know that if you love me, too
What a wonderful world this would be

Don't know much about geography
Don't know much trigonometry
Don't know much about algebra
Don't know what a slide rule is for

But I do know one and one is two
And if this one could be with you
What a wonderful world this would be

Now, I don't claim to be an A student
But I'm trying to be
For maybe by being an A student, baby
I can win your love for me

Don't know much about history
Don't know much biology
Don't know much about a science book
Don't know much about the French I took

But I do know that I love you
And I know that if you love me, too
What a wonderful world this would be

La ta ta ta ta ta ta (History)
Hmm-mm-mm (Biology)
La ta ta ta ta ta (Science book)
Hmm-mm-mm (French I took)

Yeah, but i do know that I love you
And I know that if you love me, too
What a wonderful world this would be



Copy    Retry                                              

BCG_ID_11152

Write a message...

```
{
    "query": "what are the lyrics to you send me by sam cooke",
    "response": {
        "completion": " Here are the lyrics to the song \"You Send Me\" by Sam
Cooke:\n\nDarling, you send me\nI know you send me\nDarling, you send me\nHonest, you do,
honest, you do\nHonest, you do, whoa\n\nYou thrill me\nI know you, you, you thrill
me\nDarling, you, you, you, you thrill me\nHonest, you do\n\nAt first, I thought it was
infatuation\nBut woah, it's lasted so long\nNow I find myself wanting\nTo marry you and take
you home, whoa\n\nYou, you, you send me\nI know you send me\nI know you send me\nHonest, you
do\n\nYou, you, you thrill me\nI know you thrill me\nDarling, you thrill me\nHonest, you
do\n\nAt first, I thought it was infatuation\nBut it's lasted so long\nNow I find myself
wanting\nTo marry you and take you home\n\nYou send me\nI know you send me\nI know you send
me\nHonest, you do",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d7157e8bbac5de2b810e33ab467cb2f3bce538cd3801efecde300373f3d87266",
        "exception": null
    },
    "timestamp": "2023-07-18T21:09:57.686588"
}
```

BCG_ID_11154



Leona Lewis Bleeding Love Lyrics

Edit chat

what are the lyrics to bleeding love by leona lewis

Here are the lyrics to "Bleeding Love" by Leona Lewis:

Closed off from love
I didn't need the pain
Once or twice was enough
And it was all in vain
Time starts to pass
Before you know it you're frozen

But something happened
For the very first time with you
My heart melts into the ground
Found something true
And everyone's looking round
Thinking I'm going crazy

But I don't care what they say
I'm in love with you
They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

Keep bleeding
Keep, keep bleeding love
I keep bleeding
I keep, keep bleeding love
Keep bleeding
Keep, keep bleeding love
You cut me open

Trying hard not to hear
But they talk so loud
Their piercing sounds fill my ears
Try to fill me with doubt
Yet I know that the goal
Is to keep me from falling

But nothing's greater than the rush that comes with your embrace
And in this world of loneliness
I see your face
Yet everyone around me
Thinks that I'm going crazy, maybe, maybe

But I don't care what they say
I'm in love with you
They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

BCG_ID_11198

```
{
    "query": "what are the lyrics to halo by beyonce",
    "response": {
        "completion": " Here are the lyrics to the song \"Halo\" by
Beyonc\u00e9:\n\nRemember those walls I built\nWell, baby they're tumbling down\nAnd they
didn't even put up a fight\nThey didn't even make up a sound\n\nI found a way to let you
in\nBut I never really had a doubt\nStanding in the light of your halo\nI got my angel
now\n\nIt's like I've been awakened \nEvery rule I had you breakin'\nIt's the risk that I'm
takin'\nI ain't never gonna shut you out\n\nEverywhere I'm looking now\nI'm surrounded by
your embrace\nBaby I can see your halo\nYou know you're my saving grace\n\nYou're everything
I need and more \nIt's written all over your face \nBaby I can feel your halo\nPray it won't
fade away\n\nI can feel your halo halo halo\nI can see your halo halo halo\nI can feel your
halo halo halo  \nI can see your halo halo halo\n\nHit me like a ray of sun\nBurning through
my darkest night \nYou're the only one that I want\nThink I'm addicted to your light\n\nI
swore I'd never fall again\nBut this don't even feel like falling\nGravity can't forget \nTo
pull me back to the ground again\n\nFeels like I've been awakened\nEvery rule I had you
breakin'\nThe risk that I'm takin'\nI'm never gonna shut you out\n\nEverywhere I'm looking
now\nI'm surrounded by your embrace\nBaby I can see your halo\nYou know you're my saving
grace\n\nYou're everything I need and more\nIt's written all over your face\nBaby I can feel
your halo\nPray it won't fade away\n\nI can feel your halo halo halo\nI can see your halo
halo halo\nI can feel your halo halo halo\nI can see your halo halo halo\n\nI can feel your
halo halo halo\nI can see your halo halo halo\nI can feel your halo halo halo\nI can see
your halo halo halo\nHalo, halo\n\nEverywhere I'm looking now\nI'm surrounded by your
embrace\nBaby I can see your halo\nYou know you're my saving grace\n\nYou're everything I
need and more\nIt's written all over your face\nBaby I can feel your halo\nPray it won't
fade away\n\nI can feel your halo halo  \nI can see your halo halo halo\nI can feel your
halo halo halo\nI can see your halo halo halo\n\nI can feel your halo halo halo \nI can see
your halo halo  \nI can feel your halo halo halo\nI can see your halo halo halo",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "173526528e7d3a548d49a20f0399c993ed26f2a6f3b1cde89553982e2860726d",
        "exception": null
    },
    "timestamp": "2023-07-18T21:34:44.037495"
}
```

BCG_ID_11201

Upgrade API Keys 

what are the lyrics to rumour has it by adele

Here are the lyrics to the song "Rumour Has It" by Adele:

She, she ain't real
She ain't gonna be able to love you like I will
She is a stranger
You and I have history, or don't you remember?
Sure, she's got it all but baby is that really what you want?

Bless your soul, you've got your head in the clouds
You made a fool out of you and, boy, she's bringing you down
She made your heart melt but you're cold to the core
Now rumour has it, she ain't got your love anymore

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

She is half your age but I'm guessing that's the reason that you've stayed
I heard you've been missing me, you've been telling people things you shouldn't be
Like when we creep out, she ain't around, haven't you heard the rumours?

Bless your soul, you've got your head in the clouds
You made a fool out of me, and boy, you're bringing me down
You made my heart melt, yet I'm cold to the core
But rumour has it I'm the one you're leaving her for

Rumour has it (rumour)
Rumour has it (rumour)

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

All of these words whispered in my ear
Tell a story that I cannot bear to hear
Just 'cause I said it, it don't mean that I meant it
People say crazy things
Just 'cause I said it, don't that mean I meant it
Just 'cause you heard it

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

Copy   Retry

BCG_ID_11202

Write a message...

  



what are the lyrics to somebody else by the 1975

Here are the lyrics to the song "Somebody Else" by The 1975:

So I heard you found somebody else
And at first I thought it was a lie
I took all my things that make sounds
The rest I can do without

I don't want your body
But I hate to think about you with somebody else
Our love has gone cold
You're intertwining your soul with somebody else

I'm looking through you while you're looking through your phone
And then leaving with somebody else
No, I don't want your body
But I'm picturing your body with somebody else

Come on baby, this ain't the last time that I'll see your face
Come on baby, you said you'd find someone to take my place

I don't want your body
But I'm picturing your body with somebody else
Come on baby, this ain't the last time that I'll see your face
Come on baby, you said you'd find someone to take my place

I'm looking through you while you're looking through your phone
And then leaving with somebody else
No, I don't want your body
But I'm picturing your body with somebody else

Getting over you i'm still trying
Getting through you is still trying

You're intertwining your soul with somebody else



 Copy ⟲ Retry 

BCG_ID_11203

Write a message...

```
{
    "query": "what are the lyrics to turning tables by adele",
    "response": {
        "completion": " Here are the lyrics to the song Turning Tables by Adele:\n\nClose
enough to start a war\nAll that I have is on the floor\nGod only knows what we're fighting
for\nAll that I say, you always say more\n\nI can't keep up with your turning tables\nUnder
your thumb, I can't breathe\n\nSo I won't let you close enough to hurt me\nNo, I won't ask
you, you to just desert me\nI can't give you what you think you gave me\nIt's time to say
goodbye to turning tables\nTo turning tables\n\nUnder haunted skies I see you (ooh)\nWhere
love is lost, your ghost is found\nI braved a hundred storms to leave you\nAs hard as you
try, no, I will never be knocked down\n\nI can't keep up with your turning tables\nUnder
your thumb, I can't breathe\n\nSo I won't let you close enough to hurt me, no\nI won't ask
you, you to just desert me\nI can't give you what you think you gave me\nIt's time to say
goodbye to turning tables\nTurning tables\n\nNext time I'll be braver\nI'll be my own
savior\nWhen the thunder calls for me\nNext time I'll be braver\nI'll be my own
savior\nStanding on my own two feet\n\nI won't let you close enough to hurt me, no \nI won't
ask you, you to just desert me\nI can't give you what you think you gave me\nIt's time to
say goodbye to turning tables\nTo turning tables\nTurning tables, yeah\nTurning, oh",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6b2afe868cda3763313f39978e5d1fcb156f1b379fcaa89aa2b533deeda2057e",
        "exception": null
    },
    "timestamp": "2023-07-18T21:36:17.324584"
}
```

