```
{
    "query": "what are the lyrics to miss independent by ne-yo",
    "response": {
        "completion": " Here are the lyrics to Miss Independent by Ne-Yo:\n\nOoh it's
something about just something about the way she move\nI can't figure it out there's
something about her\nSaid ooh it's something about kinda woman that want you but don't need
you\nAnd I can't figure it out there's something about her\n\n'Cause she walk like a boss
talk like a boss\nManicured nails to set the pedicure off\nShe's fly effortlessly\nAnd she
move like a boss do what a boss do\nShe got me thinking about getting involved\nThat's the
kinda girl I need oh\n\nShe got her own thing\nThat's why I love her\nMiss
Independent\nWon't you come and spend a little time\nShe got her own thing\nThat's why I
love her\nMiss Independent\nOoh the way you shine\nMiss Independent yeah\n\nYeah yeah, she
got her own thing\nThat's why I love her\nMiss Independent\nWon't you come and spend a
little time\nShe got her own thing\nThat's why I love her\nMiss Independent\nOoh the way you
shine\nMiss Independent\nThat's why I love her",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "78ad2d6e5f934823bf062456a4a3ce6b1b48b375aeda06f6a9bba7bcbecfb2cf",
        "exception": null
    },
    "timestamp": "2023-07-31T17:41:20.455654"
}
```

BCG_ID_11296

```
{
    "query": "what are the lyrics to coming home by diddy-dirty money",
    "response": {
        "completion": " Here are the lyrics to the song Coming Home by Diddy-Dirty
Money:\n\nI'm coming home \nI'm coming home \nTell the world I'm coming home \nLet the rain
wash away all the pain of yesterday \nI know my kingdom awaits and they've forgiven my
mistakes \nI'm coming home, I'm coming home \nTell the world that I'm coming\n\nI'm back
where I belong, yeah I never felt so strong \nI feel like there's nothing that I can't try
\nAnd if you with me put your hands high \nIf you ever lost a light before, this ones for
you \nAnd you, the dreams are for you\n\nI hear \"The Tears of a Clown\" \nI hate that song
\nI feel like they talking to me when it comes on \nAnother day another Dawn \nAnother
Keisha, nice to meet ya, get the math I'm gone \nWhat am I 'posed to do when the club lights
come on \nIt's easy to be Puff, but it's harder to be Sean \nWhat if the twins ask why I
ain't marry their mom (why, damn!)\nHow do I respond?\n\nI'm coming home \nI'm coming home
\nTell the world I'm coming home \nLet the rain wash away all the pain of yesterday \nI know
my kingdom awaits and they've forgiven my mistakes \nI'm coming home, I'm coming home \nTell
the world that I'm coming\n\n\"Ain't No Stopping Us Now,\" I love that song \nWhenever it
comes on it makes me feel strong \nI thought I told y'all that we won't stop \nWe back
cruising through Harlem, Viso blocks \nIt's what made me, saved me, drove me crazy \nDrove
me away than embraced me \nForgave me for all of my shortcomings \nWelcome to my homecoming
\nYeah it's been a long time coming \n\nI'm coming home \nI'm coming home \nTell the world
I'm coming home \nLet the rain wash away all the pain of yesterday \nI know my kingdom
awaits and they've forgiven my mistakes \nI'm coming home, I'm coming home \nTell the world
that I'm coming",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "92590062c85845c6baf050ffb984e8e75b763c09acaa17eb61bf2bc9cc8af864",
        "exception": null
    },
    "timestamp": "2023-07-31T17:42:11.011200"
}
```

BCG_ID_11298

```
{
    "query": "what are the lyrics to so sick by ne-yo",
    "response": {
        "completion": " Here are the lyrics to the song \"So Sick\" by Ne-Yo:\n\nMmm mmm
yeah \nDo do do do do do do-do\nOhh Yeah\n\nGotta change my answering machine \nNow that I'm
alone\n'Cause right now it says that we\nCan't come to the phone\nAnd I know it makes no
sense\n'Cause you walked out the door\nBut it's the only way I hear your voice
anymore\n(it's ridiculous)\nIt's been months \nAnd for some reason I just\n(can't get over
us) \nAnd I'm stronger than this \n(enough is enough)\nNo more walkin round \nWith my head
down\nI'm so over being blue\nCryin over you\n\nAnd I'm so sick of love songs\nSo tired of
tears\nSo done with wishing you were still here\nSaid I'm so sick of love songs so sad and
slow\nSo why can't I turn off the radio?\n\nGotta fix that calendar I have \nThat's marked
July 15th\nBecause since there's no more you \nThere's no more anniversary\nI'm so fed up
with my thoughts of you \nAnd your memory\nAnd how every song reminds me \nOf what used to
be\n\nThat's the reason I'm so sick of love songs \nSo tired of tears\nSo done with wishing
you were still here\nSaid I'm so sick of love songs so sad and slow\nSo why can't I turn off
the radio?\n\n(Leave me alone)\nLeave me alone\n(Stupid love songs)\nDon't make me think
about her smile\nOr having my first child\nI'm letting go\nTurning off the radio\n\n'Cause
I'm so sick of love songs\nSo tired of tears\nSo done with wishing she was still here\nSaid
I'm so sick of love songs so sad and slow\nSo why can't I turn off the radio?\n(why can't I
turn off the radio?)\n\nSaid I'm so sick of love songs\nSo tired of tears\nSo done with
wishing she was still here\nSaid I'm so sick of love songs so sad and slow\nWhy can't I turn
off the radio?\n(why can't I turn off the radio?)\nAnd I'm so sick of love songs\nSo tired
of tears\nSo done with wishin' you were still here\nSaid I'm so sick of love songs so sad
and slow\nWhy can't I turn off the radio?\n(why can't I turn off the radio?)\nWhy can't I
turn off the radio?",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "a25011abcce37cee60d07a72ccb896e12952cecbebce464e638c0e13882150fd",
        "exception": null
    },
    "timestamp": "2023-07-31T17:43:29.686488"
}
```

BCG_ID_11301

  

what are the lyrics to hard to say i'm sorry by chicago

Here are the lyrics to the song "Hard to Say I'm Sorry" by Chicago:

Everybody needs a little time away

I heard her say, from each other

Even lovers need a holiday, far away from each other

Hold me now

It's hard for me to say I'm sorry

I just want you to stay

After all that we've been through

I will make it up to you

I promise to

And after all that's been said and done

You're just the part of me I can't let go

Couldn't stand to be kept away

Just for the day, from your body

Wouldn't wanna be swept away

Far away, from the one that I love

Hold me now

It's hard for me to say I'm sorry

I just want you to know

Hold me now

I really want to tell you I'm sorry

I could never let you go

After all that we've been through

I will make it up to you

I promise to

And after all that's been said and done

You're just the part of me I can't let go

After all that we've been through

I will make it up to you

I promise to

Copy    Retry

 

Upgrade API Keys

what are the lyrics to take a bow by rihanna

Here are the lyrics to the song Take A Bow by Rihanna:

Oh, how 'bout a round of applause? Yeah
A standing ovation? Ooh, oh yeah
Yeah, yeah, yeah, yeah

You look so dumb right now
Standing outside my house
Trying to apologize
You're so ugly when you cry
Please, just cut it out

Don't tell me you're sorry 'cause you're not
Baby when I know you're only sorry you got caught
But you put on quite a show, really had me going
But now it's time to go, curtain's finally closing
That was quite a show, very entertaining
But it's over now, go on and take a bow

Grab your clothes and get gone
You better hurry up before the sprinklers come on
Talking 'bout, "Girl, i love you, " "You're the one"
This just looks like a rerun
Please, what else is on?

Don't tell me you're sorry 'cause you're not
Baby when I know you're only sorry you got caught
But you put on quite a show, really had me going
But now it's time to go, curtain's finally closing
That was quite a show, very entertaining
But it's over now, go on and take a bow

Oh, and the award for the best liar goes to you
For making me believe that you could be faithful to me
Let's hear your speech out

How 'bout a round of applause?
A standing ovation?

But you put on quite a show, really had me going
Now it's time to go, curtain's finally closing
That was quite a show, very entertaining
But it's over now, go on and take a bow
But it's over now

Copy

Write a message...

BCG_ID_11304



what are the lyrics to no air by jordin sparks featuring chris brown 

Here are the lyrics to the song "No Air" by Jordin Sparks ft. Chris Brown:

Tell me how I'm supposed to breathe with no air
If I should die before I wake
It's 'cause you took my breath away
Losing you is like living in a world with no air, oh

I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
Wish there was a way that I can make you understand

But how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me
If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

I walked, I ran, I jumped, I flew
Right off the ground to float to you
There's no gravity to hold me down for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

So how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me
If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

No more
Baby
There's no air, no air
Hey..
No air, air
Hey..
No air, air
No air, air

BCG_ID_11305



Copy    Retry

Write a message...

 



what are the lyrics to next to me by imagine dragons

Here are the lyrics to Next To Me by Imagine Dragons:

Something about the way that you walked into my living room
Casually and confident looking at the mess I am
But still you, still you want me
Stress lines and cigarettes, politics and deficits
Late bills and overages, screw-ups and second guesses
But still you, still you want me

Oh, I always let you down
You're shattered on the ground
But still I find you there
Next to me
And oh, stupid things I do
I'm far from good, it's true
But still I find you
Next to me

There's something about the way that you always see the pretty view
Overlook the blooded mess, always lookin' effortless
And still you, still you want me

I got no innocence, faith ain't no privilege
I am a deck of cards, vice or a game of hearts
And still you, still you want me

So thank you for taking a chance on me
I know it isn't easy but I hope to be worth it

So thank you for taking a chance on me
I know it isn't easy but I hope to be worth it

Oh, I always let you down (I always let you down)
You're shattered on the ground (shattered on the ground)
But still I find you there
Next to me (but still I find you there)
And oh, stupid things I do
I'm far from good, it's true
But still I find you
Next to me (but still I find you)

Next to me
Ooh, ooh, ooh, ooh
Next to me
Ooh, ooh, ooh, ooh
Next to me

There's something about the way that you're never shaken
When I'm angry and pacing, you know how to save me

Yeah, so thank you for taking a chance on me
I know it isn't easy but I hope to be worth it

Copy    Retry 

 

BCG_ID_11307

Upgrade API Keys  

what are the lyrics to i can't make you love me by bonnie raitt 

Here are the lyrics to the song "I Can't Make You Love Me" by Bonnie Raitt:

Turn down the lights, turn down the bed
Turn down these voices inside my head
Lay down with me, tell me no lies
Just hold me close, don't patronize
Don't patronize me

Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these final hours
I will lay down my heart and I'll feel the power
But you won't, no you won't
'Cause I can't make you love me, if you don't

I'll close my eyes, then I won't see
The love you don't feel when you're holding me
Morning will come and I'll do what's right
Just give me till then to give up this fight
And I will give up this fight

Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these lonely hours
I will lay down my heart and I'll feel the power
But you won't, no you won't
'Cause I can't make you love me, if you don't



Copy    Retry



BCG_ID_11312

Write a message... 

```
{
    "query": "what are the lyrics to nothing from nothing by billy preston",
    "response": {
        "completion": " Here are the lyrics to \"Nothing from Nothing\" by Billy
Preston:\n\nNothing from nothing leaves nothing \nYou gotta have something \nIf you wanna be
with me\n\nI'm not trying to be your hero \nCause that zero is too cold for me, Brrr\nI'm
not trying to be your highness \nCause that minus is too low to see, yeah\n\nNothing from
nothing leaves nothing\nYou gotta have something\nIf you wanna be with me\n\nI'm not trying
to be your savior \nCause that labor's too hard for me, oooh\nI'm not trying to be your
majesty \nCause that factory is too complex for me, yeah\n\nNothing from nothing leaves
nothing\nYou gotta have something \nIf you wanna be with me\n\nYou gotta have something\nIf
you wanna be with me\n\nNothing from nothing leaves nothing\nYou gotta have something\nIf
you wanna be with me",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "de123d4a8c46c893132f7689fda067719c3b149d36d8c7254b23394fce2ece1c",
        "exception": null
    },
    "timestamp": "2023-07-31T17:48:40.687708"
}
```

BCG_ID_11313




what are the lyrics to misery by maroon 5

Here are the lyrics to "Misery" by Maroon 5:

Oh yeah
Oh yeah

So scared of breaking it that you won't let it bend

And I wrote two hundred letters I will never send
Sometimes these cuts are so much deeper than they seem
You'd rather cover up, I'd rather let them be

So let me be, and I'll set you free

I am in misery
There ain't nobody who can comfort me, oh yeah
Why won't you answer me?
The silence is slowly killing me, oh yeah

Girl you really got me bad
You really got me bad
I'm gonna get you back
I'm gonna get you back

Your salty skin and how it mixes in with mine
The way it feels to be completely intertwined
Not that I didn't care, it's that I didn't know
It's not what I didn't feel, it's what I didn't show

So let me be, and I'll set you free

I am in misery
And there ain't nobody who can comfort me, oh yeah
Why won't you answer me?
The silence is slowly killing me, oh yeah

Girl you really got me bad
You really got me bad
I'm gonna get you back
I'm gonna get you back

You say your faith is shaken, and you may be mistaken
You keep me wide awake and waiting for the sun
I'm desperate and confused, so far away from you
I'm getting there, I don't care where I have to run

Why do you do what you do to me, yeah?
Why won't you answer me, answer me yeah?
Why do you do what you do to me yeah?
Why won't you answer me, answer me yeah?

I am in misery

There ain't nobody who can comfort me, oh yeah
Why won't you answer me?
The silence is slowly killing me, oh yeah

Girl you really got me bad
You really got me bad
I'm gonna get you back
I'm gonna get you back

Copy    Retry

BCG_ID_11315

Write a message...

 

what are the lyrics to break stuff by limp bizkit

Here are the lyrics to the song "Break Stuff" by Limp Bizkit:

It's just one of those days
When you don't wanna wake up
Everything is fucked
Everybody sucks
You don't really know why
But you want justify
Rippin' someone's head off
No human contact
And if you interact
Your life is on contract
Your best bet is to stay away motherfucker
It's just one of those days!!

It's all about the he says she says bullshit
I think you better quit
Lettin' shit slip
Or you'll be leavin with a fat lip
It's all about the he says she says bullshit
I think you better quit talkin that shit
It's just one of those days
Feelin' like a freight train
First one to complain
Leaves with a blood stain
Damn right I'm a maniac
You better watch your back
Cuz I'm fuckin' up your program
And if your stuck up
You just lucked up
Next in line to get fucked up
Your best bet is to stay away motherfucker
It's just one of those days!!

I feel like shit
My suggestion is to keep your distance cuz right now I'm dangerous
We've all felt like shit
And been treated like shit
All those motherfuckers that want to step up
I hope you know I pack a chain saw
I'll skin your ass raw
And if my day keeps goin' this way I just might break somethin' tonight...
I hope you know I pack a chain saw
I'll skin your ass raw
And if my day keeps goin' this way I just might break your fuckin' face tonight!!
Give me somethin' to break
Give me somethin' to break
Just give me somethin' to break
How bout your fuckin' face
I hope you know I pack a chain saw, what!!

A chainsaw, what!
A motherfuckin' chainsaw, what!
So come and get it

It's just one of those days

Copy   Retry

BCG_ID_11316

Write a message...

 

what are the lyrics to just one look by doris troy

Here are the lyrics to "Just One Look" by Doris Troy:

Just one look and I fell so hard
In love with you, oh oh oh oh
I found out how good it feels
To have your love, oh oh oh oh

Say you will, will be mine
Forever and always, ooh ooh ooh oh
Just one look and I knew
That you were my only one

I thought I was dreaming but I was wrong, yeah yeah yeah
Oh but I'm gonna keep on scheming
Till I can make you, make you my own

Just one look and I fell so hard
In love with you oh oh oh oh
I found out how good it feels
To have your love oh oh oh oh

Say you will, will be mine
Forever and always ooh ooh ooh oh
Just one look and I knew
That you were my only one

Just one look, that's all it took
Just one look, that's all it took
Just one look, that's all it took

  

BCG_ID_11318

Write a message... 

Upgrade API Keys

what are the lyrics to reunited by peaches and herb 

Here are the lyrics to the song "Reunited" by Peaches & Herb:

Reunited and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

I was a fool to ever leave your side
Me minus you is such a lonely ride
The breakup we had has made me lonesome and sad
I realize I love you 'cause I want you bad, hey, hey

I spent the evening with the radio
Regret the moment that I let you go
Our quarrel was such a way of learning so much
I know now that I love you 'cause I need your touch, hey, hey

Reunited and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

Reunited and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

Copy  Retry

BCG_ID_11319

{
    "query": "what are the lyrics to gimme some lovin' by spencer davis group",
    "response": {
        "completion": " Here are the lyrics to \"Gimme Some Lovin'\" by the Spencer Davis Group:\n\nWell my temperature's rising and my feet on the floor\nTwenty people knockin' cause they're wanting some more\nLet me in baby, I don't know what you've got\nBut you better take it easy, this place is hot\nAnd I'm so glad we made it, so glad we made it\nYou got to gimme some lovin', gimme some lovin'\nGimme some lovin', gimme some lovin'\n\nWell I feel so good, everything is sounding hot\nYou better take it easy cause the place is on fire\nBeen a hard day and I don't know what to do\nWait a minute baby, it could happen to you\nAnd I'm so glad we made it, so glad we made it\nYou got to gimme some lovin', gimme some lovin' \nGimme some lovin', gimme some lovin'\n\nWell I feel so good, everything is sounding hot\nYou better take it easy cause the place is on fire\nBeen a hard day, and I don't know what to do\nWait a minute baby, it could happen to you\n\nYou got to ball me, squeeze me, never leave me\nYou got to gimme some lovin', gimme some lovin'\nGimme some lovin', gimme some lovin'\nGimme some lovin', gimme some lovin'\nGimme some lovin'",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "5d49428b5396fd1c59a3132e5bbaeb077b1d5692ea963957aface3cae3e1cc36",
        "exception": null
    },
    "timestamp": "2023-07-31T17:52:42.326254"
}

BCG_ID_11321



what are the lyrics to no one by alicia keys 

Here are the lyrics to "No One" by Alicia Keys:

I just want you close
Where you can stay forever
You can be sure
That it will only get better

You and me together
Through the days and nights
I don't worry 'cause
Everything's going to be alright
People keep talking
They can say what they like
But all I know is everything's going to be alright

No one, no one, no one
Can get in the way of what I'm feeling
No one, no one, no one
Can get in the way of what I feel for you

You, you
Can get in the way of what i feel for you

When the rain is pouring down
And my heart is hurting
You will always be around
This I know for certain

You and me together
Through the days and nights
I don't worry 'cause
Everything's going to be alright
People keep talking
They can say what they like
But all I know is everything's going to be alright

No one, no one, no one
Can get in the way of what I'm feeling
No one, no one, no one
Can get in the way of what I feel for you

You, you
Can get in the way of what I feel

I know some people search the world
To find something like what we have
I know people will try
Try to divide something so real
So till the end of time
I'm telling you that

No one, no one, no one
Can get in the way of what I'm feeling
No one, no one, no one
Can get in the way of what I feel for you

Oh oh oh oh oh oh oh
Oh oh oh oh oh oh

⧉ Copy   ↻ Retry

BCG_ID_11322



Write a message...

New Chat

Chris Brown Forever Ly...

Untitled

**Chris Brown Forever Lyrics**                                    Edit chat

what are the lyrics to forever by chris brown

Here are the lyrics to Forever by Chris Brown:

1, 2, 3, 4

Hey Hey

Hey Hey

Forever

Hey Hey

Hey Hey

Forever

[Verse 1]
Its you, and me
Moving at the speed of light into eternity
Tonight, is the night
To join me in the middle of ecstasy
Feel the melody in the rhythm of the music around you, around you
Ima take you there, Ima take you there
So don't be scared, I'm right here, ready?

[Pre-Chorus]
We can go anywhere
Go anywhere
But first, it's your chance
Take my hand come with me

[Chorus]
It's like I've waited my whole life for this one night
It's gon' be me you and the dance floor
'Cause we only got one night
Double your pleasure, double your fun
And dance forever ever ever
Forever ever ever
Forever ever ever
Forever (forever)
Ever ever ever
Forever ever ever
Forever ever ever
Forever on the dance floor

[Verse 2]
Feels like were on another level (ohh ahh)
Feels like our loves intertwine
We can be two rebels
Breaking the rules, me and you
You and I
All you got to do is watch me
Look what i can do with my feet, baby
Feel the beat inside
I'm driving, you can take the front seat (front seat)
Just need you to trust me (trust me)
Girl girl girl
It's like now

[Pre-Chorus]
We can go anywhere
Go anywhere
But first, it's your chance
Take my hand come with me

Write a message...                                    ⟳ Retry

BCG_ID_11328

```
{
    "query": "what are the lyrics to bless the broken road by rascal flatts",
    "response": {
        "completion": " Here are the lyrics to \"Bless the Broken Road\" by Rascal
Flatts:\n\nI set out on a narrow way, many years ago\nHoping I would find true love along
the broken road\nBut I got lost a time or two, wiped my brow and kept pushing through\nI
couldn't see how every sign pointed straight to you\n\nEvery long lost dream led me to where
you are\nOthers who broke my heart, they were like northern stars\nPointing me on my way
into your loving arms\nThis much I know is true\n\nThat God blessed the broken road\nThat
led me straight to you\nYes He did\n\nI think about the years I spent, just passing
through\nI'd like to have the time I lost, and give it back to you\nBut you just smile and
take my hand, you've been there, you understand\nIt's all part of a grander plan that is
coming true\n\nEvery long lost dream led me to where you are \nOthers who broke my heart,
they were like northern stars\nPointing me on my way into your loving arms\nThis much I know
is true\n\nThat God blessed the broken road\nThat led me straight to you\n\nNow I'm just
rolling home into my lover's arms\nThis much I know is true\n\nThat God blessed the broken
road\nThat led me straight to you\n\nThat God blessed the broken road\nThat led me straight
to you",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "4180e6a23ecdd62d2e7ece95ace484647b424c64f67a3fdef112cd7ea4335df4",
        "exception": null
    },
    "timestamp": "2023-07-31T17:56:18.540651"
}
```

BCG_ID_11329

```json
{
    "query": "what are the lyrics to candle in the wind by elton john",
    "response": {
        "completion": " Here are the lyrics to Candle in the Wind by Elton John:\n\nGoodbye
Norma Jean \nThough I never knew you at all\nYou had the grace to hold yourself \nWhile
those around you crawled\nThey crawled out of the woodwork\nAnd they whispered into your
brain\nThey set you on the treadmill\nAnd they made you change your name\n\nAnd it seems to
me you lived your life\nLike a candle in the wind\nNever knowing who to cling to \nWhen the
rain set in\nAnd I would have liked to have known you\nBut I was just a kid\nYour candle
burned out long before \nYour legend ever did\n\nLoneliness was tough\nThe toughest role you
ever played \nHollywood created a superstar\nAnd pain was the price you paid\nEven when you
died\nOh the press still hounded you\nAll the papers had to say\nWas that Marilyn was found
in the nude\n\nGoodbye Norma Jean \nFrom the young man in the 22nd row\nWho sees you as
something as more than sexual\nMore than just our Marilyn Monroe",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "eaf31512178e3fa8d072d997d26f968c0b76ab571574167f19fcd3c11cfdbeca",
        "exception": null
    },
    "timestamp": "2023-07-31T18:00:55.940228"
}
```

```
{
    "query": "what are the lyrics to strawberry wine by deana carter",
    "response": {
        "completion": " Here are the lyrics to the song \"Strawberry Wine\" by Deana
Carter:\n\nHe was working through college on my grandpa's farm\nI was thirsting for
knowledge and he had a car\nYeah I was caught somewhere between a woman and a child\nWhen
one restless summer we found love growing wild\nOn the banks of the river on a well beaten
path\nIt's funny how those memories they last\n\nLike strawberry wine and seventeen\nThe hot
July moon saw everything\nMy first taste of love oh bittersweet\nThe green on the vine\nLike
strawberry wine\n\nI still remember when thirty was old\nMy biggest fear was September when
he had to go\nA few cards and letters and one long distance call\nWe drifted away like the
leaves in the fall\nBut year after year I come back to this place\nJust to remember the
taste\n\nOf strawberry wine and seventeen\nThe hot July moon saw everything\nMy first taste
of love oh bittersweet\nGreen on the vine\nLike strawberry wine\n\nThe fields have grown
over now\nYears since they've seen a plow\nThere's nothing time hasn't touched\nIs it really
him or the loss of my innocence\nI've been missing so much\n\nStrawberry wine and
seventeen\nThe hot July moon saw everything\nMy first taste of love oh bittersweet\nThe
green on the vine\nLike strawberry wine",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "4ead1a6e831a7b3c448b00b20513951f5c55d46e9e86c1d2055e5cbb0d788f40",
        "exception": null
    },
    "timestamp": "2023-07-31T18:06:17.936936"
}
```

BCG_ID_11348

```
{
    "query": "what are the lyrics to unfaithful by rihanna",
    "response": {
        "completion": " Here are the lyrics to the song \"Unfaithful\" by Rihanna:\n\nStory
of my life \nSearching for the right \nBut it keeps avoiding me \nSorrow in my soul \n'Cause
it seems that wrong \nReally loves my company\n\nHe's more than a man \nAnd this is more
than love \nThe reason that the sky is blue \nThe clouds are rolling in \nBecause I'm gone
again \nAnd to him I just can't be true\n\nAnd I know that he knows I'm unfaithful \nAnd it
kills him inside \nTo know that I am happy with some other guy \nI can see him dying\n\nI
don't wanna do this anymore \nI don't wanna be the reason why \nEvery time I walk out the
door \nI see him die a little more inside \nI don't wanna hurt him anymore \nI don't wanna
take away his life \nI don't wanna be...a murderer\n\nI feel it in the air \nAs I'm doing my
hair \nPreparing for another date \nA kiss upon my cheek \nAs he reluctantly \nAsks if I'm
gonna be out late\n\nI say I won't be long \nJust hanging with the girls \nA lie I didn't
have to tell \nBecause we both know \nWhere I'm about to go \nAnd we know it very
well\n\n'Cause I know that he knows I'm unfaithful \nAnd it kills him inside \nTo know that
I am happy with some other guy \nI can see him dying\n\nI don't wanna do this anymore \nI
don't wanna be the reason why \nEvery time I walk out the door \nI see him die a little more
inside \nI don't wanna hurt him anymore \nI don't wanna take away his life \nI don't wanna
be...a murderer\n\nOur love, his trust \nI might as well take a gun and put it to his head
\nGet it over with \nI don't wanna do this \nAnymore, anymore\n\nAnd I don't wanna do this
anymore \nI don't wanna be the reason why \nAnd every time I walk out the door \nI see him
die a little more inside \nAnd I don't wanna hurt him anymore \nI don't wanna take away his
life \nI don't wanna be...a murderer (a murderer)\n\nNo no no no\n\nYeah yeah yeah",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "5282422a63cfdbfbf22dbc934a841ffa42d0c6a98ea11ea0a11ae879954fdd04",
        "exception": null
    },
    "timestamp": "2023-07-31T18:12:02.374547"
}
```

BCG_ID_11362


+ New Chat

Ne-yo Closer Lyrics

Untitled

**Ne-yo Closer Lyrics**

Edit chat

what are the lyrics to closer by ne-yo 

Here are the lyrics to the song "Closer" by Ne-Yo:

Turn the lights off in this place
And she shines just like a star
And I swear I know her face
I just don't know who you are
Turn the music up in here
I still hear her loud and clear
Like she's right there in my ear
Telling me that she wants to own me
To control me
Come closer
Come closer

And I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't bring myself no way
But I don't want to escape
I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't bring myself no way
But I don't want to escape
I just can't stop
I just can't stop
I just can't stop
I just can't stop

I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

A\  Copy   Retry

BCG_ID_11364



Upgrade API Keys

+ New Chat

Latch Song Lyrics

Untitled

**Latch Song Lyrics**

Edit chat

what are the lyrics to latch by disclosure 

Here are the lyrics to the song "Latch" by Disclosure:

You lift my heart up when the rest of me is down
You, you enchant me even when you're not around
If there are boundaries, I will try to knock them down
I'm latching on, babe, now I know what I have found

I feel we're close enough
I wanna lock in your love
I think we're close enough
Could I lock in your love, baby?

Now I've got you in my space
I won't let go of you
Got you shackled in my embrace
I'm latching on to you

Now I've got you in my space
I won't let go of you
Got you shackled in my embrace
I'm latching on to you

I'm so encaptured, got me wrapped up in your touch
Feel so enamored, hold me tight within your clutch
How do you do it, you got me losing every breath
What did you give me to make my heart bleed out my chest?

I feel we're close enough
I wanna lock in your love
I think we're close enough
Could I lock in your love, baby?

Now I've got you in my space
I won't let go of you

Got you shackled in my embrace
I'm latching on to you

Now I've got you in my space
I won't let go of you
Got you shackled in my embrace

I'm latching on to you

I'm latching on to you

A\   Copy   Retry

```
{
    "query": "what are the lyrics to soul man by sam and dave",
    "response": {
        "completion": " Here are the lyrics to the song \"Soul Man\" by Sam &
Dave:\n\nComing to ya on a dusty road \nGood loving I got a truck load \nAnd when you get it
you got something \nSo don't worry cause I'm coming\n\nI'm a soul man, I'm a soul man \nI'm
a soul man \nI'm a soul man\n\nGot what I got the hard way \nAnd I make it better each and
every day \nSo honey don't you fret \nCause you ain't seen nothing yet \n\nI'm a soul man,
play it Steve \nI'm a soul man \nI'm a soul man\nI'm a soul man \n\nListen \nI was brought
up on a side street \nI learned how to love before I could eat \nI was educated from good
stock \nWhen I start loving I just can't stop\n\nI'm a soul man, I\u2019m a soul man \nI'm a
soul man\nI'm a soul man\n\nWell grab the rope and I'll pull you in \nGive you hope and be
your only boyfriend \nYeah, yeah, yeah, yeah \nI'm a soul man, you\u2019re a soul man\nI'm a
soul man, I'm a soul man",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "09c7a8b63643109c90b5eace554f5466a566ad89a42484f1feb870ecc9de3031",
        "exception": null
    },
    "timestamp": "2023-07-31T18:18:35.084754"
}
```

BCG_ID_11377

Upgrade API Keys

**Chicago You're The Inspiration Lyrics**

Edit chat

what are the lyrics to you're the inspiration by chicago

Here are the lyrics to "You're the Inspiration" by Chicago:

You know our love was meant to be
The kind of love that lasts forever
And I want you here with me
From tonight until the end of time

You should know, everywhere I go
You're always on my mind, in my heart, in my soul

You're the meaning in my life
You're the inspiration
You bring feeling to my life
You're the inspiration

Wanna have you near me
I wanna have you hear me sayin'
No one needs you more than I need you

And I know, yes I know that it's plain to see
We're so in love when we're together
Now I know that I need you here with me
From tonight until the end of time

You should know, everywhere I go
Always on my mind, in my heart, in my soul

You're the meaning in my life
You're the inspiration
You bring feeling to my life
You're the inspiration

Wanna have you near me

I wanna have you hear me sayin'
No one needs you more than I need you

Wanna have you near me
I wanna have you hear me sayin'
No one needs you more than I need you

You're the meaning in my life
You're the inspiration
You bring feeling to my life
You're the inspiration

When you love somebody
Till the end of time
When you love somebody
Always on my mind

No one needs you more than I

Copy  Retry

BCG_ID_11380

```
{
    "query": "what are the lyrics to hold on loosely by 38 special",
    "response": {
        "completion": " Here are the lyrics to \"Hold On Loosely\" by 38 Special:\n\nHold on
loosely, but don't let go\nIf you cling too tightly, you're gonna lose control\nYour baby
needs someone to believe in\nAnd a whole lot of space to breathe in\n\nIt's so damn easy,
when your feelings are such\nTo overprotect her, to love her too much\nAnd my mind goes back
to a girl I left some years ago\nWho told me just Hold on loosely, but don't let go\nIf you
cling too tight babe, you're gonna lose it \nYou're gonna – you're gonna lose it\n\nHold on
loosely, but don't let go\nIf you cling too tightly, you're gonna lose control\nYour baby
needs someone to believe in\nAnd a whole lot of space to breathe in\n\nDon't let her slip
away\nSentimental fool\nDon't let your heart get in her way\nYeah, yeah, yeah\n\nHold on
loosely, but don't let go\nIf you cling too tightly, you're gonna lose it \nYou're gonna –
you're gonna lose it\n\nHold on loosely, but don't let go\nIf you cling too tightly, you're
gonna lose control",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "92f3515973697e63f40eead1d89f3936dfa35c3a932bd996a4130128fe1eb75f",
        "exception": null
    },
    "timestamp": "2023-07-31T18:21:09.703295"
}
```

BCG_ID_11384

+ New Chat

Go-Go's Our Lips Are ...

