# EXHIBIT D

Lyrics
Hey girl you know you drive me crazy
One look puts the rhythm in my hand
Still I'll never understand why you hang around
I see what's going down.

Cover up with make up in the mirror
Tell yourself it's never gonna happen again
You cry alone and then he swears he loves you.

Do you feel like a man
When you push her around?
Do you feel better now, as she falls to the ground?
Well I'll tell you my friend, one day this world's got to end
As your lies crumble down, a new life she has found.

A pebble in the water makes a ripple effect
Every action in this world will bear a consequence
If you wait around forever you will surely drown
I see what's going down.

I see the way you go and say you're right again,
Say you're right again,
Heed my lecture.

Do you feel like a man
When you push her around?
Do you feel better now, as she falls to the ground?
Well I'll tell you my friend, one day this world's got to end
As your lies crumble down, a new life she has found.

Face down in the dirt
She said "This doesn't hurt!"
She said "I finally had enough!"

Face down in the dirt
She said "This doesn't hurt!"
She said "I finally had enough!"

One day she will tell you that she has had enough
It's coming round again

Do you feel like a man
When you push her around?

BCG_ID_10009_LF.txt[11/10/23, 10:57:38 AM]

Do you feel better now, as she falls to the ground?
Well I'll tell you my friend, one day this world's got to end
As your lies crumble down, a new life she has found.

Do you feel like a man
When you push her around?
Do you feel better now, as she falls to the ground?
Well I'll tell you my friend, one day this world's got to end
As your lies crumble down, a new life she has found.

Face down in the dirt
She said "This doesn't hurt!"
She said "I finally had enough!"

WRITERS

Ronnie Winter

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Memories are just where you laid them
Drag the waters till the depths give up their dead
What did you expect to find?
Was there something you left behind?
Don't you remember
Anything I said when I said

Don't fall away
And leave me to myself
Don't fall away
And leave love bleeding in my hands
In my hands again
And leave love bleeding in my hands
In my hands
Love lies bleeding

Oh, hold me now, I feel contagious
Am I the only place that you've left to go?
She cries her life is like
Some movie, black and white
Dead actors faking lines
Over and over and over again she cries

Don't fall away
And leave me to myself
Don't fall away
And leave love bleeding in my hands
In my hands again
And leave love bleeding in my hands
In my hands
Love lies bleeding

And I wanted, but you turned away
You don't remember, but I do
You never even tried

Don't fall away
And leave me to myself
Don't fall away
And leave love bleeding in my hands
In my hands again
Leave love bleeding in my hands
In my hands again
Leave love bleeding in my hands
In my hands again, oh

WRITERS

BCG_ID_10013_LF.txt[11/10/23, 10:57:38 AM]

Carl William Bell

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10013_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
Sweet wonderful you
You make me happy with the things you do
Oh, can it be so
This feeling follows me wherever I go

I never did believe in miracles
But I've a feeling it's time to try
I never did believe in the ways of magic
But I'm beginning to wonder why

I never did believe in miracles
But I've a feeling it's time to try
I never did believe in the ways of magic
But I'm beginning to wonder why

Don't, don't break the spell
It would be different and you know it will
You, you make loving fun
And I don't have to tell you but you're the only one

You, you make loving fun
It's all I want to do
You, you make loving fun
It's all I want to do
You, you make loving fun
It's all I want to do
You, you make loving fun
It's all I want to do

WRITERS

Christine McVie

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10014_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
I don't care if Monday's blue
Tuesday's grey and Wednesday too
Thursday, I don't care about you
It's Friday, I'm in love
Monday you can fall apart
Tuesday, Wednesday break my heart
Oh, Thursday doesn't even start
It's Friday, I'm in love

Saturday, wait
And Sunday always comes too late
But Friday, never hesitate

I don't care if Monday's black
Tuesday, Wednesday, heart attack
Thursday, never looking back
It's Friday, I'm in love

Monday you can hold your head
Tuesday, Wednesday, stay in bed
Or Thursday watch the walls instead
It's Friday, I'm in love

Saturday, wait
And Sunday always comes too late
But Friday, never hesitate

Dressed up to the eyes
It's a wonderful surprise
To see your shoes and your spirits rise
Throw out your frown
And just smile at the sound
Sleek as a shriek, spinning 'round and 'round
Always take a big bite
It's such a gorgeous sight
To see you eat in the middle of the night
You can never get enough
Enough of this stuff
It's Friday, I'm in love

I don't care if Monday's blue
Tuesday's grey and Wednesday too
Thursday, I don't care about you
It's Friday, I'm in love
Monday you can fall apart
Tuesday, Wednesday, break my heart

BCG_ID_10026_LF.txt[11/10/23, 10:57:38 AM]

Thursday doesn't even start
It's Friday, I'm in love

(Oh)
Do-do, do-do, do-do, do
Do-do, do-do, do-do, do
(Oh, oh, whoa, whoa)

WRITERS

Boris Williams, Porl Thompson, Perry Bamonte, Robert James Smith, Simon Johnathon Gallup

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10026_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
And I love you so
The people ask me how
How I've lived till now
I tell them I don't know

I guess they understand
How lonely life has been
But life began again
The day you took my hand

And yes, I know how lonely life can be
The shadows follow me 'n' the night won't set me free
But I don't let the evening get me down
Now that you're around me

And you love me, too
Your thoughts are just for me
You set my spirit free
I'm happy that you do

The book of life is brief
And once a page is read
All but life is dead
That is my belief

And yes, I know how lonely life can be
The shadows follow me and the night won't set me free
But I don't let the evening get me down
Now that you're around me

WRITERS

Don Mclean

PUBLISHERS

Lyrics © Universal Music Publishing Group, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_10028_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
I remember the thirty-five sweet goodbyes
When you put me on the Wolverine up to Annandale
It was still September
When your daddy was quite surprised
To find you with the working girls in the county jail
I was smoking with the boys upstairs when I
Heard about the whole affair, I said oh no
William and Mary won't do

Well, I did not think the girl
Could be so cruel
And I'm never going back
To my old school

Oleanders growing outside her door
Soon they're gonna be in bloom up in Annandale
I can't stand her
Doing what she did before
Living like a gypsy queen in a fairy tale
Well, I hear the whistle but I can't go, I'm gonna
Take her down to Mexico, she said oh no
Guadalajara won't do

Well, I did not think the girl
Could be so cruel
And I'm never going back
To my old school

California tumbles into the sea
That'll be the day I go back to Annandale
Tried to warn you
About Chino and Daddy Gee
But I can't seem to get to you through the U.S. Mail
Well I hear the whistle but I can't go, I'm gonna
Take her down to Mexico, she said oh no
Guadalajara won't do

Well, I did not think the girl
Could be so cruel
And I'm never going back
To my old school

WRITERS

DONALD JAY FAGEN, WALTER CARL BECKER

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10034_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
Have you seen the well to do?
Up and down Park Avenue?
On that famous thoroughfare,
With their noses in the air?
High hats and arrowed collars,
Wide spats and fifteen dollars.
Spending every dime,
For a wonderful time

If you're blue and you don' know,
Where to go to, why don't you go,
Where fashion sits?
Putting On The Ritz.
Different types, who wear a day,
Co-pants with stripes, and cut away,
Coat, perfect fits?
Putting On The Ritz.

Dressed up like a million dollar trooper,
Trying hard to look like Gary Cooper.
Super-duper

Come, let's mix where Rockerfellas,
Walk with sticks, or umbrellas,
In their mitts.
Putting On The Ritz.
Spangled gowns upon a beauty of hand-me-downs, on clown and cutie,
All misfits.
Putting On The Ritz.

Tips his hat just like an English chappie,
To a lady with the wealthy happy.
Very Snappy

You'll declare it's simply topping,
To be there, and hear them swapping,
Smart titbits.
Putting On the Ritz
Putting On the Ritz
Putting On the Ritz
WRITERS
IRVING BERLIN

BCG_ID_10040_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
You keep sayin' you've got somethin' for me
Somethin' you call love but confess
You've been a'messin' where you shouldn't 've been a'messin'
And now someone else is getting all your best

These boots are made for walkin'
And that's just what they'll do
One of these days these boots are gonna walk all over you
Ya

You keep lyin' when you oughta be truthin'
And you keep losing when you oughta not bet
You keep samin' when you oughta be a'changin'
Now what's right is right but you ain't been right yet

These boots are made for walkin'
And that's just what they'll do
One of these days these boots are gonna walk all over you

You keep playin' where you shouldn't be playin'
And you keep thinkin' that you'll never get burnt (ha)
I just found me a brand new box of matches, yeah
And what he knows you ain't had time to learn
These boots are made for walkin'
And that's just what they'll do
One of these days these boots are gonna walk all over you

Are you ready, boots? Start walkin'

WRITERS

Lee Hazlewood

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10059_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
Her name was Lola, she was a showgirl
With yellow feathers in her hair and a dress cut down to there
She would merengue and do the cha-cha
And while she tried to be a star
Tony always tended bar
Across the crowded floor, they worked from eight til four
They were young and they had each other
Who could ask for more?

At the copa (co) Copacabana (Copacabana)
The hottest spot north of Havana (here)
At the copa (co) Copacabana
Music and passion were always the fashion
At the copa they fell in love

Copa, Copacabana
His name was Rico
He wore a diamond
He was escorted to his chair, he saw Lola dancing there
And when she finished,he called her over
But Rico went a bit to far
Tony sailed across the bar
And then the punches flew and chairs were smashed in two
There was blood and a single gun shot
But just who shot who?

At the copa (co) Copacabana (Copacabana)
The hottest spot north of Havana (here)
At the copa (co) Copacabana
Music and passion were always the fashion
At the copa, she lost her love
(Copa, Copacabana)
(Copa, Copacabana)
(Copacabana)

(Copa, Copacabana)
(Copa, Copacabana)like in Havana
(Copa, banana)
Music and passion were always in fashion

Her name is Lola, she was a showgirl
But that was thirty years ago, when they used to have a show
Now it's a disco, but not for Lola
Still in dress she used to wear
Faded feathers in her hair
She sits there so refined, and drinks herself half-blind
She lost her youth and she lost her Tony

BCG_ID_10069_LF.txt[11/10/23, 10:57:38 AM]

Now she's lost her mind

At the copa (co) Copacabana (Copacabana)
The hottest spot north of Havana (here)
At the copa (co) Copacabana
Music and passion were always in fashion
At the copa don't fall in love

(Copa, Copacabana) don't fall in love
(Copacabana)
(Copacabana)

(Copa, Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)

WRITERS

Barry Manilow, Bruce H. Sussman, Jack A. Feldman

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10069_LF.txt[11/10/23, 10:57:38 AM]

Lyrics
You were standing in the wake of devastation
You were waiting on the edge of the unknown
And with the cataclysm raining down, insides crying save me now
You were there impossibly alone.

Do you feel cold and lost in desperation
You build up hope but failure's all you've known
Remember all the sadness and frustration
And let it go, let it go.

And in the burst of light that blinded every angel
As if the sky had blown the heavens into stars
You felt the gravity of temper grace falling into empty space
No one there to catch you in their arms

Do you feel cold and lost in desperation
You build up hope but failure's all you've known
Remember all the sadness and frustration
And let it go, let it go.

Let it go
Let it go
Let it go
Let it go

Do you feel cold and lost in desperation
You build up hope but failure's all you've known
Remember all the sadness and frustration
And let it go, let it go.

WRITERS

BRAD DELSON, CHESTER CHARLES BENNINGTON, DAVE FARRELL, JOSEPH HAHN, MIKE SHINODA, ROBERT G. BOURDON

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

BCG_ID_10070_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Are you lost
In your lies?
Do you tell yourself "I don't realize"?

Your crusade's a disguise
Replace freedom with fear
You trade money for lives

I'm aware of what you've done

No, no more sorrow
I've paid for your mistakes
Your time is borrowed
Your time has come to be replaced

I see pain
I see need
I see liars and thieves
Abuse power with greed
I had hope
I believed
But I'm beginning to think that I've been deceived

You will pay for what you've done

No, no more sorrow
I've paid for your mistakes
Your time is borrowed
Your time has come to be replaced

Thieves and hypocrites
Thieves and hypocrites
Thieves and hypocrites

No, no more sorrow
I've paid for your mistakes
Your time is borrowed
Your time has come to be replaced

No more sorrow
I've paid for your mistakes
Your time is borrowed
Your time has come to be replaced

BCG_ID_10072_LF.txt[11/10/23, 10:57:39 AM]

Your time has come to be replaced
Your time has come to be erased

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Gpqn Sagl, Thaurus Publishing, Warner Chappell Music, Inc.

BCG_ID_10072_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
All the leaves are brown (all the leaves are brown)
And the sky is gray (and the sky is gray)
I've been for a walk (I've been for a walk)
On a winter's day (on a winter's day)
I'd be safe and warm (I'd be safe and warm)
If I was in L.A. (if I was in L.A.)


California dreamin' (California dreamin')
On such a winter's day


Stopped into a church
I passed along the way
Well, I got down on my knees (got down on my knees)
And I pretend to pray (I pretend to pray)
You know the preacher like the cold (preacher like the cold)
He knows I'm gonna stay (knows I'm gonna stay)


California dreamin' (California dreamin')
On such a winter's day


All the leaves are brown (all the leaves are brown)
And the sky is gray (and the sky is gray)
I've been for a walk (I've been for a walk)
On a winter's day (on a winter's day)
If I didn't tell her (if I didn't tell her)
I could leave today (I could leave today)


California dreamin' (California dreamin')
On such a winter's day (California dreamin')
On such a winter's day (California dreamin')
On such a winter's day

WRITERS

John Edmund Andrew Phillips, Michelle Gilliam Phillips

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10075_LF.txt[11/10/23, 10:57:39 AM]

Lyrics

L.A. proved too much for the man
(Too much for the man, he couldn't make it)
So he's leavin' the life he's come to know, ooh
(He said he's goin')
He said he's goin' back to find
(Goin' back to find)
Ooh ooh ooh, what's left of his world
The world he left behind
Not so long ago

He's leavin' (leavin')
On that midnight train to Georgia
(Leavin' on the midnight train)
Yeah, said he's goin' back
(Goin' back to find)
To a simpler place in time
(Whenever he takes that ride) oh yes he is
(Guess who's gonna be right by his side)

And I'll be with him (I know you will)
On that midnight train to Georgia
(Leavin' on the midnight train to Georgia)
I'd rather live in his world (live in his world)
Than live without him in mine
(Her world is his, his and hers alone)

He kept dreamin' (dreamin')
Ooh, that someday he'd be a star
(A superstar, but he didn't get far)
But he sure found out the hard way
That dreams don't always come true
(Dreams don't always come true) oh no
(Uh uh) uh uh (no, uh uh)
So he pawned all his hopes (ooh ooh ooh)
And he even sold his old car (woo woo woo)
Bought a one way ticket back
To the life he once knew
Oh, yes, he did
He said he would

Oh, oh, he's leavin' (leavin')
On that midnight train to Georgia
(Leavin' on the midnight train)
Yeah, said he's goin' back to find
(Goin' back to find)
Ooh, a simpler place in time
(Whenever he takes that ride) ooh
(Guess who's gonna be right by his side)

BCG_ID_10078_LF.txt[11/10/23, 10:57:39 AM]

And I'm gonna be with him (I know you will)
On that midnight train to Georgia
(Leavin' on the midnight train to Georgia)
I'd rather live in his world (live in his world)
Than live without him in mine
(Her world is his, his and hers alone)


Oh, he's leavin' (leavin')
On the midnight train to Georgia
(Leavin' on the midnight train)
Yeah, ooh, y'all
Said he's goin' back to find
(Goin' back to find)
Ooh, a simpler place in time
(Whenever he takes that ride) ooh
(Guess who's gonna be right by his side)


And I've got to be with him (I know you will)
On that midnight train to Georgia
(Leavin' on the midnight train to Georgia, ooh ooh)
I'd rather live in his world (live in his world)
Than live without him in mine
(Her world is his, his and hers alone)


(For love) for love (gonna board) gonna board
The midnight train to ride
For love (for love) gonna board (gonna board)
Gotta board the midnight train to go
For love (for love) gonna board (gonna board)
The midnight train to go


My world (for love), his world (gonna board)
Our world (the midnight train to go) now I'm his alone
My world (for love), his world (gonna board)
Our world (the midnight train to go) now I'm his alone
I've got to go (for love), I've got to go (gonna board)
I've got to go (the midnight train to go) hey
I've got to go (for love), I've got to go (gonna board)
(The midnight train to go)
My world (for love), his world (gonna board)
My man (the midnight train to go) his girl
I've got to go (for love), I've got to go (gonna board)
(The midnight train to go) I've got to go
My world (for love), his world (gonna board)
Our world

WRITERS

BCG_ID_10078_LF.txt[11/10/23, 10:57:39 AM]

James D. Weatherly

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10078_LF.txt[11/10/23, 10:57:39 AM]

Lyrics

When you're lost in the rain in Juarez when it's Easter time, too
And your gravity fails and negativity don't pull you through
Don't put on any airs when you're down on Rue Morgue Avenue
They got some hungry women there and they really make a mess outta you


Now, if you see Saint Annie, please tell her thanks a lot
I cannot move, my fingers are all in a knot
I don't have the strength to get up and take another shot
And my best friend, my doctor, won't even say what it is I've got


Sweet Melinda, the peasants call her the goddess of gloom
She speaks good English and she invites you up into her room
And you're so kind and careful not to go to her too soon
And she takes your voice and leaves you howling at the moon


Up on Housing Project Hill, it's either fortune or fame
You must pick one or the other, though neither of them are to be what they claim
If you're lookin' to get silly, you better go back to from where you came
Because the cops don't need you, and man, they expect the same


Now, all the authorities, they just stand around and boast
How they blackmailed the sergeant-at-arms into leaving his post
And picking up Angel, who just arrived here from the coast
Who looked so fine at first but left looking just like a ghost


I started out on burgundy but soon hit the harder stuff
Everybody said they'd stand behind me when the game got rough
But the joke was on me, there was nobody even there to bluff
I'm going back to New York City, I do believe I've had enough

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10084_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Another suburban family morning
Grandmother screaming at the wall
We have to shout above the din of our rice crispies
We can't hear anything at all

Mother chants her litany of boredom and frustration
But we know all her suicides are fake
Daddy only stares into the distance
There's only so much more that he can take
Many miles away something crawls from the slime
At the bottom of a dark Scottish lake

Another industrial ugly morning
The factory belches filth into the sky
He walks unhindered through the picket lines today,
He doesn't think to wonder why

The secretaries pout and preen like cheap tarts in a red light street,
But all he ever thinks to do is watch,
And every single meeting with his so-called superior
Is a humiliating kick in the crotch
Many miles away something crawls to the surface
Of a dark Scottish loch

Another working day has ended
Only the rush hour hell to face
Packed like lemmings into shiny metal boxes
Contestants in a suicidal race

Daddy grips the wheel and stares alone into the distance
He knows that something somewhere has to break
He sees the family home now, looming in his headlights
The pain upstairs that makes his eyeballs ache
Many miles away there's a shadow on the door
Of a cottage on the shore
Of a dark Scottish lake

Many miles away
Many miles away
Many miles away
Many miles away
Many miles away
Many miles away

WRITERS

BCG_ID_10088_LF.txt[11/10/23, 10:57:39 AM]

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10088_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Johnny's in the basement
Mixing up the medicine
I'm on the pavement
Thinking about the government
The man in the trench coat
Badge out, laid off
Says he's got a bad cough
Wants to get it paid off
Look out kid
It's somethin' you did
God knows when
But you're doing it again
You better duck down the alley way
Lookin' for a new friend
A man in the coonskin cap, in the pig pen
Wants eleven dollar bills, you only got ten

Maggie comes fleet foot
Face full of black soot
Talkin' that the heat put
Plants in the bed but
The phone's tapped anyway
Maggie says that many say
They must bust in early May
Orders from the D.A., look out kid
Don't matter what you did
Walk on your tip toes
Don't tie no bows
Better stay away from those
That carry around a fire hose
Keep a clean nose
Watch the plain clothes
You don't need a weather man
To know which way the wind blows

Oh, get sick, get well
Hang around a ink well
Hang bail, hard to tell
If anything is goin' to sell
Try hard, get barred
Get back, write braille
Get jailed, jump bail
Join the army, if you fail
Look out kid
You're gonna get hit
But losers, cheaters
Six-time users
Hangin' 'round the theaters
Girl by the whirlpool
Lookin' for a new fool

BCG_ID_10090_LF.txt[11/10/23, 10:57:39 AM]

Don't follow leaders, watch the parkin' meters

Oh, get born, keep warm
Short pants, romance
Learn to dance, get dressed, get blessed
Try to be a success
Please her, please him, buy gifts
Don't steal, don't lift
Twenty years of schoolin'
And they put you on the day shift
Look out kid
They keep it all hid
Better jump down a manhole
Light yourself a candle
Don't wear sandals
Try to avoid the scandals
Don't want to be a bum
You better chew gum
The pump don't work
'Cause the vandals took the handles

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10090_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Sometimes I need to remember just to breathe
Sometimes I need you to stay away from me
Sometimes I'm in disbelief, I didn't know
Somehow I need you to go


Don't stay
Forget our memories
Forget our possibilities
What you were changing me into
(Just give me myself back and)
Don't stay
Forget our memories
Forget our possibilities
Take all your faithlessness with you
(Just give me myself back and)
Don't stay


Sometimes I feel like I trusted you too well
Sometimes I just feel like screaming at myself
Sometimes I'm in disbelief, I didn't know
Somehow I need to be alone


Don't stay
Forget our memories
Forget our possibilities
What you were changing me into
(Just give me myself back and)
Don't stay
Forget our memories
Forget our possibilities
Take all your faithlessness with you
(Just give me myself back and)
Don't stay


I don't need you anymore, don't want to be ignored
I don't need one more day, of you wasting me away
I don't need you anymore, I don't want to be ignored
I don't need one more day, of you wasting me away
(With no apologies)


Don't stay
Forget our memories
Forget our possibilities
What you were changing me into
(Just give me myself back and)
Don't stay
Forget our memories

BCG_ID_10094_LF.txt[11/10/23, 10:57:39 AM]

Forget our possibilities
Take all your faithlessness with you
(Just give me myself back and)
Don't stay
Don't stay
Don't stay

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10094_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
If I could turn the page
In time then I'd rearrange
Just a day or two
Close my, close my, close my eyes

But I couldn't find a way
So I'll settle for one day
To believe in you
Tell me, tell me, tell me lies

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)
Tell me lies
Tell me sweet little lies

Although I'm not making plans
I hope that you understand
There's a reason why
Close your, close your, close your eyes

No more broken hearts
We're better off apart
Let's give it a try
Tell me, tell me, tell me lies

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)
Tell me lies
Tell me sweet little lies

If I could turn the page
In time then I'd rearrange
Just a day or two
Close my, close my, close my eyes

But I couldn't find a way
So I'll settle for one day
To believe in you
Tell me, tell me, tell me lies

BCG_ID_10096_LF.txt[11/10/23, 10:57:39 AM]

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)
Tell me lies
Tell me sweet little lies
(Tell me, tell me lies)

WRITERS

Christine McVie, Eddy Quintela Mendonca

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10096_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
If you wake up and don't want to smile
If it takes just a little while
Open your eyes and look at the day
You'll see things in a different way

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

Why not think about times to come?
And not about the things that you've done
If your life was bad to you
Just think what tomorrow will do

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

All I want is to see you smile
If it takes just a little while
I know you don't believe that it's true
I never meant any harm to you

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

Ooh, don't you look back
Ooh, don't you look back
Ooh, don't you look back
Ooh

WRITERS

Christine McVie

PUBLISHERS

BCG_ID_10097_LF.txt[11/10/23, 10:57:39 AM]

Lyrics © Universal Music Publishing Group

BCG_ID_10097_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Wash away my troubles, wash away my pain
With the rain in Shambala
Wash away my sorrow, wash away my shame
With the rain in Shambala

Ah, ooh, yeah
Yeah, yeah, yeah, yeah, yeah
Ah, ooh, yeah
Yeah, yeah, yeah, yeah, yeah

Everyone is helpful, everyone is kind
On the road to Shambala
Everyone is lucky, everyone is so kind
On the road to Shambala

Ah, ooh, yeah
Yeah, yeah, yeah, yeah, yeah
Ah, ooh, yeah
Yeah, yeah, yeah yeah, yeah

How does your light shine
In the halls of Shambala?
How does your light shine
In the halls of Shambala?

I can tell my sister by the flowers in her eyes
On the road to Shambala
I can tell my brother by the flowers in his eyes
On the road to Shambala

Ah, ooh, yeah
Yeah, yeah, yeah, yeah, yeah
Ah, ooh, yeah
Yeah, yeah, yeah, yeah, yeah

How does your light shine
In the halls of Shambala?
How does your light shine
In the halls of Shambala?
Tell me how does your light shine
In the halls of Shambala?
(Tell me how) How does your light shine
In the halls of Shambala?

BCG_ID_10099_LF.txt[11/10/23, 10:57:39 AM]

Ah, ooh, yeah
Yeah, yeah, yeah, yeah, yeah
Ah, ooh, yeah
On the road to Shambala

Ah, ooh, yeah
Shambala, la
Ah, ooh, yeah
On the road to Shambala

WRITERS

Daniel Joseph Moore

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_10099_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Where it began, I can't begin to knowing
But then I know it's growing strong
Was in the spring
And spring became the summer
Who'd have believed you'd come along

Hands, touching hands
Reaching out, touching me, touching you

Sweet Caroline
Good times never seemed so good
I've been inclined
To believe they never would
But now I

Look at the night and it don't seem so lonely
We filled it up with only two
And when I hurt
Hurting runs off my shoulders
How can I hurt when holding you

One, touching one
Reaching out, touching me, touching you

Sweet Caroline
Good times never seemed so good
I've been inclined
To believe they never would
Oh no, no

Sweet Caroline
Good times never seemed so good
Sweet Caroline
I believe they never could
Sweet Caroline
Good times never seemed so good

WRITERS

Neil Diamond

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10101_LF.txt[11/10/23, 10:57:39 AM]

Lyrics
Roll another blunt, yeah (ooh ooh ooh)
La la da da da da, la da da
La da da da, la da da da, la da da da

I was gonna clean my room until I got high
I was gonna get up and find the broom but then I got high
My room is still messed up and I know why (why, man?)
Yeah, hey
'Cause I got high
Because I got high
Because I got high

La da da da da da da da

I was gonna go to class before I got high (come on, y'all)
(Check it out)
I coulda cheated and I coulda passed but I got high
I am taking it next semester and I know why (why, man?)
Yeah, hey
'Cause I got high
Because I got high
Because I got high

(Go to the next one, go to the next one, go to the next one)

I was gonna go to court before I got high
I was gonna pay my child support but then I got high (no, you wasn't)
They took my whole paycheck and I know why (why, man?)
Yeah, hey
'Cause I got high
Because I got high
Because I got high

La da da da da da

I wasn't gonna run from the cops but I was high
(I'm serious, man)
I was gonna pull right over and stop but I was high
Now I am a paraplegic, and I know why (why, man?)
Yeah, hey
'Cause I got high
Because I got high
Because I got high

BCG_ID_10103_LF.txt[11/10/23, 10:57:39 AM]

La da da da da da

I was gonna make love to you but then I got high
I was gonna eat yo pussy, too, but then I got high
Now I'm jacking off and I know why (turn this shit off)
Yeah, hey
'Cause I got high (keep going)
Because I got high (ayy, do that over again)
Because I got high (come on, man, come on)

La da da da da da

I messed up my entire life because I got high
I lost my kids and wife because I got high (say what, say what, say what, say what)
Now I'm sleeping on the sidewalk and I know why (why, man?)
Yeah, hey
'Cause I got high
Because I got high
Because I got high

La da da da da da

I'ma stop singing this song because I'm high (present tense, baby, oh)
I'm singing this whole thing wrong because I'm high (bring it back, bring it back)
And if I don't sell one copy I'll know why (why, man?)
'Cause I'm high
'Cause I'm high
'Cause I'm high (are you really high though, man?)

La da da da da da

La da da da da da, la da da da da
He really is high, man
Shoop shooby doo wop
Get jiggy wit it, skibbidy bee bop diddy do wah

WRITERS

Joseph Foreman

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
Come closer and see
See into the trees
Find the girl
While you can
Come closer and see
See into the dark
Just follow your eyes
Just follow your eyes

I hear her voice
Calling my name
The sound is deep
In the dark
I hear her voice
And start to run
Into the trees
Into the trees

Into the trees

Suddenly, I stop
But I know it's too late
I'm lost in a forest
All alone
The girl was never there
It's always the same
I'm running towards nothing
Again and again and again and again
And again and again and again and again
And again-gain-gain and again and again
And again and again-gain-gain and again
And again and again and again and again
And again

WRITERS

Robert James Smith, Laurence Andrew Tolhurst, Matthieu Aiden Hartley, Simon Johnathon Gallup

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Sentric Music

Lyrics
Clouds so swift
Rain won't lift
Gate won't close
Railings froze
Get your mind of wintertime
You ain't goin' nowhere


Whoo-ee ride me high
Tomorrow's the day
My bride's gonna come
Oh, oh, are we gonna fly
Down in the easy chair


I don't care
How many letters they sent
The morning came and morning went
Pack up your money
And pick up your tent
You ain't goin' nowhere


Whoo-ee ride me high
Tomorrow's the day
My bride's gonna come
Oh, oh, are we gonna fly
Down in the easy chair


Buy me a flute
And a gun that shoots
Tailgates some substitutes
Strap yourself
To the tree with roots
You ain't goin' nowhere


Whoo-ee ride me high
Tomorrow's the day
My bride's gonna come
Oh, oh, are we gonna fly
Down in the easy chair


Genghis Khan
He could not keep
All his kings
Supplied with sleep
We'll climb that hill no matter how steep
When we come up to it

BCG_ID_10111_LF.txt[11/10/23, 10:57:40 AM]

Whoo-ee ride me high
Tomorrow's the day
My bride's gonna come
Oh, oh, are we gonna fly
Down in the easy chair

Whoo-ee ride me high
Tomorrow's the day
My bride's gonna come
Oh, oh, are we gonna fly
Down in the easy chair

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group, O/B/O DistroKid

BCG_ID_10111_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Well, I never been to Spain
But I kinda like the music
Say the ladies are insane there
And they sure know how to use it
They don't abuse it
Never gonna lose it
I can't refuse it, mhm

Well, I never been to England
But I kinda like the Beatles
Well, I headed for Las Vegas
Only made it out to Needles
Can you feel it?
Must be near it
Feels so good
Whoa, feels so good

Well, I never been to heaven
But I been to Oklahoma
Oh, they tell me I was born there
But I really don't remember
In Oklahoma, not Arizona
What does it matter?
What does it matter?

Whoa, I never been to Spain
But I kinda like the music
Say the ladies are insane there
And they sure know how to use it
They don't abuse it
Never gonna lose it
I can't refuse it, whoa

Well, I never been to heaven
But I been to Oklahoma
Well, they tell me I was born there
But I really don't remember
In Oklahoma, not Arizona
What does it matter?
What does it matter?

WRITERS

Hoyt Wayne Axton

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10113_LF.txt[11/10/23, 10:57:40 AM]

BCG_ID_10113_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you


Though I know that evening's empire has returned into sand
Vanished from my hand
Left me blindly here to stand, but still not sleeping
My weariness amazes me, I'm branded on my feet
I have no one to meet
And the ancient empty street's too dead for dreaming


Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you


Take me on a trip upon your magic swirling ship
My senses have been stripped
My hands can't feel to grip
My toes too numb to step
Wait only for my boot heels to be wandering
I'm ready to go anywhere, I'm ready for to fade
Into my own parade
Cast your dancing spell my way, I promise to go under it


Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you


Though you might hear laughing, spinning, swinging madly across the sun
It's not aimed at anyone
It's just escaping on the run
And but for the sky there are no fences facing
And if you hear vague traces of skipping reels of rhyme
To your tambourine in time
It's just a ragged clown behind
I wouldn't pay it any mind
It's just a shadow you're seeing that he's chasing


Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you

BCG_ID_10114_LF.txt[11/10/23, 10:57:40 AM]

And take me disappearing through the smoke rings of my mind
Down the foggy ruins of time
Far past the frozen leaves
The haunted frightened trees
Out to the windy beach
Far from the twisted reach of crazy sorrow
Yes, to dance beneath the diamond sky
With one hand waving free
Silhouetted by the sea
Circled by the circus sands
With all memory and fate
Driven deep beneath the waves
Let me forget about today until tomorrow


Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10114_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
When I pretend everything is what I want it to be
I look exactly like what you had always wanted to see
When I pretend I can forget about the criminal I am
Stealing second after second just 'cause I know I can
But I can't pretend this is the way it will stay
I'm just trying to bend the truth
I can't pretend I'm who you want me to be so I'm
Lying my way from you

(No, no turning back now)
I want to be pushed aside so let me go (no, no turning back now)
Let me take back my life I'd rather be all alone (no turning back now)
Anywhere on my own 'cause I can see (no, no turning back now)
The very worst part of you is me

I remember what they taught to me
Remember condescending talk of who I ought to be
Remember listening to all of that and this again
So I pretended up a person who was fitting in
And now you think this person really is me and I'm
(Trying to bend the truth)
But the more I push the more I'm pulling away
'Cause I'm lying my way from you

(No, no turning back now)
I want to be pushed aside so let me go (no, no turning back now)
Let me take back my life I'd rather be all alone (no turning back now)
Anywhere on my own 'cause I can see (no, no turning back now)
The very worst part of you
The very worst part of you
Is me

This isn't what I wanted to be
I never thought that what I said would have you running from me
Like this

This isn't what I wanted to be
I never thought that what I said would have you running from me
Like this

This isn't what I wanted to be
I never thought that what I said would have you running from me
Like this

This isn't what I wanted to be

BCG_ID_10115_LF.txt[11/10/23, 10:57:40 AM]

I never thought that what I said would have you running from me
Like this


You (no turning back now)
I want to be pushed aside so let me go (no, no turning back now)
Let me take back my life I'd rather be all alone (no turning back now)
Anywhere on my own 'cause I can see (no, no turning back now)
The very worst part of you
The very worst part of you
Is me

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10115_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Ain't no sunshine when she's gone
It's not warm when she's away
Ain't no sunshine when she's gone
And she's always gone too long
Anytime she goes away

Wonder this time where she's gone
Wonder if she's gone to stay
Ain't no sunshine when she's gone
And this house just ain't no home
Anytime she goes away

And I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know
Hey, I oughta leave young thing alone
But ain't no sunshine when she's gone

Ain't no sunshine when she's gone
Only darkness every day
Ain't no sunshine when she's gone
And this house just ain't no home
Anytime she goes away
Anytime she goes away
Anytime she goes away
Anytime she goes away

WRITERS

Bill Withers

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10120_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Don't think sorry's easily said
Don't try turning tables instead
You've taken lots of Chances before
But I'm not gonna give anymore
Don't ask me
That's how it goes
Cause part of me knows what you're thinkin'

Don't say words you're gonna regret
Don't let the fire rush to your head
I've heard the accusation before
And I ain't gonna take any more
Believe me
The sun in your Eyes
Made some of the lies worth believing

I am the eye in the sky
Looking at you
I can read your mind
I am the maker of rules
Dealing with fools
I can cheat you blind
And I don't need to see any more
To know that
I can read your mind, I can read your mind

Don't leave false illusions behind
Don't cry cause I ain't changing my mind
So find another fool like before
Cause I ain't gonna live anymore believing
Some of the lies while all of the signs are deceiving

I am the eye in the sky
Looking at you
I can read your mind
I am the maker of rules
Dealing with fools
I can cheat you blind
And I don't need to see any more
To know that
I can read your mind, I can read your mind

WRITERS

Alan Parsons, Eric Norman Wolfson

PUBLISHERS

BCG_ID_10123_LF.txt[11/10/23, 10:57:40 AM]

Lyrics © Warner Chappell Music, Inc.

BCG_ID_10123_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
You can tell the world you never was my girl
You can burn my clothes up when I'm gone
Or you can tell your friends just what a fool I've been
And laugh and joke about me on the phone
You can tell my arms go back into the farm
Or you can tell my feet to hit the floor
Or you can tell my lips to tell my fingertips
They won't be reaching out for you no more

But don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man
Ooh

You can tell your ma I moved to Arkansas
Or you can tell your dog to bite my leg
Or tell your brother Cliff whose fist can tell my lip
He never really liked me anyway

Or tell your Aunt Louise, tell anything you please
Myself already knows I'm not okay
Or you can tell my eyes to watch out for my mind
It might be walking out on me today

But don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man
Ooh

Don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man

Don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart

BCG_ID_10124_LF.txt[11/10/23, 10:57:40 AM]

My achy breaky heart
He might blow up and kill this man
Ooh ooh

WRITERS

Donald L. Von Tress

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10124_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Well I came home
Like a stone
And I fell heavy into your arms
These days of dust
Which we've known
Will blow away with this new sun

But I'll kneel down
Wait for now
And I'll kneel down
Know my ground

And I will wait, I will wait for you
And I will wait, I will wait for you

So break my step
And relent
You forgave and I won't forget
Know what we've seen
And him with less
Now in some way
Shake the excess

'Cause I will wait, I will wait for you
And I will wait, I will wait for you
And I will wait, I will wait for you
And I will wait, I will wait for you

Now I'll be bold
As well as strong
And use my head alongside my heart
So take my flesh
And fix my eyes
A tethered mind free from the lies

And I'll kneel down
Wait for now
I'll kneel down
Know my ground, woo

Raise my hands
Paint my spirit gold
And bow my head
Keep my heart slow

BCG_ID_10128_LF.txt[11/10/23, 10:57:40 AM]

'Cause I will wait, I will wait for you
And I will wait, I will wait for you
And I will wait, I will wait for you
And I will wait, I will wait for you

WRITERS

Benjamin Walter David Lovett, Marcus Oliver Johnstone Mumford, Edward James Milton Dwane, Winston Aubrey Aladar Marshall

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10128_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Look at the stars
Look how they shine for you
And everything you do
Yeah, they were all yellow
I came along
I wrote a song for you
And all the things you do
And it was called, "Yellow"
So then I took my turn
Oh, what a thing to have done
And it was all yellow

Your skin
Oh yeah, your skin and bones
Turn into something beautiful
You know
You know I love you so
You know I love you so

I swam across
I jumped across for you
Oh, what a thing to do
'Cause you were all yellow
I drew a line
I drew a line for you
Oh, what a thing to do
And it was all yellow

Your skin
Oh yeah, your skin and bones
Turn into something beautiful
And you know
For you I'd bleed myself dry
For you I'd bleed myself dry

It's true
Look how they shine for you
Look how they shine for you
Look how they shine for
Look how they shine for you
Look how they shine for you
Look how they shine

Look at the stars
Look how they shine for you
And all the things that you do

BCG_ID_10130_LF.txt[11/10/23, 10:57:40 AM]

WRITERS

Guy Rupert Berryman, Jonathan Mark Buckland, William Champion, Christopher Anthony John Martin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10130_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
Such a feelin's comin' over me
There is wonder in 'most every thing I see
Not a cloud in the sky, got the sun in my eyes
And I won't be surprised if it's a dream

Everything I want the world to be
Is now comin' true especially for me
And the reason is clear, it's because you are here
You're the nearest thing to heaven that I've seen

I'm on the top of the world lookin' down on creation
And the only explanation I can find
Is the love that I've found ever since you've been around
Your love's put me at the top of the world

Somethin' in the wind has learned my name
And it's tellin' me that things are not the same
In the leaves on the trees and the touch of the breeze
There's a pleasin' sense of happiness for me

There is only one wish on my mind
When this day is through I hope that I will find
That tomorrow will be just the same for you and me
All I need will be mine if you are here

I'm on the top of the world lookin' down on creation
And the only explanation I can find
Is the love that I've found ever since you've been around
Your love's put me at the top of the world

I'm on the top of the world lookin' down on creation
And the only explanation I can find
Is the love that I've found ever since you've been around
Your love's put me at the top of the world

WRITERS

John Bettis, Richard Lynn Carpenter

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

BCG_ID_10134_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
There's another world inside of me that you may never see
There's secrets in this life that I can't hide
Somewhere in this darkness there's a light that I can't find
Well maybe it's too far away, yeah
Or maybe I'm just blind
Or maybe I'm just blind


So hold me when I'm here, right me when I'm wrong
Hold me when I'm scared and love me when I'm gone
Everything I am and everything in me
Wants to be the one you wanted me to be


I'll never let you down even if I could
I'd give up everything if only for your good
So hold me when I'm here, right me when I'm wrong
You can hold me when I'm scared, you won't always be there
So love me when I'm gone
Love me when I'm gone


But when your education x-ray cannot see under my skin
I won't tell you a damn thing that I could not tell my friends
Been roaming through this darkness, I'm alive but I'm alone
And part of me is fighting this but part of me is gone


So hold me when I'm here, right me when I'm wrong
Hold me when I'm scared and love me when I'm gone
Everything I am and everything in me
Wants to be the one you wanted me to be


I'll never let you down even if I could
I'd give up everything if only for your good
So hold me when I'm here, right me when I'm wrong
You can hold me when I'm scared, you won't always be there
So love me when I'm gone


Maybe I'm just blind


So hold me when I'm here, right me when I'm wrong
Hold me when I'm scared and love me when I'm gone
Everything I am and everything in me
Wants to be the one you wanted me to be


I'll never let you down even if I could
I'd give up everything if only for your good

BCG_ID_10135_LF.txt[11/10/23, 10:57:40 AM]

So hold me when I'm here, right me when I'm wrong
You can hold me when I'm scared, you won't always be there
So love me when I'm gone

Love me when I'm gone, whoa, whoa
Love me when I'm gone, when I'm gone
When I'm gone, when I'm gone

WRITERS

Bradley Kirk Arnold, Christopher Lee Henderson, Matthew Darrick Roberts, Robert Todd Harrell

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10135_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
There were nights when the wind was so cold
That my body froze in bed if I just listened to it
Right outside the window

There were days when the sun was so cruel
That all the tears turned to dust
And I just knew my eyes were drying up forever (forever)

I finished crying in the instant that you left
And I can't remember where or when or how
And I banished every memory you and I had ever made

But when you touch me like this
And you hold me like that
I just have to admit
That it's all coming back to me
When I touch you like this
And I hold you like that
It's so hard to believe but it's all coming back to me
It's all coming back, it's all coming back to me now

There were moments of gold and there were flashes of light
There were things I'd never do again
But then they'd always seemed right
There were nights of endless pleasure
It was more than any laws allow
Baby, baby

If I kiss you like this
And if you whisper like that
It was lost long ago but it's all coming back to me
If you want me like this
And if you need me like that
It was dead long ago but it's all coming back to me
It's so hard to resist and it's all coming back to me
I can barely recall
But it's all coming back to me now
But it's all coming back

There were those empty threats and hollow lies
And whenever you try to hurt me
I just hurt you even worse and so much deeper

There were hours that just went on for days
When alone at last we'd count up all the chances

BCG_ID_10140_LF.txt[11/10/23, 10:57:40 AM]

That were lost to us forever (forever)

But you were history with the slamming of the door
And I made myself so strong again somehow
And I never wasted any of my time on you since then

But if I touch you like this
And if you kiss me like that
It was so long ago but it's all coming back to me
If you touch me like this
And if I kiss you like that
It was gone with the wind
But it's all coming back to me
It's all coming back, it's all coming back to me now

There were moments of gold
And there were flashes of light
There were things we'd never do again
But then they'd always seemed right
There were nights of endless pleasure
It was more than all your laws allow
Baby, baby, baby

When you touch me like this
And when you hold me like that
It was gone with the wind but it's all coming back to me
When you see me like this
And when I see you like that
Then we see what we want to see all coming back to me
The flesh and the fantasies all coming back to me
I can barely recall but it's all coming back to me now

If you forgive me all this
If I forgive you all that
We forgive and forget and it's all coming back to me
When you see me like this
And when I see you like that
We see just what we want to see all coming back to me
The flesh and the fantasies all coming back to me
I can barely recall but it's all coming back to me now

(It's all coming back to me now)
And when you kiss me like this
(It's all coming back to me now)
And when I touch you like that
(It's all coming back to me now)
And if you do it like this
(It's all coming back to me now)

BCG_ID_10140_LF.txt[11/10/23, 10:57:40 AM]

And if we

WRITERS

Jim Steinman

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10140_LF.txt[11/10/23, 10:57:40 AM]

Lyrics
And I am telling you
I'm not going
You're the best man I'll ever know
There's no way I can ever go
No, no, no, no way
No, no, no, no way I'm livin' without you
I'm not livin' without you
I don't want to be free
I'm stayin'
I'm stayin'
And you, and you, you're gonna love me
Oh, you're gonna love me

And I am telling you
I'm not going
Even though the rough times are showing
There's just no way
There's no way
We're part of the same place
We're part of the same time
We both share the same blood
We both have the same mind
And time and time we have so much to share

No, no, no, no, no
I'm not wakin' up tomorrow mornin'
And findin' that there's nobody there
Darling, there's no way
No, no, no, no way I'm livin' without you
I'm not livin' without you
You see, there's just no way
There's no way

Tear down the mountains
Yell, scream and shout
You can say what you want
I'm not walkin' out
Stop all the rivers
Push, strike, and kill
I'm not gonna leave you
There's no way I will

And I am telling you
I'm not going
You're the best man I'll ever know
There's no way I could ever, ever go
No, no, no, no way
No, no, no, no way I'm livin' without you

BCG_ID_10141_LF.txt[11/10/23, 10:57:41 AM]

Oh, I'm not livin' without you
I'm not livin' without you
I don't wanna be free
I'm stayin'
I'm stayin'
And you, and you, and you
You're gonna love me
Oh, yeah, you're gonna love me
Yes, you are, love me
Oh, oh, oh, love me
Love me
Love me
Love me
Love me
You're gonna love
Me

WRITERS

Henry Krieger, Tom Eyen

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group

BCG_ID_10141_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
L.A.'s fine, the sun shines most the time
And the feeling is "lay back"
Palm trees grow and rents are low
But you know I keep thinkin' about
Making my way back

Well I'm New York City born and raised
But nowadays
I'm lost between two shores
L.A.'s fine, but it ain't home
New York's home
But it ain't mine no more

"I am"... I said
To no one there
And no one heard at all
Not even the chair

"I am"... I cried
"I am"... said I
And I am lost and I can't
Even say why
Leavin' me lonely still

Did you ever read about a frog
Who dreamed of bein' a king
And then became one
Well except for the names
And a few other changes
If you talk about me
The story is the same one

But I got an emptiness deep inside
And I've tried
But it won't let me go
And I'm not a man who likes to swear
But I never cared
For the sound of being alone

"I am"... I said
To no one there
And no one heard at all
Not even the chair
"I am"... I cried
"I am"... said I
And I am lost and I can't

BCG_ID_10146_LF.txt[11/10/23, 10:57:41 AM]

Even say why
"I am"... I said
"I am"... I cried
"I am"

WRITERS

Neil Diamond

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10146_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
This is my December
This is my time of the year
This is my December
This is all so clear
This is my December
This is my snow-covered home
This is my December
This is me alone

(And I) just wish that I didn't feel
Like there was something I missed
(And I) take back all the things I said
To make you feel like that
(And I) just wish that I didn't feel
Like there was something I missed
(And I) take back all the things that I said to you

And I'd give it all away
Just to have somewhere to go to
Give it all away
To have someone to come home to

This is my December
These are my snow-covered dreams
This is me pretending
This is all I need

(And I) just wish that I didn't feel
Like there was something I missed
(And I) take back all the things I said
To make you feel like that
(And I) just wish that I didn't feel
Like there was something I missed
(And I) take back all the things I said to you

And I'd give it all away
Just to have somewhere to go to
Give it all away
To have someone to come home to

This is my December
This is my time of the year
This is my December
This is all so clear

BCG_ID_10156_LF.txt[11/10/23, 10:57:41 AM]

Give it all away
Just to have somewhere to go to
Give it all away
To have someone to come home to
Give it all away
Just to have somewhere to go to
Give it all away
To have someone to come home to

WRITERS

Brad Delson, Chester Charles Bennington, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10156_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
They're selling postcards of the hanging, they're painting the passports brown
The beauty parlor is filled with sailors, the circus is in town
Here comes the blind commissioner, they've got him in a trance
One hand is tied to the tight-rope walker, the other is in his pants
And the riot squad they're restless, they need somewhere to go
As Lady and I look out tonight, from Desolation Row

Cinderella, she seems so easy, "It takes one to know one," she smiles
And puts her hands in her back pockets Bette Davis style
And in comes Romeo, he's moaning. "You Belong to Me I Believe"
And someone says, "You're in the wrong place, my friend, you'd better leave"
And the only sound that's left after the ambulances go
Is Cinderella sweeping up on Desolation Row

Now the moon is almost hidden, the stars are beginning to hide
The fortune telling lady has even taken all her things inside
All except for Cain and Abel and the hunchback of Notre Dame

Everybody is making love or else expecting rain
And the Good Samaritan, he's dressing, he's getting ready for the show
He's going to the carnival tonight on Desolation Row

Ophelia, she's 'neath the window for her I feel so afraid
On her twenty-second birthday she already is an old maid
To her, death is quite romantic she wears an iron vest
Her profession's her religion, her sin is her lifelessness
And though her eyes are fixed upon Noah's great rainbow
She spends her time peeking into Desolation Row

Einstein, disguised as Robin Hood with his memories in a trunk
Passed this way an hour ago with his friend, a jealous monk
Now he looked so immaculately frightful as he bummed a cigarette
And he when off sniffing drainpipes and reciting the alphabet
You would not think to look at him, but he was famous long ago
For playing the electric violin on Desolation Row

Dr. Filth, he keeps his world inside of a leather cup
But all his sexless patients, they're trying to blow it up
Now his nurse, some local loser, she's in charge of the cyanide hole
And she also keeps the cards that read, "Have Mercy on His Soul"
They all play on the penny whistles, you can hear them blow
If you lean your head out far enough from Desolation Row

Across the street they've nailed the curtains, they're getting ready for the feast
The Phantom of the Opera in a perfect image of a priest

BCG_ID_10157_LF.txt[11/10/23, 10:57:41 AM]

They are spoon feeding Casanova to get him to feel more assured
Then they'll kill him with self-confidence after poisoning him with words
And the Phantom's shouting to skinny girls, "Get outta here if you don't know"
Casanova is just being punished for going to Desolation Row"


At midnight all the agents and the superhuman crew
Come out and round up everyone that knows more than they do
Then they bring them to the factory where the heart-attack machine
Is strapped across their shoulders and then the kerosene
Is brought down from the castles by insurance men who go
Check to see that nobody is escaping to Desolation Row


Praise be to Nero's Neptune, the Titanic sails at dawn
Everybody's shouting, "Which side are you on?!"
And Ezra Pound and T.S. Eliot fighting in the captain's tower
While calypso singers laugh at them and fishermen hold flowers
Between the windows of the sea where lovely mermaids flow
And nobody has to think too much about Desolation Row


Yes, I received your letter yesterday, about the time the doorknob broke
When you asked me how I was doing, was that some kind of joke
All these people that you mention, yes, I know them, they're quite lame
I had to rearrange their faces and give them all another name
Right now, I can't read too good, don't send me no more letters no
Not unless you mail them from Desolation Row

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

BCG_ID_10157_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
I walked across an empty land
I knew the pathway like the back of my hand
I felt the earth beneath my feet
Sat by the river, and it made me complete

Oh, simple thing, where have you gone?
I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to begin

I came across a fallen tree
I felt the branches of it looking at me
Is this the place we used to love?
Is this the place that I've been dreaming of?

Oh, simple thing, where have you gone?
I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go
Somewhere only we know?
Somewhere only we know

Oh, simple thing, where have you gone?
I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go?
So why don't we go?

Ah
Oh

This could be the end of everything
So why don't we go
Somewhere only we know?

BCG_ID_10160_LF.txt[11/10/23, 10:57:41 AM]

Somewhere only we know
Somewhere only we know

WRITERS

Richard David Hughes, Timothy James Rice-Oxley, Tom Chaplin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10160_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
You've got a lotta nerve to say you are my friend
When I was down you just stood there grinnin'
You've got a lotta nerve to say you got a helping hand to lend
You just want to be on the side that's winnin'

You say I let you down, ya know its not like that
If you're so hurt, why then don't you show it?
You say you've lost your faith, but that's not where its at
You have no faith to lose, and ya know it

I know the reason, that you talked behind my back
I used to be among the crowd you're in with
Do you take me for such a fool, to think I'd make contact
With the one who tries to hide what he don't know to begin with?

You see me on the street, you always act surprised
You say "how are you?", "good luck", but ya don't mean it
When you know as well as me, you'd rather see me paralyzed
Why don't you just come out once and scream it

No, I do not feel that good when I see the heartbreaks you embrace
If I was a master thief perhaps I'd rob them
And tho I know you're dissatisfied with your position and your place
Don't you understand, its not my problem?

I wish that for just one time you could stand inside my shoes
And just for that one moment I could be you
Yes, I wish that for just one time you could stand inside my shoes
You'd know what a drag it is to see you

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10161_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
When I was young, it seemed that life was so wonderful
A miracle, oh, it was beautiful, magical
And all the birds in the trees, well they'd be singing so happily
Oh, joyfully, oh, playfully watching me
But then they sent me away to teach me how to be sensible
Logical, oh, responsible, practical
Then they showed me a world where I could be so dependable
Oh, clinical, oh, intellectual, cynical

There are times when all the world's asleep
The questions run too deep
For such a simple man
Won't you please, please tell me what we've learned?
I know it sounds absurd
Please tell me who I am

I said, now, watch what you say, they'll be calling you a radical
A liberal, oh, fanatical, criminal
Oh, won't you sign up your name? We'd like to feel you're acceptable
Respectable, oh, presentable, a vegetable
Oh, take, take, take it, yeah

But at night, when all the world's asleep
The questions run so deep
For such a simple man
Won't you please (oh, won't you tell me)
Please tell me what we've learned?
(Can you hear me?) I know it sounds absurd
(Oh, won't you tell me) please tell me who I am
Who I am, who I am, who I am

Ooh
Hey

'Cause I was feeling so logical
Yeah
D-D-D-D-D-D-Digital
Yeah, one, two, three, five
Oh, oh, oh, oh, yeah
Ooh, it's getting unbelievable
Yeah
Getting, getting, yeah, yeah
Uh, uh, uh, uh

WRITERS

Richard Davies, Roger Hodgson

BCG_ID_10164_LF.txt[11/10/23, 10:57:41 AM]

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group

BCG_ID_10164_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
Lightning crashes a new mother cries
Her placenta falls to the floor
The angel opens her eyes
The confusion sets in
Before the doctor can even close the door

Lightning crashes an old mother dies
Her intentions fall to the floor
The angel closes her eyes
The confusion that was hers
Belongs now to the baby down the hall

Oh now feel it, coming back again
Like a rolling, thunder chasing the wind
Forces pulling from
The center of the earth again
I can feel it

Lightning crashes a new mother cries
This moment she's been waiting for
The angel opens her eyes
Pale blue colored iris
Presents the circle
Puts the glory out to hide, hide

Oh now feel it, coming back again
Like a rolling, thunder chasing the wind
Forces pulling from
The center of the earth again
I can feel it
I can feel it

Oh, I
Oh, I
Oh, I

I can feel it, coming back again
Like a rolling, thunder chasing the wind
Forces pulling from
The center of the earth again
I can feel it

I can feel it, coming back again
Like a rolling, thunder chasing the wind
Forces pulling from

BCG_ID_10168_LF.txt[11/10/23, 10:57:41 AM]

The center of the earth again
I can feel it

I can feel it, coming back again
Like a rolling, thunder chasing the wind
Forces pulling from
The center of the earth again
I can feel it
I can feel it
I can feel it

WRITERS

Chad Alan Gracey, Chad David Taylor, Edward Joel Kowalczyk, Patrick Dahlheimer

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10168_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
Like anyone would be
I am flattered by your fascination with me
Like any hot blooded woman
I have simply wanted an object to crave

But you, you're not allowed
You're uninvited
An unfortunate slight

Must be strangely exciting
To watch the stoic squirm
Must be somewhat heartening
To watch Shepard meet Shepard

But you, you're not allowed
You're uninvited
An unfortunate slight

Like any uncharted territory
I must seem greatly intriguing
You speak of my love like
You have experienced love like mine before

But this is not allowed
You're uninvited
An unfortunate slight

I don't think you unworthy
I need a moment to deliberate

WRITERS

Alanis Morissette

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10182_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
She's all laid up in bed with a broken heart
While I'm drinkin' Jack all alone in my local bar
And we don't know how
How we got into this mad situation
Only doing things out of frustration
Tryna make it work, but man, these times are hard
She needs me now, but I can't seem to find the time
I got a new job now on the unemployment line
And we don't know how
How we got into this mess, is it God's test?
Someone help us 'cause we're doin' our best
Tryna make it work, but man, these times are hard

But we're gonna start by
Drinkin' old cheap bottles of wine
Shit talkin' up all night
Sayin' things we haven't for a while, a while, yeah
We're smilin' but we're close to tears
Even after all these years
We just now got the feelin' that we're meetin'
For the first time

Ooh
Ooh
Ooh

She's in line at the dole with her head held high
While I just lost my job but didn't lose my pride
And we both know how
How we're gonna make it work when it hurts
When you pick yourself up, you get kicked to the dirt
Tryna make it work, but man, these times are hard

But we're gonna start by
Drinkin' old cheap bottles of wine
Shit talkin' up all night
Doin' things we haven't for a while, a while, yeah
We're smilin' but we're close to tears
Even after all these years
We just now got the feelin' that we're meetin'
For the first time

Ooh
Ooh
Ooh
Yeah

BCG_ID_10186_LF.txt[11/10/23, 10:57:41 AM]

Drinkin' old cheap bottles of wine
Shit talkin' up all night
Sayin' things we haven't for a while
We're smilin' but we're close to tears
Even after all these years
We just now got the feelin' that we're meetin'
For the first time

Ooh (yeah, for the first time)
Ooh (oh, for the first time)
Ooh (yeah, for the first time)
We just now got the feelin' that we're meetin'
For the first time

Oh, these times are hard
Yeah, they're makin' us crazy
Don't give up on me, baby
Oh, these times are hard
Yeah, they're makin' us crazy
Don't give up on me, baby

Oh, these times are hard
Yeah, they're makin' us crazy
Don't give up on me, baby
Oh, these times are hard
Yeah, they're makin' us crazy
Don't give up on me, baby

WRITERS

Daniel John O'Donoghue, Mark Anthony Sheehan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10186_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
Wouldn't it be nice if we were older?
Then we wouldn't have to wait so long
And wouldn't it be nice to live together
In the kind of world where we belong?

You know it's gonna make it that much better
When we can say goodnight and stay together

Wouldn't it be nice if we could wake up
In the morning when the day is new?
And after having spent the day together
Hold each other close the whole night through

Happy times together we've been spending
I wish that every kiss was never ending
Oh, wouldn't it be nice?

Maybe if we think and wish and hope and pray
It might come true
Baby, then there wouldn't be a single thing we couldn't do
Oh, we could be married (oh, we could be married)
And then we'd be happy (and then we'd be happy)
Oh, wouldn't it be nice?

You know it seems the more we talk about it
It only makes it worse to live without it
But let's talk about it
Oh, wouldn't it be nice?

Goodnight, my baby
Sleep tight, my baby
Goodnight, my baby
Sleep tight, my baby

WRITERS

Brian Douglas Wilson, Michael E. Love, Tony Asher

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10187_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
Listen, children, to a story
That was written long ago
'Bout a kingdom on a mountain
And the valley-folk below

On the mountain was a treasure
Buried deep beneath the stone
And the valley-people swore
They'd have it for their very own

Go ahead and hate your neighbor
Go ahead and cheat a friend
Do it in the name of heaven
You can justify it in the end
There won't be any trumpets blowing
Come the judgment day
On the bloody morning after
One tin soldier rides away

So the people of the valley
Sent a message up the hill
Asking for the buried treasure
Tons of gold for which they'd kill

It came an answer from the mountain
With our brothers we will share
All the secrets of our mountain
All the riches buried there

Go ahead and hate your neighbor
Go ahead and cheat a friend
Do it in the name of heaven
You can justify it in the end
There won't be any trumpets blowing
Come the judgment day
On the bloody morning after
One tin soldier rides away

Now the valley cried with anger
"Mount your horses! Draw your sword!"
And they killed the mountain-people
So they won their just reward

Now they stood beside the treasure
On the mountain, dark and red

BCG_ID_10188_LF.txt[11/10/23, 10:57:41 AM]

Turned the stone and looked beneath it
"Peace on Earth" was all it said


Go ahead and hate your neighbor
Go ahead and cheat a friend
Do it in the name of heaven
You can justify it in the end
There won't be any trumpets blowing
Come the judgment day
On the bloody morning after
One tin soldier rides away


Go ahead and hate your neighbor
Go ahead and cheat a friend
Do it in the name of heaven
You can justify it in the end
There won't be any trumpets blowing
Come the judgment day
On the bloody morning after
One tin soldier rides away

WRITERS

Dennis Earle Lambert, Brian Potter

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10188_LF.txt[11/10/23, 10:57:41 AM]

Lyrics
Talkin' to myself and feelin' old
Sometimes I'd like to quit
Nothin' ever seems to fit
Hangin' around
Nothin' to do but frown
Rainy days and Mondays always get me down

What I've got they used to call the blues
Nothin' is really wrong
Feelin' like I don't belong
Walkin' around
Some kind of lonely clown
Rainy days and Mondays always get me down

Funny, but it seems I always wind up here with you
Nice to know somebody loves me
Funny, but it seems that it's the only thing to do
Run and find the one who loves me (the one who loves me)

What I feel has come and gone before
No need to talk it out (talk it out)
We know what it's all about
Hangin' around (hangin' around)
Nothin' to do but frown
Rainy days and Mondays always get me down

Funny, but it seems that it's the only thing to do (only thing to do)
Run and find the one who loves me (ooh)

What I feel has come and gone before
No need to talk it out (to talk it out)
We know what it's all about
Hangin' around (hangin' around)
Nothin' to do but frown
Rainy days and Mondays always get me down
Hangin' around (hangin' around)
Nothin' to do but frown
Rainy days and Mondays always get
Me down

WRITERS

Paul H. Williams, Roger S. Nichols

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10190_LF.txt[11/10/23, 10:57:42 AM]

BCG_ID_10190_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
So this ain't the end, I saw you again, today
I had to turn my heart away
Smiled like the sun, kisses for everyone
And tales, it never fails

You lying so low in the weeds
I bet you gonna ambush me
You'd have me down, down, down, down on my knees
Now wouldn't you, barracuda? Oh

Back over time we were all trying for free
You met the porpoise and me, uh-huh
No right, no wrong you're selling a song, a name
Whisper game

And if the real thing don't do the trick
You better make up something quick
You gonna burn, burn, burn, burn, burn to the wick
Ooh, barracuda, oh yeah

"Sell me, sell you" the porpoise said
Dive down deep now to save my head, you
I think that you got the blues too

All that night and all the next
Swam without looking back
Made for the western pools, silly, silly fools

The real thing don't do the trick, no
You better make up something quick
You gonna burn, burn, burn, burn, burn it to the wick
Ohh, barra-barracuda, yeah

WRITERS

Roger Douglas Fisher, Michael Joseph Derosier, Nancy Lamoureaux Wilson, Ann Wilson Dustin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10194_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
There may be trouble ahead
But while there's moonlight and music
And love and romance
Let's face the music and dance

Before the fiddlers have fled
Before they ask us to pay the bill
And while we still have that chance
Let's face the music and dance

Soon, we'll be without the moon
Humming a different tune, and then
There may be teardrops to shed
So while there's moonlight and music
And love and romance
Let's face the music and dance, dance
Let's face the music and dance
WRITERS
Irving Berlin
PUBLISHERS
Lyrics © Sony/ATV Music Publishing LLC

BCG_ID_10197_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore


We've got the right to choose it
There ain't no way we'll lose it
This is our life, this is our song


We'll fight the powers that be, just
Don't pick our destiny 'cause
You don't know us, you don't belong


We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore


Oh, you're so condescending
Your gall is never ending
We don't want nothin', not a thing from you


Your life is trite and jaded
Boring and confiscated
If that's your best, your best won't do


Whoa
Whoa


We're right (yeah)
We're free (yeah)
We'll fight (yeah)
You'll see (yeah)


Whoa, whoa, we're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore


We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore


No way

BCG_ID_10201_LF.txt[11/10/23, 10:57:42 AM]

Whoa
Whoa


We're right (yeah)
We're free (yeah)
We'll fight (yeah)
You'll see (yeah)


We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore


We're not gonna take it (no)
No, we ain't gonna take it
We're not gonna take it anymore


Just you try and make us


We're not gonna take it (come on)
No, we ain't gonna take it
(You're all worthless and weak)
We're not gonna take it anymore
(Now drop and give me twenty)


We're not gonna take it
(A pledge pin)
No, we ain't gonna take it
(On your uniform)
We're not gonna take it anymore

WRITERS

Daniel Dee Snider

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Beauty queen of only eighteen
She had some trouble with herself
He was always there to help her
She always belonged to someone else
I drove for miles and miles
And wound up at your door
I've had you so many times
But somehow I want more


I don't mind spendin' everyday
Out on your corner in the pourin' rain
Look for the girl with the broken smile
Ask her if she wants to stay a while


And she will be loved
And she will be loved


Tap on my window, knock on my door
I want to make you feel beautiful
I know I tend to get so insecure
Doesn't matter anymore
It's not always rainbows and butterflies
It's compromise that moves us along, yeah
My heart is full, and my door's always open
You come anytime you want, yeah


I don't mind spendin' everyday
Out on your corner in the pourin' rain
Look for the girl with the broken smile
Ask her if she wants to stay awhile


And she will be loved
And she will be loved
And she will be loved
And she will be loved


I know where you hide alone in your car
Know all of the things that make you who you are
I know that goodbye means nothing at all
Comes back and makes me catch her every time she falls
Yeah


Tap on my window, knock on my door
I want to make you feel beautiful

BCG_ID_10208_LF.txt[11/10/23, 10:57:42 AM]

I don't mind spendin' everyday
Out on your corner in the pourin' rain, oh
Look for the girl with the broken smile
Ask her if she wants to stay awhile

And she will be loved
And she will be loved
And she will be loved
And she will be loved

Please don't try so hard to say goodbye
I don't mind spendin' everyday
Out on your corner in the pourin' rain
Please don't try so hard to say goodbye

WRITERS

Adam Noah Levine, Jesse Royal Carmichael, Ryan Michael Dusick, James Burgon Valentine, Michael Allen Madden

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

Something has been taken from deep inside of me
A secret I've kept locked away
No one can ever see
Wounds so deep they never show
They never go away
Like moving pictures in my head
For years and years they've played

If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
If I could take all the shame to the grave I would
If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
I would take all the shame to the grave

It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

Sometimes I remember the darkness of my past
Bringing back these memories I wish I didn't have
Sometimes I think of letting go and never looking back
And never moving forward so there'd never be a past

If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
If I could take all the shame to the grave I would
If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
I would take all the shame to the grave

Just washing it aside
All of the helplessness inside
Pretending I don't feel misplaced
Is so much simpler than change

BCG_ID_10209_LF.txt[11/10/23, 10:57:42 AM]

It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone


It's easier to run
If I could change I would take back the pain I would
Retrace every wrong move that I made
It's easier to go
If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
I would take all the shame to the grave

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10209_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
There's a place off Ocean Avenue
Where I used to sit and talk with you
We were both sixteen and it felt so right
Sleeping all day, staying up all night
Staying up all night

There's a place on the corner of Cherry Street
We would walk on the beach in our barefeet
We were both eighteen and it felt so right
Sleeping all day, staying up all night
Staying up all night

If I could find you now things would get better
We could leave this town and run forever
Let your waves crash down on me
And take me away, yeah yeah

There's a piece of you that's here with me
It's everywhere I go, it's everything I see
When I sleep I dream and it gets me by
I can make believe that you're here tonight
That you're here tonight

If I could find you now things would get better
We could leave this town and run forever
I know somewhere, somehow we'll be together
Let your waves crash down on me
And take me away, yeah

I remember the look in your eyes
When I told you that this was goodbye
You were begging me not tonight
Not here, not now
We're looking up at the same night sky
We keep pretending the sun will not rise
We'll be together for one more night
Somewhere, somehow

If I could find you now things would get better
We could leave this town and run forever
I know somewhere, somehow we'll be together
Let your waves crash down on me
And take me away, yeah yeah

WRITERS

BCG_ID_10210_LF.txt[11/10/23, 10:57:42 AM]

Benjamin Eric Harper, William Ryan Key, Peter Michael Mosely, Longineu Warren Parsons III, Sean Michael Wellman-Mackin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10210_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
I am a little bit of loneliness, a little bit of disregard
Handful of complaints but I can't help the fact
That everyone can see these scars
I am what I want you to want, what I want you to feel
But it's like no matter what I do, I can't convince you
To just believe this is real
So I, let go watching you turn your back like you always do
Face away and pretend that I'm not
But I'll be here 'cause you're all that I've got


I can't feel the way I did before
Don't turn your back on me
I won't be ignored
Time won't heal this damage anymore
Don't turn your back on me I won't be ignored


I am, a little bit insecure, a little unconfident
'Cause you don't understand I do what I can
But sometimes I don't make sense
I am, what you never want to say, but I've never had a doubt
It's like no matter what I do I can't convince you for once just to hear me out
So I, let go watching you turn your back like you always do
You face away and pretend that I'm not
But I'll be here 'cause you're all that I've got


I can't feel the way I did before
Don't turn your back on me
I won't be ignored
Time won't heal this damage anymore
Don't turn your back on me I won't be ignored


You hear me out now
You're gonna listen to me like it or not
Right now, hear me out now
You're gonna listen to me like it or not
Right now


I can't feel the way I did before
Don't turn your back on me
I won't be ignored


I can't feel the way I did before
Don't turn your back on me
I won't be ignored
Time won't heal this damage anymore
Don't turn your back on me I won't be ignored

BCG_ID_10212_LF.txt[11/10/23, 10:57:42 AM]

I can't feel
Don't turn your back on me
I won't be ignored
Time won't heal
Don't turn your back on me I won't be ignored

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
No matter how many times that you told me you wanted to leave
No matter how many breaths that you took you still couldn't breathe
No matter how many nights that you'd lie wide awake to the sound of the poison rain
Where did you go? Where did you go?
Where did you go?


As days go by, the night's on fire


Tell me, would you kill to save a life?
Tell me, would you kill to prove you're right?
Crash, crash
Burn, let it all burn
This hurricane's chasing us all underground


No matter how many deaths that I die I will never forget
No matter how many lives I live I will never regret
There is a fire inside of this heart and a riot about to explode into flames
Where is your God? Where is your God?
Where is your God?


Do you really want? Do you really want me?
Do you really want me dead or alive to torture for my sins?
Do you really want?
Do you really want me?
Do you really want me dead or alive to live a lie?


Tell me, would you kill to save a life?
Tell me, would you kill to prove you're right?
Crash, crash
Burn, let it all burn
This hurricane's chasing us all underground


The promises we made were not enough (never playing the game again)
The prayers that we had prayed were like a drug (never gonna end me, yeah)
The secrets that we sold were never known (never sing a song)
The love we had, the love we had
We had to let it go


(Never giving in, again)
(Never giving in, again)


Tell me, would you kill to save a life?
Tell me, would you kill to prove you're right?
Crash, crash

BCG_ID_10219_LF.txt[11/10/23, 10:57:42 AM]

Burn, let it all burn
This hurricane's chasing us all underground

This hurricane
Oh, oh, oh-oh
This hurricane
Oh, oh, oh-oh
This hurricane
Oh, oh, oh-oh

Do you really want? Do you really want me?
Do you really want me dead or alive to torture for my sins?
Do you really want?
Do you really want me?
Do you really want me dead or alive to live a lie?

WRITERS

Jared Leto

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10219_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
When I was young I'd listen to the radio
Waitin' for my favorite songs
When they played I'd sing along, it made me smile


Those were such happy times and not so long ago
How I wondered where they'd gone
But they're back again just like a long lost friend
All the songs I loved so well


Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin' to sing's, so fine


When they get to the part
Where he's breakin' her heart
It can really make me cry, just like before
It's yesterday once more


Lookin' back on how it was in years gone by
And the good times that I had
Makes today seem rather sad, so much has changed.


It was songs of love that I would sing to then
And I'd memorize each word
Those old melodies still sound so good to me
As they melt the years away


Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin' to sing's so fine


All my best memories come back clearly to me
Some can even make me cry, just like before
It's yesterday once more


Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin' to sing's so fine


Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin' to sing's so fine

BCG_ID_10222_LF.txt[11/10/23, 10:57:42 AM]

WRITERS

John Bettis, Richard Lynn Carpenter

PUBLISHERS

Lyrics © Vietnam Center for Protection of Music Copyright (VCPMC), Universal Music Publishing Group, Tratore, Warner Chappell Music, Inc.

BCG_ID_10222_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
Go ahead as you waste your days with thinking
When you fall, everyone stands
Another day, and you've had your fill of sinking
With the life held in your
Hands are shaking cold
These hands are meant to hold

Speak to me
When all you got to keep is strong
Move along, move along like I know you do
And even when your hope is gone
Move along, move along just to make it through
Move along
Move along

So a day when you've lost yourself completely
Could be a night when your life ends
Such a heart that will lead you to deceiving
All the pain held in your
Hands are shaking cold
Your hands are mine to hold

Speak to me
When all you got to keep is strong
Move along, move along like I know you do
And even when your hope is gone
Move along, move along just to make it through
Move along
(Go on, go on, go on, go on)

When everything is wrong, we move along
(Go on, go on, go on, go on)
When everything is wrong, we move along
Along, along, along

When all you got to keep is strong
Move along, move along like I know you do
And even when your hope is gone
Move along, move along just to make it through
When all you got to keep is strong
Move along, move along like I know you do
And even when your hope is gone
Move along, move along just to make it through
When all you got to keep is strong
Move along, move along like I know you do (Know you do)
And even when your hope is gone
Move along, move along just to make it through

BCG_ID_10234_LF.txt[11/10/23, 10:57:42 AM]

(Move along)
(Go on, go on, go on, go on)
Right back what is wrong
We move along
(Go on, go on, go on, go on)
Right back what is wrong
We move along
(Go on, go on, go on, go on)
Right back what is wrong
We move along
(Go on, go on, go on, go on)
Right back what is wrong
We move along

WRITERS

Nick Don Wheeler, Tyson V. Ritter

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network, Warner Chappell Music, Inc.

BCG_ID_10234_LF.txt[11/10/23, 10:57:42 AM]

Lyrics
I feel it in my fingers, I feel it in my toes
Well, love is all around me and so the feeling grows
It's written on the wind, it's everywhere I go
So if you really love me, come on and let it show

You know I love you, I always will
My mind's made up by the way that I feel
There's no beginning, there'll be no end
'Cause on my love, you can depend

I see your face before me, as I lay on my bed
I kinda get to thinking of all the things you said
You gave your promise to me, and I gave mine to you
I need someone beside me in everything I do

You know I love you, I always will
My mind's made up by the way that I feel
There's no beginning, there'll be no end
'Cause on my love, you can depend

It's written on the wind, it's everywhere I go
So if you really love me, come on and let it show
Come on and let it show
Come on and let it show
Come on and let it show
Come on and let it show
Come on and let it show

WRITERS

Reg Presley

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10240_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
Just a castaway, an island lost at sea, oh
Another lonely day, no one here but me, oh
More loneliness any man could bear
Rescue me before I fall into despair, oh


I'll send an SOS to the world
I'll send an SOS to the world
I hope that someone gets my
I hope that someone gets my
I hope that someone gets my


Message in a bottle, yeah
Message in a bottle, yeah


A year has passed since I wrote my note
I should have known this right from the start
Only hope can keep me together
Love can mend your life but love can break your heart


I'll send an SOS to the world
I'll send an SOS to the world
I hope that someone gets my
I hope that someone gets my
I hope that someone gets my


Message in a bottle, yeah
Message in a bottle, yeah
Oh, message in a bottle, yeah
Message in a bottle, yeah


Walked out this morning, don't believe what I saw
Hundred billion bottles washed up on the shore
Seems I'm not alone in being alone
Hundred billion castaways looking for a home


I'll send an SOS to the world
I'll send an SOS to the world
I hope that someone gets my
I hope that someone gets my
I hope that someone gets my


Message in a bottle, yeah
Message in a bottle, yeah
Message in a bottle, whoa

BCG_ID_10241_LF.txt[11/10/23, 10:57:43 AM]

Message in a bottle, yeah

Sendin' out an SOS
Sendin' out an SOS
I'm sendin' out an SOS
I'm sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10241_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
Your little brother never tells you but he loves you so
You said your mother only smiled on her tv show
You're only happy when your sorry head is filled with dope
I hope you make it to the day you're twenty-eight years old


You're dripping like a saturated sunrise
You're spilling like an overflowing sink
You're ripped at every edge but you're a masterpiece
And now you're tearing through the pages and the ink


Everything is blue
His pills, his hands, his jeans
And now I'm covered in the colors pulled apart at the seams
And it's blue
And it's blue


Everything is grey
His hair, his smoke, his dreams
And now he's so devoid of color
He don't know what it means
And he's blue
And he's blue


You were a vision in the morning when the light came through
I know I've only felt religion when I've lied with you
You said you'll never be forgiven till your boys are too
And I'm still waking every morning but it's not with you


You're dripping like a saturated sunrise
You're spilling like an overflowing sink
You're ripped at every edge but you're a masterpiece
And now you're tearing through the pages and the ink


Everything is blue
His pills, his hands, his jeans
And now I'm covered in the colors pulled apart at the seams
And it's blue
And it's blue


Everything is grey
His hair, his smoke, his dreams
And now he's so devoid of color
He don't know what it means
And he's blue
And he's blue

BCG_ID_10245_LF.txt[11/10/23, 10:57:43 AM]

You were red, and you liked me because I was blue
But you touched me, and suddenly I was a lilac sky
Then you decided purple just wasn't for you

Everything is blue
His pills, his hands, his jeans
And now I'm covered in the colors pulled apart at the seams
And it's blue
And it's blue

Everything is grey
His hair, his smoke, his dreams
And now he's so devoid of color
He don't know what it means
And he's blue
And he's blue

Everything is blue, everything is blue
Everything is blue, everything is blue

WRITERS

Ashley Frangipane, Dylan Bauld

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10245_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
You are the hole in my head
You are the space in my bed
You are the silence in between
What I thought and what I said

You are the night-time fear
You are the morning when it's clear
When it's over you're the start
You're my head, you're my heart

No light, no light in your bright blue eyes
I never knew daylight could be so violent
A revelation in the light of day
You can't choose what stays and what fades away
And I'd do anything to make you stay
No light, no light (no light)
Tell me what you want me to say

And through the crowd I was crying out and
In your place there were a thousand other faces
I was disappearing in plain sight
Heaven help me I need to make it right

You want a revelation
You want to get right
But it's a conversation
I just can't have tonight
You want a revelation
Some kind of resolution
You want a revelation

No light, no light in your bright blue eyes
I never knew daylight could be so violent
A revelation in the light of day
You can't choose what stays and what fades away
And I'd do anything to, to make you stay
No light, no light (no light)
Tell me what you want me to say

Would you leave me
If I told you what I've done?
And would you leave me
If I told you what I've become?

'Cause it's so easy

BCG_ID_10251_LF.txt[11/10/23, 10:57:43 AM]

To sing it to a crowd
But it's so hard, my love
To say it to you out loud

No light, no light in your bright blue eyes
I never knew daylight could be so violent
A revelation in the light of day
You can't choose what stays and what fades away
And I'd do anything to make you stay
No light, no light (no light)
Tell me what you want me to say

You want a revelation
You want to get right
But it's a conversation
I just can't have tonight
You want a revelation
Some kind of resolution
You want a revelation

You want a revelation
You want to get right
But, it's a conversation
I just can't have tonight
You want a revelation
Some kind of resolution
Tell me what you want me to say

WRITERS

Florence Leontine Mary Welch, Isabella Janet Florentina Summers

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10251_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
Forfeit the game before somebody else
Takes you out of the frame and puts your name to shame
Cover up your face, you can't run the race
The pace is too fast, you just won't last

You love the way I look at you
While taking pleasure in the awful things you put me through
You take away if I give in
My life, my pride is broken

You like to think you're never wrong
(You live what you've learned)
You have to act like you're someone
(You live what you've learned)
You want someone to hurt like you
(You live what you've learned)
You want to share what you've been through
(You live what you've learned)

You love the things I say I'll do
The way I'll hurt myself again just to get back at you
You take away when I give in
My life, my pride is broken

You like to think you're never wrong
(You live what you've learned)
You have to act like you're someone
(You live what you've learned)
You want someone to hurt like you
(You live what you've learned)
You want to share what you've been through
(You live what you've learned)

Forfeit the game before somebody else
Takes you out of the frame and puts your name to shame
Cover up your face, you can't run the race
The pace is too fast, you just won't last

Forfeit the game before somebody else
Takes you out of the frame and puts your name to shame
Cover up your face, you can't run the race
The pace is too fast, you just won't last

You like to think you're never wrong
(You live what you've learned)

BCG_ID_10259_LF.txt[11/10/23, 10:57:43 AM]

You have to act like you're someone
(You live what you've learned)
You want someone to hurt like you
(You live what you've learned)
You want to share what you've been through
(You live what you've learned)


You like to think you're never wrong
(Forfeit the game) (you live what you've learned)
You have to act like you're someone
(Forfeit the game) (you live what you've learned)
You want someone to hurt like you
(Forfeit the game) (you live what you've learned)
You want to share what you've been through
(You live what you've learned)

WRITERS

Brad Delson, Chester Charles Charles Bennington, Joseph Hahn, Mike Shinoda, Robert G. G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10259_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
For you, there'll be no more crying
For you, the sun will be shining
And I feel that when I'm with you
It's alright, I know it's right

To you, I'll give the world
To you, I'll never be cold
'Cause I feel that when I'm with you
It's alright, I know it's right

And the songbirds are singing, like they know the score
And I love you, I love you, I love you, like never before

And I wish you all the love in the world
But most of all, I wish it from myself

And the songbirds keep singing, like they know the score
And I love you, I love you, I love you
Like never before, like never before, like never before

WRITERS

Christine McVie

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Every breath you take and every move you make
Every bond you break, every step you take, I'll be watching you
Every single day and every word you say
Every game you play, every night you stay, I'll be watching you


Oh, can't you see you belong to me?
How my poor heart aches with every step you take


Every move you make, and every vow you break
Every smile you fake, every claim you stake, I'll be watching you


Since you've gone I've been lost without a trace
I dream at night, I can only see your face
I look around but it's you I can't replace
I feel so cold and I long for your embrace
I keep crying, "Baby, baby, please"


Oh, can't you see you belong to me?
How my poor heart aches with every step you take


Every move you make and every vow you break
Every smile you fake, every claim you stake, I'll be watching you
Every move you make, every step you take, I'll be watching you


I'll be watching you
Every breath you take, every move you make
Every bond you break, every step you take (I'll be watching you)
Every single day, every word you say
Every game you play, every night you stay (I'll be watching you)
Every move you make, every vow you break
Every smile you fake, every claim you stake (I'll be watching you)
Every single day, every word you say
Every game you play, every night you stay (I'll be watching you)


Every breath you take, every move you make
Every bond you break, every step you take (I'll be watching you)
Every single day, every word you say
Every game you play, every night you stay (I'll be watching you)
Every move you make, every vow you break
Every smile you fake, every claim you stake (I'll be watching you)
Every single day, every word you say
Every game you play, every night you stay (I'll be watching you)


WRITERS

BCG_ID_10283_LF.txt[11/10/23, 10:57:43 AM]

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10283_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
You ready?! Let's go!
Yeah, for those of you that wanna know what we're all about
It's like this y'all (c'mon)


This is ten percent luck
Twenty percent skill
Fifteen percent concentrated power of will
Five percent pleasure
Fifty percent pain
And a hundred percent reason to remember the name


He doesn't need his name up in lights
He just wants to be heard whether it's the beat or the mic
He feels so unlike everybody else, alone
In spite of the fact that some people still think that they know him
But fuck 'em, he knows the code, it's not about the salary
It's about reality and making some noise
Making a story, making sure his clique stays up
That means when he puts it down, Tak's pickin' it up


Who the hell is he anyway, he never really talks much
Never concerned with status but still leavin' them star struck
Humbled through opportunities given despite the fact
That many misjudge him because he makes a livin' from writing raps
Put it together himself, now the picture connects
Never asking for someone's help, or to get some respect
He's only focused on what he wrote; his will is beyond reach
And now it all unfolds, the skill of an artist


This is twenty percent skill, eighty percent beer
Be a hundred percent clear 'cause Ryu is ill
Who would've thought that he'd be the one to set the west in flames
Then heard him wreckin' with The Crystal Method, Name Of The Game
Came back, dropped Megadef, took 'em to church
I like bleach, man, Ryu had the stupidest verse
This dude is the truth, now everybody be givin' him guest spots
His stock's through the roof; I heard he fuckin' with S-Dot


This is ten percent luck
Twenty percent skill
Fifteen percent concentrated power of will
Five percent pleasure
Fifty percent pain
And a hundred percent reason to remember the name


They call him Ryu he's sick, and he's spittin' fire and Mike

BCG_ID_10288_LF.txt[11/10/23, 10:57:43 AM]

Got him out the dryer he's hot, found him in Fort Minor with Tak
What a fuckin' nihilist porcupine; he's a prick; he's a cock
The type women want to be with and rappers hope he get shot
Eight years in the makin' patiently waitin' to blow
Now the record with Shinoda's takin' over the globe
He's got a partner in crime; his shit is equally dope
You won't believe the kind of shit that comes out of this kid's throat


He's not your every day on the block
He knows how to work with what he's got
Makin' his way to the top
He often gets a comment on his name
People keep asking him was it given at birth
Or does it stand for an acronym?
No, he's livin' proof that he rockin' the booth
He'll get you buzzin' quicker than a shot of vodka with juice
Him and his crew are known around as one of the best
Dedicated to what they do and give a hundred percent


Forget Mike, nobody really knows how or why he works so hard
It seems like he's never got time
Because he writes every note and he writes every line
And I've seen him at work when that light goes on in his mind
It's like a design is written in his head every time
Before he even touches a key or speaks in a rhyme
And those motherfuckers he runs with, the kids that he signed
Ridiculous, without even trying, how do they do it?


This is ten percent luck
Twenty percent skill
Fifteen percent concentrated power of will
Five percent pleasure
Fifty percent pain
And a hundred percent reason to remember the name


This is ten percent luck
Twenty percent skill
Fifteen percent concentrated power of will
Five percent pleasure
Fifty percent pain
And a hundred percent reason to remember the name


Yeah
Fort Minor
M-Shinoda
Styles of Beyond
Ryu
Takbir
Machine Shop

BCG_ID_10288_LF.txt[11/10/23, 10:57:43 AM]

WRITERS

MIKE SHINODA, MATTHEW RYAN MAGINN, TAKBIR KHALID BASHIR

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10288_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
Crimson flames tied through my ears, rollin' high and mighty traps
Pounced with fire on flaming roads using ideas as my maps
"We'll meet on edges, soon," said I, proud 'neath heated brow
Ah, but I was so much older then, I'm younger than that now

Half-wracked prejudice leaped forth, "rip down all hate," I screamed
Lies that life is black and white spoke from my skull, I dreamed
Romantic facts of musketeers foundationed deep, somehow
Ah, but I was so much older then, I'm younger than that now

Girls' faces formed the forward path from phony jealousy
To memorizing politics of ancient history
Flung down by corpse evangelists, unthought of, though somehow
Ah, but I was so much older then. I'm younger than that now

A self-ordained professor's tongue too serious to fool
Spouted out that liberty is just equality in school
"Equality," I spoke the word as if a wedding vow
Ah, but I was so much older then, I'm younger than that now

In a soldier's stance, I aimed my hand at the mongrel dogs who teach
Fearing not that I'd become my enemy in the instant that I preach
My existence led by confusion boats, mutiny from stern to bow
Ah, but I was so much older then, I'm younger than that now

Yes, my guard stood hard when abstract threats too noble to neglect
Deceived me into thinking I had something to protect
Good and bad, I define these terms quite clear, no doubt, somehow
Ah, but I was so much older then I'm younger than that now

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
You spurn my natural emotions
You make me feel I'm dirt and I'm hurt
And if I start a commotion
I run the risk of losing you and that's worse

Ever fallen in love with someone
Ever fallen in love, in love with someone
Ever fallen in love, in love with someone
You shouldn't have fallen in love with?

I can't see much of a future
Unless we find out what's to blame, what a shame
And we won't be together much longer
Unless we realize that we are the same

Ever fallen in love with someone
Ever fallen in love, in love with someone
Ever fallen in love, in love with someone
You shouldn't have fallen in love with

You disturb my natural emotions
You make me feel I'm dirt and I'm hurt
And if I start a commotion
I'll only end up losing you and that's worse

Ever fallen in love with someone
Ever fallen in love, in love with someone
Ever fallen in love, in love with someone
You shouldn't have fallen in love with?

Ever fallen in love with someone
Ever fallen in love, in love with someone
Ever fallen in love, in love with someone
You shouldn't have fallen in love with?

Ever fallen in love with someone
Ever fallen in love, in love with someone
Ever fallen in love, in love with someone
You shouldn't have fallen in love with?

Fallen in love with
Ever fallen in love with someone
You shouldn't have fallen in love with?

BCG_ID_10300_LF.txt[11/10/23, 10:57:43 AM]

WRITERS

Peter Shelley

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_10300_LF.txt[11/10/23, 10:57:43 AM]

Lyrics
"Show me, show me, show me how you do that trick
The one that makes me scream", she said
"The one that makes me laugh", she said
And threw her arms around my neck

Show me how you do it
And I promise you, I promise that
I'll run away with you
I'll run away with you

Spinning on that dizzy edge
Kissed her face and kissed her head
Dreamed of all the different ways
I had to make her glow
"Why are you so far away?", she said
"Why won't you ever know that I'm in love with you
That I'm in love with you?"

You
Soft and only
You
Lost and lonely
You
Strange as angels
Dancing in the deepest oceans
Twisting in the water
You're just like a dream
You're just like a dream

Daylight licked me into shape
I must've been asleep for days
And moving lips to breathe her name
I opened up my eyes
And found myself alone, alone
Alone above a raging sea
That stole the only girl I loved
And drowned her deep inside of me

You
Soft and lonely
You
Lost and lonely
You
Just like heaven

WRITERS

BCG_ID_10305_LF.txt[11/10/23, 10:57:44 AM]

Robert James Smith, Porl Thompson, Laurence Andrew Tolhurst, Boris Williams, Simon Johnathon Gallup

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10305_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
Are you ready Steve? Uh-huh
Andy? Yeah
Mick? Okay
Alright fellas, let's go


Oh it's been getting so hard
Living with the things you do to me, uh huh
My dreams are getting so strange
I'd like to tell you everything I see


Oh, I see a man at the back as a matter of fact
His eyes are as red as the sun
And the girl in the corner let no one ignore her
'Cause she thinks she's the passionate one


Oh yeah, it was like lightning
Everybody was frightening
And the music was soothing
And they all started grooving


Yeah, yeah-yeah-yeah-yeah
And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to warn you
It'll turn into a ballroom blitz
Ballroom blitz, ballroom blitz
Ballroom blitz, ballroom blitz


I'm reaching out for something
Touching nothing's all I ever do
Oh I softly call you over
When you appear there's nothing left of you, uh huh


And the man in the back is ready to crack
As he raises his hands to the sky
And the girl in the corner is everyone's mourner
She could kill you with a wink of her eye


Oh yeah it was electric
So perfectly hectic
And the band started leaving
'Cause they all stopped breathing


Yeah, yeah-yeah-yeah

BCG_ID_10309_LF.txt[11/10/23, 10:57:44 AM]

And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to warn you
It'll turn into a ballroom blitz
Ballroom blitz

Oh yeah, it was like lightning
Everybody was frightening
And the music was soothing
And they all started grooving

Yeah, yeah-yeah-yeah-yeah
And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to warn you
It'll turn into a ballroom blitz
Ballroom blitz, ballroom blitz
Ballroom blitz, ballroom blitz

It's it's a ballroom blitz
It's it's a ballroom blitz
It's it's a ballroom blitz
Yeah, it's a ballroom blitz

WRITERS

Michael Donald Chapman, Nicholas Barry Chinn

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10309_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
Well she got her daddy's car
And she cruised through the hamburger stand now
Seems she forgot all about the library
Like she told her old man now
And with the radio blasting
Goes cruising just as fast as she can now

And she'll have fun fun fun
'Til her daddy takes the T-bird away
(Fun fun fun 'til her daddy takes the T-bird away)

Well the girls can't stand her
'Cause she walks looks and drives like an ace now
(You walk like an ace now you walk like an ace)
She makes the Indy 500 look like a Roman chariot race now
(You look like an ace now you look like an ace)
A lotta guys try to catch her
But she leads them on a wild goose chase now
(You drive like an ace now you drive like an ace)

And she'll have fun fun fun
'Til her daddy takes the T-bird away
(Fun fun fun 'til her daddy takes the T-bird away)

Well you knew all along
That your dad was gettin' wise to you now
(You shouldn't have lied now you shouldn't have lied)
And since he took your set of keys
You've been thinking that your fun is all through now
(You shouldn't have lied now you shouldn't have lied)

But you can come along with me
'Cause we gotta a lot of things to do now
(You shouldn't have lied now you shouldn't have lied)

And we'll have fun fun fun now that daddy took the T-bird away
(Fun fun fun now that daddy took the T-bird away)
And we'll have fun fun fun now that daddy took the T-bird away
(Fun fun fun now that daddy took the T-bird away)
(Wo wo wo wo woo woo woo)
(Fun fun now that daddy took the T-bird away)
(Fun fun now that daddy took the T-bird away)
(Fun fun now that daddy took the T-bird away)
(Fun fun now that daddy took the T-bird away)
(Fun fun now that daddy took the T-bird away)
(Fun fun now that daddy took the T-bird away)

BCG_ID_10315_LF.txt[11/10/23, 10:57:44 AM]

WRITERS

Michael Love, Brian Wilson

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10315_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
I cannot take this anymore
I'm saying everything I've said before
All these words they make no sense
I find bliss in ignorance
Less I hear the less you'll say
But you'll find that out anyway
Just like before

Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to break

I find the answers aren't so clear
Wish I could find a way to disappear
All these thoughts they make no sense
I find bliss in ignorance
Nothing seems to go away
Over and over again
Just like before

Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to break

Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to, break

Shut up when I'm talking to you
Shut up, shut up, shut up
Shut up when I'm talking to you
Shut up, shut up, shut up
Shut up, I'm about to break

Everything you say to me
Takes me one step closer to the edge
And I'm about to break

BCG_ID_10317_LF.txt[11/10/23, 10:57:44 AM]

I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to break


Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to, break

WRITERS

Brad Delson, Chester Charles Bennington, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10317_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
Oh, God said to Abraham, "Kill me a son"
Abe said, "Man, you must be puttin' me on"
God said, "No" Abe say, "What?"
God say, "You can do what you want, Abe, but
The next time you see me comin', you better run"
Well, Abe said, "Where d'you want this killin' done?"
God said, "Out on Highway 61"


Well, Georgia Sam, he had a bloody nose
Welfare department, they wouldn't give him no clothes
He asked poor Howard, "Where can I go?"
Howard said, "There's only one place I know"
Sam said, "Tell me quick, man, I got to run"
Oh, Howard just pointed with his gun
And said, "That way, down Highway 61"


Well, Mack the Finger said to Louie the King
"I got forty red-white-and-blue shoestrings
And a thousand telephones that don't ring
Do you know where I can get rid of these things?"
And Louie the King said, "Let me think for a minute, son"
Then he said, "Yes, I think it can be easily done
Just take everything down to Highway 61"


Now, the fifth daughter on the twelfth night
Told the first father that things weren't right
"My complexion," she says, "is much too white"
He said, "Come here and step into the light"
He said, "Hmm, you're right, let me tell the second mother this has been done"
But the second mother was with the seventh son
And they were both out on Highway 61


Now, the roving gambler he was very bored
Trying to create a next world war
He found a promoter who nearly fell off the floor
He said, "I never engaged in this kind of thing before
But yes, I think it can be very easily done
We'll just put some bleachers out in the sun
And have it on Highway 61"

WRITERS

BOB DYLAN

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
Bah-da bah-da-da-da
Bah-da bah-da-da-da
Bah-da bah-da-da-da


Monday, Monday (bah-da bah-da-da-da)
So good to me (bah-da bah-da-da-da)
Monday mornin', it was all I hoped it would be
Oh Monday mornin', Monday mornin' couldn't guarantee (bah-da bah-da-da-da)
That Monday evenin' you would still be here with me


Monday, Monday, can't trust that day
Monday, Monday, sometimes it just turns out that way
Oh Monday mornin' you gave me no warnin' of what was to be
Oh Monday, Monday, how could you leave and not take me


Every other day, every other day
Every other day, every other day of the week is fine, yeah
But whenever Monday comes, but whenever Monday comes
But whenever Monday comes, you can find me cryin' all of the time


Monday, Monday (bah-da bah-da-da-da)
So good to me (bah-da bah-da-da-da)
Monday mornin', it was all I hoped it would be
But Monday mornin', Monday mornin' couldn't guarantee
That Monday evenin' you would still be here with me


Every other day, every other day
Every other day, every other day of the week is fine, yeah
But whenever Monday comes, but whenever Monday comes
But whenever Monday comes, you can find me cryin' all of the time


Monday, Monday (bah-da bah-da-da-da)
Can't trust that day (bah-da bah-da-da-da)
Monday, Monday (bah-da bah-da-da-da)
It just turns out that way (bah-da bah-da-da-da)
Whoa Monday, Monday (bah-da bah-da-da-da)
Won't go away (bah-da bah-da-da-da)
Monday, Monday (bah-da bah-da-da-da)
It's here to stay (bah-da bah-da-da-da)
Oh Monday, Monday (bah-da bah-da-da-da)
Whoa Monday, Monday (bah-da bah-da-da-da)

WRITERS

John Edmund Andrew Phillips

BCG_ID_10328_LF.txt[11/10/23, 10:57:44 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group, Downtown Music Publishing, CTM Publishing, Warner Chappell Music, Inc.

BCG_ID_10328_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
Sittin' in the mornin' sun
I'll be sittin' when the evenin' comes
Watching the ships roll in
Then I watch 'em roll away again, yeah
I'm sittin' on the dock of the bay
Watchin' the tide roll away, ooh
I'm just sittin' on the dock of the bay
Wastin' time

I left my home in Georgia
Headed for the 'Frisco Bay
'Cause I've had nothin' to live for
It look like nothing's gonna come my way
So I'm just gon' sit on the dock of the bay
Watchin' the tide roll away, ooh
I'm sittin' on the dock of the bay
Wastin' time

Look like nothing's gonna change
Everything, still remains the same
I can't do what ten people tell me to do
So I guess I'll remain the same, yes

Sittin' here restin' my bones
And this loneliness won't leave me alone, listen
Two thousand miles, I roam
Just to make this dock my home
Now I'm just gon' sit, at the dock of the bay
Watchin' the tide roll away, ooh
Sittin' on the dock of the bay
Wastin' time

WRITERS

Steve Cropper, Otis Redding

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10330_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
I dreamed I was missing
You were so scared
But no one would listen
'Cause no one else cared
After my dreaming
I woke with this fear
What am I leaving
When I'm done here?
So, if you're asking me, I want you to know

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be missed
And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Don't be afraid
I've taken my beating
I've shared what I've made
I'm strong on the surface
Not all the way through
I've never been perfect
But neither have you
So, if you're asking me, I want you to know

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be missed
And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Forgetting
All the hurt inside you've learned to hide so well
Pretending
Someone else can come and save me from myself
I can't be who you are

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be missed
And don't resent me

BCG_ID_10331_LF.txt[11/10/23, 10:57:44 AM]

And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest


Forgetting
All the hurt inside you've learned to hide so well
Pretending
Someone else can come and save me from myself
I can't be who you are
I can't be who you are

WRITERS

Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joe Hahn, Chester Bennington

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10331_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
You could say I lost my faith in science and progress
You could say I lost my belief in the holy Church
You could say I lost my sense of direction
You could say all of this and worse, but
If I ever lose my faith in you
There'd be nothing left for me to do


Some would say I was a lost man in a lost world
You could say I lost my faith in the people on TV
You could say I'd lost my belief in our politicians
They all seemed like game show hosts to me
If I ever lose my faith in you
There'd be nothing left for me to do
I could be lost inside their lies without a trace
But every time I close my eyes I see your face


I never saw no miracle of science
That didn't go from a blessing to a curse
I never saw no military solution
That didn't always end up as something worse, but
Let me say this first
If I ever lose my faith in you
There'd be nothing left for me to do

WRITERS

GORDON SUMNER

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10336_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
I may not always love you
But long as there are stars above you
You never need to doubt it
I'll make you so sure about it

God only knows what I'd be without you

If you should ever leave me
Well, life would still go on, believe me
The world could show nothing to me
So what good would living do me?

God only knows what I'd be without you

God only knows what I'd be without you
If you should ever leave me
Though life would still go on, believe me
The world could show nothing to me
So what good would living do me?

God only knows what I'd be without you

God only knows what I'd be without you
God only knows what I'd be without you
God only knows what I'd be without you
God only knows what I'd be without you (God only knows)
God only knows what I'd be without you (what I'd be without you)
God only knows what I'd be without you (God only knows)
God only knows what I'd be without you (what I'd be without you)
God only knows what I'd be without you (God only knows)
God only knows what I'd be without you (what I'd be without you)
God only knows what I'd be without you (God only knows)
God only knows what I'd be without you (what I'd be without you)
God only knows what I'd be without you

WRITERS

Brian Douglas Wilson, Tony Asher

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10340_LF.txt[11/10/23, 10:57:44 AM]

Lyrics
Everyone considered him the coward of the county
He'd never stood one single time to prove the county wrong
His mama named him Tommy, but folks just called him Yellow
But something always told me, they were reading Tommy wrong

He was only ten years old when his daddy died in prison
I looked after Tommy, 'cause he was my brother's son
I still recall the final words my brother said to Tommy
"Son, my life is over, but yours has just begun"

"Promise me, son, not to do the things I've done
Walk away from trouble if you can
Now it won't mean you're weak if you turn the other cheek
I hope you're old enough to understand
Son, you don't have to fight to be a man"

There's someone for everyone and Tommy's love was Becky
In her arms, he didn't have to prove he was a man
One day while he was working, the Gatlin boys came calling
They took turns at Becky an' there was three of them

Tommy opened up the door and saw Becky crying
The torn dress, the shattered look was more than he could stand
He reached above the fireplace and took down his daddy's picture
As his tears fell on his daddy's face, he heard these words again

"Promise me, Son, not to do the things I've done
Walk away from trouble if you can
Now it won't mean you're weak if you turn the other cheek
I hope you're old enough to understand
Son, you don't have to fight to be a man"

The Gatlin boys just laughed at him when he walked into the bar room
One of them got up and met him half way cross the floor
When Tommy turned around they said, "Hey look! Old Yellow's leaving"
But you could've heard a pin drop
When Tommy stopped and locked the door

Twenty years of crawling was bottled up inside him
He wasn't holding nothing back, he let 'em have it all
When Tommy left the bar room, not a Gatlin boy was standing
He said, "This one's for Becky", as he watched the last one fall
And I heard him say

BCG_ID_10347_LF.txt[11/10/23, 10:57:44 AM]

"I promised you, Dad, not to do the things you've done
I walk away from trouble when I can
Now please don't think I'm weak, I didn't turn the other cheek
And Papa, I should hope you understand
Sometimes you gotta fight when you're a man"

Everyone considered him the coward of the county

WRITERS

Roger Dale Bowling, Billy Edd Wheeler

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
I remember when I was a lad
Times were hard and things were bad
But there's a silver linin' behind every cloud
Just poor people, that 's all we were
Tryin' to make a living out of black-land dirt
But we'd get together in a family circle singing loud

Daddy sang bass, mama sang tenor
Me and little brother would join right in there
Singing seems to help a troubled soul
One of these days and it won't be long
I'll rejoin them in a song
I'm gonna join the family circle at the throne

No, the circle won't be broken
By and by, Lord, by and by
Daddy sang bass, mama sang tenor
Me and little brother would join right in there
In the sky, Lord, in the sky

Now I remember after work, mama would call in all of us
You could hear us singing for a country mile
Now little brother has done gone on
But I'll rejoin him in a song
We'll be together again up yonder in a little while

Daddy sang bass, mama sang tenor
Me and little brother would join right in there
'Cause singing seems to help a troubled soul
One of these days and it won't be long
I'll rejoin them in a song
I'm gonna join the family circle at the throne

Oh no, the circle won't be broken
By and by, Lord, by and by
Daddy sang bass, mama sang tenor
Me and little brother would join right in there
In the sky, Lord, in the sky
In the sky, Lord, in the sky

WRITERS

Carl Perkins

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10348_LF.txt[11/10/23, 10:57:45 AM]

Case 3:23-cv-01092    Document 49-6    Filed 11/16/23    Page 141 of 434 PageID #: 1167

140

BCG_ID_10348_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
Make up your mind
Decide to walk with me
Around the lake tonight
Around the lake tonight
By my side
By my side
I'm not gonna lie
I'll not be a gentleman
Behind the boathouse
I'll show you my dark secret
I'm not gonna lie
I want you for mine
My blushing bride
My lover, be my lover, yeah

Don't be afraid
I didn't mean to scare you
So help me, Jesus
I can promise you
You'll stay as beautiful
With dark hair
And soft skin, forever
Forever

Make up your mind
Make up your mind
And I'll promise you
I will treat you well
My sweet angel
So help me, Jesus
(Hey, hey, hey)
Give it up to me
Give it up to me
Do you wanna be
My angel?
Give it up to me
Give it up to me
Do you wanna be
My angel?
Give it up to me
Give it up to me
Do you wanna be
My angel?
So help me

Be my angel
Be my angel
Be my angel
Do you wanna die?

BCG_ID_10353_LF.txt[11/10/23, 10:57:45 AM]

Do you wanna die?
Do you wanna die?
Do you wanna die?
Do you wanna die?
Do you wanna die?
Do you wanna die?
Do you wanna die?
Well, I promise you
I will treat you well
My sweet angel
So help me, Jesus
Jesus
Jesus
Jesus

WRITERS

Todd Lewis

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10353_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
A warning to the people
The good and the evil
This is war
To the soldier, the civilian
The martyr, the victim
This is war

It's the moment of truth and the moment to lie
And the moment to live and the moment to die
The moment to fight, the moment to fight
To fight, to fight, to fight

To the right to the left
We will fight to the death
To the edge of the earth
It's a brave new world from the last to the first
To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world
It's a brave new world

(Whoa-oh, whoa-oh)

A warning to the prophet, the liar, the honest
This is war
Oh, to the leader, the pariah
The victor, the messiah
This is war

It's the moment of truth and the moment to lie
And the moment to live and the moment to die
The moment to fight, the moment to fight
To fight, to fight, to fight

To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world from the last to the first
To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world
It's a brave new world
It's a brave new world

BCG_ID_10370_LF.txt[11/10/23, 10:57:45 AM]

I do believe in the light
Raise your hands into the sky
The fight is done, the war is won
Lift your hands towards the sun
Towards the sun (it's the moment of truth and the moment to lie)
(It's the moment to live and the moment to die) towards the sun
(It's the moment of truth and the moment to lie, it's the moment to live)
Towards the sun (and the moment to die, the moment to fight)
(The moment to fight, the moment to fight)
The war is won (fight, fight, fight, fight, fight, fight, fight)


To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world from the last to the first
To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world
It's a brave new world
It's a brave new world


A brave new world
The war is won
The war is won
A brave new world

WRITERS

Jared Leto

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10370_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
Happiness hit her like a train on a track
Coming towards her, stuck, still no turning back
She hid around corners and she hid under beds
She killed it with kisses, and from it she fled
With every bubble she sank with a drink
And washed it away down the kitchen sink

The dog days are over
The dog days are done
The horses are coming
So you better run

Run fast for your mother, run fast for your father
Run for your children, for your sisters and brothers
Leave all your love and your longing behind
You can't carry it with you if you want to survive

The dog days are over
The dog days are done
Can you hear the horses?
'Cause here they come

And I never wanted anything from you
Except everything you had
And what was left after that too, oh

Happiness hit her like a bullet in the back
Struck from a great height
By someone who should know better than that

The dog days are over
The dog days are done
Can you hear the horses?
'Cause here they come

Run fast for your mother, run fast for your father
Run for your children, for your sisters and brothers
Leave all your love and your longing behind
You can't carry it with you if you want to survive

The dog days are over
The dog days are done
Can you hear the horses?
'Cause here they come

BCG_ID_10372_LF.txt[11/10/23, 10:57:45 AM]

The dog days are over
The dog days are done
The horses are coming
So you better run


The dog days are over
The dog days are done
The horses are coming
So you better run

WRITERS

Florence Leontine Mary Welch, Isabella Janet Florentina Summers

PUBLISHERS

Lyrics © Universal Music Publishing Group, Downtown Music Publishing

Lyrics
The only two things in life that make it worth livin'
Is guitars that tune good and firm feelin' women
I don't need my name in the marquee lights
I got my song and I got you with me tonight
Maybe it's time we got back to the basics of love


Let's go to Luckenbach, Texas
With Waylon and Willie and the boys
This successful life we're livin'
Got us feuding like the Hatfields and McCoys
Between Hank Williams' pain songs and
Newbury's train songs and "Blue Eyes Cryin' in the Rain"
Out in Luckenbach, Texas, ain't nobody feelin' no pain


So baby, let's sell your diamond ring
Buy some boots and faded jeans and go away
This coat and tie is choking me
In your high society, you cry all day
We've been so busy keepin' up with the Jones
Four car garage and we're still building on
Maybe it's time we got back to the basics of love


Let's go to Luckenbach, Texas
With Waylon and Willie and the boys
This successful life we're livin' got us feudin'
Like the Hatfield and McCoys
Between Hank Williams' pain songs and
Newbury's train songs and "Blue Eyes Cryin' in the Rain"
Out in Luckenbach, Texas, ain't nobody feelin' no pain


Let's go to Luckenbach, Texas
Willie and Waylon and the boys
This successful life we're livin's got us feudin'
Like the Hatfield and McCoys
Between Hank Williams' pain songs
And Jerry Jeff's train songs and "Blue Eyes Cryin' in the Rain"
Out in Luckenbach, Texas, there ain't nobody feelin' no pain

WRITERS

Bobby Emmons, Chips Moman

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10373_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
It starts with one thing
I don't know why
It doesn't even matter how hard you try
Keep that in mind
I designed this rhyme
To explain in due time
All I know
Time is a valuable thing
Watch it fly by as the pendulum swings
Watch it count down to the end of the day
The clock ticks life away

It's so unreal
Didn't look out below
Watch the time go right out the window
Trying to hold on, didn't even know
I wasted it all just to watch you go
I kept everything inside
And even though I tried, it all fell apart
What it meant to me
Will eventually be a memory of a time when

I tried so hard
And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter

One thing, I don't know why
It doesn't even matter how hard you try
Keep that in mind
I designed this rhyme
To remind myself how
I tried so hard
In spite of the way you were mocking me
Acting like I was part of your property
Remembering all the times you fought with me
I'm surprised it got so far
Things aren't the way they were before
You wouldn't even recognize me anymore
Not that you knew me back then
But it all comes back to me in the end
You kept everything inside
And even though I tried, it all fell apart
What it meant to me will eventually be a memory of a time when

BCG_ID_10377_LF.txt[11/10/23, 10:57:45 AM]

I tried so hard
And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter

I've put my trust in you
Pushed as far as I can go
For all this
There's only one thing you should know
I've put my trust in you
Pushed as far as I can go
For all this
There's only one thing you should know

I tried so hard
And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter

WRITERS

Brad Delson, Chester Charles Bennington, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10377_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
Come up to meet you
Tell you I'm sorry
You don't know how lovely you are
I had to find you
Tell you I need you
Tell you I set you apart

Tell me your secrets
And ask me your questions
Oh, let's go back to the start
Running in circles, coming up tails
Heads on a science apart

Nobody said it was easy
It's such a shame for us to part
Nobody said it was easy
No one ever said it would be this hard
Oh, take me back to the start

I was just guessing at numbers and figures
Pulling your puzzles apart
Questions of science, science and progress
Do not speak as loud as my heart

Tell me you love me
Come back and haunt me
Oh, and I rush to the start
Running in circles, chasing our tails
Coming back as we are

Nobody said it was easy
Oh, it's such a shame for us to part
Nobody said it was easy
No one ever said it would be so hard
I'm going back to the start

(Oh, ooh)
(Ah, ooh)
(Oh, ooh)
(Oh, ooh)

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

BCG_ID_10381_LF.txt[11/10/23, 10:57:45 AM]

Lyrics © Universal Music Publishing Group

BCG_ID_10381_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
Sweet creature
Had another talk about where it's going wrong
But we're still young
We don't know where we're going
But we know where we belong

And oh we started
Two hearts in one home
It's hard when we argue
We're both stubborn
I know, but oh

Sweet creature, sweet creature
Wherever I go, you bring me home
Sweet creature, sweet creature
When I run out of road, you bring me home

Sweet creature
We're running through the garden
Oh, where nothing bothered us
But we're still young
I always think about you and how we don't speak enough

And oh we started
Two hearts in one home
I know, it's hard when we argue
We're both stubborn
I know, but oh

Sweet creature, sweet creature
Wherever I go, you bring me home
Sweet creature, sweet creature
When I run out of road, you bring me home

I know when we started
Just two hearts in one home
It gets harder when we argue
We're both stubborn
I know, but oh

Sweet creature, sweet creature
Wherever I go, you bring me home
Sweet creature, sweet creature
When I run out of road, you bring me home
You'll bring me home

BCG_ID_10382_LF.txt[11/10/23, 10:57:45 AM]

WRITERS

Thomas Edward Percy Hull, Harry Edward Styles

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10382_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
He woke up from dreaming and put on his shoes
Started making his way past two in the morning
He hasn't been sober for days

Leaning now into the breeze
Remembering Sunday, he falls to his knees
They had breakfast together
But two eggs don't last
Like the feeling of what he needs

Now this place seems familiar to him
She pulled on his hand with a devilish grin
She led him upstairs, she led him upstairs
Left him dying to get in

Forgive me, I'm trying to find
My calling, I'm calling at night
I don't mean to be a bother
But have you seen this girl?
She's been running through my dreams
And it's driving me crazy, it seems
I'm going to ask her to marry me

Even though she doesn't believe in love
He's determined to call her bluff
Who could deny these butterflies?
They're filling his gut

Waking the neighbors, unfamiliar faces
He pleads though he tries
But he's only denied
Now he's dying to get inside

Forgive me, I'm trying to find
My calling, I'm calling at night
I don't mean to be a bother
But have you seen this girl?
She's been running through my dreams
And it's driving me crazy, it seems
I'm going to ask her to marry me

The neighbors said she moved away
Funny how it rained all day
I didn't think much of it then
But it's starting to all make sense

BCG_ID_10384_LF.txt[11/10/23, 10:57:45 AM]

Oh, I can see now that all of these clouds
Are following me in my desperate endeavor
To find my whoever, wherever she may be


I'm not coming back (forgive me)
I've done something so terrible
I'm terrified to speak (I'm not calling, I'm not calling)
But you'd expect that from me
I'm mixed up, I'll be blunt, now the rain is just (You're driving me crazy, I'm)
Washing you out of my hair and out of my mind
Keeping an eye on the world,
From so many thousands of feet off the ground, I'm over you now
I'm at home in the clouds, and towering over your head


Well I guess I'll go home now
I guess I'll go home now
I guess I'll go home now
I guess I'll go home

WRITERS

Alexander William Gaskarth, Jack Bassam Barakat, Robert Ryan Dawson, Zachary Steven Merrick

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10384_LF.txt[11/10/23, 10:57:45 AM]

Lyrics
Never look back, we said
How was I to know I'd miss you so?
Loneliness up ahead, emptiness behind
Where do I go?


And you didn't hear
All my joy through my tears
All my hopes through my fears
Did you now, still I miss you somehow


From the bottom of my broken heart
There's just a thing or two I'd like you to know
You were my first love
You were my true love
From the first kisses to the very last rose
From the bottom of my broken heart
Even though time may find me somebody new
You were my real love, I never knew love
'Til there was you
From the bottom of my broken heart


Baby, I said
Please stay, give our love a chance for one more day
We could have worked things out
Taking time is what love's all about


But you put a dart through my dreams
Through my heart
And I'm back where I started again
Never thought it would end


From the bottom of my broken heart
There's just a thing or two I'd like you to know
You were my first love,
You were my true love
From the first kisses to the very last rose
From the bottom of my broken heart
Even though time may find me somebody new
You were my real love, I never knew love
'Til there was you
From the bottom of my broken heart


You promised yourself
But to somebody else
And you made it so perfectly clear
Still I wish you were here now

BCG_ID_10391_LF.txt[11/10/23, 10:57:46 AM]

From the bottom of my broken heart
There's just a thing or two I'd like you to know
You were my first love
You were my true love
From the first kisses to the very last rose

From the bottom of my broken heart
Even though time may find me somebody new
You were my real love, I never knew love
'Til there was you
From the bottom of my broken heart

Never look back, we said
How was I to know I'd miss you so?

WRITERS

ERIC FOSTER WHITE

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10391_LF.txt[11/10/23, 10:57:46 AM]

Lyrics
Memories consume like opening the wounds
I'm picking me apart again
You all assume
I'm safe here in my room
Unless I try to start again
I don't want to be the one the battles always choose
'Cause inside I realize that I'm the one confused

I don't know what's worth fighting for
Or why I have to scream
I don't know why I instigate
And say what I don't mean
I don't know how I got this way
I know it's not alright
So I'm breaking the habit
I'm breaking the habit tonight

Clutching my cure
I tightly lock the door
I try to catch my breath again
I hurt much more than any time before
I have no options left again
I don't want to be the one the battles always choose
'Cause inside I realize that I'm the one confused

I don't know what's worth fighting for
Or why I have to scream
I don't know why I instigate
And say what I don't mean
I don't know how I got this way
I'll never be alright
So I'm breaking the habit
I'm breaking the habit tonight

I'll paint it on the walls
'Cause I'm the one at fault
I'll never fight again
And this is how it ends

I don't know what's worth fighting for
Or why I have to scream
But now I have some clarity to show you what I mean
I don't know how I got this way
I'll never be alright
So I'm breaking the habit
I'm breaking the habit
I'm breaking the habit tonight

BCG_ID_10392_LF.txt[11/10/23, 10:57:46 AM]

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10392_LF.txt[11/10/23, 10:57:46 AM]

Lyrics
I used to rule the world
Seas would rise when I gave the word
Now in the morning, I sleep alone
Sweep the streets I used to own

I used to roll the dice
Feel the fear in my enemy's eyes
Listen as the crowd would sing
Now the old king is dead, long live the king
One minute, I held the key
Next the walls were closed on me
And I discovered that my castles stand
Upon pillars of salt and pillars of sand

I hear Jerusalem bells a-ringin'
Roman Cavalry choirs are singin'
Be my mirror, my sword and shield
My missionaries in a foreign field
For some reason, I can't explain
Once you'd gone, there was never, never an honest word
And that was when I ruled the world

It was a wicked and wild wind
Blew down the doors to let me in
Shattered windows and the sound of drums
People couldn't believe what I'd become
Revolutionaries wait
For my head on a silver plate
Just a puppet on a lonely string
Oh, who would ever want to be king?

I hear Jerusalem bells a-ringin'
Roman Cavalry choirs are singing
Be my mirror, my sword and shield
My missionaries in a foreign field
For some reason, I can't explain
I know Saint Peter won't call my name
Never an honest word
But that was when I ruled the world

Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh

BCG_ID_10394_LF.txt[11/10/23, 10:57:46 AM]

I hear Jerusalem bells a-ringin'
Roman Cavalry choirs are singin'
Be my mirror, my sword and shield
My missionaries in a foreign field
For some reason I can't explain
I know Saint Peter won't call my name
Never an honest word
But that was when I ruled the world

WRITERS

Christopher A. J. Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10394_LF.txt[11/10/23, 10:57:46 AM]

Lyrics
Well, it's not far down to paradise
At least it's not for me
And if the wind is right you can sail away
And find tranquility
Oh, the canvas can do miracles
Just you wait and see, believe me


It's not far to never never land
No reason to pretend
And if the wind is right you can find the joy
Of innocence again
Oh, the canvas can do miracles
Just you wait and see, believe me


Sailing
Takes me away to where I've always heard it could be
Just a dream and the wind to carry me
Soon I will be free


Fantasy
It gets the best of me
When I'm sailing


All caught up in the reverie
Every word is a symphony
Won't you believe me?


Sailing
Takes me away to where I've always heard it could be
Just a dream and the wind to carry me
And soon I will be free


Well, it's not far back to sanity
At least it's not for me
And if the wind is right you can sail away
And find serenity
Oh, the canvas can do miracles
Just you wait and see, really, believe me


Sailing
Takes me away to where I've always heard it could be
Just a dream and the wind to carry me
And soon I will be free


WRITERS

BCG_ID_10399_LF.txt[11/10/23, 10:57:46 AM]

Carter Burwell

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10399_LF.txt[11/10/23, 10:57:46 AM]

Lyrics
Take a look at my girlfriend
She's the only one I got
Not much of a girlfriend
Never seem to get a lot


Take a jumbo across the water
Like to see America
See the girls in California
I'm hoping it's going to come true
But there's not a lot I can do


Could we have kippers for breakfast
Mummy dear, mummy dear
They got to have 'em in Texas
'Cause everyone's a millionaire


I'm a winner, I'm a sinner
Do you want my autograph
I'm a loser, what a joker
I'm playing my jokes upon you
While there's nothing better to do


Ba-ba-ba-dow, ba-bow-dum-doo-de-dow-de-dow, de
Ba-ba-ba-dow, ba-bow-dum-de-doo-de-dow
Na na na, nana na na na na


Don't you look at my girlfriend (girlfriend)
She's the only one I got
Not much of a girlfriend (girlfriend)
Never seem to get a lot (what's she got, not a lot)


Take a jumbo cross the water
Like to see America
See the girls in California
I'm hoping it's going to come true
But there's not a lot I can do


Ba-ba-ba-dow, ba-bow-dum-doo-de-dow-de-dow, de
Ba-ba-ba-dow, ba-bow-dum-de-doo-de-dow


Hey oh, hey oh, hey oh, hey oh,
Hey oh, hey oh, hey oh, hey oh
Na na na, nana na na na na nana

BCG_ID_10402_LF.txt[11/10/23, 10:57:46 AM]

WRITERS

RICHARD DAVIES, ROGER HODGSON

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10402_LF.txt[11/10/23, 10:57:46 AM]

Lyrics
S (s, s, s,).....A (a,a,a).....F(f,f,f)....E(e,e,e).....T(t,t,t)....Y(y,y,y)
Safety (Safety) Dance! (Dance)
Ah we can dance if we want to, we can leave your friends behind
Cause your friends don't dance and if they don't dance
Well they're are no friends of mine
I say, we can go where we want to, A place where they will never find
And we can act like we come from out of this world
Leave the real one far behind,
and we can dance


Ah we can dance if we want to, we can leave your friends behind
Cause your friends don't dance and if they don't dance
Well they're are no friends of mine
I say, we can go where we want to, A place where they will never find
And we can act like we come from out of this world
Leave the real one far behind,
and we can dance


And Sing!


Ah we can go when we want to the night is young and so am I
And we can dress real neat from our hearts to our feet
and surprise 'em with the victory cry


I Say we can act if want to if we don't nobody will
And you can act real rude and totally removed
And i can act like an imbecile
I say we can dance, we can dance everything out control
We can dance, we can dance we're doing it pole to pole
We can dance, we can dance everybody look at your hands
We can dance, we can dance everybody's takin' the chance


Safety dance


Oh well the safety dance


Ah yes the safety dance


S (s, s, s,).....A (a,a,a).....F(f,f,f)....E(e,e,e).....T(t,t,t)....Y(y,y,y)
safety(safety, safety, safety) dance (dance, dance, dance)
We can dance if we want to, we've got all your life and mine
As long as we abuse it, never gonna lose it
Everything'll work out right
I say, we can dance if we want to we can leave your friends behind

BCG_ID_10410_LF.txt[11/10/23, 10:57:46 AM]

Cause your friends don't dance and if they don't dance
Well they're no friends of mine
I say we can dance, we can dance everythings out control
We can dance, we can dance we're doing it from pole to pole
We can dance, we can dance everybody look at your hands
We can dance, we can dance everybody's takin' the chance
Oh Well the safety dance
ah yes the safety dance
Oh well the safety dance
Oh well the safety dance
Oh yes the safety dance
Oh the safety dance yeah
Oh it's the safety dance
It's the safety dance
Well it's the safety dance
Oh it's the safety dance
Oh it's the safety dance
Oh it's the safety dance
Oh it's the safety dance

WRITERS

Ivan Doroschuk

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10410_LF.txt[11/10/23, 10:57:46 AM]

Lyrics
A long long time ago
I can still remember how
That music used to make me smile
And I knew if I had my chance
That I could make those people dance
And maybe they'd be happy for a while

But February made me shiver
With every paper I'd deliver
Bad news on the doorstep
I couldn't take one more step

I can't remember if I cried
When I read about his widowed bride
Something touched me deep inside
The day the music died
So

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
And them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

Did you write the book of love
And do you have faith in God above
If the Bible tells you so?
Now, do you believe in rock and roll?
Can music save your mortal soul?
And can you teach me how to dance real slow?

Well, I know that you're in love with him
'Cause I saw you dancin' in the gym
You both kicked off your shoes
Man, I dig those rhythm and blues

I was a lonely teenage broncin' buck
With a pink carnation and a pickup truck
But I knew I was out of luck
The day the music died
I started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye

BCG_ID_10414_LF.txt[11/10/23, 10:57:46 AM]

And singin' this'll be the day that I die
This'll be the day that I die


Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be


When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me


Oh, and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned


And while Lennon read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died
We were singin'


Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die


Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast


It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast


Now the half-time air was sweet perfume
While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance


'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died?

BCG_ID_10414_LF.txt[11/10/23, 10:57:46 AM]

We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again

So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell

And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away

I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

And in the streets the children screamed
The lovers cried, and the poets dreamed
But not a word was spoken
The church bells all were broken

And the three men I admire most
The Father, Son, and the Holy Ghost
They caught the last train for the coast
The day the music died
And they were singing


Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
And them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die


They were singing
Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die

WRITERS

Don McLean

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
When the road gets dark
And you can no longer see
Just let my love throw a spark
And have a little faith in me

And when the tears you cry
Are all you can believe
Just give these loving arms a try
And have a little faith in me
And

[Chorus]
Have a little faith in me
Have a little faith in me
Have a little faith in me
Have a little faith in me

When your secret heart
Cannot speak so easily
Come here darlin'
From a whisper start
To have a little faith in me

And when your back's against the wall
Just turn around and you will see
I will catch, I will catch your fall baby
Just have a little faith in me

[Chorus]

WRITERS

JOHN HIATT

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10415_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
Don't think me unkind
Words are hard to find
They're only cheques I've left unsigned
From the banks of chaos in my mind

And when their eloquence escapes me
Their logic ties me up and rapes me

De-do-do-do, de-da-da-da
Is all I want to say to you
De-do-do-do, de-da-da-da
Their innocence will pull me through
De-do-do-do, de-da-da-da
Is all I want to say to you
De-do-do-do, de-da-da-da
They're meaningless and all that's true

Poets, priests and politicians
Have words to thank for their positions
Words that scream for your submission
And no one's jamming their transmission

'Cause when their eloquence escapes you
Their logic ties you up and rapes you

De-do-do-do, de-da-da-da
Is all I want to say to you
De-do-do-do, de-da-da-da
Their innocence will pull me through
De-do-do-do, de-da-da-da
Is all I want to say to you
De-do-do-do, de-da-da-da
They're meaningless and all that's true

De-do-do-do, de-da-da-da
Is all I want to say to you
De-do-do-do, de-da-da-da
Their innocence will pull me through
De-do-do-do, de-da-da-da
Is all I want to say to you
De-do-do-do, de-da-da-da
They're meaningless and all that's true

WRITERS

Gordon Sumner

BCG_ID_10428_LF.txt[11/10/23, 10:57:47 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Darkness at the break of noon
Shadows even the silver spoon
The handmade blade, the child's balloon
Eclipses both the sun and moon
To understand you know too soon
There is no sense in trying

Pointed threats, they bluff with scorn
Suicide remarks are torn
From the fool's gold mouthpiece
The hollow horn plays wasted words
Proves to warn that he not busy being born
Is busy dying

Temptation's page flies out the door
You follow, find yourself at war
Watch waterfalls of pity roar
You feel to moan but unlike before
You discover that you'd just be
One more person crying

So don't fear if you hear
A foreign sound to your ear
It's alright, Ma, I'm only sighing

As some warn victory, some downfall
Private reasons great or small
Can be seen in the eyes of those that call
To make all that should be killed to crawl
While others say don't hate nothing at all
Except hatred

Disillusioned words like bullets bark
As human gods aim for their mark
Made everything from toy guns that spark
To flesh-colored Christs that glow in the dark
It's easy to see without looking too far
That not much is really sacred

While preachers preach of evil fates
Teachers teach that knowledge waits
Can lead to hundred-dollar plates
Goodness hides behind its gates
But even the president of the United States
Sometimes must have to stand naked

BCG_ID_10431_LF.txt[11/10/23, 10:57:47 AM]

An' though the rules of the road have been lodged
It's only people's games that you got to dodge
And it's alright, Ma, I can make it


Advertising signs that con you
Into thinking you're the one
That can do what's never been done
That can win what's never been won
Meantime life outside goes on
All around you


You lose yourself, you reappear
You suddenly find you got nothing to fear
Alone you stand with nobody near
When a trembling distant voice, unclear
Startles your sleeping ears to hear
That somebody thinks they really found you


A question in your nerves is lit
Yet you know there is no answer fit to satisfy
Insure you not to quit
To keep it in your mind and not fergit
That it is not he or she or them or it
That you belong to


Although the masters make the rules
For the wise men and the fools
I got nothing, Ma, to live up to


For them that must obey authority
That they do not respect in any degree
Who despise their jobs, their destinies
Speak jealously of them that are free
Do what they do just to be nothing more than something they invest in


While some on principles baptized
To strict party platform ties
Social clubs in drag disguise
Outsiders they can freely criticize
Tell nothing except who to idolize
And then say God bless him


While one who sings with his tongue on fire
Gargles in the rat race choir
Bent out of shape from society's pliers
Cares not to come up any higher

BCG_ID_10431_LF.txt[11/10/23, 10:57:47 AM]

But rather get you down in the hole that he's in

But I mean no harm nor put fault
On anyone that lives in a vault
But it's alright, Ma, if I can't please him

Old lady judges watch people in pairs
Limited in sex, they dare
To push fake morals, insult and stare
While money doesn't talk, it swears
Obscenity, who really cares
Propaganda, all is phony

While them that defend what they cannot see
With a killer's pride, security
It blows the minds most bitterly
For them that think death's honesty
Won't fall upon them naturally
Life sometimes must get lonely

My eyes collide head-on with stuffed graveyards
False gods, I scuff
At pettiness which plays so rough
Walk upside-down inside handcuffs
Kick my legs to crash it off
Say okay, I have had enough
What else can you show me

And if my thought-dreams could be seen
They'd probably put my head in a guillotine
But it's alright, Ma, it's life, and life only

WRITERS

BOB DYLAN

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10431_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
Up on the hill
People never stare
They just don't care
Chinese music under banyan trees
Here at the dude ranch above the sea
Aja
When all my dime dancin' is through
I run to you

Up on the hill
They've got time to burn
There's no return
Double helix in the sky tonight
Throw out the hardware
Let's do it right
Aja
When all my dime dancin' is through
I run to you

Up on the hill
They think I'm okay
Or so they say
Chinese music always sets me free
Angular banjoes
Sound good to me
Aja
When all my dime dancin' is through
I run to you

WRITERS

DONALD JAY FAGEN, WALTER CARL BECKER

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10433_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
They asked me how I knew
My true love was true
I of course replied
Something here inside cannot be denied
They said "someday you'll find all who love are blind"
When your heart's on fire,
You must realize, smoke gets in your eyes

So I chaffed them and I gaily laughed
To think they could doubt my love
Yet today my love has flown away,
I am without my love (without my love)

Now laughing friends deride
Tears I cannot hide
So I smile and say
When a lovely flame dies, smoke gets in your eyes

(Smoke gets in your eyes, smoke gets in your eyes)

Smoke gets in your eyes

WRITERS

Otto Harbach, Jerome Kern

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group

BCG_ID_10435_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
Greeting cards have all been sent
The Christmas rush is through
But I still have one wish to make
A special one for you

Merry Christmas darling
We're apart that's true
But I can dream and in my dreams
I'm Christmasing with you

Holidays are joyful
There's always something new
But ev'ryday's a holiday
When I'm near to you

The lights on my tree
I wish you could see
I wish it ev'ry day
Logs on the fire
Fill me with desire
To see you and to say

That I wish you Merry Christmas (Merry Christmas darling)
Happy New Year too
I've just one wish on this Christmas Eve
(On this Christmas Eve)
I wish I were with you

The logs on the fire
Fill me with desire
To see you and to say

That I wish you Merry Christmas (Merry Christmas darling)
Happy New Year too
I've just one wish on this Christmas Eve
(On this Christmas Eve)
I wish I were with you
I wish I were with you

(Merry Christmas, Merry Christmas, Merry Christmas)
(Merry Christmas darling

WRITERS

Frank Pooler, Richard Lynn Carpenter

BCG_ID_10442_LF.txt[11/10/23, 10:57:47 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10442_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
You'll remember me when the west wind moves
Upon the fields of barley
You'll forget the sun in his jealous sky
As we walk in fields of gold

So she took her love for to gaze awhile
Upon the fields of barley
In his arms she fell as her hair came down
Among the fields of gold

Will you stay with me? Will you be my love?
Among the fields of barley
We'll forget the sun in his jealous sky
As we lie in fields of gold

See the west wind move like a lover so
Upon the fields of barley
Feel her body rise when you kiss her mouth
Among the fields of gold

I never made promises lightly
And there have been some that I've broken
But I swear in the days still left
We'll walk in fields of gold
We walk in fields of gold

Many years have passed since those summer days
Among the fields of barley
See the children run as the sun goes down
Among the fields of gold

You'll remember me when the west wind moves
Upon the fields of barley
You can tell the sun in his jealous sky
When we walked in fields of gold
When we walked in fields of gold
When we walked in fields of gold

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10445_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
'Twas in another lifetime, one of toil and blood
When blackness was a virtue the road was full of mud
I came in from the wilderness, a creature void of form
Come in, she said
I'll give ya shelter from the storm


And if I pass this way again, you can rest assured
I'll always do my best for her, on that I give my word
In a world of steel-eyed death, and men who are fighting to be warm
Come in, she said
I'll give ya shelter from the storm


Not a word was spoke between us, there was little risk involved
Everything up to that point had been left unresolved
Try imagining a place where it's always safe and warm
Come in, she said
I'll give ya shelter from the storm


I was burned out from exhaustion, buried in the hail
Poisoned in the bushes an' blown out on the trail
Hunted like a crocodile, ravaged in the corn
Come in, she said
I'll give ya shelter from the storm


Suddenly I turned around and she was standin' there
With silver bracelets on her wrists and flowers in her hair
She walked up to me so gracefully and took my crown of thorns
Come in, she said
I'll give ya shelter from the storm


Now there's a wall between us, somethin' there's been lost
I took too much for granted, I got my signals crossed
Just to think that it all began on an uneventful morn
Come in, she said
I'll give ya shelter from the storm


Well, the deputy walks on hard nails and the preacher rides a mount
But nothing really matters much, it's doom alone that counts
And the one-eyed undertaker, he blows a futile horn
Come in, she said
I'll give ya shelter from the storm


I've heard newborn babies wailin' like a mournin' dove
And old men with broken teeth stranded without love
Do I understand your question, man, is it hopeless and forlorn

BCG_ID_10446_LF.txt[11/10/23, 10:57:47 AM]

Come in, she said
I'll give ya shelter from the storm


In a little hilltop village, they gambled for my clothes
I bargained for salvation and she gave me a lethal dose
I offered up my innocence I got repaid with scorn
Come in, she said
I'll give ya shelter from the storm


Well, I'm livin' in a foreign country but I'm bound to cross the line
Beauty walks a razor's edge, someday I'll make it mine
If I could only turn back the clock to when God and her were born
Come in, she said
I'll give ya shelter from the storm

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10446_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
Ten years ago, on a cold dark night
There was someone killed 'neath the town hall light
There were few at the scene, but they all agreed
That the slayer who ran looked a lot like me

The judge said, "Son what is your alibi?
If you were somewhere else then you won't have to die"
I spoke not a word though it meant my life
For I had been in the arms of my best friend's wife

She walks these hills in a long black veil
She visits my grave when the night winds wail
Nobody knows, nobody sees
Nobody knows but me

The scaffold is high, and eternity nears
She stood in the crowd and shed not a tear
But sometimes at night when the cold wind mourns
In a long black veil she cries over my bones

She walks these hills in a long black veil
She visits my grave when the night winds wail
Nobody knows, nobody sees
Nobody knows but me, nobody knows but me, nobody knows but me

WRITERS

Danny Dill, Marijohn Wilkin

PUBLISHERS

Lyrics © Universal Music Publishing Group, O/B/O DistroKid

BCG_ID_10448_LF.txt[11/10/23, 10:57:47 AM]

Lyrics
Well, she was an American girl
Raised on promises
She couldn't help thinkin' that there
Was a little more to life
Somewhere else
After all it was a great big world
With lots of places to run to
Yeah, and if she had to die tryin'
She had one little promise
She was gonna keep

Oh yeah, alright
Take it easy baby
Make it last all night
She was an American girl

Well, it was kind of cold that night
She stood alone on her balcony
Yeah, she could hear the cars roll by
Out on 441
Like waves crashin' on the beach
And for one desperate moment there
He crept back in her memory
God it's so painful
Something that's so close
And still so far out of reach

Oh yeah, alright
Take it easy, baby
Make it last all night
She was an American girl

Ooh
Uh-huh-huh
Uh-huh-huh
Oh yeah

WRITERS

Tom Petty

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10449_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
Nobody feels any pain
Tonight as I stand inside the rain
Everybody knows
That baby's got new clothes
But lately I see her ribbons and her bows
Have fallen from her curls

She takes just like a woman, yeah, she does
She makes love just like a woman, yeah, she does
And she aches just like a woman
But she breaks just like a little girl

Queen Mary
She's my friend
Yes, I believe I'll go see her again
Nobody has to guess
That baby can't be blessed
'Til she finally sees that she's like all the rest
With her fog, her amphetamine and her pearls

She takes just like a woman, yes
She makes love just like a woman, yeah, she does
And she aches just like a woman
But she breaks just like a little girl

Yeah, it was raining from the first
And I was dying there of thirst
So I came in here
And your long-time curse hurts
But what's worse
Is this pain in here
I can't stay in here
Ain't it clear that

I just can't fit
Yes, I believe it's time for us to quit
But when we meet again
Introduced as friends
Please don't let on that you knew me when
I was hungry and it was your world

Ah, you fake just like a woman, yes, you do
You make love just like a woman, yes, you do
Then you ache just like a woman
But you break just like a little girl

BCG_ID_10458_LF.txt[11/10/23, 10:57:48 AM]

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10458_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
I watch how the moon
Sits in the sky in the dark night
Shining with the light from the sun
And the sun doesn't give light to the moon assuming
The moon's going to owe it one
It makes me think of how you act to me
You do
Favors then rapidly, you just
Turn around and start asking me about
Things you want back from me
I'm sick of the tension, sick of the hunger
Sick of you acting like I owe you this
Find another place to feed your greed
While I find a place to rest
I want to be in another place
I hate when you say you don't understand
(You'll see it's not meant to be)
I want to be in the energy, not with the enemy
A place for my head


Maybe someday I'll be just like you and
Step on people like you do and
Run away all the people I thought I knew
I remember back then who you were
You used to be calm, used to be strong
Used to be generous but you should've known
That you'd
Wear out your welcome now you see
How quiet it is all alone
I'm so
Sick of the tension, sick of the hunger
Sick of you acting like I owe you this
Find another place to feed your greed
While I find a place to rest
I'm so
Sick of the tension, sick of the hunger
Sick of you acting like I owe you this
Find another place to feed your greed
While I find a place to rest


I want to be in another place
I hate when you say you don't understand
(You'll see it's not meant to be)
I want to be in the energy, not with the enemy
A place for my head


You try to take the best of me
Go away
You try to take the best of me

BCG_ID_10459_LF.txt[11/10/23, 10:57:48 AM]

Go away
You try to take the best of me
Go away
You try to take the best of me
Go away
You try to take the best of me
Go away
You try to take the best of me
Go away
You try to take the best of me
Go away
You try to take the best of me
Go away


I want to be in another place
I hate when you say you don't understand
(You'll see it's not meant to be)
I want to be in the energy, not with the enemy
A place for my head


Stay away


I'm so sick of the tension, sick of the hunger (stay)
Sick of you acting like I owe you this
Find another place to feed your greed (a-)
While I find a place to rest


I'm so sick of the tension, sick of the hunger (-way)
Sick of you acting like I owe you this
Find another place, to feed your greed (stay away from me)
While I find a place to rest

WRITERS

Brad Delson, Chester Charles Bennington, Joseph Hahn, Mark Wakefield, Mike Shinoda, Robert G. Bourdon, Dave Farrell

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Just a young gun with the quick fuse
I was uptight, wanna let loose
I was dreaming of bigger things
And wanna leave my own life behind
Not a yes sir, not a follower
Fit the box, fit the mold
Have a seat in the foyer, take a number
I was lightning before the thunder

Thunder, thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder, thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder

Thunder, feel the thunder
Lightning then the thunder
Thunder, feel the thunder
Lightning then the thunder
Thunder, thunder
Thunder

Kids were laughing in my classes
While I was scheming for the masses
Who do you think you are?
Dreaming 'bout being a big star
They say you're basic, they say you're easy
You're always riding in the back seat
Now I'm smiling from the stage while
You were clapping in the nose bleeds

Thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder, thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder

Thunder, feel the thunder
Lightning then the thunder
Thunder, feel the thunder
Lightning then the thunder
Thunder

Thunder, feel the thunder
Lightning then the thunder, thunder

BCG_ID_10463_LF.txt[11/10/23, 10:57:48 AM]

Thunder, feel the thunder
Lightning then the thunder, thunder
Thunder, feel the thunder
Lightning then the thunder, thunder
Thunder, feel the thunder
Lightning then the thunder, thunder
Thunder, feel the thunder
Lightning then the thunder, thunder


Thunder, thunder, thunder
Thun-thun-thunder, thunder
Thunder, thunder, thunder
Thun-thun-thunder, thunder
Thunder, thunder, thunder
Thun-thun-thunder, thunder
Thunder, thunder, thunder
Thun-thun-thunder, thunder

WRITERS

Alexander Junior Grant, Benjamin Arthur McKee, Daniel Coulter Reynolds, Daniel James Platzman, Daniel Wayne
Sermon, Jayson M. DeZuzio

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10463_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
You must leave now, take what you need, you think will last
But whatever you wish to keep, you better grab it fast
Yonder stands your orphan with his gun
Crying like a fire in the sun
Look out, the saints are comin' through
And it's all over now, baby blue


The highway is for gamblers, better use your sense
Take what you have gathered from coincidence
The empty-handed painter from your streets
Is drawing crazy patterns on your sheets
The sky, too, is folding under you
And it's all over now, baby blue


All your seasick sailors, they are rowing home
Your empty-handed army is all going home
You lover who just walked out your door
Has taken all his blankets from the floor
The carpet, too, is moving under you
And it's all over now, baby blue


Leave your stepping stones behind now, something calls for you
Forget the dead you've left, they will not follow you
The vagabond who's rapping at your door
Is standing in the clothes that you once wore
Strike another match, go start anew
And it's all over now, baby blue

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10465_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
It's undeniable
That we should be together
It's unbelievable
How I used to say
That I'd fall never
The bases you need to know
If you don't know
Just how I feel
Then let me show you now
That I'm for real
If all things in time
Time will reveal, yeah-yeah

One
You're like a dream come true
Two
Just wanna be with you
Three
Girl, it's plain to see
That you're the only one for me
And four
Repeat steps one through three
Five
Make you fall in love with me
If ever I believe my work is done
Then I'll start back at one, yeah-yeah

It's so incredible
The way things work themselves out
And all emotional
Once you know what it's all about, hey
And undesirable for us to be apart
I never would have made it very far
'Cause you know you've got the keys to my heart

'Cause one
You're like a dream come true
Two
Just wanna be with you
Three
Girl, it's plain to see
That you're the only one for me
And four
Repeat steps one through three
Five
Make you fall in love with me
If ever I believe my work is done
Then I'll start back

BCG_ID_10468_LF.txt[11/10/23, 10:57:48 AM]

Say farewell to the dark of night
I see the coming of the sun
I feel like a little child
Whose life has just begun
You came and breathed new life
Into this lonely heart of mine
You threw out the lifeline
Just in the nick of time


One
You're like a dream come true
Two
Just wanna be with you
Three
Girl, it's plain to see
That you're the only one for me
And four
Repeat steps one through three
Five
Make you fall in love with me
If ever I believe my work is done
Then I'll start back at one

WRITERS

Brian Kelly Mcknight

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10468_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
Jeremiah was a bullfrog
Was a good friend of mine
I never understood a single word he said
But I helped him a-drink his wine
And he always had some mighty fine wine

Singin' joy to the world
All the boys and girls now
Joy to the fishes in the deep blue sea
Joy to you and me

And if I were the king of the world
Tell you what I'd do
I'd throw away the cars and the bars and the war
Make sweet love to you

Sing it now, joy to the world
All the boys and girls
Joy to the fishes in the deep blue sea
Joy to you and me

You know I love the ladies
Love to have my fun
I'm a high life flyer and a rainbow rider
A straight shootin' son-of-a-gun
I said a straight shootin' son-of-a-gun

Joy to the world
All the boys and girls
Joy to the fishes in the deep blue sea
Joy to you and me

Joy to the world
All the boys and girls
Joy to the world
Joy to you and me

Joy to the world
All the boys and girls
Joy to the fishes in the deep blue sea
Joy to you and me

Joy to the world
Joy to you and me

BCG_ID_10477_LF.txt[11/10/23, 10:57:48 AM]

Joy to the world
All the boys and girls now
Joy to the fishes in the deep blue sea
Joy to you and me

Joy to the world
All the boys and girls
Joy to the fishes in the deep blue sea
Joy to you and me

Joy to the world
All the boys and girls

WRITERS

Hoyt Wayne Axton

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Royalty Network, Capitol CMG Publishing, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_10477_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
You may be an ambassador to England or France
You may like to gamble, you might like to dance
You may be the heavyweight champion of the world
You may be a socialite with a long string of pearls


But you're gonna have to serve somebody, yes indeed
You're gonna have to serve somebody
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody


You might be a rock 'n' roll addict prancing on the stage
You might have drugs at your command, women in a cage
You may be a business man or some high-degree thief
They may call you doctor or they may call you chief


But you're gonna have to serve somebody, yes you are
You're gonna have to serve somebody (serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody


You may be a state trooper, you might be a young Turk
You may be the head of some big TV network
You may be rich or poor, you may be blind or lame
You may be living in another country under another name


But you're gonna have to serve somebody, yes you are
You're gonna have to serve somebody (serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody (serve somebody)


You may be a construction worker working on a home
You may be living in a mansion or you might live in a dome
You might own guns and you might even own tanks
You might be somebody's landlord, you might even own banks


But you're gonna have to serve somebody (serve somebody)
Yes, you're gonna have to serve somebody (serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody (serve somebody)


You may be a preacher with your spiritual pride
You may be a city councilman taking bribes on the side
You may be workin' in a barbershop, you may know how to cut hair
You may be somebody's mistress, may be somebody's heir

BCG_ID_10479_LF.txt[11/10/23, 10:57:48 AM]

But you're gonna have to serve somebody
Yes, you're gonna have to serve somebody (serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody (serve somebody)

Might like to wear cotton, might like to wear silk
Might like to drink whiskey, might like to drink milk
You might like to eat caviar, you might like to eat bread
You may be sleeping on the floor, sleeping in a king sized bed

But you're gonna have to serve somebody (serve somebody) yes, indeed
You're gonna have to serve somebody (serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody

You may call me Terry, you may call me Timmy
You may call me Bobby, you may call me Zimmy
You may call me R.J., you may call me Ray
You may call me anything but no matter what you say

Still, you're gonna have to serve somebody (serve somebody)
Yes, you're gonna have to serve somebody (serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody
Ah, yeah
(Serve somebody)

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10479_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
When she was just a girl, she expected the world
But it flew away from her reach
So she ran away in her sleep and dreamed of
Para-para-paradise, para-para-paradise, para-para-paradise
Every time she closed her eyes

When she was just a girl, she expected the world
But it flew away from her reach and the bullets catch in her teeth
Life goes on, it gets so heavy
The wheel breaks the butterfly, every tear a waterfall
In the night, the stormy night, she'd close her eyes
In the night, the stormy night, away she'd fly

And dream of para-para-paradise
Para-para-paradise
Para-para-paradise

(Oh-oh-oh-oh-oh, oh-oh-oh)

She'd dream of para-para-paradise
Para-para-paradise
Para-para-paradise

(Oh-oh-oh-oh-oh, oh-oh)

La-la-la-la-la-la-la
La-la-la-la-la-la-la-la-la
And so lying underneath those stormy skies
She'd say, "Oh-oh-oh-oh-oh
I know the sun must set to rise"

This could be para-para-paradise
Para-para-paradise

This could be para-para-paradise
(Oh-oh-oh-oh-oh, oh-oh-oh)

This could be para-para-paradise
Para-para-paradise

This could be para-para-paradise
(Oh-oh-oh-oh-oh, oh-oh)

BCG_ID_10480_LF.txt[11/10/23, 10:57:48 AM]

This could be para-para-paradise
Para-para-paradise


This could be para-para-paradise
(Oh-oh-oh-oh-oh, oh-oh)

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion, Brian Peter George Eno

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10480_LF.txt[11/10/23, 10:57:48 AM]

Lyrics
Though I've tried before to tell her
Of the feelings I have for her in my heart
Every time that I come near her
I just lose my nerve as I've done from the start

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

Do I have to tell the story
Of a thousand rainy days since we first met?
It's a big enough umbrella
But it's always me that ends up getting wet

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

I resolved to call her up a thousand times a day
And ask her if she'll marry me in some old fashioned way
But my silent fears have gripped me long before I reach the phone
Long before my tongue has tripped me, must I always be alone?

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on
Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

Oh yeah, oh yeah, oh yeah
Every little thing, every little thing
Every little thing, every little thing
Every little, every little, every little
Every little thing she does
Every little thing she does
Every little thing she does
Every little thing she does
Thing she does is magic

Ee-oh, ee-oh, ee-oh, ee-oh

BCG_ID_10491_LF.txt[11/10/23, 10:57:49 AM]

Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh


Every little thing
Every little thing
Every little thing she do is
Magic, magic, magic
Magic, magic, magic


Hey, oh, yo, oh
Ee-oh


Do I have to tell the story
Of a thousand rainy days since we first met?
It's a big enough umbrella
But it's always me that ends up getting wet

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10491_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
Lie awake in bed at night
And think about your life
Do you want to be different?
Try to let go of the truth
The battles of your youth
'Cause this is just a game

It's a beautiful lie
It's a perfect denial
Such a beautiful lie to believe in
So beautiful, beautiful lie makes me

It's time to forget about the past
To wash away what happened last
Hide behind an empty face
Don't ask too much the same
'Cause this is just a game

It's a beautiful lie
It's a perfect denial
Such a beautiful lie to believe in
So beautiful, beautiful lie makes me
Lie, beautiful, oh

Everyone's looking at me
I'm running 'round in circles
Plagued with a quiet desperation's building higher
I've got to remember this is just a game

So beautiful, beautiful
It's a beautiful lie
So beautiful, beautiful
It's a beautiful lie

So beautiful, beautiful
It's a beautiful lie
So beautiful, beautiful
It's a beautiful lie

It's a beautiful lie
It's a perfect denial
Such a beautiful lie to believe in
So beautiful, beautiful lie makes me

WRITERS

BCG_ID_10503_LF.txt[11/10/23, 10:57:49 AM]

JARED LETO

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_10503_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
So this is what you meant
When you said that you were spent
And now it's time to build from the bottom of the pit, right to the top
Don't hold back
Packing my bags and giving the Academy a rain check


I don't ever want to let you down
I don't ever want to leave this town
'Cause after all
This city never sleeps at night


It's time to begin, isn't it?
I get a little bit bigger but then I'll admit
I'm just the same as I was
Now don't you understand
I'm never changing who I am


So this is where you fell
And I am left to sell
The path to heaven runs through miles of clouded hell right to the top
Don't look back
Turning to rags and giving the commodities a rain check


I don't ever want to let you down
I don't ever want to leave this town
'Cause after all
This city never sleeps at night


It's time to begin, isn't it?
I get a little bit bigger but then I'll admit
I'm just the same as I was
Now don't you understand
I'm never changing who I am


It's time to begin, isn't it?
I get a little bit bigger but then I'll admit
I'm just the same as I was
Now don't you understand
I'm never changing who I am


This road never looked so lonely
This house doesn't burn down slowly
To ashes
To ashes

BCG_ID_10504_LF.txt[11/10/23, 10:57:49 AM]

It's time to begin, isn't it?
I get a little bit bigger but then I'll admit
I'm just the same as I was
Now don't you understand
I'm never changing who I am

It's time to begin, isn't it?
I get a little bit bigger but then I'll admit
I'm just the same as I was
Now don't you understand
I'm never changing who I am

WRITERS

Benjamin Arthur McKee, Daniel Coulter Reynolds, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10504_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
Yeah


Sunday morning, rain is falling
Steal some covers, share some skin
Clouds are shrouding us in moments unforgettable
You twist to fit the mold that I am in


But things just get so crazy, living life gets hard to do
And I would gladly hit the road, get up and go if I knew
That someday it would lead me back to you
That someday it would lead me back to you (someday)


That may be all I'll need (all I need)
In darkness, she is all I see (all I see)
Come and rest your bones with me
Driving slow on Sunday morning
And I never want to leave


Fingers trace your every outline
Paint a picture with my hands
Back and forth we sway like branches in a storm
Change the weather, still together when it ends


That may be all I'll need
In darkness, she is all I see
Come and rest your bones with me
Driving slow on Sunday morning
And I never want to leave, yeah


Oh, ah yeah
But things just get so crazy, living life gets hard to do
Sunday morning, rain is falling and I'm calling out to you
Singing, someday it'll bring me back to you
Find a way to bring myself back home to you


You may not know that may be all I'll need
In darkness, she is all I see (you are all I see)
Come and rest your bones with me
Driving slow on Sunday morning (and I never want to leave)
Driving slow (yeah, yeah, ah, yeah, yeah)


Ah yeah, yeah (all I need)
Ah yeah, yeah
Ah yeah, yeah

BCG_ID_10505_LF.txt[11/10/23, 10:57:49 AM]

Ah yeah, yeah
There's flower in your hair
I'm a flower in your hair, oh, oh yeah, yeah
Yeah, yeah, ah, whoa, oh, yeah whoo

WRITERS

Adam Levine, James B. Valentine, Jesse Royal Carmichael, Michael Allen Madden, Ryan Michael Dusick

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

BCG_ID_10505_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
The rusted chains of prison moons
Are shattered by the sun
I walk a road, horizons change
The tournament's begun
The purple piper plays his tune
The choir softly sing
Three lullabies in an ancient tongue
For the court of the crimson king


(Ah-ah-ah)
(Ah-ah-ah)
(Ah-ah-ah)


The keeper of the city keys
Put shutters on the dreams
I wait outside the pilgrim's door
With insufficient schemes
The black queen chants
The funeral march
The cracked brass bells will ring
To summon back the fire witch
To the court of the crimson king


(Ah-ah-ah)
(Ah-ah-ah)
(Ah-ah-ah)


(Ah-ah-ah)
(Ah-ah-ah)


(Ah-ah-ah)
(Ah-ah-ah)


The gardener plants an evergreen
Whilst trampling on a flower
I chase the wind of a prism ship
To taste the sweet and sour
The pattern juggler lifts his hand
The orchestra begin
As slowly turns the grinding wheel
In the court of the crimson king


(Ah-ah-ah)
(Ah-ah-ah)
(Ah-ah-ah)

BCG_ID_10509_LF.txt[11/10/23, 10:57:49 AM]

On soft gray mornings widows cry
The wise men share a joke
I run to grasp divining signs
To satisfy the hoax
The yellow jester does not play
But gentle pulls the strings
And smiles as the puppets dance
In the court of the crimson king

(Ah-ah-ah)
(Ah-ah-ah)
(Ah-ah-ah)

(Ah-ah-ah)
(Ah-ah-ah)

WRITERS

Greg Lake, Ian Mcdonald, Michael Rex Giles, Peter John Sinfield, Robert Fripp

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10509_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
It won't be easy, you'll think it strange
When I try to explain how I feel
That I still need your love after all that I've done

You won't believe me
All you will see is a girl you once knew
Although she's dressed up to the nines
At sixes and sevens with you

I had to let it happen, I had to change
Couldn't stay all my life down at heel
Looking out of the window, staying out of the sun

So I chose freedom
Running around, trying everything new
But nothing impressed me at all
I never expected it to

Don't cry for me Argentina
The truth is I never left you
All through my wild days
My mad existence
I kept my promise
Don't keep your distance

And as for fortune, and as for fame
I never invited them in
Though it seemed to the world they were all I desired

They are illusions
They are not the solutions they promised to be
The answer was here all the time
I love you and hope you love me

Don't cry for me Argentina

Don't cry for me Argentina
The truth is I never left you
All through my wild days
My mad existence
I kept my promise
Don't keep your distance

BCG_ID_10512_LF.txt[11/10/23, 10:57:49 AM]

Have I said too much?
There's nothing more I can think of to say to you
But all you have to do is look at me to know
That every word is true

WRITERS

Andrew Lloyd Webber, Tim Rice

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10512_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
Once upon a time you dressed so fine
Threw the bums a dime in your prime, didn't you?
People call say 'beware doll, you're bound to fall'
You thought they were all kidding you
You used to laugh about
Everybody that was hanging out
Now you don't talk so loud
Now you don't seem so proud
About having to be scrounging your next meal


How does it feel, how does it feel?
To be without a home
Like a complete unknown, like a rolling stone


Ahh you've gone to the finest schools, alright Miss Lonely
But you know you only used to get juiced in it
Nobody's ever taught you how to live out on the street
And now you're gonna have to get used to it
You say you never compromise
With the mystery tramp, but now you realize
He's not selling any alibis
As you stare into the vacuum of his eyes
And say do you want to make a deal?


How does it feel, how does it feel?
To be on your own, with no direction home
A complete unknown, like a rolling stone


Ah you never turned around to see the frowns
On the jugglers and the clowns when they all did tricks for you
You never understood that it ain't no good
You shouldn't let other people get your kicks for you
You used to ride on a chrome horse with your diplomat
Who carried on his shoulder a Siamese cat
Ain't it hard when you discovered that
He really wasn't where it's at
After he took from you everything he could steal


How does it feel, how does it feel?
To be on your own, with no direction home
Like a complete unknown, like a rolling stone


Ahh princess on a steeple and all the pretty people
They're all drinking, thinking that they've got it made
Exchanging all precious gifts
But you better take your diamond ring, you better pawn it babe

BCG_ID_10513_LF.txt[11/10/23, 10:57:49 AM]

You used to be so amused
At Napoleon in rags and the language that he used
Go to him he calls you, you can't refuse
When you ain't got nothing, you got nothing to lose
You're invisible now, you've got no secrets to conceal


How does it feel, ah how does it feel?
To be on your own, with no direction home
Like a complete unknown, like a rolling stone

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10513_LF.txt[11/10/23, 10:57:49 AM]

Lyrics
While she lays sleeping, I stay out late at night and play my songs
And sometimes all the nights can be so long
And it's good when I finally make it home, all alone
While she lays dreaming, I try to get undressed without the light
And quietly she says how was your night?
And I come to her and say, it was all right, and I hold her tight


And she believes in me, I'll never know just what she sees in me
I told her someday if she was my girl, I could change the world
With my little songs, I was wrong
But she has faith in me, and so I go on trying faithfully
And who knows maybe on some special night, if my song is right
I will find a way, find a way


While she lays waiting, I stumble to the kitchen for a bite
Then I see my old guitar in the night
Just waiting for me like a secret friend, and there's no end
While she lays crying, I fumble with a melody or two
And I'm torn between the things that I should do
And she says to wake her up when I am through, God her love is true.


And she believes in me, I'll never know just what she sees in me
I told her someday if she was my girl, I could change the world
With my little songs, I was wrong
But she has faith in me, and so I go on trying faithfully
And who knows maybe on some special night, if my song is right
I will find a way, find a way

WRITERS

STEVE GIBB

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10522_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
I don't drink coffee, I take tea, my dear
I like my toast done on one side
And you can hear it in my accent when I talk
I'm an Englishman in New York

See me walking down Fifth Avenue
A walking cane here at my side
I take it everywhere I walk
I'm an Englishman in New York

Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York
Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York

If "manners maketh man" as someone said
He's the hero of the day
It takes a man to suffer ignorance and smile
Be yourself no matter what they say

Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York
Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York

Modesty, propriety can lead to notoriety
You could end up as the only one
Gentleness, sobriety are rare in this society
At night a candle's brighter than the sun

Takes more than combat gear to make a man
Takes more than a license for a gun
Confront your enemies, avoid them when you can
A gentleman will walk but never run

If "manners maketh man" as someone said
He's the hero of the day
It takes a man to suffer ignorance and smile
Be yourself no matter what they say
Be yourself no matter what they say
Be yourself no matter what they say

Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien)
Be yourself no matter what they say (I'm an Englishman in New York)

BCG_ID_10529_LF.txt[11/10/23, 10:57:50 AM]

Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien)
Be yourself no matter what they say (I'm an Englishman in New York)
Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien)
Be yourself no matter what they say (I'm an Englishman in New York)
Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien)
Be yourself no matter what they say (I'm an Englishman in New York)
Be yourself no matter what they say

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10529_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
I don't know who to trust, no surprise
(Everyone feels so far away from me)
Happy thoughts sift through dust and the lies
(Trying not to break but I'm so tired of this deceit)


(Every time I try to make myself get back up on my feet)
(All I ever think about is this)
(All the tiring time between)
(And how trying to put my trust in you just takes so much out of me)


Take everything from the inside and throw it all away
'Cause I swear for the last time I won't trust myself with you


Tension is building inside steadily
(Everyone feels so far away from me)
Happy thoughts forcing their way out of me
(Trying not to break but I'm so tired of this deceit)
(Every time I try to make myself get back up on my feet)
(All I ever think about is this)
(All the tiring time between)
(And how trying to put my trust in you just takes so much out of me)


Take everything from the inside and throw it all away
'Cause I swear for the last time I won't trust myself with you


I won't waste myself on you
You
You
Waste myself on you
You
You


I'll take everything from the inside and throw it all away
'Cause I swear for the last time I won't trust myself with you


Everything from the inside and just throw it all away
'Cause I swear for the last time I won't trust myself with you
You, you, you

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

BCG_ID_10531_LF.txt[11/10/23, 10:57:50 AM]

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10531_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
It's empty in the valley of your heart
The sun, it rises slowly as you walk
Away from all the fears
And all the faults you've left behind

The harvest left no food for you to eat
You cannibal, you meat-eater, you see
But I have seen the same
I know the shame in your defeat

But I will hold on hope
And I won't let you choke
On the noose around your neck

And I'll find strength in pain
And I will change my ways
I'll know my name as it's called again

'Cause I have other things to fill my time
You take what is yours and I'll take mine
Now let me at the truth
Which will refresh my broken mind

So tie me to a post and block my ears
I can see widows and orphans through my tears
I know my call despite my faults
And despite my growing fears

But I will hold on hope
And I won't let you choke
On the noose around your neck

And I'll find strength in pain
And I will change my ways
I'll know my name as it's called again

So come out of your cave walking on your hands
And see the world hanging upside down
You can understand dependence
When you know the maker's hand

So make your siren's call
And sing all you want

BCG_ID_10532_LF.txt[11/10/23, 10:57:50 AM]

I will not hear what you have to say

'Cause I need freedom now
And I need to know how
To live my life as it's meant to be

And I will hold on hope
And I won't let you choke
On the noose around your neck

And I'll find strength in pain
And I will change my ways
I'll know my name as it's called again

WRITERS

Benjamin Walter David Lovett, Edward James Milton Dwane, Marcus Oliver Johnstone Mumford, Winston Aubrey Aladar Marshall

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10532_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
Haha, well now
We call this the act of mating
But there are several other very important differences
Between human beings and animals that you should know about

(I'd appreciate your input)

Sweat, baby, sweat, baby sex is a Texas drought
Me and you do the kind of stuff that only Prince would sing about
So put your hands down my pants and I'll bet you'll feel nuts
Yes, I'm Siskel, yes, I'm Ebert
And you're getting two thumbs up
You've had enough of two-hand touch
You want it rough, you're out of bounds
I want you smothered, want you covered
Like my Waffle House hash browns
Comin' quicker than FedEx, never reaching apex
Just like Coca-Cola stock, you are inclined
To make me rise an hour early just like Daylight Savings Time

(Do it now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Gettin' horny now)

Love, the kind you clean up with a mop and bucket
Like the lost catacombs of Egypt, only God knows where we stuck it
Hieroglyphics, let me be Pacific, I wanna be down in your South Seas
But I got this notion that the motion of your ocean
Means small craft advisory
So if I capsize in your thighs, high tide, B-5, you sunk my battleship
Please turn me on, I'm Mr. Coffee with an automatic drip
So show me yours, I'll show you mine, "Tool Time"
You'll Lovett just like Lyle
And then we'll do it doggy style
So we can both watch X-Files

(Do it now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Gettin' horny now)

BCG_ID_10533_LF.txt[11/10/23, 10:57:50 AM]

You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel

(Do it now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery Channel
(Gettin' horny now)

WRITERS

James M. Franks

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10533_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
Grandma's hands
Clapped in church on Sunday morning
Grandma's hands
Played a tambourine so well
Grandma's hands
Used to issue out a warning
She'd say, "Billy don't you run so fast
Might fall on a piece of glass
"Might be snakes there in that grass"
Grandma's hands

Grandma's hands
Soothed a local unwed mother
Grandma's hands
Used to ache sometimes and swell
Grandma's hands
Used to lift her face and tell her,
"Baby, Grandma understands
That you really love that man
Put yourself in Jesus hands"
Grandma's hands

Grandma's hands
Used to hand me piece of candy
Grandma's hands
Picked me up each time I fell
Grandma's hands
Boy, they really came in handy
She'd say, "Matty don' you whip that boy
What you want to spank him for?
He didn' drop no apple core"
But I don't have Grandma anymore

If I get to Heaven I'll look for
Grandma's hands

WRITERS

Bill Withers

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10544_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
Makin' my way downtown
Walkin' fast, faces pass and I'm homebound
Starin' blankly ahead, just making my way
Makin' a way through the crowd

And I need you
And I miss you
And now I wonder

If I could fall into the sky
Do you think time would pass me by?
'Cause you know I'd walk a thousand miles
If I could just see you tonight

It's always times like these when I think of you
And I wonder if you ever think of me
'Cause everything's so wrong and I don't belong
Living in your precious memory

'Cause I'll need you
And I'll miss you
And now I wonder

If I could fall into the sky
Do you think time would pass me by?
Oh 'cause you know I'd walk a thousand miles
If I could just see you tonight

And I, I don't wanna let you know
I, I drown in your memory
I, I don't wanna let this go
I, I don't

Makin' my way downtown
Walkin' fast, faces pass and I'm homebound
Starin' blankly ahead, just making my way
Makin' a way through the crowd

And I still need you
And I still miss you
And now I wonder

If I could fall into the sky

Case 3:23-cv-01092    Document 49-6    Filed 11/16/23    Page 227 of 434 PageID #: 1253

BCG_ID_10545_LF.txt[11/10/23, 10:57:50 AM]

Do you think time would pass us by?
'Cause you know I'd walk a thousand miles
If I could just see you


If I could fall into the sky
Do you think time would pass me by?
'Cause you know I'd walk a thousand miles
If I could just see you
If I could just hold you
Tonight

WRITERS

Vanessa Carlton

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group

BCG_ID_10545_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
Days swiftly come and go
I'm dreaming of her
She's seeing other guys
Emotions they stir
The sun is gone
The nights are long
And I am left while the tears fall


Did you think that I would cry
On the phone?
Do you know what it feels like
Being alone?
I'll find someone new


Swing, swing, swing from the tangles of
My heart is crushed by a former love
Can you help me find a way
To carry on again


Wish cast into the sky
I'm moving on
Sweet beginnings to arise
She knows I was wrong
The notes are old
They bend, they fold
And so do I to a new love


Did you think that I would cry
On the phone?
Do you know what it feels like
Being alone?
I'll find someone new


Swing, swing, swing from the tangles of
My heart is crushed by a former love
Can you help me find a way
To carry on again


Bury me
You thought your problems were gone
Carry me
Away, away, away


Swing, swing, swing from the tangles of
My heart is crushed by a former love

BCG_ID_10549_LF.txt[11/10/23, 10:57:50 AM]

Can you help me find a way
To carry on again


Swing, swing, swing from the tangles of
My heart is crushed by a former love
Can you help me find a way
To carry on again


Swing, swing, swing from the tangles of
My heart is crushed by a former love
Can you help me find a way
To carry on again

WRITERS

Nick Don Wheeler, Tyson V Ritter

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_10549_LF.txt[11/10/23, 10:57:50 AM]

Lyrics
If you're going to San Francisco
Be sure to wear some flowers in your hair
If you're going to San Francisco
You're gonna meet some gentle people there

For those who come to San Francisco
Summertime will be a love-in there
In the streets of San Francisco
Gentle people with flowers in their hair

All across the nation
Such a strange vibration
People in motion
There's a whole generation
With a new explanation
People in motion
People in motion

For those who come to San Francisco
Be sure to wear some flowers in your hair
If you come to San Francisco
Summertime will be a love-in there

If you come to San Francisco
Summertime will be a love-in there

WRITERS

John Edmund Andrew Phillips

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
I was born in the wagon of a travellin' show
My Mama used to dance for
The money they'd throw
Papa would do whatever he could
Preach a little gospel
Sell a couple bottles of doctor good

Gypsys, tramps and thieves
We'd hear it from the people of the town
They'd call us gypsies, tramps and thieves
But every night all the men would come around
And lay their money down

Picked up a boy just south of Mobile
Gave him a ride, filled him with a hot meal
I was sixteen, he was twenty-one
Rode with us to Memphis
And Papa would'a shot him if
He knew what he'd done

Gypsys, tramps and thieves
We'd hear it from the people of the town
They'd call us gypsies, tramps and thieves
But every night all the men would come around
And lay their money down

I never had schoolin' but he taught me well
With his smooth southern style
Three months later I'm a gal in trouble
And I haven't seen him for a while, oh
I haven't seen him for a while, oh

She was born in the wagon of a travelin' show
Her Mama had to dance for
The money they'd throw
Grandpa'd do whatever he could
Preach a little gospel
Sell a couple bottles of doctor good

Gypsys, tramps and thieves
We'd hear it from the people of the town
They'd call us gypsies, tramps and thieves
But every night all the men would come around
And lay their money down

BCG_ID_10567_LF.txt[11/10/23, 10:57:51 AM]

Gypsys, tramps and thieves
We'd hear it from the people of the town
They'd call us gypsies, tramps and thieves
But every night all the men would come around
And lay their money down

WRITERS

Bob Stone

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10567_LF.txt[11/10/23, 10:57:51 AM]

Lyrics
I'm tryin' to tell you somethin' 'bout my life
Maybe give me insight between black and white
And the best thing you've ever done for me
Is to help me take my life less seriously
It's only life after all, yeah


Well darkness has a hunger that's insatiable
And lightness has a call that's hard to hear
I wrap my fear around me like a blanket
I sailed my ship of safety 'til I sank it
I'm crawling on your shores


And I went to the doctor, I went to the mountains
I looked to the children, I drank from the fountains
There's more than one answer to these questions
Pointing me in a crooked line
And the less I seek my source for some definitive
The closer I am to fine, yeah
The closer I am to fine, yeah


And I went to see the doctor of philosophy
With a poster of Rasputin and a beard down to his knee
He never did marry or see a B-Grade movie
He graded my performance, he said he could see through me
I spent four years prostrate to the higher mind
Got my paper and I was free


I went to the doctor, I went to the mountains
I looked to the children, I drank from the fountains
There's more than one answer to these questions
Pointing me in a crooked line
And the less I seek my source for some definitive
The closer I am to fine, yeah
The closer I am to fine, yeah


I stopped by the bar at three A.M.
To seek solace in a bottle, or possibly a friend
And I woke up with a headache like my head against a board
Twice as cloudy as I'd been the night before
And I went in seeking clarity


I went to the doctor, I went to the mountains
I looked to the children, I drank from the fountains
We go to the doctor, we go to the mountains
We look to the children, we drink from the fountain
Yeah, we go to the Bible, we go through the work out

BCG_ID_10570_LF.txt[11/10/23, 10:57:51 AM]

We read up on revival, we stand up for the lookout
There's more than one answer to these questions
Pointing me in a crooked line
And the less I seek my source for some definitive
The closer I am to fine
The closer I am to fine
The closer I am to fine, yeah

WRITERS

Amy Elizabeth Ray, Emily Ann Saliers

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10570_LF.txt[11/10/23, 10:57:51 AM]

Lyrics
I would say I'm sorry
If I thought that it would change your mind
But I know that this time
I have said too much
Been too unkind

I tried to laugh about it
Cover it all up with lies
I tried to laugh about it
Hiding the tears in my eyes
'Cause boys don't cry
Boys don't cry

I would break down at your feet
And beg forgiveness, plead with you
But I know that it's too late
And now there's nothing I can do

So I try to laugh about it
Cover it all up with lies
I try to laugh about it
Hiding the tears in my eyes
'Cause boys don't cry
Boys don't cry

I would tell you that I loved you
If I thought that you would stay
But I know that it's no use
And you've already gone away

Misjudged your limits
Pushed you too far
Took you for granted
Thought that you needed me more, more, more

Now I would do most anything
To get you back by my side
But I just keep on laughing
Hiding the tears in my eyes
'Cause boys don't cry
Boys don't cry

Boys don't cry

WRITERS

BCG_ID_10571_LF.txt[11/10/23, 10:57:51 AM]

Laurence Andrew Tolhurst, Michael Stephen Dempsey, Robert James Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10571_LF.txt[11/10/23, 10:57:51 AM]

Lyrics
Get your motor runnin'
Head out on the highway
Lookin' for adventure
And whatever comes our way


Yeah, darlin', go make it happen
Take the world in a love embrace
Fire all of your guns at once and
Explode into space


I like smoke and lightnin'
Heavy metal thunder
Racin' with the wind
And the feelin' that I'm under


Yeah, darlin', go make it happen
Take the world in a love embrace
Fire all of your guns at once and
Explode into space


Like a true nature's child
We were born, born to be wild
We can climb so high
I never wanna die


Born to be wild
Born to be wild


Get your motor runnin'
Head out on the highway
We're lookin' for adventure
And whatever comes our way


Yeah, darlin' go make it happen
Take the world in a love embrace
Fire all of your guns at once and
Explode into space


Like a true nature's child
We were born, born to be wild
We can climb so high
I never wanna die

BCG_ID_10574_LF.txt[11/10/23, 10:57:51 AM]

Born to be wild
Born to be wild

WRITERS

Mars Bonfire

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10574_LF.txt[11/10/23, 10:57:51 AM]

Lyrics
Another day has gone
I'm still all alone
How could this be
You're not here with me
You never said goodbye
Someone tell me why
Did you have to go
And leave my world so cold

Everyday I sit and ask myself
How did love slip away
Something whispers in my ear and says

That you are not alone
For I am here with you
Though you're far away
I am here to stay

But you are not alone
I am here with you
Though we're far apart
You're always in my heart
You are not alone

Alone, alone
Why, alone

Just the other night
I thought I heard you cry
Asking me to come
And hold you in my arms
I can hear your prayers
Your burdens I will bear
But first I need your hand
Then forever can begin

Everyday I sit and ask myself
How did love slip away
Something whispers in my ear and says

That you are not alone
For I am here with you
Though you're far away
I am here to stay

BCG_ID_10581_LF.txt[11/10/23, 10:57:51 AM]

But you are not alone
And I am here with you
Though we're far apart
You're always in my heart
For you are not alone


Whisper three words and I'll come runnin'
And I and girl you know that I'll be there
I'll be there


You are not alone
I am here with you
Though you're far away
I am here to stay


For you are not alone
I am here with you
Though we're far apart
You're always in my heart


For you are not alone (you are not alone)
For I am here with you (I am here with you)
Though you're far away (though you're far away)
(You and me) I am here to stay


For you are not alone (you are always in my heart)
For I am here with you though we're far apart
You're always in my heart


For you are not alone not alone, oh

WRITERS

Robert S. Kelly

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Well, I took a walk around the world to ease my troubled mind
I left my body lying somewhere in the sands of time
But I watched the world float to the dark side of the moon
I feel there's nothing I can do, yeah

I watched the world float to the dark side of the moon
After all I knew, it had to be something to do with you
I really don't mind what happens now and then
As long as you'll be my friend at the end

If I go crazy, then will you still call me Superman?
If I'm alive and well, will you be there and holding my hand?
I'll keep you by my side with my superhuman might
Kryptonite

You called me strong, you called me weak
But still your secrets, I will keep
You took for granted all the times, I never let you down
You stumbled in and bumped your head
If not for me then you'd be dead
I picked you up and put you back on solid ground

If I go crazy, then will you still call me Superman?
If I'm alive and well, will you be there and holding my hand?
I'll keep you by my side with my superhuman might
Kryptonite

If I go crazy, then will you still call me Superman?
If I'm alive and well, will you be there holding my hand?
I'll keep you by my side with my superhuman might
Kryptonite, yeah
If I go crazy, then will you still call me Superman?
If I'm alive and well, will you be there and holding my hand?
I'll keep you by my side with my superhuman might
Kryptonite

Whoa, whoa, whoa
Whoa, whoa, whoa
Whoa, whoa, whoa

WRITERS

Bradley Kirk Arnold, Matthew Darrick Roberts, Robert Todd Harrell

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10585_LF.txt[11/10/23, 10:57:51 AM]

Lyrics
I don't know how to love him.
What to do, how to move him.
I've been changed, yes really changed.
In these past few days, when I've seen myself,
I seem like someone else.
I don't know how to take this.
I don't see why he moves me.
He's a man. He's just a man.
And I've had so many men before,
In very many ways,
He's just one more.
Should I bring him down?
Should I scream and shout?
Should I speak of love,
Let my feelings out?
I never thought I'd come to this.
What's it all about?
Don't you think it's rather funny,
I should be in this position.
I'm the one who's always been
So calm, so cool, no lover's fool,
Running every show.
He scares me so.
I never thought I'd come to this.
What's it all about?
Yet, if he said he loved me,
I'd be lost. I'd be frightened.
I couldn't cope, just couldn't cope.
I'd turn my head. I'd back away.
I wouldn't want to know.
He scares me so.
I want him so.
I love him so.

WRITERS

Andrew Lloyd Webber, Tim Rice

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10590_LF.txt[11/10/23, 10:57:52 AM]

Lyrics
(I bet, I bet my life)
(I bet my life)
(I bet my life)
(I bet my life)


I know I took the path that you would never want for me
I know I let you down, didn't I?
So many sleepless nights where you were waiting up on me
Well I'm just a slave unto the night


Now remember when I told you that's the last you'll see of me
Remember when I broke you down to tears
I know I took the path that you would never want for me
I gave you hell through all the years


So I, I bet my life, I bet my life
I bet my life for you
I, I bet my life, I bet my life
I bet my life for you


I've been around the world and never in my wildest dreams
Would I come running home to you
I've told a million lies but now I tell a single truth
There's you in everything I do


Now remember when I told you that's the last you'll see of me
Remember when I broke you down to tears
I know I took the path that you would never want for me
I gave you hell through all the years


So I, I bet my life, I bet my life
I bet my life for you
I, I bet my life, I bet my life
I bet my life for you


Don't tell me that I'm wrong
I've walked that road before
And left you on your own
And please believe them when they say
That it's left for yesterday
And the records that I've played
Please forgive me for all I've done


So I, I bet my life, I bet my life

BCG_ID_10596_LF.txt[11/10/23, 10:57:52 AM]

I bet my life for you
I, I bet my life, I bet my life
I bet my life for you


I, I bet my, I bet my, I bet my
I, I bet my, I bet my, I bet my

WRITERS

Daniel Coulter Reynolds, Daniel Wayne Sermon, Benjamin Arthur McKee, Daniel James Platzman

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Case 3:23-cv-01092    Document 49-6    Filed 11/16/23    Page 246 of 434 PageID #: 1272

BCG_ID_10596_LF.txt[11/10/23, 10:57:52 AM]

Lyrics
Hello, again, hello
Just called to say hello
I couldn't sleep at all tonight
And I know it's late
I couldn't wait

Hello, my friend, hello
Just called to let you know
I think about you every night
When I'm here alone
And you're there at home
Hello

Maybe it's been crazy
And maybe I'm to blame
But I put my heart above my head
We've been through it all and you love me just the same
And when your not there
I just need to hear

Hello, my friend, hello
It's good to need you so
It's good to love you like I do
And I feel this way when I hear you say
Hello

Hello, my friend, hello
Just called to let you know
I think about you every night
And I know it's late but I could't wait
Hello

WRITERS

ALAN LINDGREN, NEIL DIAMOND

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10602_LF.txt[11/10/23, 10:57:52 AM]

Lyrics
Won't you let me walk you home from school?
Won't you let me meet you at the pool?
Maybe Friday I can
Get tickets for the dance
And I'll take you, ooh-ooh

Won't you tell your dad, "Get off my back"
Tell him what we said 'bout 'Paint It Black'
Rock and Roll is here to stay
Come inside where it's okay
And I'll shake you, ooh-ooh

Won't you tell me what you're thinking of?
Would you be an outlaw for my love?
If it's so, well, let me know
If it's no, well, I can go
I won't make you, ooh-ooh

WRITERS

Alex Chilton, Christopher Bell

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_10604_LF.txt[11/10/23, 10:57:52 AM]

Lyrics
Who's peekin' out from under a stairway
Calling a name that's lighter than air
Who's bending down to give me a rainbow
Everyone knows it's Windy

Who's tripping down the streets of the city
Smilin' at everybody she sees
Who's reachin' out to capture a moment
Everyone knows it's Windy

And Windy has stormy eyes
That flash at the sound of lies
And Windy has wings to fly
Above the clouds (above the clouds)
Above the clouds (above the clouds)

And Windy has stormy eyes
That flash at the sound of lies
And Windy has wings to fly
Above the clouds (above the clouds)
Above the clouds (above the clouds)

Who's tripping down the streets of the city
Smilin' at everybody she sees
Who's reachin' out to capture a moment
Everyone knows it's Windy

Who's tripping down the streets of the city
Smilin' at everybody she sees
Who's reachin' out to capture a moment
Everyone knows it's Windy

Who's tripping down the streets of the city
Smilin' at everybody she sees
Who's reachin' out to capture a moment
Everyone knows it's Windy

Who's tripping down the streets of the city
Smilin' at everybody she sees
Who's reachin' out to capture a moment
Everyone knows it's Windy

Who's tripping down the streets of the city
Smilin' at everybody she sees

BCG_ID_10609_LF.txt[11/10/23, 10:57:52 AM]

Who's reachin' out to capture a moment

WRITERS

Ruthann Friedman

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10609_LF.txt[11/10/23, 10:57:52 AM]

Lyrics
Your everlasting summer
You can see it fading fast
So you grab a piece of something
That you think is gonna last
Well you wouldn't even know a diamond
If you held it in your hand
The things you think are precious
I can't understand

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

You been tellin' me you're a genius
Since you were seventeen
In all the time I've known you
I still don't know what you mean
The weekend at the college
Didn't turn out like you planned
The things that pass for knowledge
I can't understand

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

I spend a lot of money
And I spent a lot of time
The trip we made to Hollywood
Is etched upon my mind
After all the things we've done and seen
You find another man
The things you think are useless
I can't understand

BCG_ID_10611_LF.txt[11/10/23, 10:57:52 AM]

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

WRITERS

Donald Jay Fagen, Walter Carl Becker

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10611_LF.txt[11/10/23, 10:57:52 AM]

Lyrics

What do I do to ignore them behind me?
Do I follow my instincts blindly?
Do I hide my pride from these bad dreams
And give into sad thoughts that are maddening?
Do I sit here and try to stand it?
Or do I try to catch them red-handed?
Do I trust some and get fooled by phoniness
Or do I trust nobody and live in loneliness?
Because I can't hold on when I'm stretched so thin
I make the right moves but I'm lost within
I put on my daily fa   ade but then
I just end up getting hurt again

By myself (myself)
I ask why, but in my mind find
I can't rely on myself (myself)
I ask why, but in my mind I find
I can't rely on myself

I can't hold on
To what I want when I'm stretched so thin
It's all too much to take in
I can't hold on
To anything, watching everything spin
With thoughts of failure sinking in

If I turn my back I'm defenseless
And to go blindly seems senseless
If I hide my pride and let it all go on
Then they'll take from me 'til everything is gone
If I let them go I'll be outdone
But if I try to catch them I'll be outrun
If I'm killed by the questions like a cancer
Then I'll be buried in the silence of the answer

By myself (myself)
I ask why, but in my mind find
I can't rely on myself (myself)
I ask why, but in my mind I find
I can't rely on myself

I can't hold on
To what I want when I'm stretched so thin
It's all too much to take in
I can't hold on
To anything, watching everything spin
With thoughts of failure sinking in

BCG_ID_10615_LF.txt[11/10/23, 10:57:52 AM]

How do you think
I've lost so much?
I'm so afraid
I'm out of touch
How do you expect
I will know what to do
When all I know
Is what you tell me to

Don't you (know?)
I can't tell you how to make it (go)
No matter what I do, how hard I (try)
I can't seem to convince myself (why)
I'm stuck on the outside

Don't you (know?)
I can't tell you how to make it (go)
No matter what I do, how hard I (try)
I can't seem to convince myself (why)
I'm stuck on the outside

I can't hold on
To what I want when I'm stretched so thin
It's all too much to take in
I can't hold on
To anything, watching everything spin
With thoughts of failure sinking in

I can't hold on
To what I want when I'm stretched so thin
It's all too much to take in
I can't hold on
To anything, watching everything spin
With thoughts of failure sinking in

WRITERS

Brad Delson, Chester Charles Bennington, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10615_LF.txt[11/10/23, 10:57:52 AM]

Lyrics
I am a mountain
I am a tall tree, oh
I am a swift wind
Sweeping the country

I am a river
Down in the valley, oh
I am a vision
And I can see clearly

If anybody asks you who I am, just stand up tall, look 'em in the face and say

I'm that star up in the sky
I'm that mountain peak up high
Hey I made it, hmm
I'm the world's greatest

I'm that little bit of hope
When my back's against the ropes
I can feel it, hmm
I'm the world's greatest

I am a giant
I am an eagle, oh
I am a lion
Down in the jungle
I am a marching band
I am the people, oh
I am a helping hand
I am a hero

If anybody asks you who I am, just stand up tall look 'em in the face and say

I'm that star up in the sky
I'm that mountain peak up high
Hey I made it, hmm
I'm the world's greatest

And I'm that little bit of hope
When my back's against the ropes
I can feel it, hmm
I'm the world's greatest

BCG_ID_10616_LF.txt[11/10/23, 10:57:53 AM]

In the ring of life
I'll reign love (I will reign)
And the world will notice a king (oh, yeah)
Wherever it's darkest
I'll shine a light (shine a light)
And mirrors of success reflect in me (me)
I'm that star up in the sky (oh, yeah, yeah)
I'm that mountain peak up high (high)
Hey I made it (said I made it)
I'm the world's greatest (I'm that little bit)

I'm that little bit of hope (of hope, yeah)
When my back's against the ropes (I can)
I can feel it (feel it)
I'm the worlds greatest (whoa)

I'm that star up in the sky (star up in the sky)
I'm that mountain peak up high (oh yes I am)
Hey I made it (I done made it)
I'm the world's greatest

I'm that little bit of hope (I'm that little bit of hope, yeah)
When my back's against the ropes (when my back's against the ropes)
I can feel it (I can feel)
I'm the world's greatest (I saw the light)

I'm that star up in the sky (at the end of the tunnel)
I'm that mountain peak up high (believe in the pot pf gold)
Hey I made it (at the of the rainbow)
I'm the world's greatest (and faith was right there)

I'm that little bit of hope (to pull me through, yeah)
When my back's against the ropes (used to be lock doors)
I can feel it (now I can just walk through)
I'm the world's greatest

(He's the greatest) Can you feel it?
(Can you feel it?) He's the greatest
(He's the greatest) Can you feel it?
(Can you feel it?) I saw the light
(He's the greatest) At the end of the tunnel
(Can you feel it?) Believe in a pot of gold
(He's the greatest) At the end of a rainbow
(Can you feel it?) And faith was right there
(He's the greatest) To pull me through, yeah

WRITERS

BCG_ID_10616_LF.txt[11/10/23, 10:57:53 AM]

Robert S. Kelly

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10616_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
Starry, starry night
Paint your palette blue and grey
Look out on a summer's day
With eyes that know the darkness in my soul
Shadows on the hills
Sketch the trees and the daffodils
Catch the breeze and the winter chills
In colors on the snowy linen land

Now I understand
What you tried to say to me
And how you suffered for your sanity
And how you tried to set them free
They would not listen, they did not know how
Perhaps they'll listen now

Starry, starry night
Flaming flowers that brightly blaze
Swirling clouds in violet haze
Reflect in Vincent's eyes of china blue
Colors changing hue
Morning fields of amber grain
Weathered faces lined in pain
Are soothed beneath the artist's loving hand

Now I understand
What you tried to say to me
And how you suffered for your sanity
And how you tried to set them free
They would not listen, they did not know how
Perhaps they'll listen now

For they could not love you
But still your love was true
And when no hope was left in sight
On that starry, starry night
You took your life, as lovers often do
But I could have told you, Vincent
This world was never meant for one
As beautiful as you

Starry, starry night
Portraits hung in empty halls
Frameless heads on nameless walls
With eyes that watch the world and can't forget
Like the strangers that you've met
The ragged men in ragged clothes

BCG_ID_10618_LF.txt[11/10/23, 10:57:53 AM]

A silver thorn, a bloody rose
Lie crushed and broken on the virgin snow

Now I think I know
What you tried to say to me
And how you suffered for your sanity
And how you tried to set them free
They would not listen, they're not listening still
Perhaps they never will

WRITERS

Don McLean

PUBLISHERS

Lyrics © CONSALAD CO., Ltd., Universal Music Publishing Group

BCG_ID_10618_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
Spring was never waiting for us, dear
It ran one step ahead
As we followed in the dance

MacArthur's Park is melting in the dark
All the sweet, green icing flowing down
Someone left the cake out in the rain
I don't think that I can take it
'Cause it took so long to bake it
And I'll never have that recipe again
Oh, no

I recall the yellow cotton dress
Foaming like a wave
On the ground beneath your knees
The birds, like tender babies in your hands
And the old men playing Chinese checkers by the trees

MacArthur's Park is melting in the dark
All the sweet, green icing flowing down
Someone left the cake out in the rain
I don't think that I can take it
'Cause it took so long to bake it
And I'll never have that recipe again
Oh, no

MacArthur's Park is melting in the dark
All the sweet, green icing flowing down
Someone left my cake out in the rain
And I don't think that I can take it
'Cause it took so long to bake it
And I'll never have that recipe again
Oh, no, oh

WRITERS

Jimmy Webb

PUBLISHERS

Lyrics © Universal Music Publishing Group, Spirit Music Group, Warner Chappell Music, Inc.

BCG_ID_10627_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
Well, East coast girls are hip
I really dig those styles they wear
And the Southern girls with the way they talk
They knock me out when I'm down there

The Midwest farmer's daughters really make you feel alright
And the Northern girls with the way they kiss
They keep their boyfriends warm at night

I wish they all could be California (girls)
I wish they all could be California
I wish they all could be California girls

The West coast has the sunshine
And the girls all get so tanned
I dig a French bikini on Hawaiian island
Dolls by a palm tree in the sand

I been all around this great big world
And I seen all kinds of girls
Yeah, but I couldn't wait to get back in the States
Back to the cutest girls in the world

I wish they all could be California (girls)
I wish they all could be California
I wish they all could be California girls

I wish they all could be California girls
(Girls, girls, girls, yeah I dig the)
I wish they all could be California girls
(Girls, girls, girls, yeah I dig the)
I wish they all could be California girls
(Girls, girls, girls, yeah I dig the)
I wish they all could be California girls
(Girls, girls, girls, yeah I dig the)
I wish they all could be California girls
(Girls, girls, girls, yeah I dig the)
I wish they all could be California girls
(Girls, girls, girls, yeah I dig the)

WRITERS

Brian Douglas Wilson, Michael Edward Love

PUBLISHERS

BCG_ID_10631_LF.txt[11/10/23, 10:57:53 AM]

Lyrics © Universal Music Publishing Group

BCG_ID_10631_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
How fickle my heart and how woozy my eyes
I struggle to find any truth in your lies
And now my heart stumbles on things I don't know
My weakness I feel I must finally show

Lend me your hand and we'll conquer them all
But lend me your heart and I'll just let you fall
Lend me your eyes I can change what you see
But your soul you must keep, totally free
Har har, har har, har har, har har

Awake my soul, awake my soul
Awake my soul

How fickle my heart and how woozy my eyes
I struggle to find any truth in your lies
And now my heart stumbles on things I don't know
My weakness I feel I must finally show
Har har, har har, har har, har har

In these bodies we will live, in these bodies we will die
Where you invest your love, you invest your life
In these bodies we will live, in these bodies we will die
And where you invest your love, you invest your life

Awake my soul, awake my soul
Awake my soul
For you were made to meet your maker
Awake my soul, awake my soul
Awake my soul
For you were made to meet your maker
You were made to meet your maker

WRITERS

Benjamin Walter David Lovett, Edward James Milton Dwane, Marcus Oliver Johnstone Mumford, Winston Aubrey Aladar Marshall

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10632_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things

I walked in town on silver spurs that jingled to
A song that I had only sang to just a few
She saw my silver spurs and said let's pass some time
And I will give to you summer wine
Oh, oh summer wine

Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things
Take off your silver spurs and help me pass the time
And I will give to you summer wine
Oh, oh summer wine

My eyes grew heavy and my lips they could not speak
I tried to get up but I couldn't find my feet
She reassured me with an unfamiliar line
And then she gave to me more summer wine
Oh, oh summer wine

Strawberries cherries and an angel's kiss in spring
My summer wine is really made from all these things
Take off your silver spurs and help me pass the time
And I will give to you summer wine
Mmm-mm summer wine

When I woke up the sun was shining in my eyes
My silver spurs were gone, my head felt twice its size
She took my silver spurs, a dollar and a dime
And left me cravin' for more summer wine
Oh, oh summer wine

Strawberries, cherries and an angel's kiss in spring
My summer wine is really made from all these things
Take off your silver spurs and help me pass the time
And I will give to you my summer wine

WRITERS

Lee Hazlewood

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10636_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
Pistol shots ring out in the barroom night
Enter Patty Valentine from the upper hall
She sees a bartender in a pool of blood
Cries out, "my God, they killed them all"


Here comes the story of the Hurricane
The man the authorities came to blame
For somethin' that he never done
Put in a prison cell, but one time he coulda been
The champion of the world


Three bodies lyin' there, does Patty see
And another man named Bello, movin' around mysteriously
"I didn't do it" he says, and he throws up his hands
"I was only robbin' the register, I hope you understand"


"I saw them leavin'" he says, and he stops
"One of us had better call up the cops"
And so Patty calls the cops
And they arrive on the scene
With their red lights flashin' in a hot New Jersey night


Meanwhile, far away in another part of town
Rubin Carter and a couple of friends are drivin' around
Number one contender for the middleweight crown
Had no idea what kinda shit was about to go down


When a cop pulled him over to the side of the road
Just like the time before and the time before that
In Paterson that's just the way things go
If you're black you might as well not show up on the street
'Less you want to draw the heat


Alfred Bello had a partner and he had a rap for the cops
Him and Arthur Dexter Bradley were just out prowlin' around
He said "I saw two men runnin' out, they looked like middleweights
Jumped into a white car with out-of-state plates"
And Miss Patty Valentine just nodded her head
Cop said "Wait a minute, boys, this one's not dead"
So they took him to the infirmary
And though this man could hardly see
They told him he could identify the guilty men


Four in the mornin' and they haul Rubin in
They took him to the hospital and they brought him upstairs

The wounded man looks up through his one dyin' eye
Say "Why'd you bring him in here for? He ain't the guy"

Here's the story of the Hurricane
The man the authorities came to blame
For somethin' that he never done
Put in a prison cell, but one time he coulda been
The champion of the world

Four months later, the ghettos are in flame
Rubin's in South America, fightin' for his name
While Arthur Dexter Bradley's still in the robbery game
And the cops are puttin' the screws to him, lookin' for somebody to blame

"Remember that murder that happened in a bar?"
"Remember you said you saw the getaway car?"
"You think you'd like to play ball with the law?"
"Think it mighta been that fighter that you saw runnin' that night?"
"Don't forget that you are white"

Arthur Dexter Bradley said "I'm really not sure"
The cops said "A poor boy like you, could use this break
We got you for the motel job and we're talkin' to your friend Bello
You don't want to have to go back to jail, be a nice fellow
You'll be doin' society a favor
That son of a bitch is brave and gettin' braver
We want to put his ass in stir
We want to pin this triple murder on him
He ain't no Gentleman Jim"

Rubin could take a man out with just one punch
But he never did like to talk about it all that much
"It's my work" he'd say, "and I do it for pay
And when it's over I'd just as soon go on my way"

Up to some paradise
Where the trout streams flow and the air is nice
And ride a horse along a trail
But then they took him to the jailhouse
Where they try to turn a man into a mouse

All of Rubin's cards were marked in advance
The trial was a pig-circus, he never had a chance
The judge made Rubin's witnesses drunkards from the slums
To the white folks who watched, he was a revolutionary bum

BCG_ID_10639_LF.txt[11/10/23, 10:57:53 AM]

And for the black folks he was just a crazy nigger
No one doubted that he pulled the trigger
And though they could not produce the gun
The D.A. said he was the one who did the deed
And the all-white jury agreed

Rubin Carter was falsely tried
The crime was murder one, guess who testified?
Bello and Bradley and they both baldly lied
And the newspapers, they all went along for the ride

How can the life of such a man
Be in the palm of some fool's hand?
To see him obviously framed
Couldn't help but make me feel ashamed to live in a land
Where justice is a game

Now all the criminals in their coats and their ties
Are free to drink martinis and watch the sun rise
While Rubin sits like Buddha in a ten-foot cell
An innocent man in a living hell

Yes, that's the story of the Hurricane
But it won't be over 'til they clear his name
And give him back the time he's done
Put in a prison cell, but one time he coulda been
The champion of the world

WRITERS

Jacques Levy, Bob Dylan

PUBLISHERS

Lyrics © Wixen Music Publishing, BMG Rights Management, Universal Music Publishing Group

BCG_ID_10639_LF.txt[11/10/23, 10:57:53 AM]

Lyrics
The stars lean down to kiss you
And I lie awake and miss you
Pour me a heavy dose of atmosphere
'Cause I'll doze off safe and soundly
But I'll miss your arms around me
I'd send a postcard to you, dear
'Cause I wish you were here

I'll watch the night turn light blue
But it's not the same without you
Because it takes two to whisper quietly
The silence isn't so bad
'Til I look at my hands and feel sad
'Cause the spaces between my fingers
Are right where yours fit perfectly

I'll find repose in new ways
Though I haven't slept in two days
'Cause cold nostalgia chills me to the bone
But drenched in vanilla twilight
I'll sit on the front porch all night
Waist deep in thought because when
I think of you I don't feel so alone

I don't feel so alone
I don't feel so alone

As many times as I blink
I'll think of you tonight

I'll think of you tonight

When violet eyes get brighter
And heavy wings grow lighter
I'll taste the sky and feel alive again
And I'll forget the world that I knew
But I swear I won't forget you
Oh if my voice could reach back through the past
I'd whisper in your ear,
"Oh darling I wish you were here"
WRITERS
ADAM R. YOUNG
PUBLISHERS
Lyrics © Universal Music Publishing Group, Songtrust Ave

BCG_ID_10643_LF.txt[11/10/23, 10:57:54 AM]

Lyrics
While the music played, you worked by candlelight
Those San Francisco nights
You were the best in town
Just by chance you crossed the diamond with the pearl
You turned it on the world
That's when you turned the world around

(Did you feel like Jesus?)
Did you realize
That you were a champion in their eyes?

On the hill the stuff was laced with kerosene
But yours was kitchen-clean
Everyone stopped to stare at your technicolor motor home
Every A-Frame had your number on the wall
You must have had it all
You'd go to L.A. on a dare and you'd go it alone

(Could you live forever?)
Could you see the day?
Could you feel your whole world fall apart and fade away?

Get along, get along, Kid Charlemagne
Get along, Kid Charlemagne

Now your patrons have all left you in the red
Your low-rent friends are dead
This life can be very strange
All those Day-Glo freaks who used to paint the face
They've joined the human race
Some things will never change

(Son, you were mistaken)
You are obsolete
Look at all the white men on the street

Get along, get along, Kid Charlemagne
Get along, Kid Charlemagne

Clean this mess up else we'll all end up in jail
Those test tubes and the scale
Just get it all out of here
Is there gas in the car?
Yes, there's gas in the car

BCG_ID_10645_LF.txt[11/10/23, 10:57:54 AM]

I think the people down the hall know who you are

(Careful what you carry)
'Cause the man is wise
You are still an outlaw in their eyes

Get along (get along), get along, Kid Charlemagne (get along)
Get along, Kid Charlemagne

WRITERS

Donald Jay Fagen, Walter Carl Becker

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10645_LF.txt[11/10/23, 10:57:54 AM]

Lyrics
What if I wanted to break
Laugh it all off in your face?
What would you do?
What if I fell to the floor
Couldn't take this anymore?
What would you do, do, do?


Come, break me down
Bury me, bury me
I am finished with you


What if I wanted to fight
Beg for the rest of my life?
What would you do? (Do, do, do)
You say you wanted more
What are you waiting for?
I'm not running from you (from you)


Come, break me down
Bury me, bury me
I am finished with you
Look in my eyes
You're killing me, killing me
All I wanted was you


I tried to be someone else
But nothing seemed to change
I know now, this is who I really am inside
I've finally found myself
Fighting for a chance
I know now, this is who I really am


Oh, oh
Oh, oh
Oh, oh


Come, break me down
Bury me, bury me
I am finished with you, you, you
Look in my eyes
You're killing me, killing me
All I wanted was you


Come, break me down (bury me, bury me)
Break me down (bury me, bury me)

BCG_ID_10646_LF.txt[11/10/23, 10:57:54 AM]

Break me down(bury me, bury me)


(Say you wanted more)
What if I wanted to break
(What are you waiting for?)
(Bury me, bury me)
(I'm not running from you)
What if I, what if I, what if I, what if I
(Bury me, bury me)

WRITERS

Jared Leto

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10646_LF.txt[11/10/23, 10:57:54 AM]

Lyrics
Calling out your name
Calling out your name

Can you hear me calling
Out your name?
You know that I'm falling and I don't know what to say

I'll speak a little louder
I'll even shout
You know that I'm proud and I can't get the words out

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
(Wanna be with you everywhere)

Something's happening
Happening to me
My friends say I'm acting peculiarly

C'mon baby
We better make a start
You better make it soon before you break my heart

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
(Wanna be with you everywhere)

Can you hear me calling?
Out your name
You know that I'm falling and I don't know what to say

Oh come along baby
We better make a start
You better make it soon before you break my heart

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere

Case 3:23-cv-01092    Document 49-6    Filed 11/16/23    Page 273 of 434 PageID #: 1299

BCG_ID_10648_LF.txt[11/10/23, 10:57:54 AM]

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
(Wanna be with you everywhere)

WRITERS

Christine McVie

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Life's like the road that you travel on
When there's one day here and the next day gone
Sometimes you bend and sometimes you stand
Sometimes you turn your back to the wind

There's a world outside every darkened door
Where blues won't haunt you anymore
Where the brave are free and lovers soar
Come ride with me to the distant shore

We won't hesitate
To break down the garden gate
There's not much time left today

Life is a highway
I wanna ride it all night long
If you're going my way
Well, I wanna drive it all night long

Through all these cities and all these towns
It's in my blood and it's all around
I love you now like I loved you then
This is the road and these are the hands

From Mozambique to those Memphis nights
The Khyber Pass to Vancouver's lights
Knock me down and back up again
You're in my blood, I'm not a lonely man

There's no load I can't hold
A road so rough, this I know
I'll be there when the light comes in
Just tell 'em we're survivors
Life is a highway
Well, I wanna ride it all night long
If you're going my way
I wanna drive it all night long (all night long)
Uh, gimme, gimme, gimme, gimme, yeah

Life is a highway
Well, I wanna ride it all night long (mm, yeah)
If you're going my way
I wanna drive it all night long (all night long)

BCG_ID_10653_LF.txt[11/10/23, 10:57:54 AM]

There was a distance between you and I (between you and I)
A misunderstanding once
But now we look it in the eye, ooh, yeah

There ain't no load that I can't hold
A road so rough, this I know
I'll be there when the light comes in
Tell 'em we're survivors

Life is a highway
Well, I wanna ride it all night long (all night long, yeah, yeah)
If you're going my way
Well, I wanna drive it all night long
(Uh, gimme, gimme, gimme, uh, gimme, gimme, yeah)
Life is a highway (life is a highway)
I wanna ride it all night long (ooh, ooh, yeah)
If you're going my way
I wanna drive it all night long
(Come on, gimme, gimme, gimme, gimme, gimme, gimme, yeah)
Life is a highway
I wanna ride it all night long
(Yeah, I wanna drive it all night long, baby)
If you're going my way
I wanna drive it all night long (all night long)

WRITERS

Thomas William Cochrane

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10653_LF.txt[11/10/23, 10:57:54 AM]

Lyrics
Heaven, I'm in Heaven
And my heart beats so that I can hardly speak
And I seem to find the happiness I seek
When we're out together dancing, cheek to cheek

Heaven, I'm in Heaven
And the cares that hung around me through the week
Seem to vanish like a gambler's lucky streak
When we're out together dancing, cheek to cheek

Oh, I love to climb a mountain
And to reach the highest peak
But it doesn't thrill me half as much
As dancing cheek to cheek

Oh, I love to go out fishing
In a river or a creek
But I don't enjoy it half as much
As dancing cheek to cheek

Oh, dance with me
I want my arm about you
The charm about you
Will carry me through to

Heaven, I'm in Heaven
And my heart beats so that I can hardly speak
And I seem to find the happiness I seek
When we're out together dancing cheek to cheek

WRITERS

Irving Berlin

PUBLISHERS

Lyrics © Universal Music Publishing Group, MUSIC.INFO FINLAND OY

BCG_ID_10663_LF.txt[11/10/23, 10:57:54 AM]

Lyrics
Come you masters of war
You that build the big guns
You that build the death planes
You that build all the bombs
You that hide behind walls
You that hide behind desks
I just want you to know
I can see through your masks

You that never done nothin'
But build to destroy
You play with my world
Like it's your little toy
You put a gun in my hand
And you hide from my eyes
And you turn and run farther
When the fast bullets fly

Like Judas of old
You lie and deceive
A world war can be won
You want me to believe
But I see through your eyes
And I see through your brain
Like I see through the water
That runs down my drain

You fasten all the triggers
For the others to fire
Then you sit back and watch
When the death count gets higher
You hide in your mansion
While the young people's blood
Flows out of their bodies
And is buried in the mud

You've thrown the worst fear
That can ever be hurled
Fear to bring children
Into the world
For threatening my baby
Unborn and unnamed
You ain't worth the blood
That runs in your veins

How much do I know
To talk out of turn

BCG_ID_10665_LF.txt[11/10/23, 10:57:54 AM]

You might say that I'm young
You might say I'm unlearned
But there's one thing I know
Though I'm younger than you
That even Jesus would never
Forgive what you do

Let me ask you one question
Is your money that good?
Will it buy you forgiveness
Do you think that it could?
I think you will find
When your death takes its toll
All the money you made
Will never buy back your soul

And I hope that you die
And your death will come soon
I'll follow your casket
By the pale afternoon
And I'll watch while you're lowered
Down to your deathbed
And I'll stand over your grave
'Til I'm sure that you're dead

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
We'll do it all
Everything
On our own

We don't need
Anything
Or anyone

If I lay here
If I just lay here
Would you lie with me and just forget the world?

I don't quite know
How to say
How I feel

Those three words
Are said too much
They're not enough

If I lay here
If I just lay here
Would you lie with me and just forget the world?

Forget what we're told
Before we get too old
Show me a garden that's bursting into life

Let's waste time
Chasing cars
Around our heads

I need your grace
To remind me
To find my own

If I lay here
If I just lay here
Would you lie with me and just forget the world?

Forget what we're told
Before we get too old

Case 3:23-cv-01092    Document 49-6    Filed 11/16/23    Page 280 of 434 PageID #: 1306

BCG_ID_10670_LF.txt[11/10/23, 10:57:55 AM]

Show me a garden that's bursting into life

All that I am
All that I ever was
Is here in your perfect eyes, they're all I can see

I don't know where
Confused about how as well
Just know that these things will never change for us at all

If I lay here
If I just lay here
Would you lie with me and just forget the world?

WRITERS

Natah Connolly, Gary Lightbody, Jonathan Quinn, Tom Simpson, Paul Wilson

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Now I've told you this once before
You can't control me
If you try to take me down, you're gonna break
I feel your every nothing that you're doing for me
I'm picking you out of me
You run away


I stand alone, inside
I stand alone


You're always hiding behind your so-called goddess
So, what? You don't think that we can see your face
Resurrected back before the final fallen
I'll never rest until I can make my own way
I'm not afraid of fading


I stand alone
Feeling your sting down inside me
I'm not dying for it
I stand alone
Everything that I believe is fading
I stand alone, inside
I stand alone


And now it's my time (now it's my time)
It's my time to dream (my time to dream)
Dream of the sky (dream of the sky)
Make me believe that this place isn't plagued by the poison in me
Help me decide if my fire will burn out before you can breathe
Breathe into me


I stand alone, inside
I stand alone
Feeling your sting down inside me
I'm not dying for it
I stand alone
Everything that I believe is fading
I stand alone, inside
I stand alone, inside
I stand alone, inside
I stand alone, inside

WRITERS

Salvatore P. Erna

PUBLISHERS

BCG_ID_10683_LF.txt[11/10/23, 10:57:55 AM]

Lyrics © Universal Music Publishing Group

Lyrics
Day after day I'm more confused
Yet I look for the light through the pouring rain
You know that's a game that I hate to lose
And I'm feelin' the strain, ain't it a shame?


Oh, give me the beat, boys, and free my soul
I wanna get lost in your rock and roll and drift away


Oh, give me the beat, boys, and free my soul
I wanna get lost in your rock and roll and drift away


Beginning to think that I'm wastin' time
I don't understand the things I do
The world outside looks so unkind
So I'm countin' on you to carry me through


Oh, give me the beat, boys, and free my soul
I wanna get lost in your rock and roll and drift away


Give me the beat, boys, and free my soul
I wanna get lost in your rock and roll and drift away


And when my mind is free
You know a melody can move me
And when I'm feelin' blue
The guitar's comin' through to soothe me


Thanks for the joy that you've given me
I want you to know I believe in your song
Rhythm and rhyme and harmony
You've helped me along, makin' me strong


Oh, give me the beat, boys, and free my soul
I wanna get lost in your rock and roll and drift away


Give me the beat, boys, and free my soul
I wanna get lost in your rock and roll and drift away


Oh, give me the beat, boys, and free my soul (my soul)
I wanna get lost in your rock and roll and drift away

BCG_ID_10692_LF.txt[11/10/23, 10:57:55 AM]

Hey, hey, hey, yeah, give me the beat, boys, and free my soul (my soul)
I wanna get lost in your rock and roll and drift away

Now, now now, won't ya, won't ya take me?
Oh, oh, take me, yeah

I wanna fly
Early in the morning, won't ya take me?
Come on and free my soul, nah, nah, nah
I wanna drift away, yeah

WRITERS

Mentor Ralph Williams

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10692_LF.txt[11/10/23, 10:57:55 AM]

Lyrics
I'm dreaming of a white Christmas
Just like the ones I used to know
Where the treetops glisten and children listen
To hear sleigh bells in the snow

I'm dreaming of a white Christmas
With every Christmas card I write
"May your days be merry and bright
And may all your Christmases be white

I'm dreaming of a white Christmas
Just like the ones I used to know
Where the treetops glisten and children listen
To hear sleigh bells in the snow

I'm dreaming of a white Christmas
With every Christmas card I write
May your days be merry and bright
And may all your Christmases be white
WRITERS
Irving Berlin
PUBLISHERS
Lyrics © Universal Music Publishing Group

BCG_ID_10695_LF.txt[11/10/23, 10:57:55 AM]

Lyrics
It is the night
My body's weak
I'm on the run
No time to sleep
I've got to ride
Ride like the wind
To be free again

And I've got such a long way to go (such a long way to go)
To make it to the border of Mexico
So I'll ride like the wind
Ride like the wind

I was born the son of a lawless man
Always spoke my mind with a gun in my hand
Lived nine lives
Gunned down ten
Gonna ride like the wind

And I've got such a long way to go (such a long way to go)
To make it to the border of Mexico
So I'll ride like the wind
Ride like the wind

Gonna ride like the wind

Accused and tried and told to hang
I was nowhere in sight when the church bells rang
Never was the kind to do as I was told
Gonna ride like the wind before I get old

It is the night
My body's weak
I'm on the run
No time to sleep
I've got to ride
Ride like the wind
To be free again

And I've got such a long way to go (such a long way to go)
To make it to the border of Mexico
So I'll ride like the wind
Ride like the wind

BCG_ID_10700_LF.txt[11/10/23, 10:57:55 AM]

And I've got a long way to go (such a long way to go)
To make it to the border of Mexico
So I'll ride like the wind
Ride like the wind
Gonna ride like the wind

Ride!

Gonna ride like the wind

Ride!

WRITERS

CHRISTOPHER C. CROSS

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group, Royalty Network, Warner Chappell Music, Inc.

BCG_ID_10700_LF.txt[11/10/23, 10:57:55 AM]

Lyrics
There must be some way out of here
Said the joker to the thief
There's too much confusion, I can't get no relief
Businessmen, they drink my wine
Plowmen dig my earth
None of them along the line know what any of it is worth

No reason to get excited,the thief, he kindly spoke
There are many here among us who feel that life is but a joke
But you and I, we've been through that, and this is not our fate
So let us not talk falsely now, the hour is getting late

All along the watchtower, princes kept the view
While all the women came and went, barefoot servants, too

Outside in the distance a wildcat did growl
Two riders were approaching, the wind began to howl

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10706_LF.txt[11/10/23, 10:57:55 AM]

Lyrics
I used to think that I could not go on
And life was nothing but an awful song
But now I know the meaning of true love
I'm leaning on the everlasting arms

If I can see it, then I can do it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day (Night and day)
Spread my wings and fly away
I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly
I believe I can fly hoo

See I was on the verge of breaking down
Sometimes silence can seem so loud
There are miracles in life I must achieve
But first I know it starts inside of me, ho oh

If I can see it hoo, then I can be it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away
I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly
Oh, I believe I can fly hoo

Hey, 'cause I believe in me, oh

If I can see it hoo, then I can do it
If I just believe it, there's nothing to it hey

I believe I can fly hoo
I believe I can touch the sky
I think about it every night and day

BCG_ID_10708_LF.txt[11/10/23, 10:57:55 AM]

Spread my wings and fly away
I believe I can soar
I see me running through that open door
I believe I can fly (I can fly)
I believe I can fly (I can fly)
I believe I can fly (I can fly) hey


If I just spread my wings (I can fly)
I can fly (I can fly)
I can fly (I can fly)
I can fly,(I can fly) hey
If I just spread my wings (I can fly)
I can fly (I can fly)
(I can fly)
(I can fly)

WRITERS

Robert S. Kelly

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10708_LF.txt[11/10/23, 10:57:55 AM]

Lyrics
The cycle repeated
As explosions broke in the sky
All that I needed
Was the one thing I couldn't find
And you were there at the turn
Waiting to let me know


We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground


The colors conflicted
As the flames climbed into the clouds
I wanted to fix this
But couldn't stop from tearing it down
And you were there at the turn
Caught in the burning glow
And I was there at the turn
Waiting to let you know


We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground


You told me yes
You held me high
And I believed when you told that lie
I played soldier, you played king
And struck me down when I kissed that ring
You lost that right, to hold that crown
I built you up, but you let me down
So when you fall, I'll take my turn
And fan the flames
As your blazes burn


And you were there at the turn
Waiting to let me know


We're building it up
To break it back down

BCG_ID_10709_LF.txt[11/10/23, 10:57:56 AM]

We're building it up
To burn it down
We can't wait
To burn it to the ground

When you fall, I'll take my turn
And fan the flames
As your blazes burn

We can't wait
To burn it to the ground

When you fall, I'll take my turn
And fan the flames
As your blazes burn

We can't wait
To burn it to the ground

WRITERS

Chester Charles Bennington, Robert G. Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joseph Hahn

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10709_LF.txt[11/10/23, 10:57:56 AM]

Lyrics
It's so loud inside my head
With words that I should have said
As I drown in my regrets
I can't take back the words I never said
I can't take back the words I never said


I really think the war on terror is a bunch of bullshit
Just a poor excuse for you to use up all your bullets
How much money does it take to really make a full clip
Nine eleven building seven did they really pull it?
Uh, and a bunch of other cover ups
Your child's future was the first to go with budget cuts
If you think that hurts then, wait here comes the uppercut
The school was garbage in the first place, that's on the up and up
Keep you at the bottom but tease you with the upper crust
You get it then they move you so you never keeping up enough
If you turn on TV all you see's a bunch of "what the fucks"
Dude is dating so and so blabbering bout such and such
And that ain't Jersey Shore, homie that's the news
And these the same people that supposed to be telling us the truth
Limbaugh is a racist, Glenn Beck is a racist
Gaza strip was getting bombed, Obama didn't say shit
That's why I ain't vote for him, next one either
I'ma part of the problem, my problem is I'm peaceful
And I believe in the people
Yeah


It's so loud inside my head
With words that I should have said!
As I drown in my regrets
I can't take back the words I never said
I can't take back the words I never said


Now you can say it ain't our fault if we never heard it
But if we know better than we probably deserve it
Jihad is not a holy war, wheres that in the worship?
Murdering is not Islam!
And you are not observant
And you are not a Muslim
Israel don't take my side 'cause look how far you've pushed them
Walk with me into the ghetto, this where all the Kush went
Complain about the liquor store but what you drinking liquor for?
Complain about the gloom but when'd you pick a broom up?
Just listening to Pac ain't gone make it stop
A rebel in your thoughts, ain't gon' make it halt
If you don't become an actor you'll never be a factor
Pills with million side effects
Take 'em when the pains felt
Wash them down with diet soda

BCG_ID_10712_LF.txt[11/10/23, 10:57:56 AM]

Killin' off your brain cells
Crooked banks around the World
Would gladly give a loan today
So if you ever miss a payment
They can take your home away


It's so loud inside my head
With words that I should have said!
As I drown in my regrets
I can't take back the words I never said, never said
I can't take back the words I never said


I think that all the silence is worse than all the violence
Fear is such a weak emotion that's why I despise it
We scared of almost everything, afraid to even tell the truth
So scared of what you think of me, I'm scared of even telling you
Sometimes I'm like the only person I feel safe to tell it to
I'm locked inside a cell in me, I know that there's a jail in you
Consider this your bailing out, so take a breath, inhale a few
My screams is finally getting free, my thoughts is finally yelling through


It's so loud inside my head
With words that I should have said
As I drown in my regrets
I can't take back the words I never said

WRITERS

Alexander Junior Grant, Holly Hafermann, Wasalu Jaco

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Spent the last year
Rocky Mountain Way
Couldn't get much higher
Out to pasture
Think it's safe to say
Time to open fire

And we don't need the ladies
Crying 'cause the story's sad

'Cause the Rocky Mountain Way
Is better than the way we had

Well, he's tellin' us this
And he's tellin' us that
Changes it every day
Says it doesn't matter
Bases are loaded and Casey's at bat
Playin' it play by play
Time to change the batter

And we don't need the ladies
Crying 'cause the story's sad

Rocky Mountain Way
Is better than the way we had

WRITERS

Joey Vitale, Joseph Fidler Walsh, Kenneth R. Passarelli, Rocke Grace

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10720_LF.txt[11/10/23, 10:57:56 AM]

Lyrics
You placed gold on my finger
You brought love like I've never known
You gave life to our children
And to me, a reason to go on

You're my bread when I'm hungry
You're my shelter from troubled winds
You're my anchor in life's ocean
But most of all, you're my best friend

When I need hope and inspiration
You're always strong when I'm tired and weak
I could search this whole world over
You'd still be everything that I need

You're my bread when I'm hungry
You're my shelter from troubled winds
You're my anchor in life's ocean
But most of all, you're my best friend

You're my bread when I'm hungry
You're my shelter from troubled winds
You're my anchor in life's ocean
But most of all, you're my best friend

WRITERS

Wayland D. Holyfield

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10722_LF.txt[11/10/23, 10:57:56 AM]

Lyrics
Yeah, here we go for the hundredth time
Hand grenade pins in every line
Throw 'em up and let something shine
Going out of my fucking mind

Filthy mouth, no excuse
Find a new place to hang this noose
String me up from atop these roofs
Knot it tight so I won't get loose

Truth is, you can stop and stare
Bled myself out and no one cares
Dug a trench out, laid down there
With a shovel up out of reach somewhere

Yeah, someone pour it in
Make it a dirt dance floor again
Say your prayers and stomp it out
When they bring that chorus in

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
Go, stop the show
Choppy words in a sloppy flow
Shotgun opera, lock and load

Cock it back and then watch it go
Mama, help me, I've been cursed
Death is rolling in every verse
Candy paint on his brand new hearse

Can't contain him
He knows he works
Fuck, this hurts, I won't lie
Doesn't matter how hard I try
Half the words don't mean a thing

BCG_ID_10726_LF.txt[11/10/23, 10:57:56 AM]

And I know that I won't be satisfied
So why try ignoring him?
Make it a dirt dance floor again
Say your prayers and stomp it out
When they bring that chorus in

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
I've opened up these scars
I'll make you face this
I've pulled myself so far
I'll make you face this now

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
I bleed it out
I bleed it out

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

BCG_ID_10726_LF.txt[11/10/23, 10:57:56 AM]

Lyrics © Universal Music Publishing Group

BCG_ID_10726_LF.txt[11/10/23, 10:57:56 AM]

Lyrics
This is the day of the expanding man
That shape is my shade
There where I used to stand
It seems like only yesterday
I gazed through the glass
At ramblers, wild gamblers
That's all in the past

You call me a fool
You say it's a crazy scheme
This one's for real
I already bought the dream
So useless to ask me why
Throw a kiss and say goodbye
I'll make it this time
I'm ready to cross that fine line

Learn to work the saxophone
I play just what I feel
Drink Scotch whiskey all night long
And die behind the wheel
They got a name for the winners in the world
I want a name when I lose
They call Alabama the Crimson Tide
Call me Deacon Blues

My back to the wall
A victim of laughing chance
This is for me
The essence of true romance
Sharing the things we know and love
With those of my kind
Libations
Sensations
That stagger the mind

I crawl like a viper
Through these suburban streets
Make love to these women
Languid and bittersweet
I rise when the sun goes down
Cover every game in town
A world of my own
I'll make it my home sweet home

Learn to work the saxophone
I play just what I feel

BCG_ID_10728_LF.txt[11/10/23, 10:57:56 AM]

Drink Scotch whiskey all night long
And die behind the wheel
They got a name for the winners in the world
I want a name when I lose
They call Alabama the Crimson Tide
Call me Deacon Blues


This is the night of the expanding man
I take one last drag
As I approach the stand
I cried when I wrote this song
Sue me if I play too long
This brother is free
I'll be what I want to be


I learned to work the saxophone
I play just what I feel
Drink Scotch whiskey all night long
And die behind the wheel
They got a name for the winners in the world
I want a name when I lose
They call Alabama the Crimson Tide
Call me Deacon Blues

WRITERS

Donald Jay Fagen, Walter Carl Becker

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10728_LF.txt[11/10/23, 10:57:56 AM]

Lyrics
Yesterday, I got so old
I felt like I could die
Yesterday, I got so old
It made me want to cry

Go on, go on, just walk away
Go on, go on, your choice is made
Go on, go on, and disappear
Go on, go on, away from here

And I know I was wrong when I said it was true
That it couldn't be me and be her in between
Without you
Without you

Yesterday, I got so scared
I shivered like a child
Yesterday, away from you
It froze me deep inside

Come back, come back, don't walk away
Come back, come back, come back today
Come back, come back, why can't you see?
Come back, come back, come back to me

And I know I was wrong when I said it was true
That it couldn't be me and be her in between
Without you
Without you
Without you
Without you

Without you
Without you
Without you
Without you

WRITERS

Robert James Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10733_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
They sat together in the park
As the evening sky grew dark
She looked at him and he felt a spark
Tingle to his bones
'Twas then he felt alone
And wished that he'd gone straight
And watched out for a simple twist of fate

They walked along by the old canal
A little confused, I remember well
And stopped into a strange hotel
With a neon burnin' bright
He felt the heat of the night
Hit him like a freight train
Moving with a simple twist of fate

A saxophone someplace far-off played
As she was walkin' on by the arcade
As the light bust through a beat-up shade
Where he was waking up
She dropped a coin into the cup
Of a blind man at the gate
And forgot about a simple twist of fate

He woke up, the room was bare
He didn't see her anywhere
He told himself he didn't care
Pushed the window open wide
Felt an emptiness inside
To which he just could not relate
Brought on by a simple twist of fate

He hears the ticking of the clocks
And walks along with a parrot that talks
Hunts her down by the waterfront docks
Where the sailors all come in
Maybe she'll pick him out again
How long must he wait?
One more time, for a simple twist of fate

People tell me it's a sin
To know and feel too much within
I still believe she was my twin
But I lost the ring
She was born in spring
But I was born too late
Blame it on a simple twist of fate

BCG_ID_10734_LF.txt[11/10/23, 10:57:57 AM]

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10734_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
When the rain is blowing in your face
And the whole world is on your case
I could offer you a warm embrace
To make you feel my love

When the evening shadows and the stars appear
And there is no one there to dry your tears
I could hold you for a million years
To make you feel my love

I know you haven't made your mind up yet
But I will never do you wrong
I've known it from the moment that we met
No doubt in my mind where you belong

I'd go hungry, I'd go black and blue
I'd go crawling down the avenue
No, there's nothing that I wouldn't do
To make you feel my love

The storms are raging on the rolling sea
And on the highway of regret
The winds of change are blowing wild and free
You ain't seen nothing like me yet

I could make you happy, make your dreams come true
Nothing that I wouldn't do
Go to the ends of the Earth for you
To make you feel my love
To make you feel my love

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group, Unison Rights S.L.

BCG_ID_10735_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
Giant steps are what you take
Walking on the moon
I hope my leg don't break
Walking on the moon
We could walk forever
Walking on the moon
We could live together
Walking on, walking on the moon

Walking back from your house
Walking on the moon
Walking back from your house
Walking on the moon
Feet they hardly touch the ground
Walking on the moon
My feet don't hardly make no sound
Walking on, walking on the moon

Some may say
I'm wishing my days away
No way
And if it's the price I pay
Some say
Tomorrow's another day
You stay
I may as well play

Giant steps are what you take
Walking on the moon
I hope my leg don't break
Walking on the moon
We could walk forever
Walking on the moon
We could be together
Walking on, walking on the moon

Some may say
I'm wishing my days away
No way
And if it's the price I pay
Some say
Tomorrow's another day
You stay
I may as well play

Keep it up, keep it up
Keep it up, keep it up

Case 3:23-cv-01092    Document 49-6    Filed 11/16/23    Page 307 of 434 PageID #: 1333

BCG_ID_10739_LF.txt[11/10/23, 10:57:57 AM]

Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up
Keep it up, keep it up

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10739_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
How dare you say that my behavior is unacceptable
So condescending unnecessarily critical
I have the tendency of getting very physical
So watch your step 'cause if I do you'll need a miracle

You drain me dry and make me wonder why I'm even here
The double vision I was seeing is finally clear
You want to stay but you know very well I want you gone
Not fit to fuckin' tread the ground I'm walking on

When it gets cold outside and you got nobody to love
You'll understand what I mean when I say
There's no way we're gonna give up
And like a little girl cries in the face of a monster that lives in her dreams
Is there anyone out there 'cause it's getting harder and harder to breathe
Is there anyone out there 'cause it's getting harder and harder to breathe

What you are doing is screwing things up inside my head
You should know better you never listened to a word I said
Clutching your pillow and writhing in a naked sweat
Hoping somebody someday will do you like I did

When it gets cold outside and you got nobody to love
You'll understand what I mean when I say
There's no way we're gonna give up
And like a little girl cries in the face of a monster that lives in her dreams
Is there anyone out there 'cause it's getting harder and harder to breathe
Is there anyone out there 'cause it's getting harder and harder to breathe

Does it kill
Does it burn
Is it painful to learn
That it's me that has all the control

Does it thrill
Does it sting
When you feel what I bring
And you wish that you had me to hold

When it gets cold outside and you got nobody to love
You'll understand what I mean when I say
There's no way we're gonna give up
And like a little girl cries in the face of a monster that lives in her dreams
Is there anyone out there 'cause it's getting harder and harder to breathe
Is there anyone out there 'cause it's getting harder and harder to breathe

BCG_ID_10740_LF.txt[11/10/23, 10:57:57 AM]

Is there anyone out there 'cause it's getting harder and harder to breathe

WRITERS

Jesse Royal Carmichael, Ryan Michael Dusick, James B. Valentine, Michael Allen Madden, Adam Noah Levine

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10740_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
We hear you're leaving, that's okay
I thought our little wild time had just begun
I guess you kind of scared yourself, you turn and run
But if you have a change of heart

Rikki don't lose that number
You don't want to call nobody else
Send it off in a letter to yourself
Rikki don't lose that number
It's the only one you own
You might use it if you feel better
When you get home

I have a friend in town, he's heard your name
We can go out driving on Slow Hand Row
We could stay inside and play games, I don't know
And you could have a change of heart

Rikki don't lose that number
You don't want to call nobody else
Send it off in a letter to yourself
Rikki don't lose that number
It's the only one you own
You might use it if you feel better
When you get home

You tell yourself you're not my kind
But you don't even know your mind
And you could have a change of heart

Rikki don't lose that number
You don't want to call nobody else
Send it off in a letter to yourself
Rikki don't lose that number
It's the only one you own
You might use it if you feel better
When you get home

WRITERS

DONALD JAY FAGEN, WALTER CARL BECKER

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10741_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
I like to dream, yes, yes
Right between the sound machine
On a cloud of sound I drift in the night
Any place it goes is right
Goes far, flies near
To the stars away from here

Well, you don't know what we can find
Why don't you come with me, little girl
On a magic carpet ride

Well, you don't know what we can see
Why don't you tell your dreams to me
Fantasy will set you free

Close your eyes, girl
Look inside, girl
Let the sound take you away

Last night I hold Aladdin's lamp
And so I wished that I could stay
Before the thing could answer me
Well, someone came and took the lamp away
I looked around, a lousy candle's all I found

Well, you don't know what we can find
Why don't you come with me, little girl
On a magic carpet ride

Well, you don't know what we can see
Why don't you tell your dreams to me
Fantasy will set you free

Close your eyes, girl
Look inside, girl
Let the sound take you away

You don't know what we can find
Why don't you come with me, little girl
On a magic carpet ride

Well, you don't know what we can see
Why don't you tell your dreams to me

BCG_ID_10750_LF.txt[11/10/23, 10:57:57 AM]

Fantasy will set you free

WRITERS

John Kay, Rushton John Moreve

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_10750_LF.txt[11/10/23, 10:57:57 AM]

Lyrics
Baby, I know you're hurting
Right now you feel like you could never
Love again
Now all I ask is for a chance
To prove that I love you

From the first day
That I saw your smiling face
Honey, I knew that we would
Be together forever
Ooh when I asked you out
You said no but I found out
Darling that you'd been hurt
You felt like you'd never love again
I deserve a try honey just once
Give me a chance and I'll prove this all wrong
You walked in, you were so quick to judge
But honey he's nothing like me

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

As time goes by
You will get to know me
A little more better
Girl that's the way love goes baby, baby
And I (I) know you're afraid (know you're afraid)
To let your feelings show (feelings show)
And I understand
Girl, it's time to let go (girl, it's time to let go because)
I deserve a try (try) honey
Just once (once)
Give me a chance (chance) and I'll prove this all wrong (wrong you walked)
You walked in, you were so quick to judge (quick to judge)
But honey he's nothing like me
Darling why can't you see

I'll never break your heart

BCG_ID_10751_LF.txt[11/10/23, 10:57:58 AM]

I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

No way, no how (I'll never break your heart girl, I'll never make you cry)
I swear (Oh I, oh I, I swear)
No way, no how (I'll never break your heart girl, I'll never make you cry)

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

WRITERS

ALBERT J. MANNO, RONALD E. BROOMFIELD

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Sometimes in our lives we all have pain
We all have sorrow
But if we are wise
We know that there's always tomorrow


Lean on me, when you're not strong
And I'll be your friend
I'll help you carry on
For it won't be long
'Til I'm gonna need
Somebody to lean on


Please swallow your pride
If I have things you need to borrow
For no one can fill those of your needs
That you won't let show


You just call on me brother, when you need a hand
We all need somebody to lean on
I just might have a problem that you'll understand
We all need somebody to lean on


Lean on me, when you're not strong
And I'll be your friend
I'll help you carry on
For it won't be long
'Til I'm gonna need
Somebody to lean on


You just call on me brother, when you need a hand
We all need somebody to lean on
I just might have a problem that you'll understand
We all need somebody to lean on


If there is a load you have to bear
That you can't carry
I'm right up the road
I'll share your load


If you just call me (call me)
If you need a friend (call me) call me uh huh (call me) if you need a friend (call me)
If you ever need a friend (call me)
Call me (call me) call me (call me) call me
(Call me) call me (call me) if you need a friend
(Call me) call me (call me) call me (call me) call me (call me) call me (call me)

BCG_ID_10756_LF.txt[11/10/23, 10:57:58 AM]

WRITERS

Bill Withers

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10756_LF.txt[11/10/23, 10:57:58 AM]

Lyrics
I woke up in a dream today
To the cold of the static, and put my cold feet on the floor
Forgot all about yesterday
Remembering I'm pretending to be where I'm not anymore
A little taste of hypocrisy
And I'm left in the wake of the mistake, slow to react
Even though you're so close to me
You're still so distant, and I can't bring you back

It's true
The way I feel
Was promised by your face
The sound of your voice
Painted on my memories
Even if you're not with me

I'm with you
You now I see
Keeping everything inside (with you)
You now I see
Even when I close my eyes

I hit you and you hit me back
We fall to the floor, the rest of the day stands still
Fine line between this and that
When things go wrong I pretend that the past isn't real
Now I'm trapped in this memory
And I'm left in the wake of the mistake, slow to react
So, even though you're close to me
You're still so distant, and I can't bring you back

It's true
The way I feel
Was promised by your face
The sound of your voice
Painted on my memories
Even if you're not with me

I'm with you
You now I see
Keeping everything inside (with you)
You now I see
Even when I close my eyes

I'm with you
You now I see

Keeping everything inside (with you)
You now I see
Even when I close my eyes


No, no matter how far we've come
I can't wait to see tomorrow
No matter how far we've come
I can't wait to see tomorrow
With you


You now I see
Keeping everything inside (with you)
You now I see
Even when I close my eyes


With you
You now I see
Keeping everything inside (with you)
You now I see
Even when I close my eyes

WRITERS

Brad Delson, Chester Charles Bennington, John Robert King, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10758_LF.txt[11/10/23, 10:57:58 AM]

Lyrics
Don't look so sad
I know it's over
But life goes on
And this old world will keep on turning
Let's just be glad
We had some time to spend together
There's no need to watch the bridges
That were burning

Lay your head upon my pillow
Hold your warm and tender body
Close to mine
Hear the whisper of the rain drops
Blowing soft against the window
And make believe you love me
One more time
For the good times

I'll get along
You'll find another
And I'll be here
If you should find you ever need me
Don't say a word about tomorrow
Or forever
There'll be time enough for sadness
When you leave me

Lay your head upon my pillow
Hold your warm and tender body
Close to mine
Hear the whisper of the rain drops
Blowing soft against the window
And make believe you love me
One more time

WRITERS

Kristoffer Kristofferson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Spirit Music Group, Warner Chappell Music, Inc.

BCG_ID_10765_LF.txt[11/10/23, 10:57:58 AM]

Lyrics
From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?


From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?


There's a place so dark you can't see the end
(Skies cock back) and shock that which can't defend
The rain then sends dripping acidic questions
Forcefully, the power of suggestion
Then with the eyes shut looking through the rust and rot, and dust
A small spot of light floods the floor
And pours over the rusted world of pretend
And the eyes ease open and it's dark again


From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?


In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up


Moving all around
Screaming of the ups and downs
Pollution manifested in perpetual sound
The wheels go 'round and the sunset creeps
Behind street lamps, chain-link, and concrete
A little piece of paper with a picture drawn

BCG_ID_10775_LF.txt[11/10/23, 10:57:58 AM]

Floats on down the street 'til the wind is gone
And the memory now is like the picture was then
When the paper's crumpled up it can't be perfect again


From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?


From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?


In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up


Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you

BCG_ID_10775_LF.txt[11/10/23, 10:57:58 AM]

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrel, Joseph Hahn, Mark Wakefield, Mike Shidona, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10775_LF.txt[11/10/23, 10:57:58 AM]

Lyrics
In the time of my confession, in the hour of my deepest need
When the pool of tears beneath my feet floods every newborn seed
There's a dying voice within me reaching out somewhere
Toiling in the danger and the morals of despair

Don't have the inclination to look back on any mistake
Like Cain, I now behold this chain of events that I must break
In the fury of the moment I can see the master's hand
In every leaf that trembles, in every grain of sand

Oh, the flowers of indulgence and the weeds of yesteryear
Like criminals, they have choked the breath of conscience and good cheer
The sun beams down upon the steps of time to light the way
To ease the pain of idleness and the memory of decay

I gaze into the doorway of temptation's angry flame
And every time I pass that way I'll always hear my name
Then onward in my journey I come to understand
That every hair is numbered like every grain of sand

I have gone from rags to riches in the sorrow of the night
In the violence of a summer's dream, in the chill of a wintry light
In the bitter dance of loneliness fading into space
In the broken mirror of innocence on each forgotten face

I hear the ancient footsteps like the motion of the sea
Sometimes I turn, there's someone there, other times it's only me
I am hanging in the balance of the reality of man
Like every sparrow falling, like every grain of sand

WRITERS

BOB DYLAN

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_10780_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
Red, red wine
Go to my head
Make me forget that I
Still need her so

Red, red wine
It's up to you
All I can do, I've done
But memories won't go
No, memories won't go

I'd have sworn
That with time
Thoughts of you
Would leave my head
I was wrong
And I find
Just one thing
Makes me forget

Red, red wine
Stay close to me
Don't let me be alone
It's tearing apart
My blue, blue heart

I'd have sworn
That with time
Thoughts of you
Would leave my head
I was wrong
And I find
Just one thing
Makes me forget

Red, red wine
Stay close to me
Don't let me be alone
It's tearing apart
My blue, blue heart

WRITERS

Neil Diamond

PUBLISHERS

BCG_ID_10782_LF.txt[11/10/23, 10:57:59 AM]

Lyrics © Universal Music Publishing Group

BCG_ID_10782_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
I am a lineman for the county
And I drive the main road
Searchin' in the sun for another overload
I hear you singin' in the wire
I can hear you through the whine
And the Wichita lineman is still on the line

I know I need a small vacation
But it don't look like rain
And if it snows, that stretch down south won't ever stand the strain
And I need you more than want you
And I want you for all time
And the Wichita lineman is still on the line

And I need you more than want you
And I want you for all time
And the Wichita lineman is still on the line

WRITERS

Jimmy Webb

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10785_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
If blood will flow when flesh and steel are one
Drying in the color of the evening sun
Tomorrow's rain will wash the stains away
But something in our minds will always stay

Perhaps this final act was meant
To clinch a lifetime's argument
That nothing comes from violence and nothing ever could

For all those born beneath an angry star
Lest we forget how fragile we are

On and on the rain will fall
Like tears from a star
Like tears from a star
On and on the rain will say
How fragile we are
How fragile we are

On and on the rain will fall
Like tears from a star
Like tears from a star
On and on the rain will say
How fragile we are
How fragile we are
How fragile we are
How fragile we are

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10791_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
I was so high, I did not recognize
The fire burning in her eyes
The chaos that controlled my mind
Whispered goodbye as she got on a plane
Never to return again
But always in my heart, oh


This love has taken its toll on me
She said goodbye too many times before
And her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye anymore
Whoa
Whoa
Whoa


I tried my best to feed her appetite
Keep her coming every night
So hard to keep her satisfied, oh
Kept playing love like it was just a game
Pretending to feel the same
Then turn around and leave again, but oh


This love has taken its toll on me
She said goodbye too many times before
And her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye anymore
Whoa
Whoa
Whoa


I'll fix these broken things
Repair your broken wings
And make sure everything's alright
(It's alright, it's alright)
My pressure on your hips
Sinking my fingertips
Into every inch of you
Because I know that's what you want me to do


This love has taken its toll on me
She said goodbye too many times before
Her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye anymore
This love has taken its toll on me
She said goodbye too many times before
And my heart is breaking in front of me
She said goodbye too many times before

BCG_ID_10792_LF.txt[11/10/23, 10:57:59 AM]

This love has taken its toll on me
She said goodbye too many times before
Her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye anymore
This love

WRITERS

Jesse Royal Carmichael, Ryan Michael Dusick, James B. Valentine, Michael Allen Madden, Adam Noah Levine

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10792_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
I never seen you looking so bad my funky one
You tell me that your superfine mind has come undone


[Chorus]
Any major dude with half a heart surely will tell you my friend
Any minor world that breaks apart falls together again
When the demon is at your door
In the morning it won't be there no more
Any major dude will tell you


Have you ever seen a squonk's tears? Well, look at mine
The people on the street have all seen better times


[Chorus]


I can tell you all I know, the where to go, the what to do
You can try to run but you can't hide from what's inside of you


[Chorus]

WRITERS

DONALD JAY FAGEN, WALTER CARL BECKER

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_10794_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
There is no political solution
To our troubled evolution
Have no faith in constitution
There is no bloody revolution

We are spirits in the material world
Are spirits in the material world
Are spirits in the material world
Are spirits in the material world

Our so-called leaders speak
With words they try to jail you
They subjugate the meek
But it's the rhetoric of failure

We are spirits in the material world
Are spirits in the material world
Are spirits in the material world
Are spirits in the material world

Where does the answer lie?
Living from day to day
If it's something we can't buy
There must be another way

We are spirits in the material world
Are spirits in the material world
Are spirits in the material world
Are spirits in the material world
Are spirits in the material world
Are spirits in the material world

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10797_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
Boom boom acka-lacka lacka boom
Boom boom acka-lacka boom boom


It was a night like this forty million years ago
I lit a cigarette, picked up a monkey skull to go
The sun was spitting fire, the sky was blue as ice
I felt a little tired, so I watched Miami Vice
And walked the dinosaur, I walked the dinosaur


Open the door, get on the floor
Everybody walk the dinosaur
Open the door, get on the floor
Everybody walk the dinosaur
Open the door, get on the floor
Everybody walk the dinosaur
Open the door, get on the floor
Everybody walk the dinosaur


I met you in a cave, you were painting buffalo
I said I'd be your slave, follow wherever you go
That night we split a rattlesnake and danced beneath the stars
You fell asleep, I stayed awake and watched the passing cars
And walked the dinosaur, I walked the dinosaur


Open the door, get on the floor
Everybody walk the dinosaur
Open the door, get on the floor
Everybody walk the dinosaur
Open the door, get on the floor
Everybody walk the dinosaur
Open the door, get on the floor
Everybody walk the dinosaur


One night I dreamed of New York
You and I roasting blue pork
In the Statue of Liberty's torch
Elvis landed in a rocket ship
Healed a couple of leapers and disappeared
But where was his beard?


A shadow from the sky much too big to be a bird
A screaming crashing noise louder than I've ever heard
It looked like two big silver trees that somehow learned to soar
Suddenly a summer breeze and a mighty lion's roar
I killed the dinosaur, I killed the dinosaur

BCG_ID_10798_LF.txt[11/10/23, 10:57:59 AM]

Open the door, get on the floor
Everybody kill the dinosaur
Open the door, get on the floor
Everybody kill the dinosaur
Open the door, get on the floor
Everybody kill the dinosaur
Open the door, get on the floor
Everybody kill the dinosaur
Repeat chorus 2 one time
Boom boom acka-lacka lacka boom
Boom boom acka-lacka boom boom

WRITERS

David Jay Weiss, Donald E. Fagenson, Randall Keith Jacobs

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10798_LF.txt[11/10/23, 10:57:59 AM]

Lyrics
My love she speaks like silence
Without ideals or violence
She doesn't have to say she's faithful
Yet she's true, like ice, like fire
People carry roses
And make promises by the hours
My love she laughs like the flowers
Valentines can't buy her

In the dime stores and bus stations
People talk of situations
Read books, repeat quotations
Draw conclusions on the wall
Some speak of the future
My love she speaks softly
She knows there's no success like failure
And that failure's no success at all

The cloak and dagger dangles
Madams light the candles
In ceremonies of the horsemen
Even the pawn must hold a grudge
Statues made of matchsticks
Crumble into one another
My love winks, she does not bother
She knows too much to argue or to judge

The bridge at midnight trembles
The country doctor rambles
Bankers' nieces seek perfection
Expecting all the gifts that wise men bring
The wind howls like a hammer
The night blows rainy
My love she's like some raven
At my window with a broken wing

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10799_LF.txt[11/10/23, 10:58:00 AM]

Lyrics
We've only just begun to live
White lace and promises
A kiss for luck and we're on our way
(We've only begun)

Before the risin' sun, we fly
So many roads to choose
We'll start out walkin' and learn to run
(And yes, we've just begun)

Sharing horizons that are new to us
Watchin the signs along the way
Talkin' it over, just the two of us
Workin' together day to day
Together

And when the evening comes, we smile
So much of life ahead
We'll find a place where there's room to grow
(And yes, we've just begun)

Sharing horizons that are new to us
Watchin' the signs along the way
Talkin' it over, just the two of us
Workin' together day to day
Together
Together

And when the evening comes, we smile
So much of life ahead
We'll find a place where there's room to grow
And yes, we've just begun

WRITERS

Paul Williams, Roger Nichols

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group, Tratore, Warner Chappell Music, Inc.

BCG_ID_10804_LF.txt[11/10/23, 10:58:00 AM]

Lyrics
See the people walking down the street
Fall in line just watching all their feet
They don't know where they want to go
But they're walking in time

They got the beat
They got the beat
They got the beat
Yeah, they got the beat

All the kids just getting out of school
They can't wait to hang out and be cool
Hang around 'til quarter after twelve
That's when they fall in line

They got the beat
They got the beat
Kids got the beat
Yeah, kids got the beat

Go-go music really makes us dance
Doing the pony puts us in a trance
The Watusi, just give us a chance
That's when we fall in line

'Cause we got the beat
We got the beat
We got the beat
Yeah, we got it!

We got the beat
We got the beat
We got the beat
Everybody get on your feet
We got the beat
We know you can dance to the beat
We got the beat
Jump back, get down
We got the beat
Round and round and round

We got the beat
We got the beat
We got the beat
We got the beat

BCG_ID_10806_LF.txt[11/10/23, 10:58:00 AM]

We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat

WRITERS

Charlotte Caffey

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10806_LF.txt[11/10/23, 10:58:00 AM]

Lyrics
Young teacher, the subject
Of schoolgirl fantasy
She wants him so badly
Knows what she wants to be

Inside her there's longing
This girl's an open page
Book marking, she's so close now
This girl is half his age

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me

Her friends are so jealous
You know how bad girls get
Sometimes it's not so easy
To be the teacher's pet

Temptation, frustration
So bad it makes him cry
Wet bus stop, she's waiting
His car is warm and dry

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me

Loose talk in the classroom
To hurt they try and try
Strong words in the staffroom
The accusations fly

It's no use, he sees her
He starts to shake and cough
Just like the old man in
That book by Nabakov

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me

BCG_ID_10813_LF.txt[11/10/23, 10:58:00 AM]

Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me
Don't stand, don't stand so
Don't stand so close to me

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10813_LF.txt[11/10/23, 10:58:00 AM]

Lyrics
Round round get around, I get around, yeah
(Get around round round I get around, ooh-ooh) I get around
Fom town to town (get around round round I get around)
I'm a real cool head (get around round round I get around)
I'm makin' real good bread (get around round round I get around)


I'm gettin' bugged driving up and down the same old strip
I gotta find a new place where the kids are hip
My buddies and me are getting real well known
Yeah, the bad guys know us and they leave us alone


I get around (get around round round I get around)
From town to town (get around round round I get around)
I'm a real cool head (get around round round I get around)
I'm makin' real good bread (get around round round I get around)


I get around (round, get around-round-round, ooh)
(Wah-wah-ooh)
(Wah-wah-ooh)
(Wah-wah-ooh)


We always take my car 'cause it's never been beat
And we've never missed yet with the girls we meet
None of the guys go steady 'cause it wouldn't be right
To leave their best girl home now on Saturday night


I get around (get around round round I get around)
From town to town (get around round round I get around)
I'm a real cool head (get around round round I get around)
I'm makin' real good bread (get around round round I get around)


I get around (round, ah-ah-ah-ah-ah-ah-ah-ah)


Round round get around, I get around, yeah


Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (wah-wah-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)

WRITERS

Brian Wilson, Michael Love

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10816_LF.txt[11/10/23, 10:58:00 AM]

Lyrics
Take me down to the river bend
Take me down to the fighting end
Wash the poison from off my skin
Show me how to be whole again

Fly me up on a silver wing
Past the black where the sirens sing
Warm me up in a nova's glow
And drop me down to the dream below

'Cause I'm only a crack in this castle of glass
Hardly anything there for you to see
For you to see

Bring me home in a blinding dream
Through the secrets that I have seen
Wash the sorrow from off my skin
And show me how to be whole again

'Cause I'm only a crack in this castle of glass
Hardly anything there for you to see
For you to see

'Cause I'm only a crack in this castle of glass
Hardly anything else I need to be

'Cause I'm only a crack in this castle of glass
Hardly anything there for you to see
For you to see
For you to see

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10820_LF.txt[11/10/23, 10:58:00 AM]

Lyrics
Guess who just got back today
Them wild-eyed boys that had been away
Haven't changed, had much to say
But man, I still think them cats are crazy
They were askin' if you were around
How you was, where you could be found
Told them you were livin' downtown
Drivin' all the old men crazy

The boys are back in town, the boys are back in town
I said, the boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town

You know that chick that used to dance a lot
Every night, she'd be on the floor, shakin' what she'd got
Man, when I tell you she was cool, she was red hot
I mean, she was steamin'
And that time over at Johnny's place
Well, this chick got up and she slapped Johnny's face
Man, we just fell about the place
If that chick don't want to know, forget her

The boys are back in town, the boys are back in town
I said, the boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town

Spread the word around
Guess who's back in town?
You spread the word around

Friday night, they'll be dressed to kill
Down at Dino's Bar 'n' Grill
The drink will flow and blood will spill
And if the boys want to fight, you better let 'em
That jukebox in the corner blastin' out my favorite song
The nights are getting warmer, it won't be long
Won't be long 'til the summer comes
Now that the boys are here again

The boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town
The boys are back in town, the boys are back in town
(The boys are back, the boys are back)

BCG_ID_10828_LF.txt[11/10/23, 10:58:01 AM]

The boys are back in town again
Been hangin' down at Dino's
The boys are back in town again

WRITERS

Philip Parris Lynott

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10828_LF.txt[11/10/23, 10:58:01 AM]

Lyrics
Well since she put me down I've been out doin' in my head
I come in late at night and in the mornin' I just lay in bed

Well, Rhonda you look so fine (look so fine)
And I know it wouldn't take much time
For you to help me Rhonda
Help me get her out of my heart

Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda yeah
Get her out of my heart

She was gonna be my wife
And I was gonna be her man
(Oh Rhonda)
But she let another guy come between us
And it shattered our plans
(Oh Rhonda)

Well, Rhonda you caught my eye (caught my eye)
And I can give you lotsa reasons why
You gotta help me Rhonda
Help me get her out of my heart

Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda

BCG_ID_10832_LF.txt[11/10/23, 10:58:01 AM]

Help me Rhonda yeah
Get her out of my heart


Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda
Help, help me Rhonda
Help me Rhonda yeah
Get her out of my heart

WRITERS

Michael Love, Brian Wilson

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10832_LF.txt[11/10/23, 10:58:01 AM]

Lyrics
There's a little black spot on the sun today
It's the same old thing as yesterday
There's a black hat caught in a high tree top
There's a flag pole rag and the wind won't stop
I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain

There's a little black spot on the sun today, that's my soul up there
It's the same old thing as yesterday, that's my soul up there
There's a black hat caught in a high tree top, that's my soul up there
There's a flag pole rag and the wind won't stop, that's my soul up there
I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain

There's a fossil that's trapped in a high cliff wall, that's my soul up there
There's a dead salmon frozen in a waterfall, that's my soul up there
There's a blue whale beached by a springtide's ebb, that's my soul up there
There's a butterfly trapped in a spider's web, that's my soul up there
I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain

There's a king on a throne with his eyes torn out
There's a blind man looking for a shadow of doubt
There's a rich man sleeping on a golden bed
There's a skeleton choking on a crust of bread

King of pain

There's a red fox torn by a huntmen's pack, that's my soul up there
There's a black winged gull with a broken back, that's my soul up there
There's a little black spot on the sun today
It's the same old thing as yesterday
I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain
King of pain
King of pain, king of pain
I'll always be king of pain
I'll always be king of pain
I'll always be king of pain

BCG_ID_10833_LF.txt[11/10/23, 10:58:01 AM]

I'll always be king of pain

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10833_LF.txt[11/10/23, 10:58:01 AM]

Lyrics
I can"t stand the rain "gainst my window
Bringing back sweet memories
Ican"t stand the rain "gainst my window
"Cause he"s not here with me
Hey window pain do you remember
How sweet it used to be
When we were together
Everything was so grand, yes it was
Now that we"ve parted
There"s one sound that I just can"t stand...
Alone with the pillow
Where his head used to lay, yeah
I know you"ve got some sweet memories
But like a window you ain"t got nothin" to say
I can"t stand the rain "gainst my window
Bringing back sweet memories, hey
I can"t stand the rain, ooh
"Gainst my window, oh no no
"Cause he"s not here with me, uh
Alone with the pillow uh uh
Where his head used to lay, yeah
I know you"ve got some sweet memories
But like a window you ain"t got nothin" to say, hey hey
Uh, uh, I can"t stand the rain...
(I can"t I can"t I can"t can"t stand the rain)...
Baby, uh, uh, uh, hey hey
Ooh, ooh, uh, uh, hey
Don"t you know, "t you think...
No no ooh oooohh hey hey hey hey hey, no
Dum dum dum dum dum dum dum dum dum dum dum
Oohh !... Get off my window...
(I can"t I can"t I can"t can"t stand the rain)...
Get off my window now, get off my window
Get off my window nah, I can"t stand the rain
I can"t stand the rain, ooh, can"t stand the rain, oh

WRITERS

Ann Peebles, Bernard Miller, Don Bryant

PUBLISHERS

Lyrics © Universal Music Publishing Group, O/B/O DistroKid

BCG_ID_10836_LF.txt[11/10/23, 10:58:01 AM]

Lyrics
Little deuce coupe
You don't know what I got
Little deuce coupe
You don't know what I got

Well I'm not braggin' babe so don't put me down
But I've got the fastest set of wheels in town
When something comes up to me he don't even try
'Cause if I had a set of wings man I know she could fly
She's my little deuce coupe
You don't know what I got
(My little deuce coupe)
(You don't know what I got)

Just a little deuce coupe with a flat head mill
But she'll walk a Thunderbird like (she's) it's standin's 'till
She's ported and relieved and she's stroked and bored.
She'll do a hundred and forty with the top end floored
She's my little deuce coupe
You don't know what I got
(My little deuce coupe)
(You don't know what I got)

She's got a competition clutch with the four on the floor
And she purrs like a kitten 'till the lake pipes roar
And if that ain't enough to make you flip your lid
There's one more thing, I got the pink slip daddy

And comin' off the line when the light turns green
Well she blows 'em outta the water like you never seen
I get pushed out of shape and it's hard to steer
When I get rubber in all four gears

She's my little deuce coupe
You don't know what I got
(My little deuce coupe)
(You don't know what I got)
She's my little deuce coupe
You don't know what I got
(My little deuce coupe)
(You don't know what I got)
She's my little deuce coupe
You don't know what I got
WRITERS
ROGER CHRISTIAN, BRIAN WILSON
PUBLISHERS
Lyrics © Sony/ATV Music Publishing LLC

BCG_ID_10837_LF.txt[11/10/23, 10:58:01 AM]

Lyrics
You are so beautiful
To me
You are so beautiful
To me
Can't you see
You're everything I hoped for
You're everything I need
You are so beautiful
To me

You are so beautiful
To me
You are so beautiful
To me
Can't you see
You're everything I hoped for
Everything I need
You are so beautiful
To me

WRITERS

Bruce Carleton Fisher, Billy Preston

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try
Try and try, you'll succeed at last

Persecution you must bear
Win or lose you've got to get your share
Got your mind set on a dream
You can get it, though harder them seem now

You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try
Try and try, you'll succeed at last
I know it, listen

Rome was not built in a day
Opposition will come your way
But the hotter the battle you see
It's the sweeter the victory, now

You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try
Try and try, you'll succeed at last

You can get it if you really want
You can get it if you really want
You can get it if you really want
But you must try, try and try
Try and try, you'll succeed at last

You can get it if you really want - don't you know it?
You can get it if you really want - don't I've shown it
You can get it if you really want

WRITERS

JIMMY CLIFF

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10845_LF.txt[11/10/23, 10:58:02 AM]

BCG_ID_10845_LF.txt[11/10/23, 10:58:02 AM]

Lyrics
Your cruel device
Your blood, like ice
One look could kill
My pain, your thrill

[Chorus]
I want to love you but I better not touch
I want to hold you but my senses tell me to stop
I want to kiss you but I want it too much
I want to taste you but your lips are venomous poison

You're poison running through my veins
You're poison, I don't want to break these chains

Your mouth, so hot
Your web, I'm caught
Your skin, so wet
Black lace on sweat

[Chorus]

You're poison running through my veins
You're poison, I don't want to break these chains

Run deep inside my veins
Its burning deep inside my veins
One look could kill
My pain, your thrill

[Chorus]

You're poison running through my veins
You're poison, I don't want to break these chains

Poison

[Chorus]

You're poison running through my veins
You're poison, I don't want to break these chains

BCG_ID_10847_LF.txt[11/10/23, 10:58:02 AM]

Poison

WRITERS

WAYNE KRAMER

PUBLISHERS

Lyrics © Warner Chappell Music, Inc.

BCG_ID_10847_LF.txt[11/10/23, 10:58:02 AM]

Lyrics
Whiskey bottles, and brand new cars
Oak tree you're in my way
There's too much coke and too much smoke
Look what's going on inside you
Ooooh that smell
Can't you smell that smell
Ooooh that smell
The smell of death surrounds you

Angel of darkness is upon you
Stuck a needle in your arm
So take another toke, have a blow for your nose
One more drink fool, will drown you
Ooooh that smell
Can't you smell that smell
Ooooh that smell
The smell of death surrounds you

Now they call you Prince Charming
Can't speak a word when you're full of 'ludes
Say you'll be all right come tomorrow
But tomorrow might not be here for you (yeah you)
Ooooh that smell
Can't you smell that smell
Ooooh that smell
The smell of death surrounds you

Hey, you're a fool you
Stick them needles in your arm
I know I been there before

One little problem that confronts you
Got a monkey on your back
Just one more fix, Lord might do the trick
One hell of a price for you to get your kicks
Ooooh that smell
Can't you smell that smell
Ooooh that smell
The smell of death surrounds you
Ooooh that smell
Can't you smell that smell
Ooooh that smell
The smell of death surrounds you

Hey, you're a fool you
Stick them needles in your arm
You're just a fool, just a fool, just a fool

BCG_ID_10853_LF.txt[11/10/23, 10:58:02 AM]

WRITERS

Allen Collins, Ronnie Van Zant

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10853_LF.txt[11/10/23, 10:58:02 AM]

Lyrics
I remember black skies
The lightning all around me
I remember each flash
As time began to blur
Like a startling sign
That fate had finally found me
And your voice was all I heard
That I get what I deserve

So give me reason
To prove me wrong
To wash this memory clean
Let the floods cross
The distance in your eyes
Give me reason
To fill this hole
Connect this space between
Let it be enough to reach the truth that lies
Across this new divide

There was nothing inside
The memories left abandoned
There was nowhere to hide
The ashes fell like snow
And the ground caved in
Between where we were standing
And your voice was all I heard
That I get what I deserve

So give me reason
To prove me wrong
To wash this memory clean
Let the floods cross
The distance in your eyes
Across this new divide

In every loss in every lie
In every truth that you deny
And each regret and each goodbye
Was a mistake too great to hide
And your voice was all I heard
That I get what I deserve

So give me reason
To prove me wrong
To wash this memory clean
Let the floods cross

BCG_ID_10855_LF.txt[11/10/23, 10:58:02 AM]

The distance in your eyes
Give me reason
To fill this hole
Connect this space between
Let it be enough to reach the truth that lies
Across this new divide
Across this new divide
Across this new divide

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10855_LF.txt[11/10/23, 10:58:02 AM]

Lyrics
You walk into the room with your pencil in your hand
You see somebody naked and you say, "Who is that man?"
You try so hard but you don't understand
Just what you will say when you get home
Because something is happening here but you don't know what it is
Do you, Mr. Jones?


You raise up your head and you ask, "Is this where it is?"
And somebody points to you and says, "It's his"
And you say, "What's mine?" and somebody else says, "Well, what is?"
And you say, "Oh my God, am I here all alone?"
But something is happening and you don't know what it is
Do you, Mr. Jones?


You hand in your ticket and you go watch the geek
Who immediately walks up to you when he hears you speak
And says, "How does it feel to be such a freak?"
And you say, "Impossible!" as he hands you a bone
And something is happening here but you don't know what it is
Do you, Mr. Jones?


You have many contacts among the lumberjacks
To get you facts when someone attacks your imagination
But nobody has any respect, anyway they already expect you to all give a check
To tax-deductible charity organizations


Ah, you've been with the professors and they've all liked your looks
With great lawyers you have discussed lepers and crooks
You've been through all of F. Scott Fitzgerald's books
You're very well-read, it's well-known
But something is happening here and you don't know what it is
Do you, Mr. Jones?


Well, the sword swallower, he comes up to you and then he kneels
He crosses himself and then he clicks his high heels
And without further notice, he asks you how it feels
And he says, "Here is your throat back, thanks for the loan"
And you know something is happening but you don't know what it is
Do you, Mr. Jones?


Now, you see this one-eyed midget shouting the word "Now"
And you say, "For what reason?" and he says, "How"
And you say, "What does this mean?" and he screams back, "You're a cow!
Give me some milk or else go home"
And you know something's happening but you don't know what it is
Do you, Mr. Jones?

BCG_ID_10858_LF.txt[11/10/23, 10:58:02 AM]

Well, you walk into the room like a camel, and then you frown
You put your eyes in your pocket and your nose on the ground
There ought to be a law against you comin' around
You should be made to wear earphones
'Cause something is happening and you don't know what it is
Do you, Mr. Jones?

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10858_LF.txt[11/10/23, 10:58:02 AM]

Lyrics
If you love somebody
Better tell them why they're here 'cause
They just may run away from you

You'll never know what went well
Then again it just depends on
How long of time is left for you

I've had the highest mountains
I've had the deepest rivers
You can have it all but life keeps movin'

Now take it in but don't look down

'Cause I'm on top of the world, ayy
I'm on top of the world, ayy
Waiting on this for a while now
Paying my dues to the dirt
I've been waiting to smile, ayy
Been holding it in for a while, ayy
Take you with me if I can
Been dreaming of this since a child
I'm on top of the world

I've tried to cut these corners
Try to take the easy way out
I kept on falling short of something

I coulda gave up then but
Then again I couldn't have 'cause
I've traveled all this way for something

I take it in but don't look down

'Cause I'm on top of the world, ayy
I'm on top of the world, ayy
Been waiting on this for a while now
Paying my dues to the dirt
I've been waiting to smile, ayy
Been holding it in for a while, ayy
Take you with me if I can
Been dreaming of this since a child
I'm on top of the world

BCG_ID_10861_LF.txt[11/10/23, 10:58:03 AM]

'Cause I'm on top of the world, ayy
I'm on top of the world, ayy
Waiting on this for a while now
Paying my dues to the dirt
I've been waiting to smile, ayy
Been holding it in for a while, ayy
Take you with me if I can
Been dreaming of this since a child

And I know it's hard when you're falling down
And it's a long way up when you hit the ground
But get up now, get up, get up now

And I know it's hard when you're falling down
And it's a long way up when you hit the ground
Get up now, get up, get up now

'Cause I'm on top of the world, ayy
I'm on top of the world, ayy
Waiting on this for a while now
Paying my dues to the dirt
I've been waiting to smile, ayy
Been holding it in for a while, ayy
Take you with me if I can
Been dreaming of this since a child
I'm on top of the world

WRITERS

Alexander Junior Grant, Benjamin Arthur McKee, Daniel Coulter Reynolds, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10861_LF.txt[11/10/23, 10:58:03 AM]

Lyrics
Mama told me when I was young
"Come sit beside me, my only son
And listen closely to what I say
And if you do this it'll help you some sunny day, ah yeah"

"Oh, take your time, don't live too fast
Troubles will come and they will pass
You'll find a woman, yeah, and you'll find love
And don't forget, son, there is someone up above"

"And be a simple kind of man
Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"

"Forget your lust for the rich man's gold
All that you need is in your soul
And you can do this, oh baby, if you try
All that I want for you my son, is to be satisfied"

"And be a simple kind of man
Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"

Oh yes, I will

"Boy, don't you worry, you'll find yourself
Follow your heart and nothing else
And you can do this, oh baby, if you try
All that I want for you my son, is to be satisfied"

"And be a simple kind of man
Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"

Baby, be a simple, be a simple man
Oh, be something you love and understand
Baby, be a simple kind of man

WRITERS

Ronnie Van Zant, Gary Robert Rossington

BCG_ID_10878_LF.txt[11/10/23, 10:58:03 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Song sung blue
Everybody knows one
Song sung blue
Every garden grows one

Me and you are subject to the blues now and then
But when you take the blues and make a song
You sing them out again
Sing them out again

Song sung blue
Weeping like a willow
Song sung blue
Sleeping on my pillow

Funny thing, but you can sing it with a cry in your voice
And before you know, it get to feeling good
You simply got no choice

Me and you are subject to the blues now and then
But when you take the blues and make a song
You sing them out again

Song sung blue
Weeping like a willow
Song sung blue
Sleeping on my pillow

Funny thing, but you can sing it with a cry in your voice
And before you know, it started feeling good
You simply got no choice

Song sung blue
Song sung blue
Funny thing, but you can sing it with a cry in your voice

WRITERS

NEIL DIAMOND

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
God bless us, everyone
We're a broken people living under loaded gun
And it can't be outfought
It can't be outdone
It can't be outmatched
It can't be outrun
No

God bless us, everyone
We're a broken people living under loaded gun
And it can't be outfought
It can't be outdone
It can't be outmatched
It can't be outrun
No

And when I close my eyes tonight
To symphonies of blinding light
(God bless us, everyone
We're a broken people living under loaded gun, oh)
Like memories in cold decay
Transmissions echoing away
Far from the world of you and I
Where oceans bleed into the sky

God save us, everyone
Will we burn inside the fires of a thousand suns?
For the sins of our hand
The sins of our tongue
The sins of our father
The sins of our young
No

God save us, everyone
Will we burn inside the fires of a thousand suns?
For the sins of our hand
The sins of our tongue
The sins of our father
The sins of our young
No

And when I close my eyes tonight
To symphonies of blinding light
(God save us, everyone
Will we burn inside the fires of a thousand suns? Oh)
Like memories in cold decay
Transmissions echoing away

BCG_ID_10888_LF.txt[11/10/23, 10:58:03 AM]

Far from the world of you and I
Where oceans bleed into the sky

Oh, like memories in cold decay
Transmissions echoing away
Far from the world of you and I
Where oceans bleed into the sky

Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up
Let me go
Lift me up (it can't be outfought, it can't be outdone)
Let me go (it can't outmatched, it can't be outrun now)

God bless us, everyone
We're a broken people living under loaded gun
And it can't be outfought
It can't be outdone
It can't outmatched
It can't be outrun
No

God bless us, everyone
We're a broken people living under loaded gun
And it can't be outfought
It can't be outdone
It can't outmatched
It can't be outrun

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

BCG_ID_10888_LF.txt[11/10/23, 10:58:03 AM]

Lyrics © Universal Music Publishing Group, Songtrust Ave

BCG_ID_10888_LF.txt[11/10/23, 10:58:03 AM]

Lyrics
(One, two, three)


(Turn it up)


Big wheels keep on turning
Carry me home to see my kin
Singing songs about the Southland
I miss Alabamy once again and I think it's a sin, yes


Well, I heard Mister Young sing about her (southern man)
Well, I heard ol' Neil put her down
Well, I hope Neil Young will remember
A southern man don't need him around, anyhow


Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you


In Birmingham they love the Governor, boo, boo, boo
Now we all did what we could do
Now Watergate does not bother me
Does your conscience bother you? Tell the truth


Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you, here I come Alabama


(Oh oh oh, Alabama, oh oh oh, Alabama)
(Oh oh oh, Alabama, oh oh oh, Alabama)


Now Muscle Shoals has got the Swampers
And they've been known to pick a song or two (yes, they do)
Lord, they get me off so much
They pick me up when I'm feeling blue, now how 'bout you?


Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you

BCG_ID_10889_LF.txt[11/10/23, 10:58:03 AM]

Sweet home Alabama, oh, sweet home, baby
Where the skies are so blue and the governor's true
Sweet home Alabama, Lordy
Lord, I'm coming home to you, yeah yeah

My, Montgomery's got the answer

WRITERS

Ronnie Van Zant, Gary Robert Rossington, Edward C. King

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Shadows are falling and I been here all day
It's too hot to sleep and time is running away
Feel like my soul has turned into steel
I've still got the scars that the sun didn't let me heal

There's not even room enough to be anywhere
It's not dark yet, but it's getting there
Well my sense of humanity is going down the drain
Behind every beautiful thing, there's been some kind of pain

She wrote me a letter and she wrote it so kind
She put down in writin' what was in her mind
I just don't see why I should even care
It's not dark yet, but it's getting there

Well I been to London and I been to gay Paree
I followed the river and I got to the sea
I've been down to the bottom of a whirlpool of lies
I ain't lookin' for nothin' in anyone's eyes

Sometimes my burden is more than I can bear
It's not dark yet, but it's getting there

I was born here and I'll die here, against my will
I know it looks like I'm movin' but I'm standin' still

Every nerve in my body is so naked and numb
I can't even remember what it was I came here to get away from
Don't even hear the murmur of a prayer
It's not dark yet, but it's getting there

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10892_LF.txt[11/10/23, 10:58:03 AM]

Lyrics
All this feels strange and untrue
And I won't waste a minute without you
My bones ache, my skin feels cold
And I'm getting so tired and so old

The anger swells in my guts
And I won't feel these slices and cuts
I want so much to open your eyes
'Cause I need you to look into mine

Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes

Get up, get out, get away from these liars
'Cause they don't get your soul or your fire
Take my hand, knot your fingers through mine
And we'll walk from this dark room for the last time

Every minute from this minute now
We can do what we like anywhere
I want so much to open your eyes
'Cause I need you to look into mine

Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes

Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes
Tell me that you'll open your eyes

All this feels strange and untrue
And I won't waste a minute without you

WRITERS

Gary Lightbody, Jonathan Graham Quinn, Nathan Connolly, Paul Wilson, Tom Simpson

PUBLISHERS

Lyrics © Kanjian Music, BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing

BCG_ID_10893_LF.txt[11/10/23, 10:58:04 AM]

LLC, Royalty Network, Capitol CMG Publishing, Songtrust Ave

BCG_ID_10893_LF.txt[11/10/23, 10:58:04 AM]

Lyrics
Christopher Robin and I walked along
Under branches lit up by the moon.
Posing our questions to owl and eeyore
As our days disappeared all too soon.
But I've wandered much further today than I should
And I can't seeem to find my way back to the wood.
So, help me if you can I've got to get
Back to the house at Pooh corner by one.
You;d be surprised there's so much to be done,
Count all the bees in the hive,
Chase all the clouds from the sky.
Back to the days of Christopher Robin and Pooh.
Winnie the Pooh doesn't know what to do,

Got a honey jar stuck on his nose.
He came to me asking help and advice
And from here no one knows where he goes.
So I sent him to ask of te Owl if he's there,
How to loosen a jar from the nose of a bear
So, help me if you can I've got to get
Back to the house at Pooh corner by one
You'd be surprised there's so much to be done,
Count all the bees in the hive,
Chase all the clouds from the sky .
Back to the days of Christopher Robin and Pooh,
Back to the days of Christopher Robin,
Back to the ways of Pooh

WRITERS

KENNETH CLARK LOGGINS

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10894_LF.txt[11/10/23, 10:58:04 AM]

Lyrics
How many roads must a man walk down
Before you call him a man?
How many seas must a white dove sail
Before she sleeps in the sand?
Yes, 'n' how many times must the cannon balls fly
Before they're forever banned?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind


Yes, 'n' how many years can a mountain exist
Before it is washed to the sea?
Yes, 'n' how many years can some people exist
Before they're allowed to be free?
Yes, 'n' how many times can a man turn his head
And pretend that he just doesn't see?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind


Yes, 'n' how many times must a man look up
Before he can see the sky?
Yes, 'n' how many ears must one man have
Before he can hear people cry?
Yes, 'n' how many deaths will it take 'til he knows
That too many people have died?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © CONSALAD CO., Ltd.

BCG_ID_10895_LF.txt[11/10/23, 10:58:04 AM]

Lyrics
Father of mine
Tell me where have you been
You know I just closed my eyes
My whole world disappeared
Father of mine
Take me back to the day
Yeah, when I was still your golden boy
Back before you went away

I remember the blue skies
Walking the block
I loved it when you held me high
I loved to hear you talk
You would take me to the movie
You would take me to the beach
Take me to a place inside
That is so hard to reach

Father of mine
Tell me where did you go
You had the world inside your hand
But you did not seem to know
Father of mine
Tell me what do you see
When you look back at your wasted life
And you don't see me

I was ten years old
Doing all that I could
Wasn't easy for me to be a scared white boy
In a black neighborhood
Sometimes you would send me a birthday card
With a five dollar bill
Yeah, I never understood you then
And I guess I never will

Daddy gave me a name
My dad he gave me a name (then he walked away)
Daddy gave me a name (then he walked away)
My dad he gave me a name

Daddy gave me a name
Daddy gave me a name (then he walked away)
Daddy gave me a name (then he walked away)
My daddy gave me a name

BCG_ID_10899_LF.txt[11/10/23, 10:58:04 AM]

Yeah, yeah, oh yeah

Father of mine
Tell me where have you been
Yeah, I just closed my eyes
And the world disappeared
Father of mine
Tell me how do you sleep
With the children you abandoned
And the wife I saw you beat

I will never be safe
I will never be sane
I will always be weird inside
I will always be lame
Now I'm a grown man
With a child of my own
And I swear I'm not going to let her know
All the pain I have known

Then he walked away
Daddy gave me a name
Then he walked away
My daddy gave me a name
Then he walked away
My daddy gave me a name
Then he walked away
My daddy gave me a name
Then he walked away (yeah)
Then he walked away (yeah)
Then he walked away (oh, yeah)

WRITERS

Art Alexakis, Craig Montoya, Greg Eklund

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10899_LF.txt[11/10/23, 10:58:04 AM]

Lyrics
A falling star
Fell from your heart
And landed in my eyes
I screamed aloud
As it tore through them
And now it's left me blind

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

And in the dark, I can hear your heartbeat
I tried to find the sound
But then it stopped, and I was in the darkness
So darkness I became

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

I took the stars from our eyes, and then I made a map
And knew that somehow I could find my way back
Then I heard your heart beating
You were in the darkness too
So I stayed in the darkness with you

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

The stars, the moon, they have all been blown out
You left me in the dark
No dawn, no day, I'm always in this twilight
In the shadow of your heart

WRITERS

Florence Leontine Mary Welch, Isabella Janet Florentina Summers

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10902_LF.txt[11/10/23, 10:58:04 AM]

Lyrics
Now this is a story all about how
My life got flipped, turned upside down
And I'd like to take a minute
Just sit right there
I'll tell you how I became the prince of a town called Bel-Air

In West Philadelphia born and raised
On the playground was where I spent most of my days
Chillin' out, maxin,' relaxin' all cool
And all shootin' some b-ball outside of the school
When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
And said, "You're movin' with your auntie and uncle in Bel-Air"

I begged and pleaded with her day after day
But she packed my suitcase and sent me on my way
She gave me a kiss and then she gave me my ticket
I put my Walkman on and said, "I might as well kick it"

First class, yo this is bad
Drinking orange juice out of a champagne glass
Is this what the people of Bel-Air living like?
Hmm, this might be alright

But wait I hear they're prissy, bourgeois and all that
Is this the type of place that they should send this cool cat?
I don't think so, I'll see when I get there
I hope they're prepared for the prince of Bel-Air

Well, uh, the plane landed and when I came out
There was a dude looked like a cop standing there with my name out
I ain't tryna get arrested yet, I just got here
I sprang with the quickness like lightning, disappeared

I whistled for a cab and when it came near
The license plate said "fresh" and it had dice in the mirror
If anything I could say that this cab was rare
But I thought, "Nah, forget it, yo, holmes, to Bel-Air"

I pulled up to a house about seven or eight
And I yelled to the cabbie, "Yo, holmes, smell ya later"
Looked at my kingdom, I was finally there
To sit on my throne as the Prince of Bel-Air

BCG_ID_10906_LF.txt[11/10/23, 10:58:04 AM]

WRITERS

Jeffrey Townes, Willard C. Smith, Quincy III Jones

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

381

BCG_ID_10906_LF.txt[11/10/23, 10:58:04 AM]

Lyrics
When I see your smile
Tears run down my face
I can't replace
And now that I'm strong I have figured out
How this world turns cold
And it breaks through my soul and I know
I'll find deep inside me
I can be the one

I will never let you fall
I'll stand up with you forever
I'll be there for you through it all
Even if saving you sends me to heaven

It's okay
It's okay
It's okay

Seasons are changing and waves are crashing and
Stars are falling all for us
Days grow longer and nights grow shorter
I can show you I'll be the one

I will never let you fall
I'll stand up with you forever
I'll be there for you through it all
Even if saving you sends me to heaven
'Cause you're my
You're my, my
My true love
My whole heart
Please don't throw that away
'Cause I'm here for you
Please don't walk away and
Please tell me you'll stay, yeah
Whoa
Stay, whoa, whoa
Use me as you will
Pull my strings just for a thrill
And I know I'll be okay
Though my skies are turning grey (grey)

I will never let you fall
I'll stand up with you forever
I'll be there for you through it all
Even if saving you sends me to heaven

BCG_ID_10917_LF.txt[11/10/23, 10:58:05 AM]

I will never let you fall
I'll stand up with you forever
I'll be there for you through it all
Even if saving you send me to heaven

WRITERS

Ronnie Winter

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10917_LF.txt[11/10/23, 10:58:05 AM]

Lyrics
Wake in a sweat again
Another day's been laid to waste
In my disgrace
Stuck in my head again
Feels like I'll never leave this place
There's no escape
I'm my own worst enemy

I've given up
I'm sick of feeling
Is there nothing you can say?
Take this all away
I'm suffocating
Tell me what the fuck is wrong with me

I don't know what to take
Thought I was focused, but I'm scared
I'm not prepared
I hyperventilate
Looking for help somehow, somewhere
And no one cares
I'm my own worst enemy

I've given up
I'm sick of feeling
Is there nothing you can say?
Take this all away
I'm suffocating
Tell me what the fuck is wrong with me

God

Put me out of my misery
Put me out of my misery
Put me out of my
Put me out of my fucking misery

I've given up
I'm sick of feeling
Is there nothing you can say?
Take this all away
I'm suffocating
Tell me what the fuck is wrong with me

WRITERS

BCG_ID_10918_LF.txt[11/10/23, 10:58:05 AM]

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10918_LF.txt[11/10/23, 10:58:05 AM]

Lyrics
I ain't lookin' to compete with you
Beat or cheat or mistreat you
Simplify you, classify you
Deny, defy or crucify you
All I really want to do
Is, baby, be friends with you

No, and I ain't lookin' to fight with you
Frighten you or uptighten you
Drag you down or drain you down
Chain you down or bring you down
All I really want to do
Is, baby, be friends with you

I ain't lookin' to block you up
Shock or knock or lock you up
Analyze you, categorize you
Finalize you or advertise you
All I really want to do
Is, baby, be friends with you

I don't want to straight-face you
Race or chase you, track or trace you
Or disgrace you or displace you
Or define you or confine you
All I really want to do
Is, baby, be friends with you

I don't want to meet your kin
Make you spin or do you in
Or select you or dissect you
Or inspect you or reject you
All I really want to do
Is, baby, be friends with you

I don't want to fake you out
Take or shake or forsake you out
I ain't lookin' for you to feel like me
See like me or be like me
All I really want to do
Is, baby, be friends with you

WRITERS

Bob Dylan

PUBLISHERS

BCG_ID_10922_LF.txt[11/10/23, 10:58:05 AM]

Lyrics © Universal Music Publishing Group



BCG_ID_10922_LF.txt[11/10/23, 10:58:05 AM]

Lyrics
I don't practice Santeria, I ain't got no crystal ball
Well, I had a million dollars but I'd, I'd spend it all
If I could find that Heina and that Sancho that she's found
Well, I'd pop a cap in Sancho and I'd slap her down

What I really want to know
Ah, baby, mm
What I really want to say
I can't define
Well it's love that I need
Oh, my soul will have to wait 'til I get back and find
Heina of my own
Daddy's gonna love one and all
I feel the break, feel the break
Feel the break and I got to live it up, oh yeah huh

Well, I swear that I, well I really want to know
Ah, baby, what I really want to say, I can't define
That love, make it go, my soul will have to

Ooh, what I really want to say, ah baby
What I really want to say, is I've got mine
And I'll make it, yes, I'm going up
Tell Sanchito that if he knows what is good for him
He best go run and hide
Daddy's got a new .45
And I won't think twice to stick that barrel straight down Sancho's throat
Believe me when I say that I got something for his punk ass

What I really want know, my baby
Ooh, what I really want to say is there's just one way back
And I'll make it, yeah, my soul will have to wait

Yeah, yeah, yeah

WRITERS

Bradley James Nowell, Eric John Wilson, Floyd I Iv Gaugh

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10931_LF.txt[11/10/23, 10:58:05 AM]

Lyrics
She paints her nails and she don't know
He's got her best friend on the phone
She'll wash her hair
His dirty clothes are all he gives to her
And he's got posters on the wall
Of all the girls he wished she was
And he means everything to her


Her boyfriend, he don't know
Anything about her
He's too stoned, Nintendo
I wish that I could make her see
She's just the flavor of the week


It's Friday night and she's all alone
He's a million miles away
She's dressed to kill
But the TV's on
He's connected to the sound
And he's got pictures on the wall
Of all the girls he's loved before
And she knows all his favorite songs


Her boyfriend, he don't know
Anything about her
He's too stoned, Nintendo
I wish that I could make her see
She's just the flavor of the week


Yeah


Her boyfriend, he don't know
Anything about her
He's too stoned, he's too stoned
He's too stoned, he's too stoned


Her boyfriend, he don't know
Anything about her
He's too stoned, Nintendo
I wish that I could make her see
She's just the flavor of the week


Yeah she's the flavor of the week
But she makes me weak

WRITERS

Stacy Jones

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10932_LF.txt[11/10/23, 10:58:05 AM]

Lyrics
You would not believe your eyes
If ten million fireflies
Lit up the world as I fell asleep
'Cause they fill the open air
And leave teardrops everywhere
You'd think me rude but I would just stand and stare

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems

'Cause I'd get a thousand hugs
From ten thousand lightning bugs
As they tried to teach me how to dance
A foxtrot above my head
A sock hop beneath my bed
A disco ball is just hanging by a thread (thread, thread)

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems (when I fall asleep)

Leave my door open just a crack
Please take me away from here
'Cause I feel like such an insomniac
Please take me away from here
Why do I tire of counting sheep?
Please take me away from here
When I'm far too tired to fall asleep

To ten million fireflies
I'm weird 'cause I hate goodbyes
I got misty eyes as they said farewell (they said farewell)
But I'll know where several are
If my dreams get real bizarre
'Cause I saved a few and I keep them in a jar (jar, jar, jar)

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems (when I fall asleep)

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems (when I fall asleep)

BCG_ID_10934_LF.txt[11/10/23, 10:58:06 AM]

(I'd like to make myself believe that planet Earth turns slowly)
(It's hard to say that I'd rather stay awake when I'm asleep)
(Because my dreams are bursting at the seams)

WRITERS

Adam R. Young

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10934_LF.txt[11/10/23, 10:58:06 AM]

Lyrics
Whenever I'm alone with you
You make me feel like I am home again
Whenever I'm alone with you
You make me feel like I am whole again

Whenever I'm alone with you
You make me feel like I am young again
Whenever I'm alone with you
You make me feel like I am fun again

However far away
I will always love you
However long I stay
I will always love you
Whatever words I say
I will always love you
I will always love you

(Fly me to the moon)

Whenever I'm alone with you
You make me feel like I am free again
Whenever I'm alone with you
You make me feel like I am clean again

However far away
I will always love you
However long I stay
I will always love you
Whatever words I say
I will always love you
I will always love you

WRITERS

Robert James Smith, Roger O'Donnell, Porl Thompson, Laurence Andrew Tolhurst, Boris Williams, Simon Johnathon Gallup

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_10948_LF.txt[11/10/23, 10:58:06 AM]

Lyrics
When this began
I had nothing to say
And I'd get lost in the nothingness inside of me
(I was confused)
And I let it all out to find that
I'm not the only person with these things in mind (inside of me)
But all the vacancy the words revealed
Is the only real thing that I got left to feel (nothing to lose)
Just stuck, hollow and alone
And the fault is my own
And the fault is my own

I want to heal, I want to feel
What I thought was never real
I want to let go of the pain I felt so long (erase all the pain 'til it's gone)
I want to heal, I want to feel
Like I'm close to something real
I want to find something I've wanted all along
Somewhere I belong

And I've got nothing to say
I can't believe I didn't fall right down on my face (I was confused)
Looking everywhere only to find
That it's not the way I had imagined it all in my mind (so what am I?)
What do I have but negativity?
'Cause I can't justify the way everyone is looking at me (nothing to lose)
Nothing to gain, hollow and alone
And the fault is my own
And the fault is my own

I want to heal, I want to feel
What I thought was never real
I want to let go of the pain I've held so long (erase all the pain 'til it's gone)
I want to heal, I want to feel
Like I'm close to something real
I want to find something I've wanted all along
Somewhere I belong

I will never know myself until I do this on my own
And I will never feel
Anything else until my wounds are healed
I will never be
Anything 'til I break away from me
I will break away, I'll find myself today

I want to heal, I want to feel
What I thought was never real

BCG_ID_10951_LF.txt[11/10/23, 10:58:06 AM]

I want to let go of the pain I felt so long (erase all the pain 'til it's gone)
I want to heal, I want to feel
Like I'm close to something real
I want to find something I've wanted all along
Somewhere I belong

I want to heal I want to feel like I'm
Somewhere I belong
I want to heal I want to feel like I'm somewhere I belong
Somewhere I belong

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10951_LF.txt[11/10/23, 10:58:06 AM]

Lyrics
Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing what is real

There's something inside me that pulls beneath the surface
Consuming, confusing
This lack of self control I fear is never ending
Controlling
I can't seem
To find myself again
My walls are closing in
(Without a sense of confidence
I'm convinced that there's just too much pressure to take)
I've felt this way before
So insecure

Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing what is real

Discomfort endlessly has pulled itself upon me
Distracting, reacting
Against my will, I stand beside my own reflection
It's haunting how I can't seem

To find myself again
My walls are closing in
(Without a sense of confidence
I'm convinced that there's just too much pressure to take)
I've felt this way before
So insecure

Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing what is real

Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing, confusing what is real

There's something inside me that pulls beneath the surface

BCG_ID_10962_LF.txt[11/10/23, 10:58:06 AM]

Consuming (confusing what is real)
This lack of self control I fear is never ending
Controlling (confusing what is real)

WRITERS

Mike Shinoda, Brad Delson, Chester Charles Bennington, Joseph Hahn, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10962_LF.txt[11/10/23, 10:58:06 AM]

Lyrics
When you try your best but you don't succeed
When you get what you want but not what you need
When you feel so tired but you can't sleep
Stuck in reverse


When the tears come streaming down your face
When you lose something you can't replace
When you love someone but it goes to waste
Could it be worse?


Lights will guide you home
And ignite your bones
And I will try to fix you


High up above or down below
When you're too in love to let it go
If you never try you'll never know
Just what you're worth


Lights will guide you home
And ignite your bones
And I will try to fix you


Tears stream down your face
When you lose something you cannot replace
Tears stream down your face
And I


Tears stream down your face
I promise you I will learn from my mistakes
Tears stream down your face
And I


Lights will guide you home
And ignite your bones
And I will try to fix you

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10963_LF.txt[11/10/23, 10:58:06 AM]

Lyrics
In my place, in my place
Were lines that I couldn't change
I was lost, oh yeah

And I was lost, I was lost
Crossed lines I shouldn't have crossed
I was lost, oh yeah

Yeah, how long must you wait for it?
Yeah, how long must you pay for it?
Yeah, how long must you wait for it?
Oh, for it?

I was scared, I was scared
Tired and underprepared
But I'll wait for it

And if you go, if you go
And leave me down here on my own
Then I'll wait for you, yeah

Yeah, how long must you wait for it?
Yeah, how long must you pay for it?
Yeah, how long must you wait for it?
Oh, for it?

Sing it, please, please, please
Come back, come sing to me, to me, me
Come on and sing it out, now, now
Come on and sing it out to me, me
Come back and sing it

In my place, in my place
Were lines that I couldn't change
And I was lost, oh yeah, oh yeah

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10975_LF.txt[11/10/23, 10:58:06 AM]

Lyrics
It's down to this
I've got to make this life make sense
Can anyone tell what I've done?
I miss the life
I miss the colors of the world
Can anyone tell where I am?


'Cause now again I found myself so far down
Away from the sun that shines into the darkest place
I'm so far down
Away from the sun again
Away from the sun again


Well, I'm over this
I'm tired of living and I'm dark
Can anyone see me down here?
The feeling's gone
There's nothing left to lift me up
Back into the world I know


'Cause now again I found myself so far down
Away from the sun that shines into the darkest place
I'm so far down, away from the sun
That shines to light the way for me
To find my way back into the arms
That care about the ones like me
I'm so far down
Away from the sun again
Oh no, yeah, oh no


It's down to this
I've got to make this life make sense
And now I can't tell what I've done
Now again I found myself so far down, away from the sun
That shines to light the way for me


'Cause now again I found myself so far down
Away from the sun that shines into the darkest place
I'm so far down, away from the sun
That shines to light the way for me
To find my way back into the arms
That care about the ones like me
I'm so far down
Away from the sun again
Oh no, yeah
I'm gone

BCG_ID_10977_LF.txt[11/10/23, 10:58:07 AM]

WRITERS

Bradley Kirk Arnold, Matt Roberts, Christopher Lee Henderson, Robert Todd Harrell

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10977_LF.txt[11/10/23, 10:58:07 AM]

Lyrics
I'll never smile again
Until I smile at you
I'll never laugh again
What good would it do?
For tears would fill my eyes
My heart would realize
That our romance is through

I'll never love again
I'm so in love with you
I'll never thrill again
To somebody new
Within my heart
I know I will never start
To smile again
Until I smile at you

WRITERS

Glenn Osser, Ruth Lowe

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Capitol CMG Publishing

BCG_ID_10990_LF.txt[11/10/23, 10:58:07 AM]

Lyrics
I'm sailing away
Set an open course for the virgin sea
'Cause I've got to be free
Free to face the life that's ahead of me
On board I'm the captain
So climb aboard
We'll search for tomorrow
On every shore and I'll try
Oh Lord, I'll try
To carry on

I look to the sea
Reflections in the waves spark my memory
Some happy some sad
I think of childhood friends and the dreams we had
We live happily forever
So the story goes
But somehow we missed out
On that pot of gold
But we'll try best that we can
To carry on

A gathering of angels
Appeared above my head
They sang to me this song of hope
And this is what they said
They said, come sail away, come sail away
Come sail away with me (lads)
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me (baby)
Come sail away, come sail away
Come sail away with me

I thought that they were angels
But to my surprise
We climbed aboard their starship
We headed for the skies

Singing, come sail away, come sail away
Come sail away with me (lads)
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me

BCG_ID_10991_LF.txt[11/10/23, 10:58:07 AM]

Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me
Come sail away, come sail away
Come sail away with me

WRITERS

Dennis De Young

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10991_LF.txt[11/10/23, 10:58:07 AM]

Lyrics
Say it's true, there's nothing like me and you
Not alone, tell me you feel it too
And I would runaway
I would runaway, yeah, yeah
I would runaway
I would runaway with you

'Cause I have fallen in love
With you, no never have
I'm never gonna stop falling in love (with you)

Close the door, lay down upon the floor
And by candlelight, make love to me through the night
'Cause I have runaway
I have runaway, yeah, yeah
I have runaway, runaway
I have runaway with you

'Cause I have fallen in love
With you, no never have
I'm never gonna stop falling in love with you (with you)

And I would runaway
I would runaway, yeah
I would runaway
I would runaway with you

'Cause I have fallen in love
With you, no never have
I'm never gonna stop falling in love with you

Fallen in love with you
No never, ever, I'm never gonna stop falling in love with you
With you, my love
With you, with you
Ya, da, da, da, da, da, da, da, da, da, da, da, ya, da, da, da

WRITERS

James Corr, Sharon Corr, Caroline Corr, Andrea Jane Corr

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10996_LF.txt[11/10/23, 10:58:07 AM]

Lyrics
Can this be true?
Tell me, can this be real?
How can I put into words what I feel?
My life was complete
I thought I was whole
Why do I feel like I'm losing control?

I never thought that love could feel like this
And you've changed my world with just one kiss
How can it be that right here with me
There's an angel?
It's a miracle

Your love is like a river
Peaceful and deep
Your soul is like a secret
That I never could keep
When I look into your eyes
I know that it's true
God must have spent
A little more time on you
(A little more time) (I'm sure He did)
(Yes, He did, baby)

In all of creation, all things great and small
You are the one that surpasses them all
More precious than any diamond or pearl
They broke the mold when you came in this world

And I'm trying hard to figure out
Just how I ever did without
The warmth of your smile
The heart of a child
It's deep inside
Leaves me purified

Your love is like a river
Peaceful and deep
Your soul is like a secret
That I never could keep
When I look into your eyes
I know that it's true
God must have spent
A little more time on you

(On you, on you, on you, you) Yes, He did, babe

BCG_ID_10998_LF.txt[11/10/23, 10:58:07 AM]

Yes He did (on you, on you, on you, you)
(On you, on you, on you, you)
(On you, on you, on you, you)


Never thought that love could feel like this
And you've changed my world with just one kiss
How can it be that right here with me
There's an angel?
It's just a miracle


Your love is like a river
Peaceful and deep
Your soul is like a secret
That I never could keep
When I look into your eyes
I know that it's true
God must have spent
A little more time on you


God must have spent
A little more time on you (on you, on you)
On you
A little more time
You, you

WRITERS

Carl Allen Sturken, Evan A Rogers

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
You consider me the young apprentice
Caught between the Scylla and Charibdes
Hypnotized by you if I should linger
Staring at the ring around your finger

I have only come here seeking knowledge
Things they would not teach me of in college
I can see the destiny you sold turned into a shining band of gold

I'll be wrapped around your finger
I'll be wrapped around your finger
Mephistopheles is not your name
I know what you're up to just the same
I will listen hard to your tuition
You will see it come to its fruition
I'll be wrapped around your finger
I'll be wrapped around your finger

Devil and the deep blue sea behind me
Vanish in the air you'll never find me
I will turn your face to alabaster
When you'll find your servant is your master

You'll be wrapped around my finger
You'll be wrapped around my finger
You'll be wrapped around my finger

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10999_LF.txt[11/10/23, 10:58:07 AM]

Lyrics
If I leave here tomorrow
Would you still remember me?
For I must be traveling on now
'Cause there's too many places I've got to see

But if I stay here with you, girl
Things just couldn't be the same
'Cause I'm as free as a bird now
And this bird you cannot change
Oh, oh, oh, oh
And the bird you cannot change
And this bird, you cannot change
Lord knows, I can't

Bye-bye baby, it's been sweet love, yeah, yeah
Though this feelin' I can't change
Please don't take it so badly
'Cause Lord knows, I'm to blame

If I stay here with you, girl
Things just couldn't be the same
'Cause I'm as free as a bird now
And this bird you cannot change
Oh, oh, oh, oh
And the bird you cannot change
And this bird, you cannot change

Lord knows, I can't change
Lord help me, I can't change
Lord, I can't change
Won't you fly high, free bird, yeah

WRITERS

Allen Collins, Ronnie Van Zant

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11005_LF.txt[11/10/23, 10:58:08 AM]

Lyrics

In the mornin' you go gunnin' for the man who stole your water
And you fire 'til he is done in but they catch you at the border
And the mourners are all singin' as they drag you by your feet
But the hangman isn't hangin' and they put you on the street

You go back, Jack, do it again, wheel turnin' 'round and 'round
You go back, Jack, do it again

When you know she's no high climber then you find your only friend
In a room with your two-timer, and you're sure you're near the end
Then you love a little wild one and she brings you only sorrow
All the time you know she's smilin' you'll be on your knees tomorrow, yeah

You go back, Jack, do it again, wheel turnin' 'round and 'round
You go back, Jack, do it again

Now you swear and kick and beg us that you're not a gamblin' man
Then you find you're back in Vegas with a handle in your hand
Your black cards can make you money so you hide them when you're able
In the land of milk and honey, you must put them on the table, yeah

You go back, Jack, do it again, wheel turnin' 'round and 'round
You go back, Jack, do it again

WRITERS

Donald Jay Fagen, Walter Carl Becker, Donald Fagen

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

BCG_ID_11007_LF.txt[11/10/23, 10:58:08 AM]

Lyrics
One toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
One toke over the line

Awaitin' for the train that goes home, sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

Whoooo do you love, I hope it's me
I've bin a changin', as you can plainly see
I felt the joy and I learned about the pain that my momma said
If I should choose to make a part of me, surely strike me dead
Now I'm one toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
One toke over the line
I'm waitin' for the train that goes home sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

I bin away a country mile
Now I'm returnin' showin' off a smile
I met all the girls and loved myself a few
Ended by surprise like everything else I've been through
It opened up my eyes and now I'm
One toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
Don't you just know I waitin' for the train that goes home sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

Don't you just know I waitin' for the train that goes home sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

I want to be
One toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
One toke over the line
Don't you just know I waitin' for the train that goes home sweet Mary

BCG_ID_11012_LF.txt[11/10/23, 10:58:08 AM]

Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line
Sittin' downtown in a railway station
One toke over line
One toke, one toke over the line

WRITERS

MICHAEL BREWER, TOM SHIPLEY

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11012_LF.txt[11/10/23, 10:58:08 AM]

Lyrics
Who's the black private dick that's a sex machine to all the chicks?
(Shaft)
You're damn right

Who is the man that would risk his neck for his brother man?
(Shaft)
Can you dig it?

Who's the cat that won't cop out when there's danger all about?
(Shaft)
Right on

They say this cat Shaft is a bad mother
(Shut your mouth)
But I'm talkin' 'bout Shaft
(Then we can dig it)

He's a complicated man
But no one understands him but his woman
(John Shaft)

WRITERS

Isaac Hayes

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
I've had my share of life's ups and downs
But fate's been kind, the downs have been few
I guess you could say that I've been lucky
Well, I guess you could say that it's all because of you

If anyone should ever write my life story
For whatever reason there might be
Oh, you'll be there between each line of pain and glory
'Cause you're the best thing that ever happened to me
Ah, you're the best thing that ever happened to me

Oh, there have been times when times were hard
But always somehow I made it, I made it through
'Cause for every moment that I've spent hurting
There was a moment that I spent, ah, just loving you

If anyone should ever write my life story
For whatever reason there might be
Oh, you'll be there between each line of pain and glory
'Cause you're the best thing that ever happened to me
Ah, you're the best thing that ever happened to me
I know, you're the best thing, oh, that ever happened to me

WRITERS

JAMES D. WEATHERLY

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_11019_LF.txt[11/10/23, 10:58:08 AM]

Lyrics

I'm tired of being what you want me to be
Feeling so faithless, lost under the surface
Don't know what you're expecting of me
Put under the pressure of walking in your shoes
(Caught in the undertow, just caught in the undertow)
Every step that I take is another mistake to you
(Caught in the undertow, just caught in the undertow)


I've become so numb, I can't feel you there
Become so tired, so much more aware
I'm becoming this, all I want to do
Is be more like me and be less like you


Can't you see that you're smothering me?
Holding too tightly, afraid to lose control
'Cause everything that you thought I would be
Has fallen apart right in front of you
(Caught in the undertow, just caught in the undertow)
Every step that I take is another mistake to you
(Caught in the undertow, just caught in the undertow)
And every second I waste is more than I can take


I've become so numb, I can't feel you there
Become so tired, so much more aware
I'm becoming this, all I want to do
Is be more like me and be less like you


And I know I may end up failing too
But I know you were just like me with someone disappointed in you


I've become so numb, I can't feel you there
Become so tired, so much more aware
I'm becoming this, all I want to do
Is be more like me and be less like you


I've become so numb, I can't feel you there
I'm tired of being what you want me to be
I've become so numb, I can't feel you there
I'm tired of being what you want me to be

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

Lyrics
Early one mornin' the sun was shinin'
I was layin' in bed
Wondrin' if she'd changed at all
If her hair was still red
Her folks they said our lives together
Sure was gonna be rough
They never did like
Mama's homemade dress
Papa's bank book wasn't big enough
And I was standin' on the side of the road
Rain fallin' on my shoes
Heading out for the east coast
Lord knows I've paid some dues
Gettin' through
Tangled up in blue


She was married when we first met
Soon to be divorced
I helped her out of a jam I guess
But I used a little too much force
We drove that car as far as we could
Abandoned it out west
Split up on a dark sad night
Both agreeing it was best
She turned around to look at me
As I was walkin' away
I heard her say over my shoulder
We'll meet again some day
On the avenue
Tangled up in blue


I had a job in the great north woods
Working as a cook for a spell
But I never did like it all that much
And one day the axe just fell
So I drifted down to New Orleans
Where I was looking for to be employed
Workin' for a while on a fishin' boat
Right outside of Delacroix
But all the while I was alone
The past was close behind
I seen a lot of women
But she never escaped my mind
And I just grew
Tangled up in blue


She was workin' in a topless place
And I stopped in for a beer
I just kept lookin' at the side of her face

BCG_ID_11036_LF.txt[11/10/23, 10:58:09 AM]

In the spotlight so clear
And later on as the crowd thinned out
I's just about to do the same
She was standing there in back of my chair
Said to me, Don't I know your name?
I muttered somethin' under my breath
She studied the lines on my face
I must admit I felt a little uneasy
When she bent down to tie the laces
Of my shoe
Tangled up in blue

She lit a burner on the stove
And offered me a pipe
I thought you'd never say hello, she said
You look like the silent type
Then she opened up a book of poems
And handed it to me
Written by an Italian poet
From the thirteenth century
And everyone of them words rang true
And glowed like burnin' coal
Pourin' off of every page
Like it was written in my soul
From me to you
Tangled up in blue

I lived with them on Montague Street
In a basement down the stairs
There was music in the cafŽs at night
And revolution in the air
Then he started into dealing with slaves
And something inside of him died
She had to sell everything she owned
And froze up inside
And when finally the bottom fell out
I became withdrawn
The only thing I knew how to do
Was to keep on keepin' on
Like a bird that flew
Tangled up in blue

So now I'm goin' back again
I got to get to her somehow
All the people we used to know
They're an illusion to me now
Some are mathematicians
Some are carpenters' wives
Don't know how it all got started
I don't know what they're doin' with their lives
But me, I'm still on the road

BCG_ID_11036_LF.txt[11/10/23, 10:58:09 AM]

Headin' for another joint
We always did feel the same
We just saw it from a different point of view
Tangled up in blue

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11036_LF.txt[11/10/23, 10:58:09 AM]

Lyrics
Into the night
Desperate and broken
The sound of a fight
Father has spoken


We were the kings and queens of promise
We were the victims of ourselves
Maybe the children of a lesser God
Between heaven and hell
Heaven and hell


Into your eyes
Hopeless and taken
We stole our new lives
In defense of our dreams
In defense of our dreams


We were the kings and queens of promise
We were the victims of ourselves
Maybe the children of a lesser God
Between heaven and hell
Heaven and hell (heaven and hell)


The age of man is over
A darkness comes at dawn
These lessons that we learned here
Have only just begun


We were the kings and queens of promise
We were the victims of ourselves
Maybe the children of a lesser God
Between heaven and hell


We are the kings
We are the queens
We are the kings
We are the queens


Oh oh oh
Oh oh oh
Oh oh oh

WRITERS

Jared Leto

PUBLISHERS

Lyrics © CONSALAD CO., Ltd., Universal Music Publishing Group

BCG_ID_11039_LF.txt[11/10/23, 10:58:09 AM]

Lyrics
I, I love the colorful clothes she wears
And the way the sunlight plays upon her hair
I hear the sound of a gentle word
On the wind that lifts her perfume through the air


I'm pickin' up good vibrations
She's giving me excitations
I'm pickin' up good vibrations (oom bop, bop, good vibrations)
She's giving me excitations (oom bop, bop, excitations)
Good good good good vibrations (oom bop, bop)
She's giving me excitations (oom bop, bop, excitations)
Good good good good vibrations (oom bop, bop)
She's giving me excitations (oom bop, bop, excitations)


Close my eyes
She's somehow closer now
Softly smile, I know she must be kind
When I look in her eyes
She goes with me to a blossom world


I'm pickin' up good vibrations
She's giving me excitations
I'm pickin' up good vibrations (oom bop, bop, good vibrations)
She's giving me excitations (oom bop, bop, excitations)
Good good good good vibrations (oom bop, bop)
She's giving me excitations (oom bop, bop, excitations)
Good good good good vibrations (oom bop, bop)
She's giving me excitations (oom bop, bop, excitations)


(Ah)
(Ah my my what elation)
I don't know where but she sends me there
(Ah my, my, what a sensation)
(Ah my, my, what elations)
(Ah my, my, what)


Gotta keep those lovin' good vibrations
A happenin' with her
Gotta keep those lovin' good vibrations
A happenin' with her
Gotta keep those lovin' good vibrations
A happenin'


Ah
Good good good good vibrations (oom bop, bop)
She's giving me excitations (oom bop, bop, excitations)

Good good good good vibrations (oom bop, bop)
She's na, na


Na, na, na, na, na
Na, na, na
Na, na, na, na, na
Na, na, na
Do, do, do, do, do
Do, do, do
Do, do, do, do, do
Do, do, do

WRITERS

Brian Douglas Wilson, Mike E. Love

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11044_LF.txt[11/10/23, 10:58:09 AM]

Lyrics
Okay, it's Childish Gambino, homegirl drop it like the NASDAQ
Move white girls like there's coke up my asscrack
Move black girls 'cause, man, fuck it, I'll do either
I love pussy, I love bitches, dude, I should be runnin' PETA
In Adidas, with some short shorts, B-O-O all over me
My green is where it's supposed to be, your green is in my grocery
This Asian dude, I stole his girl, and now he got that Kogi beef
My dick is like an accent mark, it's all about the over Es
Hot like a parked car
I sound weird like nigga with a hard R
Fly like the logo on my cousin's 440
Eatin' Oreos like these white girls that blow me
Vodka for my ladies, whiskey for a grown man
Hangin' in the islands, lookin' for Earl like Toejam
I made the beat retarded, so I'm callin' it a slow jam
Butcher and I know it, man, kill beef, go ham
These rappers are afraid of him
'Cause I'm a beast, bitch, "Grr", Invader Zim
Gambino is a call girl, fuck you, pay me
Brand new whip for these niggas like slavery
Told me I was awful and that shit did not faze me
Tell me how I suck again, my memory is hazy
"You're my favorite rapper now" Yeah, dude, I better be
Or you can fuckin' kiss my ass, Human Centipede
You wanna see my girl? I ain't that dumb
You wanna see my girl? Check Maxim
"Man, why does every black actor gotta rap some?"
I don't know, all I know is I'm the best one


It's a bonfire, turn the lights out (yeah)
I'm burnin' everything you muthafuckas talk about
It's a bonfire (yeah), turn the lights out (uh-huh)
I'm burnin' everything you muthafuckas talk about


You know these rapper dudes talk shit, start killin'
Fuck that, got goons like an archvillain
I'm from the South, ain't got no accent, don't know why
So this rap is child's play, I do my name like Princess Di
Yeah, they say they want the realness, rap about my real life
Told me I should just quit, "First of all, you talk white!
Second off, you talk like you haven't given up yet"
Rap's stepfather, yeah, you hate me but you will respect
I put in work, ask Ludwig
Put my soul on the track like shoes did
Played this for my cousin, now he can't even think straight
Black and white music? Now, nigga, that's a mixtape
Shout out to my blerds, they represent the realness
Shout out to Gambino Girls, my dick is in the buildin'
I know you hate me 'cause your little cousin play me
And I like black girls who nerdy, but when they dance they be sayin' "Ow"

BCG_ID_11046_LF.txt[11/10/23, 10:58:09 AM]

I'm sorry for who followed me
Chillin' with a Filipina, at your local Jollibee
Yeah, I'm in her ass like sodomy
So if you see my hand under the table, don't bother me
I don't talk soft, that's that other guy
I'm screamin' "What the fuck is up?" like I ain't see the sky
The shit I'm doin' this year? Insanity
Made the beat then murdered it, Casey Anthony
These rappers won't know what to do
'Cause all I did was act me like a Loony Tune
And I'll give you all of me until there's nothin' left
I swear this summer will be summer Camp, bitch

WRITERS

Donald Mckinley Glover II

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
Well its been building up inside of me
For oh I don't know how long
I don't know why
But I keep thinking
Something's bound to go wrong

But she looks in my eyes
And makes me realize
And she says "don't worry, baby"
Don't worry, baby
Don't worry, baby
Everything will turn out alright

Don't worry, baby
Don't worry, baby
Don't worry, baby

I guess I should've kept my mouth shut
When I started to brag about my car
But I can't back down now
I pushed the other guys too far

She makes me come alive
And makes me want to drive
When she says "don't worry, baby"
Don't worry, baby
Don't worry, baby
Everything will turn out alright

Don't worry, baby
Don't worry, baby
Don't worry, baby

She told me "baby, when you race today
Just take along my love with you
And if you know how much I loved you
Baby nothing could go wrong with you"

Oh what she does to me
When she makes love to me
And she says "don't worry, baby"
Don't worry, baby
Don't worry, baby
Everything will turn out alright

BCG_ID_11058_LF.txt[11/10/23, 10:58:10 AM]

Don't worry, baby
Don't worry, baby
Don't worry, baby

WRITERS

Brian Wilson, Henry Medress, Jay Siegel, Mitchell Margo, Philip Margo, Roger Christian

PUBLISHERS

Lyrics © Universal Music Publishing Group, Spirit Music Group

BCG_ID_11058_LF.txt[11/10/23, 10:58:10 AM]

Lyrics
Weep for yourself, my man
You'll never be what is in your heart
Weep Little Lion Man
You're not as brave as you were at the start
Rate yourself and rake yourself
Take all the courage you have left
And waste it on fixing all the problems
That you made in your own head


But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?
Didn't I, my


Tremble for yourself, my man
You know that you have seen this all before
Tremble Little Lion Man
You'll never settle any of your scores
Your grace is wasted in your face
Your boldness stands alone among the wreck
Now learn from your mother
Or else spend your days biting your own neck


But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?


But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?
Didn't I, my dear?


Ha
Ha
Ha
Ha
Ha
Ha


But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?

But it was not your fault but mine
And it was your heart on the line
I really fucked it up this time
Didn't I, my dear?
Didn't I, my dear?

WRITERS

Benjamin Walter David Lovett, Edward James Milton Dwane, Marcus Oliver Johnstone Mumford, Winston Aubrey Aladar Marshall

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11067_LF.txt[11/10/23, 10:58:10 AM]

Lyrics
Come gather 'round people
Wherever you roam
And admit that the waters
Around you have grown
And accept it that soon
You'll be drenched to the bone
If your time to you is worth savin'
And you better start swimmin'
Or you'll sink like a stone
For the times they are a-changin'

Come writers and critics
Who prophesize with your pen
And keep your eyes wide
The chance won't come again
And don't speak too soon
For the wheel's still in spin
And there's no tellin' who
That it's namin'
For the loser now
Will be later to win
For the times they are a-changin'

Come senators, congressmen
Please heed the call
Don't stand in the doorway
Don't block up the hall
For he that gets hurt
Will be he who has stalled
The battle outside ragin'
Will soon shake your windows
And rattle your walls
For the times they are a-changin'

Come mothers and fathers
Throughout the land
And don't criticize
What you can't understand
Your sons and your daughters
Are beyond your command
Your old road is rapidly agin'
Please get out of the new one
If you can't lend your hand
For the times they are a-changin'

The line it is drawn
The curse it is cast
The slow one now

BCG_ID_11068_LF.txt[11/10/23, 10:58:10 AM]

Will later be fast
As the present now
Will later be past
The order is rapidly fadin'
And the first one now
Will later be last
For the times they are a-changin'

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Love is but the song we sing
Fear's the way we die
You can make the mountains ring
Or make the angels cry
Though the bird is on the wing
And you may not know why
Come on, people now
Smile on your brother, everybody get together
Try to love one another right now

Some will come and some will go
We will surely pass
When the one that left us here
Returns for us at last
We are but a moment's sunlight
Fading in the grass
Come on, people now
Smile on your brother, everybody get together
Try to love one another right now

Come on, people now
Smile on your brother, everybody get together
Try to love one another right now

Come on, people now
Smile on your brother, everybody get together
Try to love one another right now

If you hear the song I sing
You will understand, listen
You hold the key to love and fear
All in your trembling hand
Just one key unlocks them both
It's there at your command
Come on, people now
Smile on your brother, everybody get together
Try to love one another right now

Come on, people now
Smile on your brother, everybody get together
Try to love one another right now
I said, come on, people now
Smile on your brother, everybody get together
Try to love one another right now
Right now, right now

WRITERS

BCG_ID_11073_LF.txt[11/10/23, 10:58:10 AM]

CHESTER POWERS, CHESTER WILLIAM JR. POWERS

PUBLISHERS

Lyrics © BMG Rights Management, Royalty Network, Sony/ATV Music Publishing LLC