Lyrics
In this farewell
There's no blood, there's no alibi
'Cause I've drawn regret
From the truth of a thousand lies
So let mercy come and wash away


What I've done
I'll face myself to cross out what I've become
Erase myself
And let go of what I've done


Put to rest what you thought of me
While I clean this slate
With the hands of uncertainty
So let mercy come and wash away


What I've done
I'll face myself to cross out what I've become
Erase myself
And let go of what I've done


For what I've done
I start again
And whatever pain may come
Today this ends
I'm forgiving what I've done


I'll face myself to cross out what I've become
Erase myself
And let go of what I've done


(Na-na na na, na-na na na, na-na na na)
What I've done
(Na-na na na, na-na na na, na-na na na)
Forgiving what I've done
(Na-na na na, na-na na na, na-na na na)
(Na-na na na, na-na na na, na-na na)

## WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

## PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11074_LF.txt[11/10/23, 10:58:10 AM]

Lyrics
Why does it feel like night today?
Something inside's not right today
Why am I so uptight today?
Paranoia's all I got left
I don't know what stressed me first
Or how the pressure was fed
But I know just what it feels like
To have a voice in the back of my head

It's like a face that I hold inside
A face that awakes when I close my eyes
A face watches every time I lie
A face that laughs every time I fall (and watches everything)
So you know that when it's time to sink or swim
That the face inside is here in me, right underneath my skin

It's like I'm paranoid lookin' over my back
It's like a whirlwind inside of my head
It's like I can't stop what I'm hearing within
It's like the face inside is right beneath my skin

I know I've got a face in me
Points out all the mistakes in me
You've got a face on the inside too
Your paranoia's probably worse
I don't know what set me off first but I know what I can't stand
Everybody acts like the fact of the matter is I can't add up to what you can

But everybody has a face that they hold inside
A face that awakes when I close my eyes
A face that watches every time they lie
A face that laughs every time they fall (and watches everything)
So you know that when it's time to sink or swim
That the face inside is watching you too, right inside your skin

It's like I'm paranoid lookin' over my back
It's like a whirlwind inside of my head
It's like I can't stop what I'm hearing within
It's like the face inside is right beneath the skin
It's like I'm paranoid lookin' over my back
It's like a whirlwind inside of my head
It's like I can't stop what I'm hearing within
It's like the face inside is right beneath my skin

The face inside is right beneath your skin
The face inside is right beneath your skin

BCG_ID_11075_LF.txt[11/10/23, 10:58:11 AM]

The face inside is right beneath your skin

The sun goes down
I feel the light betray me
The sun goes down
I feel the light betray me (the sun)

It's like I'm paranoid lookin' over my back (the sun)
It's like a whirlwind inside of my head
It's like I can't stop what I'm hearing within
It's like the face inside is right beneath the skin (I feel the light betray me)

It's like I'm paranoid lookin' over my back (the sun)
It's like a whirlwind inside of my head
It's like I can't stop what I'm hearing within (I feel the light betray me)
It's like I can't stop what I'm hearing within
It's like I can't stop what I'm hearing within
It's like the face inside is right beneath my skin

WRITERS

Brad Delson Delson, Chester Charle Bennington, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11075_LF.txt[11/10/23, 10:58:11 AM]

Lyrics
I'm not the one who's so far away
When I feel the snakebite enter my veins
Never did I want to be here again
And I don't remember why I came

Candles raise my desire
Why I'm so far away
No more meaning to my life
No more reason to stay
Freezing feeling, breathe in, breathe in
I'm coming back again

I'm not the one who's so far away
When I feel the snakebite enter my veins
Never did want to be here again
And I don't remember why I came

Hazing clouds rain on my head
Empty thoughts fill my ears
Find my shade by the moonlight
Why my thought aren't so clear
Demons dreaming, breathe in, breathe in
I'm coming back again

I'm not the one who's so far away
When I feel the snakebite enter my veins
Never did want to be here again
And I don't remember why I came

I'm not the one who's so far away
When I feel the snakebite enter my veins
Never did want to be here again
And I don't remember why I came

I'm not the one who's so far away
When I feel the snakebite enter my veins
Never did want to be here again
And I don't remember why I came

I'm not the one who's so far away
When I feel the snakebite enter my veins
Never did want to be here again
And I don't remember why I came

Voodo, voodo, voodo, voodo
Voodo, voodo, voodo, voodo


So far away
I'm not the one who's so far away
I'm not the one who's so far away
I'm not the one who's so far away

WRITERS

Rob Merrill, Salvatore Erna

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11082_LF.txt[11/10/23, 10:58:11 AM]

Lyrics
You know I'd fall apart without you
I don't know how you do what you do
'Cause everything that don't make sense about me
Makes sense when I'm with you

Like everything that's green girl I need you
But it's more than one and one makes two
Put aside the math and the logic of it
You gotta know you're wanted too

'Cause I wanna wrap you up
Wanna kiss your lips
I wanna make you feel wanted
And I wanna call you mine
Wanna hold your hand forever
And never let you forget it
Yeah I wanna make you feel wanted

Anyone can tell you you're pretty
And you get that all the time, I know you do
But your beauty's deeper than the make up
And I wanna show you what I see tonight

When I wrap you up
When I kiss your lips
I wanna make you feel wanted
And I wanna call you mine
Wanna hold your hand forever
Never let you forget it
'Cause baby I wanna make you feel wanted

As good as you make me feel
I wanna make you feel better
Better than your fairy tales
Better than your best dreams
You're more than everything I need
You're all I ever wanted
All I ever wanted

And I just wanna wrap you up
Wanna kiss your lips
I wanna make you feel wanted
And I wanna call you mine
Wanna hold your hand forever
And never let you forget it
Yeah I wanna make you feel wanted

BCG_ID_11085_LF.txt[11/10/23, 10:58:11 AM]

Baby I wanna make you feel wanted

You'll always be wanted

WRITERS

Vanessa Carlton

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11085_LF.txt[11/10/23, 10:58:11 AM]

Lyrics
Roxanne
You don't have to put on the red light
Those days are over
You don't have to sell your body to the night
Roxanne
You don't have to wear that dress tonight
Walk the streets for money
You don't care if it's wrong or if it's right

Roxanne
You don't have to put on the red light
Roxanne
You don't have to put on the red light

(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
Oh

I loved you since I knew ya
I wouldn't talk down to ya
I have to tell you just how I feel
I won't share you with another boy
I know my mind is made up
So put away your make-up
Told you once, I won't tell you again it's a bad way

Roxanne
You don't have to put on the red light
Roxanne
You don't have to put on the red light

You don't (Roxanne) have to put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
(Roxanne) Put on the red light
You don't (Roxanne) have to put on the red light
(Roxanne) Put on the red light
You don't (Roxanne) have to put on the red light

(Roxanne) Put on the red light
(Roxanne) Put on the red light

WRITERS

Gordon Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11089_LF.txt[11/10/23, 10:58:11 AM]

Lyrics
Melinda was mine
'Til the time that I found her
Holding Jim
And loving him
Then Sue came along, loved me strong
That's what I thought
Me and Sue
But that died too

Don't know that I will
But until I can find me
A girl who'll stay
And won't play games behind me
I'll be what I am
A solitary man
Solitary man

I've had it to here
Bein' where love's a small word
Part-time thing
Paper ring

I know it's been done
Havin' one girl who loves you
Right or wrong
Weak or strong

Don't know that I will
But until I can find me
A girl who'll stay
And won't play games behind me
I'll be what I am
A solitary man
Solitary man

Don't know that I will
But until I can find me
A girl who'll stay
And won't play games behind me
I'll be what I am
A solitary man
Solitary man, mm-mm, mm-mm
Solitary man, mm-mm, mm-mm
Solitary man

WRITERS

Neil Diamond

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11090_LF.txt[11/10/23, 10:58:11 AM]

Lyrics
Come, come, come, coming at you
Come, coming at you
Come, coming at you, yo


Peep the style and the kids checking for it
The number one question is how could you ignore it
We drop right back in the cut over basement tracks
With raps that got you backing this up like (rewind that)
We're just rolling with the rhythm
Rise from the ashes of stylistic division
With these non-stop lyrics of life living
Not to be forgotten but still unforgiven
But in the meantime there are those who want to
Talk this and that, so I suppose that
It gets to a point where feelings gotta get hurt
And get dirty with the people spreading the dirt, it goes


Try to give you warning but everyone ignores me
(Told you everything loud and clear)
But nobody's listening, call to you so clearly
But you don't want to hear me
(Told you everything loud and clear)
But nobody's listening


I got a heart full of pain, head full of stress
Handful of anger, held in my chest
And everything's left is a waste of time
I hate my rhymes (but hate everyone else's more)
I'm riding on the back of this pressure
Guessing that it's better I can't keep myself together
Because all of this stress gave me something to write on
The pain gave me something I could set my sights on
You never forget the blood, sweat, and tears
The uphill struggle over years
The fear and trash talking
And the people it was to
And the people that started it
Just like you


Try to give you warning but everyone ignores me
(Told you everything loud and clear)
But nobody's listening, call to you so clearly
But you don't want to hear me
(Told you everything loud and clear)
But nobody's listening


I got a heart full of pain, head full of stress

BCG_ID_11092_LF.txt[11/10/23, 10:58:12 AM]

Handful of anger, held in my chest
Uphill struggle, blood, sweat, and tears
Nothing to gain, everything to fear

A heart full of pain, head full of stress
Handful of anger, held in my chest
Uphill struggle, blood, sweat, and tears
Nothing to gain, everything to fear

A heart full of pain, a heart full of pain
Try to give you warning but everyone ignores me
(Told you everything loud and clear)
But nobody's listening
Call to you so clearly but you don't want to hear me
(Told you everything loud and clear)
But nobody's listening

I got a heart full of pain, head full of stress
Nobody's listening
Handful of anger, held in my chest
Nobody's listening
Uphill struggle, blood, sweat, and tears
Nobody's listening
Nothing to gain, everything to fear
Nobody's listening

Come, come, come, coming at you
Come, come, come, coming at you
Come, come, come, coming at you
Come, come, come, coming at you from every side

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11092_LF.txt[11/10/23, 10:58:12 AM]

Lyrics
I pulled into Nazareth, was feelin' 'bout half past dead
I just need some place where I can lay my head
Hey, Mister, can you tell me where a man might find a bed?
He just grinned and shook my hand, "No," was all he said


Take a load off, Fanny
Take a load for free
Take a load off, Fanny
And (and, and) you put the load right on me (you put the load right on me)


I picked up my bag, I went lookin' for a place to hide
When I saw Carmen and the Devil walkin' side by side
I said, "Hey, Carmen, come on let's go downtown"
She said, "I gotta go, but my friend can stick around"


Take a load off, Fanny
Take a load for free
Take a load off, Fanny
And (and, and) you put the load right on me (you put the load right on me)


Go down, Miss Moses, there's nothin' you can say
It's just ol' Luke and Luke's waitin' on the Judgment Day
Well, Luke, my friend, what about young Anna Lee?
He said, "Do me a favor, son, won't you stay and keep Anna Lee company?"


Take a load off, Fanny
Take a load for free
Take a load off, Fanny
And (and, and) you put the load right on me (you put the load right on me)


Crazy Chester followed me and he caught me in the fog
He said, "I will fix your rack, if you'll take Jack, my dog"
I said, "Wait a minute, Chester, you know I'm a peaceful man"
He said, that's okay, boy, won't you feed him when you can?


Take a load off, Fanny
Take a load for free
Take a load off, Fanny
And (and, and) you put the load right on me (you put the load right on me)


Catch a cannon ball now to take me down the line
My bag is sinkin' low and I do believe it's time
To get back to Miss Fanny, you know she's the only one
Who sent me here with her, regards for everyone

BCG_ID_11098_LF.txt[11/10/23, 10:58:12 AM]

Take a load off, Fanny
Take a load for free
Take a load off, Fanny
And (and, and) you put the load right on me (you put the load right on me)

WRITERS

Robbie Robertson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_11098_LF.txt[11/10/23, 10:58:12 AM]

Lyrics
So if you're lonely
You know I'm here waiting for you
I'm just a crosshair
I'm just a shot away from you
And if you leave here
You leave me broken, shattered, I lie
I'm just a crosshair
I'm just a shot, then we can die
Ah

I know I won't be leaving here with you

I say, "don't you know?"
You say you don't know
I say, "take me out"

I say, "you don't show"
Don't move, time is slow
I say, "take me out"

I say, "you don't know"
You say you don't go
I say, "take me out"

If I move, this could die
If eyes move, this could die
I want you to take me out

I know I won't be leaving here (with you)
I know I won't be leaving here
I know I won't be leaving here (with you)
I know I won't be leaving here with you

I say, "don't you know?"
You say you don't know
I say, "take me out"

If I wane, this could die
If I wait, this could die
I want you to take me out

If I move, this could die
Eyes move, this can die

BCG_ID_11108_LF.txt[11/10/23, 10:58:12 AM]

Come on, take me out

I know I won't be leaving here (with you)
I know I won't be leaving here
I know I won't be leaving here (with you)
I know I won't be leaving here with you

WRITERS

Alexander Paul Kapranos Huntley, Nicholas John Mccarthy, Paul Robert Thompson, Robert Hardy

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11108_LF.txt[11/10/23, 10:58:12 AM]

Lyrics
I was cutting a rug
Down at place called The Jug
With a girl named Linda Lou
When in walked a man
With a gun in his hand
And he was looking for you know who
He said, "Hey there, fellow
With the hair colored yellow
Whatcha tryin' to prove?
'Cause that's my woman there
And I'm a man who cares
And this might be all for you"
I said, "excuse me?"

I was scared and fearing for my life
I was shaking like a leaf on a tree
'Cause he was lean, mean
Big and bad, Lord
Pointin' that gun at me
"Oh, wait a minute, mister
I didn't even kiss her
Don't want no trouble with you
And I know you don't owe me
But I wish you'd let me
Ask one favor from you"

"Oh, won't you
Gimme three steps, gimme three steps, mister
Gimme three steps towards the door?
Gimme three steps, gimme three steps, mister
And you'll never see me no more"

For, sure

Well the crowd cleared away
And I began to pray
And the water fell on the floor
And I'm telling you, son
Well, it ain't no fun
Staring straight down a forty-four
Well, he turned and screamed at Linda Lou
And that's the break I was looking for
And you could hear me screaming a mile away
As I was headed out toward your door

"Oh, won't you
Gimme three steps, gimme three steps, mister

BCG_ID_11110_LF.txt[11/10/23, 10:58:12 AM]

Gimme three steps towards the door?
Gimme three steps, gimme three steps, mister
And you'll never see me no more"

Show me the back door

WRITERS

Allen Collins, Ronnie Van Zant

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11110_LF.txt[11/10/23, 10:58:12 AM]

Lyrics
I am woman, hear me roar
In numbers too big to ignore
And I know too much to go back an' pretend
'Cause I've heard it all before
And I've been down there on the floor
No one's ever gonna keep me down again

Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can do anything
I am strong (strong)
I am invincible (invincible)
I am woman

You can bend but never break me
'Cause it only serves to make me
More determined to achieve my final goal
And I come back even stronger
Not a novice any longer
'Cause you've deepened the conviction in my soul

Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can do anything
I am strong (strong)
I am invincible (invincible)
I am woman

I am woman, watch me grow
See me standing toe to toe
As I spread my lovin' arms across the land
But I'm still an embryo
With a long, long way to go
Until I make my brother understand

Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can face anything
I am strong (strong)
I am invincible (invincible)
I am woman ah

BCG_ID_11113_LF.txt[11/10/23, 10:58:13 AM]

I am woman (I am woman)
I am invincible
I am strong

I am woman (I am woman)
I am invincible
I am strong
I am woman

WRITERS

Helen Reddy, Ray Burton

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

BCG_ID_11113_LF.txt[11/10/23, 10:58:13 AM]

Lyrics
Graffiti decorations
Under the sky of dust
A constant wave of tension
On top of broken trust
The lessons that you taught me
I learned were never true

Now I find myself in question
They point the finger at me again
Guilty by association
You point the finger at me again

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind

Paper bags and angry voices
Under a sky of dust
Another wave of tension
Has more than filled me up
All my talk of taking action
These words were never true

Now I find myself in question
They point the finger at me again
Guilty by association
You point the finger at me again

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind

I'm gonna run away and never say goodbye
Gonna run away, gonna run away
Gonna run away, gonna run away
I'm gonna run away and never wonder why

BCG_ID_11115_LF.txt[11/10/23, 10:58:13 AM]

Gonna run away, gonna run away
Gonna run away, gonna run away
I'm gonna run away and open up my mind
Gonna run away, gonna run away (mind)
Gonna run away, gonna run away (mind)
Gonna run away, gonna run away (mind)
Gonna run away, gonna run away (mind)


I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind


I wanna run away and open up my mind
I wanna run away and open up my mind
I wanna run away and open up my mind
I wanna run away and open up my mind

WRITERS

Mike Shinoda, Brad Delson Brad Delson, Chester Charles Bennington, Mark Wakefield, Robert G. Bourdon, Joseph Hahn

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11115_LF.txt[11/10/23, 10:58:13 AM]

Lyrics
Call it magic, call it true
I call it magic when I'm with you
And I just got broken, broken into two
Still, I call it magic when I'm next to you

And I don't, and I don't, and I don't, and I don't
No, I don't, it's true
I don't, no, I don't, no, I don't, no, I don't
Want anybody else but you

I don't, no, I don't, no, I don't, no, I don't
No, I don't, it's true
I don't, no, I don't, no, I don't, no, I don't
Want anybody else but you

Ooh, ooh, ooh

Call it magic, cut me into two
And with all your magic, I disappear from view
And I can't get over, can't get over you
Still, I call it magic, such a precious truth

And I don't, and I don't, and I don't, and I don't
No, I don't, it's true
I don't, no, I don't, no, I don't, no, I don't
Want anybody else but you

I don't, no, I don't, no, I don't, no, I don't
No, I don't, it's true
I don't, no, I don't, no, I don't, no, I don't
Want anybody else but you

Wanna fall, fall so far
I wanna fall, fall so hard
And I call it magic
And I call it true
I call it ma-ma-ma-magic

Ooh ooh ooh
Ooh ooh ooh
Ooh ooh ooh
Ooh ooh ooh

BCG_ID_11116_LF.txt[11/10/23, 10:58:13 AM]

And if you were to ask me
After all that we've been through
Still believe in magic?
Oh yes, I do
Oh yes, I do
Oh yes, I do
Oh yes, I do
Of course, I do

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11116_LF.txt[11/10/23, 10:58:13 AM]

Lyrics
Midnight gettin' uptight, where are you?
You said you'd meet me, now, it's quarter to two
I know I'm hangin' but I'm still wantin' you


Hey Jack, it's a fact they're talkin' in town
I turn my back and you're messin' around
I'm not really jealous, don't like lookin' like a clown


I think of you every night and day
You took my heart and you took my pride away


I hate myself for lovin' you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you
Ow, uh


Daylight spent the night without you
But I've been dreamin' 'bout the lovin' you do
I'm over being angry 'bout the hell you put me through


Hey man, bet you can treat me right
You just don't know what you was missin' last night
I wanna see you begging, say, "Forget it" just for spite


I think of you every night and day
You took my heart and you took my pride away


I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you
Ow, uh


I think of you every night and day
You took my heart and you took my pride away


I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you

BCG_ID_11121_LF.txt[11/10/23, 10:58:13 AM]

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you

I hate myself (ow, uh)
For loving you (alright)
I hate myself (ow, uh)
For loving you
I hate myself (ow, ow, ow)
For loving you
I hate myself (ow, uh)
I hate myself for loving you

WRITERS

Desmond Child, Joan Jett

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11121_LF.txt[11/10/23, 10:58:13 AM]

Lyrics
Uncle Ricky
Would you read us a bedtime story?
Please, huh? Please?
Alright, you kids get to bed
I'll get the story book
Y'all tucked in? (yeah)
Here we go


Once upon a time not long ago
When people wore pajamas and lived life slow
When laws were stern and justice stood
And people were behavin' like they ought ta good
There lived a lil' boy who was misled
By anotha lil' boy and this is what he said
"Me and Ty, we gonna make sum cash
Robbin' old folks and makin' the dash"
They did the job, money came with ease
But one couldn't stop, it's like he had a disease
He robbed another and another and a sister and her brother (stick 'em up, stick 'em up)
Tried to rob a man who was a D.T. undercover
The cop grabbed his arm, he started acting erratic
He said "Keep still, boy, no need for static"
Punched him in his belly and he gave him a slap
But little did he know the lil' boy was strapped
The kid pulled out a gun, he said, "Why did ya hit me?"
The barrel was set straight for the cop's kidney
The cop got scared, the kid, he starts to figure
"I'll do years if I pull this trigger"
So he cold dashed and ran around the block
Cop radios in to another lady cop
He ran by a tree, there he saw the sister
Shot for the head, he shot back but he missed her
Looked around good and from expectations
He decided he'd head for the subway stations
But she was coming and he made a left
He was runnin' top speed 'til he was outta breath
Knocked an old man down and swore he killed him (sorry)
Then he made his move to an abandoned building
Ran up the stairs up to the top floor
Opened up the door there, guess who he saw? (who?)
Dave the dope fiend shootin' dope
Who don't know the meaning of water nor soap
He said "I need bullets, hurry up, run!"
The dope fiend brought back a spanking shotgun
He went outside but there was cops all over
Then he dipped into a car, a stolen Nova
Raced up the block doing 83
Crashed into a tree near university
Escaped alive though the car was battered
Rat-a-tat-tatted and all the cops scattered
Ran out of bullets and he still had static

BCG_ID_11127_LF.txt[11/10/23, 10:58:14 AM]

Grabbed a pregnant lady and out the automatic
Pointed at her head and he said the gun was full o' lead
He told the cops, "Back off or honey here's dead"
Deep in his heart he knew he was wrong
So he let the lady go and he starts to run on
Sirens sounded, he seemed astounded
Before long the lil' boy got surrounded
He dropped the gun, so went the glory
And this is the way I have end this story
He was only seventeen, in a madman's dream
The cops shot the kid, I still hear him scream
This ain't funny so don't ya dare laugh
Just another case 'bout the wrong path
Straight 'n narrow or yo' soul gets cast


Good night, knock 'em out the box Rick, knock 'em out Rick


Oh boy, that Uncle Ricky he's really weird (knock 'em out the box Rick, knock 'em out Rick)
I know right, what did he mean "Straight and narrow or yo' soul gets cast"?
(knock 'em out the box Rick, knock 'em out Rick)
I don't know, I think he be crackin' it up or something (knock 'em, knock 'em, knock 'em)
Well, good night (knock 'em, knock 'em, knock 'em, knock 'em, knock 'em, knock 'em out Rick)
Good night


knock 'em out the box Rick, knock 'em out Rick
knock 'em out the box Rick, knock 'em out Rick
(knock 'em, knock 'em, knock 'em, knock 'em, knock 'em, knock 'em out Rick)
(knock 'em, knock 'em, knock 'em, knock 'em, knock 'em, knock 'em out Rick)
(knock 'em, knock 'em, knock 'em, knock 'em, knock 'em, knock 'em out Rick)
(knock 'em, knock 'em, knock 'em, knock 'em, knock 'em, knock 'em out Rick)
(knock 'em out Rick, knock 'em out Rick, knock 'em out Rick, knock 'em out Rick)
(knock 'em out Rick, knock 'em out Rick, knock 'em out Rick, knock 'em out the box Rick)


Another Vance Wright, Rick the Ruler presentation
Crumbs!

WRITERS

Ricky M. L. Walters

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

BCG_ID_11127_LF.txt[11/10/23, 10:58:14 AM]

Lyrics
A hundred days have made me older
Since the last time that I've saw your pretty face
A thousand lies have made me colder
And I don't think I can look at this the same

But all the miles that separate
They disappear now when I'm dreamin' of your face

I'm here without you baby
But you're still on my lonely mind
I think about you baby and I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight it's only you and me, yeah

The miles just keep rollin'
As the people leave their way to say hello
I've heard this life is overrated
But I hope that it gets better as we go, oh-oh yeah yeah

I'm here without you baby
But you're still on my lonely mind
I think about you baby and I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight girl, it's only you and me

Everything I know (yeah), and anywhere I go (yeah)
It gets hard but it won't take away my love (yeah)
And when the last one falls (oh-oh) when it's all said and done
It gets hard but it won't take away my love, whoa, oh-oh

I'm here without you baby
But you're still on my lonely mind
I think about you baby and I dream about you all the time

I'm here without you baby
But you're still with me in my dreams
And tonight girl, it's only you and me, yeah, oh yeah
Oh-oh, oh oh oh

WRITERS

Bradley Kirk Arnold, Christopher Lee Henderson, Matthew Darrick Roberts, Robert Todd Harrell

BCG_ID_11131_LF.txt[11/10/23, 10:58:14 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11131_LF.txt[11/10/23, 10:58:14 AM]

Lyrics
'Cause it's a bittersweet symphony, that's life
Tryna make ends meet, you're a slave to money then you die
I'll take you down the only road I've ever been down
You know the one that takes you to the places where all the veins meet, yeah


No change, I can change
I can change, I can change
But I'm here in my mold
I am here in my mold
But I'm a million different people
From one day to the next
I can't change my mold
No, no, no, no, no
Have you ever been down?


Well, I've never prayed but tonight I'm on my knees, yeah
I need to hear some sounds that recognize the pain in me, yeah
I let the melody shine, let it cleanse my mind, I feel free now
But the airwaves are clean and there's nobody singin' to me now


No change, I can change
I can change, I can change
But I'm here in my mold
I am here in my mold
And I'm a million different people
From one day to the next
I can't change my mold
No, no, no, no, no
(Have you ever been down?)
I can't change it, you know
I can't change it, no


'Cause it's a bittersweet symphony, that's life
Tryna make ends meet, tryna find somebody then you die
I'll take you down the only road I've ever been down
You know the one that takes you to the places where all the veins meet, yeah


You know I can change, I can change
I can change, I can change
But I'm here in my mold
I am here in my mold
And I'm a million different people
From one day to the next
I can't change my mold
No, no, no, no, no

BCG_ID_11135_LF.txt[11/10/23, 10:58:14 AM]

I can't change my mold
No, no, no, no, no
I can't change my mold, no, no, no, no
It's just sex and violence, melody and silence
It's just sex and violence, melody and silence
I'll take you down the only road I've ever been down
I'll take you down the only road I've ever been down
Been down
Ever been down
Ever been down
Ever been down
Ever been down
Have you ever been down?
Have you ever been down?
Have you ever been down?

WRITERS

Keith Richards, Mick Jagger, Richard Ashcroft

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_11135_LF.txt[11/10/23, 10:58:14 AM]

Lyrics
I was born by the river in a little tent
Oh and just like the river I've been running ev'r since
It's been a long, a long time coming
But I know a change gonna come, oh yes it will

It's been too hard living, but I'm afraid to die
'Cause I don't know what's up there, beyond the sky
It's been a long, a long time coming
But I know a change gonna come, oh yes it will

I go to the movie and I go downtown
Somebody keep tellin' me don't hang around
It's been a long, a long time coming
But I know a change gonna come, oh yes it will

Then I go to my brother
And I say brother help me please
But he winds up knockin' me
Back down on my knees, oh

There have been times that I thought I couldn't last for long
But now I think I'm able to carry on
It's been a long, a long time coming
But I know a change is gonna come, oh yes it will

WRITERS

Sam Cooke

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_11138_LF.txt[11/10/23, 10:58:14 AM]

Lyrics
Well when you're sitting there in your silk upholstered chair
Talkin' to some rich folk that you know
Well I hope you won't see me in my ragged company
Well, you know I could never be alone

Take me down little Susie, take me down
I know you think you're the queen of the underground
And you can send me dead flowers every morning
Send me dead flowers by the mail
Send me dead flowers to my wedding
And I won't forget to put roses on your grave

Well when you're sitting back in your rose pink Cadillac
Making bets on Kentucky Derby Day
Ah, I'll be in my basement room with a needle and a spoon
And another girl to take my pain away

Take me down little Susie, take me down
I know you think you're the queen of the underground
And you can send me dead flowers every morning
Send me dead flowers by the mail
Send me dead flowers to my wedding
And I won't forget to put roses on your grave

Take me down little Susie, take me down
I know you think you're the queen of the underground
And you can send me dead flowers every morning
Send me dead flowers by the U.S. Mail
Say it with dead flowers in my wedding
And I won't forget to put roses on your grave
No, I won't forget to put roses on your grave

WRITERS

Keith Richards, Mick Jaggers

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_11139_LF.txt[11/10/23, 10:58:14 AM]

Lyrics
Mama said there'll be days like this
There'll be days like this, mama said
(Mama said, mama said)
Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)


I went walking the other day and
Everything was going fine
Met a little boy named Billy Joe
And then I almost lost my mind


Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)
Mama said there'll be days like this
There'll be days like this, my mama said


And then she said someone would look at me
Like I'm looking at you someday
Then I might find
I don't want you any old way but I don't worry 'causre


Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)
Mama said there'll be days like this
There'll be days like this, my mama said


My eyes are wide open
But all that I can see is
Chapel bells a-tollin'
For everyone but-a me but I don't worry 'cause


Mama said there'll be days like this
There'll be days like this, my mama said
(Mama said, mama said)
Mama said there'll be days like this
There'll be days like this, my mama said


(Mama said, mama said, hey, hey) don't you worry
(Mama said, mama said, hey, hey) don't you worry, now
(Mama said, mama said, hey, hey)
(Mama said, mama said, hey, hey) mama said there'll be days like this
(Mama said, mama said, hey, hey) there'll be days like this, my mama said

BCG_ID_11143_LF.txt[11/10/23, 10:58:15 AM]

(Mama said, mama said, hey, hey) mama said there'll be days like this
(Mama said, mama said, hey, hey) there'll be days like this, my mama said
(Mama said, mama said, hey, hey) don't you worry

WRITERS

Luther Dixon, Willie Denson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Abkco Music Inc.

BCG_ID_11143_LF.txt[11/10/23, 10:58:15 AM]

Lyrics
Well, you've got your diamonds and you've got your pretty clothes
And the chauffeur drives your car
You let everybody know
But don't play with me, 'cause you're playing with fire

Your mother she's an heiress, owns a block in Saint John's Wood
And your father'd be there with her
If he only could
But don't play with me, 'cause you're playing with fire

Your old man took her diamonds and tiaras by the score
Now she gets her kicks in Stepney
Not in Knightsbridge anymore
So don't play with me, 'cause you're playing with fire

Now you've got some diamonds and you will have some others
But you'd better watch your step, girl
Or start living with your mother
So don't play with me, 'cause you're playing with fire
So don't play with me, 'cause you're playing with fire

WRITERS

Nanker Phelge

PUBLISHERS

Lyrics © BMG Rights Management, Abkco Music Inc.

Lyrics
She comes in colors everywhere
She combs her hair
She's like a rainbow
Coming, colors in the air
Oh, everywhere
She comes in colors

She comes in colors everywhere
She combs her hair
She's like a rainbow
Coming, colors in the air
Oh, everywhere
She comes in colors

Have you seen her dressed in blue?
See the sky in front of you
And her face is like a sail
Speck of white so fair and pale
Have you seen a lady fairer?

She comes in colors everywhere
She combs her hair
She's like a rainbow
Coming, colors in the air
Mmm, everywhere
She comes in colors

Have you seen her all in gold?
Like a queen in days of old
She shoots colors all around
Like a sunset going down
Have you seen a lady fairer?

She comes in colors everywhere
She combs her hair
She's like a rainbow
Coming, colors in the air
Oh, everywhere
She comes in colors

She's like a rainbow
Coming, colors in the air
Oh, everywhere
She comes in colors

WRITERS

BCG_ID_11147_LF.txt[11/10/23, 10:58:15 AM]

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc., Warner Chappell Music, Inc.

BCG_ID_11147_LF.txt[11/10/23, 10:58:15 AM]

Lyrics
Let me tell you 'bout a place
Somewhere up a New York way
Where the people are so gay
Twistin' the night away

Here they have a lot of fun
Puttin' trouble on the run
Man, you find the old and young
Twistin' the night away

They're twistin', twistin'
Everybody's feelin' great
They're twistin', twistin'
They're twistin' the night away

Here's a man in evenin' clothes
How he got here, I don't know, but
Man, you oughta see him go
Twistin' the night away

He's dancin' with the chick in slacks
She's a movin' up and back
Oh man, there ain't nothin' like
Twistin' the night away

They're twistin', twistin'
Everybody's feelin' great
They're twistin', twistin'
They're twistin' the night
Let's twist a while

Lean up, lean back
Lean up, lean back
Watusi, now fly, now twist
They're twistin' the night away

Here's a fella in blue jeans
Dancin' with a older queen
Who's dolled up in a diamond rings and
Twistin' the night away

Man, you oughta see her go
Twistin' to the rock and roll
Here you find the young and old

BCG_ID_11151_LF.txt[11/10/23, 10:58:15 AM]

Twistin' the night away

They're twistin', twistin'
Man, everybody's feelin' great
They're twistin', twistin'
They're twistin' the night

One more time

Lean up, lean back
Lean up, lean back
Watusi, now fly, now twist

WRITERS

Sam Cooke

PUBLISHERS

Lyrics © Kanjian Music, BMG Rights Management, Abkco Music Inc.

BCG_ID_11151_LF.txt[11/10/23, 10:58:15 AM]

Lyrics
Don't know much about History
Don't know much Biology
Don't know much about a Science book
Don't know much about the French I took

But I do know that I love you
And I know that if you love me too
What a wonderful world this would be

Don't know much about Geography
Don't know much Trigonometry
Don't know much about Algebra
Don't know what a slide rule is for

But I do know one and one is two
And if this one could be with you
What a wonderful world this would be

Now, I don't claim to be an A student
But I'm trying to be
For maybe by being an A student, baby
I can win your love for me

Don't know much about History
Don't know much Biology
Don't know much about a Science book
Don't know much about the French I took

But I do know that I love you
And I know that if you love me too
What a wonderful world this would be

La ta ta ta ta ta ta (History)
Hmm (Biology)
Oh, la ta ta ta ta ta ta ta (Science book)
Hmm (French I took)

Yeah, but I do know that I love you
And I know that if you love me too
What a wonderful world this would be

WRITERS

Herb Alpert, Lou Adler, Sam Cooke

BCG_ID_11152_LF.txt[11/10/23, 10:58:15 AM]

PUBLISHERS

Lyrics © Kanjian Music, Songtrust Ave

BCG_ID_11152_LF.txt[11/10/23, 10:58:15 AM]

Lyrics
Darling, you send me
I know you send me
Darling, you send me
Honest, you do, honest, you do
Honest, you do, whoa

You thrill me
I know you, you, you thrill me
Darling, you, you, you, you thrill me
Honest, you do

At first I thought it was infatuation
But, woo, it's lasted so long
Now I find myself wanting
To marry you and take you home, whoa

You, you, you, you send me
I know you send me
I know you send me
Honest you do

Whoa-oh-oh, whenever I'm with you
I know, I know, I know when I'm near you
Mm hmm, mmm hmm, honest, you do, honest, you do
Whoa-oh-oh, I know-oh-oh-oh

I know, I know, I know, when you hold me
Whoa, whenever you kiss me
Mm hmm, mm hmm, honest you do

At first I thought it was infatuation
But, woo, it's lasted so long
Now I find myself wanting
To marry you and take you home

I know, I know, I know you send me
I know you send me
Whoa, you, you, you send me
Honest you do

WRITERS

Sam Cooke

PUBLISHERS

BCG_ID_11154_LF.txt[11/10/23, 10:58:16 AM]

Lyrics © Kanjian Music, Tratore, Abkco Music Inc.

BCG_ID_11154_LF.txt[11/10/23, 10:58:16 AM]

Lyrics
Closed off from love, I didn't need the pain
Once or twice was enough and it was all in vain
Time starts to pass, before you know it, you're frozen, ooh
But something happened for the very first time with you
My heart melts into the ground, found something true
And everyone's looking 'round, thinking I'm going crazy, oh


But I don't care what they say
I'm in love with you
They try to pull me away, but they don't know the truth
My heart's crippled by the vein that I keep on closing
You cut me open and I


Keep bleeding, keep, keep bleeding love
I keep bleeding, I keep, keep bleeding love
Keep bleeding, keep, keep bleeding love
You cut me open
Oh yeah


Trying hard not to hear, but they talk so loud
Their piercing sounds fill my ears, try to fill me with doubt
Yet I know that their goal is to keep me from falling, hey, oh
But nothing's greater than the rush that comes with your embrace
And in this world of loneliness, I see your face
Yet everyone around me thinks that I'm going crazy
Maybe, maybe


But I don't care what they say
I'm in love with you
They try to pull me away, but they don't know the truth
My heart's crippled by the vein that I keep on closing
You cut me open and I


Keep bleeding, keep, keep bleeding love
I keep bleeding, I keep, keep bleeding love
Keep bleeding, keep, keep bleeding love
You cut me open, mm, mm


And it's draining all of me
Though they find it hard to believe
I'll be wearing these scars for everyone to see


I don't care what they say
I'm in love with you
They try to pull me away, but they don't know the truth

BCG_ID_11198_LF.txt[11/10/23, 10:58:16 AM]

My heart's crippled by the vein that I keep on closing
Oh, you cut me open and I

Keep bleeding, keep, keep bleeding love
I keep bleeding, I keep, keep bleeding love
Keep bleeding, keep, keep bleeding love
Oh, you cut me open and I

Keep bleeding, keep, keep bleeding love
I keep bleeding, I keep, keep bleeding love
Keep bleeding, keep, keep bleeding love
I keep
Oh, you cut me open and I
Keep bleeding, keep, keep bleeding love

WRITERS

Jesse McCartney, Ryan Benjamin Tedder

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Kobalt Music Publishing Ltd.

BCG_ID_11198_LF.txt[11/10/23, 10:58:16 AM]

Lyrics
Remember those walls I built
Well, baby, they're tumbling down
And they didn't even put up a fight
They didn't even make a sound

I found a way to let you win
But I never really had a doubt
Standing in the light of your halo
I got my angel now

It's like I've been awakened
Every rule I had you breaking
It's the risk that I'm taking
I ain't never gonna shut you out

Everywhere I'm looking now
I'm surrounded by your embrace
Baby, I can see your halo
You know you're my saving grace

You're everything I need and more
It's written all over your face
Baby, I can feel your halo
Pray it won't fade away

I can feel your halo (halo) halo
I can see your halo (halo) halo
I can feel your halo (halo) halo
I can see your halo (halo) halo

Hit me like a ray of sun
Burning through my darkest night
You're the only one that I want
Think I'm addicted to your light

I swore I'd never fall again
But this don't even feel like falling
Gravity can't begin
To pull me back to the ground again

Feels like I've been awakened
Every rule I had you breaking
The risk that I'm taking
I'm never gonna shut you out

BCG_ID_11201_LF.txt[11/10/23, 10:58:16 AM]

Everywhere I'm looking now
I'm surrounded by your embrace
Baby, I can see your halo
You know you're my saving grace

You're everything I need and more
It's written all over your face
Baby, I can feel your halo
Pray it won't fade away

I can feel your halo (halo) halo
I can see your halo (halo) halo
I can feel your halo (halo) halo
I can see your halo (halo) halo
I can feel your halo (halo) halo
I can see your halo (halo) halo

I can feel your halo (halo) halo
I can see your halo (halo) halo
Halo, halo
Ooh, ooh, ooh, ooh, ooh

Everywhere I'm looking now
I'm surrounded by your embrace
Baby, I can see your halo
You know you're my saving grace

You're everything I need and more
It's written all over your face
Baby, I can feel your halo
Pray it won't fade away

I can feel your halo (halo) halo
I can see your halo (halo) halo
I can feel your halo (halo) halo
I can see your halo (halo) halo

I can feel your halo (halo) halo
I can see your halo (halo) halo
I can feel your halo (halo) halo
I can see your halo (halo) halo

WRITERS

Beyonce Knowles, Evan Kidd Bogart, Ryan B. Tedder

BCG_ID_11201_LF.txt[11/10/23, 10:58:16 AM]

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Unison Rights S.L., Kobalt Music Publishing Ltd.

BCG_ID_11201_LF.txt[11/10/23, 10:58:16 AM]

Lyrics
She, she ain't real
She ain't gon' be able to love you like I will
She is a stranger
You and I have history
Or don't you remember
Sure, she's got it all
But, baby, is that really what you want


Bless your soul, you got your head in the clouds
She made a fool out of you
And, boy, she's bringing you down
She made your heart melt
But you're cold to the core
Now rumor has it she ain't got your love anymore


Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)


She is half your age
But I'm guessing that's the reason that you stayed
I heard you've been missing me
You've been telling people things you shouldn't be
Like when we creep out and she ain't around
Haven't you heard the rumors


Bless your soul, you got your head in the clouds
You made a fool out of me
And, boy, you're bringing me down
You made my heart melt, yet I'm cold to the core
But rumor has it I'm the one you're leaving her for


Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)

BCG_ID_11202_LF.txt[11/10/23, 10:58:16 AM]

All of these words whispered in my ear
Tell a story that I cannot bear to hear
Just 'cause I said it, it don't mean that I meant it
People say crazy things
Just 'cause I said it, don't mean that I meant it
Just 'cause you heard it

Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor-rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it

But rumor has it he's the one I'm leaving you for

WRITERS

Adele Laurie Blue Adkins, Ryan B. Tedder

PUBLISHERS

Lyrics © Universal Music Publishing Group, Downtown Music Publishing

BCG_ID_11202_LF.txt[11/10/23, 10:58:16 AM]

Lyrics
So I heard you found somebody else
And at first, I thought it was a lie
I took all my things that make sounds
The rest I can do without


I don't want your body
But I hate to think about you with somebody else
Our love has gone cold
You're intertwining your soul with somebody else
I'm looking through you while you're looking through your phone
And then leavin' with somebody else
No, I don't want your body
But I'm picturing your body with somebody else


I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want


And come on, baby (I know)
This ain't the last time that I'll see your face
And come on, baby (I know)
You said you'd find someone to take my place
I just don't believe that you have got it in you
'Cause we are just gonna keep doin' it
And every time I start to believe in anything you're saying
I'm reminded that I should be getting over it


I don't want your body
But I hate to think about you with somebody else
Our love has gone cold
You're intertwining your soul with somebody else
I'm looking through you while you're looking through your phone
And then leaving with somebody else
No, I don't want your body
But I'm picturing your body with somebody else


I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want your body, I


Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never alone

BCG_ID_11203_LF.txt[11/10/23, 10:58:17 AM]

Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never alone
Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never alone
Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never alone


I don't want your body
But I hate to think about you with somebody else
(I don't want your body)
Our love has gone cold
You're intertwining your soul with somebody else
(I don't want your body)
I'm looking through you while you're looking through your phone
And then leaving with somebody else
(I don't want your body)
No, I don't want your body
But I'm picturing your body with somebody else
(I don't want your body)


(I know)
(I know)
(I know)
(I know)
(I know)
(I know)
(I know)
(I know)
(I know)
(I know)
(I know)
(I know)

WRITERS

George Bedford Daniel, Matthew Timothy Healy, Ross Stewart MacDonald, Adam Brian Thomas Hann

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing

BCG_ID_11203_LF.txt[11/10/23, 10:58:17 AM]

Lyrics
Close enough to start a war
All that I have is on the floor
God only knows what we're fighting for
All that I say, you always say more

I can't keep up with your turning tables
Under your thumb, I can't breathe

So, I won't let you close enough to hurt me
No, I won't rescue you to just desert me
I can't give you the heart you think you gave me
It's time to say goodbye to turning tables
To turning tables

Under haunted skies, I see you, ooh
Where love is lost, your ghost is found
I braved a hundred storms to leave you
As hard as you try, no I will never be knocked down

I can't keep up with your turning tables
Under your thumb, I can't breathe

So, I won't let you close enough to hurt me
No, I won't rescue you to just desert me
I can't give you the heart you think you gave me
It's time to say goodbye to turning tables
Turning tables

Next time I'll be braver
I'll be my own savior
When the thunder calls for me
Next time I'll be braver
I'll be my own savior
Standing on my own two feet

I won't let you close enough to hurt me
No, I won't rescue you to just desert me
I can't give you the heart you think you gave me
It's time to say goodbye to turning tables
To turning tables
Turning tables, yeah
Turn, oh, no, no

WRITERS

BCG_ID_11204_LF.txt[11/10/23, 10:58:17 AM]

Adele Laurie Blue Adkins, Ryan B. Tedder

PUBLISHERS

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing

Lyrics
All smiles, I know what it takes to fool this town
I'll do it 'til the sun goes down and all through the nighttime
Oh yeah, oh yeah, I'll tell you what you wanna hear
Keep my sunglasses on while I shed a tear
It's never the right time, yeah, yeah

I put my armor on, show you how strong I am
I put my armor on, I'll show you that I am

I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
And, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable today

Break down, only alone I will cry out loud
You'll never see what's hiding out
Hiding out deep down, yeah, yeah
I know, I've heard that to let your feelings show
Is the only way to make friendships grow
But I'm too afraid now, yeah, yeah

I put my armor on, show you how strong I am
I put my armor on, I'll show you that I am

I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
And, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable today

I put my armor on, show you how strong I am
I put my armor on, I'll show you that I am

I'm unstoppable

BCG_ID_11205_LF.txt[11/10/23, 10:58:17 AM]

I'm a Porsche with no brakes
I'm invincible
Yeah, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable today

WRITERS

Christopher Braide, Sia Kate Furler

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC

BCG_ID_11205_LF.txt[11/10/23, 10:58:17 AM]

Lyrics
Yeah, breakfast at Tiffany's and bottles of bubbles
Girls with tattoos who like getting in trouble
Lashes and diamonds, ATM machines
Buy myself all of my favorite things (yeah)


Been through some bad shit, I should be a sad bitch
Who woulda thought it'd turn me to a savage?
Rather be tied up with calls and not strings
Write my own checks like I write what I sing, yeah (yeah)


My wrist, stop watchin', my neck is flossy
Make big deposits, my gloss is poppin'
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)


I want it, I got it, I want it, I got it
I want it, I got it, I want it, I got it
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)


Wearing a ring, but ain't gon' be no "Mrs."
Bought matching diamonds for six of my bitches
I'd rather spoil all my friends with my riches
Think retail therapy my new addiction


Whoever said money can't solve your problems
Must not have had enough money to solve 'em
They say, "Which one?" I say, "Nah, I want all of 'em"
Happiness is the same price as red bottoms


My smile is beamin', my skin is gleamin'
The way it shine, I know you've seen it (you've seen it)
I bought a crib just for the closet
Both his and hers, I want it, I got it, yeah


I want it, I got it, I want it, I got it
I want it, I got it, I want it, I got it (baby)
You like my hair? Gee, thanks, just bought it (oh yeah)
I see it, I like it, I want it, I got it (yeah)


Yeah, my receipts, be lookin' like phone numbers
If it ain't money, then wrong number
Black card is my business card
The way it be settin' the tone for me

BCG_ID_11209_LF.txt[11/10/23, 10:58:17 AM]

I don't mean to brag, but I be like, "Put it in the bag," yeah
When you see them racks, they stacked up like my ass, yeah
Shoot, go from the store to the booth
Make it all back in one loop, give me the loot
Never mind, I got the juice
Nothing but net when we shoot
Look at my neck, look at my jet
Ain't got enough money to pay me respect
Ain't no budget when I'm on the set
If I like it, then that's what I get, yeah


I want it, I got it, I want it, I got it (yeah)
I want it, I got it, I want it, I got it (oh yeah, yeah)
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)

WRITERS

Ariana Grande, Njomza Vitia, Richard Rodgers, Taylor Monet Parks, Charles Michael Anderson, Kimberley Anne Krysiuk, Michael David Foster, Oscar II Hammerstein, Thomas Lee Brown, Victoria Monet McCants

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Warner Chappell Music, Inc.

BCG_ID_11209_LF.txt[11/10/23, 10:58:17 AM]

Lyrics
When I get high I get high on speed
Top fuel funny car's a drug for me
My heart, my heart
Kick start my heart
Always got the cops coming after me
Custom-built bike doing 103
My heart, my heart
Kick start my heart


Oh, are you ready girls?
Oh, are you ready now?
Whoa, yeah
Kick start my heart, give it a start
Whoa, yeah, baby
Whoa, yeah
Kick start my heart, hope it never stops
Whoa, yeah, baby, yeah


Skydive naked from an aeroplane
Or a lady with a body from outer space
My heart, my heart
Kick start my heart
Say I got trouble, trouble in my eyes
I'm just looking for another good time
My heart, my heart
Kick start my heart


Yeah, are you ready girls?
Yeah, are you ready now, now, now?
Whoa, yeah
Kick start my heart, give it a start
Whoa, yeah, baby, whoa, yeah
Kick start my heart, hope it never stops
Whoa, yeah, baby


When we started this band
All we needed, needed was a laugh
Years gone by, I'd say we've kicked some ass
When I'm enraged or hittin' the stage
Adrenaline rushing through my veins
And I'd say we're still kickin' ass


I say, ooh ah, kick start my heart
I hope it never stops
And to think, we did all of this to rock

BCG_ID_11213_LF.txt[11/10/23, 10:58:18 AM]

Whoa, yeah
Kick start my heart, give it a start
Whoa, yeah, b-b-b-b-b-b-baby
Whoa, yeah
Kick start my heart, hope it never stops
Whoa, yeah, baby


Whoa, yeah
Kick start my heart, hope it never stops
Whoa, yeah, baby
Whoa, yeah
Kick start my heart, give it a start
Whoa, yeah
Okay boys, let's rock the house


That's all


Kickstart my heart

WRITERS

Nikki Sixx

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

Lyrics
I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey

I get drunk, wake up, I'm wasted still
I realize the time that I wasted here
I feel like you can't feel the way I feel
I'll be fucked up if you can't be right here

Oh-whoa (oh-whoa-whoa)
Oh-whoa (oh-whoa-whoa)
Oh-whoa (oh-whoa-whoa)
I'll be fucked up if you can't be right here

I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey
I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey

When I'm away from you, I miss your touch (ooh)
You're the reason I believe in love
It's been difficult for me to trust (ooh)
And I'm afraid that I'ma fuck it up
Ain't no way that I can leave you stranded
'Cause you ain't ever left me empty-handed
And you know that I know that I can't live without you
So, baby, stay

Oh-whoa (oh-whoa-whoa)
Oh-whoa (oh-whoa-whoa)
Oh-whoa (oh-whoa-whoa)
I'll be fucked up if you can't be right here

I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey
I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey

BCG_ID_11217_LF.txt[11/10/23, 10:58:18 AM]

Whoa-oh
I need you to stay, need you to stay, hey

WRITERS

Blake Slatkin, Charlie Puth, Charlton Kenneth Jeffrey Howard, Isaac John D. De Boni, Justin Drew Bieber, Magnus Hoeiberg, Michael David Mule, Omer Fedi, Subhaan Rahmaan

PUBLISHERS

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

Lyrics
We built this city
We built this city on rock and roll
Built this city
We built this city on rock and roll

Say you don't know me or recognize my face
Say you don't care who goes to that kind of place
Knee-deep in the hoopla, sinking in your fight
Too many runaways eating up the night

Marconi plays the mamba
Listen to the radio
Don't you remember?
We built this city
We built this city on rock and roll

We built this city
We built this city on rock and roll
Built this city
We built this city on rock and roll

Someone always playing corporation games
Who cares, they're always changing corporation names
We just want to dance here, someone stole the stage
They call us irresponsible, write us off the page

Marconi plays the mamba
Listen to the radio
Don't you remember?
We built this city
We built this city on rock and roll

We built this city
We built this city on rock and roll
Built this city
We built this city on rock and roll

It's just another Sunday
In a tired old street
Police have got the chokehold (oh)
Then we just lost the beat
Who counts the money underneath the bar?
Who writes the wrecking ball into our guitars?
Don't tell us you need us 'cause we're the ship of fools
Looking for America, coming through your schools

(I'm looking out over that Golden Gate bridge)
(On another gorgeous sunny Saturday)
(And I'm seein' that bumper to bumper traffic)
Don't you remember (remember), 'member ('member)
(It's your favorite radio station in your favorite radio city)
(The city by the bay, the city that rocks, the city that never sleeps)


Marconi plays the mamba
Listen to the radio
Don't you remember?
We built this city
We built this city on rock and roll


We built this city
We built this city on rock and roll
Built this city
We built this city on rock and roll
Built this city (ooh, ooh)
We built this city on rock and roll
Built this city
We built this city on rock and roll


We built, we built this city, yeah
(Built this city) we built, we built this city
We built, we built this city, yeah
(Built this city) we built, we built this city
We built, we built this city, yeah
(Built this city) we built, we built this city
We built, we built this city, yeah
(Built this city) we built, we built this city

WRITERS

Martin George Page, Bernard J. P. Taupin, Dennis Lambert, Peter F. Wolf

PUBLISHERS

Lyrics © Universal Music Publishing Group, Word Collections Publishing

BCG_ID_11218_LF.txt[11/10/23, 10:58:18 AM]

Lyrics
Ha ha ha ha ha
Yo, I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah


If you want my future, forget my past
If you wanna get with me, better make it fast
Now don't go wasting my precious time
Get your act together we could be just fine


I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah
If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
Taking is too easy, but that's the way it is


Oh, what do you think about that?
Now you know how I feel
Say you can handle my love, are you for real?
(Are you for real?)
I won't be hasty, I'll give you a try
If you really bug me then I'll say goodbye


Yo, I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah


If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is


So, here's a story from A to Z
You wanna get with me, you gotta listen carefully
We got Em in the place who likes it in your face
You got G like MC who likes it on a

BCG_ID_11221_LF.txt[11/10/23, 10:58:18 AM]

Easy V doesn't come for free, she's a real lady
And as for me, ha you'll see

Slam your body down and wind it all around
Slam your body down and wind it all around

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

If you wanna be my lover
You gotta, you gotta, you gotta, you gotta, you gotta
Slam, slam, slam, slam (make it last forever)

Slam your body down and wind it all around
Slam your body down and wind it all around
Ha, ha, ha, ha, ha
Slam your body down and wind it all around
Slam your body down and zigazig ah
If you wanna be my lover

WRITERS

Melanie Chisholm, Geri Halliwell, Victoria Beckham, Emma Bunton, Melanie Brown, Matthew Paul Rowbottom, Richard Stannard

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Peermusic Publishing

BCG_ID_11221_LF.txt[11/10/23, 10:58:18 AM]

Lyrics
At first I was afraid, I was petrified
Kept thinking I could never live without you by my side
But then I spent so many nights thinking how you did me wrong
And I grew strong
And I learned how to get along

And so you're back
From outer space
I just walked in to find you here
With that sad look upon your face
I should have changed that stupid lock
I should have made you leave your key
If I'd known for just one second
You'd be back to bother me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to hurt me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive, hey, hey

Only the Lord could give me strength not to fall apart
Though I tried hard to mend the pieces of my broken heart
And I spent oh-so many nights just feeling sorry for myself
I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now

BCG_ID_11222_LF.txt[11/10/23, 10:58:19 AM]

'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?


Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive


Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?


No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive
I will survive


Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?


Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive
I will survive
I will survive


WRITERS

BCG_ID_11222_LF.txt[11/10/23, 10:58:19 AM]

Dino Fekaris, Frederick J. Perren

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11222_LF.txt[11/10/23, 10:58:19 AM]

Lyrics
Say something, I'm giving up on you
I'll be the one, if you want me to
Anywhere, I would've followed you
Say something, I'm giving up on you

And I am feeling so small
It was over my head
I know nothing at all

And I will stumble and fall
I'm still learning to love
Just starting to crawl

Say something, I'm giving up on you
I'm sorry that I couldn't get to you
Anywhere, I would've followed you
Say something, I'm giving up on you

And I will swallow my pride
You're the one that I love
And I'm saying goodbye

Say something, I'm giving up on you
And I'm sorry that I couldn't get to you
And anywhere, I would have followed you, oh-oh
Say something, I'm giving up on you

Say something, I'm giving up on you
Say something

WRITERS

Chad Vaccarino, Ian Axel, Mike Campbell

PUBLISHERS

Lyrics © CONSALAD CO., Ltd., Universal Music Publishing Group, RESERVOIR MEDIA MANAGEMENT INC

BCG_ID_11223_LF.txt[11/10/23, 10:58:19 AM]

Lyrics
Whoa, oh, oh
Whoa, oh, oh
Whoa, oh, oh
Whoa

I'm waking up to ash and dust
I wipe my brow and I sweat my rust
I'm breathing in the chemicals

I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

I raise my flags, don my clothes
It's a revolution, I suppose
We'll paint it red to fit right in
Whoa

I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

All systems go, the sun hasn't died
Deep in my bones, straight from inside

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

BCG_ID_11224_LF.txt[11/10/23, 10:58:19 AM]

Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

WRITERS

Joshua Francis Mosser, Alexander Junior Grant, Benjamin Arthur Mckee, Daniel Coulter Reynolds, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Bluewater Music Corp.

Lyrics
We've come a long, long way together
Through the hard times and the good
I have to celebrate you, baby
I have to praise you like I should

We've come a long, long way together
Through the hard times and the good
I have to celebrate you, baby
I have to praise you like I should

I have to praise you
I have to praise you
I have to praise you
I have to praise you like I should

I have to praise you
I have to praise you
I have to praise you

We've come a long, long way together
Through the hard times and the good
I have to celebrate you, baby
I have to praise you like I should

I have to praise you
I have to praise you
I have to praise you
I have to praise you

I have to praise you
I have to praise you
I have to praise you
I have to praise you like I should
I have to praise you

WRITERS

Camille D. Yarbrough, Norman Cook

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
When the days are cold
And the cards all fold
And the saints we see
Are all made of gold

When your dreams all fail
And the ones we hail
Are the worst of all
And the blood's run stale

I wanna hide the truth
I wanna shelter you
But with the beast inside
There's nowhere we can hide

No matter what we breed
We still are made of greed
This is my kingdom come
This is my kingdom come

When you feel my heat
Look into my eyes
It's where my demons hide
It's where my demons hide
Don't get too close
It's dark inside
It's where my demons hide
It's where my demons hide

At the curtain's call
It's the last of all
When the lights fade out
All the sinners crawl

So they dug your grave
And the masquerade
Will come calling out
At the mess you've made

Don't wanna let you down
But I am hellbound
Though this is all for you
Don't wanna hide the truth

BCG_ID_11227_LF.txt[11/10/23, 10:58:20 AM]

No matter what we breed
We still are made of greed
This is my kingdom come
This is my kingdom come

When you feel my heat
Look into my eyes
It's where my demons hide
It's where my demons hide
Don't get too close
It's dark inside
It's where my demons hide
It's where my demons hide

They say it's what you make
I say it's up to fate
It's woven in my soul
I need to let you go

Your eyes, they shine so bright
I wanna save that light
I can't escape this now
Unless you show me how

When you feel my heat
Look into my eyes
It's where my demons hide
It's where my demons hide
Don't get too close
It's dark inside
It's where my demons hide
It's where my demons hide

WRITERS

Joshua Francis Mosser, Alex Grant, Benjamin Arthur McKee, Daniel Coulter Reynold, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Bluewater Music Corp.

BCG_ID_11227_LF.txt[11/10/23, 10:58:20 AM]

Lyrics
I used to spend my nights out in a bar room
Liquor was the only love I'd known
But you rescued me from reaching for the bottom
Brought me back from being too far gone

You're as smooth as Tennesee whiskey
You're as sweet as strawberry wine
You're as warm as a glass of Brandy
And I stay stoned on your love all the time

I looked for love in all the same old places
Found the bottom of the bottle's always dry
But when you poured out your heart
I didn't waste it
'Cause there's nothing like your love to get me high

You're as smooth as Tennesee whiskey
You're as sweet as strawberry wine
You're as warm as a glass of Brandy
And I stay stoned on your love all the time
I stay stoned on your love all the time

WRITERS

Linda H Bartholomew, Dean Dillon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
She just wants to be beautiful
She goes unnoticed, she knows no limits
She craves attention, she praises an image
She prays to be sculpted by the sculptor
Oh, she don't see the light that's shining
Deeper than the eyes can find it
Maybe we have made her blind
So she tries to cover up her pain and cut her woes away
'Cause covergirls don't cry after their face is made


But there's a hope that's waiting for you in the dark
You should know you're beautiful just the way you are
And you don't have to change a thing, the world could change its heart
No scars to your beautiful, we're stars and we're beautiful
Oh-oh, oh
Oh-oh, oh, oh
And you don't have to change a thing, the world could change its heart
No scars to your beautiful, we're stars and we're beautiful


She has dreams to be an envy, so she's starving
You know, covergirls eat nothing
She says "Beauty is pain and there's beauty in everything"
"What's a little bit of hunger?"
"I can go a little while longer," she fades away
She don't see her perfect, she don't understand she's worth it
Or that beauty goes deeper than the surface, oh, oh
So to all the girls that's hurting
Let me be your mirror, help you see a little bit clearer
The light that shines within


There's a hope that's waiting for you in the dark
You should know you're beautiful just the way you are
And you don't have to change a thing, the world could change its heart
No scars to your beautiful, we're stars and we're beautiful
Oh-oh, oh
Oh-oh, oh, oh
And you don't have to change a thing, the world could change its heart
No scars to your beautiful, we're stars and we're beautiful


No better you than the you that you are (no better you than the you that you are)
No better life than the life we're living (no better life than the life we're living)
No better time for your shine, you're a star (no better time for your shine, you're a star)
Oh, you're beautiful, oh, you're beautiful


There's a hope that's waiting for you in the dark
You should know you're beautiful just the way you are
And you don't have to change a thing, the world could change its heart

BCG_ID_11229_LF.txt[11/10/23, 10:58:20 AM]

No scars to your beautiful, we're stars and we're beautiful
Oh-oh, oh
Oh-oh, oh, oh
And you don't have to change a thing, the world could change its heart
No scars to your beautiful, we're stars and we're beautiful

WRITERS

Alessia Caracciolo, Andrew Wansel, Coleridge Tillman, Warren Felder

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
Blue jean baby, L.A. lady, seamstress for the band
Pretty eyed, pirate smile, you'll marry a music man
Ballerina, you must've seen her dancing in the sand
And now she's in me, always with me, tiny dancer in my hand

Jesus freaks out in the street
Handing tickets out for God
Turning back, she just laughs
The boulevard is not that bad
Piano man, he makes his stand
In the auditorium
Looking on, she sings the songs
The words she knows, the tune she hums

But oh, how it feels so real
Lying here with no one near
Only you, and you can hear me
When I say softly, slowly

Hold me closer, tiny dancer
Count the headlights on the highway
Lay me down in sheets of linen
You had a busy day today
Hold me closer, tiny dancer
Count the headlights on the highway
Lay me down in sheets of linen
You had a busy day today

Blue jean baby, L.A. lady, seamstress for the band
Pretty eyed, pirate smile, you'll marry a music man
Ballerina, you must've seen her dancing in the sand
Now she's in me, always with me, tiny dancer in my hand

Oh, how it feels so real
Lying here with no one near
Only you, and you can hear me
When I say softly, slowly

Hold me closer, tiny dancer
Count the headlights on the highway
Lay me down in sheets of linen
You had a busy day today
Hold me closer, tiny dancer
Count the headlights on the highway
Lay me down in sheets of linen
You had a busy day today

BCG_ID_11231_LF.txt[11/10/23, 10:58:20 AM]

WRITERS

Bernie Taupin, Elton John

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11231_LF.txt[11/10/23, 10:58:20 AM]

Lyrics
I thought love was only true in fairy tales
Meant for someone else but not for me
Love was out to get me
That's the way it seemed
Disappointment haunted all of my dreams
Then I saw her face, now I'm a believer
Not a trace, of doubt in my mind
I'm in love, and I'm a believer
I couldn't leave her if I tried
No not if I tried
I thought love was more or less a giving thing
Seems the more I gave the less I got
What's the use in tryin'
All you get is pain
When I needed sunshine I got rain
Then I saw her face, now I'm a believer
Not a trace, of doubt in my mind
I'm in love and I'm a believer
I couldn't leave her if I tried
Not if I tried


Love was out to get me
That's the way it seemed
Disappointment haunted all of my dreams
What's the use of trying
All you get is pain
When I wanted sunshine I got rain
Then I saw her face, now I'm a believer
Not a trace, of doubt in my mind
I'm in love and I'm a believer
I couldn't leave her if I tried
No not if I tried
Not if I tried, no
'Cause I'm a believer
Yes I'm a believer

WRITERS

Neil Diamond

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
Can't we just talk?
Can't we just talk?
Talk about where we're goin'
Before we get lost
Let me out first
Can't get what we want without knowin'
I've never felt like this before
I apologize if I'm movin' too far
Can't we just talk?
Can't we just talk?
Figure out where we're goin'

Yeah
Started off right
I can see it in your eyes
I can tell that you're wantin' more
What's been on your mind?
There's no reason we should hide
Tell me somethin' I ain't heard before

Oh, I've been dreamin' 'bout it
And it's you I'm on
So stop thinkin' 'bout it

Can't we just talk?
Can't we just talk?
Talk about where we're goin'
Before we get lost
Let me out first (yeah)
Can't get what we want without knowin' (no)
I've never felt like this before
I apologize if I'm movin' too far
Can't we just talk?
Can't we just talk?
Figure out where we're goin'

(Oh, nah)
Penthouse view, left some flowers in the room
I'll make sure I leave the door unlocked
Now I'm on the way, swear I won't be late
I'll be there by five o'clock

Oh, you've been dreamin' 'bout it
And I'm what you want
So stop thinkin' 'bout it

BCG_ID_11235_LF.txt[11/10/23, 10:58:21 AM]

Can't we just talk? (Oh)
Can't we just talk? (Na)
Talk about where we're goin' (na na oh)
Before we get lost
Let me out first
Can't get what we want without knowin' (na)
I've never felt like this before
I apologize if I'm movin' too far
Can't we just talk? (Ooh!)
Can't we just talk?
Figure out where we're goin'


(Figure out where we're goin')

WRITERS

Guy William Lawrence, Howard John Lawrence, Khalid Robinson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11235_LF.txt[11/10/23, 10:58:21 AM]

Lyrics
When are you gonna come down?
When are you going to land?
I should have stayed on the farm
I should have listened to my old man

You know you can't hold me forever
I didn't sign up with you
I'm not a present for your friends to open
This boy's too young to be singing
The blues, ah, ah

So goodbye yellow brick road
Where the dogs of society howl
You can't plant me in your penthouse
I'm going back to my plough

Back to the howling old owl in the woods
Hunting the horny back toad
Oh, I've finally decided my future lies
Beyond the yellow brick road
Ah, ah

What do you think you'll do then?
I bet they'll shoot down the plane
It'll take you a couple of vodka and tonics
To set you on your feet again

Maybe you'll get a replacement
There's plenty like me to be found
Mongrels who ain't got a penny
Sniffing for tidbits like you
On the ground, ah, ah

So goodbye yellow brick road
Where the dogs of society howl
You can't plant me in your penthouse
I'm going back to my plough

Back to the howling old owl in the woods
Hunting the horny back toad
Oh, I've finally decided my future lies
Beyond the yellow brick road
Ah, ah

WRITERS

BCG_ID_11236_LF.txt[11/10/23, 10:58:21 AM]

Bernard J. P. Taupin, Elton John

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
It's a little bit funny, this feelin' inside
I'm not one of those who can easily hide
I don't have much money, but boy, if I did
I'd buy a big house where we both could live

If I was a sculptor, but then again, no
Or a man who makes potions in a travelin' show
Oh, I know it's not much, but it's the best I can do
My gift is my song and this one's for you

And you can tell everybody this is your song
It may be quite simple but now that it's done
I hope you don't mind
I hope you don't mind
That I put down in words
How wonderful life is while you're in the world

I sat on the roof and kicked off the moss
Well, a few of the verses, well, they've got me quite cross
But the sun's been quite kind while I wrote this song
It's for people like you that keep it turned on

So excuse me forgettin', but these things I do
You see, I've forgotten if they're green or they're blue
Anyway, the thing is, what I really mean
Yours are the sweetest eyes I've ever seen

And you can tell everybody this is your song
It may be quite simple but now that it's done
I hope you don't mind
I hope you don't mind
That I put down in words
How wonderful life is while you're in the world
I hope you don't mind
I hope you don't mind
That I put down in words
How wonderful life is while you're in the world

WRITERS

Elton John, Bernard J. P. Taupin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11238_LF.txt[11/10/23, 10:58:21 AM]

Lyrics
Daylight
I wake up feeling like you won't play right
I used to know, but now that shit don't feel right
It made me put away my pride
So long
You made a nigga wait for some, so long
You make it hard for boy like that to go on
I'm wishing I could make this mine, oh


If you want it, yeah
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh
If you want it
You can have it


But stay woke
Niggas creepin'
They gon' find you
Gon' catch you sleepin' (oh)
Now stay woke
Niggas creepin'
Now don't you close your eyes


Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time


If you want it, oh
You can have it (you can have it)
If you need it (you better believe in something)
We can make it, oh
If you want it
You can have it, ah!


But stay woke (stay woke)
Niggas creepin' (they be creepin')
They gon' find you (they gon' find you)
Gon' catch you sleepin' (gon' catch you sleepin', put your hands up on me)
Now stay woke
Niggas creepin'
Now don't you close your eyes


But stay woke (ooh, ah)
Niggas creepin'

BCG_ID_11239_LF.txt[11/10/23, 10:58:21 AM]

They gon' find you (they gon' find you)
Gon' catch you sleepin' (gon' catch you, gon' catch you, ooh)
Now stay woke
Niggas creepin'
Now don't you close your eyes


How'd it get so scandalous?
Oh, how'd it get so scandalous?
Oh, oh, how'd it get, how'd it get
How'd it get so scandalous?
How'd it get so scandalous?
How'd it get so scandalous?
But stay woke
But stay woke

WRITERS

Bootsy Collins, Donald McKinley Glover II, Gary Cooper, George S. Clinton Jr., Ludwig Emil Tomas Goransson,
William Earl Collins

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11239_LF.txt[11/10/23, 10:58:21 AM]

Lyrics
As a child, you would wait and watch from far away
But you always knew that you'd be the one
That work while they all play

In youth, you'd lay awake at night and scheme
Of all the things that you would change
But it was just a dream

Here we are, don't turn away now (don't turn away)
We are the warriors that built this town
Here we are, don't turn away now (don't turn away)
We are the warriors that built this town
From dust

Will come
When you will have to rise
Above the best and prove yourself
Your spirit never dies

Farewell, I've gone to take my throne above
But don't weep for me
'Cause this will be the labor of my love

Here we are, don't turn away now (don't turn away)
We are the warriors that built this town
Here we are, don't turn away now (don't turn away)
We are the warriors that built this town
From dust

Here we are, don't turn away now (don't turn away)
We are the warriors that built this town
Here we are, don't turn away now (don't turn away)
We are the warriors that built this town
From dust

WRITERS

Alexander Junior Grant, Daniel Coulter Reynolds, Joshua Francis Mosser, Benjamin Arthur Mckee, Daniel James
Platzman, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11245_LF.txt[11/10/23, 10:58:22 AM]

Lyrics
Just stop your crying
It's a sign of the times
Welcome to the final show
Hope you're wearing your best clothes
You can't bribe the door on your way to the sky
You look pretty good down here
But you ain't really good

If we never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets

Just stop your crying
It's a sign of the times
We gotta get away from here
We gotta get away from here
Just stop your crying
It'll be alright
They told me that the end is near
We gotta get away from here

Just stop your crying
Have the time of your life
Breaking through the atmosphere
And things are pretty good from here
Remember everything will be alright
We can meet again somewhere
Somewhere far away from here

We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets

Just stop your crying
It's a sign of the times
We gotta get away from here
We gotta get away from here

Stop your crying
Baby, it'll be alright
They told me that the end is near
We gotta get away from here

We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets

We don't talk enough
We should open up
Before it's all too much
Will we ever learn?
We've been here before
It's just what we know

Stop your crying, baby
It's a sign of the times
We gotta get away
We got to get away
We got to get away
We got to get away
We got to get away
We got to, we got to, away
We got to, we got to, away
We got to, we got to, away

WRITERS

Alex Raymond Salibian, Harry Edward Styles, Jeffrey Nath Bhasker, Mitchell Kristopher Rowland, Ryan Thomas Nasci, Tyler Sam Johnson

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC

BCG_ID_11246_LF.txt[11/10/23, 10:58:22 AM]

Lyrics
I remember when rock was young
Me and Suzie had so much fun
Holding hands and skimming stones
Had an old gold Chevy and a place of my own
But the biggest kick I ever got
Was doing a thing called the Crocodile Rock
While the other kids were Rocking Round the Clock
We were hopping and bopping to the Crocodile Rock

Well Crocodile Rocking is something shocking
When your feet just can't keep still
I never knew me a better time and I guess I never will
Oh Lawdy mama those Friday nights
When Suzie wore her dresses tight
And the Crocodile Rocking was out of sight

La lalalala la lalalala la lalalala la

But the years went by and the rock just died
Suzie went and left us for some foreign guy
Long nights crying by the record machine
Dreaming of my Chevy and my old blue jeans
But they'll never kill the thrills we've got
Burning up to the Crocodile Rock
Learning fast as the weeks went past
We really thought the Crocodile Rock would last

Well Crocodile Rocking is something shocking
When your feet just can't keep still
I never knew me a better time and I guess I never will
Oh Lawdy mama those Friday nights
When Suzie wore her dresses tight
And the Crocodile Rocking was out of sight

La lalalala la lalalala la lalalala la

I remember when rock was young
Me and Suzie had so much fun
Holding hands and skimming stones
Had an old gold Chevy and a place of my own
But the biggest kick I ever got
Was doing a thing called the Crocodile Rock
While the other kids were Rocking Round the Clock
We were hopping and bopping to the Crocodile Rock

BCG_ID_11248_LF.txt[11/10/23, 10:58:22 AM]

Well Crocodile Rocking is something shocking
When your feet just can't keep still
I never knew me a better time and I guess I never will
Oh Lawdy mama those Friday nights
When Suzie wore her dresses tight
And the Crocodile Rocking was out of sight


La lalalala la lalalala la lalalala la
La lalalala la lalalala la lalalala la
La lalalala la lalalala la lalalala la

WRITERS

Bernie Taupin, Elton John

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11248_LF.txt[11/10/23, 10:58:22 AM]

Lyrics
Let's stay together

I, I'm I'm so in love with you
Whatever you want to do
Is all right with me
Cause you make me feel so brand new
And I want to spend my life with you

Let me say that since, baby, since we've been together
Ooh, loving you forever
Is what I need
Let me, be the one you come running to
I'll never be untrue

Oh baby
Let's, let's stay together ('gether)
Lovin' you whether, whether
Times are good or bad, happy or sad
Oh, oh, oh, oh, yeah
Whether times are good or bad, happy or sad

Why, somebody, why people break up?
Oh, then turn around and make up
I just can't see
You'd never do that to me (would you, baby?)
Just being around you is all I see
Here's what I want us do

Let's, we oughta stay together ('gether)
Loving you whether, whether
Times are good or bad, happy or sad
Come on
Let's stay, woo (let's stay together) let's stay together
Loving you whether, whether times are good or bad

WRITERS

Willie Mitchell, Al Green, Al Jackson Jr

PUBLISHERS

Lyrics © Universal Music Publishing Group, WORDS & MUSIC A DIV OF BIG DEAL MUSIC LLC

BCG_ID_11251_LF.txt[11/10/23, 10:58:22 AM]

Lyrics
Hey kids, shake it loose together
The spotlight's hitting something
That's been known to change the weather
We'll kill the fatted calf tonight, so stick around
You're gonna hear electric music
Solid walls of sound

Say, Candy and Ronnie, have you seen them yet?
Ooh, but they're so spaced out, B-B-B-Bennie and the Jets
Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Hey kids, plug into the faithless
Maybe they're blinded
But Bennie makes them ageless
We shall survive, let us take ourselves along
Where we fight our parents out in the streets
To find who's right and who's wrong

Oh Candy and Ronnie, have you seen them yet?
Oh but they're so spaced out, B-B-B-Bennie and the Jets
Oh they're so weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Oh Candy and Ronnie, have you seen them yet?
Oh but they're so spaced out, B-B-B-Bennie and the Jets
Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie, Bennie and the Jets

Bennie, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie and the Jets
Jets, Jets
Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie

BCG_ID_11254_LF.txt[11/10/23, 10:58:22 AM]

Bennie, Bennie and the Jets

WRITERS

Bernie Taupin, Elton John

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11254_LF.txt[11/10/23, 10:58:22 AM]

Lyrics
Yeah
You know what
I like the playettes
No diggity, no doubt, uh
Play on playette, play on playette
Yo, Dre, drop the verse

It's going down, fade to Blackstreet
The homies got at me, collab' creations
Bump like acne, no doubt
I put it down, never slouch
As long as my credit can vouch
A dog couldn't catch me ass out
Tell me who can stop when Dre makin' moves
Attracting honeys like a magnet
Giving 'em eargasms with my mellow accent
Still moving this flavor
With the homies Blackstreet and Teddy
The original rump shakers

Shorty get down, good Lord
Baby got 'em up open all over town
Strictly biz, she don't play around
Cover much grounds, got game by the pound
Getting paid is her forte
Each and every day, true player way
I can't get her out of my mind (wow)
I think about the girl all the time (wow, wow)
East side to the west side
Pushin' phat rides, it's no surprise
She got tricks in the stash
Stacking up the cash
Fast when it comes to the gas
By no means average
She's on when she's got to have it
Baby, you're a perfect ten, I wanna get in
Can I get down, so I can win

I like the way you work it
No diggity
I got to bag it up (bag it up)

I like the way you work it
No diggity (no diggity)
I got to bag it up (bag it up, girl)

I like the way you work it

BCG_ID_11255_LF.txt[11/10/23, 10:58:23 AM]

No diggity
I got to bag it up (bag it up)


I like the way you work it
No diggity (no diggity)
I got to bag it up (get up)


She's got class and style
Street knowledge by the pound
Baby never act wild, very low key on the profile
Catchin' feelings is a no
Let me tell you how it goes
Herb's the word, spin's the verbs
Lovers, it curves, so freak what you heard
Rollin' with the phatness
You don't even know what the half is
You've got to pay to play
Just for shorty bang-bang, to look your way
I like the way you work it
Trump tight all day, every day
You're blowing my mind, maybe in time
Baby, I can get you in my ride


I like the way you work it
No diggity
I got to bag it up (bag it up)


I like the way you work it
No diggity (no diggity)
I got to bag it up (oh yeah, baby)


I like the way you work it
No diggity
I got to bag it up (bag it up, babe)


I like the way you work it
No diggity (no diggity)
I got to bag it up (get up)


Hey yo, hey yo, hey yo, hey yo (hey yo, that girl looks good)
Hey yo, hey yo, hey yo, hey yo (play on, play on, player)
Hey yo, hey yo, hey yo, hey yo (you're my kind of girl)
Hey yo, hey yo, hey yo, hey yo (hey yo)


'Cause that's my peeps and we rolls deep
Flyin' first class from New York City to Blackstreet

BCG_ID_11255_LF.txt[11/10/23, 10:58:23 AM]

What you know about me, not a motherfuckin' thing
Cartier wooded frames sported by my shorty
As for me, icy gleaming pinky diamond ring
We be's the baddest clique up on the scene
Ain't you getting bored with these fake ass broads
I shows and proves, no doubt, I be taking you, so
Please excuse, if I come across rude
That's just me and that's how a playettes got to be
Stay kickin' game with a capital G
Ask the peoples on my block, I'm as real as can be
Word is bond, faking moves never been my thing
So, Teddy, pass the word to your nigga Chauncey
I'll be sending the call, let's say around three thirty
Queen Pen and Blackstreet, it's no diggity (no diggity, no doubt, baby)


I like the way you work it
No diggity
I got to bag it up (girl, you got it goin' on)


I like the way you work it
No diggity (no diggity)
I got to bag it up


I like the way you work it
No diggity
I got to bag it up


I like the way you work it
No diggity
I got to bag it up (get up)


Yeah, come on
Becky in full effect (no doubt)
Lisa in full effect (right)
Vicky in full effect (uh huh)
Tameka in full effect (yeah)
Blaze in full effect (right)
Ain't nothing goin' on but the rent (no doubt)
Yeah
Play on, playette (play on, playette)
Play on (play on)
Play on (play on)
'Cause I like it (right)
No diggity, no doubt, yeah
Blackstreet Productions
We out, we out (right)
We out, we out

WRITERS

BCG_ID_11255_LF.txt[11/10/23, 10:58:23 AM]

Bill Withers, Chauncey Hannibal, Lynise Walters, Richard Vick, Teddy Riley, William Stewart

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11255_LF.txt[11/10/23, 10:58:23 AM]

Lyrics
I've been reading books of old
The legends and the myths
Achilles and his gold
Hercules and his gifts
Spider-Man's control
And Batman with his fists
And clearly I don't see myself upon that list

But she said, where'd you wanna go?
How much you wanna risk?
I'm not lookin' for somebody
With some superhuman gifts
Some superhero
Some fairy-tale bliss
Just something I can turn to
Somebody I can kiss

I want something just like this
Doo-doo-doo, doo-doo-doo
Doo-doo-doo, doo-doo
Doo-doo-doo, doo-doo-doo
Oh, I want something just like this
Doo-doo-doo, doo-doo-doo
Doo-doo-doo, doo-doo
Doo-doo-doo, doo-doo-doo
Oh, I want something just like this

I want something just like this

I've been reading books of old
The legends and the myths
The testaments they told
The moon and its eclipse
And Superman unrolls
A suit before he lifts
But I'm not the kind of person that it fits

She said, where'd you wanna go?
How much you wanna risk?
I'm not lookin' for somebody
With some superhuman gifts
Some superhero
Some fairy-tale bliss
Just something I can turn to
Somebody I can miss

BCG_ID_11256_LF.txt[11/10/23, 10:58:23 AM]

I want something just like this
I want something just like this

Oh, I want something just like this
Doo-doo-doo, doo-doo-doo
Doo-doo-doo, doo-doo
Doo-doo-doo, doo-doo-doo
Oh, I want something just like this
Doo-doo-doo, doo-doo-doo
Doo-doo-doo, doo-doo
Doo-doo-doo, doo-doo-doo

Where'd you wanna go?
How much you wanna risk?
I'm not lookin' for somebody
With some superhuman gifts
Some superhero
Some fairy-tale bliss
Just something I can turn to
Somebody I can kiss
I want something just like this

Oh, I want something just like this
Oh, I want something just like this
Oh, I want something just like this

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion, Andrew Taggart

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11256_LF.txt[11/10/23, 10:58:23 AM]

Lyrics
Hey!


Golden, golden, golden
As I open my eyes
Hold it, focus, hoping
Take me back to the light
I know you were way too bright for me
I'm hopeless, broken
So you wait for me in the sky
Browns my skin just right


You're so golden
You're so golden
I'm out of my head
And I know that you're scared
Because hearts get broken


I don't wanna be alone
I don't wanna be alone
When it ends
Don't wanna let you know
I don't wanna be alone
But I, I can feel it take a hold (I can feel it take a hold)
I can feel you take control (I can feel you take control)
Of who I am and all I've ever known
Loving you's the antidote


Golden
You're so golden
I don't wanna be alone
You're so golden
You're so golden
I'm out of my head
And I know that you're scared
Because hearts get broken


(Golden, golden, golden, golden)
(Golden, golden, golden, golden)
(Golden, golden, golden, golden)
(Golden, golden, golden, golden)
(Golden, golden, golden, golden)
(Golden, golden, golden, golden)
(Golden, golden, golden, golden)
I know that you're scared
Because I'm so open

BCG_ID_11258_LF.txt[11/10/23, 10:58:23 AM]

You're so golden
I don't wanna be alone
You're so golden
You're so golden
You're so golden
I'm out of my head
And I know that you're scared
Because hearts get broken

WRITERS

Harry Edward Styles, Mitchell Kristopher Rowland, Thomas Edward Percy Hull, Tyler Sam Johnson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11258_LF.txt[11/10/23, 10:58:23 AM]

Lyrics
When the truth is found to be lies
And all the joy within you dies
Don't you want somebody to love
Don't you need somebody to love
Wouldn't you love somebody to love
You better find somebody to love
Love, love

When the garden flowers, baby are dead, yes and
Your mind, your mind is so full of red
Don't you want somebody to love
Don't you need somebody to love
Wouldn't you love somebody to love
You better find somebody to love

Your eyes, I say your eyes may look like his
Yeah, but in your head, baby
I'm afraid you don't know where it is
Don't you want somebody to love
Don't you need somebody to love
Wouldn't you love somebody to love
You better find somebody to love

Tears are running down
They're all running down your breast
And your friends, baby
They treat you like a guest
Don't you want somebody to love
Don't you need somebody to love
Wouldn't you love somebody to love
You better find somebody to love

WRITERS

Darby R. Slick

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11260_LF.txt[11/10/23, 10:58:24 AM]

Lyrics
The devil went down to Georgia, he was lookin' for a soul to steal
He was in a bind 'cause he was way behind
And he was willin' to make a deal

When he came across this young man sawin' on a fiddle and playin' it hot
And the devil jumped up on a hickory stump
And said, "boy, let me tell you what"

"I guess you didn't know it but I'm a fiddle player too
And if you'd care to take a dare, I'll make a bet with you
Now you play a pretty good fiddle, boy
But give the devil his due
I'll bet a fiddle of gold against your soul
'Cause I think I'm better than you"

The boy said, "my name's Johnny and it might be a sin
But I'll take your bet, you're gonna regret
'Cause I'm the best there's ever been"

Johnny, rosin up your bow and play your fiddle hard
'Cause Hell's broke loose in Georgia, and the devil deals the cards
And if you win, you get this shiny fiddle made of gold
But if you lose, the devil gets your soul

The devil opened up his case and he said, "I'll start this show"
And fire flew from his fingertips as he rosined up his bow
And he pulled the bow across the strings
And it made a evil hiss
Then a band of demons joined in
And it sounded something like this

When the devil finished, Johnny said, "well, you're pretty good, ol' son
But sit down in that chair right there
And let me show you how it's done"

"Fire on the Mountain" run boys, run
The devil's in the House of the Rising Sun
Chicken in a bread pan pickin' out dough
Granny, does your dog bite? No, child, no

The devil bowed his head because he knew that he'd been beat
And he laid that golden fiddle on the ground at Johnny's feet
Johnny said, "Devil, just come on back if you ever wanna try again
I done told you once you son of a bitch, I'm the best that's ever been"

BCG_ID_11261_LF.txt[11/10/23, 10:58:24 AM]

He played "Fire on the Mountain" run boys, run
The devil's in the House of the Rising Sun
The chicken in a bread pan pickin' out dough
Granny, will your dog bite? No child, no

WRITERS

Charles Fred Hayward, Charlie Daniels, Fred Edwards, James W. Marshall, John Crain, William J. Digregorio

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

Lyrics
I thought I saw a man brought to life
He was warm, he came around like he was dignified
He showed me what it was to cry
Well, you couldn't be that man I adored
You don't seem to know, or seem to care what your heart is for
But I don't know him anymore

There's nothin' where he used to lie
The conversation has run dry
That's what's goin' on

Nothing's fine, I'm torn
I'm all out of faith
This is how I feel
I'm cold and I am shamed
Lying naked on the floor
Illusion never changed
Into something real
I'm wide awake and I can see
The perfect sky is torn
You're a little late
I'm already torn

So I guess the fortune teller's right
Should've seen just what was there and not some holy light
But you crawled beneath my veins and now

I don't care, I had no luck
I don't miss it all that much
There's just so many things

That I can touch, I'm torn
I'm all out of faith
This is how I feel
I'm cold and I am shamed
Lying naked on the floor
Illusion never changed
Into something real
I'm wide awake and I can see
The perfect sky is torn
You're a little late
I'm already torn
Torn

There's nothing where he used to lie
My inspiration has run dry

BCG_ID_11262_LF.txt[11/10/23, 10:58:24 AM]

And that's what's goin' on

Nothing's right, I'm torn
I'm all out of faith
This is how I feel
I'm cold and I am shamed
Lying naked on the floor
Illusion never changed
Into something real
I'm wide awake and I can see
The perfect sky is torn
I'm all out of faith
This is how I feel
I'm cold and I'm ashamed
Bound and broken on the floor
You're a little late
I'm already torn
Torn
Oh

WRITERS

Scott Cutler, Anne Preven, Phil Thornalley

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11262_LF.txt[11/10/23, 10:58:24 AM]

Lyrics
If you leave me now
You'll take away the biggest part of me
Ooh-ooh, no, baby please don't go
And if you leave me now
You'll take away the very heart of me
Ooh-ooh, no, baby please don't go
Ooh-ooh, girl, I just want you to stay

A love like ours is love that's hard to find
How could we let it slip away?
We've come too far to leave it all behind
How could we end it all this way?
When tomorrow comes and we'll both regret
The things we said today

A love like ours is love that's hard to find
How could we let it slip away?
We've come too far to leave it all behind
How could we end it all this way?
When tomorrow comes and we'll both regret
The things we said today

If you leave me now
You'll take away the biggest part of me
Ooh-ooh, no, baby please don't go

Ooh, girl, just got to have you by my side

Ooh-ooh, no, baby please don't go

Ooh, my, my, I just got to have your loving (hey, hey)

WRITERS

Peter Cetera

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Spirit Music Group

BCG_ID_11270_LF.txt[11/10/23, 10:58:24 AM]

Lyrics
Run away-ay with me
Lost souls in revelry (hey)
Running wild and running free
Two kids, you and me (hey)


And I say, hey, hey hey hey
Living like we're renegades
Hey hey hey, hey hey hey
Living like we're renegades
Renegades, renegades


Long live the pioneers
Rebels and mutineers (hey)
Go forth and have no fear
Come close and lend an ear (hey)


And I say, hey, hey hey hey
Living like we're renegades
Hey hey hey, hey hey hey
Living like we're renegades
Renegades, renegades


All hail the underdogs
All hail the new kids
All hail the outlaws (hey)
Spielbergs and Kubricks


It's our time to make a move
It's our time to make amends
It's our time to break the rules (hey)
Let's begin


And I say, hey, hey hey hey
Living like we're renegades
Hey hey hey, hey hey hey
Living like we're renegades
Renegades, renegades

WRITERS

Adam Levin, Alexander Junior Grant, Casey Wakeley Harris, Noah G. Feldshuh, Samuel Nelson Harris

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

Lyrics
My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun


Boy toy named Troy used to live in Detroit
Big dope dealer money, he was gettin' some coins
Was in shootouts with the law, but he live in a palace
Bought me Alexander McQueen, he was keeping me stylish
Now that's real, real, real
Gun in my purse, bitch, I came dressed to kill
Who wanna go first? I had 'em pushing daffodils
I'm high as hell, I only took a half a pill
I'm on some dumb shit


By the way (hey), what he say? (Hey)
He can tell I ain't missing no meals (hey)
Come through and fuck him in my automobile (hey)
Let him eat it with his grills, he keep tellin' me to chill (hey)
He keep telling me it's real, that he love my sex appeal (hey)
He say don't like 'em boney, he want something he can grab (hey)
So I pulled up in the Jag', and I hit him with the jab like (hey)
Dun-d-d-dun-dun-d-d-dun-dun (hey, hey)


My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun


Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
(Look at her butt) (damn)
Look at, look at, look at
Look, at her butt


This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang, bang, bang
I let him hit it 'cause he slang Cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit


By the way, what he say? (Ooh, hey)
He can tell I ain't missing no meals (hey)
Come through and fuck him in my automobile (hey)
Let him eat it with his grills, he keep telling me to chill (hey)

BCG_ID_11275_LF.txt[11/10/23, 10:58:25 AM]

He keep telling me it's real, that he love my sex appeal (hey)
He say he don't like 'em boney, he want something he can grab (hey)
So I pulled up in the Jag', Mayweather with the jab like (hey)
Dun-d-d-dun-dun-d-d-dun-dun (hey, hey)


My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun


Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
(Look at her butt) (damn)
Look at, look at, look at
Look, at her butt


Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back
(Oh my God, look at her butt)


My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun
Don't, my anaconda don't
Don't want none unless you got buns, hun


Oh my gosh (little in the middle but she got much back)
Look at her butt (damn, damn)
Oh my gosh (little in the middle but she got much back)
Look at her butt (damn, damn)
Oh my gosh (little in the middle but she got much back)
Look at her butt (damn, damn)
(Look at her butt) (oh my gosh)
Look at, look at, look at
Look at her butt


Yeah, he love this fat ass, hahaha!
Yeah, this one is for my bitches with a fat ass in the fucking club
I said, where my fat ass big bitches in the club?
Fuck them skinny bitches, fuck them skinny bitches in the club
I wanna see all the big fat ass bitches in the muthafuckin' club
Fuck you if you skinny bitches, what? K'yeah
Haha, haha, rrr
Yeah
I got a big fat ass
K'yeah
Come on

BCG_ID_11275_LF.txt[11/10/23, 10:58:25 AM]

(Damn)
(Damn)
(Hey)
(Hey)
(Hey)

WRITERS

Anthony Ray, Ernest Clark, Jamal Jones, Jonathan Solone-Myvett, Marcos Palacious, Onika Tanya Maraj

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
I miss you, miss you


Hello there
The angel from my nightmare
The shadow in the background of the morgue
The unsuspecting victim
Of darkness in the valley
We can live like Jack and Sally if we want
Where you can always find me
And we'll have Halloween on Christmas
And in the night we'll wish this never ends
We'll wish this never ends


I miss you, I miss you
I miss you I miss you


Where are you?
And I'm so sorry
I cannot sleep I cannot dream tonight
I need somebody and always
This sick strange darkness
Comes creeping on so haunting every time
And as I stared I counted
The webs from all the spiders
Catching things and eating their insides
Like indecision to call you
And hear your voice of treason
Will you come home and stop the pain tonight
Stop this pain tonight


Don't waste your time on me
You're already the voice inside my head (I miss you, I miss you)
Don't waste your time on me
You're already the voice inside my head (I miss you, I miss you)


Don't waste your time on me
You're already the voice inside my head (I miss you, I miss you)
Don't waste your time on me
You're already the voice inside my head (I miss you, I miss you)
Don't waste your time on me
You're already the voice inside my head (I miss you, I miss you)
Don't waste your time on me
You're already the voice inside my head (I miss you, I miss you)


I miss you, I miss you
I miss you, I miss you

BCG_ID_11276_LF.txt[11/10/23, 10:58:25 AM]

I miss you, I miss you
I miss you, I miss you

WRITERS

Mark Hoppus, Thomas DeLonge, Travis L. Barker

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11276_LF.txt[11/10/23, 10:58:25 AM]

Lyrics
Blame it all on my roots
I showed up in boots
And ruined your black tie affair
The last one to know
The last one to show
I was the last one you thought you'd see there
And I saw the surprise
And the fear in his eyes
When I took his glass of champagne
And I toasted you
Said "honey, we may be through"
But you'll never hear me complain


'Cause I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places


Well, I guess I was wrong
I just don't belong
But then, I've been there before
Everything's all right
I'll just say goodnight
And I'll show myself to the door
Hey, I didn't mean
To cause a big scene
Just give me an hour and then
Well, I'll be as high as that ivory tower
That you're livin' in


'Cause I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places


I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

BCG_ID_11278_LF.txt[11/10/23, 10:58:25 AM]

I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay
I'm not big on social graces
Think I'll slip on down to the oasis
Oh, I've got friends in low places

I've got friends in low places
Where the whiskey drowns
And the beer chases my blues away
And I'll be okay

WRITERS

Earl Lee, Dewayne Blackwell

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
I torture you
Take my hand through the flames
I torture you
I'm a slave to your games
I'm just a sucker for pain
I wanna chain you up
I wanna tie you down
Ooh
I'm just a sucker for pain (Dolla $ign)

I'm a sucker for pain
I got the squad tatted on me from my neck to my ankles
Pressure from the man got us all in rebellion (yeah)
We gon' go to war, yeah, without failure (ooh, yeah)
Do it for the fam, dog, ten toes down, dog
Love and the loyalty that's what we stand for
Alienated by society
All this pressure give me anxiety (anxiety)
Walk slow through the fire
Like, who gon' try us?
Feelin' the world go against us (against us)
So we put the world on our shoulders

I torture you
Take my hand through the flames
I torture you
I'm a slave to your games
I'm just a sucker for pain
I wanna chain you up
I wanna tie you down
Ooh
I'm just a sucker for pain

I been at it with my homies
It don't matter, you don't know me
I been rollin' with my team, we the illest on the scene
I been ridin' 'round the city with my squad
I been ridin' 'round the city with my squad
We just posted, gettin' crazy, livin' like this is so amazin'
Hold up take a step back, when we roll up, 'cause I know what
We been loyal, we been fam, we the ones you trust in
Won't hesitate to go straight to your head like a concussion
I know I been bustin', no discussion for my family
No hesitation, through my scope I see my enemy
Like what's up? Hold up, we finna reload up
Yes, I reload up, I know what up, I know what up

I torture you

BCG_ID_11280_LF.txt[11/10/23, 10:58:26 AM]

Take my hand through the flames
I torture you
I'm a slave to your games
I'm just a sucker for pain
I wanna chain you up
I wanna tie you down
Ooh
I'm just a sucker for pain

Uh, devoted to destruction
A full dosage of detrimental dysfunction
I'm dyin' slow but the devil tryna rush me
See I'm a fool for pain, I'm a dummy
Might cut my head off right after I slit my throat
Tongue kiss a shark, got jealous bitches up in the boat
Eatin' peanut butter and jelly fishes on toast
And if I get stung I get stoked, might choke
Like I chewed a chunk of charcoal, naked in the North Pole
That's why my heart cold, full of sorrow, the lost soul
And only Lord knows when I'm comin' to the crossroads
So I don't fear shit but tomorrow
And I'm a sucker for pain, it ain't nothin' but pain
You just fuckin' complain, you ain't tough as you claim
Just stay up in your lane, just don't fuck with Lil Wayne
I'ma jump from a plane or stand in front of a train
'Cause I'm a sucker for pain

Used to doin' bad, now we feel like we just now gettin' it
Ain't got no other way so we start it and finish it
No pain, no gain
Never stand down, made our own way
Never goin' slow, we pick up the pace
This is what we wanted from a young age
No emotion, that's what business is
Lord, have mercy on the witnesses

I torture you
Take my hand through the flames
I torture you
I'm just a sucker for pain

More pain
Got me beggin', beggin', beggin', beggin', beggin', beggin'
For more pain
Got me beggin', beggin', beggin', beggin', beggin', beggin'
For more pain
Got me beggin', beggin', beggin', beggin', beggin', beggin'
For more pain
Got me beggin'

BCG_ID_11280_LF.txt[11/10/23, 10:58:26 AM]

WRITERS

Alexander Junior Grant, Benjamin Arthur McKee, Cameron Jibril Thomaz, Daniel James Platzman, Daniel Coulter Reynolds, Daniel Wayne Sermon, Dwayne Michael Carter, Joshua Francis Mosser, Robert Bryson Hall, Samuel Nelson Harris, Tyrone William Jr. Griffin

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Bluewater Music Corp., Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

Lyrics
(I guess right now you've got the last laugh)


I'm sorry if I seem uninterested
Or I'm not listenin' or I'm indifferent
Truly, I ain't got no business here
But since my friends are here, I just came to kick it
But really I would rather be at home all by myself not in this room
With people who don't even care about my well being
I don't dance, don't ask, I don't need a boyfriend
So you can go back, please enjoy your party
I'll be here
Somewhere in the corner under clouds of marijuana
With this boy who's hollering, I can hardly hear
Over this music I don't listen to and I don't wanna get with you
So tell my friends that I'll be over here


Oh-oh-oh here, oh-oh-oh here
Oh, I ask myself what am I doing here?
Oh-oh-oh here, oh-oh-oh here
And I can't wait 'til we can break up out of here


Excuse me if I seem a little unimpressed with this
An anti-social pessimist, but usually I don't mess with this
And I know you mean only the best
And your intentions aren't to bother me
But honestly I'd rather be
Somewhere with my people we can kick it and just listen
To some music with the message (like we usually do)
And we'll discuss our big dreams
How we plan to take over the planet
So pardon my manners, I hope you'll understand
That I'll be here
Not there in the kitchen with the girl
Who's always gossiping about her friends
So tell them I'll be here
Right next to the boy who's throwing up
'Cause he can't take what's in his cup no more
Oh God, why am I here?


Oh-oh-oh here, oh-oh-oh here
Oh, I ask myself what am I doing here?
Oh-oh-oh here, oh-oh-oh here
And I can't wait 'til we can break up out of here


Hours later congregating next to the refrigerator
Some girl's talking 'bout her haters
She ain't got none

BCG_ID_11282_LF.txt[11/10/23, 10:58:26 AM]

How did it ever come to this
I shoulda never come to this
So holla at me, I'll be in the car when you're done
I'm standoffish, don't want what you're offering
And I'm done talking
Awfully sad it had to be that way
So tell my people when they're ready that I'm ready
And I'm standing by the TV with my beanie low
Yo, I'll be over here


Oh-oh-oh here, oh-oh-oh here
Oh, I ask myself what am I doing here?
Oh-oh-oh here, oh-oh-oh here
And I can't wait 'til we can break up out of here

WRITERS

Terence Po Lun Lam, Isaac Hayes, Coleridge Tillman, Andrew Wansel, Robert Gerongco, Samuel Gerongco, Alessia Caracciolo, Warren Felder

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_11282_LF.txt[11/10/23, 10:58:26 AM]

Lyrics
Yeah, you can be the greatest, you can be the best
You can be the King Kong bangin' on your chest
You can beat the world, you can win the war
You can talk to God, go bangin' on his door
You can throw your hands up, you can beat the clock
You can move a mountain, you can break rocks
Some will call that practice, some will call that luck
But either way your going to the history books

Standing in the Hall of Fame
And the world's gonna know your name
'Cause you burn with the brightest flame
And the world's gonna know your name
And you'll be on the walls of the Hall of Fame

You can go the distance, you can run a mile
You can walk straight through hell with a smile
You can be a hero, you can get the gold
Breaking all the records they thought would never be broke
Yeah, do it for your people, do it for your pride
Are you ever gonna know if you never even try?
Do it for your country, do it for your name
'Cause there's gonna be a day, when you're

Standing in the Hall of Fame
And the world's gonna know your name
'Cause you burn with the brightest flame
And the world's gonna know your name
And you'll be on the walls of the Hall of Fame
On the walls of the Hall of Fame

Be students, be teachers
Be politicians, be preachers, yeah (yeah)
Be believers, be leaders
Be astronauts, be champions
Be truth seekers

Be students, be teachers
Be politicians, be preachers, yeah (yeah)
Be believers, be leaders
Be astronauts, be champions

Standing in the Hall of Fame
And the world's gonna know your name
'Cause you burn with the brightest flame
And the world's gonna know your name

BCG_ID_11283_LF.txt[11/10/23, 10:58:26 AM]

And you'll be on the walls of the Hall of Fame

Yeah, you can be the greatest, you can be the best
You can be the King Kong bangin' on your chest
You can beat the world, you can win the war
You can talk to God, go bangin' on his door
You can throw your hands up, you can beat the clock
You can move a mountain, you can break rocks
Some will call it practice, some will call that luck
But either way your going to the history books
Standing in the Hall of Fame

WRITERS

James Barry, Daniel John O'Donoghue, Mark Anthony Sheehan

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

BCG_ID_11283_LF.txt[11/10/23, 10:58:26 AM]

Lyrics

Bum-bum-be-dum-bum-bum-be-dum-bum (what's wrong with me?)
Bum-bum-be-dum-bum-bum-be-dum-bum (why do I feel like this?)
Bum-bum-be-dum-bum-bum-be-dum-bum (I'm going crazy now)
Bum-bum-be-dum-bum-bum-be-dum-bum

No more gas in the rig
Can't even get it started
Nothing heard, nothing said
Can't even speak about it
Out my life, out my head
Don't want to think about it
Feels like I'm going insane, yeah

It's a thief in the night to come and grab you (uh-huh)
It can creep up inside you and consume you (uh-huh)
A disease of the mind, it can control you (uh-huh)
It's too close for comfort, ohh

Put on your break lights
We're in the city of wonder
Ain't gonna play nice
Watch out, you might just go under
Better think twice
Your train of thought will be altered
So if you must falter be wise

Your mind's in disturbia
It's like the darkness is the light
Disturbia
Am I scaring you tonight?
Your mind is in disturbia
Ain't used to what you like
Disturbia
Disturbia

Bum-bum-be-dum-bum-bum-be-dum-bum
Bum-bum-be-dum-bum-bum-be-dum-bum
Bum-bum-be-dum-bum-bum-be-dum-bum
Bum-bum-be-dum-bum-bum-be-dum-bum

Faded pictures on the wall
It's like they talkin' to me
Disconnectin' all calls
Your phone don't even ring
I gotta get out
Or figure this shh out

BCG_ID_11286_LF.txt[11/10/23, 10:58:26 AM]

It's too close for comfort, oh-ohh

It's a thief in the night to come and grab you (uh-huh)
It can creep up inside you and consume you (uh-huh)
A disease of the mind, it can control you (uh-huh)
I feel like a monster, ohh

Put on your break lights
We're in the city of wonder (city of lights)
Ain't gonna play nice
Watch out (ohh), you might just go under
Better think twice (think twice)
Your train of thought will be altered
So if you must falter be wise (be wise)

Your mind's in disturbia
It's like the darkness is the light
Disturbia
Am I scaring you (oh) tonight?
Your mind's in disturbia (oh)
Ain't used to what you like
Disturbia (what you like)
Disturbia

Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)
Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)
Bum-bum-be-dum-bum-bum-be-dum-bum (disturbia)
Bum-bum-be-dum-bum-bum-be-dum-bum (oh, oh)

Release me from this curse I'm in
Trying to maintain but I'm struggling
If you can't go
I think I'm going to oh, oh, oh, oh-ohh

Put on your break lights
We're in the city of wonder (woo)
Ain't gonna play nice
Watch out, you might just go under
Better think twice
Your train of thought will be altered
So if you must falter be wise

Your mind's in disturbia
It's like the darkness is the light
Disturbia
Am I scaring you tonight?
Your mind's in disturbia

Ain't (disturbia) used to what you like
Disturbia
Disturbia


Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)
Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)
Bum-bum-be-dum-bum-bum-be-dum-bum
Bum-bum-be-dum-bum-bum-be-dum-bum (ohh-ohh)

WRITERS

Brian Kennedy Seals, Christopher Maurice Brown, Andre Darrell Merritt, Robert L. Allen

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Songtrust Ave

BCG_ID_11286_LF.txt[11/10/23, 10:58:26 AM]

Lyrics
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

I know you want it
The thing that makes me
What the guys go crazy for
They lose their minds
The way I wind
I think it's time

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

I can see you're on it
You want me to teach the
Techniques that freaks these boys
It can't be bought
Just know, thieves get caught
Watch if you're smart

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up

BCG_ID_11290_LF.txt[11/10/23, 10:58:27 AM]

La la, la la, la
The boys are waiting


My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge


Oh, once you get involved
Everyone will look this way, so
You must maintain your charm
Same time maintain your halo
Just get the perfect blend
Plus what you have within
Then next his eyes'll squint
Then he's picked up your scent


La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting


My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

WRITERS

Chad Hugo, Pharrell L. Williams

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11290_LF.txt[11/10/23, 10:58:27 AM]

Lyrics
Saturday night I was downtown
Working for the FBI
Sitting in a nest of bad men
Whiskey bottles piling high


Bootlegging boozer on the west side
Full of people who are doing wrong
Just about to call up the D.A. man
When I heard this woman singing a song


A pair of forty fives made me open my eyes
My temperature started to rise


She was a long cool woman in a black dress
Just a 5'9" beautiful 'n' tall
Just one look I was a bad mess
'Cause that long cool woman had it all


I saw her heading to the table
Well, a tall walking big black cat
Charlie said, I hope that you're able, boy
'Cause I'm telling you she knows where it's at


Well, suddenly we hear the sirens
And everybody started to run
Jumping under doors and tables
Well, I heard somebody shooting a gun


Well, the D.A. was pumping my left hand
She was holding my right
Well, I told her, don't get scared
'Cause you're gonna be spared
I've gotta be forgiven if I wanna spend my living


With a long cool woman in a black dress
Just a 5'9" beautiful 'n' tall
Well with just one look I was a bad mess
'Cause that long cool woman had it all
Had it all, had it all, had it all
Had it all, had it all, had it all (she had it all)

WRITERS

Alan Clarke, Roger Frederick Cook, Roger John Reginald Greenaway

BCG_ID_11293_LF.txt[11/10/23, 10:58:27 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11293_LF.txt[11/10/23, 10:58:27 AM]

Lyrics
Yeah, yeah yeah
Yeah, yeah yeah
Yeah, yeah yeah yeah

Ooh it's something about
Just something about the way she move
I can't figure it out
It's something about her

Say, ooh it's something about
Kinda woman that want you but don't need you
Hey, I can't figure it out
It's something about her

'Cause she walk like a boss
Talk like a boss
Manicure nails just sent the pedicure off
She's fly effortlessly

And she move like a boss
Do what a boss
Do, she got me thinking about getting involved
That's the kinda girl I need, ooh

She got her own thing
That's why I love her
Miss independent
Won't you come and spend a little time
She got her own thing
That's why I love her
Miss independent
Ooh, the way she shine
Miss independent

Yeah, yeah yeah
Yeah, yeah yeah
Yeah, yeah yeah yeah, oh

Ooh there's something about
Kinda woman that can do for herself
I look at her and it makes me proud
There's something about her

Something ooh so sexy about

BCG_ID_11296_LF.txt[11/10/23, 10:58:27 AM]

Kinda woman that don't even need my help
She said, she got it, she got it no doubt
There's something about her


'Cause she work like a boss
Play like a boss
Car and the crib she 'bout to pay 'em both off
And her bills are payed on time, yeah
She made for a boss
Only a boss
Anything less she telling them to get lost
That's the girl that's on my mind


She got her own thing
That's why I love her
Miss independent
Won't you come and spend a little time
She got her own thing
That's why I love her
Miss independent
Ooh, the way we shine
Miss independent, yeah, mm


Her favorite thing to say, don't worry I got it, mm
And everything she got best believe she bought it, mm
She goin' steal my heart ain't no doubt about it, girl
You're everything I need
Said you're everything I need


Yeah, yeah yeah
Yeah, yeah yeah
Yeah yeah, yeah


She got her own thing
That's why I love her (that's why I love her)
Miss independent (independent)
Won't you come and spend a little time
She got her own thing (she got, she got)
That's why I love her (that's why I love that girl)
Miss independent (oh)
Ooh, the way you shine


Miss independent
That's why I love her

WRITERS

Mikkel Storleer Eriksen, Shaffer Smith, Tor Erik Hermansen

BCG_ID_11296_LF.txt[11/10/23, 10:58:27 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11296_LF.txt[11/10/23, 10:58:27 AM]

Lyrics
I'm comin' home, I'm comin' home
Tell the world I'm comin' home
Let the rain wash away
All the pain of yesterday
I know my kingdom awaits
And they've forgiven my mistakes
I'm comin' home, I'm comin' home
Tell the world I'm comin'


I'm back where I belong (uh, yeah)
I never felt so strong, ayy (yeah, I'm back, baby)
I'm feelin' like there's nothin' that I can't try (uh, nothin')
And if you with me, put your hands high (yeah, put your hands high)
If you ever lost a life before (high, hey)
This one's for you (and if you with me put your hands high, high) (and you)
Your dreams fulfilled, you rockin' with the best (hey) (and you, and you)
I'll be home soon


I hear the "Tears of a Clown"
Uh, I hate that song
I always feel like they're talking to me when it comes on (come on)
Another day, another dawn
Another Keisha, nice to meet ya, get the math, I'm gone
What am I 'pposed to do when the club lights come on?
It's easy to be Puff but it's harder to be Sean (come on)
What if my twins ask me why I ain't marry their mom? (Why?)
Damn, how do I respond?
What if my son stares with a face like my own
And says he wants to be like me when he's grown?
Shit, but I ain't finished growing
Another night, the inevitable prolongs
Another day, another dawn (come on)
Just tell Keisha and Teresa I'll be better in the morn' (I'll be better in the morn')
Another lie that I carry on
I need to get (yeah) back to the place where I belong (let's go)


I'm comin' home, I'm comin' home (I'm comin' home)
Tell the world I'm comin' home (yeah)
Let the rain wash away
All the pain of yesterday (ain't no more pain)
I know my kingdom awaits
And they've forgiven my mistakes (thank you)
I'm comin' home (I'm comin' home), I'm comin' home (I'm comin' home)
Tell the world I'm comin' (yeah, ayo, check this out)
Home


"A House Is Not a Home," I hate this song
Is a house really a home when your loved ones is gone? (No)

BCG_ID_11298_LF.txt[11/10/23, 10:58:28 AM]

And niggas got the nerve to blame you for it (come on)
And you know you woulda took the bullet if you saw it (that's right)
But you felt it, and still feel it
And money can't make up for it or conceal it (or conceal it)
But you deal with it (deal with it), and you keep ballin' (that's right)
Pour out some liquor, playboy, and we keep ballin' (ballin')
Baby, we've been livin' in sin
'Cause we been really in love, but we been livin' as friends (yeah)
So you've been a guest in your own home (come on)
It's time to make your house your home (yeah) pick up the phone (pick up the phone)


I'm comin' home, I'm comin' home
Tell the world that I'm comin' home (I'm comin' home)
Let the rain wash away
All the pain of yesterday
I know my kingdom awaits
And they've forgiven my mistakes (thank you)
I'm comin' home (I'm comin' home) I'm comin' home (I'm comin' home)
Tell the world that I'm comin' (I'm almost home, check this out) yeah, home


"Ain't No Stopping Us Now," I love that song
Whenever it comes on, it makes me feel strong
I thought I told y'all that we won't stop (we won't stop)
'Til we back cruising through Harlem, these old blocks (yeah)
It's what made me, saved me, drove me crazy (oh, oh, yeah, yeah)
Drove me away, then embraced me (come on, let's go)
Forgave me for all of my shortcomings
Welcome to my homecoming
Yeah, it's been a long time comin'
Lot of fights, lot of scars, lot of bottles, lot of cars
Lot of ups, lot of downs, made it back, lost my dog (I miss you, Big)
But here I stand (come on), a better man (don't stop)
Thank you, Lord (thank you, Lord)
Thank you all


I'm comin' home, I'm comin' home (oh)
Tell the world that I'm comin' home (I'm comin' home)
Let the rain wash away (feel so good)
All the pain of yesterday (feel so free)
I know my kingdom awaits (ain't no place like home, baby)
And they've forgiven my mistakes (ain't no place like home)
I'm comin' home (I'm comin' home), I'm comin' home (I'm comin' home)
Tell the world that I'm comin' (tell the world) I'm comin' home

WRITERS

Alexander Junior Grant, Shawn Corey Carter, Holly Brook Hafermann, Jermaine Lamarr Cole

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11298_LF.txt[11/10/23, 10:58:28 AM]

BCG_ID_11298_LF.txt[11/10/23, 10:58:28 AM]

Lyrics
Mm, mm, yeah
Do do do do do do do do, oh yeah

Gotta change my answering machine, now that I'm alone
'Cause right now it says that "We can't come to the phone"
And I know it makes no sense, 'cause you walked out the door
But it's the only way I hear your voice anymore

(It's ridiculous)
It's been months and for some reason I just
(Can't get over us)
And I'm stronger than this, yeah

(Enough is enough)
No more walking round with my head down (yeah)
I'm so over being blue, crying over you

And I'm so sick of love songs, so tired of tears
So done with wishing you were still here
Said I'm so sick of love songs, so sad and slow
So why can't I turn off the radio?

Gotta fix that calendar I have that's marked July 15th
Because since there's no more you, there's no more anniversary
I'm so fed up with my thoughts of you and your memory
And now every song reminds me of what used to be

That's the reason I'm
So sick of love songs, so tired of tears
So done with wishing you were still here
Said I'm so sick of love songs, so sad and slow
So why can't I turn off the radio? Oh-oh-oh

(Leave me alone)
Leave me alone
(Stupid love songs)
Hey, don't make me think about her smile
Or having my first child
I'm letting go
Turning off the radio

'Cause I'm so sick of love songs (hey), so tired of tears (so tired of tears)
So done with wishing (oh) she was still here
Said I'm so sick of love songs, so sad and slow (ooh-oh)

BCG_ID_11301_LF.txt[11/10/23, 10:58:28 AM]

So why can't I turn off the radio? (Why can't I turn off the radio?)

Said I'm so sick of love songs, so tired of tears (so tired of tears, yeah)
So done with wishing she was still here
Said I'm so sick of love songs, so sad and slow (hey)
Why can't I turn off the radio? (Why can't I turn off the radio?)

And I'm so sick of love songs, so tired of tears (I'm so sick of love songs)
So done with wishing you were still here (so done and I'm so sick of love songs)
Said I'm so sick of love songs, so sad and slow (so done and I'm so sick of love songs)
Why can't I turn off the radio? (hey)
(Why can't I turn off the radio?)
Why can't I turn off the radio?

WRITERS

Mikkel Eriksen, Shaffer Smith, Tor Erik Hermansen

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Royalty Network, Songtrust Ave

BCG_ID_11301_LF.txt[11/10/23, 10:58:28 AM]

Lyrics
"Everybody needs a little time away"
I heard her say
From each other
Even lovers need a holiday
Far away from each other

Hold me now
It's hard for me to say I'm sorry
I just want you to stay

After all that we've been through
I will make it up to you
I promise to
And after all that's been said and done
You're just a part of me I can't let go

Couldn't stand to be kept away
Just for the day
From your body
Wouldn't wanna be swept away
Far away from the one that I love

Hold me now
It's hard for me to say I'm sorry
I just want you to know
Hold me now
I really wanna tell you I'm sorry
I could never let you go

After all that we've been through
I will make it up to you
I promise to
And after all that's been said and done
You're just a part of me I can't let go

After all that we've been through
I will make it up to you
I promise to

You're gonna be the lucky one

WRITERS

Peter P. Cetera, David Walter Foster

BCG_ID_11302_LF.txt[11/10/23, 10:58:28 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group, Peermusic Publishing

BCG_ID_11302_LF.txt[11/10/23, 10:58:28 AM]

Lyrics
Oh, how 'bout a round of applause?
Yeah
Standin' ovation
Ooh
Yeah, yeah, yeah, yeah, yeah


You look so dumb right now
Standin' outside my house
Tryin' to apologize
You're so ugly when you cry
Please
Just cut it out


Don't tell me you're sorry 'cause you're not
Baby when I know you're only sorry you got caught


But you put on quite a show
Really had me goin'
But now it's time to go
Curtain's finally closin'
That was quite a show
Very entertaining
But it's over now
(But it's over now)
Go on and take a bow, oh


Grab your clothes and get gone (get gone)
You better hurry up
Before the sprinklers come on (come on)
Talkin' 'bout, "Girl, I love you, you're the one"
This just looks like a re-run
Please
What else is on? Oh, oh


And don't tell me you're sorry 'cause you're not
Baby when I know you're only sorry you got caught


But you put on quite a show
You really had me goin'
But now it's time to go
Curtain's finally closin'
That was quite a show
Very entertaining
But it's over now
(But it's over now)
Go on and take a bow

BCG_ID_11304_LF.txt[11/10/23, 10:58:29 AM]

Oh, and the award for the best liar
Goes to you (goes to you)
For makin' me believe
That you could be
Faithful to me
Let's hear your speech, ohh


How 'bout a round of applause?
A standin' ovation


But you put on quite a show
You really had me goin'
Now it's time to go
Curtain's finally closin'
That was quite a show
Very entertaining
But it's over now
(But it's over now)
Go on and take a bow
But it's over now

WRITERS

Mikkel Eriksen, Tor Erik Hermansen, Shaffer Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11304_LF.txt[11/10/23, 10:58:29 AM]

Lyrics
Tell me how I'm supposed to breathe with no air?

If I should die before I wake
It's 'cause you took my breath away
Losing you is like living in a world with no air, oh

I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
Is there a way I could make you understand?

But how
Do you expect me, to live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air

I walked, I ran, I jumped, I flew right off
The ground and float to you
There's no gravity to hold me down, for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

So how do you expect me to live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe

There's no air, no air
No air air, No air air


Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air


Got me here out in the water so deep


Tell me how you goin' be without me?


If you ain't here I just can't breathe


There's no air, no air
No air air, no air air

WRITERS

Erik Roger Griggs, James Edward II Fauntleroy, Harvey Jay Mason, Steven L. Russell, Damon E. Thomas

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
Something about the way that you walked into my living room
Casually and confident lookin' at the mess I am
But still you, still you want me
Stress lines and cigarettes, politics and deficits
Late bills and overages, screamin' and hollerin'
But still you, still you want me


Oh, I always let you down
You're shattered on the ground
But still I find you there
Next to me
And oh, stupid things I do
I'm far from good, it's true
But still I find you
Next to me (next to me)


There's something about the way that you always see the pretty view
Overlook the blooded mess, always lookin' effortless
And still you, still you want me
I got no innocence, faith ain't no privilege
I am a deck of cards, vice or a game of hearts
And still you, still you want me


Oh, I always let you down
You're shattered on the ground
But still I find you there
Next to me
And oh, stupid things I do
I'm far from good, it's true
But still I find you
Next to me


So thank you for taking a chance on me
I know it isn't easy
But I hope to be worth it (oh)
So thank you for taking a chance on me
I know it isn't easy
But I hope to be worth it (oh)


Oh, I always let you down (I always let you down)
You're shattered on the ground (shattered on the ground)
But still I find you there
Next to me
And oh, stupid things I do (stupid things I do)
I'm far from good, it's true
But still I find you
Next to me (next to me)

BCG_ID_11307_LF.txt[11/10/23, 10:58:29 AM]

WRITERS

Dan Reynolds, Wayne Sermon, Ben McKee, Daniel Platzman, Alexander Grant

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11307_LF.txt[11/10/23, 10:58:29 AM]

Lyrics
Turn down the lights
Turn down the bed
Turn down these voices inside my head
Lay down with me
Tell me no lies
Just hold me close, don't patronize
Don't patronize me

'Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these final hours
I will lay down my heart and I'll feel the power
But you won't, no you won't
'Cause I can't make you love me, if you don't

I'll close my eyes, then I won't see
The love you don't feel when you're holding me
Morning will come and I'll do what's right
Just give me till then to give up this fight
And I will give up this fight

'Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these final hours
I will lay down my heart and I'll feel the power
But you won't, no you won't
'Cause I can't make you love me, if you don't

WRITERS

Allen Shamblin, Michael Reid

PUBLISHERS

Lyrics © Universal Music Publishing Group, Unison Rights S.L., AMPLIFIED ADMINISTRATION

BCG_ID_11312_LF.txt[11/10/23, 10:58:29 AM]

Lyrics
Nothin' from nothin' leaves nothin'
You gotta have somethin' if you wanna be with me
Nothin' from nothin' leaves nothin'
You gotta have somethin' if you wanna be with me


I'm not tryna be your hero
'Cause that zero is too cold for me, brrr
I'm not tryin' to be your highness
'Cause that minus is too low to see, yeah


Nothin' from nothin' leaves nothin'
And I'm not stuffin', believe you me
Don't you remember I told ya
I'm a soldier in the war on poverty, yeah, yes, I am


Nothin' from nothin' leaves nothin'
You gotta have somethin' if you wanna be with me, oh baby
Nothin' from nothin' leaves nothin'
You gotta have somethin' if you wanna be with me
That's right, ha yeah


Gotta have somethin' if you wanna be with me
You gotta bring me somethin', girl, if you wanna be with me

WRITERS

Billy Preston, Bruce Carleton Fisher

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11313_LF.txt[11/10/23, 10:58:30 AM]

Lyrics
Oh yeah
Oh yeah
So scared of breaking it
That you won't let it bend
And I wrote two hundred letters
I will never send
Sometimes these cuts are so much
Deeper than they seem
You'd rather cover up
I'd rather let them bleed
So let me be
And I'll set you free (oh yeah)


I am in misery
There ain't nobody
Who can comfort me, oh yeah
Why won't you answer me?
The silence is slowly killing me, oh yeah
Girl, you really got me bad
You really got me bad
Now I'm gonna get you back
I'm gonna get you back, yeah


Your salty skin and how
It mixes in with mine
The way it feels to be
Completely intertwined
Not that I didn't care
It's that I didn't know
It's not what I didn't feel
It's what I didn't show
So let me be
And I'll set you free


I am in misery
There ain't nobody
Who can comfort me, oh yeah
Why won't you answer me?
The silence is slowly killing me, oh yeah
Girl, you really got me bad
You really got me bad
And now I'm gonna get you back
I'm gonna get you back, yeah


You say your faith is shaken
And you may be mistaken
You keep me wide awake and
Waiting for the sun

I'm desperate and confused
So far away from you
And I'm getting there
I don't care where I have to run

Why do you do what you do to me? Yeah
Why won't you answer me, answer me? Yeah
Why do you do what you do to me? Yeah
Why won't you answer me, answer me? Yeah

I am in misery
There ain't nobody
Who can comfort me, oh yeah
Why won't you answer me?
Your silence is slowly killing me, oh yeah
Girl, you really got me bad
You really got me bad
And now I'm gonna get you back
I'm gonna get you back (come on)

Girl, you really got me bad
You really got me bad
Now I'm gonna get you back
I'm gonna get you back

(Girl, you really got me bad)
(You really got me bad)
(Now I'm gonna get you back)
(I'm gonna get you back)
(Girl, you really got me bad)
(You really got me bad)
(Now I'm gonna get you back)
(I'm gonna get you back)

WRITERS

Adam Levine, Jesse Royal Carmichael, Michael Allen Madden, James B. Valentine, Sam John Farrar

PUBLISHERS

Lyrics © BOA MUSICA EDITORIAL SLU, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, O/B/O DistroKid, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

BCG_ID_11315_LF.txt[11/10/23, 10:58:30 AM]

Lyrics
It's just one of those days where you don't want to wake up
Everything is fucked, everybody sucks
You don't really know why but you want to justify
Rippin' someone's head off
No human contact
And if you interact, your life is on contract
Your best bet is to stay away, motherfucker
It's just one of those days


It's all about the he says, she says bullshit
I think you better quit, let the shit slip
Or you'll be leaving with a fat lip
It's all about the he says, she says bullshit
I think you better quit, talking that shit


It's just one of those days, feeling like a freight train
First one to complain leaves with a bloodstain
Damn right, I'm a maniac
You better watch your back 'cause I'm fucking up your program
And if you're stuck up, you just lucked up
Next in line to get fucked up
Your best bet is to stay away, motherfucker
It's just one of those days


It's all about the he says, she says bullshit
I think you better quit, let the shit slip
Or you'll be leaving with a fat lip
It's all about the he says, she says bullshit
I think you better quit, talking that shit punk
So come and get it


I feel like shit
My suggestion, is to keep your distance
'Cause right now I'm dangerous
But we've all felt like shit
And been treated like shit
All those motherfuckers that want to step up


I hope you know, I pack a chainsaw (chainsaw)
I'll skin your ass raw (ass raw)
And if my day keeps going this way, I just might
Break something tonight
I pack a chainsaw (chainsaw)
I'll skin your ass raw (ass raw)
And if my day keeps going this way, I just might
Break something tonight
I pack a chainsaw (chainsaw)

BCG_ID_11316_LF.txt[11/10/23, 10:58:30 AM]

I'll skin your ass raw (ass raw)
And if my day keeps going this way, I just might
Break your fucking face tonight

Give me something to break
Give me something to break
Just give me something to break
How 'bout your fucking face?

I hope you know, I pack a chainsaw
What?
A chainsaw
What?
A motherfucking chainsaw
What?
So come and get it

It's all about the he says, she says bullshit
I think you better quit, let the shit slip
Or you'll be leaving with a fat lip
It's all about the he says, she says bullshit
I think you better quit, talking that shit, punk
So come and get it

WRITERS

Brendan O'Brien, John Everett Otto, Leor Dimant, Samuel Robert Rivers, Wesley Louden Borland, William Frederick Durst

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11316_LF.txt[11/10/23, 10:58:30 AM]

Lyrics
Just one look and I fell so hard
In love with you, oh oh, oh oh
I found out how good it feels
To have your love, oh oh, oh oh


Say you will, will be mine
Forever and always, oh oh, oh oh
Just one look and I knew
That you were my only one
Oh oh oh oh!


I thought I was dreamin'
But I was wrong, yeah, yeah, yeah
Oh, but-a, I'm gonna keep on schemin'
Till I can a-make you, make you my own!


So you see, I really care
Without you I'm nothin', oh oh, oh oh
Just one look and I know
I'll get you someday, oh oh, oh oh


Just one look, that's all it took
Just one look, that's all it took
Just one look, that's all it took

WRITERS

Doris Payne, Gregory Carroll

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11318_LF.txt[11/10/23, 10:58:30 AM]

Lyrics
I was a fool to ever leave your side
Me minus you is such a lonely ride
The breakup we had has made me lonesome and sad
I realize I love you 'cause I want you bad, hey, hey


I spent the evening with the radio
Regret the moment that I let you go
Our quarrel was such a way of learnin' so much
I know now that I love you 'cause I need your touch, hey, hey


Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey


I sat here starin' at the same old wall
Came back to life just when I got your call
I wished I could climb right through the telephone line
And give you what you want so you will still be mine, hey, hey


I can't go cheatin', honey, I can't play
I found it very hard to stay away
As we reminisce on precious moments like this
I'm glad we're back together 'cause I missed your kiss, hey, hey


Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey


Yeah, yeah, yeah
Baby


Lover, lover, this is solid love
And you're exactly what I'm dreamin' of
All through the day
And all through the night
I'll give you all the love I have with all my might, hey, hey


Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit

BCG_ID_11319_LF.txt[11/10/23, 10:58:31 AM]

And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

WRITERS

Dino Fekaris, Frederick J. Perren

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11319_LF.txt[11/10/23, 10:58:31 AM]

Lyrics
Well, my temperature's rising and my feet hit the floor
Twenty people knocking 'cause they're wanting some more
Let me in, baby, I don't know what you've got
But you'd better take it easy, 'cause this place is hot

So glad we made it, so glad we made it
You got to gimme some lovin', gimme some lovin'
Gimme some lovin' every day

Well, I feel so good, everything is sounding hot
Better take it easy, 'cause the place is on fire
Been a hard day and I don't know what to do
Wait a minute, baby, it could happen to you

So glad we made it, so glad we made it
You got to gimme some lovin', gimme some lovin'
Gimme some lovin' every day

Well, I feel so good, everybody's getting higher
Better take it easy, 'cause the place is on fire
Been a hard day, nothing went too good
Now I'm gonna relax, honey, everybody should

So glad we made it, so glad we made it
You got to gimme some lovin', gimme some lovin'
Gimme some lovin' every day

WRITERS

Muff Winwood, Spencer Davis, Steve Winwood

PUBLISHERS

Lyrics © Kanjian Music, BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Spirit Music Group, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_11321_LF.txt[11/10/23, 10:58:31 AM]

Lyrics
One, two, three, four
Yeah
Yeah
This is dedicated

I just want you close
Where you can stay forever
You can be sure
That it will only get better

You and me together
Through the days and nights
I don't worry 'cause
Everything's gonna be alright
People keep talking, they can say what they like
But all I know is everything's gonna be alright

And no one, no one, no one
Can get in the way of what I'm feeling
No one, no one, no one
Can get in the way of what I feel for you, you, you
Can get in the way of what I feel for you

When the rain is pouring down
And my heart is hurting
You will always be around
This I know for certain

You and me together
Through the days and nights
I don't worry 'cause
Everything's gonna be alright
People keep talking, they can say what they like
But all I know is everything's gonna be alright

And no one, no one, no one
Can get in the way of what I'm feeling
No one, no one, no one
Can get in the way of what I feel for you, you, you
Can get in the way of what I feel

I know some people search the world
To find something like what we have
I know people will try, try to divide something so real
For 'til the end of time, I'm telling you there ain't no one

BCG_ID_11322_LF.txt[11/10/23, 10:58:31 AM]

No one, no one
Can get in the way of what I'm feeling
No one, no one, no one
Can get in the way of what I feel, singing oh

Oh, oh, oh, oh, oh
Oh, oh, oh, oh, oh
Oh, oh, oh, oh, oh, oh, oh, oh, oh
Oh, oh, oh, oh, oh
Oh, oh, oh, oh, oh
Oh, oh, oh, oh, oh, oh, oh

No one, no one
Can get in the way, can get our way
No one, no one
Can get in the way, can get in the way of what I feel for you
Mmm

WRITERS

George Michael Harry, Kerry D. Brothers Jr., Alicia J. Augello-Cook

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

Lyrics
One, two, three, four
Hey, hey, forever
Hey, hey, forever


It's you and me
Movin' at the speed of light into eternity, yeah
Tonight is the night
To join me in the middle of ecstasy
Feel the melody and the rhythm of the music around you, around you (ohh)


I'ma take you there, I'ma take you there (ayy)
So don't be scared, I'm right here, baby
We can go anywhere, go anywhere (yeah)
But first, it's your chance, take my hand, come with me


It's like I waited my whole life (oh)
For this one night (oh)
It's gon' be me, you and the dance floor
'Cause we only got one night (oh)
Double your pleasure (oh)
Double your fun
And dance forever, ever, ever (oh)
Forever, ever, ever
Forever, ever, ever
(Forever)
Forever, ever, ever
Forever, ever, ever
Forever, ever, ever (ayy)
Forever on the dance floor


Feels like we're on another level, oh
Feels like our love's intertwined
We can be two rebels
Breaking the rules, me and you, you and I
All you gotta do is watch me (watch me)
Look what I can do with my feet (my feet)
Baby, feel the beat inside (forever)
I'm driving, you can take the front seat (front seat)
Just need you to trust me (trust me)
Oh (girl), ah (girl), ah (girl)
It's like I've


It's like I waited my whole life (oh)
For this one night (oh) (one night)
It's gon' be me, you and the dance floor (dance floor)
'Cause we only got one night (oh) (one night)
Double your pleasure (oh)

BCG_ID_11328_LF.txt[11/10/23, 10:58:31 AM]

Double your fun (yeah)
And dance forever, ever, ever (oh)
Forever, ever, ever (ever)
Forever, ever, ever (ever)
(Forever)
Forever, ever, ever (ever)
Forever, ever, ever (ever)
Forever, ever, ever (ever)
Forever on the dance floor


It's a long way down
We so high off the ground
Sendin' for an angel to bring me your heart
Girl, where did you come from?
Got me so undone
Gaze in your eyes, got me sayin'
"What a beautiful lady"
No if, ands or maybes
I'm releasin' my heart
And it's feelin' amazing
There's no one else that matters
You love me
And I won't let you fall, girl (fall, girl)
Let you fall girl, oh
Oh, oh, yeah
Yeah, I won't let you fall
Let you fall
Let you fall
Oh, oh
Yeah, yeah
Yeah, yeah
It's like


It's like I waited my whole life (oh, a whole life) (oh)
For this one night (one night)
It's gon' be me, you and the dance floor (me, you and the dance floor)
'Cause we only got one night (oh)
Double your pleasure (oh)
Double your fun
And dance forever, ever, ever
Forever, ever, ever
Forever, ever, ever
(Forever)
Forever, ever, ever
Forever, ever, ever
Forever, ever, ever
Forever on the dance floor


Oh! Oh! Oh-oh-oh, oh, oh
Oh, yeah
Forever, ever, ever, ever

Forever, ever, oh

WRITERS

Andre Darrell Merritt, Brian Kennedy Seals, Jamal Fincher Jones, Robert L. Allen, Christopher Maurice Brown

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Songtrust Ave

Lyrics
I set out on a narrow way many years ago
Hoping I would find true love along the broken road
But I got lost a time or two
Wiped my brow and kept pushing through
I couldn't see how every sign pointed straight to you

That every long lost dream led me to where you are
Others who broke my heart, they were like Northern stars
Pointing me on my way into your loving arms
This much I know is true
That God blessed the broken road that led me straight to you
Yes, He did

I think about the years I spent just passin' through
I'd like to have the time I lost and give it back to you
But you just smile and take my hand
You've been there, you understand
It's all part of a grander plan that is coming true

Every long lost dream led me to where you are
Others who broke my heart, they were like Northern stars
Pointing me on my way into your loving arms
This much I know is true
That God blessed the broken road that led me straight to you
Yeah

And now I'm just rollin' home
Into my lover's arms
This much I know is true
That God blessed the broken road that led me straight to you

That God blessed the broken road
That led me straight to you
Ooh, mmm

WRITERS

Bobby Boyd, Jeff Hanna, Marc Hummon

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Capitol CMG Publishing

BCG_ID_11329_LF.txt[11/10/23, 10:58:32 AM]

Lyrics
Goodbye, Norma Jeane
Though I never knew you at all
You had the grace to hold yourself
While those around you crawled
They crawled out of the woodwork
And they whispered into your brain
They set you on the treadmill
And they made you change your name

And it seems to me you lived your life
Like a candle in the wind
Never knowing who to cling to
When the rain set in
And I would've liked to know you
But I was just a kid
Your candle burned out long before
Your legend ever did

Loneliness was tough
The toughest role you ever played
Hollywood created a superstar
And pain was the price you paid
Even when you died
Oh, the press still hounded you
All the papers had to say
Was that Marilyn was found in the nude

And it seems to me you lived your life
Like a candle in the wind
Never knowing who to cling to
When the rain set in
And I would've liked to know you
But I was just a kid
Your candle burned out long before
Your legend ever did

Goodbye, Norma Jeane
Though I never knew you at all
You had the grace to hold yourself
While those around you crawled
Goodbye, Norma Jeane
From the young man in the twenty second row
Who sees you as something more than sexual
More than just our Marilyn Monroe

And it seems to me you lived your life
Like a candle in the wind

BCG_ID_11337_LF.txt[11/10/23, 10:58:32 AM]

Never knowing who to cling to
When the rain set in
And I would've liked to know you
But I was just a kid
Your candle burned out long before
Your legend ever did
Your candle burned out long before
Your legend ever did

WRITERS

Elton John, Bernie Taupin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11337_LF.txt[11/10/23, 10:58:32 AM]

Lyrics
He was working through college
On my grandpa's farm
I was thirsting for knowledge
And he had a car
Yeah, I was caught somewhere between a woman and a child
One restless summer we found love growing wild
On the banks of the river on a well beaten path
It's funny how those memories they last
Like strawberry wine and seventeen
The hot July moon saw everything
My first taste of love, oh bittersweet
Green on the vine
Like strawberry wine

I still remember
When thirty was old
And my biggest fear was September
when he had to go
A few cards and letters and one long distance call
We drifted away like the leaves in the fall
But year after year I come back to this place
Just to remember the taste
Of strawberry wine and seventeen
The hot July moon saw everything
My first taste of love, whoa-oh, bittersweet
Green on the vine
Like strawberry wine

The fields have grown over now
Years since they've seen the plow
There's nothing time hasn't touched
Is it really him or the loss of my innocence?
I've been missing so much

Yeah

Strawberry wine and seventeen
The hot July moon saw everything
My first taste of love, whoa-oh bittersweet
And green on the vine
Like strawberry wine and seventeen
The hot July moon saw everything
My first taste of love, oh, bittersweet
And green on the vine
Like strawberry wine

Strawberry wine

BCG_ID_11348_LF.txt[11/10/23, 10:58:32 AM]

Ooh
Strawberry wine

WRITERS

Gary Harrison, Matraca Berg

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11348_LF.txt[11/10/23, 10:58:32 AM]

Lyrics
Story of my life, searching for the right
But it keeps avoiding me
Sorrow in my soul 'cause it seems that wrong
Really loves my company
He's more than a man and this is more than love
The reason that the sky is blue
The clouds are rolling in because I'm gone again
And to him, I just can't be true

And I know that he knows I'm unfaithful
And it kills him inside
To know that I am happy with some other guy
I can see him dying

I don't wanna do this anymore
I don't wanna be the reason why
Every time I walk out the door
I see him die a little more inside
I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be a murderer

I feel it in the air as I'm doin' my hair
Preparing for another date
A kiss upon my cheek as he reluctantly
Asks if I'm gonna be out late
I say I won't be long, just hanging with the girls
A lie I didn't have to tell
Because we both know where I'm about to go
And we know it very well

'Cause I know that he knows I'm unfaithful
And it kills him inside
To know that I am happy with some other guy
I can see him dying

I don't wanna do this anymore
I don't wanna be the reason why
Every time I walk out the door
I see him die a little more inside
I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be a murderer

Our love, his trust
I might as well take a gun and put it to his head

BCG_ID_11362_LF.txt[11/10/23, 10:58:32 AM]

Get it over with
I don't wanna do this anymore
Whoa, anymore


And I don't wanna do this anymore
I don't wanna be the reason why
And every time I walk out the door
I see him die a little more inside
And I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be a murderer


A murderer
No, no, no
Yeah, yeah

WRITERS

Mikkel Eriksen, Tor Erik Hermansen, Shaffer Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11362_LF.txt[11/10/23, 10:58:32 AM]

Lyrics
Closer
Closer
Closer
Closer


Turn the lights off in this place
And she shines just like a star
And I swear I know her face
I just don't know who you are
Turn the music up in here
I still hear her loud and clear
Like she's right there in my ear
Telling me
That she wants to own me
To control me
Come closer
Come closer


Oh I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't break myself no way
But I don't want to escape
I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop


I can feel her on my skin
I can taste her on my tongue
She's the sweetest taste of sin
The more I get the more I want
She wants to own me
Come closer
She says "come closer"


Oh I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't break myself no way
But I don't want to escape

BCG_ID_11364_LF.txt[11/10/23, 10:58:33 AM]

I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

(Come closer)

(Come closer)

(Come closer)

(Come closer)

(Come closer)

(Come closer)

(Come closer)

I just can't stop no

I just can't stop no

I just can't stop no

I just can't stop no

Oh I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't break myself no way
But I don't want to escape
I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

BCG_ID_11364_LF.txt[11/10/23, 10:58:33 AM]

Oh I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop
Come closer

WRITERS

Bernt Rune Stray, Magnus Torkehage Beite, Mikkel Storleer Eriksen, Shaffer Smith, Tor Erik Hermansen

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11364_LF.txt[11/10/23, 10:58:33 AM]

Lyrics
You lift my heart up
When the rest of me is down
You, you enchant me, even when you're not around
If there are boundaries, I will try to knock them down
I'm latching on babe
Now I know what I have found


I feel we're close enough
I wanna lock in your love
I think we're close enough
Could I lock in your love, baby?


Now I got you in my space
I won't let go of you
Got you shackled in my embrace
I'm latching on to you


Now I got you in my space
I won't let go of you
Got you shackled in my embrace
I'm latching on to you


I'm so encaptured, got me wrapped up in your touch
Feel so enamored, hold me tight within your clutch
How do you do it, you got me losing every breath
What did you give me to make my heart beat out my chest?


I feel we're close enough
I wanna lock in your love
I think we're close enough
Could I lock in your love, baby?
I feel we're close enough
I wanna lock in your love
I think we're close enough
Could I lock in your love, baby?


Now I got you in my space
I won't let go of you
Got you shackled in my embrace
I'm latching on to you


Now I got you in my space
I won't let go of you
Got you shackled in my embrace
I'm latching on to you

I'm latching on to you (I'm latching on to you)
I won't let go of you (I won't let go)
I'm latching on to you (I don't wanna let go)
I won't let go of you (I won't let go, I won't let go)


(I won't let go, I won't let go)

WRITERS

Guy William Lawrence, Howard John Lawrence, James John Napier, Sam Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing

BCG_ID_11366_LF.txt[11/10/23, 10:58:33 AM]

Lyrics
Coming to you on a dusty road
Good loving, I've got a truck load
But when you get it, you got something
Don't worry, 'cause I'm coming

I'm a soul man
I'm a soul man
I'm a soul man
I'm a soul man

I got what I got, the hard way
And I make it better, each and every day
Oh honey, said don't you fret
Because you ain't seen nothing yet

I'm a soul man
I'm a soul man
I'm a soul man
I'm a soul man

Got what I got, the hard way
And I got convicted, each and every day
Oh honey, I said don't you fret
Because you ain't seen, no, nothing yet

I'm a soul man
I'm a soul man
I'm a soul man
I'm a soul man

Grab the rope, let me pull you in
Give you hope and be your only boyfriend
Yeah, yeah, yeah, yeah

Talking about a soul man
Talking about soul man

Talking about a soul man
Soul man
(Soul man)
Can I be
(Soul man)
Your
(Soul man)

BCG_ID_11377_LF.txt[11/10/23, 10:58:33 AM]

Would you let me
(Soul man)
Be your
(Soul man)
I don't mind being
(Soul man)
Your
(Soul man)
I'd like to be
(Soul man)
Your
(Soul man)
One and only
(Soul man)
I'd like to be

WRITERS

David Porter, Isaac Hayes

PUBLISHERS

Lyrics © Roba Music Verlag GMBH, BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Royalty Network, Songtrust Ave, Peermusic Publishing, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

Lyrics
You know our love was meant to be
The kind of love to last forever
And I want you here with me
From tonight until the end of time

You should know
Everywhere I go
Always on my mind
In my heart, in my soul
Baby

You're the meaning in my life
You're the inspiration
You bring feeling to my life
You're the inspiration
Want to have you near me
I want to have you hear me saying
no one needs you more than I need you

And I know (and I know)
Yes I know that it's plain to see
So in love when we're together
now I know (now I know)
That I need you here with me
From tonight until the end of time

You should know (yes, you need to know)
Everywhere I go
Always on my mind
You're in my heart, in my soul

You're the meaning in my life
You're the inspiration
You bring feeling to my life
You're the inspiration
Want to have you near me
I want to have you hear me saying
no one needs you more than I need you (no one needs you more than I)

Want to have you near me
I want to have you hear me saying
no one needs you more than I need you (no one needs you more)

You're the meaning in my life
You're the inspiration

You bring feeling to my life
You're the inspiration


When you love somebody
'Til the end of time
When you love somebody
Always on my mind (no one needs you more than I)
When you love somebody
'Til the end of time
When you love somebody
Always on my mind (no on needs you more than I)
When you love somebody
'Til the end of time
When you love somebody
Always on my mind (no one needs you more than I)

WRITERS

Peter Cetera, David Foster

PUBLISHERS

Lyrics © Universal Music Publishing Group, Peermusic Publishing

BCG_ID_11380_LF.txt[11/10/23, 10:58:34 AM]

Lyrics
You see it all around you
Good lovin' gone bad
And usually it's too late when you, realize what you had
And my mind goes back to a girl I left some years ago (Who told me)


Just hold on loosely
But don't let go
If you cling to tightly
You're gonna lose control


Your baby needs someone to believe in
And a whole lot of space to breathe in


It's so damn easy, when your feelings are such
To overprotect her, to love her too much
And my mind goes back to a girl I left some years ago (Who told me)


Just hold on loosely
But don't let go
If you cling too tight babe
You're gonna loose control
Your baby needs someone to believe in
And a whole lot of space to breathe in
Don't let her slip away


Sentimental fool
Don't let your heart get in her way
Yeah, yeah, yeah


You see it all around you
Good lovin' gone bad
And usually it's too late when you, realize what you had


Just hold on loosely
But don't let go
If you cling to tightly
You're gonna lose control
Your baby needs someone to believe in
And a whole lot of space to breathe in
Just hold on loosely
But don't let go
If you cling too tight babe
You're gonna lose it
You're gonna, lose control

BCG_ID_11384_LF.txt[11/10/23, 10:58:34 AM]

Yeah, yeah, yeah
Just hold on loosely
But don't let go
If you cling too tight babe
You're gonna loose control
Hold on loosely
But don't let go
If you cling too tight babe,
You're gonna loose control
Yeah, yeah, yeah

WRITERS

JAMES MICHAEL PETERIK, JEFFREY S. CARLISI, DON BARNES

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

Lyrics
Can you hear them?
They talk about us
Telling lies
Well, that's no surprise


Can you see them?
See right through them
They have no shield
No secrets to reveal


It doesn't matter what they say
In the jealous games people play
Our lips are sealed


There's a weapon
That we must use
In our defense
Silence reveals


When you look at them
Look right through them
That's when they'll disappear
That's when we'll be feared


It doesn't matter what they say
In the jealous games people play
Our lips are sealed


Pay no mind to what they say
It doesn't matter anyway
Our lips are sealed


Hush, my darling
Don't you cry
Quiet, angel
Forget their lies


Can you hear them?
They talk about us
Telling lies
Well, that's no surprise


Can you see them?

BCG_ID_11389_LF.txt[11/10/23, 10:58:34 AM]

See right through them
They have no shield
No secrets to reveal


It doesn't matter what they say
In the jealous games people play
Our lips are sealed


Pay no mind to what they say
It doesn't matter anyway
Our lips are sealed
Our lips are sealed
Our lips are sealed

WRITERS

Jane Wiedlin, Terry Hall

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Spirit Music Group, Warner Chappell Music, Inc.

BCG_ID_11389_LF.txt[11/10/23, 10:58:34 AM]

Lyrics
He deals the cards as a meditation
And those he plays never suspect
He doesn't play for the money he wins
He don't play for respect

He deals the cards to find the answer
The sacred geometry of chance
The hidden law of a probable outcome
The numbers lead a dance

I know that the spades are the swords of a soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart

He may play the jack of diamonds
He may lay the queen of spades
He may conceal a king in his hand
While the memory of it fades

I know that the spades are the swords of a soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart
That's not the shape
The shape of my heart

If I told her that I loved you
You'd maybe think there's something wrong
I'm not a man of too many faces
The mask I wear is one

But those who speak know nothing
And find out to their cost
Like those who curse their luck in too many places
And those who fear are lost

I know that the spades are the swords of a soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart
That's not the shape of my heart
That's not the shape
The shape of my heart

BCG_ID_11394_LF.txt[11/10/23, 10:58:34 AM]

WRITERS

Dominic James Miller, Gordon Matthew Sumner

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11394_LF.txt[11/10/23, 10:58:34 AM]

Lyrics
They sent me away to find them a fortune
A chest filled with diamonds and gold
The house was awake, with shadows and monsters
The hallways, they echoed and groaned

I sat alone, in bed 'til the morning
I'm crying, "They're coming for me"
And I tried to hold these secrets inside me
My mind's like a deadly disease

I'm bigger than my body
I'm colder than this home
I'm meaner than my demons
I'm bigger than these bones

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

I paced around for hours on empty
I jumped at the slightest of sounds
And I couldn't stand the person inside me
I turned all the mirrors around

I'm bigger than my body
I'm colder than this home
I'm meaner than my demons
I'm bigger than these bones

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

I'm well acquainted with villains that live in my head
They beg me to write them so they'll never die when I'm dead
And I've grown familiar with villains that live in my head
They beg me to write them so I'll never die when I'm dead

I'm bigger than my body
I'm colder than this home
I'm meaner than my demons
I'm bigger than these bones

BCG_ID_11401_LF.txt[11/10/23, 10:58:35 AM]

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

And all the kids cried out, "Please stop, you're scaring me"
I can't help this awful energy
Goddamn right, you should be scared of me
Who is in control?

WRITERS

ASHLEY FRANGIPANE, TIMOTHY JOLIFFE BRAN, ROY EDWARD KERR

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

BCG_ID_11401_LF.txt[11/10/23, 10:58:35 AM]

Lyrics
Yeah, yeah
Hey
That's how much I love you (yeah)
That's how much I need you (yeah, yeah, yeah)


And I can't stand you
Must everything you do make me wanna smile
Can I not like you for awhile? (No)
But you won't let me
You upset me, girl
And then you kiss my lips
All of a sudden I forget (that I was upset)
Can't remember what you did
But I hate it
You know exactly what to do
So that I can't stay mad at you
For too long, that's wrong
But I hate it
You know exactly how to touch
So that I don't wanna fuss and fight no more
Said I despise that I adore you


And I hate how much I love you, boy (yeah)
I can't stand how much I need you (I need you)
And I hate how much I love you, boy (oh whoa)
But I just can't let you go
And I hate that I love you so (oh)


You completely know the power that you have (power that you have)
The only one makes me laugh (makes me laugh)
Sad and it's not fair
How you take advantage of the fact
That I
Love you beyond the reason why
And it just ain't right


And I hate how much I love you, girl (oooh)
I can't stand how much I need you (yeah)
And I hate how much I love you, girl (yeah)
But I just can't let you go (oooh)
But I hate that I love you so


One of these days, maybe your magic won't affect me (hmm)
And your kiss won't make me weak
But no one in this world knows me the way you know me
So you'll probably always have a spell on me
Yeah

BCG_ID_11408_LF.txt[11/10/23, 10:58:35 AM]

Oh, oh, oh
Yeah, yeah, yeah, yeah, yeah, yeah


That's how much I love you
How much I need you
How much I need you
How much I love you
That's how much I love you
Oh, I need you
That's how much I need you
I need you
And I hate that I love you so
And I hate how much I love you, boy
I can't stand how much I need you
(I can't stand how much I need you)
And I hate how much I love you, boy
But I just can't let you go
(But I just can't let you go no)
And I hate that I love you so (Ohhh)
And I hate that I love you so, so

WRITERS

Mikkel Eriksen, Tor Erik Hermansen, Shaffer Smith

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11408_LF.txt[11/10/23, 10:58:35 AM]

Lyrics
I dream of rain
I dream of gardens in the desert sand
I wake in vain
I dream of love as time runs through my hand

I dream of fire
Those dreams are tied to a horse that will never tire
And in the flames
Her shadows play in the shape of a man's desire

This desert rose
Each of her veils, a secret promise
This desert flower
No sweet perfume ever tortured me more than this

And as she turns
This way she moves in the logic of all my dreams
This fire burns
I realize that nothing's as it seems

I dream of rain
I dream of gardens in the desert sand
I wake in vain
I dream of love as time runs through my hand

I dream of rain
I lift my gaze to empty skies above
I close my eyes
The rare perfume is the sweet intoxication of her love

Aman aman aman aman aman

I dream of rain
I dream of gardens in the desert sand
I wake in vain
I dream of love as time runs through my hand

Sweet desert rose
Each of her veils, a secret promise
This desert flower
This rare perfume, is the sweet intoxication of the fall

Ya lili ah ya leel

BCG_ID_11410_LF.txt[11/10/23, 10:58:35 AM]

WRITERS

Gordon Sumner, Mohammed Khelifati

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11410_LF.txt[11/10/23, 10:58:35 AM]

Lyrics
I'm bleeding out
Say if the last thing that I do
Is bring you down
I'll bleed out for you
So I bear my skin
And I count my sins
And I close my eyes
And I take it in
I'm bleeding out
I'm bleeding out for you (for you)


When the day has come
But I've lost my way around
And the seasons stop and hide beneath the ground
When the sky turns gray
And everything is screaming
I will reach inside
Just to find my heart is beating


You tell me to hold on
Oh you tell me to hold on
But innocence is gone
And what was right is wrong


'Cause I'm bleeding out
Say if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bear my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you (for you)


When the hour is nigh
And hopelessness is sinking in
And the wolves all cry
To feel they're not worth hollering
When your eyes are red
And emptiness is all you know
With the darkness fed
I will be your scarecrow


You tell me to hold on
Oh you tell me to hold on
But innocence is gone

BCG_ID_11418_LF.txt[11/10/23, 10:58:36 AM]

And what was right is wrong

'Cause I'm bleeding out
Say if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bear my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you (for you)

I'm bleeding out for you (for you)
I'm bleeding out for you (for you)
I'm bleeding out for you (for you)
I'm bleeding out for you

'Cause I'm bleeding out
Say if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bear my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you (for you)

WRITERS

Joshua Francis Mosser, Alexander Junior Grant, Benjamin Arthur McKee, Daniel Coulter Reynolds, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
She's starin' at me
I'm sittin', wonderin' what she's thinkin'
Nobody's talkin'
'Cause talkin' just turned into screamin'
And now is I'm yellin' over her
She's yellin' over me
All that that means
Is neither of us is listening
(And what's even worse)
That we don't even remember why were fighting


So both of us are mad for


Nothin'
(Fighting for)
Nothin'
(Crying for)
Nothin'
(Whoa)
But we won't let it go for
Nothin'
(No not for)
Nothin'
This should be nothin' to a love like what we got
Oh, baby
I know sometimes
It's gonna rain
But baby, can we make up now
'Cause I can't sleep through the pain
(Can't sleep through the pain)


Girl, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
No, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
Oh, no, no, no


And it gets me upset, girl
When you're constantly accusing
(Askin' questions like you've already known)
We're fighting this war, baby
When both of us are losing
(This ain't the way that love is supposed to go)
Whoa

BCG_ID_11434_LF.txt[11/10/23, 10:58:36 AM]

(What happened to workin' it out)
We've falled into this place
Where you ain't backin' down
And I ain't backin' down


So what the hell do we do now
It's all for


Nothin'
(Fighting for)
Nothin'
(Crying for)
Nothin'
(Whoa)
But we won't let it go for
Nothin'
(No not for)
Nothin'
This should be nothin' to a love like what we got
Oh, baby
I know sometimes
It's gonna rain
But baby, can we make up now
'Cause I can't sleep through the pain
(Can't sleep through the pain)


Girl, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
No, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
Oh, no, no, no


Oh baby this love ain't gonna be perfect
(Perfect, perfect, oh oh)
And just how good it's gonna be
We can fuss and we can fight
Long as everything alright between us
Before we go to sleep


Baby, we're gonna be happy


I know sometimes
It's gonna rain
But baby, can we make up now

BCG_ID_11434_LF.txt[11/10/23, 10:58:36 AM]

'Cause I can't sleep through the pain
(Can't sleep through the pain)


Girl, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
No, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
Oh, no, no, no

WRITERS

Mikkel Storleer Eriksen, Shaffer Smith, Tor Erik Hermansen

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

692

BCG_ID_11434_LF.txt[11/10/23, 10:58:36 AM]

Lyrics
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast (yes indeed)
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast (yes indeed)


Stand clear, Don man'll talk
You can't stand where I stand, you can't walk where I walk
Watch out, we run New York
Policeman come, we bust him out the park
I know this for a fact, you don't like how I act
You claim I'm sellin' crack, but you be doin' that
I'd rather say see ya, 'cause I would never be ya
Be an officer? You wicked overseer
You hotshot, wanna get props and be a savior
First show a little respect, change your behavior
Change your attitude, change your plan
There could never really be justice on stolen land
Are you really for peace and equality?
Or when my car is hooked up, you know you wanna follow me
Your laws are minimal
'Cause you won't even think about lookin' at the real criminal
This has got to cease
'Cause we be gettin' hyped to the sound of da police


Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast


Now here's a likkle truth, open up your eye
While you're checkin' out the boom-bap, check the exercise
Take the word overseer, like a sample
Repeat it very quickly in a crew, for example
Overseer, overseer, overseer, overseer
Officer, officer, officer, officer
Yeah, officer from overseer
You need a little clarity? Check the similarity
The overseer rode around the plantation
The officer is off, patrollin' all the nation
The overseer could stop you, "what you're doin'?"
The officer will pull you over just when he's pursuin'
The overseer had the right to get ill
And if you fought back, the overseer had the right to kill
The officer has the right to arrest
And if you fight back they put a hole in your chest (woop)

BCG_ID_11436_LF.txt[11/10/23, 10:58:36 AM]

They both ride horses
After 400 years, I've got no choices
The police them have a likkle gun
So when I'm on the streets, I walk around with a bigger one (woop-woop)
I hear it all day
Just so they can run the light and be upon their way

Yes indeed
Yes indeed
Yes indeed
Yes indeed

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

Check out the message in a rough stylee
The real criminal are the C-O-P
You check for undercover and the one P.D
But just a mere Black man, them wan' check me
Them check out me car, for it shine like the sun
But them jealous or them vexed, 'cause them can't afford one
Black people still slaves up 'til today
But the Black police officer nyah see it that way
Him want a salary, him want it
So he put on a badge and kill people for it
My grandfather had to deal with the cops
My great-grandfather dealt with the cops
My great-grandfather had to deal with the cops
And then my great, great, great, great, when it's gonna stop?

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

Yes indeed
Yes indeed
Yes indeed
Yes indeed

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

WRITERS

Lawrence Krsone Parker, Rodney Lemay, Eric Victor Burdon, Bryan James Chandler, Alan Lomax

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11436_LF.txt[11/10/23, 10:58:36 AM]

Lyrics
La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la


I just can't get you out of my head
Boy, your lovin' is all I think about
I just can't get you out of my head
Boy, its more than I dare to think about


La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la


I just can't get you out of my head
Boy, your lovin' is all I think about
I just can't get you out of my head
Boy, its more than I dare to think about


Every night
Every day
Just to be there in your arms
Won't you stay
Won't you lay
Stay forever and ever, and ever, and ever


La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la


I just can't get you out of my head
Boy, your lovin' is all I think about
I just can't get you out of my head
Boy, its more than I dare to think about


There's a dark secret in me
Don't leave me left in your heart
Set me free
Feel the need in me
Set me free
Stay forever and ever, and ever, and ever


La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la

BCG_ID_11441_LF.txt[11/10/23, 10:58:37 AM]

La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la

I just can't get you out of my head
La-la-la-la-la-la-la-la
I just can't get you out of my head
La-la-la-la-la-la-la-la
I just can't get you out of my head
La-la-la-la-la-la-la-la

WRITERS

Robert Berkeley Davis, Cathy Dennis

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Royalty Network, Warner Chappell Music, Inc.

BCG_ID_11441_LF.txt[11/10/23, 10:58:37 AM]

Lyrics
Oh, how you sparkle
And oh, how you shine
That flush on your cheeks is more than the wine
And he must do something that I didn't do
Whatever he's doing
It looks good on you


You look so good in love
You want him
That's easy to see
You look so good in love
And I wish you still wanted me


He must have stolen some stars from the sky
And gave them to you to wear in your eyes
I had my chances
But I set you free
And now I wonder why I couldn't see


You look so good in love
You want him
That's easy to see
You look so good in love
And I wish you still wanted me


Darling, I've wasted a lot of years not seeing the real you
But tonight your beauty is shining through
And I never took the time to let you know
So before he takes you away
Please let me say


You look so good in love
You want him
That's easy to see
You look so good in love
And I wish you still wanted me


You look so good in love

WRITERS

GLEN BALLARD, RORY M. BOURKE, KERRY CHATER

PUBLISHERS

Lyrics © Royalty Network

BCG_ID_11445_LF.txt[11/10/23, 10:58:37 AM]

BCG_ID_11445_LF.txt[11/10/23, 10:58:37 AM]

Lyrics
Hola, Holana


Telling me this
And telling me that
You said once you take me with you, I'll never go back
Now I got a lesson that I want to teach ya
Ima show you that where you from don't matter to me
She said "Hola, ÀC—mo est‡s?, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go, you know I love 'em all
She said "Hola, ÀComo est‡s, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all


African American for sho
I told her baby come and rock a rodeo
Every time I come around man, I go for broke
She gives me desktop till I overload
Now baby you gon go where you 'posed to go
'Cause I ain't got time for you every day
She said she got a man keep it on the low
I said he don't speak English, fuck he gon say (aye)


Telling me this
And telling me that
You said once you take me with you, I'll never go back
Now I got a lesson that I want to teach ya
Ima show you that where you from don't matter to me
She said "Hola, ÀC—mo est‡s?, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go, you know I love 'em all
She said "Hola, ÀComo est‡s, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all


She from Africa but she fucks me like she Haitian
Ass black, but them eyes looking Asian
I gave her the can in Kansas
I got it on tape, she on candid camera
OKC I forgot we met in Oklahoma
I use to smoke Regina, she from Arizona
Then I met a girl in Cali I never disowned her
She got that high grade
Her weave come with diplomas, I want her

BCG_ID_11450_LF.txt[11/10/23, 10:58:37 AM]

But she keep

Telling me this
And telling me that
You said once you take me with you, I'll never go back
Now I got a lesson that I want to teach ya
Ima show you that where you from don't matter to me
She said "Hola, ÀC—mo est‡s?, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
And she said "Sak pase" and I said "N'ap boule"
No matter where I go, you know I love 'em all
She said "Hola, ÀComo est‡s, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
And she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all
She said "Hola, ÀComo est‡s, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
And she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all
She said "Hola, ÀComo est‡s, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
And she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all

WRITERS

Andre Lyon, Barry White, Edwin Nicholas, Gerald Levert, Kent Jones, Khaled Khaled, Marcello Valenzano

PUBLISHERS

Lyrics © TuneCore Inc., BMG Rights Management, Universal Music Publishing Group, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_11450_LF.txt[11/10/23, 10:58:37 AM]

Lyrics
Welcome to my Christmas song
I'd like to thank you for the year
So I'm sending you this Christmas card
To say, "It's nice to have you here"

I'd like to sing about all the things
Your eyes and mind can see
So hop aboard the turntable
Oh, step into Christmas with me, yeah

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free

Take care in all you do next year
And keep smiling through the days
If we can help to entertain you
Oh, we will find the ways

So merry Christmas, one and all
There's no place I'd rather be
Than asking you if you'd oblige
Stepping into Christmas with me

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free, oh

Welcome to my Christmas song
I'd like to thank you for the year
So I'm sending you this Christmas card
To say, "It's nice to have you here"

I'd like to sing about all the things
Your eyes and mind can see
So hop aboard the turntable
Oh, step into Christmas with me, yeah

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free

BCG_ID_11452_LF.txt[11/10/23, 10:58:38 AM]

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free, oh


(Step, step into Christmas)
(Ah, forever and ever)
(Yeah, come along with me)
(Ah) Oh
(Step, step into Christmas)
(Ah, forever and ever)
(Yeah, come along with me)
(Ah)

WRITERS

Elton John, Bernie Taupin

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11452_LF.txt[11/10/23, 10:58:38 AM]

Lyrics
I turn the music up, I got my records on
I shut the world outside until the lights come on
Maybe the streets alight, maybe the trees are gone
I feel my heart start beating to my favourite song

And all the kids they dance, all the kids all night
Until Monday morning feels another life
I turn the music up
I'm on a roll this time
And heaven is in sight

I turn the music up, I got my records on
From underneath the rubble sing a rebel song
Don't want to see another generation drop
I'd rather be a comma than a full stop

Maybe I'm in the black, maybe I'm on my knees
Maybe I'm in the gap between the two trapezes
But my heart is beating and my pulses start
Cathedrals in my heart

As we saw ohh, this light I swear you, emerge blinking into
To tell me it's alright
As we soar walls, every siren is a symphony
And every tear's a waterfall
Is a waterfall
Oh
Is a waterfall
Oh-oh-oh
Is a is a waterfall
Every tear
Is a waterfall
Oh-oh-oh

So you can hurt, hurt me bad
But still I'll raise the flag

Oh
It was a wa-wa wa-wa wa-aterfall
A wa-wa wa-wa wa-aterfall

Every tear
Every tear
Every teardrop is a waterfall

BCG_ID_11453_LF.txt[11/10/23, 10:58:38 AM]

Every tear
Every tear
Every teardrop is a waterfall


Every tear
Every tear
Every teardrop is a waterfall

WRITERS

Adrienne Anderson, Alex Christensen, Brian Eno, Chris Martin, Guy Berryman, Hayo Panarinfo, Helmut Hoinkis, Ingo Hauss, Jonny Buckland, Peter Allen, Will Champion

PUBLISHERS

Lyrics © Royalty Network, Warner Chappell Music, Inc.

BCG_ID_11453_LF.txt[11/10/23, 10:58:38 AM]

Lyrics

He was a famous trumpet man from out Chicago way
He had a boogie style that no one else could play
He was the top man at his craft
But then his number came up and he was gone with the draft
He's in the army now, a blowin' reveille
He's the boogie woogie bugle boy of Company B


They made him blow a bugle for his Uncle Sam
It really brought him down because he couldn't jam
The captain seemed to understand
Because the next day the cap' went out and drafted a band
And now the company jumps when he plays reveille
He's the boogie woogie bugle boy of Company B


A toot, a toot, a toot diddelyada toot
He blows it eight to the bar, in boogie rhythm
He can't blow a note unless the bass and guitar is playin' with 'I'm
He makes the company jump when he plays reveille
He's the boogie woogie bugle boy of Company B


He was our boogie woogie bugle boy of Company B
And when he plays boogie woogie bugle he was buzy as a bzzz bee
And when he plays he makes the company jump eight to the bar
He's the boogie woogie bugle boy of Company B


Toot toot toot, toot diddelyada, toot diddelyada
Toot, toot, he blows it eight to the bar
He can't blow a note if the bass and guitar isn't with 'I'm
A a a and the company jumps when he plays reveille
He's the boogie woogie bugle boy of Company B


He puts the boys asleep with boogie every night
And wakes 'em up the same way in the early bright
They clap their hands and stamp their feet
Because they know how he plays when someone gives him a beat
He really breaks it up when he plays reveille
He's the boogie woogie bugle boy of Company B


Da doo da da doo da da da
Da doo da da doo da da da
Da doo da da doo da da da
Da doo da da doo da da
A a a and the company jumps when he plays reveille
He's the boogie woogie bugle boy of Company B

WRITERS

BCG_ID_11468_LF.txt[11/10/23, 10:58:38 AM]

DON RAYE, HUGHIE PRINCE

PUBLISHERS

Lyrics © THE SONGWRITERS GUILD OF AMERICA, Universal Music Publishing Group

BCG_ID_11468_LF.txt[11/10/23, 10:58:38 AM]

Lyrics
(Uh uh uh uh ah
Uh uh I can do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Now what's your name)


My name is Keri, I'm so very
Fly, oh my, it's a lil' bit scary
Boys wanna marry, looking at my derri-
Ere, you can stare but if you touch it I'mma bury
Pretty as a picture, sweeter than a swisher
Mad 'cause I'm cuter than the girl that's witchya
I don't gotta talk about it, baby you can see it
But if you want, I'll be happy to repeat it


My name is Keri, I'm so very
Fly, oh my, it's a lil' bit scary
Boys wanna marry, looking at my derri-
Ere, you can stare but if you touch it I'ma bury
Pretty as a picture, Sweeter than a swisher
Mad 'cause I'm cuter than the girl that's witchya
I can talk about it 'cause I know that I'm pretty
And if you know it too, then ladies sing it with me


All eyes on me when I walk in
No question that this girl's a ten
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful


My walk, my talk, the way I dress
It's not my fault so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful


(Hey!)
Aye, now do the pretty girl rock rock rock rock rock
Do the pretty girl rock rock rock rock rock
Do the pretty girl rock rock rock
All my ladies do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock
(Now where you at)


If you're looking for me you can catch me (pass by)
Cameras flashing
Bet he turn his head just as soon as I pass him

BCG_ID_11473_LF.txt[11/10/23, 10:58:38 AM]

Girls think I'm conceited 'cause I know I'm attractive
Don't worry about what I think, why don't you ask him (oh)
Get yourself together don't hate (never do it)
Jealousy's the ugliest trait (don't ever do it)
I can talk about it 'cause I know that I'm pretty
And if you know it too, then ladies sing it with me

All eyes on me when I walk in
No question that this girl's a ten
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I dress
It's not my fault so please don't trip

Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
Doing the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock rock

All my ladies do the pretty girl rock rock
Get low with your pretty girl rock rock
Steal the show with your pretty girl rock rock
All my ladies do the pretty girl rock rock

Sing it with me now
All eyes on me when I walk in,
No question that this girl's a ten
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I dress
It's not my fault so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

All eyes on me when I walk in,
No question that this girl's a ten
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I dress
It's not my fault so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

WRITERS

Shaffer Smith, Charles T. Harmon, Kanye Omari West, Ralph Macdonald, William Salter, Bill Withers

BCG_ID_11473_LF.txt[11/10/23, 10:58:38 AM]

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Royalty Network

BCG_ID_11473_LF.txt[11/10/23, 10:58:38 AM]

Lyrics
There she was just a-walkin' down the street, singin' "Do wah diddy diddy dum diddy do"
Snappin' her fingers and shufflin' her feet, singin' "Do wah diddy diddy dum diddy do"
She looked good (looked good), she looked fine (looked fine)
She looked good, she looked fine and I nearly lost my mind

Before I knew it she was walkin' next to me, singin' "Do wah diddy diddy dum diddy do"
Holdin' my hand just as natural as can be, singin' "Do wah diddy diddy dum diddy do"
We walked on (walked on) to my door (my door)
We walked on to my door, then we kissed a little more

Whoa-oh, I knew we was falling in love
Yes I did, and so I told her all the things I'd been dreamin' of

Now we're together nearly every single day, singin' "Do wah diddy diddy dum diddy do"
A-we're so happy and that's how we're gonna stay, singin' "Do wah diddy diddy dum diddy do"
Well, I'm hers (I'm hers), she's mine (she's mine)
I'm hers, she's mine, wedding bells are gonna chime

Whoa-oh, I knew we was falling in love
Yes I did, and so I told her all the things I'd been dreamin' of

Now we're together nearly every single day, singin' "Do wah diddy diddy dum diddy do"
A-we're so happy and that's how we're gonna stay, singin' "Do wah diddy diddy dum diddy do"
Well, I'm hers (I'm hers), she's mine (she's mine)
I'm hers, she's mine, wedding bells are gonna chime

Whoa-oh-oh-oh, oh yeah
Do wah diddy diddy dum diddy do, we'll sing it
Do wah diddy diddy dum diddy do, oh yeah, oh, oh yeah
Do wah diddy diddy dum diddy do

WRITERS

Ellie Greenwich, Jeff Barry

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11478_LF.txt[11/10/23, 10:58:39 AM]

Lyrics
I promise that one day I'll be around
I'll keep you safe, I'll keep you sound
Right now it's pretty crazy
And I don't know how to stop or slow it down

Hey
I know there are some things we need to talk about
And I can't stay
Just let me hold you for a little longer now

Take a piece of my heart
And make it all your own
So when we are apart
You'll never be alone
You'll never be alone

You'll never be alone
When you miss me, close your eyes
I may be far, but never gone
When you fall asleep tonight
Just remember that we lay under the same stars

And hey
I know there are some things we need to talk about
And I can't stay
Just let me hold you for a little longer now

And take a piece of my heart
And make it all your own
So when we are apart
You'll never be alone
You'll never be alone

You'll never be alone
You'll never be alone
You'll never be alone
You'll never be alone

And take a piece of my heart
And make it all your own
So when we are apart
You'll never be alone
You'll never be alone

WRITERS

BCG_ID_11481_LF.txt[11/10/23, 10:58:39 AM]

Shawn Mendes, Martin Terefe, Scott Harris Friedman, Glen Scott

PUBLISHERS

Lyrics © Universal Music Publishing Group, WORDS & MUSIC A DIV OF BIG DEAL MUSIC LLC

BCG_ID_11481_LF.txt[11/10/23, 10:58:39 AM]

Lyrics
Love, love is a verb
Love is a doing word
Fearless on my breath
Gentle impulsion
Shakes me, makes me lighter
Fearless on my breath

Teardrop on the fire
Fearless on my breath

Night, night of matter
Black flowers blossom
Fearless on my breath
Black flowers blossom
Fearless on my breath

Teardrop on the fire
Fearless on my

Water is my eye
Most faithful mirror
Fearless on my breath
Teardrop on the fire
Of a confession
Fearless on my breath
Most faithful mirror
Fearless on my breath

Teardrop on the fire
Fearless on my breath

You're stumbling in the dark
You're stumbling in the dark

WRITERS

Elizabeth Fraser, Robert Del Naja, Grantley Marshall, Andrew Vowles

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11485_LF.txt[11/10/23, 10:58:39 AM]

Lyrics
So many nights I'd sit by my window
Waiting for someone to sing me his song
So many dreams I kept deep inside me
Alone in the dark but now you've come along

And you light up my life
You give me hope to carry on
You light up my days and fill my nights with song

Rollin' at sea, adrift on the water
Could it be finally I'm turnin' for home?
Finally a chance to say, "Hey, I love you"
Never again to be all alone

'Cause you light up my life
You give me hope to carry on
You light up my days and fill my nights with song

'Cause you, you light up my life
You give me hope to carry on
You light up my days and fill my nights with song

It can't be wrong
When it feels so right
'Cause you
You light up my life

WRITERS

Joe Brooks

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11486_LF.txt[11/10/23, 10:58:40 AM]

Lyrics
I'm booking myself a one way flight
I gotta see the color in your eyes
And telling myself I'm gonna be alright
Without you baby is a waste of time

Yeah, our first date, girl, the seasons changed
It got washed away in a summer rain
You can't undo a fall like this
'Cause love don't know what distance is
Yeah, I know it's crazy

But I don't want "good" and I don't want "good enough"
I want "can't sleep, can't breathe without your love"
Front porch and one more kiss, it doesn't make sense to anybody else
Who cares if you're all I think about,
I've searched the world and I know now,
It ain't right if you ain't lost your mind
Yeah, I don't want easy, I want crazy
Are you with me baby? Let's be crazy

Yeah

I wanna be scared, don't wanna know why
Wanna feel good, don't have to be right
The world makes all kinds of rules for love
I say you gotta let it do what it does

I don't want just another hug and a kiss goodnight
Catchin' up calls and a date sometimes
I love that we're rebels, and we still believe
We're the kind of crazy people wish that they could be, yeah

Oh, and I know we're crazy, yeah

But I don't want "good" and I don't want "good enough"
I want "can't sleep, can't breathe without your love"
Front porch and one more kiss, it doesn't make sense to anybody else
Who cares if you're all I think about,
I've searched the world and I know now,
It ain't right if you ain't lost your mind
Yeah, I don't want easy, I want crazy
You with me baby? Let's be crazy

Na, na, na, na, na, na, na, na

Case 3:23-cv-01092    Document 49-7    Filed 11/16/23    Page 223 of 473 PageID #: 1683

BCG_ID_11490_LF.txt[11/10/23, 10:58:40 AM]

No, I don't want "good" and I don't want "good enough"
I want "can't sleep, can't breathe without your love"
Front porch and one more kiss, it doesn't make sense to anybody else
Who cares if you're all I think about,
I've searched the world and I know now,
It ain't right if you ain't lost your mind
Yeah, I don't want easy, I want crazy

Yeah, look at us baby, tonight the midnight rules are breaking
There's no such thing as wild enough,
And maybe we just think too much
Who needs to play it safe in love?
Let's be crazy!

Na na na na oh na na na na oh

Who cares if we're crazy? We gotta be crazy
I know that we're crazy, so let's be crazy
Yeah...

WRITERS

HUNTER EASTON HAYES, LORI MCKENNA, TROY VERGES

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11490_LF.txt[11/10/23, 10:58:40 AM]

Lyrics
Goddamn Lil Mama
You know you thick as hell you know what I'm saying
Matter fact
After the club you know what I'm talking bout
Me and my niggas gone be together u know what I'm saying
I ain't goin' worry bout them really though
I'm just looking at you
Yea you know
You got them big ass hips god damn!


Got the body of a goddess
Got eyes butter pecan brown I see you girl
Dropping low
She comin' down from the ceiling
To the floor
Yea she know what she doing
Yea yea yea
She doing that right thing
Yea yea yea yea ea
I Need to get her over to my crib and do that night thing
Cause I'm n luv wit a stripper


She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper


She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper


She's every man's dream she's
God's gift earth women they luv em
Too that's what you call a woman's worth
See I love all the strippers cause they show me love they know I never
Its free whenever I hit the club see I cant even lie these girls in here so
Fly she slidin' up and down the pole
Got me mesmerized Mike Jones don't never trick but goddamn she thick I cant lie
I must admit shit


She popping she rolling she rolling
She climbing that pole and

BCG_ID_11492_LF.txt[11/10/23, 10:58:40 AM]

I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper


Out of all the girls she be the hottest
Like n the way she break it down I see you girl
Spinning wide
And She looking at me
Right in my eyes
Yea She got my attention
Yea yea yea
Did I forget to mention
I Need to get her over to my crib and do that night thing
Cause I'm n luv wit a stripper


She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper


She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper


She can pop it she can lock it
Teddy Penderass down I'm bout to see this sexy girl
In my bed
She don't know what she is doing
To my head
Yea She turning tricks on me
Yea yea yea
She don't even know me
Yea yea yea ea
I'd have got her over to my crib to do that night thing
'Cause I'm n luv wit a stripper


She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

BCG_ID_11492_LF.txt[11/10/23, 10:58:40 AM]

She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

WRITERS

FAHEEM RASHEED NAJM, MIKE A. JONES

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_11492_LF.txt[11/10/23, 10:58:40 AM]

Lyrics
Uh, uh


Take a breath, take it deep
Calm yourself, he says to me
If you play, you play for keeps
Take the gun and count to three
I'm sweating now, moving slow
No time to think, my turn to go


And you can see my heart beating
You can see it through my chest
Said I'm terrified but I'm not leaving
I know that I must pass this test
So just pull the trigger (trigger, trigger, trigger)


Say a prayer, to yourself
He says, close your eyes
Sometimes it helps
And then I get, a scary thought
That he's here, means he's never lost


And you can see my heart beating
Oh, you can see it through my chest
Said I'm terrified but I'm not leaving
Know that I must pass this test
So just pull the trigger


As my life flashes before my eyes
I'm wondering will I ever see another sunrise?
So many won't get the chance to say goodbye
But it's too late to think of the value of my life


And you can see my heart beating
Ohh-oh, you can see it through my chest
Said I'm terrified but I'm not leaving, no
Know that I must pass this test


And you can see my heart beating
Oh, you can see it through my chest
I'm terrified but I'm not leaving, no
Know that I must pass this test
So just pull the trigger (trigger, trigger, trigger)


WRITERS

BCG_ID_11494_LF.txt[11/10/23, 10:58:40 AM]

Charles Harmon, Shaffer Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11494_LF.txt[11/10/23, 10:58:40 AM]

Lyrics
I've been here before a few times
And I'm quite aware we're dying
And your hands they shake with goodbyes
And I'll take you back if you'd have me
So here I am, I'm trying
So here I am, are you ready?


Come on let me hold you, touch you, feel you
Always
Kiss you, taste you, all night
Always


And I'll miss your laugh, your smile
I'll admit I'm wrong if you'd tell me
I'm so sick of fights, I hate them
Let's start this again for real


So here I am, I'm trying
So here I am, are you ready?
So here I am, I'm trying
So here I am, are you ready?


Come on let me hold you, touch you, feel you
Always
Kiss you, taste you, all night
Always


Come on let me hold you, touch you, feel you
Always
Kiss you, taste you, all night
Always


I've been here before a few times
And I'm quite aware we're dying


Come on let me hold you, touch you, feel you
Always
Kiss you, taste you, all night
Always


Come on let me hold you, touch you, feel you
Always
Kiss you, taste you, all night
Always

BCG_ID_11495_LF.txt[11/10/23, 10:58:41 AM]

Always
Always

WRITERS

Mark Hoppus, Thomas DeLonge, Travis L. Barker

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11495_LF.txt[11/10/23, 10:58:41 AM]

Lyrics
I came to win, to fight
To conquer, to thrive
I came to win (J.R.), to survive
To prosper, to rise
To fly
To fly


Uh, yo, yo
I wish today it will rain all day
Maybe that'd kinda make the pain go away
Tryna forgive you for abandoning me
Prayin', but I think I'm still an angel away
Angel away, yeah, strange in a way
Maybe that is why I chase strangers away
They got they guns out aiming at me
But I become Neo when they aiming at me
Me, me, me against them
Me against enemies, me against friends
Somehow they both seem to become one
A sea full of sharks and they all smell blood
They start coming and I start rising
Must be surprising, I'm just surmising
I win, thrive, soar, higher
Higher, higher, more fire


I came to win, to fight
To conquer, to thrive
I came to win, to survive
To prosper, to rise
To fly
To fly


Uh, yo, yo
Everybody wanna try to box me in
Suffocatin' every time it locks me in
Paintin' they own pictures, then they crop me in
But I will remain where the top begins
'Cause I am not a word, I am not a line
I am not a girl that can ever be defined
I am not fly, I am levitation
I represent an entire generation
I hear the criticism loud and clear
That is how I know that the time is near
See we become alive in a time of fear
And I ain't got no motherfuckin' time to spare
Cry my eyes out for days upon days
Such a heavy burden placed upon me
But when you go hard, your nays become yays
Yankee Stadium with Jay's and Kanye's

BCG_ID_11537_LF.txt[11/10/23, 10:58:41 AM]

I came to win, to fight
To conquer, to thrive
I came to win, to survive
To prosper, to rise
To fly
To fly

Get ready for it
Get ready for it
Get ready for it
I came to win
Get ready for it
Get ready for it
Get ready for it

I came to win, to fight
To conquer, to thrive
I came to win, to survive
To prosper, to rise
To fly
To fly

WRITERS

Jonathan Rotem, Onika Maraj, Kevin Hissink, William Jordan, Clem Penton

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11537_LF.txt[11/10/23, 10:58:41 AM]

Lyrics
I never had no one that I could count on
I've been let down so many times
I was tired of hurtin' so tired of searchin'
'Til you walked into my life
It was a feelin' I'd never known
And for the first time I didn't feel alone


You're more than a lover
There could never be another
To make me feel the way you do
And oh we just get closer
I fall in love all over
Every time I look at you
I don't know where I'd be
Without you here with me
Life with you makes perfect sense
You're my best friend
You're my best friend, oh yeah


You stand by me and you believe in me
Like nobody ever has
When my world goes crazy
You're right there to save me
You make me see how much I have
And I still tremble when we touch
And oh the look in your eyes
When we make love


You're more than a lover
There could never be another
To make me feel the way you do
And oh we just get closer
I fall in love all over
Every time I look at you
And I don't know where I'd be
Without you here with me
Life with you makes perfect sense
You're my best friend, ooh oh
You're my best friend, uh huh


And you're more than a lover
There could never be another
Make me feel the way you do
And oh we just get closer
I fall in love all over
Every time I look at you
And I don't know where I'd be
Without you here with me

Case 3:23-cv-01092     Document 49-7     Filed 11/16/23     Page 234 of 473 PageID #: 1694

BCG_ID_11554_LF.txt[11/10/23, 10:58:41 AM]

Life with you makes perfect sense
You're my best friend, oh, oh, oh
You're my best friend (my best friend), oh yeah
Ooh, you're my best friend (my best friend)
Ooh, my best friend

WRITERS

Aimee Mayo, Bill Luther

PUBLISHERS

Lyrics © WORDS & MUSIC A DIV OF BIG DEAL MUSIC LLC, Universal Music Publishing Group

BCG_ID_11554_LF.txt[11/10/23, 10:58:41 AM]

Lyrics

I'm alone, yeah, I don't know if I can face the night
I'm in tears and the cryin' that I do is for you
I want your love
Let's break the walls between us
Don't make it tough
I'll put away my pride
Enough's enough
I've suffered and I've seen the light

Baby, you're my angel
Come and save me tonight
You're my angel
Come and make it alright

Don't know what I'm gonna do 'bout this feeling inside
Yes it's true, loneliness took me for a ride, yeah, yeah
Without your love I'm nothing but a beggar
Without your love a dog without a bone
What can I do? I'm sleepin' in this bed alone

Baby, you're my angel
Come and save me tonight
You're my angel
Come and make it alright
Come and save me tonight

You're the reason I live
You're the reason I die
You're the reason I give
When I break down and cry
Don't need no reason why
Baby, baby, baby

You're my angel
Come and save me tonight
You're my angel
Yeah, come and make it alright
You're my angel
Come and save me tonight
You're my angel
Come and take me alright
Come and save me tonight
Come and save me tonight
Come and save me tonight
Come and save me tonight
Come and save me tonight

BCG_ID_11557_LF.txt[11/10/23, 10:58:42 AM]

WRITERS

Desmond Child, Steven Tyler

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11557_LF.txt[11/10/23, 10:58:42 AM]

Lyrics
I've got a song, I ain't got no melody
I'ma gonna sing it to my friends
I've got a song, I ain't got no melody
I'ma gonna sing it to my friends


Will it go round in circles?
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky?


I've got a story, ain't got no moral
Let the bad guy win every once in a while
I've got a story, ain't got no moral
Let the bad guy win every once in a while


Will it go round in circles?
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky?


I've got a dance, ain't got no steps, no
I'm gonna let the music move me around
I've got a dance, I ain't got no steps
I'm gonna let the music move me around


Will it go round in circles?
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky?


Well
Well
Well
Well


Will it go round in circles?
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky?


I've got a song, I ain't got no melody
I'ma gonna sing it to my friends
I've got a song, I ain't got no melody
I'ma gonna sing it to my friends

BCG_ID_11560_LF.txt[11/10/23, 10:58:42 AM]

Will it go round in circles?
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky? Woo

Ayy
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky?

Go round in circles
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky? Ooh

WRITERS

Billy Preston, Bruce Carleton Fisher

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11560_LF.txt[11/10/23, 10:58:42 AM]

Lyrics
Sugar man, won't you hurry?
'Cause I'm tired of these scenes
For a blue coin, won't you bring back
All those colors to my dreams?

Silver magic ships you carry
Jumpers, coke, sweet Mary Jane

Sugar man met a false friend
On a lonely dusty road
Lost my heart when I found it
It had turned to dead black coal

Silver magic ships you carry
Jumpers, coke, sweet Mary Jane

Sugar man, you're the answer
That makes my questions disappear
Sugar man, 'cause I'm weary
Of those double games I hear

Sugar man, sugar man, sugar man, sugar man
Sugar man, sugar man, sugar man

Sugar man, won't you hurry?
'Cause I'm tired of these scenes
For a blue coin, won't you bring back
All those colors to my dreams?

Silver magic ships you carry
Jumpers, coke, sweet Mary Jane

Sugar man met a false friend
On a lonely dusty road
Lost my heart when I found it
It had turned to dead black coal

Silver magic ships you carry
Jumpers, coke, sweet Mary Jane

Sugar man, you're the answer
That makes my questions disappear

BCG_ID_11563_LF.txt[11/10/23, 10:58:42 AM]

WRITERS

Sixto Diaz Rodriguez

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11563_LF.txt[11/10/23, 10:58:42 AM]

Lyrics
You know I'm not one to break promises
I don't want to hurt you but I need to breathe
At the end of it all you're still my best friend
But there's something inside that I need to release
Which way is right?
Which way is wrong?
How do I say that I need to move on?
You know we're heading separate ways

And it feels like I am just too close to love you
There's nothing I can really say
I can lie no more
I can hide no more
Got to be true to myself
And it feels like I am just too close to love you
So I'll be on my way

You've given me more than I can return
Yet there's oh so much that you deserve
Nothing to say
Nothing to do
I've nothing to give
I must live without you
You know we're heading separate ways

And it feels like I am just too close to love you
There's nothing I can really say
I can lie no more
I can hide no more
Got to be true to myself
And it feels like I am just too close to love you
So I'll be on my way
So I'll be on my way

And it feels like I am just too close to love you
There's nothing I can really say
I can lie no more
I can hide no more
Got to be true to myself
And it feels like I am just too close to love you
So I'll be on my way
So I'll be on my way

WRITERS

Jim Duguid, Alex Claire

PUBLISHERS

BCG_ID_11574_LF.txt[11/10/23, 10:58:42 AM]

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11574_LF.txt[11/10/23, 10:58:42 AM]

Lyrics
Our day will come
And we'll have everything
We'll share the joy
Falling in love can bring

No one can tell me
That I'm too young to know (young to know)
I love you so (love you so)
And you love me

Our day will come
If we just wait a while
No tears for us
Think love and wear a smile

Our dreams have magic
Because we'll always stay
In love this way
Our day will come
(Our day will come; our day will come)

Our dreams have magic
Because we'll always stay
In love this way
Our day will come
Our day will come

WRITERS

Mort Garson, Bob Hilliard

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group

BCG_ID_11585_LF.txt[11/10/23, 10:58:43 AM]

Lyrics
You know parents are the same
No matter time nor place
They don't understand that us kids
Are going to make some mistakes
So to you, all the kids all across the land
There's no need to argue
Parents just don't understand
"Parents" 24 lines, 734 characters.


I remember one year
My mom took me school shopping
It was me, my brother, my mom, oh, my pop, and my little sister
All hopped in the car
We headed downtown to the Gallery Mall
MY mom started bugging with the clothes she chose
I didn't say nothing at first
I just turned up my nose
She said, "What's wrong? This shirt cost $20"
I said, "Mom, this shirt is plaid with a butterfly collar!"
The next half hour was the same old thing
My mother buying me clothes from 1963
And then she lost her mind and did the ultimate
I asked her for Adidas and she bought me Zips!
I said, "Mom, what are you doing, you're ruining my rep"
She said, "You're only sixteen, you don't have a rep yet"
I said, "Mom, let's put these clothes back, please"
She said "no, you go to school to learn not for a fashion show"
I said, "This isn't Sha Na Na, come on Mom, I'm not Bowzer
Mom, please put back the bell-bottom Brady Bunch trousers
But if you don't want to I can live with that but
You gotta put back the double-knit reversible slacks"
She wasn't moved - everything stayed the same
Inevitably the first day of school came
I thought I could get over, I tried to play sick
But my mom said, "No, no way, uh-uh, forget it"
There was nothing I could do, I tried to relax
I got dressed up in those ancient artifacts
And when I walked into school, it was just as I thought
The kids were cracking up laughing at the clothes Mom bought
And those who weren't laughing still had a ball
Because they were pointing and whispering
As I walked down the hall
I got home and told my Mom how my day went
She said, "If they were laughing you don't need the,
"Cause they're not good friends"
For the next six hours I tried to explain to my Mom
That I was gonna have to go through this about 200 more times
So to you all the kids all across the land
There's no need to argue
Parents just don't understand

BCG_ID_11597_LF.txt[11/10/23, 10:58:43 AM]

OK, here's the situation
"parents" 68 lines, 2662 characters.
My parents went away on a week's vacation and
They left the keys to the brand new Porsche
Would they mind?
Umm, well, of course not
I'll just take it for a little spin
And maybe show it off to a couple of friends
I'll just cruise it around the neighborhood
Well, maybe I shouldn't
Yeah, of course I should
Pay attention, here's the thick of the plot
I pulled up to the corner at the end of my block
That's when I saw this beautiful girlie girl walking
I picked up my car phone to perpetrate like I was talking
You should've seen this girl's bodily dimensions
I honked my horn just to get her attention
She said, "Was that for me?"
I said, "Yeah"
She said, "Why?"
I said, "Come on and take a ride with a helluva guy"
She said, "How do I know you're not sick?
You could be some deranged lunatic"
I said, "see 'mon toots, my name is the Prince
Beside, would a lunatic have a Porsche like this?"
She agreed and we were on our way
She was looking very good and so was I, I must say - word
We hit McDonald's, pulled into the drive
We ordered two Big Macs and two large fries with Cokes
She kicked her shoes off onto the floor
She said, "Drive fast, speed turns me on"
She put her hand on my knee, I put my foot on the gas
We almost got whiplash, I took off so fast
The sun roof was open , the music was high
And this girl's hand was steadily moving up my thigh
She had opened up three buttons on her shirt so far
I guess that's why I didn't notice that police car
We're doing ninety in my Mom's new Porsche
And to make this long story short - short
When the cop pulled me over I was scared as hell
I said, "I don't have a license but I drive very well, officer"
I almost had a heart attack that day
Come to find out the girl was a twelve-year-old runaway
I was arrested, the car was impounded
There was no way for me to avoid being grounded
My parents had to come off from vacation to get me
I'd rather be in jail than to have my father hit me
My parents walked in
I got my grip, I said, "Ah, Mom, Dad, how was your trip?"
They didn't speak
I said, "I want to plead my case"
But my father just shoved me in the car by my face
That was a hard ride home, I don't know how I survived

Case 3:23-cv-01092    Document 49-7    Filed 11/16/23    Page 246 of 473 PageID #: 1706

BCG_ID_11597_LF.txt[11/10/23, 10:58:43 AM]

They took turns -
One would beat me while the other one was driving
I can't believe it, I just made a mistake
Well parents are the same no matter time nor place
So to you all the kids all across the land
Take it form me
Parents just don't understand

WRITERS

JEFFREY TOWNES, PETER BRIAN HARRIS, WILLARD C. SMITH

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11597_LF.txt[11/10/23, 10:58:43 AM]

Lyrics
Someone's always comin' around here, trailin' some new kill
Says, "I've seen your picture on a hundred dollar bill"
What's a game of chance to you, to him is one of real skill
So glad to meet you, Angeles

Pickin' up the ticket shows there's money to be made
Go on, lose the gamble, that's the history of the trade
Did you add up all the cards left to play to zero
And sign up with evil, Angeles?

Don't start me tryin' now
Uh-huh, uh-huh, uh-huh
'Cause I'm all over it, Angeles

I can make you satisfied in everything you do
All your secret wishes could right now be coming true
And be forever with my poison arms around you
No one's gonna fool around with us
No one's gonna fool around with us
So glad to meet you, Angeles

WRITERS

Steven Paul Smith

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11601_LF.txt[11/10/23, 10:58:43 AM]

Lyrics
I'll sing it one last time for you
Then we really have to go
You've been the only thing that's right
In all I've done

And I can barely look at you
But every single time I do
I know we'll make it anywhere
Away from here

Light up, light up
As if you have a choice
Even if you cannot hear my voice
I'll be right beside you, dear
Louder, louder
And we'll run for our lives
I can hardly speak I understand
Why you can't raise your voice to say

To think I might not see those eyes
It makes it so hard not to cry
And as we say our long goodbyes
I nearly do

Light up, light up
As if you have a choice
Even if you cannot hear my voice
I'll be right beside you, dear
Louder, louder
And we'll run for our lives
I can hardly speak I understand
Why you can't raise your voice to say

Slower, slower
We don't have time for that
All I want's to find an easier way
To get out of our little heads

Have heart my dear
We're bound to be afraid
Even if it's just for a few days
Making up for all this mess

Light up, light up
As if you have a choice

BCG_ID_11616_LF.txt[11/10/23, 10:58:44 AM]

Even if you cannot hear my voice
I'll be right beside you, dear

WRITERS

Nathan Connolly, Gary Lightbody, Mark McCelland, Jonathan Quinn, Ian Archer

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

BCG_ID_11616_LF.txt[11/10/23, 10:58:44 AM]

Lyrics
Pennies in a stream
Falling leaves of a sycamore
Moonlight in Vermont


Icey finger waves
Ski trails on a mountain side
Snowlight in Vermont


Telegraph cables, they sing down the highway
And travel each bend in the road
People who meet, in this romantic setting
Are so hypnotized by the lovely...


Evening summer breeze
Warbling of a meadowlark
Moonlight in Vermont


Telegraph cables, they sing down the highway
And travel each bend in the road


People who meet, in this romantic setting
Are so hypnotized by the lovely


Evening summer breeze
Warbling of a meadowlark
Moonlight in Vermont


You and I and moonlight in Vermont


Moonlight in Vermont

WRITERS

John M. Blackburn, Karl Suessdorf

PUBLISHERS

Lyrics © Word Collections Publishing, Songtrust Ave, Kobalt Music Publishing Ltd.

BCG_ID_11622_LF.txt[11/10/23, 10:58:44 AM]

Lyrics
It was no accident me finding you
Someone had a hand in it
Long before we ever knew
Now I just can't believe you're in my life
Heaven's smilin' down on me
As I look at you tonight

I tip my hat to the keeper of the stars
He sure knew what he was doin'
When he joined these two hearts
I hold everything
When I hold you in my arms
I've got all I'll ever need
Thanks to the keeper of the stars

Soft moonlight on your face oh how you shine
It takes my breath away
Just to look into your eyes
I know I don't deserve a treasure like you
There really are no words
To show my gratitude

I tip my hat to the keeper of the stars
He sure knew what he was doin'
When he joined these two hearts
I hold everything
When I hold you in my arms
I've got all I'll ever need
Thanks to the keeper of the stars

It was no accident me finding you
Someone had a hand in it
Long before we ever knew

WRITERS

Dickey Lee, Danny Mayo, Karen Staley

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, RESERVOIR MEDIA MANAGEMENT INC

BCG_ID_11639_LF.txt[11/10/23, 10:58:44 AM]

Lyrics
I am the son
And the heir
Of a shyness that is criminally vulgar
I am the son and heir
Of nothing in particular


You shut your mouth
How can you say
I go about things the wrong way?
I am human and I need to be loved
Just like everybody else does


I am the son
And the heir
Of a shyness that is criminally vulgar
I am the son and heir
Of nothing in particular


You shut your mouth
How can you say
I go about things the wrong way?
I am human and I need to be loved
Just like everybody else does


There's a club if you'd like to go
You could meet somebody who really loves you
So you go and you stand on your own
And you leave on your own
And you go home and you cry
And you want to die


When you say it's gonna happen now
When exactly do you mean?
See I've already waited too long
And all my hope is gone


You shut your mouth
How can you say
I go about things the wrong way?
I am human and I need to be loved
Just like everybody else does

WRITERS

Johnny Marr, Steven Patrick Morrissey

BCG_ID_11641_LF.txt[11/10/23, 10:58:44 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11641_LF.txt[11/10/23, 10:58:44 AM]

Lyrics
And now I know
Spanish Harlem are not just pretty words to say
I thought I knew
But now I know that rose trees never grow
In New York City

Until you've seen this trash can dream come true
You stand at the edge while people run you through
And I thank the Lord
There's people out there like you
I thank the Lord there's people out there like you

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

This Broadway's got
It's got a lot of songs to sing
If I knew the tunes I might join in
I'll go my way alone
Grow my own, my own seeds shall be sown, in New York City

Subway's no way for a good man to go down
Rich man can ride and the hobo he can drown
And I thank the Lord for the people I have found
I thank the Lord for the people I have found

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

And now I know
Spanish Harlem are not just pretty words to say
I thought I knew
But now I know that rose trees never grow
In New York City

Subway's no way for a good man to go down
Rich man can ride and the hobo he can drown

BCG_ID_11645_LF.txt[11/10/23, 10:58:45 AM]

And I thank the Lord for the people I have found
I thank the Lord for the people I have found


While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light
They know not if it's dark outside or light

WRITERS

Bernie Taupin, Elton John

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11645_LF.txt[11/10/23, 10:58:45 AM]

Lyrics
Right now
I am an antichrist
And I am an anarchist
Don't know what I want
But I know how to get it
I want to destroy passerby

'Cause I wanna be anarchy
No dogsbody

Anarchy for the U.K.
It's coming sometime and maybe
I give a wrong time, stop a traffic line
Your future dream is a shopping scheme

'Cause I, I wanna be anarchy
In the city

How many ways to get what you want
I use the best, I use the rest
I use the NME
I use anarchy

'Cause I wanna be anarchy
It's the only way to be

Is this the MPLA?
Or is this the UDA?
Or is this the IRA?
I thought it was the UK
Or just another country
Another council tenancy

I wanna be anarchy
And I wanna be anarchy
Know what I mean?
And I want to be an anarchist
I get pissed, destroy

WRITERS

Glen Matlock, John Lydon, Paul Thomas Cook, Stephen Philip Jones

PUBLISHERS

Lyrics © Wixen Music Publishing, BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Warner Chappell Music, Inc.

BCG_ID_11647_LF.txt[11/10/23, 10:58:45 AM]

Lyrics
Help, I have done it again
I have been here many times before
Hurt myself again today
And, the worst part is there's no-one else to blame

Be my friend, hold me
Wrap me up, enfold me
I am small and needy
Warm me up and breathe me

Ouch I have lost myself again
Lost myself and I am nowhere to be found
Yeah I think that I might break
Lost myself again and I feel unsafe

Be my friend, hold me
Wrap me up, enfold me
I am small and needy
Warm me up and breathe me
Be my friend, hold me
Wrap me up, enfold me
I am small and needy
Warm me up and breathe me

WRITERS

Dan Carey, Sia Furler

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11649_LF.txt[11/10/23, 10:58:45 AM]

Lyrics
Oh, they say people come
Say people go
This particular diamond was extra special
And though you might be gone, and the world may not know
Still I see you, celestial

Like a lion, you ran
A Goddess you rolled
Like an eagle you circled, in perfect purple
So how come things move on?
How come cars don't slow?
When it feels like the end of the world
When I should but I can't let you go

But when I'm cold, I'm cold
When I'm cold, cold
There's a light that you give me when I'm in shadow
There's a feelin' within me, everglow

Like brothers in blood or sisters who ride
And we swore on that night we'd be friends 'til we die
But the changin' of winds, and the way waters flow
Life is short as the falling of snow
I knew I'm gonna miss you, I know

But when I'm cold, I'm cold
In water rolled, salt
And I know that you're with me and the way you will show
And you're with me wherever I go
But you give me this feelin', this everglow

Oh, what I wouldn't give for just a moment to hold
Yeah, I live for this feelin', this everglow

So if you love someone, you should let them know
Oh, the light that you left me will everglow

WRITERS

Chris Martin, Guy Berryman, Johnny Buckland, Mikkel Eriksen, Tor Hermansen, Will Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11657_LF.txt[11/10/23, 10:58:45 AM]

Lyrics
I'll make it alone
When love is gone
Still you made your mark
Here in my heart

One day I'll fly away
Leave your love to yesterday
What more can your love do for me?
When will love be through with me?

I follow the night
Can't stand the light
When will I begin
My life again?

One day I'll fly away
Leave your love to yesterday
What more can your love do for me?
When will love be through with me?

Why live life from dream to dream?
And dread the day that dreaming ends?

One day I'll fly away
Leave your love to yesterday
What more can your love do for me?
When will love be through with me?

Why live life from dream to dream?
And dread the day that dreaming ends?

One day I'll fly away
Fly away

One day I'll fly away
Fly away

Fly away

WRITERS

Will Jennings, Joseph Leslie Sample

BCG_ID_11666_LF.txt[11/10/23, 10:58:46 AM]

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11666_LF.txt[11/10/23, 10:58:46 AM]

Lyrics
Do do do
Down dooby doo down down
Comma, comma, down dooby doo down down
Comma, comma, down dooby doo down down
Breaking up is hard to do


Don't take your love away from me
Don't you leave my heart in misery
If you go then I'll be blue
'Cause breaking up is hard to do


Remember when you held me tight
And you kissed me all through the night
Think of all that we've been through
And breaking up is hard to do


They say that breaking up is hard to do
Now I know
I know that it's true
Don't say that this is the end
Instead of breaking up I wish that we were making up again


I beg of you don't say goodbye
Can't we give our love another try?
Come on, baby, let's start anew
'Cause breaking up is hard to do


(They say that breaking up is hard to do)
Now I know
I know that it's true
(Don't say that this is the end)
Instead of breaking up I wish that we were making up again


I beg of you don't say goodbye
Can't we give our love another try?
Come on, baby, let's start anew
'Cause breaking up is hard to do


(Down dooby doo down down)
Comma, comma, down dooby doo down down
Comma, comma, down dooby doo down down
Comma, comma, down dooby doo down down
Comma, comma, down dooby doo down

WRITERS

BCG_ID_11675_LF.txt[11/10/23, 10:58:46 AM]

Howard Greenfield, Neil Sedaka

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group, Royalty Network, Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_11675_LF.txt[11/10/23, 10:58:46 AM]

Lyrics
Love can be a many splendored thing
Can't deny the joy it brings
A dozen roses, diamond rings
Dreams for sale and fairy tales
It'll make you hear a symphony
And you just want the world to see
But like a drug that makes you blind
It'll fool ya every time

The trouble with love is
It can tear you up inside
Make your heart believe a lie
It's stronger than your pride
The trouble with love is
It doesn't care how fast you fall
And you can't refuse the call
See you've got no say at all

Now I was once a fool it's true
I played the game by all the rules
But now my world's a deeper blue
I'm sadder but I'm wiser too
I swore I'd never love again
I swore my heart would never mend
Said love wasn't worth the pain
But then I hear it call my name

The trouble with love is
It can tear you up inside
Make your heart believe a lie
It's stronger than your pride
The trouble with love is
It doesn't care how fast you fall
And you can't refuse the call
See you've got no say at all

Every time I turn around
I think I've got it all figured out
My heart keeps callin'
And I keep on fallin'
Over and over again
The sad story always ends the same
Me standin' in the pourin' rain
It seems no matter what I do
It tears my heart in two

The trouble with love is

BCG_ID_11684_LF.txt[11/10/23, 10:58:46 AM]

It can tear you up inside
Make your heart believe a lie
It's stronger than your pride
The trouble with love is
It doesn't care how fast you fall
And you can't refuse the call
See you've got no say at all

WRITERS

EVAN A. ROGERS, CARL ALLEN STURKEN, KELLY BRIANNNE CLARKSON

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

BCG_ID_11684_LF.txt[11/10/23, 10:58:46 AM]

Lyrics
I won't dance, don't ask me.
I won't dance, don't ask me.
I won't dance, madame, with you.
My heart won't let me do things they should do.
You know what? You're lovely.


You know what, you're lovely. You know what, you're so lovely.
And, oh what you do to me.
I'm like an ocean wave that's bumped on the shore;
I feel so absolutely stumped on the floor.


When you dance, you're charming and you're gentle,
'Specially when you do the Continental.


But this feeling isn't purely mental,
For heaven rest us, I'm not asbestos.
And that's why I won't dance, why should I?
I won't dance, how could I?
I won't dance. Merci beaucoup.
I know that music leads the way to romance,
So if I hold you in my arms, I won't dance.


I won't dance, don't ask me.
I won't dance, don't ask me.
I won't dance, madame, with you.
My heart won't let my feet do things they want to do.


You know what? You're lovely, ring-a-ding,ding, you're lovely.
And, oh what you do to me.
I'm like an ocean wave that's bumped on the shore;
I feel so absolutely stumped on the floor.


When you dance, you're charming and you're gentle,
'Specially when you do the Continental.


But this feeling isn't purely mental,
For heaven rest us, I'm not asbestos.
And that's why I won't dance.I won't dance.
I won't dance. Merci beaucoup.
I know that music leads the way to romance,
So if I hold you in my arms,
I won't dance!

WRITERS

BCG_ID_11688_LF.txt[11/10/23, 10:58:46 AM]

Dorothy Fields, Jerome Kern, Jimmy Mc Hugh, Oscar Hammerstein Ii, Otto Harbach

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Capitol CMG Publishing, RESERVOIR MEDIA MANAGEMENT INC

BCG_ID_11688_LF.txt[11/10/23, 10:58:46 AM]

Lyrics
Up in the morning,
Up in the evening,
Picking down talks when the birds get back to me.
Oh, to me.


Up on the mountain,
Down in the king's lair,
Pushing these boxes in the heat of the afternoon.
Oh, afternoon.


We were never welcome here,
We were never welcome here at all.
No.


It's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.


Save us,
What we are,
Don't look clear,
It's all uphill from here.
Ooh.


Up in the attic,
Down in the cellar,
Lost in a static,
Coming back for more.
Oh, for more.


Out with the reason,
In with the season,
Taking down names in my book of jealousy.
Jealousy.


We were never welcome here.
We were never welcome here at all.
No.


It's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.

BCG_ID_11696_LF.txt[11/10/23, 10:58:47 AM]

Because it's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.


Save us,
What we are,
Don't look clear,
It's all uphill from here.
Ooh.


They say we're crazy.
They say we're crazy.
They say we're crazy.
They say we're crazy.
They say we're crazy.
They say we're crazy.
They say we're crazy.
They say we're, crazy.


It's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.
Because it's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.


Why won't you save us,
What we are,
Don't look clear,
It's all uphill from here.
Ooh.

WRITERS

JOSHUA FRANCIS MOSSER, ALEXANDER JUNIOR GRANT, BENJAMIN ARTHUR MCKEE, DANIEL COULTER REYNOLDS, DANIEL WAYNE SERMON

PUBLISHERS

Lyrics © Universal Music Publishing Group, Bluewater Music Corp.

BCG_ID_11696_LF.txt[11/10/23, 10:58:47 AM]

Lyrics
I like the feel of your name on my lips
And I like the sound of your sweet gentle kiss
The way that your fingers run through my hair
And how your scent lingers even when you're not there

And I like the way your eyes dance when you laugh
And how you enjoy your two hour bath
And how you've convinced me to dance in the rain
With everyone watching like we were insane

[Chorus]
I love the way you love me
Strong and wild, slow and easy
Heart and soul so completely
I love the way you love me

And I like to imitate ol' Jerry Lee
And you roll your eyes when I'm slightly off key
And I like the innocent way that you cry
At sappy old movies you've seen hundreds of times

[Chorus]

And I could list a million things
I love to like about you
But they could all come down to one reason
I could never live without you..

[Chorus until fade]

WRITERS

CHUCK CANNON, VICTORIA LYNN N SHAW

PUBLISHERS

Lyrics © TASTE AUCTION MUSIC, Universal Music Publishing Group

BCG_ID_11726_LF.txt[11/10/23, 10:58:47 AM]

Lyrics
Mai keha sadi asha jhinah sadian sukh sabelian
Nu din raat nu aoondian hain, kimarh karke


There's dancing
Behind movie scenes, behind the movie scenes
Sadi Rani
She's the one that keeps the dream alive
From the morning, past the evening
To the end of the light


Brimful of asha on the 45
Well, it's a brimful of asha on the 45
Brimful of asha on the 45
Well, it's a brimful of asha on the 45


And dancing
Behind movie scenes, behind those movie screens
Asha Bhosle
She's the one that keeps the dream alive
From the morning, past the evening
To the end of the light


Brimful of asha on the 45
Well it's a brimful of asha on the 45
Brimful of asha on the 45
Well it's a brimful of asha on the 45


And singing
Illuminate the main streets
And the cinema aisles
We don't care bout no government warning
About their promotion of the simple life
And the dams they're building


Brimful of asha on the 45
Well it's a brimful of asha on the 45
Brimful of asha on the 45
Well it's a brimful of asha on the 45


Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom, mine's on the 45

705

Mohamed Rufhi 45
Lata Mangeshkar 45
Solid state radio 45
Ferguson mono 45


Bon public 45
Jacques Dutronc and the Bolan Boogies
The Heavy Hitters and the chi chi music


All India radio 45
Two in ones 45
Argo records 45
Trojan records 45


Brimful of asha on the 45
Well it's a brimful of asha on the 45
Brimful of asha on the 45
Well it's a brimful of asha on the 45


Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom, mine's on the 45


Seventy-seven thousand piece orchestra set
Everybody needs a bosom for a pillow
Mine's on the RPM


Brimful of asha on the 45
Well it's a brimful of asha on the 45
Brimful of asha on the 45
Well it's a brimful of asha on the 45


Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom, mine's on the 45

WRITERS

Tjinder Singh

BCG_ID_11749_LF.txt[11/10/23, 10:58:47 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11749_LF.txt[11/10/23, 10:58:47 AM]

Lyrics
Oh yeah, oh yeah
Well they tell me of a pie up in the sky
Waiting for me when I die
But between the day you're born and when you die
They never seem to hear even your cry

So as sure as the sun will shine
I'm gonna get my share now, what's mine
And then the harder they come
The harder they'll fall, one and all
Ooh, the harder they come
The harder they'll fall, one and all

Well, the oppressors are trying to keep me down
Trying to drive me underground
And they think that they have got the battle won
I say forgive them Lord
They know not what they've done

'Cause as sure as the sun will shine
I'm gonna get my share now, what's mine
And then the harder they come
The harder they'll fall, one and all
Ooh, the harder they come
Harder they'll fall, one and all, yeah

Ooh, yeah, ooh yeah
Whoa, yeah, oh yeah

And I keep on fighting for the things I want
Though I know that when you're dead you can't
But I'd rather be a free man in my grave
Than living as a puppet or a slave

So as sure as the sun will shine
I'm gonna get my share now, what's mine
And then the harder they come
The harder they'll fall, one and all
Ooh, the harder they come
Harder they'll fall, one and all

Hey, the harder they come
The harder they'll fall one and all
What I say, now? what I say, now?
All

BCG_ID_11750_LF.txt[11/10/23, 10:58:48 AM]

All
What I say, now? what I say? one time
the harder they come
Harder they'll fall, one and all
Ooh, the harder they come
The harder they'll fall, one and all

WRITERS

Jimmy Cliff

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network

Lyrics
Watch the sunrise
Say your goodbyes
Off we go
Some conversation
No contemplation
Hit the road

Car overheats
Jump out of my seat
On the side of the highway, baby
Our road is long
Your hold is strong
Please don't ever let it go, oh no

I know I don't know you
But I want you so bad
Everyone has a secret
Oh, can they keep it?
Oh, no they can't

I'm driving fast now
Don't think I know how to go slow
Oh where you at now?
I feel around
There you are

Cool these engines
Calm these jets
I ask you, how hot can it get?
And as you wipe off beads of sweat
Slowly, you say, I'm not there yet

I know I don't know you
But I want you so bad
Everyone has a secret
Oh, can they keep it?
Oh, no they can't

I know I don't know you
But I want you so bad
Everyone has a secret
Oh but can they keep it?
Oh, no they can't (no, no, no, oh, oh, oh, yeah, yeah, yeah)

WRITERS

BCG_ID_11759_LF.txt[11/10/23, 10:58:48 AM]

Adam Levine, James Valentine, Jesse Royal Carmichael, Mickey Madden, Ryan Michael Dusick

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11759_LF.txt[11/10/23, 10:58:48 AM]

Lyrics
Christmas night, another fight
Tears, we cried a flood
Got all kinds of poison in
Of poison in my blood
I took my feet
To Oxford Street
Tryna right a wrong
Just walk away
Those windows say
But I can't believe she's gone

When you're still waiting for the snow to fall
Doesn't really feel like Christmas at all

Up above candles on air flicker
Oh, they flicker and they float
And I'm up here holding on
To all those chandeliers of hope
Like some drunken Elvis singing
I go singing out of tune
Saying how I always loved you, darling
And I always will

Oh, when you're still waiting for the snow to fall
It doesn't really feel like Christmas at all
Still waiting for the snow to fall
It doesn't really feel like Christmas at all

Those Christmas lights
Light up the street
Down where the sea and city meet
May all your troubles soon be gone
Oh, Christmas lights, keep shining on

Those Christmas lights
Light up the street
Maybe they'll bring her back to me
Then all my troubles will be gone
Oh, Christmas lights, keep shining on

Oh-oh-oh-oh, oh-oh-oh

Oh, Christmas lights
Light up the street
Light up the fireworks in me

BCG_ID_11762_LF.txt[11/10/23, 10:58:48 AM]

May all your troubles soon be gone
Those Christmas lights, keep shining on

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
Standing on the waters casting your bread
While the eyes of the idol with the iron head are glowing
Distant ships sailing into the mist,
You were born with a snake in both of your fists while a hurricane was blowing
Freedom just around the corner for you
But with the truth so far off, what good will it do?


Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman


So swiftly the sun sets in the sky,
You rise up and say goodbye to no one
Fools rush in where angels fear to tread,
Both of their futures, so full of dread, you don't show why
Shedding off one more layer of skin,
Keeping one step ahead of the persecutor within


Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman


You're a man of the mountains, you can walk on the clouds,
Manipulator of crowds, you're a dream twister
You're going to Sodom and Gomorrah
But what do you care? Ain't nobody there would want to marry your sister
Friend to the martyr, a friend to the woman of shame,
You look into the fiery furnace, see the rich man without any name


Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman


Well, the Book of Leviticus and Deuteronomy,
The law of the jungle and the sea are your only teachers
In the smoke of the twilight on a milk-white steed,
Michelangelo indeed could've carved out your features
Resting in the fields, far from the turbulent space,
Half asleep near the stars with a small dog licking your face


Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

BCG_ID_11771_LF.txt[11/10/23, 10:58:49 AM]

Well, the rifleman's stalking the sick and the lame,
Preacherman seeks the same, who'll get there first is uncertain
Nightsticks and water cannons, tear gas, padlocks,
Molotov cocktails and rocks behind every curtain,
False-hearted judges dying in the webs that they spin,
Only a matter of time 'til night comes steppin' in

Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

It's a shadowy world, skies are slippery gray,
A woman just gave birth to a prince today and dressed him in scarlet
He'll put the priest in his pocket, put the blade to the heat,
Take the motherless children off the street
And place them at the feet of a harlot
Oh, Jokerman, you know what he wants,
Oh, Jokerman, you don't show any response

Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

WRITERS

BOB DYLAN

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11771_LF.txt[11/10/23, 10:58:49 AM]

Lyrics
You hid your skeletons when I had shown you mine
You woke the devil that I thought you'd left behind
I saw the evidence, the crimson soaking through
Ten thousand promises, ten thousand ways to lose

And you held it all but you were careless to let it fall
You held it all and I was by your side, powerless

I watched you fall apart and chased you to the end
I'm left with emptiness that words can not defend
You'll never know what I became because of you
Ten thousand promises, ten thousand ways to lose

And you held it all but you were careless to let it fall
You held it all and I was by your side, powerless

And you held it all but you were careless to let it fall
You held it all and I was by your side, powerless

Powerless
Powerless
Powerless

WRITERS

CHESTER CHARLES BENNINGTON, ROBERT G. BOURDON, BRAD DELSON, MIKE SHINODA, DAVE FARRELL, JOSEPH HAHN

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11780_LF.txt[11/10/23, 10:58:49 AM]

Lyrics
One hand reaches out
And pulls a lost soul from harm
While a thousand more go unspoken for
And they say,
"What good have you done by saving just this one"
It's like whispering a prayer
In the fury of a storm

And I hear them saying,
"You'll never change things
And no matter what you do
It's still the same thing"
But it's not the world that I am changing
I do this so, this world will know
That it will not change me

This heart still believes
That love and mercy still exist
While all the hatreds rage
And so many say
"That love is all but pointless,
In madness such as this
"It's like trying to stop a fire
With the moisture from a kiss"

And I hear them saying,
"You'll never change things
And no matter what you do
It's still the same thing"
But it's not the world that I am changing
I do this so, this world will know
That it will not change me

As long long as one heart still holds on
Then hope is never really gone

And I hear them saying,
"You'll never change things
And no matter what you do
It's still the same thing"
But it's not the world that I am changing
I do this so, this world we know
Never changes me

What I do is so, this world will know
That it will not change me

BCG_ID_11801_LF.txt[11/10/23, 10:58:49 AM]

WRITERS

Anthony M. Arata, R. Wayne Tester

PUBLISHERS

Lyrics © HIPGNOSIS SONGS GROUP, Universal Music Publishing Group

BCG_ID_11801_LF.txt[11/10/23, 10:58:49 AM]

Lyrics
Seven o'clock in the morning
And the rays from the sun wakes me
I'm stretchin' and yawnin'
In a bed that don't belong to me
And a voice yells, "Good morning, darlin", from the bathroom
Then she comes out and kisses me
And to my surprise, she ain't you

Now I've got this dumb look on my face
Like, what have I done?
How could I be so stupid to be have laid here 'til the morning sun?
Must of lost the track of time
Oh, what was on my mind?
From the club, went to her home
Didn't plan to stay that long

Here I am, quickly tryin' to put on my clothes
Searching for my car keys
Tryin' to get on up out the door
Then she streched her hands in front of it
Said, "You can't go this way"
Looked at her, like she was crazy
Said, "Woman move out my way"
Said, "I got a wife at home"
She said, "Please don't go out there"
"Lady, I've got to get home"
She said, her husband was comin' up the stairs

"Shh, shh, quiet
Hurry up and get in the closet"
She said, "Don't you make a sound
Or some shit is going down"
I said, "Why don't I just go out the window?"
"Yes, except for one thing, we on the 5th floor"
"Shit think, shit think, shit quick, put me in the closet"
And now I'm in this darkest closet, tryin' to figure out
Just how I'm gonna get my crazy ass up out this house

Then he walks in and yells, "I'm home"
She says, "Honey, I'm in the room"
He walks in there with a smile on his face
Sayin', "Honey, I've been missin' you"
She hops all over him
And says, "I've cooked and ran your bath water"
I'm tellin' you now, this girl's so good that she deserves an Oscar

Throws her in the bed

BCG_ID_11808_LF.txt[11/10/23, 10:58:50 AM]

And start to snatchin' her clothes off
I'm in the closet, like man, what the fuck is going on?
You're not gonna believe it
But things get deeper as the story goes on
Next thing you know, a call comes through on my cell phone
I tried my best to quickly put it on vibrate
But from the way he act, I could tell it was too late
He hopped up and said, "There's a mystery going on
And I'm gonna solve it"
And I'm like, "God please, don't let this man open this closet"


He walks in the bathroom
And looks behind the door
She says, "Baby, come back to bed"
He says, "Bitch, say no more"
He pulls back the shower curtain
While she's biting her nails
Then he walks back to the room
Right now, I'm sweating like hell
Checks under the bed
Then under the dresser
He looks at the closet
I pull out my Beretta
He walks up to the closet
Get close up to the closet
Now he's at the closet
Now he's opening the closet...

WRITERS

ROBERT S. KELLY

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11808_LF.txt[11/10/23, 10:58:50 AM]

Lyrics
Girl, you're looking fine tonight
And every guy has got you in his sight
What you're doing with a clown like me
Is surely one of life's little mysteries


So tonight I'll ask the stars above
"How did I ever win your love?"
What did I do?
What did I say
To turn your angel eyes my way?


Well, I'm the guy who never learned to dance
Never even got one second glance
Across a crowded room was close enough
I could look but I could never touch


So tonight I'll ask, the stars above
"How did I ever win your love?"
What did I do?
What did I say
To turn your angel eyes my way?


Don't anyone wake me
If it's just a dream
'Cause she's the best thing
Ever happened to me


All you fellows
You can look all you like
But this girl you see
She's leavin' here with me tonight


There's just one more thing I need to know
If this is love why does it scare me so?
It must be somethin' only you can see
'Cause girl I feel it when you look at me


So tonight I'll ask the stars above
"How did I ever win your love?"
What did I do?
What did I say
To turn your angel eyes my way?


Hey, hey, yeah, yeah, aw

BCG_ID_11811_LF.txt[11/10/23, 10:58:50 AM]

WRITERS

Frederick G. Koller, John Hiatt

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11811_LF.txt[11/10/23, 10:58:50 AM]

Lyrics
She's got you wrapped up in her satin and lace
Tied around her little finger
She's got you thinkin' you can never escape
Don't you know your heart's in danger
There's a devil in that angel face
If you could only see the love that you're wastin'

I can love you better than that
I know how to make you forget her
All I'm askin' is for one little chance
'Cause baby I can love you, baby I can love you better

I'm gonna break this spell she's got on you
You're gonna wake up to find
I'm your desire my intentions are true
Hey babe I know it's time
You're gonna see what you mean to me
So open up your eyes 'cause seein' is believin'

I can love you better than that
I know how to make you forget her
All I'm askin' is for one little chance
'Cause baby I can love you, baby I can love you better

I can love you better than that
I know how to make you forget her
All I'm askin' is for one little chance
'Cause baby I can love you, baby I can love

I can love you better than that
I know how to make you forget her
All I'm askin' is for one little chance
'Cause baby I can love you, baby I can love better

I can love you better than that
I know how to make you forget her
All I'm askin' is for one little chance
'Cause baby I can love you, baby I can love

I can love you better than that
I can love you better
I can love you better than that
'Cause baby I can love you, baby I can love better

WRITERS

BCG_ID_11827_LF.txt[11/10/23, 10:58:50 AM]

Kostas Lazarides, Pamela Brown Hayes

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_11827_LF.txt[11/10/23, 10:58:50 AM]

Lyrics
Light reflects from your shadow
It is more than I thought could exist
You move through the room
Like breathing was easy
If someone believed me

They would be
As in love with you as I am
They would be
As in love with you as I am
They would be
As in love with you as I am
They would be
In love, love, love

And everyday
I am learning about you
The things that no one else sees
And the end comes too soon
Like dreaming of angels

And leaving without them

And leaving without them

Being
As in love with you as I am
Being
As in love with you as I am
Being
As in love with you as I am
Being
As in love, love, love
Love, love, love
Love, love, love

And with words unspoken
A silent devotion
I know you know what I mean
And the end is unknown
But I think I'm ready
As long as you're with me

Being
As in love with you as I am

BCG_ID_11841_LF.txt[11/10/23, 10:58:51 AM]

Being
As in love with you as I am
Being
As in love with you as I am
Being
As in love, love, love

WRITERS

James Thomas Smith, Oliver Sim, Romy Anna Madley Croft

PUBLISHERS

Lyrics © Universal Music Publishing Group, O/B/O DistroKid, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_11841_LF.txt[11/10/23, 10:58:51 AM]

Lyrics
Honey you are a rock
Upon which I stand
And I come here to talk
I hope you understand

That green eyes
Yeah the spotlight, shines upon you
And how could anybody deny you

I came here with a load
And it feels so much lighter
Now I met you
And honey you should know
That I could never go on without you
Green eyes

Honey you are the sea
Upon which I float
And I came here to talk
I think you should know

That green eyes
You're the one that I wanted to find
And anyone who tried to deny you
Must be out of their mind

Because I came here with a load
And it feels so much lighter
Since I met you
And honey you should know
That I could never go on without you

Green eyes
Green eyes
Oh, oh, oh, oh
Oh, oh, oh, oh
Oh, oh, oh, oh

Honey you are the rock
Upon which I stand

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

BCG_ID_11865_LF.txt[11/10/23, 10:58:51 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11865_LF.txt[11/10/23, 10:58:51 AM]

Lyrics
I won't suffer, be broken, get tired, or wasted
Surrender to nothing, I'll give up what I
Started and stop this, from end to beginning
A new day is calling, and I am finally free
Fight!


Run away, run away, I'll attack
Run away, run away, go chase yourself
Run away, run away, now I'll attack
I'll attack, I'll a, whoa!


I would have kept you, forever, what we had to sever
It ended for both of us, faster than a
Kill off this thinking; it's starting to sink in
I'm losing control now, and without you I can finally see
Fight!


Run away, run away, I'll attack
Run away, run away, go chase yourself
Run away, run away, now I'll attack
I'll attack, I'll a, whoa!


Your promises, they look like lies
Your honesty, like a back that hides a knife (knife)
I promise you (promise you)
I promise you (promise you)
And I am finally free


Run away, run away, I'll attack
Run away, run away, go chase yourself
Run away, run away, now I'll attack
I'll attack, I'll attack, I will attack


Run away, I'll attack, I will attack
Run away, I'll attack, I will attack
Run away, I'll attack, I will attack
Run away, I'll attack, I'll attack, I'll a, whoa!


Your promises
(Promises, promises)
I promise you
(Promise you)
I promise you
(Promise you, promise you)

BCG_ID_11875_LF.txt[11/10/23, 10:58:51 AM]

WRITERS

SANDY LINZER, DENNY RANDELL

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_11875_LF.txt[11/10/23, 10:58:51 AM]

Lyrics
Bodhisattva, would you take me by the hand
Bodhisattva, would you take me by the hand

Can you show me the shine of your Japan
The sparkle of your china, can you show me

Bodhisattva, Bodhisattva
I'm gonna sell my house in town
Bodhisattva
I'm gonna sell my house in town

And I'll be there to shine in your Japan
To sparkle in your China, yes I'll be there
Bodhisattva, Bodhisattva

Bodhisattva, would you take me by the hand
Bodhisattva, would you take me by the hand
Can you show me the shine of your Japan
The sparkle of your china, can you show me

Bodhisattva, Bodhisattva
I'm gonna sell my house in town
Bodhisattva
I'm gonna sell my house in town

And I'll be there to shine in your Japan
To sparkle in your China, yes I'll be there
Bodhisattva, Bodhisattva, Bodhisattva, Bodhisattva
Bodhisattva, Bodhisattva, Bodhisattva, Bodhisattva, look out

WRITERS

DONALD JAY FAGEN, WALTER CARL BECKER

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11878_LF.txt[11/10/23, 10:58:51 AM]

Lyrics
So I look in your direction
But you pay me no attention, do you?
I know you don't listen to me
'Cause you say you see straight through me, don't you?

But on and on, from the moment I wake
To the moment I sleep
I'll be there by your side
Just you try and stop me
I'll be waiting in line
Just to see if you care

Oh-oh
Did you want me to change?
Well I changed for good
And I want you to know
That you'll always get your way
I wanted to say

Don't you shiver
Shiver
Sing it loud and clear

I'll always be waiting for you

So you know how much I need you
But you never even see me, do you?
And is this my final chance of getting you?

But on and on, from the moment I wake
To the moment I sleep
I'll be there by your side
Just you try and stop me
I'll be waiting in line
Just to see if you care, if you care

Oh-oh
Did you want me to change?
Well I changed for good
And I want you to know
That you'll always get your way
I wanted to say

Don't you shiver

BCG_ID_11879_LF.txt[11/10/23, 10:58:52 AM]

Don't you shiver
Sing it loud and clear

I'll always be waiting for you

Yeah, I'll always be waiting for you
Yeah, I'll always be waiting for you
Yeah, I'll always be waiting for you
For you, I will always be waiting

And it's you I see, but you don't see me
And it's you I hear, so loud and so clear
I sing it loud and clear
And I'll always be waiting for you

So I look in your direction
But you pay me no attention
And you know how much I need you
But you never even see me

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11879_LF.txt[11/10/23, 10:58:52 AM]

Lyrics
Was a long and dark December
From the rooftops I remember
There was snow
White snow

Clearly I remember
From the windows they were watching
While we froze down below

When the future's architectured
By a carnival of idiots on show
You'd better lie low

If you love me
Won't you let me know?

Was a long and dark December
When the banks became cathedrals
And the fog
Became God

Priests clutched onto bibles
Hollowed out to fit their rifles
And the cross was held aloft

Bury me in armor
When I'm dead and hit the ground
My nerves are poles that unfroze

And if you love me
Won't you let me know?

I don't want to be a soldier
Who the captain of some sinking ship
Would stow
Far below

So if you love me
Why'd you let me go?

I took my love down to violet hill
There we sat in snow

BCG_ID_11884_LF.txt[11/10/23, 10:58:52 AM]

All that time she was silent still

So if you love me
Won't you let me know?

If you love me
Won't you let me know?

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group, Tratore

BCG_ID_11884_LF.txt[11/10/23, 10:58:52 AM]

Lyrics
My Dearest son, it's almost June
I hope this letter catches up with you
And finds you well
It's been dry
But they're callin' for rain
And everything's the same old same
In Johnsonville
Your stubborn old daddy
Ain't said too much
But I'm sure you know
He sends his love


And she goes on
In a letter from home


I hold it up and show my buddies
Like we ain't scared
And our boots ain't muddy
And they all laugh
Like there's something funny
'Bout the way I talk
When I say, "Mamma sends her best, y'all"


I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on
Waitin' on letters from home


My dearest love, it's almost dawn
I've been lyin' here all night long
Wonderin' where you might be
I saw your mamma
And I showed her the ring
Man on the television
Said something
So I couldn't sleep
But I'll be alright,
I'm just missin' you
And this is me kissin' you
X's and O's in a letter from home


I hold it up and show my buddies
Like we ain't scared
And our boots ain't muddy
And they all laugh
'Cause she calls me honey,
But they take it hard

BCG_ID_11894_LF.txt[11/10/23, 10:58:52 AM]

'Cause I don't read the good parts

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on
Waitin' on letters from home

Dear son, I know I ain't written
I'm Sittin' here tonight alone in the kitchen
It occurs to me
I might not have said it
So I'll say it now
"Son, You make me proud"

I hold it up and show my buddies
Like we ain't scared
And our boots ain't muddy
But no one laughs
'Cause there's ain't nothin' funny
When a soldier cries
And I just wipe my eyes

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on
Waitin' on letters from home

WRITERS

David Cory Lee, Tony Mac Lane

PUBLISHERS

Lyrics © Roba Music Verlag GMBH, BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Royalty Network, Capitol CMG Publishing, Spirit Music Group, Downtown Music Publishing, Songtrust Ave, Exploration Group LLC, RESERVOIR MEDIA MANAGEMENT INC, Warner Chappell Music, Inc.

BCG_ID_11894_LF.txt[11/10/23, 10:58:52 AM]

Lyrics
I opened my eyes last night
And saw you in the low light
Walking down by the bay
On the shore, staring up at the planes
That aren't there anymore
I was feeling the night grow old
And you were looking so cold
So like an introvert
I drew my over shirt
Around my arms and began
To shiver violently before
You happened to look
And see the tunnels all around me
Running into the dark
Underground
All the subways around
Create a great sound
To my motion fatigue
Farewell
With your ear to a seashell
You can hear the waves
In underwater caves
As if you actually were inside
A saltwater room

Time together isn't never quite enough
When you and I are alone
I've never felt so at home
What will it take to make or break this hint of love?
Only time, only time

When we're apart what ever are you thinking of
If this is what I call home why does it feel so alone
So tell me darling do you wish we'd fall in love?
All the time, all the time

Can you believe that the crew has gone
And wouldn't let me sign on?
All my islands have sunk
In the deep, so I can hardly relax
Or even oversleep
I feel as if I were home, some nights
When we count all the ship lights
I guess I'll never know
Why sparrows love the snow
We'll turn off all of the lights
And set this ballroom aglow

BCG_ID_11895_LF.txt[11/10/23, 10:58:53 AM]

(So tell me darling do you wish we'd fall in love? All the time)


Time together isn't never quite enough
When you and I are alone
I've never felt so at home
What will it take to make or break this hint of love?
We need time, only time
When we're apart whatever are you thinking of?
If this is what I call home why does it feel so alone?
So tell me darling, do you wish we'd fall in love?
All the time, all the time


Time together is just never quite enough
When we're apart whatever are you thinking of?
What will it take to make or break this hint of love?
So tell me darling do you wish we'd fall in love?
All the time

WRITERS

ADAM R. YOUNG

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11895_LF.txt[11/10/23, 10:58:53 AM]

Lyrics
A long, long time ago in a galaxy far away
Naboo was under an attack
And I thought me and Qui-Gon Jinn
Could talk the Federation into
Maybe cutting them a little slack
But their response, it didn't thrill us
They locked the doors and tried to kill us
We escaped from that gas
Then met Jar Jar and Boss Nass
We took a bongo from the scene
And we went to Theed to see the Queen
We all wound up on Tatooine
That's where we found this boy


Oh my my, this here Anakin guy
May be Vader someday later, now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"


Did you know this junkyard slave
Isn't even old enough to shave?
But he can use the Force they say
Ah, do you see him hitting on the Queen
Though he's just nine and she's fourteen
Yeah, he's probably gonna marry her someday
Well, I know he built C3PO
And I've heard how fast his pod can go
And we were broke, it's true
So we made a wager or two
He was a prepubescent flyin' ace
And the minute Jabba started off that race
Well, I know who would win first place
Oh yes, it was our boy


We started singin', my my, this here Anakin guy
May be Vader someday later, now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"


Now we finally got to Coruscant
The Jedi Council we knew would want
To see how good the boy could be
So we took him there and we told the tale
How his midichlorians were off the scale
And he might fulfill that prophecy

BCG_ID_11896_LF.txt[11/10/23, 10:58:53 AM]

Oh, the Council was impressed, of course
Could he bring balance to the force?
They interviewed the kid
Oh, training they forbid
Because Yoda sensed in him much fear
And Qui-Gon said, "Now listen here
Just stick it in your pointy ear
I still will teach this boy"


He was singin' my my, this here Anakin guy
May be Vader someday later, now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"


We caught a ride back to Naboo
'Cause Queen Amidala wanted to
I frankly would've liked to stay
We all fought in that epic war
And it wasn't long at all before
Little hotshot flew his plane and saved the day
And in the end, some Gungans died
Some ships blew up and some pilots fried
A lot of folks were croakin'
The battle droids were broken
And the Jedi I admire most
Met up with Darth Maul and now he's toast
Well, I'm still here and he's a ghost
I guess I'll train this boy


And I was singin', my my, this here Anakin guy
May be Vader someday later, now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"


We were singin', my my, this here Anakin guy
May be Vader someday later, now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"

WRITERS

Don McLean

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11896_LF.txt[11/10/23, 10:58:53 AM]

Lyrics

Ain't it just like the night to play tricks when you're tryin' to be so quiet?
We sit here stranded, though we're all doin' our best to deny it
And Louise holds a handful of rain, temptin' you to defy it
Lights flicker from the opposite loft
In this room the heat pipes just cough
The country music station plays soft
But there's nothing, really nothing to turn off
Just Louise and her lover so entwined
And these visions of Johanna that conquer my mind

In the empty lot where the ladies play blindman's bluff with the key chain
And the all-night girls they whisper of escapades out on the "D" train
We can hear the night watchman click his flashlight
Ask himself if it's him or them that's insane
Louise, she's all right, she's just near
She's delicate and seems like the mirror
But she just makes it all too concise and too clear
That Johanna's not here
The ghost of 'lectricity howls in the bones of her face
Where these visions of Johanna have now taken my place

Now, little boy lost, he takes himself so seriously
He brags of his misery, he likes to live dangerously
And when bringing her name up
He speaks of a farewell kiss to me
He's sure got a lotta gall to be so useless and all
Muttering small talk at the wall while I'm in the hall
How can I explain?
It's so hard to get on
And these visions of Johanna, they kept me up past the dawn

Inside the museums, infinity goes up on trial
Voices echo this is what salvation must be like after a while
But Mona Lisa musta had the highway blues
You can tell by the way she smiles
See the primitive wallflower freeze
When the jelly-faced women all sneeze
Hear the one with the mustache say, "Jeez, I can't find my knees"
Oh, jewels and binoculars hang from the head of the mule
But these visions of Johanna, they make it all seem so cruel

The peddler now speaks to the countess who's pretending to care for him
Sayin', "Name me someone that's not a parasite and I'll go out and say a prayer for him"
But like Louise always says
"Ya can't look at much, can ya man?"
As she, herself, prepares for him
And Madonna, she still has not showed
We see this empty cage now corrode

BCG_ID_11897_LF.txt[11/10/23, 10:58:53 AM]

Where her cape of the stage once had flowed
The fiddler, he now steps to the road
He writes ev'rything's been returned which was owed
On the back of the fish truck that loads
While my conscience explodes
The harmonicas play the skeleton keys and the rain
And these visions of Johanna are now all that remain

WRITERS

BOB DYLAN

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11897_LF.txt[11/10/23, 10:58:53 AM]

Lyrics
Welcome to the Grand illusion
Come on in and see what's happening
Pay the price, get your tickets for the show
The stage is set, the band starts playing
Suddenly your heart is pounding
Wishing secretly you were a star

But don't be fooled by the radio
The TV or the magazines
They show you photographs of how your life should be
But they're just someone else's fantasy

So if you think your life is complete confusion
Because you never win the game
Just remember that it's a grand illusion
And deep inside we're all the same
We're all the same

So if you think your life is complete confusion
Because your neighbors got it made
Just remember that it's a grand illusion
And deep inside we're all the same

America spells competition, join us in our blind ambition
Get yourself a brand new motor car
Someday soon we'll stop to ponder what on earth's this spell we're under
We made the grade and still we wonder who the hell we are

WRITERS

Dennis De Young

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11901_LF.txt[11/10/23, 10:58:54 AM]

Lyrics
Oh I can't take another heartache
Though you say you're my friend, I'm at my wit's end
You say your love is bonafide, but that don't coincide
With the things that you do
And when I ask you to be nice, you say


You've gotta be cruel to be kind, in the right measure
Cruel to be kind, it's a very good sign
Cruel to be kind, means that I love you, baby
(You've gotta be cruel)
You gotta be cruel to be kind


Well I do my best to understand dear
But you still mystify and I want to know why
I pick myself up off the ground
To have you knock me back down, again and again
And when I ask you to explain, you say


You've gotta be cruel to be kind, in the right measure
Cruel to be kind, it's a very good sign
Cruel to be kind, means that I love you, baby
(You've gotta be cruel)
You gotta be cruel to be kind


Well I do my best to understand dear
But you still mystify and I want to know why
I pick myself up off the ground
To have you knock me back down, again and again
And when I ask you to explain, you say


You've gotta be cruel to be kind, in the right measure
Cruel to be kind, it's a very good sign
Cruel to be kind, means that I love you baby
(You've gotta be cruel)
You gotta be cruel to be kind


(Cruel to be kind), oh in the right measure
(Cruel to be kind), it's a very very very good sign
(Cruel to be kind), it means that I love you, baby
(You've gotta be cruel)
You gotta be cruel to be kind


(Cruel to be kind), oh in the right measure
(Cruel to be kind), yes it's a very very very good sign
(Cruel to be kind), it means that I love you, baby

BCG_ID_11913_LF.txt[11/10/23, 10:58:54 AM]

(You've gotta be cruel)
You gotta be cruel to be kind


(Cruel to be kind), oh in the right measure
(Cruel to be kind), yes it's a very very very good sign
(Cruel to be kind), it means that I love you

WRITERS

Ian Robert Gomm, Nicholas Orain Lowe

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group

BCG_ID_11913_LF.txt[11/10/23, 10:58:54 AM]

Lyrics
In the darkness before the dawn
In the swirling of this storm
When I'm rolling with the punches and hope is gone
Leave a light, a light on

Millions of miles from home
In the swirling swimming on
When I'm rolling with the thunder but bleed from thorns
Leave a light, a light on
Leave a light, a light on

Leave a light, a light on
Leave a light, a light on

In the darkness before the dawn
In the darkness before the dawn
Leave a light, a light on
Leave a light, a light on

WRITERS

Jon Hopkins, Christopher Anthony Martin, William Champion, Guy Rupert Berryman, Jonathan Mark Buckland

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Bluewater Music Corp., Downtown Music Publishing, Songtrust Ave, Kobalt Music Publishing Ltd.

Lyrics
Eyes are feeling heavy
But they never seem to close
The fan blades on the ceiling spin
But the air is never cold
And even though you're next to me
I still feel so alone
I just can't give you anything
For you to call your own


And I can feel you breathing
And it's keeping me awake
Can you feel it beating?
My heart sinking like a weight


Something I've been keeping locked away
Behind my lips
I can feel it breaking free
With each and every kiss
I couldn't bear to hurt you
But it's all so different now
Things that I was sure of
They have filled me up with doubt


And I can feel you breathing
And it's keeping me awake
Can you feel it beating?
My heart sinking like a weight


I can feel you breathing
It's keeping me awake
Could you stop my heart?
It's always beating
Sinking like a weight


How am I suppose to feel about the things I've done
I don't know if I should stay or turn around and run
I know that I hurt you
Things will never be the same
The only love I ever knew, I threw it all away


And I can feel you breathing
And it's keeping me awake
Can you feel it beating?
My heart sinking like a weight

BCG_ID_11977_LF.txt[11/10/23, 10:58:54 AM]

I can feel you breathing
It's keeping me awake
Could you stop my heart?
It's always breathing
Sinking like a weight

WRITERS

Benjamin Eric Harper, Longineu Warren Iii Parsons, Peter Michael Mosely, Sean Michael Wellman-Mackin, William Ryan Key

PUBLISHERS

Lyrics © Universal Music Publishing Group, Songtrust Ave

BCG_ID_11977_LF.txt[11/10/23, 10:58:54 AM]

Lyrics
I come home in the morning light
My mother says, "When you gonna live your life right?"
Oh, mother dear we're not the fortunate ones
And girls, they wanna have fun
Oh, girls just want to have fun

The phone rings in the middle of the night
My father yells, "What you gonna do with your life?"
Oh, daddy dear, you know you're still number one
But girls, they wanna have fun
Oh, girls just want to have

That's all they really want
Some fun
When the working day is done
Oh, girls, they wanna have fun
Oh, girls just wanna have fun (girls, they wanna, wanna have fun, girls wanna have)

Some boys take a beautiful girl
And hide her away from the rest of the world
I want to be the one to walk in the sun
Oh, girls, they wanna have fun
Oh, girls just wanna have

That's all they really want
Some fun
When the working day is done
Oh, girls, they wanna have fun
Oh, girls just want to have fun (girls, they wanna, wanna have fun, girls wanna have)

They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girl (girls just wanna have fun)
Girls just wanna have fun
They just wanna, they just wanna
They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girl (girls just wanna have fun)
Girls just want to have fun

When the working
When the working day is done
Oh, when the working day is done, oh girls
Girls just wanna have fun, everybody

They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girls (girls just wanna have fun)

BCG_ID_11979_LF.txt[11/10/23, 10:58:55 AM]

Girls just want to have fun

(They just wanna, they just wanna) when the working
When the working day is done (they just wanna, they just wanna)
Oh, when the working day is done, oh girl (girls just wanna have fun)
Girls just wanna have fun (they just wanna, they just wanna)

WRITERS

Robert Hazard

PUBLISHERS

Lyrics © Sony/ATV Music Publishing LLC

BCG_ID_11979_LF.txt[11/10/23, 10:58:55 AM]

Lyrics
God save the queen
The fascist regime
They made you a moron
A potential H bomb

God save the queen
She's not a human being
and There's no future
And England's dreaming

Don't be told what you want
Don't be told what you need
There's no future
No future
No future for you

God save the queen
We mean it man
We love our queen
God saves

God save the queen
'Cause tourists are money
And our figurehead
Is not what she seems

Oh God save history
God save your mad parade
Oh Lord God have mercy
All crimes are paid

Oh when there's no future
How can there be sin
We're the flowers
In the dustbin
We're the poison
In your human machine
We're the future
Your future

God save the queen
We mean it man
We love our queen
God saves

BCG_ID_11980_LF.txt[11/10/23, 10:58:55 AM]

God save the queen
We mean it man
There's no future
In England's dreaming God save the queen


No future
No future
No future for you


No future
No future
No future for me


No future
No future
No future for you

WRITERS

Paul Thomas Cook, Stephen Philip Jones, John Lydon, Glen Matlock

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Songtrust Ave, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

BCG_ID_11980_LF.txt[11/10/23, 10:58:55 AM]

Lyrics
Oh brother, I can't, I can't get through
I've been trying hard to reach you 'cause I don' know what to do
Oh brother, I can't believe it's true
I'm so scared about the future, and I wanna talk to you
Oh, I wanna talk to you

You can take a picture of something you see
In the future where will I be?
You can climb a ladder up to the sun
Or a write a song nobody has sung
Or do something that's never been done

Are you lost or incomplete?
Do you feel like a puzzle, you can't find your missing piece?
Tell me, how do you feel?
Well, I feel like they're talking in a language I don't speak
And they're talking it to me

So you take a picture of something you see
In the future where will I be?
You can climb a ladder up to the sun
Or write a song nobody has sung
Or do something that's never been done
Or do something that's never been done

So you don't know where you're going and you wanna talk
And you feel like you're going where you've been before
You tell anyone who'll listen, but you feel ignored
Nothing's really making any sense at all, let's talk
Let's talk, let's talk, let's talk

WRITERS

Emil Schult, Ralf Huetter, Karl Bartos, Chris Martin, Guy Berryman, Jon Buckland, Will Champion

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Royalty Network, Songtrust Ave, Warner Chappell Music, Inc.

BCG_ID_11983_LF.txt[11/10/23, 10:58:55 AM]

Lyrics
Man, it's been a long day
Stuck thinking 'bout it driving on the freeway
Wondering if I really tried everything I could
Not knowing if I should try a little harder


Ooh, but I'm scared to death
That there may not be another one like this
And I confess
That I'm only holding on by a thin, thin thread
I'm kicking the curb 'cause you never heard
The words that you needed so bad
And I'm kicking the dirt 'cause I never gave you
The things that you needed to have
I'm so sad, sad


Man, it's been a long night
Just sitting here trying not to look back
Still looking at the road we never drove on
And wondering if the one I chose was the right one


Ooh, but I'm scared to death
That there may not be another one like this
And I confess
That I'm only holding on by a thin, thin thread
I'm kicking the curb 'cause you never heard
The words that you needed so bad
And I'm kicking the dirt 'cause I never gave you
The things that you needed to have
I'm so sad, sad


So sad, so sad


Ooh, but I'm scared to death
That there may not be another one like this
And I confess
That I'm only holding on by a thin, thin thread
I'm kicking the curb 'cause you never heard
The words that you needed so bad
And I'm kicking the dirt 'cause I never gave you
The things that you needed to have


And I'm kicking the curb 'cause you never heard
The words that you needed so bad
I'm so sad, so sad

WRITERS

Adam Levine, James Valentine

PUBLISHERS

Lyrics © Universal Music Publishing Group

Case 3:23-cv-01092    Document 49-7    Filed 11/16/23    Page 323 of 473 PageID #: 1783

BCG_ID_11992_LF.txt[11/10/23, 10:58:56 AM]

Lyrics
Can you lie next to her
And give her your heart, your heart
As well as your body
And can you lie next to her
And confess your love, your love
As well as your folly
And can you kneel before the king
And say I'm clean, I'm clean

Tell me now, where was my fault
In loving you with my whole heart
Oh tell me now, where was my fault
In loving you with my whole heart

A white blank page and a swelling rage, rage
You did not think when you sent me to the brink, to the brink
You desired my attention but denied my affections, my affections

Tell me now, where was my fault
In loving you with my whole heart
Oh tell me now, where was my fault
In loving you with my whole heart

Lead me to the truth and I will follow you with my whole life
Lead me to the truth and I will follow you with my whole life

WRITERS

BENJAMIN WALTER DAVID LOVETT, EDWARD JAMES MILTON DWANE, MARCUS OLIVER JOHNSTONE MUMFORD, WINSTON AUBREY ALADAR MARSHALL

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_12004_LF.txt[11/10/23, 10:58:56 AM]

Lyrics
Life goes on day after day
Hearts torn in every way

So ferry 'cross the Mersey
'Cause this land's the place I love
And here I'll stay

People, they rush everywhere
Each with their own secret care
So ferry 'cross the Mersey
And always take me there
The place I love

People around every corner
Seem to smile and say
We don't care what your name is, boy
We'll never turn you away

So I'll continue to say
Here I always will stay

So ferry 'cross the Mersey
'Cause this land's the place I love
And here I'll stay
And here I'll stay
Here I'll stay
WRITERS
Gerrard Marsden
PUBLISHERS
Lyrics © Universal Music Publishing Group

BCG_ID_12022_LF.txt[11/10/23, 10:58:56 AM]

Lyrics
I used the dead wood to make the fire rise
The blood of innocence burning in the skies
I filled my cup with the rising of the sea
And poured it out in an ocean of debris

Oh, I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve
What I don't deserve

We held our breathe when the clouds began to form
But you were lost in the beating of the storm
And in the end, we were made to be apart
In separate chambers of the human heart

Oh, I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve
It's in the blackened bones
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve
What I don't deserve

I'm swimming in the smoke
Of bridges I have burned
So don't apologize
I'm losing what I don't deserve
The blame is mine alone
For bridges I have burned
So don't apologize
I'm losing what I don't deserve
What I don't deserve
What I don't deserve, oh-whoa
What I don't deserve

I used the dead wood to make the fire rise
The blood of innocence burning in the skies

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group

Lyrics
When you were young
You were the king of carrot flowers
And how you built a tower tumbling through the trees
In holy rattlesnakes that fell all around your feet

And your mom would stick a fork right into daddy's shoulder
And dad would throw the garbage all across the floor
As we would lay and learn what each other's bodies were for

And this is the room
One afternoon I knew I could love you
And from above you, how I sank into your soul
Into that secret place where no one dares to go

And your mom would drink until she was no longer speaking
And dad would dream of all the different ways to die
Each one a little more than he could dare to try

WRITERS

Jeff Mangum

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_12036_LF.txt[11/10/23, 10:58:57 AM]

Lyrics
She's got everything she needs, she's an artist
She don't look back
She's got everything she needs, she's an artist
She don't look back
She can take the dark out of the nighttime
And paint the daytime black

You will start out standing
Proud to steal her anything she sees
You will start out standing
Proud to steal her anything she sees
But you will wind up peeking through her keyhole
Down upon your knees

She never stumbles, she's got no place to fall
She never stumbles, she's got no place to fall
She's nobody's child, the law can't touch her at all

She wears an Egyptian ring, it sparkles before she speaks
She wears an Egyptian ring, it sparkles before she speaks
She's a hypnotist collector, you are a walking antique

Bow down to her on Sunday
Salute her when her birthday comes
Bow down to her on Sunday
Salute her when her birthday comes
For Halloween, buy her a trumpet
And for Christmas, get her a drum

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_12040_LF.txt[11/10/23, 10:58:57 AM]

Lyrics
Walk in your rainbow paradise (paradise)
Strawberry lipstick state of mind (state of mind)
I get so lost inside your eyes
Would you believe it?

You don't have to say you love me
You don't have to say nothing
You don't have to say you're mine

Honey (ah)
I'd walk through fire for you
Just let me adore you
Oh, honey (ah)
I'd walk through fire for you
Just let me adore you
Like it's the only thing I'll ever do
Like it's the only thing I'll ever do

You're wonder under summer skies (summer skies)
Brown skin and lemon over ice
Would you believe it?

You don't have to say you love me
I just wanna tell you somethin'
Lately you've been on my mind

Honey (ah)
I'd walk through fire for you
Just let me adore you
Oh, honey (ah)
I'd walk through fire for you
Just let me adore you
Like it's the only thing I'll ever do
Like it's the only thing I'll ever do

(It's the only thing I'll ever do)
(It's the only thing I'll ever do)
(It's the only thing I'll ever do)
(It's the only thing I'll ever do)
(It's the only thing I'll ever do)
(It's the only thing I'll ever do)
(It's the only thing I'll ever do)
(It's the only thing I'll ever do)

I'd walk through fire for you

BCG_ID_12072_LF.txt[11/10/23, 10:58:57 AM]

Just let me adore you
Oh, honey (ah)
I'd walk through fire for you
Just let me adore you
Like it's the only thing I'll ever do
(Ah)
I'd walk through fire for you
Just let me adore you
Oh, honey (ah)
Oh, honey
I'd walk through fire for you
Just let me adore you


(Oh) oh, honey
(Oh)
Just let me adore you
Like it's the only thing I'll ever do

WRITERS

Amy Marie Allen, Harry Edward Styles, Thomas Edward Percy Hull, Tyler Sam Johnson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Kobalt Music Publishing Ltd.

Lyrics
Tastes like strawberries on a summer evenin'
And it sounds just like a song
I want more berries and that summer feelin'
It's so wonderful and warm

Breathe me in, breathe me out
I don't know if I could ever go without
I'm just thinking out loud
I don't know if I could ever go without

Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar

Strawberries on a summer evenin'
Baby, you're the end of June
I want your belly and that summer feelin'
Getting washed away in you

Breathe me in, breathe me out
I don't know if I could ever go without

Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high

I just wanna taste it, I just wanna taste it
Watermelon sugar high

Tastes like strawberries on a summer evenin'
And it sounds just like a song
I want your belly and that summer feelin'
I don't know if I could ever go without

Watermelon sugar high
Watermelon sugar high
Watermelon sugar (sugar) high

BCG_ID_12073_LF.txt[11/10/23, 10:58:57 AM]

Watermelon sugar high (sugar)
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high
Watermelon sugar high

I just wanna taste it, I just wanna taste it
Watermelon sugar high
I just wanna taste it, I just wanna taste it
Watermelon sugar high
Watermelon sugar

WRITERS

Harry Edward Styles, Mitchell Kristopher Rowland, Thomas Edward Percy Hull, Tyler Sam Johnson

PUBLISHERS

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC

BCG_ID_12073_LF.txt[11/10/23, 10:58:57 AM]

Lyrics
Hmm, hmm


I don't wanna be alone tonight (alone tonight)
It's pretty clear that I'm not over you (over you, over you)
I'm still thinking 'bout the things you do (things you do)
So I don't wanna be alone tonight, alone tonight, alone tonight
Can you light the fire? (light the fire, light the fire)
I need somebody who can take control (take control)
I know exactly what I need to do
'Cause I don't wanna be alone tonight, alone tonight, alone tonight


Look what you made me do, I'm with somebody new
Ooh, baby, baby, I'm dancing with a stranger
Look what you made me do, I'm with somebody new
Ooh, baby, baby, I'm dancing with a stranger
Dancing with a stranger


I wasn't even goin' out tonight (out tonight)
But, boy, I need to get you off of my mind (off of my mind)
I know exactly what I have to do
I don't wanna be alone tonight, alone tonight, alone tonight


Look what you made me do, I'm with somebody new
Ooh, baby, baby, I'm dancing with a stranger
Look what you made me do, I'm with somebody new
Ooh, baby, baby, I'm dancing with a stranger
Dancing with a stranger
Dancing with a stranger
Dancing, yeah, ooh


Look what you made me do (ooh), I'm with somebody new
Ooh, baby, baby, I'm dancing with a stranger
Look what you made me do, I'm with somebody new
Ooh, baby, baby, I'm dancing with a stranger
I'm dancing, I'm dancing (ooh)
I'm dancing, I'm dancing (dancing with a stranger)
I'm dancing, I'm dancing (dancing with a stranger)
I'm dancing, I'm dancing (dancing with a stranger)

WRITERS

James John Napier, Mikkel Storleer Eriksen, Normani Kordei Hamilton, Samuel Frederick Smith, Tor Erik Hermansen

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing

Lyrics
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a heart
And nothing breaks like a heart

I heard you on the phone last night
We live and die by pretty lies
You know it, oh, we both know it
These silver bullet cigarettes
This burning house, there's nothing left
It's smoking, we both know it
We got all night to fall in love
But just like that we fall apart
We're broken, we're broken

Mmm, well, nothing, nothing, nothing gon' save us now

Well, there's broken silence
By thunder crashing in the dark (crash in the dark)
And this broken record
Spin endless circles in the bar (spin 'round in the bar)
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a heart
Mmm, and nothing breaks like a heart

We'll leave each other cold as ice
And high and dry, the desert wind
Is blowin', is blowin'
Remember what you said to me?
We were drunk in love in Tennessee
And I hold it, we both know it

Mmm, that nothing, nothing, nothing gon' save us now
Nothing, nothing, nothing gon' save us now

Well, there's broken silence
By thunder crashing in the dark (crash in the dark)
And this broken record
Spin endless circles in the bar (spin 'round in the bar)
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a heart
Mmm, and nothing breaks like a heart
Nothing breaks like a heart
Mmm, and nothing breaks like a heart

BCG_ID_12078_LF.txt[11/10/23, 10:58:58 AM]

Nothing, nothing, nothing gon' save us now
Nothing, nothing, nothing gon' save us now


Well, there's broken silence
By thunder crashing in the dark (crash in the dark)
And this broken record
Spin endless circles in the bar (spin 'round in the bar)
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a heart
Mmm, but nothing breaks like a heart
But nothing breaks like a heart
Mmm, but nothing breaks like a heart

WRITERS

Clement Picard, Conor Syzmanski, Ilsey Juber, Mark Ronson, Maxime Picard, Miley Cyrus, Thomas Brenneck

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, Kobalt Music Publishing Ltd.

BCG_ID_12078_LF.txt[11/10/23, 10:58:58 AM]

Lyrics
She wants to get married, she wants it perfect
She wants her grandaddy preaching the service
Yeah, she wants magnolias out in the country
Not too many people, save her daddy some money

Ooh, she got it all planned out
Yeah, I can see it all right now

I'll wear my black suit, black tie, hide out in the back
I'll do a strong shot of whiskey straight out the flask
I'll try to make it through without crying so nobody sees
Yeah, she wanna get married
But she don't wanna marry me

I remember the night when I almost kissed her
Yeah, I kinda freaked out, we'd been friends for forever
And I always wondered if she felt the same way
When I got the invite, I knew it was too late

And I know her daddy's been dreading this day
Oh, but he don't know he ain't the only one giving her away

I'll wear my black suit, black tie, hide out in the back
I'll do a strong shot of whiskey straight out the flask
I'll try to make it through without crying so nobody sees
Yeah, she wanna get married
But she don't wanna marry me

Woah, oh-oh, oh

Bet she got on her dress now, welcoming the guests now
I could try to find her, get it off of my chest now
But I ain't gonna mess it up, so I'll wish her the best now

So I'm in my black suit, black tie, hiding out in the back
Doing a strong shot of whiskey straight out the flask
I'll try to make it through without crying so nobody sees
Yeah, she wanna get married
Yeah, she gonna get married
But she ain't gonna marry me
Woah, but she ain't gonna marry me, oh

WRITERS

BCG_ID_12088_LF.txt[11/10/23, 10:58:58 AM]

Ashley Glenn Gorley, Jesse Frasure, Shane Mcanally, Thomas Rhett Akins

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Warner Chappell Music, Inc.

BCG_ID_12088_LF.txt[11/10/23, 10:58:58 AM]

Lyrics
Not tryna be indie
Not tryna be cool
Just tryna be in this
Tell me how you choose
Can you feel where the wind is
Can you feel it through
All of the windows
Inside this room

'Cause I wanna touch you, baby
And I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll be with you from dusk till dawn
Baby, I'm right here

We were shut like a jacket
So do your zip
We will roll down the rapids
To find a wave that fits
Can you feel where the wind is
Can you feel it through
All of the windows
Inside this room

'Cause I wanna touch you, baby
I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn

I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll be with you from dusk till dawn
Baby, I'm right here

Go, give love to your body
It's only you that can stop it
Go, give love to your body
It's only you that can stop it
Go, give love to your body
It's only you that can stop it
Go, give love to your body
Go, give love to your body

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll be with you from dusk till dawn
Baby, I'm right here
I'll be with you from dusk till dawn
Baby, I'm right here

WRITERS

Alex Oriet, David Phelan, Greg Kurstin, Sia Furler, Zain Javadd Malik

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

Lyrics
Baby, lay on back and relax
Kick your pretty feet up on my dash
No need to go nowhere fast
Let's enjoy right here where we at
Who knows where this road is supposed to lead
We got nothing but time
As long as you're right here next to me
Everything's gonna be alright

If it's meant to be, it'll be, it'll be
Baby, just let it be
If it's meant to be, it'll be, it'll be
Baby, just let it be
So, won't you ride with me, ride with me?
See where this thing goes
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be

I don't mean to be so uptight
But my heart's been hurt a couple times
By a couple guys that didn't treat me right
I ain't gonna lie, ain't gonna lie
'Cause I'm tired of the fake love, show me what you're made of
Boy, make me believe
Whoa, hold up, girl, don't you know you're beautiful?
And it's easy to see

If it's meant to be, it'll be, it'll be
Baby, just let it be
If it's meant to be, it'll be, it'll be
Baby, just let it be
So, won't you ride with me, ride with me?
See where this thing goes
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be

So, come on, ride with me, ride with me
See where this thing goes
So, come on, ride with me, ride with me
Baby, if it's meant to be

Maybe we do
Maybe we don't
Maybe we will
Maybe we won't

BCG_ID_12091_LF.txt[11/10/23, 10:58:59 AM]

But if it's meant to be, it'll be, it'll be
Baby, just let it be (sing it, Bebe)
If it's meant to be, it'll be, it'll be (come on)
Baby, just let it be (let's go)
So, won't you ride with me, ride with me?
See where this thing goes
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be (yeah)


If it's meant to be, it'll be, it'll be
Baby, if it's meant to be
If it's meant to be, it'll be, it'll be
Baby, if it's meant to be (mm)

## WRITERS

Bleta Bebe Rexha, Joshua O. Miller, David Arthur Garcia, Tyler Reed Hubbard

## PUBLISHERS

Lyrics © BMG Rights Management, Capitol CMG Publishing, Spirit Music Group, Warner Chappell Music, Inc.

BCG_ID_12091_LF.txt[11/10/23, 10:58:59 AM]

Lyrics
You know there's a light that glows by the front door
Don't forget the keys under the mat
Childhood stars shine, always stay humble and kind
Go to church 'cause your momma says to
Visit grandpa every chance that you can
It won't be wasted of time
Always stay humble and kind


Hold the door, say please, say thank you
Don't steal, don't cheat, and don't lie
I know you got mountains to climb but
Always stay humble and kind
When the dreams you're dreamin' come to you
When the work you put in is realized
Let yourself feel the pride but
Always stay humble and kind


Don't expect a free ride from no one
Don't hold a grudge or a chip and here's why
Bitterness keeps you from flying
Always stay humble and kind
Know the difference between sleeping with someone
And sleeping with someone you love
I love you ain't no pick up line so
Always stay humble and kind


Hold the door, say please, say thank you
Don't steal, don't cheat, and don't lie
I know you got moutains to climb but
Always stay humble and kind
When those dreams you're dreamin' come to you
When the work you put in is realized
Let yourself feel the pride but
Always stay humble and kind


When it's hot, eat a root beer popsicle
Shut off the AC and roll the windows down
Let that summer sun shine
Always stay humble and kind
Don't take for granted the love this life gives you
When you get where you're goin'
Don't forget turn back around
And help the next one in line
Always stay humble and kind

WRITERS

Lori Mckenna

BCG_ID_12102_LF.txt[11/10/23, 10:58:59 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_12102_LF.txt[11/10/23, 10:58:59 AM]

Lyrics
This hit, that ice cold
Michelle Pfeiffer, that white gold
This one for them hood girls
Them good girls straight masterpieces
Stylin', wilin', livin' it up in the city
Got Chucks on with Saint Laurent
Gotta kiss myself, I'm so pretty


I'm too hot (hot damn)
Call the police and the fireman
I'm too hot (hot damn)
Make a dragon wanna retire man
I'm too hot (hot damn)
Say my name you know who I am
I'm too hot (hot damn)
And my band 'bout that money, break it down


Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
Saturday night and we in the spot
Don't believe me just watch (come on)


Don't believe me just watch uh


Don't believe me just watch
Don't believe me just watch
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh


Stop, wait a minute
Fill my cup, put some liquor in it
Take a sip, sign a check
Julio, get the stretch
Ride to Harlem, Hollywood
Jackson, Mississippi
If we show up, we gon' show out
Smoother than a fresh jar of Skippy


I'm too hot (hot damn)
Call the police and the fireman
I'm too hot (hot damn)

Make a dragon wanna retire man
I'm too hot (hot damn)
Bitch say my name you know who I am
I'm too hot (hot damn)
And my band 'bout that money
Break it down

Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
Saturday night and we in the spot
Don't believe me just watch (come on)

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Before we leave
Lemme tell y'all a lil' something
Uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up uh
I said uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up

Come on, dance, jump on it
If you sexy then flaunt it
If you freaky then own it
Don't brag about it, come show me

Come on, dance
Jump on it
If you sexy then flaunt it
Well it's Saturday night and we in the spot
Don't believe me just watch come on!

Don't believe me just watch uh

BCG_ID_12108_LF.txt[11/10/23, 10:59:00 AM]

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh


Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown funk you up
Uptown funk you up (say what?)
Uptown funk you up

WRITERS

Charles Wilson, Devon Gallaspy, Jeffrey Bhasker, Lonnie Simmons, Mark Ronson, Nicholaus Williams, Peter Hernandez, Philip Lawrence, Robert Wilson, Ronnie Wilson, Rudy Taylor

PUBLISHERS

Lyrics © BMG Rights Management, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

BCG_ID_12108_LF.txt[11/10/23, 10:59:00 AM]

Lyrics
Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
(Hey yeah, oh hey, hey yeah)
Remember me for centuries


Mummified my teenage dreams
No, it's nothing wrong with me
The kids are all wrong
The stories are off
Heavy metal broke my heart


Come on, come on and let me in
The bruises on your thighs like my fingerprints
And this is supposed to match
The darkness that you felt
I never meant for you to fix yourself


Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
(Hey yeah, oh hey, hey yeah)
Remember me for centuries


And I can't stop 'til the whole world knows my name
'Cause I was only born inside my dreams
Until you die for me, as long as there's a light
My shadow's over you 'cause I-I am the opposite of amnesia
And you're a cherry blossom
You're about to bloom
You look so pretty, but you're gone so soon


Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake

BCG_ID_12110_LF.txt[11/10/23, 10:59:00 AM]

Is all it will take
We'll go down in history
Remember me for centuries
(Hey yeah, oh hey, hey yeah)
Remember me for centuries

We've been here forever
And here's the frozen proof
I could scream forever
We are the poisoned youth

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
(Hey yeah, oh hey)
We'll go down in history (hey yeah)
Remember me for centuries

WRITERS

Andy Hurley, Joe Trohman, Jonathan Rotem, Justin Tranter, Michael Fonseca, Patrick Stump, Raja Kumari, Suzanne Vega, Peter Wentz

PUBLISHERS

Lyrics © BMG Rights Management, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

BCG_ID_12110_LF.txt[11/10/23, 10:59:00 AM]

Lyrics
I miss the taste of a sweeter life
I miss the conversation
I'm searching for a song tonight
I'm changing all of the stations
I like to think that we had it all
We drew a map to a better place
But on that road I took a fall
Oh baby, why did you run away?


I was there for you
In your darkest times
I was there for you
In your darkest nights


But I wonder, where were you?
When I was at my worst
Down on my knees
And you said you had my back
So I wonder, where were you?
All the roads you took came back to me
So I'm following the map that leads to you


The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following


I hear your voice in my sleep at night
Hard to resist temptation
Because something strange has come over me
Now I can't get over you
No, I just can't get over you, ooh


I was there for you
In your darkest times
I was there for you
In your darkest nights


But I wonder, where were you?
When I was at my worst
Down on my knees
And you said you had my back

BCG_ID_12111_LF.txt[11/10/23, 10:59:00 AM]

So I wonder, where were you?
All the roads you took came back to me
So I'm following the map that leads to you

The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you

Oh, oh, oh, ah
Oh, oh, oh, ah
Yeah, yeah, yeah, ah
Oh, oh, mmm, ah

Oh, I was there for you
Oh, in your darkest times
Oh, I was there for you
Oh, in your darkest nights

Oh, I was there for you
Oh, in your darkest times
Oh, I was there for you
Oh, in your darkest nights

But I wonder, where were you?
When I was at my worst
Down on my knees
And you said you had my back
So I wonder, where were you?
All the roads you took came back to me
So I'm following the map that leads to you
The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following

WRITERS

Benjamin Levin, Adam Noah Levine, Ammar Malik, Ryan Benjamin Tedder, Noel Patrick Zancanella

PUBLISHERS

BCG_ID_12111_LF.txt[11/10/23, 10:59:00 AM]

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12111_LF.txt[11/10/23, 10:59:00 AM]

Lyrics
All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Yeah

Shotgun, aimed at my heart, you got one
Tear me apart in this song
How do we call this love
I tried, to run away but your eyes (woah-oh-oh-oh)
Tell me to stay, oh why
Why do we call this love? (Woah-oh-oh-oh)

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Uh, maybe some part of you just hates me
You pick me up and play me
How do we call this love? (Woah-oh-oh-oh)
One time tell me you need me tonight
To make it easy, you lie
And say it's all for love (woah-oh-oh-oh)

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start

BCG_ID_12113_LF.txt[11/10/23, 10:59:01 AM]

Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Me and my broken heart
Me and my broken
Yeah, yeah, yeah

It's just me
It's just me
It's just me
Me and my broken heart

All I need's a little love in my life (baby)
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

WRITERS

Robert Thomas, Wayne Hector, Benjamin Levin, Steve Mac, Ammar Malik

PUBLISHERS

Lyrics © BMG Rights Management, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

Lyrics
I used to bite my tongue and hold my breath
Scared to rock the boat and make a mess
So I sat quietly, agreed politely
I guess that I forgot I had a choice
I let you push me past the breaking point
I stood for nothing, so I fell for everything

You held me down, but I got up (hey)
Already brushing off the dust
You hear my voice, you hear that sound
Like thunder, gonna shake the ground
You held me down, but I got up (hey)
Get ready 'cause I've had enough
I see it all, I see it now

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Now I'm floatin' like a butterfly
Stinging like a bee, I earned my stripes
I went from zero, to my own hero

You held me down, but I got up (hey)
Already brushing off the dust
You hear my voice, you hear that sound
Like thunder, gonna shake the ground
You held me down, but I got up (hey)
Get ready 'cause I've had enough
I see it all, I see it now

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh

BCG_ID_12114_LF.txt[11/10/23, 10:59:01 AM]

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

WRITERS

Lukasz Gottwald, Max Martin, Bonnie Leigh McKee, Katy Perry, Henry Walter

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.

Lyrics
I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms
Let's make the most of the night like we're gonna die young
We're gonna die young
We're gonna die young
Let's make the most of the night like we're gonna die young


Let's make the most of the night like we're gonna die young


Young hearts, out our minds
Runnin' till we outta time
Wild childs, lookin' good
Livin' hard just like we should
Don't care whose watching when we tearing it up (you know)
That magic that we got nobody can touch (for sure)


Looking for some trouble tonight (yeah)
Take my hand, I'll show you the wild side
Like it's the last night of our lives (uh huh)
We'll keep dancing till we die


I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms
Let's make the most of the night like we're gonna die young
We're gonna die young
We're gonna die young
Let's make the most of the night like we're gonna die young


Let's make the most of the night like we're gonna die


Young hunks, taking shots
Stripping down to dirty socks
Music up, gettin' hot
Kiss me, give me all you've got
It's pretty obvious that you've got a crush (you know)
That magic in your pants, it's making me blush (for sure)


Looking for some trouble tonight (yeah)
Take my hand I'll show you the wild side
Like it's the last night of our lives (uh huh)
We'll keep dancing till we die (till we die)

BCG_ID_12116_LF.txt[11/10/23, 10:59:02 AM]

I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms,
Let's make the most of the night like we're gonna die young

I hear your heart beat to the beat of the drums
Oh, what a shame that you came here with someone
So while you're here in my arms
Let's make the most of the night like we're gonna die young
We're gonna die young
We're gonna die young
Let's make the most of the night like we're gonna die young

WRITERS

Lukasz Gottwald, Benjamin Levin, Nathaniel Joseph Ruess, Kesha Sebert, Henry Russell Walter

PUBLISHERS

Lyrics © Downtown Music Publishing, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

BCG_ID_12116_LF.txt[11/10/23, 10:59:02 AM]

Lyrics
Shine bright like a diamond
Shine bright like a diamond


Find light in the beautiful sea, I choose to be happy
You and I, you and I, we're like diamonds in the sky
You're a shooting star I see, a vision of ecstasy
When you hold me, I'm alive
We're like diamonds in the sky


I knew that we'd become one right away
Oh, right away
At first sight I felt the energy of sun rays
I saw the life inside your eyes


So shine bright tonight
You and I
We're beautiful like diamonds in the sky
Eye to eye
So alive
We're beautiful like diamonds in the sky


Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky


Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky


Palms rise to the universe, as we moonshine and molly
Feel the warmth, we'll never die
We're like diamonds in the sky


You're a shooting star I see, a vision of ecstasy
When you hold me, I'm alive
We're like diamonds in the sky
At first sight I felt the energy of sun rays
I saw the life inside your eyes


So shine bright
Tonight
You and I

BCG_ID_12117_LF.txt[11/10/23, 10:59:02 AM]

We're beautiful like diamonds in the sky
Eye to eye
So alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond

So shine bright
Tonight
You and I
We're beautiful like diamonds in the sky
Eye to eye
So alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond, oh yeah

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond

Shine bright like a diamond

WRITERS

Sia Furler, Mikkel Eriksen, Tor Hermansen, Benjamin Levine

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

Lyrics
I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two

Yeah, I, I know it's hard to remember
The people we used to be
It's even harder to picture
That you're not here next to me

You say it's too late to make it
But is it too late to try
And in our time that you wasted
All of our bridges burned down

I've wasted my nights
You turned out the lights
Now I'm paralyzed
Still stuck in that time
When we called it love
But even the sun sets in paradise

I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two

If Happy Ever Afters did exist
I would still be holding you like this
All those fairy tales are full of shit
One more fucking love song, I'll be sick

Oh, you turned your back on tomorrow
'Cause you forgot yesterday
I gave you my love to borrow
But you just gave it away

You can't expect me to be fine
I don't expect you to care
I know I've said it before
But all of our bridges burned down

I've wasted my nights
You turned out the lights

BCG_ID_12118_LF.txt[11/10/23, 10:59:02 AM]

Now I'm paralyzed
Still stuck in that time
When we called it love
But even the sun sets in paradise


I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two?


If Happy Ever Afters did exist
I would still be holding you like this
All those fairy tales are full of shit
One more fucking love song, I'll be sick
Now I'm at a payphone


Man, fuck that shit
I'll be out spending all this money
While you're sitting round wondering
Why it wasn't you who came up from nothing
Made it from the bottom
Now when you see me I'm stunting
And all of my cars start with a push of a button


Telling me the chances I blew up
Or whatever you call it
Switch the number to my phone
So you never could call it
Don't need my name on my show
You can tell it I'm ballin'


Swish, what a shame could have got picked
Had a really good game but you missed your last shot
So you talk about who you see at the top
Or what you could have saw but sad to say it's over for
Phantom pulled up valet open doors
Wished I'd go away, got what you was looking for
Now it's me who they want, so you can go and take
That little piece of shit with you


I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two


If Happy Ever Afters did exist
I would still be holding you like this

All those fairy tales are full of shit
One more fucking love song, I'll be sick
Now I'm at a payphone

WRITERS

Benjamin Levin, Adam Noah Levine, Ammar Malik, Daniel Omelio, Johan Karl Schuster, Cameron Jibril Thomaz

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.

BCG_ID_12118_LF.txt[11/10/23, 10:59:02 AM]

Lyrics
My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note
Make me your radio (yeah)
And turn me up when you feel low (turn it up a little bit)
This melody was meant for you (yeah, right there)
Just sing along to my stereo
(Gym Class Heroes, baby)


If I was just another dusty record on the shelf
Would you blow me off and play me like everybody else?
If I ask you to scratch my back, could you manage that?
Like ye-yeah, chicka, Travie, I can handle that
Furthermore, I apologize for any skipping tracks
It's just the last girl that played me left a couple cracks
I used to, used to, used to, used to, now I'm over that
'Cause holding grudges over love is ancient artifacts


If I could only find a note to make you understand
I'd sing it softly in your ear and grab you by the hand
Just keep me stuck inside your head like your favorite tune
And know my heart's a stereo that only plays for you


My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note (yeah, yeah, yeah, come on)
Make me your radio (uh-huh)
And turn me up when you feel low (turn it up)
This melody was meant for you
Just sing along to my stereo


Oh, oh, oh, oh
Oh, to my stereo
Oh, oh, oh
So sing along to my stereo
Let's go


If I was an old-school, fifty-pound boombox (remember them?)
Would you hold me on your shoulder, wherever you walk?
Would you turn my volume up in front of the cops? (Turn it up)
And crank it higher every time they told you to stop
And all I ask is that you don't get mad at me (mad at me)
When you have to purchase mad D batteries (batteries)
Appreciate every mixtape your friends make (friends make)
You never know, we come and go like on the interstate (never know)

BCG_ID_12120_LF.txt[11/10/23, 10:59:03 AM]

I think finally found a note to make you understand
If you can hit it, sing along and take me by the hand
Just keep me stuck inside your head like your favorite tune
And know my heart's a stereo that only plays for you

My heart's a stereo (yeah)
It beats for you, so listen close (listen)
Hear my thoughts in every note (oh, oh)
Make me your radio (come on)
And turn me up when you feel low (turn it up)
This melody was meant for you
Just sing along to my stereo (just sing along, like)

Oh, oh, oh, oh
Oh, to my stereo
Oh, oh, oh
So sing along to my stereo (sing along, sing along)

I only pray you'll never leave me behind (never leave me)
Because good music can be so hard to find (so hard to find)
I take your hand and pull it closer to mine (yeah)
Thought love was dead, but now you're changing my mind (yeah, yeah, come on, woo)

My heart's a stereo (yeah)
It beats for you, so listen close
Hear my thoughts in every note (oh, oh, oh)
Make me your radio (uh-huh)
And turn me up when you feel low (turn it up)
This melody was meant for you
Just sing along to my stereo

Oh, oh, oh, oh
Oh, to my stereo
Oh, oh, oh (it's your boy, Travie)
(Gym Class Heroes, baby)
So sing along to my stereo (yeah)

WRITERS

Eric Roberts, Travis L. McCoy, Brandon Lowry, Ammar Malik, Adam Noah Levine, Benjamin Joseph Levin, Daniel Thomas Omelio, Disashi Lumumba-Kasongo, Matthew McGinley

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, O/B/O DistroKid, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12120_LF.txt[11/10/23, 10:59:03 AM]

Lyrics
Oh
Oh


Just shoot for the stars if it feels right
And aim for my heart if you feel like it
Take me away and make it okay
I swear I'll behave


You wanted control so we waited
I put on a show now we're naked
You say I'm a kid, my ego is big
I don't give a shit
And it goes like this


Take me by the tongue and I'll know you
Uh, kiss me 'til you're drunk and I'll show you
All the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger


Uh, I don't need to try to control you
Uh, look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger


Baby it's hard when you feel like
You're broken and scarred
Nothing feels right, but when you're with me
I make you believe that I've got the key


Oh, so get in the car we can ride it
Wherever you want get inside it
And you want to steer, but I'm shifting gear
I'll take it from here
Oh yeah yeah, and it goes like this


Take me by the tongue and I'll know you
Uh, kiss me 'til you're drunk and I'll show you
All the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger (ooh)


Uh, I don't need to try to control you (oh yeah)

Uh, look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger (yeah)
I've got the moves like Jagger (yeah, yeah)

Uh, you want to know how to make me smile
Take control, own me just for the night
But if I share my secret
You're gonna have to keep it
Nobody else can see this, ah

So watch and learn
I won't show you twice
Head to toe, ooh baby, rub me right, yeah
But if I share my secret
You're gonna have to keep it
Nobody else can see this, eh, yeah yeah yeah

And it goes like this
Uh, kiss me 'til you're drunk and I'll show you (take me by the tongue)
Kiss me 'til you're drunk and I'll show you (eh, yeah)
All the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger (ah, yeah)

Uh, I don't need to try to control you (yeah, ooh)
Uh, look into my eyes and I'll own you (oh-oh)
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

WRITERS

Benjamin Joseph Levin, Adam Levine, Ammar Malik, Johan Karl Schuster

PUBLISHERS

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12121_LF.txt[11/10/23, 10:59:03 AM]

Lyrics
It's been said and done
Every beautiful thought's been already sung
And I guess right now, here's another one
So your melody will play on and on, with the best of 'em
You are beautiful, like a dream come alive, incredible
A centerfold miracle, lyrical
You saved my life again
And I want you to know, baby


I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hitting repeat-peat-peat-peat-peat-peat (oh)
I, I love you like a love song, baby (oh
I, I love you like a love song, baby (oh)
I, I love you like a love song, baby (oh)
And I keep hitting repeat-peat-peat-peat-peat-peat


Constantly, boy you played through my mind like a symphony
There's no way to describe what you do to me
You just do to me, what you do
And it feels like I've been rescued
I've been set free, I am hypnotized by your destiny
You are magical, lyrical, beautiful
You are, and I want you to know, baby


I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hitting repeat-peat-peat-peat-peat-peat (oh)
I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby (I love you, I love you, like a love song)
And I keep hitting repeat-peat-peat-peat-peat-peat


No one compares
You stand alone, to every record I own
Music to my heart that's what you are
A song that goes on and on


I, I love you like a love song, baby
I, I love you like a love song, baby (I love you, I love you)
I, I love you like a love song, baby (like a love song, like a love song)
And I keep hitting repeat-peat-peat-peat-peat-peat
I, I love you like a love song, baby (I love you, love song, baby)
I, I love you like a love song, baby (I love you, love song, baby)
I, I love you like a love song, baby (I love you, I love you)

BCG_ID_12122_LF.txt[11/10/23, 10:59:03 AM]

Like a love song

WRITERS

Adam Schmalholz, Antonina Armato, Timothy James

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12122_LF.txt[11/10/23, 10:59:03 AM]

Lyrics
Easy come, easy go, that's just how you live, oh
Take, take, take it all, but you never give
Shoulda known you was trouble from the first kiss
Had your eyes wide open
Why were they open? (Ooh-ooh)


Gave you all I had and you tossed it in the trash (ooh-ooh)
You tossed it in the trash, you did (ooh-ooh)
To give me all your love is all I ever ask
'Cause what you don't understand is


I'd catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah, yeah)
You know I'd do anything for ya (yeah, yeah, yeah)


Oh, oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for ya, baby
But you won't do the same


No, no, no, no-oh
Uh


Black, black, black and blue
Beat me 'til I'm numb
Tell the devil I said "Hey" when you get back to where you're from
Mad woman, bad woman
That's just what you are
Yeah, you'll smile in my face then rip the brakes out my car (ooh-ooh)


Gave you all I had and you tossed it in the trash (ooh-ooh)
You tossed it in the trash, yes, you did (ooh-ooh)
To give me all your love is all I ever ask
'Cause what you don't understand is


I'd catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah, yeah)
You know I'd do anything for ya (yeah, yeah, yeah)


Oh oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for ya, baby

BCG_ID_12124_LF.txt[11/10/23, 10:59:04 AM]

But you won't do the same


(No) if my body was on fire
(No) ooh, you'd watch me burn down in flames
(No) you said you loved me, you're a liar
'Cause you never, ever, ever did, baby


But darling, I'd still catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah, yeah)
You know I'd do anything for ya (yeah, yeah, yeah)


Ooh-ooh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for ya, baby
But you won't do the same
No, you won't do the same
You wouldn't do the same
Ooh, you'd never do the same
No, no, no, no-oh

WRITERS

Andrew Wyatt, Ari Levine, Brody Brown, Claude Kelly, Peter Gene Hernandez, Phillip Martin Lawrence

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.

Lyrics
There's a stranger in my bed
There's a pounding in my head
Glitter all over the room
Pink flamingos in the pool
I smell like a minibar
DJ's passed out in the yard
Barbies on the barbecue
This a hickey or a bruise?

Pictures of last night
Ended up online
I'm screwed
Oh well
It's a blacked out blur
But I'm pretty sure it ruled
Damn

Last Friday night
Yeah, we danced on tabletops
And we took too many shots
Think we kissed, but I forgot

Last Friday night
Yeah, we maxed our credit cards
And got kicked out of the bar
So we hit the boulevard

Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a mŽnage ˆ trois
Last Friday night
Yeah, I think we broke the law
Always say we're gonna stop-op
Oh whoa

This Friday night
Do it all again
This Friday night
Do it all again

Trying to connect the dots
Don't know what to tell my boss
Think the city towed my car
Chandelier is on the floor
Ripped my favorite party dress

BCG_ID_12125_LF.txt[11/10/23, 10:59:04 AM]

Warrant's out for my arrest
Think I need a ginger ale
That was such an epic fail

Pictures of last night
Ended up online
I'm screwed
Oh well
It's a blacked out blur
But I'm pretty sure it ruled
Damn

Last Friday night
Yeah, we danced on table tops
And we took too many shots
Think we kissed, but I forgot

Last Friday night
Yeah, we maxed our credits card
And got kicked out of the bar
So we hit the boulevards

Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a mŽnage ˆ trois
Last Friday night
Yeah, I think we broke the law
Always say we're gonna stop-op
Oh whoa

This Friday night
Do it all again (do it all again)
This Friday night
Do it all again (do it all again)
This Friday night

T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.

Last Friday night
Yeah, we danced on table tops
And we took too many shots

Think we kissed but I forgot

Last Friday night
Yeah, we maxed our credit cards
And got kicked out of the bar
So we hit the boulevard


Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a mŽnage ˆ trois


Last Friday night
Yeah, I think we broke the law
Always say we're gonna stop-op
Oh whoa
This Friday night
Do it all again

WRITERS

Bonnie Leigh McKee, Katy Perry, Lukasz Gottwald, Max Martin

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

Lyrics
Greetings loved ones
Let's take a journey


I know a place
Where the grass is really greener
Warm, wet n' wild
There must be something in the water
Sippin' gin and juice
Laying underneath the palm trees
(Undone)
The boys
Break their necks
Try'na to creep a little sneak peek
(At us)


You could travel the world
But nothing comes close
To the golden coast
Once you party with us
You'll be falling in love
Ooh oh ooh oh oh ooh


California girls
We're unforgettable
Daisy dukes
Bikinis on top
Sun-kissed skin
So hot
We'll melt your popsicle
Ooh oh ooh
Ooh oh ooh


California girls
We're undeniable
Fine, fresh, fierce
We got it on lock
West coast represent
Now put your hands up
Ooh oh ooh
Ooh oh ooh


Sex on the beach
We don't mind sand in our stilettos
We freak
In my jeep
Snoop doggy-dog on the stereo oh oh

BCG_ID_12126_LF.txt[11/10/23, 10:59:05 AM]

You could travel the world
But nothing comes close
To the golden coast
Once you party with us
You'll be falling in love
Ooh oh ooh ooh oh ooh


California girls
We're unforgettable
Daisy dukes
Bikinis on top
Sun-kissed skin
So hot
We'll melt your popsicle
Ooh oh ooh
Ooh oh ooh


California girls
We're undeniable
Fine, fresh, fierce
We got it on lock
West coast represent
Now put your hands up
Ooh oh ooh
Ooh oh ooh


Toned, tan
Fit and ready
Turn it up 'cause its gettin' heavy
Wild, wild west coast
These are the girls I love the most
I mean the ones
I mean like she's the one
Kiss her, touch her
Squeeze her buns
The girl's a freak
She drive a jeep
And live on the beach
I'm okay
I won't play
I love the bay
Just like I love L.A.
Venice Beach
And Palm Springs
Summertime is everything
Home boys
Bangin' out
All that ass
Hanging out
Bikinis, zucchinis, martinis

BCG_ID_12126_LF.txt[11/10/23, 10:59:05 AM]

No weenies
Just a king
And a queenie
Katy my lady
(Yeah)
And looky here baby
(Uh huh)
I'm all up on ya
'Cause you representing California (oh yeah)


California girls
We're unforgettable
Daisy dukes
Bikinis on top
Sun-kissed skin
So hot
We'll melt your popsicle
Ooh oh ooh
Ooh oh ooh


California girls
We're undeniable
Fine, fresh, fierce
We got it on lock
West coast represent (west coast, west coast)
Now put your hands up
Ooh oh ooh
Ooh oh ooh


(California, California)
California girls man
(California)
(California girls)

WRITERS

Lukasz Gottwald, Calvin Broadus, Mike E. Love, Brian Douglas Wilson, Max Martin, Katy Perry, Benjamin Levin, Bonnie McKee

PUBLISHERS

Lyrics © Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Warner Chappell Music, Inc.

Lyrics

Wake up in the mornin' feelin' like P Diddy (hey, what up girl?)
Grab my glasses, I'm out the door, I'm gonna hit this city (let's go)
Before I leave, brush my teeth with a bottle of Jack
'Cause when I leave for the night, I ain't comin' back

I'm talkin' pedicure on our toes, toes
Tryin' on all our clothes, clothes
Boys blowin' up our phones, phones
Drop-toppin', playin' our favorite CDs
Pullin' up to the parties
Tryna get a little bit tipsy

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

Ain't got a care in the world, but got plenty of beer
Ain't got no money in my pocket, but I'm already here
And now the dudes are linin' up 'cause they hear we got swagger
But we kick 'em to the curb unless they look like Mick Jagger

I'm talkin' 'bout everybody gettin' crunk, crunk
Boys try to touch my junk, junk
Gonna smack him if he gettin' too drunk, drunk
Now, now, we go until they kick us out, out
Or the police shut us down, down
Police shut us down, down
Po-po shut us down

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock

BCG_ID_12127_LF.txt[11/10/23, 10:59:05 AM]

But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
You got me now
You got that sound
Yeah, you got me
DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
Put your hands up
Put your hands up

Now, the party don't start 'til I walk in

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

WRITERS

Benjamin Joseph Levin, Lukasz Gottwald, Kesha Rose Sebert

BCG_ID_12127_LF.txt[11/10/23, 10:59:05 AM]

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12127_LF.txt[11/10/23, 10:59:05 AM]

Lyrics
Black dress with the tights underneath,
I got the breath of the last cigarette on my teeth,
And she's an actress (actress)
But she ain't got no need


She's got money from her parents in a trust fund back east
T-t-t-tongues always pressed to your cheeks
While my tongue is on the inside of some other girls teeth
T-tell your boyfriend if he says he's got beef
That I'm a vegetarian and I ain't fucking scared of him


She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)


Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me


She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)


Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me


X's on the back of your hands
Wash them in the bathroom to drink like the bands
And your set list (set list)
You stole off the stage


Had red and purple lipstick all over the page
Be-be-be-bruises cover your arms
Shaking in the fingers with the bottle in your palm
And the best is (best is)
No one knows who you are
Just another girl alone at the bar


She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)

BCG_ID_12128_LF.txt[11/10/23, 10:59:06 AM]

Don't trust a ho
Never trust a ho
Cause a hoe won't trust me


She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)


Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me


Shush girl shut your lips
Do the Helen Keller and talk with your hips
I said, Shush girl shut your lips
Do the Helen Keller and talk with your hips
I said, Shush girl shut your lips
Do the Helen Keller and talk with your hips


Whoa, whoa, whoa


She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)


Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me


She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)


Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me

WRITERS

BENNY BLANCO, SEAN FOREMAN, NATHANIEL MOTTE

PUBLISHERS

Lyrics © BMG Rights Management, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd., Warner Chappell Music, Inc.

BCG_ID_12128_LF.txt[11/10/23, 10:59:06 AM]

Lyrics
Ladies up in here tonight
No fighting
We got the refugees up in here (no fighting)
No fighting
Shakira, Shakira


I never really knew that she could dance like this (hey)
She make a man wants to speak Spanish
ÀC—mo se llama? (S'), bonita (s')
Mi casa, su casa (Shakira, Shakira)


Oh, baby, when you talk like that
You make a woman go mad
So be wise (s') and keep on (s')
Reading the signs of my body (uno, dos, tres, cuatro)


I'm on tonight
You know my hips don't lie (no fighting)
And I'm starting to feel it's right
All the attraction, the tension
Don't you see, baby, this is perfection?


Hey, girl, I can see your body moving
And it's driving me crazy
And I didn't have the slightest idea
Until I saw you dancing (yeah)
And when you walk up on the dance floor
Nobody cannot ignore the way you move your body, girl (just move)
And everything so unexpected, the way you right and left it
So you can keep on shaking it (let's go)


I never really knew that she could dance like this
She make a man wants to speak Spanish
ÀC—mo se llama? (S'), bonita (s')
Mi casa, su casa (Shakira, Shakira)


Oh, baby, when you talk like that
You make a woman go mad
So be wise (s') and keep on (s')
Reading the signs of my body (no fighting)


I'm on tonight
You know my hips don't lie (no fighting)
And I am starting to feel you, boy
Come on, let's go, real slow

BCG_ID_12129_LF.txt[11/10/23, 10:59:06 AM]

Don't you see, baby, as' es perfecto?
They know I am on tonight, my hips don't lie
And I'm starting to feel it's right
All the attraction, the tension
Don't you see, baby, this is perfection? (Shakira, Shakira)


Oh, boy, I can see your body moving
Half animal, half man
I don't, don't really know what I'm doing
But you seem to have a plan
My will and self-restraint
Have come to fail now, fail now
See, I am doing what I can, but I can't so you know
That's a bit too hard to explain (uno, dos, tres, cuatro)


Baila en la calle de noche (yeah)
Baila en la calle de d'a (let's go)
Baila en la calle de noche
Baila en la calle de d'a


I never really knew that she could dance like this
She make a man wants to speak Spanish
ÀC—mo se llama? (S'), bonita (s')
Mi casa, su casa (Shakira, Shakira)


Oh, baby, when you talk like that
You know you got me hypnotized
So be wise (s') and keep on (s')
Reading the signs of my body


Se–orita, feel the conga
Let me see you move like you come from Colombia


(Yeah, oh)
Yeah (ladies s') (yeah yeah)
(Hey, yeah)


ÁMira en Barranquilla se baila as', say it! (yeah)
En Barranquilla se baila as' (yeah)


Hey, brra


Yeah, she's so sexy, every man's fantasy
A refugee like me back with the Fugees from a third world country
I go back like when 'Pac carried crates for Humpty Humpty

BCG_ID_12129_LF.txt[11/10/23, 10:59:06 AM]

We leave the whole club dizzy
Why the CIA wanna watch us?
Colombians and Haitians
I ain't guilty, it's a musical transaction
Bo bop so bop, no more do we snatch ropes
Refugees run the seas 'cause we own our own boats (no fighting)


I'm on tonight, my hips don't lie
And I'm starting to feel you, boy
Come on, let's go, real slow
Baby, like this is perfecto (no fighting)


Oh, you know I'm on tonight, my hips don't lie
And I am starting to feel it's right
The attraction, the tension
Baby, like this is perfection


No fighting
No fighting

WRITERS

Shakira Mebarak, Wyclef Jean, Jerry Duplessis, Luis Diaz, Omar Alfanno, Latavia Parker

PUBLISHERS

Lyrics © LANFRANCO MUSIC, CONCORD MUSIC PUBLISHING LLC, Sony/ATV Music Publishing LLC,
Songtrust Ave

BCG_ID_12129_LF.txt[11/10/23, 10:59:06 AM]

Lyrics
I see trees of green
Red roses too
I see them bloom
For me and you
And I think to myself
What a wonderful world

I see skies of blue
And clouds of white
The bright blessed day
The dark sacred night
And I think to myself
What a wonderful world

The colors of the rainbow
So pretty in the sky
Are also on the faces
Of people going by
I see friends shaking hands
Saying, "How do you do?"
They're really saying
I love you

I hear babies cry
I watch them grow
They'll learn much more
Than I'll ever know
And I think to myself
What a wonderful world
Yes, I think to myself
What a wonderful world
Ooh, yes

WRITERS

George David Weiss, Robert Thiele

PUBLISHERS

Lyrics © Kanjian Music, BMG Rights Management, CONCORD MUSIC PUBLISHING LLC

Lyrics
Lying in my bed I hear the clock tick
And think of you
Caught up in circles
Confusion is nothing new
Flashback, warm nights
Almost left behind
Suitcases of memories
Time after

Sometimes you picture me
I'm walking too far ahead
You're calling to me, I can't hear
What you've said
Then you say, go slow
I fall behind
The second hand unwinds

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting
Time after time

After my picture fades and darkness has
Turned to gray
Watching through windows
You're wondering if I'm okay
Secrets stolen from deep inside
The drum beats out of time

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time

You said go slow
I fall behind
The second hand unwinds

If you're lost you can look and you will find me
Time after time

BCG_ID_12132_LF.txt[11/10/23, 10:59:07 AM]

If you fall I will catch you, I'll be waiting
Time after time


If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting


Time after time
Time after time
Time after time
Time after time
Time after time
Time after time
Time after time
Time after
Time

WRITERS

Robert Hyman, Cyndi Lauper

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.

BCG_ID_12132_LF.txt[11/10/23, 10:59:07 AM]

Lyrics
Another Saturday night that I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had someone to talk to
I'm in an awful way, dig this

I got in town a month ago
I seen a lotta girls since then
If I could meet 'em, I could get 'em
But as yet I haven't met 'em
That's why I'm in the shape I'm in

Another Saturday night that I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had someone to talk to
I'm in an awful way

Now, another fella told me
He had a sister who looked just fine
Instead of being my deliverance
She had a strange resemblance
To a cat named Frankenstein

Here, another Saturday night that I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had some chick to talk to
I'm in an awful way, yeah

Here it is, another weekend
I ain't got nobody
Man if I was back home, I'd be swingin'
Two chicks on my arm, aww yeah
Listen to me, huh

It's hard on a fella
When he don't know his way around
If I don't find me a honey
To help me spend my money
I'm gonna have to blow this town

Here it's another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had some chick to talk to
I'm in an awful, everybody sing

BCG_ID_12140_LF.txt[11/10/23, 10:59:07 AM]

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had someone to talk to
I'm in an awful, one more time

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had some chick to talk to
I'm in an awful, sounding mighty good
Another Saturday night

WRITERS

Sam Cooke

PUBLISHERS

Lyrics © Kanjian Music, Royalty Network, Abkco Music Inc.

BCG_ID_12140_LF.txt[11/10/23, 10:59:07 AM]

Lyrics
If you ever change your mind
About leaving, leaving me behind
(Oh) baby, bring it to me
Bring your sweet loving
Bring it on home to me
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)


I know I laughed when you left
But now I know I only hurt myself
(Oh) baby, bring it to me
Bring your sweet loving
Bring it on home to me
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)


I'll give you jewelry and money too
That ain't all, that ain't all I'll do for you
(Oh) baby, if you bring it to me
Bring your sweet loving
Bring it on home to me
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)


You know I'll always be your slave
'Til I'm buried, buried in my grave
Oh, honey bring it to me
Bring your sweet loving
Bring it on home to me
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)


One more thing
I tried to treat you right
But you stayed out, stayed out at night
But I forgive you, bring it to me
Bring your sweet loving
Bring it on home to me
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)

BCG_ID_12144_LF.txt[11/10/23, 10:59:07 AM]

Yeah (yeah)
Yeah (yeah)
Yeah (yeah)
Yeah (yeah)

WRITERS

Sam Cooke

PUBLISHERS

Lyrics © Kanjian Music, Abkco Music Inc.

BCG_ID_12144_LF.txt[11/10/23, 10:59:07 AM]

Lyrics
Gold Coast slave ship bound for cotton fields
Sold in the market down in New Orleans
Skydog slaver knows he's doin' all right
Hear him whip the women just around midnight

Brown sugar, how come you taste so good?
Brown sugar, just like a young girl should

Drums beatin' cold, English blood runs hot
Lady of the house wonderin' when it's gonna stop
House boy knows that he's doin' all right
You should have heard him just around midnight

Brown sugar, how come you taste so good, now?
Brown sugar, just like a young girl should (yeah)

Brown sugar, how come you dance so good, babe?
Brown sugar, just like a black girl should, yeah

And I bet your mama was a tent show queen
And all her boyfriends were sweet sixteen
I'm no school boy but I know what I like
You should have heard them just around midnight

Brown sugar, how come you taste so good, baby?
Brown sugar, just like a young girl should, yeah

I said, yeah, yeah, yeah, woo
How come you, how come you dance so good?
Yeah, yeah, yeah, woo
Just like a, just like a black girl should
Yeah, yeah, yeah, woo

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_12145_LF.txt[11/10/23, 10:59:08 AM]

Lyrics
Cupid draw back your bow
And let your arrow go
Straight to my lover's heart for me, for me

Cupid please hear my cry
And let your arrow fly
Straight to my lover's heart for me

Now I don't mean to bother you but I'm in distress
There's danger of me losing all of my happiness
For I love a girl who doesn't know I exist
And this you can fix, so

Cupid draw back your bow
And let your arrow go
Straight to my lover's heart for me
Nobody but me

Cupid please hear my cry
And let your arrow fly
Straight to my lover's heart for me

Now, Cupid if your arrow make a love storm for me
I promise I will love her until eternity
I know between the two of us her heart we can steal
Help me if you will, so

Cupid draw back your bow
And let your arrow go
Straight to my lover's heart for me
Nobody but me

Cupid please hear my cry
And let your arrow fly
Straight to my lover's heart for me

Now, Cupid, don't you hear me
Calling you? I need ya
Cupid help me, I need ya

WRITERS

Sam Cooke

BCG_ID_12151_LF.txt[11/10/23, 10:59:08 AM]

PUBLISHERS

Lyrics © Kanjian Music, Abkco Music Inc.

BCG_ID_12151_LF.txt[11/10/23, 10:59:08 AM]

Lyrics
Ooh, a storm is threatening
My very life today
If I don't get some shelter
Ooh yeah, I'm gonna fade away

War, children, it's just a shot away
It's just a shot away
War, children, it's just a shot away
It's just a shot away

Ooh, see the fire is sweepin'
Our very street today
Burns like a red coal carpet
Mad bull lost your way

War, children, it's just a shot away
It's just a shot away
War, children, it's just a shot away
It's just a shot away

Rape, murder
It's just a shot away
It's just a shot away

Rape, murder, yeah
It's just a shot away
It's just a shot away

Rape, murder
It's just a shot away
It's just a shot away, yeah

The floods is threatening
My very life today
Gimme, gimme shelter
Or I'm gonna fade away

War, children, it's just a shot away
It's just a shot away
It's just a shot away
It's just a shot away
It's just a shot away
I tell you love, sister, it's just a kiss away
It's just a kiss away

It's just a kiss away
It's just a kiss away
It's just a kiss away
Kiss away, kiss away

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_12159_LF.txt[11/10/23, 10:59:08 AM]

Lyrics
I met a gin-soaked, bar-room queen in Memphis
She tried to take me upstairs for a ride
She had to heave me right across her shoulder
'Cause I just can't seem to drink you off my mind


It's the honky tonk women
Gimme, gimme, gimme the honky tonk blues


I laid a divorcŽe in New York City
I had to put up some kind of a fight
The lady then she covered me with roses
She blew my nose and then she blew my mind


It's the honky tonk women
Gimme, gimme, gimme the honky tonk blues
It's the honky tonk women
Gimme, gimme, gimme the honky tonk blues


It's the honky tonk women
Gimme, gimme, gimme the honky tonk blues

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_12163_LF.txt[11/10/23, 10:59:09 AM]

Lyrics
Well, baby used to stay out all night long
She made me cry, she done me wrong
She hurt my eyes open, that's no lie
Tables turn and now her turn to cry


Because I used to love her, but it's all over now
Because I used to love her, but it's all over now


Well, she used to run around with every man in town
She spent all my money, playing her high class game
She put me out, it was a pity how I cried
Tables turn and now her turn to cry


Because I used to love her, but it's all over now
Because I used to love her, but it's all over now


Well, I used to wake in the morning, get my breakfast in bed
When I'd gotten worried she'd ease my aching head
But now she's here and there, with every man in town
Still trying to take me for that same old clown


Because I used to love her, but it's all over now
Because I used to love her, but it's all over now


Because I used to love her, but it's all over now

WRITERS

Bobby Womack, Shirley Womack

PUBLISHERS

Lyrics © Universal Music Publishing Group, Word Collections Publishing, Abkco Music Inc., Warner Chappell Music, Inc.

BCG_ID_12167_LF.txt[11/10/23, 10:59:09 AM]

Lyrics
I was born in a cross-fire hurricane
And I howled at the morning driving rain
But it's all right now, in fact, it's a gas
But it's all right, I'm Jumpin' Jack Flash
It's a gas, gas, gas

I was raised by a toothless, bearded hag
I was schooled with a strap right across my back
But it's all right now, in fact, it's a gas
But it's all right, I'm Jumpin' Jack Flash
It's a gas, gas, gas (ooh)

I was drowned, I was washed up and left for dead
I fell down to my feet and I saw they bled, yeah, yeah
I frowned at the crumbs of a crust of bread
Yeah, yeah, yeah

I was crowned with a spike right through my head, my, my, yeah
But it's all right now, in fact, it's a gas
But it's all right, I'm Jumpin' Jack Flash
It's a gas, gas, gas

Jumping Jack Flash, it's a gas
Jumping Jack Flash, it's a gas
Jumping Jack Flash, it's a gas
Jumping Jack Flash, it's a gas
Jumping Jack Flash, it's a gas
Jumping Jack Flash, it's a gas

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © TuneCore Inc., Royalty Network, Abkco Music Inc., Warner Chappell Music, Inc.

BCG_ID_12172_LF.txt[11/10/23, 10:59:09 AM]

Lyrics
When the wind blows and the rain feels cold
With a head full of snow
With a head full of snow
In the window there's a face you know
Don't the nights pass slow
Don't the nights pass slow

The sound of strangers sending nothing to my mind
Just another mad mad day on the road
I am just living to be lying by your side
But I'm just about a moonlight mile on down the road

Made a rag pile of my shiny clothes
Gonna warm my bones
Gonna warm my bones
I got silence on my radio
Let the air waves flow
Let the air waves flow

Oh I'm sleeping under strange strange skies
Just another mad mad day on the road
My dreams is fading down the railway line
I'm just about a moonlight mile down the road

I'm hiding sister and I'm dreaming
I'm riding down your moonlight mile
I'm hiding baby and I'm dreaming
I'm riding down your moonlight mile
I'm riding down you moonlight mile

Let it go now, come on up babe
Yeah, let it go now
Yeah, flow now baby
Yeah move on now yeah

Yeah, I'm coming home
'Cause, I'm just about a moonlight mile on down the road
Down the road, down the road

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

394

BCG_ID_12182_LF.txt[11/10/23, 10:59:09 AM]

Case 3:23-cv-01092   Document 49-7   Filed 11/16/23   Page 402 of 473 PageID #: 1862

BCG_ID_12182_LF.txt[11/10/23, 10:59:09 AM]

Lyrics
Let's drink to the hard working people
Let's drink to the lowly of birth
Raise your glass to the good and the evil
Let's drink to the salt of the earth

Say a prayer for the common foot soldier
Spare a thought for his back breaking work
Say a prayer for his wife and his children
Who burn the fires and who still till the earth

And when I search a faceless crowd
A swirling mass of gray and
Black and white
They don't look real to me
In fact, they look so strange

Raise your glass to the hard working people
Let's drink to the uncounted heads
Let's think of the wavering millions
Who need leaders but get gamblers instead

Spare a thought for the stay-at-home voter
His empty eyes gaze at strange beauty shows
And a parade of the gray suited grafters
A choice of cancer or polio

And when I look in the faceless crowd
A swirling mass of grays and
Black and white
They don't look real to me
Or don't they look so strange

Let's drink to the hard working people
Let's think of the lowly of birth
Spare a thought for the rag taggy people
Let's drink to the salt of the earth

Let's drink to the hard working people
Let's drink to the salt of the earth
Let's drink to the two thousand million
Let's think of the humble of birth

WRITERS

Keith Richards, Mick Jagger

BCG_ID_12191_LF.txt[11/10/23, 10:59:10 AM]

PUBLISHERS

Lyrics © Abkco Music Inc.

Lyrics
Saw you stretched out in Room ten oh nine
With a smile on your face and a tear right in your eye
Whoa, come see to get a line on you, my sweet honey love
Berber jewelry jangling down the street
Making bloodshot eyes at every woman that you meet
Could not seem to get high on you, my sweet honey love

May the good Lord shine a light on you
Make every song (you sing) your favorite tune
May the good Lord shine a light on you
Warm like the evening sun

When you're drunk in the elevator, with your clothes all torn
When your late night friends leave you in the cold gray dawn
Just seen too many flies on you, I just can't brush them off

Angels beating all their wings in time
With smiles on their faces and a gleam right in their eyes
Whoa, thought I heard one sigh for you
Come on up, come on up, now, come on up now

May the good Lord shine a light on you, yeah
Make every song you sing your favorite tune
May the good Lord shine a light on you, yeah
Warm like the evening sun

Come on up now, come on up now, come on up now, come on up, come on

May the good Lord shine a light on you
Make every song you sing your favorite tune
May the good Lord shine a light on you
Warm like the evening sun, yeah, yeah

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_12194_LF.txt[11/10/23, 10:59:10 AM]

Lyrics
Everywhere I hear the sound
Of marching, charging feet, boy
'Cause summer's here and the time is right
For fighting in the street, boy

Well, now what can a poor boy do
Except to sing for a rock and roll band?
'Cause in sleepy London Town
There's just no place for street fighting man, no

Hey, think the time is right
For a palace revolution
'Cause where I live the game to play
Is compromise solution

Well, now what can a poor boy do
Except to sing for a rock and roll band?
'Cause in sleepy London Town
There's just no place for street fighting man, no

Get down

Hey, said my name is called Disturbance
I'll shout and scream, I'll kill the king
I'll rail at all his servants

Well, now what can a poor boy do
Except to sing for a rock and roll band?
'Cause in sleepy London Town
There's just no place for street fighting man, no

Get down

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Songtrust Ave, Abkco Music Inc.

BCG_ID_12201_LF.txt[11/10/23, 10:59:10 AM]

Lyrics
Yow, yow
Yow
Mm-huh
Mm-uh


Please allow me to introduce myself
I'm a man of wealth and taste
I've been around for a long, long year
Stole many a man's soul and faith
And I was 'round when Jesus Christ
Had his moment of doubt and pain
Made damn sure that Pilate
Washed his hands and sealed his fate


Pleased to meet you
Hope you guess my name
But what's puzzling you
Is the nature of my game


Stuck around St. Petersburg
When I saw it was a time for a change
Killed the Czar and his ministers
Anastasia screamed in vain
I rode a tank, held a general's rank
When the Blitzkrieg raged and the bodies stank


Pleased to meet you
Hope you guess my name
Oh, yeah
Ah, what's puzzling you
Is the nature of my game
Oh, yeah


I watched with glee while your kings and queens
Fought for ten decades for the gods they made
I shouted out, "Who killed the Kennedys?"
Well, after all, it was you and me
Let me please introduce myself
I'm a man of wealth and taste
And I laid traps for troubadours
Who get killed before they reach Bombay


Pleased to meet you
Hope you guess my name
Oh, yeah
But what's puzzling you

BCG_ID_12204_LF.txt[11/10/23, 10:59:11 AM]

Is the nature of my game
Oh, yeah
A-get down, baby


Pleased to meet you
Hope you guess my name
Oh, yeah
But what's confusing you
Is just the nature of my game
Mm, yeah


Just as every cop is a criminal
And all the sinners saints
As heads is tails, just call me Lucifer
'Cause I'm in need of some restraint
So if you meet me, have some courtesy
Have some sympathy and some taste
Use all your well-learned politesse
Or I'll lay your soul to waste, mm, yeah


Pleased to meet you
Hope you guess my name
Mm, yeah
But what's puzzling you
Is the nature of my game
Mean it
Get down


Woo-hoo
Ah, yeah
Get on down
Oh, yeah
Mm
Bum, ba-bum, bum, bum, ba-bum
Ba-bum, bum, bum, ba-bum
Bum, ba-bum, bum, bum, ba-bum
Bum, dum, bum, bum, ba-dum, da
Yeah
Ah, yeah


Tell me, baby, what's my name?
Tell me, honey, can you guess my name?
Tell me, baby, what's my name?
I'll tell you one time, you're to blame
Ooh-hoo, ooh-hoo
Ooh-hoo, alright
Ooh-hoo-hoo, ooh-hoo-hoo
Ooh-hoo-hoo, ah, yeah
Ooh-hoo-hoo, ooh-hoo-hoo

BCG_ID_12204_LF.txt[11/10/23, 10:59:11 AM]

Ah yes, what's my name?
Tell me, baby, what's my name?
Tell me, sweetie, what's my name?


Ooh-hoo-hoo, ooh-hoo-hoo
Ooh-hoo-hoo, ooh-hoo-hoo
Ooh-hoo-hoo, ooh-hoo-hoo
Ooh-hoo-hoo, ah, yeah

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Kanjian Music, Abkco Music Inc.

BCG_ID_12204_LF.txt[11/10/23, 10:59:11 AM]

Lyrics
Ooh, ooh
Oh, oh, ooh
Oh, oh, sweet love, yeah

I didn't mean it when I said I didn't love you so
I shoulda held on tight, I never shoulda let you go
I didn't know nothing, I was stupid, I was foolish
I was lying to myself
I could not fathom that I would ever be without your love
Never imagined I'd be sitting here beside myself
'Cause I didn't know you, 'cause I didn't know me
But I thought I knew everything
I never felt

The feeling that I'm feeling
Now that I don't hear your voice
Or have your touch and kiss your lips
'Cause I don't have a choice
Oh, what I wouldn't give to have you lying by my side
Right here, 'cause, baby (we belong together)

When you left I lost a part of me (together)
It's still so hard to believe (come back, come back)
Come back, baby, please (come back, come back)
'Cause we belong together

Who else am I gon' lean on when times get rough?
Who's gonna talk to me on the phone 'til the sun comes up?
Who's gonna take your place? There ain't nobody better
Oh, baby, baby, we belong together

I can't sleep at night
When you are on my mind
Bobby Womack's on the radio
Singin' to me "If you think you're lonely now"
Wait a minute, this is too deep (too deep)
I gotta change the station
So I turn the dial, trying to catch a break
And then I hear Babyface
I only think of you
And it's breaking my heart
I'm trying to keep it together
But I'm falling apart
I'm feeling all out of my element
I'm throwing things, cryin'
Tryin' to figure out where the hell I went wrong
The pain reflected in this song

BCG_ID_12212_LF.txt[11/10/23, 10:59:11 AM]

Ain't even half of what I'm feeling inside
I need you, need you back in my life
Baby (my life, my life)


When you left I lost a part of me (together)
It's still so hard to believe (come back, come back)
Come back, baby, please (come back, come back)
'Cause we belong together


Who else am I gon' lean on when times get rough?
Who's gonna talk to me on the phone 'til the sun comes up?
Who's gonna take your place? There ain't nobody better
Oh, baby, baby, we belong together


Baby
When you left I lost a part of me (together)
It's still so hard to believe (come back, come back)
Come back, baby, please (come back, come back)
'Cause we belong together


Who am I gon' lean on when times get rough?
Who's gon' talk to me 'til the sun comes up?
Who's gon' take your place? There ain't nobody better
Oh, baby, baby, we belong together


(Who will?)
(Who will?)
(Who will?)
We belong together

WRITERS

Bobby Womack, Darnell Bristol, Jermaine Mauldin, Johnta Austin, Kenneth Edmonds, Manuel Seal, Mariah Carey, Patrick Moten, Sandra Sully, Sidney Johnson

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC, BALLADS BY DESIGN, Bluewater Music Corp., MISTER JOHNSON'S JAMS MUSIC, Abkco Music Inc., PFIVE Entertainment Mexico, WORDS & MUSIC A DIV OF BIG DEAL MUSIC LLC

BCG_ID_12212_LF.txt[11/10/23, 10:59:11 AM]

Lyrics
Childhood living
Is easy to do
The things you wanted
I bought them for you

Graceless lady
You know who I am
You know I can't let you
Slide through my hands

Wild horses
Couldn't drag me away
Wild, wild horses
Couldn't drag me away

I watched you suffer
A dull aching pain
Now you've decided
To show me the same

No sweeping exit
Or offstage lines
Could make me feel bitter
Or treat you unkind

Wild horses
Couldn't drag me away
Wild, wild horses
Couldn't drag me away

I know I've dreamed you
A sin and a lie
I have my freedom
But I don't have much time

Faith has been broken
Tears must be cried
Let's do some living
After we die

Wild horses
Couldn't drag me away
Wild, wild horses
We'll ride them some day

BCG_ID_12213_LF.txt[11/10/23, 10:59:11 AM]

Wild horses
Couldn't drag me away
Wild, wild horses
We'll ride them some day

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_12213_LF.txt[11/10/23, 10:59:11 AM]

Lyrics
I saw her today at the reception
A glass of wine in her hand
I knew she would meet her connection
At her feet was her footloose man

No, you can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometime you'll find
You get what you need

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes, well, you might find
You get what you need
Ah, yeah
Oh

And I went down to the demonstration
To get my fair share of abuse
Singing, "We're gonna vent our frustration
If we don't we're gonna blow a fifty-amp fuse"
Sing it to me, honey

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes, well, you just might find
You get what you need
Ah baby, yeah
Ah

I went down to the Chelsea drugstore
To get your prescription filled
I was standing in line with Mr. Jimmy
And, man, did he look pretty ill
We decided that we would have a soda
My favorite flavor, cherry red
I sung my song to Mr. Jimmy
Yeah, and he said one word to me, and that was "dead"

BCG_ID_12216_LF.txt[11/10/23, 10:59:12 AM]

I said to him


You can't always get what you want, well no
You can't always get what you want. I tell you, baby
You can't always get what you want, no
But if you try sometimes you just might find, uh, mm
You get what you need, oh yeah, woo!


Ah, woo!


You get what you need, yeah, oh baby
Ah yeah


I saw her today at the reception
In her glass was a bleeding man
She was practiced at the art of deception
Well, I could tell by her blood-stained hands, sing it


You can't always get what you want, yeah
You can't always get what you want, ooh yeah, child
You can't always get what you want
But if you try sometimes you just might find
You just might find
You get what you need, ah yeah
Ah baby, woo!


Ah, you can't always get what you want, no, no, baby
You can't always get what you want, you can't now, now
You can't always get what you want
But if you try sometimes you just might find
You just might find that you
You get what you need, oh yeah
Ah yeah, do that

WRITERS

Keith Richards, Mick Jagger

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_12216_LF.txt[11/10/23, 10:59:12 AM]

Lyrics
Baby, baby
I'm taken with the notion
To love you with the sweetest of devotion

Baby, baby
My tender love will flow from
The bluest sky to the deepest ocean

Stop for a minute
Baby, I'm so glad you're mine, yeah
You're mine

Baby, baby
The stars are shining for you
And just like me, I'm sure that they adore you

Baby, baby
Go walking through the forest
The birds above are singing you a chorus

Stop for a minute
Baby, they're so glad you're mine, oh yeah
And ever since the day you put my heart in motion
Baby, I realize that there's just no getting over you

Baby, baby
In any kind of weather
I'm here for you, always and forever

Baby, baby
No muscle man could sever
My love for you is true and it will never

Stop for a minute
Baby, I'm so glad you're mine
And ever since the day you put my heart in motion
Baby, I realize there's just no getting over you


And ever since the day you put my heart in motion
Baby, I realize that there's just no getting over you
Over you

BCG_ID_12323_LF.txt[11/10/23, 10:59:12 AM]

Baby, baby
Always and forever
Baby, I'm so glad that
Here for you, baby
So glad you're mine
Baby, I'm so glad that
When I think about you, it makes me smile
Baby, baby, be mine
Baby, I'm so glad that
Don't stop giving love
Don't stop, no
Baby, I'm so glad that you're mine
Baby, I'm so glad
Baby, I'm so glad that
When I think about you, it makes me smile

WRITERS

Amy Grant, Brian Thomas

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Kanjian Music, Capitol CMG Publishing, Kobalt Music Publishing Ltd., RESERVOIR MEDIA MANAGEMENT INC

Lyrics
The splendor of a King, clothed in majesty
Let all the Earth rejoice
All the Earth rejoice

He wraps himself in light
And darkness tries to hide
And trembles at His voice
Trembles at His voice

How great is our God, sing with me
How great is our God, and all will see
How great, how great is our God

Age to age He stands
And time is in His hands
Beginning and the end
Beginning and the end

The Godhead Three in One
Father Spirit Son
The Lion and the Lamb
The Lion and the Lamb

How great is our God, sing with me
How great is our God, and all will see
How great, how great is our God

Name above all names (how great is our God, sing with me)
Worthy of our praise (how great is our God, and all will see)
My heart will sing
How great is our God

You're the name above all names (how great is our God, sing with me)
You are worthy of our praise (how great is our God, and all will see)
And my heart will sing
How great is our God

How great is our God, sing with me
How great is our God, and all will see
How great, how great is our God

How great is our God, sing with me
How great is our God, and all will see

BCG_ID_12324_LF.txt[11/10/23, 10:59:12 AM]

How great, how great is our God

How great is our God, sing with me
How great is our God, and all will see
How great, how great is our God

WRITERS

Chris Tomlin, Ed Cash, Jesse Reeves

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12324_LF.txt[11/10/23, 10:59:12 AM]

Lyrics
There's a peace I've come to know
Though my heart and flesh may fail
There's an anchor for my soul
I can say "It is well"

Jesus has overcome
And the grave is overwhelmed
The victory is won
He is risen from the dead

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

There's a day that's drawing near
When this darkness breaks to light
And the shadows disappear
And my faith shall be my eyes

Jesus has overcome
And the grave is overwhelmed
The victory is won
He is risen from the dead

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

And I hear the voice of many angels sing,
"Worthy is the Lamb"
And I hear the cry of every longing heart,
"Worthy is the Lamb"

And I hear the voice of many angels sing,
"Worthy is the Lamb"
And I hear the cry of every longing heart,
"Worthy is the Lamb"

BCG_ID_12325_LF.txt[11/10/23, 10:59:13 AM]

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

WRITERS

CHRIS TOMLIN, JESSE REEVES, LOUIE GIGLIO, MATT MAHER

PUBLISHERS

Lyrics © Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_12325_LF.txt[11/10/23, 10:59:13 AM]

Lyrics
I love You, Lord
Oh, Your mercy never fails me
All my days, I've been held in Your hands
From the moment that I wake up
Until I lay my head
Oh, I will sing of the goodness of God


And all my life You have been faithful
And all my life You have been so, so good
With every breath that I am able
Oh, I will sing of the goodness of God


I love Your voice
You have led me through the fire
And in darkest night You are close like no other
I've known You as a Father
I've known You as a Friend
And I have lived in the goodness of God, yeah


And all my life You have been faithful, oh
And all my life You have been so, so good
With every breath that I am able
Oh, I will sing of the goodness of God, yeah


'Cause Your goodness is running after, it's running after me
Your goodness is running after, it's running after me
With my life laid down, I'm surrendered now
I give You everything
'Cause Your goodness is running after, it's running after me, oh-oh
'Cause Your goodness is running after, it's running after me
Your goodness is running after, it's running after me
With my life laid down, I'm surrendered now
I give You everything
'Cause Your goodness is running after, it keeps running after me


And all my life You have been faithful
And all my life You have been so, so good
With every breath that I am able
Oh, I'm gonna sing of the goodness of God
I'm gonna sing, I'm gonna sing
Oh, 'cause
'Cause all my life You have been faithful
And all my life You have been so, so good
With every breath that I am able
Oh, I'm gonna sing of the goodness of God
Oh, I'm gonna sing of the goodness of God

BCG_ID_12327_LF.txt[11/10/23, 10:59:13 AM]

We love You for that
One for all my days

WRITERS

Ben Fielding, Brian Johnson, Edward Martin Cash, Jason Ingram, Jenn Johnson

PUBLISHERS

Lyrics © Capitol CMG Publishing

BCG_ID_12327_LF.txt[11/10/23, 10:59:13 AM]

Lyrics
Worthy of every song we could ever sing
Worthy of all the praise we could ever bring
Worthy of every breath we could ever breathe
We live for You
Oh, we live for You


Jesus, the Name above every other name
Jesus, the only One who could ever save
Worthy of every breath we could ever breathe
We live for You
We live for You


Holy, there is no one like You, there is none beside You
Open up my eyes in wonder and
Show me who You are and fill me with Your heart
And lead me in Your love to those around me


Jesus, the name above every other name
Jesus, the only One who could ever save
You're worthy of every breath we could ever breathe
We live for You
Oh we live for You


Holy, there is no one like You, there is none beside You
Open up my eyes in wonder and
Show me who You are and fill me with Your heart
And lead me in Your love to those around me


And I will build my life upon Your love, it is a firm foundation
And I will put my trust in You alone and I will not be shaken
And I will build my life upon Your love, it is a firm foundation
And I will put my trust in You alone and I will not be shaken


Holy, there is no one like You, there is none beside You
Open up my eyes in wonder and
Show me who You are and fill me with Your heart
And lead me in Your love to those around me


I will build my life upon
In You alone

WRITERS

Brett Younker, Karl Andrew Martin, Kirby Kaple, Matt Redman, Pat Barrett

BCG_ID_12328_LF.txt[11/10/23, 10:59:14 AM]

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing, Sentric Music, BETHEL MUSIC PUBLISHING, Warner Chappell Music, Inc.

Lyrics
Bless the Lord oh my soul
Oh my soul
Worship His Holy name
Sing like never before
Oh my soul
I'll worship Your Holy name


The sun comes up
It's a new day dawning
It's time to sing Your song again
Whatever may pass
And whatever lies before me
Let me be singing
When the evening comes


Bless the Lord oh my soul
Oh my soul
Worship His Holy name
Sing like never before
Oh my soul
I'll worship Your Holy name


You're rich in love
And You're slow to anger
Your name is great
And Your heart is kind
For all Your goodness
I will keep on singing
Ten thousand reasons
For my heart to find


Bless the Lord oh my soul
Oh my soul
Worship His Holy name
Sing like never before
Oh my soul
I'll worship Your Holy name
Bless You Lord


And on that day
When my strength is failing
The end draws near
And my time has come
Still my soul will
Sing Your praise unending
Ten thousand years
And then forevermore

BCG_ID_12457_LF.txt[11/10/23, 10:59:14 AM]

Forevermore

Bless the Lord oh my soul
Oh my soul
Worship His Holy name
Sing like never before
Oh my soul
I'll worship Your Holy name

Bless the Lord oh my soul
Oh my soul
Worship His Holy name
Sing like never before
Oh my soul
I'll worship Your Holy name
Yes I'll worship Your Holy name
I'll worship Your Holy name

Sing like never before
Oh my soul
I'll worship Your Holy name
Jesus I will worship Your Holy name
Worship Your Holy name

WRITERS

Jonas Myrin, Matt Redman

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP

BCG_ID_12457_LF.txt[11/10/23, 10:59:14 AM]

Lyrics
Think of me when you're out, when you're out there
I'll beg you nice from my knees
And when the world treats you way too fairly
Well, it's a shame I'm a dream

All I wanted was you
All I wanted was you

I think I'll pace my apartment a few times
And fall asleep on the couch
And wake up early to black-and-white reruns
That escaped from my mouth (oh, oh)

All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you

I could follow you to the beginning
Just to relive the start
And maybe then we'd remember to slow down
At all of our favorite parts

All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you

WRITERS

Hayley Williams, Taylor York

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing, Warner Chappell Music, Inc.

Lyrics
My foes are many, they rise against me
But I will hold my ground
I will not fear the war, I will not fear the storm
My help is on the way, my help is on the way

Oh, my God, He will not delay
My refuge and strength always
I will not fear, His promise is true
My God will come through always, always

Troubles surround me, chaos abounding
My soul will rest in You
I will not fear the war, I will not fear the storm
My help is on the way, my help is on the way

Oh, my God, He will not delay
My refuge and strength always
I will not fear, His promise is true
My God will come through always, always

I lift my eyes up, my help comes from the Lord
I lift my eyes up, my help comes from the Lord
I lift my eyes up, my help comes from the Lord
I lift my eyes up, my help comes from the Lord
From You Lord, from You Lord

Oh, my God, He will not delay
My refuge and strength always
I will not fear, His promise is true
My God will come through always, always

Oh, my God, He will not delay
My refuge and strength always, always

WRITERS

Jon Bon Jovi

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_12464_LF.txt[11/10/23, 10:59:15 AM]

Lyrics
As the deer panteth for the water
So my soul longeth after Thee
You alone are my heart's desire
And I long to worship Thee

You alone are my strength, my shield
To You alone may my spirit yield
You alone are my heart's desire
And I long to worship Thee

As the deer panteth for the water
So my soul longeth after Thee
You alone are my heart's desire
And I long to worship Thee

You alone are my strength, my shield
To You alone may my spirit yield
You alone are my heart's desire
And I long to worship Thee

You're my friend
And You are my brother
Even though You are a King
I love You more than any other
So much more than anything

You alone are my strength, my shield
To You alone may my spirit yield
You alone are my heart's desire
And I long to worship Thee

WRITERS

Martin J. Nystrom

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_12467_LF.txt[11/10/23, 10:59:15 AM]

Lyrics
There's a place
Where mercy reigns
And never dies

There's a place
Where streams of grace
Flow deep and wide

Where all the love
I've ever found
Comes like a flood
Comes flowing down

At the cross, at the cross
I surrender my life
I'm in awe of You
I'm in awe of You
Where Your love ran red
And my sin washed white
I owe all to You
I owe all to You Jesus

There's a place
Where sin and shame
Are powerless
Where my heart
Has peace with God
And forgiveness
Where all the love
I've ever found
Comes like a flood
Comes flowing down

At the cross, at the cross
I surrender my life
I'm in awe of You
I'm in awe of You
Where Your love ran red
And my sin washed white
I owe all to You
I owe all to You

Here my hope is found
Here on holy ground
Here I bow down
Here I bow down

BCG_ID_12468_LF.txt[11/10/23, 10:59:15 AM]

Here arms open wide
Here You save my life
Here I bow down
Here I bow down


At the cross, at the cross
I surrender my life
I'm in awe of You
I'm in awe of You
Where Your love ran red
And my sin washed white
I owe all to You
I owe all to You


I owe all to You
I owe all to You
Jesus (oh)


(Savior of the world)
(Jesus) (Savior of the world)


Where Your love ran red
Your love ran red

WRITERS

Matt Armstrong, Ed Cash, Chris Tomlin, Matt Redman, Jonas Myrin

PUBLISHERS

Lyrics © Capitol CMG Publishing

BCG_ID_12468_LF.txt[11/10/23, 10:59:15 AM]

Lyrics
All this pain
I wonder if I'll ever find my way
I wonder if my life could really change, at all
All this earth
Could all that is lost ever be found?
Could a garden come out from this ground, at all?


You make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us


All around,
Hope is springing up from this old ground
Out of chaos life is being found, in you


You make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us
Oh, you make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us


You make me new,
You are making me new
You make me new,
You are making me new
(Making me new)


You make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us
Oh, you make beautiful things
You make beautiful things out of the dust
You make beautiful things
You make beautiful things out of us


You make me new,
You are making me new
You make me new,
You are making me new

WRITERS

866

LISA GUNGOR, MICHAEL GUNGOR

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, BMG Rights Management, Sony/ATV Music Publishing LLC, Capitol CMG Publishing

BCG_ID_12471_LF.txt[11/10/23, 10:59:15 AM]

Lyrics
Come out of sadness
From wherever you've been
Come broken hearted
Let rescue begin
Come find your mercy
Oh sinner come kneel
Earth has no sorrow
That heaven can't heal
Earth has no sorrow
That heaven can't heal


So lay down your burdens
Lay down your shame
All who are broken
Lift up your face
Oh wanderer come home
You're not too far
So lay down your hurt
Lay down your heart
Come as you are


There's hope for the hopeless
And all those who've strayed
Come sit at the table
Come taste the grace
There's rest for the weary
Rest that endures
Earth has no sorrow
That heaven can't cure


So lay down your burdens
Lay down your shame
All who are broken
Lift up your face
Oh wanderer come home
You're not too far
Lay down your hurt lay down your heart
Come as you are
Come as you are
Fall in his arms
Come as you are
There's joy for the morning
Oh sinner be still
Earth has no sorrow
That heaven can't heal
Earth has no sorrow
That heaven can't heal

BCG_ID_12486_LF.txt[11/10/23, 10:59:16 AM]

So lay down your burdens
Lay down your shame
All who are broken
Lift up your face
Oh wanderer come home
You're not too far
So lay down your hurt
Lay down your heart
Come as you are
Come as you are
Come as you are
Come as you are

WRITERS

David Crowder, Ben Glover, Matt Maher

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12486_LF.txt[11/10/23, 10:59:16 AM]

Lyrics
Welcome to the planet
Welcome to existence
Everyone's here
Everyone's here
Everybody's watching you now
Everybody waits for you now
What happens next?
What happens next?

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened before

Welcome to the fallout
Welcome to resistance
The tension is here
The tension is here
Between who you are and who you could be
Between how it is and how it should be
Yeah

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened before

Maybe redemption has stories to tell
Maybe forgiveness is right where you fell
Where can you run to escape from yourself?
Where you gonna go?
Where you gonna go?
Salvation is here

I dare you to move
I dare you to move
I dare you to lift yourself
To lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened

BCG_ID_12490_LF.txt[11/10/23, 10:59:16 AM]

Today never happened
Today never happened
Today never happened before

WRITERS

Jonathan Foreman

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, CONCORD MUSIC PUBLISHING LLC, Capitol CMG
Publishing, RESERVOIR MEDIA MANAGEMENT INC, Warner Chappell Music, Inc.

BCG_ID_12490_LF.txt[11/10/23, 10:59:16 AM]

Lyrics

Packing up the dreams God planted
In the fertile soil of you
Can't believe the hopes He's granted
Means a chapter in your life is through
But we'll keep you close as always
It won't even seem you've gone
'Cause our hearts in big and small ways
Will keep the love that keeps us strong

And friends are friends forever
If the Lord's the Lord of them
And a friend will not say never
'Cause the welcome will not end
Though it's hard to let you go
In the Father's hands we know
That a lifetime's not too long
To live as friends

With the faith and love God's given
Springing from the hope we know
We will pray the joy you'll live in
Is the strength that now you show
But we'll keep you close as always
It won't even seem you've gone
'Cause our hearts in big and small ways
Will keep the love that keeps us strong

And friends are friends forever
If the Lord's the Lord of them
And a friend will not say never
'Cause the welcome will not end
Though it's hard to let you go
In the Father's hands we know
That a lifetime's not too long
To live as friends

And friends are friends forever
If the Lord's the Lord of them
And a friend will not say never
'Cause the welcome will not end
Though it's hard to let you go
In the Father's hands we know
That a lifetime's not too long
To live as friends
No, a lifetime's not too long
To live as friends

WRITERS

BCG_ID_12502_LF.txt[11/10/23, 10:59:16 AM]

Deborah D. Smith, Michael Whitaker Smith

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, BMG Rights Management, Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_12502_LF.txt[11/10/23, 10:59:16 AM]

Lyrics
Lord of all creation
Of water, earth, and sky
The heavens are Your tabernacle
Glory to the Lord on High

God of wonders, beyond out galaxy
You are holy, holy
The universe declares Your majesty
You are holy, holy

Lord of heaven and earth
Lord of heaven and earth
Early in the morning
I will celebrate the light
And as I stumble through the darkness
I will call Your name by night

God of wonders, beyond out galaxy
You are holy, holy
The universe declares Your majesty
You are holy, holy

Lord of heaven and earth
Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
God of wonders, beyond out galaxy
You are holy, holy
Precious Lord, reveal Your heart to me
Father holy, holy
The universe declares Your majesty
You are holy, holy, holy, holy

Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Hallelujah to the Lord of heaven and earth
Lord of heaven and earth
Lord of heaven and earth

Early in the morning
I will celebrate the light
And as I stumble through the darkness

BCG_ID_12506_LF.txt[11/10/23, 10:59:17 AM]

I will call your name by night

God of wonders beyond our galaxy
You are holy, holy
The universe declares your majesty
You are holy, holy

Lord of heaven and earth
Lord of heaven and earth

Hallelujahs to the Lord of heaven and earth
Hallelujahs to the Lord of heaven and earth

God of wonders beyond our galaxy
You are holy, holy
Precious Lord reveal your heart to me
Father holy, holy

The universe declares your majesty
You are holy, holy, holy, holy

Hallelujahs to the Lord of heaven and earth
Hallelujahs to the Lord of heaven and earth
Hallelujahs to the Lord of heaven and earth
Hallelujahs to the Lord of heaven and earth
Halleluia

WRITERS

Marc Byrd, Steve Hindalong

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing, Integrity Music, Warner Chappell Music, Inc.

BCG_ID_12506_LF.txt[11/10/23, 10:59:17 AM]

Lyrics
I've heard a thousand stories of what they think you're like
But I've heard the tender whispers of love in the dead of night
And you tell me that you're pleased
And that I'm never alone

You're a good good father
It's who you are, it's who you are, it's who you are
And I'm loved by you
It's who I am, it's who I am, it's who I am

I've seen many searching for answers far and wide
But I know we're all searching
For answers only you provide
'Cause you know just what we need
Before we say a word

You're a good good father
It's who you are, it's who you are, it's who you are
And I'm loved by you
It's who I am, it's who I am, it's who I am

Because you are perfect in all of your ways
You are perfect in all of your ways
You are perfect in all of your ways to us

You are perfect in all of your ways
You are perfect in all of your ways
You are perfect in all of your ways to us

Oh, it's love so undeniable
I, I can hardly speak
Peace so unexplainable
I, I can hardly think
As you call me deeper still
As you call me deeper still
As you call me deeper still
Into love, love, love

You're a good good father
It's who you are, it's who you are, it's who you are
And I'm loved by you
It's who I am, it's who I am, it's who I am

You're a good good father

BCG_ID_12509_LF.txt[11/10/23, 10:59:17 AM]

It's who you are, it's who you are, it's who you are
And I'm loved by you
It's who I am, it's who I am, it's who I am
You're a good good father

It's who you are, it's who you are, it's who you are
And I'm loved by you
It's who I am, it's who I am, it's who I am
You're a good good father


You are perfect in all of your ways
It's who you are, it's who you are, it's who you are
And I'm loved by you
You are perfect in all of your ways
It's who I am, it's who I am, it's who I am

WRITERS

Anthony Brown, Pat Barrett

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

Lyrics
Great is the Lord
He is holy and just
By His power we trust
In His love
Great is the Lord
He is faithful and true
By His mercy He proves
He is love

Great is the Lord
And worthy of glory
Great is the Lord
And worthy of praise
Great is the Lord
Now lift up your voice
Now lift up your voice
Great is the Lord
Great is the Lord

Great is the Lord,
He is holy and just
By His power we trust
In His love
Great is the Lord
He is faithful, and true
By His mercy He proves
He is love

Great is the Lord
And worthy of glory
Great is the Lord
And worthy of praise
Great is the Lord
Now lift up your voice
Now lift up your voice
Great is the Lord
Great is the Lord

Great are you Lord
And worthy of glory
Great are you Lord
And worthy of praise
Great are you Lord
I lift up my voice
I lift up my voice
Great are you Lord
Great are you Lord

WRITERS

Y, ASAPH ALEXANDER WARD

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Universal Music Publishing Group, Capitol CMG Publishing

BCG_ID_12512_LF.txt[11/10/23, 10:59:18 AM]

Lyrics
He is exalted the King is exalted on High
I will praise You
He is exalted forever exalted
And I will praise His name
(chours)1x

He is exalted the King is exalted on High
I will praise Him
He is exalted forever exalted
And I will praise His name

chorus:
He is the Lord
Forever His truth shall reign
Heaven and Earth
Rejoice in His holy name
He is exalted the King is exalted on high

He is exalted the King is exalted on high

WRITERS

TWILA PARIS

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing, Integrity Music, Warner Chappell Music, Inc.

Lyrics
It's the song of the redeemed
Rising from the African plain
It's the song of the forgiven
Drowning out the Amazon rain

The song of Asian believers
Filled with God's holy fire
It's every tribe, every tongue, every nation
A love song born of a grateful choir

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns

Let it rise above the four winds
Caught up in the heavenly sound
Let praises echo from the towers of cathedrals
To the faithful gathered underground

Of all the songs sung from the dawn of creation
Some were meant to persist
Of all the bells rung from a thousand steeples
None rings truer than this

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns (He reigns)
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns (He reigns)

And all the powers of darkness
Tremble at what they've just heard
'Cause all the powers of darkness
Can't drown out a single word

When all God's children sing out
Glory, glory, hallelujah
He reigns, He reigns (He reigns)
All God's children sing out
Glory, glory, hallelujah
He reigns, He reigns (He reigns)


All God's people singing
Glory, glory, hallelujah (every child)
He reigns, He reigns (hallelujah, hallelujah)
It's all God's people singing
Glory, glory, hallelujah (every child)
He reigns, He reigns, yeah (hallelujah, hallelujah)


All singing
Glory, glory, hallelujah (every child)
Glory, glory, yeah (hallelujah, he reigns, hallelujah)
All singing
Glory, glory, hallelujah (every child)
He reigns (hallelujah, he reigns, hallelujah)


All God's people singing (you're my glory)
Glory, glory, hallelujah (you're my glory, you're my glory)
He reigns (hallelujah, he reigns, hallelujah)
All God's people singing
Glory, glory, hallelujah (you're my glory)
He reigns (hallelujah, he reigns, hallelujah)


All God's people singing
Glory, glory, hallelujah
He reigns, He reigns
All God's children singing
Glory, glory, hallelujah
He reigns

WRITERS

Peter Furler, Steve Taylor

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, BMG Rights Management, Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_12519_LF.txt[11/10/23, 10:59:18 AM]

Lyrics
Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true


Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true


'Cause I am found, I am Yours
I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free


Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true


'Cause I am found, I am Yours
I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free


'Cause You are strong, You are sure
You are life, You endure
You are good, always true
You are light breaking through


Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true


Here's my life Lord
Here's my life Lord
Here's my life Lord
Speak what is true
Speak what is true
Speak what is true


I am found, I am Yours
I am loved, I'm made pure

BCG_ID_12523_LF.txt[11/10/23, 10:59:19 AM]

I have life, I can breathe
I am healed, I am free

'Cause You are strong, You are sure
You are life, You endure
You are good, always true
You are light breaking through

You are more than enough
You are here, You are love
You are hope, You are grace
You're all I have, You're everything

Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true

Here's my life Lord
Here's my life Lord
Here's my life Lord
Speak what is true
Speak what is true
Speak what is true
Speak what is true

WRITERS

JASON INGRAM, CHRIS TOMLIN, LOUIE GIGLIO

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, ESSENTIAL MUSIC PUBLISHING, Capitol CMG Publishing,
Warner Chappell Music, Inc.

BCG_ID_12523_LF.txt[11/10/23, 10:59:19 AM]

Lyrics
When I walk through deep waters
I know that You will be with me
When I'm standing in the fire
I will not be overcome
Through the valley of the shadow
I will not fear

I am not alone
I am not alone
You will go before me
You will never leave me

I am not alone
I am not alone
You will go before me
You will never leave me

In the midst of deep sorrow
I see Your light is breaking through
The dark of night will not overtake me
I am pressing into You

Lord, You fight my every battle
Oh, and I will not fear

I am not alone
I am not alone
You will go before me
You will never leave me

I am not alone
I am not alone
You will go before me
You will never leave me

You amaze me
Redeem me
You call me as Your own
You amaze me
Redeem me
You call me as Your own

You're my strength
You're my defender

685
BCG_ID_12532_LF.txt[11/10/23, 10:59:19 AM]

You're my refuge in the storm
Through these trials
You've always been faithful
You bring healing to my soul


I am not alone
I am not alone
You will go before me
You will never leave me


I am not alone (no)
I am not alone
You will go before me
You will never leave me


I am not alone
I am not alone
You will go before me
You will never leave me

WRITERS

AUSTIN DAVIS, BEN DAVIS, DUSTIN SAUDER, GRANT PITTMAN, KARI JOBE, MARTY SAMPSON, MIA FIELDES

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, ESSENTIAL MUSIC PUBLISHING, Capitol CMG Publishing

Lyrics
I don't need a lot of things
I can get by with nothing
With all the blessings life can bring
I've always needed something
But I've got all I want
When it comes to loving you
You're my only reason
You're my only truth


I need you like water
Like breath, like rain
I need you like mercy
From heaven's gate
There's a freedom in your arms
That carries me through
I need you (dada, dada, da), ooh
Ooh


You're the hope that moves me
To courage again, oh yeah
You're the love that rescues me
When the cold winds rage
And it's so amazing
'Cause that's just how you are
And I can't turn back now
'Cause you've brought me too far


I need you like water
Like breath, like rain
I need you like mercy
From Heaven's gate
There's a freedom in your arms
That carries me through
I need you
Ooh, yes I do, oh


I need you like water
Like breath, like rain
I need you like mercy
From Heaven's gate
There's a freedom in your arms
That carries me through
I need you (dada, dada, da)
Oh, yes I do (dada, dada, da)
I need you (dada, dada, da)
Oh, ooh-ooh (dada, dada, da)
Ooh-ooh (dada, dada, da)
I need you, oh (dada, dada, da)

BCG_ID_12537_LF.txt[11/10/23, 10:59:19 AM]

(Dada, dada, da)
I need you (dada, dada, da)

WRITERS

Ty Kelly Lacy, Dennis Joseph Matkosky

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, BMG Rights Management, Sony/ATV Music Publishing LLC, Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_12537_LF.txt[11/10/23, 10:59:19 AM]

Lyrics
Tomorrow morning if you wake up,
And the sun does not appear
I, I will be here

If in the dark we lose sight of love,
Hold my hand, and have no fear
Cause I, I will be here

I will be here when you feel like being quiet
When you need to speak your mind,
I will listen and
I will be here when the laughter turns to cryin'
Through the winning, losing and tryin'
We'll be together 'cause I will be here

Tomorrow morning if you wake up,
And the future is unclear
I I will be here
As sure as seasons are made for change,
Our lifetime's are made for years
So, I I will be here

I will be here and you can cry on my shoulder,
When the mirror tells us we're older,
I will hold you and
I will be here to watch you grow in beauty
And tell you all the things you are to me
I will be here

I will be true to the promise I have made
To you and to the One who gave you to me

I I will be here

And just as sure as seasons are made for change
Our lifetime's are made for years
So, I I will be here we'll be together

I will be here

WRITERS

Steven Curtis Chapman

BCG_ID_12539_LF.txt[11/10/23, 10:59:20 AM]

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12539_LF.txt[11/10/23, 10:59:20 AM]

Lyrics
From the highest of heights to the depths of the sea
Creations revealing Your majesty
From the colors of fall to the fragrance of spring
Every creature unique in the song that it sings
All exclaiming

Indescribable, uncontainable,
You placed the stars in the sky and You know them by name.
You are amazing God
All powerful, untameable,
Awestruck we fall to our knees as we humbly proclaim
You are amazing God

Who has told every lightning bolt where it should go
Or seen heavenly storehouses laden with snow
Who imagined the sun and gives source to its light
Yet conceals it to bring us the coolness of night
None can fathom

Indescribable, uncontainable,
You placed the stars in the sky and You know them by name
You are amazing God
All powerful, untameable,
Awestruck we fall to our knees as we humbly proclaim
You are amazing God
You are amazing God

Indescribable, uncontainable,
You placed the stars in the sky and You know them by name.
You are amazing God
All powerful, untameable,
Awestruck we fall to our knees as we humbly proclaim
You are amazing God
Indescribable, uncontainable,
You placed the stars in the sky and You know them by name.
You are amazing God
Incomparable, unchangeable
You see the depths of my heart and You love me the same

You are amazing God
You are amazing God

WRITERS

Laura Story, Jesse Reeves

PUBLISHERS

BCG_ID_12547_LF.txt[11/10/23, 10:59:20 AM]

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12547_LF.txt[11/10/23, 10:59:20 AM]

Lyrics
He became sin, who knew no sin
That we might become His righteousness
He humbled himself and carried the cross
Love so amazing, love so amazing

Jesus Messiah, name above all names
Blessed redeemer, Emmanuel
The rescue for sinners, the ransom from Heaven
Jesus Messiah, Lord of all

His body the bread, his blood the wine
Broken and poured out all for love
The whole earth trembled, and the veil was torn
Love so amazing, love so amazing, yeah

Jesus Messiah, name above all names
Blessed redeemer, Emmanuel
The rescue for sinners, the ransom from Heaven
Jesus Messiah, Lord of all

All our hope is in You, all our hope is in You
All the glory to You, God, the light of the world

Jesus Messiah, name above all names
Blessed redeemer, Emmanuel
The rescue for sinners, the ransom from Heaven
Jesus Messiah, Lord of all

Jesus Messiah, Lord of all
You're the Lord of all
The Lord of all

WRITERS

Chris Tomlin, Daniel Carson, Ed Cash, Jesse Reeves

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12553_LF.txt[11/10/23, 10:59:20 AM]

Lyrics
Your only Son, no sin to hide
But You have sent Him from Your side
To walk upon this guilty sod
And to become the Lamb of God

Your gift of love, they crucified
They laughed and scorned Him as He died
The humble King, they named a fraud
And sacrificed the Lamb of God

Oh, Lamb of God, sweet Lamb of God
I love the holy Lamb of God
Oh, wash me in His precious blood
My Jesus Christ, the Lamb of God

I was so lost, I should have died
But You have brought me to Your side
To be led by Your staff and rod
And to be called a lamb of God

Oh, Lamb of God, sweet Lamb of God
I love the holy Lamb of God
Oh, wash me in His precious blood
My Jesus Christ, the Lamb of God

Oh, wash me in His precious blood
My Jesus Christ, the Lamb of God


WRITERS

DAVID MULLEN, DAVID A. MULLEN, NICOLE C. MULLEN, NICOLE COLEMAN MULLEN

PUBLISHERS

Lyrics © BMG Rights Management, CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.

BCG_ID_12558_LF.txt[11/10/23, 10:59:21 AM]

Lyrics
It's like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Let you down
All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
L-l-let you down

Yeah, I guess I'm a disappointment
Doing everything I can, I don't wanna make you disappointed
It's annoying
I just wanna make you feel like everything I ever did wasn't ever tryna make an issue for you
But, I guess the more you
Thought about everything, you were never even wrong in the first place, right?
Yeah, I'ma just ignore you
Walking towards you, with my head down, lookin' at the ground, I'm embarrassed for you
Paranoia, what did I do wrong this time? That's parents for you
Very loyal?
Shoulda had my back, but you put a knife in it, my hands are full
What else should I carry for you?
I cared for you, but

It's like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
L-l-let you down
All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
L-l-let you down

Yeah, you don't wanna make this work
You just wanna make this worse
Want me to listen to you
But you don't ever hear my words
You don't wanna know my hurt, yet
Let me guess you want an apology, probably
How can we keep going at a rate like this?
We can't, so I guess I'ma have to leave
Please don't come after me
I just wanna be alone right now, I don't really wanna think at all
Go ahead, just drink it off
Both know you're gonna call tomorrow like nothing's wrong
Ain't that what you always do?
I feel like every time I talk to you, you're in an awful mood
What else can I offer you?
There's nothing left right now, I gave it all to you

BCG_ID_12565_LF.txt[11/10/23, 10:59:21 AM]

It's like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
L-l-let you down
All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
L-l-let you down


Yeah, don't talk down to me
That's not gonna work now
Packed all my clothes and I moved out
I don't even wanna go to your house
Everytime I sit on that couch
I feel like you lecture me
Eventually, I bet that we
Could have made this work and probably woulda figured things out
But I guess that I'm a letdown
But it's cool, I checked out
Oh, you wanna be friends now?
Okay, let's put my fake face on and pretend now
Sit around and talk about the good times
That didn't even happen
I mean, why are you laughing?
Must have missed that joke
Let me see if I can find a reaction
No, but at least you're happy


Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Oh, I let you down
All these voices in my head get loud
And I wish that I could shut them out
I'm sorry that I let you down
Oh, let you down


I'm sorry
I'm so sorry now
I'm sorry
That I let you down

WRITERS

Tommee Profitt, Nate Feuerstein

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12565_LF.txt[11/10/23, 10:59:21 AM]

Lyrics
Lord, I come, I confess
Bowing here I find my rest
Without You I fall apart
You're the One that guides my heart

Lord, I need You, oh, I need You
Every hour I need You
My one defense, my righteousness
Oh God, how I need You

Where sin runs deep Your grace is more
Where grace is found is where You are
Where You are, Lord, I am free
Holiness is Christ in me

Lord, I need You, oh, I need You
Every hour I need You
My one defense, my righteousness
Oh God, how I need You

So teach my song to rise to You
When temptation comes my way
When I cannot stand I'll fall on You
Jesus, You're my hope and stay

Lord, I need You, oh, I need You
Every hour I need You
My one defense, my righteousness
Oh God, how I need You

You're my one defense, my righteousness
Oh God, how I need You
My one defense, my righteousness
Oh God, how I need You

WRITERS

Christy Nockels, Daniel Carson, Jesse Reeves, Kristian Stanfill, Matt Maher

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12571_LF.txt[11/10/23, 10:59:21 AM]

Lyrics
Fumbling his confidence
And wondering why the world has passed him by
Hoping that he's bent for more than arguments,
And failed attempts to fly, fly

We were meant to live for so much more
Have we lost ourselves?
Somewhere we live inside
Somewhere we live inside
We were meant to live for so much more
Have we lost ourselves?
Somewhere we live inside

Dreaming about Providence
And whether mice or men have second tries
Maybe we've been livin' with our eyes half open
Maybe we're bent and broken, broken

We were meant to live for so much more
Have we lost ourselves?
Somewhere we live inside
Somewhere we live inside
We were meant to live for so much more
Have we lost ourselves?
Somewhere we live inside

We want more than this world's got to offer
We want more than this world's got to offer
We want more than the wars of our fathers
And everything inside screams for second life

We were meant to live for so much more
Have we lost ourselves?
We were meant to live for so much more
Have we lost ourselves?
We were meant to live for so much more
Have we lost ourselves?
We were meant to live
We were meant to live

WRITERS

Jonathan Foreman, Tim Foreman

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, CONCORD MUSIC PUBLISHING LLC, Capitol CMG

BCG_ID_12574_LF.txt[11/10/23, 10:59:21 AM]

Publishing, RESERVOIR MEDIA MANAGEMENT INC

BCG_ID_12574_LF.txt[11/10/23, 10:59:21 AM]

Lyrics
There's a song that's inside of my soul
It's the one that I've tried to write over and over again
I'm awake in the infinite cold
But you sing to me over and over again

So I lay my head back down
And I lift my hands and pray
To be only yours
I pray to be only yours
I know now your my only hope

Sing to me the song of the stars
Of your galaxy dancing and laughing and laughing again
When it feels like my dreams are so far
Sing to me of the plans that you have for me over again

And I lay my head back down
And I lift my hands and pray
To be only yours
I pray to be only yours
I know now your my only hope

I give you my destiny
I'm giving you all of me
I want your symphony
Singing in all that I am
At the top of my lungs
I'm giving it back

So I lay my head back down
And I lift my hands and pray
To be only yours
I pray to be only yours
I pray to be only yours
I know now your my only hope

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, CONCORD MUSIC PUBLISHING LLC, RESERVOIR MEDIA MANAGEMENT INC

Lyrics
Water You turned into wine
Opened the eyes of the blind
There's no one like You
None like You
Into the darkness You shine
Out of the ashes we rise
There's no one like You
None like You


Our God is greater, our God is stronger
God, You are higher than any other
Our God is healer, awesome in power
Our God, our God


Into the darkness you shine
Out of the ashes we rise
There's no one like You
None like You


Our God is greater, our God is stronger
God, You are higher than any other
Our God is healer, awesome in power
Our God, our God
Our God is greater, our God is stronger
God, You are higher than any other
Our God is healer, awesome in power
Our God, our God


And if our God is for us, then who could ever stop us?
And if our God is with us, then what can stand against?
And if Our God is for us, then who could ever stop us
And if our God is with us, then what can stand against?
Then what could stand against?


Our God is greater, our God is stronger
God, You are higher than any other
Our God is healer, awesome in power
Our God, our God
Our God is greater, our God is stronger
God, You are higher than any other
Our God is healer, awesome in power
Our God, our God


And if our God is for us, then who could ever stop us?
And if our God is with us, then what can stand against?
And if Our God is for us, then who could ever stop us

BCG_ID_12595_LF.txt[11/10/23, 10:59:22 AM]

And if our God is with us, then what can stand against?
What could stand against?
What can stand against? (what could stand)

WRITERS

Chris Tomlin, Jesse Reeves, Jonas Myrin, Matt Redman

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12595_LF.txt[11/10/23, 10:59:22 AM]

Lyrics
Everyday they pass me by
I can see it in their eyes
Empty people filled with care
Headed who knows where

On they go through private pain
Living fear to fear
Laughter hides their silent cries
Only Jesus hears

People need the Lord, people need the Lord
At the end of broken dreams, He's the open door
People need the Lord, people need the Lord
When will we realize people need the Lord?

We are called to take His light
To a world where wrong seems right
What could be too great a cost
For sharing life with one who's lost?

Through His love our hearts can feel
All the grief they bear
They must hear the words of life
Only we can share

People need the Lord, people need the Lord
At the end of broken dreams, He's the open door
People need the Lord, people need the Lord
When will we realize that we must give our lives?
For people need the Lord, people need the Lord


WRITERS

GREG NELSON, PHILL MCHUGH

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing

BCG_ID_12603_LF.txt[11/10/23, 10:59:22 AM]

Lyrics
You hear me when I call
You are my morning song
Though darkness fills the night
It cannot hide the light

Whom shall I fear

You crush the enemy
Underneath my feet
You are my sword and shield
Though troubles linger still

Whom shall I fear

I know who goes before me
I know who stands behind

The God of angel armies
Is always by my side

The one who reigns forever
He is a friend of mine

The God of angel armies
Is always by my side

My strength is in your name
For you alone can save
You will deliver me
Yours is the victory

Whom shall I fear
Whom shall I fear

I know who goes before me
I know who stands behind

The God of angel armies
Is always by my side

BCG_ID_12642_LF.txt[11/10/23, 10:59:23 AM]

The one who reigns forever
He is a friend of mine

The God of angel armies
Is always by my side

And nothing formed against me shall stand
You hold the whole world in your hands
I'm holding on to your promises

You are faithful
You are faithful

Nothing formed against me shall stand
You hold the whole world in your hands
I'm holding on to your promises

You are faithful
You are faithful
You are faithful

I know who goes before me
I know who stands behind

The God of angel armies
Is always by my side

The one who reigns forever
He is a friend of mine

The God of angel armies
Is always by my side

I know who goes before me
I know who stands behind

The God of angel armies
Is always by my side

The one who reigns forever
He is a friend of mine

BCG_ID_12642_LF.txt[11/10/23, 10:59:23 AM]

The God of angel armies
Is always by my side

The God of angel armies
Is always by my side

WRITERS

Chris Tomlin, Ed Cash, Scott Cash

PUBLISHERS

Lyrics © CAPITOL CHRISTIAN MUSIC GROUP, Capitol CMG Publishing