**Robert A. Leonard, Ph.D., Linguist**
**Forensic Expert Witness in Linguistics and Language**
**Hofstra University Professor of Linguistics**
**Director, Institute for Forensic Linguistics, Threat Assessment and Strategic Analysis**
**and Forensic Linguistics Capital Case Innocence Project**
**Director, Graduate Program in Linguistics: Forensic Linguistics**
tel.: (516) 477-3834  email: rlforensics@outlook.com
www.robertleonardassociates.com
http://www.hofstra.edu/academics/colleges/hclas/cll/linguistics/ma-forensic-linguistics/

October 2023

**Contents:**

| | |
|---|---|
| EXPERT WITNESS | PROFESSIONAL EVALUATION PANELS |
| EDUCATION | INVITED AND REFEREED PRESENTATIONS— |
| OTHER TRAINING | LINGUISTICS and SEMIOTICS |
| ACADEMIC FELLOWSHIPS, AWARDS | PRESENTATIONS –COMMUNICATION ACROSS |
| FOREIGN LANGUAGES | CULTURES |
| LINGUISTIC CONSULTING | PRESENTATIONS –INTERNATIONAL EDUCATION |
| MEDIA | PROFESSIONAL ORGANIZATIONS |
| ACADEMIC EXPERIENCE | BUSINESS-RELATED EXPERIENCE |
| EDITORSHIPS | COURSES DEVELOPED AT HOFSTRA |
| PUBLICATIONS | UNIVERSITY—Undergraduate; Graduate |

## EXPERT WITNESS IN LINGUISTICS AND LANGUAGE

Qualified as an Expert in Linguistics, under Frye and under Daubert some 30 times in 15 States and 10 Federal Districts: in State Courts in Arkansas, Arizona, California, Colorado, Florida, Illinois, Indiana, Michigan, Montana, New Jersey, New York, Nevada, Oregon, Pennsylvania, and South Carolina, and in U.S. District Courts in Newark, NJ (twice), Austin, TX, Miami, FL, New York, NY, San Jose, CA, Tampa, FL, Denver, CO, New Orleans, LA, Savannah, GA, and Wilmington, DE. Testified as a linguistic expert before World Bank ICSID Tribunals in Washington, DC, and Paris.

## EDUCATION

**Columbia University**, New York, NY
       Columbia Graduate School of Arts and Sciences
       (Faculty Fellow, Fulbright Fellow)       Ph.D. 1982  (Linguistics)
                                          M. Phil. 1973  (Linguistics)
                                          M.A. 1973  (Linguistics)
       Columbia College                B.A. 1970 *with honors* (Sociology)
**University of Nairobi**, Kenya (during Fulbright Fellowship tenure)
       Institute of African Studies        Research Associate 1974-75

## ACADEMIC FELLOWSHIPS, HONORS (and see Academic Experience, below)

Graduate:           Fulbright Fellowship for Ph.D. Research 1973-74
                   Faculty Fellow of Columbia University 1970-73
                   National Defense Foreign Language Fellowship 1970-73
Undergraduate:     Phi Beta Kappa 1970
                   Gutmann Prize for Excellence in Humanities 1967

## FOREIGN LANGUAGES

Speak and Read:      Swahili (several varieties), French, Spanish
Reading Knowledge:    Italian
Structural Knowledge:   Giriama, Kamba, Rabai, Pokomo (Kenya); Shona (Zimbabwe); Thai, Arabic

## LINGUISTIC CONSULTING

       FBI Behavioral Analysis Unit-1 (BAU-1, Counterterrorism and Threat Assessment)
       Prime Minister of Canada
       Office of the Director of National Intelligence -- Senior Consultant, IARPA "Linguistic
           Fingerprint" project (IARPA, "Intelligence Advanced Research Projects, invests

in high-risk, high-reward research to achieve an overwhelming intelligence advantage for the Nation. Drives groundbreaking research and development in support of our future strategies, enhances innovation across the breadth of Intelligence Community (IC) activities, and allows the IC to take advantage of cutting-edge technology, resulting in critical advances that propel the IC forward."

NYPD Hate Crimes Task Force
US Air Force
New Jersey Office of Attorney General, Criminal Prosecution
New York State Police Protective Services Unit, Intelligence Section
United States Attorney's Office,    Eastern District of NY
    Southern District of California
    District of Montana
    District of Minnesota
    Eastern District of Missouri
    Western District of Texas
Pennsylvania State Police Criminal Investigation Assessment Unit
ABC-TV News Investigative Division
Apple, Inc.
Member, Capital Case Oversight Committee Jury Instruction Workgroup for the State of Arizona
Facebook, Inc.
State Court System of New Jersey
In US, UK, Canada, and Europe, many other agencies and firms, including:
    Criminal profiling, intelligence, and counterterrorism units
    Municipal and national police forces, private sector intelligence agencies
    Prosecutors, defense counsels, civil law firms

## OTHER LINGUISTIC TRAINING

| | |
|---|---|
| Linguistic Society Institutes: | Advanced Linguistic Training |
|     University of Hawaii, Honolulu | Summer 1977 |
|     University of Michigan, Ann Arbor | Summer 1973 |
| American University Alumni Association | Thai Language |
|     Bangkok, Thailand | Summer 1976 |

## PHD THESIS ADVISING
Columbia University Computer Science Department
Aston University (UK) Linguistics Department
University of California, San Diego Linguistics Department

## MEDIA
**Interviews** on issues of linguistics and forensic linguistics include:

| | |
|---|---|
| *New York Times* | *Associated Press* |
| *The New Yorker* Magazine | WCBS and WINS Newsradios |
| *Wall Street Journal* | *USA Today* |
| *Smithsonian* Magazine | *Washington Times* |
| ABC *Nightline* | *Danmarks Radio* |
| WABC-TV news | *Freakonomics' Tell Me Something I Don't Know* |
| *Newsday* | *Profil* Newsmagazine, Austria |
| *New York Daily News* | *Washington Post* |

Interviews have additionally appeared in *Dallas Morning News, Mainichi Daily News* (Japan), *New York Law Journal, NBC, MSNBC, CNN, Insider,* and many others

The *New Yorker* article is at http://www.newyorker.com/magazine/2012/07/23/words-on-trial

*Wikipedia* bio is at http://en.wikipedia.org/wiki/Robert_A._Leonard

Other news articles include:

The *New York Times* - New York Today: "Hold the Ziti"
https://www.nytimes.com/2018/02/06/nyregion/new-york-today-hold-the-ziti html

http://www.smithsonianmag.com/ist/?next=/science-nature/how-did-computers-uncover-jk-rowlings-pseudonym-180949824/

"Forensic Linguistics Makes Web Less Anonymous"
http://www.cbsnews.com/news/forensic-linguistics-makes-web-less-anonymous/

"Holmes & Watson Amid the Apostrophes" Chronicle of Higher Education, By Lucy Ferriss
http://chronicle.com/blogs/linguafranca/2012/07/30/holmes-watson-amid-the-apostrophes/

**Television Shows:**
Featured prominently in *A Tight Leash*, an episode of *Forensic Files/Medical Detectives*, and *Investigation Discovery's Solved*, about the Hummert murder case tried in 2006;
*A Tight Leash* full episode:  https://www.youtube.com/watch?v=ozRSg2VLOH0&t=7s

"Facebook Murders" case: *Too Pretty to Live: The Catfishing Murders of East Tennessee* on Investigation Discovery 2016. Full show: https://www.vudu.com/content/movies/details/Too-Pretty-to-Live-Too-Pretty-to-Live/752285

**Short clips**:

https://www.youtube.com/watch?v=acHg0L5ky30 is a 4:24 video clip discussing forensic linguistics for Investigation Discovery Channel

https://www facebook.com/watch/?v=1771560176438099 is a 2:06 clip from MTV's  2016 series *Uncovering the Truth*: Byron Case and Michael Politte exoneration cases.

https://www hofstra.edu/academics/colleges/hclas/cll/linguistics/ma-forensic-linguistics/index.html
 is a 4:14 clip discussing the graduate program and forensic linguistics in general

**Recent interview:** https://podcasts.apple.com/us/podcast/subtitle/id1482805610  Funded by the National Endowment for the Humanities and the Linguistic Society of America

**Other Podcasts:**

Behavioral Grooves | Rob Leonard's Love of Language

https://podcasts.apple.com/us/podcast/helping-solve-an-infamous-pennsylvania-murder-as/id1604942951?i=1000586919976

**Sample Presentations:**
"The Groundbreaking Science of Forensic Linguistics: Solving Crimes by Analyzing Language" At the Third Annual World Polyglot Conference, New York City, October 2015. (48:49)
https://www.youtube.com/watch?v=-01uO3uTrgk&t=1225s

