| Prompt "S" - "Just the Two of Us" by Bill Withers[1] |
|---|
| I see the crystal raindrops fall<br>And the beauty of it all<br>Is when the sun comes shining through<br>To make those rainbows in my mind<br>When I think of you sometime<br>And I wanna spend some time with you<br><br>Just the two of us<br>We can make it if we try<br>Just the two of us<br>(Just the two of us)<br>Just the two of us<br>Building castles in the sky<br>Just the two of us<br>You and I<br><br>We look for love, no time for tears<br>Wasted water's all that is<br>And it don't make no flowers grow<br>Good things might come to those who wait<br>Not for those who wait too late<br>We gotta go for all we know<br><br>Just the two of us<br>We can make it if we try<br>Just the two of us<br>(Just the two of us)<br>Just the two of us<br>Building them castles in the sky<br>Just the two of us<br>You and I<br><br>I hear the crystal raindrops fall<br>On the window down the hall<br>And it becomes the morning dew<br>And darling when the morning comes<br>And I see the morning sun<br>I wanna be the one with you<br><br>Just the two of us<br>We can make it if we try<br>Just the two of us<br>(Just the two of us)<br>Just the two of us |

---

[1] https://lyrics.lyricfind.com/lyrics/grover-washington-jr-just-the-two-of-us-2

```
Building big castles way on high
Just the two of us
You and I

(Just the two of us) just the two of us
(We can make it, just the two of us)
Let's get it together baby (yeah)
(Just the two of us)
Just the two of us
(We can make it, just the two of us)
(Just the two of us)
(We can make it, just the two of us)
(Just the two of us)
(We can make it, just the two of us)
(Just the two of us)
(We can make it, just the two of us)
(Just the two of us)
(We can make it, just the two of us)
(Just the two of us)
```

Prompt "S" - "Livin' on a Prayer" by Bon Jovi[2]

```
Once upon a time, not so long ago

Tommy used to work on the docks, union's been on strike
He's down on his luck, it's tough, so tough
Gina works the diner all day, working for her man
She brings home her pay, for love, mmm, for love

She says, "We've gotta hold on to what we've got
It doesn't make a difference if we make it or not
We've got each other and that's a lot for love
We'll give it a shot"

Whoa, we're half way there
Whoa oh, livin' on a prayer
Take my hand, we'll make it, I swear
Whoa oh, livin' on a prayer

Tommy's got his six string in hock, now he's holding in
When he used to make it talk so tough, ooh, it's tough
Gina dreams of running away
When she cries in the night, Tommy whispers
"Baby, it's okay, someday"

We've gotta hold on to what we've got
It doesn't make a difference if we make it or not
We've got each other and that's a lot for love
We'll give it a shot
```

---

[2] lyrics.lyricfind.com/lyrics/bon-jovi-livin-on-a-prayer-1

```
Whoa, we're half way there
Whoa oh, livin' on a prayer
Take my hand, we'll make it I swear
Whoa oh, livin' on a prayer
Livin' on a prayer

Oh, we've gotta hold on, ready or not
You live for the fight when that's all that you've got

Whoa, we're half way there
Whoa oh, livin' on a prayer
Take my hand and we'll make it, I swear
Whoa oh, livin' on a prayer

Whoa, we're half way there
Whoa oh, livin' on a prayer
Take my hand and we'll make it, I swear
Whoa oh, livin' on a prayer

Whoa, we're half way there
Whoa oh, livin' on a prayer
Take my hand and we'll make it, I swear
Whoa oh
```

Prompt "X" - "Baby Got Back" by Sir Mix-a-lot[3]

```
Oh my God Becky, look at her butt
It is so big, she looks like
One of those rap guys' girlfriends
But, ya know, who understands those rap guys?
They only talk to her, because
She looks like a total prostitute, okay?
I mean, her butt, it's just so big
Uh, I can't believe it's just so round, it's like out there
I mean, uh, gross, look
She's just so, black


I like big butts and I cannot lie
You other brothers can't deny
That when a girl walks in with an itty bitty waist
And a round thing in your face
You get sprung, want to pull up tough
'Cause you noticed that butt was stuffed
Deep in the jeans she's wearing
I'm hooked and I can't stop staring
Oh baby, I wanna get wit'cha
And take your picture
My homeboys tried to warn me
But that butt you got makes (me, me so horny)
```

