# Appendix D

## Similar Lyrics with Non-Substantive Dissimilarities

10013 - "Hemorrhage (In My Hands)" by Fuel

| LyricFind | Claude |
|---|---|
| Memories are just where you laid them<br>Drag the waters till the depths give up their dead<br>What did you expect to find?<br>Was there something you left behind?<br>Don't you remember<br>Anything I said when I said | Memories are just where you laid them<br>Drag the waters till the depths give up their dead<br>What did you expect to find<br>Was it something you left behind<br>Don't you remember anything I said when I said |
| Don't fall away<br>And leave me to myself<br>Don't fall away<br>And leave love bleeding in my hands<br>In my hands again | Don't fall away<br>And leave me to myself<br>Don't fall away<br>And leave love bleeding in my hands, in my hands again |
| And leave love bleeding in my hands<br>In my hands<br>Love lies bleeding | Leave love bleeding in my hands, in my hands<br>Love lies bleeding |
| Oh, hold me now, I feel contagious<br>Am I the only place that you've left to go?<br>She cries her life is like<br>Some movie, black and white<br>Dead actors faking lines<br>Over and over and over again she cries | Oh, hold me now I feel contagious<br>Am I the only place that you've left to go<br>She cries her life is like<br>Some movie black and white<br>Dead actors faking lines<br>Over and over and over again she cries |
| Don't fall away<br>And leave me to myself<br>Don't fall away<br>And leave love bleeding in my hands<br>In my hands again | Don't fall away<br>And leave me to myself<br>Don't fall away<br>And leave love bleeding in my hands, in my hands again |
| And leave love bleeding in my hands<br>In my hands<br>Love lies bleeding | Leave love bleeding in my hands, in my hands<br>Love lies bleeding |
| And I wanted, but you turned away<br>You don't remember, but I do<br>You never even tried | And I wanted you turned away<br>You don't remember, but I do<br>You never even tried |
| Don't fall away<br>And leave me to myself | Don't fall away<br>And leave me to myself |

| | |
|---|---|
| Don't fall away<br>And leave love bleeding in my hands<br>In my hands again<br><br>Leave love bleeding in my hands<br>In my hands again<br>Leave love bleeding in my hands<br>In my hands again, oh | Don't fall away<br>And leave love bleeding in my hands, in my hands again<br><br>Leave love bleeding in my hands, in my hands<br><br>Leave love bleeding in my hands, in my hands again<br><br>Leave love bleeding in my hands, in my hands<br>Love lies bleeding |

10014 - "You Make Loving Fun" by Fleetwood Mac

| LyricFind | Claude |
|---|---|
| Sweet wonderful you<br>You make me happy with the things you do<br>Oh, can it be so<br>This feeling follows me wherever I go | Sweet wonderful you<br>You make me happy with the things you do<br>Oh, can it be so<br>This feeling follows me wherever I go |
| I never did believe in miracles<br>But I've a feeling it's time to try<br>I never did believe in the ways of magic<br>But I'm beginning to wonder why | I never did believe in miracles<br>But I've a feeling it's time to try<br>I never did believe in the ways of magic<br>But I'm beginning to wonder why |
| I never did believe in miracles<br>But I've a feeling it's time to try<br>I never did believe in the ways of magic<br>But I'm beginning to wonder why | |
| Don't, don't break the spell<br>It would be different and you know it will<br>You, you make loving fun<br>And I don't have to tell you but you're the only one | Don't, don't break the spell<br>It would be different and you know it will<br>You, you make loving fun<br>And I don't have to tell you that you're the only one |
| You, you make loving fun<br><br>It's all I want to do<br><br>You, you make loving fun<br><br>It's all I want to do<br><br>You, you make loving fun | You make lovin' fun<br>(You make lovin' fun)<br>It's all I want to do<br>(It's all I want to do)<br>You make lovin' fun<br>(You make lovin' fun)<br>It's all I want to do<br>(It's all I want to do)<br><br>You, you make loving fun<br>(You make lovin' fun) |

| It's all I want to do | It's all I want to do |
|---|---|
| You, you make loving fun | (It's all I want to do) |
| | You make lovin' fun |
| It's all I want to do | (You make lovin' fun) |
| | It's all I want to do |
| | (It's all I want to do) |
| | You're the only one |
| | Who makes loving fun |

10059 - "These Boots Are Made For Walkin" by Nancy Sinatra

| LyricFind | Claude |
|---|---|
| You keep sayin' you've got somethin' for me<br>Somethin' you call love but confess<br>You've been a'messin' where you shouldn't 've been a'messin'<br>And now someone else is getting all your best | You keep saying you've got something for me<br>Something you call love, but confess<br>You've been messin' where you shouldn't be messin'<br>And now someone else is gettin' all your best |
| These boots are made for walkin'<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you<br>Ya | These boots are made for walking, and that's just what they'll do<br>One of these days these boots are gonna walk all over you |
| You keep lyin' when you oughta be truthin'<br>And you keep losing when you oughta not bet<br>You keep samin' when you oughta be a'changin'<br>Now what's right is right but you ain't been right yet | You keep lying, when you oughta be truthin'<br>And you keep losin' when you oughta not bet<br>You keep samin' when you oughta be changin'<br>Now what's right is right, but you ain't been right yet |
| These boots are made for walkin'<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you | These boots are made for walking, and that's just what they'll do<br>One of these days these boots are gonna walk all over you |
| You keep playin' where you shouldn't be playin'<br>And you keep thinkin' that you'll never get burnt (ha)<br>I just found me a brand new box of matches, yeah<br>And what he knows you ain't had time to learn<br>These boots are made for walkin'<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you | You keep playin' where you shouldn't be playin'<br>And you keep thinkin' that you'll never get burnt<br>Ha! I just found me a brand new box of matches, yeah<br>And what he know you ain't HAD time to learn<br>These boots are made for walking, and that's just what they'll do<br>One of these days these boots are gonna walk |

| | all over you |
|---|---|
| Are you ready, boots? Start walkin' | Are ya ready boots? Start walkin'! |

10069 - "Copacabana" by Barry Manilow

| LyricFind | Claude |
|---|---|
| Her name was Lola, she was a showgirl<br>With yellow feathers in her hair and a dress cut down to there<br>She would merengue and do the cha-cha<br>And while she tried to be a star<br>Tony always tended bar<br>Across the crowded floor, they worked from eight til four<br>They were young and they had each other<br>Who could ask for more? | Her name was Lola, she was a showgirl<br>With yellow feathers in her hair and a dress cut down to there<br>She would merengue and do the cha-cha<br>And while she tried to be a star, Tony always tended bar<br>Across the crowded floor, they worked from 8 til 4<br><br>They were young and they had each other<br>Who could ask for more? |
| At the copa (co) Copacabana (Copacabana)<br>The hottest spot north of Havana (here)<br>At the copa (co) Copacabana<br>Music and passion were always the fashion<br>At the copa they fell in love | At the Copa (Copacabana)<br>The hottest spot north of Havana<br>At the Copa (Copacabana)<br>Music and passion were always the fashion<br>At the Copa....they fell in love |
| Copa, Copacabana<br>His name was Rico<br>He wore a diamond<br>He was escorted to his chair, he saw Lola dancing there<br>And when she finished,he called her over<br>But Rico went a bit to far<br>Tony sailed across the bar<br>And then the punches flew and chairs were smashed in two<br>There was blood and a single gun shot<br>But just who shot who? | His name was Rico, he wore a diamond<br><br>He was escorted to his chair, he saw Lola dancin' there<br>And when she finished, he called her over<br>But Rico went a bit too far, Tony sailed across the bar<br><br>And then the punches flew and chairs were smashed in two<br>There was blood and a single gun shot<br>But just who shot who? |
| At the copa (co) Copacabana (Copacabana)<br>The hottest spot north of Havana (here)<br>At the copa (co) Copacabana<br>Music and passion were always the fashion<br>At the copa, she lost her love<br><br>(Copa, Copacabana) | At the Copa (Copacabana)<br>The hottest spot north of Havana<br>At the Copa (Copacabana)<br>Music and passion were always the fashion<br>At the Copa....she lost her love |

| | |
|---|---|
| (Copa, Copacabana) <br> (Copacabana) <br><br> (Copa, Copacabana) <br> (Copa, Copacabana) like in Havana <br> (Copa, banana) <br> Music and passion were always in fashion <br><br> Her name is Lola, she was a showgirl <br> But that was thirty years ago, when they used to have a show <br> Now it's a disco, but not for Lola <br> Still in dress she used to wear <br> Faded feathers in her hair <br> She sits there so refined, and drinks herself half-blind <br> She lost her youth and she lost her Tony <br> Now she's lost her mind <br><br> At the copa (co) Copacabana (Copacabana) <br> The hottest spot north of Havana (here) <br> At the copa (co) Copacabana <br> Music and passion were always in fashion <br> At the copa don't fall in love <br><br> (Copa, Copacabana) don't fall in love <br> (Copacabana) <br> (Copacabana) <br><br> (Copa, Copacabana) <br> (Copacabana) <br> (Copacabana) <br> (Copacabana) <br> (Copacabana) <br> (Copacabana) <br> (Copacabana) <br> (Copacabana) | (repeats chorus) <br><br><br><br><br><br><br> Her name is Lola, she was a showgirl, <br> But that was 30 years ago, when they used to have a show <br> Now it's a disco, but not for Lola, <br> Still in the dress she used to wear, faded feathers in her hair <br> She sits there so refined, and drinks herself half-blind <br> She lost her youth and she lost her Tony <br> Now she's lost her mind! <br><br> At the Copa....Copacabana <br> The hottest spot north of Havana <br> At the Copa....Copacabana <br> Music and passion were always the fashion <br> At the Copa....don't fall in love <br><br> Don't fall in love |

10070 - "Iridescent" by Linkin Park

| LyricFind | Claude |
|---|---|
| You were standing in the wake of devastation <br> You were waiting on the edge of the unknown <br> And with the cataclysm raining down, insides crying save me now | When you were standing in the wake of devastation <br> When you were waiting on the edge of the unknown <br> And with the cataclysm raining down <br> Insides crying "Save me now" |

| | |
|---|---|
| You were there impossibly alone. | You were there, impossibly alone |
| | |
| Do you feel cold and lost in desperation | Do you feel cold and lost in desperation? |
| You build up hope but failure's all you've known | You build up hope, but failure's all you've known |
| Remember all the sadness and frustration | Remember all the sadness and frustration |
| And let it go, let it go. | And let it go. Let it go |
| | |
| And in the burst of light that blinded every angel | And in a burst of light that blinded every angel |
| As if the sky had blown the heavens into stars | As if the sky had blown the heavens into stars |
| You felt the gravity of temper grace falling into empty space | You felt the gravity of tempered grace Falling into empty space |
| No one there to catch you in their arms | No one there to catch you in their arms |
| | |
| Do you feel cold and lost in desperation | Do you feel cold and lost in desperation? |
| You build up hope but failure's all you've known | You build up hope, but failure's all you've known |
| Remember all the sadness and frustration | Remember all the sadness and frustration |
| And let it go, let it go. | And let it go. Let it go |
| | |
| | Do you feel cold and lost in desperation? |
| | You build up hope, but failure's all you've known |
| | Remember all the sadness and frustration |
| | And let it go. Let it go |
| | |
| Let it go | Let it go |
| Let it go | Let it go |
| Let it go | Let it go |
| Let it go | Let it go |
| | |
| Do you feel cold and lost in desperation | Do you feel cold and lost in desperation? |
| You build up hope but failure's all you've known | You build up hope, but failure's all you've known |
| Remember all the sadness and frustration | Remember all the sadness and frustration |
| And let it go, let it go. | And let it go. Let it go |

10075 - "California Dreamin" by The Mamas and The Papas

| LyricFind | Claude |
|---|---|
| All the leaves are brown (all the leaves are brown)<br>And the sky is gray (and the sky is gray)<br>I've been for a walk (I've been for a walk)<br>On a winter's day (on a winter's day)<br>I'd be safe and warm (I'd be safe and warm)<br>If I was in L.A. (if I was in L.A.)<br><br>California dreamin' (California dreamin')<br>On such a winter's day<br><br>Stopped into a church<br>I passed along the way<br>Well, I got down on my knees (got down on my knees)<br>And I pretend to pray (I pretend to pray)<br>You know the preacher like the cold (preacher like the cold)<br>He knows I'm gonna stay (knows I'm gonna stay)<br><br>California dreamin' (California dreamin')<br>On such a winter's day<br><br>All the leaves are brown (all the leaves are brown)<br>And the sky is gray (and the sky is gray)<br>I've been for a walk (I've been for a walk)<br>On a winter's day (on a winter's day)<br>If I didn't tell her (if I didn't tell her)<br>I could leave today (I could leave today)<br><br>California dreamin' (California dreamin')<br>On such a winter's day (California dreamin')<br><br>On such a winter's day (California dreamin')<br><br>On such a winter's day | All the leaves are brown<br>And the sky is gray<br>I've been for a walk<br>On a winter's day<br>I'd be safe and warm<br>If I was in L.A.<br><br>California dreamin'<br>On such a winter's day<br><br>Stopped in to a church<br>I passed along the way<br>Well I got down on my knees<br>And I pretend to pray<br>You know the preacher liked the cold<br>He knows I'm gonna stay<br><br>California dreamin'<br>On such a winter's day<br><br>All the leaves are brown<br>And the sky is gray<br>I've been for a walk<br>On a winter's day<br>If I didn't tell her<br>I could leave today<br><br>California dreamin'<br>On such a winter's day<br>California dreamin'<br>On such a winter's day<br>California dreamin'<br>On such a winter's day |

10084 - "Just Like Tom Thumb's Blues" by Bob Dylan

| **LyricFind** | **Claude** |
|---|---|
| When you're lost in the rain in Juarez when it's | When you're lost in the rain in Juarez |

| | |
|---|---|
| Easter time, too | And it's Eastertime too |
| And your gravity fails and negativity don't pull you through | And your gravity fails |
| | And negativity don't pull you through |
| Don't put on any airs when you're down on Rue Morgue Avenue | Don't put on any airs |
| | When you're down on Rue Morgue Avenue |
| They got some hungry women there and they really make a mess outta you | They got some hungry women there |
| | And they really make a mess outa you |
| Now, if you see Saint Annie, please tell her thanks a lot | Now if you see Saint Annie |
| | Please tell her thanks a lot |
| I cannot move, my fingers are all in a knot | I cannot move |
| | My fingers are all in a knot |
| I don't have the strength to get up and take another shot | I don't have the strength |
| | To get up and take another shot |
| And my best friend, my doctor, won't even say what it is I've got | And my best friend, my doctor |
| | Won't even say what it is I've got |
| Sweet Melinda, the peasants call her the goddess of gloom | Sweet Melinda |
| | The peasants call her the goddess of gloom |
| She speaks good English and she invites you up into her room | She speaks good English |
| | And she invites you up into her room |
| And you're so kind and careful not to go to her too soon | And you're so kind |
| | And careful not to go to her too soon |
| And she takes your voice and leaves you howling at the moon | But she takes your voice |
| | And leaves you howling at the moon |
| Up on Housing Project Hill, it's either fortune or fame | Up on Housing Project Hill |
| | It's either fortune or fame |
| You must pick one or the other, though neither of them are to be what they claim | You must pick up one or the other |
| | Though neither of them are to be what they claim |
| If you're lookin' to get silly, you better go back to from where you came | And if you're lookin' to get silly |
| | You better go back to from where you came |
| Because the cops don't need you, and man, they expect the same | Because the cops don't need you |
| | And man they expect the same |
| Now, all the authorities, they just stand around and boast | Now all the authorities |
| | They just stand around and boast |
| How they blackmailed the sergeant-at-arms into leaving his post | How they blackmailed the sergeant-at-arms |
| | Into leaving his post |
| And picking up Angel, who just arrived here from the coast | And picking up Angel |
| | Who just arrived here from the coast |
| Who looked so fine at first but left looking just like a ghost | Who looked so fine at first |
| | But left looking just like a ghost |
| I started out on burgundy but soon hit the harder stuff | I started out on burgundy |
| | But soon hit the harder stuff |
| Everybody said they'd stand behind me when the game got rough | Everybody said they'd stand behind me |
| | When the game got rough |

| | |
|---|---|
| But the joke was on me, there was nobody even there to bluff<br>I'm going back to New York City, I do believe<br>I've had enough | But the joke was on me<br>There was nobody even there to bluff<br>I'm going back to New York City<br>I do believe I've had enough |

10099 - "Shambala" by Three Dog Night

| LyricFind | Claude |
|---|---|
| Wash away my troubles, wash away my pain<br>With the rain in Shambala<br>Wash away my sorrow, wash away my shame<br>With the rain in Shambala | Wash away my troubles, wash away my pain<br>With the rain in Shambala<br>Wash away my sorrow, wash away my shame<br>With the rain in Shambala |
| Ah, ooh, yeah<br>Yeah, yeah, yeah, yeah, yeah<br>Ah, ooh, yeah<br>Yeah, yeah, yeah, yeah, yeah | Yeah, yeah, yeah, yeah, yeah, yeah |
| Everyone is helpful, everyone is kind<br>On the road to Shambala<br>Everyone is lucky, everyone is so kind<br>On the road to Shambala | Everyone is helpful, everyone is kind<br>On the road to Shambala<br>Everyone is lucky, everyone is so kind<br>On the road to Shambala |
| Ah, ooh, yeah<br>Yeah, yeah, yeah, yeah, yeah<br>Ah, ooh, yeah<br>Yeah, yeah, yeah yeah, yeah | |
| How does your light shine<br>In the halls of Shambala?<br>How does your light shine<br>In the halls of Shambala? | How does your light shine, in the halls of Shambala |
| I can tell my sister by the flowers in her eyes<br>On the road to Shambala | I can tell my sister by the flowers in her eyes<br>On the road to Shambala |
| I can tell my brother by the flowers in his eyes<br>On the road to Shambala | I can tell my brother by the flowers in his eyes<br>On the road to Shambala |
| Ah, ooh, yeah<br>Yeah, yeah, yeah, yeah, yeah<br>Ah, ooh, yeah<br>Yeah, yeah, yeah, yeah, yeah | Yeah, yeah, yeah, yeah, yeah, yeah<br><br>Wash away my troubles, wash away my pain |

| | |
|---|---|
| How does your light shine<br>In the halls of Shambala?<br>How does your light shine<br>In the halls of Shambala?<br>Tell me how does your light shine<br>In the halls of Shambala?<br>(Tell me how) How does your light shine<br>In the halls of Shambala?<br><br>Ah, ooh, yeah<br>Yeah, yeah, yeah, yeah, yeah<br>Ah, ooh, yeah<br>On the road to Shambala<br><br>Ah, ooh, yeah<br>Shambala, la<br>Ah, ooh, yeah<br>On the road to Shambala | With the rain in Shambala<br>Wash away my sorrow, wash away my shame<br>With the rain in Shambala<br>Hey-o, hey-o, hey, oh, the road to Shambala<br>Hey-o, hey-o, hey, oh, the road to Shambala<br>(Repeat)<br><br><br><br><br><br><br>Everybody , don't you know that's it's true?<br>That's the road to Shambala. |

10114 - "Mr. Tambourine Man" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Hey, Mr. Tambourine Man, play a song for me<br>I'm not sleepy and there is no place I'm going to<br>Hey, Mr. Tambourine Man, play a song for me<br>In the jingle jangle morning I'll come following you<br><br>Though I know that evening's empire has returned into sand<br>Vanished from my hand<br>Left me blindly here to stand, but still not sleeping<br>My weariness amazes me, I'm branded on my feet<br>I have no one to meet<br>And the ancient empty street's too dead for dreaming<br><br>Hey, Mr. Tambourine Man, play a song for me<br>I'm not sleepy and there is no place I'm going to<br>Hey, Mr. Tambourine Man, play a song for me<br>In the jingle jangle morning I'll come following you<br><br>Take me on a trip upon your magic swirling ship | Hey! Mr. Tambourine Man, play a song for me,<br>I'm not sleepy and there is no place I'm going to.<br>Hey! Mr. Tambourine Man, play a song for me,<br>In the jingle jangle morning I'll come followin' you.<br><br>Though I know that evenin's empire has returned into sand,<br>Vanished from my hand,<br>Left me blindly here to stand but still not sleeping.<br>My weariness amazes me, I'm branded on my feet,<br>I have no one to meet<br>And the ancient empty street's too dead for dreaming.<br><br>Hey! Mr. Tambourine Man, play a song for me,<br>I'm not sleepy and there is no place I'm going to.<br>Hey! Mr. Tambourine Man, play a song for me,<br>In the jingle jangle morning I'll come followin' you. |

My senses have been stripped
My hands can't feel to grip
My toes too numb to step
Wait only for my boot heels to be wandering
I'm ready to go anywhere, I'm ready for to fade
Into my own parade
Cast your dancing spell my way, I promise to go under it

Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you

Though you might hear laughing, spinning,
swinging madly across the sun
It's not aimed at anyone
It's just escaping on the run
And but for the sky there are no fences facing
And if you hear vague traces of skipping reels of rhyme
To your tambourine in time
It's just a ragged clown behind
I wouldn't pay it any mind
It's just a shadow you're seeing that he's chasing

Hey, Mr. Tambourine Man, play a song for me
I'm not sleepy and there is no place I'm going to
Hey, Mr. Tambourine Man, play a song for me
In the jingle jangle morning I'll come following you

And take me disappearing through the smoke rings of my mind
Down the foggy ruins of time
Far past the frozen leaves
The haunted frightened trees
Out to the windy beach
Far from the twisted reach of crazy sorrow
Yes, to dance beneath the diamond sky
With one hand waving free
Silhouetted by the sea
Circled by the circus sands
With all memory and fate
Driven deep beneath the waves
Let me forget about today until tomorrow

Take me on a trip upon your magic swirlin' ship,
My senses have been stripped, my hands can't feel to grip,
My toes too numb to step, wait only for my boot heels
To be wanderin'.
I'm ready to go anywhere, I'm ready for to fade
Into my own parade, cast your dancing spell my way,
I promise to go under it.

Hey! Mr. Tambourine Man, play a song for me,
I'm not sleepy and there is no place I'm going to.
Hey! Mr. Tambourine Man, play a song for me,
In the jingle jangle morning I'll come followin' you.

Though you might hear laughin', spinnin'
swingin' madly across the sun,
It's not aimed at anyone, it's just escapin' on the run
And but for the sky there are no fences facin'.
And if you hear vague traces of skippin' reels of rhyme
To your tambourine in time, it's just a ragged clown behind,
I wouldn't pay it any mind, it's just a shadow you're
Seein' that he's chasing.

Hey! Mr. Tambourine Man, play a song for me,
I'm not sleepy and there is no place I'm going to.
Hey! Mr. Tambourine Man, play a song for me,
In the jingle jangle morning I'll come followin' you.

| | |
|---|---|
| Hey, Mr. Tambourine Man, play a song for me<br>I'm not sleepy and there is no place I'm going to<br>Hey, Mr. Tambourine Man, play a song for me<br>In the jingle jangle morning I'll come following<br>you | |

10115 - "Lying From You" by Linkin Park

| LyricFind | Claude |
|---|---|
| When I pretend everything is what I want it to be<br>I look exactly like what you had always wanted to see<br>When I pretend I can forget about the criminal I am<br>Stealing second after second just 'cause I know I can<br>But I can't pretend this is the way it will stay<br>I'm just trying to bend the truth<br>I can't pretend I'm who you want me to be so I'm<br>Lying my way from you | When I pretend everything is what I want it to be<br>I look exactly like what you had always wanted to see<br>When I pretend, I can't forget about the criminal I am<br>Stealing second after second just cause I know I can<br><br>I can't pretend this is the way it will stay<br>I'm just trying to bend the truth<br>I can't pretend I'm who you want me to be<br>So I'm<br><br>Lying my way from you |
| (No, no turning back now)<br>I want to be pushed aside so let me go (no, no turning back now)<br>Let me take back my life I'd rather be all alone (no turning back now)<br>Anywhere on my own 'cause I can see (no, no turning back now)<br>The very worst part of you is me | No, no turning back now<br>I want to be pushed aside so let me go<br>No, no turning back now<br>Let me take back my life, I'd rather be all alone<br><br>No turning back now<br>Anywhere on my own cos I can see<br>No, no turning back now<br>The very worst part of you is me |
| I remember what they taught to me<br>Remember condescending talk of who I ought to be<br>Remember listening to all of that and this again<br>So I pretended up a person who was fitting in<br>And now you think this person really is me and I'm<br>(Trying to bend the truth)<br>But the more I push the more I'm pulling away<br>'Cause I'm lying my way from you | I remember what they taught to me<br>Remember condescending talk of who I ought to be<br>Remember listening to all of that and this again<br>So I pretended up a person who was fittin' in<br><br>And now you think this person really is me and I'm<br><br>Trying to bend the truth<br>But the more I push<br>The more I'm pulling away cos I'm |

| | |
|---|---|
| (No, no turning back now)<br>I want to be pushed aside so let me go (no, no turning back now)<br>Let me take back my life I'd rather be all alone (no turning back now)<br>Anywhere on my own 'cause I can see (no, no turning back now)<br>The very worst part of you<br>The very worst part of you<br>Is me<br><br>This isn't what I wanted to be<br>I never thought that what I said would have you running from me<br>Like this<br><br>This isn't what I wanted to be<br>I never thought that what I said would have you running from me<br>Like this<br><br>This isn't what I wanted to be<br>I never thought that what I said would have you running from me<br>Like this<br><br>This isn't what I wanted to be<br>I never thought that what I said would have you running from me<br>Like this<br><br>You (no turning back now)<br>I want to be pushed aside so let me go (no, no turning back now)<br>Let me take back my life I'd rather be all alone (no turning back now)<br>Anywhere on my own 'cause I can see (no, no turning back now)<br>The very worst part of you<br>The very worst part of you<br>Is me | Lying my way from you<br><br>No, no turning back now<br>I want to be pushed aside so let me go<br>No, no turning back now<br>Let me take back my life, I'd rather be all alone<br><br>No turning back now<br>Anywhere on my own cos I can see<br>No, no turning back now<br>The very worst part of you is me |

10128 - "I Will Wait" by Mumford & Sons

| LyricFind | Claude |
|---|---|
| Well I came home | Well I came home |
| Like a stone | Like a stone |
| And I fell heavy into your arms | And I fell heavy into your arms |
| These days of dust | These days of dust |
| Which we've known | Which we've known |
| Will blow away with this new sun | Will blow away with this new sun |
| | |
| But I'll kneel down | But I'll kneel down, |
| Wait for now | Wait for now |
| And I'll kneel down | And I'll kneel down, |
| Know my ground | Know my ground |
| | |
| And I will wait, I will wait for you | And I will wait, I will wait for you |
| And I will wait, I will wait for you | And I will wait, I will wait for you |
| | |
| So break my step | So break my step |
| And relent | And relent |
| You forgave and I won't forget | You forgave and I won't forget |
| Know what we've seen | Know what we've seen |
| And him with less | And him with less |
| Now in some way | Now in some way shake the excess |
| Shake the excess | |
| | |
| 'Cause I will wait, I will wait for you | 'Cause I will wait, I will wait for you |
| And I will wait, I will wait for you | And I will wait, I will wait for you |
| And I will wait, I will wait for you | And I will wait, I will wait for you |
| And I will wait, I will wait for you | And I will wait, I will wait for you |
| | |
| Now I'll be bold | Now I'll be bold |
| As well as strong | As well as strong |
| And use my head alongside my heart | And use my head alongside my heart |
| So take my flesh | So tame my flesh |
| And fix my eyes | And fix my eyes |
| A tethered mind free from the lies | A tethered mind freed from the lies |
| | |
| And I'll kneel down | And I'll kneel down, |
| Wait for now | Wait for now |
| I'll kneel down | I'll kneel down, |
| Know my ground, woo | Know my ground |
| | |
| Raise my hands | Raise my hands |
| Paint my spirit gold | Paint my spirit gold |
| And bow my head | And bow my head |
| Keep my heart slow | Keep my heart slow |
| | |
| 'Cause I will wait, I will wait for you | 'Cause I will wait, I will wait for you |
| And I will wait, I will wait for you | And I will wait, I will wait for you |

| | |
|---|---|
| And I will wait, I will wait for you<br>And I will wait, I will wait for you | And I will wait, I will wait for you<br>And I will wait, I will wait for you |

10135 - "When I'm Gone" by 3 Doors Down

| LyricFind | Claude |
|---|---|
| There's another world inside of me that you may never see<br>There's secrets in this life that I can't hide | There's another world inside of me<br>That you may never see<br>There're secrets in this life<br>That I can't hide |
| Somewhere in this darkness there's a light that I can't find<br>Well maybe it's too far away, yeah<br>Or maybe I'm just blind<br>Or maybe I'm just blind | Somewhere in this darkness<br>There's a light that I can't find<br>Maybe it's too far away...<br>Or maybe I'm just blind...<br>Or maybe I'm just blind... |
| So hold me when I'm here, right me when I'm wrong<br><br>Hold me when I'm scared and love me when I'm gone | So hold me when I'm here<br>Right me when I'm wrong<br>Hold me when I'm scared<br>And love me when I'm gone |
| Everything I am and everything in me<br><br>Wants to be the one you wanted me to be | Everything I am<br>And everything in me<br>Wants to be the one<br>You wanted me to be |
| I'll never let you down even if I could<br><br>I'd give up everything if only for your good | I'll never let you down<br>Even if I could<br>I'd give up everything<br>If only for your good |
| So hold me when I'm here, right me when I'm wrong<br><br>You can hold me when I'm scared, you won't always be there<br>So love me when I'm gone | So hold me when I'm here<br>Right me when I'm wrong<br>Hold me when I'm scared<br>You won't always be there<br>So love me when I'm gone... |
| Love me when I'm gone | Love me when I'm gone... |
| But when your education x-ray cannot see under my skin<br>I won't tell you a damn thing that I could not tell my friends | When your education X-Ray<br>Cannot see under my skin<br>I won't tell you a damn thing<br>That I could not tell my friends |

| LyricFind | Claude |
|---|---|
| Been roaming through this darkness, I'm alive but I'm alone<br>And part of me is fighting this but part of me is gone<br><br>So hold me when I'm here, right me when I'm wrong<br><br>Hold me when I'm scared and love me when I'm gone<br><br>Everything I am and everything in me<br>Wants to be the one you wanted me to be<br><br>I'll never let you down even if I could<br>I'd give up everything if only for your good<br>So hold me when I'm here, right me when I'm wrong<br>You can hold me when I'm scared, you won't always be there<br>So love me when I'm gone<br><br>Maybe I'm just blind<br><br>So hold me when I'm here, right me when I'm wrong<br>Hold me when I'm scared and love me when I'm gone<br>Everything I am and everything in me<br>Wants to be the one you wanted me to be<br><br>I'll never let you down even if I could<br>I'd give up everything if only for your good<br>So hold me when I'm here, right me when I'm wrong<br>You can hold me when I'm scared, you won't always be there<br>So love me when I'm gone<br><br>Love me when I'm gone, whoa, whoa<br>Love me when I'm gone, when I'm gone<br>When I'm gone, when I'm gone | Roaming through this darkness<br>I'm alive but I'm alone<br>Part of me is fighting this<br>But part of me is gone<br><br>So hold me when I'm here<br>Right me when I'm wrong<br>Hold me when I'm scared<br>You won't always be there<br>So love me when I'm gone...<br><br><br><br><br><br><br><br><br>Love me when I'm gone... |

10160 - "Somewhere Only We Know" by Keane

| LyricFind | Claude |
|---|---|

I walked across an empty land

I knew the pathway like the back of my hand

I felt the earth beneath my feet

Sat by the river, and it made me complete

Oh, simple thing, where have you gone?
I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to
begin

I came across a fallen tree

I felt the branches of it looking at me

Is this the place we used to love?

Is this the place that I've been dreaming of?

Oh, simple thing, where have you gone?
I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to
begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go
Somewhere only we know?
Somewhere only we know

Oh, simple thing, where have you gone?
I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to
begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go?

---

I walked across
An empty land
I knew the pathway
Like the back of my hand

I felt the earth
Beneath my feet
Sat by the river
And it made me complete

Oh simple thing, where have you gone?
I'm getting old and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired and I need somewhere to
begin

I came across
A fallen tree
I felt the branches
Of it looking at me

Is this the place
We used to love?
Is this the place
That I've been dreaming of?

Oh simple thing, where have you gone?
I'm getting old and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired and I need somewhere to
begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go
Somewhere only we know?

Oh simple thing, where have you gone?
I'm getting old and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired and I need somewhere to
begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go

| | |
|---|---|
| So why don't we go? <br><br> Ah <br> Oh <br><br> This could be the end of everything <br> So why don't we go <br> Somewhere only we know? <br> Somewhere only we know <br> Somewhere only we know | So why don't we go |

10164 - "The Logical Song" by Supertramp

| LyricFind | Claude |
|---|---|
| When I was young, it seemed that life was so wonderful <br> A miracle, oh, it was beautiful, magical <br> And all the birds in the trees, well they'd be singing so happily <br> Oh, joyfully, oh, playfully watching me <br> But then they sent me away to teach me how to be sensible <br> Logical, oh, responsible, practical <br> Then they showed me a world where I could be so dependable <br> Oh, clinical, oh, intellectual, cynical <br><br> There are times when all the world's asleep <br> The questions run too deep <br> For such a simple man <br> Won't you please, please tell me what we've learned? <br> I know it sounds absurd <br> Please tell me who I am <br><br> I said, now, watch what you say, they'll be calling you a radical <br> A liberal, oh, fanatical, criminal <br> Oh, won't you sign up your name? We'd like to feel you're acceptable <br> Respectable, oh, presentable, a vegetable <br> Oh, take, take, take it, yeah <br><br> But at night, when all the world's asleep <br> The questions run so deep <br> For such a simple man <br> Won't you please (oh, won't you tell me) | When I was young, it seemed that life was so wonderful, <br> A miracle, oh it was beautiful, magical. <br> And all the birds in the trees, well they'd be singing so happily, <br> Joyfully, playfully watching me. <br> But then they sent me away to teach me how to be sensible, <br> Logical, responsible, practical. <br> And they showed me a world where I could be so dependable, <br> Clinical, intellectual, cynical. <br><br> There are times when all the world's asleep, <br> The questions run too deep <br> For such a simple man. <br> Won't you please, please tell me what we've learned <br> I know it sounds absurd <br> But please tell me who I am. <br><br> Now watch what you say or they'll be calling you a radical, <br> Liberal, fanatical, criminal. <br> Won't you sign up your name, we'd like to feel you're <br> Acceptable, respecable, presentable, a vegetable! <br><br> At night, when all the world's asleep, <br> The questions run so deep <br> For such a simple man. <br> Won't you please, please tell me what we've |

| | |
|---|---|
| Please tell me what we've learned? | learned |
| (Can you hear me?) I know it sounds absurd | I know it sounds absurd |
| (Oh, won't you tell me) please tell me who I am | But please tell me who I am. |
| Who I am, who I am, who I am | |
| | |
| Ooh | |
| Hey | |
| | |
| 'Cause I was feeling so logical | |
| Yeah | |
| D-D-D-D-D-D-Digital | |
| Yeah, one, two, three, five | |
| Oh, oh, oh, oh, yeah | |
| Ooh, it's getting unbelievable | |
| Yeah | |
| Getting, getting, yeah, yeah | |
| Uh, uh, uh, uh | |

10168 - "Lightning Crashes" by Live

| LyricFind | Claude |
|---|---|
| Lightning crashes a new mother cries | Lightning crashes, a new mother cries |
| Her placenta falls to the floor | Her placenta falls to the floor |
| The angel opens her eyes | The angel opens her eyes |
| The confusion sets in | The confusion sets in |
| Before the doctor can even close the door | Before the doctor can even close the door |
| | |
| Lightning crashes an old mother dies | Lightning crashes, an old mother dies |
| Her intentions fall to the floor | Her intentions fall to the floor |
| The angel closes her eyes | The angel closes her eyes |
| The confusion that was hers | The confusion that was hers |
| Belongs now to the baby down the hall | Belongs now, to the baby down the hall |
| | |
| Oh now feel it, coming back again | Oh, I can feel it |
| | Coming back again |
| Like a rolling, thunder chasing the wind | Like a roll of thunder chasing the wind |
| Forces pulling from | Forces pulling from the center of the earth |
| The center of the earth again | again |
| I can feel it | |
| | I can feel it. |
| | |
| Lightning crashes a new mother cries | Lightning crashes, a new mother cries |
| This moment she's been waiting for | This moment she's been waiting for |
| The angel opens her eyes | The angel opens her eyes |
| Pale blue colored iris | Pale blue colored iris, |
| Presents the circle | Presents the circle |
| Puts the glory out to hide, hide | And puts the glory out to hide, hide |

| | |
|---|---|
| Oh now feel it, coming back again | Oh, I can feel it |
| | Coming back again |
| Like a rolling, thunder chasing the wind | Like a roll of thunder chasing the wind |
| Forces pulling from | Forces pulling from the center of the earth |
| The center of the earth again | again |
| I can feel it | |
| I can feel it | I can feel it. |
| | |
| Oh, I | |
| Oh, I | |
| Oh, I | |
| | I can feel it coming back again |
| I can feel it, coming back again | Like a roll of thunder chasing the wind |
| Like a rolling, thunder chasing the wind | Forces pulling from the center of the earth |
| Forces pulling from | again |
| The center of the earth again | |
| I can feel it | I can feel it. |
| | |
| | Lightning crashes, an old mother dies |
| | Her intentions fall to the floor |
| | The angel closes her eyes |
| | The confusion that was hers belongs now, to |
| | the baby down the hall |
| | |
| I can feel it, coming back again | Oh I can feel it coming back again |
| Like a rolling, thunder chasing the wind | Like a roll of thunder chasing the wind |
| Forces pulling from | Forces pulling from the center of the earth |
| The center of the earth again | again |
| I can feel it | |
| | I can feel it. |
| I can feel it, coming back again | |
| Like a rolling, thunder chasing the wind | |
| Forces pulling from | |
| The center of the earth again | |
| I can feel it | |
| I can feel it | |
| I can feel it | |

10197 - "Let's Face the Music and Dance" by Fred Astaire

| LyricFind | Claude |
|---|---|
| There may be trouble ahead | There may be trouble ahead, |
| But while there's moonlight and music | But while there's music and moonlight and love |
| And love and romance | and romance, |
| Let's face the music and dance | Let's face the music and dance. |

| | |
|---|---|
| Before the fiddlers have fled<br>Before they ask us to pay the bill<br>And while we still have that chance<br>Let's face the music and dance<br><br>Soon, we'll be without the moon<br>Humming a different tune, and then<br>There may be teardrops to shed<br>So while there's moonlight and music<br>And love and romance<br>Let's face the music and dance, dance<br>Let's face the music and dance | Before the fiddlers have fled,<br>Before they ask us to pay the bill,<br>And while we still have that chance,<br>Let's face the music and dance.<br><br>Soon, we'll be without the moon,<br>Humming a different tune, and then,<br>There may be teardrops to shed,<br>So while there's music and moonlight,<br>And love and romance,<br>Let's face the music and dance,<br>Dance! |

10201 - "We're Not Gonna Take It" by Twisted Sister

| LyricFind | Claude |
|---|---|
| We're not gonna take it<br>No, we ain't gonna take it<br>We're not gonna take it anymore<br><br>We've got the right to choose it<br>There ain't no way we'll lose it<br>This is our life, this is our song<br><br>We'll fight the powers that be, just<br>Don't pick our destiny 'cause<br>You don't know us, you don't belong<br><br>We're not gonna take it<br>No, we ain't gonna take it<br>We're not gonna take it anymore<br><br>Oh, you're so condescending<br>Your gall is never ending<br>We don't want nothin', not a thing from you<br><br>Your life is trite and jaded<br>Boring and confiscated<br>If that's your best, your best won't do<br><br>Whoa<br>Whoa<br><br>We're right (yeah)<br>We're free (yeah)<br>We'll fight (yeah)<br>You'll see (yeah) | Oh we're not gonna take it<br>No, we ain't gonna take it<br>Oh we're not gonna take it anymore<br><br>We've got the right to choose and<br>There ain't no way we'll lose it<br>This is our life, this is our song<br>We'll fight the powers that be just<br>Don't pick our destiny 'cause<br>You don't know us, you don't belong<br><br>Oh we're not gonna take it<br>No, we ain't gonna take it<br>Oh we're not gonna take it anymore<br><br>Oh you're so condescending<br>Your gall is never ending<br>We don't want nothin', not a thing from you<br>Your life is trite and jaded<br>Boring and confiscated<br>If that's your best, your best won't do<br><br><br><br>Oh oh we're right/yeah<br>We're free/yeah<br>We'll fight/yeah<br>You'll see/yeah |

| | |
|---|---|
| Whoa, whoa, we're not gonna take it<br>No, we ain't gonna take it<br>We're not gonna take it anymore<br><br>We're not gonna take it<br>No, we ain't gonna take it<br>We're not gonna take it anymore<br><br>No way<br><br>Whoa<br>Whoa<br><br><br>We're right (yeah)<br>We're free (yeah)<br>We'll fight (yeah)<br>You'll see (yeah)<br><br>We're not gonna take it<br>No, we ain't gonna take it<br>We're not gonna take it anymore<br><br>We're not gonna take it (no)<br>No, we ain't gonna take it<br>We're not gonna take it anymore<br><br>Just you try and make us<br><br>We're not gonna take it (come on)<br>No, we ain't gonna take it<br>(You're all worthless and weak)<br>We're not gonna take it anymore<br>(Now drop and give me twenty)<br><br>We're not gonna take it<br>(A pledge pin)<br>No, we ain't gonna take it<br>(On your uniform)<br>We're not gonna take it anymore | Oh we're not gonna take it<br>No, we ain't gonna take it<br>Oh we're not gonna take it anymore<br><br>Oh we're not gonna take it<br>No, we ain't gonna take it<br>Oh we're not gonna take it anymore<br><br>No way<br><br>Oh.................<br>Oh.................<br>Oh.................<br>Oh................. |

10208 - "She Will Be Loved" by Maroon 5

| LyricFind | Claude |
|---|---|
| Beauty queen of only eighteen<br>She had some trouble with herself | Beauty queen of only eighteen<br>She had some trouble with herself |

He was always there to help her
She always belonged to someone else
I drove for miles and miles
And wound up at your door
I've had you so many times
But somehow I want more

I don't mind spendin' everyday
Out on your corner in the pourin' rain
Look for the girl with the broken smile
Ask her if she wants to stay a while

And she will be loved
And she will be loved

Tap on my window, knock on my door
I want to make you feel beautiful
I know I tend to get so insecure
Doesn't matter anymore
It's not always rainbows and butterflies
It's compromise that moves us along, yeah
My heart is full, and my door's always open
You come anytime you want, yeah

I don't mind spendin' everyday
Out on your corner in the pourin' rain
Look for the girl with the broken smile
Ask her if she wants to stay awhile

And she will be loved
And she will be loved
And she will be loved
And she will be loved

I know where you hide alone in your car
Know all of the things that make you who you
are
I know that goodbye means nothing at all
Comes back and makes me catch her every time
she falls
Yeah

Tap on my window, knock on my door
I want to make you feel beautiful

I don't mind spendin' everyday
Out on your corner in the pourin' rain, oh

He was always there to help her
She always belonged to someone else

I drove for miles and miles
And wound up at your door
I've had you so many times but somehow
I want more

I don't mind spending everyday
Out on your corner in the pouring rain
Look for the girl with the broken smile
Ask her if she wants to stay awhile
And she will be loved
She will be loved

Tap on my window knock on my door
I want to make you feel beautiful
I know I tend to get so insecure
It doesn't matter anymore

It's not always rainbows and butterflies
It's compromise that moves us along, yeah
My heart is full and my door's always open
You can come anytime you want

I don't mind spending everyday
Out on your corner in the pouring rain
Look for the girl with the broken smile
Ask her if she wants to stay awhile
And she will be loved
And she will be loved
And she will be loved
And she will be loved

I know where you hide
Alone in your car
Know all of the things that make you who you
are
I know that goodbye means nothing at all
Comes back and begs me to catch her every
time she falls

Tap on my window knock on my door
I want to make you feel beautiful

I don't mind spending everyday
Out on your corner in the pouring rain

| | |
|---|---|
| Look for the girl with the broken smile<br>Ask her if she wants to stay awhile<br><br>And she will be loved<br>And she will be loved<br>And she will be loved<br>And she will be loved<br><br>Please don't try so hard to say goodbye<br>I don't mind spendin' everyday<br>Out on your corner in the pourin' rain<br>Please don't try so hard to say goodbye | Look for the girl with the broken smile<br>Ask her if she wants to stay awhile<br>And she will be loved<br>And she will be loved<br>And she will be loved<br>And she will be loved<br><br><br>Please don't try so hard to say goodbye<br>Please don't try so hard to say goodbye |

10210 - "Ocean Avenue" by Yellowcard

| LyricFind | Claude |
|---|---|
| There's a place off Ocean Avenue<br>Where I used to sit and talk with you<br>We were both sixteen and it felt so right<br>Sleeping all day, staying up all night<br>Staying up all night<br><br>There's a place on the corner of Cherry Street<br>We would walk on the beach in our barefeet<br>We were both eighteen and it felt so right<br>Sleeping all day, staying up all night<br>Staying up all night<br><br>If I could find you now things would get better<br><br>We could leave this town and run forever<br><br>Let your waves crash down on me<br>And take me away, yeah yeah<br><br>There's a piece of you that's here with me<br>It's everywhere I go, it's everything I see<br>When I sleep I dream and it gets me by<br>I can make believe that you're here tonight<br>That you're here tonight<br><br>If I could find you now things would get better<br><br>We could leave this town and run forever | There's a place off Ocean Avenue<br>Where I used to sit and talk with you<br>We were both 16 and it felt so right<br>Sleeping all day, staying up all night<br>Staying up all night<br><br>There's a place on the corner of Cherry Street<br>We would walk on the beach in our bare feet<br>We were both 18 and it felt so right<br>Sleeping all day, staying up all night<br>Staying up all night<br><br>If I could find you now,<br>Things would get better.<br>We could leave this town,<br>And run forever.<br>Let your waves crash down on me,<br>And take me away.<br><br>There's a piece of you that's here with me,<br>It's everywhere I go, it's everything I see<br>When I sleep, I dream and it gets me by,<br>I can make believe you're here tonight<br>You're here tonight<br><br>If I could find you now,<br>Things would get better,<br>We could leave this town,<br>And run forever, |

| LyricFind | Claude |
|---|---|
| I know somewhere, somehow we'll be together<br>Let your waves crash down on me<br>And take me away, yeah<br><br>I remember the look in your eyes<br>When I told you that this was goodbye<br>You were begging me not tonight<br>Not here, not now<br>We're looking up at the same night sky<br>We keep pretending the sun will not rise<br>We'll be together for one more night<br>Somewhere, somehow<br><br>If I could find you now things would get better<br><br>We could leave this town and run forever<br>I know somewhere, somehow we'll be together<br>Let your waves crash down on me<br>And take me away, yeah yeah | I know somewhere, somehow, we'll be together.<br>Let your waves crash down on me,<br>And take me away.<br><br>I remember the look in your eyes,<br>When I told you that this was goodbye<br>You were begging me not tonight,<br>Not here, not now<br>We're looking up at the same night sky<br>And keep pretending the sun will not rise<br>We'll be together for one more night,<br>Somewhere, somehow<br><br>If I could find you now,<br>Things would get better.<br>We could leave this town,<br>And run forever.<br>I know somewhere, somehow, we'll be together.<br>Let your waves crash down on me,<br>And take me away. |

10234 - "Move Along" by The All-American Rejects

| LyricFind | Claude |
|---|---|
| Go ahead as you waste your days with thinking<br>When you fall everyone stands<br>Another day, and you've had your fill of sinking<br>With the life held in your<br>Hands are shaking cold<br>These hands are meant to hold<br><br>Speak to me<br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>Move along<br>Move along<br><br>So a day when you've lost yourself completely<br>Could be a night when your life ends<br>Such a heart that will lead you to deceiving<br>All the pain held in your<br>Hands are shaking cold<br>Your hands are mine to hold | Go ahead as you waste your days with thinking<br>When you fall everyone stands<br>Another day and you've had your fill of sinking<br>With the life held in your<br>Hands are shaking cold<br>These hands are meant to hold<br><br><br>Speak to me, when all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>Move along<br>Move along<br><br>So a day when you've lost yourself completely<br>Could be a night when your life ends<br>Such a heart that will lead you to deceiving<br>All the pain held in your<br>Hands are shaking cold |

| | |
|---|---|
| Speak to me<br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>Move along<br>(Go on, go on, go on, go on)<br><br>When everything is wrong, we move along<br>(Go on, go on, go on, go on)<br>When everything is wrong, we move along<br>Along, along, along<br><br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br><br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>When all you got to keep is strong<br>Move along, move along like I know you do<br>(Know you do)<br>And even when your hope is gone<br>Move along, move along just to make it through<br><br>(Move along)<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along | Your hands are mine to hold<br><br>Speak to me, when all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>Move along<br>(Go on, go on, go on, go on)<br><br>When everything is wrong, we move along<br>(Go on, go on, go on, go on)<br>When everything is wrong, we move along<br>Along, along, along<br><br>Speak to me, when all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br><br><br><br><br><br><br><br><br><br><br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along |

10240 - "Love is All Around" by The Troggs

| LyricFind | Claude |
|---|---|

| | |
|---|---|
| I feel it in my fingers, I feel it in my toes | I feel it in my fingers,<br>I feel it in my toes.<br>Love is all around me,<br>And so the feeling grows. |
| Well, love is all around me and so the feeling grows | |
| It's written on the wind, it's everywhere I go | It's written on the wind,<br>It's everywhere I go. |
| So if you really love me, come on and let it show | So if you really love me,<br>Come on and let it show. |
| You know I love you, I always will<br>My mind's made up by the way that I feel<br>There's no beginning, there'll be no end<br>'Cause on my love, you can depend | You know I love you, I always will,<br>My mind's made up by the way that I feel.<br>There's no beginning, there'll be no end,<br>'Cause on my love you can depend. |
| I see your face before me, as I lay on my bed | I see your face before me,<br>As I lay on my bed. |
| I kinda get to thinking of all the things you said | I kinda get to thinking,<br>Of all the things you said. |
| You gave your promise to me, and I gave mine to you | You gave your promise to me,<br>And I gave mine to you. |
| I need someone beside me in everything I do | I need someone beside me,<br>In everything I do. |
| You know I love you, I always will<br>My mind's made up by the way that I feel<br>There's no beginning, there'll be no end<br>'Cause on my love, you can depend | You know I love you, I always will,<br>My mind's made up by the way that I feel.<br>There's no beginning, there'll be no end,<br>'Cause on my love you can depend. |
| It's written on the wind, it's everywhere I go | It's written on the wind,<br>It's everywhere I go.<br>So if you really love me,<br>Come on and let it show. |
| So if you really love me, come on and let it show | |
| Come on and let it show<br>Come on and let it show<br>Come on and let it show<br>Come on and let it show<br>Come on and let it show | Come on and let it show.<br>Come on and let it show.<br>Come on and let it show. |

10259 - "Points of Authority" by Linkin Park

| LyricFind | Claude |
|---|---|
| Forfeit the game before somebody else | Forfeit the game, |

| | |
|---|---|
| Takes you out of the frame and puts your name to shame | Before somebody else |
| | Takes you out of the frame, |
| Cover up your face, you can't run the race | Puts your name to shame, |
| | Cover up your face, |
| The pace is too fast, you just won't last | You can't run the race, |
| | The pace is too fast, |
| | You just won't last. |
| You love the way I look at you | You love the way, |
| | I look at you, |
| While taking pleasure in the awful things you put me through | While taking pleasure in the awful things you put me through, |
| You take away if I give in | You take away if I give in, |
| My life, my pride is broken | My life, my pride is broken. |
| You like to think you're never wrong | You like to think you're never wrong, |
| (You live what you've learned) | (You live what you've learned) |
| You have to act like you're someone | You have to act like you're someone, |
| (You live what you've learned) | (You live what you've learned) |
| You want someone to hurt like you | You want someone to hurt like you, |
| (You live what you've learned) | (You live what you've learned) |
| You want to share what you've been through | You wanna share what you've been through. |
| | (You like to think you're never wrong, |
| | (You live what you've learned) |
| (You live what you've learned) | You have to act like you're someone, |
| | (You live what you've learned) ) |
| You love the things I say I'll do | You love the things, |
| | I say I'll do, |
| The way I'll hurt myself again just to get back at you | The way I hurt myself again, |
| | Just to get back at you. |
| You take away when I give in | You take away when I give in, |
| My life, my pride is broken | My life, my pride is broken. |
| You like to think you're never wrong | You like to think you're never wrong, |
| (You live what you've learned) | (You live what you've learned) |
| You have to act like you're someone | You have to act like you're someone, |
| (You live what you've learned) | (You live what you've learned) |
| You want someone to hurt like you | You want someone to hurt like you, |
| (You live what you've learned) | (You live what you've learned) |
| You want to share what you've been through | You wanna share what you've been through. |
| | (You like to think you're never wrong, |
| | (You live what you've learned) |
| (You live what you've learned) | You have to act like you're someone, |
| | (You live what you've learned) |
| | You want someone to hurt like you.) |

| | |
|---|---|
| Forfeit the game before somebody else | Forfeit the game, |
| Takes you out of the frame and puts your name to shame | Before somebody else |
| | Takes you out of the frame, |
| Cover up your face, you can't run the race | Puts your name to shame, |
| | Cover up your face, |
| The pace is too fast, you just won't last | You can't run the race, |
| | The pace is too fast, |
| | You just won't last. |
| Forfeit the game before somebody else | |
| Takes you out of the frame and puts your name to shame | |
| Cover up your face, you can't run the race | |
| The pace is too fast, you just won't last | |
| | |
| You like to think you're never wrong | |
| (You live what you've learned) | |
| You have to act like you're someone | |
| (You live what you've learned) | |
| You want someone to hurt like you | |
| (You live what you've learned) | |
| You want to share what you've been through | |
| (You live what you've learned) | |
| | |
| You like to think you're never wrong | |
| (Forfeit the game) (you live what you've learned) | |
| You have to act like you're someone | |
| (Forfeit the game) (you live what you've learned) | |
| You want someone to hurt like you | |
| (Forfeit the game) (you live what you've learned) | |
| You want to share what you've been through | |
| (You live what you've learned) | |

10283 - "Every Breath You Take" by The Police

| LyricFind | Claude |
|---|---|
| Every breath you take and every move you make | Every breath you take |
| Every bond you break, every step you take, I'll be watching you | Every move you make |
| | Every bond you break |
| Every single day and every word you say | Every step you take |
| Every game you play, every night you stay, I'll be watching you | I'll be watching you |
| | Every single day |

Oh, can't you see you belong to me?
How my poor heart aches with every step you take

Every move you make, and every vow you break
Every smile you fake, every claim you stake, I'll be watching you

Since you've gone I've been lost without a trace
I dream at night, I can only see your face
I look around but it's you I can't replace
I feel so cold and I long for your embrace
I keep crying, "Baby, baby, please"

Oh, can't you see you belong to me?
How my poor heart aches with every step you take

Every move you make and every vow you break
Every smile you fake, every claim you stake, I'll be watching you
Every move you make, every step you take, I'll be watching you

I'll be watching you
Every breath you take, every move you make
Every bond you break, every step you take (I'll be watching you)
Every single day, every word you say
Every game you play, every night you stay (I'll be watching you)
Every move you make, every vow you break
Every smile you fake, every claim you stake (I'll be watching you)
Every single day, every word you say
Every game you play, every night you stay (I'll be watching you)

Every breath you take, every move you make
Every bond you break, every step you take (I'll

Every word you say
Every game you play
Every night you stay
I'll be watching you

Oh can't you see
You belong to me
How my poor heart aches with every step you take

Every move you make
Every vow you break
Every smile you fake
Every claim you stake
I'll be watching you

Since you've gone I've been lost without a trace
I dream at night I can only see your face
I look around but it's you I can't replace
I feel so cold and I long for your embrace
I keep crying baby, baby, please...

Every move you make
Every vow you break
Every smile you fake
Every claim you stake
I'll be watching you

| | |
|---|---|
| be watching you)<br>Every single day, every word you say<br>Every game you play, every night you stay (I'll be watching you)<br>Every move you make, every vow you break<br>Every smile you fake, every claim you stake (I'll be watching you)<br>Every single day, every word you say<br>Every game you play, every night you stay (I'll be watching you) | |

10315 - "Fun, Fun, Fun" by The Beach Boys

| LyricFind | Claude |
|---|---|
| Well she got her daddy's car<br>And she cruised through the hamburger stand now<br>Seems she forgot all about the library<br>Like she told her old man now<br>And with the radio blasting<br>Goes cruising just as fast as she can now<br><br>And she'll have fun fun fun<br>'Til her daddy takes the T-bird away<br>(Fun fun fun 'til her daddy takes the T-bird away)<br><br>Well the girls can't stand her<br>'Cause she walks looks and drives like an ace now<br>(You walk like an ace now you walk like an ace)<br>She makes the Indy 500 look like a Roman chariot race now<br>(You look like an ace now you look like an ace)<br>A lotta guys try to catch her<br>But she leads them on a wild goose chase now<br>(You drive like an ace now you drive like an ace)<br><br>And she'll have fun fun fun<br>'Til her daddy takes the T-bird away<br>(Fun fun fun 'til her daddy takes the T-bird away)<br><br>Well you knew all along<br>That your dad was gettin' wise to you now<br>(You shouldn't have lied now you shouldn't | Well she got her daddy's car<br>And she cruised through the hamburger stand now<br>Seems she forgot all about the library<br>Like she told her old man now<br>And with the radio blasting<br>Goes cruising just as fast as she can now<br>And she'll have fun, fun, fun<br>Till her daddy takes the T-Bird away<br>(Fun, fun, fun till her daddy takes the T-Bird away)<br><br>Well the girls can't stand her<br>'Cause she walks, looks and drives like an ace now<br>(You walk like an ace now you walk like an ace)<br>She makes the Indy 500 look like a Roman chariot race now<br>(You look like an ace now you look like an ace)<br>A lot of guys try to catch her<br>But she leads them on a wild goose chase now<br>(You drive like an ace now you drive like an ace)<br>And she'll have fun, fun, fun<br>Till her daddy takes the T-Bird away<br><br>(Fun, fun, fun till her daddy takes the T-Bird away)<br><br>Well you knew all along<br>That your dad was gettin' wise to you now<br>(You shouldn't have lied now you shouldn't |

| | |
|---|---|
| have lied)<br>And since he took your set of keys<br>You've been thinking that your fun is all<br>through now<br>(You shouldn't have lied now you shouldn't<br>have lied)<br><br>But you can come along with me<br>'Cause we gotta a lot of things to do now<br>(You shouldn't have lied now you shouldn't<br>have lied)<br><br>And we'll have fun fun fun now that daddy took<br>the T-bird away<br>(Fun fun fun now that daddy took the T-bird<br>away)<br>And we'll have fun fun fun now that daddy took<br>the T-bird away<br>(Fun fun fun now that daddy took the T-bird<br>away)<br>(Wo wo wo wo woo woo woo)<br>(Fun fun now that daddy took the T-bird away)<br>(Fun fun now that daddy took the T-bird away)<br>(Fun fun now that daddy took the T-bird away)<br>(Fun fun now that daddy took the T-bird away)<br>(Fun fun now that daddy took the T-bird away)<br>(Fun fun now that daddy took the T-bird away) | have lied)<br>And since he took your set of keys<br>You've been thinking that your fun is all<br>through now<br>(You shouldn't have lied now you shouldn't<br>have lied)<br>But you can come along with me<br>'Cause we gotta a lot of things to do now<br>(You shouldn't have lied now you shouldn't<br>have lied)<br>And we'll have fun, fun, fun now<br>that daddy took the T-Bird away<br><br>(Fun, fun, fun now that daddy took the T-Bird<br>away)<br>(Fun, fun, fun now that daddy took the T-Bird<br>away)<br>(Fun, fun, fun now that daddy took the T-Bird<br>away)<br>(Fun, fun, fun now that daddy took the T-Bird<br>away) |

10317 - "One Step Closer" by Linkin Park

| LyricFind | Claude |
|---|---|
| I cannot take this anymore<br>I'm saying everything I've said before<br>All these words they make no sense<br>I find bliss in ignorance<br>Less I hear the less you'll say<br>But you'll find that out anyway<br><br>Just like before<br><br>Everything you say to me<br>Takes me one step closer to the edge<br>And I'm about to break<br>I need a little room to breathe<br>'Cause I'm one step closer to the edge | I cannot take this anymore<br>Saying everything I've said before<br>All these words they make no sense<br>I find bliss in ignorance<br>Less I hear the less you'll say<br>You'll find that out anyway<br><br>Just like before...<br><br>Everything you say to me<br>Takes me one step closer to the edge<br>And I'm about to break<br>I need a little room to breathe<br>Cause I'm one step closer to the edge |

| | |
|---|---|
| And I'm about to break | And I'm about to break |
| | |
| I find the answers aren't so clear | I find the answers aren't so clear |
| Wish I could find a way to disappear | Wish I could find a way to disappear |
| All these thoughts they make no sense | All these thoughts they make no sense |
| I find bliss in ignorance | I find bliss in ignorance |
| Nothing seems to go away | Nothing seems to go away |
| Over and over again | Over and over again |
| | |
| Just like before | Just like before... |
| | |
| Everything you say to me | Everything you say to me |
| Takes me one step closer to the edge | Takes me one step closer to the edge |
| And I'm about to break | And I'm about to break |
| I need a little room to breathe | I need a little room to breathe |
| 'Cause I'm one step closer to the edge | Cause I'm one step closer to the edge |
| And I'm about to break | And I'm about to break |
| | |
| Everything you say to me | |
| Takes me one step closer to the edge | |
| And I'm about to break | |
| I need a little room to breathe | |
| 'Cause I'm one step closer to the edge | |
| And I'm about to, break | |
| | |
| Shut up when I'm talking to you | Shut up when I'm talking to you |
| Shut up, shut up, shut up | Shut up, shut up, shut up |
| Shut up when I'm talking to you | Shut up when I'm talking to you |
| Shut up, shut up, shut up | Shut up, shut up, shut up |
| Shut up, I'm about to break | Shut up, I'm about to break! |
| | |
| Everything you say to me | Everything you say to me |
| Takes me one step closer to the edge | Takes me one step closer to the edge |
| And I'm about to break | And I'm about to break |
| I need a little room to breathe | I need a little room to breathe |
| 'Cause I'm one step closer to the edge | Cause I'm one step closer to the edge |
| And I'm about to break | And I'm about to break |
| | |
| Everything you say to me | |
| Takes me one step closer to the edge | |
| And I'm about to break | |
| I need a little room to breathe | |
| 'Cause I'm one step closer to the edge | |
| And I'm about to, break | |

10328 - "Monday, Monday" by The Mamas & The Papas

| LyricFind | Claude |
|---|---|
| Bah-da bah-da-da-da<br>Bah-da bah-da-da-da<br>Bah-da bah-da-da-da |  |
| Monday, Monday (bah-da bah-da-da-da)<br>So good to me (bah-da bah-da-da-da)<br>Monday mornin', it was all I hoped it would be<br>Oh Monday mornin', Monday mornin' couldn't<br>guarantee (bah-da bah-da-da-da)<br>That Monday evenin' you would still be here<br>with me | Monday, Monday, so good to me,<br><br>Monday mornin', it was all I hoped it would be<br>Oh Monday mornin', Monday mornin' couldn't<br>guarantee<br>That Monday evenin' you would still be here<br>with me |
| Monday, Monday, can't trust that day<br>Monday, Monday, sometimes it just turns out<br>that way<br>Oh Monday mornin' you gave me no warnin' of<br>what was to be<br>Oh Monday, Monday, how could you leave and<br>not take me | Monday, Monday, can't trust that day,<br>Monday, Monday, sometimes it just turns out<br>that way<br>Oh Monday mornin' you gave me no warnin' of<br>what was to be<br>Oh Monday, Monday, how could you leave and<br>not take me |
| Every other day, every other day<br>Every other day, every other day of the week is<br>fine, yeah<br>But whenever Monday comes, but whenever<br>Monday comes<br>But whenever Monday comes, you can find me<br>cryin' all of the time | Every other day, every other day,<br>Every other day of the week is fine, yeah<br><br>But whenever Monday comes, but whenever<br>Monday comes<br>You can find me cryin' all of the time |
| Monday, Monday (bah-da bah-da-da-da)<br>So good to me (bah-da bah-da-da-da)<br>Monday mornin', it was all I hoped it would be<br>But Monday mornin', Monday mornin' couldn't<br>guarantee<br>That Monday evenin' you would still be here<br>with me | Monday, Monday, so good to me,<br><br>Monday mornin', it was all I hoped it would be<br>But Monday mornin', Monday mornin' couldn't<br>guarantee<br>That Monday evenin' you would still be here<br>with me |
| Every other day, every other day<br>Every other day, every other day of the week is<br>fine, yeah<br>But whenever Monday comes, but whenever<br>Monday comes<br>But whenever Monday comes, you can find me<br>cryin' all of the time | Every other day, every other day,<br>Every other day of the week is fine, yeah<br><br>But whenever Monday comes, but whenever<br>Monday comes<br>You can find me cryin' all of the time<br>Cryin' all of the time, cryin' all of the time |
| Monday, Monday (bah-da bah-da-da-da)<br>Can't trust that day (bah-da bah-da-da-da)<br>Monday, Monday (bah-da bah-da-da-da) |  |

| | |
|---|---|
| It just turns out that way <u>(bah-da bah-da-da-da)</u><br>Whoa Monday, Monday <u>(bah-da bah-da-da-da)</u><br>Won't go away <u>(bah-da bah-da-da-da)</u><br>Monday, Monday <u>(bah-da bah-da-da-da)</u><br>It's here to stay <u>(bah-da bah-da-da-da)</u><br>Oh Monday, Monday <u>(bah-da bah-da-da-da)</u><br>Whoa Monday, Monday <u>(bah-da bah-da-da-da)</u> | |

10340 - "God Only Knows" by The Beach Boys

| LyricFind | Claude |
|---|---|
| I may not always love you<br>But long as there are stars above you<br>You never need to doubt it<br>I'll make you so sure about it<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Well, life would still go on, believe me<br>The world could show nothing to me<br>So what good would living do me?<br><br>God only knows what I'd be without you<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Though life would still go on, believe me<br>The world could show nothing to me<br>So what good would living do me?<br><br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you <u>(God only knows)</u><br>God only knows what I'd be without you <u>(what I'd be without you)</u><br>God only knows what I'd be without you <u>(God only knows)</u><br>God only knows what I'd be without you <u>(what I'd be without you)</u><br>God only knows what I'd be without you <u>(God only knows)</u> | I may not always love you<br>But long as there are stars above you<br>You never need to doubt it<br>I'll make you so sure about it<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Though life would still go on believe me<br>The world could show nothing to me<br>So what good would living do me<br><br>God only knows what I'd be without you<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Well life would still go on believe me<br>The world could show nothing to me<br>So what good would living do me<br><br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you |

| | |
|---|---|
| God only knows what I'd be without you (what I'd be without you) | |
| God only knows what I'd be without you (God only knows) | |
| God only knows what I'd be without you (what I'd be without you) | |
| God only knows what I'd be without you | |

10347 - "Coward of the County" by Kenny Rogers

| LyricFind | Claude |
|---|---|
| Everyone considered him the coward of the county<br>He'd never stood one single time to prove the county wrong<br>His mama named him Tommy, but folks just called him Yellow<br>But something always told me, they were reading Tommy wrong | Everyone considered him the coward of the county.<br>He'd never stood one single time to prove the county wrong.<br>His mama named him Tommy, but folks just called him yellow.<br>Something always told me they were reading Tommy wrong. |
| He was only ten years old when his daddy died in prison<br>I looked after Tommy, 'cause he was my brother's son<br>I still recall the final words my brother said to Tommy<br>"Son, my life is over, but yours has just begun" | He was only ten years old when his daddy died in prison.<br>I looked after Tommy 'cause he was my brother's son.<br>I still recall the final words my brother said to Tommy:<br>"Son, my life is over, but yours is just begun. |
| "Promise me, son, not to do the things I've done<br>Walk away from trouble if you can<br>Now it won't mean you're weak if you turn the other cheek<br>I hope you're old enough to understand<br>Son, you don't have to fight to be a man" | Promise me, son, not to do the things I've done.<br>Walk away from trouble if you can.<br>It won't mean you're weak if you turn the other cheek.<br>I hope you're old enough to understand:<br>Son, you don't have to fight to be a man." |
| There's someone for everyone and Tommy's love was Becky<br>In her arms, he didn't have to prove he was a man<br>One day while he was working, the Gatlin boys came calling<br>They took turns at Becky an' there was three of them | There's someone for everyone and Tommy's love was Becky.<br>In her arms he didn't have to prove he was a man.<br>One day while he was workin' the Gatlin boys came callin'.<br>They took turns at Becky... n' there were three of them! |
| Tommy opened up the door and saw Becky crying<br>The torn dress, the shattered look was more | Tommy opened up the door and saw his Becky cryin'.<br>The torn dress, the shattered look was more |

| | |
|---|---|
| than he could stand | than he could stand. |
| He reached above the fireplace and took down his daddy's picture | He reached above the fireplace and took down his daddy's picture. |
| As his tears fell on his daddy's face, he heard these words again | As his tears fell on his daddy's face, he heard these words again: |
| | |
| "Promise me, Son, not to do the things I've done | "Promise me, son, not to do the things I've done. |
| Walk away from trouble if you can | Walk away from trouble if you can. |
| Now it won't mean you're weak if you turn the other cheek | It won't mean you're weak if you turn the other cheek. |
| I hope you're old enough to understand | I hope you're old enough to understand: |
| Son, you don't have to fight to be a man | Son, you don't have to fight to be a man." |
| | |
| The Gatlin boys just laughed at him when he walked into the bar room | The Gatlin boys just laughed at him when he walked into the barroom. |
| One of them got up and met him half way cross the floor | One of them got up and met him halfway 'cross the floor. |
| When Tommy turned around they said, "Hey look! Old Yellow's leaving" | When Tommy turned around they said, "Hey look! Ol' Yellow's leavin'!" |
| But you could've heard a pin drop | But you coulda heard a pin drop when Tommy stopped and locked the door. |
| When Tommy stopped and locked the door | |
| | |
| Twenty years of crawling was bottled up inside him | Twenty years of crawlin' were bottled up inside him. |
| He wasn't holding nothing back, he let 'em have it all | He wasn't holdin' nothin' back; he let 'em have it all. |
| When Tommy left the bar room, not a Gatlin boy was standing | When Tommy left the barroom not a Gatlin boy was standin'. |
| He said, "This one's for Becky", as he watched the last one fall | He said, "This one's for Becky," as he watched the last one fall. |
| And I heard him say | |
| | |
| "I promised you, Dad, not to do the things you've done | And I heard him say, "I promised you, Dad, not to be like you. |
| I walk away from trouble when I can | I walk away from trouble when I can. |
| Now please don't think I'm weak, I didn't turn the other cheek | Now please don't think I'm weak, I didn't turn the other cheek, |
| And Papa, I should hope you understand | And Papa, I should hope you understand: |
| Sometimes you gotta fight when you're a man" | Sometimes you gotta fight when you're a man." |
| | |
| Everyone considered him the coward of the county | Everyone considered him the coward of the county. |

10377 - "In the End" by Linkin Park

| **LyricFind** | **Claude** |
|---|---|

It starts with one thing
I don't know why
It doesn't even matter how hard you try
Keep that in mind
I designed this rhyme
To explain in due time
All I know
Time is a valuable thing
Watch it fly by as the pendulum swings
Watch it count down to the end of the day
The clock ticks life away

It's so unreal
Didn't look out below
Watch the time go right out the window
Trying to hold on, didn't even know
I wasted it all just to watch you go
I kept everything inside
And even though I tried, it all fell apart
What it meant to me
Will eventually be a memory of a time when

I tried so hard
And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter

One thing, I don't know why
It doesn't even matter how hard you try
Keep that in mind
I designed this rhyme
To remind myself how
I tried so hard
In spite of the way you were mocking me
Acting like I was part of your property
Remembering all the times you fought with me
I'm surprised it got so far
Things aren't the way they were before
You wouldn't even recognize me anymore
Not that you knew me back then
But it all comes back to me in the end
You kept everything inside
And even though I tried, it all fell apart
What it meant to me will eventually be a

---

It starts with one thing
I don't know why
It doesn't even matter how hard you try
Keep that in mind
I designed this rhyme
To explain in due time

All I know
Time is a valuable thing
Watch it fly by as the pendulum swings
Watch it count down to the end of the day
The clock ticks life away

It's so unreal
Didn't look out below
Watch the time go right out the window
Trying to hold on, but didn't even know
Wasted it all just to watch you go

I kept everything inside and even though I
tried, it all fell apart
What it meant to me will eventually be a
memory of a time when I tried so hard

And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter

One thing, I don't know why
It doesn't even matter how hard you try,
Keep that in mind
I designed this rhyme, to remind myself how
I tried so hard
In spite of the way you were mocking me
Acting like I was part of your property
Remembering all the times you fought with me
I'm surprised it got so (far)
Things aren't the way they were before
You wouldn't even recognize me anymore
Not that you knew me back then
But it all comes back to me in the end
You kept everything inside and even though I
tried, it all fell apart
What it meant to me will eventually be a
memory of a time when I tried so hard

| | |
|---|---|
| memory of a time when | |
| | |
| I tried so hard | |
| And got so far | And got so far |
| But in the end | But in the end |
| It doesn't even matter | It doesn't even matter |
| I had to fall | I had to fall |
| To lose it all | To lose it all |
| But in the end | But in the end |
| It doesn't even matter | It doesn't even matter |
| | |
| I've put my trust in you | I put my trust in you |
| Pushed as far as I can go | Pushed as far as I can go |
| For all this | For all this |
| There's only one thing you should know | There's only one thing you should know |
| I've put my trust in you | I put my trust in you |
| Pushed as far as I can go | |
| For all this | |
| There's only one thing you should know | |
| | |
| I tried so hard | |
| And got so far | |
| But in the end | |
| It doesn't even matter | |
| I had to fall | |
| To lose it all | |
| But in the end | |
| It doesn't even matter | |

10391 - "From the Bottom of My Broken Heart" by Britney Spears

| LyricFind | Claude |
|---|---|
| Never look back, we said | Never look back, |
| | we said, |
| How was I to know I'd miss you so? | How was I to know I'd miss you so? |
| Loneliness up ahead, emptiness behind | Loneliness up ahead, |
| | emptiness behind, |
| Where do I go? | Where do I go? |
| | |
| And you didn't hear | And you didn't hear |
| All my joy through my tears | All my joy through my tears, |
| All my hopes through my fears | All my hopes through my fears, |
| Did you now, still I miss you somehow | Did you now, still I miss you somehow. |
| | |
| From the bottom of my broken heart | From the bottom of my broken heart, |
| There's just a thing or two I'd like you to know | There's just a thing or two I'd like you to know, |

You were my first love
You were my true love
From the first kisses to the very last rose
From the bottom of my broken heart
Even though time may find me somebody new
You were my real love, I never knew love
'Til there was you
From the bottom of my broken heart

Baby, I said
Please stay, give our love a chance for one more day

We could have worked things out
Taking time is what love's all about

But you put a dart through my dreams
Through my heart
And I'm back where I started again
Never thought it would end

From the bottom of my broken heart
There's just a thing or two I'd like you to know
You were my first love,
You were my true love
From the first kisses to the very last rose
From the bottom of my broken heart
Even though time may find me somebody new
You were my real love, I never knew love
'Til there was you
From the bottom of my broken heart

You promised yourself
But to somebody else
And you made it so perfectly clear
Still I wish you were here now

From the bottom of my broken heart
There's just a thing or two I'd like you to know
You were my first love
You were my true love
From the first kisses to the very last rose

From the bottom of my broken heart
Even though time may find me somebody new
You were my real love, I never knew love
'Til there was you
From the bottom of my broken heart

---

You were my first love, you were my true love,

From the first kisses to the very last rose,
From the bottom of my broken heart,
Even through time may find me somebody new,
You were my real love, I never knew love,
'Til there was you,
From the bottom of my broken heart.

"Baby," I said,
"Please stay.
Give our love a chance for one more day."
We could have worked things out,
Taking time is what love's all about.

But you put a dart
Through my dreams, through my heart,
And I'm back where I started again,
Never thought it would end.

From the bottom of my broken heart,
There's just a thing or two I'd like you to know,
You were my first love, you were my true love,

From the first kisses to the very last rose,
From the bottom of my broken heart,
Even through time may find me somebody new,
You were my real love, I never knew love,
'Til there was you,
From the bottom of my broken heart.

You promised yourself
But to somebody else,
And you made it so perfectly clear,
Still I wish you were here.

| | |
|---|---|
| Never look back, we said<br>How was I to know I'd miss you so? | |

10394 - "Viva La Vida" by Coldplay

| LyricFind | Claude |
|---|---|
| I used to rule the world<br>Seas would rise when I gave the word<br>Now in the morning, I sleep alone<br>Sweep the streets I used to own | I used to rule the world<br>Seas would rise when I gave the word<br>Now in the morning I sleep alone<br>Sweep the streets I used to own |
| I used to roll the dice<br>Feel the fear in my enemy's eyes<br>Listen as the crowd would sing<br>Now the old king is dead, long live the king | I used to roll the dice<br>Feel the fear in my enemy's eyes<br>Listen as the crowd would sing<br>"Now the old king is dead! Long live the king!" |
| One minute, I held the key<br>Next the walls were closed on me<br>And I discovered that my castles stand<br>Upon pillars of salt and pillars of sand | One minute I held the key<br>Next the walls were closed on me<br>And I discovered that my castles stand<br>Upon pillars of salt and pillars of sand |
| I hear Jerusalem bells a-ringin'<br>Roman Cavalry choirs are singin'<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field | I hear Jerusalem bells a ringing<br>Roman Cavalry choirs are singing<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field |
| For some reason, I can't explain<br>Once you'd gone, there was never, never an honest word<br>And that was when I ruled the world | For some reason I can't explain<br>Once you go there was never<br>Never an honest word<br>And that was when I ruled the world |
| It was a wicked and wild wind<br>Blew down the doors to let me in<br>Shattered windows and the sound of drums<br>People couldn't believe what I'd become | It was the wicked and wild wind<br>Blew down the doors to let me in<br>Shattered windows and the sound of drums<br>People couldn't believe what I'd become |
| Revolutionaries wait<br>For my head on a silver plate<br>Just a puppet on a lonely string<br>Oh, who would ever want to be king? | Revolutionaries wait<br>For my head on a silver plate<br>Just a puppet on a lonely string<br>Oh who would ever want to be king? |
| I hear Jerusalem bells a-ringin'<br>Roman Cavalry choirs are singing<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field | I hear Jerusalem bells a ringing<br>Roman Cavalry choirs are singing<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field |

| | |
|---|---|
| For some reason, I can't explain<br>I know Saint Peter won't call my name<br>Never an honest word<br>But that was when I ruled the world<br><br>Oh-oh-oh, oh-oh, oh<br>Oh-oh-oh, oh-oh, oh<br>Oh-oh-oh, oh-oh, oh<br>Oh-oh-oh, oh-oh, oh<br>Oh-oh-oh, oh-oh, oh<br><br>I hear Jerusalem bells a-ringin'<br>Roman Cavalry choirs are singin'<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field<br><br>For some reason I can't explain<br>I know Saint Peter won't call my name<br>Never an honest word<br>But that was when I ruled the world | For some reason I can't explain<br>I know Saint Peter won't call my name<br>Never an honest word<br>But that was when I ruled the world<br><br>(Ohhhhh Ohhh Ohhh)<br><br><br><br><br><br>I hear Jerusalem bells a ringing<br>Roman Cavalry choirs are singing<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field<br><br>For some reason I can't explain<br>I know Saint Peter will call my name<br>Never an honest word<br>But that was when I ruled the world |

10402 - "Breakfast in America" by Supertramp

| LyricFind | Claude |
|---|---|
| Take a look at my girlfriend<br>She's the only one I got<br>Not much of a girlfriend<br>Never seem to get a lot<br><br>Take a jumbo across the water<br>Like to see America<br>See the girls in California<br>I'm hoping it's going to come true<br>But there's not a lot I can do<br><br>Could we have kippers for breakfast<br>Mummy dear, mummy dear<br>They got to have 'em in Texas<br>'Cause everyone's a millionaire<br><br>I'm a winner, I'm a sinner<br>Do you want my autograph<br>I'm a loser, what a joker<br>I'm playing my jokes upon you<br>While there's nothing better to do<br><br>Ba-ba-ba-dow, ba-bow-dum-doo-de-dow-de- | Take a look at my girlfriend<br>She's the only one I got<br>Not much of a girlfriend<br>Never seem to get a lot<br>Take a jumbo across the water<br>Like to see America<br>See the girls in California<br>I'm hoping it's going to come true<br>But there's not a lot I can do<br><br>Could we have kippers for breakfast<br>Mummy dear, Mummy dear<br>They got to have 'em in Texas<br>'Cos everyone's a millionaire<br><br>I'm a winner, I'm a sinner<br>Do you want my autograph<br>I'm a loser, what a joker<br>I'm playing my jokes upon you<br>While there's nothing better to do |

| | |
|---|---|
| dow, de<br>Ba-ba-ba-dow, ba-bow-dum-de-doo-de-dow<br>Na na na, nana na na na na<br><br>Don't you look at my girlfriend (girlfriend)<br>She's the only one I got<br>Not much of a girlfriend (girlfriend)<br>Never seem to get a lot (what's she got, not a lot)<br><br>Take a jumbo cross the water<br>Like to see America<br>See the girls in California<br>I'm hoping it's going to come true<br>But there's not a lot I can do<br><br>Ba-ba-ba-dow, ba-bow-dum-doo-de-dow-de-dow, de<br>Ba-ba-ba-dow, ba-bow-dum-de-doo-de-dow<br><br>Hey oh, hey oh, hey oh, hey oh,<br>Hey oh, hey oh, hey oh, hey oh<br>Na na na, nana na na na nana | Don't you look at my girlfriend<br>She's the only one I got<br>Not much of a girlfriend<br>Never seem to get a lot<br>Take a jumbo across the water<br>Like to see America<br>See the girls in California<br>I'm hoping it's going to come true<br>But there's not a lot I can do<br><br>Could we have kippers for breakfast<br>Mummy dear, Mummy dear<br>They got to have 'em in Texas<br>'Cos everyone's a millionaire<br><br>Take a look at my girlfriend<br>She's the only one I got<br>Not much of a girlfriend<br>Never seem to get a lot<br><br>Ooh, ooh<br>Ooh, ooh<br>Ooh, ooh |

10435 - "Smoke Gets in Your Eyes" by The Platters

| LyricFind | Claude |
|---|---|
| They asked me how I knew<br>My true love was true<br>I of course replied<br>Something here inside cannot be denied<br>They said "someday you'll find all who love are blind"<br>When your heart's on fire,<br>You must realize, smoke gets in your eyes<br><br>So I chaffed them and I gaily laughed<br>To think they could doubt my love<br>Yet today my love has flown away,<br>I am without my love (without my love) | They asked me how I knew<br>My true love was true<br>Oh, I of course replied<br>Something here inside<br>Cannot be denied<br><br>They said someday you'll find<br>All who love are blind<br>Oh, when your heart's on fire<br>You must realize<br>Smoke gets in your eyes<br><br>So I chaffed them and I gaily laughed<br>To think they could doubt my love<br>Yet today my love has flown away<br>I am without my love |

| | |
|---|---|
| Now laughing friends deride<br>Tears I cannot hide<br>So I smile and say<br>When a lovely flame dies, smoke gets in your eyes<br><br>(Smoke gets in your eyes, smoke gets in your eyes)<br><br>Smoke gets in your eyes | Now laughing friends deride<br>Tears I cannot hide<br>Oh, so I smile and say<br>When a lovely flame dies<br>Smoke gets in your eyes<br><br>Smoke gets in your eyes<br>Smoke gets in your eyes |

10449 - "American Girl" by Tom Petty and the Heartbreakers

| LyricFind | Claude |
|---|---|
| Well, she was an American girl<br>Raised on promises<br>She couldn't help thinkin' that there<br>Was a little more to life<br>Somewhere else<br><br>After all it was a great big world<br>With lots of places to run to<br>Yeah, and if she had to die tryin'<br>She had one little promise<br>She was gonna keep<br><br>Oh yeah, alright<br>Take it easy baby<br>Make it last all night<br>She was an American girl<br><br>Well, it was kind of cold that night<br>She stood alone on her balcony<br>Yeah, she could hear the cars roll by<br>Out on 441<br>Like waves crashin' on the beach<br><br>And for one desperate moment there<br>He crept back in her memory<br>God it's so painful<br>Something that's so close<br>And still so far out of reach | Well she was an American girl<br>Raised on promises<br>She couldn't help thinkin' that there<br>Was a little more to life<br>Somewhere else<br><br>After all it was a great big world<br>With lots of places to run to<br>Yeah, and if she had to die<br>Tryin' she had one little promise<br>She was gonna keep<br><br>Oh yeah, all right<br>Take it easy baby<br>Make it last all night<br>She was an American girl<br><br>Well it was kind of cold that night<br>She stood alone on her balcony<br>She could hear the cars roll by<br>Out on 441<br>Like waves crashin' on the beach<br><br>And for one desperate moment there<br>He crept back in her memory<br>God it's so painful when something that's so close<br><br>Is still so far out of reach |

| | |
|---|---|
| Oh yeah, alright<br>Take it easy, baby<br>Make it last all night<br>She was an American girl<br><br>Ooh<br>Uh-huh-huh<br>Uh-huh-huh<br>Oh yeah | Oh yeah, all right<br>Take it easy baby<br>Make it last all night<br>She was an American girl, an American girl<br><br>Well she was an American girl<br>Raised on promises<br>She couldn't help thinkin' that there<br>Was a little more to life<br>Somewhere else<br><br>Oh yeah, all right<br>Take it easy baby<br>Make it last all night<br>She was an American girl, an American girl |

10458 - "Just Like a Woman" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Nobody feels any pain<br>Tonight as I stand inside the rain<br>Everybody knows<br>That baby's got new clothes<br>But lately I see her ribbons and her bows<br>Have fallen from her curls<br><br>She takes just like a woman, yeah, she does<br>She makes love just like a woman, yeah, she does<br>And she aches just like a woman<br>But she breaks just like a little girl<br><br>Queen Mary<br>She's my friend<br>Yes, I believe I'll go see her again<br>Nobody has to guess<br>That baby can't be blessed<br>'Til she finally sees that she's like all the rest<br>With her fog, her amphetamine and her pearls<br><br>She takes just like a woman, yes<br>She makes love just like a woman, yeah, she does<br>And she aches just like a woman<br>But she breaks just like a little girl<br><br>Yeah, it was raining from the first | Nobody feels any pain<br>Tonight as I stand inside the rain<br>Everybody knows<br>That Baby's got new clothes<br>But lately I see her ribbons and her bows<br>Have fallen from her curls<br><br>She takes just like a woman, yes, she does<br>She makes love just like a woman, yes, she does<br>And she aches just like a woman<br>But she breaks just like a little girl<br><br>Queen Mary, she's my friend<br>Yes, I believe I'll go see her again<br>Nobody has to guess<br>That Baby can't be blessed<br>Till she sees finally that she's like all the rest<br>With her fog, her amphetamine and her pearls<br><br>She takes just like a woman, yes, she does<br>She makes love just like a woman, yes, she does<br>And she aches just like a woman<br>But she breaks just like a little girl<br><br>It was raining from the first |

| | |
|---|---|
| And I was dying there of thirst<br>So I came in here<br>And your long-time curse hurts<br>But what's worse<br>Is this pain in here<br>I can't stay in here<br>Ain't it clear that<br><br>I just can't fit<br>Yes, I believe it's time for us to quit<br>But when we meet again<br>Introduced as friends<br>Please don't let on that you knew me when<br>I was hungry and it was your world<br><br>Ah, you fake just like a woman, yes, you do<br>You make love just like a woman, yes, you do<br>Then you ache just like a woman<br>But you break just like a little girl | And I was dying there of thirst<br>So I came in here<br>And your long-time curse<br>Hurts but what's worse<br>Is this pain in here<br>I can't stay in here<br><br>Ain't it clear that I just can't fit<br>Yes, I believe it's time for us to quit<br>And when we meet again<br>Introduced as friends<br>Please don't let on that you knew me when<br>I was hungry and it was your world<br><br>Ah, you fake just like a woman, yes, you do<br>You make love just like a woman, yes, you do<br>Then you ache just like a woman<br>But you break just like a little girl |

10477 - "Joy to the World" by Three Dog Night

| LyricFind | Claude |
|---|---|
| Jeremiah was a bullfrog<br>Was a good friend of mine<br>I never understood a single word he said<br>But I helped him a-drink his wine<br>And he always had some mighty fine wine<br><br>Singin' joy to the world<br>All the boys and girls now<br>Joy to the fishes in the deep blue sea<br>Joy to you and me<br><br>And if I were the king of the world<br>Tell you what I'd do<br>I'd throw away the cars and the bars and the war<br>Make sweet love to you<br>Sing it now, joy to the world<br>All the boys and girls<br>Joy to the fishes in the deep blue sea<br>Joy to you and me<br><br>You know I love the ladies<br>Love to have my fun | Jeremiah was a bullfrog<br>Was a good friend of mine<br>I never understood a single word he said<br>But I helped him a-drink his wine<br>And he always had some mighty fine wine<br><br>Singin' joy to the world<br>All the boys and girls now<br>Joy to the fishes in the deep blue sea<br>Joy to you and me<br><br>If I were the king of the world<br>Tell you what I'd do<br>I'd throw away the cars and the bars and the war<br>Make sweet love to you<br>Joy to the world<br>All the boys and girls<br>Joy to the fishes in the deep blue sea<br>Joy to you and me<br><br>You know I love the ladies<br>Love to have my fun |

| | |
|---|---|
| I'm a high life flyer and a rainbow rider | I'm a high life flyer and a rainbow rider |
| A straight shootin' son-of-a-gun | A straight shootin' son-of-a-gun |
| I said a straight shootin' son-of-a-gun | I said a straight shootin' son-of-a-gun |
| | |
| Joy to the world | Joy to the world |
| All the boys and girls | All the boys and girls |
| Joy to the fishes in the deep blue sea | Joy to the fishes in the deep blue sea |
| Joy to you and me | Joy to you and me |
| | |
| Joy to the world | Joy to the world |
| All the boys and girls | All the boys and girls |
| Joy to the world | Joy to the world |
| Joy to you and me | Joy to you and me |
| Joy to the world | Joy to the world |
| All the boys and girls | All the boys and girls |
| Joy to the fishes in the deep blue sea | Joy to the fishes in the deep blue sea |
| Joy to you and me | Joy to you and me |
| | |
| Joy to the world | |
| Joy to you and me | |
| Joy to the world | |
| All the boys and girls now | |
| Joy to the fishes in the deep blue sea | |
| Joy to you and me | |
| | |
| Joy to the world | |
| All the boys and girls | |
| Joy to the fishes in the deep blue sea | |
| Joy to you and me | |
| | |
| Joy to the world | |
| All the boys and girls | |

10491 - "Every Little Thing She Does Is Magic" by The Police

| LyricFind | Claude |
|---|---|
| Though I've tried before to tell her | Though I've tried before to tell her |
| Of the feelings I have for her in my heart | Of the feelings I have for her in my heart |
| Every time that I come near her | Every time that I come near her |
| I just lose my nerve as I've done from the start | I just lose my nerve as I've done from the start |
| | |
| Every little thing she does is magic | Every little thing she does is magic |
| Everything she do just turns me on | Everything she do just turns me on |
| Even though my life before was tragic | Even though my life before was tragic |
| Now I know my love for her goes on | Now I know my love for her goes on |
| | |
| Do I have to tell the story | Do I have to tell the story |

Of a thousand rainy days since we first met?
It's a big enough umbrella
But it's always me that ends up getting wet

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

I resolved to call her up a thousand times a day
And ask her if she'll marry me in some old
fashioned way
But my silent fears have gripped me long
before I reach the phone
Long before my tongue has tripped me, must I
always be alone?

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on
Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

Oh yeah, oh yeah, oh yeah
Every little thing, every little thing
Every little thing, every little thing
Every little, every little, every little
Every little thing she does
Every little thing she does
Every little thing she does
Every little thing she does
Thing she does is magic

Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh

Every little thing
Every little thing
Every little thing she do is
Magic, magic, magic
Magic, magic, magic

Hey, oh, yo, oh
Ee-oh

Of a thousand rainy days since we first met
It's a big enough umbrella
But it's always me that ends up getting wet

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

I resolved to call her up a thousand times a day
And ask her if she'll marry me in some old
fashioned way
But my silent fears have gripped me
Long before I reach the phone
Long before my tongue has tripped me
Must I always be alone?

Every little thing she does is magic
Everything she do just turns me on
Even though my life before was tragic
Now I know my love for her goes on

Every little thing
Every little thing
Every little thing she does
Every little thing she does is magic.

| | |
|---|---|
| Do I have to tell the story<br>Of a thousand rainy days since we first met?<br>It's a big enough umbrella<br>But it's always me that ends up getting wet | |

10504 - "It's Time" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| So this is what you meant<br>When you said that you were spent<br>And now it's time to build from the bottom of the pit, right to the top<br>Don't hold back<br>Packing my bags and giving the Academy a rain check | So this is what you meant<br>When you said that you were spent<br>And now it's time to build from the bottom of the pit<br>Right to the top<br>Don't hold back<br>Packing my bags and giving the academy a rain check |
| I don't ever want to let you down<br>I don't ever want to leave this town<br>'Cause after all<br>This city never sleeps at night | I don't ever wanna let you down<br>I don't ever wanna leave this town<br>'Cause after all<br>This city never sleeps at night |
| It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was<br>Now don't you understand<br>I'm never changing who I am | It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was<br>Now don't you understand<br>That I'm never changing who I am |
| So this is where you fell<br>And I am left to sell<br>The path to heaven runs through miles of clouded hell right to the top | So this is where you fell<br>And I am left to sell<br>The path to heaven runs through miles of clouded hell<br>Right to the top |
| Don't look back<br>Turning to rags and giving the commodities a rain check | Don't look back<br>Turning the rags and giving the commodities a rain check |
| I don't ever want to let you down<br>I don't ever want to leave this town<br>'Cause after all<br>This city never sleeps at night | I don't ever wanna let you down<br>I don't ever wanna leave this town<br>'Cause after all<br>This city never sleeps at night |
| It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was | It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was |

| | |
|---|---|
| Now don't you understand<br>I'm never changing who I am<br><br>It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was<br>Now don't you understand<br>I'm never changing who I am<br><br>This road never looked so lonely<br>This house doesn't burn down slowly<br>To ashes<br>To ashes<br><br>It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was<br>Now don't you understand<br>I'm never changing who I am<br><br>It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was<br>Now don't you understand<br>I'm never changing who I am | Now don't you understand<br>That I'm never changing who I am<br><br>It's time to begin, isn't it?<br>I get a little bit bigger but then I'll admit<br>I'm just the same as I was<br>Now don't you understand<br>That I'm never changing who I am<br><br>This road never looked so lonely<br>This house doesn't burn down slowly<br>To ashes, to ashes |

10509 - "The Court of the Crimson King" by King Crimson

| LyricFind | Claude |
|---|---|
| The rusted chains of prison moons<br>Are shattered by the sun<br>I walk a road, horizons change<br>The tournament's begun<br>The purple piper plays his tune<br>The choir softly sing<br>Three lullabies in an ancient tongue<br>For the court of the crimson king<br><br>(Ah-ah-ah)<br>(Ah-ah-ah)<br>(Ah-ah-ah)<br><br>The keeper of the city keys<br>Put shutters on the dreams<br>I wait outside the pilgrim's door<br>With insufficient schemes<br>The black queen chants | The rusted chains of prison moons<br>Are shattered by the sun.<br>I walk a road, horizons change<br>The tournament's begun.<br>The purple piper plays his tune,<br>The choir softly sing;<br>Three lullabies in an ancient tongue,<br>For the court of the crimson king.<br><br><br><br>The keeper of the city keys<br>Put shutters on the dreams.<br>I wait outside the pilgrim's door<br>With insufficient schemes.<br>The black queen chants |

| LyricFind | Claude |
|---|---|
| The funeral march | the funeral march, |
| The cracked brass bells will ring | The cracked brass bells will ring; |
| To summon back the fire witch | To summon back the fire witch |
| To the court of the crimson king | To the court of the crimson king. |
| | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| | |
| The gardener plants an evergreen | The gardener plants an evergreen |
| Whilst trampling on a flower | Whilst trampling on a flower. |
| I chase the wind of a prism ship | I chase the wind of a prism ship |
| To taste the sweet and sour | To taste the sweet and sour. |
| The pattern juggler lifts his hand | The pattern juggler lifts his hand; |
| The orchestra begin | The orchestra begin. |
| As slowly turns the grinding wheel | As slowly turns the grinding wheel |
| In the court of the crimson king | In the court of the crimson king. |
| | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| | |
| On soft gray mornings widows cry | On soft gray mornings widows cry |
| The wise men share a joke | The wise men share a joke; |
| I run to grasp divining signs | I run to grasp divining signs |
| To satisfy the hoax | To satisfy the hoax. |
| The yellow jester does not play | The yellow jester does not play |
| But gentle pulls the strings | But gentle pulls the strings |
| And smiles as the puppets dance | And smiles as the puppets dance |
| In the court of the crimson king | In the court of the crimson king. |
| | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |
| | |
| (Ah-ah-ah) | |
| (Ah-ah-ah) | |

10529 - "Englishman in New York" by Sting

I don't drink coffee I take tea, my dear
I like my toast done on one side
And you can hear it in my accent when I talk
I'm an Englishman in New York

See me walking down Fifth Avenue
A walking cane here at my side
I take it everywhere I walk
I'm an Englishman in New York

Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York

Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York

If "manners maketh man" as someone said
He's the hero of the day
It takes a man to suffer ignorance and smile
Be yourself no matter what they say

Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York

Oh, I'm an alien, I'm a legal alien
I'm an Englishman in New York

Modesty, propriety can lead to notoriety
You could end up as the only one
Gentleness, sobriety are rare in this society
At night a candle's brighter than the sun

Takes more than combat gear to make a man
Takes more than a license for a gun
Confront your enemies, avoid them when you
can
A gentleman will walk but never run

If "manners maketh man" as someone said
He's the hero of the day
It takes a man to suffer ignorance and smile
Be yourself no matter what they say
Be yourself no matter what they say
Be yourself no matter what they say

Be yourself no matter what they say (oh, I'm an
alien, I'm a legal alien)
Be yourself no matter what they say (I'm an
Englishman in New York)

---

I don't drink coffee I take tea my dear
I like my toast done on one side
And you can hear it in my accent when I talk
I'm an Englishman in New York

See me walking down Fifth Avenue
A walking cane here at my side
I take it everywhere I walk
I'm an Englishman in New York

I'm an alien I'm a legal alien
I'm an Englishman in New York

I'm an alien I'm a legal alien
I'm an Englishman in New York

If "manners maketh man" as someone said
Then he's the hero of the day
It takes a man to suffer ignorance and smile
Be yourself no matter what they say

I'm an alien I'm a legal alien
I'm an Englishman in New York

I'm an alien I'm a legal alien
I'm an Englishman in New York

Modesty, propriety can lead to notoriety
You could end up as the only one
Gentleness, sobriety are rare in this society
At night a candle's brighter than the sun

Takes more than combat gear to make a man
Takes more than a license for a gun
Confront your enemies, avoid them when you
can
A gentleman will walk but never run

If "manners maketh man" as someone said
Then he's the hero of the day
It takes a man to suffer ignorance and smile
Be yourself no matter what they say
Be yourself no matter what they say

I'm an alien I'm a legal alien

I'm an Englishman in New York

| | |
|---|---|
| Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien) <br> Be yourself no matter what they say (I'm an Englishman in New York) <br> Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien) <br> Be yourself no matter what they say (I'm an Englishman in New York) <br> Be yourself no matter what they say (oh, I'm an alien, I'm a legal alien) <br> Be yourself no matter what they say (I'm an Englishman in New York) <br> Be yourself no matter what they say | I'm an alien I'm a legal alien <br><br> I'm an Englishman in New York |

10545 - "A Thousand Miles" by Vanessa Carlton

| LyricFind | Claude |
|---|---|
| Makin' my way downtown <br> Walkin' fast, faces pass and I'm homebound <br> Starin' blankly ahead, just making my way <br> Makin' a way through the crowd | Making my way downtown <br> Walking fast <br> Faces pass <br> And I'm home bound <br><br> Staring blankly ahead <br> Just making my way <br> Making a way <br> Through the crowd |
| And I need you <br> And I miss you <br> And now I wonder | And I need you <br> And I miss you <br> And now I wonder... |
| If I could fall into the sky <br> Do you think time would pass me by? <br> 'Cause you know I'd walk a thousand miles <br> If I could just see you tonight | If I could fall <br> Into the sky <br> Do you think time <br> Would pass me by <br> 'Cause you know I'd walk <br> A thousand miles <br> If I could <br> Just see you <br> Tonight |
| It's always times like these when I think of you <br> And I wonder if you ever think of me <br> 'Cause everything's so wrong and I don't belong <br> Living in your precious memory | It's always times like these <br> When I think of you <br> And I wonder <br> If you ever <br> Think of me |

|  | 'Cause everything's so wrong |
|  | And I don't belong |
|  | Living in your |
|  | Precious memories |
| 'Cause I'll need you | 'Cause I need you |
| And I'll miss you | And I miss you |
| And now I wonder | And now I wonder... |
| If I could fall into the sky | If I could fall |
| Do you think time would pass me by? | Into the sky |
| Oh 'cause you know I'd walk a thousand miles | Do you think time |
| If I could just see you tonight | Would pass me by |
|  | 'Cause you know I'd walk |
|  | A thousand miles |
|  | If I could |
|  | Just see you |
|  | Tonight |
| And I, I don't wanna let you know | And I, I |
| I, I drown in your memory | Don't want to let you know |
| I, I don't wanna let this go | I, I |
| I, I don't | Drown in your memory |
|  | I, I |
|  | Don't want to let this go |
|  | I, I |
|  | Don't... |
| Makin' my way downtown | Making my way downtown |
| Walkin' fast, faces pass and I'm homebound | Walking fast |
| Starin' blankly ahead, just making my way | Faces pass |
| Makin' a way through the crowd | And I'm home bound |
|  | Staring blankly ahead |
|  | Just making my way |
|  | Making a way |
|  | Through the crowd |
| And I still need you | And I still need you |
| And I still miss you | And I still miss you |
| And now I wonder | And now I wonder... |
| If I could fall into the sky | If I could fall |
| Do you think time would pass us by? | Into the sky |
| 'Cause you know I'd walk a thousand miles | Do you think time |
| If I could just see you | Would pass us by |
|  | 'Cause you know I'd walk |
|  | A thousand miles |
|  | If I could |

| | |
|---|---|
| | Just see you... |
| If I could fall into the sky<br>Do you think time would pass me by?<br>'Cause you know I'd walk a thousand miles<br>If I could just see you<br>If I could just hold you<br>Tonight | If I could fall<br>Into the sky<br>Do you think time<br>Would pass me by<br>'Cause you know I'd walk<br>A thousand miles<br>If I could<br>Just see you<br>If I could<br>Just hold you<br>Tonight |

10570 - "Closer to Fine" by Indigo Girls

| LyricFind | Claude |
|---|---|
| I'm tryin' to tell you somethin' 'bout my life<br>Maybe give me insight between black and white<br>And the best thing you've ever done for me<br>Is to help me take my life less seriously<br>It's only life after all, yeah<br><br>Well darkness has a hunger that's insatiable<br>And lightness has a call that's hard to hear<br>I wrap my fear around me like a blanket<br>I sailed my ship of safety 'til I sank it<br>I'm crawling on your shores<br><br>And I went to the doctor, I went to the mountains<br>I looked to the children, I drank from the fountains<br>There's more than one answer to these questions<br>Pointing me in a crooked line<br>And the less I seek my source for some definitive<br>The closer I am to fine, yeah<br>The closer I am to fine, yeah<br><br>And I went to see the doctor of philosophy<br>With a poster of Rasputin and a beard down to his knee<br>He never did marry or see a B-Grade movie | I'm trying to tell you something about my life<br>Maybe give me insight between black and white<br>The best thing you've ever done for me<br>Is to help me take my life less seriously, it's only life after all<br>Well darkness has a hunger that's insatiable<br>And lightness has a call that's hard to hear<br>I wrap my fear around me like a blanket<br>I sailed my ship of safety till I sank it, I'm crawling on your shore.<br><br>I went to the doctor, I went to the mountains<br>I looked to the children, I drank from the fountains<br>There's more than one answer to these questions<br>Pointing me in crooked line<br>The less I seek my source for some definitive<br>The closer I am to fine.<br><br><br>I went to see the doctor of philosophy<br>With a poster of Rasputin and a beard down to his knee<br>He never did marry or see a B-grade movie |

| LyricFind | Claude |
|---|---|
| He graded my performance, he said he could see through me<br>I spent four years prostrate to the higher mind<br>Got my paper and I was free<br><br>I went to the doctor, I went to the mountains<br>I looked to the children, I drank from the fountains<br>There's more than one answer to these questions<br>Pointing me in a crooked line<br>And the less I seek my source for some definitive<br>The closer I am to fine, yeah<br>The closer I am to fine, yeah<br><br>I stopped by the bar at three A.M.<br>To seek solace in a bottle, or possibly a friend<br>And I woke up with a headache like my head against a board<br>Twice as cloudy as I'd been the night before<br>And I went in seeking clarity<br><br>I went to the doctor, I went to the mountains<br>I looked to the children, I drank from the fountains<br>We go to the doctor, we go to the mountains<br>We look to the children, we drink from the fountain<br>Yeah, we go to the Bible, we go through the work out<br>We read up on revival, we stand up for the lookout<br>There's more than one answer to these questions<br>Pointing me in a crooked line<br>And the less I seek my source for some definitive<br>The closer I am to fine<br>The closer I am to fine<br>The closer I am to fine, yeah | He graded my performance, he said he could see through me<br>I spent four years prostrate to the higher mind<br>Got my paper and I was free.<br><br>I went to the doctor, I went to the mountains<br>I looked to the children, I drank from the fountains<br>There's more than one answer to these questions<br>Pointing me in crooked line<br>The less I seek my source for some definitive<br>The closer I am to fine.<br><br><br>I stopped by the bar at 3 A.M.<br>To seek solace in a bottle or possibly a friend<br>I woke up with a headache like my head against a board<br>Twice as cloudy as I'd been the night before<br>I went in seeking clarity.<br><br>I went to the doctor, I went to the mountains<br>I looked to the children, I drank from the fountains<br>There's more than one answer to these questions<br>Pointing me in crooked line<br>The less I seek my source for some definitive<br>The closer I am to fine. |

10571 - "Boys Don't Cry" by The Cure

| LyricFind | Claude |
|---|---|
| I would say I'm sorry<br>If I thought that it would change your mind | I would say I'm sorry<br>If I thought that it would change your mind |

| LyricFind | Claude |
|---|---|
| But I know that this time<br>I have said too much<br>Been too unkind | But I know that this time<br>I have said too much, been too unkind |
| I tried to laugh about it<br>Cover it all up with lies<br>I tried to laugh about it<br>Hiding the tears in my eyes<br>'Cause boys don't cry<br>Boys don't cry | I try to laugh about it<br>Cover it all up with lies<br>I try to laugh about it<br>Hiding the tears in my eyes<br>'Cause boys don't cry<br>Boys don't cry |
| I would break down at your feet<br>And beg forgiveness, plead with you<br>But I know that it's too late<br>And now there's nothing I can do | I would break down at your feet<br>And beg forgiveness, plead with you<br>But I know that it's too late<br>And now there's nothing I can do |
| So I try to laugh about it<br>Cover it all up with lies<br>I try to laugh about it<br>Hiding the tears in my eyes<br>'Cause boys don't cry<br>Boys don't cry | So I try to laugh about it<br>Cover it all up with lies<br>I try to laugh about it<br>Hiding the tears in my eyes<br>'Cause boys don't cry<br>Boys don't cry |
| I would tell you that I loved you<br>If I thought that you would stay<br>But I know that it's no use<br>And you've already gone away | I would tell you That I loved you<br>If I thought that you would stay<br>But I know that it's no use<br>That you've already gone away |
| Misjudged your limits<br>Pushed you too far<br>Took you for granted<br>Thought that you needed me more, more, more | Misjudged your limits<br>Pushed you too far<br>Took you for granted<br>I thought that you needed me more |
| Now I would do most anything<br>To get you back by my side<br>But I just keep on laughing<br>Hiding the tears in my eyes<br>'Cause boys don't cry<br>Boys don't cry<br><br>Boys don't cry | Now I would do most anything<br>To get you back by my side<br>But I just keep on laughing<br>Hiding the tears in my eyes<br>'Cause boys don't cry<br>Boys don't cry<br>Boys don't cry |

10574 - "Born to be Wild" by Steppenwolf

| LyricFind | Claude |
|---|---|
| Get your motor runnin'<br>Head out on the highway | Get your motor runnin'<br>Head out on the highway |

| | |
|---|---|
| Lookin' for adventure<br>And whatever comes our way<br><br>Yeah, darlin', go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space<br><br>I like smoke and lightnin'<br>Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under<br><br>Yeah, darlin', go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild<br><br>Get your motor runnin'<br>Head out on the highway<br>We're lookin' for adventure<br>And whatever comes our way<br><br>Yeah, darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild | Lookin' for adventure<br>And whatever comes our way<br><br>Yeah Darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space<br><br>I like smoke and lightning<br>Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under<br><br>Yeah Darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild<br><br>Get your motor runnin'<br>Head out on the highway<br>Lookin' for adventure<br>And whatever comes our way<br><br>Yeah Darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild |

10581 - "You Are Not Alone" by Michael Jackson

| LyricFind | Claude |
|---|---|
| | |

| | |
|---|---|
| Another day has gone | Another day has gone |
| I'm still all alone | I'm still all alone |
| How could this be | How could this be |
| You're not here with me | You're not here with me |
| You never said goodbye | You never said goodbye |
| Someone tell me why | Someone tell me why |
| Did you have to go | Did you have to go |
| And leave my world so cold | And leave my world so cold |
| | |
| Everyday I sit and ask myself | Everyday I sit and ask myself |
| How did love slip away | How did love slip away |
| Something whispers in my ear and says | Something whispers in my ear and says |
| That you are not alone | That you are not alone |
| For I am here with you | I am here with you |
| Though you're far away | Though you're far away |
| I am here to stay | I am here to stay |
| | |
| But you are not alone | You are not alone |
| I am here with you | I am here with you |
| Though we're far apart | Though we're far apart |
| You're always in my heart | You're always in my heart |
| You are not alone | You are not alone |
| | |
| Alone, alone | 'Lone, 'lone |
| Why, alone | Why, 'lone |
| | |
| Just the other night | Just the other night |
| I thought I heard you cry | I thought I heard you cry |
| Asking me to come | Asking me to come |
| And hold you in my arms | And hold you in my arms |
| I can hear your prayers | I can hear your prayers |
| Your burdens I will bear | Your burdens I will bear |
| But first I need your hand | But first I need your hand |
| Then forever can begin | Then forever can begin |
| | |
| Everyday I sit and ask myself | Everyday I sit and ask myself |
| How did love slip away | How did love slip away |
| Something whispers in my ear and says | Something whispers in my ear and says |
| That you are not alone | That you are not alone |
| For I am here with you | I am here with you |
| Though you're far away | Though you're far away |
| I am here to stay | I am here to stay |
| | |
| But you are not alone | You are not alone |
| And I am here with you | I am here with you |
| Though we're far apart | Though we're far apart |
| You're always in my heart | You're always in my heart |
| For you are not alone | You are not alone |

| | |
|---|---|
| Whisper three words and I'll come runnin'<br>And I and girl you know that I'll be there<br>I'll be there<br><br>You are not alone<br>I am here with you<br>Though you're far away<br>I am here to stay<br><br>For you are not alone<br>I am here with you<br>Though we're far apart<br>You're always in my heart<br><br>For you are not alone (you are not alone)<br>For I am here with you (I am here with you)<br>Though you're far away (though you're far away)<br>(You and me) I am here to stay<br><br>For you are not alone (you are always in my heart)<br>For I am here with you though we're far apart<br>You're always in my heart<br><br>For you are not alone not alone, oh | Whisper three words and I'll come runnin'<br>And girl you know that I'll be there<br>I'll be there<br><br><br><br><br>You are not alone<br>I am here with you<br>Though we're far apart<br>You're always in my heart<br>You are not alone |

10585 - "Kryptonite" by 3 Doors Down

| LyricFind | Claude |
|---|---|
| Well, I took a walk around the world to ease my troubled mind<br>I left my body lying somewhere in the sands of time<br><br>But I watched the world float to the dark side of the moon<br>I feel there's nothing I can do, yeah<br><br>I watched the world float to the dark side of the moon<br>After all I knew, it had to be something to do with you<br>I really don't mind what happens now and then<br>As long as you'll be my friend at the end | Well I took a walk around the world<br>To ease my troubled mind<br>I left my body lying somewhere<br>In the sands of time<br>I watched the world float<br>To the dark side of the moon<br>I feel there's nothing I can do, yeah<br><br>I watched the world float<br>To the dark side of the moon<br>After all I knew it had to be<br>Something to do with you<br>I really don't mind what happens now and then<br>As long as you'll be my friend at the end<br><br>If I go crazy then will you still |

If I go crazy, then will you still call me
Superman?

If I'm alive and well, will you be there and
holding my hand?
I'll keep you by my side with my superhuman
might

Kryptonite

You called me strong, you called me weak
But still your secrets, I will keep
You took for granted all the times, I never let
you down
You stumbled in and bumped your head
If not for me then you'd be dead
I picked you up and put you back on solid
ground

If I go crazy, then will you still call me
Superman?
If I'm alive and well, will you be there and
holding my hand?

I'll keep you by my side with my superhuman
might

Kryptonite

If I go crazy, then will you still call me
Superman?

If I'm alive and well, will you be there holding
my hand?
I'll keep you by my side with my superhuman
might

Kryptonite, yeah
If I go crazy, then will you still call me
Superman?
If I'm alive and well, will you be there and
holding my hand?
I'll keep you by my side with my superhuman
might
Kryptonite

Whoa, whoa, whoa
Whoa, whoa, whoa

Call me Superman
If I'm alive and well
Will you be there holding my hand
I'll keep you by my side
With my superhuman might
Kryptonite

You called me strong, you called me weak
But your secrets I will keep
You took for granted all the times
I never let you down
You stumbled in and bumped your head
If not for me then you'd be dead
I picked you up and put you back
On solid ground

If I go crazy then will you still
Call me Superman
If I'm alive and well,
Will you be there holding my hand
I'll keep you by my side
With my superhuman might
Kryptonite

If I go crazy then will you still
Call me Superman
If I'm alive and well,
Will you be there holding my hand
I'll keep you by my side
With my superhuman might
Kryptonite

| | |
|---|---|
| Whoa, whoa, whoa | |

10618 - "Vincent (Starry Starry Night)" by Don McLean

| LyricFind | Claude |
|---|---|
| Starry, starry night<br>Paint your palette blue and grey<br>Look out on a summer's day<br>With eyes that know the darkness in my soul<br>Shadows on the hills<br>Sketch the trees and the daffodils<br>Catch the breeze and the winter chills<br>In colors on the snowy linen land<br><br>Now I understand<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free<br>They would not listen, they did not know how<br>Perhaps they'll listen now<br><br>Starry, starry night<br>Flaming flowers that brightly blaze<br>Swirling clouds in violet haze<br>Reflect in Vincent's eyes of china blue<br>Colors changing hue<br>Morning fields of amber grain<br>Weathered faces lined in pain<br>Are soothed beneath the artist's loving hand<br><br>Now I understand<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free<br>They would not listen, they did not know how<br>Perhaps they'll listen now<br><br>For they could not love you<br>But still your love was true<br>And when no hope was left in sight<br>On that starry, starry night | Starry, starry night<br>Paint your palette blue and grey<br>Look out on a summer's day<br>With eyes that know the darkness in my soul.<br><br>Shadows on the hills<br>Sketch the trees and the daffodils<br>Catch the breeze and the winter chills<br>In colors on the snowy linen land.<br><br>Now I understand<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free.<br><br>They would not listen<br>They did not know how<br>Perhaps they'll listen now.<br><br>Starry, starry night<br>Flaming flowers that brightly blaze<br>Swirling clouds in violet haze<br>Reflect in Vincent's eyes of china blue.<br><br>Colors changing hue<br>Morning fields of amber grain<br>Weathered faces lined in pain<br>Are soothed beneath the artist's loving hand.<br><br>Now I understand<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free.<br><br>They would not listen<br>They did not know how<br>Perhaps they'll listen now.<br><br>For they could not love you<br>But still your love was true<br>And when no hope was left inside<br>On that starry, starry night |

| | |
|---|---|
| You took your life, as lovers often do<br>But I could have told you, Vincent<br>This world was never meant for one<br>As beautiful as you<br><br>Starry, starry night<br>Portraits hung in empty halls<br>Frameless heads on nameless walls<br>With eyes that watch the world and can't forget<br>Like the strangers that you've met<br>The ragged men in ragged clothes<br>A silver thorn, a bloody rose<br>Lie crushed and broken on the virgin snow<br><br>Now I think I know<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free<br>They would not listen, they're not listening still<br>Perhaps they never will | You took your life, as lovers often do.<br><br>But I could have told you Vincent<br>This world was never meant<br>For one as beautiful as you.<br><br>Starry, starry night<br>Portraits hung in empty halls<br>Frameless heads on nameless walls<br>With eyes that watch the world and can't<br>forget.<br><br>Like the stranger that you've met<br>The ragged men in ragged clothes<br>A silver thorn, a bloody rose<br>Lie crushed and broken on the virgin snow.<br><br>Now I think I know<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free.<br><br>They would not listen<br>They're not listening still<br>Perhaps they never will. |

10632 - "Awake My Soul" by Mumford & Sons

| LyricFind | Claude |
|---|---|
| How fickle my heart and how woozy my eyes<br>I struggle to find any truth in your lies<br>And now my heart stumbles on things I don't know<br>My weakness I feel I must finally show<br><br>Lend me your hand and we'll conquer them all<br>But lend me your heart and I'll just let you fall<br>Lend me your eyes I can change what you see<br>But your soul you must keep, totally free<br>Har har, har har, har har, har har<br><br>Awake my soul, awake my soul<br>Awake my soul | Verse 1:<br>How fickle my heart and how woozy my eyes,<br>I struggle to find any truth in your lies,<br>And now my heart stumbles on things I don't know,<br>My weakness I feel I must finally show.<br><br>Chorus:<br>Lend me your hand and we'll conquer them all,<br>But lend me your heart and I'll just let you fall,<br>Lend me your eyes I can change what you see,<br>But your soul you must keep, totally free.<br><br>Verse 2:<br>Awake my soul, awake my soul,<br>Awake my soul,<br>You were made to meet your maker, |

|  |  |
|---|---|
|  | Awake my soul, awake my soul,<br>Awake my soul,<br>You were made to meet your maker.<br><br>**Chorus:**<br>Lend me your hand and we'll conquer them all,<br>But lend me your heart and I'll just let you fall.<br>Lend me your eyes I can change what you see,<br>But your soul you must keep, totally free. |
| How fickle my heart and how woozy my eyes<br>I struggle to find any truth in your lies<br>And now my heart stumbles on things I don't know<br>My weakness I feel I must finally show<br>Har har, har har, har har, har har | **Bridge:**<br>In these bodies we will live, in these bodies we will die,<br>And where you invest your love, you invest your life. |
| In these bodies we will live, in these bodies we will die<br>Where you invest your love, you invest your life<br>In these bodies we will live, in these bodies we will die<br>And where you invest your love, you invest your life | **Chorus:**<br>Awake my soul, awake my soul, awake my soul,<br>You were made to meet your maker.<br>Awake my soul, awake my soul, awake my soul,<br>You were made to meet your maker. |
| Awake my soul, awake my soul<br>Awake my soul<br>For you were made to meet your maker<br>Awake my soul, awake my soul<br>Awake my soul<br>For you were made to meet your maker<br>You were made to meet your maker | **Outro:**<br>You were made to meet your maker,<br>You were made to meet your maker. |

10643 - "Vanilla Twilight" by Owl City

| LyricFind | Claude |
|---|---|
| The stars lean down to kiss you<br>And I lie awake and miss you<br>Pour me a heavy dose of atmosphere<br><br>'Cause I'll doze off safe and soundly<br>But I'll miss your arms around me<br>I'd send a postcard to you, dear<br>'Cause I wish you were here<br><br>I'll watch the night turn light blue<br>But it's not the same without you<br>Because it takes two to whisper quietly | The stars lean down to kiss you<br>And I lie awake and miss you<br>Pour me a heavy dose of atmosphere<br><br>'Cause I'll doze off safe and soundly<br>But I'll miss your arms around me<br>I'll send a postcard to you, dear<br>'Cause I wish you were here<br><br>I'll watch the night turn light-blue<br>But it's not the same without you<br>Because it takes two to whisper quietly |

| LyricFind | Claude |
|---|---|
| The silence isn't so bad<br>'Til I look at my hands and feel sad<br>'Cause the spaces between my fingers<br>Are right where yours fit perfectly<br><br>I'll find repose in new ways<br>Though I haven't slept in two days<br>'Cause cold nostalgia chills me to the bone<br><br><br>But drenched in vanilla twilight<br>I'll sit on the front porch all night<br>Waist deep in thought because when<br>I think of you I don't feel so alone<br><br>I don't feel so alone<br>I don't feel so alone<br>As many times as I blink<br>I'll think of you tonight<br><br>I'll think of you tonight<br><br>When violet eyes get brighter<br>And heavy wings grow lighter<br>I'll taste the sky and feel alive again<br><br>And I'll forget the world that I knew<br>But I swear I won't forget you<br>Oh if my voice could reach back through the past<br><br><br>I'd whisper in your ear,<br>"Oh darling I wish you were here" | The silence isn't so bad<br>'Til I look at my hands and feel sad<br>'Cause the spaces between my fingers<br>Are right where yours fit perfectly<br><br>I'll find repose in new ways<br>Though I haven't slept in two days<br>'Cause cold nostalgia<br>Chills me to the bone<br><br>But drenched in vanilla twilight<br>I'll sit on the front porch all night<br>Waist-deep in thought because<br>When I think of you.<br><br>I don't feel so alone<br>I don't feel so alone<br>As many times as I blink<br>I'll think of you<br>Tonight<br><br><br>When violet eyes get brighter<br>And heavy wings grow lighter<br>I'll taste the sky and feel alive again<br><br>And I'll forget the world that I knew<br>But I swear I won't forget you<br>Oh, if my voice could reach<br>Back through the past<br><br>I'd whisper in your ear<br>Oh darling, I wish you were here |

10734 - "Simple Twist of Fate" by Bob Dylan

| LyricFind | Claude |
|---|---|
| They sat together in the park<br>As the evening sky grew dark<br>She looked at him and he felt a spark<br>Tingle to his bones<br>'Twas then he felt alone<br>And wished that he'd gone straight<br>And watched out for a simple twist of fate | They sat together in the park<br>As the evening sky grew dark,<br>She looked at him and he felt a spark tingle to his bones.<br>'Twas then he felt alone and wished that he'd gone straight<br>And watched out for a simple twist of fate. |

| | |
|---|---|
| They walked along by the old canal<br>A little confused, I remember well<br>And stopped into a strange hotel<br>With a neon burnin' bright<br>He felt the heat of the night<br>Hit him like a freight train<br>Moving with a simple twist of fate<br><br>A saxophone someplace far-off played<br>As she was walkin' on by the arcade<br>As the light bust through a beat-up shade<br>Where he was waking up<br>She dropped a coin into the cup<br>Of a blind man at the gate<br>And forgot about a simple twist of fate<br><br>He woke up, the room was bare<br>He didn't see her anywhere<br>He told himself he didn't care<br>Pushed the window open wide<br>Felt an emptiness inside<br>To which he just could not relate<br>Brought on by a simple twist of fate<br><br>He hears the ticking of the clocks<br>And walks along with a parrot that talks<br>Hunts her down by the waterfront docks<br>Where the sailors all come in<br>Maybe she'll pick him out again<br>How long must he wait?<br>One more time, for a simple twist of fate<br><br>People tell me it's a sin<br>To know and feel too much within<br>I still believe she was my twin<br>But I lost the ring<br>She was born in spring<br>But I was born too late<br>Blame it on a simple twist of fate | They walked along by the old canal<br>A little confused, I remember well<br>And stopped into a strange hotel with the neon burnin' bright.<br>He felt the heat of the night hit him like a freight train<br>Moving with a simple twist of fate.<br><br>A saxophone someplace far off played,<br>As she was walkin' by the arcade.<br>As the light bust through a beat-up shade where he was wakin' up,<br>She dropped a coin into the cup of a blind man at the gate<br>And forgot about a simple twist of fate.<br><br>He woke up, the room was bare,<br>He didn't see her anywhere.<br>He told himself he didn't care, pushed the window open wide,<br>Felt an emptiness inside to which he just could not relate<br>Brought on by a simple twist of fate.<br><br>He hears the ticking of the clocks<br>And walks along with a parrot that talks,<br>Hunts her down by the waterfront docks where the sailors all come in.<br>Maybe she'll pick him out again, how long must he wait<br>Once more for a simple twist of fate.<br><br>People tell me it's a sin<br>To know and feel too much within.<br>I still believe she was my twin, but I lost the ring.<br>She was born in spring, but I was born too late<br>Blame it on a simple twist of fate. |

10735 - "To Make You Feel My Love" by Adele

| LyricFind | Claude |
|---|---|
| When the rain is blowing in your face<br>And the whole world is on your case<br>I could offer you a warm embrace | When the rain<br>Is blowing in your face<br>And the whole world |

| | |
|---|---|
| To make you feel my love | Is on your case<br>I could offer you<br>A warm embrace<br>To make you feel my love |
| When the evening shadows and the stars appear<br>And there is no one there to dry your tears<br>I could hold you for a million years<br>To make you feel my love | When the evening shadows<br>And the stars appear<br>And there is no one there<br>To dry your tears<br>I could hold you<br>For a million years<br>To make you feel my love |
| I know you haven't made your mind up yet<br>But I will never do you wrong<br>I've known it from the moment that we met<br>No doubt in my mind where you belong | I know you<br>Haven't made<br>Your mind up yet<br>But I would never<br>Do you wrong<br>I've known it<br>From the moment<br>That we met<br>No doubt in my mind<br>Where you belong |
| I'd go hungry, I'd go black and blue<br>I'd go crawling down the avenue<br>No, there's nothing that I wouldn't do<br>To make you feel my love | I'd go hungry<br>I'd go black and blue<br>I'd go crawling<br>Down the avenue<br>No, there's nothing<br>That I wouldn't do<br>To make you feel my love |
| The storms are raging on the rolling sea<br>And on the highway of regret<br>The winds of change are blowing wild and free<br>You ain't seen nothing like me yet | The storms are raging<br>On the rolling sea<br>And on the highway of regret<br>Though winds of change<br>Are blowing wild and free<br>You ain't seen nothing<br>Like me yet |
| I could make you happy, make your dreams come true<br>Nothing that I wouldn't do<br>Go to the ends of the Earth for you<br>To make you feel my love<br>To make you feel my love | I could make you happy<br>Make your dreams come true<br>Nothing that I wouldn't do<br>Go to the ends<br>Of the Earth for you<br>To make you feel my love<br>To make you feel my love |

10758 - "With You" by Linkin Park

| LyricFind | Claude |
|---|---|
| I woke up in a dream today<br>To the cold of the static, and put my cold feet on the floor<br>Forgot all about yesterday<br>Remembering I'm pretending to be where I'm not anymore<br>A little taste of hypocrisy<br>And I'm left in the wake of the mistake, slow to react<br>Even though you're so close to me<br>You're still so distant, and I can't bring you back | I woke up in a dream today<br>To the cold of the static, and put my cold feet on the floor<br>Forgot all about yesterday<br>Remembering I'm pretending to be where I'm not anymore<br>A little taste of hypocrisy<br>And I'm left in the wake of the mistakes, slow to react<br>Even though you're so close to me<br>You're still so distant, and I can't bring you back |
| It's true<br>The way I feel<br>Was promised by your face<br>The sound of your voice<br>Painted on my memories<br>Even if you're not with me | It's true the way I feel<br>Was promised by your face<br>The sound of your voice<br>Painted on my memories<br>Even if you're not with me<br>I'm with you |
| I'm with you<br>You now I see<br>Keeping everything inside (with you)<br>You now I see<br>Even when I close my eyes | You, now I see, keeping everything inside<br>With you<br>You, now I see, even when I close my eyes |
| I hit you and you hit me back<br>We fall to the floor, the rest of the day stands still<br>Fine line between this and that<br>When things go wrong I pretend the past isn't real<br>Now I'm trapped in this memory<br>And I'm left in the wake of the mistake, slow to react<br>So, even though you're close to me<br>You're still so distant, and I can't bring you back | I hit you and you hit me back<br>We fall to the floor, the rest of the day stands still<br>Fine line between this and that<br>When things go wrong I pretend the past isn't real<br>I'm trapped in this memory<br>And I'm left in the wake of the mistakes, slow to react<br>Even though you're close to me<br>You're still so distant, and I can't bring you back |
| It's true<br>The way I feel<br>Was promised by your face<br>The sound of your voice<br>Painted on my memories<br>Even if you're not with me | It's true the way I feel<br>Was promised by your face<br>The sound of your voice<br>Painted on my memories<br>Even if you're not with me<br>I'm with you |

| | |
|---|---|
| I'm with you<br>You now I see<br>Keeping everything inside (with you)<br>You now I see<br>Even when I close my eyes<br><br>I'm with you<br>You now I see<br>Keeping everything inside (with you)<br>You now I see<br>Even when I close my eyes<br><br>No, no matter how far we've come<br>I can't wait to see tomorrow<br>No matter how far we've come<br>I can't wait to see tomorrow<br>With you<br><br>You now I see<br>Keeping everything inside (with you)<br>You now I see<br>Even when I close my eyes<br><br>With you<br>You now I see<br>Keeping everything inside (with you)<br>You now I see<br>Even when I close my eyes | You, now I see, keeping everything inside<br>With you<br>You, now I see, even when I close my eyes<br><br><br><br><br><br><br><br>No, no matter how far we've come<br>I can't wait to see tomorrow<br>No matter how far we've come I<br>I can't wait to see tomorrow<br>With you<br>You, now I see, keeping everything inside<br>With you<br>You, now I see, even when I close my eyes |

10799 - "Love Minus Zero/No Limit" by Bob Dylan

| LyricFind | Claude |
|---|---|
| My love she speaks like silence<br>Without ideals or violence<br>She doesn't have to say she's faithful<br>Yet she's true, like ice, like fire<br>People carry roses<br>And make promises by the hours<br>My love she laughs like the flowers<br>Valentines can't buy her<br><br>In the dime stores and bus stations<br>People talk of situations<br>Read books, repeat quotations<br>Draw conclusions on the wall<br>Some speak of the future | My love she speaks like silence,<br>Without ideals or violence,<br>She doesn't have to say she's faithful,<br>Yet she's true, like ice, like fire.<br>People carry roses,<br>Make promises by the hours,<br>My love she laughs like the flowers,<br>Valentines can't buy her.<br><br>In the dime stores and bus stations,<br>People talk of situations,<br>Read books, repeat quotations,<br>Draw conclusions on the wall.<br>Some speak of the future, |

| My love she speaks softly | My love she speaks softly, |
| She knows there's no success like failure | She knows there's no success like failure |
| And that failure's no success at all | And that failure's no success at all. |
| | |
| The cloak and dagger dangles | The cloak and dagger dangles, |
| Madams light the candles | Madams light the candles. |
| In ceremonies of the horsemen | In ceremonies of the horsemen, |
| Even the pawn must hold a grudge | Even the pawn must hold a grudge. |
| Statues made of matchsticks | Statues made of match sticks, |
| Crumble into one another | Crumble into one another, |
| My love winks, she does not bother | My love winks, she does not bother, |
| She knows too much to argue or to judge | She knows too much to argue or to judge. |
| | |
| The bridge at midnight trembles | The bridge at midnight trembles, |
| The country doctor rambles | The country doctor rambles, |
| Bankers' nieces seek perfection | Bankers' nieces seek perfection, |
| Expecting all the gifts that wise men bring | Expecting all the gifts that wise men bring. |
| The wind howls like a hammer | The wind howls like a hammer, |
| The night blows rainy | The night blows cold and rainy, |
| My love she's like some raven | My love she's like some raven |
| At my window with a broken wing | At my window with a broken wing. |

10804 - "We've Only Just Begun" by The Carpenters

| LyricFind | Claude |
|---|---|
| We've only just begun to live | We've only just begun |
| White lace and promises | To live, |
| A kiss for luck and we're on our way | White lace and promises, |
| (We've only begun) | A kiss for luck and we're on our way. |
| | |
| | We've only begun. |
| | |
| Before the risin' sun, we fly | Before the rising sun we fly, |
| So many roads to choose | So many roads to choose, |
| We'll start out walkin' and learn to run | We start our walking and learn to run. |
| (And yes, we've just begun) | |
| | And yes, we've just begun. |
| | |
| Sharing horizons that are new to us | Sharing horizons that are new to us, |
| Watchin the signs along the way | Watching the signs along the way. |
| Talkin' it over, just the two of us | Talking it over just the two of us, |
| Workin' together day to day | Working together day to day. |
| Together | |
| | Together. |
| | |
| And when the evening comes, we smile | And when the evening comes we smile, |
| So much of life ahead | So much of life ahead, |

| | |
|---|---|
| We'll find a place where there's room to grow (And yes, we've just begun) | We'll find a place where there's room to grow, And yes, we've just begun. |
| Sharing horizons that are new to us Watchin' the signs along the way Talkin' it over, just the two of us Workin' together day to day Together Together | Sharing horizons that are new to us, Watching the signs along the way. Talking it over just the two of us, Working together day to day. Together. |
| And when the evening comes, we smile So much of life ahead We'll find a place where there's room to grow And yes, we've just begun | And when the evening comes we smile, So much of life ahead, We'll find a place where there's room to grow, And yes, we've just begun. |

10816 - "I Get Around" by The Beach Boys

| LyricFind | Claude |
|---|---|
| Round round get around, I get around, yeah | Round round get around I get around Yeah Get around round round I get around |
| (Get around round round I get around, ooh-ooh) I get around Fom town to town (get around round round I get around) I'm a real cool head (get around round round I get around) I'm makin' real good bread (get around round round I get around) | |
| I'm gettin' bugged driving up and down the same old strip I gotta find a new place where the kids are hip My buddies and me are getting real well known Yeah, the bad guys know us and they leave us alone | I'm gettin' bugged driving up and down this same old strip I gotta find a new place where the kids are hip My buddies and me are getting real well known Yeah, the bad guys know us and they leave us alone |
| I get around (get around round round I get around) From town to town (get around round round I get around) I'm a real cool head (get around round round I get around) I'm makin' real good bread (get around round round I get around) | I get around Get around round round I get around I'm a real cool head Get around round round I get around I'm making real good bread |

I get around (round, get around-round-round, ooh)
(Wah-wah-ooh)
(Wah-wah-ooh)
(Wah-wah-ooh)

We always take my car 'cause it's never been beat
And we've never missed yet with the girls we meet
None of the guys go steady 'cause it wouldn't be right
To leave their best girl home now on Saturday night

I get around (get around round round I get around)
From town to town (get around round round I get around)
I'm a real cool head (get around round round I get around)
I'm makin' real good bread (get around round round I get around)

I get around (round, ah-ah-ah-ah-ah-ah-ah)

Round round get around, I get around, yeah

Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (wah-wah-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-ooh-ooh)
Get around round round I get around (ooh-ooh-

I'm getting bugged driving up and down the same old strip
I gotta find a new place where the kids are hip
My buddies and me are getting real well known
Yeah, the bad guys know us and they leave us alone

I get around
Get around round round I get around

I'm a real cool head
Get around round round I get around
I'm making real good bread

Round round get around
I get around
Yeah
Get around round round I get around

Wah-oo, honey yeah!

Round round get around
I get around
Yeah
Get around round round I get around

That's the classic Beach Boys song with its iconic lyrics all about being popular, hip and in the scene.

| | |
|---|---|
| ooh-ooh)<br>Get around round round I get around (ooh-ooh-ooh-ooh) | |

10828 - "The Boys Are Back In Town" by Thin Lizzy

| LyricFind | Claude |
|---|---|
| Guess who just got back today<br>Them wild-eyed boys that had been away<br>Haven't changed, had much to say<br>But man, I still think them cats are crazy | Guess who just got back today?<br>Them wild-eyed boys that had been away<br>Haven't changed that much to say<br>But man, I still think them cats are crazy |
| They were askin' if you were around<br>How you was, where you could be found<br>Told them you were livin' downtown<br>Drivin' all the old men crazy | They were askin' if you were around<br>How you was, where you could be found<br>Told them you were livin' downtown<br>Drivin' all the old men crazy |
| The boys are back in town, the boys are back in town<br><br>I said, the boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town | The boys are back in town<br>(The boys are back in town)<br>The boys are back in town<br>(The boys are back in town again) |
| You know that chick that used to dance a lot<br>Every night, she'd be on the floor, shakin' what she'd got<br>Man, when I tell you she was cool, she was red hot<br>I mean, she was steamin'<br>And that time over at Johnny's place<br>Well, this chick got up and she slapped Johnny's face<br>Man, we just fell about the place<br>If that chick don't want to know, forget her | You know that chick that used to dance a lot<br>Every night she'd be on the floor, shakin' what she'd got<br>Man when I tell you she was cool, she was red hot<br>I mean she was steamin'<br>And that time over at Johnny's place<br>Well this chick got up and she slapped Johnny's face<br>Man we just fell about the place<br>If that chick don't want to know, forget her |
| The boys are back in town, the boys are back in town<br><br>I said, the boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in | The boys are back in town<br>(The boys are back in town)<br>The boys are back in town<br>(The boys are back in town again) |

| | |
|---|---|
| town<br>The boys are back in town, the boys are back in town<br><br>Spread the word around<br>Guess who's back in town?<br>You spread the word around<br><br>Friday night, they'll be dressed to kill<br>Down at Dino's Bar 'n' Grill<br>The drink will flow and blood will spill<br>And if the boys want to fight, you better let 'em<br>That jukebox in the corner blastin' out my favorite song<br>The nights are getting warmer, it won't be long<br>Won't be long 'til the summer comes<br>Now that the boys are here again<br><br>The boys are back in town, the boys are back in town<br><br>The boys are back in town, the boys are back in town<br><br>The boys are back in town, the boys are back in town<br><br>The boys are back in town, the boys are back in town<br><br>(The boys are back, the boys are back)<br><br>The boys are back in town again<br>Been hangin' down at Dino's<br>The boys are back in town again | Spread the word around<br>Guess who's back in town<br>You spread the word around<br><br>Friday night they'll be dressed to kill<br>Down at Dino's bar and grill<br>The drink will flow and blood will spill<br>And if the boys want to fight, you'd better let them<br>That jukebox in the corner blastin' out my favorite song<br>The nights are getting warmer, it won't be long<br>It won't be long till the summer comes<br>Now that the boys are here again<br><br>The boys are back in town<br>(The boys are back in town)<br>The boys are back in town<br>(The boys are back in town again)<br>The boys are back in town<br>(The boys are back in town)<br>The boys are back in town<br>(The boys are back in town again) |

10878 - "Simple Man" by Lynyrd Skynyrd

| LyricFind | Claude |
|---|---|
| Mama told me when I was young<br>"Come sit beside me, my only son<br>And listen closely to what I say<br>And if you do this it'll help you some sunny day, ah yeah" | Mama told me when I was young<br>Come sit beside me, my only son<br>And listen closely to what I say,<br>And if you do this it'll help you some sunny day. |

| | |
|---|---|
| "Oh, take your time, don't live too fast<br>Troubles will come and they will pass<br>You'll find a woman, yeah, and you'll find love<br>And don't forget, son, there is someone up above" | Oh, take your time... Don't live too fast,<br>Troubles will come and they will pass.<br>Go find a woman and you'll find love,<br>And don't forget son,<br>There is someone up above.<br><br>[Chorus]<br>And be a simple kind of man.<br>Be something you love and understand.<br>Baby, be a simple kind of man.<br>Oh, won't you do this for me, son,<br>If you can? |
| "And be a simple kind of man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man<br>Oh, won't you do this for me, son, if you can" | |
| "Forget your lust for the rich man's gold<br>All that you need is in your soul<br>And you can do this, oh baby, if you try<br>All that I want for you my son, is to be satisfied" | Forget your lust for the rich man's gold<br>All that you need is in your soul,<br>And you can do this if you try.<br>All that I want for you my son,<br>Is to be satisfied. |
| "And be a simple kind of man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man<br>Oh, won't you do this for me, son, if you can" | [Chorus] |
| Oh yes, I will | |
| "Boy, don't you worry, you'll find yourself<br>Follow your heart and nothing else<br>And you can do this, oh baby, if you try<br>All that I want for you my son, is to be satisfied" | Boy, don't you worry... you'll find yourself.<br>Follow your heart and nothing else.<br>And you can do this if you try.<br>All I want for you my son,<br>Is to be satisfied. |
| "And be a simple kind of man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man<br>Oh, won't you do this for me, son, if you can" | [Chorus] |
| Baby, be a simple, be a simple man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man | Baby, be a simple kind of man<br>Be something you love and understand<br>Baby, be a simple kind of man |

10895 - "Blowin' in the Wind" by Bob Dylan

| LyricFind | Claude |
|---|---|
| How many roads must a man walk down<br>Before you call him a man?<br>How many seas must a white dove sail<br>Before she sleeps in the sand? | How many roads must a man walk down<br>Before you call him a man?<br>How many seas must a white dove sail<br>Before she sleeps in the sand? |

| | |
|---|---|
| Yes, 'n' how many times must the cannon balls fly<br>Before they're forever banned?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind | Yes, 'n' how many times must the cannon balls fly<br>Before they're forever banned?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind. |
| Yes, 'n' how many years can a mountain exist<br>Before it is washed to the sea?<br>Yes, 'n' how many years can some people exist<br>Before they're allowed to be free?<br>Yes, 'n' how many times can a man turn his head<br>And pretend that he just doesn't see?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind | How many years can a mountain exist<br>Before it's washed to the sea?<br>Yes, 'n' how many years can some people exist<br>Before they're allowed to be free?<br>Yes, 'n' how many times can a man turn his head<br>And pretend that he just doesn't see?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind. |
| Yes, 'n' how many times must a man look up<br>Before he can see the sky?<br>Yes, 'n' how many ears must one man have<br>Before he can hear people cry?<br>Yes, 'n' how many deaths will it take 'til he knows<br>That too many people have died?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind | How many times must a man look up<br>Before he can see the sky?<br>Yes, 'n' how many ears must one have<br>Before he can hear people cry?<br>Yes, 'n' how many deaths will it take till he knows<br>That too many people have died?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind. |

10934 - "Fireflies" by Owl City

| LyricFind | Claude |
|---|---|
| You would not believe your eyes<br>If ten million fireflies<br>Lit up the world as I fell asleep<br>'Cause they fill the open air<br>And leave teardrops everywhere<br>You'd think me rude but I would just stand and stare | You would not believe your eyes<br>If ten million fireflies<br>Lit up the world as I fell asleep<br><br>'Cause they'd fill the open air<br>And leave teardrops everywhere<br>You'd think me rude<br>But I would just stand and stare |
| I'd like to make myself believe that planet Earth turns slowly<br>It's hard to say that I'd rather stay awake when I'm asleep<br>'Cause everything is never as it seems | I'd like to make myself believe<br>That planet Earth turns slowly<br>It's hard to say that I'd rather stay<br>Awake when I'm asleep<br>'Cause everything is never as it seems |
| 'Cause I'd get a thousand hugs<br>From ten thousand lightning bugs<br>As they tried to teach me how to dance | 'Cause I'd get a thousand hugs<br>From ten thousand lightning bugs<br>As they tried to teach me how to dance |

A foxtrot above my head
A sock hop beneath my bed
A disco ball is just hanging by a thread (thread, thread)

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems (when I fall asleep)

Leave my door open just a crack
Please take me away from here
'Cause I feel like such an insomniac
Please take me away from here
Why do I tire of counting sheep?
Please take me away from here
When I'm far too tired to fall asleep

To ten million fireflies
I'm weird 'cause I hate goodbyes
I got misty eyes as they said farewell (they said farewell)
But I'll know where several are
If my dreams get real bizarre
'Cause I saved a few and I keep them in a jar (jar, jar, jar)

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems (when I fall asleep)

I'd like to make myself believe that planet Earth turns slowly
It's hard to say that I'd rather stay awake when I'm asleep
'Cause everything is never as it seems (when I fall asleep)

(I'd like to make myself believe that planet Earth turns slowly)
(It's hard to say that I'd rather stay awake when I'm asleep)
(Because my dreams are bursting at the seams)

A fox trot above my head
A sock hop beneath my bed
A disco ball is just hanging by a thread

I'd like to make myself believe
That planet Earth turns slowly
It's hard to say that I'd rather stay
Awake when I'm asleep
'Cause everything is never as it seems
When I fall asleep

Leave my door open just a crack
(Please take me away from here)
'Cause I feel like such an insomniac
(Please take me away from here)
Why do I tire of counting sheep
(Please take me away from here)
When I'm far too tired to fall asleep

To ten million fireflies
I'm weird 'cause I hate goodbyes
I got misty eyes as they said farewell

But I'll know where several are
If my dreams get real bizarre
'Cause I saved a few and I keep them in a jar

I'd like to make myself believe
That planet Earth turns slowly
It's hard to say that I'd rather stay
Awake when I'm asleep
'Cause everything is never as it seems
When I fall asleep

I'd like to make myself believe
That planet Earth turns slowly
It's hard to say that I'd rather stay
Awake when I'm asleep
'Cause everything is never as it seems
When I fall asleep

10963 - "Fix You" by Coldplay

| LyricFind | Claude |
|---|---|
| When you try your best but you don't succeed<br>When you get what you want but not what you need<br>When you feel so tired but you can't sleep<br>Stuck in reverse<br><br>When the tears come streaming down your face<br>When you lose something you can't replace<br>When you someone but it goes to waste<br>Could it be worse?<br><br>Lights will guide you home<br>And ignite your bones<br>And I will try to fix you<br><br>High up above or down below<br>When you're too in love to let it go<br>If you never try you'll never know<br>Just what you're worth<br><br>Lights will guide you home<br>And ignite your bones<br>And I will try to fix you<br><br>Tears stream down your face<br>When you lose something you cannot replace<br>Tears stream down your face<br>And I<br><br>Tears stream down your face<br>I promise you I will learn from my mistakes<br>Tears stream down your face<br>And I<br><br>Lights will guide you home<br>And ignite your bones<br>And I will try to fix you | When you try your best, but you don't succeed<br>When you get what you want, but not what you need<br>When you feel so tired, but you can't sleep<br>Stuck in reverse<br><br>And the tears come streaming down your face<br>When you lose something you can't replace<br>When you love someone, but it goes to waste<br>Could it be worse?<br><br>Lights will guide you home<br>And ignite your bones<br>And I will try to fix you<br><br>And high up above or down below<br>When you're too in love to let it go<br>But if you never try you'll never know<br>Just what you're worth<br><br>Lights will guide you home<br>And ignite your bones<br>And I will try to fix you<br><br>Tears stream down your face<br>When you lose something you cannot replace<br>Tears stream down your face and I...<br><br>Tears stream down your face<br>I promise you I will learn from my mistakes<br>Tears stream down your face and I...<br><br>Lights will guide you home<br>And ignite your bones<br>And I will try to fix you |

10990 - "I'll Never Smile Again" by The Ink Spots

| LyricFind | Claude |
|---|---|
| I'll never smile again | I'll never smile again, |

| | |
|---|---|
| Until I smile at you<br>I'll never laugh again<br>What good would it do?<br>For tears would fill my eyes<br>My heart would realize<br>That our romance is through<br><br>I'll never love again<br>I'm so in love with you<br>I'll never thrill again<br>To somebody new<br>Within my heart<br>I know I will never start<br>To smile again<br>Until I smile at you | Until I smile at you,<br>I'll never laugh again,<br>What good would it do?<br>For tears would fill my eyes,<br>My heart would realize<br>That our romance is through.<br><br>I'll never love again,<br>I'm so in love with you.<br>I'll never thrill again,<br>To somebody new.<br>Within my heart<br>I know I will never start<br>To smile again,<br>Until I smile at you.<br><br>(Instrumental break)<br><br>Within my heart<br>I know I will never start<br>To smile again,<br>Until I smile at you. |

10991 - "Come Sail Away" by Styx

| LyricFind | Claude |
|---|---|
| I'm sailing away<br>Set an open course for the virgin sea<br>'Cause I've got to be free<br>Free to face the life that's ahead of me<br>On board I'm the captain<br>So climb aboard<br>We'll search for tomorrow<br>On every shore and I'll try<br>Oh Lord, I'll try<br>To carry on<br><br>I look to the sea<br>Reflections in the waves spark my memory<br>Some happy some sad<br>I think of childhood friends and the dreams we had<br>We live happily forever<br>So the story goes<br>But somehow we missed out<br>On that pot of gold<br>But we'll try best that we can | I'm sailing away<br>Set an open course for the virgin sea<br>'Cause I've got to be free<br>Free to face the life that's ahead of me<br><br>On board I'm the captain<br>So climb aboard<br>We'll search for tomorrow<br>On every shore and I'll try, oh Lord, I'll try to<br>carry on<br><br>I look to the sea<br>Reflections in the waves spark my memory<br>Some happy, some sad<br>I think of childhood friends and the dreams we<br>had<br><br>We lived happily forever<br>So the story goes<br>But somehow we missed out<br>On the pot of gold |

| | |
|---|---|
| To carry on<br><br>A gathering of angels<br>Appeared above my head<br>They sang to me this song of hope<br>And this is what they said<br>They said, come sail away, come sail away<br>Come sail away with me (lads)<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me (baby)<br>Come sail away, come sail away<br>Come sail away with me<br><br>I thought that they were angels<br>But to my surprise<br>We climbed aboard their starship<br>We headed for the skies<br><br>Singing, come sail away, come sail away<br>Come sail away with me (lads)<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me<br>Come sail away, come sail away<br>Come sail away with me | But we'll try best that we can<br>To carry on<br><br>CHORUS:<br>A gathering of angels appeared above my head<br>They sang to me this song of hope and this is<br>what they said<br>They said come sail away, come sail away<br>Come sail away with me, lads<br>Come sail away, come sail away<br>Come sail away with me, lads<br><br><br><br>I thought that they were angels<br>But to my surprise<br>We climbed aboard their starship<br>We headed for the skies<br><br>Singing come sail away, come sail away<br>Come sail away with me, lads<br>Come sail away, come sail away<br>Come sail away with me<br><br>Come sail away, come sail away<br>Come sail away with me, lads<br>Come sail away, come sail away<br>Come sail away with me... |

11005 - "Free Bird" by Lynyrd Skynyrd

| LyricFind | Claude |
|---|---|

| | |
|---|---|
| If I leave here tomorrow<br>Would you still remember me?<br>For I must be traveling on now<br>'Cause there's too many places I've got to see<br><br>But if I stay here with you, girl<br>Things just couldn't be the same<br>'Cause I'm as free as a bird now<br>And this bird you cannot change<br>Oh, oh, oh, oh<br>And the bird you cannot change<br>And this bird, you cannot change<br>Lord knows, I can't change<br><br>Bye-bye baby, it's been sweet love, yeah, yeah<br>Though this feelin' I can't change<br>Please don't take it so badly<br>'Cause Lord knows, I'm to blame<br><br>If I stay here with you, girl<br>Things just couldn't be the same<br>'Cause I'm as free as a bird now<br>And this bird you cannot change<br>Oh, oh, oh, oh<br>And the bird you cannot change<br>And this bird, you cannot change<br>Lord knows, I can't change<br>Lord help me, I can't change<br><br><br>Lord, I can't change<br>Won't you fly high, free bird, yeah | If I leave here tomorrow<br>Would you still remember me?<br>For I must be travelling on, now,<br>'Cause there's too many places I've got to see.<br><br>But, if I stayed here with you, girl,<br>Things just couldn't be the same.<br>'Cause I'm as free as a bird now,<br>And this bird you can not change.<br><br><br><br><br>Lord knows, I can't change.<br><br>Bye, bye, baby it's been a sweet love.<br>Though this feeling I can't change.<br>But please don't take it so badly,<br>'Cause Lord knows I'm to blame.<br><br>But, if I stayed here with you girl,<br>Things just couldn't be the same.<br>Cause I'm as free as a bird now,<br>And this bird you'll never change.<br><br><br>And this bird you can not change.<br>Lord knows, I can't change.<br>Lord help me, I can't change.<br><br>(Guitar Solo)<br><br>Lord, I can't change,<br>Won't you fly high, free bird, yeah! |

11007 - "Do It Again" by Steely Dan

| LyricFind | Claude |
|---|---|
| In the mornin' you go gunnin' for the man who stole your water<br>And you fire 'til he is done in but they catch you at the border<br>And the mourners are all singin' as they drag you by your feet<br>But the hangman isn't hangin' and they put you on the street | In the mornin' you go gunnin'<br>For the man who stole your water<br>And you fire till he is done in<br>But they catch you at the border<br><br>And the mourners are all singin'<br>As they drag you by your feet<br>But the hangman isn't hangin'<br>So they put you on the street |

| | |
|---|---|
| You go back, Jack, do it again, wheel turnin' 'round and 'round<br>You go back, Jack, do it again | You go back, Jack, do it again<br>Wheel turnin' 'round and 'round<br>You go back, Jack, do it again |
| When you know she's no high climber then you find your only friend<br>In a room with your two-timer, and you're sure you're near the end<br>Then you love a little wild one and she brings you only sorrow<br>All the time you know she's smilin' you'll be on your knees tomorrow, yeah | When you know the notes to sing<br>You can sing most anything<br>So the people sang the chorus<br>And it went like this come on |
| | Come on, join the chorus<br>Come on, sing the course<br>Of a song where breaking down's allowed<br>Like the sun and rain, thunder and flame<br>We're gonna do it again |
| You go back, Jack, do it again, wheel turnin' 'round and 'round<br>You go back, Jack, do it again | You go back, Jack, do it again<br>Wheel turnin' 'round and 'round<br>You go back, Jack, do it again |
| Now you swear and kick and beg us that you're not a gamblin' man<br>Then you find you're back in Vegas with a handle in your hand<br>Your black cards can make you money so you hide them when you're able<br>In the land of milk and honey, you must put them on the table, yeah | I keep tellin' myself<br>Take it easy, but it's no use<br>I'm so nervous and confused<br>Just from losing my mythical juice, yeah |
| You go back, Jack, do it again, wheel turnin' 'round and 'round<br>You go back, Jack, do it again | You go back, Jack, do it again<br>Wheel turnin' 'round and 'round<br>You go back, Jack, do it again |
| | You go back, Jack, do it again<br>Wheel turnin' 'round and 'round<br>You go back, Jack, do it again |

11012 - "One Toke Over the Line" by Brewer & Shipley

| LyricFind | Claude |
|---|---|
| One toke over the line sweet Jesus<br>One toke over the line<br>Sittin' downtown in a railway station<br>One toke over the line | One toke over the line, sweet Jesus<br>One toke over the line<br>Sittin' downtown in a railway station<br>One toke over the line |
| Awaitin' for the train that goes home, sweet | Waitin' for the train that goes home, sweet |

Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

Whoooo do you love, I hope it's me
I've bin a changin', as you can plainly see
I felt the joy and I learned about the pain that
my momma said
If I should choose to make a part of me, surely
strike me dead
Now I'm one toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
One toke over the line
I'm waitin' for the train that goes home sweet
Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

I bin away a country mile
Now I'm returnin' showin' off a smile
I met all the girls and loved myself a few
Ended by surprise like everything else I've
been through
It opened up my eyes and now I'm
One toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
Don't you just know I waitin' for the train that
goes home sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

Don't you just know I waitin' for the train that
goes home sweet Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

I want to be
One toke over the line sweet Jesus
One toke over the line
Sittin' downtown in a railway station
One toke over the line
Don't you just know I waitin' for the train that

Mary
Hopin' that the train is on time
Sittin' downtown in a railway station
One toke over the line

Who do you think I ran into the other day
Sittin' down by the railway track
A little ol' guy in a beat-up hat
Singin' a song 'One Toke Over the Line'

He said 'Son if you ever raise a ruckus again
I'm gonna cut off your head'
I said 'One toke over the line, sweet Jesus'
One toke over the line
Sittin' downtown in a railway station
One toke over the line

| | |
|---|---|
| goes home sweet Mary<br>Hopin' that the train is on time<br>Sittin' downtown in a railway station<br>One toke over the line<br>Sittin' downtown in a railway station<br>One toke over line<br>One toke, one toke over the line | |

11017 - the theme from "Shaft" by Isaac Hayes

| LyricFind | Claude |
|---|---|
| Who's the black private dick that's a sex machine to all the chicks?<br>(Shaft)<br>You're damn right<br><br>Who is the man that would risk his neck for his brother man?<br>(Shaft)<br>Can you dig it?<br><br>Who's the cat that won't cop out when there's danger all about?<br>(Shaft)<br>Right on<br><br>They say this cat Shaft is a bad mother<br>(Shut your mouth)<br>But I'm talkin' 'bout Shaft<br>(Then we can dig it)<br><br>He's a complicated man<br>But no one understands him but his woman<br>(John Shaft) | Who's the black private dick<br>That's a sex machine to all the chicks?<br>Shaft!<br>Ya damn right<br>Who is the man that would risk his neck<br>For his brother man?<br>Shaft!<br>Can ya dig it?<br>Who's the cat that won't cop out<br>When there's danger all about?<br>Shaft!<br>Right on<br>They say this cat Shaft is a bad mother<br>Shut your mouth!<br>I'm talkin' 'bout Shaft.<br>Then we can dig it<br>He's a complicated man<br>But no one understands him but his woman<br>John Shaft.<br><br>The chorus goes:<br>Theme from Shaft!<br>Theme from Shaft!<br>Theme from Shaft!<br>Theme from Shaft!<br><br>Ba ba ba ba Ba ba ba ba<br>Ba ba ba ba Ba ba ba ba<br>Ba ba ba ba Ba ba ba ba<br>Ba ba ba ba<br><br>Hope this helps! Let me know if you need anything else. |

11067 - "Little Lion Man" by Mumford & Sons

| LyricFind | Claude |
|---|---|
| Weep for yourself, my man<br>You'll never be what is in your heart<br>Weep Little Lion Man<br>You're not as brave as you were at the start<br>Rate yourself and rake yourself<br>Take all the courage you have left<br>And waste it on fixing all the problems<br>That you made in your own head<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br>Didn't I, my<br><br>Tremble for yourself, my man<br>You know that you have seen this all before<br>Tremble Little Lion Man<br>You'll never settle any of your scores<br>Your grace is wasted in your face<br>Your boldness stands alone among the wreck<br>Now learn from your mother<br>Or else spend your days biting your own neck<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br>Didn't I, my dear?<br><br>Ha<br>Ha<br>Ha<br>Ha<br>Ha<br>Ha<br><br>But it was not your fault but mine | Weep for yourself, my man,<br>You'll never be what is in your heart<br>Weep, little lion man,<br>You're not as brave as you were at the start<br>Rate yourself and rake yourself,<br>Take all the courage you have left<br>Wasted on fixing all the problems<br>That you made in your own head<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br><br>Tremble for yourself, my man,<br>You know that you have seen this all before<br>Tremble, little lion man,<br>You'll never settle any of your scores<br>Your grace is wasted in your face,<br>Your boldness stands alone among the wreck<br>Now learn from your mother or else spend your days<br>Biting your own neck<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br><br>Didn't I, my dear? |

| | |
|---|---|
| And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br><br>But it was not your fault but mine<br>And it was your heart on the line<br>I really fucked it up this time<br>Didn't I, my dear?<br>Didn't I, my dear? | |

11085 - "Wanted" by Hunter Hayes

| LyricFind | Claude |
|---|---|
| You know I'd fall apart without you<br>I don't know how you do what you do<br>'Cause everything that don't make sense about me<br>Makes sense when I'm with you<br><br>Like everything that's green girl I need you<br>But it's more than one and one makes two<br>Put aside the math and the logic of it<br>You gotta know you're wanted too<br><br>'Cause I wanna wrap you up<br>Wanna kiss your lips<br>I wanna make you feel wanted<br>And I wanna call you mine<br>Wanna hold your hand forever<br>And never let you forget it<br>Yeah I wanna make you feel wanted<br><br>Anyone can tell you you're pretty<br>And you get that all the time, I know you do<br>But your beauty's deeper than the make up<br>And I wanna show you what I see tonight<br><br>When I wrap you up<br>When I kiss your lips<br>I wanna make you feel wanted<br>And I wanna call you mine<br>Wanna hold your hand forever<br>Never let you forget it<br>'Cause baby I wanna make you feel wanted<br><br>As good as you make me feel<br>I wanna make you feel better | You know I'd fall apart without you<br>I don't know how you do what you do<br>'Cause everything that don't make sense about me<br>Makes sense when I'm with you<br><br>Like everything that's green, girl, I need you<br>But it's more than one and one makes two<br>Put aside the math and the logic of it<br>You gotta know you're wanted too<br><br>'Cause I wanna wrap you up<br>Wanna kiss your lips<br>I wanna make you feel wanted<br>And I wanna call you mine<br>Wanna hold your hand forever<br>And never let you forget it<br>Yeah, I, I wanna make you feel wanted<br><br>Anyone can tell you you're pretty, yeah<br>And you get that all the time, I know you do<br>But your beauty's deeper than the makeup<br>And I wanna show you what I see tonight<br><br>When I wrap you up<br>When I kiss your lips<br>I wanna make you feel wanted<br>And I wanna call you mine<br>Wanna hold your hand forever<br>Never let you forget it<br>'Cause, baby, I, I wanna make you feel wanted<br><br>As good as you make me feel<br>I wanna make you feel better |

| | |
|---|---|
| Better than your fairy tales<br>Better than your best dreams<br>You're more than everything I need<br>You're all I ever wanted<br>All I ever wanted<br><br>And I just wanna wrap you up<br>Wanna kiss your lips<br>I wanna make you feel wanted<br>And I wanna call you mine<br>Wanna hold your hand forever<br>And never let you forget it<br>Yeah I wanna make you feel wanted<br>Baby I wanna make you feel wanted<br><br>You'll always be wanted | Better than your fairy tales<br>Better than your best dreams<br>You're more than everything I need<br>You're all I ever wanted<br>All I ever wanted<br><br>And I just wanna wrap you up<br>Wanna kiss your lips<br>I wanna make you feel wanted<br>And I wanna call you mine<br>Wanna hold your hand forever<br>And never let you forget it<br>Yeah, I wanna make you feel wanted<br>Yeah, baby, I wanna make you feel wanted<br><br>'Cause you'll always be wanted |

11115 - "Runaway" by Linkin Park

| LyricFind | Claude |
|---|---|
| Graffiti decorations<br>Under the sky of dust<br>A constant wave of tension<br>On top of broken trust<br>The lessons that you taught me<br>I learned were never true<br>Now I find myself in question<br>They point the finger at me again<br>Guilty by association<br>You point the finger at me again<br><br>I wanna run away<br>Never say goodbye<br>I wanna know the truth<br>Instead of wondering why<br>I wanna know the answers<br>No more lies<br>I wanna shut the door<br>And open up my mind<br><br>Paper bags and angry voices<br>Under a sky of dust<br>Another wave of tension<br>Has more than filled me up | Graffiti decorations<br>Under a sky of dust<br>A constant wave of tension<br>On top of broken trust<br>The lessons that you taught me<br>I learn were never true<br>Now I find myself in question<br>(They point the finger at me again)<br>Guilty by association<br>(You point the finger at me again)<br><br>I wanna run away<br>Never say goodbye<br>I wanna know the truth<br>Instead of wondering why<br>I wanna know the answers<br>No more lies<br>I wanna shut the door<br>And open up my mind<br><br>Paper bags and angry voices<br>Under a sky of dust<br>Another wave of tension<br>Has more than filled me up |

| | |
|---|---|
| All my talk of taking action<br>These words were never true<br>Now I find myself in question<br>They point the finger at me again<br>Guilty by association<br>You point the finger at me again | All my talk of taking action<br>These words were never true<br>Now I find myself in question<br>(They point the finger at me again)<br>Guilty by association<br>(You point the finger at me again) |
| I wanna run away<br>Never say goodbye<br>I wanna know the truth<br>Instead of wondering why<br>I wanna know the answers<br>No more lies<br>I wanna shut the door<br>And open up my mind | I wanna run away<br>Never say goodbye<br>I wanna know the truth<br>Instead of wondering why<br>I wanna know the answers<br>No more lies<br>I wanna shut the door<br>And open up my mind |
| I'm gonna run away and never say goodbye<br>Gonna run away, gonna run away<br>Gonna run away, gonna run away<br>I'm gonna run away and never wonder why<br>Gonna run away, gonna run away<br>Gonna run away, gonna run away<br>I'm gonna run away and open up my mind<br>Gonna run away, gonna run away (mind)<br>Gonna run away, gonna run away (mind)<br>Gonna run away, gonna run away (mind)<br>Gonna run away, gonna run away (mind) | I'm gonna run away, run away, run away<br>I'm gonna run away, run away, run away<br>I'm gonna run away, run away, run away<br>I'm gonna run away, run away, run away! |
| I wanna run away<br>Never say goodbye<br>I wanna know the truth<br>Instead of wondering why<br>I wanna know the answers<br>No more lies<br>I wanna shut the door<br>And open up my mind | I wanna run away<br>Never say goodbye<br>I wanna know the truth<br>Instead of wondering why<br>I wanna know the answers<br>No more lies<br>I wanna shut the door<br>And open up my mind |
| I wanna run away and open up my mind<br>I wanna run away and open up my mind<br>I wanna run away and open up my mind<br>I wanna run away and open up my mind | |

11131 - "Here Without You" by 3 Doors Down

| LyricFind | Claude |
|---|---|
| A hundred days have made me older<br>Since the last time that I've saw your pretty | A hundred days have made me older<br>Since the last time that I saw your pretty face |

face
A thousand lies have made me colder
And I don't think I can look at this the same

But all the miles that separate
They disappear now when I'm dreamin' of your face

I'm here without you baby
But you're still on my lonely mind
I think about you baby and I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight it's only you and me, yeah

The miles just keep rollin'
As the people leave their way to say hello
I've heard this life is overrated
But I hope that it gets better as we go, oh-oh yeah yeah

I'm here without you baby
But you're still on my lonely mind
I think about you baby and I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight girl, it's only you and me

Everything I know (yeah), and anywhere I go (yeah)
It gets hard but it won't take away my love (yeah)
And when the last one falls (oh-oh) when it's all said and done
It gets hard but it won't take away my love, whoa, oh-oh

I'm here without you baby
But you're still on my lonely mind
I think about you baby and I dream about you all the time

I'm here without you baby
But you're still with me in my dreams
And tonight girl, it's only you and me, yeah, oh yeah
Oh-oh, oh oh oh

A thousand lies have made me colder
And I don't think I can look at this the same
But all the miles that separate
Disappear now when I'm dreaming of your face

I'm here without you baby
But you're still on my lonely mind
I think about you baby
And I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight girl it's only you and me, yeah

The miles just keep rollin'
As the people leave their way to say hello
I've heard this life is overrated
But I hope that it gets better as we go, oh yeah yeah

I'm here without you baby
But you're still on my lonely mind
I think about you baby
And I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight girl it's only you and me

Everything I know and anywhere I go
It gets hard but it won't take away my love
And when the last one falls, when it's all said and done
It gets hard but it won't take away my love, oh yeah

I'm here without you baby
But you're still on my lonely mind
I think about you baby
And I dream about you all the time
I'm here without you baby
But you're still with me in my dreams
And tonight girl it's only you and me, yeah oh yeah oh

11198 - "Bleeding Love" by Leona Lewis

| LyricFind | Claude |
|---|---|
| Closed off from love, I didn't need the pain | Closed off from love |
| | I didn't need the pain |
| Once or twice was enough and it was all in vain | Once or twice was enough |
| | And it was all in vain |
| Time starts to pass, before you know it, you're frozen, ooh | Time starts to pass |
| | Before you know it you're frozen |
| But something happened for the very first time with you | But something happened |
| | For the very first time with you |
| My heart melts into the ground, found something true | My heart melts into the ground |
| | Found something true |
| And everyone's looking 'round, thinking I'm going crazy, oh | And everyone's looking round |
| | Thinking I'm going crazy |
| But I don't care what they say | But I don't care what they say |
| I'm in love with you | I'm in love with you |
| They try to pull me away, but they don't know the truth | They try to pull me away |
| | But they don't know the truth |
| My heart's crippled by the vein that I keep on closing | My heart's crippled by the vein |
| | That I keep on closing |
| You cut me open and I | You cut me open and I |
| Keep bleeding, keep, keep bleeding love | Keep bleeding |
| | Keep, keep bleeding love |
| I keep bleeding, I keep, keep bleeding love | I keep bleeding |
| | I keep, keep bleeding love |
| Keep bleeding, keep, keep bleeding love | Keep bleeding |
| | Keep, keep bleeding love |
| You cut me open | You cut me open |
| Oh yeah | |
| Trying hard not to hear, but they talk so loud | Trying hard not to hear |
| | But they talk so loud |
| Their piercing sounds fill my ears, try to fill me with doubt | Their piercing sounds fill my ears |
| | Try to fill me with doubt |
| Yet I know that their goal is to keep me from falling, hey, oh | Yet I know that the goal |
| | Is to keep me from falling |
| But nothing's greater than the rush that comes with your embrace | But nothing's greater than the rush that comes with your embrace |
| And in this world of loneliness, I see your face | And in this world of loneliness |
| | I see your face |

Yet everyone around me thinks that I'm going crazy
Maybe, maybe

But I don't care what they say
I'm in love with you
They try to pull me away, but they don't know the truth
My heart's crippled by the vein that I keep on closing

You cut me open and I

Keep bleeding, keep, keep bleeding love

I keep bleeding, I keep, keep bleeding love

Keep bleeding, keep, keep bleeding love

You cut me open, mm, mm

And it's draining all of me
Though they find it hard to believe
I'll be wearing these scars for everyone to see

I don't care what they say
I'm in love with you
They try to pull me away, but they don't know the truth
My heart's crippled by the vein that I keep on closing

Oh, you cut me open and I

Keep bleeding, keep, keep bleeding love

I keep bleeding, I keep, keep bleeding love

Keep bleeding, keep, keep bleeding love

Oh, you cut me open and I
Keep bleeding, keep, keep bleeding love

I keep bleeding, I keep, keep bleeding love
Keep bleeding, keep, keep bleeding love
I keep
Oh, you cut me open and I

Yet everyone around me
Thinks that I'm going crazy, maybe, maybe

But I don't care what they say
I'm in love with you
They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

Keep bleeding
Keep, keep bleeding love
I keep bleeding
I keep, keep bleeding love
Keep bleeding
Keep, keep bleeding love
You cut me open

And it's draining all of me
Oh they find it hard to believe
I'll be wearing these scars
For everyone to see

I don't care what they say
I'm in love with you
They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

Keep bleeding
Keep, keep bleeding love
I keep bleeding
I keep, keep bleeding love
Keep bleeding
Keep, keep bleeding love

You cut me open and I
Keep bleeding
Keep, keep bleeding love

| | |
|---|---|
| Keep bleeding, keep, keep bleeding love | |

11202 - "Rumour Has It" by Adele

| LyricFind | Claude |
|---|---|
| She, she ain't real<br>She ain't gon' be able to love you like I will<br>She is a stranger<br>You and I have history<br>Or don't you remember<br>Sure, she's got it all<br>But, baby, is that really what you want<br><br>Bless your soul, you got your head in the clouds<br>She made a fool out of you<br>And, boy, she's bringing you down<br>She made your heart melt<br>But you're cold to the core<br>Now rumor has it she ain't got your love anymore<br><br>Rumor has it (rumor)<br>Rumor has it (rumor)<br>Rumor has it (rumor)<br>Rumor has it (rumor)<br>Rumor has it (rumor)<br>Rumor has it (rumor)<br>Rumor has it (rumor)<br>Rumor has it (rumor)<br><br>She is half your age<br>But I'm guessing that's the reason that you stayed<br>I heard you've been missing me<br>You've been telling people things you shouldn't be<br>Like when we creep out and she ain't around<br>Haven't you heard the rumors<br><br>Bless your soul, you got your head in the clouds<br>You made a fool out of me<br>And, boy, you're bringing me down<br>You made my heart melt, yet I'm cold to the core<br>But rumor has it I'm the one you're leaving her for | She, she ain't real<br>She ain't gonna be able to love you like I will<br>She is a stranger<br>You and I have history, or don't you remember?<br><br>Sure, she's got it all but baby is that really what you want?<br><br>Bless your soul, you've got your head in the clouds<br>You made a fool out of you and, boy, she's bringing you down<br>She made your heart melt but you're cold to the core<br><br>Now rumour has it, she ain't got your love anymore<br><br>Rumour has it (rumour)<br>Rumour has it (rumour)<br>Rumour has it (rumour)<br>Rumour has it (rumour)<br>Rumour has it (rumour)<br>Rumour has it (rumour)<br>Rumour has it (rumour)<br><br>She is half your age but I'm guessing that's the reason that you've stayed<br>I heard you've been missing me, you've been telling people things you shouldn't be<br>Like when we creep out, she ain't around, haven't you heard the rumours?<br><br>Bless your soul, you've got your head in the clouds<br>You made a fool out of me, and boy, you're bringing me down<br>You made my heart melt, yet I'm cold to the core |

Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)

All of these words whispered in my ear
Tell a story that I cannot bear to hear
Just 'cause I said it, it don't mean that I meant it
People say crazy things
Just 'cause I said it, don't mean that I meant it
Just 'cause you heard it

Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)

Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor-rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it (rumor)
Rumor has it

But rumor has it he's the one I'm leaving you for

But rumour has it I'm the one you're leaving her for

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

All of these words whispered in my ear
Tell a story that I cannot bear to hear
Just 'cause I said it, it don't mean that I meant it
People say crazy things
Just 'cause I said it, don't that mean that I meant it
Just 'cause you heard it

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)
Rumour has it (rumour)

11205 - "Unstoppable" by Sia

| LyricFind | Claude |
|---|---|

All smiles, I know what it takes to fool this town
I'll do it 'til the sun goes down and all through
the nighttime
Oh yeah, oh yeah, I'll tell you what you wanna
hear
Keep my sunglasses on while I shed a tear
It's never the right time, yeah, yeah

I put my armor on, show you how strong I am
I put my armor on, I'll show you that I am

I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
And, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today

Break down, only alone I will cry out loud
You'll never see what's hiding out
Hiding out deep down, yeah, yeah
I know, I've heard that to let your feelings show
Is the only way to make friendships grow
But I'm too afraid now, yeah, yeah

I put my armor on, show you how strong I am
I put my armor on, I'll show you that I am

I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
And, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today

I put my armor on, show you how strong I am

---

I'll smile, I know what it takes to fool this town
I'll do it 'til the sun goes down and all through
the night time
Oh yeah, oh yeah, I'll tell you what you wanna
hear
Leave my sunglasses on while I shed a tear
It's never the right time, yeah, yeah

I put my armor on, show you how strong how I
am
I put my armor on, I'll show you that I am
I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
Yeah, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today

Unstoppable today
Unstoppable today
Unstoppable today
I'm unstoppable today

Break down, only alone I will cry out now
You'll never see what's hiding out
Hiding out deep down, yeah, yeah
I know, I've heard that to let your feelings show
Is the only way to make friendships grow
But I'm too afraid now, yeah, yeah

I put my armor on, show you how strong how I
am
I put my armor on, I'll show you that I am
I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
Yeah, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today

Unstoppable today
Unstoppable today
Unstoppable today
I'm unstoppable today

I put my armor on, show you how strong how I

| | |
|---|---|
| I put my armor on, I'll show you that I am | am |
| | I put my armor on, I'll show you that I am |
| I'm unstoppable | I'm unstoppable |
| I'm a Porsche with no brakes | I'm a Porsche with no brakes |
| I'm invincible | I'm invincible |
| Yeah, I win every single game | Yeah, I win every single game |
| I'm so powerful | I'm so powerful |
| I don't need batteries to play | I don't need batteries to play |
| I'm so confident, yeah, I'm unstoppable today | I'm so confident, yeah, I'm unstoppable today |
| Unstoppable today, unstoppable today | |
| Unstoppable today, yeah, I'm unstoppable today | Unstoppable today |
| | Unstoppable today |
| Unstoppable today, unstoppable today | Unstoppable today |
| Unstoppable today, yeah, I'm unstoppable today | I'm unstoppable today |

11209 - "7 Rings" by Ariana Grande

| LyricFind | Claude |
|---|---|
| Yeah, breakfast at Tiffany's and bottles of bubbles | Yeah, breakfast at Tiffany's and bottles of bubbles |
| Girls with tattoos who like getting in trouble | Girls with tattoos who like getting in trouble |
| Lashes and diamonds, ATM machines | Lashes and diamonds, ATM machines |
| Buy myself all of my favorite things (yeah) | Buy myself all of my favorite things (yeah) |
| | |
| Been through some bad shit, I should be a sad bitch | Been through some bad shit, I should be a sad bitch |
| Who woulda thought it'd turn me to a savage? | Who would have thought it'd turn me to a savage? |
| Rather be tied up with calls and not strings | Rather be tied up with calls and not strings |
| Write my own checks like I write what I sing, yeah (yeah) | Write my own checks like I write what I sing, yeah (yeah) |
| | |
| My wrist, stop watchin', my neck is flossy | My wrist, stop watchin', my neck is flossin' |
| Make big deposits, my gloss is poppin' | Make big deposits, my gloss is poppin' |
| You like my hair? Gee, thanks, just bought it | You like my hair? Gee, thanks, just bought it |
| I see it, I like it, I want it, I got it (yeah) | I see it, I like it, I want it, I got it (yeah) |
| | |
| I want it, I got it, I want it, I got it | I want it, I got it, I want it, I got it |
| I want it, I got it, I want it, I got it | I want it, I got it, I want it, I got it |
| You like my hair? Gee, thanks, just bought it | You like my hair? Gee, thanks, just bought it |
| I see it, I like it, I want it, I got it (yeah) | I see it, I like it, I want it, I got it (yeah) |
| | |
| Wearing a ring, but ain't gon' be no "Mrs." | Wearing a ring, but ain't gon' be no "Mrs." |
| Bought matching diamonds for six of my bitches | Bought matching diamonds for six of my bitches |
| I'd rather spoil all my friends with my riches | |

Think retail therapy my new addiction

Whoever said money can't solve your problems
Must not have had enough money to solve 'em
They say, "Which one?" I say, "Nah, I want all of 'em"
Happiness is the same price as red bottoms

My smile is beamin', my skin is gleamin'
The way I shine, I know you've seen it (you've seen it)
I bought a crib just for the closet
Both his and hers, I want it, I got it, yeah

I want it, I got it, I want it, I got it
I want it, I got it, I want it, I got it (baby)
You like my hair? Gee, thanks, just bought it (oh yeah)
I see it, I like it, I want it, I got it (yeah)

Yeah, my receipts, be lookin' like phone numbers
If it ain't money, then wrong number
Black card is my business card
The way it be settin' the tone for me

I don't mean to brag, but I be like, "Put it in the bag," yeah
When you see them racks, they stacked up like my ass, yeah
Shoot, go from the store to the booth
Make it all back in one loop, give me the loot

Never mind, I got the juice
Nothing but net when we shoot
Look at my neck, look at my jet
Ain't got enough money to pay me respect
Ain't no budget when I'm on the set
If I like it, then that's what I get, yeah

I want it, I got it, I want it, I got it (yeah)
I want it, I got it, I want it, I got it (oh yeah, yeah)
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)

I'd rather spoil all my friends with my riches
Think retail therapy my new addiction

Whoever said money can't solve your problems
Must not have had enough money to solve 'em
They say, "Which one?" I say, "Nah, I want all 'em"
Happiness is the same price as red-bottoms

My smile is beamin', my skin is gleamin'
The way I shine, I know you've seen it (you've seen it)
I bought a crib just for the closet
Both his and hers, I want it, I got it, yeah

I want it, I got it, I want it, I got it (baby)
I want it, I got it, I want it, I got it (oh yeah, yeah)
You like my hair? Gee, thanks, just bought it (oh yeah)
I see it, I like it, I want it, I got it (yeah)

Yeah, my receipts be lookin' like phone numbers
If it ain't money, then wrong number
Black card is my business card
The way it be settin' the tone for me

I don't mean to brag, but I be like, "Put it in the bag," yeah
When you see them racks, they stacked up like my ass, yeah
Shoot, go from the store to the booth
Make it all back in one loop, gimme the loot

Never mind, I got the juice
Nothing but net when we shoot
Look at my neck, look at my jet
Ain't got enough money to pay me respect
Ain't no budget when I'm on the set
If I like it, then that's what I get, yeah

I want it, I got it, I want it, I got it (oh yeah, yeah)
I want it, I got it, I want it, I got it (oh yeah, yeah)
You like my hair? Gee, thanks, just bought it
I see it, I like it, I want it, I got it (yeah)

11217 - "Stay" by The Kid LAROI

| LyricFind | Claude |
|---|---|
| I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey | I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>I know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey (oh) |
| I get drunk, wake up, I'm wasted still<br>I realize the time that I wasted here<br>I feel like you can't feel the way I feel<br>I'll be fucked up if you can't be here | I get drunk, wake up, I'm wasted still<br>I realize the time that I wasted here<br>I feel like you can't feel the way I feel<br>Oh, I'll be fucked up if you can't be right here |
| Oh-whoa (oh-whoa-whoa)<br>Oh-whoa (oh-whoa-whoa)<br>Oh-whoa (oh-whoa-whoa)<br>I'll be fucked up if you can't be right here | Oh, ooh-woah (oh, ooh-woah, ooh-woah)<br>Oh, ooh-woah (oh, ooh-woah, ooh-woah)<br>Oh, ooh-woah (oh, ooh-woah, ooh-woah)<br>Oh, I'll be fucked up if you can't be right here |
| I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey | I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>I know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>I know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey |
| When I'm away from you, I miss your touch (ooh)<br>You're the reason I believe in love<br>It's been difficult for me to trust (ooh)<br>And I'm afraid that I'ma fuck it up<br>Ain't no way that I can leave you stranded<br>'Cause you ain't ever left me empty-handed<br>And you know that I know that I can't live without you<br>So, baby, stay | When I'm away from you, I miss your touch (ooh)<br>You're the reason I believe in love<br>It's been difficult for me to trust (ooh)<br>And I'm afraid that I'ma fuck it up<br>Ain't no way that I can leave you stranded<br>'Cause you ain't ever left me empty-handed<br>And you know that I know that I can't live without you<br>So, baby, stay |
| Oh-whoa (oh-whoa-whoa) | Oh, ooh-woah (oh, ooh-woah, ooh-woah) |

| | |
|---|---|
| Oh-whoa (oh-whoa-whoa)<br>Oh-whoa (oh-whoa-whoa)<br>I'll be fucked up if you can't be right here<br><br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br><br>Whoa-oh<br>I need you to stay, need you to stay, hey | Oh, ooh-woah (oh, ooh-woah, ooh-woah)<br>Oh, ooh-woah (oh, ooh-woah, ooh-woah)<br>I'll be fucked up if you can't be right here<br><br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>I know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br>I do the same thing I told you that I never would Oh, I'll be fucked up if you can't be right here |

11221 - "Wannabe" by the Spice Girls

| LyricFind | Claude |
|---|---|
| Ha ha ha ha ha<br>Yo, I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)<br>I wanna really, really, really wanna zigazig ah<br><br>If you want my future, forget my past<br>If you wanna get with me, better make it fast<br>Now don't go wasting my precious time<br>Get your act together we could be just fine<br><br>I'll tell you what I want, what I really, really | Yo, I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)<br>I wanna really, really, really wanna zigazig ah<br><br>If you want my future, forget my past<br>If you wanna get with me, better make it fast<br>Now don't go wasting my precious time<br>Get your act together we could be just fine<br><br>I'll tell you what I want, what I really, really |

want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
Taking is too easy, but that's the way it is

Oh, what do you think about that?
Now you know how I feel
Say you can handle my love, are you for real?
(Are you for real?)
I won't be hasty, I'll give you a try
If you really bug me then I'll say goodbye

Yo, I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

So, here's a story from A to Z
You wanna get with me, you gotta listen carefully
We got Em in the place who likes it in your face
You got G like MC who likes it on a
Easy V doesn't come for free, she's a real lady
And as for me, ha you'll see

Slam your body down and wind it all around
Slam your body down and wind it all around

If you wanna be my lover, you gotta get with

want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
Taking is too easy, but that's the way it is

What do you think about that
Now you know how I feel
Say you can handle my love, are you for real
(Are you for real)
I won't be hasty, I'll give you a try
If you really bug me then I'll say goodbye

Yo I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

So, here's a story from A to Z
You wanna get with me, you gotta listen carefully
We got Em in the place who likes it in your face
You got G like MC who likes it on a
Easy V doesn't come for free, she's a real lady
And as for me, haha you'll see

Slam your body down and wind it all around
Slam your body down and wind it all around

If you wanna be my lover, you gotta get with

| my friends | my friends |
| --- | --- |
| (Gotta get with my friends) | (Gotta get with my friends) |
| Make it last forever, friendship never ends | Make it last forever, friendship never ends |
| If you wanna be my lover, you have got to give | If you wanna be my lover, you have got to give |
| (You've got to give) | (You've got to give) |
| Taking is too easy, but that's the way it is | Taking is too easy, but that's the way it is |
| | |
| If you wanna be my lover | If you wanna be my lover |
| You gotta, you gotta, you gotta, you gotta, you gotta | You gotta, you gotta, you gotta, you gotta, you gotta |
| Slam, slam, slam, slam (make it last forever) | Slam, slam, slam, slam (make it last forever) |
| | |
| Slam your body down and wind it all around | Slam your body down and wind it all around |
| Slam your body down and wind it all around | Slam your body down and wind it all around |
| Ha, ha, ha, ha, ha | Ha, ha, ha, ha, ha |
| Slam your body down and wind it all around | Slam your body down and wind it all around |
| Slam your body down and zigazig ah | Slam your body down and zigazig ah |
| If you wanna be my lover | |
| | If you wanna be my lover |

11228 - "Tennessee Whiskey" by David Allan Coe

| LyricFind | Claude |
| --- | --- |
| I used to spend my nights out in a bar room | Used to spend my nights out in a barroom |
| Liquor was the only love I'd known | Liquor was the only love I've known |
| But you rescued me from reaching for the bottom | But you rescued me from reachin' for the bottom |
| Brought me back from being too far gone | And brought me back from being too far gone |
| | |
| You're as smooth as Tennesee whiskey | You're as smooth as Tennessee whiskey |
| You're as sweet as strawberry wine | You're as sweet as strawberry wine |
| You're as warm as a glass of Brandy | You're as warm as a glass of brandy |
| And I stay stoned on your love all the time | And honey, I stay stoned on your love all the time |
| | |
| I looked for love in all the same old places | I've looked for love in all the same old places |
| Found the bottom of the bottle's always dry | Found the bottom of a bottle always dry |
| But when you poured out your heart | But when you poured out your heart I didn't waste it |
| I didn't waste it | |
| 'Cause there's nothing like your love to get me high | 'Cause there's nothing like your love to get me high |
| | |
| You're as smooth as Tennesee whiskey | You're as smooth as Tennessee whiskey |
| You're as sweet as strawberry wine | You're as sweet as strawberry wine |
| You're as warm as a glass of Brandy | You're as warm as a glass of brandy |
| And I stay stoned on your love all the time | And honey, I stay stoned on your love all the time |
| I stay stoned on your love all the time | |

|  | You're as smooth as Tennessee whiskey<br>Tennessee whiskey<br>Tennessee whiskey |
|---|---|

11231 - "Tiny Dancer" by Elton John

| **LyricFind** | **Claude** |
|---|---|
| Blue jean baby, L.A. lady, seamstress for the band<br>Pretty eyed, pirate smile, you'll marry a music man<br>Ballerina, you must've seen her dancing in the sand<br>And now she's in me, always with me, tiny dancer in my hand<br><br>Jesus freaks out in the street<br>Handing tickets out for God<br>Turning back, she just laughs<br>The boulevard is not that bad<br>Piano man, he makes his stand<br>In the auditorium<br>Looking on, she sings the songs<br>The words she knows, the tune she hums<br><br>But oh, how it feels so real<br>Lying here with no one near<br>Only you, and you can hear me<br>When I say softly, slowly<br><br>Hold me closer, tiny dancer<br>Count the headlights on the highway<br>Lay me down in sheets of linen<br>You had a busy day today<br>Hold me closer, tiny dancer<br>Count the headlights on the highway<br>Lay me down in sheets of linen<br>You had a busy day today<br><br>Blue jean baby, L.A. lady, seamstress for the band<br>Pretty eyed, pirate smile, you'll marry a music man<br>Ballerina, you must've seen her dancing in the sand<br>Now she's in me, always with me, tiny dancer in | Blue jean baby, L.A. lady, seamstress for the band<br>Pretty eyed, pirate smile, you'll marry a music man<br>Ballerina, you must have seen her dancing in the sand<br>And now she's in me, always with me, tiny dancer in my hand<br><br>Jesus freaks out in the street<br>Handing tickets out for God<br>Turning back she just laughs<br>The boulevard is not that bad<br>Piano man he makes his stand<br>In the auditorium<br>Looking on she sings the songs<br>The words she knows the tune she hums<br><br>But oh how it feels so real<br>Lying here with no one near<br>Only you and you can hear me<br>When I say softly, slowly<br><br>Hold me closer tiny dancer<br>Count the headlights on the highway<br>Lay me down in sheets of linen<br>You had a busy day today<br>Hold me closer tiny dancer<br>Count the headlights on the highway<br>Lay me down in sheets of linen<br>You had a busy day today<br><br>Blue jean baby, L.A. lady, seamstress for the band<br>Pretty eyed, pirate smile, you'll marry a music man<br>Ballerina, you must have seen her dancing in the sand<br>And now she's in me, always with me, tiny |

| | |
|---|---|
| my hand | dancer in my hand |
| | |
| Oh, how it feels so real | But oh how it feels so real |
| Lying here with no one near | Lying here with no one near |
| Only you, and you can hear me | Only you and you can hear me |
| When I say softly, slowly | When I say softly, slowly |
| | |
| Hold me closer, tiny dancer | Hold me closer tiny dancer |
| Count the headlights on the highway | Count the headlights on the highway |
| Lay me down in sheets of linen | Lay me down in sheets of linen |
| You had a busy day today | You had a busy day today |
| Hold me closer, tiny dancer | Hold me closer tiny dancer |
| Count the headlights on the highway | Count the headlights on the highway |
| Lay me down in sheets of linen | Lay me down in sheets of linen |
| You had a busy day today | You had a busy day today |

11233 - "I'm a Believer" by Neil Diamond

| LyricFind | Claude |
|---|---|
| I thought love was only true in fairy tales | I thought love was only true in fairy tales |
| Meant for someone else but not for me | Meant for someone else but not for me |
| Love was out to get me | Love was out to get me |
| That's the way it seemed | That's the way it seemed |
| Disappointment haunted all of my dreams | Disappointment haunted all my dreams |
| Then I saw her face, now I'm a believer | Then I saw her face, now I'm a believer |
| Not a trace, of doubt in my mind | Not a trace, of doubt in my mind |
| I'm in love, and I'm a believer | I'm in love, I'm a believer |
| I couldn't leave her if I tried | I couldn't leave her if I tried |
| No not if I tried | |
| I thought love was more or less a giving thing | I thought love was more or less a givin' thing |
| Seems the more I gave the less I got | Seems the more I gave the less I got |
| What's the use in tryin' | What's the use in tryin' |
| All you get is pain | All you get is pain |
| When I needed sunshine I got rain | When I needed sunshine I got rain |
| Then I saw her face, now I'm a believer | Then I saw her face, now I'm a believer |
| Not a trace, of doubt in my mind | Not a trace, of doubt in my mind |
| I'm in love and I'm a believer | I'm in love, I'm a believer |
| I couldn't leave her if I tried | I couldn't leave her if I tried |
| Not if I tried | |
| | |
| Love was out to get me | Love was out to get me |
| That's the way it seemed | Now that's the way it seemed |
| Disappointment haunted all of my dreams | Disappointment haunted all my dreams |
| What's the use of trying | |
| All you get is pain | |
| When I wanted sunshine I got rain | |
| Then I saw her face, now I'm a believer | Then I saw her face, now I'm a believer |

| | |
|---|---|
| Not a trace, of doubt in my mind<br>I'm in love and I'm a believer<br>I couldn't leave her if I tried<br>No not if I tried<br>Not if I tried, no<br>'Cause I'm a believer<br>Yes I'm a believer | Not a trace, of doubt in my mind<br>I'm in love, I'm a believer<br>I couldn't leave her if I tried<br><br>Yes I saw her face, now I'm a believer<br>Not a trace, of doubt in my mind<br>Said I'm a believer, yeah, yeah, yeah, yeah, yeah<br>Said I'm a believer, yeah<br><br>I'm a believer, I'm a believer |

11238 - "Your Song" by Elton John

| LyricFind | Claude |
|---|---|
| It's a little bit funny, this feelin' inside<br>I'm not one of those who can easily hide<br>I don't have much money, but boy, if I did<br>I'd buy a big house where we both could live<br><br>If I was a sculptor, but then again, no<br>Or a man who makes potions in a travelin'<br>show<br>Oh, I know it's not much, but it's the best I can<br>do<br>My gift is my song and this one's for you<br><br>And you can tell everybody this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world<br><br>I sat on the roof and kicked off the moss<br>Well, a few of the verses, well, they've got me<br>quite cross<br>But the sun's been quite kind while I wrote this<br>song<br>It's for people like you that keep it turned on<br><br>So excuse me forgettin', but these things I do<br>You see, I've forgotten if they're green or<br>they're blue<br>Anyway, the thing is, what I really mean<br>Yours are the sweetest eyes I've ever seen | It's a little bit funny, this feeling inside<br>I'm not one of those who can easily hide<br>I don't have much money, but boy if I did<br>I'd buy a big house where we both could live<br><br>If I was a sculptor, but then again no<br>Or a man who makes potions in a traveling<br>show<br>I know it's not much, but it's the best I can do<br>My gift is my song, and this one's for you<br><br>And you can tell everybody this is your song<br>It may be quite simple, but now that it's done<br>I hope you don't mind, I hope you don't mind<br><br>That I put down in words<br>How wonderful life is while you're in the world<br><br>I sat on the roof and kicked off the moss<br>Well, a few of the verses, well, they've got me<br>quite cross<br>But the sun's been quite kind while I wrote this<br>song<br>It's for people like you that keep it turned on<br><br>So excuse me forgetting, but these things I do<br>You see, I've forgotten if they're green or<br>they're blue<br>Anyway, the thing is, what I really mean<br>Yours are the sweetest eyes I've ever seen |

| And you can tell everybody this is your song | And you can tell everybody this is your song |
| It may be quite simple but now that it's done | It may be quite simple, but now that it's done |
| I hope you don't mind | I hope you don't mind, I hope you don't mind |
| I hope you don't mind | |
| That I put down in words | That I put down in words |
| How wonderful life is while you're in the world | How wonderful life is while you're in the world |
| | |
| I hope you don't mind | I hope you don't mind, I hope you don't mind |
| I hope you don't mind | |
| That I put down in words | That I put down in words |
| How wonderful life is while you're in the world | How wonderful life is while you're in the world |

11248 - "Crocodile Rock" by Elton John

| LyricFind | Claude |
|---|---|
| I remember when rock was young | I remember when rock was young |
| Me and Suzie had so much fun | Me and Suzie had so much fun |
| Holding hands and skimming stones | Holding hands and skimming stones |
| Had an old gold Chevy and a place of my own | Had an old gold Chevy and a place of my own |
| But the biggest kick I ever got | But the biggest kick I ever got |
| Was doing a thing called the Crocodile Rock | Was doing a thing called the Crocodile Rock |
| While the other kids were Rocking Round the Clock | While the other kids were rocking round the clock |
| We were hopping and bopping to the Crocodile Rock | We were hopping and bopping to the Crocodile Rock |
| | |
| Well Crocodile Rocking is something shocking | Well Crocodile Rocking is something shocking |
| When your feet just can't keep still | When your feet just can't keep still |
| I never knew me a better time and I guess I never will | I never knew me a better time and I guess I never will |
| Oh Lawdy mama those Friday nights | Oh Lawdy mama those Friday nights |
| When Suzie wore her dresses tight | When Suzie wore her dresses tight |
| And the Crocodile Rocking was out of sight | And the Crocodile Rocking was out of sight |
| | |
| La lalalala la lalalala la lalalala la | La lalalala la lalalala la lalalala la |
| | |
| But the years went by and the rock just died | But the years went by and rock just died |
| Suzie went and left us for some foreign guy | Suzie went and left us for some foreign guy |
| Long nights crying by the record machine | Long nights crying by the record machine |
| Dreaming of my Chevy and my old blue jeans | Dreaming of my Chevy and my old blue jeans |
| But they'll never kill the thrills we've got | But they'll never kill the thrills we've got |
| Burning up to the Crocodile Rock | Burning up to the Crocodile Rock |
| Learning fast as the weeks went past | Learning fast as the weeks went past |
| We really thought the Crocodile Rock would last | We really thought the Crocodile Rock would last |

| | |
|---|---|
| Well Crocodile Rocking is something shocking<br>When your feet just can't keep still<br>I never knew me a better time and I guess I<br>never will<br>Oh Lawdy mama those Friday nights<br>When Suzie wore her dresses tight<br>And the Crocodile Rocking was out of sight<br><br>La lalalala la lalalala la lalalala la<br><br>I remember when rock was young<br>Me and Suzie had so much fun<br>Holding hands and skimming stones<br>Had an old gold Chevy and a place of my own<br>But the biggest kick I ever got<br>Was doing a thing called the Crocodile Rock<br>While the other kids were Rocking Round the<br>Clock<br>We were hopping and bopping to the Crocodile<br>Rock<br><br>Well Crocodile Rocking is something shocking<br>When your feet just can't keep still<br>I never knew me a better time and I guess I<br>never will<br>Oh Lawdy mama those Friday nights<br>When Suzie wore her dresses tight<br>And the Crocodile Rocking was out of sight<br><br>La lalalala la lalalala la lalalala la<br>La lalalala la lalalala la lalalala la<br>La lalalala la lalalala la lalalala la | Well Crocodile Rocking is something shocking<br>When your feet just can't keep still<br>I never knew me a better time and I guess I<br>never will<br>Oh Lawdy mama those Friday nights<br>When Suzie wore her dresses tight<br>And the Crocodile Rocking was out of sight<br><br>La lalalala la lalalala la lalalala la<br><br>I remember when rock was young<br>Me and Suzie had so much fun<br>Holding hands and skimming stones<br>Had an old gold Chevy and a place of my own<br>But the biggest kick I ever got<br>Was doing a thing called the Crocodile Rock<br>While the other kids were rocking round the<br>clock<br>We were hopping and bopping to the Crocodile<br>Rock<br><br>Well Crocodile Rocking is something shocking<br>When your feet just can't keep still<br>I never knew me a better time and I guess I<br>never will<br>Oh Lawdy mama those Friday nights<br>When Suzie wore her dresses tight<br>And the Crocodile Rocking was out of sight<br><br>La lalalala la lalalala la lalalala la |

11254 - "Benny and the Jets" by Elton John

| LyricFind | Claude |
|---|---|
| Hey kids, shake it loose together<br>The spotlight's hitting something<br>That's been known to change the weather<br>We'll kill the fatted calf tonight, so stick around<br>You're gonna hear electric music<br>Solid walls of sound<br><br>Say, Candy and Ronnie, have you seen them<br>yet?<br>Ooh, but they're so spaced out, B-B-B-Bennie<br>and the Jets | Hey kids, shake it loose together<br>The spotlight's hitting something<br>That's been known to change the weather<br>We'll kill the fatted calf tonight<br>So stick around, you're gonna hear electric<br>music<br>Solid wall of sound<br><br>Say, Candy and Ronnie, have you seen them<br>yet?<br>But they're so spaced out, Bennie and the Jets |

Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Hey kids, plug into the faithless
Maybe they're blinded
But Bennie makes them ageless
We shall survive, let us take ourselves along
Where we fight our parents out in the streets
To find who's right and who's wrong

Oh Candy and Ronnie, have you seen them yet?
Oh but they're so spaced out, B-B-B-Bennie and the Jets
Oh they're so weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Oh Candy and Ronnie, have you seen them yet?
Oh but they're so spaced out, B-B-B-Bennie and the Jets
Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie, Bennie and the Jets

Bennie, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie and the Jets
Jets, Jets
Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie, Bennie
Bennie, Bennie and the Jets

Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine
Oh ho, Bennie and the Jets

Hey kids, plug into the faithless
Maybe they're blinded
But Bennie makes them ageless
We shall survive, let us take ourselves along
Where we fight our parents out in the streets
To find who's right and who's wrong

Oh, Candy and Ronnie, have you seen them yet?
But they're so spaced out, Bennie and the Jets

Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine
Oh ho, Bennie and the Jets

Oh, Candy and Ronnie, have you seen them yet?
But they're so spaced out, Bennie and the Jets

Oh but they're weird and they're wonderful
Oh Bennie she's really keen
She's got electric boots, a mohair suit
You know I read it in a magazine
Oh ho, Bennie and the Jets

Bennie, Bennie and the Jets, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie and the Jets, Bennie, Bennie, Bennie and the Jets

11258 - "Golden" by Harry Styles

| LyricFind | Claude |
|---|---|
| Hey! | |
| | |
| Golden, golden, golden | Golden, golden, golden as I open my eyes |
| As I open my eyes | |
| Hold it, focus, hoping | Hold it, focus, hoping, take me back to the light |
| Take me back to the light | |
| I know you were way too bright for me | I know you were way too bright for me |
| I'm hopeless, broken | I'm hopeless, broken, so you wait for me in the sky |
| So you wait for me in the sky | |
| Browns my skin just right | Browns my skin just right |
| You're so golden | You're so golden |
| You're so golden | You're so golden, I'm out of my head |
| I'm out of my head | |
| And I know that you're scared | And I know that you're scared because hearts get broken |
| Because hearts get broken | |
| | |
| I don't wanna be alone | I don't wanna be alone |
| I don't wanna be alone | I don't wanna be alone when it ends |
| When it ends | |
| Don't wanna let you know | Don't wanna let you know |
| I don't wanna be alone | I don't wanna be alone |
| But I, I can feel it take a hold (I can feel it take a hold) | But I can feel it take a hold (I can feel it take a hold) |
| I can feel you take control (I can feel you take control) | I can feel you take control (I can feel you take control) |
| Of who I am and all I've ever known | Of who I am and all I've ever known |
| Loving you's the antidote | Loving you's the antidote |
| | |
| Golden | Golden |
| You're so golden | You're so golden |
| I don't wanna be alone | I don't want to be alone |
| You're so golden | You're so golden |
| You're so golden | You're so golden |
| | |
| I'm out of my head | I'm out of my head |
| And I know that you're scared | And I know that you're scared because hearts get broken |
| Because hearts get broken | |
| | |
| (Golden, golden, golden, golden) | |
| (Golden, golden, golden, golden) | |
| (Golden, golden, golden, golden) | |
| (Golden, golden, golden, golden) | |
| (Golden, golden, golden, golden) | |
| (Golden, golden, golden, golden) | |
| (Golden, golden, golden, golden) | |
| I know that you're scared | |
| Because I'm so open | I know that you're scared because I'm so open |

| | |
|---|---|
| You're so golden<br>I don't wanna be alone<br>You're so golden<br>You're so golden<br>You're so golden<br>I'm out of my head<br>And I know that you're scared<br>Because hearts get broken | You're so golden<br>I don't want to be alone<br>You're so golden<br>You're so golden<br>You're so golden<br>I'm out of my head<br>And I know that you're scared because hearts get broken |

11260 - "Somebody to Love" by Jefferson Airplane

| LyricFind | Claude |
|---|---|
| When the truth is found to be lies<br>And all the joy within you dies<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love<br>Love, love | When the truth is found to be lies<br>And all the joy within you dies<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love |
| When the garden flowers, baby are dead, yes and<br>Your mind, your mind is so full of red<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love | When the garden flowers baby are dead yes<br>And your mind, your mind is so full of red<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love |
| Your eyes, I say your eyes may look like his<br>Yeah, but in your head, baby<br>I'm afraid you don't know where it is<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love | Your eyes, I say your eyes may look like his<br>Yeah, but in your head baby I'm afraid you<br>don't know where it is<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love |
| Tears are running down<br>They're all running down your breast<br>And your friends, baby<br>They treat you like a guest<br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love<br>You better find somebody to love | Tears are running ah running down your<br>breast<br><br>And your friends baby they treat you like a<br>guest<br><br>Don't you want somebody to love<br>Don't you need somebody to love<br>Wouldn't you love somebody to love |

| | You better find somebody to love |
| --- | --- |

11261 - "The Devil Went Down to Georgia" by The Charlie Daniels Band

| LyricFind | Claude |
| --- | --- |
| The devil went down to Georgia, he was lookin' for a soul to steal<br>He was in a bind 'cause he was way behind<br>And he was willin' to make a deal | The devil went down to Georgia, he was lookin' for a soul to steal<br>He was in a bind 'cause he was way behind, he was willing to make a deal |
| When he came across this young man sawin' on a fiddle and playin' it hot<br>And the devil jumped up on a hickory stump<br>And said, "boy, let me tell you what" | When he came across this young man sawin' on a fiddle and playin' it hot<br>And the devil jumped up on a hickory stump<br>and said "Boy, let me tell you what" |
| "I guess you didn't know it but I'm a fiddle player too<br>And if you'd care to take a dare, I'll make a bet with you<br>Now you play a pretty good fiddle, boy<br>But give the devil his due<br>I'll bet a fiddle of gold against your soul<br>'Cause I think I'm better than you" | "I guess you didn't know it, but I'm a fiddle player too<br>And if you'd care to take a dare, I'll make a bet with you<br>Now you play a pretty good fiddle, boy, but give the devil his due<br>I'll bet a fiddle of gold against your soul 'cause I think I'm better than you" |
| The boy said, "my name's Johnny and it might be a sin<br>But I'll take your bet, you're gonna regret<br>'Cause I'm the best there's ever been" | The boy said, "My name's Johnny, and it might be a sin<br>But I'll take your bet, you're gonna regret,<br>'cause I'm the best there's ever been" |
| Johnny, rosin up your bow and play your fiddle hard<br>'Cause Hell's broke loose in Georgia, and the devil deals the cards<br>And if you win, you get this shiny fiddle made of gold<br>But if you lose, the devil gets your soul | Johnny, rosin up your bow and play your fiddle hard<br>'Cause hell's broke loose in Georgia, and the devil deals the cards<br>And if you win, you get this shiny fiddle made of gold<br>But if you lose, the devil gets your soul |
| The devil opened up his case and he said, "I'll start this show"<br>And fire flew from his fingertips as he rosined up his bow<br>And he pulled the bow across the strings<br>And it made a evil hiss<br>Then a band of demons joined in<br>And it sounded something like this | The devil opened up his case, and he said, "I'll start this show"<br>And fire flew from his fingertips as he rosined up his bow<br>And he pulled the bow across the strings, and it made an evil hiss<br>Then a band of demons joined in, and it sounded something like this |
| When the devil finished, Johnny said, "well, | When the devil finished, Johnny said, "Well, |

| LyricFind | Claude |
|---|---|
| you're pretty good, ol' son<br>But sit down in that chair right there<br>And let me show you how it's done"<br><br>"Fire on the Mountain" run boys, run<br>The devil's in the House of the Rising Sun<br>Chicken in a bread pan pickin' out dough<br>Granny, does your dog bite? No, child, no<br><br>The devil bowed his head because he knew that he'd been beat<br>And he laid that golden fiddle on the ground at Johnny's feet<br>Johnny said, "Devil, just come on back if you ever wanna try again<br>I done told you once you son of a bitch, I'm the best that's ever been"<br><br>He played "Fire on the Mountain" run boys, run<br>The devil's in the House of the Rising Sun<br>The chicken in a bread pan pickin' out dough<br>Granny, will your dog bite? No child, no | you're pretty good old son<br>But sit down in that chair right there, and let me show you how it's done"<br><br>Fire on the mountain, run boys run<br>The devil's in the house of the rising sun<br>Chicken in the bread pan pickin' out dough<br>Granny does your dog bite, no child no<br><br>The devil bowed his head because he knew that he'd been beat<br>And he laid that golden fiddle on the ground at Johnny's feet<br>Johnny said, "Devil, just come on back if you ever wanna try again<br>I done told you once, you son of a bitch, I'm the best there's ever been"<br><br>He played fire on the mountain, run boys run<br>The devil's in the house of the rising sun<br>Chicken in the bread pan pickin' out dough<br>Granny will your dog bite, no child no |

11270 - "If You Leave Me Now" by Chicago

| LyricFind | Claude |
|---|---|
| If you leave me now<br>You'll take away the biggest part of me<br>Ooh-ooh, no, baby please don't go<br>And if you leave me now<br>You'll take away the very heart of me<br>Ooh-ooh, no, baby please don't go<br>Ooh-ooh, girl, I just want you to stay<br><br>A love like ours is love that's hard to find<br>How could we let it slip away?<br>We've come too far to leave it all behind<br>How could we end it all this way?<br>When tomorrow comes and we'll both regret<br>The things we said today<br><br>A love like ours is love that's hard to find<br>How could we let it slip away?<br>We've come too far to leave it all behind<br>How could we end it all this way? | If you leave me now, you'll take away the biggest part of me<br><br>Ooo no, baby please don't go<br>And if you leave me now, you'll take away the very heart of me<br><br>Ooo no, baby please don't go<br>Ooo girl, I just want you to stay<br><br>A love like ours is love that's hard to find<br>How could we let it slip away<br>We've come too far to leave it all behind<br>How could we end it all this way<br>When tomorrow comes and we both regret<br>The things we said today<br><br>A love like ours is love that's hard to find<br>How could we let it slip away<br>We've come too far to leave it all behind<br>How could we end it all this way |

| | |
|---|---|
| When tomorrow comes and we'll both regret<br>The things we said today<br><br>If you leave me now<br>You'll take away the biggest part of me<br>Ooh-ooh, no, baby please don't go<br><br>Ooh, girl, just got to have you by my side<br><br>Ooh-ooh, no, baby please don't go<br><br>Ooh, my, my, I just got to have your loving (hey, hey) | When tomorrow comes and we both regret<br>The things we said today<br><br>If you leave me now, you'll take away the biggest part of me<br><br>Ooo no, baby please don't go<br><br>Ooo girl, I just got to have you by my side<br><br>Ooo no, baby please don't go<br>Ooo no, baby please don't go<br>Ooo no, baby please don't go |

11301 - "So Sick" by Ne-Yo

| LyricFind | Claude |
|---|---|
| Mm, mm, yeah<br>Do do do do do do do, oh yeah<br><br>Gotta change my answering machine, now that I'm alone<br>'Cause right now it says that "We can't come to the phone"<br>And I know it makes no sense, 'cause you walked out the door<br>But it's the only way I hear your voice anymore<br><br>(It's ridiculous)<br>It's been months and for some reason I just<br>(Can't get over us)<br>And I'm stronger than this, yeah<br><br>(Enough is enough)<br>No more walking round with my head down<br>(yeah)<br>I'm so over being blue, crying over you<br><br>And I'm so sick of love songs, so tired of tears<br>So done with wishing you were still here<br>Said I'm so sick of love songs, so sad and slow<br>So why can't I turn off the radio? | Mmm mmm yeah<br>Do do do do do do do-do<br>Ohh Yeah<br><br>Gotta change my answering machine<br>Now that I'm alone<br>'Cause right now it says that we<br>Can't come to the phone<br>And I know it makes no sense<br>'Cause you walked out the door<br>But it's the only way I hear your voice anymore<br><br>(it's ridiculous)<br>It's been months<br>And for some reason I just<br>(can't get over us)<br>And I'm stronger than this<br><br>(enough is enough)<br>No more walkin round<br>With my head down<br>I'm so over being blue<br>Cryin over you<br><br>And I'm so sick of love songs<br>So tired of tears<br>So done with wishing you were still here<br>Said I'm so sick of love songs so sad and slow<br>So why can't I turn off the radio? |

Gotta fix that calendar I have that's marked July 15th
Because since there's no more you, there's no more anniversary
I'm so fed up with my thoughts of you and your memory
And now every song reminds me of what used to be

That's the reason I'm
So sick of love songs, so tired of tears
So done with wishing you were still here
Said I'm so sick of love songs, so sad and slow
So why can't I turn off the radio? Oh-oh-oh

(Leave me alone)
Leave me alone
(Stupid love songs)
Hey, don't make me think about her smile
Or having my first child
I'm letting go
Turning off the radio

'Cause I'm so sick of love songs (hey), so tired of tears (so tired of tears)
So done with wishing (oh) she was still here
Said I'm so sick of love songs, so sad and slow (ooh-oh)
So why can't I turn off the radio? (Why can't I turn off the radio?)

Said I'm so sick of love songs, so tired of tears (so tired of tears, yeah)
So done with wishing she was still here
Said I'm so sick of love songs, so sad and slow (hey)
Why can't I turn off the radio? (Why can't I turn off the radio?)

And I'm so sick of love songs, so tired of tears (I'm so sick of love songs)
So done with wishing you were still here (so done and I'm so sick of love songs)
Said I'm so sick of love songs, so sad and slow (so done and I'm so sick of love songs)
Why can't I turn off the radio? (hey)
(Why can't I turn off the radio?)
Why can't I turn off the radio?

---

Gotta fix that calendar I have
That's marked July 15th
Because since there's no more you
There's no more anniversary
I'm so fed up with my thoughts of you
And your memory
And how every song reminds me
Of what used to be

That's the reason I'm so sick of love songs
So tired of tears
So done with wishing you were still here
Said I'm so sick of love songs so sad and slow
So why can't I turn off the radio?

(Leave me alone)
Leave me alone
(Stupid love songs)
Don't make me think about her smile
Or having my first child
I'm letting go
Turning off the radio

'Cause I'm so sick of love songs
So tired of tears
So done with wishing she was still here
Said I'm so sick of love songs so sad and slow
So why can't I turn off the radio?
(why can't I turn off the radio?)

Said I'm so sick of love songs
So tired of tears
So done with wishing she was still here
Said I'm so sick of love songs so sad and slow
Why can't I turn off the radio?
(why can't I turn off the radio?)

And I'm so sick of love songs
So tired of tears
So done with wishin' you were still here
Said I'm so sick of love songs so sad and slow
Why can't I turn off the radio?
(why can't I turn off the radio?)
Why can't I turn off the radio?

11304 - "Take A Bow" by Rihanna

| LyricFind | Claude |
|---|---|
| Oh, how 'bout a round of applause?<br>Yeah<br>Standin' ovation<br>Ooh<br>Yeah, yeah, yeah, yeah, yeah | Oh, how 'bout a round of applause? Yeah<br>A standing ovation? Ooh, oh yeah<br>Yeah, yeah, yeah, yeah |
| You look so dumb right now<br>Standin' outside my house<br>Tryin' to apologize<br>You're so ugly when you cry<br>Please<br>Just cut it out | You look so dumb right now<br>Standing outside my house<br>Trying to apologize<br>You're so ugly when you cry<br>Please, just cut it out |
| Don't tell me you're sorry 'cause you're not<br>Baby when I know you're only sorry you got caught<br>But you put on quite a show<br>Really had me goin'<br>But now it's time to go<br>Curtain's finally closin'<br>That was quite a show<br>Very entertaining<br>But it's over now<br>(But it's over now)<br>Go on and take a bow, oh | Don't tell me you're sorry 'cause you're not<br>Baby when I know you're only sorry you got caught<br>But you put on quite a show, really had me going<br>But now it's time to go, curtain's finally closing<br>That was quite a show, very entertaining<br>But it's over now, go on and take a bow |
| Grab your clothes and get gone (get gone)<br>You better hurry up<br>Before the sprinklers come on (come on)<br>Talkin' 'bout, "Girl, I love you, you're the one"<br>This just looks like a re-run<br>Please<br>What else is on? Oh, oh | Grab your clothes and get gone<br>You better hurry up before the sprinklers come on<br>Talking 'bout, "Girl, I love you, " "You're the one"<br>This just looks like a rerun<br>Please, what else is on? |
| And don't tell me you're sorry 'cause you're not<br>Baby when I know you're only sorry you got caught<br>But you put on quite a show<br>You really had me goin'<br>But now it's time to go<br>Curtain's finally closin'<br>That was quite a show<br>Very entertaining<br>But it's over now | Don't tell me you're sorry 'cause you're not<br>Baby when I know you're only sorry you got caught<br>But you put on quite a show, really had me going<br>But now it's time to go, curtain's finally closing |

| | |
|---|---|
| (But it's over now)<br>Go on and take a bow<br><br>Oh, and the award for the best liar<br>Goes to you (goes to you)<br>For makin' me believe<br>That you could be<br>Faithful to me<br>Let's hear your speech, ohh<br><br>How 'bout a round of applause?<br>A standin' ovation<br><br>But you put on quite a show<br>You really had me goin'<br>Now it's time to go<br>Curtain's finally closin'<br>That was quite a show<br>Very entertaining<br>But it's over now<br>(But it's over now)<br>Go on and take a bow<br>But it's over now | That was quite a show, very entertaining<br><br>But it's over now, go on and take a bow<br><br><br>Oh, and the award for the best liar goes to you<br><br>For making me believe that you could be<br>faithful to me<br><br>Let's hear your speech out<br><br>How 'bout a round of applause?<br>A standing ovation?<br><br>But you put on quite a show, really had me<br>going<br><br>Now it's time to go, curtain's finally closing<br><br>That was quite a show, very entertaining<br><br>But it's over now, go on and take a bow<br><br><br>But it's over now |

11316 - "Break Stuff" by Limp Bizkit

| LyricFind | Claude |
|---|---|
| It's just one of those days where you don't<br>want to wake up<br>Everything is fucked, everybody sucks<br><br>You don't really know why but you want to<br>justify<br><br>Rippin' someone's head off<br>No human contact<br>And if you interact, your life is on contract<br><br>Your best bet is to stay away, motherfucker<br>It's just one of those days | It's just one of those days<br>When you don't wanna wake up<br>Everything is fucked<br>Everybody sucks<br>You don't really know why<br>But you want justify<br>Rippin' someone's head off<br>No human contact<br>And if you interact<br>Your life is on contract<br>Your best bet is to stay away motherfucker<br>It's just one of those days!!<br><br>It's all about the he says she says bullshit |

It's all about the he says, she says bullshit
I think you better quit, let the shit slip

Or you'll be leaving with a fat lip
It's all about the he says, she says bullshit
I think you better quit, talking that shit
It's just one of those days, feeling like a freight train

First one to complain leaves with a bloodstain

Damn right, I'm a maniac
You better watch your back 'cause I'm fucking up your program
And if you're stuck up, you just lucked up

Next in line to get fucked up
Your best bet is to stay away, motherfucker
It's just one of those days

It's all about the he says, she says bullshit
I think you better quit, let the shit slip
Or you'll be leaving with a fat lip
It's all about the he says, she says bullshit
I think you better quit, talking that shit punk
So come and get it

I feel like shit
My suggestion, is to keep your distance
'Cause right now I'm dangerous
But we've all felt like shit
And been treated like shit
All those motherfuckers that want to step up
I hope you know, I pack a chainsaw (chainsaw)
I'll skin your ass raw (ass raw)
And if my day keeps going this way, I just might
Break something tonight
I pack a chainsaw (chainsaw)
I'll skin your ass raw (ass raw)
And if my day keeps going this way, I just might
Break something tonight
I pack a chainsaw (chainsaw)
I'll skin your ass raw (ass raw)
And if my day keeps going this way, I just might
Break your fucking face tonight
Give me something to break
Give me something to break
Just give me something to break
How 'bout your fucking face?

I think you better quit
Lettin' shit slip
Or you'll be leavin with a fat lip
It's all about the he says she says bullshit
I think you better quit talkin that shit
It's just one of those days
Feelin' like a freight train
First one to complain
Leaves with a blood stain
Damn right I'm a maniac
You better watch your back
Cuz I'm fuckin' up your program
And if your stuck up
You just lucked up
Next in line to get fucked up
Your best bet is to stay away motherfucker
It's just one of those days!!

I feel like shit
My suggestion is to keep your distance cuz
right now I'm dangerous
We've all felt like shit
And been treated like shit
All those motherfuckers that want to step up
I hope you know I pack a chain saw
I'll skin your ass raw
And if my day keeps goin' this way I just might
break somethin' tonight...
I hope you know I pack a chain saw
I'll skin your ass raw

And if my day keeps goin' this way I just might
break your fuckin' face tonight!!
Give me somethin' to break
Give me somethin' to break
Just give me somethin' to break
How bout your fuckin' face
I hope you know I pack a chain saw, what!!

| | |
|---|---|
| I hope you know, I pack a chainsaw<br>What?<br>A chainsaw<br>What?<br>A motherfucking chainsaw<br>What?<br>So come and get it<br><br>It's all about the he says, she says bullshit<br>I think you better quit, let the shit slip<br>Or you'll be leaving with a fat lip<br>It's all about the he says, she says bullshit<br>I think you better quit, talking that shit, punk<br>So come and get it | A chainsaw, what!<br>A motherfuckin' chainsaw, what!<br>So come and get it<br><br><br>It's just one of those days |

11318 - "Just One Look" by Doris Troy

| LyricFind | Claude |
|---|---|
| Just one look and I fell so hard<br>In love with you, oh oh oh oh<br>I found out how good it feels<br>To have your love, oh oh, oh oh<br><br>Say you will, will be mine<br>Forever and always, oh oh, oh oh<br>Just one look and I knew<br>That you were my only one<br>Oh oh oh oh! | Just one look and I fell so hard<br>In love with you, oh oh oh oh<br>I found out how good it feels<br>To have your love, oh oh oh oh<br><br>Say you will, will be mine<br>Forever and always, ooh ooh ooh oh<br>Just one look and I knew<br>That you were my only one |
| I thought I was dreamin'<br>But I was wrong, yeah, yeah, yeah<br>Oh, but-a, I'm gonna keep on schemin'<br>Till I can a-make you, make you my own!<br><br>So you see, I really care<br>Without you I'm nothin', oh oh, oh oh<br>Just one look and I know<br>I'll get you someday, oh oh, oh oh | I thought I was dreaming but I was wrong, yeah<br>yeah yeah<br>Oh but I'm gonna keep on scheming<br>Till I can make you, make you my own<br><br>Just one look and I fell so hard<br>In love with you oh oh oh oh oh<br>I found out how good it feels<br>To have your love oh oh oh oh oh<br><br>Say you will, will be mine<br>Forever and always ooh ooh ooh oh<br>Just one look and I knew<br>That you were my only one |
| Just one look, that's all it took<br>Just one look, that's all it took<br>Just one look, that's all it took | Just one look, that's all it took<br>Just one look, that's all it took<br>Just one look, that's all it took |

11329 - "Bless the Broken Road" by Rascal Flatts

| LyricFind | Claude |
|---|---|
| I set out on a narrow way many years ago<br>Hoping I would find true love along the broken road<br>But I got lost a time or two<br>Wiped my brow and kept pushing through<br>I couldn't see how every sign pointed straight to you | I set out on a narrow way, many years ago<br>Hoping I would find true love along the broken road<br>But I got lost a time or two, wiped my brow and kept pushing through<br>I couldn't see how every sign pointed straight to you |
| That every long lost dream led me to where you are<br>Others who broke my heart, they were like<br>Northern stars<br>Pointing me on my way into your loving arms<br>This much I know is true<br>That God blessed the broken road that led me straight to you<br>Yes, He did | Every long lost dream led me to where you are<br>Others who broke my heart, they were like northern stars<br>Pointing me on my way into your loving arms<br>This much I know is true<br>That God blessed the broken road<br>That led me straight to you<br>Yes He did |
| I think about the years I spent just passin' through<br>I'd like to have the time I lost and give it back to you<br>But you just smile and take my hand<br>You've been there, you understand<br>It's all part of a grander plan that is coming true | I think about the years I spent, just passing through<br>I'd like to have the time I lost, and give it back to you<br>But you just smile and take my hand, you've been there, you understand<br>It's all part of a grander plan that is coming true |
| Every long lost dream led me to where you are<br>Others who broke my heart, they were like<br>Northern stars<br>Pointing me on my way into your loving arms<br>This much I know is true<br>That God blessed the broken road that led me straight to you<br>Yeah | Every long lost dream led me to where you are<br>Others who broke my heart, they were like northern stars<br>Pointing me on my way into your loving arms<br>This much I know is true<br>That God blessed the broken road<br>That led me straight to you |
| And now I'm just rollin' home<br>Into my lover's arms<br>This much I know is true<br>That God blessed the broken road that led me straight to you | Now I'm just rolling home into my lover's arms<br>This much I know is true<br>That God blessed the broken road<br>That led me straight to you |
| That God blessed the broken road | That God blessed the broken road |

| | |
|---|---|
| That led me straight to you<br>Ooh, mmm | That led me straight to you |

11337 - "Candle in the Wind" by Elton John

| LyricFind | Claude |
|---|---|
| Goodbye, Norma Jeane<br>Though I never knew you at all<br>You had the grace to hold yourself<br>While those around you crawled<br>They crawled out of the woodwork<br>And they whispered into your brain<br>They set you on the treadmill<br>And they made you change your name<br><br>And it seems to me you lived your life<br>Like a candle in the wind<br>Never knowing who to cling to<br>When the rain set in<br>And I would've liked to know you<br>But I was just a kid<br>Your candle burned out long before<br>Your legend ever did<br><br>Loneliness was tough<br>The toughest role you ever played<br>Hollywood created a superstar<br>And pain was the price you paid<br>Even when you died<br>Oh, the press still hounded you<br>All the papers had to say<br>Was that Marilyn was found in the nude<br><br>And it seems to me you lived your life<br>Like a candle in the wind<br>Never knowing who to cling to<br>When the rain set in<br>And I would've liked to know you<br>But I was just a kid<br>Your candle burned out long before<br>Your legend ever did<br><br>Goodbye, Norma Jeane<br>Though I never knew you at all<br>You had the grace to hold yourself<br>While those around you crawled<br>Goodbye, Norma Jeane | Goodbye Norma Jean<br>Though I never knew you at all<br>You had the grace to hold yourself<br>While those around you crawled<br>They crawled out of the woodwork<br>And they whispered into your brain<br>They set you on the treadmill<br>And they made you change your name<br><br>And it seems to me you lived your life<br>Like a candle in the wind<br>Never knowing who to cling to<br>When the rain set in<br>And I would have liked to have known you<br>But I was just a kid<br>Your candle burned out long before<br>Your legend ever did<br><br>Loneliness was tough<br>The toughest role you ever played<br>Hollywood created a superstar<br>And pain was the price you paid<br>Even when you died<br>Oh the press still hounded you<br>All the papers had to say<br>Was that Marilyn was found in the nude<br><br><br><br><br><br><br><br><br><br><br>Goodbye Norma Jean |

| | |
|---|---|
| From the young man in the twenty second row<br>Who sees you as something more than sexual<br>More than just our Marilyn Monroe<br><br>And it seems to me you lived your life<br>Like a candle in the wind<br>Never knowing who to cling to<br>When the rain set in<br>And I would've liked to know you<br>But I was just a kid<br>Your candle burned out long before<br>Your legend ever did<br>Your candle burned out long before<br>Your legend ever did | From the young man in the 22nd row<br>Who sees you as something as more than sexual<br>More than just our Marilyn Monroe |

11348 - "Strawberry Wine" by Deana Carter

| LyricFind | Claude |
|---|---|
| He was working through college<br>On my grandpa's farm<br>I was thirsting for knowledge<br>And he had a car<br>Yeah, I was caught somewhere between a woman and a child<br>One restless summer we found love growing wild<br>On the banks of the river on a well beaten path<br>It's funny how those memories they last<br>Like strawberry wine and seventeen<br>The hot July moon saw everything<br>My first taste of love, oh bittersweet<br>Green on the vine<br>Like strawberry wine<br><br>I still remember<br>When thirty was old<br>And my biggest fear was September<br>when he had to go<br>A few cards and letters and one long distance call<br>We drifted away like the leaves in the fall<br>But year after year I come back to this place<br>Just to remember the taste<br>Of strawberry wine and seventeen<br>The hot July moon saw everything<br>My first taste of love, whoa-oh, bittersweet<br>Green on the vine | He was working through college on my grandpa's farm<br>I was thirsting for knowledge and he had a car<br>Yeah I was caught somewhere between a woman and a child<br>When one restless summer we found love growing wild<br>On the banks of the river on a well beaten path<br>It's funny how those memories they last<br>Like strawberry wine and seventeen<br>The hot July moon saw everything<br>My first taste of love oh bittersweet<br>The green on the vine<br>Like strawberry wine<br><br>I still remember when thirty was old<br>My biggest fear was September when he had to go<br>A few cards and letters and one long distance call<br>We drifted away like the leaves in the fall<br>But year after year I come back to this place<br>Just to remember the taste<br>Of strawberry wine and seventeen<br>The hot July moon saw everything<br>My first taste of love oh bittersweet<br>Green on the vine<br>Like strawberry wine |

| | |
|---|---|
| Like strawberry wine | |
| | |
| The fields have grown over now | The fields have grown over now |
| Years since they've seen the plow | Years since they've seen a plow |
| There's nothing time hasn't touched | There's nothing time hasn't touched |
| Is it really him or the loss of my innocence? | Is it really him or the loss of my innocence |
| I've been missing so much | I've been missing so much |
| | |
| Yeah | |
| | |
| Strawberry wine and seventeen | Strawberry wine and seventeen |
| The hot July moon saw everything | The hot July moon saw everything |
| My first taste of love, whoa-oh bittersweet | My first taste of love oh bittersweet |
| And green on the vine | The green on the vine |
| Like strawberry wine and seventeen | Like strawberry wine |
| The hot July moon saw everything | |
| My first taste of love, oh, bittersweet | |
| And green on the vine | |
| Like strawberry wine | |
| | |
| Strawberry wine | |
| Ooh | |
| Strawberry wine | |

11362 - "Unfaithful" by Rihanna

| LyricFind | Claude |
|---|---|
| Story of my life, searching for the right | Story of my life |
| But it keeps avoiding me | Searching for the right |
| Sorrow in my soul 'cause it seems that wrong | But it keeps avoiding me |
| Really loves my company | Sorrow in my soul |
| He's more than a man and this is more than love | 'Cause it seems that wrong |
| The reason that the sky is blue | Really loves my company |
| The clouds are rolling in because I'm gone again | He's more than a man |
| And to him, I just can't be true | And this is more than love |
| | The reason that the sky is blue |
| | The clouds are rolling in |
| | Because I'm gone again |
| | And to him I just can't be true |
| | |
| And I know that he knows I'm unfaithful | And I know that he knows I'm unfaithful |
| And it kills him inside | And it kills him inside |
| To know that I am happy with some other guy | To know that I am happy with some other guy |
| I can see him dying | I can see him dying |
| | |
| I don't wanna do this anymore | I don't wanna do this anymore |
| I don't wanna be the reason why | I don't wanna be the reason why |

Every time I walk out the door
I see him die a little more inside
I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be a murderer

I feel it in the air as I'm doin' my hair
Preparing for another date
A kiss upon my cheek as he reluctantly
Asks if I'm gonna be out late
I say I won't be long, just hanging with the girls
A lie I didn't have to tell
Because we both know where I'm about to go
And we know it very well

'Cause I know that he knows I'm unfaithful
And it kills him inside
To know that I am happy with some other guy
I can see him dying

I don't wanna do this anymore
I don't wanna be the reason why
Every time I walk out the door
I see him die a little more inside
I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be a murderer

Our love, his trust
I might as well take a gun and put it to his head
Get it over with
I don't wanna do this anymore
Whoa, anymore

And I don't wanna do this anymore
I don't wanna be the reason why
And every time I walk out the door
I see him die a little more inside
And I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be a murderer

A murderer
No, no, no
Yeah, yeah

Every time I walk out the door
I see him die a little more inside
I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be...a murderer

I feel it in the air
As I'm doing my hair
Preparing for another date
A kiss upon my cheek
As he reluctantly
Asks if I'm gonna be out late
I say I won't be long
Just hanging with the girls
A lie I didn't have to tell
Because we both know
Where I'm about to go
And we know it very well

'Cause I know that he knows I'm unfaithful
And it kills him inside
To know that I am happy with some other guy
I can see him dying

I don't wanna do this anymore
I don't wanna be the reason why
Every time I walk out the door
I see him die a little more inside
I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be...a murderer

Our love, his trust
I might as well take a gun and put it to his head
Get it over with
I don't wanna do this
Anymore, anymore

And I don't wanna do this anymore
I don't wanna be the reason why
And every time I walk out the door
I see him die a little more inside
And I don't wanna hurt him anymore
I don't wanna take away his life
I don't wanna be...a murderer (a murderer)

No no no no

Yeah yeah yeah

11380 - "You're the Inspiration" by Chicago

| LyricFind | Claude |
|---|---|
| You know our love was meant to be<br>The kind of love to last forever<br>And I want you here with me<br>From tonight until the end of time<br><br>You should know<br>Everywhere I go<br>Always on my mind<br>In my heart, in my soul<br>Baby<br><br>You're the meaning in my life<br>You're the inspiration<br>You bring feeling to my life<br>You're the inspiration<br>Want to have you near me<br>I want to have you hear me saying<br>no one needs you more than I need you<br><br>And I know (and I know)<br>Yes I know that it's plain to see<br>So in love when we're together<br>now I know (now I know)<br>That I need you here with me<br>From tonight until the end of time<br><br>You should know (yes, you need to know)<br>Everywhere I go<br>Always on my mind<br>You're in my heart, in my soul<br><br>You're the meaning in my life<br>You're the inspiration<br>You bring feeling to my life<br>You're the inspiration<br>Want to have you near me<br>I want to have you hear me saying<br>no one needs you more than I need you (no one needs you more than I)<br><br>Want to have you near me<br>I want to have you hear me saying<br>no one needs you more than I need you (no one needs you more) | You know our love was meant to be<br>The kind of love that lasts forever<br>And I want you here with me<br>From tonight until the end of time<br><br>You should know, everywhere I go<br>You're always on my mind, in my heart, in my soul<br><br>You're the meaning in my life<br>You're the inspiration<br>You bring feeling to my life<br>You're the inspiration<br>Wanna have you near me<br>I wanna have you hear me sayin'<br>No one needs you more than I need you<br><br>And I know, yes I know that it's plain to see<br>We're so in love when we're together<br>Now I know that I need you here with me<br>From tonight until the end of time<br><br>You should know, everywhere I go<br>Always on my mind, in my heart, in my soul<br><br>You're the meaning in my life<br>You're the inspiration<br>You bring feeling to my life<br>You're the inspiration<br>Wanna have you near me<br>I wanna have you hear me sayin'<br>No one needs you more than I need you<br><br>Wanna have you near me<br>I wanna have you hear me sayin'<br>No one needs you more than I need you |

| | |
|---|---|
| You're the meaning in my life<br>You're the inspiration<br>You bring feeling to my life<br>You're the inspiration<br><br>When you love somebody<br>'Til the end of time<br>When you love somebody<br>Always on my mind (no one needs you more than I)<br>When you love somebody<br>'Til the end of time<br>When you love somebody<br>Always on my mind (no on needs you more than I)<br>When you love somebody<br>'Til the end of time<br>When you love somebody<br>Always on my mind (no one needs you more than I) | You're the meaning in my life<br>You're the inspiration<br>You bring feeling to my life<br>You're the inspiration<br><br>When you love somebody<br>Till the end of time<br>When you love somebody<br>Always on my mind<br>No one needs you more than I |

11401 - "Control" by Halsey

| LyricFind | Claude |
|---|---|
| They sent me away to find them a fortune<br>A chest filled with diamonds and gold<br>The house was awake, with shadows and monsters<br>The hallways, they echoed and groaned<br><br>I sat alone, in bed 'til the morning<br>I'm crying, "They're coming for me"<br>And I tried to hold these secrets inside me<br>My mind's like a deadly disease<br><br>I'm bigger than my body<br>I'm colder than this home<br>I'm meaner than my demons<br>I'm bigger than these bones<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control? | They sent me away to find them a fortune<br>A chest filled with diamonds and gold<br>The house was awake<br>With shadows and monsters<br>The hallways they echoed and groaned<br><br>I sat alone, in bed 'til the morning<br>I'm crying, "They're coming for me"<br>And I tried to hold these secrets inside me<br>My mind's like a deadly disease<br><br>I'm bigger than my body<br>I'm colder than this home<br>I'm meaner than my demons<br>I'm bigger than these bones<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control? |

| | |
|---|---|
| I paced around for hours on empty<br>I jumped at the slightest of sounds<br>And I couldn't stand the person inside me<br>I turned all the mirrors around<br><br>I'm bigger than my body<br>I'm colder than this home<br>I'm meaner than my demons<br>I'm bigger than these bones<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control?<br><br>I'm well acquainted with villains that live in my head<br>They beg me to write them so they'll never die when I'm dead<br>And I've grown familiar with villains that live in my head<br>They beg me to write them so I'll never die when I'm dead<br><br>I'm bigger than my body<br>I'm colder than this home<br>I'm meaner than my demons<br>I'm bigger than these bones<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control?<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control? | I paced around for hours on empty<br>I jumped at the slightest of sounds<br>And I couldn't stand the person inside me<br>I turned all the mirrors around<br><br>I'm bigger than my body<br>I'm colder than this home<br>I'm meaner than my demons<br>I'm bigger than these bones<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control?<br><br>I'm well acquainted with villains that live in my head<br>They beg me to write them so they'll never die when I'm dead<br>And I've grown familiar with villains that live in my head<br>They beg me to write them so I'll never die when I'm dead<br><br>I'm bigger than my body<br>I'm colder than this home<br>I'm meaner than my demons<br>I'm bigger than these bones<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control?<br><br>And all the kids cried out, "Please stop, you're scaring me"<br>I can't help this awful energy<br>Goddamn right, you should be scared of me<br>Who is in control? |

11452 - "Step into Christmas" by Elton John

| LyricFind | Claude |
|---|---|
| Welcome to my Christmas song | Welcome to my Christmas song |

I'd like to thank you for the year
So I'm sending you this Christmas card
To say, "It's nice to have you here"

I'd like to sing about all the things
Your eyes and mind can see
So hop aboard the turntable
Oh, step into Christmas with me, yeah

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free

Take care in all you do next year
And keep smiling through the days
If we can help to entertain you
Oh, we will find the ways

So merry Christmas, one and all
There's no place I'd rather be
Than asking you if you'd oblige
Stepping into Christmas with me

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free, oh

Welcome to my Christmas song
I'd like to thank you for the year
So I'm sending you this Christmas card
To say, "It's nice to have you here"

I'd like to sing about all the things
Your eyes and mind can see
So hop aboard the turntable
Oh, step into Christmas with me, yeah

Step into Christmas, let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry, come along with me
Step into Christmas, the admission's free

Step into Christmas, let's join together
We can watch the snow fall forever and ever

I'd like to thank you for the year
So I'm sending you this Christmas card
To say it's nice to have you here

I'd like to sing about all the things
Your eyes and mind can see
So hop aboard the turntable
Oh step into Christmas with me

Step into Christmas
Let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry
Come along with me
Step into Christmas
The admission's free

Take care in all you do next year
And keep smiling through the days
If we can help to entertain you
Oh we will find the ways

So merry Christmas one and all
There's no place I'd rather be
Than asking you if you'd oblige
Stepping into Christmas with me

Step into Christmas
Let's join together
We can watch the snow fall forever and ever
Eat, drink and be merry
Come along with me
Step into Christmas
The admission's free

| | |
|---|---|
| Eat, drink and be merry, come along with me<br>Step into Christmas, the admission's free<br><br>Step into Christmas, let's join together<br>We can watch the snow fall forever and ever<br>Eat, drink and be merry, come along with me<br>Step into Christmas, the admission's free, oh<br><br>(Step, step into Christmas)<br>(Ah, forever and ever)<br>(Yeah, come along with me)<br>(Ah) Oh<br>(Step, step into Christmas)<br>(Ah, forever and ever)<br>(Yeah, come along with me)<br>(Ah) | |

11490 - "I Want Crazy" by Hunter Hayes

| LyricFind | Claude |
|---|---|
| I'm booking myself a one way flight<br>I gotta see the color in your eyes<br>And telling myself I'm gonna be alright<br>Without you baby is a waste of time<br><br>Yeah, our first date, girl, the seasons changed<br>It got washed away in a summer rain<br>You can't undo a fall like this<br>'Cause love don't know what distance is<br>Yeah, I know it's crazy<br><br>But I don't want "good" and I don't want "good enough"<br>I want "can't sleep, can't breathe without your love"<br>Front porch and one more kiss, it doesn't make sense to anybody else<br>Who cares if you're all I think about,<br>I've searched the world and I know now,<br>It ain't right if you ain't lost your mind<br>Yeah, I don't want easy, I want crazy<br>Are you with me baby? Let's be crazy<br><br>Yeah<br><br>I wanna be scared, don't wanna know why<br>Wanna feel good, don't have to be right | I'm booking myself a one way flight<br>I gotta see the color in your eyes<br>I'm telling myself I'm gonna be alright<br>Without you baby is a waste of time<br><br>Yeah our first date, girl the seasons changed<br>It got washed away in a summer rain<br>You can't undo a fall like this<br>'Cause love don't know what distance is<br>Yeah I know it's crazy<br><br>But I don't want "good" and I don't want "good enough"<br>I want "can't sleep, can't breathe without your love"<br>Front porch and one more kiss, it doesn't make sense to anybody else<br>Who cares if you're all I think about, I've searched the world and I know now,<br>It ain't right if you ain't lost your mind<br>Yeah, I don't want easy, I want crazy<br>Are you with me baby? Let's be crazy<br><br>Yeah...<br><br>I wanna be scared, don't wanna know why<br>Wanna feel good, don't have to be right |

The world makes all kinds of rules for love
I say you gotta let it do what it does

I don't want just another hug and a kiss
goodnight
Catchin' up calls and a date sometimes
I love that we're rebels, and we still believe
We're the kind of crazy people wish that they
could be, yeah

Oh, and I know we're crazy, yeah

But I don't want "good" and I don't want "good
enough"
I want "can't sleep, can't breathe without your
love"
Front porch and one more kiss, it doesn't make
sense to anybody else
Who cares if you're all I think about,
I've searched the world and I know now,
It ain't right if you ain't lost your mind
Yeah, I don't want easy, I want crazy
You with me baby? Let's be crazy

Na, na, na, na, na, na, na, na

No, I don't want "good" and I don't want "good
enough"
I want "can't sleep, can't breathe without your
love"
Front porch and one more kiss, it doesn't make
sense to anybody else
Who cares if you're all I think about,
I've searched the world and I know now,
It ain't right if you ain't lost your mind
Yeah, I don't want easy, I want crazy

Yeah, look at us baby, tonight the midnight
rules are breaking
There's no such thing as wild enough,
And maybe we just think too much
Who needs to play it safe in love?
Let's be crazy!

Na na na na oh na na na na oh

Who cares if we're crazy? We gotta be crazy
I know that we're crazy, so let's be crazy
Yeah...

The world makes all kinds of rules for love
I say you gotta let it do what it does

I don't want just another hug and a kiss
goodnight
Catchin' up calls and a date sometimes
I love that we're rebels, and we still believe
We're the kind of crazy people wish that they
could be, yeah

Oh, and I know we're crazy, yeah

But I don't want "good" and I don't want "good
enough"
I want "can't sleep, can't breathe without your
love"
Front porch and one more kiss, it doesn't make
sense to anybody else
Who cares if you're all I think about, I've
searched the world and I know now,
It ain't right if you ain't lost your mind
Yeah, I don't want easy, I want crazy

Yeah, look at us baby, tonight the midnight
rules are breaking
There's no such thing as wild enough,
And maybe we just think too much
Who needs to play it safe in love?
Let's be crazy!

Who cares if we're crazy? We gotta be crazy!
I know that we're crazy, so let's be crazy!
Yeah...

11494 - "Russian Roulette" by Rihanna

| LyricFind | Claude |
|---|---|
| Uh, uh | |
| | |
| Take a breath, take it deep | Take a breath, take it deep |
| Calm yourself, he says to me | Calm yourself, he says to me |
| If you play, you play for keeps | If you play, you play for keeps |
| Take the gun and count to three | Take the gun, and count to three |
| I'm sweating now, moving slow | I'm sweating now, moving slow |
| No time to think, my turn to go | No time to think, my turn to go |
| | |
| And you can see my heart beating | And you can see my heart beating |
| You can see it through my chest | You can see it through my chest |
| Said I'm terrified but I'm not leaving | Said I'm terrified but I'm not leaving |
| I know that I must pass this test | Know that I must pass this test |
| So just pull the trigger (trigger, trigger, trigger) | So just pull the trigger |
| | |
| Say a prayer, to yourself | Say a prayer to yourself |
| He says, close your eyes | He says close your eyes, sometimes it helps |
| Sometimes it helps | |
| And then I get, a scary thought | And then I get a scary thought |
| That he's here, means he's never lost | That he's here means he's never lost |
| | |
| And you can see my heart beating | And you can see my heart beating |
| Oh, you can see it through my chest | You can see it through my chest |
| Said I'm terrified but I'm not leaving | Said I'm terrified but I'm not leaving no |
| Know that I must pass this test | Know that I must pass this test |
| So just pull the trigger | So just pull the trigger |
| | |
| As my life flashes before my eyes | As my life flashes before my eyes |
| I'm wondering will I ever see another sunrise? | I'm wondering will I ever see another sunrise? |
| So many won't get the chance to say goodbye | So many won't get the chance to say goodbye |
| But it's too late to think of the value of my life | But it's too late to think of the value of my life |
| | |
| And you can see my heart beating | And you can see my heart beating |
| Ohh-oh, you can see it through my chest | You can see it through my chest |
| Said I'm terrified but I'm not leaving, no | Said I'm terrified but I'm not leaving no |
| Know that I must pass this test | Know that I must pass this test |
| | |
| And you can see my heart beating | |
| Oh, you can see it through my chest | |
| I'm terrified but I'm not leaving, no | |
| Know that I must pass this test | |
| So just pull the trigger (trigger, trigger, trigger) | So just pull the trigger |

11554 - "My Best Friend" by Tim McGraw

| LyricFind | Claude |
|---|---|
| I never had no one that I could count on<br>I've been let down so many times<br>I was tired of hurtin' so tired of searchin'<br>'Til you walked into my life<br>It was a feelin' I'd never known<br>And for the first time I didn't feel alone | I never had no one<br>I could count on<br>I've been let down so many times<br>I was tired of hurtin'<br>So tired of searchin'<br>'Til you walked into my life<br>It was a feelin'<br>I'd never known<br>And for the first time<br>I didn't feel alone |
| You're more than a lover<br>There could never be another<br>To make me feel the way you do<br>And oh we just get closer<br>I fall in love all over<br>Every time I look at you<br>I don't know where I'd be<br>Without you here with me<br>Life with you makes perfect sense<br>You're my best friend<br>You're my best friend, oh yeah | You're more than a lover<br>There could never be another<br>To make me feel the way you do<br>Oh we just get closer<br>I fall in love all over<br>Everytime I look at you<br>I don't know where I'd be<br>Without you here with me<br>Life with you makes perfect sense<br>You're my best friend<br>You're my best friend, oh yeah |
| You stand by me and you believe in me<br>Like nobody ever has<br>When my world goes crazy<br>You're right there to save me<br>You make me see how much I have<br>And I still tremble when we touch<br>And oh the look in your eyes<br>When we make love | You stand by me<br>And you believe in me<br>Like nobody ever has<br>When my world goes crazy<br>You're right there to save me<br>You make me see how much I have<br>And I still tremble<br>When we touch<br>And oh the look in your eyes<br>When we make love |
| You're more than a lover<br>There could never be another<br>To make me feel the way you do<br>And oh we just get closer<br>I fall in love all over<br>Every time I look at you<br>And I don't know where I'd be<br>Without you here with me<br>Life with you makes perfect sense<br>You're my best friend, ooh oh<br>You're my best friend, uh huh | You're more than a lover<br>There could never be another<br>To make me feel the way you do<br>Oh we just get closer<br>I fall in love all over<br>Everytime I look at you<br>And I don't know where I'd be<br>Without you here with me<br>Life with you makes perfect sense<br>You're my best friend<br>You're my best friend |

| | |
|---|---|
| And you're more than a lover<br>There could never be another<br>Make me feel the way you do<br>And oh we just get closer<br>I fall in love all over<br>Every time I look at you<br>And I don't know where I'd be<br>Without you here with me<br>Life with you makes perfect sense<br>You're my best friend, oh, oh, oh<br>You're my best friend (my best friend), oh yeah<br>Ooh, you're my best friend (my best friend)<br>Ooh, my best friend | You're more than a lover<br>There could never be another<br>To make me feel the way you do<br>Oh we just get closer<br>I fall in love all over<br>Everytime I look at you<br>And I don't know where I'd be<br>Without you here with me<br>Life with you makes perfect sense<br>You're my best friend<br>You're my best friend<br>You're my best friend |

11574 - "Too Close" by Alex Clare

| LyricFind | Claude |
|---|---|
| You know I'm not one to break promises<br>I don't want to hurt you but I need to breathe<br>At the end of it all you're still my best friend<br>But there's something inside that I need to release<br>Which way is right?<br>Which way is wrong?<br>How do I say that I need to move on?<br>You know we're heading separate ways | You know I'm not one to break promises<br>I don't want to hurt you but I need to breathe<br>At the end of it all, you're still my best friend<br>But there's something inside that I need to release<br>Which way is right, which way is wrong<br>How do I say that I need to move on?<br>You know we're headed separate ways |
| And it feels like I am just too close to love you<br>There's nothing I can really say<br>I can lie no more<br>I can hide no more<br>Got to be true to myself<br>And it feels like I am just too close to love you<br>So I'll be on my way | And it feels like I am just too close to love you<br>There's nothing I can really say<br>I can't lie no more, I can't hide no more<br>Got to be true to myself<br>And it feels like I am just too close to love you<br>So I'll be on my way |
| You've given me more than I can return<br>Yet there's oh so much that you deserve<br>Nothing to say<br>Nothing to do<br>I've nothing to give<br>I must live without you<br>You know we're heading separate ways | You've given me more than I can return<br>Yet there's oh so much that you deserve<br>There's nothing to say, nothing to do<br>I've nothing to give, I must live without you<br>You know we're headed separate ways |
| And it feels like I am just too close to love you<br>There's nothing I can really say<br>I can lie no more | And it feels like I am just too close to love you<br>There's nothing I can really say<br>I can't lie no more, I can't hide no more |

| | |
|---|---|
| I can hide no more<br>Got to be true to myself<br>And it feels like I am just too close to love you<br>So I'll be on my way<br>So I'll be on my way<br><br>And it feels like I am just too close to love you<br>There's nothing I can really say<br>I can lie no more<br>I can hide no more<br>Got to be true to myself<br>And it feels like I am just too close to love you<br>So I'll be on my way<br>So I'll be on my way | Got to be true to myself<br>And it feels like I am just too close to love you<br>So I'll be on my way<br>So I'll be on my way<br><br>And it feels like I am just too close to love you<br>There's nothing that I can really say<br>I can't lie no more, I can't hide no more<br>Got to be true to myself<br>And it feels like I am just too close to love you<br>So I'll be on my way<br>So I'll be on my way<br>So I'll be on my way |

11601 - "Angeles" by Elliott Smith

| LyricFind | Claude |
|---|---|
| Someone's always comin' around here, trailin'<br>some new kill<br>Says, "I've seen your picture on a hundred<br>dollar bill"<br>What's a game of chance to you, to him is one of<br>real skill<br>So glad to meet you, Angeles | Someone's always coming around here trailing<br>some new kill<br>Says I seen your picture on a hundred dollar<br>bill<br>And what's a game of chance to you, to him is<br>one of real skill<br>So glad to meet you Angeles |
| Pickin' up the ticket shows there's money to be<br>made<br>Go on, lose the gamble, that's the history of the<br>trade<br>Did you add up all the cards left to play to zero<br>And sign up with evil, Angeles? | Picking up the ticket shows there's money to be<br>made<br>Go on and lose the gamble, that's the history of<br>the trade<br>And you add up all the cards left to play to zero<br>And sign up with evil Angeles |
| Don't start me tryin' now<br>Uh-huh, uh-huh, uh-huh<br>'Cause I'm all over it, Angeles | Don't start me trying now<br>Cause I'm all over it Angeles |
| I can make you satisfied in everything you do<br>All your secret wishes could right now be<br>coming true<br>And be forever with my poison arms around<br>you<br>No one's gonna fool around with us<br>No one's gonna fool around with us<br>So glad to meet you, Angeles | I could make you satisfied in everything you do<br>All your secret wishes could right now be<br>coming true<br>And be forever with my poison arms around<br>you<br>No one's gonna fool around with us<br>No one's gonna fool around with us<br>So glad to meet you Angeles |

11616 - "Run" by Snow Patrol

| LyricFind | Claude |
|---|---|
| I'll sing it one last time for you<br>Then we really have to go<br>You've been the only thing that's right<br>In all I've done<br><br>And I can barely look at you<br>But every single time I do<br>I know we'll make it anywhere<br>Away from here<br><br>Light up, light up<br>As if you have a choice<br>Even if you cannot hear my voice<br>I'll be right beside you, dear<br>Louder, louder<br>And we'll run for our lives<br>I can hardly speak I understand<br>Why you can't raise your voice to say<br><br>To think I might not see those eyes<br>It makes it so hard not to cry<br>And as we say our long goodbyes<br>I nearly do<br><br>Light up, light up<br>As if you have a choice<br>Even if you cannot hear my voice<br>I'll be right beside you, dear<br>Louder, louder<br>And we'll run for our lives<br>I can hardly speak I understand<br>Why you can't raise your voice to say<br><br>Slower, slower<br>We don't have time for that<br>All I want's to find an easier way<br>To get out of our little heads<br><br>Have heart my dear<br>We're bound to be afraid<br>Even if it's just for a few days<br>Making up for all this mess<br><br>Light up, light up | I'll sing it one last time for you<br>Then we really have to go<br>You've been the only thing that's right<br>In all I've done<br><br>And I can barely look at you<br>But every single time I do<br>I know we'll make it anywhere<br>Away from here<br><br>Light up, light up<br>As if you have a choice<br>Even if you cannot hear my voice<br>I'll be right beside you dear<br>Louder louder<br>And we'll run for our lives<br>I can hardly speak I understand<br>Why you can't raise your voice to say<br><br>To think I might not see those eyes<br>Makes it so hard not to cry<br>And as we say our long goodbye<br>I nearly do<br><br>Light up, light up<br>As if you have a choice<br>Even if you cannot hear my voice<br>I'll be right beside you dear<br>Louder louder<br>And we'll run for our lives<br>I can hardly speak I understand<br>Why you can't raise your voice to say<br><br>Slower slower<br>We don't have time for that<br>All I want is to find an easier way<br>To get out of our little heads<br><br>Have heart my dear<br>We're bound to be afraid<br>Even if it's just for a few days<br>Making up for all this mess<br><br>Light up, light up |

| | |
|---|---|
| As if you have a choice<br>Even if you cannot hear my voice<br>I'll be right beside you, dear | As if you have a choice<br>Even if you cannot hear my voice<br>I'll be right beside you dear |

11622 - "Moonlight in Vermont" by Margaret Whiting

| LyricFind | Claude |
|---|---|
| Pennies in a stream<br>Falling leaves of a sycamore<br>Moonlight in Vermont<br><br>Icey finger waves<br>Ski trails on a mountain side<br>Snowlight in Vermont<br><br>Telegraph cables, they sing down the highway<br>And travel each bend in the road<br>People who meet, in this romantic setting<br>Are so hypnotized by the lovely...<br><br>Evening summer breeze<br>Warbling of a meadowlark<br>Moonlight in Vermont<br><br>Telegraph cables, they sing down the highway<br>And travel each bend in the road<br><br>People who meet, in this romantic setting<br>Are so hypnotized by the lovely<br><br>Evening summer breeze<br>Warbling of a meadowlark<br>Moonlight in Vermont<br><br>You and I and moonlight in Vermont | Pennies in a stream<br>Falling leaves of sycamore<br>Moonlight in Vermont<br><br>Icy finger waves<br>Ski trails on a mountain side<br>Snowlight in Vermont<br><br>Telegraph cables, how they sing down the highway<br>As they travel each bend in the road<br>People who meet in this romantic setting<br>Are so hypnotized by the lovely<br><br>Evening summer breeze<br>Warbling of a meadowlark<br>Moonlight in Vermont<br><br><br><br><br><br><br><br><br><br>You and I and moonlight in Vermont |

11639 - "The Keeper of the Stars" by Tracy Byrd

| LyricFind | Claude |
|---|---|
| It was no accident me finding you<br>Someone had a hand in it<br>Long before we ever knew<br>Now I just can't believe you're in my life<br>Heaven's smilin' down on me<br>As I look at you tonight | It was no accident me finding you<br>Someone had a hand in it<br>Long before we ever knew<br>Now I just can't believe you're in my life<br>Heaven's smilin' down on me<br>As I look at you tonight |

| | |
|---|---|
| I tip my hat to the keeper of the stars<br>He sure knew what he was doin'<br>When he joined these two hearts<br>I hold everything<br>When I hold you in my arms<br>I've got all I'll ever need<br>Thanks to the keeper of the stars<br><br>Soft moonlight on your face oh how you shine<br>It takes my breath away<br>Just to look into your eyes<br>I know I don't deserve a treasure like you<br>There really are no words<br>To show my gratitude<br><br>I tip my hat to the keeper of the stars<br>He sure knew what he was doin'<br>When he joined these two hearts<br>I hold everything<br>When I hold you in my arms<br>I've got all I'll ever need<br>Thanks to the keeper of the stars<br><br>It was no accident me finding you<br>Someone had a hand in it<br>Long before we ever knew | I tip my hat to the keeper of the stars<br>He sure knew what he was doin'<br>When he joined these two hearts<br>I hold everything<br>When I hold you in my arms<br>I've got all I'll ever need<br>Thanks to the keeper of the stars<br><br>Soft moonlight on your face oh how you shine<br>It takes my breath away<br>Just to look into your eyes<br>I know I don't deserve a treasure like you<br>There really are no words<br>To show my gratitude<br><br>So I tip my hat to the keeper of the stars<br>He sure knew what he was doin'<br>When he joined these two hearts<br>I hold everything<br>When I hold you in my arms<br>I've got all I'll ever need<br>Thanks to the keeper of the stars<br><br>It was no accident me finding you<br>Someone had a hand in it<br>Long before we ever knew |

11641 - "How Soon Is Now?" by The Smiths

| LyricFind | Claude |
|---|---|
| I am the son<br>And the heir<br>Of a shyness that is criminally vulgar<br>I am the son and heir<br>Of nothing in particular<br><br>You shut your mouth<br>How can you say<br>I go about things the wrong way?<br>I am human and I need to be loved<br>Just like everybody else does<br><br>I am the son<br>And the heir<br>Of a shyness that is criminally vulgar | I am the son<br>And the heir<br>Of a shyness that is criminally vulgar<br>I am the son and heir<br>Of nothing in particular<br><br>You shut your mouth<br>How can you say<br>I go about things the wrong way<br>I am human and I need to be loved<br>Just like everybody else does<br><br>I am the son<br>And the heir<br>Of a shyness that is criminally vulgar |

| | |
|---|---|
| I am the son and heir<br>Of nothing in particular<br><br>You shut your mouth<br>How can you say<br>I go about things the wrong way?<br>I am human and I need to be loved<br>Just like everybody else does<br><br>There's a club if you'd like to go<br>You could meet somebody who really loves you<br>So you go and you stand on your own<br>And you leave on your own<br>And you go home and you cry<br>And you want to die<br><br>When you say it's gonna happen now<br>When exactly do you mean?<br>See I've already waited too long<br>And all my hope is gone<br><br>You shut your mouth<br>How can you say<br>I go about things the wrong way?<br>I am human and I need to be loved<br>Just like everybody else does | I am the son and heir<br>Of nothing in particular<br><br>You shut your mouth<br>How can you say<br>I go about things the wrong way<br>I am human and I need to be loved<br>Just like everybody else does<br><br>There's a club if you'd like to go<br>You could meet somebody who really loves you<br>So you go, and you stand on your own<br>And you leave on your own<br>And you go home, and you cry<br>And you want to die<br><br>When you say it's gonna happen "now"<br>Well, when exactly do you mean?<br>See I've already waited too long<br>And all my hope is gone<br><br>You shut your mouth<br>How can you say<br>I go about things the wrong way<br>I am human and I need to be loved<br>Just like everybody else does |

11645 - "Mona Lisas and Mad Hatters" by Elton John

| LyricFind | Claude |
|---|---|
| And now I know<br>Spanish Harlem are not just pretty words to say<br>I thought I knew<br>But now I know that rose trees never grow<br>In New York City<br><br>Until you've seen this trash can dream come true<br>You stand at the edge while people run you through<br>And I thank the Lord<br>There's people out there like you<br>I thank the Lord there's people out there like you<br><br>While Mona Lisas and Mad Hatters | Now I know<br>Spanish Harlem are not just pretty words to say<br>I thought I knew<br>But now I know that rose trees never grow in<br>New York City<br><br>Until you've seen this trash can dream come true<br>You stand at the edge while people run you through<br>And I thank the Lord there's people out there like you<br>I thank the Lord there's people out there like you<br><br>While Mona Lisas and Mad Hatters |

Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

This Broadway's got
It's got a lot of songs to sing
If I knew the tunes I might join in
I'll go my way alone
Grow my own, my own seeds shall be sown, in
New York City

Subway's no way for a good man to go down
Rich man can ride and the hobo he can drown
And I thank the Lord for the people I have
found
I thank the Lord for the people I have found

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

And now I know
Spanish Harlem are not just pretty words to say
I thought I knew
But now I know that rose trees never grow
In New York City

Subway's no way for a good man to go down
Rich man can ride and the hobo he can drown
And I thank the Lord for the people I have
found
I thank the Lord for the people I have found

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light
They know not if it's dark outside or light

Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

This Broadway's got
It's got a lot of songs to sing
If I knew the tunes I might join in
I'll go my way alone
Grow my own, my own seeds shall be sown in
New York City

Subway's no way for a good man to go down
Rich man can ride and the hobo he can drown
And I thank the Lord for the people I have
found
I thank the Lord for the people I have found

While Mona Lisas and Mad Hatters
Sons of bankers, sons of lawyers
Turn around and say good morning to the night
For unless they see the sky
But they can't and that is why
They know not if it's dark outside or light

This Broadway's got
It's got a lot of songs to sing
If I knew the tunes I might join in
I'll go my way alone
Grow my own, my own seeds shall be sown in
New York City
New York City

11865 - "Green Eyes" by Coldplay

| LyricFind | Claude |
|---|---|
| Honey you are a rock<br>Upon which I stand<br>And I come here to talk<br>I hope you understand<br><br>That green eyes<br>Yeah the spotlight, shines upon you<br>And how could anybody deny you<br><br>I came here with a load<br>And it feels so much lighter<br>Now I met you<br>And honey you should know<br>That I could never go on without you<br>Green eyes<br><br>Honey you are the sea<br>Upon which I float<br>And I came here to talk<br>I think you should know<br><br>That green eyes<br>You're the one that I wanted to find<br>And anyone who tried to deny you<br>Must be out of their mind<br><br>Because I came here with a load<br>And it feels so much lighter<br>Since I met you<br>And honey you should know<br>That I could never go on without you<br><br>Green eyes<br>Green eyes<br>Oh, oh, oh, oh<br>Oh, oh, oh, oh<br>Oh, oh, oh, oh<br><br>Honey you are the rock<br>Upon which I stand | Honey you are a rock<br>Upon which I stand<br>And I come here to talk<br>I hope you understand<br><br>The green eyes, yeah the spotlight, shines upon you<br>And how could, anybody, deny you<br><br>I came here with a load<br>And it feels so much lighter now I met you<br>And honey you should know<br>That I could never go on without you<br>Green eyes<br><br>Honey you are the sea<br>Upon which I float<br>And I came here to talk<br>I think you should know<br><br>The green eyes, you're the one that I wanted to find<br>And anyone who tried to deny you, must be out of their mind<br><br>Because I came here with a load<br>And it feels so much lighter since I met you<br>Honey you should know<br>That I could never go on without you<br><br>Green eyes, green eyes<br>Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh<br><br>Honey you are a rock<br>Upon which I stand |

11879 - "Shiver" by Coldplay

| LyricFind | Claude |
|---|---|
| | |

So I look in your direction
But you pay me no attention, do you?
I know you don't listen to me
'Cause you say you see straight through me,
don't you?

But on and on, from the moment I wake
To the moment I sleep
I'll be there by your side
Just you try and stop me
I'll be waiting in line
Just to see if you care

Oh-oh
Did you want me to change?
Well I changed for good
And I want you to know
That you'll always get your way
I wanted to say

Don't you shiver
Shiver
Sing it loud and clear

I'll always be waiting for you

So you know how much I need you
But you never even see me, do you?
And is this my final chance of getting you?

But on and on, from the moment I wake
To the moment I sleep
I'll be there by your side
Just you try and stop me
I'll be waiting in line
Just to see if you care, if you care

Oh-oh
Did you want me to change?
Well I changed for good
And I want you to know
That you'll always get your way
I wanted to say

Don't you shiver
Don't you shiver
Sing it loud and clear

I'll always be waiting for you

So I look in your direction,
But you pay me no attention, do you?
I know you don't listen to me
'Cause you say you see straight through me,
don't you?

And on and on
From the moment I wake, to the moment I
sleep
I'll be there by your side, just you try and stop
me
I'll be waiting in line, just to see if you care

Did you want me to change?
Well I changed for good
And I want you to know that you'll always get
your way
I wanted to say

Don't you shiver?
Shiver
Sing it loud and clear

I'll always be waiting for you

So you know how much I need ya
But you never even see me, do you?
And this is my final chance of getting you

And on and on
From the moment I wake, to the moment I
sleep
I'll be there by your side, just you try and stop
me
I'll be waiting in line, just to see if you care

Did you want me to change?
Well I changed for good
And I want you to know that you'll always get
your way
I wanted to say

Don't you shiver?
Shiver
Sing it loud and clear

I'll always be waiting for you

| | |
|---|---|
| Yeah, I'll always be waiting for you<br>Yeah, I'll always be waiting for you<br>Yeah, I'll always be waiting for you<br>For you, I will always be waiting<br><br>And it's you I see, but you don't see me<br>And it's you I hear, so loud and so clear<br>I sing it loud and clear<br>And I'll always be waiting for you<br><br>So I look in your direction<br>But you pay me no attention<br>And you know how much I need you<br>But you never even see me | Yeah I'll always be waiting for you<br>Yeah I'll always be waiting for you<br>Yeah I'll always be waiting for you, for you<br>I will always be waiting<br><br>And it's you I see, but you don't see me<br>And it's you I hear, so loud and so clear<br>I sing it loud and clear<br>And I'll always be waiting for you<br><br>So I look in your direction<br>And you pay me no attention<br>And you know how much I need you<br>But you never even see me |

11913 - "Cruel to Be Kind" by Nick Lowe

| LyricFind | Claude |
|---|---|
| Oh I can't take another heartache<br>Though you say you're my friend, I'm at my wit's end<br>You say your love is bonafide, but that don't coincide<br>With the things that you do<br>And when I ask you to be nice, you say<br><br>You've gotta be cruel to be kind, in the right measure<br>Cruel to be kind, it's a very good sign<br>Cruel to be kind, means that I love you, baby<br>(You've gotta be cruel)<br>You gotta be cruel to be kind<br><br>Well I do my best to understand dear<br>But you still mystify and I want to know why<br>I pick myself up off the ground<br>To have you knock me back down, again and again<br>And when I ask you to explain, you say<br><br>You've gotta be cruel to be kind, in the right measure<br>Cruel to be kind, it's a very good sign<br>Cruel to be kind, means that I love you, baby<br>(You've gotta be cruel)<br>You gotta be cruel to be kind | Oh I can't take another heartache<br>Though you say you're my friend<br>I'm at my wit's end<br>You say your love is bonafide<br>But that don't coincide with the things that you do<br>And when I ask you to be nice<br>You say you gotta be cruel to be kind, in the right measure<br>Cruel to be kind, it's a very good sign<br>Cruel to be kind, means that I love you<br>Baby, you gotta be cruel to be kind<br><br>Well I do my best to understand dear<br>But you still mystify<br>And I want to know why<br>I pick myself up off the ground<br>To have you knock me back down<br>Again and again<br>And when I ask you to explain<br>You say you gotta be cruel to be kind, in the right measure<br>Cruel to be kind, it's a very good sign<br>Cruel to be kind, means that I love you<br>Baby, you gotta be cruel to be kind |

| | |
|---|---|
| Well I do my best to understand dear<br>But you still mystify and I want to know why<br>I pick myself up off the ground<br>To have you knock me back down, again and again<br>And when I ask you to explain, you say<br><br>You've gotta be cruel to be kind, in the right measure<br>Cruel to be kind, it's a very good sign<br>Cruel to be kind, means that I love you baby<br>(You've gotta be cruel)<br>You gotta be cruel to be kind<br><br>(Cruel to be kind), oh in the right measure<br>(Cruel to be kind), it's a very very very good sign<br>(Cruel to be kind), it means that I love you, baby<br>(You've gotta be cruel)<br>You gotta be cruel to be kind<br><br>(Cruel to be kind), oh in the right measure<br>(Cruel to be kind), yes it's a very very very good sign<br>(Cruel to be kind), it means that I love you, baby<br>(You've gotta be cruel)<br>You gotta be cruel to be kind<br><br>(Cruel to be kind), oh in the right measure<br>(Cruel to be kind), yes it's a very very very good sign<br>(Cruel to be kind), it means that I love you | Well I do my best to understand dear<br>But you still mystify<br>And I want to know why<br>I pick myself up off the ground<br>To have you knock me back down<br>Again and again<br>And when I ask you to explain<br>You say you gotta be cruel to be kind, in the right measure<br>Cruel to be kind, it's a very good sign<br>Cruel to be kind, means that I love you<br>Baby, you gotta be cruel to be kind |

11979 - "Girls Just Want To Have Fun" by Cyndi Lauper

| LyricFind | Claude |
|---|---|
| I come home in the morning light<br>My mother says, "When you gonna live your life right?"<br>Oh, mother dear we're not the fortunate ones<br>And girls, they wanna have fun<br>Oh, girls just want to have fun | I come home in the morning light<br>My mother says when you gonna live your life right<br>Oh mother dear we're not the fortunate ones<br>And girls they want to have fun<br>Oh girls just want to have fun |

The phone rings in the middle of the night
My father yells, "What you gonna do with your life?"
Oh, daddy dear, you know you're still number one
But girls, they wanna have fun
Oh, girls just want to have

That's all they really want
Some fun
When the working day is done
Oh, girls, they wanna have fun
Oh, girls just wanna have fun (girls, they wanna, wanna have fun, girls wanna have)

Some boys take a beautiful girl
And hide her away from the rest of the world
I want to be the one to walk in the sun
Oh, girls, they wanna have fun
Oh, girls just wanna have

That's all they really want
Some fun
When the working day is done
Oh, girls, they wanna have fun
Oh, girls just want to have fun (girls, they wanna, wanna have fun, girls wanna have)

They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girl (girls just wanna have fun)
Girls just wanna have fun
They just wanna, they just wanna
They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girl (girls just wanna have fun)
Girls just want to have fun

When the working
When the working day is done
Oh, when the working day is done, oh girls
Girls just wanna have fun, everybody

They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girls (girls just wanna have fun)
Girls just want to have fun

(They just wanna, they just wanna) when the

The phone rings in the middle of the night
My father yells what you gonna do with your life
Oh daddy dear you know you're still number one
But girls they want to have fun
Oh girls just want to have

That's all they really want
Some fun
When the working day is done
Girls - they want to have fun
Oh girls just want to have fun

Some boys take a beautiful girl
And hide her away from the rest of the world
I want to be the one to walk in the sun
Oh girls they want to have fun
Oh girls just want to have

That's all they really want
Some fun
When the working day is done
Girls - they want to have fun
Oh girls just want to have fun,

They want to have fun,
They want to have fun...

working
When the working day is done (they just wanna, they just wanna)
Oh, when the working day is done, oh girl (girls just wanna have fun)
Girls just wanna have fun (they just wanna, they just wanna)

11980 - "God Save the Queen (No Future)" by Sex Pistols

| LyricFind | Claude |
|---|---|
| God save the queen<br>The fascist regime<br>They made you a moron<br>A potential H bomb<br><br>God save the queen<br>She's not a human being<br>and There's no future<br>And England's dreaming<br><br>Don't be told what you want<br>Don't be told what you need<br>There's no future<br>No future<br>No future for you<br><br>God save the queen<br>We mean it man<br>We love our queen<br>God saves<br><br>God save the queen<br>'Cause tourists are money<br>And our figurehead<br>Is not what she seems<br><br>Oh God save history<br>God save your mad parade<br>Oh Lord God have mercy<br>All crimes are paid<br><br>Oh when there's no future<br>How can there be sin<br>We're the flowers<br>In the dustbin | God save the queen<br>The fascist regime<br>They made you a moron<br>A potential H bomb<br><br>God save the queen<br>She's not a human being<br>And there's no future<br>In England's dreaming<br><br>Don't be told what you want<br>Don't be told what you need<br>There's no future<br>No future<br>No future for you<br><br>God save the queen<br>We mean it man<br>We love our queen<br>God saves<br><br>God save the queen<br>'Cause tourists are money<br>And our figurehead<br>Is not what she seems<br><br>Oh God save history<br>God save your mad parade<br>Oh Lord God have mercy<br>All crimes are paid<br><br>When there's no future<br>How can there be sin<br>We're the flowers<br>In the dustbin |

| | |
|---|---|
| We're the poison | We're the poison |
| In your human machine | In your human machine |
| We're the future | We're the future |
| Your future | Your future |
| | |
| God save the queen | God save the queen |
| We mean it man | We mean it man |
| We love our queen | We love our queen |
| God saves | God saves |
| | |
| God save the queen | God save the queen |
| We mean it man | We mean it man |
| There's no future | And there is no future |
| In England's dreaming God save the queen | In England's dreaming |
| | |
| No future | No future |
| No future | No future |
| No future for you | No future for you |
| | |
| No future | No future |
| No future | No future |
| No future for me | No future for me |
| | |
| No future | No future |
| No future | No future |
| No future for you | No future for you |

11983 - "Talk" by Coldplay

| LyricFind | Claude |
|---|---|
| Oh brother, I can't, I can't get through | Oh brother I can't, I can't get through |
| I've been trying hard to reach you 'cause I don' know what to do | I've been trying hard to reach you 'cause I don't know what to do |
| Oh brother, I can't believe it's true | Oh brother I can't believe it's true |
| I'm so scared about the future, and I wanna talk to you | I'm so scared about the future and I wanna talk to you |
| Oh, I wanna talk to you | Oh I wanna talk to you |
| | |
| You can take a picture of something you see | You can take a picture of something you see |
| In the future where will I be? | In the future where will I be? |
| You can climb a ladder up to the sun | You can climb a ladder up to the sun |
| Or a write a song nobody has sung | Or write a song nobody has sung |
| Or do something that's never been done | Or do something that's never been done |
| | |
| Are you lost or incomplete? | Are you lost or incomplete? |
| Do you feel like a puzzle, you can't find your | Do you feel like a puzzle, you can't find your |

| | |
|---|---|
| missing piece?<br>Tell me, how do you feel?<br>Well, I feel like they're talking in a language I don't speak<br>And they're talking it to me<br><br>So you take a picture of something you see<br>In the future where will I be?<br>You can climb a ladder up to the sun<br>Or write a song nobody has sung<br>Or do something that's never been done<br>Or do something that's never been done<br><br>So you don't know where you're going and you wanna talk<br>And you feel like you're going where you've been before<br>You tell anyone who'll listen, but you feel ignored<br>Nothing's really making any sense at all, let's talk<br>Let's talk, let's talk, let's talk | missing piece?<br>Tell me how you feel<br>Well I feel like they're talking in a language I don't speak<br>And they're talking it to me<br><br>So you take a picture of something you see<br>In the future where will I be?<br>You can climb a ladder up to the sun<br>Or write a song nobody has sung<br>Or do something that's never been done<br>Do something that's never been done<br><br>So you don't know where you're going and you wanna talk<br>And you feel like you're going where you've been before<br>You tell anyone who'll listen but you feel ignored<br>Nothing's really making any sense at all, let's talk<br>Let's talk, let's talk, let's talk |

12004 - "White Blank Page" by Mumford & Sons

| LyricFind | Claude |
|---|---|
| Can you lie next to her<br>And give her your heart, your heart<br>As well as your body<br>And can you lie next to her<br>And confess your love, your love<br>As well as your folly<br>And can you kneel before the king<br>And say I'm clean, I'm clean<br><br>Tell me now, where was my fault<br>In loving you with my whole heart<br>Oh tell me now, where was my fault<br>In loving you with my whole heart<br><br>A white blank page and a swelling rage, rage<br>You did not think when you sent me to the brink, to the brink<br>You desired my attention but denied my affections, my affections<br><br>Tell me now, where was my fault | Can you lie next to her<br>And give her your heart, your heart<br>As well as your body<br>And can you lie next to her<br>And confess your love, your love<br>As well as your folly<br>And can you kneel before the king<br>And say I'm clean, I'm clean<br><br>But tell me now, where was my fault<br>In loving you with my whole heart<br>Oh tell me now, where was my fault<br>In loving you with my whole heart<br><br>A white blank page and a swelling rage, rage<br>You did not think when you sent me to the brink, to the brink<br>You desired my attention but denied my affections, my affections<br><br>So tell me now, where was my fault |

| | |
|---|---|
| In loving you with my whole heart<br>Oh tell me now, where was my fault<br>In loving you with my whole heart<br><br>Lead me to the truth and I will follow you with my whole life<br>Lead me to the truth and I will follow you with my whole life | In loving you with my whole heart<br>Oh tell me now, where was my fault<br>In loving you with my whole heart<br><br>Lead me to the truth and I will follow you with my whole life<br>Oh lead me to the truth and I will follow you with my whole life |

12022 - "Ferry Cross the Mersey" by Gerry & The Pacemakers

| LyricFind | Claude |
|---|---|
| Life goes on day after day<br>Hearts torn in every way<br><br>So ferry 'cross the Mersey<br>'Cause this land's the place I love<br>And here I'll stay<br><br>People, they rush everywhere<br>Each with their own secret care<br>So ferry 'cross the Mersey<br>And always take me there<br>The place I love<br><br>People around every corner<br>Seem to smile and say<br>We don't care what your name is, boy<br>We'll never turn you away<br><br>So I'll continue to say<br>Here I always will stay<br><br>So ferry 'cross the Mersey<br>'Cause this land's the place I love<br>And here I'll stay<br>And here I'll stay<br>Here I'll stay | Life goes on day after day<br>Hearts torn in every way<br><br>So ferry 'cross the Mersey<br>'Cause this land's the place I love<br>And here I'll stay<br><br>People they rush everywhere<br>Each with their own secret care<br>So ferry 'cross the Mersey<br>And always take me there<br>The place I love<br><br>People around every corner<br>They seem to smile and say<br>We don't care what your name is boy<br>We'll never turn you away<br><br>So I'll continue to say<br>Here I always will stay<br><br>So ferry 'cross the Mersey<br>'Cause this land's the place I love<br>And here I'll stay<br>And here I'll stay<br>So ferry 'cross the Mersey<br>'Cause this land's the place I love<br>And here I'll stay |

12040 - "She Belongs to Me" by Bob Dylan

| LyricFind | Claude |
|---|---|
| She's got everything she needs, she's an artist | She's got everything she needs |

| | |
|---|---|
| She don't look back<br>She's got everything she needs, she's an artist<br>She don't look back<br>She can take the dark out of the nighttime<br>And paint the daytime black<br><br>You will start out standing<br>Proud to steal her anything she sees<br>You will start out standing<br>Proud to steal her anything she sees<br>But you will wind up peeking through her keyhole<br>Down upon your knees<br><br>She never stumbles, she's got no place to fall<br>She never stumbles, she's got no place to fall<br>She's nobody's child, the law can't touch her at all<br><br>She wears an Egyptian ring, it sparkles before she speaks<br>She wears an Egyptian ring, it sparkles before she speaks<br>She's a hypnotist collector, you are a walking antique<br><br>Bow down to her on Sunday<br>Salute her when her birthday comes<br>Bow down to her on Sunday<br>Salute her when her birthday comes<br>For Halloween, buy her a trumpet<br>And for Christmas, get her a drum | She's an artist, she don't look back<br>She's got everything she needs<br>She's an artist, she don't look back<br>She can take the dark out of the nighttime<br>And paint the daytime black<br><br>You will start out standing<br>Proud to steal her anything she sees<br><br>But you will wind up peeking through her keyhole<br>Down upon your knees<br><br>She never stumbles<br>She's got no place to fall<br>She never stumbles<br>She's got no place to fall<br>She's nobody's child<br>The law can't touch her at all<br><br>She wears an Egyptian ring<br>That sparkles before she speaks<br>She's a hypnotist collector<br>You are a walking antique<br><br>Bow down to her on Sunday<br>Salute her when her birthday comes<br><br><br>For Halloween buy her a trumpet<br>And for Christmas, give her a drum |

12072 - "Adore You" by Harry Styles

| LyricFind | Claude |
|---|---|
| Walk in your rainbow paradise (paradise)<br>Strawberry lipstick state of mind (state of mind)<br>I get so lost inside your eyes<br>Would you believe it?<br><br>You don't have to say you love me<br>You don't have to say nothing | Walk in your rainbow paradise<br>Strawberry lipstick state of mind<br>I get so lost inside your eyes<br>Would you believe it?<br><br>You don't have to say you love me<br>You don't have to say nothing |

| | |
|---|---|
| You don't have to say you're mine | You don't have to say you're mine |
| Honey (ah) | Honey |
| I'd walk through fire for you | I'd walk through fire for you |
| Just let me adore you | Just let me adore you |
| Oh, honey (ah) | Oh honey |
| I'd walk through fire for you | I'd walk through fire for you |
| Just let me adore you | Just let me adore you |
| Like it's the only thing I'll ever do | Like it's the only thing I'll ever do |
| Like it's the only thing I'll ever do | Like it's the only thing I'll ever do |
| You're wonder under summer skies (summer skies) | Your wonder under summer skies |
| Brown skin and lemon over ice | Brown skin and lemon over ice |
| Would you believe it? | Would you believe it? |
| You don't have to say you love me | You don't have to say you love me |
| I just wanna tell you somethin' | I just wanna tell you something |
| Lately you've been on my mind | Lately you've been on my mind |
| Honey (ah) | Honey |
| I'd walk through fire for you | I'd walk through fire for you |
| Just let me adore you | Just let me adore you |
| Oh, honey (ah) | Oh honey |
| I'd walk through fire for you | I'd walk through fire for you |
| Just let me adore you | Just let me adore you |
| Like it's the only thing I'll ever do | Like it's the only thing I'll ever do |
| Like it's the only thing I'll ever do | Like it's the only thing I'll ever do |
| (It's the only thing I'll ever do) | It's the only thing I'll ever do |
| (It's the only thing I'll ever do) | It's the only thing I'll ever do |
| (It's the only thing I'll ever do) | |
| (It's the only thing I'll ever do) | |
| (It's the only thing I'll ever do) | |
| (It's the only thing I'll ever do) | |
| (It's the only thing I'll ever do) | |
| (It's the only thing I'll ever do) | |
| I'd walk through fire for you | I'd walk through fire for you |
| Just let me adore you | Just let me adore you |
| Oh, honey (ah) | Oh honey |
| I'd walk through fire for you | I'd walk through fire for you |
| Just let me adore you | Just let me adore you |
| Like it's the only thing I'll ever do | Like it's the only thing I'll ever do |
| (Ah) | Like it's the only thing I'll ever do |
| I'd walk through fire for you | |
| Just let me adore you | You don't have to say you love me |
| Oh, honey (ah) | Just let me adore you |
| Oh, honey | |

| | |
|---|---|
| I'd walk through fire for you<br>Just let me adore you<br><br>(Oh) oh, honey<br>(Oh)<br>Just let me adore you<br>Like it's the only thing I'll ever do | |

12091 - "Meant To Be" by Bebe Rexha

| LyricFind | Claude |
|---|---|
| Baby, lay on back and relax<br>Kick your pretty feet up on my dash<br>No need to go nowhere fast<br>Let's enjoy right here where we at<br>Who knows where this road is supposed to lead<br>We got nothing but time<br>As long as you're right here next to me<br>Everything's gonna be alright<br><br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>So, won't you ride with me, ride with me?<br>See where this thing goes<br>If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be<br><br>I don't mean to be so uptight<br>But my heart's been hurt a couple times<br>By a couple guys that didn't treat me right<br>I ain't gonna lie, ain't gonna lie<br>'Cause I'm tired of the fake love, show me what you're made of<br>Boy, make me believe<br>Whoa, hold up, girl, don't you know you're beautiful?<br>And it's easy to see<br><br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>So, won't you ride with me, ride with me?<br>See where this thing goes | Baby, lay on back and relax, kick your pretty feet up on my dash<br>No need to go nowhere fast, let's enjoy right here where we at<br>Who knows where this road is supposed to lead<br>We got nothing but time<br>As long as you're right here next to me,<br>everything's gonna be alright<br><br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>So, won't you ride with me, ride with me?<br>See where this thing goes<br>If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be<br><br>I don't mean to be so uptight, but my heart's been hurt a couple times<br>By a couple guys that didn't treat me right<br>I ain't gonna lie, ain't gonna lie<br>'Cause I'm tired of the fake love, show me what you're made of<br>Boy, make me believe<br>Hold up, girl, don't you know you're beautiful?<br>And it's easy to see<br><br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>So, won't you ride with me, ride with me?<br>See where this thing goes |

| | |
|---|---|
| If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be<br><br>So, come on, ride with me, ride with me<br>See where this thing goes<br>So, come on, ride with me, ride with me<br>Baby, if it's meant to be<br><br>Maybe we do<br>Maybe we don't<br>Maybe we will<br>Maybe we won't<br><br>But if it's meant to be, it'll be, it'll be<br>Baby, just let it be (sing it, Bebe)<br>If it's meant to be, it'll be, it'll be (come on)<br>Baby, just let it be (let's go)<br>So, won't you ride with me, ride with me?<br>See where this thing goes<br>If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be (yeah)<br><br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be (mm) | If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be<br><br><br><br><br><br>Maybe we do<br>Maybe we don't<br>Maybe we will<br>Maybe we won't<br><br>But if it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>If it's meant to be, it'll be, it'll be<br>Baby, just let it be<br>So, come on ride with me, ride with me<br>See where this thing goes<br>If it's meant to be, it'll be, it'll be<br>Baby, if it's meant to be<br><br>If it's meant to be |

12111 - "Maps" by Maroon 5

| LyricFind | Claude |
|---|---|
| I miss the taste of a sweeter life<br>I miss the conversation<br>I'm searching for a song tonight<br>I'm changing all of the stations<br>I like to think that we had it all<br>We drew a map to a better place<br>But on that road I took a fall<br>Oh baby, why did you run away?<br><br>I was there for you<br>In your darkest times<br>I was there for you<br>In your darkest nights<br><br>But I wonder, where were you?<br>When I was at my worst<br>Down on my knees | I miss the taste of a sweeter life<br>I miss the conversation<br>I'm searching for a song tonight<br>I'm changing all of the stations<br>I like to think that we had it all<br>We drew a map to a better place<br>But on that road I took a fall<br>Oh baby why did you run away?<br><br>I was there for you<br>In your darkest times<br>I was there for you<br>In your darkest nights<br><br>But I wonder where were you?<br>When I was at my worst<br>Down on my knees |

And you said you had my back
So I wonder, where were you?
All the roads you took came back to me
So I'm following the map that leads to you

The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following

I hear your voice in my sleep at night
Hard to resist temptation
Because something strange has come over me
Now I can't get over you
No, I just can't get over you, ooh

I was there for you
In your darkest times
I was there for you
In your darkest nights

But I wonder, where were you?
When I was at my worst
Down on my knees
And you said you had my back
So I wonder, where were you?
All the roads you took came back to me
So I'm following the map that leads to you

The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you

Oh, oh, oh, ah
Oh, oh, oh, ah
Yeah, yeah, yeah, ah
Oh, oh, mmm, ah

Oh, I was there for you
Oh, in your darkest times

---

And you said you had my back
So I wonder where were you?
When all the roads you took came back to me
So I'm following the map that leads to you

The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following

I hear your voice in my sleep at night
Hard to resist temptation
'Cause something strange has come over me
And now I can't get over you
No, I just can't get over you

I was there for you
In your darkest times
I was there for you
In your darkest nights

But I wonder where were you?
When I was at my worst
Down on my knees
And you said you had my back
So I wonder where were you?
When all the roads you took came back to me
So I'm following the map that leads to you

The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following to you
The map that leads to you
Ain't nothing I can do
The map that leads to you
Following, following, following

Oh oh oh
Oh oh oh
Yeah yeah yeah
Oh oh oh

| | |
|---|---|
| Oh, I was there for you<br>Oh, in your darkest nights<br><br>Oh, I was there for you<br>Oh, in your darkest times<br>Oh, I was there for you<br>Oh, in your darkest nights<br><br>But I wonder, where were you?<br>When I was at my worst<br>Down on my knees<br>And you said you had my back<br>So I wonder, where were you?<br>All the roads you took came back to me<br>So I'm following the map that leads to you<br>The map that leads to you<br>Ain't nothing I can do<br>The map that leads to you<br>Following, following, following to you<br>The map that leads to you<br>Ain't nothing I can do<br>The map that leads to you<br>Following, following, following | So I'm following the map that leads to you<br>The map that leads to you<br>Ain't nothing I can do<br>The map that leads to you<br>Following, following, following to you<br>The map that leads to you<br>Ain't nothing I can do<br>The map that leads to you |

12114 - "Roar" by Katy Perry

| LyricFind | Claude |
|---|---|
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear<br>me roar | I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br><br>Like thunder gonna shake the ground<br>You held me down, but I got up<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br>I got the eye of the tiger, a fighter, dancing<br>through the fire<br>'Cause I am a champion and you're gonna hear<br>me roar |

Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Now I'm floatin' like a butterfly
Stinging like a bee, I earned my stripes
I went from zero, to my own hero

You held me down, but I got up (hey)
Already brushing off the dust
You hear my voice, you hear that sound
Like thunder, gonna shake the ground
You held me down, but I got up (hey)
Get ready 'cause I've had enough
I see it all, I see it now

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Louder, louder than a lion
'Cause I am a champion and you're gonna hear me roar

Oh oh oh oh oh oh oh
Oh oh oh oh oh oh oh
Oh oh oh oh oh oh oh
You're gonna hear me roar

Now I'm floating like a butterfly
Stinging like a bee I earned my stripes
I went from zero, to my own hero

You held me down, but I got up
Already brushing off the dust
You hear my voice, you hear that sound
Like thunder gonna shake the ground
You held me down, but I got up
Get ready 'cause I've had enough
I see it all, I see it now

I got the eye of the tiger, a fighter, dancing through the fire
'Cause I am a champion and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion and you're gonna hear me roar

Oh oh oh oh oh oh oh
Oh oh oh oh oh oh oh
Oh oh oh oh oh oh oh
You're gonna hear me roar

Oh oh oh oh oh oh oh
You'll hear me roar
Oh oh oh oh oh oh oh
You're gonna hear me roar...

Roar-or, roar-or, roar-or

| | |
|---|---|
| Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (yeah)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (you'll hear me roar)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar | |

12116 - "Die Young" by Ke$ha

| LyricFind | Claude |
|---|---|
| I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms<br>Let's make the most of the night like we're gonna die young<br>We're gonna die young<br>We're gonna die young<br>Let's make the most of the night like we're gonna die young<br><br>Let's make the most of the night like we're gonna die young<br><br>Young hearts, out our minds<br>Runnin' till we outta time<br>Wild childs, lookin' good<br>Livin' hard just like we should<br>Don't care whose watching when we tearing it up (you know)<br>That magic that we got nobody can touch (for sure)<br><br>Looking for some trouble tonight (yeah)<br>Take my hand, I'll show you the wild side<br>Like it's the last night of our lives (uh huh)<br>We'll keep dancing till we die<br><br>I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms<br>Let's make the most of the night like we're gonna die young | I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms,<br>Let's make the most of the night like we're gonna die young<br>We're gonna die young<br>We're gonna die young<br>Let's make the most of the night like we're gonna die young<br><br>Let's make the most of the night like we're gonna die young<br><br>Young hearts, out our minds<br>Running 'til we outta time<br>Wild childs, lookin' good<br>Livin' hard just like we should<br>Don't care who's watching when we tearing it up (You Know)<br>That magic that we got nobody can touch (For sure)<br><br>Looking for some trouble tonight (yeah)<br>Take my hand, I'll show you the wild side<br>Like it's the last night of our lives (uh huh)<br>We'll keep dancing 'til we die<br><br>I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms,<br>Let's make the most of the night like we're gonna die young |

| | |
|---|---|
| We're gonna die young<br>We're gonna die young<br>Let's make the most of the night like we're gonna die young<br><br>Let's make the most of the night like we're gonna die<br><br>Young hunks, taking shots<br>Stripping down to dirty socks<br>Music up, gettin' hot<br>Kiss me, give me all you've got<br>It's pretty obvious that you've got a crush (you know)<br>That magic in your pants, it's making me blush (for sure)<br><br>Looking for some trouble tonight (yeah)<br>Take my hand I'll show you the wild side<br>Like it's the last night of our lives (uh huh)<br>We'll keep dancing till we die (till we die)<br><br>I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms,<br>Let's make the most of the night like we're gonna die young<br><br>I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms<br>Let's make the most of the night like we're gonna die young<br>We're gonna die young<br>We're gonna die young<br>Let's make the most of the night like we're gonna die young | We're gonna die young<br>We're gonna die young<br>Let's make the most of the night like we're gonna die young<br><br>Let's make the most of the night like we're gonna die young<br><br>Young hunks, taking shots<br>Stripping down to dirty socks<br>Music up, gettin' hot<br>Kiss me, give me all you've got<br>It's pretty obvious that you've got a crush (you know)<br>That magic in your pants, it's making me blush (for sure)<br><br>Looking for some trouble tonight<br>Take my hand, I'll show you the wild side<br>Like it's the last night of our lives (uh huh)<br>We'll keep dancing 'til we die<br><br>I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms,<br>Let's make the most of the night like we're gonna die young<br><br>I hear your heart beat to the beat of the drums<br>Oh, what a shame that you came here with someone<br>So while you're here in my arms<br>Let's make the most of the night like we're gonna die young<br>We're gonna die young<br>We're gonna die young<br>Let's make the most of the night like we're gonna die young |

12117 - "Diamonds" by Rihanna

| LyricFind | Claude |
|---|---|
| Shine bright like a diamond<br>Shine bright like a diamond | Shine bright like a diamond<br>Shine bright like a diamond |

| | |
|---|---|
| Find light in the beautiful sea, I choose to be happy | Find light in the beautiful sea |
| | I choose to be happy |
| You and I, you and I, we're like diamonds in the sky | You and I, you and I |
| | We're like diamonds in the sky |
| You're a shooting star I see, a vision of ecstasy | You're a shooting star I see |
| When you hold me, I'm alive | A vision of ecstasy |
| We're like diamonds in the sky | When you hold me, I'm alive |
| | We're like diamonds in the sky |
| | |
| I knew that we'd become one right away | I knew that we'd become one right away |
| Oh, right away | Oh, right away |
| At first sight I felt the energy of sun rays | At first sight I felt the energy of sun rays |
| I saw the life inside your eyes | I saw the life inside your eyes |
| | |
| So shine bright tonight | So shine bright tonight, you and I |
| You and I | We're beautiful like diamonds in the sky |
| We're beautiful like diamonds in the sky | Eye to eye, so alive |
| Eye to eye | We're beautiful like diamonds in the sky |
| So alive | |
| We're beautiful like diamonds in the sky | |
| | |
| Shine bright like a diamond | Shine bright like a diamond |
| Shine bright like a diamond | Shine bright like a diamond |
| Shining bright like a diamond | Shining bright like a diamond |
| We're beautiful like diamonds in the sky | We're beautiful like diamonds in the sky |
| | |
| Shine bright like a diamond | Shine bright like a diamond |
| Shine bright like a diamond | Shine bright like a diamond |
| Shining bright like a diamond | Shining bright like a diamond |
| We're beautiful like diamonds in the sky | We're beautiful like diamonds in the sky |
| | |
| Palms rise to the universe, as we moonshine and molly | Palms rise to the universe |
| | As we moonshine and molly |
| Feel the warmth, we'll never die | Feel the warmth, we'll never die |
| We're like diamonds in the sky | We're like diamonds in the sky |
| | |
| You're a shooting star I see, a vision of ecstasy | You're a shooting star I see |
| When you hold me, I'm alive | A vision of ecstasy |
| We're like diamonds in the sky | When you hold me, I'm alive |
| At first sight I felt the energy of sun rays | We're like diamonds in the sky |
| I saw the life inside your eyes | At first sight I felt the energy of sun rays |
| | I saw the life inside your eyes |
| | |
| So shine bright | So shine bright tonight, you and I |
| Tonight | We're beautiful like diamonds in the sky |
| You and I | Eye to eye, so alive |
| We're beautiful like diamonds in the sky | We're beautiful like diamonds in the sky |
| Eye to eye | |
| So alive | |

| | |
|---|---|
| We're beautiful like diamonds in the sky | |
| | |
| Shine bright like a diamond | Shine bright like a diamond |
| Shine bright like a diamond | Shine bright like a diamond |
| Shining bright like a diamond | Shine bright like a diamond |
| We're beautiful like diamonds in the sky | We're beautiful like diamonds in the sky |
| | |
| Shine bright like a diamond | Shine bright like a diamond |
| Shine bright like a diamond | Shine bright like a diamond |
| Shining bright like a diamond | Shine bright like a diamond |
| We're beautiful like diamonds in the sky | We're beautiful like diamonds in the sky |
| | |
| Shine bright like a diamond | Shine bright like a diamond |
| Shine bright like a diamond | Shine bright like a diamond |
| Shine bright like a diamond | Shine bright like a diamond |
| | |
| So shine bright | |
| Tonight | |
| You and I | |
| We're beautiful like diamonds in the sky | |
| Eye to eye | |
| So alive | |
| We're beautiful like diamonds in the sky | |
| | |
| Shine bright like a diamond | |
| Shine bright like a diamond | |
| Shine bright like a diamond, oh yeah | |
| | |
| Shine bright like a diamond | |
| Shine bright like a diamond | |
| Shine bright like a diamond | |
| | |
| Shine bright like a diamond | |

12122 - "Love You Like a Love Song" by Selena Gomez & The Scene

| LyricFind | Claude |
|---|---|
| It's been said and done | It's been said and done |
| Every beautiful thought's been already sung | Every beautiful thought's been already sung |
| And I guess right now, here's another one | And I guess right now here's another one |
| So your melody will play on and on, with the best of 'em | So your melody will play on and on, with best of 'em |
| You are beautiful, like a dream come alive, incredible | You are beautiful, like a dream come alive, incredible |
| A centerfold miracle, lyrical | A centerfold miracle, lyrical |
| You saved my life again | You've saved my life again |
| And I want you to know, baby | And I want you to know baby |

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hitting repeat-peat-peat-peat-peat-peat (oh)
I, I love you like a love song, baby (oh
I, I love you like a love song, baby (oh)
I, I love you like a love song, baby (oh)
And I keep hitting repeat-peat-peat-peat-peat-peat

Constantly, boy you played through my mind like a symphony
There's no way to describe what you do to me
You just do to me, what you do
And it feels like I've been rescued
I've been set free, I am hypnotized by your destiny
You are magical, lyrical, beautiful
You are, and I want you to know, baby

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hitting repeat-peat-peat-peat-peat-peat (oh)
I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby (I love you, I love you, like a love song)
And I keep hitting repeat-peat-peat-peat-peat-peat

No one compares
You stand alone, to every record I own
Music to my heart that's what you are
A song that goes on and on

I, I love you like a love song, baby
I, I love you like a love song, baby (I love you, I love you)
I, I love you like a love song, baby (like a love

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hittin' re-peat-peat-peat-peat-peat-peat

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hittin' re-peat-peat-peat-peat-peat-peat

Constantly, boy you played through my mind like a symphony
There's no way to describe what you do to me
You just do to me, what you do
And it feels like I've been rescued
I've been set free
I am hypnotized by your destiny
You are magical, lyrical, beautiful
You are... And I want you to know baby

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hittin' re-peat-peat-peat-peat-peat-peat
I, I love you like a (love song baby) love song, baby
I, I love you like a (love song baby) love song, baby
I, I love you (I love you, I love you) like a love song, baby

And I keep hittin' re-peat-peat-peat-peat-peat-peat (like a love song)

No one compares
You stand alone, to every record I own
Music to my heart that's what you are
A song that goes on and on

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby

| | |
|---|---|
| song, like a love song)<br>And I keep hitting repeat-peat-peat-peat-peat-peat<br>I, I love you like a love song, baby (I love you, love song, baby)<br>I, I love you like a love song, baby (I love you, love song, baby)<br>I, I love you like a love song, baby (I love you, I love you)<br>Like a love song | And I keep hittin' re-peat-peat-peat-peat-peat-peat<br>I, I love you like a love song, baby<br>I, I love you like a love song, baby<br>I, I love you like a love song, baby<br><br>I love you...like a love song... |

12124 - "Grenade" by Bruno Mars

| LyricFind | Claude |
|---|---|
| Easy come, easy go, that's just how you live, oh<br>Take, take, take it all, but you never give<br>Shoulda known you was trouble from the first kiss<br>Had your eyes wide open<br>Why were they open? (Ooh-ooh) | Easy come, easy go, that's just how you live<br>Oh, take, take, take it all but you never give<br>Should've known you was trouble from the first kiss<br>Had your eyes wide open, why were they open? |
| Gave you all I had and you tossed it in the trash (ooh-ooh)<br>You tossed it in the trash, you did (ooh-ooh)<br>To give me all your love is all I ever ask<br>'Cause what you don't understand is | Gave you all I had and you tossed it in the trash<br>You tossed it in the trash, you did<br>To give me all your love is all I ever asked<br>'Cause what you don't understand is |
| I'd catch a grenade for ya (yeah, yeah, yeah)<br>Throw my hand on a blade for ya (yeah, yeah, yeah)<br>I'd jump in front of a train for ya (yeah, yeah, yeah)<br>You know I'd do anything for ya (yeah, yeah, yeah) | I'd catch a grenade for ya (yeah, yeah, yeah)<br>Throw my hand on a blade for ya (yeah, yeah, yeah)<br>I'd jump in front of a train for ya (yeah, yeah , yeah)<br>You know I'd do anything for ya (yeah, yeah, yeah) |
| Oh, oh, I would go through all this pain<br>Take a bullet straight through my brain<br>Yes, I would die for ya, baby<br>But you won't do the same | Oh, oh, I would go through all this pain<br>Take a bullet straight through my brain<br>Yes, I would die for ya, baby<br>But you won't do the same |
| No, no, no, no-oh<br>Uh | No, no, no, no |
| Black, black, black and blue<br>Beat me 'til I'm numb<br>Tell the devil I said "Hey" when you get back to where you're from | Black, black, black and blue beat me till I'm numb<br>Tell the devil I said "Hey" when you get back to where you're from |

Mad woman, bad woman
That's just what you are
Yeah, you'll smile in my face then rip the brakes
out my car (ooh-ooh)

Gave you all I had and you tossed it in the trash
(ooh-ooh)
You tossed it in the trash, yes, you did (ooh-ooh)
To give me all your love is all I ever ask
'Cause what you don't understand is

I'd catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah, yeah)
You know I'd do anything for ya (yeah, yeah, yeah)

Oh, oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for ya, baby
But you won't do the same

(No) if my body was on fire
(No) ooh, you'd watch me burn down in flames
(No) you said you loved me, you're a liar
'Cause you never, ever, ever did, baby

But darling, I'd still catch a grenade for ya
(yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah, yeah)
You know I'd do anything for ya (yeah, yeah, yeah)

Ooh-ooh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for ya, baby
But you won't do the same
No, you won't do the same
You wouldn't do the same
Ooh, you'd never do the same
No, no, no, no-oh

Mad woman, bad woman, that's just what you
are
Yeah, you'll smile in my face then rip the brakes
out my car

Gave you all I had and you tossed it in the trash
You tossed it in the trash, yes you did
To give me all your love is all I ever asked
'Cause what you don't understand is

I'd catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah , yeah)
You know I'd do anything for ya (yeah, yeah, yeah)

Oh, oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for you, baby
But you won't do the same

If my body was on fire
Ooh, you'd watch me burn down in flames
You said you loved me, you're a liar
'Cause you never, ever, ever did, baby

But darling, I'd still catch a grenade for ya
(yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah , yeah)
You know I'd do anything for ya (yeah, yeah, yeah)

Oh, oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for you, baby
But you won't do the same
No, you won't do the same
You wouldn't do the same
Ooh, you never do the same
No, no, no, no

12127 - "Tik Tok" by Ke$ha

| LyricFind | Claude |
|---|---|
| Wake up in the mornin' feelin' like P Diddy (hey, what up girl?) Grab my glasses, I'm out the door, I'm gonna hit this city (let's go) Before I leave, brush my teeth with a bottle of Jack 'Cause when I leave for the night, I ain't comin' back | Wake up in the morning feeling like P Diddy (Hey, what up girl?) Grab my glasses, I'm out the door, I'm gonna hit this city (Let's go) Before I leave, brush my teeth with a bottle of Jack 'Cause when I leave for the night, I ain't coming back |
| I'm talkin' pedicure on our toes, toes Tryin' on all our clothes, clothes Boys blowin' up our phones, phones Drop-toppin', playin' our favorite CDs Pullin' up to the parties Tryna get a little bit tipsy | I'm talking pedicure on our toes, toes Trying on all our clothes, clothes Boys blowing up our phones, phones Drop-topping, playing our favorite CDs Pulling up to the parties Trying to get a little bit tipsy |
| Don't stop, make it pop DJ, blow my speakers up Tonight, I'ma fight 'Til we see the sunlight Tick-tock on the clock But the party don't stop, no Oh, whoa, whoa-oh Oh, whoa, whoa-oh Don't stop, make it pop DJ, blow my speakers up Tonight, I'ma fight 'Til we see the sunlight Tick-tock on the clock But the party don't stop, no Oh, whoa, whoa-oh Oh, whoa, whoa-oh | Don't stop, make it pop DJ, blow my speakers up Tonight, I'mma fight 'Til we see the sunlight Tick tock on the clock But the party don't stop, no  Don't stop, make it pop DJ, blow my speakers up Tonight, I'mma fight 'Til we see the sunlight Tick tock, on the clock But the party don't stop, no |
| Ain't got a care in the world, but got plenty of beer Ain't got no money in my pocket, but I'm already here And now the dudes are linin' up 'cause they hear we got swagger But we kick 'em to the curb unless they look like Mick Jagger | Ain't got a care in world, but got plenty of beer Ain't got no money in my pocket, but I'm already here And now, the dudes are lining up cause they hear we got swagger But we kick em to the curb unless they look like Mick Jagger |
| I'm talkin' 'bout everybody gettin' crunk, crunk Boys try to touch my junk, junk | I'm talking about everybody getting crunk, crunk |

Gonna smack him if he gettin' too drunk, drunk
Now, now, we go until they kick us out, out
Or the police shut us down, down
Police shut us down, down
Po-po shut us down

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
You got me now
You got that sound
Yeah, you got me
DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
Put your hands up
Put your hands up

Now, the party don't start 'til I walk in

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh

Boys tryin' to touch my junk, junk
Gonna smack him if he getting too drunk, drunk
Now, now, we go until they kick us out, out
Or the police shut us down, down
Police shut us down, down
Po-po shut us

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
You got me now
You got that sound
Yeah, you got me
DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me

With my hands up
Put your hands up
Put your hands up

Now, the party don't start 'til I walk in

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

| | |
|---|---|
| Oh, whoa, whoa-oh<br>Don't stop, make it pop<br>DJ, blow my speakers up<br>Tonight, I'ma fight<br>'Til we see the sunlight<br>Tick-tock on the clock<br>But the party don't stop, no<br>Oh, whoa, whoa-oh<br>Oh, whoa, whoa-oh | Don't stop, make it pop<br>DJ, blow my speakers up<br>Tonight, I'mma fight<br>'Til we see the sunlight<br>Tick tock on the clock<br>But the party don't stop, no |

12129 - "Hips Don't Lie" by Shakira

| LyricFind | Claude |
|---|---|
| Ladies up in here tonight<br>No fighting<br>We got the refugees up in here (no fighting)<br>No fighting<br>Shakira, Shakira | Ladies up in here tonight<br>No fighting, no fighting<br>We got the refugees up in here<br>No fighting, no fighting<br><br>Shakira, Shakira |
| I never really knew that she could dance like this (hey)<br>She make a man wants to speak Spanish<br>AC—mo se llama? (S'), bonita (s')<br>Mi casa, su casa (Shakira, Shakira) | I never really knew that she could dance like this<br>She makes a man wants to speak Spanish<br>Como se llama (si), bonita (si), mi casa (si, Shakira Shakira), su casa<br>Shakira, Shakira |
| Oh, baby, when you talk like that<br>You make a woman go mad<br>So be wise (s') and keep on (s')<br>Reading the signs of my body (uno, dos, tres, cuatro) | Oh baby when you talk like that<br>You make a woman go mad<br>So be wise and keep on<br>Reading the signs of my body |
| I'm on tonight<br>You know my hips don't lie (no fighting)<br>And I'm starting to feel it's right<br>All the attraction, the tension<br>Don't you see, baby, this is perfection? | And I'm on tonight<br>You know my hips don't lie<br>And I'm starting to feel it's right<br>All the attraction, the tension<br>Don't you see baby, this is perfection |
| Hey, girl, I can see your body moving<br>And it's driving me crazy<br>And I didn't have the slightest idea<br>Until I saw you dancing (yeah)<br>And when you walk up on the dance floor<br>Nobody cannot ignore the way you move your body, girl (just move) | Hey Girl, I can see your body moving<br>And it's driving me crazy<br>And I didn't have the slightest idea<br>Until I saw you dancing<br>And when you walk up on the dance floor<br>Nobody cannot ignore the way you move your body, girl |

| Left | Right |
|---|---|
| And everything so unexpected, the way you right and left it<br>So you can keep on shaking it (let's go)<br><br>I never really knew that she could dance like this<br>She make a man wants to speak Spanish<br>AC—mo se llama? (S'), bonita (s')<br>Mi casa, su casa (Shakira, Shakira)<br><br>Oh, baby, when you talk like that<br>You make a woman go mad<br>So be wise (s') and keep on (s')<br>Reading the signs of my body (no fighting)<br><br>I'm on tonight<br>You know my hips don't lie (no fighting)<br>And I am starting to feel you, boy<br>Come on, let's go, real slow<br>Don't you see, baby, as' es perfecto?<br>They know I am on tonight, my hips don't lie<br>And I'm starting to feel it's right<br>All the attraction, the tension<br>Don't you see, baby, this is perfection? (Shakira, Shakira)<br><br>Oh, boy, I can see your body moving<br>Half animal, half man<br>I don't, don't really know what I'm doing<br>But you seem to have a plan<br>My will and self-restraint<br>Have come to fail now, fail now<br>See, I am doing what I can, but I can't so you know<br>That's a bit too hard to explain (uno, dos, tres, cuatro)<br><br>Baila en la calle de noche (yeah)<br>Baila en la calle de d'a (let's go)<br>Baila en la calle de noche<br>Baila en la calle de d'a<br><br>I never really knew that she could dance like this<br>She make a man wants to speak Spanish<br>AC—mo se llama? (S'), bonita (s') | And everything so unexpected - the way you right and left it<br>So you can keep on shaking it<br><br>I never really knew that she could dance like this<br>She makes a man want to speak Spanish<br>Como se llama (si), bonita (si), mi casa (si, Shakira Shakira), su casa<br>Shakira, Shakira<br><br>Oh baby when you talk like that<br>You make a woman go mad<br>So be wise and keep on<br>Reading the signs of my body<br><br>And I'm on tonight<br>You know my hips don't lie<br>And I am starting to feel you boy<br>Come on lets go, real slow<br>Don't you see baby asi es perfecto<br>Oh I know I am on tonight my hips don't lie<br>And I am starting to feel it's right<br>All the attraction, the tension<br>Don't you see baby, this is perfection<br>Shakira, Shakira<br><br>Oh boy, I can see your body moving<br>Half animal, half man<br>I don't, don't really know what I'm doing<br>But you seem to have a plan<br>My will and self restraint<br>Have come to fail now, fail now<br>See, I am doing what I can, but I can't so you know<br>That's a bit too hard to explain<br><br>Baila en la calle de noche<br>Baila en la calle de día<br>Baila en la calle de noche<br>Baila en la calle de día<br><br>I never really knew that she could dance like this<br>She makes a man want to speak Spanish<br>Como se llama (si), bonita (si), mi casa (si, |

| | |
|---|---|
| Mi casa, su casa (Shakira, Shakira) | Shakira Shakira), su casa<br>Shakira, Shakira |
| Oh, baby, when you talk like that<br>You know you got me hypnotized<br>So be wise (s') and keep on (s')<br>Reading the signs of my body | Oh baby when you talk like that<br>You know you got me hypnotized<br>So be wise and keep on<br>Reading the signs of my body |
| Se-orita, feel the conga<br>Let me see you move like you come from<br>Colombia | Senorita, feel the conga, let me see you move<br>like you come from Colombia |
| (Yeah, oh)<br>Yeah (ladies s') (yeah yeah)<br>(Hey, yeah) | |
| ÁMira en Barranquilla se baila as', say it! (yeah)<br>En Barranquilla se baila as' (yeah) | Mira en Barranquilla se baila así, say it!<br>Mira en Barranquilla se baila así |
| Hey, brra | |
| Yeah, she's so sexy, every man's fantasy<br>A refugee like me back with the Fugees from a<br>third world country<br>I go back like when 'Pac carried crates for<br>Humpty Humpty<br>We leave the whole club dizzy<br>Why the CIA wanna watch us?<br>Colombians and Haitians<br>I ain't guilty, it's a musical transaction<br>Bo bop so bop, no more do we snatch ropes<br>Refugees run the seas 'cause we own our own<br>boats (no fighting) | Yeah<br>She's so sexy every man's fantasy a refugee like<br>me back with the Fugees from a 3rd world<br>country<br>I go back like when 'pac carried crates for<br>Humpty Humpty<br>I need a whole club dizzy<br><br>Why the CIA wanna watch us?<br>Colombians and Haitians<br>I ain't guilty, it's a musical transaction<br>No more do we snatch ropes<br>Refugees run the seas 'cause we own our own<br>boats |
| I'm on tonight, my hips don't lie<br>And I'm starting to feel you, boy<br>Come on, let's go, real slow<br>Baby, like this is perfecto (no fighting) | I'm on tonight, my hips don't lie<br>And I'm starting to feel you boy<br>Come on let's go, real slow<br>Baby, like this is perfecto |
| Oh, you know I'm on tonight, my hips don't lie<br>And I am starting to feel it's right<br>The attraction, the tension<br>Baby, like this is perfection | Oh, you know I am on tonight and my hips<br>don't lie<br>And I am starting to feel it's right<br>The attraction, the tension<br>Baby, like this is perfection |
| No fighting<br>No fighting | No fighting<br>No fighting |

12130 - "What A Wonderful World" by Louis Armstrong

| LyricFind | Claude |
|---|---|
| I see trees of green<br>Red roses too<br>I see them bloom<br>For me and you<br>And I think to myself<br>What a wonderful world | I see trees of green, red roses too<br>I see them bloom for me and you<br>And I think to myself what a wonderful world |
| I see skies of blue<br>And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world | I see skies of blue and clouds of white<br>The bright blessed day, the dark sacred night<br>And I think to myself what a wonderful world |
| The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you | The colors of the rainbow so pretty in the sky<br>Are also on the faces of people going by<br>I see friends shaking hands saying how do you do<br>They're really saying I love you |
| I hear babies cry<br>I watch them grow<br>They'll learn much more<br>Than I'll ever know<br>And I think to myself<br>What a wonderful world<br>Yes, I think to myself<br>What a wonderful world<br>Ooh, yes | I hear babies crying, I watch them grow<br>They'll learn much more than I'll never know<br>And I think to myself what a wonderful world<br><br>Yes, I think to myself what a wonderful world |

12132 - "Time After Time" by Cyndi Lauper

| LyricFind | Claude |
|---|---|
| Lying in my bed I hear the clock tick<br>And think of you<br>Caught up in circles<br>Confusion is nothing new<br>Flashback, warm nights<br>Almost left behind<br>Suitcases of memories<br>Time after | Lying in my bed I hear the clock tick,<br>And think of you<br>Caught up in circles confusion--<br>Is nothing new<br>Flashback--warm nights--<br>Almost left behind<br>Suitcases of memories,<br>Time after-- |

Sometimes you picture me
I'm walking too far ahead
You're calling to me, I can't hear
What you've said
Then you say, go slow
I fall behind
The second hand unwinds

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting
Time after time

After my picture fades and darkness has
Turned to gray
Watching through windows
You're wondering if I'm okay
Secrets stolen from deep inside
The drum beats out of time

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time

You said go slow
I fall behind
The second hand unwinds

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting

Time after time
Time after time
Time after time
Time after time
Time after time

Sometimes you picture me--
I'm walking too far ahead
You're calling to me, I can't hear
What you've said--
Then you say--go slow--
I fall behind--
The second hand unwinds

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

After my picture fades and darkness has
Turned to gray
Watching through windows--you're wondering
If I'm OK
Secrets stolen from deep inside
The drum beats out of time--

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

You said go slow--
I fall behind
The second hand unwinds--

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

If you're lost you can look--and you will find me
Time after time
If you fall I will catch you--I'll be waiting
Time after time

| Time after time<br>Time after time<br>Time after<br>Time | |
|---|---|

12144 - "Bring It On Home To Me" by Sam Cooke

| LyricFind | Claude |
|---|---|
| If you ever change your mind<br>About leaving, leaving me behind<br>(Oh) baby, bring it to me<br>Bring your sweet loving<br>Bring it on home to me<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah) | If you ever change your mind<br>About leaving, leaving me behind<br>Oh, oh, bring it to me<br>Bring your sweet loving<br>Bring it on home to me, yeah yeah |
| I know I laughed when you left<br>But now I know I only hurt myself<br>(Oh) baby, bring it to me<br>Bring your sweet loving<br>Bring it on home to me<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah) | I know I laughed when you left<br>But now I know I only hurt myself<br>Oh, oh, bring it to me<br>Bring your sweet loving<br>Bring it on home to me, yeah yeah |
| I'll give you jewelry and money too<br>That ain't all, that ain't all I'll do for you<br>(Oh) baby, if you bring it to me<br>Bring your sweet loving<br>Bring it on home to me<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah) | I'll give you jewelry and money too<br>That ain't all, that ain't all I'll do for you<br>Oh, oh, bring it to me<br>Bring your sweet loving<br>Bring it on home to me, yeah yeah |
| You know I'll always be your slave<br>'Til I'm buried, buried in my grave<br>Oh, honey bring it to me<br>Bring your sweet loving<br>Bring it on home to me<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br><br>One more thing<br>I tried to treat you right<br>But you stayed out, stayed out at night | You know I'll always be your slave<br>'Til I'm buried, buried in my grave<br>Oh, oh, bring it to me<br>Bring your sweet loving<br>Bring it on home to me, yeah yeah |

| | |
|---|---|
| But I forgive you, bring it to me<br>Bring your sweet loving<br>Bring it on home to me<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah)<br>Yeah (yeah) | Bring it to me<br>Bring your sweet loving<br>Bring it on home to me, yeah yeah |

12213 - "Wild Horses" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Childhood living<br>Is easy to do<br>The things you wanted<br>I bought them for you | Childhood living is easy to do<br>The things you wanted I bought them for you |
| Graceless lady<br>You know who I am<br>You know I can't let you<br>Slide through my hands | Graceless lady you know who I am<br>You know I can't let you slide through my hands |
| Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>Couldn't drag me away | Wild horses couldn't drag me away<br>Wild, wild horses, couldn't drag me away |
| I watched you suffer<br>A dull aching pain<br>Now you've decided<br>To show me the same | I watched you suffer a dull aching pain<br>Now you decided to show me the same |
| No sweeping exit<br>Or offstage lines<br>Could make me feel bitter<br>Or treat you unkind | No sweeping exits or offstage lines<br>Could make me feel bitter or treat you unkind |
| Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>Couldn't drag me away | Wild horses couldn't drag me away<br>Wild, wild horses, couldn't drag me away |

| | |
|---|---|
| I know I've dreamed you<br>A sin and a lie<br>I have my freedom<br>But I don't have much time<br><br>Faith has been broken<br>Tears must be cried<br>Let's do some living<br>After we die<br><br>Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>We'll ride them some day<br><br>Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>We'll ride them some day | I know I dreamed you a sin and a lie<br>I have my freedom but I don't have much time<br><br><br>Faith has been broken, tears must be cried<br>Let's do some living after we die<br><br><br>Wild horses couldn't drag me away<br>Wild, wild horses, we'll ride them some day<br><br><br>Wild horses couldn't drag me away<br>Wild, wild horses, we'll ride them some day |

12327 - "Goodness of God" by Bethel Music

| LyricFind | Claude |
|---|---|
| I love You, Lord<br>Oh, Your mercy never fails me<br>All my days, I've been held in Your hands<br>From the moment that I wake up<br>Until I lay my head<br>Oh, I will sing of the goodness of God<br><br>And all my life You have been faithful<br>And all my life You have been so, so good<br>With every breath that I am able<br>Oh, I will sing of the goodness of God<br><br>I love Your voice<br>You have led me through the fire<br>And in darkest night You are close like no other<br>I've known You as a Father<br>I've known You as a Friend<br>And I have lived in the goodness of God, yeah<br><br>And all my life You have been faithful, oh<br>And all my life You have been so, so good<br>With every breath that I am able | I love You Lord<br>Oh Your mercy never fails me<br>All my days<br>I've been held in Your hands<br>From the moment that I wake up<br>Until I lay my head<br>I will sing of the goodness of God<br><br>All my life You have been faithful<br>All my life You have been so, so good<br>With every breath that I am able<br>I will sing of the goodness of God<br><br>I love Your voice<br>You have led me through the fire<br>In darkest nights You are close like no other<br>You are close like no other<br>I've known You as a Father<br>I've known You as a friend<br>I have lived in the goodness of God<br><br>All my life You have been faithful<br>All my life You have been so, so good<br>With every breath that I am able |

| LyricFind | Claude |
|---|---|
| Oh, I will sing of the goodness of God, yeah | I will sing of the goodness of God |
| 'Cause Your goodness is running after, it's running after me | Your goodness is running after, it's running after me |
| Your goodness is running after, it's running after me | Your goodness is running after, it's running after me |
| With my life laid down, I'm surrendered now I give You everything | With my life laid down, I'm surrendered now, I give You everything |
| 'Cause Your goodness is running after, it's running after me, oh-oh | Your goodness is running after, it's running after me |
| 'Cause Your goodness is running after, it's running after me | |
| Your goodness is running after, it's running after me | |
| With my life laid down, I'm surrendered now I give You everything | |
| 'Cause Your goodness is running after, it keeps running after me | |
| And all my life You have been faithful | All my life You have been faithful |
| And all my life You have been so, so good | All my life You have been so, so good |
| With every breath that I am able | With every breath that I am able |
| Oh, I'm gonna sing of the goodness of God | I will sing of the goodness of God |
| I'm gonna sing, I'm gonna sing | |
| Oh, 'cause | |
| 'Cause all my life You have been faithful | 'Cause all my life You have been faithful |
| And all my life You have been so, so good | And all my life You have been so, so good |
| With every breath that I am able | With every breath that I am able |
| Oh, I'm gonna sing of the goodness of God | I will sing of the goodness of God |
| Oh, I'm gonna sing of the goodness of God | I will sing of the goodness of God |
| We love You for that One for all my days | |

12462 - "All I Wanted" by Paramore

| LyricFind | Claude |
|---|---|
| Think of me when you're out, when you're out there | Think of me when you're out When you're out there |
| I'll beg you nice from my knees | I'll beg you nice from my knees |
| And when the world treats you way too fairly | And when the world treats you way too fairly |
| Well, it's a shame I'm a dream | Well it's a shame I'm a dream |
| All I wanted was you | All I wanted was you |
| All I wanted was you | All I wanted was you |

| | |
|---|---|
| I think I'll pace my apartment a few times<br>And fall asleep on the couch<br>And wake up early to black-and-white reruns<br>That escaped from my mouth (oh, oh)<br><br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br><br>I could follow you to the beginning<br>Just to relive the start<br>And maybe then we'd remember to slow down<br>At all of our favorite parts<br><br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br>All I wanted was you | I think I'll pace my apartment a few times<br>And fall asleep on the couch<br>Wake up early, the black and white re-runs<br>That escape from my mouth, oh<br><br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br><br>I could follow you to the beginning<br>Just to re-live the start<br>Maybe then we'll remember to slow down<br>At all of our favorite parts<br><br>All I wanted was you<br><br>All I wanted was you<br>All I wanted was you<br>All I wanted was you<br><br>All I wanted was you |

12471 - "Beautiful Things" by Gungor

| LyricFind | Claude |
|---|---|
| All this pain<br>I wonder if I'll ever find my way<br>I wonder if my life could really change, at all<br><br>All this earth<br>Could all that is lost ever be found?<br>Could a garden come out from this ground, at all?<br><br>You make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things<br>You make beautiful things out of us<br><br>All around,<br>Hope is springing up from this old ground<br>Out of chaos life is being found, in you<br><br>You make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things | All this pain<br>I wonder if I'll ever find my way<br>I wonder if my life could really change at all<br><br>All this earth<br>Could all that is lost ever be found<br>Could a garden come up from this ground at all<br><br>You make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things<br>You make beautiful things out of us<br><br>All around<br>Hope is springing up from this old ground<br>Out of chaos life is being found in you<br><br>You make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things<br>You make beautiful things out of us |

| | |
|---|---|
| You make beautiful things out of us<br>Oh, you make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things<br>You make beautiful things out of us<br><br>You make me new,<br>You are making me new<br>You make me new,<br>You are making me new<br>(Making me new)<br><br>You make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things<br>You make beautiful things out of us<br>Oh, you make beautiful things<br>You make beautiful things out of the dust<br>You make beautiful things<br>You make beautiful things out of us<br><br>You make me new,<br>You are making me new<br>You make me new,<br>You are making me new | <br><br><br><br><br>You make me new, you are making me new<br><br>You make me new, you are making me new |

12486 - "Come As You Are" by Crowder

| LyricFind | Claude |
|---|---|
| Come out of sadness<br>From wherever you've been<br>Come broken hearted<br>Let rescue begin<br>Come find your mercy<br>Oh sinner come kneel<br>Earth has no sorrow<br>That heaven can't heal<br>Earth has no sorrow<br>That heaven can't heal<br><br>So lay down your burdens<br>Lay down your shame<br>All who are broken<br>Lift up your face<br>Oh wanderer come home<br>You're not too far<br>So lay down your hurt | Come out of sadness from wherever you've been<br>Come broken-hearted let rescue begin<br>Come find your mercy, O sinner come kneel<br>Earth has no sorrow that Heaven can't heal<br><br><br><br><br>So lay down your burdens, lay down your shame<br>All who are broken lift up your face<br>O wanderer come home, you're not too far<br>So lay down your hurt, lay down your heart, come as you are |

| | |
|---|---|
| Lay down your heart<br>Come as you are<br><br>There's hope for the hopeless<br>And all those who've strayed<br>Come sit at the table<br>Come taste the grace<br>There's rest for the weary<br>Rest that endures<br>Earth has no sorrow<br>That heaven can't cure<br><br>So lay down your burdens<br>Lay down your shame<br>All who are broken<br>Lift up your face<br>Oh wanderer come home<br>You're not too far<br>Lay down your hurt lay down your heart<br>Come as you are<br>Come as you are<br>Fall in his arms<br>Come as you are<br>There's joy for the morning<br>Oh sinner be still<br>Earth has no sorrow<br>That heaven can't heal<br>Earth has no sorrow<br>That heaven can't heal<br><br>So lay down your burdens<br>Lay down your shame<br>All who are broken<br>Lift up your face<br>Oh wanderer come home<br>You're not too far<br>So lay down your hurt<br>Lay down your heart<br>Come as you are<br>Come as you are<br>Come as you are<br>Come as you are | There's hope for the hopeless and all those<br>who've strayed<br>Come sit at the table, come taste the grace<br>There's rest for the weary, rest that endures<br>Earth has no sorrow that Heaven can't cure<br><br>So lay down your burdens, lay down your<br>shame<br>All who are broken lift up your face<br>O wanderer come home, you're not too far<br>So lay down your hurt, lay down your heart,<br>come as you are<br>Come as you are, fall in His arms<br>Come as you are<br><br>There's joy for the morning, O sinner be still<br>Earth has no sorrow that Heaven can't heal<br>Earth has no sorrow that Heaven can't heal<br><br>So lay down your burdens, lay down your<br>shame<br>All who are broken lift up your face<br>O wanderer come home, you're not too far<br>So lay down your hurt, lay down your heart,<br>come as you are |

12490 - "Dare You to Move" by Switchfoot

| LyricFind | Claude |
|---|---|
| Welcome to the planet | Welcome to the planet |

Welcome to existence
Everyone's here
Everyone's here
Everybody's watching you now
Everybody waits for you now
What happens next?
What happens next?

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened before

Welcome to the fallout
Welcome to resistance
The tension is here
The tension is here
Between who you are and who you could be
Between how it is and how it should be
Yeah

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened before

Maybe redemption has stories to tell
Maybe forgiveness is right where you fell
Where can you run to escape from yourself?
Where you gonna go?
Where you gonna go?
Salvation is here

I dare you to move
I dare you to move
I dare you to lift yourself
To lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened
Today never happened
Today never happened before

Welcome to existence
Everyone's here
Everyone's here
Everybody's watching you now
Everybody waits for you now
What happens next?
What happens next?

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened before

Welcome to the fallout
Welcome to resistance
The tension is here
The tension is here
Between who you are and who you could be
Between how it is and how it should be

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened

Maybe redemption has stories to tell
Maybe forgiveness is right where you fell
Where can you run to escape from yourself?
Where you gonna go?
Where you gonna go?
Salvation is here

I dare you to move
I dare you to move
I dare you to lift yourself up off the floor
I dare you to move
I dare you to move
Like today never happened
Today never happened
Today never happened
Today never happened before

12502 - "Friends" by Michael W. Smith

| LyricFind | Claude |
|---|---|
| Packing up the dreams God planted<br>In the fertile soil of you<br>Can't believe the hopes He's granted<br>Means a chapter in your life is through<br>But we'll keep you close as always<br>It won't even seem you've gone<br>'Cause our hearts in big and small ways<br>Will keep the love that keeps us strong<br><br>And friends are friends forever<br>If the Lord's the Lord of them<br>And a friend will not say never<br>'Cause the welcome will not end<br>Though it's hard to let you go<br>In the Father's hands we know<br>That a lifetime's not too long<br>To live as friends<br><br>With the faith and love God's given<br>Springing from the hope we know<br>We will pray the joy you'll live in<br>Is the strength that now you show<br>But we'll keep you close as always<br>It won't even seem you've gone<br>'Cause our hearts in big and small ways<br>Will keep the love that keeps us strong<br><br>And friends are friends forever<br>If the Lord's the Lord of them<br>And a friend will not say never<br>'Cause the welcome will not end<br>Though it's hard to let you go<br>In the Father's hands we know<br>That a lifetime's not too long<br>To live as friends<br><br>And friends are friends forever<br>If the Lord's the Lord of them<br>And a friend will not say never<br>'Cause the welcome will not end<br>Though it's hard to let you go<br>In the Father's hands we know<br>That a lifetime's not too long<br>To live as friends | Packing up the dreams God planted<br>In the fertile soil of you<br>Can't believe the hopes He's granted<br>Means a chapter in your life is through<br>But we'll keep you close as always<br>It won't even seem you've gone<br>'Cause our hearts in big and small ways<br>Will keep the love that keeps us strong<br><br>And friends are friends forever<br>If the Lord's the Lord of them<br>And a friend will not say never<br>'Cause the welcome will not end<br>Though it's hard to let you go<br>In the Father's hands we know<br>That a lifetime's not too long<br>To live as friends<br><br>With the faith and love God's given<br>Springing from the hope we know<br>We will pray the joy you live in<br>Is the strength that now you show<br>But we'll keep you close as always<br>It won't even seem you've gone<br>'Cause our hearts in big and small ways<br>Will keep the love that keeps us strong<br><br>And friends are friends forever<br>If the Lord's the Lord of them<br>And a friend will not say never<br>'Cause the welcome will not end<br>Though it's hard to let you go<br>In the Father's hands we know<br>That a lifetime's not too long<br>To live as friends<br><br>And friends are friends forever<br>If the Lord's the Lord of them<br>And a friend will not say never<br>'Cause the welcome will not end<br>Though it's hard to let you go<br>In the Father's hands we know<br>That a lifetime's not too long<br>To live as friends |

| | |
|---|---|
| No, a lifetime's not too long<br>To live as friends | No, a lifetime's not too long<br>To live as friends |

12537 - "I Need You" by LeAnn Rimes

| LyricFind | Claude |
|---|---|
| I don't need a lot of things<br>I can get by with nothing<br>With all the blessings life can bring<br>I've always needed something<br>But I've got all I want<br>When it comes to loving you<br>You're my only reason<br>You're my only truth<br><br>I need you like water<br>Like breath, like rain<br>I need you like mercy<br>From heaven's gate<br>There's a freedom in your arms<br>That carries me through<br>I need you (dada, dada, da), ooh<br>Ooh<br><br>You're the hope that moves me<br>To courage again, oh yeah<br>You're the love that rescues me<br>When the cold winds rage<br>And it's so amazing<br>'Cause that's just how you are<br>And I can't turn back now<br>'Cause you've brought me too far<br><br>I need you like water<br>Like breath, like rain<br>I need you like mercy<br>From Heaven's gate<br>There's a freedom in your arms<br>That carries me through<br>I need you<br>Ooh, yes I do, oh<br><br>I need you like water<br>Like breath, like rain<br>I need you like mercy<br>From Heaven's gate | I don't need a lot of things<br>I can get by with nothing<br>Of all the blessings life can bring<br>I've always needed something<br>But I've got all I want<br>When it comes to loving you<br>You're my only reason<br>You're my only truth<br><br>I need you like water<br>Like breath, like rain<br>I need you like mercy<br>From heaven's gate<br>There's a freedom in your arms<br>That carries me through<br>I need you<br><br>You're the hope that moves me<br>To courage again<br>You're the love that rescues me<br>When the cold winds, rage<br>And it's so amazing<br>'cause that's just how you are<br>And I can't turn back now<br>'cause you've brought me too far<br><br>I need you like water<br>Like breath, like rain<br>I need you like mercy<br>From heaven's gate<br>There's a freedom in your arms<br>That carries me through<br>I need you<br>Oh yes I do<br><br>I need you like water<br>Like breath, like rain<br>I need you like mercy<br>From heaven's gate |

| | |
|---|---|
| There's a freedom in your arms<br>That carries me through<br>I need you (dada, dada, da)<br>Oh, yes I do (dada, dada, da)<br>I need you (dada, dada, da)<br>Oh, ooh-ooh (dada, dada, da)<br>Ooh-ooh (dada, dada, da)<br>I need you, oh (dada, dada, da)<br>(Dada, dada, da)<br>I need you (dada, dada, da) | There's a freedom in your arms<br>That carries me through<br>I need you<br>Oh yes I do<br>I need you |

12539 - "I Will Be Here" by Steven Curtis Chapman

| LyricFind | Claude |
|---|---|
| Tomorrow morning if you wake up,<br>And the sun does not appear<br>I, I will be here<br><br>If in the dark we lose sight of love,<br>Hold my hand, and have no fear<br>Cause I, I will be here<br><br>I will be here when you feel like being quiet<br>When you need to speak your mind,<br>I will listen and<br>I will be here when the laughter turns to cryin'<br>Through the winning, losing and tryin'<br>We'll be together 'cause I will be here<br><br><br>Tomorrow morning if you wake up,<br>And the future is unclear<br>I I will be here<br>As sure as seasons are made for change,<br>Our lifetime's are made for years<br>So, I I will be here<br><br>I will be here and you can cry on my shoulder,<br>When the mirror tells us we're older,<br>I will hold you<br>I will be here to watch you grow in beauty<br>And tell you all the things you are to me<br>I will be here | Tomorrow morning if you wake up<br>And the sun does not appear<br>I, I will be here<br><br>If in the dark we lose sight of love<br>Hold my hand and have no fear<br>'Cause I, I will be here<br><br>I will be here<br>When you feel like being quiet<br>When you need to speak your mind<br>I will listen<br>And I will be here<br>When the laughter turns to cryin'<br>Through the winning, losing and trying<br>We'll be together<br>'Cause I will be here<br><br>Tomorrow morning, if you wake up<br>And the future is unclear<br>I, I will be here<br>As sure as seasons were made for change<br>Our lifetimes were made for these years<br>So I, I will be here<br><br>I will be here<br>And you can cry on my shoulder<br>When the mirror tells us we're older<br>I will hold you<br>And I will be here<br>To watch you grow in beauty<br>And tell you all the things you are to me<br>I will be here |

| | |
|---|---|
| I will be true to the promise I have made<br>To you and to the One who gave you to me<br><br>I I will be here<br><br>And just as sure as seasons are made for change<br>Our lifetime's are made for years<br>So, I I will be here we'll be together<br><br>I will be here | I will be true to the promise I have made<br>To you and to the One who gave you to me<br><br><br><br><br><br>So I, I will be here<br>We'll be together, I will be here |

12553 - "Jesus Messiah" by Chris Tomlin

| LyricFind | Claude |
|---|---|
| He became sin, who knew no sin<br>That we might become His righteousness<br>He humbled himself and carried the cross<br>Love so amazing, love so amazing<br><br>Jesus Messiah, name above all names<br>Blessed redeemer, Emmanuel<br>The rescue for sinners, the ransom from Heaven<br><br>Jesus Messiah, Lord of all<br><br>His body the bread, his blood the wine<br>Broken and poured out all for love<br>The whole earth trembled, and the veil was torn<br>Love so amazing, love so amazing, yeah<br><br>Jesus Messiah, name above all names<br><br>Blessed redeemer, Emmanuel<br>The rescue for sinners, the ransom from Heaven<br><br>Jesus Messiah, Lord of all<br><br>All our hope is in You, all our hope is in You<br><br>All the glory to You, God, the light of the world | He became sin who knew no sin<br>That we might become His righteousness<br>He humbled Himself and carried the cross<br>Love so amazing love so amazing<br><br>Jesus Messiah Name above all names<br>Blessed Redeemer Emmanuel<br>The Rescue for sinners<br>The Ransom from heaven<br>Jesus Messiah Lord of all<br><br>His body the bread His blood the wine<br>Broken and poured out all for love<br>The whole earth trembled and the veil was torn<br>Love so amazing love so amazing<br><br><br><br><br><br><br>All our hope is in You<br>All our hope is in You<br>All the glory to You God<br>The Light of the world<br><br>Jesus Messiah<br>Name above all names<br>Blessed Redeemer Emmanuel |

| | |
|---|---|
| Jesus Messiah, name above all names<br><br>Blessed redeemer, Emmanuel<br>The rescue for sinners, the ransom from Heaven<br><br>Jesus Messiah, Lord of all<br><br>Jesus Messiah, Lord of all<br>You're the Lord of all<br>The Lord of all | The Rescue for sinners<br>The Ransom from heaven<br>Jesus Messiah Lord of all |

12571 - "Lord, I Need You" by Matt Maher

| LyricFind | Claude |
|---|---|
| Lord, I come, I confess<br>Bowing here I find my rest<br>Without You I fall apart<br>You're the One that guides my heart<br><br>Lord, I need You, oh, I need You<br>Every hour I need You<br>My one defense, my righteousness<br>Oh God, how I need You<br><br>Where sin runs deep Your grace is more<br>Where grace is found is where You are<br>Where You are, Lord, I am free<br>Holiness is Christ in me<br><br>Lord, I need You, oh, I need You<br>Every hour I need You<br>My one defense, my righteousness<br>Oh God, how I need You<br><br>So teach my song to rise to You<br>When temptation comes my way<br>When I cannot stand I'll fall on You<br>Jesus, You're my hope and stay<br><br>Lord, I need You, oh, I need You<br>Every hour I need You<br>My one defense, my righteousness<br>Oh God, how I need You<br>You're my one defense, my righteousness<br>Oh God, how I need You<br>My one defense, my righteousness | Lord, I come, I confess<br>Bowing here I find my rest<br>Without You I fall apart<br>You're the One that guides my heart<br><br>Lord, I need You, oh, I need You<br>Every hour I need You<br>My one defense, my righteousness<br>Oh God, how I need You<br><br>Where sin runs deep Your grace is more<br>Where grace is found is where You are<br>And where You are, Lord, I am free<br>Holiness is Christ in me<br><br>Lord, I need You, oh, I need You<br>Every hour I need You<br>My one defense, my righteousness<br>Oh God, how I need You<br><br>So teach my song to rise to You<br>When temptation comes my way<br>And when I cannot stand I'll fall on You<br>Jesus, You're my hope and stay<br><br>Lord, I need You, oh, I need You<br>Every hour I need You<br>My one defense, my righteousness<br>Oh God, how I need You<br>You're my one defense, my righteousness<br>Oh God, how I need You<br>My one defense, my righteousness |

| Oh God, how I need You | Oh God, how I need You |

12574 - "Meant to Live" by Switchfoot

| LyricFind | Claude |
|---|---|
| Fumbling his confidence<br>And wondering why the world has passed him by<br>Hoping that he's bent for more than arguments,<br>And failed attempts to fly, fly<br><br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br>Somewhere we live inside<br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br><br>Dreaming about Providence<br>And whether mice or men have second tries<br>Maybe we've been livin' with our eyes half open<br>Maybe we're bent and broken, broken<br><br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br>Somewhere we live inside<br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br><br>We want more than this world's got to offer<br>We want more than this world's got to offer<br>We want more than the wars of our fathers<br>And everything inside screams for second life<br><br>We were meant to live for so much more<br>Have we lost ourselves?<br>We were meant to live for so much more<br>Have we lost ourselves?<br>We were meant to live for so much more<br>Have we lost ourselves?<br>We were meant to live<br>We were meant to live | Fumbling his confidence<br>And wondering why the world has passed him by<br>Hoping that he's bent for more than arguments<br>And failed attempts to fly, fly<br><br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br>Somewhere we live inside<br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br><br>Dreaming about Providence<br>And whether mice or men have second tries<br>Maybe we've been livin with our eyes half open<br>Maybe we're bent and broken, broken<br><br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br>Somewhere we live inside<br>We were meant to live for so much more<br>Have we lost ourselves?<br>Somewhere we live inside<br><br>We want more than this world's got to offer<br>We want more than this world's got to offer<br>We want more than the wars of our fathers<br>And everything inside screams for second life, yeah<br><br>We were meant to live for so much more<br>Have we lost ourselves?<br>We were meant to live for so much more<br>Have we lost ourselves?<br>We were meant to live for so much more<br>Have we lost ourselves?<br>We were meant to live<br>We were meant to live |

12592 - "Only Hope" by Switchfoot

| LyricFind | Claude |
|---|---|
| There's a song that's inside of my soul<br>It's the one that I've tried to write over and over again<br>I'm awake in the infinite cold<br>But you sing to me over and over again<br><br>So I lay my head back down<br>And I lift my hands and pray<br>To be only yours<br>I pray to be only yours<br>I know now your my only hope<br><br>Sing to me the song of the stars<br>Of your galaxy dancing and laughing and laughing again<br>When it feels like my dreams are so far<br>Sing to me of the plans that you have for me over again<br><br>And I lay my head back down<br>And I lift my hands and pray<br>To be only yours<br>I pray to be only yours<br>I know now your my only hope<br><br>I give you my destiny<br>I'm giving you all of me<br>I want your symphony<br>Singing in all that I am<br>At the top of my lungs<br>I'm giving it back<br><br>So I lay my head back down<br>And I lift my hands and pray<br>To be only yours<br>I pray to be only yours<br>I pray to be only yours<br>I know now your my only hope | There's a song that's inside of my soul<br>It's the one that I've tried to write over and over again<br>I'm awake in the infinite cold<br>But You sing to me over and over and over again<br><br>So I lay my head back down<br>And I lift my hands and pray<br>To be only Yours I pray<br>To be only Yours<br>I know now you're my only hope<br><br>Sing to me the song of the stars<br>Of Your galaxy dancing and laughing and laughing again<br>When it feels like my dreams are so far<br>Sing to me of the plans that You have for me over again<br><br>So I lay my head back down<br>And I lift my hands and pray<br>To be only yours I pray<br>To be only yours<br>I know now you're my only hope<br><br>I give You my destiny<br>I'm giving You all of me<br>I want Your symphony<br>Singing in all that I am<br>At the top of my lungs I'm giving it back<br><br>So I lay my head back down<br>And I lift my hands and pray<br>To be only yours I pray<br>To be only yours I pray<br>To be only yours<br>I know now you're my only hope |

12595 - "Our God" by Chris Tomlin

| LyricFind | Claude |
|---|---|
| | |

| | |
|---|---|
| Water You turned into wine<br>Opened the eyes of the blind<br>There's no one like You<br>None like You<br><br>Into the darkness You shine<br>Out of the ashes we rise<br>There's no one like You<br>None like You<br><br>Our God is greater, our God is stronger<br>God, You are higher than any other<br>Our God is healer, awesome in power<br>Our God, our God<br><br>Into the darkness you shine<br>Out of the ashes we rise<br>There's no one like You<br>None like You<br><br>Our God is greater, our God is stronger<br>God, You are higher than any other<br>Our God is healer, awesome in power<br>Our God, our God<br>Our God is greater, our God is stronger<br>God, You are higher than any other<br>Our God is healer, awesome in power<br>Our God, our God<br><br>And if our God is for us, then who could ever<br>stop us?<br>And if our God is with us, then what can stand<br>against?<br>And if our God is for us, then who could ever<br>stop us<br>And if our God is with us, then what can stand<br>against?<br>Then what could stand against?<br><br>Our God is greater, our God is stronger<br>God, You are higher than any other<br>Our God is healer, awesome in power<br>Our God, our God<br><br>Our God is greater, our God is stronger<br>God, You are higher than any other<br>Our God is healer, awesome in power<br>Our God, our God | Water You turned into wine<br>Opened the eyes of the blind<br>There's no one like you<br>None like you<br><br>Into the darkness You shine<br>Out of the ashes we rise<br>There's no one like you<br>None like you<br><br>Our God is greater, our God is stronger<br>God You are higher than any other<br>Our God is Healer, awesome in power<br>Our God, Our God<br><br>Into the darkness you shining<br>Out of the ashes we Rise<br>No one like you<br>None like you<br><br>Our God is greater, our God is stronger<br>God You are higher than any other<br>Our God is Healer, awesome in power<br>Our God, Our God<br><br><br>And if Our God is for us, then who could ever<br>stop us<br><br>And if our God is with us, then what can stand<br>against<br>And if Our God is for us, then who could ever<br>stop us<br>And if our God is with us, then what can stand<br>against<br>(Then) what can stand against<br><br>Our God is greater, our God is stronger<br>God You are higher than any other<br>Our God is Healer, awesome in power<br>Our God, Our God<br><br>Our God is greater, our God is stronger<br>God You are higher than any other<br>Our God is Healer, awesome in power<br>Our God, Our God |

| | |
|---|---|
| And if our God is for us, then who could ever stop us?<br>And if our God is with us, then what can stand against?<br>And if Our God is for us, then who could ever stop us<br>And if our God is with us, then what can stand against?<br>What could stand against?<br>What can stand against? (what could stand) | And if Our God is for us, then who could ever stop us<br>And if our God is with us, then what can stand against<br>And if Our God is for us, then who can ever stop us<br>And if our God is with us, then what can stand against<br>Then what can stand against |

12603 - "People Need The Lord" by Steve Green

| LyricFind | Claude |
|---|---|
| Everyday they pass me by<br>I can see it in their eyes<br>Empty people filled with care<br>Headed who knows where<br>On they go through private pain<br>Living fear to fear<br>Laughter hides their silent cries<br>Only Jesus hears<br><br>People need the Lord, people need the Lord<br>At the end of broken dreams, He's the open door<br>People need the Lord, people need the Lord<br>When will we realize people need the Lord?<br><br>We are called to take His light<br>To a world where wrong seems right<br>What could be too great a cost<br>For sharing life with one who's lost?<br>Through His love our hearts can feel<br>All the grief they bear<br>They must hear the words of life<br>Only we can share<br><br>People need the Lord, people need the Lord<br>At the end of broken dreams, He's the open door<br>People need the Lord, people need the Lord<br>When will we realize that we must give our lives?<br>For people need the Lord, people need the Lord | Everyday they pass me by<br>I can see it in their eyes<br>Empty people filled with care<br>Headed who knows where?<br>On they go through private pain<br>Living fear to fear<br>Laughter hides their silent cries<br>Only Jesus hears<br><br>People need the Lord, people need the Lord<br>At the end of broken dreams, He's the open door<br>People need the Lord, people need the Lord<br>When will we realize people need the Lord?<br><br>We are called to take His light<br>To a world where wrong seems right<br>What could be too great a cost<br>For sharing Life with one who's lost?<br>Through His love our hearts can feel<br>All the grief they bear<br>They must hear the Words of Life<br>Only we can share<br><br>People need the Lord, people need the Lord<br>At the end of broken dreams, He's the open door<br>People need the Lord, people need the Lord<br>When will we realize that we must give our lives<br>For people need the Lord |

Case 3:23-cv-01092   Document 50-4   Filed 11/16/23   Page 184 of 184 PageID #: 2245