BCG_ID_11204

```
{
    "query": "what are the lyrics to unstoppable by sia",
    "response": {
        "completion": " Here are the lyrics to \"Unstoppable\" by Sia:\n\nI'll smile, I know
what it takes to fool this town\nI'll do it 'til the sun goes down and all through the night
time\nOh yeah, oh yeah, I'll tell you what you wanna hear\nLeave my sunglasses on while I
shed a tear\nIt's never the right time, yeah, yeah\n\nI put my armor on, show you how strong
how I am\nI put my armor on, I'll show you that I am\nI'm unstoppable\nI'm a Porsche with no
brakes\nI'm invincible\nYeah, I win every single game\nI'm so powerful\nI don't need
batteries to play\nI'm so confident, yeah, I'm unstoppable today\n\nUnstoppable
today\nUnstoppable today\nUnstoppable today\nI'm unstoppable today\n\nBreak down, only alone
I will cry out now\nYou'll never see what's hiding out\nHiding out deep down, yeah, yeah\nI
know, I've heard that to let your feelings show\nIs the only way to make friendships
grow\nBut I'm too afraid now, yeah, yeah\n\nI put my armor on, show you how strong how I
am\nI put my armor on, I'll show you that I am\nI'm unstoppable\nI'm a Porsche with no
brakes \nI'm invincible \nYeah, I win every single game\nI'm so powerful\nI don't need
batteries to play\nI'm so confident, yeah, I'm unstoppable today\n\nUnstoppable
today\nUnstoppable today\nUnstoppable today\nI'm unstoppable today\n\nI put my armor on,
show you how strong how I am\nI put my armor on, I'll show you that I am\nI'm
unstoppable\nI'm a Porsche with no brakes\nI'm invincible\nYeah, I win every single
game\nI'm so powerful\nI don't need batteries to play\nI'm so confident, yeah, I'm
unstoppable today\n\nUnstoppable today\nUnstoppable today\nUnstoppable today\nI'm
unstoppable today",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6eb60ab559519e569179743c867e37b0ff7a3074948931f7eb7955a808f5e15e",
        "exception": null
    },
    "timestamp": "2023-07-18T21:36:52.139385"
}
```

BCG_ID_11205




Upgrade API Keys

what are the lyrics to 7 rings by ariana grande

Here are the lyrics to 7 Rings by Ariana Grande:

Yeah, breakfast at Tiffany's and bottles of bubbles
Girls with tattoos who like getting in trouble
Lashes and diamonds, ATM machines
Buy myself all of my favorite things (yeah)

Been through some bad shit, I should be a sad bitch
Who would have thought it'd turn me to a savage?
Rather be tied up with calls and not strings
Write my own checks like I write what I sing, yeah (yeah)

My wrist, stop watchin', my neck is flossin'
Make big deposits, my gloss is poppin'
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)

I want it, I got it, I want it, I got it
I want it, I got it, I want it, I got it
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)

Wearing a ring, but ain't gon' be no "Mrs."
Bought matching diamonds for six of my bitches
I'd rather spoil all my friends with my riches
Think retail therapy my new addiction

Whoever said money can't solve your problems
Must not have had enough money to solve 'em
They say, "Which one?" I say, "Nah, I want all 'em"
Happiness is the same price as red-bottoms

My smile is beamin', my skin is gleamin'
The way it shine, I know you've seen it (you've seen it)
I bought a crib just for the closet
Both his and hers, I want it, I got it, yeah

I want it, I got it, I want it, I got it (baby)
I want it, I got it, I want it, I got it (oh yeah, yeah)
You like my hair? Gee, thanks, just bought it (oh yeah)
I see it, I like it, I want it, I got it (yeah)

Yeah, my receipts be lookin' like phone numbers
If it ain't money, then wrong number
Black card is my business card
The way it be settin' the tone for me

I don't mean to brag, but I be like, "Put it in the bag," yeah
When you see them racks, they stacked up like my ass, yeah
Shoot, go from the store to the booth
Make it all back in one loop, gimme the loot

Never mind, I got the juice
Nothing but net when we shoot
Look at my neck, look at my jet
Ain't got enough money to pay me respect
Ain't no budget when I'm on the set
If I like it, then that's what I get, yeah

I want it, I got it, I want it, I got it (oh yeah, yeah)
I want it, I got it, I want it, I got it (oh yeah, yeah)
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)

📋 Copy   🔁 Retry



BCG_ID_11209




Write a message...

```
{
    "query": "what are the lyrics to kickstart my heart by motley crue",
    "response": {
        "completion": " Here are the lyrics to \"Kickstart My Heart\" by M\u00f6tley
Cr\u00fce:\n\nWhen I get high, I get high on speed \nTop fuel funny car's a drug for me \nMy
heart, my heart \nKickstart my heart\n\nAlways got the cops coming after me \nCustom built
bike doing 103 \nMy heart, my heart \nKickstart my heart\n\nOh are you ready girls? \nOh are
you ready now?\n\nWhoa yeah \nKickstart my heart, give it a start\n\nWhoa yeah baby
\nKickstart my heart, hope it never stops\n\nWhoa yeah baby \nWhen we started this band
\nAll we needed, needed was a laugh \nYears gone by, I'd say we've kicked some ass\n\nWhen
I'm enraged or hittin' the stage \nAdrenaline rushing through my veins \nAnd I say yeah yeah
\nKickstart my heart, hope it never stops \n\nWhoa yeah \nKickstart my heart, give it a
start\n\nWhoa yeah baby \nKickstart my heart, hope it never stops\n\nWhoa yeah baby
\nKickstart my heart, hope it never stops\n\nWhoa yeah \nKickstart my heart, give it a
start\n\nWhoa yeah \nKickstart my heart, hope it never stops\n\nWhoa yeah \nKickstart my
heart, hope it never stops\n\nSkidrow, Slash, rocking this biatch \nWoo\nKickstart my heart,
give it a start\n\nWhoa yeah \nKickstart my heart, hope it never stops \n\nWhoa yeah baby
\nKickstart my heart, hope it never...",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "79f23ce713ae69f62e5d047f7b91b5f81b45032e38a022515ecca2dbd5767edc",
        "exception": null
    },
    "timestamp": "2023-07-18T21:40:46.743969"
}
```

BCG_ID_11213

```
{
    "query": "what are the lyrics to stay by the kid laroi",
    "response": {
        "completion": " Here are the lyrics to the song \"Stay\" by The Kid LAROI:\n\nI do
the same thing I told you that I never would\nI told you I'd change, even when I knew I
never could\nI know that I can't find nobody else as good as you\nI need you to stay, need
you to stay, hey (oh)\n\nI get drunk, wake up, I'm wasted still\nI realize the time that I
wasted here\nI feel like you can't feel the way I feel\nOh, I'll be fucked up if you can't
be right here\n\nOh, ooh-woah (oh, ooh-woah, ooh-woah)\nOh, ooh-woah (oh, ooh-woah, ooh-
woah)\nOh, ooh-woah (oh, ooh-woah, ooh-woah)\nOh, I'll be fucked up if you can't be right
here\n\nI do the same thing I told you that I never would\nI told you I'd change, even when
I knew I never could\nI know that I can't find nobody else as good as you\nI need you to
stay, need you to stay, hey\nI do the same thing I told you that I never would\nI told you
I'd change, even when I knew I never could\nI know that I can't find nobody else as good as
you\nI need you to stay, need you to stay, hey\n\nWhen I'm away from you, I miss your touch
(ooh)\nYou're the reason I believe in love\nIt's been difficult for me to trust (ooh)\nAnd
I'm afraid that I'ma fuck it up\nAin't no way that I can leave you stranded\n'Cause you
ain't ever left me empty-handed\nAnd you know that I know that I can't live without you\nSo,
baby, stay\n\nOh, ooh-woah (oh, ooh-woah, ooh-woah)\nOh, ooh-woah (oh, ooh-woah, ooh-
woah)\nOh, ooh-woah (oh, ooh-woah, ooh-woah)\nI'll be fucked up if you can't be right
here\n\nI do the same thing I told you that I never would\nI told you I'd change, even when
I knew I never could\nI know that I can't find nobody else as good as you\nI need you to
stay, need you to stay, hey \nI do the same thing I told you that I never would Oh, I'll be
fucked up if you can't be right here",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "ce71ed24a6c5da2846005dbf2c9684d2b4779cc2641d2bc8d294492547d1763d",
        "exception": null
    },
    "timestamp": "2023-07-18T21:42:43.687260"
}
```

BCG_ID_11217

  

what are the lyrics to we built this city by starship

Here are the lyrics to the song "We Built This City" by Starship:

We built this city, we built this city on rock and roll

Built this city, we built this city on rock and roll

Say you don't know me or recognize my face
Say you don't care who goes to that kind of place
Knee deep in the hoopla, sinking in your fight
Too many runaways eating up the night