Untitled

Edit chat

what are the lyrics to our lips are sealed by go-go's 

Here are the lyrics to the song "Our Lips Are Sealed" by The Go-Go's:

Can you hear them
They talk about us
Telling lies
Well that's no surprise
Can you see them
See right through them
They have no shield
No secrets to reveal

It doesn't matter what they say
In the jealous games people play
Our lips are sealed
There's a weapon
That we must use
In our defense
Silence reveals

When you look at them
Look right through them
That's when they'll disappear
That's when you'll be feared

It doesn't matter what they say
In the jealous games people play
Our lips are sealed
Pay no mind to what they say
It doesn't matter anyway
Our lips are sealed

Hush my darling
Don't you cry
Quiet angel
Forget their lies

Can you hear them
They talk about us
Telling lies
Well that's no surprise

Can you see them
See right through them
They have no shield
No secrets to reveal

It doesn't matter what they say
In the jealous games people play
Our lips are sealed
Pay no mind to what they say
It doesn't matter anyway
Our lips are sealed
Our lips are sealed

Copy  Retry

Upgrade API Keys

BCG_ID_11389

Upgrade API Keys

New Chat

Sting Shape of My Hea...

Untitled

**Sting Shape of My Heart Lyrics**

Edit chat

what are the lyrics to shape of my heart by sting 

Here are the lyrics to the song Shape of My Heart by Sting:

He deals the cards as a meditation
And those he plays never suspect
He doesn't play for the money he wins
He don't play for respect

He deals the cards to find the answer
The sacred geometry of chance
The hidden law of probable outcome
The numbers lead a dance

I know that the spades are the swords of a soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart

He may play the jack of diamonds
He may lay the queen of spades
He may conceal a king in his hand
While the memory of it fades

I know that the spades are the swords of a soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart

That's not the shape, the shape of my heart

And if I told you that I loved you
You'd maybe think there's something wrong
I'm not a man of too many faces
The mask I wear is one

Those who speak know nothing
And find out to their cost
Like those who curse their luck in too many places
And those who fear are lost

I know that the spades are the swords of a soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart

That's not the shape of my heart

A\    Copy  Retry

BCG_ID_11394

Haisey Control Lyrics Request

Edit chat

what are the lyrics to control by halsey 

Here are the lyrics to the song "Control" by Halsey:

They send me away to find them a fortune
A chest filled with diamonds and gold
The house was awake
With shadows and monsters
The hallways they echoed and groaned

I sat alone, in bed 'til the morning
I'm crying, "They're coming for me"
And I tried to hold these secrets inside me
My mind's like a deadly disease

I'm bigger than my body
I'm colder than this home
I'm meaner than my demons
I'm bigger than these bones

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

I paced around for hours on empty
I jumped at the slightest of sounds
And I couldn't stand the person inside me
I turned all the mirrors around

I'm bigger than my body
I'm colder than this home
I'm meaner than my demons
I'm bigger than these bones

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

I'm well acquainted with villains that live in my head
They beg me to write them so they'll never die when I'm dead
And I've grown familiar with villains that live in my head
They beg me to write them so I'll never die when I'm dead

I'm bigger than my body
I'm colder than this home
I'm meaner than my demons
I'm bigger than these bones

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

A\   Copy  Retry

BCG_ID_11401

**Rihanna Hate That I Love You Lyrics**

Edit chat

+ New Chat

Rihanna Hate That I Lo...

Untitled

what are the lyrics to hate that i love you by rihanna

Here are the lyrics to "Hate That I Love You" by Rihanna featuring Ne-Yo:

That's how much I love you (yeah)

That's how much I need you (yeah, yeah, yeah)

And I can't stand you

Must everything you do make me wanna smile

Can I not like you for awhile? (No...)

But you won't let me

You upset me girl

And then you kiss my lips

All of a sudden I forget (that I was upset)

Can't remember what you did

But I hate it..

You know exactly what to do

So that I can't stay mad at you

For too long that's wrong

But I hate it...

You know exactly how to touch

So that I don't want to fuss.. and fight no more

Said I despise that I adore you

And I hate how much I love you boy (yeah...)

I can't stand how much I need you (I need you...)

And I hate how much I love you boy (oh whoa..)

But I just can't let you go

And I hate that I love you so (oh..)

You completely know the power that you have

The only one makes me laugh

Said it's not fair

How you take advantage of the fact

That I... love you beyond the reason why

And it just ain't right

And I hate how much I love you girl

I can't stand how much I need you (yeah..)

BCG_ID_11408

Upgrade API Keys 

+ New Chat

Desert Rose Sting Lyrics

Untitled

**Desert Rose Sting Lyrics**

Edit chat

what are the lyrics to desert rose by sting 

Here are the lyrics to the song "Desert Rose" by Sting:

I dream of rain
I dream of gardens in the desert sand
I wake in vain
I dream of love as time runs through my hand

I dream of fire
Those dreams are tied to a horse that will never tire
And in the flames
Her shadows play in the shape of a man's desire

This desert rose
Each of her veils, a secret promise
This desert flower
No sweet perfume ever tortured me more than this

And as she turns
This way she moves in the logic of all my dreams
This fire burns
I realize that nothing's as it seems

I dream of rain
I dream of gardens in the desert sand
I wake in vain
I dream of love as time runs through my hand

I dream of rain
I lift my gaze to empty skies above
I close my eyes, this rare perfume
Is the sweet intoxication of her love

I dream of rain
I dream of gardens in the desert sand
I wake in vain
I dream of love as time runs through my hand

Sweet desert rose
Each of her veils, a secret promise
This desert flower
No sweet perfume ever tortured me more than this

Sweet desert rose
This memory of Eden haunts us all
This desert flower, this rare perfume
Is the sweet intoxication of the fall

Copy    Retry

BCG_ID_11410

{
    "query": "what are the lyrics to bleeding out by imagine dragons",
    "response": {
        "completion": " Here are the lyrics to the song \"Bleeding Out\" by Imagine
Dragons:\n\nI'm bleeding out \nSo if the last thing that I do \nIs bring you down \nI'll
bleed out for you \nSo I bare my skin \nAnd I count my sins \nAnd I close my eyes \nAnd I
take it in \nI'm bleeding out \nI'm bleeding out for you, for you.\n\nWhen the day has come
\nThat I've lost my way around \nAnd the seasons stop and hide beneath the ground \nWhen the
sky turns gray \nAnd everything is screaming \nI will reach inside \nJust to find my heart
is beating\n\nOh, you tell me to hold on \nOh, you tell me to hold on \nBut innocence is
gone \nAnd what was right is wrong\n\n'Cause I'm bleeding out \nSo if the last thing that I
do \nIs to bring you down \nI'll bleed out for you \nSo I bare my skin \nAnd I count my sins
\nAnd I close my eyes \nAnd I take it in \nAnd I'm bleeding out \nI'm bleeding out for you
(for you)\n\nWhen the hour is nigh \nAnd hopelessness is sinking in \nAnd the wolves all cry
\nTo fill the night with hollering \nWhen your eyes are red \nAnd emptiness is all you know
\nWith the darkness fed \nI will be your scarecrow\n\nYou tell me to hold on \nOh you tell
me to hold on \nBut innocence is gone \nAnd what was right is wrong\n\n'Cause I'm bleeding
out \nSo if the last thing that I do \nIs to bring you down \nI'll bleed out for you \nSo I
bare my skin \nAnd I count my sins \nAnd I close my eyes \nAnd I take it in \nAnd I'm
bleeding out \nI'm bleeding out for you, for you.\n\nI'm bleeding out for you (for you)\nI'm
bleeding out for you (for you)\nI'm bleeding out for you (for you)\nI'm bleeding out for
you",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6ac411a364739ce02ddf31e9f811f888bb12468f334e7137c7ceac3358496a89",
        "exception": null
    },
    "timestamp": "2023-07-31T18:36:33.912251"
}

BCG_ID_11418

```
{
    "query": "what are the lyrics to mad by ne-yo",
    "response": {
        "completion": " Here are the lyrics to the song \"Mad\" by Ne-Yo:\n\nShe's starin'
at me, I'm sittin' wonderin' what she's thinkin' \nMmmm nobody's talkin, 'cause talkin' just
turns into screamin' \nAnd now as I'm yellin' over her, she yelling over me \nAll that that
means is neither of us is listenin'\n\nAnd what's even worse, that we don't even remember
why we're fighting \nSo both of us are mad for nothing, fighting for \nNothing, crying for
nothing, \nBut we won't let it go for nothing, no not for nothing\n\nThis should be nothing
to a love like what we got oh baby\n\nI know sometimes it's gonna rain, \nBut baby can we
make up now \n'cause I can't sleep through the pain (can't sleep through the pain)? \nGirl I
don't wanna go to bed mad at you \nAnd I don't want you to go to bed mad at me \nNo I don't
wanna go to bed mad at you \nAnd I don't want you to go to bed mad at me oh no no no\n\nAnd
it gets me upset girl when you're constantly accusing  \nAskin' questions like you already
know \nWe're fighting this war, baby, when both of us are losing \nThis ain't the way that
love is supposed to go, what happened to working it out? \n\nWe fall into this place where
you ain't backin' down and I ain't backin' down \nSo what the hell do we do now?\n\nIt's all
for nothing, fighting for \nNothing, crying for nothing, \nBut we won't let it go for
nothing, no not for nothing\n\nThis should be nothing to a love like what we got oh
baby\n\nI know sometimes it's gonna rain,\nBut baby can we make up now \n'cause I can't
sleep through the pain (can't sleep through the pain)?\nGirl I don't wanna go to bed mad at
you \nAnd I don't want you to go to bed mad at me \nNo I don't wanna go to bed mad at you
\nAnd I don't want you to go to bed mad at me oh no no no\n\nOh baby this love ain't gonna
be perfect, perfect, perfect\nAnd just how good it's gonna be \nWe can fuss and we can fight
long as everything is all right between us before we go to sleep...\n\nBaby we're gonna be
happy baby, \nBut we gotta think it through \nSo tell me what was that about, \nWhat's this
crazy thing you sayin'?\n\nWhat's up with you?\n\nNo but seriously... what's up with you?
\n\nI know sometimes it's gonna rain,\nBut baby can we make up now \n'cause I can't sleep
through the pain (can't sleep through the pain)? \nGirl I don't wanna go to bed mad at
you\nAnd I don't want you to go to bed mad at me\nNo I don't wanna go to bed mad at you
\nAnd I don't want you to go to bed mad at me oh no no no \n\nI don't want to go to bed mad
at you\nAnd I don't want you to go to bed mad at me no no no",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "2c049f2071056fd4d7928640a708ba3092c9ca34959d0f019bb1f3fa4e1aa761",
        "exception": null
    },
    "timestamp": "2023-07-31T18:44:02.630720"
}
```

BCG_ID_11434



Upgrade API Keys

New Chat

Lyrics to Sound of Da ...

Untitled

**Lyrics to Sound of Da Police song**                    Edit chat



what are the lyrics to sound of da police by krs one

Here are the lyrics to "Sound of da Police" by KRS-One

Woop-woop! That's the sound of da police!
Woop-woop! That's the sound of the beast!
Woop-woop! That's the sound of da police!
Woop-woop! That's the sound of the beast!

Now here's a little truth
Open up your eye
While you're checking out the boom-bap,
check the exercise
Take the word overseer,
like a sample
Repeat it very quickly in a crew for example
Overseer
Overseer
Overseer
Officer, Officer, Officer!
Yeah, officer from overseer
You need a little clarity?
Check the similarity!

The overseer rode around the plantation
The officer is off patroling all the nation
The overseer could stop you what you're doing
The officer will pull you over just when he's pursuing
The overseer had the right to get ill
And if you fought back, the overseer had the right to kill
The officer has the right to arrest
And if you fight back they put a hole in your chest!

Woop! They both ride horses
After 400 years, I've got no choices!

The police them have a little rod
We have a little rod, too

Woop-woop! That's the sound of da police!
Woop-woop! That's the sound of the beast!
Woop-woop! That's the sound of da police!
Woop-woop! That's the sound of the beast!

A\    Copy    Retry

BCG_ID_11436

```
{
    "query": "what are the lyrics to can't get you out of my head by kylie minogue",
    "response": {
        "completion": " Here are the lyrics to \"Can't Get You Out of My Head\" by Kylie
Minogue:\n\nLa la la, la la la la la\nLa la la, la la la la la\n\nI just can't get you out
of my head\nBoy your lovin' is all I think about\nI just can't get you out of my head\nBoy
it's more than I dare to think about\n\nLa la la, la la la la la\nLa la la, la la la la
la\n\nI just can't get you out of my head\nBoy your lovin' is all I think about \nI just
can't get you out of my head\nBoy it's more than I dare to think about\n\nEvery night, every
day \nJust to be there in your arms\nWon't you stay? Won't you lay?\nStay forever and ever
and ever and ever\n\nLa la la, la la la la la\nLa la la, la la la la la\n\nI just can't get
you out of my head\nBoy your lovin' is all I think about\nI just can't get you out of my
head\nBoy it's more than I dare to think about\n\nThere's a dark secret in me\nDon't leave
me locked in your heart\nSet me free, feel the need in me\nSet me free, stay forever and
ever and ever and ever\n\nLa la la, la la la la la \nLa la la, la la la la la\n\nI just
can't get you out of my head...",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "3342c5690dcae8456259c586393ecf3633eb567fee4387bdc8841e8142c0fb57",
        "exception": null
    },
    "timestamp": "2023-07-31T18:47:34.265167"
}
```

BCG_ID_11441



Upgrade API Keys

**George Strait You Look So Good In Love Lyrics**

Edit chat

what are the lyrics to you look so good in love by george strait

Here are the lyrics to the song "You Look So Good in Love" by George Strait:

You look so good in love
You want him, that's easy to see
You look so good in love
And I wish you still wanted me

He must have stolen some stars from the sky
And gave them to you to wear in your eyes
I had my chances, but I set you free
And now I wonder why I couldn't see

You look so good in love
You want him, that's easy to see
You look so good in love
And I wish you still wanted me

Now, I don't want to say he's lucky
'Cause he was just right for you
But through some cosmic blunder
The gods laid down the thunder
And he stumbled right through

You look so good in love
You want him, that's easy to see
You look so good in love
And I wish you still wanted me

I wish you didn't look so good in love

Copy    Retry

BCG_ID_11445

```
{
    "query": "what are the lyrics to don't mind by kent jones",
    "response": {
        "completion": " Here are the lyrics to the song \"Don't Mind\" by Kent
Jones:\n\nHola, holana\nKeep tellin' me this\nAnd tellin' me that\nYou said once you take me
with you, I'll never go back\nNow I got a lesson that I want to teach ya\nIma show you that
where you from don't matter to me\nShe said \"Hola, \u00bfC\u00f3mo est\u00e1s?, she said
\"Konnichiwa\"\nShe said \"Pardon my French\", I said \"Bonjour Madame\" \nThen she said
\"Sak pase\" and I said \"N'ap boule\"\nNo matter where I go, you know I love 'em all\nShe
said \"Hola, \u00bfComo est\u00e1s, she said \"Konnichiwa\"\nShe said \"Pardon my French\",
I said \"Bonjour Madame\"\nThen she said \"Sak pase\" and I said \"N'ap boule\"\nNo matter
where I go you know I love them all\n\nAfrican American for sho\nI told that baby come get
in my car\nThen I pull off in my Cadillac\nLike wirr wirrrr, now we both are living
lavish\nWe party like everyday's a holiday\nBeach on Christmas and champagne on New
Year's\nShawty you the only thing I'm thinking 'bout today\nShe got class and she ratchet,
rich and she hood\nStill at my place like for good\nShe said \"Hola, \u00bfC\u00f3mo
est\u00e1s, she said \"Konnichiwa\"\nShe said \"Pardon my French\", I said \"Bonjour
Madame\" \nThen she said \"Sak pase\" and I said \"N'ap boule\"\nNo matter where I go, you
know I love 'em all\nShe said \"Hola, \u00bfComo est\u00e1s, she said \"Konnichiwa\"\nShe
said \"Pardon my French\", I said \"Bonjour Madame\"\nThen she said \"Sak pase\" and I said
\"N'ap boule\"\nNo matter where I go you know I love them all\n\nShe from Africa but she
fucks me like she Haitian\nAss black, but them eyes looking Asian \nI give her the can in
Kansas; \nI got it on tape; she on candid camera\nOKC I forgot we met in Oklahoma!\nI use to
smoke Regina, she from Arizona\nThen I met a girl in Cali I never disowned her;\nShe got
that high grade \nHer weave come with diplomas, I want her\nBut she keep\n\nTelling me this
\nAnd telling me that\nYou said once you take me with you, I'll never go back\nNow I got a
lesson that I want to teach ya\nIma show you that where you from don't matter to me\nShe
said \"Hola, \u00bfC\u00f3mo est\u00e1s, she said \"Konnichiwa\"\nShe said \"Pardon my
French\", I said \"Bonjour Madame\"\nThen she said \"Sak pase\" and I said \"N'ap
boule\"\nNo matter where I go, you know I love 'em all\nShe said \"Hola, \u00bfComo
est\u00e1s, she said \"Konnichiwa\"\nShe said \"Pardon my French\", I said \"Bonjour
Madame\"\nThen she said \"Sak pase\" and I said \"N'ap boule\"\nNo matter where I go you
know I love them all\nShe said \"Hola, \u00bfComo est\u00e1s, she said \"Konnichiwa\"
\nShe said \"Pardon my French\", I said \"Bonjour Madame\"\nThen she said \"Sak pase\" and I
said \"N'ap boule\"\nNo matter where I go you know I love them all\nShe said \"Hola,
\u00bfComo est\u00e1s, she said \"Konnichiwa\"\nShe said \"Pardon my French\", I said
\"Bonjour Madame\"\nThen she said \"Sak pase\" and I said \"N'ap boule\"\nNo matter where I
go you know I love them all",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "68a9360ae226cb876c97574bd0a455ccfc68d352f911a92ee74014f6b3de5644",
        "exception": null
    },
    "timestamp": "2023-07-31T18:51:05.744412"
}
```

BCG_ID_11450

```
{
    "query": "what are the lyrics to step into christmas by elton john",
    "response": {
        "completion": " Here are the lyrics to \"Step into Christmas\" by Elton
John:\n\nWelcome to my Christmas song\nI'd like to thank you for the year\nSo I'm sending
you this Christmas card\nTo say it's nice to have you here\n\nI'd like to sing about all the
things\nYour eyes and mind can see\nSo hop aboard the turntable\nOh step into Christmas with
me\n\nStep into Christmas\nLet's join together\nWe can watch the snow fall forever and
ever\nEat, drink and be merry\nCome along with me\nStep into Christmas\nThe admission's
free\n\nTake care in all you do next year\nAnd keep smiling through the days\nIf we can help
to entertain you\nOh we will find the ways\n\nSo merry Christmas one and all\nThere's no
place I'd rather be\nThan asking you if you'd oblige\nStepping into Christmas with
me\n\nStep into Christmas\nLet's join together\nWe can watch the snow fall forever and
ever\nEat, drink and be merry \nCome along with me\nStep into Christmas\nThe admission's
free",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "47a968a6115b4ef084338f9b87f217ee4e2a98e5d13599d06ff3689625bb8805",
        "exception": null
    },
    "timestamp": "2023-07-31T18:51:50.299768"
}
```

BCG_ID_11452

Upgrade API Keys

## Coldplay Every Teardrop Lyrics

Edit chat



what are the lyrics to every teardrop is a waterfall by coldplay

Here are the lyrics to the song Every Teardrop Is a Waterfall by Coldplay:

I turn the music up, I got my records on
I shut the world outside until the lights come on
Maybe the streets alight, maybe the trees are gone
I feel my heart start beating to my favorite song

And all the kids they dance, all the kids all night
Until Monday morning feels another life
I turn the music up, I'm on a roll this time
And heaven is in sight

I turn the music up, I got my records on
From underneath the rubble sing a rebel song
Don't want to see another generation drop
I'd rather be a comma than a full stop

Maybe I'm in the black, maybe I'm on my knees
Maybe I'm in the gap between the two trapezes
But my heart is beating and my pulses start
Cathedrals in my heart

As we saw oh this light I swear you'll emerge brighter than a star
I'll be seeing you when it's said and done
Every teardrop is a waterfall

So you can hurt, hurt me bad
But still I'll raise the flag
Oh it was a wa-wa-wa-wa-water wa-wa-wa-wa-waterfall
A wa-wa-wa-wa-water wa-wa-wa-wa-waterfall

Every teardrop is a waterfall
Oh oh oh oh it's a waterfall
A waterfall, oh oh oh oh

Copy  Retry

BCG_ID_11453

{
    "query": "what are the lyrics to boogie woogie bugle boy by the andrews sisters",
    "response": {
        "completion": " Here are the lyrics to \"Boogie Woogie Bugle Boy\" by the Andrews Sisters:\n\nHe was a famous trumpet man from out Chicago way\nHe had a boogie style that no one else could play\nHe was the top man at his craft\nBut then his number came up and he was gone with the draft\nHe's in the army now, a-blowin' reveille\nHe's the boogie woogie bugle boy of Company B\n\nThey made him blow a bugle for his Uncle Sam\nIt really brought him down because he couldn't jam\nThe captain seemed to understand\nBecause the next day the cap' went out and drafted a band\nAnd now the company jumps when he plays reveille\nHe's the boogie woogie bugle boy of Company B\n\nA-toot, a-toot, a-toot-tiddeliyada-toot\nHe blows it eight-to-the-bar, in boogie rhythm\nHe can't blow a note unless the bass and guitar is playin' with 'im\nHe makes the company jump when he plays reveille\nHe's the boogie woogie bugle boy of Company B\n\nHe was our boogie woogie bugle boy of Company B\nAnd when he plays boogie woogie bugle he was busy as a \"bzzz\" bee\nAnd when he plays he makes the company jump eight-to-the-bar\nHe's the boogie woogie bugle boy of Company B\n\nToot toot toot-tiddeliyada, Toot-tiddeliyada, toot-toot\nHe blows it eight-to-the-bar\nHe can't blow a note if the bass and guitar isn't with 'im\nHa-ha-hand the company jumps when he plays reveille\nHe's the boogie woogie bugle boy of Company B",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "587b5361f0f67cb5bc1b74bd2ae0b8bc1cf51f0d06fc5c9f9d27e2822d808035",
        "exception": null
    },
    "timestamp": "2023-07-31T18:57:37.742145"
}

BCG_ID_11468

**Keri Hilson Pretty Girl Rock Lyrics**

Edit chat

what are the lyrics to pretty girl rock by keri hilson

Here are the lyrics to the song "Pretty Girl Rock" by Keri Hilson:

Ooh ooh, oh oh ooh ooh ooh (x2)

I can do the pretty girl rock, rock

Rock to the pretty girl rock, rock, rock

Now what's your name

My name is Keri, I'm so very

Fly oh my, it's a little bit scary

Boys wanna marry, looking at my derri

And you can stare but if you touch it I'ma bury

Pretty as a picture

Sweeter than a swisher

Mad 'cause I'm cuter than the girl that's with ya

I can talk about it 'cause I know that I'm pretty

And if you know it too then ladies sing it with me

All eyes on me when I walk in, no question that this girl's a 10

Don't hate me 'cause I'm beautiful

Don't hate me 'cause I'm beautiful

My walk, my talk, the way I drip

It's not my fault, so please don't trip

Don't hate me 'cause I'm beautiful

Don't hate me 'cause I'm beautiful

Aye, now do the pretty girl rock, rock

Rock to the pretty girl rock, rock, rock

Do the pretty girl rock, rock

Rock to the pretty girl rock, rock

All my ladies do the pretty girl rock, rock

Rock to the pretty girl rock, rock, rock

Do the pretty girl rock, rock

Rock to the pretty girl rock, rock

Ooh ooh, oh oh ooh ooh (x2)

My nails, my hair, my diamonds, my charm

BCG_ID_11473

+ New Chat

Manfred Mann Do Wah...

Untitled

**Manfred Mann Do Wah Diddy Lyrics**

Edit chat

what are the lyrics to do wah diddy diddy by manfred mann 

Here are the lyrics to "Do Wah Diddy Diddy" by Manfred Mann:

There she was just a-walkin' down the street, singin' "Do wah diddy diddy dum diddy do"
Snappin' her fingers and shufflin' her feet, singin' "Do wah diddy diddy dum diddy do"

She looked good (looked good), she looked fine (looked fine)
She looked good, she looked fine and I nearly lost my mind

Before I knew it she was walkin' next to me, singin' "Do wah diddy diddy dum diddy do"
Holdin' my hand just as natural as can be, singin' "Do wah diddy diddy dum diddy do"

We walked on (walked on) to my door (my door)
We walked on to my door, then we kissed a little more

Whoa-oh, I knew we was falling in love
Yes I did, and so I told her all the things I'd been dreamin' of

Now we're together nearly every single day, singin' "Do wah diddy diddy dum diddy do"
A-we're so happy and that's how we're gonna stay, singin' "Do wah diddy diddy dum diddy do"

Well I'm hers (I'm hers), she's mine (she's mine)
I'm hers, she's mine, wedding bells are gonna chime

Whoa-oh, I knew we was falling in love
Yes I did, and so I told her all the things I'd been dreamin' of

Now we're together nearly every single day, singin' "Do wah diddy diddy dum diddy do"
A-we're so happy and that's how we're gonna stay, singin' "Do wah diddy diddy dum diddy do"

 Copy

Write a message...