"MetroLex II: Lexicography, Language, and the Law" "Rob Leonard's Ph.D in semantics and sociolinguistics from Columbia University included lexicography, taught by Allen Walker Read, one of his favorite professors, but with whom he clashed, for example, on the socio-cultural import of dictionaries' treatment of taboo terms. He continued to collaborate on projects with Read for years afterwards. As a forensic linguist, Rob has had many opportunities to put into practice the principles and techniques taught to him by Read."
> Held at the New York City offices of Oxford University Press, and organized by the Dictionary Society of North America (DSNA) in partnership with other organizations in the NYC area. (28:59)

https://www.youtube.com/watch?v=N4en5cpTBF4

"Forensic linguistics in the cause of justice: The Forensic Linguistics Capital Case Innocence Project" Keynote (1 hour) Presented to the Forum on Language and the Law: Non-Native Speakers of English in the Legal System -- a dialog between linguistics experts and stakeholders, Department of Linguistics, **University of Utah**, April 2018. https://linguistics.utah.edu/languageandlaw/; clips at http://www.kaltura.com/index.php/extwidget/preview/partner_id/670542/uiconf_id/36005582/embed/auto? &flashvars[streamerType]=auto&flashvars[playlistAPI kpl0Id]=0_5t3qoj86

**Sample interview:**
Vanderbilt Law School blog https://www.excitedutterancepodcast.com/listen/2018/2/19/46-robert-leonard

**Sample Article:**
http://www.hofstralawreview.org/wp-content/uploads/2017/06/BB.5.Leonard-et-al.NEW_.pdf

**Regarding performing at Woodstock:**
https://theworld.org/programs/studio-360/taking-stock-woodstock

## ACADEMIC EXPERIENCE

| | |
|---|---|
| 2023 | LSA Summer Institute, **University of Massachusetts, Amherst**. Visiting Professor |
| 2017 | LSA Summer Institute, **University of Kentucky, Lexington**. Visiting Professor |
| 1990-present | **Hofstra University, Hempstead, New York** |

- **Professor of Linguistics and Director of Linguistics Programs** (1996-present)
- **Co-Director of Joint MA-JD with Hofstra Law School** (2018-present)
- **Linguistic Society of America Institute** Language as Evidence: Forensic Linguistics (2017)
- **Distinguished Faculty Lecturer Award** (2013)
- **Distinguished Teacher of the Year Award** (2009)
- **Director, Graduate Program in Forensic Linguistics (**2010-present**)**
- **Director, Institute for Forensic Linguistics, Threat Assessment and Strategic Analysis** (2010-present)
- **Director, Forensic Linguistics Capital Case Innocence Project** (2014-present)
- **Chair, Department of Comparative Literature, Languages, and Linguistics** (2005-2012)**. Department included Comparative Literature, Linguistics, Asian Studies, the English Language Program, Arabic, Chinese, German, Modern Greek, Ancient Greek, Hebrew, Japanese, Latin, Persian, Punjabi, Russian, and Swahili**
- **Director, Forensic Linguistics Project** (2004-present)
- **Chair, Africana Studies** (2002-2003)
- **Associate Professor of Linguistics** (1990-1996)

| | |
|---|---|
| 1988-1994 | **Fulbright Teacher Exchange Program, United States Information Agency** |
| | **Chair, Regional Interview Committee (LI and Southern NY State)** |

- Organized and oversaw interviews by college and university faculty members expert in international matters of high school teachers applying for Fulbrights

| | |
|---|---|
| 1985-1990 | **Friends World College—FWC** (A small, Quaker-founded, nonsectarian liberal arts college that specialized in undergraduate field work and experiential education at eight international centers. Now called Global College.) |
| | **Vice-President for Administration, Headquarters, Huntington, NY** |

- Supervised Center Directors of FWC campuses and centers worldwide: New York, Costa Rica, Israel, Kenya, England, India, Japan, and Hong Kong.

4

- Taught linguistics seminars and supervised linguistics independent research; conducted cross-cultural training.

1981-85 **Director, FWC East African Centre, Machakos, Kenya**
- Designed, supervised and taught comprehensive academic program integrating intensive language training with the humanities, the social sciences, cross-cultural training and field study methodology to give American undergraduates a thorough preparation for independent field study and internships in East Africa.
- Taught African literature (in English); Swahili literature and lyric poetry (in Swahili).

1979-81 **Columbia University, New York, NY**
**Preceptor of Linguistics**
- Taught introductory and intermediate Swahili.

1977-79 **Lehman College, City University of New York**
**Lecturer**
- Taught linguistics and sociolinguistics.

**EDITORSHIPS**
2009-2023 **Member, Editorial Board. Oxford University Press** series *Language and Law*.

1999 **Co-Editor,** *The Asian Pacific American Heritage: A Companion to Literature and Arts*. New York: Routledge.
[Selected as **"one of the Outstanding Academic Books of the Year"** by the American Library Association's journal, *Choice*]

1998 **Co-Editor,** *The Italian American Heritage: A Companion to Literature and Arts.* 1998. New York: Routledge.

For the 1998 and 1999 *Heritage* series, Section Editor for Linguistics, and Food/Semiotics of Food

**PROFESSIONAL EVALUATION PANELS**
2021-present **Reviewer, Linguistics books, Cambridge University Press**
2014-present **Reviewer, Linguistics books, Oxford University Press**
2007-present **Reviewer, Professional Staff Congress, City University of New York Research Award Program**
2018-present **Reviewer, Linguistics and Law, Routledge**
2017-present **Referee, City University of New York**
2017 **Referee, Lancaster University, United Kingdom**
2014 **Referee, Georgetown University**
2013 **Reviewer, Psychology Books, Wiley-Blackwell**
2012 **Reviewer, Journal of Forensic Sciences**
2012 **Referee, Journal of Empirical Legal Studies**
2010 **Reviewer, Routledge Encyclopedia of Applied Linguistics**

**PUBLICATIONS -- LINGUISTICS and SEMIOTICS**
2018. "Communicating linguistic theory and analyses to judge and jury in the highly adversarial US justice system: theatrical cross examinations vs. the facts" in *Frameworks for Discursive Actions and Practices of the Law*, Tessuto, Girolamo, Vijay K. Bhatia, and Jan Engberg, eds., Centre for Research in Language and Law, Naples, Italy, pp. 219-247. Cambridge Scholars Publishing.

2017. "Forensic Linguistics" in *Handbook of Behavioral Criminology: Contemporary Strategies and Issues.* Van Hasselt, Vincent, and Michael Bourke, eds. Springer.

5

2017. "Forensic Linguistics: Applying the science of linguistics to issues of the law." Co-authors Juliane Ford and Tanya Karoli Christensen. 45 *Hofstra Law Review* 881.

2012. "Retslingvistik. Sprogforskeren som efterforsker og ekspertvidne" ["Forensic linguistics: the linguist as investigator and expert witness"] (translated into Danish by Nicoline Munck Vinther). *Mål og Mæle* ("new knowledge about language and linguistics") 35.3. 11-17.

2011. "The Swahili City-States" in *Food Cultures of the World Encyclopedia* [4 volumes]. Albala, Ken, ed. Westport, Conn: Greenwood Press [This article, through a sociological, linguistic, and semiotic study of food behavior, explores history, culture, religion and social meaning in a group of ancient Indian Ocean city-states loosely federated by language and religion.]

2011. "Kenya" in *Food Cultures of the World Encyclopedia* [4 volumes]. Albala, Ken, ed. Westport, Conn: Greenwood Press [This article, through a sociological, linguistic, and semiotic study of food behavior, explores history, culture, religion and social meaning in a post-colonial nation-state.]

2008. Review of Roger W. Shuy, *Creating Language Crimes: How law enforcement uses (and misuses) language. Language*, volume 84, number 4.

2006. "Meaning in nonlinguistic systems." In *Advances in Functional Linguistics: Columbia School Beyond its Origins*, Gorup, Davis and Stern, eds. Amsterdam: John Benjamins. [This article seeks to extend the boundaries of linguistic semantic theory and sociolinguistic variation theory to *non*-linguistic non-random systematized arbitrary expressions of meaning, specifically behaviors dealing with food, architectural space, private space, and construction of social and gender identity, using data author collected primarily from ancient city-states in East Africa, and from the U.S. and SE Asia as well.]

2006. "Semantic Analysis of Swahili Applicative Verbal Extension *li."* co-author Wendy Saliba. In *Advances in Functional Linguistics: Columbia School Beyond its Origins*, Gorup, Davis and Stern, eds. Amsterdam: John Benjamins. [A new analysis of a thorny problem in theoretical semantics (how context-sensitive can grammatical meaning be?) using data from a widely examined issue in Swahili semantics (the applicative extension *li*).]

2006 Review of "Language in the American Courtroom." in Sociolinguistics, Discourse Analysis, and Language Policy section of *Language and Linguistics Compass*, Blackwell electronic journal.