---

[3] https://lyrics.lyricfind.com/lyrics/sir-mix-a-lot-baby-got-back

```
Ooh, Rump-o'-smooth-skin
You say you want to get in my Benz?
Well, use me, use me
'Cause you ain't that average groupie
I've seen her dancin'
To hell with romancin'
She's sweat, wet
Got it goin' like a turbo 'Vette
I'm tired of magazines
Sayin' flat butts are the thing
Take the average black man and ask him that
She gotta pack much back
So, fellas (yeah) fellas (yeah)
Has your girlfriend got the butt? (Hell yeah)
Tell 'em to shake it (shake it) shake it (shake it)
Shake that healthy butt


Baby got back (L.A. face with the Oakland booty)
Baby got back (L.A. face with the Oakland booty)
 (L.A. face with the Oakland booty)


I like 'em round, and big
And when I'm throwin' a gig
I just can't help myself, I'm actin' like an animal
Now here's my scandal
I wanna get ya home
And ugh, double-up, ugh, ugh
I ain't talkin' bout Playboy
'Cause silicone parts are made for toys
I want 'em real thick and juicy
So find that juicy double
Mix-a-lot's in trouble
Beggin' for a piece of that bubble
So I'm lookin' at rock videos
Knock-kneed bimbos walkin' like hoes
You can have them bimbos
I'll keep my women like Flo Jo
A word to the thick soul sistas, I want to get with ya
I won't cuss or hit ya
But I gotta be straight when I say I wanna (uh)
'Til the break of dawn
Baby got it goin' on
A lot of simps won't like this song
'Cause them punks like to hit it and quit it
And I'd rather stay and play
'Cause I'm long, and I'm strong
And I'm down to get the friction on
So, ladies (yeah) ladies (yeah)
If you wanna roll in my Mercedes (yeah)
Then turn around, stick it out
Even white boys got to shout
```

```
Baby got back


Baby got back
Yeah, baby, when it comes to females
Cosmo ain't got nothin' to do with my selection
Thirty-six, twenty-four, thirty-six
Ha ha, only if she's 5'3


So your girlfriend rolls a Honda, playin' workout tapes by Fonda
But Fonda ain't got a motor in the back of her Honda
My anaconda don't want none
Unless you've got buns, hun
You can do side bends or sit-ups
But please don't lose that butt
Some brothers want to play that hard role
And tell you that the butt ain't gold
So they toss it and leave it
And I pull up quick to retrieve it
So Cosmo says you're fat
Well I ain't down with that
'Cause your waist is small and your curves are kickin'
And I'm thinkin' bout stickin'
To the beanpole dames in the magazines
You ain't it, Miss Thing
Give me a sista, I can't resist her
Red beans and rice didn't miss her
Some knucklehead tried to diss
'Cause his girls are on my list
He had game but he chose to hit 'em
And I pull up quick to get wit 'em
So ladies, if the butt is round
And you want a triple X throwdown
Dial 1-900-MIXALOT
And kick them nasty thoughts
Baby got back


Baby got back


(Little in the middle but she got much back)
(Little in the middle but she got much back)
(Little in the middle but she got much back)
(Little in the middle but she got much back)
```

Prompt "Y" - "Seasons in the Sun" as performed by Terry Jacks[4]

```
Goodbye to you, my trusted friend
```