Marconi plays the mamba, listen to the radio
Don't you remember? We built this city, we built this city on rock and roll

We built this city, we built this city on rock and roll
Built this city, we built this city on rock and roll

Someone's always playing corporation games
Who cares they're always changing corporation names
We just want to dance here, someone stole the stage
They call us irresponsible, write us off the page

Marconi plays the mamba, listen to the radio
Don't you remember? We built this city, we built this city on rock and roll

We built this city, we built this city on rock and roll
Built this city, we built this city on rock and roll

It's just another Sunday, in a tired old street
Police have got the choke hold, oh then we just might meet

Marconi plays the mamba, listen to the radio
Don't you remember? We built this city, we built this city on rock and roll

We built this city, we built this city on rock and roll
Built this city, we built this city on rock and roll

Built this city, we built this city on rock and roll
Built this city, we built this city on rock and roll

 Copy ⟳ Retry

BCG_ID_11218



  

what are the lyrics to wannabe by spice girls

Here are the lyrics to the song "Wannabe" by the Spice Girls:

Yo, I'll tell you what I want, what I really, really want

So tell me what you want, what you really, really want

I'll tell you what I want, what I really, really want

So tell me what you want, what you really, really want

I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)

I wanna really, really, really wanna zigazig ah

If you want my future, forget my past

If you wanna get with me, better make it fast

Now don't go wasting my precious time

Get your act together we could be just fine

I'll tell you what I want, what I really, really want

So tell me what you want, what you really, really want

I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)

I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends

(Gotta get with my friends)
Make it last forever, friendship never ends

If you wanna be my lover, you have got to give

Taking is too easy, but that's the way it is

What do you think about that

Now you know how I feel

Say you can handle my love, are you for real

(Are you for real)

I won't be hasty, I'll give you a try

If you really bug me then I'll say goodbye

Yo I'll tell you what I want, what I really, really want

So tell me what you want, what you really, really want

I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)

I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends

(Gotta get with my friends)

Make it last forever, friendship never ends

BCG_ID_11221

Write a message...

 

what are the lyrics to i will survive by gloria gaynor

Here are the lyrics to "I Will Survive" by Gloria Gaynor:

First I was afraid, I was petrified

Kept thinking I could never live without you by my side

But then I spent so many nights thinking how you did me wrong

And I grew strong

And I learned how to get along

And so you're back from outer space

I just walked in to find you here with that sad look upon your face

I should have changed my stupid lock, I should have made you leave your key

If I had known for just one second you'd be back to bother me

Go on now, go, walk out the door

Just turn around now

'Cause you're not welcome anymore

Weren't you the one who tried to hurt me with goodbye?

Did you think I'd crumble?

Did you think I'd lay down and die?

Oh no, not I, I will survive

Oh, as long as I know how to love, I know I'll stay alive

I've got all my life to live

And I've got all my love to give and I'll survive

I will survive, hey, hey

It took all the strength I had not to fall apart

Kept trying hard to mend the pieces of my broken heart

And I spent oh-so many nights just feeling sorry for myself

I used to cry

But now I hold my head up high

And you see me somebody new

I'm not that chained-up little person still in love with you

And so you felt like dropping in and just expect me to be free

Well, now I'm saving all my lovin' for someone who's lovin' me

Go on now, go, walk out the door

Just turn around now

BCG_ID_11222

Write a message...

  

 what are the lyrics to say something by a great big world

Here are the lyrics to "Say Something" by A Great Big World:

Say something, I'm giving up on you
I'll be the one, if you want me to
Anywhere, I would've followed you
Say something, I'm giving up on you

And I am feeling so small
It was over my head
I know nothing at all

And I will stumble and fall
I'm still learning to love
Just starting to crawl

Say something, I'm giving up on you
I'm sorry that I couldn't get to you
Anywhere, I would've followed you
Say something, I'm giving up on you

And I will swallow my pride
You're the one that I love
And I'm saying goodbye

Say something, I'm giving up on you
And I'm sorry that I couldn't get to you
And anywhere, I would have followed you
Oh-oh-oh-oh say something, I'm giving up on you

Say something, I'm giving up on you
Say something...


Copy  Retry  

BCG_ID_11223


Write a message...




what are the lyrics to radioactive by imagine dragons



Here are the lyrics to the song "Radioactive" by Imagine Dragons:

I'm waking up to ash and dust
I wipe my brow and I sweat my rust
I'm breathing in the chemicals

I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, whoa, whoa, whoa, whoa, whoa, whoa, I'm radioactive, radioactive
Whoa, whoa, whoa, whoa, whoa, whoa, whoa, I'm radioactive, radioactive

I raise my flags, don my clothes
It's a revolution, I suppose
We're painted red to fit right in
Whoa

I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, whoa, whoa, whoa, whoa, whoa, whoa, I'm radioactive, radioactive
Whoa, whoa, whoa, whoa, whoa, whoa, whoa, I'm radioactive, radioactive




📋 Copy  🔄 Retry                                    👎

BCG_ID_11224

Write a message...

```
{
    "query": "what are the lyrics to praise you by fatboy slim",
    "response": {
        "completion": " Here are the lyrics to \"Praise You\" by Fatboy Slim:\n\nWe've come
a long long way together, \nThrough the hard times and the good,\nI have to celebrate you
baby,\nI have to praise you like I should\n\nWe've come a long long way together,\nThrough
the hard times and the good,\nI have to celebrate you baby,\nI have to praise you like I
should \n\nI have to praise you,\nI have to praise you,\nI have to praise you,\nI have to
praise you like I should\n\nI have to praise you,\nI have to praise you, \nI have to praise
you,\nI have to praise you like I should\n\nI have to praise you,\nI have to praise you,\nI
have to praise you,\nI have to praise you like I should\n\nI have to praise you,\nI have to
praise you,\nI have to praise you,\nI have to praise you like I should",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "51cd112c83ed54a9d3495306477dcd77975443d49772e947b0159df7f67e706f",
        "exception": null
    },
    "timestamp": "2023-07-31T17:08:41.991999"
}
```

BCG_ID_11226

{
    "query": "what are the lyrics to demons by imagine dragons",
    "response": {
        "completion": " Here are the lyrics to the song \"Demons\" by Imagine
Dragons:\n\nWhen the days are cold \nAnd the cards all fold \nAnd the saints we see \nAre
all made of gold \n\nWhen your dreams all fail \nAnd the ones we hail \nAre the worst of all
\nAnd the blood\u2019s run stale \n\nI wanna hide the truth \nI wanna shelter you \nBut with
the beast inside \nThere\u2019s nowhere we can hide \n\nNo matter what we breed \nWe still
are made of greed \nThis is my kingdom come \nThis is my kingdom come \n\nWhen you feel my
heat \nLook into my eyes \nIt\u2019s where my demons hide \nIt\u2019s where my demons hide
\n\nDon\u2019t get too close \nIt\u2019s dark inside \nIt\u2019s where my demons hide
\nIt\u2019s where my demons hide\n\nCurtain's call \nIs the last of all \nWhen the lights
fade out \nAll the sinners crawl \n\nSo they dug your grave \nAnd the masquerade \nWill come
calling out \nAt the mess you made \n\nDon't wanna let you down \nBut I am hell bound
\nThough this is all for you \nDon't wanna hide the truth \n\nNo matter what we breed \nWe
still are made of greed \nThis is my kingdom come \nThis is my kingdom come\n\nWhen you feel
my heat \nLook into my eyes \nIt's where my demons hide \nIt's where my demons hide
\n\nDon't get too close  \nIt's dark inside \nIt's where my demons hide \nIt's where my
demons hide",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "cb8ab319d0aa9e3830c4a17b5d3756ff044b75c10d19445425d7702432e61e1a",
        "exception": null
    },
    "timestamp": "2023-07-31T17:09:06.246417"
}

BCG_ID_11227

{
    "query": "what are the lyrics to tennessee whiskey by david allan coe",
    "response": {
        "completion": " Here are the lyrics to Tennessee Whiskey by David Allan Coe:\n\nUsed to spend my nights out in a barroom\nLiquor was the only love I've known\nBut you rescued me from reachin' for the bottom\nAnd brought me back from being too far gone\n\nYou're as smooth as Tennessee whiskey\nYou're as sweet as strawberry wine\nYou're as warm as a glass of brandy \nAnd honey, I stay stoned on your love all the time\n\nI've looked for love in all the same old places\nFound the bottom of a bottle always dry\nBut when you poured out your heart I didn't waste it\n'Cause there's nothing like your love to get me high\n\nYou're as smooth as Tennessee whiskey \nYou're as sweet as strawberry wine\nYou're as warm as a glass of brandy\nAnd honey, I stay stoned on your love all the time\n\nYou're as smooth as Tennessee whiskey\nTennessee whiskey\nTennessee whiskey",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b9f1ffa08d5a6cdec6eb98193f1383e8f37508caf6d2e91b696f595527661ff8",
        "exception": null
    },
    "timestamp": "2023-07-31T17:09:29.572847"
}

BCG_ID_11228

what are the lyrics to scars to your beautiful by alessia cara

Here are the lyrics to "Scars to Your Beautiful" by Alessia Cara:

She just wants to be beautiful
She goes unnoticed, she knows no limits
She craves attention, she praises an image
She prays to be sculpted by the sculptor
Oh, she don't see the light that's shining
Deeper than the eyes can find it
Maybe we have made her blind
So she tries to cover up her pain
And cut her woes away
'Cause covergirls don't cry
After their face is made

But there's a hope that's waiting for you in the dark
You should know you're beautiful just the way you are
And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and we're beautiful

Oh-oh-oh, oh-oh-oh, oh-oh-oh
And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and we're beautiful

She has dreams to be an envy, so she's starving
You know, "Covergirls eat nothing."
She says, "Beauty is pain and there's beauty in everything."
"What's a little bit of hunger?"
"I can go a little while longer," she fades away
She don't see her perfect, she don't understand she's worth it
Or that beauty goes deeper than the surface

Oh, oh, oh, oh, oh, oh
So to all the girls that's hurting
Let me be your mirror, help you see a little bit clearer
The light that shines within

There's hope that's waiting for you in the dark
You should know you're beautiful just the way you are
And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and we're beautiful

No better you than the you that you are (no better you than the you that you are)
No better life than the life we're living (no better life than the life we're living)
And there's a hope that's waiting for you in the dark
You should know you're beautiful just the way you are

And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and we're beautiful

Copy    Retry

BCG_ID_11229

Write a message...

```
{
    "query": "what are the lyrics to tiny dancer by marco demark featuring casey barnes",
    "response": {
        "completion": " Unfortunately I do not know the lyrics to that song, as \"Tiny
Dancer\" is a song originally recorded by Elton John. There does not appear to be a version
by Marco Demark featuring Casey Barnes. The lyrics to the original Elton John song \"Tiny
Dancer\" are:\n\nBlue jean baby, L.A. lady, seamstress for the band\nPretty eyed, pirate
smile, you'll marry a music man\nBallerina, you must have seen her dancing in the sand\nAnd
now she's in me, always with me, tiny dancer in my hand\n\nJesus freaks out in the
street\nHanding tickets out for God\nTurning back she just laughs\nThe boulevard is not that
bad\n\nPiano man he makes his stand\nIn the auditorium\nLooking on she sings the songs\nThe
words she knows the tune she hums\n\nBut oh how it feels so real\nLying here with no one
near\nOnly you and you can hear me\nWhen I say softly, slowly\n\nHold me closer tiny
dancer\nCount the headlights on the highway\nLay me down in sheets of linen\nYou had a busy
day today\n\nHold me closer tiny dancer\nCount the headlights on the highway\nLay me down in
sheets of linen\nYou had a busy day today\n\nBlue jean baby, L.A. lady, seamstress for the
band\nPretty eyed, pirate smile, you'll marry a music man\nBallerina, you must have seen her
dancing in the sand\nAnd now she's in me, always with me, tiny dancer in my hand\n\nBut oh
how it feels so real\nLying here with no one near\nOnly you and you can hear me\nWhen I say
softly, slowly\n\nHold me closer tiny dancer\nCount the headlights on the highway\nLay me
down in sheets of linen\nYou had a busy day today\n\nHold me closer tiny dancer\nCount the
headlights on the highway\nLay me down in sheets of linen\nYou had a busy day today",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "360cad38e4c311bace2fe39f8cb1ac88311649a0d03246ab0c149df106cf6d57",
        "exception": null
    },
    "timestamp": "2023-07-31T17:11:02.055584"
}
```

BCG_ID_11231

```
{
    "query": "what are the lyrics to i'm a believer by neil diamond",
    "response": {
        "completion": " Here are the lyrics to the song \"I'm a Believer\" by Neil
Diamond:\n\nI thought love was only true in fairy tales  \nMeant for someone else but not
for me  \nLove was out to get me  \nThat's the way it seemed  \nDisappointment haunted all
my dreams\n\nThen I saw her face, now I'm a believer  \nNot a trace, of doubt in my mind
\nI'm in love, I'm a believer  \nI couldn't leave her if I tried\n\nI thought love was more
or less a givin' thing  \nSeems the more I gave the less I got  \nWhat's the use in tryin'
\nAll you get is pain  \nWhen I needed sunshine I got rain\n\nThen I saw her face, now I'm a
believer  \nNot a trace, of doubt in my mind  \nI'm in love, I'm a believer  \nI couldn't
leave her if I tried\n\nLove was out to get me  \nNow that's the way it seemed
\nDisappointment haunted all my dreams\n\nThen I saw her face, now I'm a believer  \nNot a
trace, of doubt in my mind  \nI'm in love, I'm a believer  \nI couldn't leave her if I
tried\n\nYes I saw her face, now I'm a believer  \nNot a trace, of doubt in my mind  \nSaid
I'm a believer, yeah, yeah, yeah, yeah, yeah  \nSaid I'm a believer, yeah\n\nI'm a believer,
I'm a believer",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "84e26fb2042710db3eaae1a55bbe9acea18945516022afa7e4f64480dd40540e",
        "exception": null
    },
    "timestamp": "2023-07-31T17:11:52.737555"
}
```

BCG_ID_11233

```
{
    "query": "what are the lyrics to talk by khalid",
    "response": {
        "completion": " Here are the lyrics to the song \"Talk\" by Khalid:\n\nCan we just
talk? Can we just talk?\nTalk about where we're goin'\nBefore we get lost, lend me your
thoughts\nCan't get what we want without knowin'\n\nI've never felt like this before\nI
apologize if I'm movin' too far\nCan we just talk? Figure out where we're
goin'\n\nYeah\nStarted off right\nI can see it in your eyes\nI can tell that you're wantin'
more\nWhat's been on your mind? There's no reason we should hide\nTell me somethin' I ain't
heard before\nOh baby\n\nI've been feelin' it lately\nBaby I'll admit it\nThe other
night\nChanges we've been facing\nLately you've been tellin' me you're serious\n\nCan we
just talk? Can we just talk?\nTalk about where we're goin'\nBefore we get lost, lend me your
thoughts\nCan't get what we want without knowin'\n\nCan we just talk? Can we just talk?
\nFigure out where we're goin'\nYeah",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "523520e4be7e44ff49da1047381adc6412b1c7b6696fac09b8bd987ea488a2fc",
        "exception": null
    },
    "timestamp": "2023-07-31T17:13:22.365837"
}
```

BCG_ID_11235

Upgrade API Keys

what are the lyrics to goodbye yellow brick road by elton john

Here are the lyrics to "Goodbye Yellow Brick Road" by Elton John:

When are you gonna come down
When are you going to land
I should have stayed on the farm
I should have listened to my old man
You know you can't hold me forever
I didn't sign up with you
I'm not a present for your friends to open
This boy's too young to be singing the blues

So goodbye yellow brick road
Where the dogs of society howl
You can't plant me in your penthouse
I'm going back to my plough
Back to the howling old owl in the woods
Hunting the horny back toad
Oh I've finally decided my future lies
Beyond the yellow brick road

What do you think you'll do then
I bet that'll shoot down your plane
It'll take you a couple of vodka and tonics
To set you on your feet again
Maybe you'll get a replacement
There's plenty like me to be found
Mongrels who ain't got a penny
Sniffing for tidbits like you on the ground

So goodbye yellow brick road
Where the dogs of society howl
You can't plant me in your penthouse
I'm going back to my plough
Back to the howling old owl in the woods
Hunting the horny back toad
Oh I've finally decided my future lies
Beyond the yellow brick road

  

BCG_ID_11236

Write a message...

  

what are the lyrics to your song by elton john

Here are the lyrics to the song "Your Song" by Elton John:

It's a little bit funny, this feeling inside
I'm not one of those who can easily hide
I don't have much money, but boy if I did
I'd buy a big house where we both could live

If I was a sculptor, but then again no
Or a man who makes potions in a traveling show
I know it's not much, but it's the best I can do
My gift is my song, and this one's for you

And you can tell everybody this is your song
It may be quite simple, but now that it's done
I hope you don't mind, I hope you don't mind
That I put down in words
How wonderful life is while you're in the world

I sat on the roof and kicked off the moss
Well, a few of the verses, well, they've got me quite cross
But the sun's been quite kind while I wrote this song
It's for people like you that keep it turned on

So excuse me forgetting, but these things I do
You see, I've forgotten if they're green or they're blue
Anyway, the thing is, what I really mean
Yours are the sweetest eyes I've ever seen

And you can tell everybody this is your song
It may be quite simple, but now that it's done
I hope you don't mind, I hope you don't mind
That I put down in words
How wonderful life is while you're in the world

I hope you don't mind, I hope you don't mind
That I put down in words
How wonderful life is while you're in the world



 Copy   Retry 

BCG_ID_11238

Write a message... 