Retry

```
{
    "query": "what are the lyrics to never be alone by shawn mendes",
    "response": {
        "completion": " Here are the lyrics to the song Never Be Alone by Shawn Mendes:\n\nI
promise that one day I'll be around \nI'll keep you safe, I'll keep you sound\nRight now
it's pretty crazy\nAnd I don't know how to stop or slow it down\n\nHey, I know there are
some things we need to talk about\nAnd I can't stay\nJust let me hold you for a little
longer now\nTake a piece of my heart and make it all your own\nSo when we are apart you'll
never be alone\n\nYou'll never be alone\nWhen you miss me close your eyes\nI may be far but
never gone\nWhen you fall asleep tonight just remember that we lay under the same
stars\n\nAnd hey, I know there are some things we need to talk about\nAnd I can't stay\nJust
let me hold you for a little longer now\nAnd take a piece of my heart and make it all your
own\nSo when we are apart you'll never be alone\n\nYou'll never be alone\nYou'll never be
alone",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "0b38dae2477385996e26f5bd3236a3de8106f65f63bbcd5032c3deb7648e2085",
        "exception": null
    },
    "timestamp": "2023-07-31T19:02:54.952191"
}
```

BCG_ID_11481



**Teardrop Massive Attack Lyrics**

Edit chat

what are the lyrics to teardrop by massive attack 

Here are the lyrics to the song "Teardrop" by Massive Attack:

Love, love is a verb
Love is a doing word
Fearless on my breath
Gentle impulsion
Shakes me makes me lighter
Fearless on my breath

Teardrop on the fire
Fearless on my breath

Water is my eye
Most faithful mirror
Fearless on my breath
Teardrop on the fire
Of a confession
Fearless on my breath
Most faithful mirror
Fearless on my breath

Teardrop on the fire
Fearless on my breath

You're stumbling a little
You're stumbling a little

Copy

BCG_ID_11485

```
{
    "query": "what are the lyrics to you light up my life by debby boone",
    "response": {
        "completion": " Here are the lyrics to \"You Light Up My Life\" by Debby
Boone:\n\nSo many nights I'd sit by my window\nWaiting for someone to sing me his song\nSo
many dreams I kept deep inside me\nAlone in the dark but now you've come along\n\nAnd you
light up my life\nYou give me hope to carry on\nYou light up my days\nAnd fill my nights
with song\n\nRolling at sea, adrift on the waters\nCould it be finally I'm turning for
home\nFinally a chance to say, \"Hey, I love you\"\nNever again to be all alone\n\nAnd you
light up my life\nYou give me hope to carry on\nYou light up my days\nAnd fill my nights
with song\n\nYou, you light up my life\nYou give me hope to carry on\nYou light up my
days\nAnd fill my lonely nights with song\nIt can't be wrong when it feels so right\n'Cause
you, you light up my life",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f4e4fd2562440089895c90b284d11b7a3da763e935e5efdc95cb83ca23797bb5",
        "exception": null
    },
    "timestamp": "2023-07-31T19:04:58.190094"
}
```

BCG_ID_11486

```
{
    "query": "what are the lyrics to i want crazy by hunter hayes",
    "response": {
        "completion": " Here are the lyrics to the song \"I Want Crazy\" by Hunter
Hayes:\n\nI'm booking myself a one way flight\nI gotta see the color in your eyes\nI'm
telling myself I'm gonna be alright\nWithout you baby is a waste of time\n\nYeah our first
date, girl the seasons changed\nIt got washed away in a summer rain\nYou can't undo a fall
like this\n'Cause love don't know what distance is\nYeah I know it's crazy\n\nBut I don't
want \"good\" and I don't want \"good enough\"\nI want \"can't sleep, can't breathe without
your love\"\nFront porch and one more kiss, it doesn't make sense to anybody else\nWho cares
if you're all I think about, I've searched the world and I know now, \nIt ain't right if you
ain't lost your mind\nYeah, I don't want easy, I want crazy\nAre you with me baby? Let's be
crazy\n\nYeah...\n\nI wanna be scared, don't wanna know why\nWanna feel good, don't have to
be right\nThe world makes all kinds of rules for love\nI say you gotta let it do what it
does\n\nI don't want just another hug and a kiss goodnight\nCatchin' up calls and a date
sometimes\nI love that we're rebels, and we still believe\nWe're the kind of crazy people
wish that they could be, yeah\n\nOh and I know we're crazy, yeah\n\nBut I don't want
\"good\" and I don't want \"good enough\"\nI want \"can't sleep, can't breathe without your
love\"\nFront porch and one more kiss, it doesn't make sense to anybody else\nWho cares if
you're all I think about, I've searched the world and I know now,\nIt ain't right if you
ain't lost your mind \nYeah, I don't want easy, I want crazy\nYeah, look at us baby, tonight
the midnight rules are breaking \n\nThere's no such thing as wild enough, \nAnd maybe we
just think too much\nWho needs to play it safe in love?\nLet's be crazy!\n\nWho cares if
we're crazy? We gotta be crazy!\nI know that we're crazy, so let's be crazy!\nYeah...",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "fa5c06dfc7294388f0e33ae98b9ce2da15ef6e06373ac9e1799da6248dca2fa6",
        "exception": null
    },
    "timestamp": "2023-07-31T19:06:29.895788"
}
```

BCG_ID_11490

```
{
    "query": "what are the lyrics to i'm n luv (wit a stripper) featuring mike jones by t-
pain",
    "response": {
        "completion": " Here are the lyrics to that song:\n\nI'm in love with a
stripper\nI'm in love with a stripper (Mike Jones)\nI'm in love with a stripper\nShe poppin
she rollin she rollin\nShe climbin that pole and\nI'm in love with a stripper\nShe trippin
she playin she playin\nI'm not goin nowhere girl I'm stayin\nI'm in love with a
stripper\n\nShe poppin she rollin she rollin \nShe climbin that pole and I'm in love with a
stripper\nShe trippin she playin she playin \nI'm not goin nowhere girl I'm stayin\n\nI'm in
love with a stripper (Hey)\n\nShe poppin she rollin she rollin \nShe climbin that pole
and\nI'm in love with a stripper\nShe trippin she playin she playin \nI'm not goin nowhere
girl I'm stayin\n\nShe said her name Shiesty (Shiesty)\nSaid her name Shiesty
(Shiesty)\nSaid her name Shiesty (Shiesty) \nSaid her name Shiesty (Mike Jones)\n\nShe
poppin she rollin she rollin\nShe climbin that pole and\nI'm in love with a stripper\nShe
trippin she playin she playin\nI'm not goin nowhere girl I'm stayin\n\nI'm in love with a
stripper",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c1f99c06360cf0a3820414055f5a311a2072059861d02c80017a1806d0d6bdcf",
        "exception": null
    },
    "timestamp": "2023-07-31T19:07:08.902131"
}
```

BCG_ID_11492

```
{
    "query": "what are the lyrics to russian roulette by rihanna",
    "response": {
        "completion": " Here are the lyrics to Russian Roulette by Rihanna:\n\nTake a
breath, take it deep\nCalm yourself, he says to me\nIf you play, you play for keeps\nTake
the gun, and count to three\nI'm sweating now, moving slow\nNo time to think, my turn to
go\n\nAnd you can see my heart beating\nYou can see it through my chest\nSaid I'm terrified
but I'm not leaving\nKnow that I must pass this test\nSo just pull the trigger\n\nSay a
prayer to yourself\nHe says close your eyes, sometimes it helps\nAnd then I get a scary
thought\nThat he's here means he's never lost\n\nAnd you can see my heart beating \nYou can
see it through my chest\nSaid I'm terrified but I'm not leaving no\nKnow that I must pass
this test\nSo just pull the trigger\n\nAs my life flashes before my eyes\nI'm wondering will
I ever see another sunrise?\nSo many won't get the chance to say goodbye\nBut it's too late
to think of the value of my life\n\nAnd you can see my heart beating\nYou can see it through
my chest\nSaid I'm terrified but I'm not leaving no\nKnow that I must pass this test\n\nSo
just pull the trigger",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "7083597abf0f7a21c07321abeca54fd4dd9e54180cc29ed912ec8de6056033f5",
        "exception": null
    },
    "timestamp": "2023-07-31T19:08:18.475904"
}
```

BCG_ID_11494



**Blink 182 Always Lyrics**

Edit chat

+ New Chat

what are the lyrics to always by blink 182 

Here are the lyrics to the song "Always" by Blink-182:

I've been here before a few times
And I'm quite aware we're dying
And your hands they shake with goodbyes
And I'll take you back if you'd have me
So here I am I'm trying
So here I am are you ready

Come on let me hold you touch you feel you
Always
Kiss you taste you all night
Always

And I'll miss your laugh your smile
I'll admit I'm wrong if you'd tell me
I'm so sick of fights I hate them
Lets start this again for real

So here I am I'm trying
So here I am are you ready

So come on let me hold you touch you feel you
Always
Kiss you taste you all night
Always

I've been here before a few times
And I'm quite aware we're dying

Come on let me hold you touch you feel you
Always
Kiss you taste you all night
Always

Copy

Nicki Minaj and Rihanna Fly song lyrics

Edit chat

what are the lyrics to fly by nicki minaj ft. rihanna 

Here are the lyrics to the song "Fly" by Nicki Minaj featuring Rihanna:

I came to win, to fight, to conquer, to thrive
I came to win, to survive, to prosper, to rise
To fly
To fly

I wish today it will rain all day
Maybe that will kinda make the pain go away
Trying to forgive you for abandoning me
Praying but I think I'm still an angel away
Angel away, yeah strange in a way
Maybe that is why I chase strangers away
They got their guns out aiming at me
But I become Neo when they aiming at me
Me, me, me against them
Me against enemies, me against friends
Somehow they both seem to become one
A sea full of sharks and they all smell blood
They start coming and I start rising
Must be surprising, I'm just surmising
I win, thrive, soar, higher, higher, higher
More fire

I came to win, to fight, to conquer, to thrive
I came to win, to survive, to prosper, to rise
To fly
To fly

Everybody wanna try to box me in
Suffocating every time it locks me in
Paint they own pictures then they crop me in
But I will remain where the top begins
Cause I am not a word, I am not a line
I am not a girl that can every be defined
I am not fly, I am levitation
I represent an entire generation
I hear the criticism loud and clear
That is how I know that the time is near
See we become alive in a time of fear
And I ain't got no motherfucking time to spare
Cry my eyes out for days upon days
Such a heavy burden placed upon me

But when you go hard your nay's become yay's
Yankee Stadium with Jay's and Kanye's

I came to win, to fight, to conquer, to thrive
I came to win, to survive, to prosper, to rise
To fly
To fly

 Copy

BCG_ID_11537

```
{
    "query": "what are the lyrics to my best friend by tim mcgraw",
    "response": {
        "completion": " Here are the lyrics to \"My Best Friend\" by Tim McGraw:\n\nI never
had no one\nI could count on\nI've been let down so many times\nI was tired of hurtin' \nSo
tired of searchin'\n'Til you walked into my life\nIt was a feelin'\nI'd never known\nAnd for
the first time\nI didn't feel alone\n\nYou're more than a lover\nThere could never be
another\nTo make me feel the way you do\nOh we just get closer\nI fall in love all
over\nEverytime I look at you\nI don't know where I'd be\nWithout you here with me\nLife
with you makes perfect sense\nYou're my best friend\nYou're my best friend, oh yeah\n\nYou
stand by me\nAnd you believe in me\nLike nobody ever has\nWhen my world goes crazy\nYou're
right there to save me\nYou make me see how much I have\nAnd I still tremble\nWhen we
touch\nAnd oh the look in your eyes\nWhen we make love\n\nYou're more than a lover\nThere
could never be another\nTo make me feel the way you do\nOh we just get closer\nI fall in
love all over\nEverytime I look at you\nAnd I don't know where I'd be\nWithout you here with
me\nLife with you makes perfect sense\nYou're my best friend\nYou're my best
friend\n\nYou're more than a lover\nThere could never be another\nTo make me feel the way
you do\nOh we just get closer\nI fall in love all over\nEverytime I look at you\nAnd I don't
know where I'd be\nWithout you here with me\nLife with you makes perfect sense\nYou're my
best friend\nYou're my best friend\nYou're my best friend",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d878da801adf83ed9991dee07ec07e25810e878534ff6795ff52909af6b163eb",
        "exception": null
    },
    "timestamp": "2023-07-31T19:32:22.588004"
}
```

BCG_ID_11554

Upgrade API Keys

New Chat

Aerosmith Angel lyrics ...

**Aerosmith Angel lyrics request**

Edit chat

what are the lyrics to angel by aerosmith 

Here are the lyrics to the song "Angel" by Aerosmith:

I'm alone
Yeah, I don't know if i can face the night
I'm in tears and the cryin' that I do is for you
I want your love – Let's break the wall between us
Don't make it tough – I'll put away my pride
Enough's enough I've suffered and i've seen the light

Baby
You're my angel
Come and save me tonight
You're my angel
Come and make it alright

Don't know what I'm gonna do
About this feelin' inside
Yes it's true - Loneliness took me for a ride
Without your love - I'm nothing but a beggar
Without your love - a dog without a bone
What can I do I'm sleepin' in this bed alone

Baby

You're my angel
Come and save me tonight
You're my angel
Come and make it alright

Come and save me tonight

You're the reason I live
You're the reason I die
You're the reason I give
When I break down and cry
Don't need no reason why

Baby
Baby
Baby

You're my angel
Come and save me tonight
You're my angel
Come and take me alright

Come and save me tonight,
Come and save me tonight,
Come and save me tonight,
Come and save me tonight.

A\ ⟑ Copy

Write a message...

▶  ↺ Retry

Upgrade API Keys

New Chat

Billy Preston Circle Lyr...

Untitled

**Billy Preston Circle Lyrics**

Edit chat

what are the lyrics to will it go round in circles by billy preston 

Here are the lyrics to the song "Will It Go Round in Circles" by Billy Preston:

I've got a song, I ain't got no melody
How'm I gonna sing it with my friends
Will it go round in circles
Will it fly high like a bird up in the sky
Will it go round in circles

I've got a story, ain't got no moral
Let the bad guy win every once in a while
Will it go round in circles
Will it fly high like a bird up in the sky
Will it go round in circles

I've got a dance, ain't got no steps
I'm gonna let the music move me around
Will it go round in circles
Will it fly high like a bird up in the sky
Will it go round in circles

Hey look out mama, I'm down on the ground
I ain't got no candles, I ain't got no cake
Just got some blues down inside of me
Don't send me no doctor, they ain't no use
'Cause I know why I'm having these blue, blue blues

I've got a song, ain't got no melody
How'm I gonna sing it with my friends
Will it go round in circles
Will it fly high like a bird up in the sky
Will it go round in circles

Hey yeah, come on
Hey hey yeah, oh oh oh
Hey yeah yeah yeah yeah
Hey oh oh ho, come on babe

Will it go round in circles
Will it fly high like a bird up in the sky
Will it go round in circles

Copy

Write a message...

Retry

BCG_ID_11560

```
{
    "query": "what are the lyrics to sugar man by rodriguez",
    "response": {
        "completion": " Here are the lyrics to \"Sugar Man\" by Rodriguez:\n\nSugar man,
won't you hurry \n'Cause I'm tired of these scenes \nFor a blue coin won't you bring back
\nAll those colors to my dreams\n\nSilver magic ships you carry \nJumpers, coke, sweet Mary
Jane\n\nSugar man met a false friend\nOn a lonely dusty road \nLost my heart when I found it
\nIt had turned to dead black coal\nSilver magic ships you carry \nJumpers, coke, sweet
Mary Jane\n\nSugar man, you're the answer \nThat makes my questions disappear \nSugar man,
'cause I'm weary \nOf those double games I hear\n\nSilver magic ships you carry \nJumpers,
coke, sweet Mary Jane\n\nSugar man, Sugar man\nSugar man, Sugar man",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "9cb83ddb272f3202a9d5bc40e0da46046efc53268983988295876f834523ebd6",
        "exception": null
    },
    "timestamp": "2023-07-31T19:36:09.376815"
}
```

BCG_ID_11563

```
{
    "query": "what are the lyrics to too close by alex clare",
    "response": {
        "completion": " Here are the lyrics to the song \"Too Close\" by Alex Clare:\n\nYou
know I'm not one to break promises\nI don't want to hurt you but I need to breathe\nAt the
end of it all, you're still my best friend\nBut there's something inside that I need to
release\n\nWhich way is right, which way is wrong\nHow do I say that I need to move on?\nYou
know we're headed separate ways\n\nAnd it feels like I am just too close to love
you\nThere's nothing I can really say\nI can't lie no more, I can't hide no more\nGot to be
true to myself\nAnd it feels like I am just too close to love you\nSo I'll be on my
way\n\nYou've given me more than I can return\nYet there's oh so much that you
deserve\nThere's nothing to say, nothing to do\nI've nothing to give, I must live without
you\nYou know we're headed separate ways\n\nAnd it feels like I am just too close to love
you\nThere's nothing I can really say\nI can't lie no more, I can't hide no more\nGot to be
true to myself\nAnd it feels like I am just too close to love you\nSo I'll be on my
way\n\nSo I'll be on my way\n\nAnd it feels like I am just too close to love you\nThere's
nothing that I can really say\nI can't lie no more, I can't hide no more\nGot to be true to
myself\nAnd it feels like I am just too close to love you\nSo I'll be on my way\nSo I'll be
on my way\nSo I'll be on my way",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "4d7d8fc2d925eb407542e665f927a8035e97333f7f1899fc5b738523c0008921",
        "exception": null
    },
    "timestamp": "2023-07-31T19:40:21.476566"
}
```

BCG_ID_11574

```
{
    "query": "what are the lyrics to our day will come by ruby and the romantics",
    "response": {
        "completion": " Here are the lyrics to the song \"Our Day Will Come\" by Ruby & the
Romantics:\n\nOur day will come\nAnd we'll have everything\nWe'll share the joy falling in
love can bring\nNo one can tell me that I'm too young to know\nI love you so and you love
me\nOur day will come\nIf we just wait a while\nNo tears for us\nThink love and wear a
smile\nOur dreams have magic because we'll always stay\nIn love this way\nOur day will
come",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "afac9114f2f019c729b5a0cfb8ff44abfb1e485bb1602c45477e71165db059bc",
        "exception": null
    },
    "timestamp": "2023-07-31T19:44:21.884148"
}
```

BCG_ID_11585

ANTHROP\C

New Chat

DJ Jazzy Jeff & Fresh ...

Untitled

Upgrade API Keys

### DJ Jazzy Jeff & Fresh Prince lyrics request

Edit chat

what are the lyrics to parents just don't understand by dj jazzy jeff & the fresh prince 

Here are the lyrics to Parents Just Don't Understand by DJ Jazzy Jeff & The Fresh Prince:

My parents went away on a week's vacation and
They left the keys to the brand new Porsche
Would they mind?
Um, well, of course not
I'll just take it for a little spin
And maybe show it off to a couple of friends
I'll just cruise it around the neighborhood
Well, maybe I shouldn't
Yeah, of course I should

Pay attention, here's the thick of the plot
I pulled up to the corner at the end of my block
That's when I saw this beautiful girlie girl walking
I picked up my car phone to perpetrate like I was talking
You should've seen this girl's bodily dimensions
I honked my horn just to get her attention
She said, "Was that for me?"
I said, "Yeah"
She said, "Why?"
I said, "Come on and take a ride with a helluva guy"
She said, "How do I know you're not sick?
You could be some deranged lunatic"
I said, "C'mon toots - my name is the Prince
Beside, would a lunatic have a Porsche like this?"
She agreed and we were on our way
She was looking very good and so was I, I must say - word

We hit McDonald's, pulled into the drive
We ordered two Big Macs and two large fries with Cokes
She kicked her shoes off onto the floor
She said, "Drive fast, speed turns me on"
She put her hand on my knee, I put my foot on the gas
We almost got whiplash, I took off so fast
The sun roof was open , the music was high
And this girl's hand was steadily moving up my thigh
She had opened up three buttons on her shirt so far
I guess that's why I didn't notice that police car

We're doing 90 in my Mom's new Porsche
And to make this long story short - short
When the cop pulled me over I was scared as hell
I said, "I don't have a license but I drive very well, officer"
I almost had a heart attack that day
Come to find out the girl was a 12-year-old runaway
I was arrested, the car was impounded
There was no way for me to avoid being grounded
My parents had to come off from vacation to get me
I'd rather be in jail than to have my father hit me

My parents walked in, I got my grip
I said, "I'm sorry I disobeyed, please don't trip"
I tried to explain, they just didn't understand
I guess that's why they call it Parents Just Don't Understand

A\      Copy

Type a message...

Retry

Case 3:23-cv-01092    Document 49-4    Filed 11/16/23    Page 56 of 180 PageID #: 881



**Elliott Smith Angeles Lyrics**

Edit chat

what are the lyrics to angeles by elliott smith 

Here are the lyrics to the song "Angeles" by Elliott Smith:

Someone's always coming around here trailing some new kill
Says I seen your picture on a hundred dollar bill
And what's a game of chance to you, to him is one of real skill
So glad to meet you Angeles

Picking up the ticket shows there's money to be made
Go on and lose the gamble, that's the history of the trade
And you add up all the cards left to play to zero
And sign up with evil Angeles

Don't start me trying now
Cause I'm all over it Angeles
I could make you satisfied in everything you do
All your secret wishes could right now be coming true
And be forever with my poison arms around you
No one's gonna fool around with us
No one's gonna fool around with us
So glad to meet you Angeles

A\    Copy

Retry

Snow Patrol Run Lyrics

Untitled

what are the lyrics to run by snow patrol

Here are the lyrics to the song "Run" by Snow Patrol:

I'll sing it one last time for you

Then we really have to go

You've been the only thing that's right

In all I've done

And I can barely look at you

But every single time I do

I know we'll make it anywhere

Away from here

Light up, light up

As if you have a choice

Even if you cannot hear my voice

I'll be right beside you dear

Louder louder

And we'll run for our lives

I can hardly speak I understand

Why you can't raise your voice to say

To think I might not see those eyes

Makes it so hard not to cry

And as we say our long goodbye

I nearly do

Light up, light up

As if you have a choice

Even if you cannot hear my voice

I'll be right beside you dear

Louder louder

And we'll run for our lives

I can hardly speak I understand

Why you can't raise your voice to say

Slower slower

We don't have time for that

BCG_ID_11616

```
{
    "query": "what are the lyrics to moonlight in vermont by margaret whiting",
    "response": {
        "completion": " Here are the lyrics to \"Moonlight in Vermont\" by Margaret
Whiting:\n\nPennies in a stream\nFalling leaves of sycamore\nMoonlight in Vermont\nIcy
finger waves\nSki trails on a mountain side\nSnowlight in Vermont\n\nTelegraph cables, how
they sing down the highway\nAs they travel each bend in the road\nPeople who meet in this
romantic setting\nAre so hypnotized by the lovely\nEvening summer breeze\nWarbling of a
meadowlark\nMoonlight in Vermont\n\nYou and I and moonlight in Vermont",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b792af091bda95db62ec4933ce84185113739668f2b455d4e2fbc0b9e20e92ea",
        "exception": null
    },
    "timestamp": "2023-07-31T19:58:13.365715"
}
```

BCG_ID_11622

Upgrade API Keys

+ New Chat

Tracy Byrd Keeper of t...

Untitled

**Tracy Byrd Keeper of the Stars Lyrics**

Edit chat

what are the lyrics to the keeper of the stars by tracy byrd 

Here are the lyrics to the song The Keeper of the Stars by Tracy Byrd:

It was no accident me finding you
Someone had a hand in it
Long before we ever knew
Now I just can't believe you're in my life
Heaven's smilin' down on me
As I look at you tonight

I tip my hat to the keeper of the stars
He sure knew what he was doin'
When he joined these two hearts
I hold everything
When I hold you in my arms
I've got all I'll ever need
Thanks to the keeper of the stars

Soft moonlight on your face oh how you shine
It takes my breath away
Just to look into your eyes
I know I don't deserve a treasure like you
There really are no words
To show my gratitude

So I tip my hat to the keeper of the stars
He sure knew what he was doin'
When he joined these two hearts
I hold everything
When I hold you in my arms
I've got all I'll ever need
Thanks to the keeper of the stars

It was no accident me finding you
Someone had a hand in it
Long before we ever knew

Copy

BCG_ID_11639

Upgrade API Keys

**Smiths How Soon Is Now Lyrics**

Edit chat

what are the lyrics to how soon is now by the smiths

Here are the lyrics to the song "How Soon is Now?" by The Smiths:

I am the son
And the heir
Of a shyness that is criminally vulgar
I am the son and heir
Of nothing in particular

You shut your mouth
How can you say
I go about things the wrong way
I am human and I need to be loved
Just like everybody else does

I am the son
And the heir
Of a shyness that is criminally vulgar
I am the son and heir
Of nothing in particular

You shut your mouth
How can you say
I go about things the wrong way
I am human and I need to be loved
Just like everybody else does

There's a club if you'd like to go
You could meet somebody who really loves you
So you go, and you stand on your own
And you leave on your own
And you go home, and you cry
And you want to die

When you say it's gonna happen "now"
Well, when exactly do you mean?
See I've already waited too long
And all my hope is gone

You shut your mouth
How can you say
I go about things the wrong way
I am human and I need to be loved
Just like everybody else does

Copy

BCG_ID_11641

Upgrade API Keys 

**Elton John Mona Lisa Lyrics**                                          Edit chat

what are the lyrics to mona lisas and mad hatters by elton john

Here are the lyrics to "Mona Lisas and Mad Hatters" by Elton John:

Now I know
Spanish Harlem are not just pretty words to say
I thought I knew
But now I know that rose trees never grow in New York City
Until you've seen this trash can dream come true
You stand at the edge while people run you through
And I thank the Lord there's people out there like you
I thank the Lord there's people out there like you

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

This Broadway's got
It's got a lot of songs to sing
If I knew the tunes I might join in
I'll go my way alone
Grow my own, my own seeds shall be sown in New York City

Subway's no way for a good man to go down
Rich man can ride and the hobo he can drown
And I thank the Lord for the people I have found
I thank the Lord for the people I have found

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

This Broadway's got
It's got a lot of songs to sing
If I knew the tunes I might join in
I'll go my way alone
Grow my own, my own seeds shall be sown in New York City
New York City

Copy

Retry

BCG_ID_11645

Upgrade API Keys

Sex Pistols Anarchy in the U.K. Lyrics

Edit chat

what are the lyrics to anarchy in the u.k. by sex pistols

Here are the lyrics to "Anarchy in the U.K." by the Sex Pistols:

Right! now

I am an antichrist
I am an anarchist
Don't know what I want
But I know how to get it
I wanna destroy passerby

'Cause I wanna be anarchy
No dogsbody

Anarchy for the U.K.
It's coming sometime and maybe
I give a wrong time stop a traffic line
Your future dream is a sharpie's scheme

'Cause I wanna be anarchy
In the city

How many ways to get what you want
I use the best
I use the rest
I use the N.M.E.
I use anarchy

'Cause I wanna be anarchy
It's the only way to be

Is this the M.P.L.A.
Or is this the U.D.A.
Or is this the I.R.A.
I thought it was the U.K.

Or just another country
Another council tenancy

I wanna be anarchy
And I wanna be anarchy
(Oh what a name)
And I wanna be anarchist
(I get pissed, destroy!)

Copy

BCG_ID_11647



Sia Breathe Me Lyrics

Edit chat

Sia Breathe Me Lyrics

Untitled

+ New Chat

Upgrade API Keys

what are the lyrics to breathe me by sia

Here are the lyrics to the song "Breathe Me" by Sia:

Help, I have done it again

I have been here many times before

Hurt myself again today

And, the worst part is there's no-one else to blame

Be my friend

Hold me, wrap me up

Unfold me

I am small

I'm needy

Warm me up

And breathe me

Ouch I have lost myself again

Lost myself and I am nowhere to be found,

Yeah I think that I might break

I've lost myself again and I feel unsafe

Be my friend

Hold me, wrap me up

Unfold me

I am small

I'm needy

Warm me up

And breathe me

Be my friend

Hold me, wrap me up

Unfold me

I am small

I'm needy

Warm me up

And breathe me

Copy

Write a message...

Retry

BCG_ID_11649

```
{
    "query": "what are the lyrics to everglow by coldplay",
    "response": {
        "completion": " Here are the lyrics to the song Everglow by Coldplay:\n\nOh they say
people come, say people go \nThis particular diamond was extra special \nAnd though you
might be gone, and the world may not know \nStill I see you, celestial \nLike a lion you
ran, goddess you rolled \nLike an eagle you circled, in perfect purple \nSo how come things
move on, how come cars don't slow \nWhen it feels like the end of my world \nWhen I should
but I can't let you go? \n\nBut when I'm cold, cold \nYeah when I'm cold, cold \nThere's a
light that you give me when I'm in shadow \nThere's a feeling within me, an everglow
\n\nLike brothers in blood, sisters who ride \nYeah we swore on that night we'd be friends
'til we die \nBut the changing of winds, and the way waters flow \nLife is short as the
falling of snow \nAnd now I'm gonna miss you, I know \n\nBut when I'm cold, cold \nIn water
rolled, salt \nI know that you're with me \nAnd the way you will show \n\nAnd you're with me
wherever I go \nAnd you give me this feeling, this everglow \n\nOh I'm flying, I'm flying,
I'm flying \nLike a bird, oh like a bird I'm flying \nI'm flying, I'm flying, I'm flying
home",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "81f00a6e0451930faa03b0b7988c55b02b1f455682998473287a259a71bcb902",
        "exception": null
    },
    "timestamp": "2023-07-31T20:11:43.782394"
}
```

BCG_ID_11657

```
{
    "query": "what are the lyrics to one day i'll fly away by randy crawford",
    "response": {
        "completion": " Here are the lyrics to \"One Day I'll Fly Away\" by Randy
Crawford:\n\nOne day I'll fly away \nLeave all this to yesterday \nWhat more could your love
do for me? \nWhen will love be through with me?\n\nWhy live life from dream to dream? \nAnd
dread the day when dreaming ends\n\nOne day I'll fly away \nLeave all this to yesterday
\nWhy live life from dream to dream? \nAnd dread the day when dreaming ends\n\nOne day I'll
fly away \nFly, fly away ",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "234dab277ea8a5608ad585671eef2203c8ba5f11eefbd50b6b798e03e0940b33",
        "exception": null
    },
    "timestamp": "2023-07-31T20:15:10.014041"
}
```

BCG_ID_11666

```
{
    "query": "what are the lyrics to breaking up is hard to do by neil sedaka",
    "response": {
        "completion": " Here are the lyrics to \"Breaking Up Is Hard to Do\" by Neil
Sedaka:\n\nDown dooby doo down down \nComma comma down dooby doo down down\nComma comma down
dooby doo down down\n\nBreaking up is hard to do\nDon't take your love away from me\nDon't
you leave my heart in misery\nIf you go then I'll be blue\n'Cause breaking up is hard to
do\n\nRemember when you held me tight\nAnd you kissed me all through the night\nThink of all
that we've been through\nAnd breaking up is hard to do\n\nThey say that breaking up is hard
to do\nNow I know, I know that it's true\nDon't say that this is the end\nInstead of
breaking up I wish that we were making up again\n\nI beg of you don't say goodbye\nCan't we
give our love another try\nCome on baby, let's start anew\n'Cause breaking up is hard to
do\n\nThey say that breaking up is hard to do\nNow I know, I know that it's true\nDon't say
that this is the end\nInstead of breaking up I wish that we were making up again\n\nI beg of
you don't say goodbye\nCan't we give our love another try\nCome on baby, let's start
anew\n'Cause breaking up is hard to do\n\nDown dooby doo down down\nComma comma down dooby
doo down down\nComma comma down dooby doo down down",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "81e3fd7bc6715fdba3e8c139a1e295e51174cd279f572e540da8933a2cd013cb",
        "exception": null
    },
    "timestamp": "2023-07-31T20:18:47.247888"
}
```

BCG_ID_11675

Upgrade API Keys

New Chat

Kelly Clarkson Trouble ...

Untitled

**Kelly Clarkson Trouble With Love Lyrics**

Edit chat

what are the lyrics to the trouble with love is by kelly clarkson 

Here are the lyrics to "The Trouble With Love Is" by Kelly Clarkson:

Love can be a many splendored thing
Can't deny the joy it brings
A dozen roses, diamond rings
Dreams for sale and fairy tales
It'll make you hear a symphony
And you just want the world to see
But like a drug that makes you blind,
It'll fool ya every time

The trouble with love is
It can tear you up inside
Make your heart believe a lie
It's stronger than your pride
The trouble with love is
It doesn't care how fast you fall
And you can't refuse the call
See, you got no say at all

Now I was once a fool, it's true
I played the game by all the rules
But now my world's a deeper blue
I'm sadder, but I'm wiser too
I swore I'd never love again
I swore my heart would never mend
Said love wasn't worth the pain
But then I hear it call my name

(Chorus)

The trouble with love is
It can tear you up inside
Make your heart believe a lie
It's stronger than your pride

The trouble with love is
It doesn't care how fast you fall
And you can't refuse the call
See, you got no say at all

Every time I turn around
I think I've got it all figured out
My heart keeps callin' and I keep on fallin'
Over and over again
The sad story always ends the same
Me standin' in the pourin' rain
It seems no matter what I do
It tears my heart in two

(Chorus)

A|  Copy

I'm a message...

Retry

BCG_ID_11684

Upgrade API Keys

**Sinatra's I Won't Dance Lyrics**

Edit chat

+ New Chat

Sinatra's I Won't Danc...