2006 "Forensic linguistics: applying the scientific principles of language analysis to issues of the law." *International Journal of the Humanities*, Volume 3, Issue 7, pp.65-70. Melbourne: Common Ground Publishing Pty. Ltd.

2005 "Police interrogation needs videotape." *Newsday*, April 28, 2005. [Op-Ed article on the necessity of electronically recording interrogations and confessions: how it protects the rights of suspects, protects the police from accusations of wrongdoing, and saves money for taxpayers as well.]

2004 "Forensic linguistics." In Glenn Yeffeth, ed., *An Eclectic Look at NYPD Blue.* Dallas: BenBella Books. [The cooperative principle, schemas, pragmatics, inference, dialect and idiolect, the sociolinguistics of language as identity, code-switching, and linguistic accommodation as tools for analyzing courtroom procedure, police interrogation, and how memories can be shaped by questioning.]

2003b "Linguistics and the Law. *Washington, D.C. Legal Times.* June 16, 2003. [Explains the background, theory and application of Forensic Linguistics in a special Litigation edition of this law journal.]

2003a "Black English equals any other language." *Newsday,* January 22, 2003.
[Op-Ed article on the sociolinguistic role of language and ethnic identification drawing on 25 years of research on dialect and secret language.]

1999a    "Dialect, standard, and slang:  Sociolinguistics and ethnic American literature"
In George Leonard et al., eds., *The Asian Pacific American Heritage: A Companion to Literature and Arts.*
New York: Routledge. [**Winner of American Library Association's *Outstanding Academic Book* award**.]

1999b    "Food and ethnic identity: Theory." Co-author Wendy Saliba.
In George Leonard et al., eds., *The Asian Pacific American Heritage: A Companion to Literature and Arts.*
New York: Routledge. [Winner of American Library Association's *Outstanding Academic Book* award.]

1999c    "Southeast Asian Food: the Durian and beyond." Co-author Wendy Saliba.
In George Leonard et al., eds., *The Asian Pacific American Heritage: A Companion to Literature and Arts.*
New York: Routledge. [Winner of American Library Association's *Outstanding Academic Book* award.]

1995    "Notes on *uki*, East African Honey Wine" [A sociological linguistic-semiotic study of an African traditional beverage which I was taught to brew and use ceremonially when I sat on the elders' council of the Akamba]. In Harland Walker, ed., *Oxford Symposium 1994*.  London: Prospect Books.

1995    "Deixis in Swahili: attention meanings and pragmatic function." In Ellen Contini-Morava and Barbara Goldberg, eds., *Meaning as Explanation: Advances in Sign-Based Linguistics*.  Berlin: Mouton De Gruyter. [This article, using data from the grammatically complex East African language Swahili, analyzes the use of deictics such as demonstratives by speakers and writers in structuring the information flow of language.]

1994    "Money and language."  In John DiGaetani, ed., *Money: Lure, Lore and Literature*.
Westport, Conn.: Greenwood Press. pp 3-13. [Analyzes the common theoretical semantic underpinnings of linguistic and true monetary systems—arbitrariness; lexicographic and historical linguistic analysis of lexical semantics of money terms; sociolinguistics of some closed codes regarding money.]

1992    "Food, drink, and Swahili public space." In Harlan Walker, ed., *Oxford Symposium 1991*. Co-author Wendy Saliba.  London: Prospect Books.  [Presents the problem and theoretical underpinnings of the analysis of *non*-linguistic non-random systematized arbitrary expressions of meaning, specifically behaviors dealing with food, architectural space, private space, and construction of social and gender identity, using data primarily from ancient city-states in East Africa, and from the U.S. and Asia as well.]

1988    *Swahili Phrasebook*.  Victoria, Australia and Berkeley, California: Lonely Planet Publications.

1987    Response to Wilt, "Discourse distances and the Swahili demonstratives."  *Studies in African Linguistics* 18:97-105.

1985    "Swahili demonstratives:  Evaluating the validity of competing semantic hypotheses."  *Studies in African Linguistics* 16:281-293.  [Explores the requirements of theoretical adequacy in the construction of explanatory hypotheses.]

1982    The Semantic System of Deixis in Standard Swahili.  Columbia University Ph.D. Dissertation. Ann Arbor: University Microfilms Intl.  [Analyzes the underpinnings of deictic demonstratives by speakers and writers in structuring the information flow of language using data from the grammatically complex East African language Swahili.]

1980    "Swahili e, ka, and nge as signals of meanings."  *Studies in African Linguistics* 11:209-226.


## INVITED AND REFEREED PRESENTATIONS -- LINGUISTICS AND SEMIOTICS include:

2023 "Forensic Linguistics in the cause of justice: criminal investigations, threat assessment, counterterrorism, and the Forensic Linguistics Capital Case Innocence Project." The Annual Barbara Gordon Memorial Lecture, **Florida International University**, Miami, Florida April 2023.

: theory, demographic profiling, authorship and counterterrorism." Workshop on Forensic Linguistics, International School of Dravidian Linguistics, Dravidian Linguistic Association of India, Thiruvananthapuram (fmr. Trivandrum), Kerala, India, January 2023

2023 "Forensic Linguistics Applications to Intelligence, Law Enforcement, Counterterrorism and Threat Assessment, and the one-week FBI intensive training courses now taught at Hofstra University." **Tüsatbitig, the Turkish Webinars Platform, and Türk Dili Derneği, the Turkish Language Association**, Ismir, Türkiye, February 2023

2023 "Forensic Linguistics: theory, demographic profiling, authorship and counterterrorism." Workshop on Forensic Linguistics, International School of Dravidian Linguistics, **Dravidian Linguistic Association of India**, Thiruvananthapuram (fmr. Trivandrum), Kerala, India, January 2023

2022 "Forensic Linguistics theory and practice at work". Presented to The Culturally Responsive Court: **Regional Justice System Training Series** "Cultural Competency/Stop Violence Against Women Project for Judges, Law Enforcement Officers, Prosecutors, Interpreters, Domestic Violence Program staff, and Adult Protective Services" A series of six presentations, presented in Pittsburgh, State College, Lancaster, Philadelphia, Bethlehem, Scranton, November 2022.

2022 "Forensic Linguistic Intelligence in Corporate Security, Counterterrorism, and Threat Assessment." Presented to **ISC East (International Security Conference & Exposition,** Javits Center, NYC, November 2022.

2022 "Hofstra University's Forensic Linguistics Innocence Project." Presented (virtually) to Expanding the Boundaries of Habeas Litigation. **Capital Habeas Unit, Office of the Federal Public Defender**, Northern District of Ohio, Cleveland, Ohio, September 2022.

2022 "Forensic Linguistic Intelligence in Corporate Security: A tool in corporate investigations, counterterrorism, and forensic linguistically-enhanced threat assessment" Presented (virtually) to **ASIS NYC Chapter and the ASIS CSO Center**, New York, NY, May 2022.

2021 ATAP Joint Threat Assessment Training **"**New advances in forensic linguistically-enhanced threat assessment," Presented (virtually) to the **Association of Threat Assessment Professionals**, Philadelphia, June 2021.

2020 "Forensic linguistic applications to authorship, linguistic demographic profiling, counterterrorism, law enforcement and forensic linguistically-enhanced threat assessment." Presented (virtually) to the **Association of Threat Assessment Professionals**, Florida, September 2020.

2020 "Intensive weeklong training course in forensic linguistics for Supervisory Special Agents of the FBI Behavioral Analysis Unit." Presented (virtually) to **FBI Behavioral Analysis Unit, National Center for the Analysis of Violent Crime, Critical Incident Response Group,** Quantico, VA. June 2020

2019 "Forensic Linguistics: The application of linguistic theory to cases of profiling, authorship & counterterrorism." Presented to the **University Seminars of Columbia University: Language and Cognition,** New York, NY, November 2019

2019 "Forensic linguistics: using language evidence in criminal, threat, and intelligence cases, with special reference to homicides." Presented to the **NYPD Detective Bureau Homicide Investigators Course**, New York Police Department, Office of the Chief Medical Examiner, New York, NY, Jan 2019

2018 "Forensic linguistics" in the cause of justice: The Forensic Linguistics Capital Case Innocence Project" Keynote Presented to the Forum on Language and the Law: Non-Native Speakers of English in the Legal System -- a dialog between linguistics experts and stakeholders, Department of Linguistics, **University of Utah**, April 2018. https://linguistics.utah.edu/languageandlaw/

2018    "Forensic linguistics" CLE Webinar. **National Association of Public Defenders**. June 2018.

2018    "Forensic Linguistics: investigating deception, misrepresentation, and disinformation in civil, criminal, and intelligence cases." Presented to the Workshop on Lying, Deception, Pretense and Noncooperative Communication, **Computer Science Department, Columbia University**, NYC, March 2018.