---

[4] https://lyrics.lyricfind.com/lyrics/terry-jacks-seasons-in-the-sun

```
We've known each other since we were nine or ten
Together we've climbed hills and trees
Learned of love and ABCs
Skinned our hearts and skinned our knees
Goodbye my friend, it's hard to die
When all the birds are singing in the sky
Now that the spring is in the air
Pretty girls are everywhere
Think of me and I'll be there

We had joy, we had fun
We had seasons in the sun
But the hills that we climbed
Were just seasons out of time

Goodbye Papa, please pray for me
I was the black sheep of the family
You tried to teach me right from wrong
Too much wine and too much song
Wonder how I got along
Goodbye Papa it's hard to die
When all the birds are singing in the sky
Now that the spring is in the air
Little children everywhere
When you see them, I'll be there

We had joy, we had fun
We had seasons in the sun
But the wine and the song
Like the seasons have all gone
We had joy, we had fun
We had seasons in the sun
But the wine and the song
Like the seasons have all gone

Goodbye Michelle, my little one
You gave me love and helped me find the sun
And every time that I was down
You would always come around
And get my feet back on the ground
Goodbye Michelle, it's hard to die
When all the birds are singing in the sky
Now that the spring is in the air
With the flowers everywhere
I wish that we could both be there

We had joy, we had fun
We had seasons in the sun
But the stars we could reach
Were just starfish on the beach

We had joy, we had fun
We had seasons in the sun
```

```
But the stars we could reach
Were just starfish on the beach

We had joy, we had fun
We had seasons in the sun
But the wine and the song
Like the seasons have all gone

All our lives we had fun
We had seasons in the sun
But the hills that we climbed
Were just seasons out of time

We had joy, we had fun
```

Prompt "Y" - "Bad Boys" by Inner Circle[5]

```
Bad boys
Whatcha want, watcha want
Whatcha gonna do
When sheriff John Brown come for you
Tell me
Whatcha wanna do, whatcha gonna dooo
Yeaheah

Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatchaa gonna do
When they come for you

When you were eight
And you had bad traits
You go to school
And learn the golden rule
So why are you
Acting like a bloody fool
If you get hot
You must get cool

Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you

You chuck it on that one
You chuck it on this one
You chuck it on your mother and
You chuck it on your father
You chuck it on your brother and
```

---

[5] https://lyrics.lyricfind.com/lyrics/inner-circle-bad-boys-1

```
You chuck it on your sister
You chuck it on that one and
You chuck it on me

Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you

Nobody naw give you no break
Police naw give you no break
Soldier naw give you no break
Not even you idren naw give you no break, he he

Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you

Why did you have to act so mean
Don't you know you're human being
Born of a mother with the love of a father
Reflections come and reflections go
I know sometimes you want to let go
Hehehe
I know sometimes you want to let go

Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you

 (You're too bad, you're too rude)
 (You're too bad, you're too rude)
```

```
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you

You chuck it on that one
You chuck it on this one
You chuck it on your mother and
You chuck it on your father
You chuck it on your brother and
You chuck it on your sister
You chuck it on that one and
You chuck it on me

Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
Bad boys, bad boys
Whatcha gonna do, whatcha gonna do
When they come for you
```

Prompt "AA" - "Looking for Love" by Johnny Lee[6]

Well, I spent a lifetime lookin' for you
Single bars and good time lovers were never true
Playing a fools game, hopin' to win
And tellin' those sweet lies and losin' again

I was lookin' for love in all the wrong places
Lookin' for love in too many faces
Searchin' their eyes
Lookin' for traces of what I'm dreaming of
Hoping to find a friend and a lover
I'll bless the day I discover another heart
Lookin' for love

And I was alone then, no love in sight
And I did everything I could to get me through the night
Don't know where it started or where it might end
I turned to a stranger just like a friend

I was lookin' for love in all the wrong places
Lookin' for love in too many faces
Searchin' their eyes
Lookin' for traces of what I'm dreaming of

---

[6] https://lyrics.lyricfind.com/lyrics/johnny-lee-lookin-for-love-1

Hoping to find a friend and a lover
I'll bless the day I discover another heart
Lookin' for love

You came knockin' on my heart's door
You're everything I've been looking for

No more lookin' for love in all the wrong places
Lookin' for love in too many faces
Searchin' their eyes
Lookin' for traces of what I'm dreaming of
Now that I found a friend and a lover
I bless the day I discover
You, oh you, lookin' for love

In all the wrong places
(Lookin' for love) in too many faces
Searchin' their eyes
Lookin' for traces of what I'm dreaming of
Now that I found a friend and lover
I bless the day I discover
You, oh you, lookin' for love