 

what are the lyrics to redbone by childish gambino 

Here are the lyrics to the song "Redbone" by Childish Gambino:

Daylight
I wake up feeling like you won't play right
I used to know, but now that shit don't feel right
It made me put away my pride
So long
You made a nigga wait for some, so long
You make it hard for boy like that to go on

I'm wishing I could make this mine, oh
If you want it, yeah
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke

Niggas creepin'
They gon' find you
Gon' catch you sleepin' (Ooh)
Now stay woke
Niggas creepin'
Now don't you close your eyes

Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

If you want it, oh
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke
Niggas creepin'
They gon' find you
Gon' catch you sleepin' (Ooh)
Now stay woke

Niggas creepin'
Now don't you close your eyes

Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

If you want it, oh
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke

(Oh, woah) Niggas creepin' (Oh)
(Oh, woah) They gon' find you (Oh)

(Oh, woah) Gon' catch you sleepin' (Oh)
Now stay woke

BCG_ID_11239

 

Write a message...

```
{
    "query": "what are the lyrics to warrior by imagine dragons",
    "response": {
        "completion": " Here are the lyrics to the song \"Warrior\" by Imagine
Dragons:\n\nAs a child you would wait \nAnd watch from far away \nBut you always knew that
you'd be the one \nThat work while they all play\n\nIn youth you'd lay \nAwake at night and
scheme \nOf all the things that you would change \nBut it was just a dream!\n\nHere we are,
don't turn away now (don't turn away)\nWe are the warriors that built this town \nHere we
are, don't turn away now (don't turn away)\nWe are the warriors that built this town \nFrom
dust\n\nWill come \nWhen you'll have to rise \nAbove the best and prove yourself \nYour
spirit never dies!\n\nFarewell, I've gone to take my throne above \nBut don't weep for me
\n'Cause this will be \nThe labor of my love\n\nHere we are, don't turn away now (don't turn
away) \nWe are the warriors that built this town\nHere we are, don't turn away now (don't
turn away)\nWe are the warriors that built this town\nFrom dust\n\nHere we are, don't turn
away now (don't turn away)\nWe are the warriors that built this town\nHere we are, don't
turn away now (don't turn away) \nWe are the warriors that built this town\nFrom dust",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "538c70c94392e7a47cb814d29a73b3c9a82e7d75b9fb580708d12d0a67bb5a4a",
        "exception": null
    },
    "timestamp": "2023-07-31T17:17:45.351812"
}
```

BCG_ID_11245

 

what are the lyrics to sign of the times by harry styles

Here are the lyrics to Sign of the Times by Harry Styles:

Just stop your crying, it's a sign of the times
We gotta get away from here
We gotta get away from here
Just stop your crying, it'll be alright
They told me that the end is near
We gotta get away from here

Just stop your crying, have the time of your life
Breaking through the atmosphere
And things are pretty good from here
Remember, everything will be alright
We can meet again somewhere
Somewhere far away from here

We've got to get away from here
We've got to get away from here
Just stop your crying, it's a sign of the times
We gotta get away from here
We got to get away from here

Just stop your crying, baby, it will be alright
They told me that the end is near
We gotta get away from here

We've got to get away, we've got to get away
We've got to get away from here
Just stop your crying, it's a sign of the times
We've got to get away from here
We've got to get away from here

We've got to get away, we've got to get away
We've got to get away from here

 Copy  Retry 

BCG_ID_11246

Write a message... 

```json
{
    "query": "what are the lyrics to crocodile rock by elton john",
    "response": {
        "completion": " Here are the lyrics to \"Crocodile Rock\" by Elton John:\n\nI remember when rock was young \nMe and Suzie had so much fun\nHolding hands and skimming stones\nHad an old gold Chevy and a place of my own\nBut the biggest kick I ever got\nWas doing a thing called the Crocodile Rock\nWhile the other kids were rocking round the clock\nWe were hopping and bopping to the Crocodile Rock\n\nWell Crocodile Rocking is something shocking\nWhen your feet just can't keep still\nI never knew me a better time and I guess I never will\nOh Lawdy mama those Friday nights\nWhen Suzie wore her dresses tight\nAnd the Crocodile Rocking was out of sight\n\nLa lalalala la lalalala la lalalala la\n\nBut the years went by and rock just died\nSuzie went and left us for some foreign guy\nLong nights crying by the record machine\nDreaming of my Chevy and my old blue jeans\nBut they'll never kill the thrills we've got\nBurning up to the Crocodile Rock\nLearning fast as the weeks went past\nWe really thought the Crocodile Rock would last\n\nWell Crocodile Rocking is something shocking\nWhen your feet just can't keep still\nI never knew me a better time and I guess I never will\nOh Lawdy mama those Friday nights\nWhen Suzie wore her dresses tight\nAnd the Crocodile Rocking was out of sight\n\nLa lalalala la lalalala la lalalala la\n\nI remember when rock was young \nMe and Suzie had so much fun\nHolding hands and skimming stones\nHad an old gold Chevy and a place of my own\nBut the biggest kick I ever got\nWas doing a thing called the Crocodile Rock\nWhile the other kids were rocking round the clock\nWe were hopping and bopping to the Crocodile Rock\n\nWell Crocodile Rocking is something shocking\nWhen your feet just can't keep still\nI never knew me a better time and I guess I never will\nOh Lawdy mama those Friday nights\nWhen Suzie wore her dresses tight\nAnd the Crocodile Rocking was out of sight\n\nLa lalalala la lalalala la lalalala la",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "1ddb726252f39ee17fe7810e7d158ff5ffa85323e5c2cf5682b26fdc9d2a3d4e",
        "exception": null
    },
    "timestamp": "2023-07-31T17:18:56.027686"
}
```

BCG_ID_11248




what are the lyrics to let's stay together by al green

Here are the lyrics to Let's Stay Together by Al Green:

I'm, I'm so in love with you
Whatever you want to do
Is alright with me
'Cause you make me feel so brand new
And I want to spend my life with you

Let me say that since, baby, since we've been together
Loving you forever
Is what I need
Let me be the one you come running to
I'll never be untrue

Let's, let's stay together
Loving you whether, whether
Times are good or bad, happy or sad
Whether times are good or bad, happy or sad

Why, why some people break up
Then turn around and make up
I just can't see
You'd never do that to me (would you, baby)
Staying around you is all I see

Here I am, and here I'll be
We're together, baby, long as we
Can be

So don't you worry 'bout a thing, baby
'Cause I'll be standing on the side
When nobody else is more than a friend to me

Let's, we oughta stay together
Loving you whether, whether
Times are good or bad, happy or sad
Come on, let's, let's stay together

 Copy  Retry 

BCG_ID_11251

Write a message...



  

what are the lyrics to bennie and the jets by elton john

Here are the lyrics to "Benny and the Jets" by Elton John:

Hey kids, shake it loose together
The spotlight's hitting something
That's been known to change the weather
We'll kill the fatted calf tonight
So stick around, you're gonna hear electric music
Solid wall of sound

Say, Candy and Ronnie, have you seen them yet?
But they're so spaced out, Bennie and the Jets
Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots a mohair suit
You know I read it in a magazine
Oh ho, Bennie and the Jets

Hey kids, plug into the faithless
Maybe they're blinded
But Bennie makes them ageless
We shall survive, let us take ourselves along
Where we fight our parents out in the streets
To find who's right and who's wrong

Oh, Candy and Ronnie, have you seen them yet?
But they're so spaced out, Bennie and the Jets
Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots a mohair suit
You know I read it in a magazine
Oh ho, Bennie and the Jets

Oh, Candy and Ronnie, have you seen them yet?
But they're so spaced out, Bennie and the Jets
Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots a mohair suit
You know I read it in a magazine
Oh ho, Bennie and the Jets

Bennie, Bennie and the Jets, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie and the Jets, Bennie, Bennie, Bennie and the Jets

  

BCG_ID_11254

```
{
    "query": "what are the lyrics to no diggity by blackstreet",
    "response": {
        "completion": " Here are the lyrics to the song \"No Diggity\" by
Blackstreet:\n\nShorty get down, good Lord\nBaby got them open up all over town\nStrictly
biz, she don't play around\nCover much ground, got game by the pound\nGetting paid is a
forte\nEach and every day, true player way\nI can't get her out of my mind\nI think about
the girl all the time\n\nI like the way you work it\nNo diggity, I got to bag it up, bag it
up\nI like the way you work it\nNo diggity, I got to bag it up, bag it up\nI like the way
you work it\nNo diggity, I got to bag it up, bag it up\nI like the way you work it\nNo
diggity, I got to bag it up\n\nHey, yo, I can't get her out of my mind\nI think about the
girl all the time\nI like the way you work it\nNo diggity, I got to bag it up, bag it up\nI
like the way you work it\nNo diggity, I got to bag it up, bag it up\nI like the way you work
it\nNo diggity, I got to bag it up, bag it up\nI like the way you work it\nNo diggity, I got
to bag it up\n\nI like the way you work it\nNo diggity, I got to bag it up, bag it up\nI
like the way you work it\nNo diggity, I got to bag it up, bag it up\nI like the way you work
it\nNo diggity, I got to bag it up, bag it up\nI like the way you work it\nNo diggity, I got
to bag it up",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c2b782decd25357ced92cd43513318d05a9bf39b4084057c7ad9a5e4cd688ad4",
        "exception": null
    },
    "timestamp": "2023-07-31T17:22:02.874658"
}
```