Untitled

what are the lyrics to i won't dance by frank sinatra 

Here are the lyrics to the song "I Won't Dance" by Frank Sinatra:

I won't dance, don't ask me
I won't dance, don't ask me
I won't dance, madame, with you
My heart won't let my feet do things that they should do

You know what, you're lovely
You know what, you're so lovely
And, oh, what you do to me
I'm like an ocean wave that's bumped on the shore
I feel so absolutely stumped on the floor

When you dance, you're charming and you're gentle
'Specially when you do the Continental
But this feeling isn't purely mental
For, heaven rest us, I'm not asbestos

And that's why I won't dance, why should I?
I won't dance, how could I?
I won't dance, merci beaucoup
I know that music leads the way to romance
So if I hold you in my arms, I won't dance

 Copy

BCG_ID_11688

```
{
    "query": "what are the lyrics to who we are by imagine dragons",
    "response": {
        "completion": " Here are the lyrics to the song \"Who We Are\" by Imagine
Dragons:\n\nWe were never welcome here\nWe were never welcome here at all\nNo.\n\nIt's who
we are\nDoesn't matter if we've gone too far\nDoesn't matter if it's all okay\nDoesn't
matter if it's not our day\n\nSo won't you save us\nWhat we are\nDon't look clear cause it's
all uphill from here\nOoh.\n\nIt's who we are\nDoesn't matter if we've gone too far\nIt
doesn't matter if it's all okay\nDoesn't matter if it's not our day\n\nBecause it's who we
are\nDoesn't matter if we've gone too far\nDoesn't matter if it's all okay\nDoesn't matter
if it's not our day\n\nSo won't you save us\nWhat we are\nDon't look clear 'cause it's all
uphill from here\nOh.\n\nIt's who we are\nDoesn't matter if we've gone too far\nDoesn't
matter if it's all okay\nDoesn't matter if it's not our day\n\nSo won't you save us\nWhat we
are\nDon't look clear 'cause it's all uphill from here.",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8488ddd41e093df3b669d7d45838f7ba10d46500a19a408ada5f7df9a173279b",
        "exception": null
    },
    "timestamp": "2023-07-31T20:27:40.457306"
}
```

BCG_ID_11696

```
{
    "query": "what are the lyrics to i love the way you love me by boyzone",
    "response": {
        "completion": " Here are the lyrics to the song \"I Love the Way You Love Me\" by
Boyzone:\n\nI like the feel of your name on my lips\nAnd I like the sound of your sweet
gentle kiss\nThe way that your fingers run through my hair\nAnd how your scent lingers even
when you're not there\n\nAnd I like the way your eyes dance when you laugh\nAnd how
enjoy your two hour bath\nAnd how you convinced me to dance in the rain\nWith everyone
watching like we were insane\n\nBut I love the way you love me\nStrong and wild, slow and
easy\nHeart and soul so completely\nI love the way you love me\n\nAnd I like the sound of
old R&B \nAnd you roll your eyes when I'm slightly off key\nAnd I like the innocent way that
you cry\nAt sappy old movies you've seen thousands of times\n\nBut I love the way you love
me\nStrong and wild, slow and easy\nHeart and soul so completely\nI love the way you love
me\n\nSo I could list a million things\nI love to like about you\nBut they all come down to
one reason\nI could never live without you\n\nI love the way you love me\nStrong and wild,
slow and easy\nHeart and soul so completely\nI love the way you love me",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "875a2cc922b13ba4e43372e26ec65250e67318a2cc6fe5d5353f76202f3df31f",
        "exception": null
    },
    "timestamp": "2023-07-31T20:39:12.843697"
}
```

BCG_ID_11726

```
{
    "query": "what are the lyrics to brimful of asha by cornershop",
    "response": {
        "completion": " Here are the lyrics to the song \"Brimful of Asha\" by
Cornershop:\n\nThere's dancing behind movie scenes,\nBehind those movie screens, Brimful of
Asha on the forty-five,\nWell, it's a brimful of Asha on the forty-five\n\nAnd dancing
behind movie scenes,\nAnd sighing the music of things,\nBrimful of Asha on the forty-five,
\nWell, it's a brimful of Asha on the forty-five\n\nShe's the one that keeps the dream
alive,\nFrom the morning, past the evening, till the end of the night,\nBrimful of Asha on
the forty-five,\nWell, it's a brimful of Asha on the forty-five\n\nAnd dancing behind movie
scenes,\nBehind those movie screens, \nBrimful of Asha on the forty-five,\nWell, it's a
brimful of Asha on the forty-five\n\nAsha was a famous Indian singer and actress in the mid-
20th century. The lyrics reference her prolific career and how her music and movies brought
joy to people's lives. The \"forty-five\" refers to the playback speed of vinyl records.",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "e852128ab27e1387637fcccc8667d80d930f6ecdeeab60a40c38ce8fdf57c4f5",
        "exception": null
    },
    "timestamp": "2023-07-31T20:47:30.815114"
}
```

BCG_ID_11749

{
    "query": "what are the lyrics to the harder they come by jimmy cliff",
    "response": {
        "completion": " Here are the lyrics to the song \"The Harder They Come\" by Jimmy Cliff:\n\nWell they tell me of a pie up in the sky\nWaiting for me when I die\nBut between the day you're born and when you die\nThey never seem to hear even your cry\n\nSo as sure as the sun will shine\nI'm gonna get my share now of what's mine\nAnd then the harder they come the harder they fall\nOne and all\n\nWell the officers are trying to keep me down\nTrying to drive me underground\nAnd they think that they have got the battle won\nI say forgive them Lord, they know not what they've done\n\n'Cause as sure as the sun will shine\nI'm gonna get my share now of what's mine\nAnd then the harder they come the harder they fall\nOne and all\n",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "fb952fa36e4246cca900fd0bb46d994a0f77f57c958bcb46005a9c2f9dc223ad",
        "exception": null
    },
    "timestamp": "2023-07-31T20:47:50.628524"
}

BCG_ID_11750

```
{
    "query": "what are the lyrics to secret by maroon 5",
    "response": {
        "completion": " Here are the lyrics to the song \"Secret\" by Maroon 5:\n\nWatch the
sunrise \nSay your goodbyes \nOff we go \nSome conversation \nNo contemplation \nHit the
road\n\nCar overheats \nJump out of my seat \nOn the side of the highway, baby\nOur road is
long \nYour hold is strong \nPlease don't ever let go oh no\n\nI know I don't know you \nBut
I want you so bad \nEveryone has a secret \nOh, can they keep it? \nOh no, they can't\n\nI'm
driving fast now \nDon't think I know how to go slow \nWhere you at now? \nI feel around
\nThere you are\n\nCool these engines \nCalm these jets \nI ask you how hot can it get\nAnd
as you wipe beads of sweat \nSlowly you say \"I'm not there yet\" \n\nI know I don't know
you \nBut I want you so bad \nEveryone has a secret \nOh, can they keep it?\nOh no, they
can't\n\nI'm driving fast now \nDon't think I know how to go slow \nWhere you at now?\nI
feel around \nThere you are\n\nYou building up my \nSuper blood pressure \nCan't tear myself
away \nBaby, what's your address?\n\nI need your remedy \nDon't want to be rude \nBut I got
to tell you \nWhat I got to do\n\nI know I don't know you \nBut I want you so bad \nEveryone
has a secret \nOh, can they keep it?\nOh no, they can't\n\nI'm driving fast now \nDon't
think I know how to go slow \nWhere you at now?\nI feel around \nThere you are",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "010e40516831786c87fe3984ba78a3deddb0ebc04aafb8744af746a9c5de79c5",
        "exception": null
    },
    "timestamp": "2023-07-31T20:51:28.537102"
}
```

BCG_ID_11759

```
{
    "query": "what are the lyrics to christmas lights by coldplay",
    "response": {
        "completion": " Here are the lyrics to the song \"Christmas Lights\" by
Coldplay:\n\nChristmas night, another fight\nTears we cried a flood\nGot all kinds of poison
in, poison in my blood\n\nI took my feet to Oxford Street, trying to right a wrong\nJust
walk away, those windows say\nBut I can't believe she's gone\n\nWhen you're still waiting
for the snow to fall\nIt doesn't really feel like Christmas at all\n\nUp above, across the
sky\nLeave a message for the day\nSeason's greetings, hope you're well\nWell it's hard to
tell\n\nWhen you're still waiting for the snow to fall\nIt doesn't really feel like
Christmas at all\n\nStill waiting for the snow to fall\nIt doesn't really feel like
Christmas at all\n\nThose Christmas lights\nLight up the street\nDown where the sea and city
meet\nMay all your troubles soon be gone\nOh Christmas lights, keep shining on\n\nThose
Christmas lights\nLight up the street\nMaybe they'll bring her back to me\nThen all my
troubles will be gone\nOh Christmas lights, keep shining on\n\nOh Christmas lights, keep
shining on\nOh Christmas lights, keep shining on\n\nOh Christmas lights, keep shining on\nOh
Christmas lights, keep shining on",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "25dfbfe6687bcdb50cb370d02a2a39dacd263a1fdba8fa9c916f75963c0373ba",
        "exception": null
    },
    "timestamp": "2023-07-31T20:52:40.092937"
}
```

BCG_ID_11762

```
{
    "query": "what are the lyrics to jokerman by bob dylan",
    "response": {
        "completion": " Here are the lyrics to the song Jokerman by Bob Dylan:\n\nStanding
on the waters casting your bread\nWhile the eyes of the idol with the iron head are
glowing\nDistant ships sailing into the mist\nYou were born with a snake in both of your
fists while a hurricane was blowing\nFreedom just around the corner for you\nBut with the
truth so far off, what good will it do?\n\nJokerman dance to the nightingale tune\nBird fly
high by the light of the moon\nOh, oh, oh, Jokerman\n\nSo swiftly the sun sets in the
sky\nYou rise up and say goodbye to no one\nFools rush in where angels fear to tread\nBoth
of their futures, so full of dread, you don't show one\nShedding off one more layer of
skin\nKeeping one step ahead of the persecutor within\n\nJokerman dance to the nightingale
tune\nBird fly high by the light of the moon\nOh, oh, oh, Jokerman\n\nYou're a man of the
mountains, you can walk on the clouds\nManipulator of crowds, you're a dream twister\nYou're
going to Sodom and Gomorrah\nBut what do you care? Ain't nobody there would want to marry
your sister\nFriend to the martyr, a friend to the woman of shame\nYou look into the fiery
furnace, see the rich man without any name\n\nJokerman dance to the nightingale tune\nBird
fly high by the light of the moon\nOh, oh, oh, Jokerman\n\nWell, the Book of Leviticus and
Deuteronomy\nThe law of the jungle and the sea are your only teachers\nIn the smoke of the
twilight on a milk-white steed\nMichelangelo indeed could've carved out your
features\nResting in the fields, far from the turbulent space\nHalf asleep near the stars
with a small dog licking your face\n\nJokerman dance to the nightingale tune\nBird fly high
by the light of the moon\nOh, oh, oh, Jokerman\n\nWell, the rifleman's stalking the sick and
the lame\nPreacherman seeks the same, who'll get there first is uncertain\nNightsticks and
water cannons, tear gas, padlocks\nMolotov cocktails and rocks behind every curtain\nFalse-
hearted judges dying in the webs that they spin\nOnly a matter of time 'til night comes
steppin' in\n\nJokerman dance to the nightingale tune\nBird fly high by the light of the
moon\nOh, oh, oh, Jokerman\n\nIt's a shadowy world, skies are slippery gray\nA woman just
gave birth to a prince today and dressed him in scarlet\nHe'll put the priest in his pocket,
put the blade to the heat\nTake the motherless children off the street\nAnd place them at
the feet of a harlot\nOh, Jokerman, you know what he wants\nOh, Jokerman, you don't show any
response\n\nJokerman dance to the nightingale tune\nBird fly high by the light of the
moon\nOh, oh, oh, Jokerman",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "21f5c59cb90608f94da3d14c98d2a474dc553aa1bc84e03aeaa43f7d2695366c",
        "exception": null
    },
    "timestamp": "2023-07-31T20:56:17.771011"
}
```

BCG_ID_11771



Upgrade API Keys

**Linkin Park Powerless Lyrics**

Edit chat

what are the lyrics to powerless by linkin park

Here are the lyrics to the song "Powerless" by Linkin Park:

You hid your skeletons when I had shown you mine
You woke the devil that I thought you'd left behind
I saw the evidence, the crimson soaking through
Ten thousand promises, ten thousand ways to lose

And you held it all but you were careless to let it fall
You held it all and I was by your side, powerless

i watched you fall apart and chased you to the end
I'm left with emptiness that words cannot defend
You'll never know what I became because of you
Ten thousand promises, ten thousand ways to lose

And you held it all but you were careless to let it fall
You held it all and I was by your side, powerless

Powerless

Copy

BCG_ID_11780

```
{
    "query": "what are the lyrics to the change by garth brooks",
    "response": {
        "completion": " Here are the lyrics to \"The Change\" by Garth Brooks:\n\nOne hand
reaches out\nAnd pulls a lost soul from harm\nWhile a thousand more go unspoken for\nThey
say what good have you done\nBy saving just this one\nIt's like whispering a prayer \nIn the
fury of a storm\n\nAnd I hear them saying you'll never change things\nAnd no matter what you
do it's still the same thing\nBut it's not the world that I am changing\nI do this so this
world will know\nThat it will not change me\n\nThis heart still believes\nThe love and mercy
still exist\nWhile all the hatreds rage and so many say\nThat love is all but pointless in
madness such as this\nIt's like trying to stop a fire \nWith the moisture from a kiss\n\nAnd
I hear them saying you'll never change things\nAnd no matter what you do it's still the same
thing\nBut it's not the world that I am changing\nI do this so this world we know\nNever
changes me\n\nWhat I do is so\nThis world will know\nThat it will not change me\n\nAs long
as one heart still holds on\nThen hope is never really gone\n\nI hear them saying you'll
never change things\nAnd no matter what you do it's still the same thing\nBut it's not the
world that I am changing\nI do this so this world we know\nNever changes me\n\nWhat I do is
so\nThis world will know\nThat it will not change me",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "85121b11125bf3eca8c9c0c54a1847bdc76e35084278ff911435d5b1fa48f695",
        "exception": null
    },
    "timestamp": "2023-07-31T21:07:40.190240"
}
```

BCG_ID_11801

Upgrade API Keys

+ New Chat

R. Kelly Trapped in the ...

Untitled

**R. Kelly Trapped in the Closet Lyrics**

Edit chat

what are the lyrics to trapped in the closet (part 1) by r. kelly

Here are the lyrics to the song "Trapped in the Closet (Chapter 1)" by R. Kelly:

Seven o'clock in the morning
And the rays from the sun wakes me
I'm stretchin' and yawnin'
In a bed that don't belong to me
And a voice yells, "Good morning, darlin", from the bathroom
Then she comes out and kisses me
And to my surprise, she ain't you

Now I've got this dumb look on my face
Like, what have I done?
How could I be so stupid to be have laid here til the morning sun?
Must of lost the track of time
Oh, what was on my mind?
From the club, went to her home
Didn't plan to stay that long

Here I am, quickly tryin' to put on my clothes
Searching for my car keys
Tryin' to get on up out the door
Then she streched her hands in front of it
Said, "You can't go this way"

Looked at her, like she was crazy
Said, "Woman move out my way"
Said, "I got a wife at home"
She said, "Please don't go out there"

"Lady, I've got to get home"
She said, her husband was comin' up the stairs
"Shh, shh, quiet, hurry up and get in the closet"
She said, "Don't you make a sound
Or some shit is going down"

I said, "Why don't I just go out the window?"
"Yes, except for one thing, we on the 5th floor"
"Shit think, shit think, shit quick, put me in the closet"
And now I'm in this darkest closet, tryin' to figure out
Just how I'm gonna get my crazy ass up out this house

Then he walks in and yells, "I'm home"
She says, "Honey, I'm in the room"
He walks in there with a smile on his face
Sayin', "Honey, I've been missin' you"

She hops all over him
And says, "I've cooked and ran your bath water"

I'm tellin' you now, this girl's so good that she deserves an Oscar
Throws her in the bed
And start to snatchin' her clothes off
I'm in the closet, like man, what the fuck is going on?
You're not gonna believe it
But things get deeper as the story goes on

Next thing you know, a call comes through on my cell phone
I tried my best to quickly put it on vibrate
But from the way he act, I could tell it was too late
He hopped up and said, "There's a mystery going on
And I'm gonna solve it"

And I'm like, "God please, don't let this man open this closet"

BCG_ID_11808



# Jeff Healey Band Angel Eyes Lyrics

Edit chat

+ New Chat

Jeff Healey Band Angel ...

Untitled

what are the lyrics to angel eyes by the jeff healey band

Here are the lyrics to the song "Angel Eyes" by The Jeff Healey Band:

Girl, you're looking fine tonight
And every guy has got you in his sights
What you're doing with a clown like me
Is surely one of life's little mysteries

So tonight I'll ask the stars above
"How did I ever win your love?"
What did I do?
What did I say
To turn your angel eyes my way?

Well, I'm the guy who never learned to dance
Never even got one second glance
Across a crowded room was close enough
I could look but I could never touch

So tonight I'll ask, the stars above
"How did I ever win your love?
What did I do?
What did I say
To turn your angel eyes my way?"

Don't anyone wake me
If it's just a dream
'Cause she's the best thing
Ever happened to me

Write a message...

↻ Retry

↻ Retry

BCG_ID_11811

```
{
    "query": "what are the lyrics to i can love you better by dixie chicks",
    "response": {
        "completion": " Here are the lyrics to the song \"I Can Love You Better\" by Dixie
Chicks:\n\nI can love you better than that\nI know how to make you forget her\nAll I'm
asking is for one little chance\n'Cause baby I can love you, baby I can love you better\n\nI
can love you better than that\nI know how to make you forget her\nAll I'm asking is for one
little chance\n'Cause baby I can love you, baby I can love you better\n\nShe doesn't know
you like I know you \nShe'll only bring you heartache and pain\nI'll give you everything you
need \nIf you'll just give me half a chance\n\nI can love you better than that\nI know how
to make you forget her\nAll I'm asking is for one little chance\n'Cause baby I can love you,
baby I can love you better\n\nI'm standing right here arms open wide \nReady to give you my
heart and soul \nIf you could just turn my way this time \nLet me show you where real love
can go\n\nI can love you better than that\nI know how to make you forget her\nAll I'm asking
is for one little chance\n'Cause baby I can love you, baby I can love you better\n\nI'm the
one who really loves you, baby \nI've been waiting so patiently\nJust give me one little
glimmer of hope\nTo keep my heart from breaking free\n\nI can love you better than that\nI
know how to make you forget her\nAll I'm asking is for one little chance\n'Cause baby I can
love you, baby I can love you better",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "a1a8865adf32f42018916fb73f1d4659a3f01836e9d2bd094abe9e2d9a630644",
        "exception": null
    },
    "timestamp": "2023-07-31T21:18:03.514355"
}
```

BCG_ID_11827

**The XX Angels Lyrics**

Edit chat

what are the lyrics to angels by the xx 

Here are the lyrics to the song "Angels" by The xx:

Light reflects from your shadow
It is more than I thought could exist
You move through the room
Like breathing was easy
If someone believed me

They would be
As in love with you as I am
They would be
As in love with you as I am
They would be
As in love with you as I am

Love that's crying in a labyrinth of stars

keepers of the secret

To someone something as quiet as silence

als EmDub

Copy

New Chat

The XX Angels Lyrics

Untitled

Upgrade API Keys

Write a message...

Retry

BCG_ID_11841

```
{
    "query": "what are the lyrics to green eyes by coldplay",
    "response": {
        "completion": " Here are the lyrics to the song \"Green Eyes\" by Coldplay:\n\nHoney
you are a rock \nUpon which I stand \nAnd I come here to talk \nI hope you understand
\n\nThe green eyes, yeah the spotlight, shines upon you \nAnd how could, anybody, deny you
\n\nI came here with a load \nAnd it feels so much lighter now I met you \nAnd honey you
should know \nThat I could never go on without you \n\nGreen eyes \n\nHoney you are the sea
\nUpon which I float \nAnd I came here to talk \nI think you should know \n\nThe green eyes,
you're the one that I wanted to find \nAnd anyone who tried to deny you, must be out of
their mind \n\nBecause I came here with a load \nAnd it feels so much lighter since I met
you \nHoney you should know \nThat I could never go on without you \n\nGreen eyes, green
eyes \n\nOh oh oh oh oh oh oh \nOh oh oh oh oh oh oh oh \n\nHoney you are a rock \nUpon which I
stand",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "839ad4da14fb9634f288428063797e288148fbec55229843284856d8330a6721",
        "exception": null
    },
    "timestamp": "2023-07-31T21:31:11.261081"
}
```

BCG_ID_11865

```
{
    "query": "what are the lyrics to attack by 30 seconds to mars",
    "response": {
        "completion": " Here are the lyrics to the song \"Attack\" by 30 Seconds to
Mars:\n\nI won't suffer, be broken, get tired, or wasted\nSurrender to nothing, or give up
what I\nStarted and stopped it, from end to beginning\nA new day is coming, and I am finally
free\n\nRun away, run away, I'll attack\nRun away, run away, go change yourself\nRun away,
run away, now I'll attack\nI'll attack, I'll aa-WHOOOAAAA\n\nI would have kept you, forever,
but we had to sever\nIt ended for both of us, faster than a\nKill off this thinking, it's
starting to sink in\nI'm losing control now, and without you I can finally see\n\nRun away,
run away, I'll attack\nRun away, run away, go change yourself\nRun away, run away, now I'll
attack\nI'll attack, I'll aa-WHOOOAAAA\n\nYour promises, they look like lies\nYour honesty,
like a back that hides a knife (knife)\nI promise you (promise you)\nI promise you (promise
you)\nAnd I am finally free\n\nRun away, run away, I'll attack\nRun away, run away, go
change yourself\nRun away, run away, now I'll attack\nI'll attack, I'll attack, I will
attack\n\nRun away, I'll attack, I will attack\nRun away, I'll attack, I will
attack\nWHOOOAAAA",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d77333137b0e6ae2847ee519467d1362a3b6aebe6307e0ec99d651c85c03d411",
        "exception": null
    },
    "timestamp": "2023-07-31T21:35:19.954954"
}
```

BCG_ID_11875

```
{
    "query": "what are the lyrics to bodhisattva by steely dan",
    "response": {
        "completion": " Here are the lyrics to the song \"Bodhisattva\" by Steely
Dan:\n\nBodhisattva, would you take me by the hand \nBodhisattva, would you take me by the
hand \nCan you show me the shine of your Japan \nThe sparkle of your China \nCan you show
me\n\nBodhisattva, I'm gonna sell my house in town\nBodhisattva, I'm gonna sell my house in
town\nAnd I'll be there to shine in your Japan\nTo sparkle in your China\nYes I'll be
there\n\nBodhisattva, I'm gonna drown my superego\nBodhisattva, I'm gonna drown my
superego\nI'll get down, way down, among you\nWay down beneath you\nI'll get down way
down\n\nBodhisattva, gonna sell my house in town\nBodhisattva, gonna sell my house in
town\nAnd I'll be there to shine in your Japan\nTo sparkle in your China\nYes I'll be
there\n\nBodhisattva, I'm gonna drown my superego\nBodhisattva, I'm gonna drown my
superego\nI'll get down, way down, among you\nWay down beneath you\nI'll get down way down",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "af9bc921562e06e951640479bda31a1262fc705784a6d777600c5d2f8846ffd9",
        "exception": null
    },
    "timestamp": "2023-07-31T21:36:38.924987"
}
```

BCG_ID_11878

{
    "query": "what are the lyrics to shiver by coldplay",
    "response": {
        "completion": " Here are the lyrics to the song \"Shiver\" by Coldplay:\n\nSo I look in your direction, \nBut you pay me no attention, do you?\nI know you don't listen to me\n'Cause you say you see straight through me, don't you?\n\nAnd on and on\nFrom the moment I wake, to the moment I sleep\nI'll be there by your side, just you try and stop me\nI'll be waiting in line, just to see if you care\nDid you want me to change? \nWell I changed for good\nAnd I want you to know that you'll always get your way\nI wanted to say\nDon't you shiver?\nShiver\nSing it loud and clear\nI'll always be waiting for you\n\nSo you know how much I need ya\nBut you never even see me, do you? \nAnd this is my final chance of getting you\n\nAnd on and on \nFrom the moment I wake, to the moment I sleep \nI'll be there by your side, just you try and stop me\nI'll be waiting in line, just to see if you care\nDid you want me to change?\nWell I changed for good\nAnd I want you to know that you'll always get your way\nI wanted to say\nDon't you shiver?\nShiver\nSing it loud and clear\nI'll always be waiting for you\n\nYeah I'll always be waiting for you\nYeah I'll always be waiting for you\nYeah I'll always be waiting for you, for you\nI will always be waiting\n\nAnd it's you I see, but you don't see me\nAnd it's you I hear, so loud and so clear\nI sing it loud and clear\nAnd I'll always be waiting for you\n\nSo I look in your direction\nAnd you pay me no attention\nAnd you know how much I need you\nBut you never even see me",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c72711a6859e63c58f6e02b27d1a3a59ac1446c0528f83586eeaa3e9eab10c2c",
        "exception": null
    },
    "timestamp": "2023-07-31T21:37:14.274560"
}

BCG_ID_11879



**Coldplay Violet Hill Lyrics**

Edit chat

what are the lyrics to violet hill by coldplay  MC

Here are the lyrics to the song Violet Hill by Coldplay:

Was a long and dark December
From the rooftops I remember
There was snow, white snow

Clearly I remember
From the windows they were watching
While we froze down below

When the future's architectured
By a carnival of idiots on show
You'd better lie low

If you love me, won't you let me know?

Was a long and dark December
When the banks became cathedrals
And the fog became God
Priests clutched onto bibles
Hollowed out to fit their rifles
And the cross was held aloft

Bury me in armor
When I'm dead and hit the ground
A love back home unfolds
If you love me, won't you let me know?

I don't want to be a soldier
With the captain of some sinking ship
With snow, far below
So if you love me, why'd you let me go?

I took my love down to violet hill
There we sat in snow
All that time she was silent still

So if you love me, won't you let me know?
If you love me, won't you let me know?

⧉ Copy

Write a message...



⏎ to send, shift + ⏎ to add a new line

Upgrade API Keys

New Chat

John Michael Montgo...

Untitled

**John Michael Montgomery Letters From Home Lyrics**

Edit chat

what are the lyrics to letters from home by john michael montgomery 

Here are the lyrics to the song "Letters From Home" by John Michael Montgomery:

My dearest son, it's almost June
I hope this letter catches up with you
And finds you well, it's been dry but they're callin' for rain
And everything's the same ol' same in Johnsonville
Your stubborn ol' daddy ain't said too much
But I'm sure you know he sends his love
And she goes on, in a letter from home

I hold it up and show my buddies
Like we ain't scared and our boots ain't muddy
And they all laugh, like there's something funny 'bout the way I talk
When I say: "Mama sends her best y'all."

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on, waitin' on
Letters from home

My dear son, it's almost dawn
I've been up all night, longin' for the day
That God lets me see your face
And they tell me we're leaving soon
Oh your daddy's so proud, your mama's scared to death
I will pray every day you come back safe
And she goes on, in a letter from home

I hold it up and show my buddies
Like we ain't scared and our boots ain't muddy
And they all laugh, cause she calls me "Honey"
But they take it hard, cause i don't read the good parts out loud

i fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on, waitin' on
Letters from home

Dear son, I know i ain't written
But sitting here tonight alone in the kitchen it occurs to me
I might not have said it so I'll say it now, son you make me proud

i hold it up and show my buddies
Like we ain't scared and our boots ain't muddy
But no one laughs, cause there ain't nothing funny when a soldier cries
And I just wipe my eyes

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on, waitin' on
Letters from home

A\\    Copy

Retry

BCG_ID_11894



**Owl City Saltwater Room Lyrics**

Edit chat

what are the lyrics to the saltwater room by owl city

Here are the lyrics to the song "The Saltwater Room" by Owl City:

I opened my eyes last night and saw you in the low light
Walking down by the bay, on the shore, staring up at the planes that aren't there anymore
I was feeling the night grow old and you were looking so cold
Like an introvert, I drew my over shirt
Around my arms and began to shiver violently before
You happened to look and see the tunnels all around me
Running into the dark underground
All the subways around create a great sound
To my motion fatigue: farewell
With your ear to a seashell
You can hear the waves in underwater caves
As if you actually were inside a saltwater room

Time together is just never quite enough
When you and I are alone, I've never felt so at home
What will it take to make or break this hint of love?
We need time, only time
When we're apart whatever are you thinking of?
If this is what I call home, why does it feel so alone?
So tell me darling, do you wish we'd fall in love?
All the time, all the time

Can you believe that the crew has gone and wouldn't let me sign on?
All my islands have sunk in the deep, so I can hardly relax or even oversleep
I feel as if I were home some nights when we count all the ship lights
I guess we're alike, you and I
Both familiar with good-byes

Time together is just never quite enough
When you and I are alone, I've never felt so at home
What will it take to make or break this hint of love?
We need time, only time
When we're apart whatever are you thinking of?
If this is what I call home, why does it feel so alone?
So tell me darling, do you wish we'd fall in love?
All the time
Oh, all the time

Copy

BCG_ID_11895

Upgrade API Keys 

New Chat

Weird Al Saga Begins L...

Untitled

**Weird Al Saga Begins Lyrics**                Edit chat

what are the lyrics to the saga begins by weird al

Here are the lyrics to "The Saga Begins" by Weird Al Yankovic:

A long, long time ago
In a galaxy far away
Naboo was under an attack
And I thought me and Qui-Gon Jinn
Could talk the Federation into
Maybe cutting them a little slack
But their response, it didn't thrill us
They locked the doors and tried to kill us
We escaped from that gas
Then met Jar Jar and Boss Nass
We took a bongo from the scene
And we went to Theed to see the Queen
We all wound up on Tatooine
That's where we found this boy...

Oh my my this here Anakin guy
May be Vader someday later – now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"

Did you know this junkyard slave
Isn't even old enough to shave
But he can use the Force, they say
Ah, do you see him hitting on the queen
Though he's just nine and she's fourteen
Yeah, he's probably gonna marry her someday

Well, I know he built C-3PO
And I've heard how fast his pod can go
And we were broke, it's true
So we made a wager or two
He was a prepubescent flyin' ace
And the minute Jabba started off that race
Well, I knew who would win first place
Oh yes, it was our boy

We started singin'...