2017    "The Groundbreaking Science of Forensic Linguistics." Keynote address to 2017 **National Administrative Law Judiciary** Annual Conference: The Administrative Law Judiciary and the Pursuit of Fairness, Due Process and the Protection of Fundamental Rights, Fordham University School of Law, NYC, October 2017

2017    "Forensic Linguistics Investigations." Presented to **The Institute Library**, New Haven CT. September 2017.

2017    "Forensic Linguistics and Fraud Investigations." Keynote address to 17th Annual Emerging Trends in Fraud Investigation & Prevention Conference hosted by Central Ohio Chapter of **Association of Certified Fraud Examiners**, Columbus, OH, May 2017.

2017    "Master Class: Advanced techniques in criminal investigations using Forensic Linguistics." Presented to faculty and students in **Department of Scandinavian Studies and Linguistics and the Law School, Copenhagen University**, Copenhagen, Denmark, March 2017.

2016    "Authorship of texting evidence in a murder case in Waco, Texas." Presented at **Nordic Forensic Linguistics Symposium**, University of Copenhagen, Denmark, December 2016.

2016    "Forensic Linguistics in civil, criminal, and intelligence cases." 4th. Edición de las Jornadas (In)formativas de Lingüística Forense, **Universidad Autónoma de Madrid**, Oct 2016.

2016    "Using Linguistic Theory in Forensic Linguistics Investigations: running the gamut from entertainment star fluff cases to civil wrangling among mega-corporations to counter-terrorism, murder— and our Innocence Project." **Stony Brook Linguistics Club**, Oct 2016.

2016    "Authorship Analysis Advanced Workshop." Featured speaker at Student Day, Roundtable in Forensic Linguistics 2016, **Germanic Society for Forensic Linguistics**, Mainz, Germany, August 2016.

2016    "Forensic Linguistics in a Danish context." Presented at the **Danish National Police College**, Copenhagen, Denmark. Co-presented with Tanya Karoli Christensen, January 2016.

2016    "Forensic Linguistics, Threat Assessment, and Strategic Analysis." Lead presenter at multiday training for **Behavioral Sciences Unit, Calgary Police Service**, Calgary, Canada, June 2016.

2016    "Mind the gap. Communicating linguistic theory to police and triers of fact." Presented at **Law, Language and Communication: negotiating cultural, jurisdictional and disciplinary boundaries** 4th International Conference, Caserta, Italy, May 2016. Co-presented with Tanya Karoli Christensen.

2016    "Forensic Linguistics' cutting-edge techniques in Intelligence, Civil, and Criminal Investigations." Public lecture, and Master Class on Authorship, at **Lausanne University**, Lausanne, Switzerland, May 2016.

2016    "Semantics and Saussure's Arbitrariness of the Sign in Non-Linguistic Meaning Systems." Plenary address to the 61st Annual Conference of the **International Linguistics Association**, Hofstra University, March 2016.

2016    "Application of Lexicography to Criminal and Civil Cases."
MetroLex II: **Lexicography, Language, and the Law Dictionary Society of North America, Oxford University Press,** New York City, April 2016. https://www.youtube.com/watch?v=N4en5cpTBF4

2016    "Forensic Linguistics in a Danish context." Presented at the **Danish National Police College**, Copenhagen, Denmark. Co-presented with Tanya Karoli Christensen, January 2016.

2015    "Forensic Linguistics Applications to Domestic and Foreign Counter-Terrorism, Civil, Criminal, and Intelligence Cases, and the Innovative Hofstra Forensic Linguistics Capital Case Innocence Project --An exploration of the cutting-edge forensic science of forensic linguistics through the recent cases of one of its foremost practitioners, Professor Robert Leonard, PhD, of Hofstra University."  CLE program presented at **Administrative Judicial Institute** at the Office of Administrative Trials and Hearings, New York City, December 2015.

2015    "Forensic Linguistics and legal cases." CLE program for Danish Attorneys, **Danske Advokater**, Copenhagen, November 2015.

2015    "The Groundbreaking Science of Forensic Linguistics: Solving Crimes by Analyzing Language." **Third Annual World Polyglot Conference**, New York City, October 2015.

2015    "Working as a Forensic Linguistics Expert in the US with Law Enforcement Institutions, Defense Teams, Death Penalty Mitigation Institutions, Civil Lawsuit Attorneys, and Protective Services, and Advanced Academic and Professional Training in the US: The Challenges and Opportunities"
                and
                "The Hofstra Forensic Linguistics Capital Case Innocence Project: Words on Trial, Revisited" Featured speaker at Roundtable in Forensic Linguistics 2015, the **Germanic Society for Forensic Linguistics**, Mainz, Germany, September 2015.

(Named "**Outstanding Forensic Linguist of the Year –**for contributions to the theory, research, and education of Forensic Linguistics/Phonetics" by the **Germanic Society for Forensic Linguistics)**

2015    "Forensic Linguistic Intelligence Gathering – Corporate, criminal and civil intelligence gathering through advanced forensic linguistic techniques." Featured speaker at the **Annual Threat Assessment Management Conference, Association of Threat Assessment Professionals Worldwide**, Anaheim, CA, August 2015.

2015    "Forensic Linguistics:  Applications to Intelligence, Law Enforcement, Counterterrorism and Threat Assessment."  Presented at Danish National Police, **Danish Police College, Institute for Criminal Investigation, Intelligence and Analysis**, June 2015.

2015    "Applying variationist sociolinguistic theory to forensic analyses." Presented at **Copenhagen University**, Copenhagen, Denmark, June 2015.

2015    "Theoretical aspects of forensic linguistic investigations in Criminal, Civil and Intelligence Cases."  Presented at the **University of Virginia**, Charlottesville.  Feb 2015.

2014    "The theoretical underpinnings of teaching Forensic Linguistics."  Featured speaker at The **Columbia School Linguistic Society's Seventh Institute for the Study of Form, Meaning, and Human Behavior in Language**, Brooklyn, NY, August 2014.

2014    "Forensic Linguistics: the analysis of legal evidence that is language. Linguistique légale: l'analyse du langage comme prevue juridique."  Plenary address to the 59th Annual Conference of the **International Linguistics Association**, Université Panthéon-Assas, Paris II, France, May 2014.

2013    "Words on Trial—A New Approach to Investigations, Interrogations and Confessions:

Forensic Linguistics."  CLE program for **Nassau County Bar Association** and the **Nassau County Criminal Courts Bar Association**, November 2013.

2013      "Language as Evidence:  Scientific Linguistic Analysis in Criminal, Civil and Intelligence Cases."  **44th Hofstra University Distinguished Faculty Lecture**, October 2013.

2013      "Threat assessment intelligence analysis:  maximizing intelligence yield from threat letters, texts, emails, and intercepted communications." Presented at **Terrorist Information New York-London Group**, New York, September, 2013.

2013      "Linguistics and Analysis of Language Evidence." **Multi-state CLE** video session (good for CLE credits to attorneys in Arkansas, Arizona, Alaska, California, Georgia, Hawaii, Illinois, Maryland, North Dakota, New Jersey, and New York), July, 2013.

2013      "Language as Evidence: Words on trial." 31st Annual lecture, **The Yale Sherlock Holmes Society,** Yale University, June, 2013.

2013      "Linguistics and Language Evidence in Criminal, Civil, and Intelligence Cases." CLE program presented at **Touro Law School**, April, 2013.
.
2013      "How to Solve Crimes with Words: Techniques (and Careers) in Forensic Linguistics," Presented to **Yale Graduate School** linguistics and language faculty and students, Yale University, April, 2013

2013      "Forensic Linguistics: Analyzing Written and Oral Language Evidence." CLE program presented at **Administrative Judicial Institute** at the Office of Administrative Trials and Hearings, New York City, March, 2013.

2012      "Linguistic analysis of a covert recording to assist a judge in determining whether a defendant was in the room when the judicial bribery was discussed: dialect variation, semantics of pronominals, framing content, introduction and support of conversational topics." Presented at **Centre for Forensic Linguistics**, Aston University, Birmingham, UK, November, 2012.

2012      Convened *Language as Evidence Conference*, and presented "Linguistics and Language Evidence in Criminal, Civil, and Intelligence Cases." Hofstra University, October, 2012.

2012      "Linguistic expert witness testimony aiding the trier of fact:  does the language data support the inference that the defendant was or was not at the scene of a conspiracy to bribe a judge."  Presented at 11th International **Columbia School Conference**, Rutgers University, New Brunswick, New Jersey, October, 2012.

2012      "Forensic Linguistics Applications to Law Enforcement, Counterterrorism and Threat Assessment."  Presented to **Merseyside-Liverpool and Manchester Police** at St. Helens University, St Helens, UK, July 2012.