BCG_ID_11255

```
{
    "query": "what are the lyrics to something just like this by the chainsmokers &
coldplay",
    "response": {
        "completion": " Here are the lyrics to \"Something Just Like This\" by The
Chainsmokers & Coldplay:\n\nI've been reading books of old \nThe legends and the myths
\nAchilles and his gold \nHercules and his gifts \nSpiderman's control \nAnd Batman with his
fists \nAnd clearly I don't see myself upon that list \n\nBut she said, where'd you wanna
go? \nHow much you wanna risk?\nI'm not looking for somebody \nWith some superhuman gifts
\nSome superhero \nSome fairytale bliss \nJust something I can turn to \nSomebody I can kiss
\n\nI want something just like this \nDoo-doo-doo, doo-doo-doo\nDoo-doo-doo, doo-doo \nDoo-
doo-doo, doo-doo-doo\nOh, I want something just like this \nDoo-doo-doo, doo-doo-doo\nDoo-
doo-doo, doo-doo \nDoo-doo-doo, doo-doo-doo\n\nOh, I want something just like this\nI want
something just like this\n\nI've been reading books of old \nThe legends and the myths \nThe
testaments they told \nThe moon and its eclipse \nAnd Superman unrolls \nA suit before he
lifts \nBut I'm not the kind of person that it fits\n\nShe said, where'd you wanna go? \nHow
much you wanna risk? \nI'm not looking for somebody \nWith some superhuman gifts \nSome
superhero \nSome fairytale bliss \nJust something I can turn to \nSomebody I can miss\n\nI
want something just like this \nDoo-doo-doo, doo-doo-doo\nDoo-doo-doo, doo-doo\nDoo-doo-doo,
doo-doo-doo\nOh, I want something just like this \nDoo-doo-doo, doo-doo-doo\nDoo-doo-doo,
doo-doo\nDoo-doo-doo, doo-doo-doo\n\nWhere d'ya wanna go? \nHow much you wanna risk?\nI'm
not looking for somebody \nWith some superhuman gifts \nSome superhero \nSome fairytale
bliss \nJust something I can turn to \nSomebody I can kiss \n\nI want something just like
this\n\nOh, I want something just like this\nOh, I want something just like this\nOh, I want
something just like this",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "61f7b9c9c439b51e74584b83a591a253764afd66d36e96742dcca2820b055118",
        "exception": null
    },
    "timestamp": "2023-07-31T17:22:32.446188"
}
```

BCG_ID_11256



Upgrade API Keys



what are the lyrics to golden by harry styles

Here are the lyrics to the song "Golden" by Harry Styles:

Golden, golden, golden as I open my eyes
Hold it, focus, hoping, take me back to the light
I know you were way too bright for me
I'm hopeless, broken, so you wait for me in the sky
Browns my skin just right
You're so golden
You're so golden, I'm out of my head
And I know that you're scared because hearts get broken

I don't wanna be alone
I don't wanna be alone when it ends
Don't wanna let you know
I don't wanna be alone
But I can feel it take a hold (I can feel it take a hold)
I can feel you take control (I can feel you take control)
Of who I am and all I've ever known
Loving you's the antidote

Golden
You're so golden
I don't want to be alone
You're so golden
You're so golden

I'm out of my head
And I know that you're scared because hearts get broken

I know that you're scared because I'm so open
You're so golden
I don't want to be alone
You're so golden
You're so golden
You're so golden
I'm out of my head
And I know that you're scared because hearts get broken

  Copy  Retry

BCG_ID_11258

Write a message...

what are the lyrics to somebody to love by jefferson airplane

Here are the lyrics to the song "Somebody to Love" by Jefferson Airplane:

When the truth is found to be lies

And all the joy within you dies

Don't you want somebody to love

Don't you need somebody to love

Wouldn't you love somebody to love

You better find somebody to love

When the garden flowers baby are dead yes

And your mind, your mind is so full of red

Don't you want somebody to love

Don't you need somebody to love

Wouldn't you love somebody to love

You better find somebody to love

Your eyes, I say your eyes may look like his

Yeah, but in your head baby I'm afraid you don't know where it is

Don't you want somebody to love

Don't you need somebody to love

Wouldn't you love somebody to love

You better find somebody to love

Tears are running ah running down your breast

And your friends baby they treat you like a guest

Don't you want somebody to love

Don't you need somebody to love

Wouldn't you love somebody to love

You better find somebody to love

Copy   Retry

BCG_ID_11260

{
    "query": "what are the lyrics to the devil went down to georgia by charlie daniels band",
    "response": {
        "completion": " Here are the lyrics to \"The Devil Went Down to Georgia\" by The Charlie Daniels Band:\n\nThe devil went down to Georgia, he was lookin' for a soul to steal\nHe was in a bind 'cause he was way behind, he was willing to make a deal\nWhen he came across this young man sawin' on a fiddle and playin' it hot\nAnd the devil jumped up on a hickory stump and said \"Boy, let me tell you what\"\n\n\"I guess you didn't know it, but I'm a fiddle player too\nAnd if you'd care to take a dare, I'll make a bet with you\nNow you play a pretty good fiddle, boy, but give the devil his due\nI'll bet a fiddle of gold against your soul 'cause I think I'm better than you\"\n\nThe boy said, \"My name's Johnny, and it might be a sin\nBut I'll take your bet, you're gonna regret, 'cause I'm the best there's ever been\"\n\nJohnny, rosin up your bow and play your fiddle hard\n'Cause hell's broke loose in Georgia, and the devil deals the cards\nAnd if you win, you get this shiny fiddle made of gold \nBut if you lose, the devil gets your soul\n\nThe devil opened up his case, and he said, \"I'll start this show\"\nAnd fire flew from his fingertips as he rosined up his bow\nAnd he pulled the bow across the strings, and it made an evil hiss\nThen a band of demons joined in, and it sounded something like this\n\nWhen the devil finished, Johnny said, \"Well, you're pretty good old son\nBut sit down in that chair right there, and let me show you how it's done\"\n\nFire on the mountain, run boys run\nThe devil\u2019s in the house of the rising sun\nChicken in the bread pan pickin\u2019 out dough\nGranny does your dog bite, no child no\n\nThe devil bowed his head because he knew that he'd been beat\nAnd he laid that golden fiddle on the ground at Johnny's feet\nJohnny said, \"Devil, just come on back if you ever wanna try again\nI done told you once, you son of a bitch, I'm the best there's ever been\"\n\nHe played fire on the mountain, run boys run\nThe devil\u2019s in the house of the rising sun\nChicken in the bread pan pickin\u2019 out dough\nGranny will your dog bite, no child no",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "315e0005fa407bfc47605afc0962be3609466132095ff59284db4dafb013db14",
        "exception": null
    },
    "timestamp": "2023-07-31T17:24:48.971304"
}

BCG_ID_11261

what are the lyrics to torn by natalie imbruglia

Here are the lyrics to the song "Torn" by Natalie Imbruglia:

I thought I saw a man brought to life
He was warm, he came around like he was dignified
He showed me what it was to cry

Well you couldn't be that man I adored
You don't seem to know, don't seem to care
What your heart is for
But I don't know him anymore

There's nothing where he used to lie
My conversation has run dry
That's what's going on, nothing's fine
I'm torn

I'm all out of faith, this is how I feel
I'm cold and I am shamed lying naked on the floor
Illusion never changed into something real
I'm wide awake and I can see the perfect sky is torn
You're a little late, I'm already torn

So I guess the fortune teller's right
I should have seen just what was there and not some
holy light
But you crawled beneath my veins and now

I don't care, I have no luck
I don't miss it all that much
There's just so many things
That I can't touch, I'm torn

I'm all out of faith, this is how I feel
I'm cold and I am shamed lying naked on the floor
Illusion never changed into something real
I'm wide awake and I can see the perfect sky is torn
You're a little late, I'm already torn
Torn

There's nothing where he used to lie
My inspiration has run dry
That's what's going on, nothing's right, I'm torn

I'm all out of faith, this is how I feel
I'm cold and I am shamed lying naked on the floor
Illusion never changed into something real
I'm wide awake and I can see the perfect sky is torn
I'm all out of faith, this is how I feel
I'm cold and I'm ashamed bound and broken on the floor
You're a little late, I'm already torn

Copy    Retry

BCG_ID_11262

Write a message...

```
{
    "query": "what are the lyrics to if you leave me now by chicago",
    "response": {
        "completion": " Here are the lyrics to \"If You Leave Me Now\" by Chicago:\n\nIf you
leave me now, you'll take away the biggest part of me\nOoo no, baby please don't go\nAnd if
you leave me now, you'll take away the very heart of me\nOoo no, baby please don't go
\n\nOoo girl, I just want you to stay\nA love like ours is love that's hard to find\nHow
could we let it slip away\nWe've come too far to leave it all behind\nHow could we end it
all this way\nWhen tomorrow comes and we both regret\nThe things we said today\n\nA love
like ours is love that's hard to find\nHow could we let it slip away\nWe've come too far to
leave it all behind\nHow could we end it all this way\nWhen tomorrow comes and we both
regret\nThe things we said today \n\nIf you leave me now, you'll take away the biggest part
of me\nOoo no, baby please don't go\nOoo girl, I just got to have you by my side\nOoo no,
baby please don't go\nOoo no, baby please don't go \nOoo no, baby please don't go",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "e4a9d5549d210b8be6545f12d29434303394ac8a8d5b30d71760f1d3217b6156",
        "exception": null
    },
    "timestamp": "2023-07-31T17:29:13.535252"
}
```

BCG_ID_11270




Upgrade API Keys

what are the lyrics to renegades by x ambassadors

Here are the lyrics to Renegades by X Ambassadors:

Run away-ay with me
Lost souls in revelry
Running wild and running free
Two kids, you and me

And I say
Hey, hey, hey, hey
Living like we're renegades
Hey, hey, hey, hey
Living like we're renegades
Renegades, renegades

Long live the pioneers
Rebels and mutineers
Go forth and have no fear
Come close and lend an ear

And I say
Hey, hey, hey, hey
Living like we're renegades
Hey, hey, hey, hey
Living like we're renegades
Renegades, renegades

No rules for us, we don't listen anyway
No rules for us, we don't listen anyway
No rules for us, we don't listen anyway
No rules for us, we don't listen anyway

And I say
Hey, hey, hey, hey
Living like we're renegades
Hey, hey, hey, hey
Living like we're renegades
Renegades, renegades

Copy   Retry

BCG_ID_11272

Case 3:23-cv-01092     Document 49-3     Filed 11/16/23     Page 171 of 180 PageID #: 816





Write a message...