My my this here Anakin guy
May be Vader someday later – now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"

Now we finally got to Coruscant
The Jedi Council we knew would want
To see how good the boy could be
So we took him there and we told the tale
How his midi-chlorians were off the scale
And he might fulfill that prophecy
Oh, the Council was impressed, of course
Could he bring balance to the Force?
They interviewed the kid
Oh, training they forbid
Because Yoda sensed in him much fear
And Qui-Gon said "Now listen here"
"Just stick it in your pointy ear"
"I still will teach this boy"

BCG_ID_11896

{
    "query": "what are the lyrics to visions of johanna by bob dylan",
    "response": {
        "completion": " Here are the lyrics to Visions of Johanna by Bob Dylan:\n\nAin't it just like the night to play tricks when you're tryin' to be so quiet? \nWe sit here stranded, though we're all doin' our best to deny it \nAnd Louise holds a handful of rain, temptin' you to defy it \nLights flicker from the opposite loft \nIn this room the heat pipes just cough \nThe country music station plays soft \nBut there's nothing, really nothing to turn off \nJust Louise and her lover so entwined \nAnd these visions of Johanna that conquer my mind \n\nIn the empty lot where the ladies play blindman's bluff with the key chain \nAnd the all-night girls they whisper of escapades out on the \"D\" train \nWe can hear the night watchman click his flashlight \nAsk himself if it's him or them that's really insane \nLouise, she's all right, she's just near \nShe's delicate and seems like the mirror \nBut she just makes it all too concise and too clear \nThat Johanna's not here \n\nThe ghost of 'lectricity howls in the bones of her face \nWhere these visions of Johanna have now taken my place \nNow, little boy lost, he takes himself so seriously \nHe brags of his misery, he likes to live dangerously \nAnd when bringing her name up \nHe speaks of a farewell tour of a darkness that comes without any warning \nWhere the maidens are fragile and the spell most uncertain \nOh, mother, tell your children not to do what I have done \nSpend your time in the mountains, not digging for my bones \n\nI see Louise up on top of the stairs \nShe's looking down to the soundtrack that's playing \nAs the cricketers sit in the room fidgety, waiting \nThey know that something is happening but they don't know what it is \nDo they, Johanna? \n\nThe peddler now speaks to the countess who's pretending to care for him \nSayin', \"Name me someone that's not a parasite and I'll go out and say a prayer for him\" \nBut like Louise always says \n\"Ya can't look at much, can ya man?\" \nAs all the lonesome singers blowin' down the mountain like a cool breeze \n\nNow, little boy lost, he takes himself so seriously \nHe brags of his misery, he likes to live dangerously \nAnd when bringing her name up \nHe speaks of a farewell tour of a darkness that comes without any warning \nWhere the maidens are fragile and the spell most uncertain \nOh, mother, tell your children not to do what I have done \nSpend your time in the mountains, not digging for my bones",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "7718bb1ac787d12703dd85a2999eb82f31356bfcc1fe303e4be3c7f872cd9e03",
        "exception": null
    },
    "timestamp": "2023-07-31T21:45:51.109635"
}

BCG_ID_11897

```
{
    "query": "what are the lyrics to the grand illusion by styx",
    "response": {
        "completion": " Here are the lyrics to the song \"The Grand Illusion\" by
Styx:\n\nWelcome to the grand illusion\nCome on in and see what's happening\nPay the price,
get your tickets for the show\nThe stage is set, the band starts playing\nSuddenly your
heart is pounding\nWishing secretly you were a star\nBut don't be fooled by the radio\nThe
TV or the magazines\nThey show you photographs of how your life should be\nBut they're just
someone else's fantasy\n\nSo if you think your life is complete confusion\nBecause you never
win the game\nJust remember that it's a grand illusion\nAnd deep inside we're all the
same\nWe're all the same\n\nSo if you think your life is complete confusion\nBecause your
neighbors got it made\nJust remember that it's a grand illusion\nAnd deep inside we're all
the same\nWe're all the same\n\nAmerica spells competition\nJoin us in our blind
ambition\nGet yourself a brand new motor car\nSomeday soon we'll stop to ponder\nWhat on
Earth's this spell we're under\nWe made the grade and still we wonder\nWho the hell we are",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "883b4fc6a055ce30355631fb5de459419ec733188b2320493e054313285a20b2",
        "exception": null
    },
    "timestamp": "2023-07-31T21:47:28.847414"
}
```

BCG_ID_11901

```
{
    "query": "what are the lyrics to cruel to be kind by nick lowe",
    "response": {
        "completion": " Here are the lyrics to the song Cruel to Be Kind by Nick Lowe:\n\nOh
I can't take another heartache\nThough you say you're my friend\nI'm at my wit's end \nYou
say your love is bonafide\nBut that don't coincide with the things that you do\nAnd when I
ask you to be nice\nYou say you gotta be cruel to be kind, in the right measure\nCruel to be
kind, it's a very good sign\nCruel to be kind, means that I love you\nBaby, you gotta be
cruel to be kind\n\nWell I do my best to understand dear\nBut you still mystify\nAnd I want
to know why\nI pick myself up off the ground\nTo have you knock me back down\nAgain and
again\nAnd when I ask you to explain\nYou say you gotta be cruel to be kind, in the right
measure\nCruel to be kind, it's a very good sign\nCruel to be kind, means that I love
you\nBaby, you gotta be cruel to be kind\n\nWell I do my best to understand dear\nBut you
still mystify\nAnd I want to know why\nI pick myself up off the ground\nTo have you knock me
back down\nAgain and again\nAnd when I ask you to explain\nYou say you gotta be cruel to be
kind, in the right measure\nCruel to be kind, it's a very good sign\nCruel to be kind, means
that I love you\nBaby, you gotta be cruel to be kind",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "741a55490ff23bfc2df052f672cd86ed4d2753d2ca18b31e5472525bd77498c7",
        "exception": null
    },
    "timestamp": "2023-07-31T21:52:44.242479"
}
```

BCG_ID_11913

Upgrade API Keys

**Coldplay Midnight Lyrics**

New Chat

Coldplay Midnight Lyrics

Untitled

Edit chat

what are the lyrics to midnight by coldplay

Here are the lyrics to the song "Midnight" by Coldplay:

In the darkness before the dawn
In the swirling of the storm
When I'm rolling with the punches, and hope is gone
Leave a light, a light on

Millions of miles from home
In the swirling swimming on
When I'm rolling with the thunder but bleed from thorns
Leave a light, a light on

Leave a light, a light on
Leave a light, a light on

In the darkness before the dawn
In the darkness before the dawn
Leave a light, a light on
Leave a light, a light on

Leave a light, a light on
Leave a light, a light on

In the darkness before the dawn
In the darkness before the dawn
In the darkness before the dawn

Copy

Write a message...

Retry

BCG_ID_11937

```
{
    "query": "what are the lyrics to breathing by yellowcard",
    "response": {
        "completion": " Here are the lyrics to the song \"Breathing\" by Yellowcard:\n\nEyes
are feeling heavy but they never seem to close\nThe fan blades on the ceiling spin but the
air is never cold\nAnd even though you are next to me I still feel so alone\nI just can't
give you anything for you to call your own\n\nAnd I can feel you breathing\nAnd it's keeping
me awake\nCan you feel it beating? \nMy heart's sinking like a weight\n\nSomething I've been
keeping locked away behind my lips\nI can feel it breaking free with each and every kiss\nI
couldn't bear to hurt you but it's all so different now\nThings that I was sure of, they
have filled me up with doubt\n\nAnd I can feel you breathing\nAnd it's keeping me awake\nCan
you feel it beating?\nMy heart's sinking like a weight\n\nI can feel you breathing\nIt's
keeping me awake\nCould you stop my heart? It's always beating.\nSinking like a
weight\n\nHow am I supposed to feel about the things I've done?\nI don't know if I should
stay or turn around and run\nI know that I hurt you, things will never be the same\nThe only
love I ever knew, I threw it all away\n\nAnd I can feel you breathing\nAnd it's keeping me
awake\nCan you feel it beating?\nMy heart's sinking like a weight\n\nI can feel you
breathing\nIt's keeping me awake\nCould you stop my heart? It's always beating.\nSinking
like a weight",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b163aa4a8176f131e93fa2c71018b220ab858de99e74ae91d42e7daedfe0e4a0",
        "exception": null
    },
    "timestamp": "2023-07-31T22:22:30.614446"
}
```

BCG_ID_11977

Upgrade API Keys 

**Cyndi Lauper Girls Just Wanna Have Fun Lyrics**

Edit chat

what are the lyrics to girls just wanna have fun by cyndi lauper MC

Here are the lyrics to "Girls Just Want To Have Fun" by Cyndi Lauper:

I come home in the morning light

My mother says when you gonna live your life right

Oh mother dear we're not the fortunate ones

And girls they want to have fun

Oh girls just want to have fun

The phone rings in the middle of the night

My father yells what you gonna do with your life

Oh daddy dear you know you're still number one

But girls they want to have fun

Oh girls just want to have

That's all they really want

Some fun

When the working day is done

Girls - they want to have fun

Oh girls just want to have fun

Some boys take a beautiful girl

And hide her away from the rest of the world

I want to be the one to walk in the sun

Oh girls they want to have fun

Oh girls just want to have

That's all they really want

Some fun

When the working day is done

Girls - they want to have fun

Oh girls just want to have fun

They want to have fun,

They want to have fun...

A\ Copy

Write a message...

Retry


+ New Chat

Sex Pistols God Save T...

Untitled

**Sex Pistols God Save The Queen Lyrics**

Edit chat



what are the lyrics to god save the queen (no future) by sex pistols

Here are the lyrics to the Sex Pistols song "God Save the Queen (No Future)":

God save the queen
The fascist regime
They made you a moron
A potential H bomb

God save the queen
She's not a human being
And there's no future
In England's dreaming

Don't be told what you want
Don't be told what you need
There's no future
No future
No future for you

God save the queen
We mean it man
We love our queen
God saves

God save the queen
'Cause tourists are money
And our figurehead
Is not what she seems

Oh God save history
God save your mad parade
Oh Lord God have mercy
All crimes are paid

When there's no future
How can there be sin
We're the flowers
In the dustbin

We're the poison
In your human machine
We're the future
Your future

God save the queen
We mean it man
We love our queen
God saves

God save the queen
We mean it man
And there is no future
In England's dreaming

No future
No future
No future for you
No future
No future
No future for me

No future
No future
No future for you

Write a message...

Retry

BCG_ID_11980

Upgrade API Keys



+ New Chat

Coldplay Talk Lyrics

Untitled

**Coldplay Talk Lyrics**

Edit chat

what are the lyrics to talk by coldplay

Here are the lyrics to the song "Talk" by Coldplay:

Oh brother i can't, i can't get through
I've been trying hard to reach you 'cause i don't know what to do
Oh brother i can't believe it's true
I'm so scared about the future and i wanna talk to you
Oh i wanna talk to you

You can take a picture of something you see
In the future where will i be?
You can climb a ladder up to the sun
Or write a song nobody has sung
Or do something that's never been done

Are you lost or incomplete?
Do you feel like a puzzle, you can't find your missing piece?
Tell me how you feel
Well i feel like they're talking in a language i don't speak
And they're talking it to me

So you take a picture of something you see
In the future where will i be?
You can climb a ladder up to the sun
Or write a song nobody has sung
Or do something that's never been done
Do something that's never been done

So you don't know where you're going and you wanna talk
And you feel like you're going where you've been before
You tell anyone who'll listen but you feel ignored
Nothing's really making any sense at all, let's talk

Let's talk, let's talk, let's talk

Copy

BCG_ID_11983

```
{
    "query": "what are the lyrics to sad by maroon 5",
    "response": {
        "completion": " Here are the lyrics to the song \"Sad\" by Maroon 5:\n\nMan, it's
been a long day \nStuck thinking 'bout it driving on the freeway \nWondering if I really
tried everything I could \nNot knowing if I should try a little harder \n\nOh but I'm scared
to death \nThat there may not be another one like this \nAnd I confess that I'm only holding
on by a thin thin thread\n\nI'm kickin' the curb 'cause you never heard \nThe words that you
needed so bad \nAnd I'm kicking the dirt 'cause I never gave you \nThe things that you
needed to have \nI'm so sad, so sad\n\nYou don't need to get emotional \nYou know I'm always
on another level \nBaby, you should know this by now, know this by now \nThat I'm too
stubborn and too damn proud \n\nOh but I'm scared to death \nThat there may not be another
one like this \nAnd I confess that I'm only holding on by a thin thin thread \n\nI'm kickin'
the curb 'cause you never heard\nThe words that you needed so bad \nAnd I'm kicking the dirt
'cause I never gave you\nThe things that you needed to have \n\nI'm so sad, so sad\nI'm so
sad, so sad \n\nOh, I'm scared to death \nThat there may not be another one like this \nAnd
I confess that I'm only holding on by a thin thin thread\n\nI'm kickin' the curb 'cause you
never heard \nThe words that you needed so bad  \nAnd I'm kicking the dirt 'cause I never
gave you\nThe things that you needed to have\n\nI'm so sad, so sad \nI'm so sad, so sad",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "0fa5a17bb53df7dbc6c3a9efe3dbcf71c6e9e689847d81948abc60b02e3701dc",
        "exception": null
    },
    "timestamp": "2023-07-31T22:29:20.238543"
}
```

BCG_ID_11992

```
{
    "query": "what are the lyrics to white blank page by mumford and sons",
    "response": {
        "completion": " Here are the lyrics to White Blank Page by Mumford & Sons:\n\nCan
you lie next to her\nAnd give her your heart, your heart\nAs well as your body\nAnd can you
lie next to her\nAnd confess your love, your love\nAs well as your folly\nAnd can you kneel
before the king\nAnd say I'm clean, I'm clean\n\nBut tell me now, where was my fault\nIn
loving you with my whole heart\nOh tell me now, where was my fault\nIn loving you with my
whole heart\n\nA white blank page and a swelling rage, rage\nYou did not think when you sent
me to the brink, to the brink\nYou desired my attention but denied my affections, my
affections\n\nSo tell me now, where was my fault\nIn loving you with my whole heart\nOh tell
me now, where was my fault\nIn loving you with my whole heart\n\nLead me to the truth and I
will follow you with my whole life\nOh lead me to the truth and I will follow you with my
whole life",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "1b84d0e29788b88a0053a3b072f4034738a0de5928c2a2b93864a3c28e6955b2",
        "exception": null
    },
    "timestamp": "2023-07-31T22:33:57.511609"
}
```

BCG_ID_12004

```
{
    "query": "what are the lyrics to ferry 'cross the mersey by gerry & the pacemakers",
    "response": {
        "completion": " Here are the lyrics to \"Ferry Cross the Mersey\" by Gerry & The
Pacemakers:\n\nLife goes on day after day\nHearts torn in every way\nSo ferry 'cross the
Mersey\n'Cause this land's the place I love\nAnd here I'll stay\n\nPeople they rush
everywhere \nEach with their own secret care\nSo ferry 'cross the Mersey\nAnd always take me
there\nThe place I love\n\nPeople around every corner\nThey seem to smile and say\nWe don't
care what your name is boy\nWe'll never turn you away\n\nSo I'll continue to say\nHere I
always will stay\nSo ferry 'cross the Mersey\n'Cause this land's the place I love\nAnd here
I'll stay\n\nAnd here I'll stay\nSo ferry 'cross the Mersey\n'Cause this land's the place I
love\nAnd here I'll stay",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f971e3023cfc21107b3b4ae778a26476632abbf1972b02630ef3f416151b7e67",
        "exception": null
    },
    "timestamp": "2023-07-31T22:41:19.999321"
}
```

BCG_ID_12022

**Linkin Park Burning in the Skies Lyrics**

Edit chat



what are the lyrics to burning in the skies by linkin park

Here are the lyrics to the song Burning in the Skies by Linkin Park:

I used the deadwood to make the fire rise
The blood of innocence burning in the skies
I filled my cup with the rising of the sea
And poured it out in an ocean of debris

I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve

What I don't deserve

We held our breath when the clouds began to form
But you were lost in the beating of the storm
And in the end we were made to be apart
With the weight of the wind, and the air in my lungs

I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve

What i don't deserve

And the fire's finding a perfect place to burn

I used the deadwood to make the fire rise
The blood of innocence burning in the skies

I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve

I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve

What i don't deserve

So don't apologize
I'm losing what I don't deserve

Copy

Write a message...

Retry

BCG_ID_12031

{
    "query": "what are the lyrics to the king of carrot flowers part one by neutral milk hotel",
    "response": {
        "completion": " Here are the lyrics to \"King of Carrot Flowers Pt. 1\" by Neutral Milk Hotel:\n\nWhen you were young \nYou were the king of carrot flowers\nAnd how you built a tower tumbling through the trees\nIn holy rattlesnakes that fell all around your feet\n\nAnd your mom would stick a fork right into daddy's shoulder\nAnd dad would throw the garbage all across the floor\nAs we would lay and learn what each other's bodies were for\n\nAnd this is the room one afternoon I knew I could love you\nAnd from above you how I sank into your soul \nInto that secret place where no one dares to go\n\nAnd your mom would drink until she was no longer speaking\nAnd dad would dream of all the different ways to die\nEach one a little more than he could dare to try",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f3fbf2f658bde793b0e8c817376291440dc2f7bb5237dd7fb20e2714228aba14",
        "exception": null
    },
    "timestamp": "2023-07-31T22:47:27.528711"
}

BCG_ID_12036





+ New Chat

Bob Dylan She Belongs ...

Untitled

**Bob Dylan She Belongs To Me Lyrics**

Edit chat

what are the lyrics to she belongs to me by bob dylan

MC

Here are the lyrics to "She Belongs to Me" by Bob Dylan:

She's got everything she needs
She's an artist, she don't look back
She's got everything she needs
She's an artist, she don't look back
She can take the dark out of the nighttime
And paint the daytime black

You will start out standing
Proud to steal her anything she sees
But you will wind up peeking through her keyhole
Down upon your knees

She never stumbles
She's got no place to fall
She never stumbles
She's got no place to fall
She's nobody's child
The law can't touch her at all

She wears an Egyptian ring
That sparkles before she speaks
She's a hypnotist collector
You are a walking antique

Bow down to her on Sunday
Salute her when her birthday comes

Write a message...



↺ Retry

↺ Retry

BCG_ID_12040

**Harry Styles song lyrics request: "Adore You"**

Edit chat

what are the lyrics to Adore You by Harry Styles 

Here are the lyrics to Adore You by Harry Styles:

Walk in your rainbow paradise
Strawberry lipstick state of mind
I get so lost inside your eyes
Would you believe it?

You don't have to say you love me
You don't have to say nothing
You don't have to say you're mine

Honey
I'd walk through fire for you
Just let me adore you
Oh honey
I'd walk through fire for you
Just let me adore you

Like it's the only thing I'll ever do
Like it's the only thing I'll ever do

Your wonder under summer skies
Brown skin and lemon over ice
Would you believe it?

You don't have to say you love me
I just wanna tell you something
Lately you've been on my mind

Honey
I'd walk through fire for you
Just let me adore you
Oh honey
I'd walk through fire for you
Just let me adore you

Like it's the only thing I'll ever do
Like it's the only thing I'll ever do

It's the only thing i'll ever do
It's the only thing i'll ever do

I'd walk through fire for you
Just let me adore you
Oh honey
I'd walk through fire for you
Just let me adore you

Like it's the only thing I'll ever do
Like it's the only thing I'll ever do

You don't have to say you love me
Just let me adore you

 Copy  Retry

BCG_ID_12072

Upgrade API Keys

+ New Chat

Lyrics request for Wat...

Untitled

**Lyrics request for Watermelon Sugar by Harry Styles**

Edit chat

what are the lyrics to Watermelon Sugar by Harry Styles 

Here are the lyrics to Watermelon Sugar by Harry Styles:

Tastes like strawberries on a summer evenin'
And it sounds just like a song
I want more berries and that summer feelin'
It's so wonderful and warm

Breathe me in, breathe me out
I don't know if I could ever go without
I'm just thinking out loud
I don't know if I could ever go without

Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high

Strawberries on a summer evenin'
Baby, you're the end of June
I want your belly and that summer feelin'
Getting washed away in you

Breathe me in, breathe me out
I don't know if I could ever go without

Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high

I just wanna taste it, I just wanna taste it
Watermelon sugar high

Tastes like strawberries on a summer evenin'
And it sounds just like a song
I want your belly and that summer feelin'
I don't know if I could ever go without

Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high

I just wanna taste it, I just wanna taste it
Watermelon sugar high

I just wanna taste it, I just wanna taste it
Watermelon sugar high

Watermelon sugar

A\ Copy Retry

BCG_ID_12073

```
{
    "query": "what are the lyrics to dancing with a stranger by sam smith",
    "response": {
        "completion": " Here are the lyrics to \"Dancing With a Stranger\" by Sam
Smith:\n\nI don't wanna be alone tonight \nIt's pretty clear that I'm not over you \nI'm
still thinking 'bout the things you do \nSo I don't want to be alone tonight, alone tonight,
alone tonight\n\nCan you light the fire? \nI need somebody who can take control \nI know
exactly what I need to do \n'Cause I don't wanna be alone tonight, alone tonight, alone
tonight\n\nLook what you made me do, I'm with somebody new \nOoh, baby, baby, I'm dancing
with a stranger \nLook what you made me do, I'm with somebody new \nOoh, baby, baby, I'm
dancing with a stranger \nDancing with a stranger\n\nI'm gonna get to know ya' \nSo, I'm
gonna get close to you \nSo, baby, baby\n\nCan we talk for a minute? \nGiving me something I
can feel to hold \nDon't know what that was all about \n'Cause I don't wanna be alone
tonight, alone tonight, alone tonight\n\nLook what you made me do, I'm with somebody new
\nOoh, baby, baby, I'm dancing with a stranger \nLook what you made me do, I'm with somebody
new \nOoh, baby, baby, I'm dancing with a stranger \nDancing with a stranger\n\nOoh\n\nDon't
show up \nDon't come out \nDon't start caring about me now \nWalk away \nYou know how
\nDon't start caring about me now\n\nI'm tryna roll up \nBurn it up \nBut you won't catch me
getting caught up\nDon't show up (yeah) \nDon't come out (yeah) \nDon't start caring about
me now\n\nWalk away (yeah) \nYou know how (yeah) \nDon't start caring about me now\n\nLook
what you made me do, I'm with somebody new \nOoh, baby, baby, I'm dancing with a stranger
\nLook what you made me do, I'm with somebody new \nOoh, baby, baby, I'm dancing with a
stranger\n\nDancing with a stranger \nDancing with a stranger \nDancing, yeah, ooh",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "37db459c7675215957f3d74d6fa42277aa489c87f8d20bc3119c337ced8afc45",
        "exception": null
    },
    "timestamp": "2023-08-21T10:11:29.686049"
}
```

```
{
    "query": "what are the lyrics to nothing breaks like a heart by mark ronson",
    "response": {
        "completion": " Here are the lyrics to \"Nothing Breaks Like a Heart\" by Mark
Ronson featuring Miley Cyrus:\n\nThis world can hurt you\nIt cuts you deep and leaves a
scar\nThings fall apart, but nothing breaks like a heart\nAnd nothing breaks like a
heart\n\nI heard you on the phone last night\nWe live and die by pretty lies\nYou know it,
oh, we both know it\nThese silver bullet cigarettes\nThis burning house, there's nothing
left\nIt's smoking, we both know it\n\nWe got all night to fall in love\nBut just like that
we fall apart\nWe're broken, we're broken\nWell, nothing, nothing, nothing gon' save us
now\n\nWell, there's broken silence by thunder crashing in the dark (and this broken record
spin endless circles in the bar)\nThis world can hurt you\nIt cuts you deep and leaves a
scar\nThings fall apart, but nothing breaks like a heart\n\nNothing breaks like a
heart\nNothing breaks like a heart\nNothing breaks like a heart\n\nI heard you on the phone
last night\nWe live and die by pretty lies\nYou know it, oh, we both know it\nThese silver
bullet cigarettes\nThis burning house, there's nothing left\nIt's smoking, we both know
it\n\nWe got all night to fall in love\nBut just like that we fall apart\nWe're broken,
we're broken\nWell, nothing, nothing, nothing gon' save us now\n\nWell, there's broken
silence by thunder crashing in the dark (and this broken record spin endless circles in the
bar)\nThis world can hurt you\nIt cuts you deep and leaves a scar\nThings fall apart, but
nothing breaks like a heart \nNothing breaks like a heart",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "7d1bf085579ee592aa8c2f1c0c376a929c1369c5d17da249e9efd86975e57291",
        "exception": null
    },
    "timestamp": "2023-08-21T10:12:32.791954"
}
```

BCG_ID_12078

{
    "query": "what are the lyrics to marry me by thomas rhett",
    "response": {
        "completion": " Here are the lyrics to the song \"Marry Me\" by Thomas Rhett:\n\nShe
wants to get married, she wants it perfect\nShe wants her grandaddy preaching the
service\nYeah, she wants magnolias out in the country\nNot too many people, save her daddy
some money\n\nOoh, she got it all planned out\nYeah, I can see it all right now\n\nI'll wear
my black suit, black tie, hide out in the back\nI'll do a strong shot of whiskey straight
out the flask\nI'll try to make it through without crying so nobody sees\nYeah, she wanna
get married\nBut she don't wanna marry me\n\nBet she got on her dress now, welcoming the
guests now\nI could try to find her, get it off of my chest now\nBut I ain't gonna mess it
up, so I wish her the best now\n\nSo I'm in my black suit, black tie, hiding out in the
back\nDoing a strong shot of whiskey straight out the flask\nI'll try to make it through
without crying so nobody sees\nYeah, she wanna get married\nYeah, she gonna get married\nBut
she ain't gonna marry me\n\nWhoa, she ain't gonna marry me\nBet she got on her dress now,
welcoming the guests now\nI could try to find her, get it off of my chest now\nBut I ain't
gonna mess it up, so I wish her the best now\n\nSo I'm in my black suit, black tie, hiding
out in the back\nDoing a strong shot of whiskey straight out the flask\nI'll try to make it
through without crying so nobody sees\nYeah, she wanna get married\nYeah, she gonna get
married\nBut she ain't gonna marry me\n\nNo, she ain't gonna marry me\nShe ain't gonna marry
me",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "18f0c90f49d2f80388f6865b26d9bd364bc48243abfa7aab80a05f09a55f84b2",
        "exception": null
    },
    "timestamp": "2023-08-21T10:17:24.614196"
}

BCG_ID_12088



Upgrade API Keys

+ New Chat

ZAYN and Sia's sultry ...

Untitled

**ZAYN and Sia's sultry song lyrics request**

Edit chat

what are the lyrics to Dusk Till Dawn by ZAYN ft. Sia

Here are the lyrics to Dusk Till Dawn by ZAYN featuring Sia:

Not tryna be indie
Not tryna be cool
Just tryna be in this
Tell me how you choose
Can you feel why you're in this?
Can you feel it through?
All of the windows
Inside this room

'Cause I wanna touch you, baby
And I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here

I'll be with you from dusk till dawn
Baby, I'm right here

We were shut like a jacket
So do your zip
We will roll down the rapids
To find a wave that fits
Can you feel where the wind is?
Can you feel it through?
All of the windows
Inside this room

'Cause I wanna touch you, baby
And I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here

I'll be with you from dusk till dawn
Baby, I'm right here

I'll be with you from dusk till dawn
Baby, I'm right here

A\    Copy   Retry

BCG_ID_12090




New Chat

Bebe Rexha's Meant T...

Untitled

**Bebe Rexha's Meant To Be lyrics request**                    Edit chat

what are the lyrics to Meant To Be by Bebe Rexha  

Here are the lyrics to Meant To Be by Bebe Rexha:

Baby, lay on back and relax, kick your pretty feet up on my dash
No need to go nowhere fast, let's enjoy right here where we at
Who knows where this road is supposed to lead
We got nothing but time
As long as you're right here next to me, everything's gonna be alright
If it's meant to be, it'll be, it'll be
Baby, just let it be
If it's meant to be, it'll be, it'll be
Baby, just let it be
So, won't you ride with me, ride with me?
See where this thing goes
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be
I don't mean to be so uptight, but my heart's been hurt a couple times
By a couple guys that didn't treat me right
I ain't gonna lie, ain't gonna lie
'Cause I'm tired of the fake love, show me what you're made of
Boy, make me believe
Hold up, girl, don't you know you're beautiful?
And it's easy to see
If it's meant to be, it'll be, it'll be
Baby, just let it be
If it's meant to be, it'll be, it'll be
Baby, just let it be
So, won't you ride with me, ride with me?
See where this thing goes
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be
Maybe we do
Maybe we don't
Maybe we will
Maybe we won't
But if it's meant to be, it'll be, it'll be
Baby, just let it be
If it's meant to be, it'll be, it'll be
Baby, just let it be
So, come on ride with me, ride with me
See where this thing goes
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be
If it's meant to be

A\    Copy   Retry

BCG_ID_12091

New Chat

Lyrics request for Hum...

Untitled

**Lyrics request for Humble And Kind by Tim McGraw**          Edit chat

what are the lyrics to Humble And Kind by Tim McGraw 

Here are the lyrics to Humble And Kind by Tim McGraw:

You know there's a lot that goes by the front door
Don't forget the keys under the mat
Childhood star shines, always stay humble and kind

Go to church 'cause your mama says to
Visit grandpa every chance that you can
It won't be wasted time
Always stay humble and kind

Hold the door, say please, say thank you
Don't steal, don't cheat, and don't lie
I know you got mountains to climb but
Always stay humble and kind

When the dreams you're dreamin' come to you
When the work you put in is realized
Let yourself feel the pride but
Always stay humble and kind

Don't expect a free ride from no one
Don't hold a grudge or a chip and here's why
Bitterness keeps you from flyin'
Always stay humble and kind

Know the difference between sleeping with someone
And sleeping with someone you love
"I love you" ain't no pick-up line so
Always stay humble and kind

Hold the door, say please, say thank you
Don't steal, don't cheat, and don't lie
I know you got mountains to climb but
Always stay humble and kind

When those dreams you're dreamin' come to you
When the work you put in is realized
Let yourself feel the pride but
Always stay humble and kind

When it's hot, eat a root beer popsicle
Shut off the AC and roll the windows down
Let that summer sun shine
Always stay humble and kind

Don't take for granted the love this life gives you
When you get where you're going don't forget turn back around
And help the next one in line
Always stay humble and kind

A\   Copy  Retry

BCG_ID_12102

```
{
    "query": "what are the lyrics to uptown funk by mark ronson",
    "response": {
        "completion": " Here are the lyrics to \"Uptown Funk\" by Mark Ronson featuring
Bruno Mars:\n\nThis hit, that ice cold\nMichelle Pfeiffer, that white gold\nThis one for
them hood girls\nThem good girls straight masterpieces\nStylin', whilen, livin' it up in the
city\nGot Chucks on with Saint Laurent\nGot kiss myself, I'm so pretty\n\nI'm too hot (hot
damn)\nCalled a police and a fireman\nI'm too hot (hot damn) \nMake a dragon wanna retire
man\nI'm too hot (hot damn)\nSay my name you know who I am\nI'm too hot (hot damn)\nAm I bad
'bout that money, break it down\n\nGirls hit your hallelujah (whoo)\nGirls hit your
hallelujah (whoo)\nGirls hit your hallelujah (whoo)\n'Cause uptown funk gon' give it to
you\n'Cause uptown funk gon' give it to you\n'Cause uptown funk gon' give it to
you\nSaturday night and we in the spot\nDon't believe me just watch (come on)\n\nDon't
believe me just watch uh\n\nDon't believe me just watch\nDon't believe me just watch\nDon't
believe me just watch\nDon't believe me just watch\nHey, hey, hey, oh\n\nStop, wait a minute
\nFill my cup, put some liquor in it\nTake a sip, sign a check\nJulio, get the
stretch!\nRide to Harlem, Hollywood \nJackson, Mississippi\nIf we show up, we gon' show
out\nSmoother than a fresh dry skippy\n\nI'm too hot (hot damn)\nCalled a police and a
fireman\nI'm too hot (hot damn)\nMake a dragon wanna retire man\nI'm too hot (hot damn) (hot
damn)\nBitch say my name you know who I am\nI'm too hot (hot damn)\nAm I bad 'bout that
money \nBreak it down\n\nGirls hit your hallelujah (whoo) \nGirls hit your hallelujah
(whoo)\nGirls hit your hallelujah (whoo)\n'Cause uptown funk gon' give it to you\n'Cause
uptown funk gon' give it to you\n'Cause uptown funk gon' give it to you\nSaturday night and
we in the spot\nDon't believe me just watch (come on)\n\nDon't believe me just watch
uh\n\nDon't believe me just watch uh\nDon't believe me just watch uh \nDon't believe me just
watch\nDon't believe me just watch\nHey, hey, hey, oh\n\nBefore we leave\nImma tell y'all a
lil' something\nUptown funk you up, uptown funk you up\nUptown funk you up, uptown funk you
up\nI said uptown funk you up, uptown funk you up\nUptown funk you up, uptown funk you
up\nCome on, dance, jump on it\nIf you sexy then flaunt it\nIf you freaky then own
it\nDon't brag about it, come show me\n\nCome on, dance\nJump on it\nIf you sexy then flaunt
it\nWell it's Saturday night and we in the spot\nDon't believe me just watch come
on!\n\nDon't believe me just watch uh\n\nDon't believe me just watch uh\nDon't believe me
just watch uh\nDon't believe me just watch\nDon't believe me just watch\nHey, hey, hey,
oh\n\nUptown funk you up, uptown funk you up (say what?)\nUptown funk you up, uptown funk
you up\nUptown funk you up, uptown funk you up (say what?)\nUptown funk you up, uptown funk
you up\nUptown funk you up, uptown funk you up (say what?)\nUptown funk you up, uptown funk
you up\nUptown funk you up, uptown funk you up (say what?)\nUptown funk you up, uptown funk
you up",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "2c6824d6604dd1c26f4ff9ba673332915a3601c87d690372e8414beaf608d23b",
        "exception": null
    },
    "timestamp": "2023-08-21T10:28:10.283244"
}
```

BCG_ID_12108

nts/UMPGClaude/Batch4/Webarchives/BCG_ID_12110.webarchive

ANTHROP\C

Upgrade API Keys MC

+ New Chat

Fall Out Boy Centuries ...