2012      "Linguistics and Forensic Linguistics." Presented at **Copenhagen University**, Copenhagen, Denmark, June 2012.

2012      "Master Class in Forensic Linguistics." Presented at LANCHART PhD Group, **Copenhagen University**, Copenhagen, Denmark, June, 2012.

2012      "Linguistic theory and its forensic applications to authorship, linguistic profiling, counterterrorism, law enforcement and FL-enhanced threat assessment." Presented in three daylong sessions by invitation of **Ontario Provincial Police, Criminal Behaviour Analysis Unit, Threat Assessment and Criminal Profiling Unit**, Ontario, Canada, June 2012.

2012    "Advanced techniques in criminally oriented Authorship Analysis."  Presented at **Centre for Forensic Linguistics**, Aston University, Birmingham, UK, February, 2012.

2011    "Advanced techniques in forensic linguistics approaches to security, counterterrorism, law enforcement and FL-enhanced threat assessment." Week-long presentation for **UK government**, London, November, 2011.

2011    "Forensic linguistic techniques and procedures to interdict and prosecute international and domestic counterterrorism" Presented at **Terrorist Information New York Group** (TINYg- linking the USA and UK), London, October, 2011.

2011    "Forensic Linguistics Applications to Law Enforcement, Counterterrorism and Threat Assessment" Presented at **Canadian Association of Threat Assessment Professionals**, Banff, Alberta, Canada, September, 2011.

2011    "International and domestic counterterrorism: forensic linguistics and threat assessment techniques; how the UK and US must work in tandem" Presented at **Terrorist Information New York Group** (TINYg- linking the USA and UK), New York, April, 2011.

2011    "Forensic linguistics approaches to security, counterterrorism, law enforcement and FL-enhanced threat assessment." Presented in four sessions by invitation of **UK government**, London, January 24, 2011.

2010    "Slang! What is it good for?! – The utility, motivation and poetry of slang in pulp fiction and other popular literary genres." [Slang and other lexical choice as marker of genre and group].  Presented at the **Hofstra University Library Symposium** Kapow! From Pulp Fiction to Google Books, Hempstead, NY, October 22, 2010.

2010    "Linguistic meaning, pragmatics and context: Semantic analysis of evidence in a double homicide trial."  Presented at 10th International **Columbia School Conference** on the Interaction of Linguistic Form and Meaning with Human Behavior:  Grammatical analysis and the discovery of meaning, Rutgers University, New Brunswick, New Jersey, October 9-11, 2010.

2010    "Using Forensic linguistics to protect: techniques for investigation,  interdiction, and prosecution."  Presented at The **Association of Threat Assessment Professionals**, Northeast Chapter Meeting, New York, New York, September 27, 2010.

2010    "Testifying on meaning"; "Sociolinguistic profiling in investigative contexts"; and "Coerced and other invalid confessions." Presented at International Summer School in Forensic Linguistic Analysis 10th Edition, **Centre for Forensic Linguistics**, Aston University, Birmingham, UK., 28 June – 3 July 2010

2010    "A new approach to interrogations and confessions: forensic linguistics."  Presented at **joint CLE/APACE session** of psychologists, psychiatrists and Legal Aid attorneys, Forensic Psychiatry, Kings County Hospital Center, Brooklyn, New York, May 22, 2010.

2010    "Five types of false and invalid confessions, including two previously undescribed categories." Presented at **Criminal Appeals Bureau**, Legal Aid Society, New York, New York, January 25, 2010.

2009    "Forensic linguistics in investigation and prosecution, with specific reference to threat and stalking cases."  Featured speaker at the 19th Annual Threat Assessment Management Conference, **Association of Threat Assessment Professionals Worldwide**, Anaheim, CA, August 11-14, 2009.

2009    "Forensic applications of discourse marker analysis."  Presented at the **International Association of Forensic Linguists** 9th Biennial Conference, Vrije Universiteit, Amsterdam, July 9 2009.

2009    "Communication, litigation, and forensic linguistics."  Co-presenter Jesse Graham, Esq. **Continuing Legal Education, Rivkin Radler LLP**, Uniondale, NY, June 30, 2009.

2009  "Speech Acts, Schemata and the Cooperative Principle: three useful concepts in understanding a false confession: Linguistics theoretical issues in forensic linguistics cases." Presented to the **Linguistics Dept., Georgetown University**, Washington, DC. March 31, 2009.

2009  "Testing linguistic theory: systems of identity, honor and power: food behavior in a Swahili city-state, and a Federal extortion case in a Texas court."  Presented at the **Institute for Social and Economic Research & Policy (ISERP), Columbia University**, NY, February 23, 2009.

2009  "Forensic linguistics for investigative practitioners: threat assessment, counter-terrorism, linguistic profiling and authorial attribution."   Presented at the **Center for Modern Forensic Practice & Department of English, John Jay College of Criminal Justice** of the City University of New York, NY, NY, February 20, 2009.

2007  "Linguistic variation and schema analysis in forensic linguistic cases:  looking beneath the surface at language evidence."  Featured speaker at the 17th Annual Threat Assessment Management Conference, **Association of Threat Assessment Professionals Worldwide**, Anaheim, CA, August 14-16, 2007.

2007  "Sociolinguistics as forensic science."  Presented at Forensic Linguistics Workshop for Law Enforcement Practitioners, Behavioral Analysis Unit-1 (Counter-terrorism and Threat Assessment) , National Center for the Analysis of Violent Crime, Critical  Incident Response Group, **Federal Bureau of Investigation**, Quantico, VA, July 23-27, 2007.

2007  "Utilizing Shuy's approaches to speech act, schema, cooperative principle and context in an espionage case."  Presented at Special Plenary Panel Honoring Roger Shuy, **International Association of Forensic Linguists**/Language and Law Eighth Biennial Conference, Seattle, Washington, July 12-15, 2007.

2007   "Linguistic evidence of promises, threats, and power in an FBI interrogation of a suspected spy." Presented at the **Ninth International Columbia School Conference** on the Interaction of Linguistic Form and Meaning with Human Behavior, The City College of New York, February 18-19, 2007.

2006  "Forensic linguistic applications to investigative and threat assessment techniques."  Presented at The **Association of Threat Assessment Professionals**, Northeast Chapter Meeting, New York, New York, November 6, 2006.

2006  "Unlocking forensic language evidence in investigations and prosecutions." Plenary address at **Ohio Attorney General's Conference on Law Enforcement**, Columbus, Ohio, October 27, 2006.

2006  "The world of forensic linguistics." Presented at **Nassau Academy of Law Continuing Legal Education**, Mineola, NY, October 16, 2006

2006  "Forensic linguistic and Sociolinguistic applications to law enforcement and threat assessment." Presented to representatives of Secret Service, NYPD, New Jersey State Park Police, New Jersey State Troopers, FBI-NYFO, ATF, Security from Empire State building, Rockefeller Center, United Nations, NY Stock Exchange, **U.S. Park Police, National Park Service,** Ellis Island, August 3, 2006.

2006  "Sociolinguistic applications to a law enforcement model." Presented at Forensic Linguistics Workshop for Law Enforcement Practitioners, Behavioral Analysis Unit-1 (Counter-terrorism and Threat Assessment) , National Center for the Analysis of Violent Crime, Critical  Incident Response Group, **Federal Bureau of Investigation**, Quantico, VA, May 8-12, 2006.

2006  "Overview of forensic linguistics in civil and criminal litigation: author identification, statutes, contracts, copyrights, trademarks, and crimes of language such as perjury, solicitation, bribery and conspiracy."  Presented at Seminar on Current FBI and Academic Techniques in Forensic Linguistics, **Hofstra University**, April 19, 2006.

2005    "Simple Words:  the art and science of forensic linguistics."  Presented at **North Shore Medical Center-LIJ** Internal Medicine Group Annual Meeting, November 9, 2005.

2005    "Forensic linguistics: applying the scientific principles of language analysis to issues of the law." Presented at The Third International Conference on **New Directions in the Humanities, Cambridge University**, UK, August 5, 2005.

2005    **International Linguistic Association** lecture: "The law is language, the law is data: forensic linguistics, *NYPD Blue* and  the importance of schemas."   Presented at New York University, February 12, 2005.

2004    "Keynote address: language and culture on the streets of New York."  Presented at Education, Language, Culture, Development, **City College**, New York City, June 17-19, 2004.

2004    "Keynote address: Youth movements, music, world language and culture."  Presented at the Fifteenth Annual Academic Conference of Smithtown High School and the **SUNY Stony Brook Center for Excellence and Innovation in Education**, "Youth movements as a force in History," Smithtown High School, New York, May 27, 2004

2004    "Semantic analysis of tape recorded conversations: meaning as explanation of a discourse strategy exploiting the "mitigation of claim" of 'non-standard' *like*."  Co-author.  Presented at the Eighth International **Columbia School Conference** on the Interaction of Linguistic Form and Meaning with Human Behavior.  City College, New York City, February 14-15, 2004.