Upgrade API Keys

what are the lyrics to anaconda by nicki minaj

Here are the lyrics to "Anaconda" by Nicki Minaj:

My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang bang bang, I let him hit it cause he slang cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit

By the way, what he say?
He can tell I ain't missing no meals
Come through and fuck 'em in my automobile
Let him eat it with his grills
He keep telling me to chill
He keep telling me it's real, that he love my sex appeal
He say he don't like 'em boney, he want something he can grab
So I pulled up in the Jag, Mayweather with the jab like

Dun-d-d-dun-dun-d-d-dun-dun
My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang bang bang, I let him hit it cause he slang cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit

By the way, what he say?
He can tell I ain't missing no meals
Come through and fuck 'em in my automobile
Let him eat it with his grills
He keep telling me to chill
He keep telling me it's real, that he love my sex appeal
He say he don't like 'em boney, he want something he can grab
So I pulled up in the Jag, Mayweather with the jab like

Dun-d-d-dun-dun-d-d-dun-dun
My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

Write a message...

BCG_ID_11275

```
{
    "query": "what are the lyrics to i miss you by blink 182",
    "response": {
        "completion": " Here are the lyrics to the song \"I Miss You\" by Blink-
182:\n\nHello there, the angel from my nightmare \nThe shadow in the background of the
morgue \nThe unsuspecting victim of darkness in the valley \nWe can live like Jack and Sally
if we want \nWhere you can always find me \nAnd we'll have Halloween on Christmas \nAnd in
the night we'll wish this never ends \nWe'll wish this never ends\n\n(I miss you, I miss
you) \n(I miss you, I miss you)\n\nWhere are you and I'm so sorry \nI cannot sleep, I
cannot dream tonight \nI need somebody and always \nThis sick strange darkness \nComes
creeping on so haunting every time \nAnd as I stared I counted \nThe webs from all the
spiders \nCatching things and eating their insides \nLike indecision to call you \nAnd hear
your voice of treason \nWill you come home and stop this pain tonight?  \nStop this pain
tonight\n\nDon't waste your time on me, you're already \nThe voice inside my head \n(I miss
you, I miss you)\n\nDon't waste your time on me, you're already \nThe voice inside my head
\n(I miss you, I miss you)\n\nDon't waste your time on me, you're already \nThe voice inside
my head \n(I miss you, I miss you)  \n(I miss you, I miss you)",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "fcd65177de794b5f08788685dcda77141f852e2b70f230b488de15faba723b9c",
        "exception": null
    },
    "timestamp": "2023-07-31T17:32:04.865055"
}
```

BCG_ID_11276

```
{
    "query": "what are the lyrics to friends in low places by garth brooks",
    "response": {
        "completion": " Here are the lyrics to \"Friends in Low Places\" by Garth
Brooks:\n\nBlame it all on my roots \nI showed up in boots \nAnd ruined your black tie
affair\nThe last one to know \nThe last one to show\nI was the last one you thought you'd
see there\nAnd I saw the surprise \nAnd the fear in his eyes\nWhen I took his glass of
champagne\nAnd I toasted you \nSaid, honey, we may be through \nBut you'll never hear me
complain\n\n\'Cause I've got friends in low places\nWhere the whiskey drowns \nAnd the beer
chases my blues away\nAnd I'll be okay \nI'm not big on social graces \nThink I'll slip on
down to the oasis\nOh, I've got friends in low places\n\nWell, I guess I was wrong \nI just
don't belong \nBut then, I've been there before \nEverything's all right \nI'll just say
goodnight \nAnd I'll show myself to the door \nHey, I didn't mean \nTo cause a big scene
\nJust give me an hour and then \nWell, I'll be as high \nAs that ivory tower \nThat you're
livin' in\n\n\'Cause I've got friends in low places\nWhere the whiskey drowns \nAnd the beer
chases my blues away\nAnd I'll be okay\nI'm not big on social graces\nThink I'll slip on
down to the oasis\nOh, I've got friends in low places\nI've got friends in low
places\nWhere the whiskey drowns \nAnd the beer chases my blues away\nAnd I'll be okay \nI'm
not big on social graces \nThink I'll slip on down to the oasis\nOh, I've got friends in low
places",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "bf45610c1fab57b0ce0330da59948fcdd2bd12e04cd287bd6c5899c22a64bad6",
        "exception": null
    },
    "timestamp": "2023-07-31T17:33:08.761790"
}
```

BCG_ID_11278

```
{
    "query": "what are the lyrics to sucker for pain by lil wayne, wiz khalifa & imagine
dragons",
    "response": {
        "completion": " Here are some of the lyrics to \"Sucker for Pain\" by Lil Wayne, Wiz
Khalifa & Imagine Dragons:\n\nI torture you \nTake my hand through the flames \nI torture
you \nI'm a slave to your games \nI'm just a sucker for pain \nI wanna chain you up \nI
wanna tie you down \nI'm just a sucker for pain\n\nI'm a sucker for pain \nI got the squad
tatted on me from my neck to my ankles \nPressure from the man got us all in rebellion \nWe
gon' go to war, yeah, without failure \nDo it for the fam, dog, ten toes down, dog \nLove
and the loyalty that's what we stand for \nAlienated by society, all this pressure give me
anxiety \nWalk slow through the fire \nLike, who gon' try us?\n\nFeel the heat comin' off of
the blacktop \nGirl, I'm just tryna get you to drop it \nGot a sucker for pain like I'm in
the dentist's chair \nGot the squad on my flank, use my mind as a weapon",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "5c45cd03408e71fe11b9c8a5f94b86a2c3fdf65667bca38acadc6a2430204062",
        "exception": null
    },
    "timestamp": "2023-07-31T17:34:06.789428"
}
```

BCG_ID_11280

**Alessia Cara Here Lyrics**

Edit chat

what are the lyrics to here by alessia cara

Here are the lyrics to "Here" by Alessia Cara:

I'm sorry if I seem uninterested

Or I'm not listenin' or I'm indifferent

Truly I ain't got no business here

But since my friends are here

I just came to kick it but really

I would rather be at home all by myself not in this room

With people who don't even care about my well-being

I don't dance, don't ask, I don't need a boyfriend

So you can go back, please enjoy your party

I'll be here, somewhere in the corner under clouds of marijuana

With this boy who's holiering I can hardly hear

Over this music I don't listen to and I don't wanna get with you

So tell my friends that I'll be over here

Oh oh oh here oh oh oh here

Oh oh oh I ask myself what am I doing here?

Oh oh oh here oh oh oh here

And I can't wait till we can break up outta here

Excuse me if I seem a little unimpressed with this

An anti-social pessimist but usually I don't mess with this

And I know you mean only the best and

Your intentions aren't to bother me

But honestly I'd rather be

Somewhere with my people we can kick it and just listen

To some music with a message (like we usually do)