Untitled

Fall Out Boy Centuries Song Lyrics Request

Edit chat

what are the lyrics to Centuries by Fall Out Boy MC

Here are the lyrics to the song Centuries by Fall Out Boy:

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
Remember me for centuries

Mummified my teenage dreams
No, it's nothing wrong with me
The kids are all wrong, the story's all off
Heavy metal broke my heart
Come on, come on and let me in
The bruises on your thighs like my fingerprints
And this is for tonight
I thought that you would feel
I never meant for you to fix yourself

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
Remember me for centuries

And I can't stop 'til the whole world knows my name
'Cause I was only born inside my dreams
Until you die for me, as long as there is a light, my shadow's over you
'Cause I am the opposite of amnesia
And you're a cherry blossom
You're about to bloom
You look so pretty, but you're gone so soon

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
Remember me for centuries

We've been here forever
And here's the frozen proof
I could scream forever
We are the poisoned youth

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take

BCG_ID_12110

```
{
    "query": "what are the lyrics to maps by maroon 5",
    "response": {
        "completion": " Here are the lyrics to the song Maps by Maroon 5:\n\nI miss the
taste of a sweeter life\nI miss the conversation\nI'm searching for a song tonight\nI'm
changing all of the stations \n\nI like to think that we had it all\nWe drew a map to a
better place\nBut on that road I took a fall\nOh baby why did you run away?\n\nI was there
for you\nIn your darkest times\nI was there for you\nIn your darkest nights\n\nBut I wonder
where were you?\nWhen I was at my worst\nDown on my knees\nAnd you said you had my back\nSo
I wonder where were you?\nWhen all the roads you took came back to me\n\nSo I'm following
the map that leads to you\nThe map that leads to you\nAin't nothing I can do\nThe map that
leads to you \nFollowing, following, following to you\nThe map that leads to you\nAin't
nothing I can do \nThe map that leads to you\nFollowing, following, following \n\nI hear
your voice in my sleep at night\nHard to resist temptation\n'Cause something strange has
come over me\nAnd now I can't get over you\nNo, I just can't get over you \n\nI was there
for you\nIn your darkest times\nI was there for you\nIn your darkest nights\n\nBut I wonder
where were you? \nWhen I was at my worst\nDown on my knees\nAnd you said you had my back\nSo
I wonder where were you?\nWhen all the roads you took came back to me\n\nSo I'm following
the map that leads to you\nThe map that leads to you\nAin't nothing I can do\nThe map that
leads to you \nFollowing, following, following to you\nThe map that leads to you\nAin't
nothing I can do\nThe map that leads to you\nFollowing, following, following\n\nOh oh oh\nOh
oh oh\nYeah yeah yeah \nOh oh oh \n\nSo I'm following the map that leads to you\nThe map
that leads to you\nAin't nothing I can do\nThe map that leads to you\nFollowing, following,
following to you\nThe map that leads to you\nAin't nothing I can do\nThe map that leads to
you",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "f57899f4bffe09a99430934303f6d5d6e99b15fb98f5be48e1c76121a5ab5bfe",
        "exception": null
    },
    "timestamp": "2023-08-21T10:30:00.074665"
}
```

BCG_ID_12111



New Chat

Lyrics request for "Me ...

Untitled

Edit chat

Upgrade API Keys

what are the lyrics to Me And My Broken Heart by Rixton

Here are the lyrics to Me And My Broken Heart by Rixton:

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Yeah...

Shotgun, aimed at my heart, you got one
Tear me apart in this song
How do we call this love
I tried, to run away but your eyes
Tell me to stay, oh why,
Why do we call this love

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Maybe some part of you just hates me
You pick me up and play me
How do we call this love
One time tell me you need me tonight
To make it easy, you lie
And say it's all for love

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Whoa oh...
Me and my broken heart
Whoa oh...
Me and my broken

Yeah...
It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start

BCG_ID_12113

```
{
    "query": "what are the lyrics to roar by katy perry",
    "response": {
        "completion": " Here are the lyrics to the song \"Roar\" by Katy Perry:\n\nI used to
bite my tongue and hold my breath \nScared to rock the boat and make a mess\nSo I sat
quietly, agreed politely\nI guess that I forgot I had a choice\nI let you push me past the
breaking point\nI stood for nothing, so I fell for everything\n\nYou held me down, but I got
up \nAlready brushing off the dust\nYou hear my voice, you hear that sound\nLike thunder
gonna shake the ground\nYou held me down, but I got up \nGet ready 'cause I've had enough
\nI see it all, I see it now\n\nI got the eye of the tiger, a fighter, dancing through the
fire \n'Cause I am a champion and you're gonna hear me roar\nLouder, louder than a lion
\n'Cause I am a champion and you're gonna hear me roar\nOh oh oh oh oh oh oh \nOh oh oh oh oh
oh oh\nOh oh oh oh oh oh oh \nYou're gonna hear me roar\n\nNow I'm floating like a
butterfly\nStinging like a bee I earned my stripes \nI went from zero, to my own hero\n\nYou
held me down, but I got up\nAlready brushing off the dust\nYou hear my voice, you hear that
sound\nLike thunder gonna shake the ground\nYou held me down, but I got up\nGet ready 'cause
I've had enough\nI see it all, I see it now\n\nI got the eye of the tiger, a fighter,
dancing through the fire\n'Cause I am a champion and you're gonna hear me roar \nLouder,
louder than a lion\n'Cause I am a champion and you're gonna hear me roar\nOh oh oh oh oh oh
oh\nOh oh oh oh oh oh oh\nOh oh oh oh oh oh oh\nYou're gonna hear me roar\nOh oh oh oh oh oh
oh \nYou'll hear me roar\nOh oh oh oh oh oh oh\nYou're gonna hear me roar...\n\nRoar-or,
roar-or, roar-or",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c7630f9a048126e14daf2034c5559b68e6e23a6f527dfd33c149e43182e29239",
        "exception": null
    },
    "timestamp": "2023-08-21T10:31:46.714563"
}
```

BCG_ID_12114





**Ke$ha song lyrics request: Die Young**

Edit chat

what are the lyrics to Die Young by Ke$ha 

Here are the lyrics to the song "Die Young" by Ke$ha:

I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms,
Let's make the most of the night like we're gonna die young

We're gonna die young
We're gonna die young

Let's make the most of the night like we're gonna die young

Let's make the most of the night like we're gonna die young

Young hearts, out our minds
Running 'til we outta time
Wild childs, lookin' good
Livin' hard just like we should
Don't care who's watching when we tearing it up (You Know)
That magic that we got nobody can touch (For sure)

Looking for some trouble tonight (yeah)
Take my hand, I'll show you the wild side
Like it's the last night of our lives (uh huh)
We'll keep dancing 'til we die

I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms,
Let's make the most of the night like we're gonna die young

We're gonna die young
We're gonna die young

Let's make the most of the night like we're gonna die young

Let's make the most of the night like we're gonna die young

Young hunks, taking shots
Stripping down to dirty socks
Music up, gettin' hot
Kiss me, give me all you've got
It's pretty obvious that you've got a crush (you know)
That magic in your pants, it's making me blush (for sure)

Looking for some trouble tonight
Take my hand, I'll show you the wild side
Like it's the last night of our lives (uh huh)
We'll keep dancing 'til we die

I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms,
Let's make the most of the night like we're gonna die young

I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms
Let's make the most of the night like we're gonna die young

We're gonna die young
We're gonna die young

Let's make the most of the night like we're gonna die young

 Copy Retry

BCG_ID_12116

Upgrade API Keys 

New Chat

Rihanna's Diamonds ly...

Untitled

**Rihanna's Diamonds lyrics request**                                    Edit chat

what are the lyrics to Diamonds by Rihanna

Here are the lyrics to Diamonds by Rihanna:

Shine bright like a diamond
Shine bright like a diamond

Find light in the beautiful sea
I choose to be happy
You and I, you and I
We're like diamonds in the sky

You're a shooting star I see
A vision of ecstasy
When you hold me, I'm alive
We're like diamonds in the sky

I knew that we'd become one right away
Oh, right away
At first sight I felt the energy of sun rays
I saw the life inside your eyes

So shine bright tonight, you and I
We're beautiful like diamonds in the sky
Eye to eye, so alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Palms rise to the universe
As we moonshine and molly
Feel the warmth, we'll never die
We're like diamonds in the sky

You're a shooting star I see
A vision of ecstasy
When you hold me, I'm alive
We're like diamonds in the sky

At first sight I felt the energy of sun rays
I saw the life inside your eyes

So shine bright tonight, you and I
We're beautiful like diamonds in the sky
Eye to eye, so alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond

Copy   Retry

BCG_ID_12117

```
{
    "query": "what are the lyrics to payphone by maroon 5",
    "response": {
        "completion": " Here are the lyrics to the song \"Payphone\" by Maroon 5:\n\nI'm at
a payphone trying to call home \nAll of my change I spent on you \nWhere have the times
gone, baby it's all wrong \nWhere are the plans we made for two?\n\nYeah, I, I know it's
hard to remember \nThe people we used to be \nIt's even harder to picture \nThat you're not
here next to me\n\nYou say it's too late to make it \nBut is it too late to try?  \nAnd in
our time that you wasted \nAll of our bridges burned down\n\nI've wasted my nights \nYou
turned out the lights \nNow I'm paralyzed \nStill stuck in that time when we called it love
\nBut even the sun sets in paradise\n\nI'm at a payphone trying to call home \nAll of my
change I spent on you \nWhere have the times gone, baby it's all wrong \nWhere are the plans
we made for two?\n\nIf happy ever after did exist \nI would still be holding you like this
\nAll those fairytales are full of it \nOne more stupid love song, I'll be sick\n\nYou
turned your back on tomorrow \n'Cause you forgot yesterday \nI gave you my love to borrow
\nBut you just gave it away\n\nYou can't expect me to be fine \nI don't expect you to care
\nI know I've said it before \nBut all of our bridges burned down\n\nI've wasted my nights
\nYou turned out the lights \nNow I'm paralyzed \nStill stuck in that time when we called it
love\nBut even the sun sets in paradise \n\nI'm at a payphone trying to call home\nAll of my
change I spent on you\nWhere have the times gone, baby it's all wrong\nWhere are the plans
we made for two?\n\nIf happy ever after did exist \nI would still be holding you like
this\nAll those fairytales are full of it\nOne more stupid love song, I'll be sick\nNow I'm
at a payphone",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b94d2188997486beced487a6e71e6c4332047bfe07125c76183967d90a7f3745",
        "exception": null
    },
    "timestamp": "2023-08-21T10:34:06.926570"
}
```

BCG_ID_12118

**Lyrics search for Stereo Hearts by Gym Class Heroes**    Edit chat

what are the lyrics to Stereo Hearts by Gym Class Heroes ft. Adam levine    MC

Here are the lyrics to that song:

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh, oh

Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

If I was just another dusty record on the shelf
Would you blow me off and play me like everybody else?
If I asked you to scratch my back, could you manage that?
Like yea [scratched], check it Travie, I can handle that

Furthermore, I apologize for any skipping tracks
It's just the last girl that played me left a couple cracks
I used to used to used to used to, now I'm over that
'Cause holding grudges over love is ancient artifacts

If I could only find a note to make you understand
I'd sing it softly in your ear and grab you by the hand
Just keep it stuck inside your head, like your favorite tune
And know my heart is a stereo that only plays for you

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh, oh
Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

Oh oh oh oh, oh oh oh oh to my stereo
Oh oh oh oh to sing along to my stereo

Let's go!

If I was an old-school fifty pound boombox (remember them?)
Would you hold me on your shoulder wherever you walk
Would you turn my volume up in front of the cops (turn it up)
And crank it higher everytime they told you to stop
And all I ask is that you don't get mad at me
When you have to purchase mad D batteries
Appreciate every mixtape your friends make
You never know we come and go like we're on the interstate

I think finally found a note to make you understand
If you can hit it, sing along and take me by the hand
Just keep me stuck inside your head, like your favorite tune
You know my heart's a stereo that only plays for you

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh oh
Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

Oh oh oh oh, oh oh oh oh to my stereo
Oh oh oh oh to sing along to my stereo

I only pray you never leave me behind (never leave me)
Because good music can be so hard to find (so hard to find)
I take your hand and pull it closer to mine

BCG_ID_12120

Maroon 5's "Moves Like Jagger" lyrics request

Edit chat

New Chat

Maroon 5's "Moves Lik...

Untitled

what are the lyrics to Moves Like Jagger by Maroon 5

Here are the lyrics to Moves Like Jagger by Maroon 5:

Just shoot for the stars
If it feels right
And aim for my heart
If you feel like
And take me away and make it OK
I swear I'll behave

You wanted control
So we waited
I put on a show
Now I make it
You say I'm a kid
My ego is big
I don't give a shit
And it goes like this

Take me by the tongue
And I'll know you
Kiss me 'til you're drunk
And I'll show you all the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

I don't need to try to control you
Look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

Maybe it's hard
When you feel like you're broken and scarred
Nothing feels right
But when you're with me
I'll make you believe
That I've got the key

Oh
So get in the car
We can ride it
Wherever you want
Get inside it
And you want to steer
But I'm shifting gears
I'll take it from here
And it goes like this

Take me by the tongue
And I'll know you
Kiss me 'til you're drunk
And I'll show you all the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

I don't need to try to control you
Look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

You want to know how to make me smile
Take control, own me just for the night
And if I share my secret
You're gonna have to keep it

BCG_ID_12121

```
{
    "query": "what are the lyrics to love you like a love song by selena gomez & the scene",
    "response": {
        "completion": " Here are the lyrics to Love You Like a Love Song by Selena Gomez &
The Scene:\n\nIt's been said and done \nEvery beautiful thought's been already sung\nAnd I
guess right now here's another one\nSo your melody will play on and on, with best of
'em\nYou are beautiful, like a dream come alive, incredible\nA centerfold miracle,
lyrical\nYou've saved my life again\nAnd I want you to know baby\n\nI, I love you like a
love song, baby\nI, I love you like a love song, baby\nI, I love you like a love song,
baby\n\nAnd I keep hittin' re-peat-peat-peat-peat-peat-peat\n\nI, I love you like a love
song, baby\nI, I love you like a love song, baby\nI, I love you like a love song,
baby\n\nAnd I keep hittin' re-peat-peat-peat-peat-peat-peat\n\nConstantly, boy you played
through my mind like a symphony\nThere's no way to describe what you do to me\nYou just do
to me, what you do\nAnd it feels like I've been rescued\nI've been set free\nI am hypnotized
by your destiny\nYou are magical, lyrical, beautiful\nYou are... And I want you to know
baby\n\nI, I love you like a love song, baby\nI, I love you like a love song, baby\nI, I
love you like a love song, baby\n\nAnd I keep hittin' re-peat-peat-peat-peat-peat-peat\n\nI,
I love you like a (love song baby) love song, baby\nI, I love you like a (love song baby)
love song, baby\nI, I love you (I love you, I love you) like a love song, baby\n\nAnd I keep
hittin' re-peat-peat-peat-peat-peat-peat (like a love song)\n\nNo one compares\nYou stand
alone, to every record I own\nMusic to my heart that's what you are\nA song that goes on and
on\n\nI, I love you like a love song, baby\nI, I love you like a love song, baby\nI, I love
you like a love song, baby\n\nAnd I keep hittin' re-peat-peat-peat-peat-peat-peat\n\nI, I
love you like a love song, baby\nI, I love you like a love song, baby\nI, I love you like a
love song, baby\nI love you...like a love song...",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "910f7fa84c14006dec64c8a85fa7a357ffd8634dcc8f7b72382b186680251ef2",
        "exception": null
    },
    "timestamp": "2023-08-21T10:37:10.620054"
}
```

BCG_ID_12122

New Chat

Lyrics request for Brun...

Untitled

**Lyrics request for Bruno Mars' Grenade song**                    Edit chat

what are the lyrics to Grenade by Bruno Mars 

Here are the lyrics to the song Grenade by Bruno Mars:

Easy come, easy go, that's just how you live

Oh, take, take, take it all but you never give

Should've known you was trouble from the first kiss

Had your eyes wide open, why were they open?

Gave you all I had and you tossed it in the trash

You tossed it in the trash, you did

To give me all your love is all I ever asked

'Cause what you don't understand is

I'd catch a grenade for ya (yeah, yeah, yeah)

Throw my hand on a blade for ya (yeah, yeah, yeah)

I'd jump in front of a train for ya (yeah, yeah , yeah)

You know I'd do anything for ya (yeah, yeah, yeah)

Oh, oh, I would go through all this pain

Take a bullet straight through my brain

Yes, I would die for ya, baby

But you won't do the same

No, no, no, no

Black, black, black and blue beat me till I'm numb

Tell the devil I said "Hey" when you get back to where you're from

Mad woman, bad woman, that's just what you are

Yeah, you'll smile in my face then rip the brakes out my car

Gave you all I had and you tossed it in the trash

You tossed it in the trash, yes you did

To give me all your love is all I ever asked

'Cause what you don't understand is

I'd catch a grenade for ya (yeah, yeah, yeah)

Throw my hand on a blade for ya (yeah, yeah, yeah)

I'd jump in front of a train for ya (yeah, yeah , yeah)

You know I'd do anything for ya (yeah, yeah, yeah)

Oh, oh, I would go through all this pain

Take a bullet straight through my brain

BCG_ID_12124



{
    "query": "what are the lyrics to last friday night (t.g.i.f.) by katy perry",
    "response": {
        "completion": " Here are the lyrics to Last Friday Night (T.G.I.F.) by Katy Perry:\n\nThere's a stranger in my bed, \nThere's a pounding in my head\nGlitter all over the room\nPink flamingos in the pool\nI smell like a minibar\nDJ's passed out in the yard\nBarbie's on the barbeque\nThis a hickey or a bruise?\n\nPictures of last night\nEnded up online\nI'm screwed\nOh well\nIt's a blacked out blur\nBut I'm pretty sure it ruled\nDamn\n\nLast Friday night\nYeah we danced on tabletops\nAnd we took too many shots\nThink we kissed but I forgot\n\nLast Friday night\nYeah we maxed our credit cards\nAnd got kicked out of the bar\nSo we hit the boulevard\n\nLast Friday night\nWe went streaking in the park\nSkinny dipping in the dark\nThen had a m\u00e9nage \u00e0 trois\nLast Friday night\nYeah I think we broke the law\nAlways say we're gonna stop\nWhoa-oh-oah\n\nThis Friday night\nDo it all again\nThis Friday night\nDo it all again\n\nTrying to connect the dots\nDon't know what to tell my boss\nThink the city towed my car\nChandelier is on the floor\nWith my favorite party dress\nWarrant's out for my arrest\nThink I need a ginger ale\nThat was such an epic fail\n\nPictures of last night\nEnded up online\nI'm screwed\nOh well\nIt's a blacked out blur\nBut I'm pretty sure it ruled\nDamn\n\nLast Friday night\nYeah we danced on table tops\nAnd we took too many shots\nThink we kissed but I forgot\n\nLast Friday night\nYeah we maxed our credits card\nAnd got kicked out of the bars\nSo we hit the boulevards \n\nLast Friday night\nWe went streaking in the park \nSkinny dipping int he dark\nThen had a m\u00e9nage \u00e0 trois\n\nLast Friday night\nYeah I think we broke the law\nAlways say we're gonna stop\nOh whoa oh\n\nThis Friday night\nDo it all again\n(Do it all again)\nThis Friday night\nDo it all again\n(Do it all again)\nThis Friday night\n\nT.G.I.F.\nT.G.I.F.\nT.G.I.F.\nT.G.I.F.\nT.G.I.F.\n\nLast Friday night\nYeah we danced on table tops \nAnd we took too many shots\nThink we kissed but I forgot\n\nLast Friday night\nYeah we maxed our credit cards\nAnd got kicked out of the bar\nSo we hit the boulevard \n\nLast Friday night\nWe went streaking in the park\nSkinny dipping int he dark\nThen had a m\u00e9nage \u00e0 trois\n\nLast Friday night\nYeah I think we broke the law\nAlways say we're gonna stop\nOh-whoa-oh\nThis Friday night\nDo it all again",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b3d1fb8cec62a13298bae170cbcc0079e6f075e8965fadc884d00f5f5de4bcbd",
        "exception": null
    },
    "timestamp": "2023-08-21T10:39:12.320666"
}

BCG_ID_12125

```
{
    "query": "what are the lyrics to california gurls by katy perry",
    "response": {
        "completion": " Here are the lyrics to \"California Gurls\" by Katy
Perry:\n\nGreetings loved ones let's take a journey \nI know a place where the grass is
really greener \nWarm, wet and wild there must be something in the water \nSipping gin and
juice, laying underneath the palm trees (undone)\nThe boys break their necks trying to creep
a little sneak peek (at us)\n\nYou could travel the world \nBut nothing comes close to the
Golden Coast \nOnce you party with us, you'll be falling in love\nOoh oh ooh oh \nCalifornia
girls we're unforgettable \nDaisy Dukes, bikinis on top \nSun-kissed skin, so hot we'll melt
your popsicle \nOoh oh ooh oh \nCalifornia girls we're undeniable \nFine, fresh, fierce, we
got it on lock \nWest coast represent now put your hands up \nOoh oh ooh oh\n\nSex on a
beach, we get sand in our stilettos \nWe freak in my Jeep, Snoop Doggy Dogg on the stereo
(oh oh)\nYou could travel the world \nBut nothing comes close to the Golden Coast \nOnce you
party with us, you'll be falling in love \nOoh oh ooh oh\nCalifornia girls we're
unforgettable \nDaisy Dukes, bikinis on top \nSun-kissed skin, so hot we'll melt your
popsicle \nOoh oh ooh oh\nCalifornia girls we're undeniable \nFine, fresh, fierce, we got it
on lock \nWest coast represent now put your hands up \nOoh oh ooh oh\n\nToned, tanned, fit
and ready \nTurn it up cause its gettin' heavy \nWild wild west coast these are the girls I
love the most \nI mean the ones, I mean like she's the one \nKiss her, touch her, squeeze
her\nThe girls a freak, she drives a Jeep \nand lives on the beach, I'm okay, I won't play
\nI love the Bay just like I love L.A. \nVenice beach and Palm Springs \nSummertime is
everything \nHomeboys bangin' out, all that ass hangin' out \nBikinis, zucchinis, martinis,
no weenies \nJust the King and the Queenie \nKaty my lady (yeah) \nLookie here baby (uh huh)
\nI'm all up on ya \n'Cause you representing California (oh yeah)\n\nCalifornia girls we're
unforgettable \nDaisy Dukes, bikinis on top \nSun-kissed skin, so hot we'll melt your
popsicle \nOoh oh ooh oh\nCalifornia girls we're undeniable \nFine, fresh, fierce, we got it
on lock\nWest coast represent now put your hands up \nOoh oh ooh oh\n\nCalifornia,
California girls man \nI wish they all could be \nCalifornia girls\n(California) ha ha
(girls)",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b950a078d4570bc2dbb91a5a802eef5731215668d7bdc7d1b05733aa0c6b8112",
        "exception": null
    },
    "timestamp": "2023-08-21T10:40:12.353610"
}
```

BCG_ID_12126

Ke$ha hit song lyrics retrieval

Edit chat

New Chat

Ke$ha hit song lyrics r...

Lyrics request for Tik T...

what are the lyrics to Tik Tok by Ke$ha 

Here are the lyrics to the song "Tik Tok" by Ke$ha:

Wake up in the morning feeling like P Diddy (Hey, what up girl?)
Grab my glasses, I'm out the door, I'm gonna hit this city (Let's go)
Before I leave, brush my teeth with a bottle of Jack
'Cause when I leave for the night, I ain't coming back
I'm talking pedicure on our toes, toes
Trying on all our clothes, clothes
Boys blowing up our phones, phones
Drop-topping, playing our favorite CDs
Pulling up to the parties
Trying to get a little bit tipsy

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock, on the clock
But the party don't stop, no

Ain't got a care in world, but got plenty of beer
Ain't got no money in my pocket, but I'm already here
And now, the dudes are lining up cause they hear we got swagger
But we kick em to the curb unless they look like Mick Jagger

I'm talking about everybody getting crunk, crunk
Boys tryin' to touch my junk, junk
Gonna smack him if he getting too drunk, drunk

Now, now, we go until they kick us out, out
Or the police shut us down, down
Police shut us down, down
Po-po shut us

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me

With my hands up
You got me now
You got that sound
Yeah, you got me

BCG_ID_12127



```
{
    "query": "what are the lyrics to donttrustme by 3oh!3",
    "response": {
        "completion": " Here are the lyrics to the song \"Don't Trust Me\" by
3OH!3:\n\nBlack dress with the tights underneath, \nI got the breath of the last cigarette
on my teeth,\nAnd she's an actress (actress), \nBut she ain't got no need.\nShe's got money
from her parents in a trust fund back east.\nTongues always pressed to your cheeks,\nWhile
my tongue is on the inside of some other girl's teeth,\nTell your boyfriend if he says he's
got beef,\nThat I'm a vegetarian and I ain't fucking scared of him.\n\nShe wants to touch me
(Woah),\nShe wants to love me (Woah),\nShe'll never leave me (Woah, woah, oh, oh),\nDon't
trust a ho,\nNever trust a ho,\nWon't trust a ho,\n'Cause a ho won't trust me.\n\nX's on the
back of your hands,\nWash them in the bathroom to drink like the bands.\nAnd your setlist
(setlist),\nYou stole off the stage,\nHad red and purple lipstick all over the page.\nB-B-
Bang your drumsticks on the drum with the pliers,\nCount how many times you can call me a
liar.\n\nShe wants to touch me (Woah),\nShe wants to love me (Woah),\nShe'll never leave me
(Woah, woah, oh, oh),\nDon't trust a ho,\nNever trust a ho,\nWon't trust a ho,\n'Cause a ho
won't trust me.\n\nShush girl, shut your lips.\nDo the Helen Keller and talk with your
hips.\nI said, Shush girl, shut your lips.\nDo the Helen Keller and talk with your hips.\nI
said, Shush girl, shut your lips.\nDo the Helen Keller and talk with your hips.\n\nWoah,
woah, woah...\nShe wants to touch me (Woah),\nShe wants to love me (Woah), \nShe'll never
leave me (Woah, woah, oh, oh),\nDon't trust a ho, \nNever trust a ho,\nWon't trust a
ho,\n'Cause a ho won't trust me.",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "5f0db567ec9573388248727871b0753cbda710198a4f0a3522ef05a03b0b02d8",
        "exception": null
    },
    "timestamp": "2023-08-21T10:41:47.507767"
}
```

BCG_ID_12128

{
    "query": "what are the lyrics to hips don't lie by shakira",
    "response": {
        "completion": " Here are the lyrics to \"Hips Don't Lie\" by Shakira:\n\nLadies up in here tonight\nNo fighting, no fighting\nWe got the refugees up in here\nNo fighting, no fighting\n\nShakira, Shakira\n\nI never really knew that she could dance like this\nShe makes a man wants to speak Spanish\nComo se llama (si), bonita (si), mi casa (si, Shakira Shakira), su casa\nShakira, Shakira \n\nOh baby when you talk like that\nYou make a woman go mad\nSo be wise and keep on\nReading the signs of my body\n\nAnd I'm on tonight\nYou know my hips don't lie\nAnd I'm starting to feel it's right\nAll the attraction, the tension\nDon't you see baby, this is perfection\n\nHey Girl, I can see your body moving\nAnd it's driving me crazy\nAnd I didn't have the slightest idea\nUntil I saw you dancing\n\nAnd when you walk up on the dance floor\nNobody cannot ignore the way you move your body, girl\nAnd everything so unexpected – the way you right and left it\nSo you can keep on shaking it\n\nI never really knew that she could dance like this\nShe makes a man want to speak Spanish\nComo se llama (si), bonita (si), mi casa (si, Shakira Shakira), su casa\nShakira, Shakira\n\nOh baby when you talk like that\nYou make a woman go mad\nSo be wise and keep on\nReading the signs of my body\n\nAnd I'm on tonight\nYou know my hips don't lie\nAnd I am starting to feel you boy\nCome on lets go, real slow\nDon't you see baby asi es perfecto\n\nOh I know I am on tonight my hips don't lie\nAnd I am starting to feel it's right\nAll the attraction, the tension\nDon't you see baby, this is perfection\nShakira, Shakira\n\nOh boy, I can see your body moving\nHalf animal, half man\nI don't, don't really know what I'm doing\nBut you seem to have a plan\nMy will and self restraint\nHave come to fail now, fail now\nSee, I am doing what I can, but I can't so you know\nThat's a bit too hard to explain\n\nBaila en la calle de noche\nBaila en la calle de d\u00eda\nBaila en la calle de noche\nBaila en la calle de d\u00eda\n\nI never really knew that she could dance like this\nShe makes a man want to speak Spanish\nComo se llama (si), bonita (si), mi casa (si, Shakira Shakira), su casa\nShakira, Shakira\n\nOh baby when you talk like that\nYou know you get me hypnotized\nSo be wise and keep on\nReading the signs of my body\n\nSenorita, feel the conga, let me see you move like you come from Colombia\n\nMira en Barranquilla se baila as\u00ed, say it!\nMira en Barranquilla se baila as\u00ed\n\nYeah\nShe's so sexy every man's fantasy a refugee like me back with the Fugees from a 3rd world country\nI go back like when 'pac carried crates for Humpty Humpty\nI need a whole club dizzy\nWhy the CIA wanna watch us?\nColombians and Haitians\nI ain't guilty, it's a musical transaction\nNo more do we snatch ropes\nRefugees run the seas 'cause we own our own boats\nI'm on tonight, my hips don't lie\nAnd I'm starting to feel you boy\nCome on let's go, real slow\nBaby, like this is perfecto\n\nOh, you know I am on tonight and my hips don't lie\nAnd I am starting to feel it's right\nThe attraction, the tension\nBaby, like this is perfection\n\nNo fighting \nNo fighting",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "a93d89f88590591ceea300111093353edb5931b0be0ef5070f4b29eb8182a428",
        "exception": null
    },
    "timestamp": "2023-08-21T10:43:03.856735"
}

BCG_ID_12129



+ New Chat

Louis Armstrong's Wo...

Untitled

Upgrade API Keys

**Louis Armstrong's Wonderful World lyrics request**          Edit chat

what are the lyrics to What A Wonderful World by Louis Armstrong 

Here are the lyrics to What A Wonderful World by Louis Armstrong:

I see trees of green, red roses too

I see them bloom for me and you

And I think to myself what a wonderful world

I see skies of blue and clouds of white

The bright blessed day, the dark sacred night

And I think to myself what a wonderful world

The colors of the rainbow so pretty in the sky

Are also on the faces of people going by

I see friends shaking hands saying how do you do

They're really saying I love you

I hear babies crying, I watch them grow

They'll learn much more than I'll never know

And I think to myself what a wonderful world

Yes, I think to myself what a wonderful world

Copy    Retry

BCG_ID_12130


New Chat

Cyndi Lauper's TIME A...