2003    *"Virginia v. Black* and the Supreme Court: scientifically establishing the meaning of a symbol [cross-burning]." Presented at the **Law and Society Association of the United States and Canada** annual meeting, Pittsburgh, PA, June 2003.

2002    "Food and drink and the transformation of meaning." Presented at the 28th Annual conference of the **Southern Comparative Literature Association**, Tuscaloosa, Alabama, October 10-12, 2002.

2002    "The language scientist as expert on legal 'Ordinary' Meaning."  Presented at the **Law and Society Association of the United States and Canada** annual meeting, Vancouver, Canada, May 2002.

1994    "Notes on *Uki*, East African honey wine." (A semiotic study of an African traditional beverage which I was taught to brew and use ceremonially when I sat on the elders' council of the Katheka Kai Akamba ethnic group in Eastern Province of Kenya.   Presented (in absentia) at **Oxford Food Symposium, St. Antony's College, Oxford University**, Sept 1994.

1993    "Non-linguistic systematic meaning."  Presented at Third International **Conference of the Columbia School of Linguistics**, Rutgers University, October, 1993. Co-author: Wendy Saliba.

1992    "Language change, language equality, and cross-cultural constructions of reality."  Presented at 15th Annual Conference of the Organization for the Study of Communication, Language and Gender, **Hofstra University**, Hempstead, NY, October 1992.

1991    "The language of money."  Presented at Money: Lure, Lore and Liquidity Conference, **Hofstra University**, Hempstead, NY, November 1991.

1991    "Grammatical meanings and thematic organization."  Presented at Second International **Conference of the Columbia School of Linguistics**, University of Virginia, Charlottesville, October 1991.

1991    "Food, drink, and Swahili public space." Presented at **Oxford Food Symposium, St. Antony's College, Oxford University**, Sept 1991.  Co-authored with Wendy Saliba.

1989    "Mid-deixis in Swahili and its exploitation in structuring text." Presented at First International **Conference of the Columbia School of Linguistics**, Columbia University, New York, August 1989.

1986    "The Swahili system of deixis and its utilization in the structuring of discourse." Presented at Seventeenth Annual **Conference on African Linguistics**, University of Indiana, Bloomington, April 1986.

1979    "The semantic constants of Standard Swahili e, ka, and nge." Presented at Tenth Annual **Conference on African Linguistics**, University of Illinois, Champaign-Urbana, April 1979.

1977    "Entering the speech community--with special emphasis on Mombasa (Kenya) street criminals." Presented at Professor William Labov's **Sociolinguistics Seminar, University of Pennsylvania**, October, 1977.

## PRESENTATIONS -- COMMUNICATION ACROSS INTERNATIONAL CORPORATE CULTURES
1991    "Cross-cultural aspects of international business negotiations." Series of seminars given to
            Soviet executive management groups, Hempstead, NY and New York, NY.
1990    "Doing business in Africa: cross-cultural considerations." Presented at 100 Black Men of
            Nassau/Suffolk Import-Export Seminar, Hempstead, NY, May 1990.
            1990    "American cultural behavior." Presented to delegation from the Ministry of Education of
            the Republic of Turkey, Central Islip, May 1990.
            1989    "National culture and corporate culture." Presented to the delegation from the State
            Agro-chemical Association (formerly the Ministry of Agrochemical Industries) of the Soviet
            Union, Lloyd Harbor, NY, December 1989.
            1985    "The Western businessman in the Islamic world: Intercultural considerations." Presented
            at the Conference of the Mediterranean Basin, Long Island University, Greenvale, NY, November
            1985.

## PRESENTATIONS -- INTERNATIONAL EDUCATION
            1993    "Intercultural linguistics: the value of fieldwork." Presented at the Interdisciplinary
            Symposium on Teaching, Hofstra University, March, 1993.
            1989    "Medical and safety issues in international educational programs." Presented at the
            Regional meeting of the Association of International Educators (formerly NAFSA), Albany, NY,
            November 1989.
1989    "How to establish an education center overseas." Presented at the City University of New York
            Conference on Developing a Study Abroad Program on Your Campus, New York, NY, May 1989.
            1988    "Role of academics abroad: Internationalizing the curriculum and the university."
            Presented at National Association for Foreign Student Affairs Regions IX and X Conference--
            Section on U.S. students abroad, Philadelphia, PA, November 1988. Voted "best session of the
            conference." Repeated at National Meeting, Minneapolis, MN, June 1989.
            1988    "Education for a new world order." Presented at Scientists-Educators-Government
            Officials' Roundtable, Bangalore, India, September 1988.
            1985    "Choosing the most effective study-abroad models." (Developing experiential
            assignments to match academic and career path objectives.) Presented at Key Educational
            Systems Symposium of the National Association for Foreign Student Affairs, Princeton, NJ,
            November 1985.
            1985    "Crisis handling in the developing world." (Ensuring expatriate student and staff safety
            during political strife or medical emergency.) Presented at 38th Annual Conference of the Council
            on
            International Educational Exchange, New York, NY, November 1985.
            1982    "Current opportunities for undergraduate field work in Kenya." (e.g., market studies,
            scientific research, agronomy, socio-economics, language.) Presented at Africa-Asia-the
            Americas: Conference on Teaching and Research, State University of New York, October 1982.
            Co-authored with Lawrence Weiss.

## PROFESSIONAL ORGANIZATIONS

Member:       International Association of Forensic Linguists
                Columbia School Linguistics Society
                Linguistic Society of America
                International Language and Law Association

## BUSINESS-RELATED EXPERIENCE

1986-1990      **Chair, Internship Program**
National Institute for World Trade, Huntington, NY

1986-1990      **Member, Education Committee**
World Trade Club, Long Island Association

1969-70        **Leader, Lead Singer, and Business Manager, Sha-Na-Na**
While undergraduate at Columbia. (Sha-Na-Na developed its own syndicated TV show and performed in the movie *Grease*.) Supervision of group members and employees, conducting rehearsals, scheduling, etc., dealing with agents, managers, lawyer, record company, promoters, press, etc., and performing as lead singer. Performances include the *Tonight Show* and the *Woodstock Festival*, and many others.

## UNDERGRADUATE COURSES DEVELOPED AT HOFSTRA UNIVERSITY

**Introduction to Linguistics**
General overview of linguistics, "the scientific study of language." Human language vs. animal systems of communication. Language as a code system. Development of writing. Language and the brain. Sign language. "Good" English controversy and educational policy. Bilingual education. Language history and change. Phonetics and phonology. Semantics, pragmatics, discourse analysis. Language, society and culture. Sapir-Whorf "hypothesis." First and second language acquisition. Propaganda and euphemisms. Non-verbal communication.

**Sociolinguistics**
The relation of language and society. Language as an indicator of societal identity, group, and status. Case studies of language situations in countries around the world. Diglossia. Language attitudes, change and maintenance. Nonverbal communication.
      Students form small teams and replicate a seminal sociolinguistic field experiment demonstrating the interconnectedness of language and social class.

**Experiments in Sociolinguistics**
A field-based approach to sociolinguistics. Students conduct a series of investigations of sociolinguistic behavior through student-designed independent fieldwork. A bibliographic-based research paper is also required. Current field projects are:

1. Social Groupings in the Student Community.
2. Gender Variation in Verbal Response to Nonverbal Communication.
3. Structure of Vernacular Narratives.
4. Social Class and Language Variation.

**Senior Honors Seminar: Culture, Language and Voice** (Co-developed and taught with Dr. Lisa Merrill)
Cultural perspectives and some of the problems of cross-cultural communication and negative valuation, studied through symbolization and performance linguistically, behaviorally, and through narrative. Linguistic and other communicative behavior of groups and genders is both different and differentially valued. Subordinates in a hierarchy, such as women and ethnic minorities, are set apart by their language use. Cultures discussed are from different parts of the world, such as the Swahili, the Japanese and the Colombians; cultures that exist within a single country, such as the United States' Cajuns, Hutterites, and

the racial cultures of Black and White. Throughout, we examine gender differences and similarities and the social construction of gender identities. Perceptual filters; Point of view and narrative voice; Multiple points of view; Case study; Gender, voice and values; Language and social value; Messages of inclusion and exclusion: deep-structure interpretation of the food code; Negotiation simulation; Applications.

**Kenya in Contemporary Africa**
Focus on four important forces of change directly affecting modern Kenyans. Urbanization is the headlong flight of rural populations into the cities. Monetarization is the integration into the cash economy and the larger world economy and the continuation of Kenya's centuries-long underdevelopment vis-à-vis foreign trade partners. Detribalization and Europeanization are the loss of traditional "village" value systems and languages and the influence of urban societies, Western education and religion, and the secular values of the global consumer economy. Degradation of the environment includes overpopulation, erosion, deforestation, desertification, and competition for land between humans and wildlife.