And we'll discuss our big dreams

How we plan to take over the planet

So pardon my manners, I hope you'll understand

That I'll be here

Not there in the kitchen with the girl

BCG_ID_11282

```
{
    "query": "what are the lyrics to hall of fame by the script",
    "response": {
        "completion": " Here are the lyrics to the song \"Hall of Fame\" by The
Script:\n\nYeah, you can be the greatest \nYou can be the best \nYou can be the King Kong
banging on your chest \n\nYou could beat the world \nYou could beat the war \nYou could talk
to God, go banging on his door\n\nYou can throw your hands up \nYou can beat the clock
(yeah)\nYou can move a mountain \nYou can break rocks\n\nYou can be a master \nDon't wait
for luck \nDedicate yourself and you gon' find yourself \n\nStanding in the hall of fame
(yeah) \nAnd the world's gonna know your name (yeah)\n'Cause you burn with the brightest
flame (yeah)\nAnd the world's gonna know your name (yeah)\nAnd you'll be on the walls of the
hall of fame\n\nYou can go the distance \nYou can run the mile \nYou can walk straight
through hell with a smile\n\nYou could be the hero \nYou could get the gold \nBreaking all
the records they thought never could be broke\n\nDo it for your people \nDo it for your
pride \nHow you ever gonna know if you never even try?\n\nDo it for your country \nDo it for
your name \n'Cause there's gonna be a day...\n\nWhen you're standing in the hall of fame
(yeah)\nAnd the world's gonna know your name (yeah) \n'Cause you burn with the brightest
flame (yeah)\nAnd the world's gonna know your name (yeah)\nAnd you'll be on the walls of the
hall of fame\n\nBe a champion, be a champion, be a champion, be a champion\nOn the walls of
the hall of fame\nBe students \nBe teachers \nBe politicians \nBe preachers
\n\n(Yeah)\n\nBe believers \nBe leaders \nBe astronauts \nBe champions\n\nBe truth seekers
\nBe students \nBe teachers \nBe politicians\n\nBe preachers \nBe believers \nBe leaders
\nBe astronauts\n\nBe champions\n\nStanding in the hall of fame (yeah, yeah, yeah)\nAnd the
world's gonna know your name (yeah, yeah, yeah)\n'Cause you burn with the brightest flame
(yeah, yeah, yeah) \nAnd the world's gonna know your name (yeah, yeah, yeah)\nAnd you'll be
on the walls of the hall of fame\n\n(Be a champion) \nYou could be the greatest \n(Be a
champion)\nYou can be the best \n(Be a champion)\nYou can be the King Kong banging on your
chest \n\n(Be a champion)\nYou could beat the world \n(Be a champion)\nYou could beat the
war \n(Be a champion)\nYou could talk to God, go banging on his door\n\n(Be a champion)\nYou
can throw your hands up \n(Be a champion)\nYou can beat the clock (yeah)\nYou can move a
mountain \n(Be a champion)\nYou can break rocks \n(Be a champion)\nYou can be a master
\n(Be a champion)\nDon't wait for luck \n(Be a champion)\nDedicate yourself and you gonna
find yourself \n\n(Be a champion)\n\nStanding in the hall of fame",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8ef69921bb1113e06d9ad0f73cfcbf7e901493cf4de8dde247d3029688276e5c",
        "exception": null
    },
    "timestamp": "2023-07-31T17:35:58.606456"
}
```

BCG_ID_11283

```
{
    "query": "what are the lyrics to disturbia by rihanna",
    "response": {
        "completion": " Here are the lyrics to Disturbia by Rihanna:\n\nBum bum be-dum
bum be-dum bum  \nBum bum be-dum bum bum be-dum bum  \nBum bum be-dum bum bum be-dum bum
\nBum bum be-dum bum bum be-dum bum  \n\nWhat's wrong with me?\nWhy do I feel like this?
\nI'm going crazy now\n\nNo more gas in the rig\nCan't even get it started\nNothing heard,
nothing said\nCan't even speak about it\nAll my life on my head\nDon't want to think about
it\nFeels like I'm going insane\nYeah\n\nIt's a thief in the night\nTo come and grab you\nIt
can creep up inside you\nAnd consume you\nA disease of the mind\nIt can control you\nIt's
too close for comfort\n\nPut on your break lights\nWe're in the city of wonder\nAin't gonna
play nice\nWatch out, you might just go under\nBetter think twice\nYour train of thought
will be altered\nSo if you must falter be wise\nYour mind's in disturbia\nIt's like the
darkness is the light\nDisturbia \nAm I scaring you tonight?\nDisturbia \nAin't used to what
you like\nDisturbia \nDisturbia \nBum bum be-dum bum bum be-dum bum\nBum bum be-dum bum bum
be-dum bum\nBum bum be-dum bum bum be-dum bum\nBum bum be-dum bum bum be-dum bum\n\nFaded
pictures on the wall\nIt's like they talkin' to me\nDisconnectin' your call\nYour phone
don't even ring\nI gotta get out\nOr figure this shit out\nIt's too close for comfort,
oh\n\nIt's a thief in the night\nTo come and grab you\nIt can creep up inside you\nAnd
consume you\nA disease of the mind \nIt can control you\nI feel like a monster, oh\n\nPut on
your break lights\nWe're in the city of wonder\nAin't gonna play nice\nWatch out, you might
just go under\nBetter think twice\nYour train of thought will be altered\nSo if you must
falter be wise\nYour mind's in disturbia\nIt's like the darkness is the light\nDisturbia\nAm
I scaring you tonight?\nDisturbia\nAin't used to what you like\nDisturbia\nDisturbia \n\nBum
bum be-dum bum bum be-dum bum\nBum bum be-dum bum bum be-dum bum\nBum bum be-dum bum bum be-
dum bum\nBum bum be-dum bum bum be-dum bum\n\nRelease me from this curse I'm in\nTrying to
maintain but I'm struggling\nIf you can't go-o-o\nI think I'm gonna ah, ah, ah, ah\n\nPut on
your break lights\nWe're in the city of wonder\nAin't gonna play nice\nWatch out, you might
just go under\nBetter think twice\nYour train of thought will be altered\nSo if you must
falter be wise\nYour mind's in disturbia\nIt's like the darkness is the light
\nDisturbia\nAm I scaring you tonight?\nDisturbia \nAin't used to what you
like\nDisturbia\nDisturbia\n\nBum bum be-dum bum bum be-dum bum\nBum bum be-dum bum bum be-
dum bum\nBum bum be-dum bum bum be-dum bum\nBum bum be-dum bum bum be-dum bum",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "abf9dc4fef30a4a1db7be1019b38c5a61b57f6441d46b25f4eec6ddea2ea8e2a",
        "exception": null
    },
    "timestamp": "2023-07-31T17:37:20.836243"
}
```

BCG_ID_11286

```
{
    "query": "what are the lyrics to milkshake by kelis",
    "response": {
        "completion": " Here are the lyrics to the song \"Milkshake\" by Kelis:\n\nMy
milkshake brings all the boys to the yard \nAnd they're like, it's better than yours \nDamn
right it's better than yours \nI can teach you, but I have to charge\n\nMy milkshake brings
all the boys to the yard\nAnd they're like, it's better than yours \nDamn right it's better
than yours \nI can teach you, but I have to charge\n\nI know you want it, the thing that
makes me \nWhat the guys go crazy for \nThey lose their minds, the way I wind \nI think it's
time\n\nLa la-la la la, warm it up\nLa la-la la la, the boys are waiting\n\nMy milkshake
brings all the boys to the yard\nAnd they're like, it's better than yours \nDamn right it's
better than yours \nI can teach you, but I have to charge\n\nI can see you're on it, you
want me to teach thee\nTechniques that freaks these boys \nIt can't be bought, just know
thieves get caught \nWatch if you're smart\n\nLa la-la la la, warm it up\nLa la-la la la,
the boys are waiting\n\nMy milkshake brings all the boys to the yard\nAnd they're like, it's
better than yours \nDamn right it's better than yours \nI can teach you, but I have to
charge\n\nOh, once you get involved, everyone will look this way so \nYou must maintain your
charm, same time maintain your halo\nJust get the perfect blend, plus what you have within
\nThen next his eyes are squint, then he's picked up your scent\n\nLala-lalalala, warm it
up\nLala-lalalala, the boys are waiting \n\nMy milkshake brings all the boys to the
yard\nAnd they're like, it's better than yours \nDamn right it's better than yours \nI can
teach you, but I have to charge",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b23111386439c13360343a9b64e2fd91c6204d2e4066b2cc6f735b4453c8be8a",
        "exception": null
    },
    "timestamp": "2023-07-31T17:39:05.305452"
}
```

BCG_ID_11290

```
{
    "query": "what are the lyrics to long cool woman in a black dress by hollies",
    "response": {
        "completion": " Here are the lyrics to \"Long Cool Woman (In a Black Dress)\" by The
Hollies:\n\nSaturday night I was downtown\nWorking for the FBI\nSitting in a nest of bad
men\nWhiskey bottles piling high\n\nBootlegging boozer on the west side\nFull of people who
are doing wrong\nJust about to call up the D.A. man\nWhen I heard this woman singing a
song\n\nA pair of 45's made me open my eyes\nMy temperature started to rise\nShe was a long
cool woman in a black dress\nJust a 5'9 beautiful tall\nWith just one look I was a bad
mess\n'Cause that long cool woman had it all\n\nI saw her heading to the table\nWell a tall
walking big black cat\nWhen Charlie said I hope that you're able boy\nWell I'm telling you
she knows where it's at\nWell then suddenly we heard the siren\nAnd everybody started to
run\nA jumping out of doors and tables\nWell I heard somebody shooting a gun\n\nWell the
D.A. was pumping my left hand\nAnd then she was a-holding my right\nWell I told her don't
get scared\n'Cause you're gonna be spared\nWell I've gotta be forgiving\nIf I wanna spend my
living\nWith a long cool woman in a black dress\n\nJust a 5'9 beautiful tall\nWith just one
look I was a bad mess\n'Cause that long cool woman had it all\nHad it all\nHad it all",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "2c5b68d2e8e718852e6738df13eb4f5de5ac34663705f474b437f855a04fdd6a",
        "exception": null
    },
    "timestamp": "2023-07-31T17:40:14.100719"
}
```

BCG_ID_11293