Untitled

**Cyndi Lauper's TIME AFTER TIME lyrics request**                    Edit chat

what are the lyrics to TIME AFTER TIME by Cyndi Lauper

Here are the lyrics to the song "Time After Time" by Cyndi Lauper:

Lying in my bed I hear the clock tick,
And think of you
Caught up in circles confusion--
is nothing new
Flashback--warm nights--
Almost left behind
Suitcases of memories,
Time after--

Sometimes you picture me--
I'm walking too far ahead
You're calling to me, I can't hear
What you've said--
Then you say--go slow--
I fall behind--
The second hand unwinds

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

After my picture fades and darkness has
Turned to gray
Watching through windows--you're wondering
If I'm OK
Secrets stolen from deep inside
The drum beats out of time--

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

You said go slow--
I fall behind
The second hand unwinds--

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

 Copy  Retry

BCG_ID_12132

{
    "query": "what are the lyrics to another saturday night by sam cooke",
    "response": {
        "completion": " Here are the lyrics to \"Another Saturday Night\" by Sam
Cooke:\n\nAnother Saturday night and I ain't got nobody\nI got some money 'cause I just got
paid\nHow I wish I had someone to talk to\nI'm in an awful way\n\nI got in town a month
ago\nI've seen a lot of girls since then\nIf I could meet 'em I could get 'em\nBut as yet I
haven't met 'em\nThat's why I'm in the shape I'm in\n\nAnother Saturday night and I ain't
got nobody\nI got some money 'cause I just got paid\nHow I wish I had someone to talk
to\nI'm in an awful way\n\nAnother fella told me he had a sister\nWho looked just fine
instead of being my mister \nWhy she had a boyfriend though\nI got a feeling she thinks I'm
nice\nJust because I'm not inclined to vice\n\nAnother Saturday night and I ain't got
nobody\nI got some money 'cause I just got paid\nHow I wish I had someone to talk to\nI'm in
an awful way\n\nAnother Saturday night and I ain't got nobody\nI got some money 'cause I
just got paid\nHow I wish I had someone to talk to\nI'm in an awful way",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "5e66026ff82d7ea85cb7e495d8943e31b97978ded07698816d4ad31b12b786b9",
        "exception": null
    },
    "timestamp": "2023-08-31T20:48:50.174588"
}

BCG_ID_12140

```
{
    "query": "what are the lyrics to bring it on home to me by sam cooke",
    "response": {
        "completion": " Here are the lyrics to \"Bring It On Home To Me\" by Sam
Cooke:\n\nIf you ever change your mind \nAbout leaving, leaving me behind \nOh, oh, bring it
to me \nBring your sweet loving \nBring it on home to me, yeah yeah \n\nI know I laughed
when you left \nBut now I know I only hurt myself \nOh, oh, bring it to me \nBring your
sweet loving \nBring it on home to me, yeah yeah \n\nI'll give you jewelry and money too
\nThat ain't all, that ain't all I'll do for you \nOh, oh, bring it to me \nBring your sweet
loving \nBring it on home to me, yeah yeah\n\nYou know I'll always be your slave \n'Til I'm
buried, buried in my grave \nOh, oh, bring it to me \nBring your sweet loving \nBring it on
home to me, yeah yeah \n\nBring it to me\nBring your sweet loving\nBring it on home to me,
yeah yeah",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "09a2c8d2a4273dfdbc821ca5316e57f579c9d4f9d17e93996d91c4fe552006f4",
        "exception": null
    },
    "timestamp": "2023-08-31T20:50:20.254078"
}
```

BCG_ID_12144

```
{
    "query": "what are the lyrics to brown sugar by the rolling stones",
    "response": {
        "completion": " Here are the lyrics to the song \"Brown Sugar\" by The Rolling
Stones:\n\nGold coast slave ship bound for cotton fields,\nSold in a market down in new
orleans.\nScarred old slaver know he's doin' alright.\nHear him whip the women just around
midnight.\n\nBrown sugar, how come you taste so good? \nBrown sugar, just like a young girl
should.\n\nDrums beating, cold english blood runs hot,\nLady of the house wond'rin' where
it's gonna stop.\nHouse boy knows that he's doin' alright.\nYou should a heard him just
around midnight. \n\nBrown sugar, how come you taste so good?\nBrown sugar, just like a
black girl should.\n\nI bet your mama was a tent show queen, \nAnd all her boyfriends were
sweet sixteen.\nI'm no schoolboy but I know what I like,\nYou should have heard me just
around midnight.\n\nBrown sugar, how come you taste so good?\nBrown sugar, just like a young
girl should.\n\nI said yeah, yeah, yeah, woo!\nHow come you...how come you taste so good?
\nYeah, yeah, yeah, woo!\nJust like a...just like a black girl should.\n\nYeah, yeah, yeah,
woo!",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "0072d83e269faa636644dbc96fb29135167c0c8f598b33fdeda1b3abcb3c2921",
        "exception": null
    },
    "timestamp": "2023-08-31T20:50:42.993199"
}
```

BCG_ID_12145

```
{
    "query": "what are the lyrics to cupid by sam cooke",
    "response": {
        "completion": " Here are the lyrics to the song \"Cupid\" by Sam Cooke:\n\nCupid,
draw back your bow\nAnd let your arrow go\nStraight to my lover's heart for me, for
me\nCupid, please hear my cry\nAnd let your arrow fly\nStraight to my lover's heart for
me\n\nNow, I don't mean to bother you\nBut I'm in distress\nThere's danger of me losin' all
of my happiness\nFor I love a girl who doesn't know I exist\nAnd this you can
fix\n\nSo...\nCupid, draw back your bow\nAnd let your arrow go\nStraight to my lover's heart
for me, for me\nCupid, please hear my cry\nAnd let your arrow fly\nStraight to my lover's
heart for me\n\nNow Cupid, if your arrow makes her love storm for me\nI promise I will love
her until eternity\nI know between the two of us her heart we can steal\nHelp me if you
will\n\nSo...\nCupid, draw back your bow\nAnd let your arrow go\nStraight to my lover's
heart for me, for me\nCupid, please hear my cry\nAnd let your arrow fly\nStraight to my
lover's heart for me",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "2dd65c53362b09ab6ee30b443503bda85db28ee9db02b77b3117515fff644d91",
        "exception": null
    },
    "timestamp": "2023-08-31T20:52:50.402042"
}
```

BCG_ID_12151

Lyrics request for Gimme Shelter by The Rolling Stones

Edit chat

what are the lyrics to gimme shelter by the rolling stones 

Here are the lyrics to "Gimme Shelter" by The Rolling Stones:

Ooh, a storm is threat'ning
My very life today
If I don't get some shelter
Ooh yeah, I'm gonna fade away

War, children, it's just a shot away
It's just a shot away
War, children, it's just a shot away
It's just a shot away

Ooh, see the fire is sweepin'
Our very street today
Burns like a red coal carpet
Mad bull lost its way

War, children, it's just a shot away
It's just a shot away

War, children, it's just a shot away
It's just a shot away

Rape, murder!
It's just a shot away
It's just a shot away

The flood is threat'ning
My very life today
Gimme, gimme shelter
Or I'm gonna fade away

War, children, it's just a shot away
It's just a shot away
It's just a shot away
It's just a shot away

Ooh, it's just a shot away
It's just a shot away

Copy    Retry

BCG_ID_12159

**Rolling Stones classic "Honky Tonk Women" lyrics request**

what are the lyrics to honky tonk women by the rolling stones 

Here are the lyrics to "Honky Tonk Women" by The Rolling Stones:

I met a gin soaked, bar-room queen in Memphis,
She tried to take me upstairs for a ride.
She had to heave me right across her shoulder
'Cause I just can't seem to drink you off my mind.

It's the honky tonk women
Gimme, gimme, gimme the honky tonk blues.
I laid a divorced old woman in New York City,
I had to put up some kind of a fight.
The lady then she covered me with roses,
She blew my nose and then she blew my mind.

It's the honky tonk women
Gimme, gimme, gimme the honky tonk blues.
All the wanton women
Gimme, gimme, gimme the honky tonk blues.

I'm going back to find, I'm going back to find
Gimme, gimme, gimme the honky tonk women.
Yeah the honky tonk women.

Copy  Retry

BCG_ID_12163

Edit chat

what are the lyrics to it's all over now by the rolling stones 

Here are the lyrics to "It's All Over Now" by The Rolling Stones:

Well, my baby used to stay out all night long
She made me cry, you know she done me wrong
She hurt my eyes open, that's no lie
Tables turning now it's her turn to cry
Because I used to love her, but it's all over now
You're gonna reap just what you sow
Yeah, it's all over now

Well, she used to run around with every man in town
Spent all my money, playing her high class game
She put me out, it was a pity how I cried
Tables turning now it's her turn to cry
Because I used to love her, but it's all over now
You're gonna reap just what you sow
Yeah, it's all over now

Well, I used to wake each morning, get my breakfast in bed
When I got worried she would ease my aching head
But now she's here and there, with every man in town
Still trying to take me for that same old clown
Because I used to love her, but it's all over now
You're gonna reap just what you sow
Yeah, it's all over now

It's all over, it's all over, it's all over now
Yes it's all over now
I used to love her, but it's all over now
Because I used to love her, but it's all over now

Copy  Retry

BCG_ID_12167

```
{
    "query": "what are the lyrics to jumpin' jack flash by the rolling stones",
    "response": {
        "completion": " Here are the lyrics to \"Jumpin' Jack Flash\" by The Rolling
Stones:\n\nI was born in a cross-fire hurricane \nAnd I howled at my ma in the driving
rain\nBut it's all right now, in fact, it's a gas!\nBut it's all right. I'm Jumpin' Jack
Flash\nIt's a gas! Gas! Gas!\n\nI was raised by a toothless, bearded hag\nI was schooled
with a strap right across my back \nBut it's all right now, in fact, it's a gas!\nBut it's
all right, I'm Jumpin' Jack Flash\nIt's a gas! Gas! Gas!\n\nI was drowned, I was washed up
and left for dead\nI fell down to my feet and I saw they bled\nI frowned at the crumbs of a
crust of bread\nYeah, yeah, yeah\nI was crowned with a spike right thru my head\n\nBut it's
all right now, in fact, it's a gas!\nBut it's all right, I'm Jumpin' Jack Flash\nIt's a gas!
Gas! Gas!\n\nJumping Jack Flash, it's a gas\nJumping Jack Flash, it's a gas\nJumping Jack
Flash, it's a gas\nJumping Jack Flash, it's a gas",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "8fe6cf554c0042b84c9e44dcf5a806992e883e45c89707818d1a9eed4b8ab150",
        "exception": null
    },
    "timestamp": "2023-08-31T21:00:10.197854"
}
```

BCG_ID_12172

```
{
    "query": "what are the lyrics to moonlight mile by the rolling stones",
    "response": {
        "completion": " Here are the lyrics to \"Moonlight Mile\" by The Rolling
Stones:\n\nWhen the wind blows and the rain feels cold\nWith a head full of snow, with a
head full of snow\nIn the window there's a face you know\nDon't the nights pass slow\n\nThe
sound of strangers sending nothing to my mind\nJust another mad, mad day on the road\nI am
just living to be lying by your side\nBut I'm just about a moonlight mile on down the
road\n\nMade a rag pile of my clothes\nGonna warm my bones, gonna warm my bones\nI got
silence on my radio\nLet the air waves flow\n\nThe sound of strangers sending nothing to my
mind\nJust another mad, mad day on the road\nI am just living to be lying by your side\nBut
I'm just about a moonlight mile on down the road\n\nDown the road\nDown the road\nDown the
road\nDown the road\nI'm hiding sister and I'm dreaming\nI'm riding down your moonlight
mile\n\nI'm hiding baby and I'm dreaming\nWaiting on the moonlight mile\n\nYeah I'm riding
down your moonlight mile\nLet's go, let's go\nLet's go for a moonlight drive",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "63706a75e1c26fd226a5f1fe7a9addb0aa7fce2401ec5d4ff1290fd024b8d52b",
        "exception": null
    },
    "timestamp": "2023-08-31T21:04:11.690441"
}
```

BCG_ID_12182

Upgrade API Keys 

# Rolling Stones song lyrics request: Salt of the Earth

Edit chat

+ New Chat

Rolling Stones song lyr...

Untitled

what are the lyrics to salt of the earth, the by the rolling stones 

Here are the lyrics to "Salt of the Earth" by The Rolling Stones:

Let's drink to the hard working people
Let's drink to the lowly of birth
Raise your glass to the good and the evil
Let's drink to the salt of the earth

Say a prayer for the common foot soldier
Spare a thought for his back breaking work
Say a prayer for his wife and his children
Who burn the fires and who still till the earth

And when I search a faceless crowd
A swirling mass of gray and black and white
They don't look real to me
In fact, they look so strange

Raise your glass to the hard working people
Let's drink to the uncounted heads
Let's think of the wavering millions
Who need leaders but get gamblers instead

Spare a thought for the stay-at-home voter
His empty eyes gaze at strange beauty shows
And a parade of the gray suited grafters
A choice of cancer or polio

And when I look in the faceless crowd
A swirling mass of grays and black and white
They don't look real to me
Or don't they look so strange

Let's drink to the hard working people
Let's think of the lowly of birth
Spare a thought for the rag taggy people
Let's drink to the salt of the earth

Let's drink to the hard working people
Let's drink to the salt of the earth
Let's drink to the two thousand million
Let's think of the humble of birth

Copy   Retry

BCG_ID_12191

```
{
    "query": "what are the lyrics to shine a light by the rolling stones",
    "response": {
        "completion": " Here are the lyrics to \"Shine a Light\" by The Rolling
Stones:\n\nSaw you stretched out in room 10-0-9 \nWith a smile on your face and a tear right
in your eye \nCouldn't see to get a line on you, my sweet honey love \nBerber jewelry
jangling down the street \nMaking bloodshot eyes at every woman that you meet \nCouldn't
seem to get a high on you, my sweet honey love\n\nMay the good Lord shine a light on you
\nMake every song you sing your favorite tune \nMay the good Lord shine a light on you
\nWarm like the evening sun\n\nYeah, yeah, oh, woah\n\nSaw you leaning against the record
machine \nSaw the name of every station in between \nWith the velvet ribbons of your dress
all trailing on the ground \nAll the people rang a bell for you \nI took the other line, for
the front was just too crowded for two \nI just don't have the time for you, my sweet honey
love \n\nMay the good Lord shine a light on you \nMake every song you sing your favorite
tune \nMay the good Lord shine a light on you\nWarm like the evening sun \n\nYeah, yeah,
oh\n\nMay the good Lord shine a light on you \nMake every song you sing your favorite tune
\nMay the good Lord shine a light on you \nWarm like the evening sun\n\nYeah, yeah, yeah,
woah\nShine a light\nShine a light\nShine a light, yeah",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "58cf6fc8fbcf55fb9ecbfee6946944ff9447bc6e39f8b522a217a51ec2a31502",
        "exception": null
    },
    "timestamp": "2023-08-31T21:08:31.665217"
}
```

BCG_ID_12194

{
    "query": "what are the lyrics to street fighting man by the rolling stones",
    "response": {
        "completion": " Here are the lyrics to \"Street Fighting Man\" by The Rolling Stones:\n\nEverywhere I hear the sound of marching, charging feet, boy\n'Cause summer's here and the time is right for fighting in the street, boy\nBut what can a poor boy do\nExcept to sing for a rock 'n' roll band\n'Cause in sleepy London town\nThere's just no place for a street fighting man\n\nHey! Think the time is right for a palace revolution\n'Cause where I live the game to play is compromise solution\nWell, then what can a poor boy do\nExcept to sing for a rock 'n' roll band\n'Cause in sleepy London town\nThere's no place for a street fighting man\n\nHey! Said my name is called disturbance\nI'll shout and scream, I'll kill the king, I'll rail at all his servants\nWell, what can a poor boy do\nExcept to sing for a rock 'n' roll band\n'Cause in sleepy London town\nThere's no place for a street fighting man\n\nNo!",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d2ffedd3124ace2301ac3a9e2317068d60a7ade1bcd3973b3490a6b4a2372765",
        "exception": null
    },
    "timestamp": "2023-08-31T21:11:09.978412"
}

BCG_ID_12201

what are the lyrics to sympathy for the devil by the rolling stones 

Here are the lyrics to "Sympathy for the Devil" by The Rolling Stones:

Please allow me to introduce myself
I'm a man of wealth and taste
I've been around for a long, long year
Stole many a man's soul to waste

And I was 'round when Jesus Christ
Had his moment of doubt and pain
Made damn sure that Pilate

Washed his hands and sealed his fate

Pleased to meet you
Hope you guess my name
But what's puzzling you
Is the nature of my game

I stuck around St. Petersburg
When I saw it was a time for a change
Killed the czar and his ministers
Anastasia screamed in vain

I rode a tank
Held a general's rank
When the blitzkrieg raged
And the bodies stank

Pleased to meet you
Hope you guess my name, oh yeah
Ah, what's puzzling you
Is the nature of my game, oh yeah

I watched with glee
While your kings and queens
Fought for ten decades
For the gods they made

I shouted out,
"Who killed the Kennedys?"
When after all
It was you and me

Let me please introduce myself
I'm a man of wealth and taste
And I laid traps for troubadours
Who get killed before they reached Bombay

Pleased to meet you
Hope you guessed my name, oh yeah
But what's puzzling you

BCG_ID_12204

**Mariah Carey's lyrics for "We Belong Together"**

Edit chat

what are the lyrics to we belong together by mariah carey 

Here are the lyrics to We Belong Together by Mariah Carey:

I didn't mean it when I said I didn't love you, so

I should have held on tight I never should've let you go

I didn't know nothing, I was stupid, I was foolish

I was lying to myself

I could not fathom that I would ever be without your love

Never imagined I'd be sitting here beside myself

'Cause I didn't know you, 'cause I didn't know me

But I thought I knew everything

I never felt

The feeling that I'm feeling now that I don't hear your voice

Or have your touch and kiss your lips 'cause I don't have a choice

Oh, what I wouldn't give to have you lying by my side

Right here, 'cause baby

When you left I lost a part of me

It's still so hard to believe

Come back baby, please

'Cause we belong together

Who else am I gon' lean on when times get rough

Who's gonna talk to me on the phone till the sun comes up

Who's gonna take your place, there ain't nobody better

Oh, baby baby, we belong together

I can't sleep at night when you are on my mind

Bobby Womack's on the radio saying to me

"If you think you're lonely now"

BCG_ID_12212



```
{
    "query": "what are the lyrics to wild horses by the rolling stones",
    "response": {
        "completion": " Here are the lyrics to \"Wild Horses\" by The Rolling
Stones:\n\nChildhood living is easy to do\nThe things you wanted I bought them for you
\nGraceless lady you know who I am\nYou know I can't let you slide through my hands\n\nWild
horses couldn't drag me away\nWild, wild horses, couldn't drag me away\n\nI watched you
suffer a dull aching pain\nNow you decided to show me the same\nNo sweeping exits or
offstage lines\nCould make me feel bitter or treat you unkind\n\nWild horses couldn't drag
me away\nWild, wild horses, couldn't drag me away\n\nI know I dreamed you a sin and a lie\nI
have my freedom but I don't have much time\nFaith has been broken, tears must be
cried\nLet's do some living after we die\n\nWild horses couldn't drag me away\nWild, wild
horses, we'll ride them some day\n\nWild horses couldn't drag me away\nWild, wild horses,
we'll ride them some day",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "990d2028670401e359f49c7a98e68033455122b47aacd81af6f58f689208e5e4",
        "exception": null
    },
    "timestamp": "2023-08-31T21:15:59.673658"
}
```

BCG_ID_12213

**Rolling Stones classic song lyrics request**

what are the lyrics to you can't always get what you want by the rolling stones

Here are the lyrics to "You Can't Always Get What You Want" by The Rolling Stones:

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

No, you can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes you find
You get what you need

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes you might find
You get what you need

Oh yeah, hey hey hey, oh...

And I went down to the demonstration
To get my fair share of abuse
Singing, "We're gonna vent our frustration
If we don't we're gonna blow a 50-amp fuse"
Sing it to me now...

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes well you just might find
You get what you need

Oh baby, yeah, yeah!

I went down to the Chelsea drugstore
To get your prescription filled
I was standing in line with Mr. Jimmy
And man, did he look pretty ill
We decided that we would have a soda
My favorite flavor, cherry red
I sung my song to Mr. Jimmy
Yeah, and he said one word to me, and that was "dead"
I said to him

You can't always get what you want, no!

BCG_ID_12216

```
{
    "query": "what are the lyrics to baby baby by amy grant",
    "response": {
        "completion": " Here are the lyrics to the song \"Baby Baby\" by Amy Grant:\n\nBaby,
baby \nI'm taken with the notion \nTo love you with the sweetest of devotion\n\nBaby, baby
\nMy tender love will flow from \nThe bluest sky to the deepest ocean\n\nStop for a minute
\nBaby, I'm so glad you're mine, yeah \nYou're mine\n\nBaby, baby \nThe stars are shining
for you \nAnd just like me I'm sure that they adore you\n\nBaby, baby \nGo walking through
the forest \nThe birds above all sing a chorus for you\n\nStop for a minute \nBaby, they're
so glad you're mine \nAnd ever since the day you put my heart in motion \nBaby, I realize
that there's just no getting over you\n\nBaby, baby \nIn anything you ask me to \nI'll do it
for you\n\nBaby, baby \nFor every little kiss you give me \nI'll give you three, oh\n\nStop
for a minute \nBaby, I'm so glad you're mine\n\nBaby, baby \nLet's go walking in the
sunshine \nGirl, I want you morning, noon, and dinner time\n\nBaby, baby \nYou're the only
one that I adore \nCome into my arms and honey let me keep you warm\n\nStop for a minute
\nBaby, I'm so glad you're mine",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "285424c3a67fad43b941d88607f82fcc2f79d1caf3dfb02e2a19f4557a6ebcc9",
        "exception": null
    },
    "timestamp": "2023-09-28T23:00:33.256826"
}
```

BCG_ID_12323




Upgrade API Keys

New Chat

Lyrics to "How Great Is...

Untitled

**Lyrics to "How Great Is Our God" worship song**

Edit chat

what are the lyrics to how great is our god by chris tomlin



Here are the lyrics to the song "How Great Is Our God" by Chris Tomlin:

The splendor of the King, clothed in majesty
Let all the earth rejoice, all the earth rejoice
He wraps himself in light, and darkness tries to hide
And trembles at His voice, trembles at His voice

How great is our God, sing with me
How great is our God, and all will see
How great, how great is our God

Age to age He stands, and time is in His hands
Beginning and the end, beginning and the end
The Godhead Three in One, Father Spirit Son
The Lion and the Lamb, the Lion and the Lamb

Name above all names, worthy of all praise
My heart will sing how great is our God

How great is our God, sing with me
How great is our God, and all will see
How great, how great is our God



Copy    Retry

BCG_ID_12324

Upgrade API Keys

New Chat

Lyrics request for "I Wi...

Untitled

Lyrics request for "I Will Rise" Christian song

Edit chat

what are the lyrics to i will rise by chris tomlin

Here are the lyrics to the song "I Will Rise" by Chris Tomlin:

There's a peace I've come to know
Though my heart and flesh may fail
There's an anchor for my soul
I can say "It is well"

Jesus has overcome
And the grave is overwhelmed
The victory is won
He is risen from the dead

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

There's a day that's drawing near
When this darkness breaks to light
And the shadows disappear
And my faith shall be my eyes

Jesus has overcome
And the grave is overwhelmed
The victory is won
He is risen from the dead

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

And I hear the voice of many angels sing,
"Worthy is the Lamb"
And I hear the cry of every longing heart,
"Worthy is the Lamb"

And I hear the voice of many angels sing,
"Worthy is the Lamb"
And I hear the cry of every longing heart,
"Worthy is the Lamb"

I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

Copy  Retry

Case 3:23-cv-01092    Document 49-4    Filed 11/16/23    Page 150 of 180 PageID #: 975

BCG_ID_12325

Upgrade API Keys

Lyrics request for "Goodness of God" worship song

Edit chat

what are the lyrics to goodness of god by bethel music 

Here are the lyrics to the song "Goodness of God" by Bethel Music:

I love You Lord
Oh Your mercy never fails me
All my days
I've been held in Your hands
From the moment that I wake up
Until I lay my head
I will sing of the goodness of God

All my life You have been faithful
All my life You have been so, so good
With every breath that I am able
I will sing of the goodness of God

I love Your voice
You have led me through the fire
In darkest nights
You are close like no other
I've known You as a father
I've known You as a friend
I have lived in the goodness of God

All my life You have been faithful
All my life You have been so, so good
With every breath that I am able
I will sing of the goodness of God

Your goodness is running after, it's running after me
Your goodness is running after, it's running after me
With my life laid down, I'm surrendered now, I give You everything
Your goodness is running after, it's running after me

All my life You have been faithful
All my life You have been so, so good
With every breath that I am able
I will sing of the goodness of God

'Cause all my life You have been faithful
And all my life You have been so, so good
With every breath that I am able
I will sing of the goodness of God
I will sing of the goodness of God

 Copy  Retry

BCG_ID_12327

Upgrade API Keys 

Lyrics request for "Build My Life" by Pat Barrett

Edit chat

what are the lyrics to build my life by pat barrett 

Here are the lyrics to the song "Build My Life" by Pat Barrett:

Worthy of every song we could ever sing
Worthy of all the praise we could ever bring
Worthy of every breath we could ever breathe
We live for You

Jesus the name above every other name
Jesus the only one who could ever save
Worthy of every breath we could ever breathe
We live for You

Holy there is no one like You
There is none beside You
Open up my eyes in wonder and show me who You are
And fill me with Your heart
And lead me in Your love to those around me

I will build my life upon Your love
It is a firm foundation
I will put my trust in You alone
And I will not be shaken

A\ Copy Retry 

BCG_ID_12328

{
    "query": "what are the lyrics to 10,000 reasons ( bless the lord ) by matt redman",
    "response": {
        "completion": " Here are the lyrics to the worship song \"10,000 Reasons (Bless the Lord)\" by Matt Redman:\n\nBless the Lord, O my soul, O my soul \nWorship His holy name\nSing like never before, O my soul\nI'll worship Your holy name\n\nThe sun comes up, it's a new day dawning\nIt's time to sing Your song again\nWhatever may pass, and whatever lies before me\nLet me be singing when the evening comes\n\nBless the Lord, O my soul, O my soul\nWorship His holy name\nSing like never before, O my soul\nI'll worship Your holy name\n\nYou're rich in love, and You're slow to anger\nYour name is great, and Your heart is kind\nFor all Your goodness, I will keep on singing \nTen thousand reasons for my heart to find\n\nBless the Lord, O my soul, O my soul\nWorship His holy name\nSing like never before, O my soul\nI'll worship Your holy name\n\nAnd on that day when my strength is failing \nThe end draws near and my time has come\nStill my soul will sing Your praise unending\nTen thousand years and then forevermore\n\nBless the Lord, O my soul, O my soul\nWorship His holy name\nSing like never before, O my soul\nI'll worship Your holy name\n\nI'll worship Your holy name\nI'll worship Your holy name",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b16030f1fb0681a51e381c804f341a9fdf261755fee70423b12108402903e234",
        "exception": null
    },
    "timestamp": "2023-10-03T10:30:57.517571"
}

BCG_ID_12457

Upgrade API Keys

Edit chat

+ New Chat

Paramore song lyrics s...
Untitled
Lyrics search for Eddie...
Celine Dion's bittersw...
The Turtles song lyrics...
Lyrics search for Billy ...
Untitled
Untitled

what are the lyrics to all i wanted by paramore

Here are the lyrics to the song "All I Wanted" by Paramore:

Think of me when you're out
When you're out there
I'll beg you nice from my knees
And when the world treats you way too fairly
Well it's a shame I'm a dream

All I wanted was you
All I wanted was you

I think I'll pace my apartment a few times
And fall asleep on the couch
Wake up early, the black and white re-runs
That escape from my mouth, oh

All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you

I could follow you to the beginning
Just to re-live the start
Maybe then we'll remember to slow down
At all of our favorite parts

All I wanted was you

All I wanted was you
All I wanted was you
All I wanted was you

All I wanted was you

Copy  Retry

Message Claude...

↵ to send, shift + ↵ to add a new line

BCG_ID_12462

Upgrade API Keys

+ New Chat

Lyrics for Kristian Stan...
Untitled
Lyrics search for Eddie...
Celine Dion's bittersw...
The Turtles song lyrics...
Lyrics search for Billy ...
Untitled
Untitled

Lyrics for Kristian Stanfill's "Always"

Edit chat

what are the lyrics to always by kristian stanfill

Here are the lyrics to the song "Always" by Kristian Stanfill:

My foes are many, they rise against me<br>
But I will hold my ground<br>
I will not fear the war, I will not fear the storm<br>
My help is on the way, my help is on the way<br> <br>
Oh, my God, He will not delay<br>
My refuge and strength always<br>
I will not fear, His promise is true<br>
My God will come through always, always<br> <br>
Troubles surround me, chaos abounding<br>
My soul will rest in You<br>
I will not fear the dark, I will not fear the storm<br>
My help is on the way, my help is on the way<br> <br>
Oh, my God, He will not delay<br>
My refuge and strength always<br>
I will not fear, His promise is true<br>
My God will come through always, always<br> <br>
I lift my eyes up, my help comes from the Lord<br>
I lift my eyes up, my help comes from the Lord<br> <br>
Oh, my God, He will not delay<br>
My refuge and strength always<br>
I will not fear, His promise is true<br>
My God will come through always, always<br> <br>
Oh, my God, He will not delay<br>
My refuge and strength always<br>
I will not fear, His promise is true<br>
My God will come through always, always

Copy  Retry

Message Claude...

↵ to send, shift + ↵ to add a new line

BCG_ID_12464

```
{
    "query": "what are the lyrics to as the deer  by maranatha! singers",
    "response": {
        "completion": " Here are the lyrics to the worship song \"As the Deer\" by Martin
Nystrom:\n\nAs the deer panteth for the water \nSo my soul longeth after You \nYou alone are
my heart's desire \nAnd I long to worship You\n\nYou alone are my strength, my shield \nTo
You alone may my spirit yield \nYou alone are my heart's desire \nAnd I long to worship
You\n\nI want You more than gold or silver \nOnly You can satisfy \nYou alone are the real
joy giver \nAnd the apple of my eye\n\nYou alone are my strength, my shield \nTo You alone
may my spirit yield \nYou alone are my heart's desire \nAnd I long to worship You\n\nYou're
my friend and You are my brother \nEven though You are a King \nI love You more than any
other \nSo much more than anything\n\nYou alone are my strength, my shield \nTo You alone
may my spirit yield \nYou alone are my heart's desire \nAnd I long to worship You",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "0702e56664521f36480d088519471142538a351120f1850fd2dcda79ae9edf34",
        "exception": null
    },
    "timestamp": "2023-10-03T10:34:19.085017"
}
```

BCG_ID_12467

{
    "query": "what are the lyrics to at the cross (love ran red) by chris tomlin",
    "response": {
        "completion": " Here are the lyrics to the song \"At the Cross (Love Ran Red)\" by
Chris Tomlin:\n\nThere's a place where mercy reigns and never dies\nThere's a place where
streams of grace flow deep and wide\nWhere all the love I've ever found comes like a flood,
comes flowing down\n\nAt the cross, at the cross I surrender my life\nI'm in awe of You, I'm
in awe of You\nWhere Your love ran red and my sin washed white\nI owe all to You, I owe all
to You, Jesus\n\nThere's a place where sin and shame are powerless\nWhere my heart has peace
with God and forgiveness\nWhere all the love I've ever found comes like a flood, comes
flowing down\n\nAt the cross, at the cross I surrender my life\nI'm in awe of You, I'm in
awe of You\nWhere Your love ran red and my sin washed white  \nI owe all to You, I owe all
to You\n\nHere my hope is found, here on holy ground\nHere I bow down, here I bow down\nHere
arms open wide, here You saved my life\nHere I bow down, here I bow \n\nAt the cross, at the
cross I surrender my life\nI'm in awe of You, I'm in awe of You\nWhere Your love ran red and
my sin washed white\nI owe all to You, I owe all to You, Jesus\n\nI owe all to You, I owe
all to You, Jesus",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "3dc66fe8020e52b20ce69756a393d7a1562d4e673fd4a49815b3538e13346c89",
        "exception": null
    },
    "timestamp": "2023-10-03T10:34:44.062361"
}

BCG_ID_12468

Upgrade API Keys 

+ New Chat

Lyrics search for Gung...
Untitled
Lyrics search for Eddie...
Celine Dion's bittersw...
The Turtles song lyrics...
Lyrics search for Billy ...
Untitled
Untitled

**Lyrics search for Gungor's "Beautiful Things"**

Edit chat

what are the lyrics to beautiful things by gungor



Here are the lyrics to the song "Beautiful Things" by Gungor:

All this pain
I wonder if I'll ever find my way
I wonder if my life could really change at all

All this earth
Could all that is lost ever be found
Could a garden come up from this ground at all

You make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us

All around
Hope is springing up from this old ground
Out of chaos life is being found in you

You make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us

You make me new, you are making me new
You make me new, you are making me new

⎘ Copy  ↻ Retry

Message Claude...