**Elementary and Intermediate Swahili: Swahili 1, 2, 3, 4**
Fundamentals of conversation, grammar, reading and writing in the most widely spoken language of East Africa. Elements of culture of the Swahili and other East African ethnic groups.

**Cross-Cultural Linguistics**
Language as joiner and divider. Linguistic aspects of cross-cultural communication themes: perception, value systems, ethnocentricity and cultural relativity, paralinguistic behavior, time/space, foodways, social interaction. Linguistic reinforcement of class, ethnic, religious and national divisions. Sapir-Whorf hypothesis. Barriers to effective translation.

**Power of Words**
Societal divisions and power differentials caused and maintained by language. Propaganda, advertising, and political manipulation of news. Social, geographical and ethnic dialect divisions: dialects vs. the standard language, and ethnic and racial linguistic prejudice. Language, sex, and gender roles. Linguistic acculturation of the sexes. Doctor and lawyer talk.

**Language and Culture**
Examination of language, the most powerful and complex communicative instrument available to humans. Language as a sign-system unique to the species, as a reflection of cultural values, and as an artistic instrument in both day-to-day speech and, especially, in literature. Analysis of sections of literary works in Swahili, a Bantu language of East Africa, and English.

**Language and Society in Africa, Asia and Latin America** (Multicultural Core Course) Examination of the relation between language and society with emphasis on Africa, Asia and Latin America. Conflict between nationalist languages and former colonial world languages. Language as a cognitive system. Language as an indicator of societal identity, group, and status. Diglossia. Language planning in government, industry and education. Language attitudes, change and maintenance. Case studies of language situations in countries around the world.

**University Honors Program Senior Honors Seminar: Meaning, Language, and Communication Across Cultures**
Semiotic (meaning) systems such as language, clothing, architecture and food and how they create a culture's "reality." Semiotic systems as self contained systems ("tout se tient.") Centrality of arbitrariness and systematicity. Processes and problems of intercultural communication. Ethnocentricity and evolutionary forces on ethnocentrism. Language as joiner and divider. Communicative vs. mere grammatical competency. Linguistic aspects of inter-cultural communication themes: perception, value systems, ethnocentricity vs. cultural relativity, paralinguistic behavior, time/space, foodways, social interaction. Students complete a field trip to an unfamiliar "ethnic" neighborhood; a book report on a inter-cultural aspect of one's own major or planned career; a class presentation on the book; various interviewing assignments and analyses; and a 15-page structured term paper.

**Language and Law**

Case 3:23-cv-01092    Document 50-1    Filed 11/16/23    Page 17 of 25 PageID #: 1980

This course applies linguistic theory to the analysis of language data in legal settings. Much legal evidence and data are linguistic in nature, yet the use of scientific techniques to help explicate them is a relatively recent phenomenon. Just as medical evidence is profitably commented on by medical experts, language evidence, it is becoming increasingly seen, is advantageously examined by linguistic experts. Ordinary versus Plain meaning, the language of contracts, confession events, disputed authorships, the nature of questions, code-switching, examination and cross examination, cross-cultural aspects of jurisprudence.

**Linguistic Field Methods**
Natural data collection using Labovian field interview techniques. Semantic analysis of recorded speech and written texts, and the differences in coherent context. Conversational and narrative structure.

**Forensic Linguistics Internships**
Interns work with HCLAS professors and/or Law clinic students and faculty on language-related legal cases such as authorship, false confessions, or consensual searches.

**GRADUATE COURSES DEVELOPED AT HOFSTRA UNIVERSITY**

**Forensic Linguistics for Law Enforcement**
*Graduate-level course designed specifically for FBI Supervisory Special Agents* of Behavioral Analysis Units, Critical Incident Response Group, National Center for the Analysis of Violent Crime.

**Introduction to Linguistics** .
Introduction to theory and methods of linguistics at the graduate level: universal properties of human language; phonetic, phonological, morphological, syntactic, and semantic structures and analysis; characteristics and form of grammar.

**Morphology and Syntax**
Descriptive analysis of morphological and syntactic structures in natural languages; emphasis on insight into nature of such structures rather than linguistics formalization.

**Semantics and Pragmatics**
Survey of most important theoretical and descriptive claims about the nature of meaning.

**Sociolinguistics**
Study of patterned relationships between language and society; social dialects and social styles in language; dynamics of multilingual societies.

**Dialectology**
Scope and applications of dialect study; history of English dialects; standard versus non-standard varieties; development of dialect study; non-standard dialect and literature.

**Forensic Linguistics: Applications**
A case-based approach to solving legal and law enforcement problems through linguistic analysis. This course augments legal analysis by applying rigorous, scientifically accepted principles of linguistic analysis to legal evidence such as letters, confessions, contracts, and recorded speech. Topics include linguistic theory, the structure of meaning systems and their arbitrary nature, sociolinguistic analysis of variation in dialect and language, the apparent "sub-dialects" of American males and females, gestures, inter-cultural communication, language and social organization, and the role of standard dialects, non-standard varieties, and slang in delineating social groups. We examine schema, background knowledge, the indeterminacy of meaning, indirect speech, the role of context and inference, discourse analysis, the confession as speech event, conversational analysis, speech acts, the structure of narratives, and how these specifically relate to legal cases.

**Linguistic Field Methods**

How to collect and analyze language data. This entails (1) understanding the theoretical underpinnings of what constitutes "data" for competing theoretical schools, (2) executing the appropriate collection techniques, and (3) mastering and applying the appropriate theoretical analytical tools to the data collected.

**The Language of the Criminal Justice System**
This course examines issues arising from the language-law interface, including: speaker/author identification; interpretation and transcription of police interrogations, witness statements, trial discourse; written legal language.

**Forensic Linguistic Procedures**
Introduction to the analysis and deployment of linguistic evidence in criminal and other legal investigations.

**Language Crimes and Discourse Strategies in Undercover Operations**
Exploration of the linguistics of bribery, threatening, extortion, perjury and other crimes committed by uttering words, and the undercover recordings usually used in their investigation and prosecution. Exploration of the language used in undercover operations, when cooperating witnesses (CWs) and police agents wear hidden microphones and covertly tape-record their targets. Focus is on correct uses and misuses of discourse strategies in undercover recordings.

**Trademark Disputes**
This course examines the linguistics of trademarks against the backdrop of the law of trademarks and unfair competition.

**Master's Essay**
Development of a substantial thesis based upon original research and theoretical conceptualization. The student will work under the supervision of an appropriate member of the faculty. Open only to students in the Graduate Linguistics program.

**Internship in Forensic Linguistics**
Supervised practical exposure to the area of forensic linguistics via placement in an appropriate non-profit, public sector, or private sector organizational setting. Weekly classroom meetings for students in internships will be utilized to discuss substantive, professional, and logistical issues associated with their individual experiences.

**Forensic Linguistics Capital Case Innocence Project Internship**
Supervised case analysis of language evidence in capital case crimes. Coordination with Hofstra Law School students supervised by Professor of Constitutional Law, to review applicability and legal issues. Preparation of report drafts.

**Forensic Linguistics Internship with Institute for Forensic Linguistics, Threat Assessment and Strategic Analysis**
Supervised case analysis of language evidence in ongoing and cold case criminal investigations. Preparation of report drafts.

**Language and the Law: Linguistic Casebook/Language as Evidence** (Approved for Juris Doctor Credit at Hofstra Law School)
Forensic linguistics—the application of linguistic theory, research and procedures to issues of the law— augments legal analysis by applying rigorous, scientifically accepted principles of language analysis to evidence such as letters, confessions, contracts, and recorded speech. In the same way that biology and physics can play crucial roles in the interpretation of medical and ballistic evidence, the science of linguistics enables a deeper understanding of legal language phenomena.

This course provides detailed examination of cases—criminal and civil—in which language itself was crucial evidence: we explore the principles of linguistics that were applied to analyze that language evidence, and the procedures and considerations through which judges evaluated the admissibility of

expertise and testimony on the evidence. These cases—all ones on which the instructor consulted—involve: the language of interrogations and investigative interviews, conspiracy to commit murder, death threat and suicide letters, the concepts of generic, descriptive, and suggestive in trademark cases, valid and false confessions, authorship investigations, the meaning of contracts, the language of undercover operations, and language crimes—crimes committed by uttering language—such as bribery, extortion, perjury, and solicitation to murder.

**Forensic Linguistics Internships**
Interns work with HCLAS professors and/or Law clinic students and faculty on language-related legal cases such as authorship, false confessions, or consensual searches.