↵ to send, shift + ↵ to add a new line

BCG_ID_12471

```
{
    "query": "what are the lyrics to come as you are by crowder",
    "response": {
        "completion": " Here are the lyrics to the song Come As You Are by Crowder:\n\nCome
out of sadness from wherever you've been \nCome broken-hearted let rescue begin\nCome find
your mercy, O sinner come kneel \nEarth has no sorrow that Heaven can't heal\n\nSo lay down
your burdens, lay down your shame \nAll who are broken lift up your face\nO wanderer come
home, you're not too far\nSo lay down your hurt, lay down your heart, come as you
are\n\nThere's hope for the hopeless and all those who've strayed\nCome sit at the table,
come taste the grace\nThere's rest for the weary, rest that endures\nEarth has no sorrow
that Heaven can't cure\n\nSo lay down your burdens, lay down your shame\nAll who are broken
lift up your face\nO wanderer come home, you're not too far\nSo lay down your hurt, lay down
your heart, come as you are\n\nCome as you are, fall in His arms\nCome as you are\n\nThere's
joy for the morning, O sinner be still\nEarth has no sorrow that Heaven can't heal \nEarth
has no sorrow that Heaven can't heal\n\nSo lay down your burdens, lay down your shame\nAll
who are broken lift up your face\nO wanderer come home, you're not too far\nSo lay down your
hurt, lay down your heart, come as you are",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d097e1e3c4029f5476393183ff4485971e0edd7962199628af54e2985438066b",
        "exception": null
    },
    "timestamp": "2023-10-03T10:41:02.291227"
}
```

BCG_ID_12486

```
{
    "query": "what are the lyrics to dare you to move (i dare you to move) by switchfoot",
    "response": {
        "completion": " Here are the lyrics to \"Dare You to Move\" by
Switchfoot:\n\nWelcome to the planet \nWelcome to existence \nEveryone's here \nEveryone's
here \nEverybody's watching you now \nEverybody waits for you now\n\nWhat happens next?
\nWhat happens next?\n\nI dare you to move \nI dare you to move \nI dare you to lift
yourself up off the floor \nI dare you to move \nI dare you to move\nLike today never
happened \nToday never happened before\n\nWelcome to the fallout \nWelcome to resistance
\nThe tension is here \nThe tension is here \nBetween who you are and who you could be
\nBetween how it is and how it should be\n\nI dare you to move \nI dare you to move \nI dare
you to lift yourself up off the floor \nI dare you to move \nI dare you to move\nLike today
never happened \nToday never happened\n\nMaybe redemption has stories to tell \nMaybe
forgiveness is right where you fell \nWhere can you run to escape from yourself? \nWhere you
gonna go?\nWhere you gonna go? \nSalvation is here\n\nI dare you to move \nI dare you to
move \nI dare you to lift yourself up off the floor \nI dare you to move \nI dare you to
move\nLike today never happened \nToday never happened \nToday never happened \nToday never
happened before",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "7226c9cf4114a872764ec76bcc54db42fc3a44dde2226dd9f1be1132aa3aa6ef",
        "exception": null
    },
    "timestamp": "2023-10-03T10:42:29.067168"
}
```

BCG_ID_12490

```
{
    "query": "what are the lyrics to friends  by michael w. smith",
    "response": {
        "completion": " Here are the lyrics to the song \"Friends\" by Michael W.
Smith:\n\nPacking up the dreams God planted \nIn the fertile soil of you\nCan't believe the
hopes He's granted \nMeans a chapter in your life is through\n\nBut we'll keep you close as
always \nIt won't even seem you've gone\n'Cause our hearts in big and small ways \nWill keep
the love that keeps us strong\n\nAnd friends are friends forever \nIf the Lord's the Lord of
them\nAnd a friend will not say never \n'Cause the welcome will not end\nThough it's hard to
let you go\nIn the Father's hands we know\nThat a lifetime's not too long \nTo live as
friends\n\nWith the faith and love God's given \nSpringing from the hope we know\nWe will
pray the joy you live in \nIs the strength that now you show\n\nBut we'll keep you close as
always \nIt won't even seem you've gone\n'Cause our hearts in big and small ways \nWill keep
the love that keeps us strong\n\nAnd friends are friends forever \nIf the Lord's the Lord of
them\nAnd a friend will not say never\n'Cause the welcome will not end\nThough it's hard to
let you go\nIn the Father's hands we know\nThat a lifetime's not too long\nTo live as
friends\n\nAnd friends are friends forever \nIf the Lord's the Lord of them\nAnd a friend
will not say never \n'Cause the welcome will not end\nThough it's hard to let you go\nIn the
Father's hands we know\nThat a lifetime's not too long\nTo live as friends\n\nNo, a
lifetime's not too long\nTo live as friends",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "a2befcef370d7a910de8e61881d5e1715f38895c28b9df3d88de1ba013800e46",
        "exception": null
    },
    "timestamp": "2023-10-03T10:46:58.577701"
}
```

BCG_ID_12502

```
{
    "query": "what are the lyrics to god of wonders  by third day",
    "response": {
        "completion": " Here are the lyrics to the song \"God of Wonders\" by Third
Day:\n\nLord of all creation\nOf water, earth, and sky\nThe heavens are Your
tabernacle\nGlory to the Lord on high\n\nGod of wonders beyond our galaxy\nYou are holy,
holy\nThe universe declares Your majesty\nYou are holy, holy\n\nLord of heaven and
earth\nLord of heaven and earth\n\nEarly in the morning\nI will celebrate the light\nWhen I
stumble in the darkness\nI will call Your name by night\n\nGod of wonders beyond our
galaxy\nYou are holy, holy\nThe universe declares Your majesty\nYou are holy, holy\n\nLord
of heaven and earth\nLord of heaven and earth\n\nHallelujah to the Lord of heaven and
earth\nHallelujah to the Lord of heaven and earth\nHallelujah to the Lord of heaven and
earth\n\nGod of wonders beyond our galaxy\nYou are holy, holy\nPrecious Lord reveal Your
heart to me\nFather hold me, hold me\n\nThe universe declares Your majesty\nYou are holy,
holy, holy, holy",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "345443a71fc12f1933e1006a022d1b8ae63f6bea76300c3f2158f260bba2009d",
        "exception": null
    },
    "timestamp": "2023-10-03T10:48:14.171964"
}
```

BCG_ID_12506

```
{
    "query": "what are the lyrics to good good father by chris tomlin",
    "response": {
        "completion": " Here are the lyrics to the song \"Good Good Father\" by Chris
Tomlin:\n\nOh, I've heard a thousand stories of what they think you\u2019re like \nBut I've
heard the tender whisper of love in the dead of night \nAnd you tell me that you\u2019re
pleased \nAnd that I'm never alone \n\nYou're a Good, Good Father \nIt's who you are, it's
who you are, it's who you are \nAnd I'm loved by you \nIt's who I am, it's who I am, it's
who I am\n\nOh, and I've seen many searching for answers far and wide \nBut I know we're all
searching for answers only you provide \nCause you know just what we need \nBefore we say a
word\n\nYou're a Good, Good Father \nIt's who you are, it's who you are, it's who you are
\nAnd I'm loved by you \nIt's who I am, it's who I am, it's who I am\n\nCause you are
perfect in all of your ways \nYou are perfect in all of your ways \nYou are perfect in all
of your ways to us\n\nOh, this love so undeniable \nI, I can hardly speak \nPeace so
unexplainable \nI, I can hardly think\n\nYou're a Good, Good Father \nIt's who you are, it's
who you are, it's who you are \nAnd I'm loved by you \nIt's who I am, it's who I am, it's
who I am\n\nYou're a Good, Good Father \n(You are perfect in all of your ways) \nIt's who
you are, it's who you are, it's who you are \nAnd I'm loved by you \n(You are perfect in all
of your ways)\nIt's who I am, it's who I am, it's who I am",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "de2e918e2b0fbc53cfbd13aa263ea6a9affab102cb4965f1de75ebafb05805e1",
        "exception": null
    },
    "timestamp": "2023-10-03T10:49:24.541265"
}
```

BCG_ID_12509

Upgrade API Keys

+ New Chat

Michael W. Smith's pra...
Untitled
Lyrics search for Eddie...
Celine Dion's bittersw...
The Turtles song lyrics...
Lyrics search for Billy ...
Untitled
Untitled

**Michael W. Smith's praise hymn "Great is the Lord"**

Edit chat

what are the lyrics to great is the lord by michael w. smith



Here are the lyrics to the song "Great is the Lord" by Michael W. Smith:

Great is the Lord, He is holy and just
By His power we trust in His love
Great is the Lord, He is faithful and true

By His mercy He proves He is love

Great is the Lord and worthy of glory
Great is the Lord and worthy of praise
Great is the Lord, now lift up your voice
Now lift up your voice, great is the Lord

Great is the Lord!

He is holy and just
By His power we trust in His love

Great are You Lord and worthy of glory
Great are You Lord and worthy of praise
Great are You Lord, I lift up my voice
I lift up my voice, great are You Lord

Great are You Lord
Great are You Lord

Copy  Retry

Message Claude...

to send  shift + to add a new line

BCG_ID_12512

{
    "query": "what are the lyrics to he is exalted                by twila paris",
    "response": {
        "completion": " Here are the lyrics to the worship song \"He Is Exalted\" by Twila
Paris:\n\nHe is exalted \nThe King is exalted on high\nI will praise Him\nHe is exalted
forever exalted\nAnd I will praise His name\n\nHe is the Lord\nForever His truth shall
reign\nHeaven and earth \nRejoice in His holy name\nHe is exalted\nThe King is exalted on
high\n\nHe is exalted \nThe King is exalted on high\nI will praise Him\nHe is exalted
forever exalted\nAnd I will praise His name\n\nHe is the Lord\nForever His truth shall
reign\nHeaven and earth \nRejoice in His holy name\nHe is exalted \nThe King is exalted on
high\n\nHe is exalted\nThe King is exalted on high\nHallelujah to the King of kings",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "b43486ef96af804c765f5595962e64fd37e0f5a68f79141caa091db5f976713c",
        "exception": null
    },
    "timestamp": "2023-10-03T10:52:51.903044"
}

BCG_ID_12518

```
{
    "query": "what are the lyrics to he reigns  by newsboy",
    "response": {
        "completion": " Here are the lyrics to the song \"He Reigns\" by the Christian rock
band Newsboys:\n\nIt's the song of the redeemed\nRising from the African plain \nIt's the
song of the forgiven \nDrowning out the Amazon rain\nThe song of Asian believers \nFilled
with God's holy fire\nIt's every tribe, every tongue, every nation\nA love song born of a
grateful choir\n\nIt's all God's children singing\nGlory, glory, hallelujah\nHe reigns, He
reigns\n\nIt's all God's children singing\nGlory, glory, hallelujah\nHe reigns, He
reigns\n\nLet it rise about the four winds\nCaught up in the heavenly sound\nLet praises
echo from the towers of cathedrals\nTo the faithful gathered underground\nOf all the songs
sung from the dawn of creation\nSome were meant to persist\nOf all the bells rung from a
thousand steeples \nNone rings truer than this\n\nAnd all the powers of darkness \nTremble
at what they've just heard\n'Cause all the powers of darkness \nCan't drown out a single
word\n\nWhen all God's children sing out\nGlory, glory, hallelujah\nHe reigns, He reigns",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "83c74015a97b7295dfd7225387f32c0197e15f7a23a6c0debb19175b429dd705",
        "exception": null
    },
    "timestamp": "2023-10-03T10:53:17.181865"
}
```

BCG_ID_12519

Upgrade API Keys

MC

Crowder's heartfelt lyrics search for "Here's My Heart"

Edit chat

what are the lyrics to here's my heart by crowder

MC

Here are the lyrics to the song "Here's My Heart" by Crowder:

Here's my heart, Lord

Here's my heart, Lord

Here's my heart, Lord

Speak what is true

'Cause I am found, I am Yours

I am loved, I'm made pure

I have life, I can breathe

I am healed, I am free

You are strong, You are sure

You are life, You endure

You are good, always true

You are light breaking through

Here's my heart, Lord

Here's my heart, Lord

Here's my life, Lord

Speak what is true

I am loved, I'm made pure

I have life, I can breathe

I am healed, I am free

Here's my heart, Lord

Here's my heart, Lord

Here's my life, Lord

Speak what is true

Copy   Retry

Message Claude...

↵ to send, shift + ↵ to add a new line

BCG_ID_12523

{
    "query": "what are the lyrics to i am not alone  by kari jobe",
    "response": {
        "completion": " Here are the lyrics to the song \"I Am Not Alone\" by Kari
Jobe:\n\nWhen I walk through deep waters \nI know that You will be with me\nWhen I'm
standing in the fire \nI will not be overcome\nThrough the valley of the shadow \nI will not
fear\n\nChorus:\nI am not alone \nI am not alone\nYou will go before me \nYou will never
leave me\n\nIn the midst of deep sorrow \nI see Your light is breaking through\nThe dark of
night will not overtake me \nI am pressing into You\n\nLord, You fight my every battle \nAnd
I will not fear\n\nChorus\n\nYou amaze me, redeem me\nYou call me as Your own\nYou're my
strength, You're my defender \nYou're my refuge in the storm\n\nChorus\n\nYou're my
strength, You're my defender \nYou're my refuge in the storm\n\nChorus\n\nI am not alone",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "4c79c22ea57f987c27c6b91aadebf790ab09d251a6ad60b34eb7bf6ed1ac3c2c",
        "exception": null
    },
    "timestamp": "2023-10-03T10:58:01.834982"
}

BCG_ID_12532

```
{
    "query": "what are the lyrics to i need you  by leann rimes",
    "response": {
        "completion": " Here are the lyrics to \"I Need You\" by LeAnn Rimes:\n\nI don't
need a lot of things \nI can get by with nothing\nOf all the blessings life can bring \nI've
always needed something\nBut I've got all I want\nWhen it comes to loving you\nYou're my
only reason\nYou're my only truth\n\nI need you like water\nLike breath, like rain\nI need
you like mercy\nFrom heaven's gate\nThere's a freedom in your arms\nThat carries me
through\nI need you\n\nYou're the hope that moves me\nTo courage again\nYou're the love that
rescues me\nWhen the cold winds, rage\nAnd it's so amazing\n'cause that's just how you
are\nAnd I can't turn back now\n'cause you've brought me too far\n\nI need you like
water\nLike breath, like rain\nI need you like mercy\nFrom heaven's gate\nThere's a freedom
in your arms\nThat carries me through\nI need you\nOh yes I do\nI need you like
water\nLike breath, like rain\nI need you like mercy\nFrom heaven's gate\nThere's a freedom
in your arms\nThat carries me through\nI need you\nOh yes I do\nI need you",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "d941e92bdcfc494915851aca914842b934441ca70f8d8e369c36dd6765071cd9",
        "exception": null
    },
    "timestamp": "2023-10-03T10:59:57.369288"
}
```

BCG_ID_12537

```
{
    "query": "what are the lyrics to i will be here  by steven curtis chapman",
    "response": {
        "completion": " Here are the lyrics to the song \"I Will Be Here\" by Steven Curtis
Chapman:\n\nTomorrow morning if you wake up\nAnd the sun does not appear\nI, I will be
here\nIf in the dark we lose sight of love\nHold my hand and have no fear\n'Cause I, I will
be here\n\nI will be here\nWhen you feel like being quiet\nWhen you need to speak your
mind\nI will listen\nAnd I will be here\nWhen the laughter turns to cryin'\nThrough the
winning, losing and trying\nWe'll be together\n'Cause I will be here\n\nTomorrow morning,
if you wake up\nAnd the future is unclear\nI, I will be here\nAs sure as seasons were made for
change\nOur lifetimes were made for these years\nSo I, I will be here\n\nI will be here\nAnd
you can cry on my shoulder\nWhen the mirror tells us we're older\nI will hold you\nAnd I
will be here\nTo watch you grow in beauty\nAnd tell you all the things you are to me\nI will
be here\n\nI will be true to the promise I have made\nTo you and to the One who gave you to
me\n\nSo I, I will be here\nWe'll be together, I will be here",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "0c44e48e4de2de73fa214d6ab66a270896c24d20898bc5ec0d1334c3d51fbfcf",
        "exception": null
    },
    "timestamp": "2023-10-03T11:00:41.607983"
}
```

BCG_ID_12539

```
{
    "query": "what are the lyrics to indescribable  by chris tomlin",
    "response": {
        "completion": " Here are the lyrics to the song \"Indescribable\" by Chris
Tomlin:\n\nFrom the highest of heights to the depths of the sea\nCreation's revealing Your
majesty \nFrom the colors of fall to the fragrance of spring\nEvery creature unique in the
song that it sings\nAll exclaiming\n\nIndescribable, uncontainable,\nYou placed the stars in
the sky \nAnd You know them by name.\nYou are amazing God\nAll powerful, untameable
\nAwestruck we fall to our knees\nAs we humbly proclaim\nYou are amazing God\n\nWho has told
every lightning bolt where it should go \nOr seen heavenly storehouses laden with snow\nWho
imagined the sun and gives source to its light \nYet conceals it to bring us the coolness of
night\nNone can fathom\n\nIndescribable, uncontainable, \nYou placed the stars in the
sky\nAnd You know them by name\nYou are amazing God\nIncomparable, unchangeable\nYou see the
depths of my heart\nAnd You love me the same\nYou are amazing God\n\nYou are amazing God",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "c494203bcbc3d9f6e895eee54c6e62cadd1073db29b3874254dc26fc8535920a",
        "exception": null
    },
    "timestamp": "2023-10-03T11:03:44.919170"
}
```

BCG_ID_12547

```
{
    "query": "what are the lyrics to jesus messiah  by chris tomlin",
    "response": {
        "completion": " Here are the lyrics to the song \"Jesus Messiah\" by Chris
Tomlin:\n\nHe became sin who knew no sin \nThat we might become His righteousness \nHe
humbled Himself and carried the cross \nLove so amazing love so amazing\n\nJesus Messiah
Name above all names\nBlessed Redeemer Emmanuel\nThe Rescue for sinners\nThe Ransom from
heaven \nJesus Messiah Lord of all\n\nHis body the bread His blood the wine\nBroken and
poured out all for love\nThe whole earth trembled and the veil was torn\nLove so amazing
love so amazing \n\nAll our hope is in You\nAll our hope is in You\nAll the glory to You
God\nThe Light of the world\n\nJesus Messiah \nName above all names\nBlessed Redeemer
Emmanuel\nThe Rescue for sinners \nThe Ransom from heaven\nJesus Messiah Lord of all",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "e0cc22d463584e2d5663c15eec3befcd0ee309300a19d631c172b49a7f5ec2f6",
        "exception": null
    },
    "timestamp": "2023-10-03T11:05:41.029501"
}
```

BCG_ID_12553

```
{
    "query": "what are the lyrics to lamb of god by twila paris",
    "response": {
        "completion": " Here are the lyrics to the song \"Lamb of God\" by Twila
Paris:\n\nYour only Son, no sin to hide\nBut You have sent Him from Your side\nTo walk upon
this guilty sod \nAnd to become the Lamb of God\n\nO Lamb of God, sweet Lamb of God\nI love
the holy Lamb of God\nO wash me in His precious blood\nMy Jesus Christ, the Lamb of
God\n\nYour gift of love they crucified\nThey laughed and scorned Him as he died\nThe humble
King they named a fraud\nAnd sacrificed the Lamb of God\n\nO Lamb of God, sweet Lamb of
God\nI love the holy Lamb of God\nO wash me in His precious blood\nMy Jesus Christ, the Lamb
of God\n\nI was so lost, I should have died\nBut you have brought me to your side\nTo be led
by Your staff and rod\nAnd to be called a lamb of God\n\nO Lamb of God, sweet Lamb of God\nI
love the holy Lamb of God\nO wash me in His precious blood \nTill I am just a lamb of God",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "257b0cf9d6fc1e9fbb7bacacae7b191743ce5ae3322c8554829d11efbf8ecd6a",
        "exception": null
    },
    "timestamp": "2023-10-03T11:07:19.969691"
}
```

BCG_ID_12558

 

Upgrade API Keys

**NF song lyrics search for "Let You Down"**

Edit chat

+ New Chat

NF song lyrics search f...
Crowder's heartfelt lyr...
Lyrics search for Eddie...
Celine Dion's bittersw...
The Turtles song lyrics...
Lyrics search for Billy ...
Untitled
Untitled

what are the lyrics to let you down by nf   MC

Here are the lyrics to the song "Let You Down" by NF:

Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
Let you down

Yeah, I guess I'm a disappointment
Doing everything I can, I don't wanna make you disappointed
It's annoying, I just wanna make you feel like everything I ever did wasn't ever tryna make an
issue for you
But, I got issues like you got tissues using 'em when shit happens
I'm so mad I'm losing it, I wanna break your fucking face in for no good reason

(Chorus)
Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
Let you down

Yeah, you don't wanna make this work
You just wanna make this worse
You want to keep me at a distance
Give me just enough to make this
Scared to finish, you're twisted
If you could read my mind
You'd see how hard it cries
You're bringin' back the tears
After all these years
These years brought back my fears
And now we're on the edge
Could we just talk it out?
Before I follow through?
Can we just talk it out?
Before I lose my head?

(Chorus)
Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
Let you down

Yeah, don't talk down to me
That's not going to work now
Packed all my clothes and I moved out
Every time I sit on that couch
I feel like you lecture me

BCG_ID_12565

```
{
    "query": "what are the lyrics to lord, i need you  by matt maher",
    "response": {
        "completion": " Here are the lyrics to the worship song \"Lord, I Need You\" by Matt
Maher:\n\nLord, I come, I confess \nBowing here I find my rest\nWithout You I fall
apart\nYou're the One that guides my heart\n\nLord, I need You, oh, I need You\nEvery hour I
need You\nMy one defense, my righteousness\nOh God, how I need You\n\nWhere sin runs deep
Your grace is more\nWhere grace is found is where You are\nAnd where You are, Lord, I am
free\nHoliness is Christ in me\n\nLord, I need You, oh, I need You  \nEvery hour I need
You\nMy one defense, my righteousness\nOh God, how I need You\n\nSo teach my song to rise to
You\nWhen temptation comes my way\nAnd when I cannot stand I'll fall on You\nJesus, You're
my hope and stay\n\nLord, I need You, oh, I need You   \nEvery hour I need You\nMy one
defense, my righteousness \nOh God, how I need You\nYou're my one defense, my
righteousness\nOh God, how I need You\nMy one defense, my righteousness\nOh God, how I need
You",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "418b8fbc5c37710d5f7f1fc78750d2452fe7e2e1a55e49ec0e7abf70ff2062d1",
        "exception": null
    },
    "timestamp": "2023-10-03T11:12:33.208589"
}
```

BCG_ID_12571

```
{
    "query": "what are the lyrics to meant to live  by switchfoot",
    "response": {
        "completion": " Here are the lyrics to the song \"Meant to Live\" by
Switchfoot:\n\nFumbling his confidence \nAnd wondering why the world has passed him
by\nHoping that he's bent for more than arguments\nAnd failed attempts to fly, fly\n\nWe
were meant to live for so much more\nHave we lost ourselves?\nSomewhere we live
inside\nSomewhere we live inside\nWe were meant to live for so much more\nHave we lost
ourselves?\nSomewhere we live inside\n\nDreaming about Providence\nAnd whether mice or men
have second tries\nMaybe we've been livin with our eyes half open\nMaybe we're bent and
broken, broken\n\nWe were meant to live for so much more\nHave we lost ourselves?\nSomewhere
we live inside\nSomewhere we live inside\nWe were meant to live for so much more\nHave we
lost ourselves?\nSomewhere we live inside\n\nWe want more than this world's got to offer\nWe
want more than this world's got to offer\nWe want more than the wars of our fathers\nAnd
everything inside screams for second life, yeah\n\nWe were meant to live for so much
more\nHave we lost ourselves?\nWe were meant to live for so much more\nHave we lost
ourselves?\nWe were meant to live for so much more\nHave we lost ourselves?\nWe were meant
to live\nWe were meant to live",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "04fdb3c27340795ac5e8a4834c2dad17b976d0bd841e015f96cd9cd1cd2b1685",
        "exception": null
    },
    "timestamp": "2023-10-03T11:13:58.094851"
}
```

BCG_ID_12574

```
{
    "query": "what are the lyrics to only hope  by switchfoot",
    "response": {
        "completion": " Here are the lyrics to the song \"Only Hope\" by
Switchfoot:\n\nThere's a song that's inside of my soul \nIt's the one that I've tried to
write over and over again \nI'm awake in the infinite cold \nBut You sing to me over and
over and over again \n\nSo I lay my head back down \nAnd I lift my hands and pray \nTo be
only Yours I pray \nTo be only Yours \nI know now you're my only hope \n\nSing to me the
song of the stars \nOf Your galaxy dancing and laughing and laughing again \nWhen it feels
like my dreams are so far \nSing to me of the plans that You have for me over again \n\nSo I
lay my head back down \nAnd I lift my hands and pray \nTo be only yours I pray \nTo be only
yours \nI know now you're my only hope \n\nI give You my destiny \nI'm giving You all of me
\nI want Your symphony \nSinging in all that I am \nAt the top of my lungs I'm giving it
back \n\nSo I lay my head back down \nAnd I lift my hands and pray \nTo be only yours I pray
\nTo be only yours I pray \nTo be only yours \nI know now you're my only hope",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "85642c511411d5361ac056ff9faa8d9bf37cf40621e85cc1838eacfc00a13b3e",
        "exception": null
    },
    "timestamp": "2023-10-03T11:20:40.026868"
}
```

BCG_ID_12592

```
{
    "query": "what are the lyrics to our god  by chris tomlin",
    "response": {
        "completion": " Here are the lyrics to the worship song \"Our God\" by Chris
Tomlin:\n\nWater You turned into wine\nOpened the eyes of the blind\nThere's no one like
you\nNone like you\n\nInto the darkness You shine \nOut of the ashes we rise\nThere's no one
like you \nNone like you\n\nOur God is greater, our God is stronger\nGod You are higher than
any other\nOur God is Healer, awesome in power\nOur God, Our God\n\nInto the darkness you
shining\nOut of the ashes we Rise\nNo one like you\nNone like you\n\nOur God is greater, our
God is stronger\nGod You are higher than any other \nOur God is Healer, awesome in
power\nOur God, Our God\n\nAnd if Our God is for us, then who could ever stop us\nAnd if our
God is with us, then what can stand against\nAnd if Our God is for us, then who could ever
stop us\nAnd if our God is with us, then what can stand against\n(Then) what can stand
against\n\nOur God is greater, our God is stronger\nGod You are higher than any other\nOur
God is Healer, awesome in power \nOur God, Our God  \n\nOur God is greater, our God is
stronger\nGod You are higher than any other \nOur God is Healer, awesome in power\nOur God,
Our God\n\nAnd if Our God is for us, then who could ever stop us \nAnd if our God is with
us, then what can stand against\nAnd if Our God is for us, then who can ever stop us\nAnd if
our God is with us, then what can stand against\nThen what can stand against",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "1731e3861df4c877b26e70ae98d2fac64cdca82276420e977020b3a8911df30b",
        "exception": null
    },
    "timestamp": "2023-10-03T11:21:52.007661"
}
```

BCG_ID_12595

+ New Chat

Lyrics search for Steve...
Untitled
NF's introspective son...
Crowder's heartfelt lyr...
Lyrics search for Eddie...
Celine Dion's bittersw...
The Turtles song lyrics...
Lyrics search for Billy ...
Untitled
Untitled

Lyrics search for Steve Green's gospel song "People Need the Lord"

Edit chat

what are the lyrics to people need the lord by steve green

Here are the lyrics to the song "People Need The Lord" by Steve Green:

Everyday they pass me by
I can see it in their eyes
Empty people filled with care
Headed who knows where?
On they go through private pain
Living fear to fear
Laughter hides the silent cries
Only Jesus hears

People need the Lord, people need the Lord
At the end of broken dreams, He's the open door
People need the Lord, people need the Lord
When will we realize people need the Lord?

We are called to take His light
To a world where wrong seems right
What could be too great a cost
For sharing Life with one who's lost?
Through His love our hearts can feel
All the grief they bear
They must hear the Words of Life
Only we can share

People need the Lord, people need the Lord
At the end of broken dreams, He's the open door
People need the Lord, people need the Lord
When will we realize that we must give our lives
For people need the Lord

Copy  Retry

Message Claude...

⏎ to send, shift + ⏎ to add a new line

```
{
    "query": "what are the lyrics to whom shall i fear (god of angel armies) by chris
tomlin",
    "response": {
        "completion": " Here are the lyrics to the song \"Whom Shall I Fear (God of Angel
Armies)\" by Chris Tomlin:\n\nYou hear me when I call \nYou are my morning song \nThough
darkness fills the night\nIt cannot hide the light\nWhom shall I fear\n\nYou crush the enemy
\nUnderneath my feet\nYou are my Sword and Shield\nThough troubles linger still\nWhom shall
I fear\n\nI know Who goes before me\nI know Who stands behind\nThe God of angel armies \nIs
always by my side\nThe One who reigns forever\nHe is a Friend of mine\nThe God of angel
armies\nIs always by my side\n\nMy strength is in Your name\nFor You alone can save \nYou
will deliver me\nYours is the victory\nWhom shall I fear\nWhom shall I fear\n\nAnd nothing
formed against me shall stand\nYou hold the whole world in Your hands\nI'm holding on to
Your promises\nYou are faithful\nYou are faithful",
        "stop_reason": "stop_sequence",
        "model": "claude-2.0",
        "truncated": false,
        "stop": "\n\nHuman:",
        "log_id": "6f47106093a26f82731a9a8ae90ac317342b453c35e28614461062edfe69c43a",
        "exception": null
    },
    "timestamp": "2023-10-03T11:39:24.347555"
}
```

BCG_ID_12642