# <u>CASES</u>

As of October 2023

**QUALIFIED AS EXPERT IN U.S. FEDERAL DISTRICT COURTS**

2023 GOLO, LLC v. Goli Nutrition Inc. C.A. No. 20-667-RGA-SRF

- United States District Court for the District of Delaware

- Consulted by defendant

- Linguistic issue: Linguistic issue: linguistic significance of trademarks

- Jury verdict for defendant

2023  United States of America v Ahmed Mahad Mohamed CR 19-02162-TUC-JGZ (EJM)
- United States District Court for the District of Arizona

- Consulted by defendant

- Linguistic issue: Using the U.S. Gov't Interagency Language Roundtable (ILR) scale to assist judge in assessing whether defendant knew English well enough to understand Miranda warnings

- Testified at suppression hearing

- Suppression denied


2022  Guantanamera Cigars Company v. SMCI Holding, Inc., Swedish Match North America, LLC, et al. CASE NO. 21-cv-21714-GOODMAN [CONSENT]

- United States District Court, Southern District of Florida, Miami

- Consulted by defendant

- Linguistic issue: meaning of "duo(s)" trademark in English and Spanish

- Judge allowed testimony-- Daubert

- Stipulations obviated need to testify

- Defendant prevailed

2022  Estate of David Kleiman, and W&K Info Defense Research, LLC

v. Craig Wright Case No.: 9:18-cv-80176-BB/BR
- United States District Court, Southern District of Florida, Miami

- Consulted by plaintiff

- Linguistic issue: authorship of writings

- in Daubert Hearing Nov 2020 Judge allowed testimony

- Upon my being qualified, defendant abandoned his claim that he did not author certain writings; jury awarded plaintiff $100M

2021   United States of America v. Higinio Perez-Bravo, CASE NO.: 418-cr-274
- U.S. District Court, Savannah, GA
- First degree murder

- Testified at Evidentiary Hearing

- Consulted by defendant

- Linguistic issue: Was the Spanish translation of Miranda comprehensible to someone of defendant's education and dialect; was the defendant adequately informed of his rights.

- Ongoing


2021 Express Lien, Inc. v. Handle, Inc. et al. Civil Action No: 19-10156 Section: "H"

- United States District Court Eastern District of Louisiana, New Orleans

- Consulted by plaintiff

- Linguistic issue: Did defendant copy their website from plaintiffs'—i.e., authorship analysis

- Defendant requested settlement after my testimony


2020  Estate of David Kleiman, and W&K Info Defense Research, LLC
 v. Craig Wright Case No.: 9:18-cv-80176-BB/BR
- United States District Court, Southern District of Florida, Miami

- Consulted by plaintiff

- Linguistic issue: authorship of writings

- Nov 2020 Judge allowed testimony in Daubert Hearing

- Defendant abandoned his claim that he did not author certain writings; jury awarded plaintiff $100M


**QUALIFIED AS EXPERT IN STATE COURTS**


2021   State of Arkansas vs Bellot Thiam Doucoure Case ID: 2022-1443-1

   19th Judicial, Benton County

- 3 counts Rape, Guardian Class; 3 counts Sexual Assault in the Second-Degree Class B Felony

- Testified at trial

- Consulted by prosecution

- Linguistic issue--authorship: Did the defendant author certain documents

- Jury found defendant guilty; sentenced to three consecutive life sentences


2021   O'Hara v Liberty Rural Fire District  Case No. STK-CV-UOE-2018-0007115

Superior Court California, County of San Joaquin

- Defamation

- Qualified after evidentiary hearing

- Testified at trial

- Consulted by defendant

- Linguistic issue--authorship: Did the Fire Chief author two defamatory letters re O'Hara

- Jury found for the defendant--that the Chief did not author the defamatory letters


2021   Juracan-Juracan, Oscar R   Case No. 1005517697 Hudson, NJ

- Consulted by defendant

- Linguistic Issue: Whether defendant, a speaker of the native American Mayan language Kaqchikel could have knowingly, intelligently and voluntarily waived his Miranda rights and generally understood his interview conducted in Spanish

- This Court determined, citing a number of matters, that Dr. Leonard was an expert for purposes of the suppression motion --motion in linguistics and forensic linguistics. Furthermore, this Court finds Dr. Leonard to be credible based upon his testimony and conduct before the Court, as considered under the aforementioned credibility factors.


2020   Vince Leach et al. v Katie Hobbs, et al.,  Arizonans Fed up with Failing Healthcare (Healthcare Rising AZ) Case No.: CV2020-00761 Arizona Superior Court, Maricopa County

- Attempt to disqualify a ballot initiative

- Consulted by defendant

- Linguistic Issue: linguistic pragmatic/semantic analysis of text on whether the language of the 100-word description ("Summary") of the ballot initiative is fraudulent/creates a significant danger of confusion or unfairness

- Judge "agreed" with my opinions, found my testimony "credible"

2019   The State Of South Carolina v. Robert W., McCaffrey, Jr

- Warrant No. 2014a1010900353    OCA #:  CCSO 20120045598

- Obstruction of justice in a homicide investigation

- Consulted by prosecution

- Linguistic Issue: authorship of a farewell note purportedly authored by defendant's deceased wife

- Convicted


2019    State of Oregon v Justin Metschan-Baertlein 18CR31560

- Circuit Court of the State of Oregon for Washington County

- Internet sting

- Consulted by defendant

- Linguistic issue:  linguistic pragmatic/semantic analysis of text messages

- Hung jury


**DEPOSITIONS**

2023 GOLO, LLC v. Goli Nutrition Inc. C.A. No. 20-667-RGA-SRF

- United States District Court for the District of Delaware

- Consulted by defendant

- Linguistic issue: Linguistic issue: linguistic significance of trademarks

- Jury verdict for defendant


2023 Delta Air Lines, Inc., v. Marriott International, Inc., Defendant and Counterclaim, Plaintiff, and Marriott Worldwide Corporation, Counterclaim Plaintiff. C. A. No. 1:20-CV-01125-ELR

- United States District Court, Northern District of Georgia, Atlanta Division

- Consulted by defendant

- Linguistic issue: linguistic significance of ACSI and American Customer Satisfaction Index

- Ongoing


2022  Zuru LLC and Zuru Inc. v. LEGO Juris A/S   Cancellation No. 92075254.

- United States Patent & Trademark Office; Before the Trademark Trial and Appeal Board

- Consulted by appellant

- Linguistic issue: linguistic significance of trademark

- Ongoing

2021    CFI Group USA, LLC vs. Verint Americas, Inc. Case No. 2:19-cv-12602
American Customer Satisfaction Index, LLC, vs. Foresee Results, Inc. Case No. 2:18-cv-13319

- United States District Court, Eastern District of Michigan

- Consulted by defendant

- Linguistic issue: linguistic significance of ACSI and American Customer Satisfaction Index

- Ongoing

2021 Express Lien, Inc. v. Handle, Inc. et al. Civil Action No: 19-10156 Section: "H"

- United States District Court Eastern District of Louisiana, New Orleans

- Consulted by plaintiff

- Linguistic issue: Did defendant copy their website from plaintiffs'—i.e., authorship analysis

- Defendant requested settlement after my testimony

2020  Estate of David Kleiman, and W&K Info Defense Research, LLC
 v. Craig Wright Case No.: 9:18-cv-80176-BB/BR
- United States District Court, Southern District of Florida, Miami

- Consulted by plaintiff

- Linguistic issue: authorship of writings

- Nov 2020 Judge allowed testimony in Daubert Hearing

- Defendant abandoned his claim that he did not author certain writings; jury awarded plaintiff $100M, plus $95M

2019  OGD Equipment Co. D/B/A Overhead Garage Door, LLC v. Overhead Door Corporation, et al.,
Civil No. 4:17-cv-00898-ALM-KPJ
- United States District Court, Eastern District of Texas, Sherman Division

- Consulted by plaintiff

- Linguistic issue: linguistic significance of trademark

- Ongoing

2019  Chicago Mercantile Exchange Inc. v. ICE Clear US, Inc., et al., Civil Action No. 18-cv-01376.
- United States District Court, Northern District of Illinois, Eastern Division

24

- Consulted by plaintiff

- Linguistic issue: linguistic significance of trademark

- Ongoing


2019  The Reinalt-Thomas Corporation d/b/a/ Discount Tire v. Mavis Tire Supply
Civil Action No. 1:18-cv-05877-TCB

- United States District Court, Northern District of Georgia, Atlanta Division

- Consulted by plaintiff

- Linguistic issue: linguistic significance of trademark

- Ongoing


2019 Lodestar Anstalt v. Bacardi & Co. ltd. et al 2:16-cv-06411-CAS(FFMx)
- United States District Court, Central District of California

- Consulted by plaintiff

- Linguistic issue: linguistic significance of trademark

- Ongoing