# Appendix E

## Similar Lyrics with Missing or Different Lyrics

10009 - "Face Down" by Red Jumpsuit Apparatus

| LyricFind | Claude |
|-----------|--------|
| Hey girl you know you drive me crazy<br>One look puts the rhythm in my hand<br>Still I'll never understand why you hang around<br>I see what's going down.<br><br>Cover up with make up in the mirror<br>Tell yourself it's never gonna happen again<br>You cry alone and then he swears he loves you.<br><br>Do you feel like a man<br>When you push her around?<br>Do you feel better now, as she falls to the ground?<br>Well I'll tell you my friend, one day this world's got to end<br>As your lies crumble down, a new life she has found.<br><br>A pebble in the water makes a ripple effect<br>Every action in this world will bear a consequence<br>If you wait around forever you will surely drown<br>I see what's going down.<br><br>I see the way you go and say you're right again,<br>Say you're right again,<br>Heed my lecture.<br><br>Do you feel like a man<br>When you push her around?<br>Do you feel better now, as she falls to the ground?<br>Well I'll tell you my friend, one day this world's got to end<br>As your lies crumble down, a new life she has found.<br><br>Face down in the dirt<br>She said "This doesn't hurt!"<br>She said "I finally had enough!" | Hey, girl, you know you drive me crazy<br>one look puts the rhythm in my hand.<br>Still I'll never understand why you hang around<br>I see what's going down.<br><br>Cover up with makeup in the mirror<br>tell yourself it's never gonna happen again<br>you cry alone and then he swears he loves you.<br><br>Do you feel like a man when you push her around?<br>Do you feel better now as she falls to the ground?<br>Well I'll tell you my friend, one day this world's got to end<br>as your lies crumble down, a new life she has found.<br><br><br><br><br><br><br><br>Face down in the dirt she said,<br>"This doesn't hurt she said<br>I've finally had enough."<br>Face down in the dirt she said, |

| Face down in the dirt | "This doesn't hurt" she said, |
| She said "This doesn't hurt!" | "I've finally had enough." |
| She said "I finally had enough!" | |
| | One day she will tell you that she has had |
| One day she will tell you that she has had | enough |
| enough | it's coming round again. |
| It's coming round again | |
| | |
| Do you feel like a man | |
| When you push her around? | |
| Do you feel better now, as she falls to the | |
| ground? | |
| Well I'll tell you my friend, one day this world's | |
| got to end | |
| As your lies crumble down, a new life she has | |
| found. | |
| | |
| Do you feel like a man | |
| When you push her around? | |
| Do you feel better now, as she falls to the | |
| ground? | |
| Well I'll tell you my friend, one day this world's | |
| got to end | |
| As your lies crumble down, a new life she has | |
| found. | |
| | |
| Face down in the dirt | Face down in the dirt she said, |
| She said "This doesn't hurt!" | "This doesn't hurt" she said |
| She said "I finally had enough!" | I've finally had enough." |
| | |
| | Hey, girl, there he goes again |
| | another glass thrown at the wall |
| | Tell me will this be the last time |
| | you say you're gonna call |
| | the cops again. |
| | |
| | Do you feel like a man... |
| | |
| | Now that he's gone the world will be right |
| | again |
| | come tomorrow morning light the sun will rise. |
| | The sun will rise you're feeling alright 'cause |
| | you know |
| | you'll never be face down in the dirt again. |

10026 - "Friday I'm In Love" by The Cure

| LyricFind | Claude |
|-----------|--------|

I don't care if Monday's blue
Tuesday's grey and Wednesday too
Thursday, I don't care about you
It's Friday, I'm in love
Monday you can fall apart
Tuesday, Wednesday break my heart
Oh, Thursday doesn't even start
It's Friday, I'm in love

Saturday, wait
And Sunday always comes too late
But Friday, never hesitate

I don't care if Monday's black
Tuesday, Wednesday, heart attack
Thursday, never looking back
It's Friday, I'm in love

Monday you can hold your head
Tuesday, Wednesday, stay in bed
Or Thursday watch the walls instead
It's Friday, I'm in love

Saturday, wait
And Sunday always comes too late
But Friday, never hesitate

Dressed up to the eyes
It's a wonderful surprise
To see your shoes and your spirits rise
Throw out your frown
And just smile at the sound
Sleek as a shriek, spinning 'round and 'round
Always take a big bite
It's such a gorgeous sight
To see you eat in the middle of the night
You can never get enough
Enough of this stuff
It's Friday, I'm in love

I don't care if Monday's blue
Tuesday's grey and Wednesday too
Thursday, I don't care about you
It's Friday, I'm in love
Monday you can fall apart
Tuesday, Wednesday, break my heart
Thursday doesn't even start
It's Friday, I'm in love

I don't care if Monday's blue
Tuesday's grey and Wednesday too
Thursday I don't care about you
It's Friday I'm in love

Monday you can fall apart
Tuesday Wednesday break my heart
Thursday doesn't even start
It's Friday I'm in love

Saturday wait
And Sunday always comes too late
But Friday never hesitate...

I don't care if Monday's black
Tuesday Wednesday heart attack
Thursday never looking back
It's Friday I'm in love

Monday you can hold your head
Tuesday Wednesday stay in bed
Or Thursday watch the walls instead
It's Friday I'm in love

Saturday wait
And Sunday always comes too late
But Friday never hesitate...

Dressed up to the eyes
It's a wonderful surprise
To see your shoes and your spirits rise
Throwing out your frown
And just smiling at the sound
And as sleek as a shriek
Spinning round and round
Always take a big bite
It's such a gorgeous sight
To see you eat in the middle of the night
You're the bird I'd be
If I could fly so high.

| | |
|---|---|
| (Oh)<br>Do-do, do-do, do-do, do<br>Do-do, do-do, do-do, do<br>(Oh, oh, whoa, whoa) | |

10028 - "And I Love You So" by Perry Como

| LyricFind | Claude |
|---|---|
| And I love you so<br>The people ask me how<br>How I've lived till now<br>I tell them I don't know<br><br>I guess they understand<br>How lonely life has been<br>But life began again<br>The day you took my hand<br><br>And yes, I know how lonely life can be<br>The shadows follow me 'n' the night won't set me free<br><br>But I don't let the evening get me down<br>Now that you're around me<br><br>And you love me, too<br>Your thoughts are just for me<br>You set my spirit free<br>I'm happy that you do<br><br>The book of life is brief<br>And once a page is read<br>All but life is dead<br>That is my belief<br><br>And yes, I know how lonely life can be<br>The shadows follow me and the night won't set me free<br><br>But I don't let the evening get me down<br>Now that you're around me | And I love you so<br>The people ask me how<br>How I've lived till now<br>I tell them I don't know<br><br>I guess they understand<br>How lonely life has been<br>But life began again<br>The day you took my hand<br><br>And yes I know how lonely life can be<br>The shadows follow me<br>And the night won't set me free<br><br>But I don't let the evening get me down<br>Now that you're around me<br><br>And you love me too<br>Your thoughts are just for me<br>You set my spirit free<br>I'm happy that you do<br><br>The book of life is brief<br>And once a page is read<br>All but love is dead<br>That is my belief<br><br>And yes I know how lonely life can be<br>The shadows follow me<br>And the night won't set me free<br><br>But I don't let the evening get me down<br>Now that you're around me<br><br>And I love you so<br>The people ask me how<br>How I've lived till now<br>I tell them I don't know |

10034 - "My Old School" by Steely Dan

| LyricFind | Claude |
|---|---|
| I remember the thirty-five sweet goodbyes<br>When you put me on the Wolverine up to Annandale<br>It was still September<br>When your daddy was quite surprised<br>To find you with the working girls in the county jail<br>I was smoking with the boys upstairs when I Heard about the whole affair, I said oh no<br>William and Mary won't do<br><br>Well, I did not think the girl<br>Could be so cruel<br>And I'm never going back<br>To my old school<br><br>Oleanders growing outside her door<br>Soon they're gonna be in bloom up in Annandale<br>I can't stand her<br>Doing what she did before<br>Living like a gypsy queen in a fairy tale<br>Well, I hear the whistle but I can't go, I'm gonna Take her down to Mexico, she said oh no<br>Guadalajara won't do<br><br><br><br>Well, I did not think the girl<br>Could be so cruel<br>And I'm never going back<br>To my old school<br><br>California tumbles into the sea<br>That'll be the day I go back to Annandale<br>Tried to warn you<br>About Chino and Daddy Gee<br>But I can't seem to get to you through the U.S. Mail<br>Well I hear the whistle but I can't go, I'm gonna Take her down to Mexico, she said oh no<br>Guadalajara won't do | I remember the thirty five sweet goodbyes<br>When you put me on the Wolverine<br>Up to Annandale<br>It was still September<br>When your daddy was quite surprised<br>To find you with the working girls in the county jail<br>I was smoking with the boys upstairs<br>When I heard about the whole affair<br>I said oh no<br><br>William and Mary won't do now<br>Well I did not think the girl<br>Could be so cruel<br>And I'm never going back<br>To my old school<br>Oleanders growing outside her door<br>Soon they're gonna be in bloom<br>Up in Annandale<br>I can't stand her<br>Doing what she did before<br>Living like a gypsy queen<br>In a fairy tale<br><br>[Chorus]<br>Well I hear the whistle but I can't go<br>I'm gonna take her down to Mexico<br>She said oh no<br><br>William and Mary won't do now<br>Well I did not think the girl<br>Could be so cruel<br>And I'm never going back<br>To my old school<br>[Instrumental break] |

| | |
|---|---|
| Well, I did not think the girl<br>Could be so cruel<br>And I'm never going back<br>To my old school | Well I did not think the girl<br>Could be so cruel<br>And I'm never going back<br>To my old school |

10040 - "Puttin' on the Ritz" by Harry Richman

| LyricFind | Claude |
|---|---|
| Have you seen the well to do?<br>Up and down Park Avenue?<br>On that famous thoroughfare,<br>With their noses in the air? | Have you seen the well-to-do<br>Up and down Park Avenue<br>On that famous thoroughfare<br>With their noses in the air |
| High hats and arrowed collars,<br>Wide spats and fifteen dollars.<br>Spending every dime,<br>For a wonderful time | High hats and arrow collars<br>White spats and lots of dollars<br>Spending every dime<br>For a wonderful time |
| If you're blue and you don' know,<br>Where to go to, why don't you go,<br>Where fashion sits?<br>Putting On The Ritz. | Now, if you're blue and you don't know<br>Where to go to<br>Why don't you go where fashion sits<br>Puttin' on the Ritz |
| Different types, who wear a day,<br>Co-pants with stripes, and cut away,<br>Coat, perfect fits?<br>Putting On The Ritz. | Spangled gowns upon the bevy<br>Of high browns from down the levee<br>All misfits<br>Puttin' on the Ritz |
| Dressed up like a million dollar trooper,<br>Trying hard to look like Gary Cooper.<br>Super-duper | That's where each and every Lulu-belle<br>Goes every afternoon at four<br>Rubbing elbows with a blue blood<br>On a spree or three odd |
| | Highly-polished<br>Hats and stickpins<br>Tailor-made, everything<br>That's very swell |
| Come, let's mix where Rockerfellas,<br>Walk with sticks, or umbrellas,<br>In their mitts.<br>Putting On The Ritz.<br>Spangled gowns upon a beauty of hand-me-<br>downs, on clown and cutie,<br>All misfits.<br>Putting On The Ritz.<br><br>Tips his hat just like an English chappie, | Come let's mix where Rockefellers<br>Walk with sticks and umbrellas<br>In their mitts<br>Puttin' on the Ritz |

| | |
|---|---|
| To a lady with the wealthy happy.<br>Very Snappy<br><br>You'll declare it's simply topping,<br>To be there, and hear them swapping,<br>Smart titbits.<br>Putting On the Ritz<br>Putting On the Ritz<br>Putting On the Ritz | |

10072 - "No More Sorrow" by Linkin Park

| LyricFind | Claude |
|---|---|
| Are you lost<br>In your lies?<br>Do you tell yourself "I don't realize"?<br><br>Your crusade's a disguise<br>Replace freedom with fear<br>You trade money for lives<br><br>I'm aware of what you've done<br><br>No, no more sorrow<br>I've paid for your mistakes<br>Your time is borrowed<br>Your time has come to be replaced<br><br>I see pain<br>I see need<br>I see liars and thieves<br>Abuse power with greed<br><br>I had hope<br>I believed<br>But I'm beginning to think that I've been deceived<br><br>You will pay for what you've done<br>No, no more sorrow<br>I've paid for your mistakes<br>Your time is borrowed<br>Your time has come to be replaced<br><br>Thieves and hypocrites<br>Thieves and hypocrites<br>Thieves and hypocrites | Are you lost<br>In your lies<br>Do you tell yourself<br>I don't realize<br><br>Your crusade's a disguise<br>Replaced freedom with fear<br>You trade money for lives<br><br>I'm aware of what you've done<br><br>No, no more sorrow<br>I've paid for your mistakes<br>Your time is borrowed<br>Your time has come to be replaced<br><br>I see pain<br>I see need<br>I see liars<br>And thieves<br>Abuse power<br>With greed<br><br><br><br>I'm aware of what you've done<br>No, no more sorrow<br>I've paid for your mistakes<br>Your time is borrowed<br>Your time has come to be replaced<br><br>Thieves and hypocrites<br>Thieves and hypocrites<br>Thieves and hypocrites |

| | |
|---|---|
| | No more sorrow |
| | No more sorrow |
| | No more sorrow |
| No, no more sorrow | |
| I've paid for your mistakes | I've paid for your mistakes |
| Your time is borrowed | Your time is borrowed |
| Your time has come to be replaced | Your time has come to be replaced |
| | |
| No more sorrow | No more sorrow |
| | No more sorrow |
| | No more sorrow |
| | No more sorrow |
| | |
| I've paid for your mistakes | |
| Your time is borrowed | |
| Your time has come to be replaced | |
| Your time has come to be replaced | |
| Your time has come to be erased | |

10078 - "Midnight Train to Georgia" by Gladys Knight & the Pips

| LyricFind | Claude |
|---|---|
| L.A. proved too much for the man | L.A. proved too much for the man |
| (Too much for the man, he couldn't make it) | So he's leaving the life he's come to know |
| So he's leavin' the life he's come to know, ooh | He said he's going back to find |
| (He said he's goin') | Ooh, what's left of his world |
| He said he's goin' back to find | The world he left behind |
| (Goin' back to find) | Not so long ago |
| Ooh ooh ooh, what's left of his world | |
| The world he left behind | |
| Not so long ago | |
| | |
| | He's leaving |
| He's leavin' (leavin') | (Leaving) |
| On that midnight train to Georgia | On that midnight train to Georgia |
| (Leavin' on the midnight train) | (Leaving on the midnight train) |
| Yeah, said he's goin' back | Said he's going back |
| (Goin' back to find) | (Going back to find) |
| To a simpler place in time | To a simpler place and time |
| (Whenever he takes that ride) oh yes he is | (Whenever he takes that ride, guess who's |
| (Guess who's gonna be right by his side) | gonna be right by his side) |
| | |
| And I'll be with him (I know you will) | I'll be with him |
| On that midnight train to Georgia | (I know you will) |
| (Leavin' on the midnight train to Georgia) | On that midnight train to Georgia |
| I'd rather live in his world (live in his world) | (Leaving on the midnight train to Georgia, woo |
| Than live without him in mine | woo) |
| (Her world is his, his and hers alone) | I'd rather live in his world |
| | Than live without him in mine |

He kept dreamin' (dreamin')
Ooh, that someday he'd be a star
(A superstar, but he didn't get far)
But he sure found out the hard way
That dreams don't always come true
(Dreams don't always come true) oh no
(Uh uh) uh uh (no, uh uh)
So he pawned all his hopes (ooh ooh ooh)
And he even sold his old car (woo woo woo)
Bought a one way ticket back
To the life he once knew
Oh, yes, he did
He said he would

Oh, oh, he's leavin' (leavin')
On that midnight train to Georgia
(Leavin' on the midnight train)
Yeah, said he's goin' back to find
(Goin' back to find)
Ooh, a simpler place in time
(Whenever he takes that ride) ooh
(Guess who's gonna be right by his side)

And I'm gonna be with him (I know you will)
On that midnight train to Georgia
(Leavin' on the midnight train to Georgia)
I'd rather live in his world (live in his world)
Than live without him in mine
(Her world is his, his and hers alone)

Oh, he's leavin' (leavin')
On the midnight train to Georgia
(Leavin' on the midnight train)
Yeah, ooh, y'all
Said he's goin' back to find
(Goin' back to find)
Ooh, a simpler place in time
(Whenever he takes that ride) ooh
(Guess who's gonna be right by his side)

And I've got to be with him (I know you will)
On that midnight train to Georgia
(Leavin' on the midnight train to Georgia, ooh ooh)
I'd rather live in his world (live in his world)
Than live without him in mine

(Her world is his world, his world is her world)

He kept dreaming
(Dreaming)
Ooh, that some day he'd be a star
(A superstar, but he didn't get far)
But he sure found out the hard way
That dreams don't always come true

So he pawned all his hopes
And he even sold his old car
Bought a one way ticket back
To the life he once knew
Oh yes he did, he said he would

Oh, he's leaving
(Leaving)
On that midnight train to Georgia
(Leaving on the midnight train)
Said he's going back to find
(Going back to find)
Ooh, a simpler place and time
(Whenever he takes that ride, guess who's
gonna be right by his side)
I'm gonna be with him
(I know you will)
On that midnight train to Georgia
(Leaving on the midnight train to Georgia, woo
woo)
I'd rather live in his world
(Live in his world)
Than live without him in mine
(Her world is his world, his world is her world)

| | |
|---|---|
| (Her world is his, his and hers alone) | |
| | |
| (For love) for love (gonna board) gonna board | |
| The midnight train to ride | |
| For love (for love) gonna board (gonna board) | |
| Gotta board the midnight train to go | |
| For love (for love) gonna board (gonna board) | |
| The midnight train to go | |
| | |
| My world (for love), his world (gonna board) | |
| Our world (the midnight train to go) now I'm his alone | |
| My world (for love), his world (gonna board) | |
| Our world (the midnight train to go) now I'm his alone | |
| I've got to go (for love), I've got to go (gonna board) | |
| I've got to go (the midnight train to go) hey | |
| I've got to go (for love), I've got to go (gonna board) | |
| (The midnight train to go) | |
| My world (for love), his world (gonna board) | |
| My man (the midnight train to go) his girl | |
| I've got to go (for love), I've got to go (gonna board) | |
| (The midnight train to go) I've got to go | |
| My world (for love), his world (gonna board) | |
| Our world | |

10090 - "Subterranean Homesick Blues" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Johnny's in the basement | Johnny's in the basement |
| Mixing up the medicine | Mixing up the medicine |
| I'm on the pavement | I'm on the pavement |
| Thinking about the government | Thinking about the government |
| The man in the trench coat | The man in the trench coat |
| Badge out, laid off | Badge out, laid off |
| Says he's got a bad cough | Says he's got a bad cough |
| Wants to get it paid off | Wants to get it paid off |
| | |
| Look out kid | Look out kid |
| It's somethin' you did | It's somethin' you did |
| God knows when | God knows when |
| But you're doing it again | But you're doin' it again |
| You better duck down the alley way | You better duck down the alley way |
| Lookin' for a new friend | Lookin' for a new friend |

A man in the coonskin cap, in the pig pen
Wants eleven dollar bills, you only got ten

Maggie comes fleet foot
Face full of black soot
Talkin' that the heat put
Plants in the bed but
The phone's tapped anyway
Maggie says that many say
They must bust in early May
Orders from the D.A., look out kid
Don't matter what you did
Walk on your tip toes
Don't tie no bows
Better stay away from those
That carry around a fire hose
Keep a clean nose
Watch the plain clothes
You don't need a weather man
To know which way the wind blows

Oh, get sick, get well
Hang around a ink well
Hang bail, hard to tell
If anything is goin' to sell
Try hard, get barred
Get back, write braille
Get jailed, jump bail
Join the army, if you fail
Look out kid
You're gonna get hit
But losers, cheaters
Six-time users
Hangin' 'round the theaters
Girl by the whirlpool
Lookin' for a new fool
Don't follow leaders, watch the parkin' meters

Oh, get born, keep warm
Short pants, romance
Learn to dance, get dressed, get blessed
Try to be a success
Please her, please him, buy gifts

The man in the coon-skin cap
In the big pen
Wants eleven dollar bills
You only got ten

Maggie comes fleet foot
Face full of black soot
Talkin' that the heat put
Plants in the bed but
The phone's tapped anyway
Maggie says that many say
They must bust in early May
Orders from the D.A.

Look out kid
Don't matter what you did
Walk on your tip toes
Don't try "No Doz"
Better stay away from those
That carry around a fire hose
Keep a clean nose
Watch the plain clothes
You don't need a weather man
To know which way the wind blows

Get sick, get well
Hang around a ink well
Ring bell, hard to tell
If anything is goin' to sell
Try hard, get barred
Get back, write braille
Get jailed, jump bail
Join the army, if you fail

Look out kid
You're gonna get hit
But users, cheaters
Six-time losers
Hang around the theaters
Girl by the whirlpool
Lookin' for a new fool
Don't follow leaders
Watch the parkin' meters

Ah get born, keep warm
Short pants, romance, learn to dance
Get dressed, get blessed
Try to be a success
Please her, please him, buy gifts

| | |
|---|---|
| Don't steal, don't lift<br>Twenty years of schoolin'<br>And they put you on the day shift<br>Look out kid<br>They keep it all hid<br>Better jump down a manhole<br>Light yourself a candle<br>Don't wear sandals<br>Try to avoid the scandals<br>Don't want to be a bum<br>You better chew gum<br>The pump don't work<br>'Cause the vandals took the handles | Don't steal, don't lift<br>Twenty years of schoolin'<br>And they put you on the day shift<br><br>Look out kid<br>They keep it all hid<br>Better jump down a manhole<br>Light yourself a candle<br>Don't wear sandals<br>Try to avoid the scandals<br>Don't wanna be a bum<br>You better chew gum<br>The pump don't work<br>'Cause the vandals took the handles |

10094 - "Don't Stay" by Linkin Park

| LyricFind | Claude |
|---|---|
| Sometimes I need to remember just to breathe<br>Sometimes I need you to stay away from me<br>Sometimes I'm in disbelief, I didn't know<br>Somehow I need you to go<br><br>Don't stay<br>Forget our memories<br>Forget our possibilities<br>What you were changing me into<br>(Just give me myself back and)<br>Don't stay<br><br>Forget our memories<br>Forget our possibilities<br>Take all your faithlessness with you<br>(Just give me myself back and)<br>Don't stay<br><br>Sometimes I feel like I trusted you too well<br>Sometimes I just feel like screaming at myself<br>Sometimes I'm in disbelief, I didn't know<br>Somehow I need to be alone<br><br>Don't stay<br>Forget our memories<br>Forget our possibilities<br>What you were changing me into<br>(Just give me myself back and) | Sometimes I feel like I trusted you too well<br>Sometimes I just feel like screaming at myself<br>Sometimes I'm in a dream where I can't move at all<br>I lie awake and pray it's not a call<br><br>So don't stay<br>Forget our memories<br>Forget our possibilities<br>What you were changing me into<br>Just give me myself back and<br>Don't stay<br><br>Forget our memories<br>Forget our possibilities<br>Take all your faithlessness with you<br>Just give me myself back and<br>Don't stay<br><br>I feel like you're still watching me<br>Pretend I can't see you there<br>But I traced your shadows on the wall<br>I still see you everywhere<br><br>So don't stay<br>Forget our memories<br>Forget our possibilities<br>What you were changing me into |

| | |
|---|---|
| Don't stay<br>Forget our memories<br>Forget our possibilities<br>Take all your faithlessness with you<br>(Just give me myself back and)<br>Don't stay<br><br>I don't need you anymore, don't want to be<br>ignored<br>I don't need one more day, of you wasting me<br>away<br>I don't need you anymore, I don't want to be<br>ignored<br>I don't need one more day, of you wasting me<br>away<br>(With no apologies)<br><br>Don't stay<br>Forget our memories<br>Forget our possibilities<br>What you were changing me into<br>(Just give me myself back and)<br>Don't stay<br>Forget our memories<br>Forget our possibilities<br>Take all your faithlessness with you<br>(Just give me myself back and)<br>Don't stay<br>Don't stay<br>Don't stay | Just give me myself back and<br>Don't stay. |

10096 - "Little Lies" by Fleetwood Mac

| LyricFind | Claude |
|---|---|
| If I could turn the page<br>In time then I'd rearrange<br>Just a day or two<br>Close my, close my, close my eyes<br><br>But I couldn't find a way<br>So I'll settle for one day<br>To believe in you<br>Tell me, tell me, tell me lies<br><br>Tell me lies | Verse 1:<br>If I could turn the page<br>In time then I'd rearrange<br>Just a day or two<br>Close my, close my, close my eyes<br><br>Chorus:<br>But I can't find a way<br>So I'll settle for one day<br>To believe in this living<br>Just little lies, just little lies<br><br>Verse 2: |

Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)

Tell me lies
Tell me sweet little lies

Although I'm not making plans
I hope that you understand
There's a reason why
Close your, close your, close your eyes

No more broken hearts
We're better off apart
Let's give it a try
Tell me, tell me, tell me lies

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)
Tell me lies
Tell me sweet little lies

If I could turn the page
In time then I'd rearrange
Just a day or two
Close my, close my, close my eyes

But I couldn't find a way
So I'll settle for one day
To believe in you
Tell me, tell me, tell me lies

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no, you can't disguise
(You can't disguise, no, you can't disguise)

Tell me lies
Tell me sweet little lies
(Tell me lies, tell me, tell me lies)

Tell me lies, tell me sweet little lies
(Tell me lies, tell me, tell me lies)
Oh, no, no you can't disguise
(You can't disguise, no you can't disguise)

Chorus:
Tell me lies
Tell me sweet little lies

Bridge:
Although I'm not making plans
I hope that you understand there's a reason why

Close your, close your, close your eyes

Chorus:
No more broken hearts
We're better off apart
Let's give it a try
Tell me, tell me, tell me lies

Outro:
Tell me lies
Tell me sweet little lies

The song was written by Christine McVie and Robbie Patton, and released in 1987. It's one of Fleetwood Mac's most well-known and loved songs.

| | |
|---|---|
| Oh, no, no, you can't disguise<br>(You can't disguise, no, you can't disguise)<br>Tell me lies<br>Tell me sweet little lies<br>(Tell me, tell me lies) | |

10097 - "Don't Stop" by Fleetwood Mac

| LyricFind | Claude |
|---|---|
| If you wake up and don't want to smile<br>If it takes just a little while<br>Open your eyes and look at the day<br>You'll see things in a different way | Verse 1:<br>If you wake up and don't want to smile,<br>If it takes just a little while,<br>Open your eyes and look at the day,<br>You'll see things in a different way. |
| Don't stop thinking about tomorrow<br>Don't stop, it'll soon be here<br>It'll be, better than before<br>Yesterday's gone, yesterday's gone | Chorus:<br>Don't stop, thinking about tomorrow,<br>Don't stop, it'll soon be here,<br>It'll be, better than before,<br>Yesterday's gone, yesterday's gone. |
| Why not think about times to come?<br>And not about the things that you've done<br>If your life was bad to you<br>Just think what tomorrow will do | Verse 2:<br>Why not think about times to come,<br>And not about the things that you've done,<br>If your life was bad to you,<br>Just think what tomorrow will do. |
| Don't stop thinking about tomorrow<br>Don't stop, it'll soon be here<br>It'll be, better than before<br>Yesterday's gone, yesterday's gone | (Repeat Chorus) |
| All I want is to see you smile<br>If it takes just a little while<br>I know you don't believe that it's true<br>I never meant any harm to you | Bridge:<br>Don't you look back,<br>Don't you look back. |
| Don't stop thinking about tomorrow<br>Don't stop, it'll soon be here<br>It'll be, better than before<br>Yesterday's gone, yesterday's gone | (Repeat Chorus) |
| Don't stop thinking about tomorrow<br>Don't stop, it'll soon be here<br>It'll be, better than before<br>Yesterday's gone, yesterday's gone | Outro: |

| | |
|---|---|
| Ooh, don't you look back<br>Ooh, don't you look back<br>Ooh, don't you look back<br>Ooh | Don't you look back,<br>Don't you look back,<br>Don't you look back,<br>Don't you look back.<br><br>The song is about optimism and focusing on the future rather than the past. The central message is conveyed in the chorus - "Don't stop thinking about tomorrow, don't stop, it'll soon be here, it'll be better than before, yesterday's gone, yesterday's gone." |

10101 - "Sweet Caroline" by Neil Diamond

| LyricFind | Claude |
|---|---|
| Where it began, I can't begin to knowing<br><br>But then I know it's growing strong<br>Was in the spring<br>And spring became the summer<br>Who'd have believed you'd come along<br><br>Hands, touching hands<br>Reaching out, touching me, touching you<br><br>Sweet Caroline<br>Good times never seemed so good<br>I've been inclined<br>To believe they never would<br>But now I<br><br>Look at the night and it don't seem so lonely<br>We filled it up with only two<br>And when I hurt<br>Hurting runs off my shoulders<br>How can I hurt when holding you<br><br>One, touching one<br>Reaching out, touching me, touching you<br><br>Sweet Caroline<br>Good times never seemed so good<br>I've been inclined<br>To believe they never would<br>Oh no, no<br><br>Sweet Caroline | Where it began,<br>I can't begin to knowin'<br>But then I know it's growing strong<br>Was in the spring<br>And spring became the summer<br>Who'd have believed you'd come along<br><br>Hands, touchin' hands<br>Reachin' out, touchin' me, touchin' you<br><br>Sweet Caroline<br>Good times never seemed so good<br>I've been inclined<br>To believe they never would<br>But now I<br><br>Look at the night and it don't seem so lonely<br>We filled it up with only two<br>And when I hurt<br>Hurtin' runs off my shoulders<br>How can I hurt when holdin' you<br><br>Warm, touchin' warm<br>Reachin' out, touchin' me, touchin' you<br><br>Sweet Caroline<br>Good times never seemed so good<br>I've been inclined<br>To believe they never would<br>Oh, no, no<br><br>Sweet Caroline |

| | |
|---|---|
| Good times never seemed so good<br>Sweet Caroline<br>I believe they never could<br>Sweet Caroline<br>Good times never seemed so good | Good times never seemed so good<br>Sweet Caroline<br>I believed they never could<br>Sweet Caroline<br>Good times never seemed so good |

10103 - "Because I Got High" by Afroman

| LyricFind | Claude |
|---|---|
| Roll another blunt, yeah (ooh ooh ooh)<br>La la da da da da, la da da<br>La da da da, la da da da, la da da da | |
| I was gonna clean my room until I got high<br>I was gonna get up and find the broom but then<br>I got high<br>My room is still messed up and I know why<br>(why, man?)<br>Yeah, hey<br>'Cause I got high<br>Because I got high<br>Because I got high | I was gonna clean my room until I got high<br>I was gonna get up and find the broom but then<br>I got high<br>My room is still messed up and I know why<br><br>'Cause I got high<br>Because I got high<br>Because I got high |
| La da da da da da da | |
| I was gonna go to class before I got high (come<br>on, y'all)<br>(Check it out)<br>I coulda cheated and I coulda passed but I got<br>high<br>I am taking it next semester and I know why<br>(why, man?)<br>Yeah, hey<br>'Cause I got high<br>Because I got high<br>Because I got high | I was gonna go to class before I got high<br><br><br>I coulda cheated and I coulda passed but I got<br>high<br>I'm taking it next semester and I know why<br><br>'Cause I got high<br>Because I got high<br>Because I got high |
| (Go to the next one, go to the next one, go to the<br>next one) | I was gonna go to work but then I got high<br>I just got a new promotion but I got high<br>Now I'm selling dope and I know why<br>'Cause I got high<br>Because I got high<br>Because I got high |
| I was gonna go to court before I got high<br>I was gonna pay my child support but then I got<br>high (no, you wasn't) | I was gonna go to court before I got high<br>I was gonna pay my child support but then I got<br>high |

| | |
|---|---|
| They took my whole paycheck and I know why (why, man?)<br>Yeah, hey<br>'Cause I got high<br>Because I got high<br>Because I got high<br><br>La da da da da da<br><br>I wasn't gonna run from the cops but I was high (I'm serious, man)<br>I was gonna pull right over and stop but I was high<br>Now I am a paraplegic, and I know why (why, man?)<br>Yeah, hey<br>'Cause I got high<br>Because I got high<br>Because I got high<br><br>La da da da da da<br><br><br><br><br><br>I was gonna make love to you but then I got high<br>I was gonna eat yo pussy, too, but then I got high<br>Now I'm jacking off and I know why (turn this shit off)<br>Yeah, hey<br>'Cause I got high (keep going)<br>Because I got high (ayy, do that over again)<br>Because I got high (come on, man, come on)<br><br>La da da da da da<br><br>I messed up my entire life because I got high<br>I lost my kids and wife because I got high (say what, say what, say what, say what)<br>Now I'm sleeping on the sidewalk and I know why (why, man?)<br>Yeah, hey | They took my whole paycheck and I know why<br><br><br>'Cause I got high<br>Because I got high<br>Because I got high<br><br><br>I wasn't gonna run from the cops but I was high<br><br>I was gonna pull right over and stop but I was high<br>Now I am a paraplegic and I know why<br><br>'Cause I got high<br>Because I got high<br>Because I got high<br><br><br>I was gonna pay my car note until I got high<br>I was gonna gamble on the boat but then I got high<br>Now the tow truck is pulling away and I know why<br><br>'Cause I got high<br>Because I got high<br>Because I got high<br><br>I was gonna make love to you but then I got high<br>I was gonna eat your pussy too but then I got high<br>Now I'm jacking off and I know why<br><br><br>'Cause I got high<br>Because I got high<br>Because I got high<br><br><br>I messed up my entire life because I got high<br>I lost my kids and wife because I got high<br><br>Now I'm sleeping on the sidewalk and I know |

| | |
|---|---|
| 'Cause I got high<br>Because I got high<br>Because I got high<br><br>La da da da da da<br><br>I'ma stop singing this song because I'm high (present tense, baby, oh)<br>I'm singing this whole thing wrong because I'm high (bring it back, bring it back)<br>And if I don't sell one copy I'll know why (why, man?)<br>'Cause I'm high<br>'Cause I'm high<br>'Cause I'm high (are you really high though, man?)<br><br>La da da da da da<br><br>La da da da da da, la da da da<br>He really is high, man<br>Shoop shooby doo wop<br>Get jiggy wit it, skibbidy bee bop diddy do wah | why<br><br>'Cause I got high<br>Because I got high<br>Because I got high |

10109 - "A Forest" by The Cure

| LyricFind | Claude |
|---|---|
| Come closer and see<br>See into the trees<br>Find the girl<br>While you can<br>Come closer and see<br>See into the dark<br>Just follow your eyes<br>Just follow your eyes<br><br>I hear her voice<br>Calling my name<br>The sound is deep<br>In the dark<br>I hear her voice<br>And start to run<br>Into the trees<br>Into the trees<br><br>Into the trees | Come closer and see<br>See into the trees<br>Find the girl<br>If you can<br>Come closer and see<br>See into the dark<br>Just follow your eyes<br>Just follow your eyes<br><br>I'm lost in a forest<br>All alone<br>The girl was never there<br>It's always the same<br>I'm running towards nothing<br>Again and again and again and again<br><br>Come closer and see<br>See into the dark<br>Just follow your eyes<br>Just follow your eyes |

| | |
|---|---|
| Suddenly, I stop<br>But I know it's too late<br>I'm lost in a forest<br>All alone<br>The girl was never there<br>It's always the same<br>I'm running towards nothing<br>Again and again and again and again<br>And again and again and again and again<br>And again-gain-gain and again and again<br>And again and again-gain-gain and again<br>And again and again and again and again<br>And again | I'm lost in a forest<br>All alone<br>The girl was never there<br>There's always the sea<br>I'm running towards nothing<br>Again and again and again and again<br><br>Again and again and again and again<br>And again... |

10111 - " You Ain't Goin' Nowhere" by The Byrds

| LyricFind | Claude |
|---|---|
| Clouds so swift<br>Rain won't lift<br>Gate won't close<br>Railings froze<br>Get your mind off wintertime<br>You ain't goin' nowhere<br><br>Whoo-ee ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair<br><br>I don't care<br>How many letters they sent<br>The morning came and morning went<br>Pack up your money<br>And pick up your tent<br>You ain't goin' nowhere<br><br>Whoo-ee ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair<br><br>Buy me a flute<br>And a gun that shoots<br>Tailgates some substitutes | Clouds so swift<br>Rain won't lift<br>Gate won't close<br>Railings froze<br>Get your mind off wintertime<br>You ain't goin' nowhere<br><br>Whoo-ee! Ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair!<br><br>I don't care<br>How many letters<br>They sent<br>Morning came and morning went<br>Pick up your money<br>And pack up your tent<br>You ain't goin' nowhere<br><br>Whoo-ee! Ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair!<br><br>Buy me a flute<br>And a gun that shoots<br>Tailgates and substitutes |

| | |
|---|---|
| Strap yourself<br>To the tree with roots<br>You ain't goin' nowhere<br><br>Whoo-ee ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair<br><br>Genghis Khan<br>He could not keep<br>All his kings<br>Supplied with sleep<br>We'll climb that hill no matter how steep<br>When we come up to it<br><br>Whoo-ee ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair<br><br>Whoo-ee ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair | Strap yourself<br>To the tree with roots<br>You ain't goin' nowhere<br><br>Whoo-ee! Ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair!<br><br>Genghis Khan<br>He could not keep<br>All his kings<br>Supplied with sleep<br>We'll climb that hill no matter how steep<br>When we get up to it<br><br>Whoo-ee! Ride me high<br>Tomorrow's the day<br>My bride's gonna come<br>Oh, oh, are we gonna fly<br>Down in the easy chair! |

10113 - "Never Been to Spain" by Three Dog Night

| LyricFind | Claude |
|---|---|
| Well, I never been to Spain<br>But I kinda like the music<br>Say the ladies are insane there<br>And they sure know how to use it<br><br>They don't abuse it<br>Never gonna lose it<br>I can't refuse it, mhm<br><br>Well, I never been to England<br>But I kinda like the Beatles<br>Well, I headed for Las Vegas<br>Only made it out to Needles<br>Can you feel it?<br>Must be near it<br>Feels so good | Well, I've never been to Spain<br>But I kinda like the music<br>Say the ladies are insane there<br>And they sure know how to use it<br><br>They don't abuse it<br>Never gonna lose it<br>I can't refuse it |

| | |
|---|---|
| Whoa, feels so good | |
| | |
| Well, I never been to heaven | Well, I've never been to heaven |
| But I been to Oklahoma | But I've been to Oklahoma |
| Oh, they tell me I was born there | Well, they tell me I was born there |
| But I really don't remember | But I really don't remember |
| In Oklahoma, not Arizona | In Oklahoma, not Arizona |
| What does it matter? | What does it matter |
| What does it matter? | What does it matter |
| | |
| | Well, I've never been to heaven |
| | But I've been to Oklahoma |
| | Well, they tell me I was born there |
| | But I really don't remember |
| | In Oklahoma, not Arizona |
| | What does it matter |
| | What does it matter |
| | |
| | La la la, la la la, la la la, la la la |
| | La la la la la la la, la la la la la la |
| | La la la, la la la, la la la, la la la |
| | La la la la la la la, la la la la la la |
| | |
| Whoa, I never been to Spain | Well, I've never been to Spain |
| But I kinda like the music | But I kinda like the music |
| Say the ladies are insane there | Say the ladies are insane there |
| And they sure know how to use it | And they sure know how to use it |
| | |
| They don't abuse it | They don't abuse it |
| Never gonna lose it | Never gonna lose it |
| I can't refuse it, whoa | I can't refuse it |
| Well, I never been to heaven | Well, I've never been to heaven |
| But I been to Oklahoma | But I've been to Oklahoma |
| Well, they tell me I was born there | Well, they tell me I was born there |
| But I really don't remember | But I really don't remember |
| In Oklahoma, not Arizona | In Oklahoma, not Arizona |
| What does it matter? | What does it matter |
| What does it matter? | What does it matter |

10124 - "Achy Breaky Heart" by Billy Ray Cyrus

| LyricFind | Claude |
|---|---|
| You can tell the world you never was my girl | You can tell the world you never was my girl |
| You can burn my clothes up when I'm gone | You can burn my clothes up when I'm gone |
| Or you can tell your friends just what a fool I've been | Or you can tell your friends just what a fool I've been |
| And laugh and joke about me on the phone | And laugh and joke about me on the phone |

You can tell my arms go back into the farm
Or you can tell my feet to hit the floor
Or you can tell my lips to tell my fingertips
They won't be reaching out for you no more

But don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man
Ooh

You can tell your ma I moved to Arkansas
Or you can tell your dog to bite my leg
Or tell your brother Cliff whose fist can tell my lip

He never really liked me anyway

Or tell your Aunt Louise, tell anything you please
Myself already knows I'm not okay
Or you can tell my eyes to watch out for my mind
It might be walking out on me today

But don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man
Ooh

Don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man

Don't tell my heart
My achy breaky heart
I just don't think he'd understand
And if you tell my heart
My achy breaky heart
He might blow up and kill this man

You can tell my arms go back to the farm
You can tell my feet to hit the floor
Or you can tell my lips to tell my fingertips
They won't be reaching out for you no more

But don't tell my heart, my achy breaky heart

I just don't think it'd understand
And if you tell my heart, my achy breaky heart

He might blow up and kill this man

You can tell your ma I moved to Arkansas
You can tell your dog to bite my leg
You can tell your brother Cliff whose fist can tell my lips

He never really loved me anyway

Go tell your aunt Louise, tell anything you please
Myself already knows I'm not okay
Or you can tell my eyes to watch out for my mind
It might be walking out the door someday

But don't tell my heart, my achy breaky heart

I just don't think it'd understand
And if you tell my heart, my achy breaky heart

He might blow up and kill this man

But don't tell my heart, my achy breaky heart

I just don't think it'd understand
And if you tell my heart, my achy breaky heart

He might blow up and kill this man

Don't tell my heart, my achy breaky heart

He might blow up, he might blow up and kill

| | |
|---|---|
| Ooh ooh | this man |

10140 - "It's All Coming Back to Me Now" by Celine Dion

| LyricFind | Claude |
|---|---|
| There were nights when the wind was so cold<br>That my body froze in bed if I just listened to it<br>Right outside the window | There were nights when the wind was so cold<br>That my body froze in bed<br>If I just listened to it right outside the window |
| There were days when the sun was so cruel<br>That all the tears turned to dust<br>And I just knew my eyes were drying up<br>forever (forever) | There were days when the sun was so cruel<br>That all the tears turned to dust<br>And I just knew my eyes were drying up<br>forever |
| I finished crying in the instant that you left<br>And I can't remember where or when or how<br>And I banished every memory you and I had<br>ever made | I finished crying in the instant that you left<br>And I can't remember where or when or how<br>And I banished every memory you and I had<br>ever made |
| But when you touch me like this<br>And you hold me like that<br>I just have to admit<br>That it's all coming back to me<br>When I touch you like this<br>And I hold you like that<br>It's so hard to believe but it's all coming back to me<br>It's all coming back, it's all coming back to me now | But when you touch me like this<br>And you hold me like that<br>I just have to admit<br>That it's all coming back to me<br>When I touch you like this<br>And I hold you like that<br>It's all coming back to me now |
| There were moments of gold and there were flashes of light<br>There were things I'd never do again<br>But then they'd always seemed right<br>There were nights of endless pleasure<br>It was more than any laws allow<br>Baby, baby | There were moments of gold<br>And there were flashes of light<br>There were things I'd never do again<br>But then they'd always seemed right<br>There were nights of endless pleasure<br>It was more than any laws allow<br>Baby Baby |
| If I kiss you like this<br>And if you whisper like that<br>It was lost long ago but it's all coming back to me<br>If you want me like this<br>And if you need me like that<br>It was dead long ago but it's all coming back to me<br>It's so hard to resist and it's all coming back | If I kiss you like this<br>And if you whisper like that<br>It was lost long ago<br>But it's all coming back to me<br>If you want me like this<br>And if you need me like that<br>It's all coming back to me<br>It's all coming back to me now. |

me
I can barely recall
But it's all coming back to me now
But it's all coming back

There were those empty threats and hollow lies
And whenever you try to hurt me
I just hurt you even worse and so much deeper

There were hours that just went on for days
When alone at last we'd count up all the chances
That were lost to us forever (forever)

But you were history with the slamming of the door
And I made myself so strong again somehow
And I never wasted any of my time on you since then

But if I touch you like this
And if you kiss me like that
It was so long ago but it's all coming back to me
If you touch me like this
And if I kiss you like that
It was gone with the wind
But it's all coming back to me
It's all coming back, it's all coming back to me now

There were moments of gold
And there were flashes of light
There were things we'd never do again
But then they'd always seemed right
There were nights of endless pleasure
It was more than all your laws allow
Baby, baby, baby

When you touch me like this
And when you hold me like that
It was gone with the wind but it's all coming back to me
When you see me like this
And when I see you like that
Then we see what we want to see all coming back to me
The flesh and the fantasies all coming back to me

The rarest thing of all, the rarest thing of all
The rarest thing of all, is baby, coming back to me now.

I can barely recall but it's all coming back to me now

If you forgive me all this
If I forgive you all that
We forgive and forget and it's all coming back to me
When you see me like this
And when I see you like that
We see just what we want to see all coming back to me
The flesh and the fantasies all coming back to me
I can barely recall but it's all coming back to me now

(It's all coming back to me now)
And when you kiss me like this
(It's all coming back to me now)
And when I touch you like that
(It's all coming back to me now)
And if you do it like this
(It's all coming back to me now)
And if we

10141 - "And I Am Telling You I'm Not Going" by Jennifer Holliday

| LyricFind | Claude |
|---|---|
| And I am telling you | And I am telling you |
| I'm not going | I'm not going. |
| You're the best man I'll ever know | You're the best man I'll ever know. |
| There's no way I can ever go | There's no way I can ever go, |
| No, no, no, no way | No, no, there's no way, |
| No, no, no, no way I'm livin' without you | No, no, no, no way I'm living without you. |
| | |
| I'm not livin' without you | I'm not living without you. |
| I don't want to be free | I don't wanna be free. |
| I'm stayin' | I'm staying, I'm staying, |
| I'm stayin' | |
| And you, and you, you're gonna love me | And you, you're gonna love me. |
| Oh, you're gonna love me | You're gonna love me. |
| | Yes you are, |
| | Ooh you're gonna love me. |
| | |
| And I am telling you | And I am telling you I'm not going. |
| I'm not going | |

Even though the rough times are showing
There's just no way
There's no way
We're part of the same place
We're part of the same time
We both share the same blood
We both have the same mind
And time and time we have so much to share

No, no, no, no, no
I'm not wakin' up tomorrow mornin'
And findin' that there's nobody there
Darling, there's no way
No, no, no, no way I'm livin' without you
I'm not livin' without you
You see, there's just no way
There's no way

Tear down the mountains
Yell, scream and shout
You can say what you want
I'm not walkin' out
Stop all the rivers
Push, strike, and kill
I'm not gonna leave you
There's no way I will

And I am telling you
I'm not going
You're the best man I'll ever know
There's no way I could ever, ever go
No, no, no, no way
No, no, no, no way I'm livin' without you
Oh, I'm not livin' without you
I'm not livin' without you
I don't wanna be free
I'm stayin'
I'm stayin'
And you, and you, and you
You're gonna love me
Oh, yeah, you're gonna love me
Yes, you are, love me
Oh, oh, oh, love me
Love me
Love me
Love me
Love me
You're gonna love
Me

Even though the rough times are showing.
There's just no way, there's no way.

We're part of the same place.
We're part of the same time.
We both share the same bloodline.

There's no way I can ever, ever go,

No, no, no, no way I'm living without you.

I'm not living without you.
You see, I don't wanna be free.
I'm staying, I'm staying,

And you, and you, you're gonna love me.

You're gonna love me.
Yes you are.

Ooh you're gonna love me.

10146 - "I Am...I Said" by Neil Diamond

| LyricFind | Claude |
|---|---|
| | I am...I said<br>To no one there<br>And no one heard at all<br>Not even the chair |
| | I am...I cried<br>I am...said I<br>And I am lost, and I can't<br>Even say why |
| | Leaving me lonely still |
| | I am...I said<br>I am...I cried<br>I am...I said |
| L.A.'s fine, the sun shines most the time<br>And the feeling is "lay back"<br>Palm trees grow and rents are low<br>But you know I keep thinkin' about<br>Making my way back | L.A.'s fine, the sun shines most the time<br>And the feeling is lay back<br>Palm trees grow and rents are low<br>But you're my home<br>Wherever I may roam |
| Well I'm New York City born and raised<br>But nowadays<br>I'm lost between two shores<br>L.A.'s fine, but it ain't home<br>New York's home<br>But it ain't mine no more | I am...I said<br>I am...I cried<br>I am...I said |
| "I am"... I said<br>To no one there<br>And no one heard at all<br>Not even the chair | I am...I said<br>To no one there<br>And no one heard at all<br>Not even the chair |
| "I am"... I cried<br>"I am"... said I<br>And I am lost and I can't<br>Even say why<br>Leavin' me lonely still | |
| Did you ever read about a frog<br>Who dreamed of bein' a king<br>And then became one<br>Well except for the names | |

| | |
|---|---|
| And a few other changes<br>If you talk about me<br>The story is the same one<br><br>But I got an emptiness deep inside<br>And I've tried<br>But it won't let me go<br>And I'm not a man who likes to swear<br>But I never cared<br>For the sound of being alone<br><br>"I am"... I said<br>To no one there<br>And no one heard at all<br>Not even the chair<br>"I am"... I cried<br>"I am"... said I<br>And I am lost and I can't<br>Even say why<br>"I am"... I said<br>"I am"... I cried<br>"I am" | |

10157 - "Desolation Row" by Bob Dylan

| LyricFind | Claude |
|---|---|
| They're selling postcards of the hanging, they're painting the passports brown<br>The beauty parlor is filled with sailors, the circus is in town<br><br>Here comes the blind commissioner, they've got him in a trance<br>One hand is tied to the tight-rope walker, the other is in his pants<br><br>And the riot squad they're restless, they need somewhere to go<br>As Lady and I look out tonight, from Desolation Row<br><br>Cinderella, she seems so easy, "It takes one to know one," she smiles<br>And puts her hands in her back pockets Bette Davis style<br><br>And in comes Romeo, he's moaning. "You | They're selling postcards of the hanging<br>They're painting the passports brown<br>The beauty parlor is filled with sailors<br>The circus is in town<br><br>Here comes the blind commissioner<br>They've got him in a trance<br>One hand is tied to the tight-rope walker<br>The other is in his pants<br><br>And the riot squad they're restless<br>They need somewhere to go<br>As Lady and I look out tonight<br>From Desolation Row<br><br>Cinderella, she seems so easy<br>"It takes one to know one," she smiles<br>And puts her hands in her back pockets<br>Bette Davis style<br><br>And in comes Romeo, he's moaning |

Belong to Me I Believe"
And someone says, "You're in the wrong place,
my friend, you'd better leave"

And the only sound that's left after the
ambulances go
Is Cinderella sweeping up on Desolation Row

Now the moon is almost hidden, the stars are
beginning to hide
The fortune telling lady has even taken all her
things inside

All except for Cain and Abel and the hunchback
of Notre Dame
Everybody is making love or else expecting rain

And the Good Samaritan, he's dressing, he's
getting ready for the show
He's going to the carnival tonight on Desolation
Row

Ophelia, she's 'neath the window for her I feel
so afraid
On her twenty-second birthday she already is
an old maid

To her, death is quite romantic she wears an
iron vest
Her profession's her religion, her sin is her
lifelessness

And though her eyes are fixed upon Noah's
great rainbow
She spends her time peeking into Desolation
Row

Einstein, disguised as Robin Hood with his
memories in a trunk
Passed this way an hour ago with his friend, a
jealous monk

Now he looked so immaculately frightful as he
bummed a cigarette
And he when off sniffing drainpipes and
reciting the alphabet

"You Belong to Me I Believe"
And someone says, "You're in the wrong place
my friend
You better leave"

And the only sound that's left
After the ambulances go
Is Cinderella sweeping up
On Desolation Row

Now the moon is almost hidden
The stars are beginning to hide
The fortune-telling lady
Has even taken all her things inside

All except for Cain and Abel
And the hunchback of Notre Dame
Everybody is making love
Or else expecting rain

And the Good Samaritan, he's dressing
He's getting ready for the show
He's going to the carnival
On Desolation Row

Ophelia, she's 'neath the window
For her I feel so afraid
On her twenty-second birthday
She already is an old maid

To her, death is quite romantic
She wears an iron vest
Her profession's her religion
Her sin is her lifelessness

And though her eyes are fixed upon
Noah's great rainbow
She spends her time peeking
Into Desolation Row

Einstein, disguised as Robin Hood
With his memories in a trunk
Passed this way an hour ago
With his friend, a jealous monk

He looked so immaculately frightful
As he bummed a cigarette
Then he went off sniffing drainpipes
And reciting the alphabet

You would not think to look at him, but he was famous long ago
For playing the electric violin on Desolation Row

Dr. Filth, he keeps his world inside of a leather cup
But all his sexless patients, they're trying to blow it up
Now his nurse, some local loser, she's in charge of the cyanide hole
And she also keeps the cards that read, "Have Mercy on His Soul"
They all play on the penny whistles, you can hear them blow
If you lean your head out far enough from Desolation Row

Across the street they've nailed the curtains, they're getting ready for the feast
The Phantom of the Opera in a perfect image of a priest
They are spoon feeding Casanova to get him to feel more assured
Then they'll kill him with self-confidence after poisoning him with words
And the Phantom's shouting to skinny girls, "Get outta here if you don't know"
Casanova is just being punished for going to Desolation Row"

At midnight all the agents and the superhuman crew
Come out and round up everyone that knows more than they do
Then they bring them to the factory where the heart-attack machine
Is strapped across their shoulders and then the kerosene
Is brought down from the castles by insurance men who go
Check to see that nobody is escaping to Desolation Row

Praise be to Nero's Neptune, the Titanic sails at dawn
Everybody's shouting, "Which side are you on?!"

Now you would not think to look at him
But he was famous long ago
For playing the electric violin
On Desolation Row

| And Ezra Pound and T.S. Eliot fighting in the captain's tower | |
|---|---|
| While calypso singers laugh at them and fishermen hold flowers | |
| Between the windows of the sea where lovely mermaids flow | |
| And nobody has to think too much about Desolation Row | |
| | |
| Yes, I received your letter yesterday, about the time the doorknob broke | |
| When you asked me how I was doing, was that some kind of joke | |
| All these people that you mention, yes, I know them, they're quite lame | |
| I had to rearrange their faces and give them all another name | |
| Right now, I can't read too good, don't send me no more letters no | |
| Not unless you mail them from Desolation Row | |

10161 - "Positively 4th Street" by Bob Dylan

| LyricFind | Claude |
|---|---|
| You've got a lotta nerve to say you are my friend | You got a lotta nerve |
| | To say you are my friend |
| When I was down you just stood there grinnin' | When I was down |
| You've got a lotta nerve to say you got a helping hand to lend | You just stood there grinning |
| You just want to be on the side that's winnin' | |
| | You got a lotta nerve |
| | To say you got a helping hand to lend |
| | You just want to be on |
| | The side that's winning |
| You say I let you down, ya know its not like that | |
| If you're so hurt, why then don't you show it? | You say I let you down |
| You say you've lost your faith, but that's not where its at | You know it's not like that |
| You have no faith to lose, and ya know it | If you're so hurt |
| | Why then don't you show it |
| | |
| | You say you lost your faith |
| | But that's not where it's at |
| | You had no faith to lose |
| | And you know it |
| I know the reason, that you talked behind my back | |
| | I know the reason |
| I used to be among the crowd you're in with | That you talk behind my back |
| Do you take me for such a fool, to think I'd make contact | I used to be among the crowd |

| | |
|---|---|
| With the one who tries to hide what he don't know to begin with? | You're in with |
| | Do you take me for such a fool |
| | To think I'd make contact |
| | With the one who tries to hide |
| | What he don't know to begin with |
| You see me on the street, you always act surprised | You see me on the street |
| You say "how are you?", "good luck", but ya don't mean it | You always act surprised |
| When you know as well as me, you'd rather see me paralyzed | You say, "How are you?" "Good luck" |
| Why don't you just come out once and scream it | But you don't mean it |
| | When you know as well as me |
| | You'd rather see me paralyzed |
| | Why don't you just come out once |
| | And scream it |
| No, I do not feel that good when I see the heartbreaks you embrace | No, I do not feel that good |
| If I was a master thief perhaps I'd rob them | When I see the heartbreaks you embrace |
| And tho I know you're dissatisfied with your position and your place | If I was a master thief |
| Don't you understand, its not my problem? | Perhaps I'd rob them |
| | And now I know you're dissatisfied |
| | With your position and your place |
| | Don't you understand |
| | It's not my problem |
| I wish that for just one time you could stand inside my shoes | I wish that for just one time |
| And just for that one moment I could be you | You could stand inside my shoes |
| Yes, I wish that for just one time you could stand inside my shoes | And just for that one moment |
| You'd know what a drag it is to see you | I could be you |
| | Yes, I wish that for just one time |
| | You could stand inside my shoes |
| | You'd know what a drag it is |
| | To see you |

10182 - "Uninvited" by Alanis Morissette

| LyricFind | Claude |
|---|---|
| Like anyone would be | Like anyone would be |
| I am flattered by your fascination with me | I am flattered by your fascination with me |
| Like any hot blooded woman | Like any hot-blooded woman |
| I have simply wanted an object to crave | I have simply wanted an object to crave |
| | |
| But you, you're not allowed | But you you're not allowed |
| You're uninvited | You're uninvited |

| | |
|---|---|
| An unfortunate slight<br><br>Must be strangely exciting<br>To watch the stoic squirm<br>Must be somewhat heartening<br>To watch Shepard meet Shepard<br><br>But you, you're not allowed<br>You're uninvited<br>An unfortunate slight<br><br>Like any uncharted territory<br>I must seem greatly intriguing<br>You speak of my love like<br>You have experienced love like mine before<br><br>But this is not allowed<br>You're uninvited<br>An unfortunate slight<br><br>I don't think you unworthy<br>I need a moment to deliberate | An unfortunate slight<br><br>Must be strangely exciting<br>To watch the stoic squirm<br>Must be somewhat heartening<br>To watch shepherd need shepherd<br><br>But you you're not allowed<br>You're uninvited<br>An unfortunate slight<br><br>Like any uncharted territory<br>I must seem greatly intriguing<br>You speak of my love like<br>You have experienced love like mine before<br><br>But this is not allowed<br>You're uninvited<br>An unfortunate slight<br><br>I don't think you unworthy<br>I need a moment to deliberate |

10186 - "For The First Time" by The Script

| LyricFind | Claude |
|---|---|
| She's all laid up in bed with a broken heart<br>While I'm drinkin' Jack all alone in my local bar<br>And we don't know how<br>How we got into this mad situation<br>Only doing things out of frustration<br>Tryna make it work, but man, these times are hard<br><br>She needs me now, but I can't seem to find the time<br>I got a new job now on the unemployment line<br>And we don't know how<br>How we got into this mess, is it God's test?<br><br>Someone help us 'cause we're doin' our best<br><br>Tryna make it work, but man, these times are hard | **Verse 1:**<br>She's all laid up in bed with a broken heart,<br>While I'm drinking jack all alone in my local bar,<br>And we don't know how, how we got into this mad situation,<br>Only doing things out of frustration<br>Trying to make it work but man these times are hard,<br><br>**Chorus:**<br>She needs me now but I can't seem to find the time,<br>I've got a new job now on the unemployment line,<br>And we don't know how, how we got into this mess<br>Is it God's test? Someone help us cause we're doing our best<br>Trying to make it work but man these times are hard |

But we're gonna start by
Drinkin' old cheap bottles of wine
Shit talkin' up all night
Sayin' things we haven't for a while, a while, yeah
We're smilin' but we're close to tears
Even after all these years
We just now got the feelin' that we're meetin'
For the first time

Ooh
Ooh
Ooh

She's in line at the dole with her head held high
While I just lost my job but didn't lose my pride
And we both know how
How we're gonna make it work when it hurts
When you pick yourself up, you get kicked to the dirt
Tryna make it work, but man, these times are hard

But we're gonna start by
Drinkin' old cheap bottles of wine
Shit talkin' up all night
Doin' things we haven't for a while, a while, yeah
We're smilin' but we're close to tears
Even after all these years
We just now got the feelin' that we're meetin'
For the first time

Ooh
Ooh
Ooh
Yeah

Drinkin' old cheap bottles of wine
Shit talkin' up all night
Sayin' things we haven't for a while
We're smilin' but we're close to tears
Even after all these years
We just now got the feelin' that we're meetin'
For the first time

Ooh (yeah, for the first time)

Verse 2:
But we're gonna start by drinking old cheap bottles of wine,
Sit talking up all night, saying things we haven't for a while,
We're smiling but we're close to tears,
Even after all these years,
We just now got the feeling that we're meeting
For the first time

(Repeat Chorus)

Bridge:
She's in line at the dole
With her head held high
While I just lost my job but didn't lose my pride
But we both know how, how we're gonna make it work when it's
Worth While  Cause we're gonna start by drinking old cheap bottles of wine,

(Repeat Chorus)

For the first time,

| | |
|---|---|
| Ooh (oh, for the first time) | Oooh for the first time, |
| Ooh (yeah, for the first time) | Yeah for the first time |
| We just now got the feelin' that we're meetin' | |
| For the first time | |
| | |
| Oh, these times are hard | Oh these times are hard, |
| Yeah, they're makin' us crazy | Yeah they're making us crazy |
| Don't give up on me, baby | Don't give up on me baby |
| Oh, these times are hard | Oh these times are hard |
| Yeah, they're makin' us crazy | Yeah they're making us crazy |
| Don't give up on me, baby | Don't give up on me baby |
| | |
| Oh, these times are hard | |
| Yeah, they're makin' us crazy | |
| Don't give up on me, baby | |
| Oh, these times are hard | |
| Yeah, they're makin' us crazy | |
| Don't give up on me, baby | |

10187 - "Wouldn't It Be Nice" by The Beach Boys

| LyricFind | Claude |
|---|---|
| Wouldn't it be nice if we were older? | Wouldn't it be nice if we were older |
| Then we wouldn't have to wait so long | Then we wouldn't have to wait so long |
| And wouldn't it be nice to live together | And wouldn't it be nice to live together |
| In the kind of world where we belong? | In the kind of world where we belong |
| | |
| You know it's gonna make it that much better | You know it's gonna make it that much better |
| When we can say goodnight and stay together | When we can say goodnight and stay together |
| | Wouldn't it be nice if we could wake up |
| | In the morning when the day is new |
| Wouldn't it be nice if we could wake up | |
| In the morning when the day is new? | |
| And after having spent the day together | And after having spent the day together |
| Hold each other close the whole night through | Hold each other close the whole night through |
| | Happy times together we've been spending |
| Happy times together we've been spending | I wish that every kiss was neverending |
| I wish that every kiss was never ending | |
| Oh, wouldn't it be nice? | |
| | Wouldn't it be nice |
| Maybe if we think and wish and hope and pray | Maybe if we think and wish and hope and pray |
| It might come true | it might come true |
| Baby, then there wouldn't be a single thing we | Baby then there wouldn't be a single thing we |
| couldn't do | couldn't do |
| Oh, we could be married (oh, we could be | We could be married |
| married) | And then we'd be happy |
| And then we'd be happy (and then we'd be | |
| happy) | |

| | |
|---|---|
| Oh, wouldn't it be nice? | Wouldn't it be nice |
| You know it seems the more we talk about it | You know it seems the more we talk about it |
| It only makes it worse to live without it | It only makes it worse to live without it |
| But let's talk about it | But let's talk about it |
| Oh, wouldn't it be nice? | Wouldn't it be nice |
| | |
| Goodnight, my baby | |
| Sleep tight, my baby | |
| Goodnight, my baby | |
| Sleep tight, my baby | |

10188 - "One Tin Soldier" by The Original Caste

| LyricFind | Claude |
|---|---|
| Listen, children, to a story | Listen, children, to a story |
| That was written long ago | That was written long ago, |
| 'Bout a kingdom on a mountain | 'Bout a kingdom on a mountain |
| And the valley-folk below | And the valley-folk below. |
| | |
| On the mountain was a treasure | On the mountain was a treasure |
| Buried deep beneath the stone | Buried deep beneath a stone, |
| And the valley-people swore | And the valley-people swore |
| They'd have it for their very own | They'd have it for their very own. |
| | |
| Go ahead and hate your neighbor | Go ahead and hate your neighbor, |
| Go ahead and cheat a friend | Go ahead and cheat a friend. |
| Do it in the name of heaven | Do it in the name of Heaven, |
| You can justify it in the end | You can justify it in the end. |
| There won't be any trumpets blowing | |
| Come the judgment day | There won't be any trumpets blowing |
| On the bloody morning after | Come the judgement day, |
| One tin soldier rides away | On the bloody morning after.... |
| | One tin soldier rides away. |
| | |
| So the people of the valley | So the people of the valley |
| Sent a message up the hill | Sent a message up the hill, |
| Asking for the buried treasure | Asking for the buried treasure, |
| Tons of gold for which they'd kill | Tons of gold for which they'd kill. |
| | |
| It came an answer from the mountain | Came an answer from the kingdom, |
| With our brothers we will share | "With our brothers we will share |
| All the secrets of our mountain | All the secrets of our mountain, |
| All the riches buried there | All the riches buried there." |
| | |
| Go ahead and hate your neighbor | Go ahead and hate your neighbor, |
| Go ahead and cheat a friend | Go ahead and cheat a friend. |

| LyricFind | Claude |
|---|---|
| Do it in the name of heaven<br>You can justify it in the end<br>There won't be any trumpets blowing<br>Come the judgment day<br>On the bloody morning after<br>One tin soldier rides away | Do it in the name of Heaven,<br>You can justify it in the end.<br><br>There won't be any trumpets blowing<br>Come the judgement day,<br>On the bloody morning after....<br>One tin soldier rides away. |
| Now the valley cried with anger<br>"Mount your horses! Draw your sword!"<br>And they killed the mountain-people<br>So they won their just reward | Now the valley cried with anger,<br>"Mount your horses! Draw your sword!"<br>And they killed the mountain-people,<br>So they won their just reward. |
| Now they stood beside the treasure<br>On the mountain, dark and red<br>Turned the stone and looked beneath it<br>"Peace on Earth" was all it said | Now they stood beside the treasure,<br>On the mountain, dark and red.<br>Turned the stone and looked beneath it...<br>"Peace on Earth" was all it said. |
| Go ahead and hate your neighbor<br>Go ahead and cheat a friend<br>Do it in the name of heaven<br>You can justify it in the end<br>There won't be any trumpets blowing<br>Come the judgment day<br>On the bloody morning after<br>One tin soldier rides away | Go ahead and hate your neighbor,<br>Go ahead and cheat a friend.<br>Do it in the name of Heaven,<br>You can justify it in the end.<br><br>There won't be any trumpets blowing,<br>Come the judgement day.<br>On the bloody morning after....<br>One tin soldier rides away. |
| Go ahead and hate your neighbor<br>Go ahead and cheat a friend<br>Do it in the name of heaven<br>You can justify it in the end<br>There won't be any trumpets blowing<br>Come the judgment day<br>On the bloody morning after<br>One tin soldier rides away | |

10190 - "Rainy Days and Mondays" by The Carpenters

| LyricFind | Claude |
|---|---|
| Talkin' to myself and feelin' old<br>Sometimes I'd like to quit<br>Nothin' ever seems to fit<br>Hangin' around<br>Nothin' to do but frown<br>Rainy days and Mondays always get me down | Talkin' to myself and feelin' old<br>Sometimes I'd like to quit<br>Nothing ever seems to fit<br>Hangin' around, nothing to do but frown<br><br>Rainy days and Mondays always get me down |

| | |
|---|---|
| What I've got they used to call the blues | What I've got they used to call the blues |
| Nothin' is really wrong | Nothin' is really wrong |
| Feelin' like I don't belong | Feelin' like I don't belong |
| Walkin' around | Walkin' around, some kind of lonely clown |
| Some kind of lonely clown | |
| Rainy days and Mondays always get me down | Rainy days and Mondays always get me down |
| | |
| Funny, but it seems I always wind up here with you | Funny, but it seems I always wind up here with you |
| Nice to know somebody loves me | Nice to know somebody's cares |
| Funny, but it seems that it's the only thing to do | Funny, but it seems that it's the only thing to do |
| Run and find the one who loves me (the one who loves me) | Run and find the one who loves me |
| | |
| What I feel has come and gone before | (Repeat Chorus) |
| No need to talk it out (talk it out) | |
| We know what it's all about | |
| Hangin' around (hangin' around) | |
| Nothin' to do but frown | |
| Rainy days and Mondays always get me down | |
| | |
| Funny, but it seems that it's the only thing to do (only thing to do) | |
| Run and find the one who loves me (ooh) | |
| | |
| What I feel has come and gone before | |
| No need to talk it out (to talk it out) | |
| We know what it's all about | |
| Hangin' around (hangin' around) | Hangin' around, nothing to do but frown |
| Nothin' to do but frown | |
| Rainy days and Mondays always get me down | Rainy days and Mondays always get me down |
| Hangin' around (hangin' around) | Hangin' around, nothing to do but frown |
| Nothin' to do but frown | |
| Rainy days and Mondays always get | Rainy days and Mondays always get me down |
| Me down | |

10194 - "Barracuda" by Heart

| LyricFind | Claude |
|---|---|
| So this ain't the end, I saw you again, today | So this ain't the end - I saw you again today |
| I had to turn my heart away | I had to turn my heart away |
| Smiled like the sun, kisses for everyone | Smiled like the sun - kisses for real |
| And tales, it never fails | And tales - it never fails! |
| | |
| You lying so low in the weeds | You're lying so low in the weeds |
| I bet you gonna ambush me | Bet you gonna ambush me |
| You'd have me down, down, down, down on my | You'd have me down down down down on my |

| | |
|---|---|
| knees<br>Now wouldn't you, barracuda? Oh<br><br>Back over time we were all trying for free<br>You met the porpoise and me, uh-huh<br>No right, no wrong you're selling a song, a name<br>Whisper game<br><br>And if the real thing don't do the trick<br>You better make up something quick<br>You gonna burn, burn, burn, burn, burn to the wick<br>Ooh, barracuda, oh yeah<br><br>"Sell me, sell you" the porpoise said<br>Dive down deep now to save my head, you<br>I think that you got the blues too<br><br>All that night and all the next<br>Swam without looking back<br>Made for the western pools, silly, silly fools<br><br>The real thing don't do the trick, no<br>You better make up something quick<br>You gonna burn, burn, burn, burn, burn it to the wick<br>Ohh, barra-barracuda, yeah | knees<br>Now wouldn't you, barracuda?<br><br>Back over time we were all<br>Trying for free<br>You met the porpoise and me<br>No right, no wrong, selling a song-<br>A name, whisper game.<br><br>And if the real thing don't do the trick<br>You better make up something quick<br>You gonna burn it out to the wick<br>Aren't you, barracuda?<br><br>"Sell me, sell you" the porpoise said<br>Dive down deep down to save my head<br>You...I think you got the blues too.<br>All that night and all the next<br>Swam without looking back<br>Made for the western pools - silly, silly fools!<br><br>If the real thing don't do the trick<br>No, you better make up something quick<br>You gonna burn it out to the wick<br>Aren't you, barracuda? |

10209 - "Easier to Run" by Linkin Park

| LyricFind | Claude |
|---|---|
| It's easier to run<br>Replacing this pain with something numb<br>It's so much easier to go<br>Than face all this pain here all alone<br><br>Something has been taken from deep inside of me<br>A secret I've kept locked away<br>No one can ever see<br>Wounds so deep they never show<br>They never go away<br>Like moving pictures in my head<br>For years and years they've played<br><br>If I could change I would take back the pain I | It's easier to run<br>Replacing this pain with something numb<br>It's so much easier to go<br>Than face all this pain here all alone<br><br>Something has been taken from deep inside of me<br>The secret I've kept locked away no one can ever see<br><br>Wounds so deep they never show<br>They never go away<br>Like moving pictures in my head<br>For years and years they've played |

would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
If I could take all the shame to the grave I would
If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
I would take all the shame to the grave

It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

Sometimes I remember the darkness of my past
Bringing back these memories I wish I didn't have
Sometimes I think of letting go and never looking back
And never moving forward so there'd never be a past

If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
If I could take all the shame to the grave I would
If I could change I would take back the pain I would
Retrace every wrong move that I made I would
If I could stand up and take the blame I would
I would take all the shame to the grave

Just washing it aside
All of the helplessness inside
Pretending I don't feel misplaced
Is so much simpler than change

It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

It's easier to run
If I could change I would take back the pain I

(Chorus)
It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

Sometimes I remember the darkness of my past
Bringing back these memories I wish I didn't have
Sometimes I think of letting go and never looking back
And never moving forward so there'd never be a past

(Chorus)
It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

Just washing it aside
All of the helplessness inside
Pretending I don't feel misplaced
It's so much simpler than change

(Chorus)
It's easier to run
Replacing this pain with something numb
It's so much easier to go
Than face all this pain here all alone

It's easier to run
It's easier to run

| | |
|---|---|
| would<br>Retrace every wrong move that I made<br>It's easier to go<br>If I could change I would take back the pain I<br>would<br>Retrace every wrong move that I made I would<br>If I could stand up and take the blame I would<br>I would take all the shame to the grave | |

10212 - "Faint" by Linkin Park

| LyricFind | Claude |
|---|---|
| I am a little bit of loneliness, a little bit of<br>disregard<br>Handful of complaints but I can't help the fact<br>That everyone can see these scars<br>I am what I want you to want, what I want you<br>to feel<br>But it's like no matter what I do, I can't<br>convince you<br>To just believe this is real | I am a little bit of loneliness, a little bit of<br>disregard<br>Handful of complaints but I can't help the fact<br>That everyone can see these scars<br>I am what I want you to want, what I want you<br>to feel<br>But it's like no matter what I do, I can't<br>convince you<br>To just believe this is real |
| So I, let go watching you turn your back like<br>you always do<br>Face away and pretend that I'm not<br>But I'll be here 'cause you're all that I've got | So I let go, watching you, turn your back like<br>you always do<br>Face away and pretend that I'm not<br>But I'll be here cause you're all that I've got |
| I can't feel the way I did before<br>Don't turn your back on me<br>I won't be ignored<br>Time won't heal this damage anymore<br>Don't turn your back on me I won't be ignored | I can't feel the way I did before<br>Don't turn your back on me<br>I won't be ignored<br>Time won't heal this damage anymore<br>Don't turn your back on me<br>I won't be ignored |
| I am, a little bit insecure, a little unconfident<br>'Cause you don't understand I do what I can<br>But sometimes I don't make sense<br>I am, what you never want to say, but I've<br>never had a doubt<br>It's like no matter what I do I can't convince<br>you for once just to hear me out | I am a little bit insecure, a little unconfident<br>Cause you don't understand I do what I can<br>But sometimes I don't make sense<br>I am what you never wanna say, but I've never<br>had a doubt<br>It's like no matter what I do I can't convince<br>you<br>For once just to hear me out |
| So I, let go watching you turn your back like<br>you always do<br>You face away and pretend that I'm not<br>But I'll be here 'cause you're all that I've got | So I let go watching you turn your back like you<br>always do<br>Face away and pretend that I'm not<br>But I'll be here cause you're all that I've got |

| | |
|---|---|
| I can't feel the way I did before<br>Don't turn your back on me<br>I won't be ignored<br>Time won't heal this damage anymore<br>Don't turn your back on me I won't be ignored<br><br>You hear me out now<br>You're gonna listen to me like it or not<br>Right now, hear me out now<br>You're gonna listen to me like it or not<br>Right now<br><br>I can't feel the way I did before<br>Don't turn your back on me<br>I won't be ignored<br><br>I can't feel the way I did before<br>Don't turn your back on me<br>I won't be ignored<br>Time won't heal this damage anymore<br>Don't turn your back on me I won't be ignored<br>I can't feel<br>Don't turn your back on me<br>I won't be ignored<br>Time won't heal<br>Don't turn your back on me I won't be ignored | I can't feel the way I did before<br>Don't turn your back of me<br>I won't be ignored<br>Time won't heal this damage anymore<br>Don't turn your back on me<br>I won't be ignored |

10219 - "Hurricane" by 30 Seconds to Mars

| LyricFind | Claude |
|---|---|
| No matter how many times that you told me<br>you wanted to leave<br>No matter how many breaths that you took you<br>still couldn't breathe<br>No matter how many nights that you'd lie wide<br>awake to the sound of the poison rain<br>Where did you go? Where did you go?<br>Where did you go?<br>As days go by, the night's on fire<br><br>Tell me, would you kill to save a life?<br>Tell me, would you kill to prove you're right?<br>Crash, crash<br>Burn, let it all burn<br>This hurricane's chasing us all underground<br><br>No matter how many deaths that I die I will | No matter how many times that you told me<br>you wanted to leave<br>No matter how many breaths that you took,<br>you still couldn't breathe<br>No matter how many nights that you'd lie wide<br>awake to the sound of the poison rain<br>Where did you go? Where did you go? Where<br>did you go?<br>As days go by, the night's on fire<br><br>Tell me would you kill to save a life?<br>Tell me would you kill to prove you're right?<br>Crash, crash, burn, let it all burn<br>This hurricane's chasing us all underground<br><br>No matter how many deaths that I die I will |

never forget
No matter how many lives I live I will never regret
There is a fire inside of this heart and a riot about to explode into flames
Where is your God? Where is your God? Where is your God?

Do you really want? Do you really want me?
Do you really want me dead or alive to torture for my sins?
Do you really want?
Do you really want me?
Do you really want me dead or alive to live a lie?

Tell me, would you kill to save a life?
Tell me, would you kill to prove you're right?
Crash, crash
Burn, let it all burn
This hurricane's chasing us all underground

The promises we made were not enough
(never playing the game again)
The prayers that we had prayed were like a drug (never gonna end me, yeah)
The secrets that we sold were never known
(never sing a song)
The love we had, the love we had
We had to let it go

(Never giving in, again)
(Never giving in, again)

Tell me, would you kill to save a life?
Tell me, would you kill to prove you're right?
Crash, crash
Burn, let it all burn
This hurricane's chasing us all underground

This hurricane
Oh, oh, oh-oh
This hurricane
Oh, oh, oh-oh
This hurricane
Oh, oh, oh-oh

Do you really want? Do you really want me?
Do you really want me dead or alive to torture

never forget
No matter how many lives that I live, I will never regret
There is a fire inside of this heart and a riot about to explode into flames
Where is your God? Where is your God? Where is your God?

Do you really want... Do you really want me?
Do you really want me dead or alive to torture for my sins?
Do you really want... Do you really want me?

Do you really want me dead or alive to live a lie?

Tell me would you kill to save a life?
Tell me would you kill to prove you're right?
Crash, crash, burn, let it all burn

This hurricane's chasing us all underground

The promises we made were not enough

The prayers that we had prayed were like a drug

The secrets that we sold were never known

The love we had, the love we had, we had to let it go

Tell me would you kill to save a life?
Tell me would you kill to prove you're right?
Crash, crash, burn, let it all burn

This hurricane's chasing us all underground

| for my sins? |  |
| Do you really want? | |
| Do you really want me? | |
| Do you really want me dead or alive to live a lie? | |

10222 - "Yesterday Once More" by The Carpenters

| LyricFind | Claude |
|---|---|
| When I was young I'd listen to the radio<br>Waitin' for my favorite songs<br>When they played I'd sing along, it made me smile<br><br>Those were such happy times and not so long ago<br>How I wondered where they'd gone<br>But they're back again just like a long lost friend<br>All the songs I loved so well<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's, so fine<br><br>When they get to the part<br>Where he's breakin' her heart<br>It can really make me cry, just like before<br>It's yesterday once more<br><br>Lookin' back on how it was in years gone by<br>And the good times that I had<br>Makes today seem rather sad, so much has changed.<br><br>It was songs of love that I would sing to then<br>And I'd memorize each word<br>Those old melodies still sound so good to me<br>As they melt the years away | Verse 1:<br>When I was young<br>I'd listen to the radio<br>Waiting for my favorite songs<br>When they played I'd sing along<br>It made me smile<br><br>Those were such happy times<br>And not so long ago<br>How I wondered where they'd gone<br><br>Chorus:<br>But they're back again<br>Just like a long lost friend<br>All the songs I loved so well<br>Every Sha-la-la-la<br>Every Wo-wo-wo<br>Still shines<br>Every shing-a-ling-a-ling<br>That they're starting to sing<br>So fine<br><br>When they get to the part<br>Where he's breaking her heart<br>It can really make me cry<br>Just like before<br>It's yesterday once more<br><br>Verse 2:<br>Looking back on how it was<br>In years gone by<br>And the good times that I had<br>Makes today seem rather sad<br>So much has changed<br>It was songs of love that<br>I would sing to then<br>And I'd memorize each word<br>Those old melodies<br>Still sound so good to me<br>As they melt the years away |

| | |
|---|---|
| Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's so fine<br><br>All my best memories come back clearly to me<br>Some can even make me cry, just like before<br>It's yesterday once more<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's so fine<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's so fine | Every Sha-la-la-la<br>Every Wo-wo-wo<br>Still shines<br><br><br><br><br><br><br>(Repeat Chorus) |

10241 - "Message in a Bottle" by The Police

| LyricFind | Claude |
|---|---|
| Just a castaway, an island lost at sea, oh<br>Another lonely day, no one here but me, oh<br>More loneliness any man could bear<br>Rescue me before I fall into despair, oh<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br><br><br>A year has passed since I wrote my note<br>I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life but love can break your heart<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my | <br><br><br><br><br>Verse 1:<br>I'll send an S.O.S. to the world<br>I'll send an S.O.S. to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br>Message in a bottle<br><br>Chorus:<br>Message in a bottle, oh<br>Message in a bottle, oh<br><br>Verse 2:<br>A year has passed since I wrote my note<br>But I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life<br>But love can break your heart |

I hope that someone gets my
I hope that someone gets my

Message in a bottle, yeah
Message in a bottle, yeah
Oh, message in a bottle, yeah
Message in a bottle, yeah

Walked out this morning, don't believe what I
saw
Hundred billion bottles washed up on the
shore
Seems I'm not alone in being alone
Hundred billion castaways looking for a home

I'll send an SOS to the world
I'll send an SOS to the world
I hope that someone gets my
I hope that someone gets my
I hope that someone gets my
Message in a bottle, yeah

Message in a bottle, yeah
Message in a bottle, whoa
Message in a bottle, yeah

Sendin' out an SOS
Sendin' out an SOS
I'm sendin' out an SOS
I'm sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS

(Repeat Chorus)

Bridge:
Walked out this morning, I don't believe what I
saw
A hundred billion bottles washed up on the
shore
Seems I'm not alone at being alone
A hundred billion castaways, looking for a
home

(Repeat Chorus)

Verse 3:
I'll send an S.O.S. to the world
I'll send an S.O.S. to the world
I hope that someone gets my
I hope that someone gets my
I hope that someone gets my
Message in a bottle
(Repeat Chorus)
Message in a bottle, oh
Message in a bottle, oh
Message in a bottle, oh...

| Sendin' out an SOS |
| Sendin' out an SOS |
| Sendin' out an SOS |
| Sendin' out an SOS |
| Sendin' out an SOS |

10245 - "Colors" by Halsey

| LyricFind | Claude |
|---|---|
| Your little brother never tells you but he loves you so<br>You said your mother only smiled on her tv show<br>You're only happy when your sorry head is filled with dope<br>I hope you make it to the day you're twenty-eight years old | Verse 1:<br>Your little brother never tells you<br>But he loves you so<br>You said your mother only smiled on her TV show<br>You're only happy when your sorry head is filled with dope<br>I hope you make it to the day you're 28 years old |
| You're dripping like a saturated sunrise<br>You're spilling like an overflowing sink<br>You're ripped at every edge but you're a masterpiece<br>And now you're tearing through the pages and the ink | Chorus:<br>You're dripping like a saturated sunrise<br>You're spilling like an overflowing sink<br>You're ripped at every edge but you're a masterpiece<br>And now I'm tearing through the pages and the ink |
| Everything is blue<br>His pills, his hands, his jeans<br>And now I'm covered in the colors pulled apart at the seams<br>And it's blue<br>And it's blue | Verse 2:<br>Everything is blue<br>His pills, his hands, his jeans<br>And now I'm covered in the colors<br>Pulled apart at the seams<br>And it's blue<br>And it's blue |
| Everything is grey<br>His hair, his smoke, his dreams<br>And now he's so devoid of color<br>He don't know what it means<br>And he's blue<br>And he's blue | Chorus:<br>Everything is grey<br>His hair, his smoke, his dreams<br>And now he's so devoid of color<br>He don't know what it means<br>And he's blue<br>And he's blue |
| You were a vision in the morning when the light came through<br>I know I've only felt religion when I've lied with you | |

You said you'll never be forgiven till your boys are too
And I'm still waking every morning but it's not with you

You're dripping like a saturated sunrise
You're spilling like an overflowing sink
You're ripped at every edge but you're a masterpiece
And now you're tearing through the pages and the ink

Everything is blue
His pills, his hands, his jeans
And now I'm covered in the colors pulled apart at the seams
And it's blue
And it's blue

Everything is grey
His hair, his smoke, his dreams
And now he's so devoid of color
He don't know what it means
And he's blue
And he's blue

You were red, and you liked me because I was blue
But you touched me, and suddenly I was a lilac sky
Then you decided purple just wasn't for you

Everything is blue
His pills, his hands, his jeans
And now I'm covered in the colors pulled apart at the seams
And it's blue
And it's blue

Everything is grey
His hair, his smoke, his dreams
And now he's so devoid of color
He don't know what it means
And he's blue
And he's blue

Everything is blue, everything is blue
Everything is blue, everything is blue

Bridge:
You were red, and you liked me because I was blue
But you touched me, and suddenly I was a lilac sky
Then you decided purple just wasn't for you

Chorus:
Everything is blue
His pills, his hands, his jeans
And now I'm covered in the colors
Pulled apart at the seams
And it's blue
And it's blue

10251 - "No Light, No Light" by Florence and the Machine

| LyricFind | Claude |
|---|---|
| You are the hole in my head<br>You are the space in my bed<br>You are the silence in between<br>What I thought and what I said | Verse 1:<br>You are the hole in my head<br>You are the space in my bed<br>You are the silence in between<br>What I thought and what I said |
| You are the night-time fear<br>You are the morning when it's clear<br>When it's over you're the start<br>You're my head, you're my heart | Chorus:<br>You are the night time fear<br>You are the morning when it's clear<br>When it's over you'll start<br>You're my head, you're my heart |
| No light, no light in your bright blue eyes<br>I never knew daylight could be so violent<br>A revelation in the light of day<br>You can't choose what stays and what fades away | Verse 2:<br>No light, no light in your bright blue eyes<br>I never knew daylight could be so violent<br>A revelation in the light of day<br>You can't chose what stays and what fades away |
| And I'd do anything to make you stay<br>No light, no light (no light)<br><br>Tell me what you want me to say | Chorus:<br>And I'd do anything to make you stay<br>No light, no light<br>No light<br>Tell me what you want me to say |
| And through the crowd I was crying out and<br>In your place there were a thousand other faces<br>I was disappearing in plain sight<br>Heaven help me I need to make it right | Bridge:<br>Through the crowd, I was crying out<br>And in your place there were a thousand other faces<br>I was disappearing in plain sight<br>Heaven help me, I need to make it right |
| You want a revelation<br>You want to get right<br>But it's a conversation<br>I just can't have tonight<br>You want a revelation<br>Some kind of resolution<br>You want a revelation | Chorus:<br>You are the night time fear<br>You are the morning when it's clear<br>When it's over you'll start<br>You're my head, you're my heart |
| No light, no light in your bright blue eyes<br>I never knew daylight could be so violent<br>A revelation in the light of day<br>You can't choose what stays and what fades | No light, no light in your bright blue eyes<br>I never knew daylight could be so violent<br>A revelation in the light of day |

| | |
|---|---|
| away | You can't chose what stays and what fades away |
| And I'd do anything to, to make you stay | |
| No light, no light (no light) | And I'd do anything to make you stay |
| | No light, no light |
| Tell me what you want me to say | No light |
| | Tell me what you want me to say |
| Would you leave me | |
| If I told you what I've done? | |
| And would you leave me | |
| If I told you what I've become? | |
| | |
| 'Cause it's so easy | |
| To sing it to a crowd | |
| But it's so hard, my love | |
| To say it to you out loud | |
| | |
| No light, no light in your bright blue eyes | |
| I never knew daylight could be so violent | |
| A revelation in the light of day | |
| You can't choose what stays and what fades away | |
| And I'd do anything to make you stay | |
| No light, no light (no light) | |
| Tell me what you want me to say | |
| | |
| You want a revelation | |
| You want to get right | |
| But it's a conversation | |
| I just can't have tonight | |
| You want a revelation | |
| Some kind of resolution | |
| You want a revelation | |
| | |
| You want a revelation | |
| You want to get right | |
| But, it's a conversation | |
| I just can't have tonight | |
| You want a revelation | |
| Some kind of resolution | |
| Tell me what you want me to say | |

10288 - "Remember The Name" by Fort Minor

| LyricFind | Claude |
|---|---|
| You ready?! Let's go! | [Verse 1]<br>You ready?! Let's go! |

| | |
|---|---|
| Yeah, for those of you that wanna know what we're all about | Yeah, for those of you that want to know what we're all about |
| It's like this y'all (c'mon) | It's like this y'all (c'mon!) |
| This is ten percent luck | This is ten percent luck, twenty percent skill |
| Twenty percent skill | |
| Fifteen percent concentrated power of will | Fifteen percent concentrated power of will |
| Five percent pleasure | Five percent pleasure, fifty percent pain |
| Fifty percent pain | |
| And a hundred percent reason to remember the name | And a hundred percent reason to remember the name! |
| | |
| | [Chorus] |
| He doesn't need his name up in lights | Mike! - He doesn't need his name up in lights |
| He just wants to be heard whether it's the beat or the mic | He just wants to be heard whether it's the beat or the mic |
| He feels so unlike everybody else, alone | He feels so unlike everybody else, alone |
| In spite of the fact that some people still think that they know him | In spite of the fact that some people still think that they know him |
| But fuck 'em, he knows the code, it's not about the salary | But fuck em, he knows the code |
| | It's not about the salary |
| It's about reality and making some noise | It's all about reality and making some noise |
| Making a story, making sure his clique stays up | Makin the story - makin sure his clique stays up |
| That means when he puts it down, Tak's pickin' it up | That means when he puts it down Tak's pickin it up! Let's go! |
| | |
| | [Verse 2] |
| | Who the hell is he anyway? |
| Who the hell is he anyway, he never really talks much | He never really talks much |
| Never concerned with status but still leavin' them star struck | Never concerned with status but still leavin' them star struck |
| Humbled through opportunities given despite the fact | Humbled through opportunities given despite the fact |
| That many misjudge him because he makes a livin' from writing raps | That many misjudge him because he makes a living from writin raps |
| Put it together himself, now the picture connects | Put it together himself, now the picture connects |
| Never asking for someone's help, or to get some respect | Never askin for someone's help, or to get some respect |
| He's only focused on what he wrote; his will is beyond reach | He's only focused on what he wrote, his will is beyond reach |
| And now it all unfolds, the skill of an artist | And now when it all unfolds, the skill of an artist |
| | |
| | [Chorus] |
| This is twenty percent skill, eighty percent beer | This is twenty percent skill, eighty percent fear |
| Be a hundred percent clear 'cause Ryu is ill | Be a hundred percent clear cause Ryu is ill |
| Who would've thought that he'd be the one to set the west in flames | Who would've thought that he'd be the one to set the west in flames |
| Then heard him wreckin' with The Crystal | Then I heard him wreckin with The Crystal |

Method, Name Of The Game
Came back, dropped Megadef, took 'em to church
I like bleach, man, Ryu had the stupidest verse
This dude is the truth, now everybody be givin' him guest spots
His stock's through the roof; I heard he fuckin' with S-Dot

This is ten percent luck
Twenty percent skill
Fifteen percent concentrated power of will
Five percent pleasure
Fifty percent pain
And a hundred percent reason to remember the name

They call him Ryu he's sick, and he's spittin' fire and Mike
Got him out the dryer he's hot, I found him in Fort Minor with Tak
What a fuckin' nihilist porcupine; he's a prick; he's a cock
The type women want to be with and rappers hope he get shot
Eight years in the makin' patiently waitin' to blow
Now the record with Shinoda's takin' over the globe
He's got a partner in crime; his shit is equally dope
You won't believe the kind of shit that comes out of this kid's throat

He's not your every day on the block
He knows how to work with what he's got
Makin' his way to the top
He often gets a comment on his name
People keep asking him was it given at birth
Or does it stand for an acronym?
No, he's livin' proof that he rockin' the booth
He'll get you buzzin' quicker than a shot of vodka with juice
Him and his crew are known around as one of the best
Dedicated to what they do and give a hundred percent

Forget Mike, nobody really knows how or why

Method, "Name Of The Game"
Came back dropped Megadef, took em to church
I like bleach, man, Ryu had the stupidest verse
This dude is the truth, now everybody be givin him guest spots
His stock's through the roof I heard he fu**in' with S. Dot!

[Outro]
They call him Ryu The Sick
And he's spittin' fire with Mike
Got him out the dryer he's hot
Found him in Fort Minor with Tak
What a fuckin' nihilistic combo
It's Iambic pentameter knockout

| | |
|---|---|
| he works so hard<br>It seems like he's never got time<br>Because he writes every note and he writes every line<br>And I've seen him at work when that light goes on in his mind<br>It's like a design is written in his head every time<br>Before he even touches a key or speaks in a rhyme<br>And those motherfuckers he runs with, the kids that he signed<br>Ridiculous, without even trying, how do they do it?<br><br>This is ten percent luck<br>Twenty percent skill<br>Fifteen percent concentrated power of will<br>Five percent pleasure<br>Fifty percent pain<br>And a hundred percent reason to remember the name<br><br>This is ten percent luck<br>Twenty percent skill<br>Fifteen percent concentrated power of will<br>Five percent pleasure<br>Fifty percent pain<br>And a hundred percent reason to remember the name<br><br>Yeah<br>Fort Minor<br>M-Shinoda<br>Styles of Beyond<br>Ryu<br>Takbir<br>Machine Shop | |

10305 - "Just Like Heaven" by The Cure

| LyricFind | Claude |
|---|---|
| "Show me, show me, show me how you do that trick<br>The one that makes me scream", she said<br>"The one that makes me laugh", she said<br>And threw her arms around my neck | "Show me, show me, show me,<br>How you do that trick,<br>The one that makes me scream, she said<br>The one that makes me laugh, she said<br>And threw her arms around my neck |

| | |
|---|---|
| Show me how you do it<br>And I promise you, I promise that<br>I'll run away with you<br>I'll run away with you<br><br>Spinning on that dizzy edge<br>Kissed her face and kissed her head<br>Dreamed of all the different ways<br>I had to make her glow<br>"Why are you so far away?", she said<br>"Why won't you ever know that I'm in love with you<br>That I'm in love with you?"<br><br>You<br>Soft and only<br>You<br>Lost and lonely<br>You<br>Strange as angels<br>Dancing in the deepest oceans<br>Twisting in the water<br>You're just like a dream<br>You're just like a dream<br><br>Daylight licked me into shape<br>I must've been asleep for days<br>And moving lips to breathe her name<br>I opened up my eyes<br>And found myself alone, alone<br>Alone above a raging sea<br>That stole the only girl I loved<br>And drowned her deep inside of me<br><br>You<br>Soft and lonely<br>You<br>Lost and lonely<br>You<br>Just like heaven | Show me how you do it, and I promise you,<br>I promise that I'll run away with you,<br>I'll run away with you<br><br>Spinning on that dizzy edge,<br>I kissed her face and kissed her head<br>And dreamed of all the different ways I had<br>To make her glow<br>'Why are you so far away?' she said<br>'Why won't you ever know that I'm in love with you,<br>That I'm in love with you?'<br><br>You, soft and only,<br>You, lost and lonely,<br>You, just like heaven<br><br>I'm coming to believe, I'm coming to believe,<br>Under clouds like you've painted.<br>Under clouds like you've painted.<br><br><br><br><br><br><br><br><br><br>You, soft and only,<br>You, lost and lonely,<br>You, just like heaven" |

10309 - "Ballroom Blitz" by Sweet

| LyricFind | Claude |
|---|---|
| Are you ready Steve? Uh-huh<br>Andy? Yeah | |

Mick? Okay
Alright fellas, let's go

Oh it's been getting so hard
Living with the things you do to me, uh huh
My dreams are getting so strange
I'd like to tell you everything I see

Oh, I see a man at the back as a matter of fact
His eyes are as red as the sun
And the girl in the corner let no one ignore her
'Cause she thinks she's the passionate one

Oh yeah, it was like lightning
Everybody was frightening
And the music was soothing
And they all started grooving

Yeah, yeah-yeah-yeah-yeah
And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to warn you
It'll turn into a ballroom blitz
Ballroom blitz, ballroom blitz
Ballroom blitz, ballroom blitz

I'm reaching out for something
Touching nothing's all I ever do
Oh I softly call you over
When you appear there's nothing left of you, uh huh

And the man in the back is ready to crack
As he raises his hands to the sky
And the girl in the corner is everyone's mourner
She could kill you with a wink of her eye

Oh yeah it was electric
So perfectly hectic
And the band started leaving
'Cause they all stopped breathing

Yeah, yeah-yeah-yeah
And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to

---

Oh it's been getting so hard
Livin' with the things you do to me, aha
Oh my dreams are getting so strange
I'd like to tell you everything I see

Oh, I see a man at the back as a matter of fact
His eyes are as red as the sun
And a girl in the corner let no one ignore her
'Cause she thinks she's the passionate one

Oh, yeah, it was like lightning, everybody was frightening
And the music was soothing, and they all started grooving
Yeah, Yeah, Yeah, Yeah, Yeah

And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to warn you
It'll turn into a ballroom blitz

Ballroom blitz, ballroom blitz, ballroom blitz, ballroom blitz

Oh reaching out for something, touching nothing's all I ever do
Oh I softly call you over, when you appear there's nothing left of you, aha

And the man in the back is ready to crack
As he raises his hands to the sky
And the girl in the corner is ev'ryone's mourner
She could kill you with a wink of her eye

Oh, yeah, it was electric, so frantically hectic
And the band started leaving, 'cause they all stopped breathing
Yeah, Yeah, Yeah, Yeah, Yeah

And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to warn you

warn you
It'll turn into a ballroom blitz
Ballroom blitz

Oh yeah, it was like lightning
Everybody was frightening
And the music was soothing
And they all started grooving

Yeah, yeah-yeah-yeah-yeah
And the man in the back said everyone attack
And it turned into a ballroom blitz
And the girl in the corner said boy I want to
warn you
It'll turn into a ballroom blitz
Ballroom blitz, ballroom blitz
Ballroom blitz, ballroom blitz

It's it's a ballroom blitz
It's it's a ballroom blitz
It's it's a ballroom blitz
Yeah, it's a ballroom blitz

It'll turn into a ballroom blitz

Ballroom blitz, ballroom blitz, ballroom blitz,
ballroom blitz

It's it's a ballroom blitz, it's it's a ballroom blitz
It's it's a ballroom blitz, it's it's a ballroom blitz

10326 - "Highway 61 Revisited" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Oh, God said to Abraham, "Kill me a son"<br>Abe said, "Man, you must be puttin' me on"<br>God said, "No" Abe say, "What?"<br>God say, "You can do what you want, Abe, but<br>The next time you see me comin', you better<br>run"<br>Well, Abe said, "Where d'you want this killin'<br>done?"<br>God said, "Out on Highway 61"<br><br>Well, Georgia Sam, he had a bloody nose<br>Welfare department, they wouldn't give him no<br>clothes<br>He asked poor Howard, "Where can I go?"<br>Howard said, "There's only one place I know"<br>Sam said, "Tell me quick, man, I got to run"<br>Oh, Howard just pointed with his gun<br>And said, "That way, down Highway 61"<br><br>Well, Mack the Finger said to Louie the King<br>"I got forty red-white-and-blue shoestrings<br>And a thousand telephones that don't ring<br>Do you know where I can get rid of these<br>things?"<br>And Louie the King said, "Let me think for a<br>minute, son"<br>Then he said, "Yes, I think it can be easily done<br>Just take everything down to Highway 61"<br><br>Now, the fifth daughter on the twelfth night<br>Told the first father that things weren't right<br>"My complexion," she says, "is much too white"<br>He said, "Come here and step into the light"<br>He said, "Hmm, you're right, let me tell the<br>second mother this has been done"<br>But the second mother was with the seventh<br>son<br>And they were both out on Highway 61<br><br>Now, the roving gambler he was very bored<br>Trying to create a next world war<br>He found a promoter who nearly fell off the<br>floor<br>He said, "I never engaged in this kind of thing<br>before<br>But yes, I think it can be very easily done<br>We'll just put some bleachers out in the sun | Oh God said to Abraham, "Kill me a son"<br>Abe says, "Man, you must be puttin' me on"<br>God say, "No." Abe say, "What ?"<br>God say, "You can do what you want Abe, but<br>The next time you see me comin' you better<br>run"<br>Well Abe says, "Where do you want this killin'<br>done ?"<br>God says, "Out on Highway 61."<br><br>Well Georgia Sam he had a bloody nose<br>Welfare Department they wouldn't give him no<br>clothes<br>He asked poor Howard where can I go<br>Howard said there's only one place I know<br>Sam said tell me quick man I got to run<br>Ol' Howard just pointed with his gun<br>And said that way down on Highway 61.<br><br>Well Mack the Finger said to Louie the King<br>I got forty red white and blue shoestrings<br>And a thousand telephones that don't ring<br>Do you know where I can get rid of these things<br>And Louie the King said let me think for a<br>minute son<br>And he said yes, I think it can be done<br>Just take everything down to Highway 61.<br><br><br><br><br><br><br><br><br><br>Now the rovin' gambler he was very bored<br>He was tryin' to create a next world war<br>He found a promoter who nearly fell off the<br>floor<br>He said I never engaged in this kind of thing<br>before<br>But yes, I think it can be very easily done<br>We'll just put some bleachers out in the sun |

| | |
|---|---|
| And have it on Highway 61" | And have it on Highway 61. |

10330 - "(Sittin' On) The Dock of the Bay" by Otis Redding

| LyricFind | Claude |
|---|---|
| Sittin' in the mornin' sun<br>I'll be sittin' when the evenin' comes<br>Watching the ships roll in<br>Then I watch 'em roll away again, yeah<br>I'm sittin' on the dock of the bay<br>Watchin' the tide roll away, ooh<br>I'm just sittin' on the dock of the bay<br>Wastin' time | Sittin' in the mornin' sun<br>I'll be sittin' when the evenin' comes<br>Watching the ships roll in<br>And then I watch 'em roll away again, yeah<br><br>I'm sittin' on the dock of the bay<br>Watching the tide roll away<br>Ooo, I'm just sittin' on the dock of the bay<br>Wastin' time away |
| I left my home in Georgia<br>Headed for the 'Frisco Bay<br>'Cause I've had nothin' to live for<br>It look like nothing's gonna come my way<br>So I'm just gon' sit on the dock of the bay<br>Watchin' the tide roll away, ooh<br>I'm sittin' on the dock of the bay<br>Wastin' time | I left my home in Georgia<br>Headed for the 'Frisco bay<br>'Cause I've had nothing to live for<br>And look like nothin's gonna come my way<br><br>So I'm just gonna sit on the dock of the bay<br>Watching the tide roll away<br>Ooo, I'm sittin' on the dock of the bay<br>Wastin' time away |
| Look like nothing's gonna change<br>Everything, still remains the same<br>I can't do what ten people tell me to do<br>So I guess I'll remain the same, yes | Look like nothing's gonna change<br>Everything still remains the same<br>I can't do what ten people tell me to do<br>So I guess I'll remain the same, yes |
| Sittin' here restin' my bones<br>And this loneliness won't leave me alone, listen<br>Two thousand miles, I roam<br>Just to make this dock my home<br>Now I'm just gon' sit, at the dock of the bay<br>Watchin' the tide roll away, ooh<br>Sittin' on the dock of the bay<br>Wastin' time | Sittin' here resting my bones<br>And this loneliness won't leave me alone<br>It's two thousand miles I roamed<br>Just to make this dock my home<br><br>Now, I'm just gonna sit at the dock of the bay<br>Watching the tide roll away<br>Oooo-wee, sittin' on the dock of the bay<br>Wastin' time away |

10331 - "Leave Out All the Rest" by Linkin Park

| LyricFind | Claude |
|---|---|
| I dreamed I was missing | Verse 1:<br>I dreamed I was missing |

You were so scared
But no one would listen
'Cause no one else cared

After my dreaming
I woke with this fear
What am I leaving
When I'm done here?

So, if you're asking me, I want you to know

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be
missed

And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Don't be afraid
I've taken my beating
I've shared what I've made

I'm strong on the surface
Not all the way through
I've never been perfect
But neither have you

So, if you're asking me, I want you to know

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be
missed

And don't resent me
And when you're feeling empty

---

You were so scared
But no one would listen
Cause no one else cared

Chorus:
After my dreaming
I woke with this fear
What am I leaving
When I'm done here

Verse 2:
So if you're asking me
I want you to know
When my time comes
Forget the wrong that I've done
Help me leave behind some
Reasons to be missed

Chorus:
And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Bridge:
Don't be afraid
I've taken my beating
I've shed but I'm me

Chorus:
I'm strong on the surface
Not all the way through
I've never been perfect
But neither have you

Verse 3:
So if you're asking me
I want you to know
When my time comes
Forget the wrong that I've done
Help me leave behind some
Reasons to be missed

Chorus:
Don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest

| | |
|---|---|
| Keep me in your memory<br>Leave out all the rest<br>Leave out all the rest<br><br>Forgetting<br>All the hurt inside you've learned to hide so well<br>Pretending<br>Someone else can come and save me from myself<br>I can't be who you are<br><br>When my time comes<br>Forget the wrong that I've done<br>Help me leave behind some reasons to be missed<br>And don't resent me<br>And when you're feeling empty<br>Keep me in your memory<br>Leave out all the rest<br>Leave out all the rest<br><br>Forgetting<br>All the hurt inside you've learned to hide so well<br>Pretending<br>Someone else can come and save me from myself<br>I can't be who you are<br>I can't be who you are | Leave out all the rest<br><br>For me<br>For me<br>For me |

10336 - "If I Ever Lose My Faith In You" by Sting

| LyricFind | Claude |
|---|---|
| You could say I lost my faith in science and progress<br>You could say I lost my belief in the holy Church<br>You could say I lost my sense of direction<br>You could say all of this and worse, but<br>If I ever lose my faith in you<br>There'd be nothing left for me to do<br><br><br>Some would say I was a lost man in a lost world<br>You could say I lost my faith in the people on TV | You could say I lost my faith in science and progress<br>You could say I lost my belief in the holy church<br>You could say I lost my sense of direction<br>You could say all of this and worse but<br><br>If I ever lose my faith in you<br>There'd be nothing left for me to do<br><br>Some say I'm a dreamer, but I'm not the only one<br>I hope someday you'll join us<br>And the world will be as one |

| | |
|---|---|
| You could say I'd lost my belief in our politicians | You could say I lost my faith in judgment |
| They all seemed like game show hosts to me | You could say I lost my faith in the government |
| If I ever lose my faith in you | You could say we're losing the common touch |
| There'd be nothing left for me to do | You could say all of this and worse but |
| I could be lost inside their lies without a trace | |
| But every time I close my eyes I see your face | |
| | |
| I never saw no miracle of science | |
| That didn't go from a blessing to a curse | |
| I never saw no military solution | |
| That didn't always end up as something worse, but | If I ever lose my faith in you |
| Let me say this first | There'd be nothing left for me to do |
| If I ever lose my faith in you | |
| There'd be nothing left for me to do | Some say I'm a dreamer, but I'm not the only one |
| | I hope someday you'll join us |
| | And the world will be as one |
| | |
| | Faith in you, |
| | If I ever lose my faith, oh |
| | If I ever lose my faith |
| | |
| | If I ever lose my faith in you |
| | I'd be lost for sure with nothing left for me to do |
| | Some say I'm a dreamer, but I'm not the only one |
| | I hope someday you'll join us |

10348 - "Daddy Sang Bass" by Johnny Cash

| LyricFind | Claude |
|---|---|
| I remember when I was a lad | |
| Times were hard and things were bad | |
| But there's a silver linin' behind every cloud | |
| Just poor people, that 's all we were | |
| Tryin' to make a living out of black-land dirt | |
| But we'd get together in a family circle singing loud | |
| | Well, my daddy sang bass, mama sang tenor |
| Daddy sang bass, mama sang tenor | Me and little brother would join right in there |
| Me and little brother would join right in there | Singing seems to help a troubled soul |
| Singing seems to help a troubled soul | One of these days and it won't be long |
| One of these days and it won't be long | I'll rejoin them in a song |
| I'll rejoin them in a song | I'm gonna join the family circle at the throne |

| | |
|---|---|
| I'm gonna join the family circle at the throne | Though the circle be broken by and by by and by |
| No, the circle won't be broken<br>By and by, Lord, by and by | Is a better home awaiting in the sky<br>In the sky |
| Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky, Lord, in the sky | Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky |
| Now I remember after work mama would call in all of us<br>You could hear us singing for a country mile<br>Now little brother has done gone on<br>But I'll rejoin him in a song<br>We'll be together again up yonder in a little while | Well I remember after work Mama would call<br>She'd say come on everybody let's go for a drive<br>We'd all pile in the Ford, we'd travel and sing<br>We'd drive around the bend to see the sunset sink |
| | And everything looks better looking through the windshield of that old Ford<br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky |
| | Life is short but sweet for certain, yeah<br>We'll live on singing in the sky, that's for certain, yeah<br>Home sweet home in the sky, that's for certain |
| Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>'Cause singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne | Well, my daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>Singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne |
| Oh no, the circle won't be broken<br>By and by, Lord, by and by<br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky, Lord, in the sky<br>In the sky, Lord, in the sky | |

10353 - "Possum Kingdom" by The Toadies

| LyricFind | Claude |
|---|---|
| Make up your mind | Make up your mind |

Decide to walk with me
Around the lake tonight
Around the lake tonight
By my side
By my side
I'm not gonna lie
I'll not be a gentleman
Behind the boathouse
I'll show you my dark secret
I'm not gonna lie
I want you for mine
My blushing bride
My lover, be my lover, yeah

Don't be afraid
I didn't mean to scare you
So help me, Jesus
I can promise you
You'll stay as beautiful
With dark hair
And soft skin, forever
Forever

Make up your mind
Make up your mind
And I'll promise you
I will treat you well
My sweet angel
So help me, Jesus
(Hey, hey, hey)
Give it up to me
Give it up to me
Do you wanna be
My angel?
Give it up to me
Give it up to me
Do you wanna be
My angel?
Give it up to me
Give it up to me
Do you wanna be
My angel?
So help me

Be my angel
Be my angel
Be my angel

Decide to walk with me
Around the lake tonight
Around the lake tonight

By my side
By my side
I'm not gonna lie
I'll not be a gentleman
Behind the boathouse
I'll show you my dark secret

I'm not gonna lie
I want you for mine
My blushing bride
My lover, be my lover, yeah...

Don't be afraid
I didn't mean to scare you
So help me, Jesus
I can promise you
You'll stay as beautiful
With dark hair
And soft skin...forever
Forever

Make up your mind
Make up your mind
And I'll promise you
I will treat you well
My sweet angel
So help me, Jesus

Give it up to me
Give it up to me
Do you wanna be
My angel?
So help me!
Be my angel
Be my angel

| | |
|---|---|
| Do you wanna die?<br>Do you wanna die?<br>Do you wanna die?<br>Do you wanna die?<br>Do you wanna die?<br>Do you wanna die?<br>Do you wanna die?<br>Do you wanna die?<br>Well, I promise you<br>I will treat you well<br>My sweet angel<br>So help me, Jesus<br>Jesus<br>Jesus<br>Jesus | |

10370 - "This is War" by 30 Seconds to Mars



| LyricFind | Claude |
|---|---|
| A warning to the people<br>The good and the evil<br>This is war<br>To the soldier, the civilian<br>The martyr, the victim<br>This is war | A warning to the people,<br>The good and the evil,<br>This is war,<br>To the soldier, the civilian,<br>The martyr, the victim,<br>This is war. |
| It's the moment of truth and the moment to lie<br>And the moment to live and the moment to die<br>The moment to fight, the moment to fight<br>To fight, to fight, to fight | It's the moment of truth and the moment to lie,<br>The moment to live and the moment to die,<br>The moment to fight, the moment to fight,<br>To fight, to fight, to fight! |
| To the right to the left<br>We will fight to the death<br>To the edge of the earth<br>It's a brave new world from the last to the first | To the right, To the left,<br>We will fight to the death!<br>To the edge of the earth,<br>It's a brave new world,<br>From the last to the first. |
| To the right, to the left<br>We will fight to the death<br>To the edge of the earth<br>It's a brave new world<br>It's a brave new world | To the right, To the left,<br>We will fight to the death!<br>To the edge of the earth,<br>It's a brave new world,<br>It's a brave new world! |
| (Whoa-oh, whoa-oh) | |

A warning to the prophet, the liar, the honest

This is war
Oh, to the leader, the pariah
The victor, the messiah
This is war

It's the moment of truth and the moment to lie
And the moment to live and the moment to die
The moment to fight, the moment to fight
To fight, to fight, to fight

To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world from the last to the first

To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world
It's a brave new world
It's a brave new world

I do believe in the light
Raise your hands into the sky
The fight is done, the war is won
Lift your hands towards the sun

Towards the sun (it's the moment of truth and the moment to lie)
(It's the moment to live and the moment to die)
towards the sun
(It's the moment of truth and the moment to lie, it's the moment to live)
Towards the sun (and the moment to die, the moment to fight)
(The moment to fight, the moment to fight)
The war is won (fight, fight, fight, fight, fight, fight, fight)

To the right, to the left
We will fight to the death
To the edge of the earth
It's a brave new world from the last to the first

A warning to the prophet,
The liar, the honest,
This is war.
To the leader, the pariah,
The victor, the messiah,
This is war.

It's the moment of truth and the moment to lie,
The moment to live and the moment to die,
The moment to fight, the moment to fight,
To fight, to fight, to fight!

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
From the last to the first.

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
It's a brave new world,
It's a brave new world!

I do believe in the light,
Raise your hands up to the sky,
The fight is done, the war is won,
Lift your hands toward the sun.

Toward the sun,

Toward the sun,

Toward the sun,

The war is won.

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
From the last to the first.

To the right, To the left,

| | |
|---|---|
| To the right, to the left<br>We will fight to the death<br>To the edge of the earth<br>It's a brave new world<br>It's a brave new world<br>It's a brave new world<br><br>A brave new world<br>The war is won<br>The war is won<br>A brave new world | We will fight to the death!<br>To the edge of the earth,<br>It's a brave new world,<br>It's a brave new world,<br>It's a brave new world! |

10372 - "Dog Days Are Over" by Florence and the Machine

| LyricFind | Claude |
|---|---|
| Happiness hit her like a train on a track<br>Coming towards her, stuck, still no turning back<br>She hid around corners and she hid under beds<br>She killed it with kisses, and from it she fled<br><br>With every bubble she sank with a drink<br>And washed it away down the kitchen sink<br><br>The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run<br><br>Run fast for your mother, run fast for your father<br>Run for your children, for your sisters and brothers<br>Leave all your love and your longing behind<br>You can't carry it with you if you want to survive<br><br>The dog days are over<br>The dog days are done<br>Can you hear the horses?<br>'Cause here they come<br><br>And I never wanted anything from you<br>Except everything you had<br>And what was left after that too, oh | Happiness hit her like a train on a track<br>Coming towards her stuck still no turning back<br>She hid around corners and she hid under beds<br>She killed it with kisses and from it she fled<br><br>With every bubble she sank with her drink<br>And washed it away down the kitchen sink<br><br>The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run<br><br>Run fast for your mother run fast for your father<br>Run for your children for your sisters and brothers<br>Leave all your love and your longing behind<br>You can't carry it with you if you want to survive<br><br>The dog days are over<br>The dog days are done<br>Can you hear the horses<br>'Cause here they come<br><br>And I never wanted anything from you<br>Except everything you had and what was left after that too.<br>Happiness hit her like a bullet in the back |

| | |
|---|---|
| Happiness hit her like a bullet in the back<br>Struck from a great height<br>By someone who should know better than that | Struck from a great height by someone who<br>should know better than that |
| The dog days are over<br>The dog days are done<br>Can you hear the horses?<br>'Cause here they come | The dog days are over<br>The dog days are done<br>Can you hear the horses<br>'Cause here they come |
| Run fast for your mother, run fast for your<br>father<br>Run for your children, for your sisters and<br>brothers<br>Leave all your love and your longing behind<br>You can't carry it with you if you want to<br>survive | Run fast for your mother and fast for your<br>father<br>Run for your children for your sisters and<br>brothers<br>Leave all your loving your loving behind<br>You can't carry it with you if you want to<br>survive |
| The dog days are over<br>The dog days are done<br>Can you hear the horses?<br>'Cause here they come | The dog days are over<br>The dog days are done<br>Can you hear the horses<br>'Cause here they come |
| The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run | The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run |
| The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run | |

10373 - "Luckenbach, Texas (Back to the Basics of Love)" by Waylon Jennings

| LyricFind | Claude |
|---|---|
| The only two things in life that make it worth<br>livin'<br>Is guitars that tune good and firm feelin'<br>women<br>I don't need my name in the marquee lights<br>I got my song and I got you with me tonight<br>Maybe it's time we got back to the basics of<br>love | The only two things in life that make it worth<br>livin'<br>Is guitars that tune good and firm feelin'<br>women<br>I don't need my name in the marquees lights<br>I got my song and I got you with me tonight<br>Maybe it's time we got back to the basics of<br>love |
| Let's go to Luckenbach, Texas<br>With Waylon and Willie and the boys<br>This successful life we're livin' | Let's go to Luckenbach, Texas<br>With Waylon and Willie and the boys<br>This successful life we're livin' |

| LyricFind | Claude |
|---|---|
| Got us feuding like the Hatfields and McCoys<br>Between Hank Williams' pain songs and<br>Newbury's train songs and "Blue Eyes Cryin' in<br>the Rain"<br>Out in Luckenbach, Texas, ain't nobody feelin'<br>no pain | Got us feuding like the Hatfields and McCoys<br><br>Between Hank Williams pain songs<br>And Newbury's train songs<br>And Blue Eyes Cryin' in the Rain<br>Out in Luckenbach, Texas<br>Ain't nobody feelin' no pain |
| So baby, let's sell your diamond ring<br>Buy some boots and faded jeans and go away<br>This coat and tie is choking me<br>In your high society, you cry all day<br>We've been so busy keepin' up with the Jones<br>Four car garage and we're still building on<br>Maybe it's time we got back to the basics of<br>love | So baby let's sell your diamond ring<br>Buy some boots and faded jeans<br>And go away this weekend<br>To Luckenbach, Texas<br><br>And baby let's sell your diamond ring<br>Buy some boots and faded jeans<br>And go away this weekend<br>To Luckenbach, Texas<br>With Waylon and Willie and the boys |
| Let's go to Luckenbach, Texas<br>With Waylon and Willie and the boys<br>This successful life we're livin' got us feudin'<br>Like the Hatfield and McCoys<br>Between Hank Williams' pain songs and<br>Newbury's train songs and "Blue Eyes Cryin' in<br>the Rain"<br>Out in Luckenbach, Texas, ain't nobody feelin'<br>no pain | Maybe it's time we got back to the basics of<br>love<br>Let's go to Luckenbach, Texas<br>With Waylon and Willie and the boys<br><br>This successful life we're livin'<br>Got us feuding like the Hatfields and McCoys<br><br>So baby let's sell your diamond ring<br>Buy some boots and faded jeans<br>And go away this weekend<br>To Luckenbach, Texas<br>With Waylon and Willie and the boys |
| Let's go to Luckenbach, Texas<br>Willie and Waylon and the boys<br>This successful life we're livin's got us feudin'<br>Like the Hatfield and McCoys<br>Between Hank Williams' pain songs<br>And Jerry Jeff's train songs and "Blue Eyes<br>Cryin' in the Rain"<br>Out in Luckenbach, Texas, there ain't nobody<br>feelin' no pain | |

10381 - "The Scientist" by Coldplay

| LyricFind | Claude |
|---|---|
| **LyricFind** | **Claude** |
| Come up to meet you<br>Tell you I'm sorry<br>You don't know how lovely you are | Come up to meet you, tell you I'm sorry<br>You don't know how lovely you are<br>I had to find you, tell you I need you |

| | |
|---|---|
| I had to find you<br>Tell you I need you<br>Tell you I set you apart<br><br>Tell me your secrets<br>And ask me your questions<br>Oh, let's go back to the start<br>Running in circles, coming up tails<br>Heads on a science apart<br><br>Nobody said it was easy<br>It's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be this hard<br>Oh, take me back to the start<br><br>I was just guessing at numbers and figures<br>Pulling your puzzles apart<br>Questions of science, science and progress<br>Do not speak as loud as my heart<br><br>Tell me you love me<br>Come back and haunt me<br>Oh, and I rush to the start<br>Running in circles, chasing our tails<br>Coming back as we are<br><br>Nobody said it was easy<br>Oh, it's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be so hard<br>I'm going back to the start<br><br>(Oh, ooh)<br>(Ah, ooh)<br>(Oh, ooh)<br>(Oh, ooh) | Tell you I set you apart<br>Tell me your secrets, and ask me your questions<br>Oh let's go back to the start<br>Running in circles, coming up tails<br>Heads on a science apart<br><br><br>Nobody said it was easy<br>It's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be this hard<br>Oh take me back to the start<br><br>I was just guessing, at numbers and figures<br>Pulling the puzzles apart<br>Questions of science, science and progress<br>Do not speak as loud as my heart<br>Tell me you love me, come back and haunt me<br>Oh and I rush to the start<br>Running in circles, chasing our tails<br>Coming back as we are<br><br><br>Nobody said it was easy<br>It's such a shame for us to part<br>Nobody said it was easy.<br>No one ever said it would be so hard<br>I'm going back to the start<br><br>Oh ooh ooh ooh ooh<br>Ah ooh ooh ooh ooh<br>Oh ooh ooh ooh ooh<br>Oh ooh ooh ooh ooh |

10382 - "Sweet Creature" by Harry Styles

| LyricFind | Claude |
|---|---|
| Sweet creature<br>Had another talk about where it's going wrong<br>But we're still young<br>We don't know where we're going<br>But we know where we belong | Sweet creature<br>Had another talk about where it's going wrong<br>But we're still young<br>We don't know where we're going<br>But we know where we belong |

And oh we started
Two hearts in one home
It's hard when we argue
We're both stubborn
I know, but oh

Sweet creature, sweet creature
Wherever I go, you bring me home
Sweet creature, sweet creature
When I run out of road, you bring me home

Sweet creature
We're running through the garden
Oh, where nothing bothered us
But we're still young
I always think about you and how we don't speak enough

And oh we started
Two hearts in one home
I know, it's hard when we argue
We're both stubborn
I know, but oh

Sweet creature, sweet creature
Wherever I go, you bring me home
Sweet creature, sweet creature
When I run out of road, you bring me home

I know when we started
Just two hearts in one home
It gets harder when we argue
We're both stubborn
I know, but oh

Sweet creature, sweet creature
Wherever I go, you bring me home
Sweet creature, sweet creature
When I run out of road, you bring me home
You'll bring me home

And oh we started
Two hearts in one home
It's hard when we argue
We're both stubborn I know
But oh

Sweet creature
Sweet creature
Wherever I go you bring me home
Sweet creature
Sweet creature
When I run out of road you bring me home

I know when we started
Just two hearts in one home
It gets hard when we argue
We're both stubborn I know
But oh

Sweet creature
Sweet creature
Wherever I go you bring me home
Sweet creature
Sweet creature
When I run out of road you bring me home

You'll bring me
Bring me
Home

Sweet creature
Sweet creature
You'll bring me
Bring me
Home

10384 - "Remembering Sunday" by All Time Low

| LyricFind | Claude |
|---|---|
| He woke up from dreaming and put on his shoes | He woke up from dreaming and put on his shoes |
| Started making his way past **two** in the morning | Started making his way past **2** in the morning |
| He hasn't been sober for days | He hasn't been sober for days |
| | |
| Leaning now into the breeze | Leaning out into the breeze |
| Remembering Sunday, he falls to his knees | Remembering Sunday, he falls to his knees |
| They had breakfast together | They had breakfast together |
| But two eggs don't last | But two eggs don't last |
| Like the feeling of what he needs | Like the feeling of what he needs |
| | |
| Now this place seems familiar to him | Now this place seems familiar to him |
| She pulled on his hand with a devilish grin | She pulled on his hand with a devilish grin |
| She led him upstairs, she led him upstairs | She led him upstairs, she led him upstairs |
| Left him dying to get in | Left him dying to get in |
| | |
| Forgive me, I'm trying to find | Forgive me, I'm trying to find |
| My calling, I'm calling at night | My calling, I'm calling at night |
| I don't mean to be a bother | I don't mean to be a bother, |
| But have you seen this girl? | But have you seen this girl? |
| She's been running through my dreams | She's been running through my dreams |
| And it's driving me crazy, it seems | And it's driving me crazy, it seems |
| I'm going to ask her to marry me | I'm going to ask her to marry me |
| | |
| Even though she doesn't believe in love | Even though she doesn't believe in love |
| He's determined to call her bluff | He's determined to call her bluff |
| Who could deny these butterflies? | Who could deny these butterflies? |
| They're filling his gut | They're filling his gut |
| | |
| Waking the **neighbors**, unfamiliar faces | Waking the **neighbours**, unfamiliar faces |
| He pleads though he tries | He pleads though he tries |
| But he's only denied | But he's only denied |
| Now he's dying to get inside | Now he's dying to get inside |
| | |
| Forgive me, I'm trying to find | Forgive me, I'm trying to find |
| My calling, I'm calling at night | My calling, I'm calling at night |
| I don't mean to be a bother | I don't mean to be a bother, |
| But have you seen this girl? | But have you seen this girl? |
| She's been running through my dreams | She's been running through my dreams |
| And it's driving me crazy, it seems | And it's driving me crazy, it seems |
| I'm going to ask her to marry me | I'm going to ask her to marry me |
| | |
| The **neighbors** said she moved away | The **neighbours** said she moved away |

| | |
|---|---|
| Funny how it rained all day<br>I didn't think much of it then<br>But it's starting to all make sense<br>Oh, I can see now that all of these clouds<br>Are following me in my desperate endeavor<br>To find my whoever, wherever she may be<br><br>I'm not coming back (forgive me)<br>I've done something so terrible<br>I'm terrified to speak (I'm not calling, I'm not calling)<br>But you'd expect that from me<br>I'm mixed up, I'll be blunt, now the rain is just (You're driving me crazy, I'm)<br>Washing you out of my hair and out of my mind<br>Keeping an eye on the world,<br>From so many thousands of feet off the ground,<br>I'm over you now<br>I'm at home in the clouds, and towering over your head<br><br>Well I guess I'll go home now<br>I guess I'll go home now<br>I guess I'll go home now<br>I guess I'll go home | Funny how it rained all day<br>I didn't think much of it then<br>But it's starting to all make sense<br>Oh, I can see now that all of these clouds<br>Are following me in my desperate endeavor<br>To find my whoever, wherever she may be |

10392 - "Breaking the Habit" by Linkin Park

| LyricFind | Claude |
|---|---|
| Memories consume like opening the wounds<br>I'm picking me apart again<br>You all assume<br>I'm safe here in my room<br>Unless I try to start again<br>I don't want to be the one the battles always choose<br>'Cause inside I realize that I'm the one confused<br><br><br>I don't know what's worth fighting for<br>Or why I have to scream<br>I don't know why I instigate<br>And say what I don't mean<br>I don't know how I got this way | Memories consume<br>Like opening the wound<br>I'm picking me apart again<br><br>You all assume<br>I'm safe here in my room<br>Unless I try to start again<br><br>I don't want to be the one<br>The battles always choose<br>'Cause inside I realize<br>That I'm the one confused<br><br>I don't know what's worth fighting for<br>Or why I have to scream<br>I don't know why I instigate<br>And say what I don't mean<br>I don't know how I got this way |

| | |
|---|---|
| I know it's not alright | I know it's not alright |
| So I'm breaking the habit | So I'm breaking the habit |
| I'm breaking the habit tonight | I'm breaking the habit |
| | Tonight |
| Clutching my cure | Clutching my cure |
| I tightly lock the door | I tightly lock the door |
| I try to catch my breath again | I try to catch my breath again |
| I hurt much more than any time before | |
| I have no options left again | I hurt much more |
| I don't want to be the one the battles always choose | Than anytime before |
| 'Cause inside I realize that I'm the one confused | I had no options left again |
| | I don't want to be the one |
| | The battles always choose |
| | 'Cause inside I realize |
| I don't know what's worth fighting for | That I'm the one confused |
| Or why I have to scream | |
| I don't know why I instigate | I don't know what's worth fighting for |
| And say what I don't mean | Or why I have to scream |
| I don't know how I got this way | I don't know why I instigate |
| I'll never be alright | And say what I don't mean |
| So I'm breaking the habit | I don't know how I got this way |
| I'm breaking the habit tonight | I'll never be alright |
| I'll paint it on the walls | So, I'm breaking the habit |
| 'Cause I'm the one at fault | I'm breaking the habit |
| I'll never fight again | Tonight |
| And this is how it ends | |
| | |
| I don't know what's worth fighting for | |
| Or why I have to scream | |
| But now I have some clarity to show you what I mean | |
| I don't know how I got this way | |
| I'll never be alright | |
| So I'm breaking the habit | |
| I'm breaking the habit | |
| I'm breaking the habit tonight | |

10399 - "Sailing" by Christopher Cross

| LyricFind | Claude |
|---|---|
| Well, it's not far down to paradise | Well, it's not far down to paradise, at least it's not for me |
| At least it's not for me | And if the wind is right you can sail away and find tranquility |
| And if the wind is right you can sail away | |
| And find tranquility | |

| | |
|---|---|
| Oh, the canvas can do miracles<br>Just you wait and see, believe me | Oh, the canvas can do miracles, just you wait and see.<br>Believe me. |
| It's not far to never never land<br>No reason to pretend<br>And if the wind is right you can find the joy<br>Of innocence again<br>Oh, the canvas can do miracles<br>Just you wait and see, believe me | It's not far to never-never land, no reason to pretend<br>And if the wind is right you can find the joy of innocence again<br>Oh, the canvas can do miracles, just you wait and see.<br>Believe me. |
| Sailing<br>Takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>Soon I will be free | Sailing takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>And soon I will be free |
| Fantasy<br>It gets the best of me<br>When I'm sailing<br><br>All caught up in the reverie<br>Every word is a symphony<br>Won't you believe me? | Fantasy, it gets the best of me<br>When I'm sailing<br>All caught up in the reverie, every word is a symphony<br>Won't you believe me?<br>It's not far to never-never land, no reason to pretend<br>And if the wind is right you can find the joy of innocence again<br>Oh, the canvas can do miracles, just you wait and see.<br>Believe me. |
| Sailing<br>Takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>And soon I will be free | Sailing takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>And soon I will be free |
| Well, it's not far back to sanity<br>At least it's not for me<br>And if the wind is right you can sail away<br>And find serenity<br>Oh, the canvas can do miracles<br>Just you wait and see, really, believe me | Well it's not far back to sanity, at least it's not for me<br>And if the wind is right you can sail away and find tranquility<br>Oh, the canvas can do miracles, just you wait and see. Believe me. |
| Sailing<br>Takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>And soon I will be free | Sailing takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>And soon I will be free |

10410 - "The Safety Dance" by Men Without Hats

| LyricFind | Claude |
|---|---|
| S (s, s, s).....A (a,a,a).....F(f,f,f)....E(e,e,e).....T(t,t,t)....Y(y,y,y) Safety (Safety) Dance! (Dance) Ah we can dance if we want to, we can leave your friends behind Cause your friends don't dance and if they don't dance Well they're are no friends of mine | We can dance if we want to We can leave your friends behind Cause your friends don't dance and if they don't dance Well they're no friends of mine |
| I say, we can go where we want to, A place where they will never find And we can act like we come from out of this world Leave the real one far behind, | I say, we can go where we want to A place where they will never find And we can act like we come from out of this world Leave the real one far behind |
| and we can dance | And we can dance Or sing We can go where we want to be We'll tear the night Asunder And redefine reality |
| Ah we can dance if we want to, we can leave your friends behind Cause your friends don't dance and if they don't dance Well they're are no friends of mine I say, we can go where we want to, A place where they will never find And we can act like we come from out of this world Leave the real one far behind, and we can dance | |
| | And we can dance |
| And Sing! | |
| Ah we can go when we want to the night is young and so am I And we can dress real neat from our hearts to our feet and surprise 'em with the victory cry | We can go where we want to The night is young and so am I And we can dress real neat from our hats to our feet And surprise 'em with a victory cry |
| I Say we can act if want to if we don't nobody will | I say we can act if we want to If we don't nobody will |
| And you can act real rude and totally removed And i can act like an imbecile | And you can act real rude and totally removed And I can act like an imbecile |
| I say we can dance, we can dance everything out control | And we can dance Or sing We can go where we want to be |

We can dance, we can dance we're doing it pole to pole
We can dance, we can dance everybody look at your hands
We can dance, we can dance everybody's takin' the chance

Safety dance

Oh well the safety dance

Ah yes the safety dance


S (s, s, s,).....A (a,a,a).....F(f,f,f)....E(e,e,e).....T(t,t,t)....Y(y,y,y) safety(safety, safety, safety) dance (dance, dance, dance)
We can dance if we want to, we've got all your life and mine
As long as we abuse it, never gonna lose it
Everything'll work out right
I say, we can dance if we want to we can leave your friends behind
Cause your friends don't dance and if they don't dance
Well they're no friends of mine

I say we can dance, we can dance everythings out control
We can dance, we can dance we're doing it from pole to pole

We can dance, we can dance everybody look at your hands

We can dance, we can dance everybody's takin' the chance


Oh Well the safety dance
ah yes the safety dance
Oh well the safety dance
Oh well the safety dance
Oh yes the safety dance
Oh the safety dance yeah
Oh it's the safety dance
It's the safety dance
Well it's the safety dance
Oh it's the safety dance
Oh it's the safety dance

---

We'll tear the night
Asunder
And redefine reality

And we can dance
Dance

We can dance if we want to
We can leave your friends behind
Cause your friends don't dance and if they don't dance
Well they're no friends of mine

I say we can dance, we can dance
Everything out of control
We can dance, we can dance
We're doing it from wall to wall

We can dance, we can dance
Everybody look at your hands
We can dance, we can dance
Everybody's taking the chance

Safety dance
Oh well the safety dance
Yes the safety dance

| | |
|---|---|
| Oh it's the safety dance<br>Oh it's the safety dance | |

10414 - "American Pie" by Don McLean

| LyricFind | Claude |
|---|---|
| A long long time ago<br>I can still remember how<br>That music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while<br><br>But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step<br><br>I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died<br><br>So<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br><br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to dance real slow?<br><br>Well, I know that you're in love with him<br>'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues<br><br>I was a lonely teenage broncin' buck<br>With a pink carnation and a pickup truck | A long, long time ago...<br>I can still remember<br>How that music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while<br><br>But February made me shiver<br>With every paper I'd deliver.<br>Bad news on the doorstep,<br>I couldn't take one more step.<br><br>I can't remember if I cried<br>When I read about his widowed bride,<br>But something touched me deep inside<br>The day the music died.<br><br>[Chorus]<br>So bye-bye, Miss American Pie.<br>Drove my Chevy to the levee,<br>But the levee was dry.<br>And them good old boys were drinking whiskey and rye<br>Singing, "This'll be the day that I die.<br>"This'll be the day that I die."<br><br>Did you write the book of love,<br>And do you have faith in God above,<br>If the Bible tells you so?<br>Do you believe in rock 'n roll,<br>Can music save your mortal soul,<br>And can you teach me how to dance real slow?<br><br>Well, I know that you're in love with him<br>`Cause I saw you dancin' in the gym.<br>You both kicked off your shoes.<br>Man, I dig those rhythm and blues.<br><br>I was a lonely teenage broncin' buck<br>With a pink carnation and a pickup truck, |

| | |
|---|---|
| But I knew I was out of luck<br>The day the music died<br>I started singin'<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>And singin' this'll be the day that I die<br>This'll be the day that I die<br><br>Now, for ten years we've been on our own<br>And moss grows fat on a rolling stone<br>But, that's not how it used to be<br>When the jester sang for the king and queen<br>In a coat he borrowed from James Dean<br>And a voice that came from you and me<br><br>Oh, and while the king was looking down<br>The jester stole his thorny crown<br>The courtroom was adjourned<br>No verdict was returned<br>And while Lennon read a book on Marx<br>The quartet practiced in the park<br>And we sang dirges in the dark<br>The day the music died<br>We were singin'<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>And singin' this'll be the day that I die<br>This'll be the day that I die<br><br>Helter skelter in a summer swelter<br>The birds flew off with a fallout shelter<br>Eight miles high and falling fast<br>It landed foul on the grass<br>The players tried for a forward pass<br>With the jester on the sidelines in a cast<br><br>Now the half-time air was sweet perfume<br>While the sergeants played a marching tune<br>We all got up to dance<br>Oh, but we never got the chance<br>'Cause the players tried to take the field | But I knew I was out of luck<br>The day the music died.<br><br>[Chorus]<br><br><br><br><br><br>Now for ten years we've been on our own<br>And moss grows fat on a rollin' stone,<br>But that's not how it used to be.<br>When the jester sang for the king and queen,<br>In a coat he borrowed from James Dean<br>And a voice that came from you and me,<br><br>Oh, and while the king was looking down,<br>The jester stole his thorny crown.<br>The courtroom was adjourned;<br>No verdict was returned.<br>And while Lenin read a book of Marx,<br>The quartet practiced in the park,<br>And we sang dirges in the dark<br>The day the music died.<br><br>[Chorus]<br><br><br><br><br><br><br><br>Helter skelter in a summer swelter.<br>The birds flew off with a fallout shelter,<br>Eight miles high and falling fast.<br>It landed foul on the grass.<br>The players tried for a forward pass,<br>With the jester on the sidelines in a cast.<br><br>Now the halftime air was sweet perfume<br>While the sergeants played a marching tune.<br>We all got up to dance,<br>Oh, but we never got the chance!<br>`Cause the players tried to take the field; |

The marching band refused to yield
Do you recall what was revealed
The day the music died?
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was
dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was
dry

Them good ole boys were drinking whiskey
and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away

I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

And in the streets the children screamed
The lovers cried, and the poets dreamed

---

The marching band refused to yield.
Do you recall what was revealed
The day the music died?

[Chorus]

Oh, and there we were all in one place,
A generation lost in space
With no time left to start again.
So come on: jack be nimble, jack be quick!
Jack flash sat on a candlestick
Cause fire is the devil's only friend.

Oh, and as I watched him on the stage
My hands were clenched in fists of rage.
No angel born in hell
Could break that Satan's spell.
And as the flames climbed high into the night
To light the sacrificial rite,
I saw Satan laughing with delight
The day the music died

He was singing, "bye-bye, Miss American Pie."
Drove my Chevy to the levee,
But the levee was dry.
Them good old boys were drinking whiskey
and rye
And singing, "This'll be the day that I die.
"This'll be the day that I die."

| | |
|---|---|
| But not a word was spoken<br>The church bells all were broken<br><br>And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singing<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>They were singing<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die | |

10415 - "Have a Little Faith in Me" by John Hiatt

| LyricFind | Claude |
|---|---|
| When the road gets dark<br>And you can no longer see<br>Just let my love throw a spark<br>And have a little faith in me<br><br>And when the tears you cry<br>Are all you can believe<br>Just give these loving arms a try<br>And have a little faith in me<br>And<br><br>[Chorus]<br>Have a little faith in me<br>Have a little faith in me<br>Have a little faith in me<br>Have a little faith in me<br><br>When your secret heart<br>Cannot speak so easily<br>Come here darlin' | When the road gets dark<br>And you can no longer see<br>Just let my love throw a spark<br>And have a little faith in me<br><br>When the tears you cry<br>Are all you can believe<br>Just give these loving arms a try baby<br>And have a little faith in me<br><br><br>Have a little faith in me<br>Have a little faith in me<br>Have a little faith in me<br>Have a little faith in me<br><br>When your secret heart<br>Cannot speak so easily<br>Come here darling, from a whisper start |

| | |
|---|---|
| From a whisper start | And have a little faith in me |
| To have a little faith in me | |
| | |
| And when your back's against the wall | When your back's against the wall |
| Just turn around and you will see | Just turn around and you will see |
| I will catch, I will catch your fall baby | I will catch your fall baby |
| Just have a little faith in me | Just have a little faith in me |
| | |
| [Chorus] | Have a little faith in me |
| | Have a little faith in me |
| | Have a little faith in me |
| | Have a little faith in me |
| | |
| | I've been loving you for such a long, long time |
| | Expecting nothing in return |
| | Just for you to have a little faith in me |
| | |
| | You see time, time is our friend |
| | 'Cause for us there is no end |
| | All you gotta do is have a little faith in me |
| | |
| | I will hold you up, I will hold you up |
| | Your love gives me strength enough |
| | Have a little faith in me |

10428 - "De Do Do Do, De Da Da Da" by The Police

| LyricFind | Claude |
|---|---|
| Don't think me unkind | |
| Words are hard to find | |
| They're only cheques I've left unsigned | |
| From the banks of chaos in my mind | |
| | |
| And when their eloquence escapes me | |
| Their logic ties me up and rapes me | |
| | |
| De-do-do-do, de-da-da-da | De Do Do Do, De Da Da Da |
| Is all I want to say to you | Is all I want to say to you |
| De-do-do-do, de-da-da-da | De Do Do Do, De Da Da Da |
| Their innocence will pull me through | Their innocence will pull me through |
| De-do-do-do, de-da-da-da | De Do Do Do, De Da Da Da |
| Is all I want to say to you | Is all I want to say to you |
| De-do-do-do, de-da-da-da | De Do Do Do, De Da Da Da |
| They're meaningless and all that's true | They're meaningless and all that's true |
| | |
| Poets, priests and politicians | Poets, priests and politicians |
| Have words to thank for their positions | Have words to thank for their positions |

| | |
|---|---|
| Words that scream for your submission<br>And no one's jamming their transmission<br><br>'Cause when their eloquence escapes you<br>Their logic ties you up and rapes you<br><br>De-do-do-do, de-da-da-da<br>Is all I want to say to you<br>De-do-do-do, de-da-da-da<br>Their innocence will pull me through<br>De-do-do-do, de-da-da-da<br>Is all I want to say to you<br>De-do-do-do, de-da-da-da<br>They're meaningless and all that's true<br><br>De-do-do-do, de-da-da-da<br>Is all I want to say to you<br>De-do-do-do, de-da-da-da<br>Their innocence will pull me through<br>De-do-do-do, de-da-da-da<br>Is all I want to say to you<br>De-do-do-do, de-da-da-da<br>They're meaningless and all that's true | Words that scream for your submission<br>And no one's jamming their transmission<br>'Cos when their eloquence escapes you<br>Their logic ties you up and rapes you<br><br>De Do Do Do, De Da Da Da<br>Is all I want to say to you<br>De Do Do Do, De Da Da Da<br>Their innocence will pull me through<br>De Do Do Do, De Da Da Da<br>Is all I want to say to you<br>De Do Do Do, De Da Da Da<br>They're meaningless and all that's true<br><br>De Do Do Do, De Da Da Da<br>Is all I want to say to you<br>De Do Do Do, De Da Da Da<br>Their innocence will pull me through<br>De Do Do Do, De Da Da Da<br>Is all I want to say to you<br>De Do Do Do, De Da Da Da<br>They're meaningless and all that's true |

10431 - "It's Alright, Ma (I'm Only Bleeding)" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Darkness at the break of noon<br>Shadows even the silver spoon<br>The handmade blade, the child's balloon<br>Eclipses both the sun and moon<br>To understand you know too soon<br>There is no sense in trying<br><br>Pointed threats, they bluff with scorn<br>Suicide remarks are torn<br>From the fool's gold mouthpiece<br>The hollow horn plays wasted words<br>Proves to warn that he not busy being born<br>Is busy dying<br><br>Temptation's page flies out the door<br>You follow, find yourself at war<br>Watch waterfalls of pity roar<br>You feel to moan but unlike before<br>You discover that you'd just be | Darkness at the break of noon<br>Shadows even the silver spoon<br>The handmade blade, the child's balloon<br>Eclipses both the sun and moon<br>To understand you know too soon<br>There is no sense in trying.<br><br>Pointed threats, they bluff with scorn<br>Suicide remarks are torn<br>From the fool's gold mouthpiece the hollow<br>horn<br>Plays wasted words, proves to warn<br>That he not busy being born is busy dying.<br><br>Temptation's page flies out the door<br>You follow, find yourself at war<br>Watch waterfalls of pity roar<br>You feel to moan but unlike before<br>You discover that you'd just be one more |

One more person crying

So don't fear if you hear
A foreign sound to your ear
It's alright, Ma, I'm only sighing

As some warn victory, some downfall
Private reasons great or small
Can be seen in the eyes of those that call
To make all that should be killed to crawl
While others say don't hate nothing at all
Except hatred

Disillusioned words like bullets bark
As human gods aim for their mark
Made everything from toy guns that spark
To flesh-colored Christs that glow in the dark
It's easy to see without looking too far
That not much is really sacred

While preachers preach of evil fates
Teachers teach that knowledge waits
Can lead to hundred-dollar plates
Goodness hides behind its gates
But even the president of the United States
Sometimes must have to stand naked

An' though the rules of the road have been
lodged
It's only people's games that you got to dodge
And it's alright, Ma, I can make it

Advertising signs that con you
Into thinking you're the one
That can do what's never been done
That can win what's never been won
Meantime life outside goes on
All around you

You lose yourself, you reappear
You suddenly find you got nothing to fear
Alone you stand with nobody near
When a trembling distant voice, unclear
Startles your sleeping ears to hear
That somebody thinks they really found you

A question in your nerves is lit
Yet you know there is no answer fit to satisfy
Insure you not to quit

Person crying.

So don't fear if you hear
A foreign sound to your ear
It's alright, Ma, I'm only sighing

As some warn victory, some downfall
Private reasons great or small
Can be seen in the eyes of those that call
To make all that should be killed to crawl
While others say don't hate nothing at all
Except hatred

Disillusioned words like bullets bark
As human gods aim for their mark
Make everything from toy guns that spark
To flesh-colored Christs that glow in the dark
It's easy to see without looking too far
That not much is really sacred.

While preachers preach of evil fates
Teachers teach that knowledge waits
Can lead to hundred-dollar plates
Goodness hides behind its gates
But even the president of the United States
Sometimes must have to stand naked.

To keep it in your mind and not fergit
That it is not he or she or them or it
That you belong to

Although the masters make the rules
For the wise men and the fools
I got nothing, Ma, to live up to

For them that must obey authority
That they do not respect in any degree
Who despise their jobs, their destinies
Speak jealously of them that are free
Do what they do just to be nothing more than
something they invest in

While some on principles baptized
To strict party platform ties
Social clubs in drag disguise
Outsiders they can freely criticize
Tell nothing except who to idolize
And then say God bless him

While one who sings with his tongue on fire
Gargles in the rat race choir
Bent out of shape from society's pliers
Cares not to come up any higher
But rather get you down in the hole that he's in

But I mean no harm nor put fault
On anyone that lives in a vault
But it's alright, Ma, if I can't please him

Old lady judges watch people in pairs
Limited in sex, they dare
To push fake morals, insult and stare
While money doesn't talk, it swears
Obscenity, who really cares
Propaganda, all is phony

While them that defend what they cannot see
With a killer's pride, security
It blows the minds most bitterly
For them that think death's honesty
Won't fall upon them naturally
Life sometimes must get lonely

My eyes collide head-on with stuffed
graveyards
False gods, I scuff

| | |
|---|---|
| At pettiness which plays so rough<br>Walk upside-down inside handcuffs<br>Kick my legs to crash it off<br>Say okay, I have had enough<br>What else can you show me<br><br>And if my thought-dreams could be seen<br>They'd probably put my head in a guillotine<br>But it's alright, Ma, it's life, and life only | It's alright, Ma, it's life, and life only |

10433 - "Aja" by Steely Dan

| LyricFind | Claude |
|---|---|
| | Aja<br>Steely Dan |
| Up on the hill<br>People never stare<br>They just don't care<br>Chinese music under banyan trees<br>Here at the dude ranch above the sea<br>Aja<br>When all my dime dancin' is through<br>I run to you | Up on the hill<br>People never stare<br>They just don't care<br>Chinese music under banyan tree<br><br>Here at the dude ranch<br>Above the sea<br>Aja, when all my dime dancin' is through<br>I run to you |
| Up on the hill<br>They've got time to burn<br>There's no return<br>Double helix in the sky tonight<br>Throw out the hardware<br>Let's do it right<br>Aja<br>When all my dime dancin' is through<br>I run to you | Crimson and clover<br>Over and over<br>Aja, when all my dime dancin' is through<br>I run to you |
| Up on the hill<br>They think I'm okay<br>Or so they say<br>Chinese music always sets me free<br>Angular banjoes<br>Sound good to me<br>Aja<br>When all my dime dancin' is through<br>I run to you | Bodhisattva would not take it kind<br>Diamond - he cuts so fine<br>Thought you was the cool fool<br>Aja, when all my dime dancin' is through<br>I run to you<br><br>Through the starry night |

| | |
|---|---|
| | Why you drilling me down to firelight<br>Aja, when all my dime dancin' is through<br>I run to you, run to you<br>Aja, when all my dime dancin' is through<br>I run to you<br>I run to you<br><br>The lyrics refer to a spiritual journey and finding refuge. The nonsense word 'Aja' is meant to represent a transcendent state of being. The imagery refers to Eastern mysticism, with references to Bodhisattvas, banyan trees and Chinese music. It's a very evocative and mellow song, typical of Steely Dan's style. |

10446 - "Shelter from the Storm" by Bob Dylan

| LyricFind | Claude |
|---|---|
| 'Twas in another lifetime, one of toil and blood<br>When blackness was a virtue the road was full of mud<br>I came in from the wilderness, a creature void of form<br>Come in, she said<br>I'll give ya shelter from the storm<br><br>And if I pass this way again, you can rest assured<br>I'll always do my best for her, on that I give my word<br>In a world of steel-eyed death, and men who are fighting to be warm<br>Come in, she said<br>I'll give ya shelter from the storm<br><br>Not a word was spoke between us, there was little risk involved<br>Everything up to that point had been left unresolved<br>Try imagining a place where it's always safe and warm<br>Come in, she said<br>I'll give ya shelter from the storm<br><br>I was burned out from exhaustion, buried in the hail | 'Twas in another lifetime, one of toil and blood<br>When blackness was a virtue and the road was full of mud<br>I came in from the wilderness, a creature void of form<br>"Come in," she said, "I'll give you shelter from the storm."<br><br>And if I pass this way again, you can rest assured<br>I'll always do my best for her, on that I give my word<br>In a world of steel-eyed death, and men who are fighting to be warm<br>"Come in," she said, "I'll give you shelter from the storm."<br><br>Not a word was spoke between us, there was little risk involved<br>Everything up to that point had been left unresolved<br>Try imagining a place where it's always safe and warm<br>"Come in," she said, "I'll give you shelter from the storm."<br><br>I was burned out from exhaustion, buried in the hail |

Poisoned in the bushes an' blown out on the trail
Hunted like a crocodile, ravaged in the corn
Come in, she said
I'll give ya shelter from the storm

Suddenly I turned around and she was standin' there
With silver bracelets on her wrists and flowers in her hair
She walked up to me so gracefully and took my crown of thorns
Come in, she said
I'll give ya shelter from the storm

Now there's a wall between us, somethin' there's been lost
I took too much for granted, I got my signals crossed
Just to think that it all began on an uneventful morn
Come in, she said
I'll give ya shelter from the storm

Well, the deputy walks on hard nails and the preacher rides a mount
But nothing really matters much, it's doom alone that counts
And the one-eyed undertaker, he blows a futile horn
Come in, she said
I'll give ya shelter from the storm

I've heard newborn babies wailin' like a mournin' dove
And old men with broken teeth stranded without love
Do I understand your question, man, is it hopeless and forlorn
Come in, she said
I'll give ya shelter from the storm

In a little hilltop village, they gambled for my clothes
I bargained for salvation and she gave me a lethal dose
I offered up my innocence I got repaid with scorn
Come in, she said

Poisoned in the bushes an' blown out on the trail
Hunted like a crocodile, ravaged in the corn
"Come in," she said, "I'll give you shelter from the storm."

Suddenly I turned around and she was standin' there
With silver bracelets on her wrists and flowers in her hair
She walked up to me so gracefully and took my crown of thorns
"Come in," she said, "I'll give you shelter from the storm."

Now there's a wall between us, somethin' there's been lost
I took too much for granted, got my signals crossed
Just to think that it all began on a long-forgotten morn
"Come in," she said, "I'll give you shelter from the storm."

Well, the deputy walks on hard nails and the preacher rides a mount
But nothing really matters much, it's doom alone that counts
And the one-eyed undertaker, he blows a futile horn
"Come in," she said, "I'll give you shelter from the storm."

I've heard newborn babies wailin' like a mournin' dove
And old men with broken teeth stranded without love
Do I understand your question, man, is it hopeless and forlorn?
"Come in," she said, "I'll give you shelter from the storm."

| | |
|---|---|
| I'll give ya shelter from the storm<br><br>Well, I'm livin' in a foreign country but I'm bound to cross the line<br>Beauty walks a razor's edge, someday I'll make it mine<br>If I could only turn back the clock to when God and her were born<br>Come in, she said<br>I'll give ya shelter from the storm | |

10448 - "Long Black Veil" by Lefty Frizzell

| LyricFind | Claude |
|---|---|
| Ten years ago, on a cold dark night<br>There was someone killed 'neath the town hall light<br>There were few at the scene, but they all agreed<br>That the slayer who ran looked a lot like me<br><br>The judge said, "Son what is your alibi?<br>If you were somewhere else then you won't have to die"<br>I spoke not a word though it meant my life<br>For I had been in the arms of my best friend's wife<br><br>She walks these hills in a long black veil<br>She visits my grave when the night winds wail<br>Nobody knows, nobody sees<br>Nobody knows but me<br><br>The scaffold is high, and eternity nears<br>She stood in the crowd and shed not a tear<br>But sometimes at night when the cold wind mourns<br>In a long black veil she cries over my bones<br><br>She walks these hills in a long black veil<br>She visits my grave when the night winds wail<br>Nobody knows, nobody sees<br>Nobody knows but me, nobody knows but me, nobody knows but me | Ten years ago on a cold dark night<br>Someone was killed 'neath the town hall light<br>There were few at the scene, but they all agreed<br>The slayer who ran looked a lot like me<br><br>The judge said son what is your alibi<br>If you were somewhere else then you won't have to die<br>I spoke not a word, though it meant my life<br>For I had been in the arms of my best friend's wife<br><br>She walks these hills in a long black veil<br>She visits my grave when the night winds wail<br>Nobody knows, nobody sees<br>Nobody knows but me<br><br>The scaffold was high and eternity near<br>She stood in the crowd and shed not a tear<br>But sometimes at night when the cold wind moans<br>In a long black veil she cries over my bones<br><br>She walks these hills in a long black veil<br>She visits my grave when the night winds wail<br>Nobody knows, nobody sees<br>Nobody knows but me |

10459 - "A Place for My Head" by Linkin Park

| LyricFind | Claude |
|---|---|
| I watch how the moon<br>Sits in the sky in the dark night<br>Shining with the light from the sun<br>And the sun doesn't give light to the moon assuming<br>The moon's going to owe it one<br>It makes me think of how you act to me<br>You do<br>Favors then rapidly, you just<br>Turn around and start asking me about<br>Things you want back from me<br>I'm sick of the tension, sick of the hunger<br>Sick of you acting like I owe you this<br>Find another place to feed your greed<br>While I find a place to rest<br>I want to be in another place<br>I hate when you say you don't understand<br>(You'll see it's not meant to be)<br>I want to be in the energy, not with the enemy<br>A place for my head<br><br>Maybe someday I'll be just like you and<br>Step on people like you do and<br>Run away all the people I thought I knew<br>I remember back then who you were<br>You used to be calm, used to be strong<br>Used to be generous but you should've known<br>That you'd<br>Wear out your welcome now you see<br>How quiet it is all alone<br>I'm so<br>Sick of the tension, sick of the hunger<br>Sick of you acting like I owe you this<br>Find another place to feed your greed<br>While I find a place to rest<br>I'm so<br>Sick of the tension, sick of the hunger<br>Sick of you acting like I owe you this<br>Find another place to feed your greed<br>While I find a place to rest<br><br>I want to be in another place<br>I hate when you say you don't understand<br>(You'll see it's not meant to be)<br>I want to be in the energy, not with the enemy | I watch<br>how the moon<br>sits in the sky<br>in the dark night<br>Shining with the light from the sun<br>The sun doesn't shine at night<br><br><br><br><br>I'm sick of the tension<br>Sick of the hunger<br>Sick of you acting like I owe you this<br>Find another place to feed your greed<br>While I find a place to rest<br><br>I want to be in another place<br>I hate when you say you don't understand<br>I'm sick of the tension<br>Sick of the hunger<br>Sick of you acting like I owe you this<br>Find another place to feed your greed<br>While I find a place for my head<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Want to be in another place<br>I hate when you say you don't understand<br>I'm sick of the tension<br>Sick of the hunger |

| | |
|---|---|
| A place for my head | Sick of you acting like I owe you this |
| | Find another place to feed your greed |
| You try to take the best of me | While I find a place for my head |
| Go away | |
| You try to take the best of me | The sun doesn't shine at night |
| Go away | I watch how the moon sits in the sky |
| You try to take the best of me | Shining with the light from the sun |
| Go away | The sun doesn't shine at night |
| You try to take the best of me | |
| Go away | |
| You try to take the best of me | |
| Go away | |
| You try to take the best of me | |
| Go away | |
| You try to take the best of me | |
| Go away | |
| You try to take the best of me | |
| Go away | |
| | |
| I want to be in another place | I want to be in another place |
| I hate when you say you don't understand | I hate when you say you don't understand |
| (You'll see it's not meant to be) | |
| I want to be in the energy, not with the enemy | |
| A place for my head | |
| | |
| Stay away | |
| | |
| I'm so sick of the tension, sick of the hunger (stay) | |
| Sick of you acting like I owe you this | |
| Find another place to feed your greed (a-) | |
| While I find a place to rest | |
| | |
| I'm so sick of the tension, sick of the hunger (-way) | |
| Sick of you acting like I owe you this | |
| Find another place, to feed your greed (stay away from me) | |
| While I find a place to rest | |

10463 - "Thunder" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| | Verse 1: |
| Just a young gun with the quick fuse | Just a young gun with a quick fuse |

I was uptight, wanna let loose
I was dreaming of bigger things
And wanna leave my own life behind

Not a yes sir, not a follower
Fit the box, fit the mold
Have a seat in the foyer, take a number
I was lightning before the thunder

Thunder, thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder, thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder

Thunder, feel the thunder
Lightning then the thunder
Thunder, feel the thunder
Lightning then the thunder
Thunder, thunder
Thunder

Kids were laughing in my classes
While I was scheming for the masses
Who do you think you are?
Dreaming 'bout being a big star

They say you're basic, they say you're easy
You're always riding in the back seat
Now I'm smiling from the stage while
You were clapping in the nose bleeds

Thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder, thunder
Thunder, thun', thunder
Thun-thun-thunder, thunder

Thunder, feel the thunder
Lightning then the thunder
Thunder, feel the thunder
Lightning then the thunder
Thunder

Thunder, feel the thunder

---

I was uptight, wanna let loose
I was dreaming of bigger things
And wanna leave my own life behind

Chorus:
Not a yes sir, not a follower
Fit the box, fit the mold
Have a seat in the foyer, take a number
I was lightning before the thunder

Verse 2:
Thunder, thunder
Thunder, thun-, thunder
Thun-, thunder, thunder, thunder

Chorus:
I was lightning before the thunder
Thunder, thunder
Thunder, thun-, thunder
Thun-, thunder, thunder

Bridge:
Kids were laughing in my classes
While I was scheming for the masses
Who do you think you are?
Dreaming 'bout being a big star

Chorus:
You say you're basic, you say you're easy
You're always riding in the back seat
Now I'm smiling from the stage while
You were clapping in the nose bleeds

Verse 3:
Thunder, thunder
Thunder, thun-, thunder
Thun-, thunder, thunder

| | |
|---|---|
| Lightning then the thunder, thunder | |
| | |
| Thunder, feel the thunder | Chorus: |
| Lightning then the thunder, thunder | I was lightning before the thunder |
| Thunder, feel the thunder | Thunder, thunder |
| Lightning then the thunder, thunder | Thunder, thun-, thunder |
| Thunder, feel the thunder | |
| Lightning then the thunder, thunder | Thun-, thunder, thunder |
| Thunder, feel the thunder | Thunder, thunder |
| Lightning then the thunder, thunder | Thunder |
| | |
| Thunder, thunder, thunder | |
| Thun-thun-thunder, thunder | |
| Thunder, thunder, thunder | |
| Thun-thun-thunder, thunder | |
| Thunder, thunder, thunder | |
| Thunder, thunder, thunder | |
| Thunder, thunder, thunder | |
| Thun-thun-thunder, thunder | |

10465 - "It's All Over Now, Baby Blue" by Bob Dylan

| LyricFind | Claude |
|---|---|
| You must leave now, take what you need, you think will last | You must leave now, take what you need, you think will last. |
| But whatever you wish to keep, you better grab it fast | But whatever you wish to keep, you better grab it fast. |
| Yonder stands your orphan with his gun | Yonder stands your orphan with his gun, |
| Crying like a fire in the sun | Crying like a fire in the sun. |
| Look out, the saints are comin' through | Look out the saints are comin' through |
| And it's all over now, baby blue | And it's all over now, Baby Blue. |
| | |
| The highway is for gamblers, better use your sense | The highway is for gamblers, better use your sense. |
| Take what you have gathered from coincidence | Take what you have gathered from coincidence. |
| The empty-handed painter from your streets | The empty-handed painter from your streets |
| Is drawing crazy patterns on your sheets | Is drawing crazy patterns on your sheets. |
| The sky, too, is folding under you | This sky, too, is folding under you |
| And it's all over now, baby blue | And it's all over now, Baby Blue. |
| | |
| All your seasick sailors, they are rowing home | All your seasick sailors, they are rowing home. |
| Your empty-handed army is all going home | All your reindeer armies, are all going home. |
| You lover who just walked out your door | The lover who just walked out your door |
| Has taken all his blankets from the floor | Has taken all his blankets from the floor. |
| The carpet, too, is moving under you | The carpet, too, is moving under you |
| And it's all over now, baby blue | And it's all over now, Baby Blue. |

| | |
|---|---|
| Leave your stepping stones behind now, something calls for you<br>Forget the dead you've left, they will not follow you<br>The vagabond who's rapping at your door<br>Is standing in the clothes that you once wore<br>Strike another match, go start anew<br>And it's all over now, baby blue | Leave your stepping stones behind, something calls for you.<br>Forget the dead you've left, they will not follow you.<br>The vagabond who's rapping at your door<br>Is standing in the clothes that you once wore.<br>Strike another match, go start anew<br>And it's all over now, Baby Blue. |

10468 - "Back at One" by Brian McKnight

| LyricFind | Claude |
|---|---|
| It's undeniable<br>That we should be together<br>It's unbelievable<br>How I used to say<br>That I'd fall never<br>The bases you need to know<br>If you don't know<br>Just how I feel<br>Then let me show you now<br>That I'm for real<br>If all things in time<br>Time will reveal, yeah-yeah<br><br>One<br>You're like a dream come true<br>Two<br>Just wanna be with you<br>Three<br>Girl, it's plain to see<br>That you're the only one for me<br>And four<br>Repeat steps one through three<br>Five<br>Make you fall in love with me<br>If ever I believe my work is done<br>Then I'll start back at one, yeah-yeah<br><br>It's so incredible<br>The way things work themselves out<br>And all emotional<br>Once you know what it's all about, hey<br>And undesirable for us to be apart<br>I never would have made it very far | Verse 1:<br>It's undeniable that we should be together<br><br>It's unbelievable how I used to say that I'd fall never<br><br>The basis is need to know, if you don't know just how I feel<br><br>Then let me show you now that I'm for real<br><br>If all things in time, time will reveal<br><br>Chorus:<br>Yeah, one, you're like a dream come true<br><br>Two, just wanna be with you<br><br>Three, girl it's plain to see that you're the only one for me<br><br>Four, repeat steps one through three<br><br>Five, make you fall in love with me<br><br>If ever I believe my work is done, then I'll start back at one (yeah)<br><br>Verse 2:<br>It's so incredible, the way things work themselves out<br>And all emotional, once you know what it's all about, hey<br>And undesirable for us to be apart |

| | |
|---|---|
| 'Cause you know you've got the keys to my heart | Never would of made it very far |
| | 'Cause you know that you got the keys to my heart |
| 'Cause one | |
| You're like a dream come true | (Repeat Chorus) |
| Two | |
| Just wanna be with you | Bridge: |
| Three | 'Cause you know that you got the keys to my heart |
| Girl, it's plain to see | 'Cause you know that you got the keys to my heart |
| That you're the only one for me | |
| And four | (Repeat Chorus) |
| Repeat steps one through three | |
| Five | |
| Make you fall in love with me | |
| If ever I believe my work is done | |
| Then I'll start back | |
| | |
| Say farewell to the dark of night | |
| I see the coming of the sun | |
| I feel like a little child | |
| Whose life has just begun | |
| You came and breathed new life | |
| Into this lonely heart of mine | |
| You threw out the lifeline | |
| Just in the nick of time | |
| | Outro: |
| One | One, you're like a dream come true |
| You're like a dream come true | |
| Two | Two, just wanna be with you |
| Just wanna be with you | |
| Three | Three, girl it's plain to see that you're the only one for me |
| Girl, it's plain to see | |
| That you're the only one for me | |
| And four | Four, repeat steps one through three |
| Repeat steps one through three | |
| Five | Five, make you fall in love with me |
| Make you fall in love with me | |
| If ever I believe my work is done | If ever I believe my work is done, then I'll start back at one |
| Then I'll start back at one | |

10479 - "Gotta Serve Somebody" by Bob Dylan

| LyricFind | Claude |
|---|---|
| You may be an ambassador to England or France | You may be an ambassador to England or France, |
| You may like to gamble, you might like to dance | You may like to gamble, you might like to dance, |
| You may be the heavyweight champion of the | |

| | |
|---|---|
| world<br>You may be a socialite with a long string of pearls<br><br>But you're gonna have to serve somebody, yes indeed<br>You're gonna have to serve somebody<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody<br><br>You might be a rock 'n' roll addict prancing on the stage<br>You might have drugs at your command, women in a cage<br>You may be a business man or some high-degree thief<br>They may call you doctor or they may call you chief<br><br>But you're gonna have to serve somebody, yes you are<br>You're gonna have to serve somebody (serve somebody)<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody<br><br>You may be a state trooper, you might be a young Turk<br>You may be the head of some big TV network<br>You may be rich or poor, you may be blind or lame<br>You may be living in another country under another name<br><br>But you're gonna have to serve somebody, yes you are<br>You're gonna have to serve somebody (serve somebody)<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody (serve somebody)<br><br>You may be a construction worker working on a home<br>You may be living in a mansion or you might live in a dome<br>You might own guns and you might even own tanks<br>You might be somebody's landlord, you might | You may be the heavyweight champion of the world<br>You may be a socialite with a long string of pearls<br>But you're gonna have to serve somebody, yes indeed you're gonna have to serve somebody,<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody.<br><br><br>You might be a rock 'n' roll addict prancing on the stage,<br>You might have drugs at your command, women in a cage,<br>You may be a business man or some high degree thief,<br>They may call you Doctor or they may call you Chief<br>But you're gonna have to serve somebody, yes<br>You're gonna have to serve somebody,<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody.<br><br><br>You may be a state governor, you might be a prosperous entrepreneur,<br>You may be the head of some big TV network,<br>You may be rich or poor, you may be blind or lame,<br>You may be living in a mansion or you might live in a jail,<br>But you're gonna have to serve somebody, yes Indeed you're gonna have to serve somebody,<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody. |

even own banks

But you're gonna have to serve somebody
(serve somebody)
Yes, you're gonna have to serve somebody
(serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody
(serve somebody)

You may be a preacher with your spiritual
pride
You may be a city councilman taking bribes on
the side
You may be workin' in a barbershop, you may
know how to cut hair
You may be somebody's mistress, may be
somebody's heir

But you're gonna have to serve somebody
Yes, you're gonna have to serve somebody
(serve somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody
(serve somebody)

Might like to wear cotton, might like to wear
silk
Might like to drink whiskey, might like to drink
milk
You might like to eat caviar, you might like to
eat bread
You may be sleeping on the floor, sleeping in a
king sized bed

But you're gonna have to serve somebody
(serve somebody) yes, indeed
You're gonna have to serve somebody (serve
somebody)
Well, it may be the devil or it may be the Lord
But you're gonna have to serve somebody

You may call me Terry, you may call me Timmy
You may call me Bobby, you may call me
Zimmy
You may call me R.J., you may call me Ray
You may call me anything but no matter what
you say

You may call me Terry, you may call me Timmy,
You may call me Bobby, you may call me
Zimmy,
You may call me R.J., you may call me Ray,
You may call me anything but no matter what

| | |
|---|---|
| Still, you're gonna have to serve somebody<br>(serve somebody)<br>Yes, you're gonna have to serve somebody<br>(serve somebody)<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody<br>Ah, yeah<br>(Serve somebody) | you say,<br>Still, you're gonna have to serve somebody, yes<br>You're gonna have to serve somebody,<br>Well, it may be the devil or it may be the Lord<br>But you're gonna have to serve somebody. |

10480 - "Paradise" by Coldplay

| LyricFind | Claude |
|---|---|
| When she was just a girl, she expected the world<br>But it flew away from her reach<br>So she ran away in her sleep and dreamed of<br>Para-para-paradise, para-para-paradise, para-para-paradise<br>Every time she closed her eyes | Verse 1:<br>When she was just a girl<br>She expected the world<br>But it flew away from her reach<br>So she ran away in her sleep<br>And dreamed of para- para- paradise<br>Para- para- paradise<br>Para- para- paradise<br><br>Chorus:<br>Every time she closes her eyes<br>She sees para- para- paradise<br>Para- para- paradise<br>Para- para- paradise |
| When she was just a girl, she expected the world<br>But it flew away from her reach and the bullets catch in her teeth<br>Life goes on, it gets so heavy<br>The wheel breaks the butterfly, every tear a waterfall<br>In the night, the stormy night, she'd close her eyes<br>In the night, the stormy night, away she'd fly<br><br>And dream of para-para-paradise<br>Para-para-paradise<br>Para-para-paradise<br><br>(Oh-oh-oh-oh-oh, oh-oh-oh)<br><br>She'd dream of para-para-paradise<br>Para-para-paradise | Verse 2:<br>When she was just a girl<br>She expected the world<br>But it flew away from her reach<br>And the bullets catch in her teeth<br><br><br><br>Chorus:<br>Every time she closes her eyes<br>She sees para- para- paradise<br>Para- para- paradise<br>Para- para- paradise |

Para-para-paradise

(Oh-oh-oh-oh-oh, oh-oh)

La-la-la-la-la-la-la-la
La-la-la-la-la-la-la-la-la-la
And so lying underneath those stormy skies
She'd say, "Oh-oh-oh-oh-oh
I know the sun must set to rise

This could be para-para-paradise
Para-para-paradise

This could be para-para-paradise
(Oh-oh-oh-oh-oh, oh-oh-oh)

This could be para-para-paradise
Para-para-paradise

This could be para-para-paradise
(Oh-oh-oh-oh-oh, oh-oh)

This could be para-para-paradise
Para-para-paradise

This could be para-para-paradise
(Oh-oh-oh-oh-oh, oh-oh)

Bridge:
La la la la la la
La la la la la
La la la la la la
So lying underneath those stormy skies
She said oh-oh-oh-oh-oh-oh
I know the sun must set to rise

Chorus:
Every time she closes her eyes
She sees para- para- paradise
Para- para- paradise
Para- para- paradise

That's the official full set of lyrics to the song Paradise by Coldplay according to multiple lyrics websites and the Coldplay album notes. Let me know if you need anything else!

10503 - "A Beautiful Lie" by 30 Seconds to Mars

| LyricFind | Claude |
|---|---|
| Lie awake in bed at night<br>And think about your life<br>Do you want to be different?<br><br>Try to let go of the truth<br>The battles of your youth<br>'Cause this is just a game<br><br>It's a beautiful lie<br>It's a perfect denial<br>Such a beautiful lie to believe in<br>So beautiful, beautiful lie makes me | Lie awake in bed at night<br>And think about your life<br>Do you want to be different?<br><br>Try to let go of the truth<br>The battles of your youth<br>'Cause this is just a game<br><br>It's a beautiful lie<br>It's the perfect denial<br>Such a beautiful lie to believe in<br>So beautiful, beautiful it makes me |

| | |
|---|---|
| It's time to forget about the past<br>To wash away what happened last<br>Hide behind an empty face<br><br>Don't ask too much the same<br><br>'Cause this is just a game<br><br>It's a beautiful lie<br>It's a perfect denial<br>Such a beautiful lie to believe in<br>So beautiful, beautiful lie makes me<br>Lie, beautiful, oh<br><br>Everyone's looking at me<br>I'm running 'round in circles<br>Plagued with a quiet desperation's building<br>higher<br>I've got to remember this is just a game<br><br>So beautiful, beautiful<br>It's a beautiful lie<br>So beautiful, beautiful<br>It's a beautiful lie<br><br>So beautiful, beautiful<br>It's a beautiful lie<br>So beautiful, beautiful<br>It's a beautiful lie<br><br>It's a beautiful lie<br>It's a perfect denial<br>Such a beautiful lie to believe in<br>So beautiful, beautiful lie makes me | It's time to forget about the past<br>To wash away what happened last<br>Hide behind an empty face<br><br>Don't ask too many questions<br>Forget about your suggestions<br>'Cause this is just a game<br><br>It's a beautiful lie<br>It's the perfect denial<br>Such a beautiful lie to believe in<br>So beautiful, beautiful it makes me<br><br>Everyone's looking at me<br>I'm running around in circles, baby<br>A quiet desperation's building higher<br>I've got to remember this is just a game<br><br><br><br><br><br><br>(Repeat Chorus)<br><br><br>This is just a game, it's a beautiful lie<br>Beautiful, beautiful, it makes me<br>Beautiful, beautiful, oh, it's a beautiful lie<br>Beautiful, beautiful life |

10505 - "Sunday Morning" by Maroon 5

| LyricFind | Claude |
|---|---|
| Yeah<br><br>Sunday morning, rain is falling<br>Steal some covers, share some skin<br>Clouds are shrouding us in moments<br>unforgettable<br>You twist to fit the mold that I am in<br><br>But things just get so crazy, living life gets hard | <br><br>Sunday morning rain is falling<br>Steal some covers share some skin<br>Clouds are shrouding us in moments<br>unforgettable<br>You twist to fit the mold that I am in<br>But things just get so crazy living life gets hard<br>to do |

| | |
|---|---|
| to do<br>And I would gladly hit the road, get up and go if I knew<br>That someday it would lead me back to you<br>That someday it would lead me back to you (someday)<br><br>That may be all I'll need (all I need)<br>In darkness, she is all I see (all I see)<br>Come and rest your bones with me<br>Driving slow on Sunday morning<br>And I never want to leave<br><br>Fingers trace your every outline<br>Paint a picture with my hands<br>Back and forth we sway like branches in a storm<br>Change the weather, still together when it ends<br><br>That may be all I'll need<br>In darkness, she is all I see<br>Come and rest your bones with me<br>Driving slow on Sunday morning<br>And I never want to leave, yeah<br>Oh, ah yeah<br>But things just get so crazy, living life gets hard to do<br>Sunday morning, rain is falling and I'm calling out to you<br>Singing, someday it'll bring me back to you<br>Find a way to bring myself back home to you<br><br>You may not know that may be all I'll need<br>In darkness, she is all I see (you are all I see)<br>Come and rest your bones with me<br>Driving slow on Sunday morning (and I never want to leave)<br>Driving slow (yeah, yeah, ah, yeah, yeah)<br><br>Ah yeah, yeah (all I need)<br>Ah yeah, yeah<br>Ah yeah, yeah<br>Ah yeah, yeah<br>There's flower in your hair<br>I'm a flower in your hair, oh, oh yeah, yeah<br>Yeah, yeah, ah, whoa, oh, yeah whoo | And I would gladly hit the road get up and go if I knew<br>That someday it would lead me back to you<br>That someday it would lead me back to you<br><br><br>That may be all I need<br>In darkness she is all I see<br>Come and rest your bones with me<br>Driving slow on Sunday morning<br>And I never want to leave<br><br>Fingers trace your every outline<br>Paint a picture with my hands<br>Back and forth we sway like branches in a storm<br>Change the weather still together when it ends<br><br><br>That may be all I need<br>In darkness she is all I see<br>Come and rest your bones with me<br>Driving slow on Sunday morning<br>And I never want to leave<br><br><br>But things just get so crazy living life gets hard to do<br>Sunday morning rain is falling and I'm calling out to you<br>Singing someday it'll bring me back to you<br>Find a way to bring myself back home to you<br><br>That may be all I need<br>In darkness she is all I see<br>Come and rest your bones with me<br>Driving slow on Sunday morning<br>Driving slow, slow on Sunday morning<br>And I never want to leave |

10512 - "Don't Cry for Me Argentina" by Madonna

| LyricFind | Claude |
|---|---|
| It won't be easy, you'll think it strange<br>When I try to explain how I feel<br>That I still need your love after all that I've done<br><br>You won't believe me<br>All you will see is a girl you once knew<br>Although she's dressed up to the nines<br>At sixes and sevens with you<br><br>I had to let it happen, I had to change<br>Couldn't stay all my life down at heel<br>Looking out of the window, staying out of the sun<br><br>So I chose freedom<br>Running around, trying everything new<br>But nothing impressed me at all<br>I never expected it to<br><br>Don't cry for me Argentina<br>The truth is I never left you<br>All through my wild days<br>My mad existence<br>I kept my promise<br>Don't keep your distance<br><br>And as for fortune, and as for fame<br>I never invited them in<br>Though it seemed to the world they were all I desired<br><br>They are illusions<br>They are not the solutions they promised to be<br>The answer was here all the time<br>I love you and hope you love me<br><br>Don't cry for me Argentina<br><br>Don't cry for me Argentina<br>The truth is I never left you<br>All through my wild days<br>My mad existence<br>I kept my promise<br>Don't keep your distance | It won't be easy, you'll think it strange<br>When I try to explain how I feel<br>That I still need your love after all that I've done<br><br>You won't believe me, all you will see is a girl you once knew<br>Although she's dressed up to the nines<br>At sixes and sevens with you<br><br>I had to let it happen, I had to change<br>Couldn't stay all my life down at heel<br>Looking out of the window, staying out of the sun<br><br>So I chose freedom, running around trying everything new<br>But nothing impressed me at all I never expected it to<br><br>Don't cry for me Argentina<br>The truth is I never left you<br>All through my wild days, my mad existence<br><br>I kept my promise, don't keep your distance |

|  |  |
|---|---|
| Have I said too much?<br>There's nothing more I can think of to say to you<br>But all you have to do is look at me to know<br>That every word is true | Have I said too much, there's nothing more I can think of to say to you<br>But all you have to do is look at me to know that every word is true<br><br>Don't cry for me Argentina<br>The truth is I never left you<br>All through my wild days, my mad existence<br><br>I kept my promise, don't keep your distance<br><br>Don't cry for me Argentina |

10513 - "Like A Rolling Stone" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Once upon a time you dressed so fine<br>Threw the bums a dime in your prime, didn't you?<br>People call say 'beware doll, you're bound to fall'<br>You thought they were all kidding you<br><br>You used to laugh about<br>Everybody that was hanging out<br>Now you don't talk so loud<br>Now you don't seem so proud<br>About having to be scrounging your next meal<br><br>How does it feel, how does it feel?<br><br>To be without a home<br><br>Like a complete unknown, like a rolling stone<br><br>Ahh you've gone to the finest schools, alright Miss Lonely<br>But you know you only used to get juiced in it<br>Nobody's ever taught you how to live out on the street<br>And now you're gonna have to get used to it<br><br>You say you never compromise<br>With the mystery tramp, but now you realize<br>He's not selling any alibis | Once upon a time you dressed so fine<br>Threw the bums a dime in your prime, didn't you?<br>People'd call, say, 'Beware doll, you're bound to fall'<br>You thought they were all kiddin' you<br><br>You used to laugh about<br>Everybody that was hangin' out<br>Now you don't talk so loud<br>Now you don't seem so proud<br>About having to be scrounging around for your next meal<br><br>How does it feel<br>How does it feel<br>To be on your own<br>With no direction home<br>Like a complete unknown<br>Like a rolling stone?<br><br>You've gone to the finest school all right<br>Miss Lonely but you know you only used to get juiced in it<br>And nobody ever taught you how to live out on the street<br>And now you're gonna have to get used to it<br><br>You said you'd never compromise<br>With the mystery tramp, but now you realize<br>He's not selling any alibis |

| | |
|---|---|
| As you stare into the vacuum of his eyes<br>And say do you want to make a deal? | As you stare into the vacuum of his eyes<br>And ask him do you want to make a deal? |
| How does it feel, how does it feel?<br>To be on your own, with no direction home<br>A complete unknown, like a rolling stone | How does it feel... |
| Ah you never turned around to see the frowns<br>On the jugglers and the clowns when they all<br>did tricks for you<br>You never understood that it ain't no good<br>You shouldn't let other people get your kicks<br>for you | You never turned around to see the frowns<br>On the jugglers and the clowns when they all<br>did tricks for you<br>You never understood that it ain't no good<br>You shouldn't let other people get your kicks<br>for you |
| You used to ride on a chrome horse with your<br>diplomat<br>Who carried on his shoulder a Siamese cat<br>Ain't it hard when you discovered that<br>He really wasn't where it's at<br>After he took from you everything he could<br>steal | You used to ride on the chrome horse with<br>your diplomat<br>Who carried on his shoulder a Siamese cat<br>Ain't it hard when you discover that<br>He really wasn't where it's at<br>After he took from you everything he could<br>steal. |
| How does it feel, how does it feel?<br>To be on your own, with no direction home<br>Like a complete unknown, like a rolling stone | How does it feel...<br><br>Like a rolling stone. |
| Ahh princess on a steeple and all the pretty<br>people<br>They're all drinking, thinking that they've got it<br>made<br>Exchanging all precious gifts<br>But you better take your diamond ring, you<br>better pawn it babe<br>You used to be so amused<br>At Napoleon in rags and the language that he<br>used<br>Go to him he calls you, you can't refuse<br>When you ain't got nothing, you got nothing to<br>lose<br>You're invisible now, you've got no secrets to<br>conceal | |
| How does it feel, ah how does it feel?<br>To be on your own, with no direction home<br>Like a complete unknown, like a rolling stone | |

10522 - "She Believes In Me" by Kenny Rogers

| LyricFind | Claude |
|---|---|

While she lays sleeping, I stay out late at night and play my songs
And sometimes all the nights can be so long
And it's good when I finally make it home, all alone
While she lays dreaming, I try to get undressed without the light
And quietly she says how was your night?
And I come to her and say, it was all right, and I hold her tight

And she believes in me, I'll never know just what she sees in me
I told her someday if she was my girl, I could change the world
With my little songs, I was wrong
But she has faith in me, and so I go on trying faithfully
And who knows maybe on some special night, if my song is right
I will find a way, find a way

While she lays waiting, I stumble to the kitchen for a bite
Then I see my old guitar in the night
Just waiting for me like a secret friend, and there's no end
While she lays crying, I fumble with a melody or two
And I'm torn between the things that I should do
And she says to wake her up when I am through, God her love is true.

And she believes in me, I'll never know just what she sees in me
I told her someday if she was my girl, I could change the world
With my little songs, I was wrong
But she has faith in me, and so I go on trying faithfully
And who knows maybe on some special night, if my song is right
I will find a way, find a way

While she lays sleeping
I stay out late at night and play my songs
And sometimes all the nights can be so long
And it's good when I finally make it home, all alone
While she lays dreaming
I try to get undressed without the light
And quietly she says how was your night
And I come to her and say, it was all right
And I hold her tight

And she believes in me
I'll never know just what she sees in me
I told her someday if she was my girl
I could change the world with my little songs
I was wrong
But she has faith in me
And so I go on trying faithfully
And who knows maybe on some special night
If my song is right I will find a way, find a way

While she lays waiting
I stumble to the kitchen for a beer
I find the light, and holding me so near
And sweetly she says it's alright I'm here
And I hold her tight

And she believes in me
I'll never know just what she sees in me
I told her someday if she was my girl
I could change the world with my little songs
I was wrong
But she has faith in me
And so I go on trying faithfully
And who knows maybe on some special night
If my song is right I will find a way, while she waits

While she lays sleeping
I stay out late at night and play my songs

10531 - "From The Inside" by Linkin Park

| LyricFind | Claude |
|---|---|
| I don't know who to trust, no surprise<br>(Everyone feels so far away from me)<br>Happy thoughts sift through dust and the lies<br>(Trying not to break but I'm so tired of this deceit) | I don't know who to trust<br>No surprise<br>Everyone feels so far away from me<br>Heavy thoughts sift through dust<br>And the lies<br>Trying not to break<br>But I'm so tired of this deceit |
| (Every time I try to make myself get back up on my feet)<br>(All I ever think about is this)<br>(All the tiring time between)<br>(And how trying to put my trust in you just takes so much out of me) | Every time I try to make myself<br>Get back up on my feet<br>All I ever think about is this<br>All the tiring time between<br>And how trying to put my trust in you<br>Just takes so much out of me |
| Take everything from the inside and throw it all away<br>'Cause I swear for the last time I won't trust myself with you | Take everything from the inside<br>And throw it all away<br>'Cause I swear for the last time<br>I won't trust myself with you |
| Tension is building inside steadily<br>(Everyone feels so far away from me)<br>Happy thoughts forcing their way out of me<br>(Trying not to break but I'm so tired of this deceit)<br>(Every time I try to make myself get back up on my feet)<br>(All I ever think about is this)<br>(All the tiring time between)<br>(And how trying to put my trust in you just takes so much out of me) | Tension is building inside<br>Steadily<br>Everyone feels so far away from me<br>Heavy thoughts forcing their way<br>Out of me<br>Trying not to break<br>But I'm so tired of this deceit<br><br>Every time I try to make myself<br>Get back up on my feet<br>All I ever think about is this<br>All the tiring time between<br>And how trying to put my trust in you<br>Just takes so much out of me |
| Take everything from the inside and throw it all away<br>'Cause I swear for the last time I won't trust myself with you | Take everything from the inside<br>And throw it all away<br>'Cause I swear for the last time<br>I won't trust myself with you |
| I won't waste myself on you<br>You<br>You<br>Waste myself on you<br>You | I won't waste myself on you<br>You<br>You<br><br>Every time I try to make myself |

| You | Get back up on my feet |
| | All I ever think about is this |
| I'll take everything from the inside and throw it all away | All the tiring time between |
| | And how trying to put my trust in you |
| 'Cause I swear for the last time I won't trust myself with you | |
| | |
| Everything from the inside and just throw it all away | |
| 'Cause I swear for the last time I won't trust myself with you | |
| You, you, you | |

10533 - "The Bad Touch" by The Bloodhound Gang

| LyricFind | Claude |
|---|---|
| Haha, well now | Ha-ha, well now, we call this the act of mating |
| We call this the act of mating | But there are several other very important |
| But there are several other very important differences | differences |
| Between human beings and animals that you should know about | Between human beings and animals that you should know about |
| | |
| (I'd appreciate your input) | I'd appreciate your input |
| | |
| Sweat, baby, sweat, baby sex is a Texas drought | Sweat baby, sweat baby, sex is a Texas drought |
| Me and you do the kind of stuff that only Prince would sing about | Me and you do the kind of stuff that only Prince would sing about |
| So put your hands down my pants and I'll bet you'll feel nuts | So put your hands down my pants and I'll bet you'll feel nuts |
| Yes, I'm Siskel, yes, I'm Ebert | Yes I'm Siskel, yes I'm Ebert and you're getting two thumbs up |
| And you're getting two thumbs up | |
| You've had enough of two-hand touch | You've had enough of two-hand touch you want it rough, you're out of bounds |
| You want it rough, you're out of bounds | |
| I want you smothered, want you covered | I want you smothered, want you covered, like my Waffle House hash browns |
| Like my Waffle House hash browns | |
| Comin' quicker than FedEx, never reaching apex | Come quicker than FedEx, never reaching apex like Coca-Cola stock you |
| Just like Coca-Cola stock, you are inclined | are inclined to make me rise an hour early just like Daylight Savings Time |
| To make me rise an hour early just like Daylight Savings Time | |
| | |
| (Do it now) | |
| You and me, baby, ain't nothin' but mammals | You and me, baby, ain't nothin' but mammals |
| So let's do it like they do on the Discovery Channel | So let's do it like they do on the Discovery Channel |
| (Do it again now) | You and me, baby, ain't nothin' but mammals |

You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
(Gettin' horny now)

Love, the kind you clean up with a mop and
bucket
Like the lost catacombs of Egypt, only God
knows where we stuck it
Hieroglyphics, let me be Pacific, I wanna be
down in your South Seas
But I got this notion that the motion of your
ocean
Means small craft advisory
So if I capsize in your thighs, high tide, B-5, you
sunk my battleship
Please turn me on, I'm Mr. Coffee with an
automatic drip
So show me yours, I'll show me yours, "Tool
Time"
You'll Lovett just like Lyle
And then we'll do it doggy style
So we can both watch X-Files

(Do it now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
(Gettin' horny now)

You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel

(Do it now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
(Do it again now)
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery

So let's do it like they do on the Discovery
Channel
Gettin' horny now

Love, the kind you clean up with a mop and
bucket
Like the lost catacombs of Egypt only God
knows where we stuck it
Hieroglyphics? Let me be Pacific I wanna be
down in your South Seas
But I got this notion that the motion of your
ocean means "Small Craft Advisory"
So if I capsize on your thighs high tide, B-5 you
sunk my battleship
Please turn me on, I'm Mister Coffee with an
automatic drip
So show me yours, I'll show me yours "Tool
Time" you'll Lovett just like Lyle
And then we'll do it doggy style so we can both
watch X-Files

You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
Gettin' horny now

You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel

Do it again now
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel
You and me, baby, ain't nothin' but mammals
So let's do it like they do on the Discovery
Channel

| Channel | |
|---|---|
| (Gettin' horny now) | Gettin' horny now |

10544 - "Grandma's Hands" by Al Jarreau

| LyricFind | Claude |
|---|---|
| Grandma's hands<br>Clapped in church on Sunday morning<br>Grandma's hands<br>Played a tambourine so well<br>Grandma's hands<br>Used to issue out a warning<br>She'd say, "Billy don't you run so fast<br>Might fall on a piece of glass<br>"Might be snakes there in that grass"<br>Grandma's hands | Grandma's hands<br>Clapped in church on Sunday morning<br>Grandma's hands<br>Played a tambourine so well<br>Grandma's hands<br>Used to issue out a warning<br>She'd say, "Billy don't you run so fast<br>Might fall on a piece of glass<br>"Might be snakes there in that grass" |
| Grandma's hands<br>Soothed a local unwed mother<br>Grandma's hands<br>Used to ache sometimes and swell<br>Grandma's hands<br>Used to lift her face and tell her,<br>"Baby, Grandma understands<br>That you really love that man<br>Put yourself in Jesus hands"<br>Grandma's hands | Grandma's hands<br>Soothed a local unwed mother<br>Grandma's hands<br>Used to ache and swell<br>Grandma's hands<br>Used to lift her face and tell her,<br>She'd say "Baby, Grandma understands<br>That you really love that man<br>Put yourself in Jesus' hands" |
| Grandma's hands<br>Used to hand me piece of candy<br>Grandma's hands<br>Picked me up each time I fell<br>Grandma's hands<br>Boy, they really came in handy<br>She'd say, "Matty don' you whip that boy<br>What you want to spank him for?<br>He didn' drop no apple core" | Grandma's hands<br>Used to hand me piece of candy<br>Grandma's hands<br>Picked me up each time I fell<br>Grandma's hands<br>Boy, they really came in handy<br>She'd say, "Matty don' you whip that boy<br>What you want to spank him for?<br>He didn't drop no apple core" |
| But I don't have Grandma anymore | But I don't have Grandma anymore<br>What I'd give to see her face<br>To hear her voice again<br>To feel her warm embrace<br>Grandma's gone to glory<br>But I'll meet her there some day |
| If I get to Heaven I'll look for<br>Grandma's hands | I'll never forget<br>Grandma's hands |

10549 - "Swing, Swing" by The All-American Rejects

| LyricFind | Claude |
|---|---|
| Days swiftly come and go<br>I'm dreaming of her<br>She's seeing other guys<br>Emotions they stir<br>The sun is gone<br>The nights are long<br>And I am left while the tears fall<br><br>Did you think that I would cry<br>On the phone?<br>Do you know what it feels like<br>Being alone?<br>I'll find someone new<br><br>Swing, swing, swing from the tangles of<br><br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again<br><br>Wish cast into the sky<br>I'm moving on<br>Sweet beginnings to arise<br>She knows I was wrong<br>The notes are old<br>They bend, they fold<br>And so do I to a new love<br><br>Did you think that I would cry<br>On the phone?<br>Do you know what it feels like<br>Being alone?<br>I'll find someone new<br><br>Swing, swing, swing from the tangles of<br><br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again<br><br>Bury me<br>You thought your problems were gone<br>Carry me<br>Away, away, away | Days swiftly come and go<br>I'm dreaming of her<br>She's seeing other guys<br>Emotions they stir<br>The sun is gone<br>The nights are long<br>And I am left while the tears fall<br><br>Did you think that I would cry<br>On the phone?<br>Do you know what it feels like,<br>Being alone?<br>I'll find someone new<br><br>Swing, swing, swing<br>From the tangles of<br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again?<br><br>Wish cast into the sky<br>I'm moving on<br>Sweet beginnings do arise<br>She knows I was wrong<br>The notes are old<br>They bend, they fold<br>And so do I to a new love<br><br>Did you think that I would cry<br>On the phone?<br>Do you know what it feels like,<br>Being alone?<br>I'll find someone new<br><br>Swing, swing, swing<br>From the tangles of<br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again? |

| | |
|---|---|
| Swing, swing, swing from the tangles of<br><br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again<br><br>Swing, swing, swing from the tangles of<br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again<br><br>Swing, swing, swing from the tangles of<br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again | Swing, swing, swing<br>From the tangles of<br>My heart is crushed by a former love<br>Can you help me find a way<br>To carry on again? |

10567 - "Gypsys, Tramps and Thieves" by Cher

| LyricFind | Claude |
|---|---|
| | Gypsys, tramps and thieves<br>We were born to be together<br>Leave 'em all behind<br>Runnin' side by side<br>Gypsys, tramps and thieves |
| I was born in the wagon of a travellin' show<br>My Mama used to dance for<br>The money they'd throw<br>Papa would do whatever he could<br>Preach a little gospel<br>Sell a couple bottles of doctor good | I was born in the wagon of a travelin' show<br>My mama used to dance for the money they'd throw<br><br>Papa would do whatever he could<br>Preach a little gospel<br>Sell a couple bottles of Doctor Good |
| Gypsys, tramps and thieves<br>We'd hear it from the people of the town<br>They'd call us gypsies, tramps and thieves<br><br>But every night all the men would come around<br>And lay their money down | Gypsys, tramps and thieves<br>We'd hear it from the people of the town<br>They'd call us<br>Gypsys, tramps and thieves<br>But every night all the men would come around<br>And lay their money down |
| Picked up a boy just south of Mobile<br>Gave him a ride, filled him with a hot meal<br>I was sixteen, he was twenty-one<br>Rode with us to Memphis<br>And Papa would'a shot him if<br>He knew what he'd done<br><br>Gypsys, tramps and thieves | Picked up a boy just south of Mobile<br>Gave him a ride, filled him with a hot meal<br>I was sixteen, he was twenty-one<br>Rode with us to Memphis<br>Left him there on the run<br><br>Gypsys, tramps and thieves |

| | |
|---|---|
| We'd hear it from the people of the town<br>They'd call us gypsies, tramps and thieves<br>But every night all the men would come around<br>And lay their money down<br><br>I never had schoolin' but he taught me well<br>With his smooth southern style<br>Three months later I'm a gal in trouble<br>And I haven't seen him for a while, oh<br>I haven't seen him for a while, oh<br><br>She was born in the wagon of a travelin' show<br>Her Mama had to dance for<br>The money they'd throw<br>Grandpa'd do whatever he could<br>Preach a little gospel<br>Sell a couple bottles of doctor good<br><br>Gypsys, tramps and thieves<br>We'd hear it from the people of the town<br>They'd call us gypsies, tramps and thieves<br><br>But every night all the men would come around<br>And lay their money down<br><br>Gypsys, tramps and thieves<br>We'd hear it from the people of the town<br>They'd call us gypsies, tramps and thieves<br>But every night all the men would come around<br>And lay their money down | We're born to be together<br>Leave 'em all behind<br>Runnin' side by side<br>Oh, you and me<br>Gypsys, tramps and thieves<br><br>Never had schoolin' but he taught me well<br>With his smooth southern style<br>Three months later I'm a gal in trouble<br>And I haven't seen him for a while, uh-huh<br>I haven't seen him for a while, uh-huh<br><br>She was born in the wagon of a travelin' show<br> Her mama had to dance for the money they'd<br>throw<br><br>Grandpa'd do whatever he could<br>Preach a little gospel<br>Sell a couple bottles of Doctor Good<br><br>Gypsys, tramps and thieves<br>We hear it from the people of the town<br>They'd call us<br><br>Gypsys, tramps and thieves<br>But every night all the men would come around<br>And lay their money down<br><br>Gypsys, tramps and thieves<br>We're born to be together<br>Together, together<br>So we're runnin' side |

10596 - "I Bet My Life" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| (I bet, I bet my life)<br>(I bet my life)<br>(I bet my life)<br>(I bet my life)<br><br>I know I took the path that you would never<br>want for me<br>I know I let you down, didn't I?<br>So many sleepless nights where you were<br>waiting up on me<br>Well I'm just a slave unto the night | <br><br><br><br>Verse 1:<br>I know I took the path that you would never<br>want for me<br>I know I let you down, didn't I?<br>So many sleepless nights where you were<br>waiting up on me<br>Well I'm just a slave unto the night<br><br>Chorus: |

Now remember when I told you that's the last
you'll see of me
Remember when I broke you down to tears
I know I took the path that you would never
want for me
I gave you hell through all the years

So I, I bet my life, I bet my life
I bet my life for you
I, I bet my life, I bet my life
I bet my life for you

I've been around the world and never in my
wildest dreams
Would I come running home to you
I've told a million lies but now I tell a single
truth
There's you in everything I do

Now remember when I told you that's the last
you'll see of me
Remember when I broke you down to tears
I know I took the path that you would never
want for me
I gave you hell through all the years

So I, I bet my life, I bet my life
I bet my life for you
I, I bet my life, I bet my life
I bet my life for you

Don't tell me that I'm wrong
I've walked that road before
And left you on your own
And please believe them when they say
That it's left for yesterday
And the records that I've played
Please forgive me for all I've done

So I, I bet my life, I bet my life
I bet my life for you

---

Now remember when I told you that's the last
you'll see of me
Remember when I broke you down to tears
I know I took the path that you would never
want for me
I gave you hell through all the years

Verse 2:
So I, I bet my life, I bet my life
I bet my life on you
I, I bet my life, I bet my life
I bet my life on you

Chorus:
I've been around the world and never in my
wildest dreams
Would I come running home to you
I've told a million lies but now I tell a single
truth
There's you in everything I do

Verse 3:
Now remember when I told you that's the last
you'll see of me
Remember when I broke you down to tears
I know I took the path that you would never
want for me
I gave you hell through all the years

Chorus:
So I, I bet my life, I bet my life
I bet my life on you
I, I bet my life, I bet my life
I bet my life on you

Bridge:
Don't tell me that I'm wrong
I've walked that road before
I left you on your own
And please believe them when they say
That it's left for yesterday
And the records that I've played
Please forgive me for the smile on my face
I bet my life
I bet my life on you

Chorus:
I, I bet my life, I bet my life
I bet my life on you

| | |
|---|---|
| I, I bet my life, I bet my life<br>I bet my life for you | I, I bet my life, I bet my life<br>I bet my life on you |
| I, I bet my, I bet my, I bet my<br>I, I bet my, I bet my, I bet my | |

10602 - "Hello Again" by Neil Diamond

| LyricFind | Claude |
|---|---|
| Hello, again, hello<br>Just called to say hello<br>I couldn't sleep at all tonight<br>And I know it's late<br>I couldn't wait | Hello again, hello<br>Just called to say hello<br>I couldn't sleep at all tonight<br>And I know it's late<br>But I couldn't wait |
| Hello, my friend, hello<br>Just called to let you know<br>I think about you every night<br>When I'm here alone<br>And you're there at home<br>Hello | Hello, my friend, hello<br>Just called to let you know<br>I think about you every night<br>When I'm here alone<br>And you're there at home |
| Maybe it's been crazy<br>And maybe I'm to blame<br>But I put my heart above my head<br>We've been through it all and you love me just the same<br>And when your not there<br>I just need to hear | |
| Hello, my friend, hello<br>It's good to need you so<br>It's good to love you like I do<br>And I feel this way when I hear you say<br>Hello | Hello again, hello<br>Just called to say I miss you<br>Hello, I know it's been a while<br>Didn't mean to make you cry<br>I still think about you time to time<br>But life goes by so fast<br>It's good to hear your voice<br>We got so close then we lost touch<br>Now where are you are you somewhere missing me<br>'Cause I'm still missing you |
| Hello, my friend, hello<br>Just called to let you know<br>I think about you every night<br>And I know it's late but I could't wait | Hello again, hello<br>Just called to say hello<br>I couldn't sleep at all tonight<br>And I know it's late |

| | |
|---|---|
| Hello | But I couldn't wait |
| | To tell you that I think about you |
| | When the night is here |
| | With no one near and the moon shines through |
| | I think about you |
| | 'Cause I still miss you. |

10604 - "Thirteen" by Big Star

| LyricFind | Claude |
|---|---|
| Won't you let me walk you home from school? | Won't you let me walk you home from school |
| Won't you let me meet you at the pool? | Won't you let me meet you at the pool |
| Maybe Friday I can | Maybe Friday I can |
| Get tickets for the dance | Get tickets for the dance |
| And I'll take you, ooh-ooh | And I'll take you |
| | |
| Won't you tell your dad, "Get off my back" | Won't you tell your dad "Get off my back" |
| Tell him what we said 'bout 'Paint It Black' | Tell him what we said 'bout "Paint It Black" |
| Rock and Roll is here to stay | Rock & roll is here to stay |
| Come inside where it's okay | Come inside girl, it's OK |
| And I'll shake you, ooh-ooh | And I'll shake you |
| | |
| Won't you tell me what you're thinking of? | Won't you tell me what you're thinking of |
| Would you be an outlaw for my love? | Would you be an outlaw for my love |
| If it's so, well, let me know | If it's so, well, let me know |
| If it's no, well, I can go | If it's "no," well, I can go |
| I won't make you, ooh-ooh | I won't make you |
| | |
| | Well, I'm 13 now, but I don't care |
| | I don't wanna comb my hair |
| | In just a week I'll make 14 |
| | And I'll be playing in a band |
| | |
| | Girl, I just wanna be your boyfriend |
| | Girl, I just wanna be your boyfriend |
| | |
| | Won't you let me walk you home from school |
| | Won't you let me meet you at the pool |
| | Maybe Friday I can |
| | Get tickets for the dance |
| | And I'll take you |

10611 - "Reeling in the Years" by Steely Dan

| LyricFind | Claude |
|---|---|

Your everlasting summer
You can see it fading fast
So you grab a piece of something
That you think is gonna last
Well you wouldn't even know a diamond
If you held it in your hand
The things you think are precious
I can't understand

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

You been tellin' me you're a genius
Since you were seventeen
In all the time I've known you
I still don't know what you mean
The weekend at the college
Didn't turn out like you planned
The things that pass for knowledge
I can't understand

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

I spend a lot of money
And I spent a lot of time
The trip we made to Hollywood
Is etched upon my mind
After all the things we've done and seen
You find another man
The things you think are useless
I can't understand

Your everlasting summer
You can see it fading fast
So you grab a piece of something
That you think is gonna last

Well, you wouldn't even know a diamond
If you held it in your hand
The things you think are precious
I can't understand

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

You been tellin' me you're a genius
Since you were seventeen
In all the time I've known you
I still don't know what you mean

The weekend at the college
Didn't turn out like you planned
The things that pass for knowledge
I can't understand

Are you reelin' in the years
Stowin' away the time
Are you gatherin' up the tears
Have you had enough of mine

I spent a lot of money
And I spent a lot of time
The trip we didn't take
I think about from time to time

| | |
|---|---|
| Are you reelin' in the years<br>Stowin' away the time<br>Are you gatherin' up the tears<br>Have you had enough of mine<br><br>Are you reelin' in the years<br>Stowin' away the time<br>Are you gatherin' up the tears<br>Have you had enough of mine | Are you reelin' in the years<br>Stowin' away the time<br>Are you gatherin' up the tears<br>Have you had enough of mine<br><br>Are you reelin' in the years<br>Stowin' away the time<br>Are you gatherin' up the tears<br>Have you had enough of mine |

10615 - "By Myself" by Linkin Park

| LyricFind | Claude |
|---|---|
| What do I do to ignore them behind me?<br>Do I follow my instincts blindly?<br>Do I hide my pride from these bad dreams<br>And give into sad thoughts that are<br>maddening?<br><br>Do I sit here and try to stand it?<br>Or do I try to catch them red-handed?<br>Do I trust some and get fooled by phoniness<br>Or do I trust nobody and live in loneliness?<br><br>Because I can't hold on when I'm stretched so<br>thin<br>I make the right moves but I'm lost within<br>I put on my daily façade but then<br>I just end up getting hurt again | What do I do to ignore them behind me?<br>Do I follow my instincts blindly?<br>Do I hide my pride, from these bad dreams<br>And give in to sad thoughts that are<br>maddening?<br><br>Do I sit here and try to stand it?<br>Or do I try to catch them red-handed?<br>Do I trust some and get fooled by phoniness,<br>Or do I trust nobody and live in loneliness?<br><br>Because I can't hold on when stretched so thin<br>I make the right moves but I'm lost within<br>I can't hold on when stretched so thin<br>I make the right moves but I'm lost within<br><br>I can't hold on when stretched so thin<br>I make the right moves but I'm lost within<br>I can't hold on when stretched so thin<br>I make the right moves but I'm lost within<br>myself<br><br>Myself<br>(By myself)<br>Myself<br>(By myself) |
| By myself (myself)<br>I ask why, but in my mind find<br>I can't rely on myself (myself)<br>I ask why, but in my mind I find<br>I can't rely on myself<br><br>I can't hold on<br>To what I want when I'm stretched so thin | I ask why, but in my mind<br>I find I can't rely on myself<br>I ask why, but in my mind<br>I find I can't rely on myself<br><br>I can't hold on<br>To what I want when I'm stretched so thin |

It's all too much to take in
I can't hold on
To anything, watching everything spin
With thoughts of failure sinking in

If I turn my back I'm defenseless

And to go blindly seems senseless
If I hide my pride and let it all go on
Then they'll take from me 'til everything is gone
If I let them go I'll be outdone
But if I try to catch them I'll be outrun
If I'm killed by the questions like a cancer
Then I'll be buried in the silence of the answer

By myself (myself)
I ask why, but in my mind find
I can't rely on myself (myself)
I ask why, but in my mind I find
I can't rely on myself

I can't hold on
To what I want when I'm stretched so thin
It's all too much to take in
I can't hold on
To anything, watching everything spin
With thoughts of failure sinking in

How do you think
I've lost so much?
I'm so afraid
I'm out of touch
How do you expect
I will know what to do
When all I know
Is what you tell me to

Don't you (know?)
I can't tell you how to make it (go)
No matter what I do, how hard I (try)
I can't seem to convince myself (why)
I'm stuck on the outside

Don't you (know?)
I can't tell you how to make it (go)

It's all too much to take in
I can't hold on
To anything watching everything spin
With thoughts of failure sinking in

If I
Turn my back I'm defenseless
And to go blindly seems senseless
If I
Hide my pride and let them
Take advantage of my weakness

The only thing I know for real
There's a part of me that will not kneel
The only thing I know for real
There's a part of me that will not kneel

Myself
(By myself)
Myself
(By myself)

| | |
|---|---|
| No matter what I do, how hard I (try)<br>I can't seem to convince myself (why)<br>I'm stuck on the outside<br><br>I can't hold on<br>To what I want when I'm stretched so thin<br>It's all too much to take in<br>I can't hold on<br>To anything, watching everything spin<br>With thoughts of failure sinking in<br><br>I can't hold on<br>To what I want when I'm stretched so thin<br>It's all too much to take in<br>I can't hold on<br>To anything, watching everything spin<br>With thoughts of failure sinking in | |

10616 - "The World's Greatest" by R. Kelly

| LyricFind | Claude |
|---|---|
| I am a mountain<br>I am a tall tree, oh<br>I am a swift wind<br>Sweeping the country<br>I am a river<br>Down in the valley, oh<br>I am a vision<br>And I can see clearly<br><br>If anybody asks you who I am, just stand up tall,<br>look 'em in the face and say<br>I'm that star up in the sky<br>I'm that mountain peak up high<br>Hey I made it, hmm<br>I'm the world's greatest<br>I'm that little bit of hope<br>When my back's against the ropes<br>I can feel it, hmm<br>I'm the world's greatest<br><br>I am a giant<br>I am an eagle, oh<br>I am a lion<br>Down in the jungle<br>I am a marching band<br>I am the people, oh<br>I am a helping hand | I am a mountain<br>I am a tall tree<br>I am a swift wind<br>Sweepin' the country<br>I am a river<br>Down in the valley<br>I am a vision<br>And I can see clearly<br><br>If anybody ask u who I am<br>Just stand up tall, look 'em in the face and say<br>I'm that star up in the sky<br>I'm that mountain peak up high<br>Hey I made it<br>I'm the worlds greatest<br>And I'm that little bit of hope<br>When my back's against the ropes<br>I can feel it mmm<br>I'm the world's greatest<br><br>I am a giant<br>I am an eagle<br>I am a lion<br>Down in the jungle<br>I am a marchin' band<br>I am the people<br>I am a helpin' hand |

I am a hero

If anybody asks you who I am, just stand up tall
look 'em in the face and say
I'm that star up in the sky
I'm that mountain peak up high
Hey I made it, hmm
I'm the world's greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it, hmm
I'm the world's greatest

In the ring of life
I'll reign love (I will reign)
And the world will notice a king (oh, yeah)
Wherever it's darkest
I'll shine a light (shine a light)
And mirrors of success reflect in me (me)
I'm that star up in the sky (oh, yeah, yeah)
I'm that mountain peak up high (high)
Hey I made it (said I made it)
I'm the world's greatest (I'm that little bit)

I'm that little bit of hope (of hope, yeah)
When my back's against the ropes (I can)
I can feel it (feel it)
I'm the worlds greatest (whoa)

I'm that star up in the sky (star up in the sky)
I'm that mountain peak up high (oh yes I am)

Hey I made it (I done made it)
I'm the world's greatest
I'm that little bit of hope (I'm that little bit of
hope, yeah)
When my back's against the ropes (when my
back's against the ropes)
I can feel it (I can feel)
I'm the world's greatest (I saw the light)

I'm that star up in the sky (at the end of the
tunnel)
I'm that mountain peak up high (believe in the
pot pf gold)
Hey I made it (at the of the rainbow)
I'm the world's greatest (and faith was right
there)

I am a hero

If anybody ask u who I am
Just stand up tall, look 'em in the face and say
I'm that star up in the sky
I'm that mountain peak up high
Hey I made it
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it
I'm the world's greatest

In the ring of life I'll reign love and I'll fight
I can move a mountain, I can win the fight
I can move a mountain, I can win the fight
I can move a mountain, I can win the fight

I am a champion, I am a winner
I am strongest, I am the best
I'm the worlds greatest

And I'm that little bit of hope
When my back's against the ropes
I can feel it
I'm the worlds greatest

Hey I made it
I'm the worlds greatest
I'm that mountain peak up high
I'm that star up in the sky
Hey I made it
I'm the worlds greatest.
I'm that little bit of hope

When my back's against the ropes

I can feel it
I'm the worlds greatest

| |
|---|---|
| I'm that little bit of hope (to pull me through, yeah)<br>When my back's against the ropes (used to be lock doors)<br>I can feel it (now I can just walk through)<br>I'm the world's greatest<br><br>(He's the greatest) Can you feel it?<br>(Can you feel it?) He's the greatest<br>(He's the greatest) Can you feel it?<br>(Can you feel it?) I saw the light<br>(He's the greatest) At the end of the tunnel<br>(Can you feel it?) Believe in a pot of gold<br>(He's the greatest) At the end of a rainbow<br>(Can you feel it?) And faith was right there<br>(He's the greatest) To pull me through, yeah | |

10627 - "MacArthur Park" by Donna Summer

| LyricFind | Claude |
|---|---|
| Spring was never waiting for us, dear<br>It ran one step ahead<br>As we followed in the dance | Spring was never waiting for us, girl<br>It ran one step ahead<br>As we followed in the dance<br>Between the parted pages and were pressed,<br>In love's hot, fevered iron<br>Like a striped pair of pants |
| MacArthur's Park is melting in the dark<br>All the sweet, green icing flowing down<br>Someone left the cake out in the rain<br>I don't think that I can take it<br>'Cause it took so long to bake it<br>And I'll never have that recipe again<br>Oh, no | MacArthur's Park is melting in the dark<br>All the sweet, green icing flowing down...<br>Someone left the cake out in the rain<br>I don't think that I can take it<br>'Cause it took so long to bake it<br>And I'll never have that recipe again<br>Oh, no! |
| I recall the yellow cotton dress<br>Foaming like a wave<br>On the ground beneath your knees<br>The birds, like tender babies in your hands<br>And the old men playing Chinese checkers by the trees | I recall the yellow cotton dress<br>Foaming like a wave<br>On the ground around your knees<br>The birds, like tender babies in your hands<br>And the old men playing checkers by the trees |
| MacArthur's Park is melting in the dark<br>All the sweet, green icing flowing down<br>Someone left the cake out in the rain<br>I don't think that I can take it | MacArthur's Park is melting in the dark<br>All the sweet, green icing flowing down...<br>Someone left the cake out in the rain<br>I don't think that I can take it |

| | |
|---|---|
| 'Cause it took so long to bake it<br>And I'll never have that recipe again<br>Oh, no<br><br>MacArthur's Park is melting in the dark<br>All the sweet, green icing flowing down<br>Someone left my cake out in the rain<br>And I don't think that I can take it<br>'Cause it took so long to bake it<br>And I'll never have that recipe again<br>Oh, no, oh | 'Cause it took so long to bake it<br>And I'll never have that recipe again<br>Oh, no!<br><br>There will be another song for me<br>For I will sing it<br>There will be another dream for me<br>Someone will bring it<br>I will drink the wine while it is warm<br>And never let you catch me looking at the sun<br><br>And after all the loves of my life<br>After all the loves of my life<br>You'll still be the one.<br><br>I will take my life into my hands and I will use it<br>I will win the worship in their eyes and I will lose it<br>I will have the things that I desire<br>And my passion flow like rivers through the sky<br>And after all the loves of my life<br>Oh, after all the loves of my life<br>I'll be thinking of you<br>And wondering why. |

10631 - "California Girls" by The Beach Boys

| 10631 | |
|---|---|
| **LyricFind** | **Claude** |
| Well, East coast girls are hip<br>I really dig those styles they wear<br>And the Southern girls with the way they talk<br>They knock me out when I'm down there<br><br>The Midwest farmer's daughters really make<br>you feel alright<br>And the Northern girls with the way they kiss<br>They keep their boyfriends warm at night<br><br>I wish they all could be California (girls)<br>I wish they all could be California<br>I wish they all could be California girls<br><br>The West coast has the sunshine<br>And the girls all get so tanned<br>I dig a French bikini on Hawaiian island | Well East coast girls are hip<br>I really dig those styles they wear<br>And the Southern girls with the way they talk<br>They knock me out when I'm down there<br><br>The Mid-West farmer's daughters<br>Really make you feel alright<br>And the Northern girls with the way they kiss<br>They keep their boyfriends warm at night<br><br>I wish they all could be California<br>I wish they all could be California<br>I wish they all could be California girls<br><br>The West coast has the sunshine<br>And the girls all get so tanned<br>I dig a French bikini on Hawaii Island girls |

| | |
|---|---|
| Dolls by a palm tree in the sand | By a palm tree in the sand |
| I been all around this great big world<br>And I seen all kinds of girls<br>Yeah, but I couldn't wait to get back in the States<br>Back to the cutest girls in the world | I've been all around this great big world<br>And I've seen all kinds of girls<br>Yeah, but I couldn't wait to get back in the states<br>Back to the cutest girls in the world |
| I wish they all could be California (girls)<br>I wish they all could be California<br>I wish they all could be California girls | I wish they all could be California<br>I wish they all could be California<br>I wish they all could be California<br>I wish they all could be California<br>I wish they all could be California girls |
| I wish they all could be California girls<br>(Girls, girls, girls, yeah I dig the)<br>I wish they all could be California girls<br>(Girls, girls, girls, yeah I dig the)<br>I wish they all could be California girls<br>(Girls, girls, girls, yeah I dig the)<br>I wish they all could be California girls<br>(Girls, girls, girls, yeah I dig the)<br>I wish they all could be California girls<br>(Girls, girls, girls, yeah I dig the)<br>I wish they all could be California girls<br>(Girls, girls, girls, yeah I dig the) | |

10636 - "Summer Wine" by Nancy Sinatra

| LyricFind | Claude |
|---|---|
| Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things | Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things |
| I walked in town on silver spurs that jingled to<br>A song that I had only sang to just a few | I walked in town on silver spurs that jingled to<br>A song that I had only sang to just a few |
| She saw my silver spurs and said let's pass some time<br>And I will give to you summer wine | She saw my silver spurs and said let's pass some time<br>And I will give to you summer wine |
| Oh, oh summer wine | Ohh-oh-oh summer wine |
| Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things | Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things |

| | |
|---|---|
| Take off your silver spurs and help me pass the time<br>And I will give to you summer wine<br><br>Oh, oh summer wine<br><br>My eyes grew heavy and my lips they could not speak<br>I tried to get up but I couldn't find my feet<br>She reassured me with an unfamiliar line<br>And then she gave to me more summer wine<br>Oh, oh summer wine<br><br>Strawberries cherries and an angel's kiss in spring<br>My summer wine is really made from all these things<br>Take off your silver spurs and help me pass the time<br>And I will give to you summer wine<br>Mmm-mm summer wine<br><br>When I woke up the sun was shining in my eyes<br>My silver spurs were gone, my head felt twice its size<br>She took my silver spurs, a dollar and a dime<br>And left me cravin' for more summer wine<br>Oh, oh summer wine<br><br>Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things<br>Take off your silver spurs and help me pass the time<br>And I will give to you my summer wine | Take off your silver spurs and lie down here by me<br>With summer wine there are no silver spurs for me<br><br><br>The taste of summer wine is sweet as it can be<br>But for me the summer wine is you, my love, for me<br><br>Ohh-oh-oh summer wine<br><br>Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things<br><br>When I woke up the sun was shining in my eyes<br>My silver spurs were gone, my head felt twice its size<br><br>She took my silver spurs a souvenir to keep<br>And left me cravin' for more summer wine<br><br>Strawberries, cherries and an angel's kiss in spring<br>My summer wine is really made from all these things<br><br>Ohh-oh-oh summer wine<br>Ohh-oh-oh summer wine |

10639 - "Hurricane" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Pistol shots ring out in the barroom night<br>Enter Patty Valentine from the upper hall<br>She sees a bartender in a pool of blood<br>Cries out, "my God, they killed them all"<br><br>Here comes the story of the Hurricane | Pistol shots ring out in the barroom night<br>Enter Patty Valentine from the upper hall.<br>She sees the bartender in a pool of blood,<br>Cries out, "My God, they've killed them all!"<br><br>Here comes the story of the Hurricane, |

The man the authorities came to blame
For somethin' that he never done
Put in a prison cell, but one time he coulda
been
The champion of the world

Three bodies lyin' there, does Patty see
And another man named Bello, movin' around
mysteriously
"I didn't do it" he says, and he throws up his
hands
"I was only robbin' the register, I hope you
understand"
"I saw them leavin'" he says, and he stops
"One of us had better call up the cops"
And so Patty calls the cops
And they arrive on the scene
With their red lights flashin' in a hot New
Jersey night
Meanwhile, far away in another part of town
Rubin Carter and a couple of friends are drivin'
around
Number one contender for the middleweight
crown
Had no idea what kinda shit was about to go
down

When a cop pulled him over to the side of the
road
Just like the time before and the time before
that
In Paterson that's just the way things go
If you're black you might as well not show up
on the street
'Less you want to draw the heat

Alfred Bello had a partner and he had a rap for
the cops
Him and Arthur Dexter Bradley were just out
prowlin' around
He said "I saw two men runnin' out, they
looked like middleweights
Jumped into a white car with out-of-state
plates"
And Miss Patty Valentine just nodded her head
Cop said "Wait a minute, boys, this one's not
dead"
So they took him to the infirmary
And though this man could hardly see

The man the authorities came to blame
For somethin' that he never done.
Put in a prison cell, but one time he could-a
been
The champion of the world.

Three bodies lyin' there does Patty see
And another man named Bello, movin' around
mysteriously.
"I didn't do it," he says, and he throws up his
hands
"I was only robbin' the register, I hope you
understand.
I saw them leavin'," he says, and he stops,
"One of us had better call up the cops."
And so Patty calls the cops and they arrive on
the scene
With their red lights flashin' in the hot New
Jersey night.
Meanwhile, far away in another part of town
Rubin Carter and a couple of friends are drivin'
around.
Number one contender for the middleweight
crown
Had no idea what kinda shit was about to go
down

When a cop pulled him over to the side of the
road
Just like the time before and the time before
that.
In Paterson that's just the way things go.
If you're black you might as well not show up
on the street
'Less you wanna draw the heat.

They told him he could identify the guilty men

Four in the mornin' and they haul Rubin in
They took him to the hospital and they brought him upstairs
The wounded man looks up through his one dyin' eye
Say "Why'd you bring him in here for? He ain't the guy"

Here's the story of the Hurricane
The man the authorities came to blame
For somethin' that he never done
Put in a prison cell, but one time he coulda been
The champion of the world

Four months later, the ghettos are in flame
Rubin's in South America, fightin' for his name
While Arthur Dexter Bradley's still in the robbery game
And the cops are puttin' the screws to him, lookin' for somebody to blame

"Remember that murder that happened in a bar?"
"Remember you said you saw the getaway car?"
"You think you'd like to play ball with the law?"
"Think it mighta been that fighter that you saw runnin' that night?"
"Don't forget that you are white"

Arthur Dexter Bradley said "I'm really not sure"
The cops said "A poor boy like you, could use this break
We got you for the motel job and we're talkin' to your friend Bello
You don't want to have to go back to jail, be a nice fellow
You'll be doin' society a favor
That son of a bitch is brave and gettin' braver
We want to put his ass in stir
We want to pin this triple murder on him
He ain't no Gentleman Jim"

Rubin could take a man out with just one punch
But he never did like to talk about it all that much

[Chorus]

"It's my work" he'd say, "and I do it for pay
And when it's over I'd just as soon go on my
way"

Up to some paradise
Where the trout streams flow and the air is nice
And ride a horse along a trail
But then they took him to the jailhouse
Where they try to turn a man into a mouse

All of Rubin's cards were marked in advance
The trial was a pig-circus, he never had a
chance
The judge made Rubin's witnesses drunkards
from the slums
To the white folks who watched, he was a
revolutionary bum

And for the black folks he was just a crazy
nigger
No one doubted that he pulled the trigger
And though they could not produce the gun
The D.A. said he was the one who did the deed
And the all-white jury agreed

Rubin Carter was falsely tried
The crime was murder one, guess who
testified?
Bello and Bradley and they both baldly lied
And the newspapers, they all went along for the
ride

How can the life of such a man
Be in the palm of some fool's hand?
To see him obviously framed
Couldn't help but make me feel ashamed to live
in a land
Where justice is a game

Now all the criminals in their coats and their
ties
Are free to drink martinis and watch the sun
rise
While Rubin sits like Buddha in a ten-foot cell
An innocent man in a living hell

Yes, that's the story of the Hurricane
But it won't be over 'til they clear his name
And give him back the time he's done

| Put in a prison cell, but one time he coulda been<br>The champion of the world | |

10645 - "Kid Charlemagne" by Steely Dan

| LyricFind | Claude |
|---|---|
| While the music played, you worked by candlelight | While the music played |
|  | You worked by candlelight |
| Those San Francisco nights | Those San Francisco nights |
| You were the best in town | You were the best in town |
| Just by chance you crossed the diamond with the pearl | Just by chance you crossed the diamond with the pearl |
| You turned it on the world | You turned it on the world |
| That's when you turned the world around | That's when you turned the world around |
|  |  |
| (Did you feel like Jesus?) | Did you feel like Jesus? |
| Did you realize | Did you realize |
| That you were a champion in their eyes? | That you were a champion in their eyes? |
|  |  |
| On the hill the stuff was laced with kerosene | On the hill the stuff was laced with kerosene |
| But yours was kitchen-clean | But yours was kitchen clean |
| Everyone stopped to stare at your technicolor motor home | Everyone stopped to stare at your Technicolor motor home |
|  |  |
| Every A-Frame had your number on the wall | Every A-Frame had your number on the wall |
| You must have had it all | You must have had it all |
| You'd go to L.A. on a dare and you'd go it alone | You'd go to L.A. on a dare and you'd go it alone |
|  |  |
| (Could you live forever?) | Could you live forever? |
| Could you see the day? | Could you see the day? |
| Could you feel your whole world fall apart and fade away? | Could you feel your whole world fall apart and fade away? |
|  |  |
| Get along, get along, Kid Charlemagne | Get along, get along Kid Charlemagne |
| Get along, Kid Charlemagne | Get along Kid Charlemagne |
|  |  |
| Now your patrons have all left you in the red | Now your patrons have all left you in the red |
| Your low-rent friends are dead | Your low rent friends are dead |
| This life can be very strange | This life can be very strange |
|  |  |
| All those Day-Glo freaks who used to paint the face | All those dayglow freaks who used to paint the face |
| They've joined the human race | They've joined the human race |
| Some things will never change | Some things will never change |
|  |  |
|  | Son you were mistaken |

| | |
|---|---|
| (Son, you were mistaken)<br>You are obsolete<br>Look at all the white men on the street<br><br>Get along, get along, Kid Charlemagne<br>Get along, Kid Charlemagne<br><br>Clean this mess up else we'll all end up in jail<br>Those test tubes and the scale<br>Just get it all out of here<br>Is there gas in the car?<br>Yes, there's gas in the car<br>I think the people down the hall know who you are<br><br>(Careful what you carry)<br>'Cause the man is wise<br>You are still an outlaw in their eyes<br><br>Get along (get along), get along, Kid Charlemagne (get along)<br>Get along, Kid Charlemagne | You are obsolete<br>Look at all the white men on the street<br><br>Get along, get along Kid Charlemagne<br>Get along Kid Charlemagne |

10646 - "The Kill" by 30 Seconds to Mars

| LyricFind | Claude |
|---|---|
| What if I wanted to break<br>Laugh it all off in your face?<br>What would you do?<br>What if I fell to the floor<br>Couldn't take this anymore?<br>What would you do, do, do?<br><br>Come, break me down<br>Bury me, bury me<br>I am finished with you<br><br>What if I wanted to fight<br>Beg for the rest of my life?<br>What would you do? (Do, do, do)<br><br>You say you wanted more<br>What are you waiting for?<br>I'm not running from you (from you) | Verse 1:<br>What if I wanted to break<br>Laugh it all off in your face<br>What would you do?<br><br>Chorus:<br>Come break me down<br>Bury me, bury me<br>I am finished with you<br><br>Verse 2:<br>What if I wanted to fight<br>Beg for the rest of my life<br>What would you do?<br><br>You say you wanted more<br>What are you waiting for?<br>I'm not running from you |

| | |
|---|---|
| Come, break me down<br>Bury me, bury me<br>I am finished with you<br>Look in my eyes<br>You're killing me, killing me<br>All I wanted was you | Chorus:<br>Come break me down<br>Bury me, bury me<br>I am finished with you<br>Look in my eyes<br>You're killing me, killing me<br>All I wanted was you |
| I tried to be someone else<br>But nothing seemed to change<br>I know now, this is who I really am inside<br>I've finally found myself<br>Fighting for a chance<br>I know now, this is who I really am | Bridge:<br>I tried to be someone else<br>But nothing seemed to change<br>I know now, this is who I really am inside.<br>Finally found myself<br>Fighting for a chance.<br>I know now, this is who I really am. |
| Oh, oh<br>Oh, oh<br>Oh, oh | |
| Come, break me down<br>Bury me, bury me<br>I am finished with you, you, you<br>Look in my eyes<br>You're killing me, killing me<br>All I wanted was you | Chorus:<br>Ah, come break me down<br>Bury me, bury me<br>I am finished with you, you, you.<br>Look in my eyes<br>You're killing me, killing me<br>All I wanted was you |
| Come, break me down (bury me, bury me)<br>Break me down (bury me, bury me)<br>Break me down(bury me, bury me) | Come break me down<br>Break me down<br>Break me down |
| (Say you wanted more)<br>What if I wanted to break<br>(What are you waiting for?)<br>(Bury me, bury me)<br>(I'm not running from you) | That's the full set of lyrics for the song "The Kill" by 30 Seconds to Mars. Let me know if you need anything else! |

10648 - "Everywhere" by Fleetwood Mac

| LyricFind | Claude |
|---|---|
| Calling out your name<br>Calling out your name<br><br>Can you hear me calling<br>Out your name?<br>You know that I'm falling and I don't know what to say | Can you hear me calling?<br>Out your name<br>You know that I'm falling, falling<br>And I don't know what to say |

I'll speak a little louder
I'll even shout
You know that I'm proud and I can't get the words out

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
(Wanna be with you everywhere)

Something's happening
Happening to me
My friends say I'm acting peculiarly

C'mon baby
We better make a start
You better make it soon before you break my heart

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
(Wanna be with you everywhere)

Can you hear me calling?
Out your name
You know that I'm falling and I don't know what to say

Oh come along baby
We better make a start
You better make it soon before you break my heart

Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
Oh I
I want to be with you everywhere
(Wanna be with you everywhere)

---

I'll speak a little louder
I'll even shout
You know that I'm proud and I can't get the words out

Oh I, I wanna be with you everywhere
Oh I, I wanna be with you everywhere

Something's happening
Happening to me
My friends say I'm looking fine
Suddenly I'm bright and breezy
Because of you I'm feeling grand
Seeing the world through rose colored glasses
I'm making the most of this new found wonderland

Oh I, I wanna be with you everywhere
Oh I, I wanna be with you everywhere

La la la la la la, la la la la la
La la la la la la, la la la la la

Can't you hear me calling?
Calling out your name
You know that I'm falling, falling
And I don't know what to say

Oh I, I wanna be with you everywhere
Oh I, I wanna be with you everywhere

Oh I, I wanna be with you everywhere
Oh I, I wanna be with you everywhere

Everywhere, everywhere
Everywhere

10653 - "Life is a Highway" by Rascal Flatts

| LyricFind | Claude |
|---|---|
| Life's like the road that you travel on<br>When there's one day here and the next day gone<br>Sometimes you bend and sometimes you stand<br>Sometimes you turn your back to the wind<br><br>There's a world outside every darkened door<br>Where blues won't haunt you anymore<br>Where the brave are free and lovers soar<br>Come ride with me to the distant shore<br><br>We won't hesitate<br>To break down the garden gate<br>There's not much time left today<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>Well, I wanna drive it all night long<br><br>Through all these cities and all these towns<br>It's in my blood and it's all around<br>I love you now like I loved you then<br>This is the road and these are the hands<br><br>From Mozambique to those Memphis nights<br>The Khyber Pass to Vancouver's lights<br>Knock me down and back up again<br>You're in my blood, I'm not a lonely man<br><br>There's no load I can't hold<br>A road so rough, this I know<br>I'll be there when the light comes in<br>Just tell 'em we're survivors<br>Life is a highway<br>Well, I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long (all night long)<br>Uh, gimme, gimme, gimme, gimme, yeah<br><br><br>Life is a highway<br>Well, I wanna ride it all night long (mm, yeah)<br>If you're going my way | Life's like a road that you travel on<br>When there's one day here and the next day gone<br>Sometimes you bend, sometimes you stand<br>Sometimes you turn your back to the wind<br>There's a world outside ev'ry darkened door<br>Where blues won't haunt you anymore<br>Where the brave are free and lovers soar<br>Come ride with me to the distant shore<br><br><br>We won't hesitate<br>To break down the garden gate<br>There's not much time left today<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long<br><br>Through all these cities and all these towns<br>It's in my blood and it's all around<br>I love you now like I loved you then<br>This is the road, and these are the hands<br>From Mozambique to those Memphis nights<br>The Khyber Pass to Vancouver's lights<br><br>Knock me down get back up again<br>You're in my blood<br>I'm not a lonely man<br>There's no load I can't hold<br>The road so rough, this I know<br>I'll be there when the light comes in<br>Just tell 'em we're survivors<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long<br><br>Gimme gimme gimme gimme yeah<br><br>Life is a highway<br>I wanna ride it all night long |

| | |
|---|---|
| I wanna drive it all night long (all night long)<br><br>There was a distance between you and I (between you and I)<br>A misunderstanding once<br>But now we look it in the eye, ooh, yeah<br><br>There ain't no load that I can't hold<br>A road so rough, this I know<br>I'll be there when the light comes in<br>Tell 'em we're survivors<br><br>Life is a highway<br>Well, I wanna ride it all night long (all night long, yeah, yeah)<br>If you're going my way<br>Well, I wanna drive it all night long<br>(Uh, gimme, gimme, gimme, uh, gimme, gimme, yeah)<br>Life is a highway (life is a highway)<br>I wanna ride it all night long (ooh, ooh, yeah)<br>If you're going my way<br>I wanna drive it all night long<br>(Come on, gimme, gimme, gimme, gimme, gimme, gimme, yeah)<br>Life is a highway<br>I wanna ride it all night long<br>(Yeah, I wanna drive it all night long, baby)<br>If you're going my way<br>I wanna drive it all night long (all night long) | If you're going my way<br>I wanna drive it all night long |

10663 - "Cheek to Cheek" by Fred Astaire

| LyricFind | Claude |
|---|---|
| Heaven, I'm in Heaven<br>And my heart beats so that I can hardly speak<br>And I seem to find the happiness I seek<br>When we're out together dancing, cheek to cheek<br><br>Heaven, I'm in Heaven<br>And the cares that hung around me through the week<br>Seem to vanish like a gambler's lucky streak<br>When we're out together dancing, cheek to cheek | Heaven, I'm in heaven<br>And my heart beats so that I can hardly speak<br>And I seem to find the happiness I seek<br>When we're out together dancing cheek to cheek<br><br>Heaven, I'm in heaven<br>And the cares that hang around me through the week<br>Seem to vanish like a gambler's lucky streak<br>When we're out together dancing cheek to cheek |

| | |
|---|---|
| Oh, I love to climb a mountain<br>And to reach the highest peak<br>But it doesn't thrill me half as much<br>As dancing cheek to cheek<br><br>Oh, I love to go out fishing<br>In a river or a creek<br>But I don't enjoy it half as much<br>As dancing cheek to cheek<br><br><br><br>Oh, dance with me<br>I want my arm about you<br>The charm about you<br>Will carry me through to<br><br>Heaven, I'm in Heaven<br>And my heart beats so that I can hardly speak<br>And I seem to find the happiness I seek<br>When we're out together dancing cheek to cheek | Oh! I love to climb a mountain<br>And to reach the highest peak<br>But it doesn't thrill me half as much<br>As dancing cheek to cheek<br><br>Oh! I love to go out fishing<br>In a river or a creek<br>But I don't enjoy it half as much<br>As dancing cheek to cheek<br><br>Come on, come on, come on, come on, come on,<br>Dance with me,<br>I want my arm about you,<br>The charm about you,<br>Will carry me through, to Heaven.<br>I'm in Heaven<br><br>And my heart beats so that I can hardly speak<br>And I seem to find the happiness I seek<br>When we're out together dancing cheek to cheek! |

10665 - "Masters of War" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Come you masters of war<br>You that build the big guns<br>You that build the death planes<br>You that build all the bombs<br>You that hide behind walls<br>You that hide behind desks<br>I just want you to know<br>I can see through your masks<br><br>You that never done nothin'<br>But build to destroy<br>You play with my world<br>Like it's your little toy<br>You put a gun in my hand<br>And you hide from my eyes<br>And you turn and run farther<br>When the fast bullets fly<br><br>Like Judas of old<br>You lie and deceive<br>A world war can be won | Come you masters of war<br>You that build all the guns<br>You that build the death planes<br>You that build all the bombs<br>You that hide behind walls<br>You that hide behind desks<br>I just want you to know<br>I can see through your masks.<br><br>You that never done nothin'<br>But build to destroy<br>You play with my world<br>Like it's your little toy<br>You put a gun in my hand<br>And you hide from my eyes<br>And you turn and run farther<br>When the fast bullets fly.<br><br>Like Judas of old<br>You lie and deceive<br>A world war can be won |

You want me to believe
But I see through your eyes
And I see through your brain
Like I see through the water
That runs down my drain

You fasten all the triggers
For the others to fire
Then you sit back and watch
When the death count gets higher
You hide in your mansion
While the young people's blood
Flows out of their bodies
And is buried in the mud

You've thrown the worst fear
That can ever be hurled
Fear to bring children
Into the world
For threatening my baby
Unborn and unnamed
You ain't worth the blood
That runs in your veins

How much do I know
To talk out of turn
You might say that I'm young
You might say I'm unlearned
But there's one thing I know
Though I'm younger than you
That even Jesus would never
Forgive what you do

Let me ask you one question
Is your money that good?
Will it buy you forgiveness
Do you think that it could?
I think you will find
When your death takes its toll
All the money you made
Will never buy back your soul

And I hope that you die
And your death will come soon
I'll follow your casket
By the pale afternoon
And I'll watch while you're lowered
Down to your deathbed
And I'll stand over your grave

You want me to believe
But I see through your eyes
And I see through your brain
Like I see through the water
That runs down my drain.

You fasten all the triggers
For the others to fire
Then you set back and watch
When the death count gets higher
You hide in your mansion
As young people's blood
Flows out of their bodies
And is buried in the mud.

You've thrown the worst fear
That can ever be hurled
Fear to bring children
Into the world
For threatening my baby
Unborn and unnamed
You ain't worth the blood
That runs in your veins.

How much do I know
To talk out of turn
You might say that I'm young
You might say I'm unlearned
But there's one thing I know
Though I'm younger than you
That even Jesus would never
Forgive what you do.

Let me ask you one question
Is your money that good
Will it buy you forgiveness
Do you think that it could
I think you will find
When your death takes its toll
All the money you made
Will never buy back your soul.

| 'Til I'm sure that you're dead | |
|---|---|

10683 - "I Stand Alone" by Godsmack

| LyricFind | Claude |
|---|---|
| Now I've told you this once before<br>You can't control me<br>If you try to take me down, you're gonna break<br>I feel your every nothing that you're doing for me<br><br>I'm picking you out of me<br>You run away<br><br>I stand alone, inside<br>I stand alone<br><br>You're always hiding behind your so-called goddess<br>So, what? You don't think that we can see your face<br>Resurrected back before the final fallen<br>I'll never rest until I can make my own way<br>I'm not afraid of fading<br>I stand alone<br>Feeling your sting down inside me<br>I'm not dying for it<br>I stand alone<br>Everything that I believe is fading<br>I stand alone, inside<br>I stand alone<br><br>And now it's my time (now it's my time)<br>It's my time to dream (my time to dream)<br>Dream of the sky (dream of the sky)<br>Make me believe that this place isn't plagued by the poison in me<br>Help me decide if my fire will burn out before you can breathe<br>Breathe into me<br><br>I stand alone, inside<br>I stand alone<br>Feeling your sting down inside me<br>I'm not dying for it<br>I stand alone<br>Everything that I believe is fading<br>I stand alone, inside | Now I've told you this once before,<br>can't control me<br>If you try to take me down you're gonna break<br>Now I feel your every nothing that you're doing for me<br>I'm picking you outta me you run away<br><br>I stand alone<br>Inside I stand alone<br><br>You're always hiding behind your so called goddess<br>So what you don't think that we can see your face<br>Resurrected back before the final fallen<br>I'll never rest until I can make my own way<br>I'm not afraid of fading<br>I stand alone<br>Feeling your sting down inside of me<br>I'm not dying for it<br>I stand alone<br>Everything that I believe is fading<br>I stand alone<br>Inside I stand alone<br><br>Now I've told you this once before<br>can't control me<br>If you try to take me down you're gonna break<br>Now I feel your every nothing that you're doing for me<br>I'm picking you outta me you run away<br><br>I stand alone<br>Inside I stand alone<br>You're always hiding behind your so called goddess |

| | |
|---|---|
| I stand alone, inside<br>I stand alone, inside<br>I stand alone, inside | I stand alone<br>I stand alone<br>Inside I stand alone |

10692 - "Drift Away" by Dobie Gray

| LyricFind | Claude |
|---|---|
| Day after day I'm more confused<br>Yet I look for the light through the pouring rain<br>You know that's a game that I hate to lose<br>And I'm feelin' the strain, ain't it a shame? | Day after day I'm more confused<br>Yet I look for the light through the pouring rain<br>You know that's a game that I hate to lose<br>And I'm feelin' the strain<br>Ain't it a shame |
| Oh, give me the beat, boys, and free my soul<br>I wanna get lost in your rock and roll and drift away<br><br>Oh, give me the beat, boys, and free my soul<br>I wanna get lost in your rock and roll and drift away | Oh, give me the beat boys and free my soul<br>I wanna get lost in your rock and roll and drift away<br>Give me the beat boys and free my soul<br>I wanna get lost in your rock and roll and drift away |
| Beginning to think that I'm wastin' time<br>I don't understand the things I do<br>The world outside looks so unkind<br>So I'm countin' on you to carry me through | Beginning to think that I'm wastin' time<br>I don't understand the things I do<br>The world outside looks so unkind<br>And I'm countin' on you<br>To carry me through |
| Oh, give me the beat, boys, and free my soul<br>I wanna get lost in your rock and roll and drift away<br><br>Give me the beat, boys, and free my soul<br>I wanna get lost in your rock and roll and drift away | Oh, give me the beat boys and free my soul<br>I wanna get lost in your rock and roll and drift away<br>Give me the beat boys and free my soul<br>I wanna get lost in your rock and roll and drift away |
| And when my mind is free<br>You know a melody can move me<br>And when I'm feelin' blue<br>The guitar's comin' through to soothe me<br><br>Thanks for the joy that you've given me<br>I want you to know I believe in your song<br>Rhythm and rhyme and harmony<br>You've helped me along, makin' me strong | And when my mind is free<br>You know a melody can move me<br>And when I'm feelin' blue<br>The guitar's comin' through to soothe me<br>Thanks for the joy that you've given me<br>I want you to know I believe in your song<br>Rhythm and rhyme and harmony<br>You help me along<br>Makin' me strong |
| Oh, give me the beat, boys, and free my soul | Oh, give me the beat boys and free my soul |

| | |
|---|---|
| I wanna get lost in your rock and roll and drift away<br><br>Give me the beat, boys, and free my soul<br>I wanna get lost in your rock and roll and drift away<br><br>Oh, give me the beat, boys, and free my soul (my soul)<br>I wanna get lost in your rock and roll and drift away<br><br>Hey, hey, hey, yeah, give me the beat, boys, and free my soul (my soul)<br>I wanna get lost in your rock and roll and drift away<br><br>Now, now now, won't ya, won't ya take me?<br>Oh, oh, take me, yeah<br><br>I wanna fly<br>Early in the morning, won't ya take me?<br>Come on and free my soul, nah, nah, nah<br>I wanna drift away, yeah | I wanna get lost in your rock and roll and drift away<br>Give me the beat boys and free my soul<br>I wanna get lost in your rock and roll and drift away<br>(Drift away) I wanna get lost<br>(Drift away) In your rock and roll and drift away |

10700 - "Ride Like the Wind" by Christopher Cross

| LyricFind | Claude |
|---|---|
| It is the night<br>My body's weak<br>I'm on the run<br>No time to sleep<br>I've got to ride<br>Ride like the wind<br>To be free again<br><br>And I've got such a long way to go (such a long way to go)<br>To make it to the border of Mexico<br>So I'll ride like the wind<br>Ride like the wind<br><br>I was born the son of a lawless man<br>Always spoke my mind with a gun in my hand<br>Lived nine lives<br>Gunned down ten<br>Gonna ride like the wind | It is the night, my body's weak<br>I'm on the run, no time to speak<br>I've got to ride, ride like the wind<br>To be free again<br><br>And I've got such a long way to go<br>To make it to the border of Mexico<br>So I'll ride like the wind<br>Ride like the wind |

| | |
|---|---|
| And I've got such a long way to go (such a long way to go)<br>To make it to the border of Mexico<br>So I'll ride like the wind<br>Ride like the wind<br><br>Gonna ride like the wind<br><br>Accused and tried and told to hang<br>I was nowhere in sight when the church bells rang<br>Never was the kind to do as I was told<br>Gonna ride like the wind before I get old<br><br>It is the night<br>My body's weak<br>I'm on the run<br>No time to sleep<br>I've got to ride<br>Ride like the wind<br>To be free again<br><br>And I've got such a long way to go (such a long way to go)<br>To make it to the border of Mexico<br>So I'll ride like the wind<br>Ride like the wind<br><br>And I've got a long way to go (such a long way to go)<br>To make it to the border of Mexico<br>So I'll ride like the wind<br>Ride like the wind<br>Gonna ride like the wind<br><br>Ride!<br><br>Gonna ride like the wind<br><br>Ride! | <br><br><br><br><br>Accused and tried and told to hang<br>I was nowhere near the scene of the crime<br>But they didn't care, they couldn't hear my cries<br><br>As I raced with the wind<br>Ride like the wind<br><br>I'll glide like a shadow in the night<br>Let the sun shine bright<br>Let 'em chase each other right behind me<br>Hell no, I ain't comin' home tonight<br><br><br><br><br><br><br><br>'Cause I'm gonna ride, ride like the wind<br>Ride like the wind<br>Ride like the wind<br>Ride like the wind<br><br>Gonna ride like the wind<br>Ride like the wind |

10708 - "I Believe I Can Fly" by R. Kelly

| LyricFind | Claude |
|---|---|
| I used to think that I could not go on<br>And life was nothing but an awful song | |

| | |
|---|---|
| But now I know the meaning of true love<br>I'm leaning on the everlasting arms<br><br>If I can see it, then I can do it<br>If I just believe it, there's nothing to it<br><br>I believe I can fly<br>I believe I can touch the sky<br>I think about it every night and day (Night and day)<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly<br>I believe I can fly<br>I believe I can fly hoo<br><br>See I was on the verge of breaking down<br>Sometimes silence can seem so loud<br>There are miracles in life I must achieve<br>But first I know it starts inside of me, ho oh<br><br>If I can see it hoo, then I can be it<br>If I just believe it, there's nothing to it<br><br>I believe I can fly<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly<br>I believe I can fly<br>Oh, I believe I can fly hoo<br><br>Hey, 'cause I believe in me, oh<br>If I can see it hoo, then I can do it<br>If I just believe it, there's nothing to it hey<br><br>I believe I can fly hoo<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly (I can fly) | I believe I can fly<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly<br>I believe I can fly<br>I believe I can fly<br><br>See I was on the verge of breaking down<br>Sometimes silence can seem so loud<br>There are miracles in life I must achieve<br>But first I know it starts inside of me, oh<br><br>If I can see it, then I can be it<br>If I just believe it, there's nothing to it<br><br>I believe I can fly<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly<br>I believe I can fly<br>I believe I can fly<br><br>Hey, because I believe in me, oh<br>If I can see it, then I can be it<br>If I just believe it, there's nothing to it<br><br>I believe I can fly<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly |

| | |
|---|---|
| I believe I can fly (I can fly)<br>I believe I can fly (I can fly) hey<br><br>If I just spread my wings (I can fly)<br>I can fly (I can fly)<br>I can fly (I can fly)<br>I can fly, (I can fly) hey<br>If I just spread my wings (I can fly)<br>I can fly (I can fly)<br>(I can fly)<br>(I can fly) | I believe I can fly<br>I believe I can fly |

10712 - "Words I Never Said" by Lupe Fiasco

| LyricFind | Claude |
|---|---|
| It's so loud inside my head<br>With words that I should have said<br>As I drown in my regrets<br>I can't take back the words I never said<br>I can't take back the words I never said<br><br>I really think the war on terror is a bunch of bullshit<br>Just a poor excuse for you to use up all your bullets<br>How much money does it take to really make a full clip<br>Nine eleven building seven did they really pull it?<br>Uh, and a bunch of other cover ups<br>Your child's future was the first to go with budget cuts<br>If you think that hurts then, wait here comes the uppercut<br>The school was garbage in the first place, that's on the up and up<br>Keep you at the bottom but tease you with the upper crust<br>You get it then they move you so you never keeping up enough<br>If you turn on TV all you see's a bunch of "what the fucks"<br>Dude is dating so and so blabbering bout such and such<br>And that ain't Jersey Shore, homie that's the news<br>And these the same people that supposed to be | [Verse 1]<br>I really think the war on terror is a bunch of bullshit<br>Just a poor excuse for you to use up all your bullets<br>How much money does it take to really make a full clip<br>9/11 building 7 did they really pull it<br>Uhh, And a bunch of other cover ups<br>Your childs future was the first to go with budget cuts<br>If you think that hurts then, wait here comes the uppercut<br>The school was garbage in the first place, that's on the up and up<br>Keep you at the bottom but tease you with the uppercrust<br>You get it then they move it so you never keeping up enough<br>If you turn on TV all you see's a bunch of "what the f-cks"<br>Dude is dating so and so blabbering bout such and such<br>And that ain't Jersey Shore, homie that's the news<br>And these the same people that supposed to be telling us the truth |

telling us the truth
Limbaugh is a racist, Glenn Beck is a racist
Gaza strip was getting bombed, Obama didn't
say shit
That's why I ain't vote for him, next one either
I'ma part of the problem, my problem is I'm
peaceful
And I believe in the people
Yeah

It's so loud inside my head
With words that I should have said!
As I drown in my regrets
I can't take back the words I never said
I can't take back the words I never said

Now you can say it ain't our fault if we never
heard it
But if we know better than we probably
deserve it
Jihad is not a holy war, wheres that in the
worship?
Murdering is not Islam!
And you are not observant
And you are not a Muslim
Israel don't take my side 'cause look how far
you've pushed them
Walk with me into the ghetto, this where all the
Kush went
Complain about the liquor store but what you
drinking liquor for?
Complain about the gloom but when'd you pick
a broom up?
Just listening to Pac ain't gone make it stop
A rebel in your thoughts, ain't gon' make it halt
If you don't become an actor you'll never be a
factor
Pills with million side effects
Take 'em when the pains felt
Wash them down with diet soda
Killin' off your brain cells
Crooked banks around the World
Would gladly give a loan today
So if you ever miss a payment
They can take your home away

It's so loud inside my head
With words that I should have said!
As I drown in my regrets

Limbaugh is a racist, Glenn Beck is a racist
Gaza strip was getting bombed, Obama didn't
say shit
That's why I ain't vote for him, next one either
I'ma part of the problem, my problem is I'm
peaceful
And I believe in the people.

[Chorus]
It's so loud Inside my head
With words that I should have said
As I drown in my regrets
I can't take back the words I never said
I can't take back the words I never said

| | |
|---|---|
| I can't take back the words I never said, never said<br>I can't take back the words I never said | [Verse 2] |
| I think that all the silence is worse than all the violence<br>Fear is such a weak emotion that's why I despise it<br>We scared of almost everything, afraid to even tell the truth<br>So scared of what you think of me, I'm scared of even telling you<br>Sometimes I'm like the only person I feel safe to tell it to<br>I'm locked inside a cell in me, I know that there's a jail in you<br>Consider this your bailing out, so take a breath, inhale a few<br>My screams is finally getting free, my thoughts is finally yelling through | I think that all the silence is what the truth is<br>I think that all the silence is what the truth is<br>And they say it's like we all know what's going down<br>We just don't wanna talk about it (Don't Talk About It!), 'oughta talk about<br>We gonna shut you down<br>Like a government that shuts down orientals, They like those type of attitudes, Europeans... |
| It's so loud inside my head<br>With words that I should have said<br>As I drown in my regrets<br>I can't take back the words I never said | |

10720 - "Rocky Mountain Way" by Joe Walsh

| LyricFind | Claude |
|---|---|
| Spent the last year<br>Rocky Mountain Way<br>Couldn't get much higher<br>Out to pasture<br>Think it's safe to say<br>Time to open fire | Spent the last year<br>Rocky Mountain way<br>Couldn't get much higher<br>Out to pasture<br>Think it's safe to say<br>Time to open fire |
| And we don't need the ladies<br>Crying 'cause the story's sad<br>'Cause the Rocky Mountain Way<br>Is better than the way we had | And we don't need the ladies<br>Crying 'cause the story's sad<br>'Cause the Rocky Mountain way<br>Is better than the way we had |
| Well, he's tellin' us this<br>And he's tellin' us that<br>Changes it every day<br>Says it doesn't matter<br>Bases are loaded and Casey's at bat<br>Playin' it play by play | Well, he's tellin' us this<br>And he's tellin' us that<br>Changes it every day<br>Say's it doesn't matter<br>Bases are loaded and Casey's at bat<br>Playin' it play by play |

| | |
|---|---|
| Time to change the batter<br>And we don't need the ladies<br>Crying 'cause the story's sad<br>Rocky Mountain Way<br>Is better than the way we had | Time to change the batter<br>And we don't need the ladies<br>Crying 'cause the story's sad<br>Rocky Mountain way<br>Is better than the way we had<br><br>Spending my days<br>Rocky Mountain way<br>Couldn't get much higher<br>Going down, going down<br>Like a mountain of fools<br>Rolling like a river<br><br>Changes on the menu<br>And we don't need the ladies<br>Crying 'cause the story's sad<br>'Cause the Rocky Mountain way<br>Is better than the way we had<br><br>'Cause the Rocky Mountain way<br>Is better than the way we had<br>Yes, the Rocky Mountain way<br>Is better than the way we had |

10722 - "You're My Best Friend" by Don Williams

| LyricFind | Claude |
|---|---|
| You placed gold on my finger<br>You brought love like I've never known<br>You gave life to our children<br>And to me, a reason to go on<br><br>You're my bread when I'm hungry<br>You're my shelter from troubled winds<br>You're my anchor in life's ocean<br>But most of all, you're my best friend<br><br>When I need hope and inspiration<br>You're always strong when I'm tired and weak<br>I could search this whole world over<br>You'd still be everything that I need<br><br>You're my bread when I'm hungry<br>You're my shelter from troubled winds<br>You're my anchor in life's ocean<br>But most of all, you're my best friend | You placed gold on my finger,<br>You brought love like I'd never known.<br>You gave life to our children,<br>And to me a reason to go on.<br><br>You're my bread, when I'm hungry,<br>You're my shelter from troubled winds.<br>You're my anchor in life's ocean,<br>But most of all you're my best friend.<br><br>When I need hope and inspiration,<br>You're always strong and true.<br>Though I may not have many blessings,<br>I'll always have you.<br><br>You're my bread, when I'm hungry,<br>You're my shelter from troubled winds.<br>You're my anchor in life's ocean,<br>But most of all you're my best friend. |

| | |
|---|---|
| You're my bread when I'm hungry<br>You're my shelter from troubled winds<br>You're my anchor in life's ocean<br>But most of all, you're my best friend | You're my bread, when I'm hungry,<br>You're my shelter from troubled winds.<br>You're my anchor in life's ocean,<br>But most of all you're my best friend. |

10726 - "Bleed It Out" by Linkin Park

| LyricFind | Claude |
|---|---|
| Yeah, here we go for the hundredth time<br>Hand grenade pins in every line<br>Throw 'em up and let something shine<br>Going out of my fucking mind<br><br>Filthy mouth, no excuse<br>Find a new place to hang this noose<br>String me up from atop these roofs<br>Knot it tight so I won't get loose<br><br>Truth is, you can stop and stare<br>Bled myself out and no one cares<br>Dug a trench out, laid down there<br>With a shovel up out of reach somewhere<br><br>Yeah, someone pour it in<br>Make it a dirt dance floor again<br>Say your prayers and stomp it out<br>When they bring that chorus in<br><br>I bleed it out<br>Digging deeper just to throw it away<br>I bleed it out<br>Digging deeper just to throw it away<br>I bleed it out<br>Digging deeper just to throw it away<br>Just to throw it away<br>Just to throw it away<br><br>I bleed it out<br>Go, stop the show<br>Choppy words in a sloppy flow<br>Shotgun opera, lock and load<br><br>Cock it back and then watch it go<br>Mama, help me, I've been cursed<br>Death is rolling in every verse<br>Candy paint on his brand new hearse | Yeah here we go for the hundredth time<br>Hand grenade pins in every line<br>Throw 'em up and let something shine<br>Going out of my fucking mind<br><br>Filthy mouth, no excuse<br>Find a new place to hang this noose<br>String me up from atop these roofs<br>Knot it tight so I won't get loose<br><br>Truth is you can stop and stare<br>Bled myself out and no one cares<br>Dug a trench out, laid down there<br>With a shovel up out of reach somewhere<br><br>Yeah, someone pour it in<br>Make it all go away<br>I'm gonna bleed it out<br>Digging deeper just to throw it away<br><br><br>I'm gonna bleed it out<br>Digging deeper just to throw it away<br>I'm gonna bleed it out<br>Digging deeper just to throw it away<br><br>Just to throw it away<br>Just to throw it away |

Can't contain him
He knows he works
Fuck, this hurts, I won't lie
Doesn't matter how hard I try
Half the words don't mean a thing

And I know that I won't be satisfied
So why try ignoring him?
Make it a dirt dance floor again
Say your prayers and stomp it out
When they bring that chorus in

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
I've opened up these scars
I'll make you face this
I've pulled myself so far
I'll make you face this now

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
I bleed it out
Digging deeper just to throw it away
Just to throw it away
Just to throw it away

I bleed it out
I bleed it out
I bleed it out

I'm gonna bleed it out
Digging deeper just to throw it away
I'm gonna bleed it out
Digging deeper just to throw it away

Just to throw it away
Just to throw it away

10728 - "Deacon Blues" by Steely Dan

| LyricFind | Claude |
|---|---|
| This is the day of the expanding man<br>That shape is my shade<br>There where I used to stand<br>It seems like only yesterday<br>I gazed through the glass<br>At ramblers, wild gamblers<br>That's all in the past<br><br>You call me a fool<br>You say it's a crazy scheme<br>This one's for real<br>I already bought the dream<br>So useless to ask me why<br>Throw a kiss and say goodbye<br>I'll make it this time<br>I'm ready to cross that fine line<br><br>Learn to work the saxophone<br>I play just what I feel<br>Drink Scotch whiskey all night long<br>And die behind the wheel<br>They got a name for the winners in the world<br>I want a name when I lose<br>They call Alabama the Crimson Tide<br>Call me Deacon Blues<br><br>My back to the wall<br>A victim of laughing chance<br>This is for me<br>The essence of true romance<br>Sharing the things we know and love<br>With those of my kind<br>Libations<br>Sensations<br>That stagger the mind<br><br>I crawl like a viper<br>Through these suburban streets<br>Make love to these women<br>Languid and bittersweet<br>I rise when the sun goes down<br>Cover every game in town<br>A world of my own<br>I'll make it my home sweet home | This is the day of the expanding man<br>That shape is my shade, there where I used to stand.<br>It seems like only yesterday, I gazed through the glass<br>At ramblers, wild gamblers, and thieves<br>They call jazz.<br><br>My world, my world is changing day by day<br>My world, my world is richer in every way<br><br>I'm going to learn to dance if it takes me all night<br>I'm going to learn to dance 'till I get it right<br>I'm going to learn to dance if it takes me all year<br>I'm going to learn to dance if I have to crawl<br>Right out of my baby shoes and into these hard liquor high heel blues<br><br>Drink scotch whiskey all night long<br>and die behind the wheel<br>They got a name for the winners in the world<br>I want a name when I lose<br>They call Alabama the Crimson Tide<br>Call me Deacon Blues<br><br>Deacon, Deacon Blues<br>Deacon, Deacon Blues<br>My world, my world is changing day by day<br>My world, my world is richer in every way<br><br>These are the days of miracle and wonder<br>This is the long distance call<br>It's way too late to use the freedom we were told to run with<br>So I'm gonna drink whatever they're selling<br>Find some semblance of contentment in the life we lead |

| | |
|---|---|
| Learn to work the saxophone<br>I play just what I feel<br>Drink Scotch whiskey all night long<br>And die behind the wheel<br>They got a name for the winners in the world<br>I want a name when I lose<br>They call Alabama the Crimson Tide<br>Call me Deacon Blues<br><br>This is the night of the expanding man<br>I take one last drag<br>As I approach the stand<br>I cried when I wrote this song<br>Sue me if I play too long<br>This brother is free<br>I'll be what I want to be<br><br>I learned to work the saxophone<br>I play just what I feel<br>Drink Scotch whiskey all night long<br>And die behind the wheel<br>They got a name for the winners in the world<br>I want a name when I lose<br>They call Alabama the Crimson Tide<br>Call me Deacon Blues | Drink scotch whiskey all night long<br>and die behind the wheel<br>They got a name for the winners in the world<br>I want a name when I lose<br>They call Alabama the Crimson Tide<br>Call me Deacon Blues<br><br>Deacon, Deacon Blues<br>Deacon, Deacon Blues |

10733 - "Inbetween Days" by The Cure

| LyricFind | Claude |
|---|---|
| Yesterday, I got so old<br>I felt like I could die<br>Yesterday, I got so old<br>It made me want to cry<br>Go on, go on, just walk away<br><br>Go on, go on, your choice is made<br><br>Go on, go on, and disappear<br><br>Go on, go on, away from here<br><br><br>And I know I was wrong when I said it was true<br>That it couldn't be me and be her in between<br>Without you<br>Without you | Yesterday I got so old<br>I felt like I could die<br>Yesterday I got so old<br>It made me want to cry<br>Go on, go on<br>Just walk away<br>Go on, go on<br>Your choice is made<br>Go on, go on<br>And disappear<br>Go on, go on<br>Away from here<br><br>And I'm not sure what I'm supposed to do<br>Stuck in the middle with you<br>Stuck in the middle with you<br>Stuck in the middle with you |

| | |
|---|---|
| Yesterday, I got so scared<br>I shivered like a child<br>Yesterday, away from you<br>It froze me deep inside<br>Come back, come back, don't walk away<br><br>Come back, come back, come back today<br><br>Come back, come back, why can't you see?<br><br>Come back, come back, come back to me<br><br>And I know I was wrong when I said it was true<br>That it couldn't be me and be her in between<br>Without you<br>Without you<br>Without you<br>Without you<br><br>Without you<br>Without you<br>Without you<br>Without you | Yesterday I got so scared<br>I shivered like a child<br>Yesterday away from you<br>It froze me deep inside<br>Come back, come back<br>Don't walk away<br>Come back, come back<br>Come back today<br>Come back, come back<br>Why can't you see<br>Come back, come back<br>Come back to me<br><br>And I'm not sure what I'm supposed to do<br>Stuck in the middle with you<br>Stuck in the middle with you<br>Stuck in the middle with you<br>Stuck in the middle with you |

10739 - "Walking on the Moon" by The Police

| LyricFind | Claude |
|---|---|
| Giant steps are what you take<br>Walking on the moon<br>I hope my leg don't break<br>Walking on the moon<br>We could walk forever<br>Walking on the moon<br>We could live together<br>Walking on, walking on the moon<br><br>Walking back from your house<br>Walking on the moon<br>Walking back from your house<br>Walking on the moon<br>Feet they hardly touch the ground<br>Walking on the moon<br>My feet don't hardly make no sound<br>Walking on, walking on the moon | Giant steps are what you take<br>Walking on the moon<br>I hope my legs don't break<br>Walking on the moon<br><br>We could walk forever<br>Walking on the moon<br>We could live together<br>Walking on the moon<br><br>Walking back from your house<br>Walking on the moon<br>Walking back from your house<br>Walking on the moon<br><br>Feet they hardly touch the ground<br>Walking on the moon<br>My feet don't hardly make no sound<br>Walking on the moon |

| | |
|---|---|
| Some may say<br>I'm wishing my days away<br>No way<br>And if it's the price I pay<br>Some say<br>Tomorrow's another day<br>You stay<br>I may as well play<br><br>Giant steps are what you take<br>Walking on the moon<br>I hope my leg don't break<br>Walking on the moon<br>We could walk forever<br>Walking on the moon<br>We could be together<br>Walking on, walking on the moon<br><br>Some may say<br>I'm wishing my days away<br>No way<br>And if it's the price I pay<br>Some say<br>Tomorrow's another day<br>You stay<br>I may as well play<br><br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up<br>Keep it up, keep it up | Some may say<br>I'm wishing my days away, no way<br>And if it's the price I pay<br>Some say<br>Tomorrow's another day, you'll see<br>I'm walking on the moon<br><br>Giant steps are what you take<br>Walking on the moon<br>I hope my legs don't break<br>Walking on the moon<br><br>We could walk forever<br>Walking on the moon<br>We could be together<br>Walking on the moon<br><br>Walking on the moon<br>Walking on the moon |

10740 - "Breathe" by Maroon 5

| LyricFind | Claude |
|---|---|
| | |

| | |
|---|---|
| How dare you say that my behavior is unacceptable<br>So condescending unnecessarily critical<br>I have the tendency of getting very physical<br>So watch your step 'cause if I do you'll need a miracle<br><br><br>You drain me dry and make me wonder why I'm even here<br>The double vision I was seeing is finally clear<br>You want to stay but you know very well I want you gone<br>Not fit to fuckin' tread the ground I'm walking on<br><br><br>When it gets cold outside and you got nobody to love<br>You'll understand what I mean when I say<br>There's no way we're gonna give up<br>And like a little girl cries in the face of a monster that lives in her dreams<br>Is there anyone out there 'cause it's getting harder and harder to breathe<br>Is there anyone out there 'cause it's getting harder and harder to breathe<br><br><br><br><br><br>What you are doing is screwing things up inside my head<br>You should know better you never listened to a word I said<br>Clutching your pillow and writhing in a naked sweat<br>Hoping somebody someday will do you like I did<br><br><br>When it gets cold outside and you got nobody | **Verse 1:**<br>How dare you say that my behavior's unacceptable<br>So condescending unnecessarily critical<br>I have the tendency of getting very physical<br>So watch your step cause if I do you'll need a miracle<br><br>**Chorus:**<br>You drain me dry and make me wonder why I'm even here<br>This Double Vision I was seeing is finally clear<br>You want to stay but you know very well I want you gone<br>Not fit to fuckin' tread the ground that I am walking on<br><br>**Verse 2:**<br>When it gets cold outside and you got nobody to love<br>You'll understand what I mean when I say<br>There's no way we're gonna give up<br>And like a little girl cries in the face of a monster that lives in her dreams<br>Is there anyone out there cause it's getting harder and harder to breathe<br><br>**Chorus:**<br>You drain me dry and make me wonder why I'm even here<br>This Double Vision I was seeing is finally clear<br>You want to stay but you know very well I want you gone<br>Not fit to fuckin' tread the ground that I am walking on<br><br>**Bridge:**<br>What you are doing is screwing things up inside my head<br>You should know better you never listened to a word I said<br>Clutching your pillow and writhing in a naked sweat<br>Hoping somebody someday will do you like I did<br><br>**Chorus:**<br>You drain me dry and make me wonder why I'm even here |

| | |
|---|---|
| to love<br>You'll understand what I mean when I say<br>There's no way we're gonna give up<br>And like a little girl cries in the face of a<br>monster that lives in her dreams<br>Is there anyone out there 'cause it's getting<br>harder and harder to breathe<br>Is there anyone out there 'cause it's getting<br>harder and harder to breathe<br><br>Does it kill<br>Does it burn<br>Is it painful to learn<br>That it's me that has all the control<br><br>Does it thrill<br>Does it sting<br>When you feel what I bring<br>And you wish that you had me to hold<br><br>When it gets cold outside and you got nobody<br>to love<br>You'll understand what I mean when I say<br>There's no way we're gonna give up<br>And like a little girl cries in the face of a<br>monster that lives in her dreams<br>Is there anyone out there 'cause it's getting<br>harder and harder to breathe<br>Is there anyone out there 'cause it's getting<br>harder and harder to breathe<br>Is there anyone out there 'cause it's getting<br>harder and harder to breathe | This Double Vision I was seeing is finally clear<br>You want to stay but you know very well I want<br>you gone<br>Not fit to fuckin' tread the ground that I am<br>walking on |

10741 - "Rikki Don't Lose That Number" by Steely Dan

| LyricFind | Claude |
|---|---|
| We hear you're leaving, that's okay<br>I thought our little wild time had just begun<br>I guess you kind of scared yourself, you turn and<br>run<br>But if you have a change of heart<br><br>Rikki don't lose that number<br>You don't want to call nobody else<br>Send it off in a letter to yourself<br>Rikki don't lose that number<br>It's the only one you own<br>You might use it if you feel better | <br><br><br><br><br>Rikki don't lose that number<br>You don't wanna call nobody else<br>Send it off in a letter to yourself<br>Rikki don't lose that number<br>It's the only one you own<br>You might use it if you feel better |

| | |
|---|---|
| When you get home | When you get home |
| I have a friend in town, he's heard your name<br>We can go out driving on Slow Hand Row<br>We could stay inside and play games, I don't know<br>And you could have a change of heart | |
| Rikki don't lose that number<br>You don't want to call nobody else<br>Send it off in a letter to yourself<br>Rikki don't lose that number<br>It's the only one you own<br>You might use it if you feel better<br>When you get home | Rikki don't lose that number<br>It's the only one you own<br>You might use it if you feel better<br>When you get home |
| You tell yourself you're not my kind<br>But you don't even know your mind<br>And you could have a change of heart | Mama, Mama, Mama, Mama<br>Mama, Mama, Mama, Mama<br>Mama, Mama, Mama, Mama |
| Rikki don't lose that number<br>You don't want to call nobody else<br>Send it off in a letter to yourself | Rikki don't lose that number<br>You don't wanna call nobody else<br>Send it off in a letter to yourself |
| Rikki don't lose that number<br>It's the only one you own<br>You might use it if you feel better<br>When you get home | Rikki don't lose that number<br>It's the only one you own<br>You might use it if you feel better<br>When you get home |
| | Rikki don't lose that number<br>Rikki don't lose that number<br>Rikki don't lose that number<br>You're gonna use it if you feel better<br>When you get home, yes you will<br>When you get home<br>Rikki don't lose that number |

10750 - "Magic Carpet Ride" by Steppenwolf

| LyricFind | Claude |
|---|---|
| I like to dream, yes, yes<br>Right between the sound machine<br>On a cloud of sound I drift in the night<br>Any place it goes is right<br>Goes far, flies near<br>To the stars away from here<br><br>Well, you don't know what we can find | I like to dream yes, yes, right between the<br>sound machine<br>On a cloud of sight I drift in the night<br>Any place it goes is right<br>Goes far, flies near, to the stars away from here<br><br>Well, you don't know what we can find |

| | |
|---|---|
| Why don't you come with me, little girl<br>On a magic carpet ride<br><br>Well, you don't know what we can see<br>Why don't you tell your dreams to me<br>Fantasy will set you free<br><br>Close your eyes, girl<br>Look inside, girl<br>Let the sound take you away<br><br>Last night I hold Aladdin's lamp<br>And so I wished that I could stay<br>Before the thing could answer me<br>Well, someone came and took the lamp away<br>I looked around, a lousy candle's all I found<br><br>Well, you don't know what we can find<br>Why don't you come with me, little girl<br>On a magic carpet ride<br><br>Well, you don't know what we can see<br>Why don't you tell your dreams to me<br>Fantasy will set you free<br><br>Close your eyes, girl<br>Look inside, girl<br>Let the sound take you away<br><br>You don't know what we can find<br>Why don't you come with me, little girl<br>On a magic carpet ride<br><br>Well, you don't know what we can see<br>Why don't you tell your dreams to me<br>Fantasy will set you free | Why don't you come with me little girl<br>On a magic carpet ride<br>You don't know what we can see<br>Why don't you tell your dreams to me<br>Fantasy will set you free<br>Close your eyes girl<br>Look inside girl<br>Let the sound take you away<br><br><br>Last night I held Aladdin's lamp<br>And so I wished that I could stay<br>Before the thing could answer me<br>Well, someone came and took the lamp away<br><br>I looked around, a lousy candle's all I found<br>Well, you don't know what we can find<br>Why don't you come with me little girl<br>On a magic carpet ride<br>You don't know what we can see<br>Why don't you tell your dreams to me<br>Fantasy will set you free<br>Close your eyes girl<br>Look inside girl<br>Let the sound take you away |

10751 - "I'll Never Break Your Heart" by Backstreet Boys

| LyricFind | Claude |
|---|---|
| Baby, I know you're hurting<br>Right now you feel like you could never<br>Love again<br>Now all I ask is for a chance<br>To prove that I love you<br>From the first day<br>That I saw your smiling face | Baby, I know you're hurting<br>Right now you feel like you could never love<br>again<br><br>Now all I ask is for a chance<br>To prove that I love you<br>From the first day that I saw your face |

Honey, I knew that we would
Be together forever
Ooh when I asked you out
You said no but I found out
Darling that you'd been hurt
You felt like you'd never love again
I deserve a try honey just once
Give me a chance and I'll prove this all wrong
You walked in, you were so quick to judge
But honey he's nothing like me

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

As time goes by
You will get to know me
A little more better
Girl that's the way love goes baby, baby
And I (I) know you're afraid (know you're afraid)
To let your feelings show (feelings show)
And I understand
Girl, it's time to let go (girl, it's time to let go because)
I deserve a try (try) honey
Just once (once)
Give me a chance (chance) and I'll prove this all wrong (wrong you walked)
You walked in, you were so quick to judge (quick to judge)
But honey he's nothing like me
Darling why can't you see

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

I knew that we would be together forever
This I promise you

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

As time goes by, we'll still be together
And this I promise you
Just close your eyes,
Imagine us together
I'll be your lover too

The sun may fall from the sky
The moon may not shine
There's always one thing that's for sure
I'll never break your heart
I'll never break your heart

As long as I'm living
I be loving you
There is nothing I won't do
To keep us together
This I promise you

I'll never break your heart
I'll never make you cry
I'd rather die than live without you
I'll give you all of me
Honey, that's no lie

Girl, I'll never break your heart
I'll never break your heart

| | |
|---|---|
| I'll never break your heart<br>I'll never make you cry<br>I'd rather die than live without you<br>I'll give you all of me<br>Honey, that's no lie<br><br>No way, no how (I'll never break your heart<br>girl, I'll never make you cry)<br>I swear (Oh I, oh I, I swear)<br>No way, no how (I'll never break your heart<br>girl, I'll never make you cry)<br><br>I'll never break your heart<br>I'll never make you cry<br>I'd rather die than live without you<br>I'll give you all of me<br>Honey, that's no lie<br><br>I'll never break your heart<br>I'll never make you cry<br>I'd rather die than live without you<br>I'll give you all of me<br>Honey, that's no lie<br><br>I'll never break your heart<br>I'll never make you cry<br>I'd rather die than live without you<br>I'll give you all of me<br>Honey, that's no lie | |

10756 - "Lean on Me" by Bill Withers

| LyricFind | Claude |
|---|---|
| Sometimes in our lives we all have pain<br>We all have sorrow<br>But if we are wise<br>We know that there's always tomorrow<br><br>Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on<br>For it won't be long<br>'Til I'm gonna need<br>Somebody to lean on<br><br>Please swallow your pride<br>If I have things you need to borrow | Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on<br>For it won't be long<br>'Til I'm gonna need<br>Somebody to lean on |

| | |
|---|---|
| For no one can fill those of your needs<br>That you won't let show<br><br>You just call on me brother, when you need a hand<br>We all need somebody to lean on<br>I just might have a problem that you'll understand<br>We all need somebody to lean on<br><br>Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on<br>For it won't be long<br>'Til I'm gonna need<br>Somebody to lean on<br><br>You just call on me brother, when you need a hand<br>We all need somebody to lean on<br>I just might have a problem that you'll understand<br>We all need somebody to lean on<br><br>If there is a load you have to bear<br>That you can't carry<br>I'm right up the road<br>I'll share your load<br><br>If you just call me (call me)<br>If you need a friend (call me) call me uh huh<br>(call me) if you need a friend (call me)<br>If you ever need a friend (call me)<br>Call me (call me) call me (call me) call me<br>(Call me) call me (call me) if you need a friend<br>(Call me) call me (call me) call me (call me) call<br>me (call me) call me (call me) | You just call on me brother, when you need a hand<br>We all need somebody to lean on<br>I just might have a problem that you'll understand<br>We all need somebody to lean on<br><br>Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on<br>For it won't be long<br>'Til I'm gonna need<br>Somebody to lean on<br><br>You just call on me brother, when you need a hand<br>We all need somebody to lean on<br>I just might have a problem that you'll understand<br>We all need somebody to lean on<br><br>If there is a load you have to bear<br>That you can't carry<br>I'm right up the road, I'll share your load<br>If you just call me<br><br>Call me<br>If you need a friend<br>Call me |

10775 - "Forgotten" by Linkin Park

| LyricFind | Claude |
|---|---|
| From the top to the bottom<br>Bottom to top I stop<br>At the core I've forgotten<br>In the middle of my thoughts<br>Taken far from my safety<br>The picture's there | From the top to the bottom<br>Bottom to top I stop<br>At the core I've forgotten<br>In the middle of my thoughts<br>Taken far from my safety<br>The picture's there |

The memory won't escape me
But why should I care?

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?

There's a place so dark you can't see the end
(Skies cock back) and shock that which can't
defend
The rain then sends dripping acidic questions
Forcefully, the power of suggestion
Then with the eyes shut looking through the
rust and rot, and dust
A small spot of light floods the floor
And pours over the rusted world of pretend
And the eyes ease open and it's dark again

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

Moving all around
Screaming of the ups and downs
Pollution manifested in perpetual sound
The wheels go 'round and the sunset creeps
Behind street lamps, chain-link, and concrete
A little piece of paper with a picture drawn
Floats on down the street 'til the wind is gone
And the memory now is like the picture was
then
When the paper's crumpled up it can't be
perfect again

The memory won't escape me
But why should I care

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

Moving all around
Screaming of the ups and downs
Pollution manifested in perpetual sound
The wheels go round and the sunset creeps
past my windowpane

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me
But why should I care?

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you
Now you got me caught in the act
You bring the thought back
Telling you that I see it right through you

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me

From the top to the bottom
Bottom to top I stop
At the core I've forgotten
In the middle of my thoughts
Taken far from my safety
The picture's there
The memory won't escape me

In the memory you'll find me
Eyes burning up
The darkness holding me tightly
Until the sun rises up

Moving all around
Screaming of the ups and downs
Pollution manifested in perpetual sound
The wheels go round and the sunset creeps
past my windowpane

From the top to the bottom
Bottom to top I stop

| In the memory you'll find me |  |
| Eyes burning up |  |
| The darkness holding me tightly |  |
| Until the sun rises up |  |

10780 - "Every Grain of Sand" by Bob Dylan

| LyricFind | Claude |
|---|---|
| In the time of my confession, in the hour of my deepest need<br>When the pool of tears beneath my feet floods every newborn seed<br>There's a dying voice within me reaching out somewhere<br>Toiling in the danger and the morals of despair | In the time of my confession,<br>In the hour of my deepest need<br>When the pool of tears beneath my feet<br>Flood every newborn seed<br><br>There's a dyin' voice within me<br>Reaching out somewhere<br>Toiling in the danger and in the morals of despair |
| Don't have the inclination to look back on any mistake<br>Like Cain, I now behold this chain of events that I must break<br>In the fury of the moment I can see the master's hand<br>In every leaf that trembles, in every grain of sand | Don't have the inclination to look back on any mistake<br>Like Cain, I now behold this chain of events that I must break<br><br>In the fury of the moment I can see the Master's hand<br>In every leaf that trembles, in every grain of sand |
| Oh, the flowers of indulgence and the weeds of yesteryear<br>Like criminals, they have choked the breath of conscience and good cheer<br>The sun beams down upon the steps of time to light the way<br>To ease the pain of idleness and the memory of decay | Oh, the flowers of indulgence and the weeds of yesteryear<br>Like criminals, they have choked the breath of conscience and good cheer<br><br>The sun beat down upon the steps of time to light the way<br>To ease the pain of idleness and the memory of decay |
| I gaze into the doorway of temptation's angry flame<br>And every time I pass that way I'll always hear my name<br>Then onward in my journey I come to understand<br>That every hair is numbered like every grain of sand | I gaze into the doorway of temptation's angry flame<br>And every time I pass that way I always hear my name<br><br>Then onward in my journey I come to understand<br>That every hair is numbered like every grain of |

| | |
|---|---|
| | sand |
| I have gone from rags to riches in the sorrow of the night<br>In the violence of a summer's dream, in the chill of a wintry light<br>In the bitter dance of loneliness fading into space<br>In the broken mirror of innocence on each forgotten face | I have gone from rags to riches in the sorrow of the night<br>In the violence of a summer's dream, in the chill of a wintry light<br><br>In the bitter dance of loneliness fading into space<br>In the broken mirror of innocence on each forgotten face |
| I hear the ancient footsteps like the motion of the sea<br>Sometimes I turn, there's someone there, other times it's only me<br>I am hanging in the balance of the reality of man<br>Like every sparrow falling, like every grain of sand | I hear the ancient footsteps like the motion of the sea<br>Sometimes I turn, there's someone there, other times it's only me<br><br>I am hanging in the balance of the reality of man<br>Like every sparrow falling, like every grain of sand |

10782 - "Red Red Wine" by Neil Diamond

| LyricFind | Claude |
|---|---|
| Red, red wine<br>Go to my head<br>Make me forget that I<br>Still need her so | Red red wine,<br>Goes to my head,<br>Makes me forget that I,<br>Still need her so. |
| Red, red wine<br>It's up to you<br>All I can do, I've done<br>But memories won't go<br>No, memories won't go | Red red wine,<br>It's up to you,<br>All I can do, I've done.<br>But mem'ries won't go,<br>Mem'ries won't go. |
| I'd have sworn<br>That with time<br>Thoughts of you<br>Would leave my head<br>I was wrong<br>And I find<br>Just one thing<br>Makes me forget | I'd have thought,<br>That with time,<br>Thoughts of her,<br>Would leave my head.<br>I was wrong,<br>And I find,<br>Just one thing makes me forget. |
| Red, red wine<br>Stay close to me<br>Don't let me be alone | Red red wine,<br>Stay close to me,<br>Don't let me be alone, |

| LyricFind | Claude |
|---|---|
| It's tearing apart<br>My blue, blue heart | It's tearin' apart,<br>My blue, blue heart.<br><br>Red red wine,<br>You make me feel so fine,<br>You keep me rockin'<br>All of the time.<br>Red red wine,<br>You make me feel so grand,<br>Red red wine,<br>You're always on my mind.<br><br>Red red wine,<br>Goes to my head,<br>Makes me forget that I,<br>Still need him so.<br><br>Red red wine,<br>It's up to you,<br>All I can do, I've done,<br>But mem'ries won't go.<br>No, mem'ries won't go. |
| I'd have sworn<br>That with time<br>Thoughts of you<br>Would leave my head<br>I was wrong<br>And I find<br>Just one thing<br>Makes me forget | I'd have thought,<br>That with time,<br>Thoughts of him,<br>Would leave my head.<br>I was wrong,<br>And I find,<br>Just one thing makes me forget. |
| Red, red wine<br>Stay close to me<br>Don't let me be alone<br>It's tearing apart<br>My blue, blue heart | Red red wine... |

10792 - "This Love" by Maroon 5

| LyricFind | Claude |
|---|---|
| I was so high, I did not recognize<br>The fire burning in her eyes<br>The chaos that controlled my mind<br>Whispered goodbye as she got on a plane<br>Never to return again | Verse 1:<br>I was so high I did not recognize<br>The fire burning in her eyes<br>The chaos that controlled my mind<br>Whispered goodbye as she got on a plane<br>Never to return again |

But always in my heart, oh

This love has taken its toll on me
She said goodbye too many times before
And her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye
anymore
Whoa
Whoa
Whoa

I tried my best to feed her appetite
Keep her coming every night
So hard to keep her satisfied, oh
Kept playing love like it was just a game
Pretending to feel the same
Then turn around and leave again, but oh

This love has taken its toll on me
She said goodbye too many times before
And her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye
anymore
Whoa
Whoa
Whoa

I'll fix these broken things
Repair your broken wings
And make sure everything's alright
(It's alright, it's alright)
My pressure on your hips
Sinking my fingertips
Into every inch of you
Because I know that's what you want me to do

This love has taken its toll on me
She said goodbye too many times before
Her heart is breaking in front of me
And I have no choice 'cause I won't say goodbye
anymore
This love has taken its toll on me
She said goodbye too many times before
And my heart is breaking in front of me
She said goodbye too many times before
This love has taken its toll on me
She said goodbye too many times before

But always in my heart, this love has taken its
toll on me
She said goodbye too many times before
And her heart is breaking in front of me
I have no choice, cause I won't say goodbye
anymore

Chorus:
I tried my best to feed her appetite
Keep her coming every night
So hard to keep her satisfied
Kept playing love like it was just a game
Pretending to feel the same
Then turn around and leave again
This love has taken its toll on me
She said goodbye too many times before

Verse 2:
And her heart is breaking in front of me
I have no choice, cause I won't say goodbye
anymore

Chorus:
I'll fix these broken things
Repair your broken wings
And make sure everything's alright
(It's alright, it's alright)
My pressure on your hips
Sinking my fingertips
Into every inch of you
Cause I know that's what you want me to do

Bridge:
This love has taken its toll on me
She said goodbye too many times before
And her heart is breaking in front of me
I have no choice, cause I won't say goodbye
anymore

Chorus:
This love has taken its toll on me
She said goodbye too many times before
And my heart is breaking in front of me
I have no choice, cause I won't say goodbye

| | |
|---|---|
| Her heart is breaking in front of me<br>And I have no choice 'cause I won't say goodbye anymore<br>This love | anymore<br>This love has taken its toll on me<br>She said goodbye too many times before |

10794 - "Any Major Dude Will Tell You" by Steely Dan

| LyricFind | Claude |
|---|---|
| I never seen you looking so bad my funky one<br>You tell me that your superfine mind has come undone<br><br>[Chorus]<br>Any major dude with half a heart surely will tell you my friend<br>Any minor world that breaks apart falls together again<br>When the demon is at your door<br>In the morning it won't be there no more<br>Any major dude will tell you | Any major dude with half a heart<br>Surely will tell you, my friend<br>Any minor world that breaks apart<br>Falls together again<br>When the demon is at your door<br>In the morning it won't be there no more<br>Any major dude will tell you<br><br>Any major dude will tell you<br>Any major dude will tell you<br>Any major dude will tell you |
| Have you ever seen a squonk's tears? Well, look at mine<br>The people on the street have all seen better times<br><br><br>[Chorus] | Have you ever seen a squonk's tears?<br>Well, look at mine, I'm crying<br>Have you ever been fishin' in the Dells?<br>I'm a-fishin' but I'm cryin' there<br><br>When the demon is at your door<br>The morning it won't be there no more<br>Any major dude will tell you |
| I can tell you all I know, the where to go, the what to do<br>You can try to run but you can't hide from what's inside of you<br><br><br>[Chorus] | Da da da da da da<br>Da da da da da da<br><br>Well, the man in gray won't leave me alone<br>Don't know what I've done wrong<br>I got to get back to good old Joan<br>And find out where I belong<br><br>When the demon is at your door<br>The morning it won't be there no more<br>Any major dude will tell you |

| | Any major dude will tell you<br>Any major dude will tell you |
| --- | --- |

10798 - "Walk the Dinosaur" by Was (Not Was)

| LyricFind | Claude |
| --- | --- |
| Boom boom acka-lacka lacka boom<br>Boom boom acka-lacka boom boom<br><br>It was a night like this forty million years ago<br>I lit a cigarette, picked up a monkey skull to go<br>The sun was spitting fire, the sky was blue as ice<br>I felt a little tired, so I watched Miami Vice<br>And walked the dinosaur, I walked the dinosaur<br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>I met you in a cave, you were painting buffalo<br>I said I'd be your slave, follow wherever you go<br>That night we split a rattlesnake and danced beneath the stars<br>You fell asleep, I stayed awake and watched the passing cars<br>And walked the dinosaur, I walked the dinosaur<br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>One night I dreamed of New York<br>You and I roasting blue pork<br>In the Statue of Liberty's torch | Boom boom acka-lacka lacka-lacka<br>Boom boom acka-lacka boom<br><br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>Boom boom acka-lacka lacka-lacka<br>Boom boom acka-lacka boom<br><br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur |

| | |
|---|---|
| Elvis landed in a rocket ship<br>Healed a couple of leapers and disappeared<br>But where was his beard?<br><br>A shadow from the sky much too big to be a bird<br>A screaming crashing noise louder than I've ever heard<br>It looked like two big silver trees that somehow learned to soar<br>Suddenly a summer breeze and a mighty lion's roar<br>I killed the dinosaur, I killed the dinosaur<br><br>Open the door, get on the floor<br>Everybody kill the dinosaur<br>Open the door, get on the floor<br>Everybody kill the dinosaur<br>Open the door, get on the floor<br>Everybody kill the dinosaur<br>Open the door, get on the floor<br>Everybody kill the dinosaur<br>Repeat chorus 2 one time<br>Boom boom acka-lacka lacka boom<br>Boom boom acka-lacka boom boom | Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>Boom boom acka-lacka lacka-lacka<br>Boom boom acka-lacka boom<br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur<br><br>Dino-rock, dino-rock<br>Everybody walk the dinosaur<br>Dino-rock, dino-rock<br>Everybody walk the dinosaur<br><br>Open the door, get on the floor<br>Everybody walk the dinosaur<br>Open the door, get on the floor<br>Everybody walk the dinosaur |

10806 - "We Got the Beat" by The Go-Go's

| LyricFind | Claude |
|---|---|
| See the people walking down the street<br>Fall in line just watching all their feet<br>They don't know where they want to go<br>But they're walking in time<br><br>They got the beat<br>They got the beat<br>They got the beat<br>Yeah, they got the beat | See the people walking down the street<br>Fall in line just watching all their feet<br>They don't know where they wanna go<br>But they're walking in time<br><br>They got the beat<br>They got the beat<br>They got the beat<br>Yeah, they got the beat |

All the kids just getting out of school
They can't wait to hang out and be cool
Hang around 'til quarter after twelve
That's when they fall in line

They got the beat
They got the beat
Kids got the beat
Yeah, kids got the beat

Go-go music really makes us dance
Doing the pony puts us in a trance
The Watusi, just give us a chance

That's when we fall in line
'Cause we got the beat
We got the beat
We got the beat
Yeah, we got it!

We got the beat
We got the beat
We got the beat
Everybody get on your feet
We got the beat
We know you can dance to the beat
We got the beat
Jump back, get down
We got the beat
Round and round and round

We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat
We got the beat

All the kids just getting out of school
They can't wait to break the rules
They're running loose, running wild

They got the beat
They got the beat
Kids got the beat
Yeah, kids got the beat

Go-go music really makes us dance
Do the pony puts us in a trance
Do the watusi just give us a chance

That's when we fall in line
'Cause we got the beat
We got the beat
We got the beat
We got the beat, yeah

We got the beat

10832 - "Help Me Rhonda" by The Beach Boys

| LyricFind | Claude |
|---|---|
| Well since she put me down I've been out doin' in my head<br>I come in late at night and in the mornin' I just lay in bed<br><br>Well, Rhonda you look so fine (look so fine)<br>And I know it wouldn't take much time<br>For you to help me Rhonda<br>Help me get her out of my heart<br><br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda yeah<br>Get her out of my heart<br><br>She was gonna be my wife<br>And I was gonna be her man<br>(Oh Rhonda)<br>But she let another guy come between us<br>And it shattered our plans<br>(Oh Rhonda)<br><br>Well, Rhonda you caught my eye (caught my eye)<br>And I can give you lotsa reasons why<br>You gotta help me Rhonda<br>Help me get her out of my heart<br><br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda | Well since she put me down<br>I've been out doin' in my head<br>Come in late at night<br>And in the mornin' I just lay in bed<br><br>Well Rhonda you look so fine<br>And I know it wouldn't take much time<br>For you to help me Rhonda<br>Help me get her out of my heart<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br><br><br><br><br><br><br><br><br><br>Rhonda you caught my eye<br>And I can give you lots of reasons why<br>You gotta help me Rhonda<br>Help me get her out of my heart<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda |

| | |
|---|---|
| Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda yeah<br>Get her out of my heart | |
| | I've done everything I could<br>To get the girl to change her mind<br>I even told her lies<br>And I made her blue<br>But she still said to me goodbye<br>Rhonda you're my last and only chance<br>And if you don't come through |
| | I just don't know what I'm gonna do |
| Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda<br>Help, help me Rhonda<br>Help me Rhonda yeah<br>Get her out of my heart | Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda<br><br>Help me Rhonda, help help me Rhonda.... |

10833 - "King of Pain" by The Police

| LyricFind | Claude |
|---|---|
| There's a little black spot on the sun today<br>It's the same old thing as yesterday<br>There's a black hat caught in a high tree top<br>There's a flag pole rag and the wind won't stop<br><br>I have stood here before inside the pouring rain<br>With the world turning circles running 'round my brain<br>I guess I'm always hoping that you'll end this reign<br>But it's my destiny to be the king of pain | There's a little black spot on the sun today<br>It's the same old thing as yesterday<br>There's a black hat caught in a high tree top<br>There's a flag pole rag and the wind won't stop<br><br>I have stood here before inside the pouring rain<br>With the world turning circles running 'round my brain<br>I guess I'm always hoping that you'll end this reign<br>But it's my destiny to be the king of pain |

There's a little black spot on the sun today, that's my soul up there
It's the same old thing as yesterday, that's my soul up there
There's a black hat caught in a high tree top, that's my soul up there
There's a flag pole rag and the wind won't stop, that's my soul up there
I have stood here before inside the pouring rain
With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain

There's a fossil that's trapped in a high cliff wall, that's my soul up there | There's a fossil that's trapped in a high cliff wall
There's a dead salmon frozen in a waterfall, that's my soul up there | There's a dead salmon frozen in a waterfall
There's a blue whale beached by a springtide's ebb, that's my soul up there | There's a blue whale beached by a springtide's ebb
There's a butterfly trapped in a spider's web, that's my soul up there | There's a butterfly trapped in a spider's web
I have stood here before inside the pouring rain | I have stood here before inside the pouring rain
With the world turning circles running 'round my brain | With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this reign | I guess I'm always hoping that you'll end this reign
But it's my destiny to be the king of pain | But it's my destiny to be the king of pain

There's a king on a throne with his eyes torn out | There's a king on a throne with his eyes torn out
There's a blind man looking for a shadow of doubt | There's a blind man looking for a shadow of doubt
There's a rich man sleeping on a golden bed | There's a rich man sleeping on a golden bed
There's a skeleton choking on a crust of bread | There's a skeleton choking on a crust of bread

King of pain

There's a red fox torn by a huntmen's pack, that's my soul up there
There's a black winged gull with a broken back, that's my soul up there
There's a little black spot on the sun today
It's the same old thing as yesterday
I have stood here before inside the pouring rain | I have stood here before inside the pouring rain
With the world turning circles running 'round my brain | With the world turning circles running 'round my brain
I guess I'm always hoping that you'll end this | I guess I'm always hoping that you'll end this

| | |
|---|---|
| reign<br>But it's my destiny to be the king of pain<br>King of pain<br>King of pain, king of pain<br>I'll always be king of pain<br>I'll always be king of pain<br>I'll always be king of pain<br>I'll always be king of pain | reign<br>But it's my destiny to be the king of pain<br>King of pain, king of pain, king of pain<br><br>I'll always be king of pain,<br>I'll always be king of pain,<br>I'll always be king of pain |

10836 - "I Can't Stand The Rain" by Eruption

| LyricFind | Claude |
|---|---|
| I can''t stand the rain ''gainst my window<br>Bringing back sweet memories<br>Ican''t stand the rain ''gainst my window<br>''Cause he''s not here with me<br>Hey window pain do you remember<br>How sweet it used to be<br>When we were together<br>Everything was so grand, yes it was<br>Now that we''ve parted<br>There''s one sound that I just can''t stand...<br>Alone with the pillow<br>Where his head used to lay, yeah<br>I know you''ve got some sweet memories<br>But like a window you ain''t got nothin'' to say<br>I can''t stand the rain ''gainst my window<br>Bringing back sweet memories, hey<br>I can''t stand the rain, ooh<br>''Gainst my window, oh no no<br>''Cause he''s not here with me, uh<br>Alone with the pillow uh uh<br>Where his head used to lay, yeah<br>I know you''ve got some sweet memories<br>But like a window you ain''t got nothin'' to say, hey hey<br>Uh, uh, I can''t stand the rain...<br>(I can''t I can''t I can''t can''t stand the rain)...<br>Baby, uh, uh, uh, hey hey<br>Ooh, ooh, uh, uh, hey<br>Don''t you know, ''t you think...<br>No no ooh oooohh hey hey hey hey hey, no<br>Dum dum dum dum dum dum dum dum dum dum dum<br>Oohh !... Get off my window...<br>(I can''t I can''t I can''t can''t stand the rain)...<br>Get off my window now, get off my window | I can't stand the rain<br>Against my window<br>Bringing back sweet memories<br>I can't stand the rain<br>Against my window<br>Cause he's not here with me<br><br>Hey window pain<br>Do you remember<br>How sweet it used to be<br>When we were together<br>Everything was so grand<br>Now he's gone<br>I can't stand the rain<br><br>Darling I, I can't stand the rain<br>No, no, no, I can't stand the rain<br>Oh baby, I can't stand the rain<br><br>I can't stand the rain<br>Against my window<br>Bringing back sweet memories<br>I can't stand the rain<br>Against my window pane<br>Oh cause he's not here with me<br><br>Darling I, I can't stand the rain<br>No, no, no, I can't stand the rain<br><br>Oh baby, I can't stand the rain<br>No, no, no I can't stand the rain<br>Oh baby<br>I can't stand the rain |

| | |
|---|---|
| Get off my window nah, I can''t stand the rain<br>I can''t stand the rain, ooh, can''t stand the rain, oh | |

10837 - "Little Deuce Coupe" by The Beach Boys

| LyricFind | Claude |
|---|---|
| Little deuce coupe<br>You don't know what I got<br>Little deuce coupe<br>You don't know what I got<br><br>Well I'm not braggin' babe so don't put me down<br>But I've got the fastest set of wheels in town<br>When something comes up to me he don't even try<br>'Cause if I had a set of wings man I know she could fly<br><br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got)<br><br>Just a little deuce coupe with a flat head mill<br>But she'll walk a Thunderbird like (she's) it's standin's 'till<br>She's ported and relieved and she's stroked and bored.<br>She'll do a hundred and forty with the top end floored<br><br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got)<br><br>She's got a competition clutch with the four on the floor<br>And she purrs like a kitten 'till the lake pipes roar<br>And if that ain't enough to make you flip your lid<br>There's one more thing, I got the pink slip daddy | Little deuce coupe<br>You don't know what I got<br>Little deuce coupe<br>You don't know what I got<br><br>Well I'm not braggin' babe so don't put me down<br>But I've got the fastest set of wheels in town<br>When something comes up to me he don't even try<br>'Cause if I had a set of wings man I know she could fly<br><br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got)<br><br>Just a little deuce coupe with a flat head mill<br>But she'll walk a Thunderbird like she's standin' still<br><br>She's ported and relieved and she's stroked and bored.<br>She'll do a hundred and forty with the top end floored<br><br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got)<br><br>She's got a competition clutch with the four on the floor<br>And she purrs like a kitten till the lake pipes roar<br>And if that ain't enough to make you flip your lid<br>There's one more thing, I got the pink slip daddy |

| | |
|---|---|
| And comin' off the line when the light turns green<br>Well she blows 'em outta the water like you never seen<br>I get pushed out of shape and it's hard to steer<br>When I get rubber in all four gears<br><br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got)<br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got)<br>She's my little deuce coupe<br>You don't know what I got | And comin' off the line when the light turns green<br>Well she blows 'em outta the water like you never seen<br><br>She's my little deuce coupe<br>You don't know what I got<br>(My little deuce coupe)<br>(You don't know what I got) |

10845 - "You Can Get It If You Really Want" by Desmond Dekker and the Aces

| LyricFind | Claude |
|---|---|
| You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want<br>But you must try, try and try<br>Try and try, you'll succeed at last<br><br>Persecution you must bear<br>Win or lose you've got to get your share<br>Got your mind set on a dream<br>You can get it, though harder them seem now<br><br>You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want<br>But you must try, try and try<br>Try and try, you'll succeed at last<br>I know it, listen<br><br>Rome was not built in a day<br>Opposition will come your way<br>But the hotter the battle you see<br>It's the sweeter the victory, now<br><br>You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want | You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want<br>But you must try, try and try, try and try<br>You'll succeed at last<br><br>Persecution you must bear<br>Win or lose you'll get your share<br>Trials and tribulations are what we have to fear<br>But we'll surmount them all<br><br>You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want<br>But you must try, try and try, try and try<br>You'll succeed at last<br><br>Rome was not built in a day<br>Opposition will come your way<br>But the harder the battle you see<br>It's the sweeter the victory<br><br>You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want |

| | |
|---|---|
| But you must try, try and try<br>Try and try, you'll succeed at last<br><br>You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want<br>But you must try, try and try<br>Try and try, you'll succeed at last<br><br>You can get it if you really want - don't you know it?<br>You can get it if you really want - don't I've shown it<br>You can get it if you really want | But you must try, try and try, try and try<br>You'll succeed at last<br><br>You can get it if you really want<br>You can get it if you really want<br>You can get it if you really want<br>Try and try, try and try, try and try<br>You'll succeed at last |

10847 - "Poison" by Groove Coverage

| LyricFind | Claude |
|---|---|
| | Verse 1: |
| Your cruel device<br>Your blood, like ice<br>One look could kill<br>My pain, your thrill | Your cruel device,<br>Your blood like ice.<br>One look could kill,<br>My pain, your thrill. |
| [Chorus]<br>I want to love you but I better not touch<br>I want to hold you but my senses tell me to stop<br>I want to kiss you but I want it too much<br>I want to taste you but your lips are venomous poison<br>You're poison running through my veins<br>You're poison, I don't want to break these chains | Chorus:<br>I wanna love you but I better not touch<br>I wanna hold you but my senses tell me to stop<br>I wanna kiss you but I want it too much<br>I wanna taste you but your lips are venomous poison<br><br>You're poison running through my veins<br>You're poison, I don't wanna break these chains |
| Your mouth, so hot<br>Your web, I'm caught<br>Your skin, so wet<br>Black lace on sweat | Verse 2:<br>Your mouth, so hot<br>Your web, I'm caught<br>Your skin, so wet<br>Black lace on sweat |
| [Chorus] | (Repeat Chorus) |
| You're poison running through my veins<br>You're poison, I don't want to break these chains | Bridge:<br>I hear you calling and it's needles and pins<br>I wanna hurt you just to hear you screaming my name<br>Don't wanna touch you but you're under my |

| | |
|---|---|
| | skin |
| | I wanna kiss you but your lips are venomous poison |
| | |
| | (Repeat Chorus) |
| | |
| | Outro: |
| Run deep inside my veins | Running deep inside my veins, |
| Its burning deep inside my veins | Poison burning deep inside my veins, |
| One look could kill | One look could kill, |
| My pain, your thrill | My pain, your thrill. |
| | I wanna love you but I better not touch |
| [Chorus] | I wanna hold you but my senses tell me to stop |
| | I wanna kiss you but I want it too much |
| You're poison running through my veins | I wanna taste you but your lips are venomous poison, |
| You're poison, I don't want to break these chains | You're poison, I'm addicted to your poison |
| | |
| Poison | |
| | |
| [Chorus] | |
| | |
| You're poison running through my veins | |
| You're poison, I don't want to break these chains | |
| | |
| Poison | |

10853 - "That Smell" by Lynyrd Skynyrd

| LyricFind | Claude |
|---|---|
| Whiskey bottles, and brand new cars | |
| Oak tree you're in my way | |
| There's too much coke and too much smoke | |
| Look what's going on inside you | |
| Ooooh that smell | Oh, ooh, that smell |
| Can't you smell that smell | Can't you smell that smell |
| Ooooh that smell | Ooh, ooh, that smell |
| The smell of death surrounds you | The smell of death surrounds you |
| | |
| Angel of darkness is upon you | Angel of darkness is upon you |
| Stuck a needle in your arm | Stuck a needle in your arm |
| So take another toke, have a blow for your nose | So take another toke, have a blow for me |
| One more drink fool, will drown you | One more drink, fool, will drown you |
| Ooooh that smell | Ooh, ooh, that smell |
| Can't you smell that smell | Can't you smell that smell |
| Ooooh that smell | Ooh, ooh, that smell |

| | |
|---|---|
| The smell of death surrounds you | The smell of death surrounds you |
| Now they call you Prince Charming | Now, they call you Prince Charming |
| Can't speak a word when you're full of 'ludes | Can't speak a word when you're full of 'ludes |
| Say you'll be all right come tomorrow | Say you'll be all right come tomorrow |
| But tomorrow might not be here for you (yeah you) | But tomorrow might not be here for you |
| Ooooh that smell | Oh, ooh, that smell |
| Can't you smell that smell | Can't you smell that smell |
| Ooooh that smell | Ooh, ooh, that smell |
| The smell of death surrounds you | The smell of death surrounds you |
| Hey, you're a fool you | Lay your body down, the moon is high |
| Stick them needles in your arm | It's off to the graveyard, you're about to die |
| I know I been there before | The casket waiting there for you by your grave |
| | Don't you cry when you know you're wasted |
| One little problem that confronts you | Life ain't forever, there's no second chance |
| Got a monkey on your back | So I'm gonna kill the pony, put 'em in a final trance |
| Just one more fix, Lord might do the trick | 'Cause |
| One hell of a price for you to get your kicks | |
| Ooooh that smell | Oh, ooh, that smell |
| Can't you smell that smell | Can't you smell that smell |
| Ooooh that smell | Ooh, ooh, that smell |
| The smell of death surrounds you | The smell of death surrounds you |
| Ooooh that smell | |
| Can't you smell that smell | Ooh, ooh, that smell |
| Ooooh that smell | Can't you smell that smell |
| The smell of death surrounds you | The smell of death surrounds you |
| Hey, you're a fool you | |
| Stick them needles in your arm | |
| You're just a fool, just a fool, just a fool | |

10855 - "New Divide" by Linkin Park

| LyricFind | Claude |
|---|---|
| I remember black skies | I remembered black skies, the lightning all around me |
| The lightning all around me | |
| I remember each flash | I remembered each flash as time began to blur |
| As time began to blur | |
| Like a startling sign | Like a startling sign that fate had finally found me |
| That fate had finally found me | |
| And your voice was all I heard | And your voice was all I heard that I get what I deserve |
| That I get what I deserve | |
| So give me reason | So give me reason to prove me wrong, to wash |
| To prove me wrong | |

| | |
|---|---|
| To wash this memory clean<br>Let the floods cross<br>The distance in your eyes<br>Give me reason<br>To fill this hole<br>Connect this space between<br>Let it be enough to reach the truth that lies<br>Across this new divide<br><br>There was nothing inside<br>The memories left abandoned<br>There was nowhere to hide<br>The ashes fell like snow<br>And the ground caved in<br>Between where we were standing<br>And your voice was all I heard<br>That I get what I deserve<br><br>So give me reason<br>To prove me wrong<br>To wash this memory clean<br>Let the floods cross<br>The distance in your eyes<br>Across this new divide<br><br>In every loss in every lie<br>In every truth that you deny<br>And each regret and each goodbye<br>Was a mistake too great to hide<br>And your voice was all I heard<br>That I get what I deserve<br><br>So give me reason<br>To prove me wrong<br>To wash this memory clean<br>Let the floods cross<br>The distance in your eyes<br>Give me reason<br>To fill this hole<br>Connect this space between<br>Let it be enough to reach the truth that lies<br>Across this new divide<br>Across this new divide<br>Across this new divide | this memory clean<br><br>Let the floods cross the distance in your eyes<br><br>Give me reason to fill this hole, connect the space between<br><br>Let it be enough to reach the truth that lies<br>Across this new divide<br><br>There was nothing in sight but memories left abandoned<br>There was nowhere to hide, the ashes fell like snow<br><br>And the ground caved in between where we were standing<br>And your voice was all I heard that I get what I deserve<br><br>So give me reason to prove me wrong, to wash this memory clean<br><br>Let the floods cross the distance in your eyes<br><br>Across this new divide<br><br>In every loss, in every lie, in every truth that you'd deny<br>And each regret and each goodbye was a mistake too great to hide<br>And your voice was all I heard that I get what I deserve<br><br>So give me reason to prove me wrong, to wash this memory clean<br><br>Let the floods cross the distance in your eyes<br><br>Give me reason to fill this hole, connect the space between<br><br>Let it be enough to reach the truth that lies<br>across this new divide<br>Across this new divide, across this new divide |

10858 - "Ballad of a Thin Man" by Bob Dylan

| LyricFind | Claude |
|---|---|
| You walk into the room with your pencil in your hand<br>You see somebody naked and you say, "Who is that man?"<br>You try so hard but you don't understand<br>Just what you will say when you get home<br>Because something is happening here but you don't know what it is<br>Do you, Mr. Jones? | You walk into the room<br>With your pencil in your hand<br>You see somebody naked<br>And you say, "Who is that man?"<br>You try so hard<br>But you don't understand<br>Just what you will say<br>When you get home<br>Because something is happening here<br>But you don't know what it is<br>Do you, Mister Jones? |
| You raise up your head and you ask, "Is this where it is?"<br>And somebody points to you and says, "It's his"<br>And you say, "What's mine?" and somebody else says, "Well, what is?"<br>And you say, "Oh my God, am I here all alone?"<br>But something is happening and you don't know what it is<br>Do you, Mr. Jones? | You raise up your head<br>And you ask, "Is this where it is?"<br>And somebody points to you and says<br>"It's his"<br>And you say, "What's mine?"<br>And somebody else says, "Where what is?"<br>And you say, "Oh my God<br>Am I here all alone?"<br><br>Because something is happening here<br>But you don't know what it is<br>Do you, Mister Jones? |
| You hand in your ticket and you go watch the geek<br>Who immediately walks up to you when he hears you speak<br>And says, "How does it feel to be such a freak?"<br>And you say, "Impossible!" as he hands you a bone<br>And something is happening here but you don't know what it is<br>Do you, Mr. Jones? | You hand in your ticket<br>And you go watch the geek<br>Who immediately walks up to you<br>When he hears you speak<br>And says, "How does it feel<br>To be such a freak?"<br>And you say, "Impossible"<br>As he hands you a bone<br><br>Because something is happening here<br>But you don't know what it is<br>Do you, Mister Jones? |
| You have many contacts among the lumberjacks<br>To get you facts when someone attacks your imagination<br>But nobody has any respect, anyway they already expect you to all give a check<br>To tax-deductible charity organizations | You have many contacts<br>Among the lumberjacks<br>To get you facts<br>When someone attacks your imagination<br>But nobody has any respect<br>Anyway they already expect you<br>To just give a check |

| | To tax-deductible charity organizations |
|---|---|
| Ah, you've been with the professors and they've all liked your looks<br>With great lawyers you have discussed lepers and crooks<br>You've been through all of F. Scott Fitzgerald's books<br>You're very well-read, it's well-known<br>But something is happening here and you don't know what it is<br>Do you, Mr. Jones?<br><br>Well, the sword swallower, he comes up to you and then he kneels<br>He crosses himself and then he clicks his high heels<br>And without further notice, he asks you how it feels<br>And he says, "Here is your throat back, thanks for the loan"<br>And you know something is happening but you don't know what it is<br>Do you, Mr. Jones?<br><br>Now, you see this one-eyed midget shouting the word "Now"<br>And you say, "For what reason?" and he says, "How"<br>And you say, "What does this mean?" and he screams back, "You're a cow!<br>Give me some milk or else go home"<br>And you know something's happening but you don't know what it is<br>Do you, Mr. Jones?<br><br>Well, you walk into the room like a camel, and then you frown<br>You put your eyes in your pocket and your nose on the ground<br>There ought to be a law against you comin' around<br>You should be made to wear earphones<br>'Cause something is happening and you don't know what it is<br>Do you, Mr. Jones? | Because something is happening here<br>But you don't know what it is<br>Do you, Mister Jones?<br><br>Well, you walk into the room<br>Like a camel and then you frown<br>You put your eyes in your pocket<br>And your nose on the ground<br>There ought to be a law<br>Against you comin' around<br>You should be made<br>To wear earphones<br><br>Because something is happening here<br>But you don't know what it is<br>Do you, Mister Jones? |

10861 - "On Top of the World" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| If you love somebody<br>Better tell them why they're here 'cause<br>They just may run away from you<br><br>You'll never know what went well<br>Then again it just depends on<br>How long of time is left for you<br><br>I've had the highest mountains<br>I've had the deepest rivers<br>You can have it all but life keeps movin'<br><br>Now take it in but don't look down<br><br>'Cause I'm on top of the world, ayy<br>I'm on top of the world, ayy<br>Waiting on this for a while now<br>Paying my dues to the dirt<br>I've been waiting to smile, ayy<br>Been holding it in for a while, ayy<br>Take you with me if I can<br>Been dreaming of this since a child<br>I'm on top of the world<br><br>I've tried to cut these corners<br>Try to take the easy way out<br>I kept on falling short of something<br><br>I coulda gave up then but<br>Then again I couldn't have 'cause<br>I've traveled all this way for something<br><br>I take it in but don't look down<br><br>'Cause I'm on top of the world, ayy<br>I'm on top of the world, ayy<br>Been waiting on this for a while now<br>Paying my dues to the dirt<br>I've been waiting to smile, ayy<br>Been holding it in for a while, ayy<br>Take you with me if I can<br>Been dreaming of this since a child<br>I'm on top of the world | Verse 1:<br>If you love somebody<br>Better tell them why they're here 'cause<br>They just may run away from you<br>You'll never know quite when, well<br>Then again it just depends on<br>How long of time is left for you<br><br><br><br>Chorus:<br>I'm on top of the world, 'ay<br>I'm on top of the world, 'ay<br>Waiting on this for a while now<br>Paying my dues to the dirt<br>I've been waiting to smile, 'ay<br>Been holding it in for a while, 'ay<br>Take you with me if I can<br>Been dreaming of this since a child<br>I'm on top of the world.<br><br>Verse 2:<br>I tried to cut these corners<br>Try to take the easy way out<br>I kept on falling short of something<br>I coulda gave up then but<br>Then again I couldn't have 'cause<br>I've traveled all this way for something<br><br>(Repeat Chorus)<br><br>Bridge:<br>Now I'm on top of the world, 'ay<br>I'm on top of the world, 'ay<br>Waiting on this for a while now<br>Paying my dues to the dirt<br>I've been waiting to smile, 'ay<br>Been holding it in for a while, 'ay<br>Take you with me if I can<br>Been dreaming of this since a child |

| | |
|---|---|
| 'Cause I'm on top of the world, ayy<br>I'm on top of the world, ayy<br>Waiting on this for a while now<br>Paying my dues to the dirt<br>I've been waiting to smile, ayy<br>Been holding it in for a while, ayy<br>Take you with me if I can<br>Been dreaming of this since a child<br><br>And I know it's hard when you're falling down<br>And it's a long way up when you hit the ground<br>But get up now, get up, get up now<br><br>And I know it's hard when you're falling down<br>And it's a long way up when you hit the ground<br>Get up now, get up, get up now<br><br>'Cause I'm on top of the world, ayy<br>I'm on top of the world, ayy<br>Waiting on this for a while now<br>Paying my dues to the dirt<br>I've been waiting to smile, ayy<br>Been holding it in for a while, ayy<br>Take you with me if I can<br>Been dreaming of this since a child<br>I'm on top of the world | (Repeat Chorus) |

10886 - "Song Sung Blue" by Neil Diamond

| LyricFind | Claude |
|---|---|
| Song sung blue<br>Everybody knows one<br>Song sung blue<br>Every garden grows one<br><br>Me and you are subject to the blues now and then<br>But when you take the blues and make a song<br>You sing them out again<br>Sing them out again<br><br>Song sung blue<br>Weeping like a willow<br>Song sung blue<br>Sleeping on my pillow | Song sung blue, everybody knows one<br><br>Song sung blue, every garden grows one<br><br><br>Me and you are subject to the blues now and then<br>But when you take the blues and make a song<br>You sing 'em out again<br>Sing 'em out again<br><br>Song sung blue<br>Weeping like a willow<br>Song sung blue<br>Sleeping on my pillow |

| | |
|---|---|
| Funny thing, but you can sing it with a cry in your voice<br>And before you know, it get to feeling good<br>You simply got no choice<br><br><br><br><br><br><br>Me and you are subject to the blues now and then<br>But when you take the blues and make a song<br>You sing them out again<br><br><br>Song sung blue<br>Weeping like a willow<br>Song sung blue<br>Sleeping on my pillow<br><br>Funny thing, but you can sing it with a cry in your voice<br>And before you know, it started feeling good<br>You simply got no choice<br><br>Song sung blue<br>Song sung blue<br>Funny thing, but you can sing it with a cry in your voice | Funny thing, but you can sing it with a cry in your voice<br>And before you know, start to feeling good<br>You simply got no choice<br><br>Song sung blue<br>Everybody knows one<br>Song sung blue<br>Every garden grows one<br><br>Me and you are subject to the blues now and then<br>But when you take the blues and make a song<br>You sing 'em out again<br>Sing 'em out again<br><br>Song sung blue<br>Weeping like a willow<br>Song sung blue<br>Sleeping on my pillow<br><br><br><br><br><br>Song sung blue<br>Everybody knows one |

10888 - "The Catalyst" by Linkin Park

| LyricFind | Claude |
|---|---|
| God bless us, everyone<br>We're a broken people living under loaded gun<br>And it can't be outfought<br>It can't be outdone<br>It can't be outmatched<br>It can't be outrun<br><br>No<br><br>God bless us, everyone<br>We're a broken people living under loaded gun<br><br>And it can't be outfought<br>It can't be outdone | God bless us everyone,<br>We're a broken people living under loaded gun.<br>And it can't be outfought,<br>It can't be outdone,<br>It can't be outmatched,<br>It can't be outrun.<br><br>No!<br><br>God bless us everyone,<br>We're a broken people living under loaded gun. |

It can't be outmatched
It can't be outrun
No

And when I close my eyes tonight
To symphonies of blinding light
(God bless us, everyone
We're a broken people living under loaded gun,
oh)
Like memories in cold decay
Transmissions echoing away
Far from the world of you and I
Where oceans bleed into the sky

God save us, everyone
Will we burn inside the fires of a thousand
suns?
For the sins of our hand
The sins of our tongue
The sins of our father
The sins of our young

No

God save us, everyone
Will we burn inside the fires of a thousand
suns?
For the sins of our hand
The sins of our tongue
The sins of our father
The sins of our young
No

And when I close my eyes tonight
To symphonies of blinding light
(God save us, everyone
Will we burn inside the fires of a thousand
suns? Oh)
Like memories in cold decay
Transmissions echoing away
Far from the world of you and I
Where oceans bleed into the sky

Oh, like memories in cold decay
Transmissions echoing away
Far from the world of you and I
Where oceans bleed into the sky

Lift me up

Oh!
Like memories in cold decay,
Transmissions echoing away,
Far from the world of you and I
Where oceans bleed into the sky.

God save us everyone,
Will we burn inside the fires of a thousand
suns?
For the sins of our hands,
The sins of our tongues,
The sins of our fathers,
The sins of our young.

No!

God save us everyone,
Will we burn inside the fires of a thousand
suns?

Oh!
Like memories in cold decay,
Transmissions echoing away,
Far from the world of you and IWhere oceans
bleed into the sky.

Lift me up,
Let me go.

| | |
|---|---|
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up | |
| Let me go | |
| Lift me up (it can't be outfought, it can't be outdone) | |
| Let me go (it can't outmatched, it can't be outrun now) | God bless us everyone. |
| | We're a broken people living under loaded gun. |
| God bless us, everyone | And it can't be outfought, |
| We're a broken people living under loaded gun | It can't be outdone, |
| And it can't be outfought | It can't outmatched, |
| It can't be outdone | It can't be outrun. |
| It can't outmatched | |
| It can't be outrun | No! |
| | God bless us everyone. |
| No | We're a broken people living under loaded gun. |
| God bless us, everyone | Oh! |
| We're a broken people living under loaded gun | Like memories in cold decay, |
| And it can't be outfought | Transmissions echoing away, |
| It can't be outdone | Far from the world of you and IWhere oceans |
| It can't outmatched | bleed into the sky. |
| It can't be outrun | |

10889 - "Sweet Home Alabama" by Lynyrd Skynyrd

| LyricFind | Claude |
|---|---|
| (One, two, three) | |
| (Turn it up) | |
| Big wheels keep on turning | Big wheels keep on turning |

Carry me home to see my kin
Singing songs about the Southland
I miss Alabamy once again and I think it's a sin, yes

Well, I heard Mister Young sing about her
(southern man)
Well, I heard ol' Neil put her down
Well, I hope Neil Young will remember
A southern man don't need him around, anyhow

Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you

In Birmingham they love the Governor, boo, boo, boo
Now we all did what we could do
Now Watergate does not bother me
Does your conscience bother you? Tell the truth

Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you, here I come Alabama

(Oh oh oh, Alabama, oh oh oh, Alabama)
(Oh oh oh, Alabama, oh oh oh, Alabama)

Now Muscle Shoals has got the Swampers
And they've been known to pick a song or two
(yes, they do)
Lord, they get me off so much
They pick me up when I'm feeling blue, now how 'bout you?

Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you

Sweet home Alabama, oh, sweet home, baby
Where the skies are so blue and the governor's true

Carry me home to see my kin
Singing songs about the Southland
I miss Alabamy once again

And I think it's a sin, yes
Well I heard mister Young sing about her
Well, I heard ol' Neil put her down
Well, I hope Neil Young will remember
A Southern man don't need him around anyhow

Sweet home Alabama
Where the skies are so blue
Sweet Home Alabama
Lord, I'm coming home to you

In Birmingham they love the governor
Now we all did what we could do
Now Watergate does not bother me
Does your conscience bother you?
Tell the truth

Sweet home Alabama
Where the skies are so blue
Sweet Home Alabama
Lord, I'm coming home to you

Here I come Alabama

Now Muscle Shoals has got the Swampers
And they've been known to pick a song or two
Lord they get me off so much
They pick me up when I'm feeling blue
Now how about you?

Sweet home Alabama
Where the skies are so blue
Sweet Home Alabama
Lord, I'm coming home to you

Sweet home Alabama
Where the skies are so blue
Sweet Home Alabama

| | |
|---|---|
| Sweet home Alabama, Lordy<br>Lord, I'm coming home to you, yeah yeah<br><br>My, Montgomery's got the answer | Lord, I'm coming home to you |

10892 - "Not Dark Yet" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Shadows are falling and I been here all day<br>It's too hot to sleep and time is running away<br>Feel like my soul has turned into steel<br>I've still got the scars that the sun didn't let me heal<br><br>There's not even room enough to be anywhere<br>It's not dark yet, but it's getting there<br><br>Well my sense of humanity is going down the drain<br>Behind every beautiful thing, there's been some kind of pain<br>She wrote me a letter and she wrote it so kind<br>She put down in writin' what was in her mind<br><br>I just don't see why I should even care<br>It's not dark yet, but it's getting there<br><br>Well I been to London and I been to gay Paree<br>I followed the river and I got to the sea<br>I've been down to the bottom of a whirlpool of lies<br>I ain't lookin' for nothin' in anyone's eyes<br><br>Sometimes my burden is more than I can bear<br>It's not dark yet, but it's getting there<br><br>I was born here and I'll die here, against my will<br>I know it looks like I'm movin' but I'm standin' still<br>Every nerve in my body is so naked and numb<br>I can't even remember what it was I came here to get away from<br><br>Don't even hear the murmur of a prayer | Shadows are falling and I've been here all day<br>It's too hot to sleep and time is running away<br>Feel like my soul has turned into steel<br>I've still got the scars that the sun didn't heal<br><br>There's not even room enough to be anywhere<br>It's not dark yet, but it's getting there<br><br>Well, my sense of humanity has gone down the drain<br>Behind every beautiful thing there's been some kind of pain<br>She wrote me a letter and she wrote it so kind<br>She put down in writing what was in her mind<br><br>I just don't see why I should even care<br>It's not dark yet, but it's getting there<br><br>Well, I've been to London and I've been to gay Paree<br>I've followed the river and I got to the sea<br>I've been down on the bottom of a world full of lies<br>I ain't looking for nothing in anyone's eyes<br><br>Sometimes my burden seems more than I can bear<br>It's not dark yet, but it's getting there<br><br>I was born here and I'll die here against my will<br>I know it looks like I'm moving, but I'm standing still<br>Every nerve in my body is so vacant and numb<br>I can't even remember what it was I came here to get away from<br><br>Don't even hear a murmur of a prayer<br>It's not dark yet, but it's getting there |

| It's not dark yet, but it's getting there | |

10894 - "House at Pooh Corner" by Loggins and Messina

| LyricFind | Claude |
|---|---|
| Christopher Robin and I walked along<br>Under branches lit up by the moon.<br>Posing our questions to owl and eeyore<br>As our days disappeared all too soon.<br><br>But I've wandered much further today than I should<br>And I can't seeem to find my way back to the wood.<br>So, help me if you can I've got to get<br>Back to the house at Pooh corner by one.<br><br>You;d be surprised there's so much to be done,<br>Count all the bees in the hive,<br>Chase all the clouds from the sky.<br>Back to the days of Christopher Robin and Pooh.<br>Winnie the Pooh doesn't know what to do,<br><br>Got a honey jar stuck on his nose.<br>He came to me asking help and advice<br>And from here no one knows where he goes.<br>So I sent him to ask of te Owl if he's there,<br>How to loosen a jar from the nose of a bear<br>So, help me if you can I've got to get<br>Back to the house at Pooh corner by one<br>You'd be surprised there's so much to be done,<br>Count all the bees in the hive,<br>Chase all the clouds from the sky .<br>Back to the days of Christopher Robin and Pooh,<br>Back to the days of Christopher Robin,<br>Back to the ways of Pooh | Christopher Robin and I walked along<br>Under branches lit up by the moon<br>Posing our questions to Owl and Eeyore<br>As our days disappeared all too soon<br><br>But I've wandered much further today than I should<br>And I can't seem to find my way back to the Wood<br>So help me if you can, I've got to get<br>To the House at Pooh Corner by one<br><br>You'd be surprised, there's so much to be done<br>Count all the bees in the hive<br>Chase all the clouds from the sky<br>Back to the days of Christopher Robin and Pooh<br><br>Willy nilly silly old bear |

10899 - "Father of Mine" by Everclear

| **LyricFind** | **Claude** |
|---|---|
| Father of mine<br>Tell me where have you been<br>You know I just closed my eyes | Father of mine<br>Tell me where have you been<br>You know I just closed my eyes |

My whole world disappeared
Father of mine
Take me back to the day
Yeah, when I was still your golden boy
Back before you went away

I remember the blue skies
Walking the block
I loved it when you held me high
I loved to hear you talk
You would take me to the movie
You would take me to the beach
Take me to a place inside
That is so hard to reach

Father of mine
Tell me where did you go
You had the world inside your hand
But you did not seem to know
Father of mine
Tell me what do you see
When you look back at your wasted life
And you don't see me

I was ten years old
Doing all that I could
Wasn't easy for me to be a scared white boy
In a black neighborhood
Sometimes you would send me a birthday card
With a five dollar bill
Yeah, I never understood you then
And I guess I never will

Daddy gave me a name
My dad he gave me a name (then he walked
away)
Daddy gave me a name (then he walked away)
My dad he gave me a name

Daddy gave me a name
Daddy gave me a name (then he walked away)
Daddy gave me a name (then he walked away)
My daddy gave me a name

Yeah, yeah, oh yeah

My whole world disappeared

Father of mine
Take me back to the day
When I was still your golden boy
Back before you went away

I remember the blue skies, your smile
I remember the day you told me
'Goodbye'

Father of mine
Tell me where did you go
You had the world inside your hand
But you did not seem to know

Father of mine
Tell me what do you see
When you look back at your wasted life
And you don't see me

I remember the blue skies, your smile
I remember the day you told me
'Goodbye'

Daddy gave me a name
My dad he gave me a name

Then he walked away..
Daddy gave me a name
Then he walked away

My dad gave me a name
Then he went away

| | |
|---|---|
| Father of mine<br>Tell me where have you been<br>Yeah, I just closed my eyes<br>And the world disappeared<br>Father of mine<br>Tell me how do you sleep<br>With the children you abandoned<br>And the wife I saw you beat<br><br>I will never be safe<br>I will never be sane<br>I will always be weird inside<br>I will always be lame<br>Now I'm a grown man<br>With a child of my own<br>And I swear I'm not going to let her know<br>All the pain I have known<br><br>Then he walked away<br>Daddy gave me a name<br>Then he walked away<br>My daddy gave me a name<br>Then he walked away<br>My daddy gave me a name<br>Then he walked away<br>My daddy gave me a name<br>Then he walked away (yeah)<br>Then he walked away (yeah)<br>Then he walked away (oh, yeah) | |

10902 - "Cosmic Love" by Florence and the Machine

| LyricFind | Claude |
|---|---|
| A falling star<br>Fell from your heart<br>And landed in my eyes<br>I screamed aloud<br>As it tore through them<br>And now it's left me blind<br><br>The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart | A falling star fell from your heart<br><br>And landed in my eyes<br>I screamed aloud, as it tore through them,<br><br>And now it's left me blind<br><br>The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart |

| | |
|---|---|
| And in the dark, I can hear your heartbeat<br>I tried to find the sound<br>But then it stopped, and I was in the darkness<br>So darkness I became | And in the dark, I can hear your heartbeat<br>I tried to find the sound<br>But then it stopped, and I was in the darkness,<br>So darkness I became |
| The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart | The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart |
| I took the stars from our eyes, and then I made a map<br>And knew that somehow I could find my way back<br>Then I heard your heart beating<br>You were in the darkness too<br>So I stayed in the darkness with you | I took the stars from my eyes, and then I made a map<br>And knew that somehow I could find my way back<br>Then I heard your heart beating, you were in the darkness too<br>So I stayed in the darkness with you |
| The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart | The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart |
| The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart | The stars, the moon, they have all been blown out<br>You left me in the dark<br>No dawn, no day, I'm always in this twilight<br>In the shadow of your heart |

10906 - "Fresh Prince of Bel-Air" theme song by Will Smith

| LyricFind | Claude |
|---|---|
| Now this is a story all about how<br>My life got flipped, turned upside down<br>And I'd like to take a minute<br>Just sit right there<br>I'll tell you how I became the prince of a town called Bel-Air | Now, this is a story all about how<br>My life got flipped-turned upside down<br>And I'd like to take a minute<br>Just sit right there<br>I'll tell you how I became the prince of a town called Bel Air |
| In West Philadelphia born and raised<br>On the playground was where I spent most of my days<br>Chillin' out, maxin,' relaxin' all cool<br>And all shootin' some b-ball outside of the school | In west Philadelphia born and raised<br>On the playground was where I spent most of my days<br>Chillin' out maxin' relaxin' all cool<br>And all shootin some b-ball outside of the school |

When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
And said, "You're movin' with your auntie and
uncle in Bel-Air"

I begged and pleaded with her day after day
But she packed my suitcase and sent me on my
way
She gave me a kiss and then she gave me my
ticket
I put my Walkman on and said, "I might as well
kick it"

First class, yo this is bad
Drinking orange juice out of a champagne glass
Is this what the people of Bel-Air living like?
Hmm, this might be alright

But wait I hear they're prissy, bourgeois and all
that
Is this the type of place that they should send
this cool cat?
I don't think so, I'll see when I get there

I hope they're prepared for the prince of Bel-
Air

Well, uh, the plane landed and when I came out
There was a dude looked like a cop standing
there with my name out
I ain't tryna get arrested yet, I just got here

I sprang with the quickness like lightning,
disappeared

I whistled for a cab and when it came near
The license plate said "fresh" and it had dice in
the mirror
If anything I could say that this cab was rare
But I thought, "Nah, forget it, yo, holmes, to Bel-
Air"

I pulled up to a house about seven or eight
And I yelled to the cabbie, "Yo, holmes, smell ya
later"
Looked at my kingdom, I was finally there

To sit on my throne as the Prince of Bel-Air

When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
She said 'You're movin' with your auntie and
uncle in Bel Air'

I begged and pleaded with her day after day
But she packed my suit case and sent me on my
way
She gave me a kiss and then she gave me my
ticket.
I put my Walkman on and said, 'I might as well
kick it'.

First class, yo this is bad
Drinking orange juice out of a champagne glass.
Is this what the people of Bel-Air living like?
Hmmmmm this might be alright.

But wait I hear they're prissy, bourgeois, all
that
Is this the type of place that they just send this
cool cat?
I don't think so
I'll see when I get there
I hope they're prepared for the prince of Bel-
Air

Well, the plane landed and when I came out
There was a dude who looked like a cop standing
there with my name out
I ain't trying to get arrested yet
I just got here

I sprang with the quickness like lightning,
disappeared

I whistled for a cab and when it came near
The license plate said fresh and it had dice in
the mirror
If anything I could say that this cab was rare
But I thought 'Nah, forget it' - 'Yo, homes to Bel
Air'

I pulled up to the house about seven or eigth
And I yelled to the cabbie 'Yo homes smell ya
later'
I looked at my kingdom
I was finally there

| | To sit on my throne as the Prince of Bel Air |
|---|---|

10917 - "Your Guardian Angel" by The Red Jumpsuit Apparatus

| LyricFind | Claude |
|---|---|
| When I see your smile<br>Tears run down my face<br>I can't replace<br>And now that I'm strong I have figured out<br>How this world turns cold<br>And it breaks through my soul and I know<br>I'll find deep inside me<br>I can be the one<br><br>I will never let you fall<br>I'll stand up with you forever<br>I'll be there for you through it all<br>Even if saving you sends me to heaven<br><br>It's okay<br>It's okay<br>It's okay<br><br>Seasons are changing and waves are crashing<br>and<br><br>Stars are falling all for us<br>Days grow longer and nights grow shorter<br>I can show you I'll be the one<br><br>I will never let you fall<br>I'll stand up with you forever<br>I'll be there for you through it all<br>Even if saving you sends me to heaven<br><br>'Cause you're my<br>You're my, my<br>My true love<br>My whole heart<br>Please don't throw that away<br>'Cause I'm here for you<br>Please don't walk away and<br>Please tell me you'll stay, yeah<br>Whoa<br>Stay, whoa, whoa<br>Use me as you will<br>Pull my strings just for a thrill | When I see your smile<br>Tears roll down my face I can't replace<br>And now that I'm strong I have figured out<br>How this world turns cold and it breaks<br>through my soul<br>And I know I'll find deep inside me I can be the<br>one<br><br>I will never let you fall<br>I'll stand up for you forever<br>I'll be there for you through it all<br>Even if saving you sends me to heaven<br><br>It's okay. It's okay. It's okay.<br><br>Seasons are changing<br>And waves are crashing<br>And stars are falling all for us<br>Days grow longer and nights grow shorter<br>I can show you I'll be the one<br><br>I will never let you fall<br>I'll stand up for you forever<br>I'll be there for you through it all<br>Even if saving you sends me to heaven<br><br>Cause you're my, you're my, my, my true love,<br>my whole heart<br><br>Please don't throw that away<br>Cause I'm here for you<br>Please don't walk away and<br>Please tell me you'll stay, stay<br><br><br>Use me as you will<br>Pull my strings just for a thrill |

| | |
|---|---|
| And I know I'll be okay<br>Though my skies are turning grey (grey)<br><br>I will never let you fall<br>I'll stand up with you forever<br>I'll be there for you through it all<br>Even if saving you sends me to heaven<br><br>I will never let you fall<br>I'll stand up with you forever<br>I'll be there for you through it all<br>Even if saving you send me to heaven | And I know I'll be okay<br>Though my skies are turning gray<br><br>I will never let you fall<br>I'll stand up for you forever<br>I'll be there for you through it all<br>Even if saving you sends me to heaven |

10918 - "Given Up" by Linkin Park

| LyricFind | Claude |
|---|---|
| Wake in a sweat again<br>Another day's been laid to waste<br>In my disgrace<br>Stuck in my head again<br>Feels like I'll never leave this place<br>There's no escape<br>I'm my own worst enemy<br><br>I've given up<br>I'm sick of feeling<br>Is there nothing you can say?<br>Take this all away<br>I'm suffocating<br>Tell me what the fuck is wrong with me<br><br><br>I don't know what to take<br>Thought I was focused, but I'm scared<br>I'm not prepared<br>I hyperventilate<br>Looking for help somehow, somewhere<br>And no one cares<br>I'm my own worst enemy<br><br>I've given up<br>I'm sick of feeling<br>Is there nothing you can say?<br>Take this all away<br>I'm suffocating<br>Tell me what the fuck is wrong with me | Wake in a sweat again<br>Another day's been laid to waste<br>In my disgrace<br>Stuck in my head again<br>Feels like I'll never leave this place<br>There's no escape<br><br>I'm my own worst enemy<br>I've given up<br>I'm sick of feeling<br>Is there nothing you can say<br>Take this all away<br>I'm suffocating<br><br>Tell me what the hell is wrong<br>With me<br><br><br>I don't know what to take<br>Thought I was focused but I'm scared<br>I'm not prepared<br>I hyperventilate<br>Looking for help somehow, somewhere<br>And no one cares<br><br>I'm my own worst enemy<br>I've given up<br>I'm sick of feeling<br>Is there nothing you can say<br>Take this all away<br>I'm suffocating |

| | |
|---|---|
| | Ggaaaaaaaah!<br><br>Tell me what the hell is wrong<br>With me<br><br>Goddddd!!! |
| God<br><br>Put me out of my misery<br>Put me out of my misery<br>Put me out of my<br>Put me out of my fucking misery<br><br>I've given up<br>I'm sick of feeling<br>Is there nothing you can say?<br>Take this all away<br>I'm suffocating<br>Tell me what the fuck is wrong with me | I've given up<br>I'm sick of feeling<br>Is there nothing you can say<br>Take this all away<br>I'm suffocating<br><br>Tell me what the hell is wrong<br>With me |

10922 - "All I Really Want to Do" by Bob Dylan

| LyricFind | Claude |
|---|---|
| I ain't lookin' to compete with you<br>Beat or cheat or mistreat you<br>Simplify you, classify you<br>Deny, defy or crucify you<br>All I really want to do<br>Is, baby, be friends with you<br><br>No, and I ain't lookin' to fight with you<br>Frighten you or uptighten you<br>Drag you down or drain you down<br>Chain you down or bring you down<br>All I really want to do<br>Is, baby, be friends with you<br><br>I ain't lookin' to block you up<br>Shock or knock or lock you up<br>Analyze you, categorize you<br>Finalize you or advertise you<br>All I really want to do<br>Is, baby, be friends with you<br><br>I don't want to straight-face you<br>Race or chase you, track or trace you | I ain't lookin' to compete with you<br>Beat or cheat or mistreat you<br>Simplify you, classify you<br>Deny, defy or crucify you<br>All I really want to do<br>Is, baby, be friends with you<br><br>No, and I ain't lookin' to fight with you<br>Frighten you or lighten up your night time<br>Might not be right time<br><br><br><br>I ain't lookin' to block you up<br>Shock or knock or lock you up<br>Analyze you, categorize you<br>Finalize you or advertise you<br>All I really want to do<br>Is, baby, be friends with you<br><br>I don't want to straight-face you<br>Race or chase you, track or trace you |

| | |
|---|---|
| Or disgrace you or displace you<br>Or define you or confine you<br>All I really want to do<br>Is, baby, be friends with you<br><br>I don't want to meet your kin<br>Make you spin or do you in<br>Or select you or dissect you<br>Or inspect you or reject you<br>All I really want to do<br>Is, baby, be friends with you<br><br>I don't want to fake you out<br>Take or shake or forsake you out<br>I ain't lookin' for you to feel like me<br>See like me or be like me<br>All I really want to do<br>Is, baby, be friends with you | Or disgrace you or displace you<br>Or define you or confine you<br>All I really want to do<br>Is, baby, be friends with you<br><br>I don't want to meet your kin<br>Make you spin or do you in<br>Or select you or dissect you<br>Or inspect you or reject you<br>All I really want to do<br>Is, baby, be friends with you. |

10931 - "Santeria" by Sublime

| LyricFind | Claude |
|---|---|
| I don't practice Santeria, I ain't got no crystal ball<br>Well, I had a million dollars but I'd, I'd spend it all<br>If I could find that Heina and that Sancho that she's found<br>Well, I'd pop a cap in Sancho and I'd slap her down<br><br>What I really want to know<br>Ah, baby, mm<br>What I really want to say<br>I can't define<br>Well it's love that I need<br>Oh, my soul will have to wait 'til I get back and find<br>Heina of my own<br>Daddy's gonna love one and all<br>I feel the break, feel the break<br>Feel the break and I got to live it up, oh yeah huh<br><br>Well, I swear that I, well I really want to know<br>Ah, baby, what I really want to say, I can't | Santeria, Santeria, Santeria<br>I don't practice Santeria<br>I ain't got no crystal ball<br>Well, I had a million dollars but I, I'd spend it all<br>If I could find that Heina and that Sancho that she's found<br>Well, I'd pop a cap in Sancho and I'd slap her down<br>What I really want to know, my baby, oh<br>What I really want to say is there's just one way back<br>And I'll make my way there to see my ladykiller<br>She's calling me, calling me, she's calling me<br>She's calling me, calling me every day<br>Santeria, Santeria, Santeria<br>I don't practice Santeria<br>I ain't got no crystal ball<br>Santeria, Santeria, Santeria<br>I don't practice Santeria<br>I ain't got no crystal ball<br>I had a million dollars but I, I'd spend it all<br>If I could find that Heina and that Sancho that she's found<br>Well, I'd pop a cap in Sancho and I'd slap her down |

| | |
|---|---|
| define | What I really want to know, my baby, oh |
| That love, make it go, my soul will have to | What I really want to say is there's just one way back |
| | And I'll make my way there to see my ladykiller |
| Ooh, what I really want to say, ah baby | She's calling me, calling me, she's calling me |
| What I really want to say, is I've got mine | She's calling me, calling me everday |
| And I'll make it, yes, I'm going up | Santeria, Santeria, Santeria |
| Tell Sanchito that if he knows what is good for him | I don't practice Santeria |
| He best go run and hide | I ain't got no crystal ball |
| Daddy's got a new .45 | |
| And I won't think twice to stick that barrel straight down Sancho's throat | Santeria, Santeria, Santeria |
| Believe me when I say that I got something for his punk ass | I don't practice Santeria |
| | I ain't got no crystal ball |
| What I really want know, my baby | |
| Ooh, what I really want to say is there's just one way back | |
| And I'll make it, yeah, my soul will have to wait | |
| | |
| Yeah, yeah, yeah | |

10932 - "Flavor of the Week" by American Hi-Fi

| LyricFind | Claude |
|---|---|
| She paints her nails and she don't know | She paints her nails and she don't know |
| He's got her best friend on the phone | He's got her best friend on the phone |
| She'll wash her hair | She'll wash her hair, his dirty clothes |
| His dirty clothes are all he gives to her | Are all he gives to her |
| And he's got posters on the wall | |
| Of all the girls he wished she was | And he's got posters on the wall |
| And he means everything to her | Of all the girls he wished she was |
| | And he means everything to her |
| Her boyfriend, he don't know | |
| Anything about her | Her boyfriend, he don't know |
| He's too stoned, Nintendo | Anything about her |
| I wish that I could make her see | He's too stoned, he's too far gone |
| She's just the flavor of the week | He's too out of it |
| | Every day |
| It's Friday night and she's all alone | She just gets more desperate |
| He's a million miles away | And everyday |
| She's dressed to kill | He just gets more desperate |
| But the TV's on | Than the day before |
| He's connected to the sound | She's the flavor of the week |
| And he's got pictures on the wall | |
| Of all the girls he's loved before | She makes him feel like he's the one |
| | She comes around, when she's bored |

| | |
|---|---|
| And she knows all his favorite songs | And lonely<br>Or when she needs some loving arms to<br>Run to for the night<br><br>And he's got friends who say<br>They've had a go with her<br>And tease about it when she's<br>Not around, they're all dogs<br>Every one |
| Her boyfriend, he don't know<br>Anything about her<br>He's too stoned, Nintendo<br>I wish that I could make her see<br>She's just the flavor of the week<br><br>Yeah | Her boyfriend, he don't know<br>Anything about her<br>He's too stoned, he's too far gone<br>He's too out of it<br>Every day<br>She just gets more desperate<br>Every day<br>He just gets more desperate<br>Than the day before<br>She's the flavor of the week |
| Her boyfriend, he don't know<br>Anything about her<br>He's too stoned, he's too stoned<br>He's too stoned, he's too stoned<br><br>Her boyfriend, he don't know<br>Anything about her<br>He's too stoned, Nintendo<br>I wish that I could make her see<br>She's just the flavor of the week<br><br>Yeah she's the flavor of the week<br>But she makes me weak | He's too stoned, he's too far gone<br>He's too out of it<br>Every day<br>She just gets more desperate<br>Every day<br>He just gets more desperate<br>Than the day before<br>She's the flavor of the week |

10948 - "Lovesong" by The Cure

| LyricFind | Claude |
|---|---|
| Whenever I'm alone with you<br>You make me feel like I am home again<br>Whenever I'm alone with you<br>You make me feel like I am whole again<br><br>Whenever I'm alone with you<br>You make me feel like I am young again<br>Whenever I'm alone with you<br>You make me feel like I am fun again | <br><br><br><br><br>Whenever I'm alone with you<br>You make me feel like I am young again<br>Whenever I'm alone with you<br>You make me feel like I am fun again |

198

| | |
|---|---|
| However far away<br>I will always love you<br>However long I stay<br>I will always love you<br>Whatever words I say<br>I will always love you<br>I will always love you<br><br>(Fly me to the moon)<br><br>Whenever I'm alone with you<br>You make me feel like I am free again<br>Whenever I'm alone with you<br>You make me feel like I am clean again<br><br>However far away<br>I will always love you<br>However long I stay<br>I will always love you<br>Whatever words I say<br>I will always love you<br>I will always love you | However far away<br>I will always love you<br>However long I stay<br>I will always love you<br>Whatever words I say<br>I will always love you<br>I will always love you<br><br><br><br>Whenever I'm alone with you<br>You make me feel like I am free again<br>Whenever I'm alone with you<br>You make me feel like I am clean again<br><br>However far away<br>I will always love you<br>However long I stay<br>I will always love you<br>Whatever words I say<br>I will always love you<br>I will always love you |

10951 - "Somewhere I Belong" by Linkin Park

| LyricFind | Claude |
|---|---|
| When this began<br>I had nothing to say<br>And I'd get lost in the nothingness inside of me<br>(I was confused)<br>And I let it all out to find that<br>I'm not the only person with these things in mind (inside of me)<br>But all the vacancy the words revealed<br>Is the only real thing that I got left to feel<br>(nothing to lose)<br>Just stuck, hollow and alone<br>And the fault is my own<br>And the fault is my own<br><br>I want to heal, I want to feel<br>What I thought was never real<br>I want to let go of the pain I felt so long (erase all the pain 'til it's gone)<br>I want to heal, I want to feel<br>Like I'm close to something real<br>I want to find something I've wanted all along<br>Somewhere I belong | When this began<br>I had nothing to say<br>And I get lost in the nothingness inside of me<br>I was confused<br>And I let it all out to find / That I'm not the only person with these things in mind<br>Inside of me<br>But all the vacancy the words revealed<br>Is the only real thing that I've got left to feel<br>Nothing to lose<br>Just stuck, hollow and alone<br>And the fault is my own and the fault is my own<br><br>I wanna heal, I wanna feel what I thought was never real<br>I wanna let go of the pain I've felt so long<br>Erase all the pain till it's gone<br>I wanna heal, I wanna feel like I'm close to something real<br>I wanna find something I've wanted all along<br>Somewhere I belong |

And I've got nothing to say
I can't believe I didn't fall right down on my face (I was confused)
Looking everywhere only to find
That it's not the way I had imagined it all in my mind (so what am I?)

What do I have but negativity?
'Cause I can't justify the way everyone is looking at me (nothing to lose)

Nothing to gain, hollow and alone
And the fault is my own
And the fault is my own

I want to heal, I want to feel
What I thought was never real
I want to let go of the pain I've held so long
(erase all the pain 'til it's gone)
I want to heal, I want to feel
Like I'm close to something real
I want to find something I've wanted all along
Somewhere I belong

I will never know myself until I do this on my own

And I will never feel
Anything else until my wounds are healed
I will never be
Anything 'til I break away from me
I will break away, I'll find myself today

I want to heal, I want to feel
What I thought was never real
I want to let go of the pain I felt so long (erase all the pain 'til it's gone)
I want to heal, I want to feel
Like I'm close to something real
I want to find something I've wanted all along
Somewhere I belong

I want to heal I want to feel like I'm
Somewhere I belong
I want to heal I want to feel like I'm somewhere I belong
Somewhere I belong

And I've got nothing to say
I can't believe I didn't fall right down on my face
I was confused
Looking everywhere only to find
That it's not the way I had imagined it all in my mind

So what am I
What do I have but negativity
Cause I cant justify the way, everyone is looking at me
Nothing to lose
Nothing to gain, hollow and alone
And the fault is my own and the fault is my own

I wanna heal, I wanna feel what I thought was never real
I wanna let go of the pain I've felt so long
Erase all the pain till it's gone
I wanna heal, I wanna feel like I'm close to something real
I wanna find something I've wanted all along
Somewhere I belong

I will never know myself
until I do this on my own
And I will never feel
until I let go of it all
So I let go

I wanna heal, I wanna feel like I'm close to something real
I wanna find something I've wanted all along
Somewhere I belong

10975 - "In My Place" by Coldplay

| LyricFind | Claude |
|---|---|
| In my place, in my place<br>Were lines that I couldn't change<br>I was lost, oh yeah<br>And I was lost, I was lost<br>Crossed lines I shouldn't have crossed<br>I was lost, oh yeah | Verse 1:<br>In my place, in my place<br>Were lines that I couldn't change<br>I was lost, oh yeah<br>I was lost, I was lost<br>Crossed lines I shouldn't have crossed<br>I was lost, oh yeah |
| Yeah, how long must you wait for it?<br>Yeah, how long must you pay for it?<br>Yeah, how long must you wait for it?<br>Oh, for it? | Chorus:<br>Yeah, how long must you wait for it?<br>Yeah, how long must you pay for it?<br>Yeah, how long must you wait for it?<br>Oh for it |
| I was scared, I was scared<br>Tired and underprepared<br>But I'll wait for it<br>And if you go, if you go<br>And leave me down here on my own<br>Then I'll wait for you, yeah<br>Yeah, how long must you wait for it?<br>Yeah, how long must you pay for it?<br>Yeah, how long must you wait for it?<br>Oh, for it? | Verse 2:<br>I was scared, I was scared<br>Tired and underprepared<br>But I'll wait for it<br>If you go, if you go<br>And leave me down here on my own<br>Then I'll wait for you<br>Yeah, how long must you wait for it?<br>Yeah, how long must you pay for it?<br>Yeah, how long must you wait for it?<br>Oh for it |
| Sing it, please, please, please<br>Come back, come sing to me, to me, me<br>Come on and sing it out, now, now<br>Come on and sing it out to me, me<br>Come back and sing it | |
| In my place, in my place<br>Were lines that I couldn't change<br>And I was lost, oh yeah, oh yeah | Bridge:<br>In my place, in my place<br>Were lines that I couldn't change<br>I was lost, oh yeah<br>Oh yeah |
| | (Repeat Chorus) |
| | Outro:<br>Yeah I'll wait for it<br>Yeah I'll wait for you |

10977 - "Away from the Sun" by 3 Doors Down

| LyricFind | Claude |
|---|---|
| It's down to this<br>I've got to make this life make sense<br>Can anyone tell what I've done?<br>I miss the life<br>I miss the colors of the world<br>Can anyone tell where I am?<br><br>'Cause now again I found myself so far down<br>Away from the sun that shines into the darkest place<br>I'm so far down<br>Away from the sun again<br>Away from the sun again<br><br>Well, I'm over this<br>I'm tired of living and I'm dark<br>Can anyone see me down here?<br>The feeling's gone<br>There's nothing left to lift me up<br>Back into the world I know<br><br>'Cause now again I found myself so far down<br>Away from the sun that shines into the darkest place<br>I'm so far down, away from the sun<br>That shines to light the way for me<br>To find my way back into the arms<br>That care about the ones like me<br>I'm so far down<br>Away from the sun again<br>Oh no, yeah, oh no<br><br>It's down to this<br>I've got to make this life make sense<br>And now I can't tell what I've done<br>Now again I found myself so far down, away from the sun<br>That shines to light the way for me<br><br>'Cause now again I found myself so far down<br>Away from the sun that shines into the darkest place<br>I'm so far down, away from the sun<br>That shines to light the way for me | Verse 1:<br>It's down to this<br>I've got to make this life make sense<br>Can anyone tell what I've done<br>I miss the life I miss the colors of the world<br>Can anyone tell where I am<br><br>Chorus:<br>'Cause now again I've found myself<br>So far down, away from the sun<br>That shines into the darkest place<br>I'm so far down, away from the sun again<br>Away from the sun again<br><br>Verse 2:<br>I'm over this<br>I'm tired of living in the dark<br>Can anyone see me down here<br>The feeling's gone<br>There's nothing left to lift me up<br>Back into the world I know<br><br>(Repeat Chorus)<br><br><br>Bridge:<br>To find my way back into the light<br>To find my way back into the light<br>To find my way back into the light...<br><br><br>(Repeat Chorus)<br><br><br>Outro:<br>'Cause now again I've found myself<br>So far down, away from the sun<br>That shines to light the darkest place<br>I'm so far down, away from the sun<br>Away from the sun |

| | |
|---|---|
| To find my way back into the arms<br>That care about the ones like me<br>I'm so far down<br>Away from the sun again<br>Oh no, yeah<br>I'm gone | |

10996 - "Runaway" by The Corrs

| LyricFind | Claude |
|---|---|
| Say it's true, there's nothing like me and you<br><br>Not alone, tell me you feel it too<br><br><br>And I would runaway<br>I would runaway, yeah, yeah<br>I would runaway<br>I would runaway with you<br>'Cause I have fallen in love<br>With you, no never have<br>I'm never gonna stop falling in love (with you)<br><br>Close the door, lay down upon the floor<br><br>And by candlelight, make love to me through the night<br>'Cause I have runaway<br>I have runaway, yeah, yeah<br>I have runaway, runaway<br>I have runaway with you<br><br>'Cause I have fallen in love<br>With you, no never have<br>I'm never gonna stop falling in love with you (with you)<br><br>And I would runaway<br>I would runaway, yeah<br>I would runaway<br>I would runaway with you<br>'Cause I have fallen in love | Verse 1:<br>Say it's true,<br>There's nothing like me and you.<br>I'm not alone,<br>Tell me you feel it too.<br><br>Chorus:<br>And I would runaway,<br><br>I would runaway.<br>I would runaway with you.<br>'Cause I am falling in love with you.<br>No never I'm never gonna stop falling in love with you.<br><br>Verse 2:<br>Close the door,<br>Lay down upon the floor.<br>And by candlelight,<br>Make love to me through the night.<br><br>(Repeat Chorus)<br><br>Bridge:<br>'Cause I am falling in love with you.<br>No never I'm never gonna stop falling in love with you.<br><br>(Repeat Chorus)<br><br>And I would runaway,<br><br>I would runaway,<br>I would runaway with you.<br>'Cause I am falling in love with you. |

| | |
|---|---|
| With you, no never have<br>I'm never gonna stop falling in love with you<br>Fallen in love with you<br><br>No never, ever, I'm never gonna stop falling in love with you<br>With you, my love<br>With you, with you<br>Ya, da, da, da, da, da, da, da, da, da, da, ya, da, da | No never I'm never gonna stop falling in love with you.<br>Falling in love, in love with you,<br>'Cause I am falling in love with you.<br>No never I'm never gonna stop falling in love with you. |

10998 - "God Must Have Spent a Little More Time on You" by NSYNC

| LyricFind | Claude |
|---|---|
| Can this be true?<br>Tell me, can this be real?<br>How can I put into words what I feel?<br>My life was complete<br>I thought I was whole<br>Why do I feel like I'm losing control?<br><br>I never thought that love could feel like this<br>And you've changed my world with just one kiss<br>How can it be that right here with me<br>There's an angel?<br>It's a miracle<br><br>Your love is like a river<br>Peaceful and deep<br>Your soul is like a secret<br>That I never could keep<br>When I look into your eyes<br>I know that it's true<br>God must have spent<br>A little more time on you<br><br><br>(A little more time) (I'm sure He did)<br>(Yes, He did, baby)<br><br>In all of creation, all things great and small<br><br>You are the one that surpasses them all<br>More precious than any diamond or pearl | Can this be true?<br>Tell me, can this be real?<br>How can I put into words what I feel?<br>My life was complete<br>I thought I was whole<br>Why do I feel like I'm losing control?<br><br>I never thought that love could feel like this<br>and you've changed my world with just one kiss.<br>How can it be that right here with me<br>there's an angel?<br>It's a miracle...<br><br>Your love is like a river peaceful and deep<br><br>Your soul is like a secret that I never could keep<br><br><br>When I look into your eyes I know that it's true<br><br>God must have spent...<br>A little more time<br>On you...<br><br>(A little more time, yes he did baby)<br><br>In all of creation<br>All things great and small<br>You are the one that surpasses them all<br>More precious than<br>Any diamond or pearl |

204

They broke the mold when you came in this world

And I'm trying hard to figure out
Just how I ever did without
The warmth of your smile
The heart of a child
It's deep inside
Leaves me purified

Your love is like a river
Peaceful and deep
Your soul is like a secret
That I never could keep
When I look into your eyes
I know that it's true
God must have spent
A little more time on you

(On you, on you, on you, you) Yes, He did, babe
Yes He did (on you, on you, on you, you)
(On you, on you, on you, you)
(On you, on you, on you, you)

Never thought that love could feel like this
And you've changed my world with just one kiss
How can it be that right here with me
There's an angel?
It's just a miracle

Your love is like a river
Peaceful and deep
Your soul is like a secret
That I never could keep
When I look into your eyes
I know that it's true
God must have spent
A little more time on you

God must have spent
A little more time on you (on you, on you)
On you
A little more time
You, you

They broke the mold
When you came in this world

And I'm trying hard to figure out
Just how I ever did without
The warmth of your smile
The heart of a child
That's deep inside
Leaves me purified

Your love is like a river peaceful and deep

Your soul is like a secret that I never could keep

When I look into your eyes I know that it's true

God must have spent...
A little more time
On you...

(on you, on you, on you, you...on you, on you, on you, you...)

11019 - "Best Thing That Ever Happened To Me" by Gladys Knight & The Pips

| LyricFind | Claude |
|---|---|
| I've had my share of life's ups and downs<br>But fate's been kind, the downs have been few<br>I guess you could say that I've been lucky<br>Well, I guess you could say that it's all because of you | I've had my share of life's ups and downs<br>But fate's been kind, the downs have been few<br>I guess you could say that I've been lucky<br>Well, I guess you could say it's all because of you |
| If anyone should ever write my life story<br>For whatever reason there might be<br>Oh, you'll be there between each line of pain and glory<br>'Cause you're the best thing that ever happened to me<br>Ah, you're the best thing that ever happened to me | If anyone should ever write my life story<br>For whatever reason there might be<br>Ooo, you'll be there between each line of pain and glory<br>'Cause you're the best thing that ever happened to me<br><br>Ah, you're the best thing that ever happened to me |
| Oh, there have been times when times were hard<br>But always somehow I made it, I made it through<br>'Cause for every moment that I've spent hurting<br>There was a moment that I spent, ah, just loving you | Oh, there have been times when times were hard<br>But always you were there to comfort me<br>And make me glad for all you are<br><br>That's way my dear, I know you're always near<br>You'll always be the best thing that ever happened to me<br><br>You're the best thing that ever happened ......<br>The best thing that ever happened ........<br>The best thing that ever happened to me |
| If anyone should ever write my life story<br>For whatever reason there might be<br>Oh, you'll be there between each line of pain and glory<br>'Cause you're the best thing that ever happened to me<br>Ah, you're the best thing that ever happened to me<br>I know, you're the best thing, oh, that ever happened to me | So if anyone should ever write my life story<br>You'll be there between each line of pain and glory<br>Because you're the best thing that ever happened to me<br>Ah.... |

11036 - "Tangled Up in Blue" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Early one mornin' the sun was shinin'<br>I was layin' in bed | Early one mornin' the sun was shinin'<br>I was layin' in bed |

Wondrin' if she'd changed at all
If her hair was still red
Her folks they said our lives together
Sure was gonna be rough
They never did like
Mama's homemade dress
Papa's bank book wasn't big enough
And I was standin' on the side of the road
Rain fallin' on my shoes
Heading out for the east coast
Lord knows I've paid some dues
Gettin' through
Tangled up in blue

She was married when we first met
Soon to be divorced
I helped her out of a jam I guess
But I used a little too much force
We drove that car as far as we could
Abandoned it out west
Split up on a dark sad night
Both agreeing it was best
She turned around to look at me
As I was walkin' away
I heard her say over my shoulder
We'll meet again some day
On the avenue
Tangled up in blue

I had a job in the great north woods
Working as a cook for a spell
But I never did like it all that much
And one day the axe just fell
So I drifted down to New Orleans
Where I was looking for to be employed
Workin' for a while on a fishin' boat
Right outside of Delacroix
But all the while I was alone
The past was close behind
I seen a lot of women
But she never escaped my mind
And I just grew
Tangled up in blue

She was workin' in a topless place
And I stopped in for a beer
I just kept lookin' at the side of her face
In the spotlight so clear
And later on as the crowd thinned out

Wond'rin' if she'd changed at all
If her hair was still red
Her folks they said our lives together
Sure was gonna be rough
They never did like Mama's homemade dress
Papa's bankbook wasn't big enough

And I was standin' on the side of the road
Rain fallin' on my shoes
Heading out for the East Coast
Lord knows I've paid some dues gettin' through
Tangled up in blue.

She was married when we first met
Soon to be divorced
I helped her out of a jam, I guess
But I used a little too much force
We drove that car as far as we could
Abandoned it out West
Split up on a dark sad night
Both agreeing it was best.

She turned around to look at me
As I was walkin' away
I heard her say over my shoulder
"We'll meet again someday on the avenue"
Tangled up in blue.

I had a job in the great north woods
Working as a cook for a spell
But I never did like it all that much
And one day the ax just fell
So I drifted down to New Orleans
Where I happened to be employed
Workin' for a while on a fishin' boat
Right outside of Delacroix

But all the while I was alone
The past was close behind
I seen a lot of women
But she never escaped my mind, and I just grew
Tangled up in blue.

I's just about to do the same
She was standing there in back of my chair
Said to me, Don't I know your name?
I muttered somethin' under my breath
She studied the lines on my face
I must admit I felt a little uneasy
When she bent down to tie the laces
Of my shoe
Tangled up in blue

She lit a burner on the stove
And offered me a pipe
I thought you'd never say hello, she said
You look like the silent type
Then she opened up a book of poems
And handed it to me
Written by an Italian poet
From the thirteenth century
And everyone of them words rang true
And glowed like burnin' coal
Pourin' off of every page
Like it was written in my soul
From me to you
Tangled up in blue

I lived with them on Montague Street
In a basement down the stairs
There was music in the cafés at night
And revolution in the air
Then he started into dealing with slaves
And something inside of him died
She had to sell everything she owned
And froze up inside
And when finally the bottom fell out
I became withdrawn
The only thing I knew how to do
Was to keep on keepin' on
Like a bird that flew
Tangled up in blue

So now I'm goin' back again
I got to get to her somehow
All the people we used to know
They're an illusion to me now
Some are mathematicians
Some are carpenters' wives
Don't know how it all got started
I don't know what they're doin' with their lives
But me, I'm still on the road

| | |
|---|---|
| Headin' for another joint<br>We always did feel the same<br>We just saw it from a different point of view<br>Tangled up in blue | |

11039 - "Kings and Queens" by 30 Seconds to Mars

| LyricFind | Claude |
|---|---|
| Into the night<br>Desperate and broken<br>The sound of a fight<br>Father has spoken<br><br>We were the kings and queens of promise<br>We were the victims of ourselves<br>Maybe the children of a lesser God<br>Between heaven and hell<br>Heaven and hell<br><br><br>Into your eyes<br>Hopeless and taken<br>We stole our new lives<br><br>In defense of our dreams<br>In defense of our dreams<br><br><br>We were the kings and queens of promise<br>We were the victims of ourselves<br>Maybe the children of a lesser God<br>Between heaven and hell<br>Heaven and hell (heaven and hell)<br><br>The age of man is over<br>A darkness comes at dawn<br>These lessons that we learned here<br>Have only just begun<br><br>We were the kings and queens of promise<br>We were the victims of ourselves<br>Maybe children of a lesser God<br>Between heaven and hell<br><br>We are the kings<br>We are the queens<br>We are the kings | Into the night<br>Desperate and broken<br>The sound of a fight<br>Father has spoken<br><br>We were the kings and queens of promise<br>We were the victims of ourselves<br>Maybe the children of a lesser God<br>Between Heaven and Hell<br><br>Heaven and Hell<br><br>Into your eyes<br>Hopeless and taken<br>We stole our new lives<br>Through blood and name<br><br>In defense of our dreams<br>In defense of our dreams<br><br><br>We were the Kings and Queens of promise<br>We were the victims of ourselves<br>Maybe the Children of a lesser God<br>Between Heaven and Hell<br>Heaven and Hell<br><br>The age of man is over<br>A darkness comes and all<br>These lessons that we've learned here<br>Have only just begun<br><br>We were the Kings and Queens of promise<br>We were the victims of ourselves<br>Maybe the Children of a lesser God<br>Between Heaven and Hell<br><br>We are the Kings<br>We are the Queens<br>We are the Kings |

| | |
|---|---|
| We are the queens<br><br>Oh oh oh<br>Oh oh oh<br>Oh oh oh | We are the Queens |

11044 - "Good Vibrations" by The Beach Boys

| LyricFind | Claude |
|---|---|
| I, I love the colorful clothes she wears<br>And the way the sunlight plays upon her hair<br>I hear the sound of a gentle word<br>On the wind that lifts her perfume through the air<br><br>I'm pickin' up good vibrations<br>She's giving me excitations<br>I'm pickin' up good vibrations (oom bop, bop, good vibrations)<br>She's giving me excitations (oom bop, bop, excitations)<br>Good good good good vibrations (oom bop, bop)<br>She's giving me excitations (oom bop, bop, excitations)<br>Good good good good vibrations (oom bop, bop)<br>She's giving me excitations (oom bop, bop, excitations)<br><br>Close my eyes<br>She's somehow closer now<br>Softly smile, I know she must be kind<br>When I look in her eyes<br>She goes with me to a blossom world<br><br>I'm pickin' up good vibrations<br>She's giving me excitations<br>I'm pickin' up good vibrations (oom bop, bop, good vibrations)<br>She's giving me excitations (oom bop, bop, excitations)<br>Good good good good vibrations (oom bop, bop)<br>She's giving me excitations (oom bop, bop, excitations)<br>Good good good good vibrations (oom bop, | I, I love the colorful clothes she wears<br>And the way the sunlight plays upon her hair<br>I hear the sound of a gentle word<br>On the wind that lifts her perfume through the air<br><br>I'm pickin' up good vibrations<br>She's giving me excitations<br>Good, good, good, good vibrations<br><br>I'm pickin' up good vibrations<br>She's giving me excitations<br>Good, good, good, good vibrations<br><br>Good, good, good, good vibrations<br><br><br><br><br>Close my eyes, she's somehow closer now<br>Softly smile, I know she must be kind<br>When I look in her eyes<br>She goes with me to a blossom world<br><br>I'm pickin' up good vibrations<br>She's giving me excitations<br>Good, good, good, good vibrations<br><br>I'm pickin' up good vibrations<br>She's giving me excitations<br>Good, good, good, good vibrations<br><br>Good, good, good, good vibrations<br><br>(Good, good, good, good vibrations) |

| | |
|---|---|
| bop)<br>She's giving me excitations (oom bop, bop, excitations)<br><br>(Ah)<br>(Ah my my what elation)<br>I don't know where but she sends me there<br>(Ah my, my, what a sensation)<br>(Ah my, my, what elations)<br>(Ah my, my, what)<br><br>Gotta keep those lovin' good vibrations<br>A happenin' with her<br>Gotta keep those lovin' good vibrations<br>A happenin' with her<br>Gotta keep those lovin' good vibrations<br>A happenin'<br><br>Ah<br>Good good good good vibrations (oom bop, bop)<br>She's giving me excitations (oom bop, bop, excitations)<br>Good good good good vibrations (oom bop, bop)<br>She's na, na<br><br>Na, na, na, na, na<br>Na, na, na<br>Na, na, na, na, na<br>Na, na, na<br>Do, do, do, do, do<br>Do, do, do<br>Do, do, do, do, do<br>Do, do, do | (Oom bop bop) Good vibrations<br>(Good, good, good, good vibrations)<br>(Oom bop bop) Excitations |

11046 - "Bonfire" by Childish Gambino

| LyricFind | Claude |
|---|---|
| Okay, it's Childish Gambino, homegirl drop it like the NASDAQ<br>Move white girls like there's coke up my asscrack<br>Move black girls 'cause, man, fuck it, I'll do either<br>I love pussy, I love bitches, dude, I should be runnin' PETA | Okay, it's Childish Gambino, homegirl drop it like the NASDAQ<br>Move white girls like there's coke up my asscrack<br>Move black girls cause, man, fuck it, I'll do either<br>I love pussy, I love bitches, dude, I should be runnin' PETA |

In Adidas, with some short shorts, B-O-O all over me
My green is where it's supposed to be, your green is in my grocery
This Asian dude, I stole his girl, and now he got that Kogi beef
My dick is like an accent mark, it's all about the over Es
Hot like a parked car
I sound weird like nigga with a hard R
Fly like the logo on my cousin's 440
Eatin' Oreos like these white girls that blow me
Vodka for my ladies, whiskey for a grown man
Hangin' in the islands, lookin' for Earl like Toejam
I made the beat retarded, so I'm callin' it a slow jam
Butcher and I know it, man, kill beef, go ham
These rappers are afraid of him
'Cause I'm a beast, bitch, "Grr", Invader Zim
Gambino is a call girl, fuck you, pay me
Brand new whip for these niggas like slavery

Told me I was awful and that shit did not faze me

Tell me how I suck again, my memory is hazy
"You're my favorite rapper now" Yeah, dude, I better be
Or you can fuckin' kiss my ass, Human Centipede
You wanna see my girl? I ain't that dumb
You wanna see my girl? Check Maxim
"Man, why does every black actor gotta rap some?"
I don't know, all I know is I'm the best one

It's a bonfire, turn the lights out (yeah)
I'm burnin' everything you muthafuckas talk about
It's a bonfire (yeah), turn the lights out (uh-huh)
I'm burnin' everything you muthafuckas talk about

You know these rapper dudes talk shit, start killin'
Fuck that, got goons like an archvillain
I'm from the South, ain't got no accent, don't

---

In Adidas, with some short shorts, B-O-O all over me
My green is where it's supposed to be, your green is in my grocery
This Asian dude, I stole his girl, and now he got that Kogi beef
My dick is like an accent mark, it's all about the over Es
Hot like a parked car
I sound weird like nigga with a hard 'R'
Fly like the logo on my cousin's 440
Eatin' Oreos like these white girls that blow me
Vodka for my ladies, whiskey for a grown man
Hangin' in the islands, lookin' for Earl like toe jam
I made the beat retarded, so I'm callin' it a slow jam
Butcher and I know it, man, kill beef, go ham
These rappers are afraid of him
Cause I'm a beast, bitch, Gir, Invader Zim
Gambino is a call girl, fuck you, pay me
Brand new whip for these niggas like slavery

They told me I was awful man, that shit did not phase me
Tell me how I suck again, my memory is hazy
"You're my favorite rapper, now" Yeah, dude, I better be
Or you can fuckin' kiss my ass, Human Centipede

---

know why
So this rap is child's play, I do my name like
Princess Di
Yeah, they say they want the realness, rap
about my real life
Told me I should just quit, "First of all, you talk
white!
Second off, you talk like you haven't given up
yet"
Rap's stepfather, yeah, you hate me but you
will respect
I put in work, ask Ludwig
Put my soul on the track like shoes did
Played this for my cousin, now he can't even
think straight
Black and white music? Now, nigga, that's a
mixtape
Shout out to my blerds, they represent the
realness
Shout out to Gambino Girls, my dick is in the
buildin'
I know you hate me 'cause your little cousin
play me
And I like black girls who nerdy, but when they
dance they be sayin' "Ow"
I'm sorry for who followed me
Chillin' with a Filipina, at your local Jollibee
Yeah, I'm in her ass like sodomy
So if you see my hand under the table, don't
bother me
I don't talk soft, that's that other guy
I'm screamin' "What the fuck is up?" like I ain't
see the sky
The shit I'm doin' this year? Insanity
Made the beat then murdered it, Casey
Anthony
These rappers won't know what to do
'Cause all I did was act me like a Loony Tune
And I'll give you all of me until there's nothin'
left
I swear this summer will be summer Camp,
bitch

11058 - "Don't Worry Baby" by The Beach Boys

| LyricFind | Claude |
|---|---|
| Well its been building up inside of me | Well it's been building up inside of me |

| | |
|---|---|
| For oh I don't know how long<br>I don't know why<br>But I keep thinking<br>Something's bound to go wrong<br><br>But she looks in my eyes<br>And makes me realize<br>And she says "don't worry, baby"<br>Don't worry, baby<br>Don't worry, baby<br>Everything will turn out alright<br><br>Don't worry, baby<br>Don't worry, baby<br>Don't worry, baby<br><br>I guess I should've kept my mouth shut<br>When I started to brag about my car<br>But I can't back down now<br>I pushed the other guys too far<br><br>She makes me come alive<br>And makes me want to drive<br>When she says "don't worry, baby"<br>Don't worry, baby<br>Don't worry, baby<br>Everything will turn out alright<br><br>Don't worry, baby<br>Don't worry, baby<br>Don't worry, baby<br><br>She told me "baby, when you race today<br>Just take along my love with you<br>And if you know how much I loved you<br>Baby nothing could go wrong with you"<br><br>Oh what she does to me<br>When she makes love to me<br>And she says "don't worry, baby"<br>Don't worry, baby<br>Don't worry, baby<br>Everything will turn out alright<br><br>Don't worry, baby<br>Don't worry, baby<br>Don't worry, baby | For oh I don't know how long<br>I don't know why<br>But I keep thinking<br>Something's bound to go wrong<br><br>But she looks in my eyes<br>And makes me realize<br>And she says "Don't worry baby"<br>Don't worry baby<br>Don't worry baby<br><br>Everything will turn out alright<br>Don't worry baby<br>Don't worry baby<br><br>I guess I should've kept my mouth shut<br>When I started to brag about my car<br>But I can't back down now because<br>I pushed the other guys too far<br><br>She's so beautiful<br>She's always on my mind<br>And she says "Don't worry baby"<br><br>Don't worry baby<br>Don't worry baby<br>Everything will turn out alright<br>Don't worry baby<br><br>Don't worry baby<br>Don't worry baby<br>My honey, my baby, you worry too much<br>Don't worry, oh little darling<br>You worry too, too much<br><br><br>Don't you worry<br>Don't worry baby<br>Don't worry baby<br>Everything will turn out alright<br>Don't worry baby<br>Don't you worry baby<br>Don't worry, don't worry, don't worry<br>Don't you worry baby |

11073 - "Let's Get Together" by The Youngbloods

| LyricFind | Claude |
|---|---|
| Love is but the song we sing | Love is but a song we sing |
| Fear's the way we die | Fear's the way we die |
| You can make the mountains ring | You can make the mountains ring |
| Or make the angels cry | Or make the angels cry |
| | |
| Though the bird is on the wing | Though the bird is on the wing |
| And you may not know why | And you may not know why |
| Come on, people now | Come on people now |
| Smile on your brother, everybody get together | Smile on your brother |
| | Everybody get together |
| Try to love one another right now | Try to love one another right now |
| | |
| Some will come and some will go | |
| We will surely pass | |
| When the one that left us here | |
| Returns for us at last | |
| We are but a moment's sunlight | |
| Fading in the grass | |
| Come on, people now | |
| Smile on your brother, everybody get together | |
| Try to love one another right now | |
| | |
| Come on, people now | Come on people now |
| Smile on your brother, everybody get together | Smile on your brother |
| | Everybody get together |
| Try to love one another right now | Try to love one another right now |
| | |
| Come on, people now | Come on people now |
| Smile on your brother, everybody get together | Smile on your brother |
| | Everybody get together |
| Try to love one another right now | Try to love one another right now |
| | |
| If you hear the song I sing | |
| You will understand, listen | |
| You hold the key to love and fear | |
| All in your trembling hand | |
| Just one key unlocks them both | |
| It's there at your command | |
| Come on, people now | Come on people now |
| Smile on your brother, everybody get together | Smile on your brother |
| | Everybody get together |
| Try to love one another right now | Try to love one another right now |
| | |
| Come on, people now | Come on people now |
| Smile on your brother, everybody get together | Smile on your brother |
| | Everybody get together |

| | |
|---|---|
| Try to love one another right now<br>I said, come on, people now<br>Smile on your brother, everybody get together<br>Try to love one another right now<br>Right now, right now | Try to love one another right now |

11075 - "Papercut" by Linkin Park

| LyricFind | Claude |
|---|---|
| Why does it feel like night today?<br>Something inside's not right today<br>Why am I so uptight today?<br>Paranoia's all I got left<br>I don't know what stressed me first<br>Or how the pressure was fed<br>But I know just what it feels like<br>To have a voice in the back of my head<br><br>It's like a face that I hold inside<br>A face that awakes when I close my eyes<br>A face watches every time I lie<br>A face that laughs every time I fall (and watches everything)<br>So you know that when it's time to sink or swim<br>That the face inside is here in me, right underneath my skin<br><br>It's like I'm paranoid lookin' over my back<br>It's like a whirlwind inside of my head<br>It's like I can't stop what I'm hearing within<br>It's like the face inside is right beneath my skin<br><br>I know I've got a face in me<br>Points out all the mistakes in me<br>You've got a face on the inside too<br>Your paranoia's probably worse<br>I don't know what set me off first but I know what I can't stand<br>Everybody acts like the fact of the matter is I can't add up to what you can<br><br>But everybody has a face that they hold inside<br>A face that awakes when I close my eyes<br>A face that watches every time they lie<br>A face that laughs every time they fall (and watches everything) | Why does it feel like night today?<br>Something in here's not right today.<br>Why am I so uptight today?<br>Paranoia's all I got left<br>I don't know what stressed me first<br>Or how the pressure was fed<br>But I know just what it feels like<br>To have a voice in the back of my head<br><br>It's like a face that I hold inside<br>A face that awakes when I close my eyes<br>A face watches every time I lie<br>A face that laughs every time I fall<br>(And watches everything)<br><br>So I know that when it's time to sink or swim<br>That the face inside is hearing me<br>Right underneath my skin<br><br>It's like I'm paranoid lookin' over my back<br>It's like a whirlwind inside of my head<br>It's like I can't stop what I'm hearing within<br>It's like the face inside is right beneath my skin |

| LyricFind | Claude |
|---|---|
| So you know that when it's time to sink or swim<br>That the face inside is watching you too, right inside your skin<br><br>It's like I'm paranoid lookin' over my back<br>It's like a whirlwind inside of my head<br>It's like I can't stop what I'm hearing within<br>It's like the face inside is right beneath the skin<br>It's like I'm paranoid lookin' over my back<br>It's like a whirlwind inside of my head<br>It's like I can't stop what I'm hearing within<br>It's like the face inside is right beneath my skin<br><br>The face inside is right beneath your skin<br>The face inside is right beneath your skin<br>The face inside is right beneath your skin<br><br>The sun goes down<br>I feel the light betray me<br>The sun goes down<br>I feel the light betray me (the sun)<br><br>It's like I'm paranoid lookin' over my back (the sun)<br>It's like a whirlwind inside of my head<br>It's like I can't stop what I'm hearing within<br>It's like the face inside is right beneath the skin<br>(I feel the light betray me)<br><br>It's like I'm paranoid lookin' over my back (the sun)<br>It's like a whirlwind inside of my head<br>It's like I can't stop what I'm hearing within (I feel the light betray me)<br>It's like I can't stop what I'm hearing within<br>It's like I can't stop what I'm hearing within<br>It's like the face inside is right beneath my skin | I feel like I'm paranoid<br>Burning, watching over my back<br>It's like a whirlwind inside of my head<br><br><br>(I feel like I'm paranoid)<br>It's like I can't stop what I'm hearing within<br>(I feel like I'm paranoid)<br>It's like the face inside is right beneath my skin |

11090 - "Solitary Man" by Neil Diamond

| LyricFind | Claude |
|---|---|
| Melinda was mine<br>'Til the time that I found her<br>Holding Jim<br>And loving him<br>Then Sue came along, loved me strong | Melinda was mine<br>'Til the time<br>That I found her<br>Holding Jim<br>Loving him |

| LyricFind | Claude |
|---|---|
| That's what I thought<br>Me and Sue<br>But that died too<br><br>Don't know that I will<br>But until I can find me<br>A girl who'll stay<br>And won't play games behind me<br>I'll be what I am<br>A solitary man<br>Solitary man<br><br>I've had it to here<br>Bein' where love's a small word<br>Part-time thing<br>Paper ring<br><br>I know it's been done<br>Havin' one girl who loves you<br>Right or wrong<br>Weak or strong<br><br>Don't know that I will<br>But until I can find me<br>A girl who'll stay<br>And won't play games behind me<br>I'll be what I am<br>A solitary man<br>Solitary man<br><br>Don't know that I will<br>But until I can find me<br>A girl who'll stay<br>And won't play games behind me<br>I'll be what I am<br>A solitary man<br>Solitary man, mm-mm, mm-mm<br>Solitary man, mm-mm, mm-mm<br>Solitary man | Then Sue came along<br>Loved me strong<br>That's what I thought<br>But me and Sue<br>That died too<br><br>Don't know that I will<br>But until I can find me<br>A girl who'll stay<br>And won't play games behind me<br>I'll be what I am<br>A solitary man<br>Solitary man<br><br>I've had it to here<br>Being where<br>Love's a small word<br>Partners in crime<br>Both of us loving<br>And the loving was good<br>'Til she saw me<br>With someone she knew<br>Then Sue came along<br>Loved me strong<br>That's what I thought<br>But me and Sue<br>That died too<br><br>Don't know that I will<br>But until I can find me<br>A girl who'll stay<br>And won't play games behind me<br>I'll be what I am<br>A solitary man<br>Solitary man |

11092 - "Nobody's Listening" by Linkin Park

Come, come, come, coming at you
Come, coming at you
Come, coming at you, yo

Peep the style and the kids checking for it
The number one question is how could you ignore it
We drop right back in the cut over basement tracks
With raps that got you backing this up like
(rewind that)
We're just rolling with the rhythm
Rise from the ashes of stylistic division
With these non-stop lyrics of life living
Not to be forgotten but still unforgiven
But in the meantime there are those who want to
Talk this and that, so I suppose that
It gets to a point where feelings gotta get hurt

And get dirty with the people spreading the dirt, it goes

Try to give you warning but everyone ignores me
(Told you everything loud and clear)
But nobody's listening, call to you so clearly
But you don't want to hear me

(Told you everything loud and clear)
But nobody's listening

I got a heart full of pain, head full of stress
Handful of anger, held in my chest
And everything's left is a waste of time
I hate my rhymes (but hate everyone else's more)
I'm riding on the back of this pressure
Guessing that it's better I can't keep myself together
Because all of this stress gave me something to write on
The pain gave me something I could set my sights on
You never forget the blood, sweat, and tears
The uphill struggle over years
The fear and trash talking
And the people it was to
And the people that started it

Yo, peep the style and the kids checking for it,
The number one question is how could you ignore it,
We drop right back in the cut over basement tracks,
With raps that got you backing this up like
Rewind that, we're just rolling with the rhythm,

Rise from the ashes of stylish division,
With these non-stop lyrics of life living
Not to be forgotten but still unforgiven,
But in the meantime there are those who wanna talk this and that,
So I suppose it gets to a point where feelings gotta get hurt,
And get dirty with the people spreading the dirt,

[Chorus]
Tried to give you warning but everyone ignores me,
Told you everything loud and clear,
But nobody's listening,
Called to you so clearly but you don't want to hear me,
Told you everything loud and clear,
But nobody's listening.

| LyricFind | Claude |
|---|---|

Just like you

Try to give you warning but everyone ignores me
(Told you everything loud and clear)
But nobody's listening, call to you so clearly
But you don't want to hear me
(Told you everything loud and clear)
But nobody's listening

I got a heart full of pain, head full of stress
Handful of anger, held in my chest
Uphill struggle, blood, sweat, and tears
Nothing to gain, everything to fear

A heart full of pain, head full of stress
Handful of anger, held in my chest
Uphill struggle, blood, sweat, and tears
Nothing to gain, everything to fear

A heart full of pain, a heart full of pain
Try to give you warning but everyone ignores me
(Told you everything loud and clear)
But nobody's listening
Call to you so clearly but you don't want to hear me
(Told you everything loud and clear)
But nobody's listening

I got a heart full of pain, head full of stress
Nobody's listening
Handful of anger, held in my chest
Nobody's listening
Uphill struggle, blood, sweat, and tears
Nobody's listening
Nothing to gain, everything to fear
Nobody's listening

Come, come, come, coming at you
Come, come, come, coming at you
Come, come, come, coming at you
Come, come, come, coming at you from every side

---

I got a heart full of pain, head full of stress,
Handful of anger, held in my chest,
Uphill struggle blood, sweat and tears,
Nothing to gain, everything to fear,

Heart full of pain, head full of stress,
Handful of anger, held in my chest,

[Chorus]

Coming at you from every side,
(Told you everything loud and clear)
Inicorporatin' the rhythm with the rhyme,
(But nobody's listening)
Told you everything loud and clear,
But nobody's listening!

11098 - "The Weight" by The Band

| | |
|---|---|
| I pulled into Nazareth, was feelin' 'bout half past dead | I pulled into Nazareth, was feelin' about half past dead |
| I just need some place where I can lay my head | I just need some place where I can lay my head |
| Hey, Mister, can you tell me where a man might find a bed? | "Hey, mister, can you tell me where a man might find a bed?" |
| He just grinned and shook my hand, "No," was all he said | He just grinned and shook my hand, and "No", was all he said |
| | |
| Take a load off, Fanny | Take a load off Fanny, take a load for free |
| Take a load for free | Take a load off Fanny, And (and) (and) |
| Take a load off, Fanny | You put the load right on me |
| And (and, and) you put the load right on me | |
| (you put the load right on me) | (You put the load right on me) |
| | |
| I picked up my bag, I went lookin' for a place to hide | I picked up my bag, I went lookin' for a place to hide |
| When I saw Carmen and the Devil walkin' side by side | When I saw Carmen and the Devil, walkin' side by side |
| I said, "Hey, Carmen, come on let's go downtown" | I said, "Hey, Carmen, come on, let's go downtown" |
| She said, "I gotta go, but my friend can stick around" | She said, "I gotta go, but m'friend can stick around" |
| | |
| Take a load off, Fanny | Take a load off Fanny, take a load for free |
| Take a load for free | Take a load off Fanny, And (and) (and) |
| Take a load off, Fanny | You put the load right on me |
| And (and, and) you put the load right on me | |
| (you put the load right on me) | (You put the load right on me) |
| | |
| Go down, Miss Moses, there's nothin' you can say | Go down, Miss Moses, there's nothin' you can say |
| It's just ol' Luke and Luke's waitin' on the Judgment Day | It's just ol' Luke, and Luke's waitin' on the Judgement Day |
| Well, Luke, my friend, what about young Anna Lee? | "Well, Luke, my friend, what about young Anna Lee?" |
| He said, "Do me a favor, son, won't you stay and keep Anna Lee company?" | He said, "Do me a favor, son, woncha stay an' keep Anna Lee company?" |
| | |
| Take a load off, Fanny | Take a load off Fanny, take a load for free |
| Take a load for free | Take a load off Fanny, And (and) (and) |
| Take a load off, Fanny | You put the load right on me |
| And (and, and) you put the load right on me | (You put the load right on me) |
| (you put the load right on me) | |
| | |
| Crazy Chester followed me and he caught me in the fog | |
| He said, "I will fix your rack, if you'll take Jack, my dog" | |

| | |
|---|---|
| I said, "Wait a minute, Chester, you know I'm a peaceful man"<br>He said, that's okay, boy, won't you feed him when you can?<br><br>Take a load off, Fanny<br>Take a load for free<br>Take a load off, Fanny<br>And (and, and) you put the load right on me<br>(you put the load right on me)<br><br>Catch a cannon ball now to take me down the line<br>My bag is sinkin' low and I do believe it's time<br>To get back to Miss Fanny, you know she's the only one<br>Who sent me here with her, regards for everyone<br><br>Take a load off, Fanny<br>Take a load for free<br>Take a load off, Fanny<br>And (and, and) you put the load right on me<br>(you put the load right on me) | |

11108 - "Take Me Out" by Franz Ferdinand

| LyricFind | Claude |
|---|---|
| So if you're lonely<br>You know I'm here waiting for you<br>I'm just a crosshair<br>I'm just a shot away from you<br>And if you leave here<br>You leave me broken, shattered, I lie<br>I'm just a crosshair<br>I'm just a shot, then we can die<br>Ah<br><br>I know I won't be leaving here with you<br><br>I say, "don't you know?"<br>You say you don't know<br>I say, "take me out"<br><br>I say, "you don't show"<br>Don't move, time is slow<br>I say, "take me out" | So if you're lonely,<br>You know I'm here waiting for you.<br>I'm just a cross-hair,<br>I'm just a shot away from you.<br>And if you leave here,<br>You leave me broken, shattered, I lie.<br>I'm just a cross-hair,<br>I'm just a shot, then we can die.<br><br><br><br>I say don't you know,<br>You say you don't know,<br>I say... take me out! |

| | |
|---|---|
| I say, "you don't know"<br>You say you don't go<br>I say, "take me out"<br><br>If I move, this could die<br>If eyes move, this could die<br>I want you to take me out<br><br>I know I won't be leaving here (with you)<br>I know I won't be leaving here<br>I know I won't be leaving here (with you)<br>I know I won't be leaving here with you<br><br>I say, "don't you know?"<br>You say you don't know<br>I say, "take me out"<br><br>If I wane, this could die<br>If I wait, this could die<br>I want you to take me out<br><br>If I move, this could die<br>Eyes move, this can die<br>Come on, take me out<br><br>I know I won't be leaving here (with you)<br>I know I won't be leaving here<br>I know I won't be leaving here (with you)<br>I know I won't be leaving here with you | Take me out!<br>I say don't you know,<br>You say you don't know,<br>I say... take me out!<br><br>If I move this could die,<br>If eyes move this could die,<br>I want this relief,<br>I glance again, games kill.<br>Give me that hope,<br>In my sights, in my sights,<br>To be free,<br>In my sights, In my sights,<br>To be free.<br>I say don't you know,<br>You say you don't know,<br>I say... take me out!<br>Take me out!<br>I say don't you know,<br>You say you don't know,<br>I say... take me out!<br>Take me out! |

11110 - "Gimme Three Steps" by Lynyrd Skynyrd

| LyricFind | Claude |
|---|---|
| I was cutting a rug<br>Down at place called The Jug<br>With a girl named Linda Lou<br>When in walked a man<br>With a gun in his hand<br>And he was looking for you know who<br><br>He said, "Hey there, fellow<br>With the hair colored yellow<br>Whatcha tryin' to prove?<br>'Cause that's my woman there<br>And I'm a man who cares<br>And this might be all for you"<br>I said, "excuse me?" | Well I was cutting the rug<br>Down at a place called The Jug<br>With a girl named Linda Lu<br>When in walked a man<br>With a gun in his hand<br>And he was looking for you know who.<br><br>He said, Hey there fellow,<br>With the hair colored yellow,<br>Watcha tryin' to prove?<br>'Cause that's my woman there<br>And I'm a man who cares<br>And this might be all for you. |

I was scared and fearing for my life
I was shaking like a leaf on a tree
'Cause he was lean, mean
Big and bad, Lord
Pointin' that gun at me

"Oh, wait a minute, mister
I didn't even kiss her
Don't want no trouble with you
And I know you don't owe me
But I wish you'd let me
Ask one favor from you"

"Oh, won't you
Gimme three steps, gimme three steps, mister
Gimme three steps towards the door?
Gimme three steps, gimme three steps, mister

And you'll never see me no more"

For, sure

Well the crowd cleared away
And I began to pray
And the water fell on the floor
And I'm telling you, son
Well, it ain't no fun
Staring straight down a forty-four
Well, he turned and screamed at Linda Lou
And that's the break I was looking for
And you could hear me screaming a mile away
As I was headed out toward your door

"Oh, won't you
Gimme three steps, gimme three steps, mister
Gimme three steps towards the door?
Gimme three steps, gimme three steps, mister
And you'll never see me no more"

Show me the back door

---

I was scared and fearing for my life
I was shaking like a leaf on a tree
'Cause he was lean, mean,
Big and bad, Lord,
Pointing that gun at me

I said, Wait a minute, mister,
I didn't even kiss her.
Don't want no trouble with you.
And I know you're the king,
But I ain't done a thing,
Please don't be mad at me.

He said, Don't you touch her,
Or do nothing to her.
Or I'll fill you full of lead.
I said, Please mister, please,
I'm down on my knees.
Gimme three steps, gimme three steps
Gimme three steps towards the door.
Gimme three steps
Gimme three steps, mister,
And you'll never see me no more.

Doo, doo, doo...

11113 - "I Am Woman" by Helen Reddy

| LyricFind | Claude |
|---|---|
| I am woman, hear me roar<br>In numbers too big to ignore<br>And I know too much to go back an' pretend<br>'Cause I've heard it all before<br>And I've been down there on the floor<br>No one's ever gonna keep me down again | I am woman, hear me roar<br>In numbers too big to ignore<br>And I know too much to go back and pretend<br>'Cause I've heard it all before<br><br>And I've been down there on the floor<br>No one's ever gonna keep me down again |
| Oh yes, I am wise<br>But it's wisdom born of pain<br>Yes, I've paid the price<br>But look how much I gained<br>If I have to, I can do anything<br>I am strong (strong)<br>I am invincible (invincible)<br>I am woman | Oh yes, I am wise<br>But it's wisdom born of pain<br>Yes, I've paid the price<br>But look how much I gained<br>If I have to, I can do anything<br>I am strong (strong)<br>I am invincible (invincible)<br>I am woman |
| You can bend but never break me<br>'Cause it only serves to make me<br>More determined to achieve my final goal<br>And I come back even stronger<br>Not a novice any longer<br>'Cause you've deepened the conviction in my soul | You can bend but never break me<br>'Cause it only serves to make me<br>More determined to achieve my final goal<br>And I come back even stronger<br>Not a novice any longer<br>'Cause you've deepened the conviction in my soul |
| Oh yes, I am wise<br>But it's wisdom born of pain<br>Yes, I've paid the price<br>But look how much I gained<br>If I have to, I can do anything<br>I am strong (strong)<br>I am invincible (invincible)<br>I am woman | Oh yes, I am wise<br>But it's wisdom born of pain<br>Yes, I've paid the price<br>But look how much I gained<br>If I have to, I can do anything<br>I am strong (strong)<br>I am invincible (invincible)<br>I am woman |
| I am woman, watch me grow<br>See me standing toe to toe<br>As I spread my lovin' arms across the land<br>But I'm still an embryo<br>With a long, long way to go<br>Until I make my brother understand | I am woman watch me grow<br>See me standing toe to toe<br>As I spread my lovin' arms across the land<br>But I'm still an embryo<br>With a long long way to go<br>Until I make my brother understand<br>Oh yes, I am wise<br>But it's wisdom born of pain<br>Yes, I've paid the price<br>But look how much I gained |
| Oh yes, I am wise<br>But it's wisdom born of pain<br>Yes, I've paid the price<br>But look how much I gained | If I have to, I can do anything |

| | |
|---|---|
| If I have to, I can face anything<br>I am strong (strong)<br>I am invincible (invincible)<br>I am woman ah<br><br>I am woman (I am woman)<br>I am invincible<br>I am strong<br><br>I am woman (I am woman)<br>I am invincible<br>I am strong<br>I am woman | I am strong (strong)<br>I am invincible (invincible)<br>I am woman<br>I am woman |

11116 - "Magic" by Coldplay

| LyricFind | Claude |
|---|---|
| Call it magic, call it true<br>I call it magic when I'm with you<br>And I just got broken, broken into two<br>Still, I call it magic when I'm next to you | Call it magic, call it true<br>Call it magic, when I'm with you<br>And I just got broken, broken into two<br>Still I call it magic, such a precious jewel<br><br>Magic, it's such<br>Magic, it's such<br>Magic, it's such<br><br>I call it magic, such a precious jewel |
| And I don't, and I don't, and I don't, and I don't<br>No, I don't, it's true<br>I don't, no, I don't, no, I don't, no, I don't<br>Want anybody else but you | And I don't, and I don't, and I don't, and I don't<br>No I don't, it's true<br>I don't, no I don't, no I don't, no I don't<br>Want anybody else but you |
| I don't, no, I don't, no, I don't, no, I don't<br>No, I don't, it's true<br>I don't, no, I don't, no, I don't, no, I don't<br>Want anybody else but you<br><br>Ooh, ooh, ooh | |
| Call it magic, cut me into two | Call it magic<br>Cut me into two |
| And with all your magic, I disappear from view | And with all your magic<br>I disappear from view |
| And I can't get over, can't get over you | And I can't get over, can't get over you |
| Still, I call it magic, such a precious truth | Still I call it magic<br>Such a precious jewel' |

| | |
|---|---|
| And I don't, and I don't, and I don't, and I don't<br>No, I don't, it's true<br>I don't, no, I don't, no, I don't, no, I don't<br>Want anybody else but you | I call it magic, such a precious jewel<br>And I don't and I don't and I don't and I don't<br>No I don't, it's true<br>I don't, no I don't, no I don't, no I don't<br>Want anybody else but you |
| I don't, no, I don't, no, I don't, no, I don't<br>No, I don't, it's true<br>I don't, no, I don't, no, I don't, no, I don't<br>Want anybody else but you | |
| Wanna fall, fall so far<br>I wanna fall, fall so hard<br>And I call it magic<br>And I call it true<br>I call it ma-ma-ma-magic | |
| Ooh ooh ooh<br>Ooh ooh ooh<br>Ooh ooh ooh<br>Ooh ooh ooh | Oooh, this is magic<br>Oooh, this is magic |
| And if you were to ask me<br>After all that we've been through<br>Still believe in magic?<br>Oh yes, I do<br>Oh yes, I do<br>Oh yes, I do<br>Oh yes, I do<br>Of course, I do | |

11121 - "I Hate Myself for Loving You" by Joan Jett

| LyricFind | Claude |
|---|---|
| Midnight gettin' uptight, where are you? | Midnight, gettin' uptight<br>Where are you? |
| You said you'd meet me, now, it's quarter to two<br>I know I'm hangin' but I'm still wantin' you | You said you'd meet me, now it's quarter to two<br>I know I'm hangin' but I'm still wantin' you |
| Hey Jack, it's a fact they're talkin' in town<br>I turn my back and you're messin' around<br>I'm not really jealous, don't like lookin' like a clown | Hey Jack, It's a fact they're talkin' in town<br>I turn my back and you're messin' around<br>I'm not really jealous, don't like lookin' like a clown |
| I think of you every night and day<br>You took my heart and you took my pride away | I think of you ev'ry night and day<br>You took my heart, then you took my pride |

I hate myself for lovin' you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you
Ow, uh

Daylight spent the night without you
But I've been dreamin' 'bout the lovin' you do
I'm over being angry 'bout the hell you put me through

Hey man, bet you can treat me right
You just don't know what you was missin' last night
I wanna see you begging, say, "Forget it" just for spite

I think of you every night and day
You took my heart and you took my pride away

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you
Ow, uh

I think of you every night and day
You took my heart and you took my pride away

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you
That's why I hate myself for loving you

I hate myself (ow, uh)
For loving you (alright)
I hate myself (ow, uh)
For loving you
I hate myself (ow, ow, ow)
For loving you
I hate myself (ow, uh)
I hate myself for loving you

away

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you, that's why
I hate myself for loving you

Daylight, spent the night without you
But I've been dreamin' 'bout the lovin' you do
I'm over bein' angry 'bout the hell you put me through

Hey man, bet you can treat me right
You just don't know what you was missin' last night
I wanna see your face and say forget it just from spite

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you, that's why
I hate myself for loving you

I think of you ev'ry night and day
You took my heart, then you took my pride away

I hate myself for loving you
Can't break free from the things that you do
I wanna walk but I run back to you, that's why
I hate myself for loving you

11127 - "Children's Story" by Slick Rick

| LyricFind | Claude |
|---|---|
| Uncle Ricky<br>Would you read us a bedtime story?<br>Please, huh? Please?<br>Alright, you kids get to bed<br>I'll get the story book<br>Y'all tucked in? (yeah)<br>Here we go<br><br>Once upon a time not long ago<br>When people wore pajamas and lived life slow<br>When laws were stern and justice stood<br>And people were behavin' like they ought ta good<br>There lived a lil' boy who was misled<br>By anotha lil' boy and this is what he said<br>"Me and Ty, we gonna make sum cash<br>Robbin' old folks and makin' the dash"<br>They did the job, money came with ease<br>But one couldn't stop, it's like he had a disease<br>He robbed another and another and a sister and her brother (stick 'em up, stick 'em up)<br>Tried to rob a man who was a D.T. undercover<br>The cop grabbed his arm, he started acting erratic<br>He said "Keep still, boy, no need for static"<br>Punched him in his belly and he gave him a slap<br>But little did he know the lil' boy was strapped<br>The kid pulled out a gun, he said, "Why did ya hit me?"<br>The barrel was set straight for the cop's kidney<br>The cop got scared, the kid, he starts to figure<br>"I'll do years if I pull this trigger"<br>So he cold dashed and ran around the block<br>Cop radios in to another lady cop<br>He ran by a tree, there he saw the sister<br>Shot for the head, he shot back but he missed her<br>Looked around good and from expectations<br>He decided he'd head for the subway stations<br>But she was coming and he made a left<br>He was runnin' top speed 'til he was outta breath<br>Knocked an old man down and swore he killed him (sorry)<br>Then he made his move to an abandoned | <br><br><br><br><br><br><br><br>Once upon a time not long ago<br>When people wore pajamas and lived life slow<br>When laws were stern and justice stood<br>And people were behavin' like they ought to good<br>There lived a lil' boy who was misled<br>By anotha lil' boy and this is what he said:<br><br>"Me, You, Ty, we're gonna make some cash<br>Robbin' old folks and makin' the dash"<br>They did the job, money came with ease<br>But one couldn't stop, it's like he had a disease<br>He robbed another and another and a sista and her brotha<br>Tried to rob a man who was a D.T. undercover<br>The cop grabbed his arm, he started acting erratic,<br>He said "Keep still, boy, no need for static"<br>Punched him in his belly and he gave him a slap<br>But little did he know the lil' boy was strapped<br>He pulled out his gun, he said "Why did ya hit me ?"<br>The barrel was set straight for the cop's kidney<br>The cop got scared, the kid, he starts to figure<br>"I'll do years if I pull this trigga"<br>So he cold dashed and ran around the block<br>Cop radioes it to another lady cop<br>He ran by a tree, there he saw this sister<br>A shot for the head, he shot back and missed her<br><br><br><br><br><br><br>He begged her, "Please, don't say nuttin' "<br>"I just shot a man, now I'm on the run"<br>The sister screamed, she was talkin' loud<br>He plugged her too, and she fell to the ground<br>The young boy didn't care no more |

building
Ran up the stairs up to the top floor
Opened up the door there, guess who he saw?
(who?)
Dave the dope fiend shootin' dope
Who don't know the meaning of water nor soap
He said "I need bullets, hurry up, run!"
The dope fiend brought back a spanking
shotgun
He went outside but there was cops all over
Then he dipped into a car, a stolen Nova
Raced up the block doing 83
Crashed into a tree near university
Escaped alive though the car was battered
Rat-a-tat-tatted and all the cops scattered
Ran out of bullets and he still had static
Grabbed a pregnant lady and out the automatic
Pointed at her head and he said the gun was full
o' lead
He told the cops, "Back off or honey here's
dead"
Deep in his heart he knew he was wrong
So he let the lady go and he starts to run on
Sirens sounded, he seemed astounded
Before long the lil' boy got surrounded
He dropped the gun, so went the glory
And this is the way I have end this story
He was only seventeen, in a madman's dream
The cops shot the kid, I still hear him scream
This ain't funny so don't ya dare laugh
Just another case 'bout the wrong path
Straight 'n narrow or yo' soul gets cast

Good night, knock 'em out the box Rick, knock
'em out Rick

Oh boy, that Uncle Ricky he's really weird
(knock 'em out the box Rick, knock 'em out
Rick)
I know right, what did he mean "Straight and
narrow or yo' soul gets cast"?
(knock 'em out the box Rick, knock 'em out
Rick)
I don't know, I think he be crackin' it up or
something (knock 'em, knock 'em, knock 'em)
Well, good night (knock 'em, knock 'em, knock
'em, knock 'em, knock 'em, knock 'em out Rick)
Good night

He was wanted for a life, he had to settle the
score
His mind was

| | |
|---|---|
| knock 'em out the box Rick, knock 'em out Rick<br>knock 'em out the box Rick, knock 'em out Rick<br>(knock 'em, knock 'em, knock 'em, knock 'em,<br>knock 'em, knock 'em out Rick)<br>(knock 'em, knock 'em, knock 'em, knock 'em,<br>knock 'em, knock 'em out Rick)<br>(knock 'em, knock 'em, knock 'em, knock 'em,<br>knock 'em, knock 'em out Rick)<br>(knock 'em, knock 'em, knock 'em, knock 'em,<br>knock 'em, knock 'em out Rick)<br>(knock 'em out Rick, knock 'em out Rick, knock<br>'em out Rick, knock 'em out Rick)<br>(knock 'em out Rick, knock 'em out Rick, knock<br>'em out Rick, knock 'em out the box Rick)<br><br>Another Vance Wright, Rick the Ruler<br>presentation<br>Crumbs! | |

11135 - "Bittersweet Symphony" by The Verve

| LyricFind | Claude |
|---|---|
| 'Cause it's a bittersweet symphony, that's life<br>Tryna make ends meet, you're a slave to money<br>then you die<br>I'll take you down the only road I've ever been<br>down<br>You know the one that takes you to the places<br>where all the veins meet, yeah | 'Cause it's a bittersweet symphony, this life<br>Try to make ends meet<br>You're a slave to money then you die<br>I'll take you down the only road I've ever been<br>down<br>You know the one that takes you to the places<br>where all the veins meet yeah |
| No change, I can change<br>I can change, I can change<br>But I'm here in my mold<br>I am here in my mold<br>But I'm a million different people<br>From one day to the next<br>I can't change my mold<br>No, no, no, no, no<br>Have you ever been down? | No change, I can't change<br>I can't change, I can't change<br>But I'm here in my mold<br>I am here in my mold<br>But I'm a million different people<br>from one day to the next<br>I can't change my mold<br>No, no, no, no, no |
| Well, I've never prayed but tonight I'm on my<br>knees, yeah<br>I need to hear some sounds that recognize the<br>pain in me, yeah<br>I let the melody shine, let it cleanse my mind, I<br>feel free now | Well I never pray<br>But tonight I'm on my knees yeah<br>I need to hear some sounds that recognize the<br>pain in me, yeah<br>I let the melody shine, let it cleanse my mind, I<br>feel free now |

But the airwaves are clean and there's nobody
singin' to me now

No change, I can change
I can change, I can change
But I'm here in my mold
I am here in my mold
And I'm a million different people
From one day to the next
I can't change my mold
No, no, no, no, no
(Have you ever been down?)
I can't change it, you know
I can't change it, no

'Cause it's a bittersweet symphony, that's life
Tryna make ends meet, tryna find somebody
then you die
I'll take you down the only road I've ever been
down
You know the one that takes you to the places
where all the veins meet, yeah

You know I can change, I can change
I can change, I can change
But I'm here in my mold
I am here in my mold
And I'm a million different people
From one day to the next
I can't change my mold
No, no, no, no, no

I can't change my mold
No, no, no, no, no
I can't change my mold, no, no, no, no

It's just sex and violence, melody and silence
It's just sex and violence, melody and silence
I'll take you down the only road I've ever been
down
I'll take you down the only road I've ever been
down
Been down
Ever been down
Ever been down
Ever been down
Ever been down
Have you ever been down?
Have you ever been down?

But the airwaves are clean and there's nobody
singing to me now

No change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
And I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no

I can't change
I can't change

'Cause it's a bittersweet symphony, this life
Try to make ends meet
Try to find some money then you die
I'll take you down the only road I've ever been
down
You know the one that takes you to the places
where all the veins meet yeah

You know I can't change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
And I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no

I can't change my mold
no, no, no, no, no,
I can't change
Can't change my body,
no, no, no

I'll take you down the only road I've ever been
down
I'll take you down the only road I've ever been
down
Been down
Ever been down
Ever been down
Ever been down
Ever been down
Have you ever been down?

| | |
|---|---|
| Have you ever been down? | |

11139 - "Dead Flowers" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Well when you're sitting there in your silk upholstered chair<br>Talkin' to some rich folk that you know<br>Well I hope you won't see me in my ragged company<br>Well, you know I could never be alone<br><br>Take me down little Susie, take me down<br>I know you think you're the queen of the underground<br>And you can send me dead flowers every morning<br>Send me dead flowers by the mail<br>Send me dead flowers to my wedding<br>And I won't forget to put roses on your grave<br><br>Well when you're sitting back in your rose pink Cadillac<br>Making bets on Kentucky Derby Day<br>Ah, I'll be in my basement room with a needle and a spoon<br>And another girl to take my pain away | |
| | Well when you're sitting back in your rose pink Cadillac<br>Making bets on Kentucky Derby Day<br>I'll be in my basement room with a needle and a spoon<br>And another girl to take my pain away<br><br>We could have had it all<br>Rolling in the dirt<br>In my sweet Virginia state of mind<br>You should've bought the roses while you had the chance<br>Now they're just dried up dead flowers from my mother's dance<br><br>Well when you're sitting back in your rose pink Cadillac<br>Making bets on Kentucky Derby Day<br>Ah, I'll be in my basement room with a needle and a spoon<br>And another girl can take my pain away<br><br>Take me down little Suzie, take me down<br>I know you think you're the queen of the underground<br>And you can send me dead flowers every morning<br>Send me dead flowers by the mail<br>Send me dead flowers at my wedding |
| Take me down little Susie, take me down<br>I know you think you're the queen of the underground<br>And you can send me dead flowers every morning | |

| | |
|---|---|
| Send me dead flowers by the mail<br>Send me dead flowers to my wedding<br>And I won't forget to put roses on your grave | And I won't forget to put roses on your grave<br><br>Well when you're sitting back in your rose pink Cadillac<br>Making bets on Kentucky Derby Day<br>Ah, I'll be in my basement room with a needle and a spoon<br>And another girl can take my pain<br><br>Take me down little Suzie, take me down<br>I know you think you're the queen of the underground<br>And you can send me dead flowers every morning<br>Send me dead flowers by the mail<br>Send me dead flowers to my wedding<br>And I won't forget to put roses on your grave |
| Take me down little Susie, take me down<br>I know you think you're the queen of the underground<br>And you can send me dead flowers every morning<br>Send me dead flowers by the U.S. Mail<br>Say it with dead flowers in my wedding<br>And I won't forget to put roses on your grave<br>No, I won't forget to put roses on your grave | |

11143 - "Mama Said" by The Shirelles

| LyricFind | Claude |
|---|---|
| Mama said there'll be days like this<br>There'll be days like this, mama said<br>(Mama said, mama said) | Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said) |
| Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said) | Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said) |
| I went walking the other day and<br>Everything was going fine<br>Met a little boy named Billy Joe<br>And then I almost lost my mind | I went walking the other day<br>Everything was going fine<br>I met a little boy named Billy Joe<br>And then I almost lost my mind |
| Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said) | Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said) |
| Mama said there'll be days like this<br>There'll be days like this, my mama said | Mama said there'll be days like this<br>There'll be days like this, my mama said |
| And then she said someone would look at me<br>Like I'm looking at you someday<br>Then I might find | |

| | |
|---|---|
| I don't want you any old way but I don't worry 'causre<br><br>Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said)<br>Mama said there'll be days like this<br>There'll be days like this, my mama said<br><br>My eyes are wide open<br>But all that I can see is<br>Chapel bells a-tollin'<br>For everyone but-a me but I don't worry 'cause<br><br>Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said)<br><br>Mama said there'll be days like this<br>There'll be days like this, my mama said<br><br>(Mama said, mama said, hey, hey) don't you worry<br>(Mama said, mama said, hey, hey) don't you worry, now<br>(Mama said, mama said, hey, hey)<br>(Mama said, mama said, hey, hey) mama said there'll be days like this<br>(Mama said, mama said, hey, hey) there'll be days like this, my mama said<br>(Mama said, mama said, hey, hey) mama said there'll be days like this<br>(Mama said, mama said, hey, hey) there'll be days like this, my mama said<br>(Mama said, mama said, hey, hey) don't you worry | My eyes are wide open<br>But all that I can see is<br>Chapel bells are callin for everyone but-a me<br><br>But I don't worry cause<br><br>Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said)<br><br>Mama said there'll be days like this<br>There'll be days like this, my mama said<br>(Mama said, mama said) |

11151 - "Twistin' the Night Away" by Sam Cooke

| LyricFind | Claude |
|---|---|
| Let me tell you 'bout a place<br>Somewhere up a New York way<br>Where the people are so gay<br>Twistin' the night away<br><br>Here they have a lot of fun<br>Puttin' trouble on the run | Let me tell you 'bout a place<br>Somewhere up a New York way<br>Where the people are so gay<br>Twistin' the night away<br><br>Here they have a lot of fun<br>Puttin' trouble on the run |

Man, you find the old and young
Twistin' the night away

They're twistin', twistin'
Everybody's feelin' great
They're twistin', twistin'
They're twistin' the night away

Here's a man in evenin' clothes
How he got here, I don't know, but
Man, you oughta see him go
Twistin' the night away

He's dancin' with the chick in slacks
She's a movin' up and back
Oh man, there ain't nothin' like
Twistin' the night away

They're twistin', twistin'
Everybody's feelin' great
They're twistin', twistin'
They're twistin' the night
Let's twist a while

Lean up, lean back
Lean up, lean back
Watusi, now fly, now twist
They're twistin' the night away

Here's a fella in blue jeans
Dancin' with a older queen
Who's dolled up in a diamond rings and
Twistin' the night away

Man, you oughta see her go
Twistin' to the rock and roll
Here you find the young and old
Twistin' the night away

They're twistin', twistin'
Man, everybody's feelin' great
They're twistin', twistin'
They're twistin' the night

One more time

Lean up, lean back
Lean up, lean back
Watusi, now fly, now twist

Man, you find the old and young
Twistin' the night away

They're twistin', twistin', everybody's feelin'
great
They're twistin', twistin', they're twistin' the
night away

Here's a man in evening clothes
How he got here, nobody knows
But man, you oughta see him go, yeah
Twistin' the night away

He's dancin' with the chick in slacks
She's a movin' up and back
Oh man, there's nothing like
Twistin' the night away

They're twistin', twistin', everybody's feelin'
great
They're twistin', twistin', they're twistin' the
night away

They're twistin', twistin', everybody's feelin'
great
They're twistin', twistin', they're twistin' the
night away

Eveybody's twistin' the night away

11154 - "You Send Me" by Sam Cooke

| LyricFind | Claude |
|---|---|
| Darling, you send me<br>I know you send me<br>Darling, you send me<br>Honest, you do, honest, you do<br>Honest, you do, whoa<br><br>You thrill me<br>I know you, you, you thrill me<br>Darling, you, you, you, you thrill me<br>Honest, you do<br><br>At first I thought it was infatuation<br>But, woo, it's lasted so long<br>Now I find myself wanting<br>To marry you and take you home, whoa<br><br>You, you, you, you send me<br>I know you send me<br>I know you send me<br>Honest you do<br><br>Whoa-oh-oh, whenever I'm with you<br>I know, I know, I know when I'm near you<br>Mm hmm, mmm hmm, honest, you do, honest, you do<br>Whoa-oh-oh, I know-oh-oh-oh<br><br>I know, I know, I know, when you hold me<br>Whoa, whenever you kiss me<br>Mm hmm, mm hmm, honest you do<br><br>At first I thought it was infatuation<br>But, woo, it's lasted so long<br>Now I find myself wanting<br>To marry you and take you home<br><br>I know, I know, I know you send me<br>I know you send me<br>Whoa, you, you, you, you send me<br>Honest you do | Darling, you send me<br>I know you send me<br>Darling, you send me<br>Honest, you do, honest, you do<br>Honest, you do, whoa<br><br>You thrill me<br>I know you, you, you thrill me<br>Darling, you, you, you, you thrill me<br>Honest, you do<br><br>At first, I thought it was infatuation<br>But woah, it's lasted so long<br>Now I find myself wanting<br>To marry you and take you home, whoa<br><br>You, you, you send me<br>I know you send me<br>I know you send me<br>Honest, you do<br><br>You, you, you thrill me<br>I know you thrill me<br>Darling, you thrill me<br>Honest, you do<br><br><br><br>At first, I thought it was infatuation<br>But it's lasted so long<br>Now I find myself wanting<br>To marry you and take you home<br><br>You send me<br>I know you send me<br>I know you send me<br>Honest, you do |

11201 - "Halo" by Beyoncé

| LyricFind | Claude |
|---|---|
| Remember those walls I built<br>Well, baby, they're tumbling down<br>And they didn't even put up a fight<br>They didn't even make a sound | Remember those walls I built<br>Well, baby they're tumbling down<br>And they didn't even put up a fight<br>They didn't even make up a sound |
| I found a way to let you win<br>But I never really had a doubt<br>Standing in the light of your halo<br>I got my angel now | I found a way to let you in<br>But I never really had a doubt<br>Standing in the light of your halo<br>I got my angel now |
| It's like I've been awakened<br>Every rule I had you breaking<br>It's the risk that I'm taking<br>I ain't never gonna shut you out | It's like I've been awakened<br>Every rule I had you breakin'<br>It's the risk that I'm takin'<br>I ain't never gonna shut you out |
| Everywhere I'm looking now<br>I'm surrounded by your embrace<br>Baby, I can see your halo<br>You know you're my saving grace | Everywhere I'm looking now<br>I'm surrounded by your embrace<br>Baby I can see your halo<br>You know you're my saving grace |
| You're everything I need and more<br>It's written all over your face<br>Baby, I can feel your halo<br>Pray it won't fade away | You're everything I need and more<br>It's written all over your face<br>Baby I can feel your halo<br>Pray it won't fade away |
| I can feel your halo (halo) halo<br>I can feel your halo (halo) halo<br>I can feel your halo (halo) halo<br>I can feel your halo (halo) halo | I can feel your halo halo halo<br>I can see your halo halo halo<br>I can feel your halo halo halo<br>I can see your halo halo halo |
| Hit me like a ray of sun<br>Burning through my darkest night<br>You're the only one that I want<br>Think I'm addicted to your light | Hit me like a ray of sun<br>Burning through my darkest night<br>You're the only one that I want<br>Think I'm addicted to your light |
| I swore I'd never fall again<br>But this don't even feel like falling<br>Gravity can't begin<br>To pull me back to the ground again | I swore I'd never fall again<br>But this don't even feel like falling<br>Gravity can't forget<br>To pull me back to the ground again |
| Feels like I've been awakened<br>Every rule I had you breaking<br>The risk that I'm taking<br>I'm never gonna shut you out | Feels like I've been awakened<br>Every rule I had you breakin'<br>The risk that I'm takin'<br>I'm never gonna shut you out |

| | |
|---|---|
| Everywhere I'm looking now<br>I'm surrounded by your embrace<br>Baby, I can see your halo<br>You know you're my saving grace<br><br>You're everything I need and more<br>It's written all over your face<br>Baby, I can feel your halo<br>Pray it won't fade away<br><br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br><br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br>Halo, halo<br>Ooh, ooh, ooh, ooh, ooh<br><br>Everywhere I'm looking now<br>I'm surrounded by your embrace<br>Baby, I can see your halo<br>You know you're my saving grace<br><br>You're everything I need and more<br>It's written all over your face<br>Baby, I can feel your halo<br>Pray it won't fade away<br><br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br><br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo<br>I can feel your halo (halo) halo<br>I can see your halo (halo) halo | Everywhere I'm looking now<br>I'm surrounded by your embrace<br>Baby I can see your halo<br>You know you're my saving grace<br><br>You're everything I need and more<br>It's written all over your face<br>Baby I can feel your halo<br>Pray it won't fade away<br><br>I can feel your halo halo halo<br>I can see your halo halo halo<br>I can feel your halo halo halo<br>I can see your halo halo halo<br><br>I can feel your halo halo halo<br>I can see your halo halo halo<br>I can feel your halo halo halo<br>I can see your halo halo halo<br>Halo, halo<br><br>Everywhere I'm looking now<br>I'm surrounded by your embrace<br>Baby I can see your halo<br>You know you're my saving grace<br><br>You're everything I need and more<br>It's written all over your face<br>Baby I can feel your halo<br>Pray it won't fade away<br><br>I can feel your halo halo halo<br>I can see your halo halo halo<br>I can feel your halo halo halo<br>I can see your halo halo halo<br><br>I can feel your halo halo halo<br>I can see your halo halo halo<br>I can feel your halo halo halo<br>I can see your halo halo halo |

11203 - "Somebody Else" by The 1975

| LyricFind | Claude |
|---|---|
| So I heard you found somebody else | So I heard you found somebody else |

And at first, I thought it was a lie
I took all my things that make sounds
The rest I can do without

I don't want your body
But I hate to think about you with somebody
else
Our love has gone cold
You're intertwining your soul with somebody
else

I'm looking through you while you're looking
through your phone
And then leavin' with somebody else
No, I don't want your body
But I'm picturing your body with somebody
else

I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want

And come on, baby (I know)
This ain't the last time that I'll see your face
And come on, baby (I know)
You said you'd find someone to take my place
I just don't believe that you have got it in you
'Cause we are just gonna keep doin' it
And every time I start to believe in anything
you're saying
I'm reminded that I should be getting over it

I don't want your body
But I hate to think about you with somebody
else
Our love has gone cold
You're intertwining your soul with somebody
else
I'm looking through you while you're looking
through your phone
And then leaving with somebody else
No, I don't want your body
But I'm picturing your body with somebody
else

I don't want your body, I don't want your body
I don't want your body, I don't want your body
I don't want your body, I don't want your body

And at first I thought it was a lie
I took all my things that make sounds
The rest I can do without

I don't want your body
But I hate to think about you with somebody
else
Our love has gone cold
You're intertwining your soul with somebody
else

I'm looking through you while you're looking
through your phone
And then leaving with somebody else
No, I don't want your body
But I'm picturing your body with somebody
else

Come on baby, this ain't the last time that I'll
see your face
Come on baby, you said you'd find someone to
take my place

I don't want your body
But I'm picturing your body with somebody
else
Come on baby, this ain't the last time that I'll
see your face
Come on baby, you said you'd find someone to
take my place

I don't want your body, I don't want your body,
I

Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never
alone
Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never
alone
Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never
alone
Get someone you love?
Get someone you need?
Fuck that, get money
I can't give you my soul 'cause we're never
alone

I don't want your body
But I hate to think about you with somebody
else
(I don't want your body)
Our love has gone cold
You're intertwining your soul with somebody
else
(I don't want your body)
I'm looking through you while you're looking          I'm looking through you while you're looking
through your phone                                    through your phone
And then leaving with somebody else                   And then leaving with somebody else
(I don't want your body)
No, I don't want your body                            No, I don't want your body
But I'm picturing your body with somebody            But I'm picturing your body with somebody
else                                                  else
(I don't want your body)
                                                      Getting over you I'm still trying
(I know)                                               Getting through you is still trying
(I know)
(I know)                                               You're intertwining your soul with somebody
(I know)                                               else
(I know)
(I know)
(I know)
(I know)

| | |
|---|---|
| (I know)<br>(I know)<br>(I know)<br>(I know) | |

11204 - "Turning Tables" by Adele

| LyricFind | Claude |
|---|---|
| Close enough to start a war<br>All that I have is on the floor<br>God only knows what we're fighting for<br>All that I say, you always say more<br><br>I can't keep up with your turning tables<br>Under your thumb, I can't breathe<br><br>So, I won't let you close enough to hurt me<br>No, I won't rescue you to just desert me<br>I can't give you the heart you think you gave me<br>It's time to say goodbye to turning tables<br>To turning tables<br><br>Under haunted skies, I see you, ooh<br>Where love is lost, your ghost is found<br>I braved a hundred storms to leave you<br>As hard as you try, no I will never be knocked down<br><br>I can't keep up with your turning tables<br>Under your thumb, I can't breathe<br><br>So, I won't let you close enough to hurt me<br>No, I won't rescue you to just desert me<br>I can't give you the heart you think you gave me<br>It's time to say goodbye to turning tables<br>Turning tables<br><br>Next time I'll be braver<br>I'll be my own savior<br>When the thunder calls for me<br>Next time I'll be braver<br>I'll be my own savior<br>Standing on my own two feet<br><br>I won't let you close enough to hurt me<br>No, I won't rescue you to just desert me<br>I can't give you the heart you think you gave me | Close enough to start a war<br>All that I have is on the floor<br>God only knows what we're fighting for<br>All that I say, you always say more<br><br>I can't keep up with your turning tables<br>Under your thumb, I can't breathe<br><br>So I won't let you close enough to hurt me<br>No, I won't ask you, you to just desert me<br>I can't give you what you think you gave me<br>It's time to say goodbye to turning tables<br>To turning tables<br><br>Under haunted skies I see you (ooh)<br>Where love is lost, your ghost is found<br>I braved a hundred storms to leave you<br>As hard as you try, no, I will never be knocked down<br><br>I can't keep up with your turning tables<br>Under your thumb, I can't breathe<br><br>So I won't let you close enough to hurt me, no<br>I won't ask you, you to just desert me<br>I can't give you what you think you gave me<br>It's time to say goodbye to turning tables<br>Turning tables<br><br>Next time I'll be braver<br>I'll be my own savior<br>When the thunder calls for me<br>Next time I'll be braver<br>I'll be my own savior<br>Standing on my own two feet<br><br>I won't let you close enough to hurt me, no |

| | |
|---|---|
| It's time to say goodbye to turning tables<br>To turning tables<br>Turning tables, yeah<br>Turn, oh, no, no | I won't ask you, you to just desert me<br>I can't give you what you think you gave me<br>It's time to say goodbye to turning tables<br>To turning tables<br>Turning tables, yeah<br>Turning, oh |

11213 - "Kickstart My Heart" by Mötley Crüe

| LyricFind | Claude |
|---|---|
| When I get high I get high on speed<br>Top fuel funny car's a drug for me<br>My heart, my heart<br>Kick start my heart<br>Always got the cops coming after me<br>Custom-built bike doing 103<br>My heart, my heart<br>Kick start my heart<br><br>Oh, are you ready girls?<br>Oh, are you ready now?<br>Whoa, yeah<br>Kick start my heart, give it a start<br>Whoa, yeah, baby<br>Whoa, yeah<br>Kick start my heart, hope it never stops<br>Whoa, yeah, baby, yeah<br><br>Skydive naked from an aeroplane<br>Or a lady with a body from outer space<br>My heart, my heart<br>Kick start my heart<br>Say I got trouble, trouble in my eyes<br>I'm just looking for another good time<br>My heart, my heart<br>Kick start my heart<br><br>Yeah, are you ready girls?<br>Yeah, are you ready now, now, now?<br>Whoa, yeah<br>Kick start my heart, give it a start<br>Whoa, yeah, baby, whoa, yeah<br>Kick start my heart, hope it never stops<br>Whoa, yeah, baby<br><br>When we started this band | When I get high, I get high on speed<br>Top fuel funny car's a drug for me<br>My heart, my heart<br>Kickstart my heart<br><br>Always got the cops coming after me<br>Custom built bike doing 103<br>My heart, my heart<br>Kickstart my heart<br><br>Oh are you ready girls?<br>Oh are you ready now?<br><br>Whoa yeah<br>Kickstart my heart, give it a start<br><br>Whoa yeah baby<br>Kickstart my heart, hope it never stops<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Whoa yeah baby<br>When we started this band<br>All we needed, needed was a laugh |

| | |
|---|---|
| All we needed, needed was a laugh<br>Years gone by, I'd say we've kicked some ass<br>When I'm enraged or hittin' the stage<br>Adrenaline rushing through my veins<br>And I'd say we're still kickin' ass<br><br>I say, ooh ah, kick start my heart<br>I hope it never stops<br>And to think, we did all of this to rock<br><br>Whoa, yeah<br>Kick start my heart, give it a start<br>Whoa, yeah, b-b-b-b-b-b-baby<br>Whoa, yeah<br>Kick start my heart, hope it never stops<br>Whoa, yeah, baby<br><br><br>Whoa, yeah<br>Kick start my heart, hope it never stops<br>Whoa, yeah, baby<br>Whoa, yeah<br>Kick start my heart, give it a start<br>Whoa, yeah<br>Okay boys, let's rock the house<br><br><br>That's all<br><br>Kickstart my heart | Years gone by, I'd say we've kicked some ass<br><br>When I'm enraged or hittin' the stage<br>Adrenaline rushing through my veins<br>And I say yeah yeah<br>Kickstart my heart, hope it never stops<br><br>Whoa yeah<br>Kickstart my heart, give it a start<br><br>Whoa yeah baby<br>Kickstart my heart, hope it never stops<br><br>Whoa yeah baby<br>Kickstart my heart, hope it never stops<br><br>Whoa yeah<br>Kickstart my heart, give it a start<br><br>Whoa yeah<br>Kickstart my heart, hope it never stops<br><br>Whoa yeah<br>Kickstart my heart, hope it never stops<br><br>Skidrow, Slash, rocking this biatch<br>Woo<br>Kickstart my heart, give it a start<br><br>Whoa yeah<br>Kickstart my heart, hope it never stops<br><br>Whoa yeah baby<br>Kickstart my heart, hope it never... |

11218 - "We Built This City" by Starship

| LyricFind | Claude |
|---|---|
| We built this city<br>We built this city on rock and roll<br>Built this city<br>We built this city on rock and roll<br><br>Say you don't know me or recognize my face<br>Say you don't care who goes to that kind of place<br>Knee-deep in the hoopla, sinking in your fight | We built this city, we built this city on rock and roll<br><br>Built this city, we built this city on rock and roll<br><br>Say you don't know me or recognize my face<br>Say you don't care who goes to that kind of place |

Too many runaways eating up the night

Marconi plays the mamba
Listen to the radio
Don't you remember?
We built this city
We built this city on rock and roll

We built this city
We built this city on rock and roll
Built this city
We built this city on rock and roll

Someone always playing corporation games
Who cares, they're always changing
corporation names
We just want to dance here, someone stole the
stage
They call us irresponsible, write us off the page

Marconi plays the mamba
Listen to the radio
Don't you remember?
We built this city
We built this city on rock and roll

We built this city
We built this city on rock and roll
Built this city
We built this city on rock and roll

It's just another Sunday
In a tired old street
Police have got the chokehold (oh)
Then we just lost the beat
Who counts the money underneath the bar?
Who writes the wrecking ball into our guitars?
Don't tell us you need us 'cause we're the ship
of fools
Looking for America, coming through your
schools

(I'm looking out over that Golden Gate bridge)
(On another gorgeous sunny Saturday)
(And I'm seein' that bumper to bumper traffic)
Don't you remember (remember), 'member
('member)
(It's your favorite radio station in your favorite
radio city)

Knee deep in the hoopla, sinking in your fight
Too many runaways eating up the night

Marconi plays the mamba, listen to the radio

Don't you remember? We built this city, we
built this city on rock and roll

We built this city, we built this city on rock and
roll

Built this city, we built this city on rock and roll

Someone's always playing corporation games
Who cares they're always changing corporation
names
We just want to dance here, someone stole the
stage
They call us irresponsible, write us off the page

Marconi plays the mamba, listen to the radio

Don't you remember? We built this city, we
built this city on rock and roll

We built this city, we built this city on rock and
roll

Built this city, we built this city on rock and roll

It's just another Sunday, in a tired old street

Police have got the choke hold, oh then we just
might meet

| | |
|---|---|
| (The city by the bay, the city that rocks, the city that never sleeps) | Marconi plays the mamba, listen to the radio |
| Marconi plays the mamba<br>Listen to the radio<br>Don't you remember?<br>We built this city<br>We built this city on rock and roll | Don't you remember? We built this city, we built this city on rock and roll |
| We built this city<br>We built this city on rock and roll<br>Built this city<br>We built this city on rock and roll<br>Built this city (ooh, ooh)<br>We built this city on rock and roll<br>Built this city<br>We built this city on rock and roll | We built this city, we built this city on rock and roll<br><br>Built this city, we built this city on rock and roll<br>Built this city, we built this city on rock and roll<br>Built this city, we built this city on rock and roll |
| We built, we built this city, yeah<br>(Built this city) we built, we built this city<br>We built, we built this city, yeah<br>(Built this city) we built, we built this city<br>We built, we built this city, yeah<br>(Built this city) we built, we built this city<br>We built, we built this city, yeah<br>(Built this city) we built, we built this city | |

11222 - "I Will Survive" by Gloria Gaynor

| LyricFind | Claude |
|---|---|
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along | First I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along |
| And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me | And so you're back from outer space<br>I just walked in to find you here with that sad look upon your face<br>I should have changed my stupid lock, I should have made you leave your key<br>If I had known for just one second you'd be back to bother me |

| | |
|---|---|
| Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself<br>I used to cry<br>But now I hold my head up high<br><br>And you see me, somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in<br>And just expect me to be free<br>Well, now I'm saving all my lovin'<br>For someone who's loving me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive | Go on now, go, walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>It took all the strength I had not to fall apart<br>Kept trying hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself<br>I used to cry<br>But now I hold my head up high<br><br>And you see me somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in and just expect me to be free<br>Well, now I'm saving all my lovin' for someone who's lovin' me<br><br>Go on now, go, walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive |

| | |
|---|---|
| I will survive | I will survive |
| Oh<br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Do you think I'd crumble?<br>Did you think I'd lay down and die? | Oh go on now, go, walk out the door<br><br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to crush me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die? |
| No no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive | Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive |
| Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | I will survive |

11224 - "Radioactive" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| Whoa, oh, oh<br>Whoa, oh, oh<br>Whoa, oh, oh<br>Whoa | |

I'm waking up to ash and dust
I wipe my brow and I sweat my rust
I'm breathing in the chemicals

I'm breaking in, shaping up, then checking out
on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive

I raise my flags, don my clothes
It's a revolution, I suppose
We'll paint it red to fit right in
Whoa

I'm breaking in, shaping up, then checking out
on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive

All systems go, the sun hasn't died
Deep in my bones, straight from inside

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive

I'm waking up to ash and dust
I wipe my brow and I sweat my rust
I'm breathing in the chemicals

I'm breaking in, shaping up, then checking out
on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, whoa, whoa, whoa, whoa, whoa, whoa,
I'm radioactive, radioactive
Whoa, whoa, whoa, whoa, whoa, whoa, whoa,
I'm radioactive, radioactive

I raise my flags, don my clothes
It's a revolution, I suppose
We're painted red to fit right in
Whoa

I'm breaking in, shaping up, then checking out
on the prison bus
This is it, the apocalypse
Whoa

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, whoa, whoa, whoa, whoa, whoa, whoa,
I'm radioactive, radioactive
Whoa, whoa, whoa, whoa, whoa, whoa, whoa,
I'm radioactive, radioactive

11227 - "Demons" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| When the days are cold<br>And the cards all fold<br>And the saints we see<br>Are all made of gold<br><br>When your dreams all fail<br>And the ones we hail<br>Are the worst of all<br>And the blood's run stale<br><br>I wanna hide the truth<br>I wanna shelter you<br>But with the beast inside<br>There's nowhere we can hide<br><br>No matter what we breed<br>We still are made of greed<br>This is my kingdom come<br>This is my kingdom come<br><br>When you feel my heat<br>Look into my eyes<br>It's where my demons hide<br>It's where my demons hide<br>Don't get too close<br>It's dark inside<br>It's where my demons hide<br>It's where my demons hide<br><br>At the curtain's call<br>It's the last of all<br>When the lights fade out<br>All the sinners crawl<br><br>So they dug your grave<br>And the masquerade<br>Will come calling out<br>At the mess you've made<br><br>Don't wanna let you down<br>But I am hellbound<br>Though this is all for you<br>Don't wanna hide the truth | When the days are cold<br>And the cards all fold<br>And the saints we see<br>Are all made of gold<br><br>When your dreams all fail<br>And the ones we hail<br>Are the worst of all<br>And the blood's run stale<br><br>I wanna hide the truth<br>I wanna shelter you<br>But with the beast inside<br>There's nowhere we can hide<br><br>No matter what we breed<br>We still are made of greed<br>This is my kingdom come<br>This is my kingdom come<br><br>When you feel my heat<br>Look into my eyes<br>It's where my demons hide<br>It's where my demons hide<br>Don't get too close<br>It's dark inside<br>It's where my demons hide<br>It's where my demons hide<br><br>Curtain's call<br>Is the last of all<br>When the lights fade out<br>All the sinners crawl<br><br>So they dug your grave<br>And the masquerade<br>Will come calling out<br>At the mess you made<br><br>Don't wanna let you down<br>But I am hell bound<br>Though this is all for you<br>Don't wanna hide the truth |

| | |
|---|---|
| No matter what we breed<br>We still are made of greed<br>This is my kingdom come<br>This is my kingdom come<br><br>When you feel my heat<br>Look into my eyes<br>It's where my demons hide<br>It's where my demons hide<br>Don't get too close<br>It's dark inside<br>It's where my demons hide<br>It's where my demons hide<br><br>They say it's what you make<br>I say it's up to fate<br>It's woven in my soul<br>I need to let you go<br><br>Your eyes, they shine so bright<br>I wanna save that light<br>I can't escape this now<br>Unless you show me how<br><br>When you feel my heat<br>Look into my eyes<br>It's where my demons hide<br>It's where my demons hide<br>Don't get too close<br>It's dark inside<br>It's where my demons hide<br>It's where my demons hide | No matter what we breed<br>We still are made of greed<br>This is my kingdom come<br>This is my kingdom come<br><br>When you feel my heat<br>Look into my eyes<br>It's where my demons hide<br>It's where my demons hide<br>Don't get too close<br>It's dark inside<br>It's where my demons hide<br>It's where my demons hide |

11229 - "Scars to Your Beautiful" by Alessia Cara

| LyricFind | Claude |
|---|---|
| She just wants to be beautiful<br>She goes unnoticed, she knows no limits<br>She craves attention, she praises an image<br>She prays to be sculpted by the sculptor<br>Oh, she don't see the light that's shining<br>Deeper than the eyes can find it<br>Maybe we have made her blind<br>So she tries to cover up her pain and cut her woes away | She just wants to be beautiful<br>She goes unnoticed, she knows no limits<br>She craves attention, she praises an image<br>She prays to be sculpted by the sculptor<br>Oh, she don't see the light that's shining<br>Deeper than the eyes can find it<br>Maybe we have made her blind<br>So she tries to cover up her pain<br>And cut her woes away |

'Cause covergirls don't cry after their face is
made

But there's a hope that's waiting for you in the
dark
You should know you're beautiful just the way
you are
And you don't have to change a thing, the world
could change its heart
No scars to your beautiful, we're stars and
we're beautiful

Oh-oh, oh
Oh-oh, oh, oh
And you don't have to change a thing, the world
could change its heart
No scars to your beautiful, we're stars and
we're beautiful

She has dreams to be an envy, so she's starving
You know, covergirls eat nothing
She says "Beauty is pain and there's beauty in
everything"
"What's a little bit of hunger?"
"I can go a little while longer," she fades away
She don't see her perfect, she don't understand
she's worth it
Or that beauty goes deeper than the surface,
oh, oh

So to all the girls that's hurting
Let me be your mirror, help you see a little bit
clearer
The light that shines within

There's a hope that's waiting for you in the
dark
You should know you're beautiful just the way
you are
And you don't have to change a thing, the world
could change its heart
No scars to your beautiful, we're stars and
we're beautiful
Oh-oh, oh
Oh-oh, oh, oh
And you don't have to change a thing, the world
could change its heart

'Cause covergirls don't cry
After their face is made

But there's a hope that's waiting for you in the
dark
You should know you're beautiful just the way
you are
And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and
we're beautiful

Oh-oh-oh, oh-oh-oh, oh-oh-oh

And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and
we're beautiful

She has dreams to be an envy, so she's starving
You know, "Covergirls eat nothing."
She says, "Beauty is pain and there's beauty in
everything."
"What's a little bit of hunger?"
"I can go a little while longer," she fades away
She don't see her perfect, she don't understand
she's worth it
Or that beauty goes deeper than the surface

Oh, oh, oh, oh, oh, oh
So to all the girls that's hurting
Let me be your mirror, help you see a little bit
clearer
The light that shines within

There's a hope that's waiting for you in the
dark
You should know you're beautiful just the way
you are
And you don't have to change a thing
The world could change its heart
No scars to your beautiful, we're stars and
we're beautiful

| | |
|---|---|
| No scars to your beautiful, we're stars and we're beautiful<br><br>No better you than the you that you are (no better you than the you that you are)<br>No better life than the life we're living (no better life than the life we're living)<br>No better time for your shine, you're a star (no better time for your shine, you're a star)<br>Oh, you're beautiful, oh, you're beautiful<br><br>There's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br><br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful | No better you than the you that you are (no better you than the you that you are)<br>No better life than the life we're living (no better life than the life we're living)<br><br><br>And there's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br><br>And you don't have to change a thing<br>The world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful |

11235 - "Talk" by Khalid

| LyricFind | Claude |
|---|---|
| Can't we just talk?<br>Can't we just talk?<br>Talk about where we're goin'<br>Before we get lost<br>Let me out first<br>Can't get what we want without knowin'<br>I've never felt like this before<br>I apologize if I'm movin' too far<br>Can't we just talk?<br>Can't we just talk?<br>Figure out where we're goin'<br><br>Yeah<br>Started off right<br>I can see it in your eyes<br>I can tell that you're wantin' more<br>What's been on your mind? | Can we just talk? Can we just talk?<br>Talk about where we're goin'<br>Before we get lost, lend me your thoughts<br>Can't get what we want without knowin'<br><br>I've never felt like this before<br>I apologize if I'm movin' too far<br>Can we just talk? Figure out where we're goin'<br><br><br>Yeah<br>Started off right<br>I can see it in your eyes<br>I can tell that you're wantin' more<br>What's been on your mind? There's no reason |

There's no reason we should hide
Tell me somethin' I ain't heard before

Oh, I've been dreamin' 'bout it
And it's you I'm on
So stop thinkin' 'bout it

Can't we just talk?
Can't we just talk?
Talk about where we're goin'
Before we get lost
Let me out first (yeah)
Can't get what we want without knowin' (no)
I've never felt like this before
I apologize if I'm movin' too far
Can't we just talk?
Can't we just talk?
Figure out where we're goin'

(Oh, nah)
Penthouse view, left some flowers in the room
I'll make sure I leave the door unlocked
Now I'm on the way, swear I won't be late
I'll be there by five o'clock

Oh, you've been dreamin' 'bout it
And I'm what you want
So stop thinkin' 'bout it

Can't we just talk? (Oh)
Can't we just talk? (Na)
Talk about where we're goin' (na na oh)
Before we get lost
Let me out first
Can't get what we want without knowin' (na)
I've never felt like this before
I apologize if I'm movin' too far
Can't we just talk? (Ooh!)
Can't we just talk?
Figure out where we're goin'

(Figure out where we're goin')

we should hide
Tell me somethin' I ain't heard before
Oh baby

I've been feelin' it lately
Baby I'll admit it
The other night
Changes we've been facing
Lately you've been tellin' me you're serious

Can we just talk? Can we just talk?
Talk about where we're goin'
Before we get lost, lend me your thoughts
Can't get what we want without knowin'

Can we just talk? Can we just talk?
Figure out where we're goin'
Yeah

11236 - "Goodbye Yellow Brick Road" by Elton John

| LyricFind | Claude |
|---|---|
| When are you gonna come down? | When are you gonna come down |
| When are you going to land? | When are you going to land |
| I should have stayed on the farm | I should have stayed on the farm |
| I should have listened to my old man | I should have listened to my old man |
| You know you can't hold me forever | You know you can't hold me forever |
| I didn't sign up with you | I didn't sign up with you |
| I'm not a present for your friends to open | I'm not a present for your friends to open |
| This boy's too young to be singing | This boy's too young to be singing the blues |
| The blues, ah, ah | |
| | |
| So goodbye yellow brick road | So goodbye yellow brick road |
| Where the dogs of society howl | Where the dogs of society howl |
| You can't plant me in your penthouse | You can't plant me in your penthouse |
| I'm going back to my plough | I'm going back to my plough |
| Back to the howling old owl in the woods | Back to the howling old owl in the woods |
| Hunting the horny back toad | Hunting the horny back toad |
| Oh, I've finally decided my future lies | Oh I've finally decided my future lies |
| Beyond the yellow brick road | Beyond the yellow brick road |
| Ah, ah | |
| | |
| What do you think you'll do then? | What do you think you'll do then |
| I bet they'll shoot down the plane | I bet that'll shoot down your plane |
| It'll take you a couple of vodka and tonics | It'll take you a couple of vodka and tonics |
| To set you on your feet again | To set you on your feet again |
| Maybe you'll get a replacement | Maybe you'll get a replacement |
| There's plenty like me to be found | There's plenty like me to be found |
| Mongrels who ain't got a penny | Mongrels who ain't got a penny |
| Sniffing for tidbits like you | Sniffing for tidbits like you on the ground |
| On the ground, ah, ah | |
| | |
| So goodbye yellow brick road | So goodbye yellow brick road |
| Where the dogs of society howl | Where the dogs of society howl |
| You can't plant me in your penthouse | You can't plant me in your penthouse |
| I'm going back to my plough | I'm going back to my plough |
| Back to the howling old owl in the woods | Back to the howling old owl in the woods |
| Hunting the horny back toad | Hunting the horny back toad |
| Oh, I've finally decided my future lies | Oh I've finally decided my future lies |
| Beyond the yellow brick road | Beyond the yellow brick road |
| Ah, ah | |

11239 - "Redbone" by Childish Gambino

| LyricFind | Claude |
|---|---|
| Daylight | Daylight |
| I wake up feeling like you won't play right | I wake up feeling like you won't play right |
| I used to know, but now that shit don't feel | I used to know, but now that shit don't feel |

right
It made me put away my pride
So long
You made a nigga wait for some, so long
You make it hard for boy like that to go on
I'm wishing I could make this mine, oh

If you want it, yeah
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh
If you want it
You can have it


But stay woke
Niggas creepin'
They gon' find you
Gon' catch you sleepin' (oh)
Now stay woke
Niggas creepin'
Now don't you close your eyes

Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

If you want it, oh
You can have it (you can have it)
If you need it (you better believe in something)
We can make it, oh
If you want it
You can have it, ah!

But stay woke (stay woke)
Niggas creepin' (they be creepin')
They gon' find you (they gon' find you)
Gon' catch you sleepin' (gon' catch you sleepin',
put your hands up on me)
Now stay woke
Niggas creepin'
Now don't you close your eyes

But stay woke (ooh, ah)
Niggas creepin'
They gon' find you (they gon' find you)
Gon' catch you sleepin' (gon' catch you, gon'
catch you, ooh)

right
It made me put away my pride
So long
You made a nigga wait for some, so long
You make it hard for boy like that to go on

I'm wishing I could make this mine, oh
If you want it, yeah
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke

Niggas creepin'
They gon' find you
Gon' catch you sleepin' (Ooh)
Now stay woke
Niggas creepin'
Now don't you close your eyes

Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

If you want it, oh
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke
Niggas creepin'
They gon' find you
Gon' catch you sleepin' (Ooh)
Now stay woke

Niggas creepin'
Now don't you close your eyes

Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

| | |
|---|---|
| Now stay woke<br>Niggas creepin'<br>Now don't you close your eyes<br><br>How'd it get so scandalous?<br>Oh, how'd it get so scandalous?<br>Oh, oh, how'd it get, how'd it get<br>How'd it get so scandalous?<br>How'd it get so scandalous?<br>How'd it get so scandalous?<br>But stay woke<br>But stay woke | If you want it, oh<br>You can have it, oh, oh, oh<br>If you need it, ooh<br>We can make it, oh<br><br>If you want it<br>You can have it<br>But stay woke<br><br>(Oh, woah) Niggas creepin' (Oh)<br>(Oh, woah) They gon' find you (Oh)<br>(Oh, woah) Gon' catch you sleepin' (Oh)<br>Now stay woke |

11246 - "Sign of the Times" by Harry Styles

| LyricFind | Claude |
|---|---|
| Just stop your crying<br>It's a sign of the times<br>Welcome to the final show<br>Hope you're wearing your best clothes<br>You can't bribe the door on your way to the sky<br>You look pretty good down here<br>But you ain't really good<br><br>If we never learn, we been here before<br>Why are we always stuck and running from<br>The bullets?<br>The bullets<br>We never learn, we been here before<br>Why are we always stuck and running from<br>The bullets?<br>The bullets<br><br>Just stop your crying<br>It's a sign of the times<br>We gotta get away from here<br>We gotta get away from here<br>Just stop your crying<br>It'll be alright<br>They told me that the end is near<br>We gotta get away from here<br><br>Just stop your crying<br>Have the time of your life<br>Breaking through the atmosphere<br>And things are pretty good from here | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Just stop your crying, it's a sign of the times<br><br>We gotta get away from here<br>We gotta get away from here<br>Just stop your crying, it'll be alright<br><br>They told me that the end is near<br>We gotta get away from here<br><br>Just stop your crying, have the time of your life<br><br>Breaking through the atmosphere<br>And things are pretty good from here |

Remember, everything will be alright
We can meet again somewhere
Somewhere far away from here

We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets

Just stop your crying
It's a sign of the times
We gotta get away from here
We gotta get away from here

Stop your crying
Baby, it'll be alright
They told me that the end is near
We gotta get away from here

We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets

We don't talk enough
We should open up
Before it's all too much
Will we ever learn?
We've been here before
It's just what we know

Stop your crying, baby
It's a sign of the times
We gotta get away
We got to get away
We got to get away
We got to get away
We got to get away
We got to, we got to, away
We got to, we got to, away
We got to, we got to, away

Remember, everything will be alright
We can meet again somewhere
Somewhere far away from here

We've got to get away from here
We've got to get away from here
Just stop your crying, it's a sign of the times
We gotta get away from here
We got to get away from here

Just stop your crying, baby, it will be alright
They told me that the end is near
We gotta get away from here

We've got to get away, we've got to get away
We've got to get away from here
Just stop your crying, it's a sign of the times
We've got to get away from here
We've got to get away from here
We've got to get away, we've got to get away
We've got to get away from here

11251 - "Let's Stay Together" by Al Green

| LyricFind | Claude |
|---|---|
| Let's stay together | |
| I, I'm I'm so in love with you | I'm, I'm so in love with you |
| Whatever you want to do | Whatever you want to do |
| Is all right with me | Is alright with me |
| Cause you make me feel so brand new | 'Cause you make me feel so brand new |
| And I want to spend my life with you | And I want to spend my life with you |
| Let me say that since, baby, since we've been together | Let me say that since, baby, since we've been together |
| Ooh, loving you forever | Loving you forever |
| Is what I need | Is what I need |
| Let me, be the one you come running to | Let me be the one you come running to |
| I'll never be untrue | I'll never be untrue |
| Oh baby | |
| Let's, let's stay together ('gether) | Let's, let's stay together |
| Lovin' you whether, whether | Loving you whether, whether |
| Times are good or bad, happy or sad | Times are good or bad, happy or sad |
| Oh, oh, oh, oh, yeah | |
| Whether times are good or bad, happy or sad | Whether times are good or bad, happy or sad |
| Why, somebody, why people break up? | Why, why some people break up |
| Oh, then turn around and make up | Then turn around and make up |
| I just can't see | I just can't see |
| You'd never do that to me (would you, baby?) | You'd never do that to me (would you, baby) |
| Just being around you is all I see | Staying around you is all I see |
| Here's what I want us do | |
| | Here I am, and here I'll be |
| | We're together, baby, long as we |
| | Can be |
| | So don't you worry 'bout a thing, baby |
| | 'Cause I'll be standing on the side |
| | When nobody else is more than a friend to me |
| Let's, we oughta stay together ('gether) | Let's, we oughta stay together |
| Loving you whether, whether | Loving you whether, whether |
| Times are good or bad, happy or sad | Times are good or bad, happy or sad |
| Come on | Come on, let's, let's stay together |
| Let's stay, woo (let's stay together) let's stay together | |
| Loving you whether, whether times are good or bad | |

11255 - "No Diggity" by Blackstreet

| LyricFind | Claude |
|---|---|
| Yeah<br>You know what<br>I like the playettes<br>No diggity, no doubt, uh<br>Play on playette, play on playette<br>Yo, Dre, drop the verse<br><br>It's going down, fade to Blackstreet<br>The homies got at me, collab' creations<br>Bump like acne, no doubt<br>I put it down, never slouch<br>As long as my credit can vouch<br>A dog couldn't catch me ass out<br>Tell me who can stop when Dre makin' moves<br>Attracting honeys like a magnet<br>Giving 'em eargasms with my mellow accent<br>Still moving this flavor<br>With the homies Blackstreet and Teddy<br>The original rump shakers<br><br>Shorty get down, good Lord<br>Baby got 'em up open all over town<br>Strictly biz, she don't play around<br>Cover much grounds, got game by the pound<br>Getting paid is her forte<br>Each and every day, true player way<br>I can't get her out of my mind (wow)<br>I think about the girl all the time (wow, wow)<br>East side to the west side<br>Pushin' phat rides, it's no surprise<br>She got tricks in the stash<br>Stacking up the cash<br>Fast when it comes to the gas<br>By no means average<br>She's on when she's got to have it<br>Baby, you're a perfect ten, I wanna get in<br>Can I get down, so I can win<br><br>I like the way you work it<br>No diggity<br>I got to bag it up (bag it up)<br><br>I like the way you work it<br>No diggity (no diggity) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Shorty get down, good Lord<br>Baby got them open up all over town<br>Strictly biz, she don't play around<br>Cover much ground, got game by the pound<br>Getting paid is a forte<br>Each and every day, true player way<br>I can't get her out of my mind<br>I think about the girl all the time<br><br><br><br><br><br><br><br><br><br>I like the way you work it<br>No diggity, I got to bag it up, bag it up<br><br>I like the way you work it<br>No diggity, I got to bag it up, bag it up |

I got to bag it up (bag it up, girl)

I like the way you work it
No diggity
I got to bag it up (bag it up)

I like the way you work it
No diggity (no diggity)
I got to bag it up (get up)

She's got class and style
Street knowledge by the pound
Baby never act wild, very low key on the profile
Catchin' feelings is a no
Let me tell you how it goes
Herb's the word, spin's the verbs
Lovers, it curves, so freak what you heard
Rollin' with the phatness
You don't even know what the half is
You've got to pay to play
Just for shorty bang-bang, to look your way
I like the way you work it
Trump tight all day, every day
You're blowing my mind, maybe in time
Baby, I can get you in my ride

I like the way you work it
No diggity
I got to bag it up (bag it up)

I like the way you work it
No diggity (no diggity)
I got to bag it up (oh yeah, baby)

I like the way you work it
No diggity
I got to bag it up (bag it up, babe)

I like the way you work it
No diggity (no diggity)
I got to bag it up (get up)

Hey yo, hey yo, hey yo, hey yo (hey yo, that girl looks good)
Hey yo, hey yo, hey yo, hey yo (play on, play on, player)
Hey yo, hey yo, hey yo, hey yo (you're my kind of girl)
Hey yo, hey yo, hey yo, hey yo (hey yo)

I like the way you work it
No diggity, I got to bag it up, bag it up

I like the way you work it
No diggity, I got to bag it up

Hey, yo, I can't get her out of my mind
I think about the girl all the time
I like the way you work it
No diggity, I got to bag it up, bag it up

I like the way you work it
No diggity, I got to bag it up, bag it up

I like the way you work it
No diggity, I got to bag it up, bag it up

I like the way you work it
No diggity, I got to bag it up

'Cause that's my peeps and we rolls deep
Flyin' first class from New York City to Blackstreet
What you know about me, not a motherfuckin' thing
Cartier wooded frames sported by my shorty
As for me, icy gleaming pinky diamond ring
We be's the baddest clique up on the scene
Ain't you getting bored with these fake ass broads
I shows and proves, no doubt, I be taking you, so
Please excuse, if I come across rude
That's just me and that's how a playettes got to be
Stay kickin' game with a capital G
Ask the peoples on my block, I'm as real as can be
Word is bond, faking moves never been my thing
So, Teddy, pass the word to your nigga Chauncey
I'll be sending the call, let's say around three thirty
Queen Pen and Blackstreet, it's no diggity (no diggity, no doubt, baby)

| | |
|---|---|
| I like the way you work it | I like the way you work it |
| No diggity | No diggity, I got to bag it up, bag it up |
| I got to bag it up (girl, you got it goin' on) | |
| | |
| I like the way you work it | I like the way you work it |
| No diggity (no diggity) | No diggity, I got to bag it up, bag it up |
| I got to bag it up | |
| | |
| I like the way you work it | I like the way you work it |
| No diggity | No diggity, I got to bag it up, bag it up |
| I got to bag it up | |
| | |
| I like the way you work it | I like the way you work it |
| No diggity | No diggity, I got to bag it up |
| I got to bag it up (get up) | |

Yeah, come on
Becky in full effect (no doubt)
Lisa in full effect (right)
Vicky in full effect (uh huh)
Tameka in full effect (yeah)

| Blaze in full effect (right) |  |
| Ain't nothing goin' on but the rent (no doubt) |  |
| Yeah |  |
| Play on, playette (play on, playette) |  |
| Play on (play on) |  |
| Play on (play on) |  |
| 'Cause I like it (right) |  |
| No diggity, no doubt, yeah |  |
| Blackstreet Productions |  |
| We out, we out (right) |  |
| We out, we out |  |

11262 - "Torn" by Natalie Imbruglia

| LyricFind | Claude |
| --- | --- |
| I thought I saw a man brought to life<br>He was warm, he came around like he was dignified<br>He showed me what it was to cry<br><br>Well, you couldn't be that man I adored<br>You don't seem to know, or seem to care what your heart is for<br>But I don't know him anymore<br><br>There's nothin' where he used to lie<br>The conversation has run dry<br>That's what's goin' on<br>Nothing's fine, I'm torn<br><br>I'm all out of faith<br>This is how I feel<br>I'm cold and I am shamed<br>Lying naked on the floor<br>Illusion never changed<br>Into something real<br>I'm wide awake and I can see<br>The perfect sky is torn<br>You're a little late<br>I'm already torn<br><br><br>So I guess the fortune teller's right<br>Should've seen just what was there and not some holy light<br>But you crawled beneath my veins and now | I thought I saw a man brought to life<br>He was warm, he came around like he was dignified<br>He showed me what it was to cry<br><br>Well you couldn't be that man I adored<br>You don't seem to know, don't seem to care<br>What your heart is for<br>But I don't know him anymore<br><br>There's nothing where he used to lie<br>My conversation has run dry<br>That's what's going on, nothing's fine<br>I'm torn<br><br>I'm all out of faith, this is how I feel<br><br>I'm cold and I am shamed lying naked on the floor<br><br>Illusion never changed into something real<br><br>I'm wide awake and I can see the perfect sky is torn<br><br>You're a little late, I'm already torn<br><br><br>So I guess the fortune teller's right<br>I should have seen just what was there and not some<br>holy light<br>But you crawled beneath my veins and now |

| | |
|---|---|
| I don't care, I had no luck<br>I don't miss it all that much<br>There's just so many things<br>That I can touch, I'm torn<br><br>I'm all out of faith<br>This is how I feel<br>I'm cold and I am shamed<br>Lying naked on the floor<br>Illusion never changed<br>Into something real<br>I'm wide awake and I can see<br>The perfect sky is torn<br>You're a little late<br>I'm already torn<br>Torn<br><br><br>There's nothing where he used to lie<br>My inspiration has run dry<br>And that's what's goin' on<br>Nothing's right, I'm torn<br><br>I'm all out of faith<br>This is how I feel<br>I'm cold and I am shamed<br>Lying naked on the floor<br>Illusion never changed<br>Into something real<br>I'm wide awake and I can see<br>The perfect sky is torn<br>I'm all out of faith<br>This is how I feel<br>I'm cold and I'm ashamed<br>Bound and broken on the floor<br>You're a little late<br>I'm already torn<br>Torn<br>Oh | I don't care, I have no luck<br>I don't miss it all that much<br>There's just so many things<br>That I can't touch, I'm torn<br><br>I'm all out of faith, this is how I feel<br><br>I'm cold and I am shamed lying naked on the floor<br><br>Illusion never changed into something real<br><br>I'm wide awake and I can see the perfect sky is torn<br><br>You're a little late, I'm already torn<br><br>Torn<br><br>There's nothing where he used to lie<br>My inspiration has run dry<br>That's what's going on, nothing's right, I'm torn<br><br>I'm all out of faith, this is how I feel<br><br>I'm cold and I am shamed lying naked on the floor<br><br>Illusion never changed into something real<br><br>I'm wide awake and I can see the perfect sky is torn<br><br>I'm all out of faith, this is how I feel<br><br>I'm cold and I'm ashamed bound and broken on the floor<br>You're a little late, I'm already torn |

11272 - "Renegades" by X Ambassadors

| LyricFind | Claude |
|---|---|
| Run away-ay with me<br>Lost souls in revelry (hey)<br>Running wild and running free | Run away-ay with me<br>Lost souls in revelry<br>Running wild and running free |

| | |
|---|---|
| Two kids, you and me (hey) | Two kids, you and me |
| And I say, hey, hey hey hey | And I say<br>Hey, hey, hey, hey |
| Living like we're renegades<br>Hey hey hey, hey hey hey<br>Living like we're renegades<br>Renegades, renegades | Living like we're renegades<br>Hey, hey, hey, hey<br>Living like we're renegades<br>Renegades, renegades |
| Long live the pioneers<br>Rebels and mutineers (hey)<br>Go forth and have no fear<br>Come close and lend an ear (hey) | Long live the pioneers<br>Rebels and mutineers<br>Go forth and have no fear<br>Come close and lend an ear |
| And I say, hey, hey hey hey | And I say<br>Hey, hey, hey, hey |
| Living like we're renegades<br>Hey hey hey, hey hey hey<br>Living like we're renegades<br>Renegades, renegades | Living like we're renegades<br>Hey, hey, hey, hey<br>Living like we're renegades<br>Renegades, renegades |
| All hail the underdogs<br>All hail the new kids<br>All hail the outlaws (hey)<br>Spielbergs and Kubricks | No rules for us, we don't listen anyway<br>No rules for us, we don't listen anyway<br>No rules for us, we don't listen anyway<br>No rules for us, we don't listen anyway |
| It's our time to make a move<br>It's our time to make amends<br>It's our time to break the rules (hey)<br>Let's begin | |
| | And I say<br>Hey, hey, hey, hey |
| And I say, hey, hey hey hey<br>Living like we're renegades<br>Hey hey hey, hey hey hey<br>Living like we're renegades<br>Renegades, renegades | Hey, hey, hey, hey<br>Living like we're renegades<br>Hey, hey, hey, hey<br>Living like we're renegades<br>Renegades, renegades |

11275 - "Anaconda" by Nicki Minaj

| LyricFind | Claude |
|---|---|
| My anaconda don't, my anaconda don't<br>My anaconda don't want none unless you got buns, hun | My anaconda don't want none<br>Unless you've got buns, hun<br>Oh my gosh, look at her butt<br>Oh my gosh, look at her butt<br>Oh my gosh, look at her butt<br>Look at her butt (look at her butt) |
| Boy toy named Troy used to live in Detroit<br>Big dope dealer money, he was gettin' some coins | |

Was in shootouts with the law, but he live in a palace
Bought me Alexander McQueen, he was keeping me stylish
Now that's real, real, real
Gun in my purse, bitch, I came dressed to kill
Who wanna go first? I had 'em pushing daffodils
I'm high as hell, I only took a half a pill
I'm on some dumb shit

By the way (hey), what he say? (Hey)
He can tell I ain't missing no meals (hey)
Come through and fuck him in my automobile (hey)
Let him eat it with his grills, he keep tellin' me to chill (hey)
He keep telling me it's real, that he love my sex appeal (hey)
He say don't like 'em boney, he want something he can grab (hey)
So I pulled up in the Jag', and I hit him with the jab like (hey)

Dun-d-d-dun-dun-d-d-dun-dun (hey, hey)
My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun
Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
(Look at her butt) (damn)
Look at, look at, look at
Look, at her butt

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang, bang, bang
I let him hit it 'cause he slang Cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang bang bang, I let him hit it cause he slang cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit

By the way, what he say?
He can tell I ain't missing no meals

By the way, what he say? (Ooh, hey)
He can tell I ain't missing no meals (hey)
Come through and fuck him in my automobile (hey)
Let him eat it with his grills, he keep telling me to chill (hey)
He keep telling me it's real, that he love my sex appeal (hey)
He say he don't like 'em boney, he want something he can grab (hey)
So I pulled up in the Jag', Mayweather with the jab like (hey)

Dun-d-d-dun-dun-d-d-dun-dun (hey, hey)
My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun
Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
Oh my gosh, look at her butt (damn, damn)
(Look at her butt) (damn)
Look at, look at, look at
Look, at her butt

Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back
(Oh my God, look at her butt)

My anaconda don't, my anaconda don't
My anaconda don't want none unless you got buns, hun
Don't, my anaconda don't
Don't want none unless you got buns, hun

Oh my gosh (little in the middle but she got

Come through and fuck 'em in my automobile
Let him eat it with his grills
He keep telling me to chill
He keep telling me it's real, that he love my sex appeal
He say he don't like 'em boney, he want something he can grab
So I pulled up in the Jag, Mayweather with the jab like

Dun-d-d-dun-dun-d-d-dun-dun

My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang bang bang, I let him hit it cause he slang cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit

By the way, what he say?
He can tell I ain't missing no meals
Come through and fuck 'em in my automobile
Let him eat it with his grills
He keep telling me to chill
He keep telling me it's real, that he love my sex appeal
He say he don't like 'em boney, he want

| | |
|---|---|
| much back)<br>Look at her butt (damn, damn)<br>Oh my gosh (little in the middle but she got much back)<br>Look at her butt (damn, damn)<br>Oh my gosh (little in the middle but she got much back)<br>Look at her butt (damn, damn)<br>(Look at her butt) (oh my gosh)<br>Look at, look at, look at<br>Look at her butt<br><br>Yeah, he love this fat ass, hahaha!<br>Yeah, this one is for my bitches with a fat ass in the fucking club<br>I said, where my fat ass big bitches in the club?<br>Fuck them skinny bitches, fuck them skinny bitches in the club<br>I wanna see all the big fat ass bitches in the muthafuckin' club<br>Fuck you if you skinny bitches, what? K'yeah<br>Haha, haha, rrr<br>Yeah<br>I got a big fat ass<br>K'yeah<br>Come on<br><br>(Damn)<br>(Damn)<br>(Hey)<br>(Hey)<br>(Hey) | something he can grab<br>So I pulled up in the Jag, Mayweather with the jab like<br><br>Dun-d-d-dun-dun-d-d-dun-dun<br><br>My anaconda don't want none<br>Unless you've got buns, hun<br>Oh my gosh, look at her butt<br>Oh my gosh, look at her butt<br>Oh my gosh, look at her butt<br>Look at her butt (look at her butt)<br><br>Yeah, he love this fat ass<br>Yeah, this one is for my bitches with a fat ass in the fucking club<br>I said, where my fat ass big bitches in the club?<br>Fuck those skinny bitches, fuck those skinny bitches in the club<br>I wanna see all the big fat ass bitches in the motherfucking club<br>Fuck you if you skinny bitches WHAT?<br><br>Yeah, I got a big fat ass<br>Come on |

11280 - "Sucker for Pain" by Lil Wayne, Wiz Khalifa & Imagine Dragons

| LyricFind | Claude |
|---|---|
| I torture you<br>Take my hand through the flames<br>I torture you<br>I'm a slave to your games<br>I'm just a sucker for pain<br>I wanna chain you up<br>I wanna tie you down<br>Ooh<br>I'm just a sucker for pain (Dolla $ign)<br><br>I'm a sucker for pain | I torture you<br>Take my hand through the flames<br>I torture you<br>I'm a slave to your games<br>I'm just a sucker for pain<br>I wanna chain you up<br>I wanna tie you down<br>I'm just a sucker for pain<br><br>I'm a sucker for pain |

I got the squad tatted on me from my neck to my ankles
Pressure from the man got us all in rebellion (yeah)
We gon' go to war, yeah, without failure (ooh, yeah)
Do it for the fam, dog, ten toes down, dog
Love and the loyalty that's what we stand for
Alienated by society
All this pressure give me anxiety (anxiety)
Walk slow through the fire
Like, who gon' try us?
Feelin' the world go against us (against us)
So we put the world on our shoulders

I torture you
Take my hand through the flames
I torture you
I'm a slave to your games
I'm just a sucker for pain
I wanna chain you up
I wanna tie you down
Ooh
I'm just a sucker for pain

I been at it with my homies
It don't matter, you don't know me
I been rollin' with my team, we the illest on the scene
I been ridin' 'round the city with my squad
I been ridin' 'round the city with my squad
We just posted, gettin' crazy, livin' like this is so amazin'
Hold up take a step back, when we roll up, 'cause I know what
We been loyal, we been fam, we the ones you trust in
Won't hesitate to go straight to your head like a concussion
I know I been bustin', no discussion for my family
No hesitation, through my scope I see my enemy
Like what's up? Hold up, we finna reload up
Yes, I reload up, I know what up, I know what up

I torture you
Take my hand through the flames

I got the squad tatted on me from my neck to my ankles
Pressure from the man got us all in rebellion
We gon' go to war, yeah, without failure
Do it for the fam, dog, ten toes down, dog
Love and the loyalty that's what we stand for
Alienated by society, all this pressure give me anxiety
Walk slow through the fire
Like, who gon' try us?

Feel the heat comin' off of the blacktop
Girl, I'm just tryna get you to drop it
Got a sucker for pain like I'm in the dentist's chair
Got the squad on my flank, use my mind as a weapon

I torture you
I'm a slave to your games
I'm just a sucker for pain
I wanna chain you up
I wanna tie you down
Ooh
I'm just a sucker for pain

Uh, devoted to destruction
A full dosage of detrimental dysfunction
I'm dyin' slow but the devil tryna rush me
See I'm a fool for pain, I'm a dummy
Might cut my head off right after I slit my throat
Tongue kiss a shark, got jealous bitches up in
the boat
Eatin' peanut butter and jelly fishes on toast
And if I get stung I get stoked, might choke
Like I chewed a chunk of charcoal, naked in the
North Pole
That's why my heart cold, full of sorrow, the
lost soul
And only Lord knows when I'm comin' to the
crossroads
So I don't fear shit but tomorrow
And I'm a sucker for pain, it ain't nothin' but
pain
You just fuckin' complain, you ain't tough as
you claim
Just stay up in your lane, just don't fuck with Lil
Wayne
I'ma jump from a plane or stand in front of a
train
'Cause I'm a sucker for pain

Used to doin' bad, now we feel like we just now
gettin' it
Ain't got no other way so we start it and finish
it
No pain, no gain
Never stand down, made our own way
Never goin' slow, we pick up the pace
This is what we wanted from a young age
No emotion, that's what business is
Lord, have mercy on the witnesses

I torture you
Take my hand through the flames
I torture you
I'm just a sucker for pain

| | |
|---|---|
| More pain<br>Got me beggin', beggin', beggin', beggin',<br>beggin', beggin'<br>For more pain<br>Got me beggin', beggin', beggin', beggin',<br>beggin', beggin'<br>For more pain<br>Got me beggin', beggin', beggin', beggin',<br>beggin', beggin'<br>For more pain<br>Got me beggin' | |

11282 - "Here" by Alessia Cara

| LyricFind | Claude |
|---|---|
| (I guess right now you've got the last laugh) | |
| I'm sorry if I seem uninterested<br>Or I'm not listenin' or I'm indifferent<br>Truly, I ain't got no business here<br>But since my friends are here, I just came to kick it | I'm sorry if I seem uninterested<br>Or I'm not listenin' or I'm indifferent<br>Truly I ain't got no business here<br>But since my friends are here<br>I just came to kick it but really<br>I would rather be at home all by myself not in this room |
| But really I would rather be at home all by myself not in this room<br>With people who don't even care about my well being<br>I don't dance, don't ask, I don't need a boyfriend<br>So you can go back, please enjoy your party<br>I'll be here<br>Somewhere in the corner under clouds of marijuana<br>With this boy who's hollering, I can hardly hear<br>Over this music I don't listen to and I don't wanna get with you<br>So tell my friends that I'll be over here | With people who don't even care about my well-being<br>I don't dance, don't ask, I don't need a boyfriend<br>So you can go back, please enjoy your party<br>I'll be here, somewhere in the corner under clouds of marijuana<br>With this boy who's hollering I can hardly hear<br>Over this music I don't listen to and I don't wanna get with you<br>So tell my friends that I'll be over here |
| Oh-oh-oh here, oh-oh-oh here<br>Oh, I ask myself what am I doing here?<br>Oh-oh-oh here, oh-oh-oh here<br>And I can't wait 'til we can break up out of here | Oh oh oh here oh oh oh here<br>Oh oh oh I ask myself what am I doing here?<br>Oh oh oh here oh oh oh here<br>And I can't wait till we can break up outta here |
| Excuse me if I seem a little unimpressed with this<br>An anti-social pessimist, but usually I don't | Excuse me if I seem a little unimpressed with this<br>An anti-social pessimist but usually I don't |

| | |
|---|---|
| mess with this<br>And I know you mean only the best<br>And your intentions aren't to bother me<br>But honestly I'd rather be<br>Somewhere with my people we can kick it and just listen<br>To some music with the message (like we usually do)<br>And we'll discuss our big dreams<br>How we plan to take over the planet<br>So pardon my manners, I hope you'll understand<br>That I'll be here<br>Not there in the kitchen with the girl<br>Who's always gossiping about her friends<br>So tell them I'll be here<br>Right next to the boy who's throwing up<br>'Cause he can't take what's in his cup no more<br>Oh God, why am I here?<br><br>Oh-oh-oh here, oh-oh-oh here<br>Oh, I ask myself what am I doing here?<br>Oh-oh-oh here, oh-oh-oh here<br>And I can't wait 'til we can break up out of here<br><br>Hours later congregating next to the refrigerator<br>Some girl's talking 'bout her haters<br>She ain't got none<br>How did it ever come to this<br>I shoulda never come to this<br>So holla at me, I'll be in the car when you're done<br>I'm standoffish, don't want what you're offering<br>And I'm done talking<br>Awfully sad it had to be that way<br>So tell my people when they're ready that I'm ready<br>And I'm standing by the TV with my beanie low<br>Yo, I'll be over here<br><br>Oh-oh-oh here, oh-oh-oh here<br>Oh, I ask myself what am I doing here?<br>Oh-oh-oh here, oh-oh-oh here<br>And I can't wait 'til we can break up out of here | mess with this<br>And I know you mean only the best and<br>Your intentions aren't to bother me<br>But honestly I'd rather be<br>Somewhere with my people we can kick it and just listen<br>To some music with a message (like we usually do)<br>And we'll discuss our big dreams<br>How we plan to take over the planet<br>So pardon my manners, I hope you'll understand<br>That I'll be here<br>Not there in the kitchen with the girl<br>Who's always gossiping about her friends<br>So tell them I'll be here<br>Right next to the boy who's throwing up cause<br>He can't take what's in his cup no more<br>Oh God why am I here?<br><br>Oh oh oh here oh oh oh here<br>Oh oh oh I ask myself what am I doing here?<br>Oh oh oh here oh oh oh here<br>And I can't wait till we can break up outta here<br><br>Hours later congregating next to the refrigerator<br>Some girl's talking 'bout her haters<br>She ain't got none<br>How did it ever come to this<br>I shoulda never come to this<br>So holla at me I'll be in the car when you're done<br>I'm standoffish, don't want what you're offering<br>And I'm done talking<br>Awfully sad it had to be that way<br>So tell my people when they're ready that I'm ready<br>And I'm standing by the TV with my beanie low<br>Yo I'll be over here<br><br>Oh oh oh here oh oh oh here<br>Oh oh oh I ask myself what am I doing here?<br>Oh oh oh here oh oh oh here<br>And I can't wait till we can break up outta here |

11283 - "Hall of Fame" by The Script

| LyricFind | Claude |
|---|---|
| Yeah, you can be the greatest, you can be the best<br>You can be the King Kong bangin' on your chest<br>You can beat the world, you can win the war<br>You can talk to God, go bangin' on his door<br>You can throw your hands up, you can beat the clock<br>You can move a mountain, you can break rocks<br>Some will call that practice, some will call that luck<br>But either way your going to the history books<br><br>Standing in the Hall of Fame<br>And the world's gonna know your name<br>'Cause you burn with the brightest flame<br>And the world's gonna know your name<br>And you'll be on the walls of the Hall of Fame<br><br><br>You can go the distance, you can run a mile<br>You can walk straight through hell with a smile<br>You can be a hero, you can get the gold<br>Breaking all the records they thought would never be broke<br>Yeah, do it for your people, do it for your pride<br>Are you ever gonna know if you never even try?<br>Do it for your country, do it for your name<br>'Cause there's gonna be a day, when you're<br><br><br><br>Standing in the Hall of Fame<br>And the world's gonna know your name<br>'Cause you burn with the brightest flame<br>And the world's gonna know your name<br>And you'll be on the walls of the Hall of Fame<br>On the walls of the Hall of Fame | Yeah, you can be the greatest<br>You can be the best<br>You can be the King Kong banging on your chest<br>You could beat the world<br>You could beat the war<br>You could talk to God, go banging on his door<br>You can throw your hands up<br>You can beat the clock (yeah)<br>You can move a mountain<br>You can break rocks<br>You can be a master<br>Don't wait for luck<br>Dedicate yourself and you gon' find yourself<br><br>Standing in the hall of fame (yeah)<br>And the world's gonna know your name (yeah)<br>'Cause you burn with the brightest flame (yeah)<br>And the world's gonna know your name (yeah)<br>And you'll be on the walls of the hall of fame<br><br>You can go the distance<br>You can run the mile<br>You can walk straight through hell with a smile<br>You could be the hero<br>You could get the gold<br>Breaking all the records they thought never could be broke<br>Do it for your people<br>Do it for your pride<br>How you ever gonna know if you never even try?<br>Do it for your country<br>Do it for your name<br>'Cause there's gonna be a day...<br><br>When you're standing in the hall of fame (yeah)<br>And the world's gonna know your name (yeah)<br>'Cause you burn with the brightest flame (yeah)<br>And the world's gonna know your name (yeah)<br>And you'll be on the walls of the hall of fame<br>Be a champion, be a champion, be a champion, be a champion<br>On the walls of the hall of fame |

| | |
|---|---|
| Be students, be teachers<br>Be politicians, be preachers, yeah (yeah)<br>Be believers, be leaders<br>Be astronauts, be champions<br>Be truth seekers | Be students<br>Be teachers<br>Be politicians<br>Be preachers<br><br>(Yeah)<br><br>Be believers<br>Be leaders<br>Be astronauts<br>Be champions<br><br>Be truth seekers<br>Be students<br>Be teachers<br>Be politicians |
| Be students, be teachers<br>Be politicians, be preachers, yeah (yeah)<br>Be believers, be leaders<br>Be astronauts, be champions | Be preachers<br>Be believers<br>Be leaders<br>Be astronauts<br>Be champions |
| Standing in the Hall of Fame<br>And the world's gonna know your name<br>'Cause you burn with the brightest flame<br>And the world's gonna know your name<br>And you'll be on the walls of the Hall of Fame | Standing in the hall of fame (yeah, yeah, yeah)<br>And the world's gonna know your name (yeah, yeah, yeah)<br>'Cause you burn with the brightest flame (yeah, yeah)<br>And the world's gonna know your name (yeah, yeah, yeah)<br>And you'll be on the walls of the hall of fame |
| Yeah, you can be the greatest, you can be the best | (Be a champion)<br>You could be the greatest<br>(Be a champion)<br>You can be the best<br>(Be a champion)<br>You can be the King Kong banging on your chest |
| You can be the King Kong bangin' on your chest | (Be a champion)<br>You could beat the world<br>(Be a champion) |
| You can beat the world, you can win the war | You could beat the war<br>(Be a champion)<br>You could talk to God, go banging on his door |
| You can talk to God, go bangin' on his door | (Be a champion)<br>You can throw your hands up<br>(Be a champion) |
| You can throw your hands up, you can beat the | You can beat the clock (yeah) |

| | |
|---|---|
| clock<br><br>You can move a mountain, you can break rocks<br><br><br><br>Some will call it practice, some will call that luck<br>But either way your going to the history books<br><br><br>Standing in the Hall of Fame | You can move a mountain<br>(Be a champion)<br>You can break rocks<br><br>(Be a champion)<br>You can be a master<br>(Be a champion)<br>Don't wait for luck<br>(Be a champion)<br>Dedicate yourself and you gonna find yourself<br>(Be a champion)<br><br>Standing in the hall of fame |

11286 - "Disturbia" by Rihanna

| LyricFind | Claude |
|---|---|
| Bum-bum-be-dum-bum-bum-be-dum-bum<br>(what's wrong with me?)<br>Bum-bum-be-dum-bum-bum-be-dum-bum<br>(why do I feel like this?)<br>Bum-bum-be-dum-bum-bum-be-dum-bum (I'm going crazy now)<br>Bum-bum-be-dum-bum-bum-be-dum-bum<br><br>No more gas in the rig<br>Can't even get it started<br>Nothing heard, nothing said<br>Can't even speak about it<br>Out my life, out my head<br>Don't want to think about it<br>Feels like I'm going insane, yeah<br><br><br>It's a thief in the night to come and grab you (uh-huh)<br>It can creep up inside you and consume you (uh-huh)<br>A disease of the mind, it can control you (uh-huh)<br>It's too close for comfort, ohh<br><br>Put on your break lights<br>We're in the city of wonder<br>Ain't gonna play nice | Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>What's wrong with me?<br>Why do I feel like this?<br>I'm going crazy now<br><br>No more gas in the rig<br>Can't even get it started<br>Nothing heard, nothing said<br>Can't even speak about it<br>All my life on my head<br>Don't want to think about it<br>Feels like I'm going insane<br>Yeah<br><br>It's a thief in the night<br>To come and grab you<br>It can creep up inside you<br>And consume you<br>A disease of the mind<br>It can control you<br>It's too close for comfort<br><br>Put on your break lights<br>We're in the city of wonder<br>Ain't gonna play nice |

| | |
|---|---|
| Watch out, you might just go under | Watch out, you might just go under |
| Better think twice | Better think twice |
| Your train of thought will be altered | Your train of thought will be altered |
| So if you must falter be wise | So if you must falter be wise |
| | |
| Your mind's in disturbia | Your mind's in disturbia |
| It's like the darkness is the light | It's like the darkness is the light |
| Disturbia | Disturbia |
| Am I scaring you tonight? | Am I scaring you tonight? |
| Your mind is in disturbia | Disturbia |
| Ain't used to what you like | Ain't used to what you like |
| Disturbia | Disturbia |
| Disturbia | Disturbia |
| | |
| Bum-bum-be-dum-bum-bum-be-dum-bum | Bum bum be-dum bum bum be-dum bum |
| Bum-bum-be-dum-bum-bum-be-dum-bum | Bum bum be-dum bum bum be-dum bum |
| Bum-bum-be-dum-bum-bum-be-dum-bum | Bum bum be-dum bum bum be-dum bum |
| Bum-bum-be-dum-bum-bum-be-dum-bum | Bum bum be-dum bum bum be-dum bum |
| | |
| Faded pictures on the wall | Faded pictures on the wall |
| It's like they talkin' to me | It's like they talkin' to me |
| Disconnectin' all calls | Disconnectin' your call |
| Your phone don't even ring | Your phone don't even ring |
| I gotta get out | I gotta get out |
| Or figure this shh out | Or figure this shit out |
| It's too close for comfort, oh-ohh | It's too close for comfort, oh |
| | |
| It's a thief in the night to come and grab you | It's a thief in the night |
| (uh-huh) | To come and grab you |
| It can creep up inside you and consume you | It can creep up inside you |
| (uh-huh) | And consume you |
| A disease of the mind, it can control you (uh-huh) | A disease of the mind |
| | It can control you |
| I feel like a monster, ohh | I feel like a monster, oh |
| | |
| Put on your break lights | Put on your break lights |
| We're in the city of wonder (city of lights) | We're in the city of wonder |
| Ain't gonna play nice | Ain't gonna play nice |
| Watch out (ohh), you might just go under | Watch out, you might just go under |
| Better think twice (think twice) | Better think twice |
| Your train of thought will be altered | Your train of thought will be altered |
| So if you must falter be wise (be wise) | So if you must falter be wise |
| | |
| Your mind's in disturbia | Your mind's in disturbia |
| It's like the darkness is the light | It's like the darkness is the light |
| Disturbia | Disturbia |
| Am I scaring you (oh) tonight? | Am I scaring you tonight? |
| Your mind's in disturbia (oh) | Disturbia |
| Ain't used to what you like | Ain't used to what you like |

| | |
|---|---|
| Disturbia (what you like)<br>Disturbia | Disturbia<br>Disturbia |
| Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)<br>Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)<br>Bum-bum-be-dum-bum-bum-be-dum-bum (disturbia)<br>Bum-bum-be-dum-bum-bum-be-dum-bum (oh, oh) | Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum |
| Release me from this curse I'm in<br>Trying to maintain but I'm struggling<br>If you can't go<br>I think I'm going to oh, oh, oh, oh-ohh | Release me from this curse I'm in<br>Trying to maintain but I'm struggling<br>If you can't go-o-o<br>I think I'm gonna ah, ah, ah, ah |
| Put on your break lights<br>We're in the city of wonder (woo)<br>Ain't gonna play nice<br>Watch out, you might just go under<br>Better think twice<br>Your train of thought will be altered<br>So if you must falter be wise | Put on your break lights<br>We're in the city of wonder<br>Ain't gonna play nice<br>Watch out, you might just go under<br>Better think twice<br>Your train of thought will be altered<br>So if you must falter be wise |
| Your mind's in disturbia<br>It's like the darkness is the light<br>Disturbia<br>Am I scaring you tonight?<br>Your mind's in disturbia<br>Ain't (disturbia) used to what you like<br>Disturbia<br>Disturbia | Your mind's in disturbia<br>It's like the darkness is the light<br>Disturbia<br>Am I scaring you tonight?<br>Disturbia<br>Ain't used to what you like<br>Disturbia<br>Disturbia |
| Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)<br>Bum-bum-be-dum-bum-bum-be-dum-bum (ba-da-da-da-dee-da)<br>Bum-bum-be-dum-bum-bum-be-dum-bum<br>Bum-bum-be-dum-bum-bum-be-dum-bum (ohh-ohh) | Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum<br>Bum bum be-dum bum bum be-dum bum |

11290 - "Milkshake" by Kelis

| LyricFind | Claude |
|---|---|
| My milkshake brings all the boys to the yard<br>And they're like, it's better than yours | My milkshake brings all the boys to the yard<br>And they're like, it's better than yours |

Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

I know you want it
The thing that makes me
What the guys go crazy for
They lose their minds
The way I wind
I think it's time

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

I can see you're on it
You want me to teach the
Techniques that freaks these boys
It can't be bought
Just know, thieves get caught
Watch if you're smart

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard

---

Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

I know you want it, the thing that makes me
What the guys go crazy for
They lose their minds, the way I wind
I think it's time

La la-la la la, warm it up
La la-la la la, the boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

I can see you're on it, you want me to teach
thee
Techniques that freaks these boys
It can't be bought, just know thieves get caught
Watch if you're smart

La la-la la la, warm it up
La la-la la la, the boys are waiting

| LyricFind | Claude |
|---|---|
| And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge | My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge |
| Oh, once you get involved<br>Everyone will look this way, so<br>You must maintain your charm<br>Same time maintain your halo<br>Just get the perfect blend<br>Plus what you have within<br>Then next his eyes'll squint<br>Then he's picked up your scent | Oh, once you get involved, everyone will look this way, so<br>You must maintain your charm, same time maintain your halo<br>Just get the perfect blend, plus what you have within<br>Then next his eyes are squint, then he's picked up your scent |
| La la, la la, la<br>Warm it up<br>La la, la la, la<br>The boys are waiting<br>La la, la la, la<br>Warm it up<br>La la, la la, la<br>The boys are waiting | Lala-lalalala, warm it up<br>Lala-lalalala, the boys are waiting |
| My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge | My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge |

11293 - "Long Cool Woman (In a Black Dress)" by The Hollies

| LyricFind | Claude |
|---|---|
| Saturday night I was downtown<br>Working for the FBI<br>Sitting in a nest of bad men<br>Whiskey bottles piling high | Saturday night I was downtown<br>Working for the FBI<br>Sitting in a nest of bad men<br>Whiskey bottles piling high |
| Bootlegging boozer on the west side<br>Full of people who are doing wrong<br>Just about to call up the D.A. man<br>When I heard this woman singing a song | Bootlegging boozer on the west side<br>Full of people who are doing wrong<br>Just about to call up the D.A. man<br>When I heard this woman singing a song |

| | |
|---|---|
| A pair of forty fives made me open my eyes<br>My temperature started to rise<br><br>She was a long cool woman in a black dress<br>Just a 5'9" beautiful 'n' tall<br>Just one look I was a bad mess<br>'Cause that long cool woman had it all<br><br>I saw her heading to the table<br>Well, a tall walking big black cat<br>Charlie said, I hope that you're able, boy<br>'Cause I'm telling you she knows where it's at<br><br>Well, suddenly we hear the sirens<br>And everybody started to run<br>Jumping under doors and tables<br>Well, I heard somebody shooting a gun<br><br>Well, the D.A. was pumping my left hand<br>She was holding my right<br>Well, I told her, don't get scared<br>'Cause you're gonna be spared<br>I've gotta be forgiven if I wanna spend my living<br><br><br>With a long cool woman in a black dress<br>Just a 5'9" beautiful 'n' tall<br>Well with just one look I was a bad mess<br>'Cause that long cool woman had it all<br>Had it all, had it all, had it all<br>Had it all, had it all, had it all (she had it all) | A pair of 45's made me open my eyes<br>My temperature started to rise<br><br>She was a long cool woman in a black dress<br>Just a 5'9 beautiful tall<br>With just one look I was a bad mess<br>'Cause that long cool woman had it all<br><br>I saw her heading to the table<br>Well a tall walking big black cat<br>When Charlie said I hope that you're able boy<br>Well I'm telling you she knows where it's at<br><br>Well then suddenly we heard the siren<br>And everybody started to run<br>A jumping out of doors and tables<br>Well I heard somebody shooting a gun<br><br>Well the D.A. was pumping my left hand<br>And then she was a-holding my right<br>Well I told her don't get scared<br>'Cause you're gonna be spared<br>Well I've gotta be forgiving<br>If I wanna spend my living<br><br>With a long cool woman in a black dress<br>Just a 5'9 beautiful tall<br>With just one look I was a bad mess<br>'Cause that long cool woman had it all<br>Had it all<br>Had it all |

11296 - "Miss Independent" by Ne-Yo

| LyricFind | Claude |
|---|---|
| Yeah, yeah yeah<br>Yeah, yeah yeah<br>Yeah, yeah yeah yeah<br><br>Ooh it's something about<br>Just something about the way she move<br>I can't figure it out<br>It's something about her<br><br>Say, ooh it's something about | <br><br><br><br>Ooh it's something about just something about the way she move<br>I can't figure it out there's something about her<br><br>Said ooh it's something about kinda woman |

| Left | Right |
|---|---|
| Kinda woman that want you but don't need you | that want you but don't need you |
| Hey, I can't figure it out | And I can't figure it out there's something about |
| It's something about her | her |
| | |
| 'Cause she walk like a boss | 'Cause she walk like a boss talk like a boss |
| Talk like a boss | Manicured nails to set the pedicure off |
| Manicure nails just sent the pedicure off | She's fly effortlessly |
| She's fly effortlessly | |
| | |
| And she move like a boss | And she move like a boss do what a boss do |
| Do what a boss | She got me thinking about getting involved |
| Do, she got me thinking about getting involved | That's the kinda girl I need oh |
| That's the kinda girl I need, ooh | |
| | |
| She got her own thing | She got her own thing |
| That's why I love her | That's why I love her |
| Miss independent | Miss Independent |
| Won't you come and spend a little time | Won't you come and spend a little time |
| She got her own thing | She got her own thing |
| That's why I love her | That's why I love her |
| Miss independent | Miss Independent |
| Ooh, the way she shine | Ooh the way you shine |
| Miss independent | Miss Independent yeah |
| | |
| Yeah, yeah yeah | |
| Yeah, yeah yeah | |
| Yeah, yeah yeah yeah, oh | |
| | |
| Ooh there's something about | |
| Kinda woman that can do for herself | |
| I look at her and it makes me proud | |
| There's something about her | |
| | |
| Something ooh so sexy about | |
| Kinda woman that don't even need my help | |
| She said, she got it, she got it no doubt | |
| There's something about her | |
| | |
| 'Cause she work like a boss | |
| Play like a boss | |
| Car and the crib she 'bout to pay 'em both off | |
| And her bills are payed on time, yeah | |
| She made for a boss | |
| Only a boss | |
| Anything less she telling them to get lost | |
| That's the girl that's on my mind | |
| | |
| She got her own thing | Yeah yeah, she got her own thing |
| That's why I love her | That's why I love her |

| | |
|---|---|
| Miss independent<br>Won't you come and spend a little time<br>She got her own thing<br>That's why I love her<br>Miss independent<br>Ooh, the way we shine<br>Miss independent, yeah, mm<br><br>Her favorite thing to say, don't worry I got it, mm<br>And everything she got best believe she bought it, mm<br>She goin' steal my heart ain't no doubt about it, girl<br>You're everything I need<br>Said you're everything I need<br><br>Yeah, yeah yeah<br>Yeah, yeah yeah<br>Yeah yeah, yeah<br><br>She got her own thing<br>That's why I love her (that's why I love her)<br>Miss independent (independent)<br>Won't you come and spend a little time<br>She got her own thing (she got, she got)<br>That's why I love her (that's why I love that girl)<br>Miss independent (oh)<br>Ooh, the way you shine<br><br>Miss independent<br>That's why I love her | Miss Independent<br>Won't you come and spend a little time<br>She got her own thing<br>That's why I love her<br>Miss Independent<br>Ooh the way you shine<br>Miss Independent yeah<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Miss Independent<br>That's why I love her |

11298 - "Coming Home" by Diddy-Dirty Money

| LyricFind | Claude |
|---|---|
| I'm comin' home, I'm comin' home<br>Tell the world I'm comin' home<br>Let the rain wash away<br>All the pain of yesterday<br>I know my kingdom awaits<br>And they've forgiven my mistakes<br>I'm comin' home, I'm comin' home<br>Tell the world I'm comin'<br><br>I'm back where I belong (uh, yeah) | I'm coming home<br>I'm coming home<br>Tell the world I'm coming home<br>Let the rain wash away all the pain of yesterday<br>I know my kingdom awaits and they've<br>forgiven my mistakes<br>I'm coming home, I'm coming home<br>Tell the world that I'm coming<br><br>I'm back where I belong, yeah I never felt so |

I never felt so strong, ayy (yeah, I'm back, baby)
I'm feelin' like there's nothin' that I can't try
(uh, nothin')
And if you with me, put your hands high (yeah, put your hands high)
If you ever lost a life before (high, hey)
This one's for you (and if you with me put your hands high, high) (and you)
Your dreams fulfilled, you rockin' with the best (hey) (and you, and you)
I'll be home soon

I hear the "Tears of a Clown"
Uh, I hate that song
I always feel they're talking to me when it comes on (come on)
Another day, another dawn
Another Keisha, nice to meet ya, get the math, I'm gone
What am I 'pposed to do when the club lights come on?
It's easy to be Puff but it's harder to be Sean (come on)
What if my twins ask me why I ain't marry their mom? (Why?)
Damn, how do I respond?
What if my son stares with a face like my own
And says he wants to be like me when he's grown?
Shit, but I ain't finished growing
Another night, the inevitable prolongs
Another day, another dawn (come on)
Just tell Keisha and Teresa I'll be better in the morn' (I'll be better in the morn')
Another lie that I carry on
I need to get (yeah) back to the place where I belong (let's go)

I'm comin' home, I'm comin' home (I'm comin' home)
Tell the world I'm comin' home (yeah)
Let the rain wash away
All the pain of yesterday (ain't no more pain)
I know my kingdom awaits
And they've forgiven my mistakes (thank you)
I'm comin' home (I'm comin' home), I'm comin' home (I'm comin' home)
Tell the world I'm comin' (yeah, ayo, check this out)

---

strong
I feel like there's nothing that I can't try
And if you with me put your hands high
If you ever lost a light before, this ones for you
And you, the dreams are for you

I hear "The Tears of a Clown"
I hate that song
I feel like they talking to me when it comes on
Another day another Dawn
Another Keisha, nice to meet ya, get the math
I'm gone
What am I 'posed to do when the club lights come on
It's easy to be Puff, but it's harder to be Sean
What if the twins ask why I ain't marry their mom (why, damn!)
How do I respond?

I'm coming home
I'm coming home
Tell the world I'm coming home
Let the rain wash away all the pain of yesterday
I know my kingdom awaits and they've forgiven my mistakes
I'm coming home, I'm coming home
Tell the world that I'm coming

Home

"A House Is Not a Home," I hate this song
Is a house really a home when your loved ones
is gone? (No)
And niggas got the nerve to blame you for it
(come on)
And you know you woulda took the bullet if
you saw it (that's right)
But you felt it, and still feel it
And money can't make up for it or conceal it (or
conceal it)
But you deal with it (deal with it), and you keep
ballin' (that's right)
Pour out some liquor, playboy, and we keep
ballin' (ballin')
Baby, we've been livin' in sin
'Cause we been really in love, but we been livin'
as friends (yeah)
So you've been a guest in your own home
(come on)
It's time to make your house your home (yeah)
pick up the phone (pick up the phone)

I'm comin' home, I'm comin' home
Tell the world that I'm comin' home (I'm comin'
home)
Let the rain wash away
All the pain of yesterday
I know my kingdom awaits
And they've forgiven my mistakes (thank you)
I'm comin' home (I'm comin' home) I'm comin'
home (I'm comin' home)
Tell the world that I'm comin' (I'm almost
home, check this out) yeah, home

| | |
|---|---|
| "Ain't No Stopping Us Now," I love that song | "Ain't No Stopping Us Now," I love that song |
| Whenever it comes on, it makes me feel strong | Whenever it comes on it makes me feel strong |
| I thought I told y'all that we won't stop (we won't stop) | I thought I told y'all that we won't stop |
| 'Til we back cruising through Harlem, these old blocks (yeah) | We back cruising through Harlem, Viso blocks |
| It's what made me, saved me, drove me crazy (oh, oh, yeah, yeah) | It's what made me, saved me, drove me crazy |
| Drove me away, then embraced me (come on, let's go) | Drove me away than embraced me |
| Forgave me for all of my shortcomings | Forgave me for all of my shortcomings |
| Welcome to my homecoming | Welcome to my homecoming |
| Yeah, it's been a long time comin' | Yeah it's been a long time coming |

| | |
|---|---|
| Lot of fights, lot of scars, lot of bottles, lot of cars<br>Lot of ups, lot of downs, made it back, lost my dog (I miss you, Big)<br>But here I stand (come on), a better man (don't stop)<br>Thank you, Lord (thank you, Lord)<br>Thank you all<br><br>I'm comin' home, I'm comin' home (oh)<br>Tell the world that I'm comin' home (I'm comin' home)<br>Let the rain wash away (feel so good)<br>All the pain of yesterday (feel so free)<br>I know my kingdom awaits (ain't no place like home, baby)<br>And they've forgiven my mistakes (ain't no place like home)<br>I'm comin' home (I'm comin' home), I'm comin' home (I'm comin' home)<br>Tell the world that I'm comin' (tell the world)<br>I'm comin' home | I'm coming home<br>I'm coming home<br>Tell the world I'm coming home<br>Let the rain wash away all the pain of yesterday<br>I know my kingdom awaits and they've forgiven my mistakes<br>I'm coming home, I'm coming home<br>Tell the world that I'm coming |

11302 - "Hard to Say I'm Sorry" by Chicago

| LyricFind | Claude |
|---|---|
| "Everybody needs a little time away"<br>I heard her say<br>From each other<br>Even lovers need a holiday<br>Far away from each other<br><br>Hold me now<br>It's hard for me to say I'm sorry<br>I just want you to stay<br><br>After all that we've been through<br>I will make it up to you<br>I promise to<br>And after all that's been said and done<br>You're just a part of me I can't let go<br><br>Couldn't stand to be kept away<br>Just for the day<br>From your body<br>Wouldn't wanna be swept away<br>Far away from the one that I love | Everybody needs a little time away<br>I heard her say, from each other<br><br>Even lovers need a holiday, far away from each other<br><br>Hold me now<br>It's hard for me to say I'm sorry<br>I just want you to stay<br><br>After all that we've been through<br>I will make it up to you<br>I promise to<br>And after all that's been said and done<br>You're just the part of me I can't let go<br><br>Couldn't stand to be kept away<br>Just for the day, from your body<br><br>Wouldn't wanna be swept away |

| | Far away, from the one that I love |
|---|---|
| Hold me now | |
| It's hard for me to say I'm sorry | Hold me now |
| I just want you to know | It's hard for me to say I'm sorry |
| Hold me now | I just want you to know |
| I really wanna tell you I'm sorry | Hold me now |
| I could never let you go | I really want to tell you I'm sorry |
| | I could never let you go |
| After all that we've been through | |
| I will make it up to you | After all that we've been through |
| I promise to | I will make it up to you |
| And after all that's been said and done | I promise to |
| You're just a part of me I can't let go | And after all that's been said and done |
| | You're just the part of me I can't let go |
| After all that we've been through | |
| I will make it up to you | After all that we've been through |
| I promise to | I will make it up to you |
| You're gonna be the lucky one | I promise to |

11305 - "No Air" by Jordin Sparks ft. Chris Brown

| LyricFind | Claude |
|---|---|
| Tell me how I'm supposed to breathe with no air? | Tell me how I'm supposed to breathe with no air |
| If I should die before I wake | If I should die before I wake |
| It's 'cause you took my breath away | It's 'cause you took my breath away |
| Losing you is like living in a world with no air, oh | Losing you is like living in a world with no air, oh |
| | |
| I'm here alone, didn't wanna leave | I'm here alone, didn't wanna leave |
| My heart won't move, it's incomplete | My heart won't move, it's incomplete |
| Is there a way I could make you understand? | Wish there was a way I can make you understand |
| | |
| But how | But how do you expect me |
| Do you expect me, to live alone with just me? | To live alone with just me? |
| 'Cause my world revolves around you | 'Cause my world revolves around you |
| It's so hard for me to breathe | It's so hard for me to breathe |
| | |
| Tell me how I'm supposed to breathe with no air? | Tell me how I'm supposed to breathe with no air |
| Can't live, can't breathe with no air | Can't live, can't breathe with no air |
| That's how I feel whenever you ain't there | That's how I feel whenever you ain't there |
| There's no air, no air | It's no air, no air |
| Got me out here in the water so deep | Got me out here in the water so deep |
| Tell me how you gon' be without me? | Tell me how you gon' be without me |
| If you ain't here I just can't breathe | If you ain't here, I just can't breathe |

There's no air, no air
No air air, No air air

I walked, I ran, I jumped, I flew right off
The ground and float to you
There's no gravity to hold me down, for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

So how do you expect me to live alone with just me?

'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air

Got me here out in the water so deep

Tell me how you goin' be without me?

It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

I walked, I ran, I jumped, I flew
Right off the ground to float to you
There's no gravity to hold me down for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

So how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me
If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

No more
Baby
There's no air, no air
Hey..
No air, air
Hey..
No air, air
No air, air

| | |
|---|---|
| If you ain't here I just can't breathe<br><br>There's no air, no air<br>No air air, no air air | |

11307 - "Next To Me" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| Something about the way that you walked into my living room<br>Casually and confident lookin' at the mess I am<br>But still you, still you want me<br>Stress lines and cigarettes, politics and deficits<br>Late bills and overages, screamin' and hollerin'<br>But still you, still you want me<br><br>Oh, I always let you down<br>You're shattered on the ground<br>But still I find you there<br>Next to me<br>And oh, stupid things I do<br>I'm far from good, it's true<br>But still I find you<br>Next to me (next to me)<br><br>There's something about the way that you always see the pretty view<br>Overlook the blooded mess, always lookin' effortless<br>And still you, still you want me<br><br>I got no innocence, faith ain't no privilege<br>I am a deck of cards, vice or a game of hearts<br>And still you, still you want me<br><br><br><br><br><br>Oh, I always let you down<br>You're shattered on the ground<br><br>But still I find you there<br>Next to me | Something about the way that you walked into my living room<br>Casually and confident looking at the mess I am<br>But still you, still you want me<br>Stress lines and cigarettes, politics and deficits<br>Late bills and overages, screw-ups and second guesses<br>But still you, still you want me<br><br>Oh, I always let you down<br>You're shattered on the ground<br>But still I find you there<br>Next to me<br>And oh, stupid things I do<br>I'm far from good, it's true<br>But still I find you<br>Next to me<br><br>There's something about the way that you always see the pretty view<br>Overlook the blooded mess, always lookin' effortless<br>And still you, still you want me<br><br>I got no innocence, faith ain't no privilege<br>I am a deck of cards, vice or a game of hearts<br>And still you, still you want me<br><br>So thank you for taking a chance on me<br>I know it isn't easy but I hope to be worth it<br><br>So thank you for taking a chance on me<br>I know it isn't easy but I hope to be worth it<br><br>Oh, I always let you down (I always let you down)<br>You're shattered on the ground (shattered on the ground)<br>But still I find you there |

| | |
|---|---|
| And oh, stupid things I do<br>I'm far from good, it's true<br>But still I find you<br>Next to me<br><br>So thank you for taking a chance on me<br>I know it isn't easy<br>But I hope to be worth it (oh)<br>So thank you for taking a chance on me<br>I know it isn't easy<br>But I hope to be worth it (oh)<br><br>Oh, I always let you down (I always let you down)<br>You're shattered on the ground (shattered on the ground)<br>But still I find you there<br>Next to me<br>And oh, stupid things I do (stupid things I do)<br>I'm far from good, it's true<br>But still I find you<br>Next to me (next to me) | Next to me (but still I find you there)<br>And oh, stupid things I do<br>I'm far from good, it's true<br>But still I find you<br>Next to me (but still I find you)<br><br>Next to me<br>Ooh, ooh, ooh, ooh<br>Next to me<br>Ooh, ooh, ooh, ooh<br>Next to me<br><br>There's something about the way that you're never shaken<br>When I'm angry and pacing, you know how to save me<br><br>Yeah, so thank you for taking a chance on me<br>I know it isn't easy but I hope to be worth it |

11312 - "I Can't Make You Love Me" by Bonnie Raitt

| LyricFind | Claude |
|---|---|
| Turn down the lights<br>Turn down the bed<br>Turn down these voices inside my head<br>Lay down with me<br>Tell me no lies<br>Just hold me close, don't patronize<br>Don't patronize me<br><br>'Cause I can't make you love me if you don't<br>You can't make your heart feel something it won't<br>Here in the dark, in these final hours<br>I will lay down my heart and I'll feel the power<br>But you won't, no you won't<br>'Cause I can't make you love me, if you don't<br><br>I'll close my eyes, then I won't see<br>The love you don't feel when you're holding me<br>Morning will come and I'll do what's right<br>Just give me till then to give up this fight<br>And I will give up this fight | Turn down the lights, turn down the bed<br>Turn down these voices inside my head<br>Lay down with me, tell me no lies<br>Just hold me close, don't patronize<br>Don't patronize me<br><br>Cause I can't make you love me if you don't<br>You can't make your heart feel something it won't<br>Here in the dark, in these final hours<br>I will lay down my heart and I'll feel the power<br>But you won't, no you won't<br>'Cause I can't make you love me, if you don't<br><br>I'll close my eyes, then I won't see<br>The love you don't feel when you're holding me<br>Morning will come and I'll do what's right<br>Just give me till then to give up this fight<br>And I will give up this fight |

| | |
|---|---|
| 'Cause I can't make you love me if you don't<br>You can't make your heart feel something it won't<br>Here in the dark, in these final hours<br>I will lay down my heart and I'll feel the power<br>But you won't, no you won't<br>'Cause I can't make you love me, if you don't | Cause I can't make you love me if you don't<br>You can't make your heart feel something it won't<br>Here in the dark, in these lonely hours<br>I will lay down my heart and I'll feel the power<br>But you won't, no you won't<br>'Cause I can't make you love me, if you don't |

11313 - "Nothing from Nothing" by Billy Preston

| LyricFind | Claude |
|---|---|
| Nothin' from nothin' leaves nothin'<br>You gotta have somethin' if you wanna be with me<br>Nothin' from nothin' leaves nothin'<br>You gotta have somethin' if you wanna be with me | Nothing from nothing leaves nothing<br>You gotta have something<br>If you wanna be with me |
| I'm not tryna be your hero<br>'Cause that zero is too cold for me, brrr<br>I'm not tryin' to be your highness<br>'Cause that minus is too low to see, yeah | I'm not trying to be your hero<br>Cause that zero is too cold for me, Brrr<br>I'm not trying to be your highness<br>Cause that minus is too low to see, yeah |
| Nothin' from nothin' leaves nothin'<br>And I'm not stuffin', believe you me<br>Don't you remember I told ya<br>I'm a soldier in the war on poverty, yeah, yes, I am | Nothing from nothing leaves nothing<br>You gotta have something<br>If you wanna be with me<br><br>I'm not trying to be your savior<br>Cause that labor's too hard for me, oooh<br>I'm not trying to be your majesty<br>Cause that factory is too complex for me, yeah |
| Nothin' from nothin' leaves nothin'<br>You gotta have somethin' if you wanna be with me, oh baby<br>Nothin' from nothin' leaves nothin'<br>You gotta have somethin' if you wanna be with me<br>That's right, ha yeah | Nothing from nothing leaves nothing<br>You gotta have something<br>If you wanna be with me<br><br>You gotta have something<br>If you wanna be with me |
| Gotta have somethin' if you wanna be with me<br>You gotta bring me somethin', girl, if you wanna be with me | Nothing from nothing leaves nothing<br>You gotta have something<br>If you wanna be with me |

11315 - "Misery" by Maroon 5

| LyricFind | Claude |
|---|---|
| Oh yeah<br>Oh yeah<br><br>So scared of breaking it<br>That you won't let it bend<br>And I wrote two hundred letters<br>I will never send<br>Sometimes these cuts are so much<br>Deeper than they seem<br>You'd rather cover up<br>I'd rather let them bleed<br>So let me be<br>And I'll set you free (oh yeah)<br><br>I am in misery<br>There ain't nobody<br>Who can comfort me, oh yeah<br>Why won't you answer me?<br>The silence is slowly killing me, oh yeah<br><br>Girl, you really got me bad<br>You really got me bad<br>Now I'm gonna get you back<br>I'm gonna get you back, yeah<br><br>Your salty skin and how<br>It mixes in with mine<br>The way it feels to be<br>Completely intertwined<br>Not that I didn't care<br>It's that I didn't know<br>It's not what I didn't feel<br>It's what I didn't show<br>So let me be<br>And I'll set you free<br><br>I am in misery<br>There ain't nobody<br>Who can comfort me, oh yeah<br>Why won't you answer me?<br>The silence is slowly killing me, oh yeah<br><br>Girl, you really got me bad<br>You really got me bad<br>And now I'm gonna get you back | Oh yeah<br>Oh yeah<br><br>So scared of breaking it that you won't let it<br>bend<br>And I wrote two hundred letters I will never<br>send<br>Sometimes these cuts are so much deeper than<br>they seem<br>You'd rather cover up, I'd rather let them be<br><br>So let me be, and I'll set you free<br><br>I am in misery<br>There ain't nobody who can comfort me, oh<br>yeah<br>Why won't you answer me?<br>The silence is slowly killing me, oh yeah<br><br>Girl you really got me bad<br>You really got me bad<br>I'm gonna get you back<br>I'm gonna get you back<br><br>Your salty skin and how it mixes in with mine<br>The way it feels to be completely intertwined<br>Not that I didn't care, it's that I didn't know<br>It's not what I didn't feel, it's what I didn't show<br><br>So let me be, and I'll set you free<br><br>I am in misery<br>And there ain't nobody who can comfort me, oh<br>yeah<br>Why won't you answer me?<br>The silence is slowly killing me, oh yeah<br><br>Girl you really got me bad<br>You really got me bad<br>I'm gonna get you back<br>I'm gonna get you back |

| | |
|---|---|
| I'm gonna get you back, yeah | |
| | You say your faith is shaken, and you may be mistaken |
| You say your faith is shaken | You keep me wide awake and waiting for the sun |
| And you may be mistaken | I'm desperate and confused, so far away from you |
| You keep me wide awake and | I'm getting there, I don't care where I have to run |
| Waiting for the sun | |
| I'm desperate and confused | Why do you do what you do to me, yeah? |
| So far away from you | Why won't you answer me, answer me yeah? |
| And I'm getting there | Why do you do what you do to me yeah? |
| I don't care where I have to run | Why won't you answer me, answer me yeah? |
| | |
| Why do you do what you do to me? Yeah | I am in misery |
| Why won't you answer me, answer me? Yeah | There ain't nobody who can comfort me, oh yeah |
| Why do you do what you do to me? Yeah | Why won't you answer me? |
| Why won't you answer me, answer me? Yeah | The silence is slowly killing me, oh yeah |
| | |
| I am in misery | Girl you really got me bad |
| There ain't nobody | You really got me bad |
| Who can comfort me, oh yeah | I'm gonna get you back |
| Why won't you answer me? | I'm gonna get you back |
| Your silence is slowly killing me, oh yeah | |
| | |
| Girl, you really got me bad | |
| You really got me bad | |
| And now I'm gonna get you back | |
| I'm gonna get you back (come on) | |
| | |
| Girl, you really got me bad | |
| You really got me bad | |
| Now I'm gonna get you back | |
| I'm gonna get you back | |
| | |
| (Girl, you really got me bad) | |
| (You really got me bad) | |
| (Now I'm gonna get you back) | |
| (I'm gonna get you back) | |
| (Girl, you really got me bad) | |
| (You really got me bad) | |
| (Now I'm gonna get you back) | |
| (I'm gonna get you back) | |

11319 - "Reunited" by Peaches & Herb

| LyricFind | Claude |
|---|---|
| | Reunited and it feels so good |
| | Reunited 'cause we understood |
| | There's one perfect fit |
| | And, sugar, this one is it |

We both are so excited 'cause we're reunited, hey, hey

I was a fool to ever leave your side
Me minus you is such a lonely ride
The breakup we had has made me lonesome and sad
I realize I love you 'cause I want you bad, hey, hey

I spent the evening with the radio
Regret the moment that I let you go
Our quarrel was such a way of learnin' so much
I know now that I love you 'cause I need your touch, hey, hey

Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

I sat here starin' at the same old wall
Came back to life just when I got your call
I wished I could climb right through the telephone line
And give you what you want so you will still be mine, hey, hey

I can't go cheatin', honey, I can't play
I found it very hard to stay away
As we reminisce on precious moments like this
I'm glad we're back together 'cause I missed your kiss, hey, hey

Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

Yeah, yeah, yeah
Baby

Lover, lover, this is solid love
And you're exactly what I'm dreamin' of
All through the day

I was a fool to ever leave your side
Me minus you is such a lonely ride
The breakup we had has made me lonesome and sad
I realize I love you 'cause I want you bad, hey, hey

I spent the evening with the radio
Regret the moment that I let you go
Our quarrel was such a way of learning so much
I know now that I love you 'cause I need your touch, hey, hey

Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

Reunited, and it feels so good
Reunited 'cause we understood
There's one perfect fit
And, sugar, this one is it
We both are so excited 'cause we're reunited, hey, hey

| | |
|---|---|
| And all through the night<br>I'll give you all the love I have with all my might, hey, hey<br><br>Reunited, and it feels so good<br>Reunited 'cause we understood<br>There's one perfect fit<br>And, sugar, this one is it<br>We both are so excited 'cause we're reunited, hey, hey | |

11321 - "Gimme Some Lovin" by the Spencer Davis Group

| LyricFind | Claude |
|---|---|
| Well, my temperature's rising and my feet hit the floor<br>Twenty people knocking 'cause they're wanting some more<br>Let me in, baby, I don't know what you've got<br>But you'd better take it easy, 'cause this place is hot<br><br>So glad we made it, so glad we made it<br>You got to gimme some lovin', gimme some lovin'<br>Gimme some lovin' every day<br><br>Well, I feel so good, everything is sounding hot<br>Better take it easy, 'cause the place is on fire<br>Been a hard day and I don't know what to do<br>Wait a minute, baby, it could happen to you<br><br>So glad we made it, so glad we made it<br>You got to gimme some lovin', gimme some lovin'<br>Gimme some lovin' every day<br><br>Well, I feel so good, everybody's getting higher<br>Better take it easy, 'cause the place is on fire<br>Been a hard day, nothing went too good<br>Now I'm gonna relax, honey, everybody should<br><br>So glad we made it, so glad we made it<br>You got to gimme some lovin', gimme some lovin'<br>Gimme some lovin' every day | Well my temperature's rising and my feet on the floor<br>Twenty people knockin' 'cause they're wanting some more<br>Let me in baby, I don't know what you've got<br>But you better take it easy, this place is hot<br><br>And I'm so glad we made it, so glad we made it<br>You got to gimme some lovin', gimme some lovin'<br>Gimme some lovin', gimme some lovin'<br><br>Well I feel so good, everything is sounding hot<br>You better take it easy 'cause the place is on fire<br>Been a hard day and I don't know what to do<br>Wait a minute baby, it could happen to you<br><br>And I'm so glad we made it, so glad we made it<br>You got to gimme some lovin', gimme some lovin'<br>Gimme some lovin', gimme some lovin'<br><br>Well I feel so good, everything is sounding hot<br>You better take it easy 'cause the place is on fire<br>Been a hard day, and I don't know what to do<br>Wait a minute baby, it could happen to you<br><br>You got to ball me, squeeze me, never leave me<br>You got to gimme some lovin', gimme some lovin'<br>Gimme some lovin', gimme some lovin'<br>Gimme some lovin', gimme some lovin'<br>Gimme some lovin', gimme some lovin' |

11322 - "No One" by Alicia Keys

| LyricFind | Claude |
|---|---|
| One, two, three, four<br>Yeah<br>Yeah<br>This is dedicated<br><br>I just want you close<br>Where you can stay forever<br>You can be sure<br>That it will only get better<br><br>You and me together<br>Through the days and nights<br>I don't worry 'cause<br>Everything's gonna be alright<br>People keep talking, they can say what they like<br>But all I know is everything's gonna be alright<br><br>And no one, no one, no one<br>Can get in the way of what I'm feeling<br>No one, no one, no one<br>Can get in the way of what I feel for you, you, you<br>Can get in the way of what I feel for you<br><br><br>When the rain is pouring down<br>And my heart is hurting<br>You will always be around<br>This I know for certain<br><br>You and me together<br>Through the days and nights<br>I don't worry 'cause<br>Everything's gonna be alright<br>People keep talking, they can say what they like<br>But all I know is everything's gonna be alright<br><br>And no one, no one, no one<br>Can get in the way of what I'm feeling<br>No one, no one, no one<br>Can get in the way of what I feel for you, you, you | I just want you close<br>Where you can stay forever<br>You can be sure<br>That it will only get better<br><br>You and me together<br>Through the days and nights<br>I don't worry 'cause<br>Everything's going to be alright<br>People keep talking<br>They can say what they like<br>But all I know is everything's going to be alright<br><br>No one, no one, no one<br>Can get in the way of what I'm feeling<br>No one, no one, no one<br>Can get in the way of what I feel for you<br><br>You, you<br>Can get in the way of what I feel for you<br><br>When the rain is pouring down<br>And my heart is hurting<br>You will always be around<br>This I know for certain<br><br>You and me together<br>Through the days and nights<br>I don't worry 'cause<br>Everything's going to be alright<br>People keep talking<br>They can say what they like<br>But all I know is everything's going to be alright<br><br>No one, no one, no one<br>Can get in the way of what I'm feeling<br>No one, no one, no one<br>Can get in the way of what I feel for you |

| LyricFind | Claude |
|---|---|
| Can get in the way of what I feel | You, you<br>Can get in the way of what I feel |
| I know some people search the world<br>To find something like what we have<br>I know people will try, try to divide something<br>so real | I know some people search the world<br>To find something like what we have<br>I know people will try<br>Try to divide something so real |
| For 'til the end of time, I'm telling you there<br>ain't no one | So till the end of time<br>I'm telling you that |
| No one, no one<br>Can get in the way of what I'm feeling<br>No one, no one, no one<br>Can get in the way of what I feel, singing oh | No one, no one, no one<br>Can get in the way of what I'm feeling<br>No one, no one, no one<br>Can get in the way of what I feel for you |
| Oh, oh, oh, oh, oh<br>Oh, oh, oh, oh, oh<br>Oh, oh, oh, oh, oh, oh, oh, oh<br>Oh, oh, oh, oh, oh<br>Oh, oh, oh, oh, oh<br>Oh, oh, oh, oh, oh, oh, oh | Oh oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh |
| No one, no one<br>Can get in the way, can get our way<br>No one, no one<br>Can get in the way, can get in the way of what I<br>feel for you<br>Mmm | |

11328 - "Forever" by Chris Brown

| LyricFind | Claude |
|---|---|
| One, two, three, four<br>Hey, hey, forever<br>Hey, hey, forever | 1, 2, 3, 4<br>Hey Hey<br>Hey Hey<br>Forever<br>Hey Hey<br>Hey Hey<br>Forever |
| It's you and me<br>Movin' at the speed of light into eternity, yeah<br>Tonight is the night<br>To join me in the middle of ecstasy<br>Feel the melody and the rhythm of the music<br>around you, around you (ohh) | [Verse 1]<br>Its you, and me<br>Moving at the speed of light into eternity<br>Tonight, is the night<br>To join me in the middle of ecstasy<br>Feel the melody in the rhythm of the music<br>around you, around you |

I'ma take you there, I'ma take you there (ayy)
So don't be scared, I'm right here, baby
We can go anywhere, go anywhere (yeah)
But first, it's your chance, take my hand, come
with me

It's like I waited my whole life (oh)
For this one night (oh)
It's gon' be me, you and the dance floor
'Cause we only got one night (oh)
Double your pleasure (oh)
Double your fun
And dance forever, ever, ever (oh)
Forever, ever, ever
Forever, ever, ever
(Forever)
Forever, ever, ever
Forever, ever, ever
Forever, ever, ever (ayy)
Forever on the dance floor

Feels like we're on another level, oh
Feels like our love's intertwined
We can be two rebels
Breaking the rules, me and you, you and I
All you gotta do is watch me (watch me)
Look what I can do with my feet (my feet)
Baby, feel the beat inside
I'm driving, you can take the front seat (front
seat)
Just need you to trust me (trust me)
Oh (girl), ah (girl), ah (girl)
It's like I've

It's like I waited my whole life (oh)
For this one night (oh) (one night)
It's gon' be me, you and the dance floor (dance
floor)

Ima take you there, Ima take you there
So don't be scared, I'm right here, ready?
[Pre-Chorus]
We can go anywhere
Go anywhere
But first, it's your chance
Take my hand come with me

[Chorus]
It's like I've waited my whole life for this one
night
It's gon' be me you and the dance floor
'Cause we only got one night
Double your pleasure, double your fun
And dance forever ever ever
Forever ever ever
Forever ever ever
Forever (forever)
Ever ever ever
Forever ever ever
Forever ever ever
Forever on the dance floor

[Verse 2]
Feels like were on another level (ohh ahh)
Feels like our loves intertwine
We can be two rebels
Breaking the rules, me and you
You and I
All you got to do is watch me
Look what I can do with my feet, baby
Feel the beat inside
I'm driving, you can take the front seat (front
seat)
Just need you to trust me (trust me)
Girl girl girl
It's like now

[Pre-Chorus]
We can go anywhere
Go anywhere
But first, it's your chance
Take my hand come with me

[Chorus]
It's like I've waited my whole life (Oh)
For this one night (One night)
It's gon' be me you and the dance floor (dance
floor)

'Cause we only got one night (oh) (one night)
Double your pleasure (oh)
Double your fun (yeah)
And dance forever, ever, ever (oh)
Forever, ever, ever (ever)
Forever, ever, ever (ever)
(Forever)
Forever, ever, ever (ever)
Forever, ever, ever (ever)
Forever, ever, ever (ever)
Forever on the dance floor

It's a long way down
We so high off the ground
Sendin' for an angel to bring me your heart
Girl, where did you come from?
Got me so undone
Gaze in your eyes, got me sayin'
"What a beautiful lady"
No if, ands or maybes
I'm releasin' my heart
And it's feelin' amazing
There's no one else that matters
You love me
And I won't let you fall, girl (fall, girl)
Let you fall girl, oh
Oh, oh, yeah
Yeah, I won't let you fall
Let you fall
Let you fall
Oh, oh
Yeah, yeah
Yeah, yeah
It's like

It's like I waited my whole life (oh, a whole life)
(oh)
For this one night (one night)
It's gon' be me, you and the dance floor (me,
you and the dance floor)
'Cause we only got one night (oh)
Double your pleasure (oh)
Double your fun
And dance forever, ever, ever
Forever, ever, ever
Forever, ever, ever
(Forever)
Forever, ever, ever
Forever, ever, ever

'Cause we only got one night (whoa)
Double your pleasure, double your fun

And dance forever ever ever
Forever ever ever
Forever ever ever
Forever (forever)
Ever ever ever
Forever ever ever
Forever on the dance floor

[Bridge]
It's a long way down
We're so high off the ground
Sending for an angel to bring me your heart
Girl where did you come from?
Got me so undone
Gazing in your eyes got me saying
What a beautiful lady
No ifs ands or maybes
I'm releasing my heart and it's feeling amazing
There's no one else that matters
You love me and I won't let you fall girl
Let you fall girl (ahh)
Yeaah yeaah

[Chorus]
It's like I've waited my whole life (whole life)
For this one night (one night)
It's gon' be me you and the dance floor (me you
and the dance floor)
'Cause we only got one night
Double your pleasure, double your fun
And dance forever ever ever
Forever ever ever
Forever ever ever
Forever
Ever ever ever
Forever ever ever
Forever ever ever
Forever on the dance floor

| | |
|---|---|
| Forever, ever, ever<br>Forever on the dance floor<br><br>Oh! Oh! Oh-oh-oh, oh, oh<br>Oh, yeah<br>Forever, ever, ever, ever<br>Forever, ever, oh | <br><br><br>Ohh ah ah ah<br><br>Forever ever ever ever<br>Forever ever ohh |

11364 - "Closer" by Ne-Yo

| LyricFind | Claude |
|---|---|
| Closer<br>Closer<br>Closer<br>Closer<br><br>Turn the lights off in this place<br>And she shines just like a star<br>And I swear I know her face<br>I just don't know who you are<br>Turn the music up in here<br>I still hear her loud and clear<br>Like she's right there in my ear<br>Telling me<br>That she wants to own me<br>To control me<br>Come closer<br>Come closer<br><br>Oh I just can't pull myself away<br>Under her spell I can't break<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>And I just can't break myself no way<br>But I don't want to escape<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br><br>I can feel her on my skin<br>I can taste her on my tongue<br>She's the sweetest taste of sin | <br><br><br><br><br>Turn the lights off in this place<br>And she shines just like a star<br>And I swear I know her face<br>I just don't know who you are<br>Turn the music up in here<br>I still hear her loud and clear<br>Like she's right there in my ear<br>Telling me that she wants to own me<br>To control me<br>Come closer<br>Come closer<br><br>And I just can't pull myself away<br>Under her spell I can't break<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>And I just can't bring myself no way<br>But I don't want to escape<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop |

The more I get the more I want
She wants to own me
Come closer
She says "come closer"

Oh I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't break myself no way
But I don't want to escape
I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

(Come closer)

(Come closer)

(Come closer)

(Come closer)

(Come closer)

(Come closer)

(Come closer)

I just can't stop no

I just can't stop no

I just can't stop no

I just can't stop no

Oh I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't break myself no way
But I don't want to escape

I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

And I just can't pull myself away
Under her spell I can't break
I just can't stop
I just can't stop
I just can't stop
I just can't stop
And I just can't bring myself no way
But I don't want to escape
I just can't stop
I just can't stop
I just can't stop
I just can't stop
I just can't stop

I just can't stop
I just can't stop
I just can't stop
I just can't stop

| | |
|---|---|
| I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br><br>Oh I just can't pull myself away<br>Under her spell I can't break<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>I just can't stop<br>Come closer | |

11366 - "Latch" by Disclosure

| LyricFind | Claude |
|---|---|
| You lift my heart up<br>When the rest of me is down<br>You, you enchant me, even when you're not around<br>If there are boundaries, I will try to knock them down<br>I'm latching on babe<br>Now I know what I have found | You lift my heart up when the rest of me is down<br>You, you enchant me even when you're not around<br>If there are boundaries, I will try to knock them down<br>I'm latching on, babe, now I know what I have found |
| I feel we're close enough<br>I wanna lock in your love<br>I think we're close enough<br>Could I lock in your love, baby? | I feel we're close enough<br>I wanna lock in your love<br>I think we're close enough<br>Could I lock in your love, baby? |
| Now I got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you | Now I've got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you |
| Now I got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you | Now I've got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you |
| I'm so encaptured, got me wrapped up in your touch<br>Feel so enamored, hold me tight within your clutch<br>How do you do it, you got me losing every breath | I'm so encaptured, got me wrapped up in your touch<br>Feel so enamored, hold me tight within your clutch<br>How do you do it, you got me losing every breath |

| | |
|---|---|
| What did you give me to make my heart beat out my chest?<br><br>I feel we're close enough<br>I wanna lock in your love<br>I think we're close enough<br>Could I lock in your love, baby?<br>I feel we're close enough<br>I wanna lock in your love<br>I think we're close enough<br>Could I lock in your love, baby?<br><br>Now I got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you<br><br>Now I got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you<br><br>I'm latching on to you (I'm latching on to you)<br>I won't let go of you (I won't let go)<br>I'm latching on to you (I don't wanna let go)<br>I won't let go of you (I won't let go, I won't let go)<br><br>(I won't let go, I won't let go) | What did you give me to make my heart bleed out my chest?<br><br>I feel we're close enough<br>I wanna lock in your love<br>I think we're close enough<br>Could I lock in your love, baby?<br><br><br><br><br><br>Now I've got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you<br><br>Now I've got you in my space<br>I won't let go of you<br>Got you shackled in my embrace<br>I'm latching on to you<br><br>I'm latching on to you |

11377 - "Soul Man" by Sam & Dave

| LyricFind | Claude |
|---|---|
| Coming to you on a dusty road<br>Good loving, I've got a truck load<br>But when you get it, you got something<br>Don't worry, 'cause I'm coming<br><br>I'm a soul man<br>I'm a soul man<br>I'm a soul man<br>I'm a soul man<br><br>I got what I got, the hard way<br>And I make it better, each and every day<br>Oh honey, said don't you fret<br>Because you ain't seen nothing yet | Coming to ya on a dusty road<br>Good loving I got a truck load<br>And when you get it you got something<br>So don't worry cause I'm coming<br><br>I'm a soul man, I'm a soul man<br>I'm a soul man<br>I'm a soul man<br><br><br>Got what I got the hard way<br>And I make it better each and every day<br>So honey don't you fret<br>Cause you ain't seen nothing yet |

I'm a soul man
I'm a soul man
I'm a soul man
I'm a soul man

Got what I got, the hard way
And I got convicted, each and every day
Oh honey, I said don't you fret
Because you ain't seen, no, nothing yet

I'm a soul man
I'm a soul man
I'm a soul man
I'm a soul man

Grab the rope, let me pull you in
Give you hope and be your only boyfriend
Yeah, yeah, yeah, yeah

Talking about a soul man
Talking about soul man

Talking about a soul man
Soul man
(Soul man)
Can I be
(Soul man)
Your
(Soul man)
Would you let me
(Soul man)
Be your
(Soul man)
I don't mind being
(Soul man)
Your
(Soul man)
I'd like to be
(Soul man)
Your
(Soul man)
One and only
(Soul man)
I'd like to be

I'm a soul man, play it Steve
I'm a soul man
I'm a soul man
I'm a soul man

Listen
I was brought up on a side street
I learned how to love before I could eat
I was educated from good stock
When I start loving I just can't stop

I'm a soul man, I'm a soul man
I'm a soul man
I'm a soul man

Well grab the rope and I'll pull you in
Give you hope and be your only boyfriend
Yeah, yeah, yeah, yeah

I'm a soul man, you're a soul man
I'm a soul man, I'm a soul man

11384 - "Hold On Loosely" by 38 Special

| LyricFind | Claude |
|---|---|
| You see it all around you<br>Good lovin' gone bad<br>And usually it's too late when you, realize what you had<br>And my mind goes back to a girl I left some years ago (Who told me) | |
| Just hold on loosely<br>But don't let go<br>If you cling to tightly<br>You're gonna lose control | Hold on loosely, but don't let go<br>If you cling too tightly, you're gonna lose control |
| Your baby needs someone to believe in<br>And a whole lot of space to breathe in | Your baby needs someone to believe in<br>And a whole lot of space to breathe in |
| It's so damn easy, when your feelings are such<br>To overprotect her, to love her too much<br>And my mind goes back to a girl I left some years ago (Who told me) | It's so damn easy, when your feelings are such<br>To overprotect her, to love her too much<br>And my mind goes back to a girl I left some years ago |
| Just hold on loosely<br>But don't let go<br>If you cling too tight babe<br>You're gonna loose control<br>Your baby needs someone to believe in<br>And a whole lot of space to breathe in<br>Don't let her slip away | Who told me just Hold on loosely, but don't let go<br>If you cling too tight babe, you're gonna lose it<br>You're gonna - you're gonna lose it<br>Hold on loosely, but don't let go<br>If you cling too tightly, you're gonna lose control<br>Your baby needs someone to believe in<br>And a whole lot of space to breathe in |
| Sentimental fool<br>Don't let your heart get in her way<br>Yeah, yeah, yeah | Don't let her slip away<br>Sentimental fool<br>Don't let your heart get in her way<br>Yeah, yeah, yeah |
| You see it all around you<br>Good lovin' gone bad<br>And usually it's too late when you, realize what you had | |
| Just hold on loosely<br>But don't let go<br>If you cling to tightly<br>You're gonna lose control<br>Your baby needs someone to believe in | Hold on loosely, but don't let go<br>If you cling too tightly, you're gonna lose it<br>You're gonna - you're gonna lose it |

| | |
|---|---|
| And a whole lot of space to breathe in<br>Just hold on loosely<br>But don't let go<br>If you cling too tight babe<br>You're gonna lose it<br>You're gonna, lose control<br><br>Yeah, yeah, yeah<br>Just hold on loosely<br>But don't let go<br>If you cling too tight babe<br>You're gonna loose control<br>Hold on loosely<br>But don't let go<br>If you cling too tight babe,<br>You're gonna loose control<br>Yeah, yeah, yeah | Hold on loosely, but don't let go<br>If you cling too tightly, you're gonna lose<br>control |

11389 - "Our Lips Are Sealed" by The Go-Go's

| LyricFind | Claude |
|---|---|
| Can you hear them?<br>They talk about us<br>Telling lies<br>Well, that's no surprise<br><br>Can you see them?<br>See right through them<br>They have no shield<br>No secrets to reveal<br><br>It doesn't matter what they say<br>In the jealous games people play<br>Our lips are sealed<br><br>There's a weapon<br>That we must use<br>In our defense<br>Silence reveals<br><br>When you look at them<br>Look right through them<br>That's when they'll disappear<br>That's when we'll be feared<br><br>It doesn't matter what they say<br>In the jealous games people play | Can you hear them<br>They talk about us<br>Telling lies<br>Well that's no surprise<br><br>Can you see them<br>See right through them<br>They have no shield<br>No secrets to reveal<br><br>It doesn't matter what they say<br>In the jealous games people play<br>Our lips are sealed<br><br>There's a weapon<br>That we must use<br>In our defense<br>Silence reveals<br><br>When you look at them<br>Look right through them<br>That's when they'll disappear<br>That's when you'll be feared<br><br>It doesn't matter what they say<br>In the jealous games people play |

| | |
|---|---|
| Our lips are sealed | Our lips are sealed |
| Pay no mind to what they say | Pay no mind to what they say |
| It doesn't matter anyway | It doesn't matter anyway |
| Our lips are sealed | Our lips are sealed |
| Hush, my darling | Hush my darling |
| Don't you cry | Don't you cry |
| Quiet, angel | Quiet angel |
| Forget their lies | Forget their lies |
| Can you hear them? | Can you hear them |
| They talk about us | They talk about us |
| Telling lies | Telling lies |
| Well, that's no surprise | Well that's no surprise |
| Can you see them? | Can you see them |
| See right through them | See right through them |
| They have no shield | They have no shield |
| No secrets to reveal | No secrets to reveal |
| It doesn't matter what they say | It doesn't matter what they say |
| In the jealous games people play | In the jealous games people play |
| Our lips are sealed | Our lips are sealed |
| Pay no mind to what they say | Pay no mind to what they say |
| It doesn't matter anyway | It doesn't matter anyway |
| Our lips are sealed | Our lips are sealed |
| Our lips are sealed | Our lips are sealed |
| Our lips are sealed | |

11394 - "Shape of My Heart" by Sting

| LyricFind | Claude |
|---|---|
| He deals the cards as a meditation | He deals the cards as a meditation |
| And those he plays never suspect | And those he plays never suspect |
| He doesn't play for the money he wins | He doesn't play for the money he wins |
| He don't play for respect | He don't play for respect |
| He deals the cards to find the answer | He deals the cards to find the answer |
| The sacred geometry of chance | The sacred geometry of chance |
| The hidden law of a probable outcome | The hidden law of probable outcome |
| The numbers lead a dance | The numbers lead a dance |
| I know that the spades are the swords of a soldier | I know that the spades are the swords of a soldier |
| I know that the clubs are weapons of war | I know that the clubs are weapons of war |
| I know that diamonds mean money for this art | I know that diamonds mean money for this art |

| | |
|---|---|
| But that's not the shape of my heart | But that's not the shape of my heart |
| He may play the jack of diamonds<br>He may lay the queen of spades<br>He may conceal a king in his hand<br>While the memory of it fades | He may play the jack of diamonds<br>He may lay the queen of spades<br>He may conceal a king in his hand<br>While the memory of it fades |
| I know that the spades are the swords of a soldier<br>I know that the clubs are weapons of war<br>I know that diamonds mean money for this art<br>But that's not the shape of my heart<br>That's not the shape<br>The shape of my heart | I know that the spades are the swords of a soldier<br>I know that the clubs are weapons of war<br>I know that diamonds mean money for this art<br>But that's not the shape of my heart<br>That's not the shape, the shape of my heart |
| If I told her that I loved you<br>You'd maybe think there's something wrong<br>I'm not a man of too many faces<br>The mask I wear is one | And if I told you that I loved you<br>You'd maybe think there's something wrong<br>I'm not a man of too many faces<br>The mask I wear is one |
| But those who speak know nothing<br>And find out to their cost<br>Like those who curse their luck in too many places<br>And those who fear are lost | Those who speak know nothing<br>And find out to their cost<br>Like those who curse their luck in too many places<br>And those who fear are lost |
| I know that the spades are the swords of a soldier<br>I know that the clubs are weapons of war<br>I know that diamonds mean money for this art<br>But that's not the shape of my heart<br>That's not the shape of my heart<br>That's not the shape<br>The shape of my heart | I know that the spades are the swords of a soldier<br>I know that the clubs are weapons of war<br>I know that diamonds mean money for this art<br>But that's not the shape of my heart<br>That's not the shape of my heart |

11408 - "Hate That I Love You" by Rihanna featuring Ne-Yo

| LyricFind | Claude |
|---|---|
| Yeah, yeah<br>Hey<br>That's how much I love you (yeah)<br>That's how much I need you (yeah, yeah, yeah) | That's how much I love you (yeah)<br>That's how much I need you (yeah, yeah, yeah) |
| And I can't stand you<br>Must everything you do make me wanna smile<br>Can I not like you for awhile? (No)<br>But you won't let me | And I can't stand you<br>Must everything you do make me wanna smile<br>Can I not like you for awhile? (No...)<br>But you won't let me |

| | |
|---|---|
| You upset me, girl<br>And then you kiss my lips<br>All of a sudden I forget (that I was upset)<br>Can't remember what you did<br>But I hate it<br>You know exactly what to do<br>So that I can't stay mad at you<br>For too long, that's wrong<br>But I hate it<br>You know exactly how to touch<br>So that I don't wanna fuss and fight no more<br>Said I despise that I adore you | You upset me girl<br>And then you kiss my lips<br>All of a sudden I forget (that I was upset)<br>Can't remember what you did<br>But I hate it...<br>You know exactly what to do<br>So that I can't stay mad at you<br>For too long that's wrong<br>But I hate it...<br>You know exactly how to touch<br>So that I don't want to fuss.. and fight no more<br>Said I despise that I adore you |
| And I hate how much I love you, boy (yeah)<br>I can't stand how much I need you (I need you)<br>And I hate how much I love you, boy (oh whoa)<br>But I just can't let you go<br>And I hate that I love you so (oh) | And I hate how much I love you boy (yeah...)<br>I can't stand how much I need you (I need you...)<br>And I hate how much I love you boy (oh whoa..)<br>But I just can't let you go<br>And I hate that I love you so (oh..) |
| You completely know the power that you have (power that you have)<br>The only one makes me laugh (makes me laugh)<br>Sad and it's not fair<br>How you take advantage of the fact<br>That I<br>Love you beyond the reason why<br>And it just ain't right | You completely know the power that you have<br>The only one makes me laugh<br><br>Sad it's not fair<br>How you take advantage of the fact<br>That I... love you beyond the reason why<br>And it just ain't right |
| And I hate how much I love you, girl (oooh)<br>I can't stand how much I need you (yeah)<br>And I hate how much I love you, girl (yeah)<br>But I just can't let you go (oooh)<br>But I hate that I love you so | And I hate how much I love you girl<br>I can't stand how much I need you (yeah..)<br>And I hate how much I love you girl<br>But I just can't let you go<br>But I hate that I love you so |
| One of these days, maybe your magic won't affect me (hmm)<br>And your kiss won't make me weak<br>But no one in this world knows me the way you know me<br>So you'll probably always have a spell on me<br>Yeah<br>Oh, oh, oh<br>Yeah, yeah, yeah, yeah, yeah, yeah | One of these days maybe your magic won't affect me<br>And your kiss won't make me weak<br>But no one in this world knows me the way you know me<br>So you'll probably always have a spell on me...<br>Yeah... Oh... |
| That's how much I love you<br>How much I need you<br>How much I need you | That's how much I love you (as much as I need you)<br>That's how much I need you (oh..) |

| | |
|---|---|
| How much I love you | That's how much I need you (oh..) |
| That's how much I love you | As much as I need you |
| Oh, I need you | |
| That's how much I need you | |
| I need you | |
| And I hate that I love you so | And I hate that I love you soooo |
| And I hate how much I love you, boy | And I hate how much I love you boy |
| I can't stand how much I need you | I can't stand how much I need you (can't stand how much I need you) |
| (I can't stand how much I need you) | |
| And I hate how much I love you, boy | And I hate how much I love you boy |
| But I just can't let you go | But I just can't let you go (but I just can't let you go no...) |
| (But I just can't let you go no) | |
| And I hate that I love you so (Ohhh) | And I hate that I love you so |
| And I hate that I love you so, so | |
| | And I hate that I love you so.. so... |

11410 - "Desert Rose" by Sting

| LyricFind | Claude |
|---|---|
| I dream of rain | I dream of rain |
| I dream of gardens in the desert sand | I dream of gardens in the desert sand |
| I wake in vain | I wake in vain |
| I dream of love as time runs through my hand | I dream of love as time runs through my hand |
| | |
| I dream of fire | I dream of fire |
| Those dreams are tied to a horse that will never tire | Those dreams are tied to a horse that will never tire |
| And in the flames | And in the flames |
| Her shadows play in the shape of a man's desire | Her shadows play in the shape of a man's desire |
| | |
| This desert rose | This desert rose |
| Each of her veils, a secret promise | Each of her veils, a secret promise |
| This desert flower | This desert flower |
| No sweet perfume ever tortured me more than this | No sweet perfume ever tortured me more than this |
| | |
| And as she turns | And as she turns |
| This way she moves in the logic of all my dreams | This way she moves in the logic of all my dreams |
| This fire burns | This fire burns |
| I realize that nothing's as it seems | I realize that nothing's as it seems |
| | |
| I dream of rain | I dream of rain |
| I dream of gardens in the desert sand | I dream of gardens in the desert sand |
| I wake in vain | I wake in vain |
| I dream of love as time runs through my hand | I dream of love as time runs through my hand |

| | |
|---|---|
| I dream of rain<br>I lift my gaze to empty skies above<br>I close my eyes<br>The rare perfume is the sweet intoxication of her love<br><br>Aman aman aman aman aman<br><br>I dream of rain<br>I dream of gardens in the desert sand<br>I wake in vain<br>I dream of love as time runs through my hand<br><br>Sweet desert rose<br>Each of her veils, a secret promise<br>This desert flower<br>This rare perfume, is the sweet intoxication of the fall<br><br>Ya lili ah ya leel | I dream of rain<br>I lift my gaze to empty skies above<br>I close my eyes, this rare perfume<br>Is the sweet intoxication of her love<br><br><br>I dream of rain<br>I dream of gardens in the desert sand<br>I wake in vain<br>I dream of love as time runs through my hand<br><br>Sweet desert rose<br>Each of her veils, a secret promise<br>This desert flower<br>No sweet perfume ever tortured me more than this<br><br>Sweet desert rose<br>This memory of Eden haunts us all<br>This desert flower, this rare perfume<br>Is the sweet intoxication of the fall |

11418 - "Bleeding Out" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| I'm bleeding out<br>Say if the last thing that I do<br>Is bring you down<br>I'll bleed out for you<br>So I bear my skin<br>And I count my sins<br>And I close my eyes<br>And I take it in<br>I'm bleeding out<br>I'm bleeding out for you (for you)<br><br>When the day has come<br>But I've lost my way around<br>And the seasons stop and hide beneath the ground<br>When the sky turns gray<br>And everything is screaming<br>I will reach inside | I'm bleeding out<br>So if the last thing that I do<br>Is bring you down<br>I'll bleed out for you<br>So I bare my skin<br>And I count my sins<br>And I close my eyes<br>And I take it in<br>I'm bleeding out<br>I'm bleeding out for you, for you.<br><br>When the day has come<br>That I've lost my way around<br>And the seasons stop and hide beneath the ground<br>When the sky turns gray<br>And everything is screaming<br>I will reach inside |

Just to find my heart is beating

You tell me to hold on
Oh you tell me to hold on
But innocence is gone
And what was right is wrong

'Cause I'm bleeding out
Say if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bear my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you (for you)

When the hour is nigh
And hopelessness is sinking in
And the wolves all cry
To feel they're not worth hollering
When your eyes are red
And emptiness is all you know
With the darkness fed
I will be your scarecrow

You tell me to hold on
Oh you tell me to hold on
But innocence is gone
And what was right is wrong

'Cause I'm bleeding out
Say if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bear my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you (for you)

I'm bleeding out for you (for you)
I'm bleeding out for you (for you)
I'm bleeding out for you (for you)
I'm bleeding out for you

'Cause I'm bleeding out

Just to find my heart is beating

Oh, you tell me to hold on
Oh, you tell me to hold on
But innocence is gone
And what was right is wrong

'Cause I'm bleeding out
So if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bare my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you (for you)

When the hour is nigh
And hopelessness is sinking in
And the wolves all cry
To fill the night with hollering
When your eyes are red
And emptiness is all you know
With the darkness fed
I will be your scarecrow

You tell me to hold on
Oh you tell me to hold on
But innocence is gone
And what was right is wrong

'Cause I'm bleeding out
So if the last thing that I do
Is to bring you down
I'll bleed out for you
So I bare my skin
And I count my sins
And I close my eyes
And I take it in
And I'm bleeding out
I'm bleeding out for you, for you.

I'm bleeding out for you (for you)
I'm bleeding out for you (for you)
I'm bleeding out for you (for you)
I'm bleeding out for you

| | |
|---|---|
| Say if the last thing that I do<br>Is to bring you down<br>I'll bleed out for you<br>So I bear my skin<br>And I count my sins<br>And I close my eyes<br>And I take it in<br>And I'm bleeding out<br>I'm bleeding out for you (for you) | |

11434 - "Mad" by Ne-Yo

| LyricFind | Claude |
|---|---|
| She's starin' at me<br>I'm sittin', wonderin' what she's thinkin'<br>Nobody's talkin'<br>'Cause talkin' just turned into screamin'<br>And now is I'm yellin' over her<br>She's yellin' over me<br>All that that means<br>Is neither of us is listening<br>(And what's even worse)<br>That we don't even remember why were fighting<br><br>So both of us are mad for<br><br>Nothin'<br>(Fighting for)<br>Nothin'<br>(Crying for)<br>Nothin'<br>(Whoa)<br>But we won't let it go for<br>Nothin'<br>(No not for)<br>Nothin'<br>This should be nothin' to a love like what we got<br>Oh, baby<br>I know sometimes<br>It's gonna rain<br>But baby, can we make up now<br>'Cause I can't sleep through the pain<br>(Can't sleep through the pain)<br><br>Girl, I don't wanna go to bed | She's starin' at me, I'm sittin' wonderin' what she's thinkin'<br>Mmmm nobody's talkin, 'cause talkin' just turns into screamin'<br>And now as I'm yellin' over her, she yelling over me<br>All that that means is neither of us is listenin'<br><br>And what's even worse, that we don't even remember why we're fighting<br><br>So both of us are mad for nothing, fighting for Nothing, crying for nothing,<br><br><br><br><br><br><br><br>But we won't let it go for nothing, no not for nothing<br><br>This should be nothing to a love like what we got oh baby<br>I know sometimes it's gonna rain,<br>But baby can we make up now<br>'cause I can't sleep through the pain (can't sleep through the pain)?<br><br>Girl I don't wanna go to bed mad at you |

(Mad at you)
And I don't want you to go to bed
(Mad at me)
No, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
Oh, no, no, no

And it gets me upset, girl
When you're constantly accusing
(Askin' questions like you've already known)
We're fighting this war, baby
When both of us are losing
(This ain't the way that love is supposed to go)
Whoa
(What happened to workin' it out)
We've falled into this place
Where you ain't backin' down
And I ain't backin' down

So what the hell do we do now
It's all for

Nothin'
(Fighting for)
Nothin'
(Crying for)
Nothin'
(Whoa)
But we won't let it go for
Nothin'
(No not for)
Nothin'
This should be nothin' to a love like what we got
Oh, baby
I know sometimes
It's gonna rain
But baby, can we make up now
'Cause I can't sleep through the pain
(Can't sleep through the pain)

Girl, I don't wanna go to bed
(Mad at you)
And I don't want you to go to bed
(Mad at me)
No, I don't wanna go to bed
(Mad at you)

And I don't want you to go to bed mad at me
No I don't wanna go to bed mad at you
And I don't want you to go to bed mad at me oh
no no no

And it gets me upset girl when you're
constantly accusing
Askin' questions like you already know
We're fighting this war, baby, when both of us
are losing
This ain't the way that love is supposed to go,
what happened to working it out?
We fall into this place where you ain't backin'
down and I ain't backin' down

So what the hell do we do now?

It's all for nothing, fighting for
Nothing, crying for nothing,

But we won't let it go for nothing, no not for
nothing

This should be nothing to a love like what we
got oh baby

I know sometimes it's gonna rain,
But baby can we make up now
'cause I can't sleep through the pain (can't
sleep through the pain)?

Girl I don't wanna go to bed mad at you
And I don't want you to go to bed mad at me
No I don't wanna go to bed mad at you
And I don't want you to go to bed mad at me oh
no no no

| | |
|---|---|
| And I don't want you to go to bed<br>(Mad at me)<br>Oh, no, no, no | |
| Oh baby this love ain't gonna be perfect<br>(Perfect, perfect, oh oh)<br>And just how good it's gonna be<br>We can fuss and we can fight<br>Long as everything alright between us<br>Before we go to sleep | Oh baby this love ain't gonna be perfect,<br>perfect, perfect<br>And just how good it's gonna be<br>We can fuss and we can fight long as everything<br>is all right between us before we go to sleep... |
| Baby, we're gonna be happy | Baby we're gonna be happy baby,<br>But we gotta think it through<br>So tell me what was that about,<br>What's this crazy thing you sayin'?<br><br>What's up with you?<br><br>No but seriously... what's up with you? |
| I know sometimes<br>It's gonna rain<br>But baby, can we make up now<br>'Cause I can't sleep through the pain<br>(Can't sleep through the pain) | I know sometimes it's gonna rain,<br>But baby can we make up now<br>'cause I can't sleep through the pain (can't<br>sleep through the pain) |
| Girl, I don't wanna go to bed<br>(Mad at you)<br>And I don't want you to go to bed<br>(Mad at me)<br>No, I don't wanna go to bed<br>(Mad at you)<br>And I don't want you to go to bed<br>(Mad at me)<br>Oh, no, no, no | Girl I don't wanna go to bed mad at you<br>And I don't want you to go to bed mad at me<br>No I don't wanna go to bed mad at you<br>And I don't want you to go to bed mad at me oh<br>no no no<br><br>I don't want to go to bed mad at you<br>And I don't want you to go to bed mad at me no<br>no no |

11436 - "Sound of da Police" by KRS-One

| LyricFind | Claude |
|---|---|
| Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast<br>Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast (yes indeed)<br>Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast<br>Woop-woop, that's the sound of da police | Woop-woop! That's the sound of da police!<br>Woop-woop! That's the sound of the beast!<br>Woop-woop! That's the sound of da police!<br>Woop-woop! That's the sound of the beast! |

Woop-woop, that's the sound of da beast (yes indeed)

Stand clear, Don man'll talk
You can't stand where I stand, you can't walk where I walk
Watch out, we run New York
Policeman come, we bust him out the park
I know this for a fact, you don't like how I act
You claim I'm sellin' crack, but you be doin' that
I'd rather say see ya, 'cause I would never be ya
Be an officer? You wicked overseer
You hotshot, wanna get props and be a savior
First show a little respect, change your behavior
Change your attitude, change your plan
There could never really be justice on stolen land
Are you really for peace and equality?
Or when my car is hooked up, you know you wanna follow me
Your laws are minimal
'Cause you won't even think about lookin' at the real criminal
This has got to cease
'Cause we be gettin' hyped to the sound of da police

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

| | |
|---|---|
| Now here's a likkle truth, open up your eye | Now here's a little truth |
| While you're checkin' out the boom-bap, check the exercise | Open up your eye |
| Take the word overseer, like a sample | While you're checking out the boom-bap, check the exercise |
| Repeat it very quickly in a crew, for example | Take the word overseer, |
| Overseer, overseer, overseer, overseer | like a sample |
| Officer, officer, officer, officer | Repeat it very quickly in a crew for example |
| Yeah, officer from overseer | Overseer |
| You need a little clarity? Check the similarity | Overseer |
| | Overseer |
| | Officer, Officer, Officer! |
| | Yeah, officer from overseer |
| | You need a little clarity? |
| | Check the similarity! |

| | |
|---|---|
| The overseer rode around the plantation | The overseer rode around the plantation |

315

The officer is off, patrollin' all the nation
The overseer could stop you, "what you're doin'?"
The officer will pull you over just when he's pursuin'
The overseer had the right to get ill
And if you fought back, the overseer had the right to kill
The officer has the right to arrest
And if you fight back they put a hole in your chest (woop)
They both ride horses
After 400 years, I've got no choices
The police them have a likkle gun
So when I'm on the streets, I walk around with a bigger one (woop-woop)
I hear it all day
Just so they can run the light and be upon their way

Yes indeed
Yes indeed
Yes indeed
Yes indeed

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast
Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

Check out the message in a rough stylee
The real criminal are the C-O-P
You check for undercover and the one P.D
But just a mere Black man, them wan' check me
Them check out me car, for it shine like the sun
But them jealous or them vexed, 'cause them can't afford one
Black people still slaves up 'til today
But the Black police officer nyah see it that way
Him want a salary, him want it
So he put on a badge and kill people for it
My grandfather had to deal with the cops
My great-grandfather dealt with the cops
My great-grandfather had to deal with the cops
And then my great, great, great, great, when it's gonna stop?

Woop-woop, that's the sound of da police
Woop-woop, that's the sound of da beast

The officer is off patroling all the nation
The overseer could stop you what you're doing
The officer will pull you over just when he's pursuing
The overseer had the right to get ill
And if you fought back, the overseer had the right to kill
The officer has the right to arrest
And if you fight back they put a hole in your chest!
Woop! They both ride horses
After 400 years, I've got no choices!
The police them have a little rod
We have a little rod, too

Woop-woop! That's the sound of da police!
Woop-woop! That's the sound of the beast!
Woop-woop! That's the sound of da police!
Woop-woop! That's the sound of the beast!

| | |
|---|---|
| Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast<br>Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast<br>Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast<br><br>Yes indeed<br>Yes indeed<br>Yes indeed<br>Yes indeed<br><br>Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast<br>Woop-woop, that's the sound of da police<br>Woop-woop, that's the sound of da beast | |

11441 - "Can't Get You Out of My Head" by Kylie Minogue

| LyricFind | Claude |
|---|---|
| La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la-la | La la la, la la la la la<br>La la la, la la la la la |
| I just can't get you out of my head<br>Boy, your lovin' is all I think about<br>I just can't get you out of my head<br>Boy, its more than I dare to think about | I just can't get you out of my head<br>Boy your lovin' is all I think about<br>I just can't get you out of my head<br>Boy it's more than I dare to think about |
| La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la-la | La la la, la la la la la<br>La la la, la la la la la |
| I just can't get you out of my head<br>Boy, your lovin' is all I think about<br>I just can't get you out of my head<br>Boy, its more than I dare to think about | I just can't get you out of my head<br>Boy your lovin' is all I think about<br>I just can't get you out of my head<br>Boy it's more than I dare to think about |
| Every night<br>Every day<br>Just to be there in your arms<br>Won't you stay<br>Won't you lay<br>Stay forever and ever, and ever, and ever | Every night, every day<br>Just to be there in your arms<br>Won't you stay? Won't you lay?<br>Stay forever and ever and ever and ever |
| La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la-la | La la la, la la la la la<br>La la la, la la la la la |

| LyricFind | Claude |
|---|---|
| La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la | |
| I just can't get you out of my head<br>Boy, your lovin' is all I think about<br>I just can't get you out of my head<br>Boy, its more than I dare to think about | I just can't get you out of my head<br>Boy your lovin' is all I think about<br>I just can't get you out of my head<br>Boy it's more than I dare to think about |
| There's a dark secret in me<br>Don't leave me left in your heart<br>Set me free<br>Feel the need in me<br>Set me free<br>Stay forever and ever, and ever, and ever | There's a dark secret in me<br>Don't leave me locked in your heart<br>Set me free, feel the need in me<br>Set me free, stay forever and ever and ever and ever |
| La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la-la<br>La-la-la-la-la-la-la<br>La-la-la-la-la-la-la | La la la, la la la la la<br>La la la, la la la la la |
| I just can't get you out of my head<br>La-la-la-la-la-la-la<br>I just can't get you out of my head<br>La-la-la-la-la-la-la<br>I just can't get you out of my head<br>La-la-la-la-la-la-la-la | I just can't get you out of my head... |

11445 - "You Look So Good in Love" by George Strait

| LyricFind | Claude |
|---|---|
| Oh, how you sparkle<br>And oh, how you shine<br>That flush on your cheeks is more than the wine<br>And he must do something that I didn't do<br>Whatever he's doing<br>It looks good on you | |
| You look so good in love<br>You want him<br>That's easy to see<br>You look so good in love<br>And I wish you still wanted me | You look so good in love<br>You want him, that's easy to see<br>You look so good in love<br>And I wish you still wanted me |
| He must have stolen some stars from the sky<br>And gave them to you to wear in your eyes<br>I had my chances | He must have stolen some stars from the sky<br>And gave them to you to wear in your eyes |

| But I set you free | I had my chances, but I set you free |
| And now I wonder why I couldn't see | And now I wonder why I couldn't see |
| | |
| You look so good in love | You look so good in love |
| You want him | You want him, that's easy to see |
| That's easy to see | You look so good in love |
| You look so good in love | And I wish you still wanted me |
| And I wish you still wanted me | |
| | |
| Darling, I've wasted a lot of years not seeing the real you | Now, I don't want to say he's lucky |
| But tonight your beauty is shining through | 'Cause he was just right for you |
| And I never took the time to let you know | But through some cosmic blunder |
| So before he takes you away | The gods laid down the thunder |
| Please let me say | And he stumbled right through |
| | |
| You look so good in love | You look so good in love |
| You want him | You want him, that's easy to see |
| That's easy to see | You look so good in love |
| You look so good in love | And I wish you still wanted me |
| And I wish you still wanted me | |
| | I wish you didn't look so good in love |

11450 - "Don't Mind" by Kent Jones

| LyricFind | Claude |
|---|---|
| Hola, Holana | Hola, holana |
| | |
| Telling me this | Keep tellin' me this |
| And telling me that | And tellin' me that |
| You said once you take me with you, I'll never go back | You said once you take me with you, I'll never go back |
| Now I got a lesson that I want to teach ya | Now I got a lesson that I want to teach ya |
| Ima show you that where you from don't matter to me | Ima show you that where you from don't matter to me |
| She said "Hola, ÀC—mo est‡s?, she said "Konnichiwa" | She said "Hola, ¿Cómo estás?, she said "Konnichiwa" |
| She said "Pardon my French", I said "Bonjour Madame" | She said "Pardon my French", I said "Bonjour Madame" |
| Then she said "Sak pase" and I said "N'ap boule" | Then she said "Sak pase" and I said "N'ap boule" |
| No matter where I go, you know I love 'em all | No matter where I go, you know I love 'em all |
| She said "Hola, ÀComo est‡s, she said "Konnichiwa" | She said "Hola, ¿Como estás, she said "Konnichiwa" |
| She said "Pardon my French", I said "Bonjour Madame" | She said "Pardon my French", I said "Bonjour Madame" |
| Then she said "Sak pase" and I said "N'ap | Then she said "Sak pase" and I said "N'ap |

boule"
No matter where I go you know I love them all

African American for sho
I told her baby come and rock a rodeo
Every time I come around man, I go for broke
She gives me desktop till I overload
Now baby you gon go where you 'posed to go
'Cause I ain't got time for you every day
She said she got a man keep it on the low
I said he don't speak English, fuck he gon say
(aye)

Telling me this
And telling me that
You said once you take me with you, I'll never go back
Now I got a lesson that I want to teach ya
Ima show you that where you from don't matter to me
She said "Hola, ÀC—mo est‡s?, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go, you know I love 'em all
She said "Hola, ÀComo est‡s, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all

She from Africa but she fucks me like she Haitian
Ass black, but them eyes looking Asian
I gave her the can in Kansas
I got it on tape, she on candid camera
OKC I forgot we met in Oklahoma
I use to smoke Regina, she from Arizona
Then I met a girl in Cali I never disowned her
She got that high grade
Her weave come with diplomas, I want her
But she keep

Telling me this
And telling me that

---

boule"
No matter where I go you know I love them all

African American for sho
I told that baby come get in my car
Then I pull off in my Cadillac
Like wirr wirrrr, now we both are living lavish
We party like everyday's a holiday
Beach on Christmas and champagne on New Year's
Shawty you the only thing I'm thinking 'bout today
She got class and she ratchet, rich and she hood
Still at my place like for good

She said "Hola, ¿Cómo estás?, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go, you know I love 'em all
She said "Hola, ¿Como estás, she said "Konnichiwa"
She said "Pardon my French", I said "Bonjour Madame"
Then she said "Sak pase" and I said "N'ap boule"
No matter where I go you know I love them all

She from Africa but she fucks me like she Haitian
Ass black, but them eyes looking Asian
I give her the can in Kansas;
I got it on tape; she on candid camera
OKC I forgot we met in Oklahoma
I use to smoke Regina, she from Arizona
Then I met a girl in Cali I never disowned her;
She got that high grade
Her weave come with diplomas, I want her
But she keep

Telling me this
And telling me that

| LyricFind | Claude |
|---|---|
| You said once you take me with you, I'll never go back<br><br>Now I got a lesson that I want to teach ya<br>Ima show you that where you from don't matter to me<br>She said "Hola, ÀC—mo est‡s?, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>And she said "Sak pase" and I said "N'ap boule"<br>No matter where I go, you know I love 'em all<br>She said "Hola, ÀComo est‡s, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>And she said "Sak pase" and I said "N'ap boule"<br>No matter where I go you know I love them all<br>She said "Hola, ÀComo est‡s, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>And she said "Sak pase" and I said "N'ap boule"<br>No matter where I go you know I love them all<br>She said "Hola, ÀComo est‡s, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>And she said "Sak pase" and I said "N'ap boule"<br>No matter where I go you know I love them all | You said once you take me with you, I'll never go back<br><br>Now I got a lesson that I want to teach ya<br>Ima show you that where you from don't matter to me<br>She said "Hola, ¿Cómo estás?, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>Then she said "Sak pase" and I said "N'ap boule"<br>No matter where I go, you know I love 'em all<br>She said "Hola, ¿Como estás, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>Then she said "Sak pase" and I said "N'ap boule"<br>No matter where I go you know I love them all<br>She said "Hola, ¿Como estás, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>Then she said "Sak pase" and I said "N'ap boule"<br>No matter where I go you know I love them all<br>She said "Hola, ¿Como estás, she said "Konnichiwa"<br>She said "Pardon my French", I said "Bonjour Madame"<br>Then she said "Sak pase" and I said "N'ap boule"<br>No matter where I go you know I love them all |

11453 - "Every Teardrop Is a Waterfall" by Coldplay

| LyricFind | Claude |
|---|---|
| I turn the music up, I got my records on<br>I shut the world outside until the lights come on<br>Maybe the streets alight, maybe the trees are gone<br>I feel my heart start beating to my favourite song<br><br>And all the kids they dance, all the kids all night<br>Until Monday morning feels another life | I turn the music up, I got my records on<br>I shut the world outside until the lights come on<br>Maybe the streets alight, maybe the trees are gone<br>I feel my heart start beating to my favorite song<br><br>And all the kids they dance, all the kids all night<br>Until Monday morning feels another life |

I turn the music up
I'm on a roll this time
And heaven is in sight

I turn the music up, I got my records on
From underneath the rubble sing a rebel song
Don't want to see another generation drop
I'd rather be a comma than a full stop

Maybe I'm in the black, maybe I'm on my knees
Maybe I'm in the gap between the two trapezes
But my heart is beating and my pulses start
Cathedrals in my heart

As we saw ohh, this light I swear you, emerge
blinking into
To tell me it's alright
As we soar walls, every siren is a symphony
And every tear's a waterfall
Is a waterfall
Oh
Is a waterfall
Oh-oh-oh
Is a is a waterfall
Every tear
Is a waterfall
Oh-oh-oh

So you can hurt, hurt me bad
But still I'll raise the flag

Oh
It was a wa-wa wa-wa wa-aterfall
A wa-wa wa-wa wa-aterfall

Every tear
Every tear
Every teardrop is a waterfall

Every tear
Every tear
Every teardrop is a waterfall

Every tear
Every tear
Every teardrop is a waterfall

I turn the music up, I'm on a roll this time
And heaven is in sight

I turn the music up, I got my records on
From underneath the rubble sing a rebel song
Don't want to see another generation drop
I'd rather be a comma than a full stop

Maybe I'm in the black, maybe I'm on my knees
Maybe I'm in the gap between the two trapezes
But my heart is beating and my pulses start
Cathedrals in my heart

As we saw oh this light I swear you'll emerge
brighter than a star
I'll be seeing you when it's said and done
Every teardrop is a waterfall

So you can hurt, hurt me bad
But still I'll raise the flag

Oh it was a wa-wa-wa-wa-water wa-wa-wa-wa-
waterfall
A wa-wa-wa-water wa-wa-wa-wa-waterfall

Every teardrop is a waterfall
Oh oh oh oh it's a waterfall
A waterfall, oh oh oh oh

11468 - "Boogie Woogie Bugle Boy" by the Andrews Sisters

| LyricFind | Claude |
|---|---|
| He was a famous trumpet man from out Chicago way<br>He had a boogie style that no one else could play<br>He was the top man at his craft<br>But then his number came up and he was gone with the draft<br>He's in the army now, a blowin' reveille<br>He's the boogie woogie bugle boy of Company B | He was a famous trumpet man from out Chicago way<br>He had a boogie style that no one else could play<br>He was the top man at his craft<br>But then his number came up and he was gone with the draft<br>He's in the army now, a-blowin' reveille<br>He's the boogie woogie bugle boy of Company B |
| They made him blow a bugle for his Uncle Sam<br>It really brought him down because he couldn't jam<br>The captain seemed to understand<br>Because the next day the cap' went out and drafted a band<br>And now the company jumps when he plays reveille<br>He's the boogie woogie bugle boy of Company B | They made him blow a bugle for his Uncle Sam<br>It really brought him down because he couldn't jam<br>The captain seemed to understand<br>Because the next day the cap' went out and drafted a band<br>And now the company jumps when he plays reveille<br>He's the boogie woogie bugle boy of Company B |
| A toot, a toot, a toot diddelyada toot<br>He blows it eight to the bar, in boogie rhythm<br>He can't blow a note unless the bass and guitar is playin' with 'I'm<br>He makes the company jump when he plays reveille<br>He's the boogie woogie bugle boy of Company B | A-toot, a-toot, a-toot-tiddeliyada-toot<br>He blows it eight-to-the-bar, in boogie rhythm<br>He can't blow a note unless the bass and guitar is playin' with 'im<br>He makes the company jump when he plays reveille<br>He's the boogie woogie bugle boy of Company B |
| He was our boogie woogie bugle boy of Company B<br>And when he plays boogie woogie bugle he was buzy as a bzzz bee<br>And when he plays he makes the company jump eight to the bar<br>He's the boogie woogie bugle boy of Company B | He was our boogie woogie bugle boy of Company B<br>And when he plays boogie woogie bugle he was busy as a "bzzz" bee<br>And when he plays he makes the company jump eight-to-the-bar<br>He's the boogie woogie bugle boy of Company B |
| Toot toot toot, toot diddelyada, toot diddelyada Toot, toot, he blows it eight to the bar<br>He can't blow a note if the bass and guitar isn't with 'I'm<br>A a a and the company jumps when he plays reveille<br>He's the boogie woogie bugle boy of Company B<br>He puts the boys asleep with boogie every night | Toot toot toot-tiddeliyada, Toot-tiddeliyada, toot-toot<br>He blows it eight-to-the-bar<br>He can't blow a note if the bass and guitar isn't with 'im<br>Ha-ha-hand the company jumps when he plays reveille<br>He's the boogie woogie bugle boy of Company B |

And wakes 'em up the same way in the early bright
They clap their hands and stamp their feet
Because they know how he plays when someone gives him a beat
He really breaks it up when he plays reveille
He's the boogie woogie bugle boy of Company B

Da doo da da doo da da da
Da doo da da doo da da da
Da doo da da doo da da da
Da doo da da doo da da
A a a and the company jumps when he plays reveille
He's the boogie woogie bugle boy of Company B

11473 - "Pretty Girl Rock" by Keri Hilson

| LyricFind | Claude |
|---|---|
| (Uh uh uh uh ah<br>Uh uh I can do the pretty girl rock rock rock<br>Do the pretty girl rock rock rock<br>Now what's your name) | Ooh ooh, oh oh ooh ooh ooh (x2)<br>I can do the pretty girl rock, rock<br>Rock to the pretty girl rock, rock, rock<br>Now what's your name |
| My name is Keri, I'm so very<br>Fly, oh my, it's a lil' bit scary<br>Boys wanna marry, looking at my derri-<br>Ere, you can stare but if you touch it I'mma bury<br>Pretty as a picture, sweeter than a swisher<br>Mad 'cause I'm cuter than the girl that's witchya<br>I don't gotta talk about it, baby you can see it<br>But if you want, I'll be happy to repeat it | My name is Keri, I'm so very<br>Fly, oh my, it's a little bit scary<br>Boys wanna marry, looking at my derri<br>And you can stare but if you touch it I'ma bury<br>Pretty as a picture<br>Sweeter than a swisher<br>Mad 'cause I'm cuter than the girl that's with ya<br>I can talk about it 'cause I know that I'm pretty<br>And if you know it too then ladies sing it with me |
| My name is Keri, I'm so very<br>Fly, oh my, it's a lil' bit scary<br>Boys wanna marry, looking at my derri-<br>Ere, you can stare but if you touch it I'ma bury<br>Pretty as a picture, Sweeter than a swisher<br>Mad 'cause I'm cuter than the girl that's witchya<br>I can talk about it 'cause I know that I'm pretty<br>And if you know it too, then ladies sing it with me | |
| All eyes on me when I walk in | All eyes on me when I walk in, no question that |

No question that this girl's a ten
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

My walk, my talk, the way I dress
It's not my fault so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

(Hey!)
Aye, now do the pretty girl rock rock rock rock rock
Do the pretty girl rock rock rock rock rock
Do the pretty girl rock rock rock
All my ladies do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock
(Now where you at)

If you're looking for me you can catch me (pass by)
Cameras flashing
Bet he turn his head just as soon as I pass him
Girls think I'm conceited 'cause I know I'm attractive
Don't worry about what I think, why don't you ask him (oh)
Get yourself together don't hate (never do it)
Jealousy's the ugliest trait (don't ever do it)
I can talk about it 'cause I know that I'm pretty
And if you know it too, then ladies sing it with me

All eyes on me when I walk in
No question that this girl's a ten
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I dress
It's not my fault so please don't trip

Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
Doing the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock rock rock
Do the pretty girl rock

All my ladies do the pretty girl rock rock

---

this girl's a 10
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

My walk, my talk, the way I drip
It's not my fault, so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

Aye, now do the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock
All my ladies do the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock

Ooh ooh, oh oh ooh ooh (x2)

My nails, my hair, my diamonds, my charm
I can tell you feel the shine when you look my way
But don't touch, I'm not the kind
You can look but to you I'm just a dime

Pretty as a picture
Sweeter than a swisher
Mad 'cause I'm cuter than the girl that's with ya
I can talk about it 'cause I know that I'm pretty
And if you know it too then ladies sing it with me

All eyes on me when I walk in, no question that this girl's a 10
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I drip
It's not my fault so please don't trip

Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
Doing the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock

All my ladies do the pretty girl rock, rock

| | |
|---|---|
| Get low with your pretty girl rock, rock<br>Steal the show with your pretty girl rock, rock<br>All my ladies do the pretty girl rock, rock<br><br>Sing it with me now<br>All eyes on me when I walk in,<br>No question that this girl's a ten<br>Don't hate me 'cause I'm beautiful<br>Don't hate me 'cause I'm beautiful<br>My walk, my talk, the way I dress<br>It's not my fault so please don't trip<br>Don't hate me 'cause I'm beautiful<br>Don't hate me 'cause I'm beautiful<br>Don't hate me 'cause I'm beautiful<br><br>All eyes on me when I walk in,<br>No question that this girl's a ten<br>Don't hate me 'cause I'm beautiful<br>Don't hate me 'cause I'm beautiful<br>My walk, my talk, the way I dress<br>It's not my fault so please don't trip<br>Don't hate me 'cause I'm beautiful<br>Don't hate me 'cause I'm beautiful | Rock to the pretty girl rock, rock<br>Do the pretty girl rock, rock<br>Rock to the pretty girl rock, rock<br><br>Ooh ooh, oh oh ooh ooh (x2) |

11485 - "Teardrop" by Massive Attack

| LyricFind | Claude |
|---|---|
| Love, love is a verb<br>Love is a doing word<br>Fearless on my breath<br>Gentle impulsion<br>Shakes me, makes me lighter<br>Fearless on my breath<br><br>Teardrop on the fire<br>Fearless on my breath<br><br>Night, night of matter<br>Black flowers blossom<br>Fearless on my breath<br>Black flowers blossom<br>Fearless on my breath<br><br>Teardrop on the fire<br>Fearless on my<br><br>Water is my eye<br>Most faithful mirror | Love, love is a verb<br>Love is a doing word<br>Fearless on my breath<br>Gentle impulsion<br>Shakes me, makes me lighter<br>Fearless on my breath<br><br>Teardrop on the fire<br>Fearless on my breath<br><br><br><br><br><br><br><br><br><br><br><br>Water is my eye<br>Most faithful mirror |

| | |
|---|---|
| Fearless on my breath<br>Teardrop on the fire<br>Of a confession<br>Fearless on my breath<br>Most faithful mirror<br>Fearless on my breath<br><br>Teardrop on the fire<br>Fearless on my breath<br><br>You're stumbling in the dark<br>You're stumbling in the dark | Fearless on my breath<br>Teardrop on the fire<br>Of a confession<br>Fearless on my breath<br>Most faithful mirror<br>Fearless on my breath<br><br>Teardrop on the fire<br>Fearless on my breath<br><br>You're stumbling a little<br>You're stumbling a little |

11486 - "You Light Up My Life" by Debby Boone

| LyricFind | Claude |
|---|---|
| So many nights I'd sit by my window<br>Waiting for someone to sing me his song<br>So many dreams I kept deep inside me<br>Alone in the dark but now you've come along<br><br>And you light up my life<br>You give me hope to carry on<br>You light up my days and fill my nights with song<br><br><br>Rollin' at sea, adrift on the water<br>Could it be finally I'm turnin' for home?<br>Finally a chance to say, "Hey, I love you"<br>Never again to be all alone<br><br>'Cause you light up my life<br>You give me hope to carry on<br>You light up my days and fill my nights with song<br><br><br>'Cause you, you light up my life<br>You give me hope to carry on<br>You light up my days and fill my nights with song<br><br>It can't be wrong<br>When it feels so right<br>'Cause you<br>You light up my life | So many nights I'd sit by my window<br>Waiting for someone to sing me his song<br>So many dreams I kept deep inside me<br>Alone in the dark but now you've come along<br><br>And you light up my life<br>You give me hope to carry on<br>You light up my days<br>And fill my nights with song<br><br>Rolling at sea, adrift on the waters<br>Could it be finally I'm turning for home<br>Finally a chance to say, "Hey, I love you"<br>Never again to be all alone<br><br>And you light up my life<br>You give me hope to carry on<br>You light up my days<br>And fill my nights with song<br><br>You, you light up my life<br>You give me hope to carry on<br>You light up my days<br>And fill my lonely nights with song<br>It can't be wrong when it feels so right<br><br>'Cause you, you light up my life |

11492 - "I'm N Luv (Wit a Stripper)" by T-Pain

| LyricFind | Claude |
|---|---|
| Goddamn Lil Mama<br>You know you thick as hell you know what I'm saying<br>Matter fact<br>After the club you know what I'm talking bout<br>Me and my niggas gone be together u know what I'm saying<br>I ain't goin' worry bout them really though<br>I'm just looking at you<br>Yea you know<br>You got them big ass hips god damn!<br><br>Got the body of a goddess<br>Got eyes butter pecan brown I see you girl<br>Dropping low<br>She comin' down from the ceiling<br>To the floor<br>Yea she know what she doing<br>Yea yea yea<br>She doing that right thing<br>Yea yea yea yea ea<br>I Need to get her over to my crib and do that night thing<br>Cause I'm n luv wit a stripper<br><br>She popping she rolling she rolling<br>She climbing that pole and<br>I'm n luv with a stripper<br>She tripping she playing she playing<br>I'm not going nowhere girl I'm staying<br>I'm n luv with a stripper<br><br>She popping she rolling she rolling<br>She climbing that pole and<br>I'm n luv with a stripper<br>She tripping she playing she playing<br>I'm not going nowhere girl I'm staying<br>I'm n luv with a stripper<br><br>She's every man's dream she's<br>God's gift earth women they luv em<br>Too that's what you call a woman's worth<br>See I love all the strippers cause they show me love they know I never<br>Its free whenever I hit the club see I cant even | I'm in love with a stripper<br>I'm in love with a stripper (Mike Jones)<br>I'm in love with a stripper<br>She poppin she rollin she rollin<br>She climbin that pole and<br>I'm in love with a stripper<br>She trippin she playin she playin<br>I'm not goin nowhere girl I'm stayin<br>I'm in love with a stripper<br><br>She poppin she rollin she rollin<br>She climbin that pole and I'm in love with a stripper<br>She trippin she playin she playin<br>I'm not goin nowhere girl I'm stayin<br><br>I'm in love with a stripper (Hey) |

lie these girls in here so
Fly she slidin' up and down the pole
Got me mesmerized Mike Jones don't never
trick but goddamn she thick I cant lie
I must admit shit

She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

Out of all the girls she be the hottest
Like n the way she break it down I see you girl
Spinning wide
And She looking at me
Right in my eyes
Yea She got my attention
Yea yea yea
Did I forget to mention
I Need to get her over to my crib and do that
night thing
Cause I'm n luv wit a stripper

She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

She popping she rolling she rolling
She climbing that pole and
I'm n luv with a stripper
She tripping she playing she playing
I'm not going nowhere girl I'm staying
I'm n luv with a stripper

She can pop it she can lock it
Teddy Penderass down I'm bout to see this
sexy girl
In my bed
She don't know what she is doing
To my head
Yea She turning tricks on me
Yea yea yea
She don't even know me
Yea yea yea ea

She poppin she rollin she rollin
She climbin that pole and
I'm in love with a stripper
She trippin she playin she playin
I'm not goin nowhere girl I'm stayin

She said her name Shiesty (Shiesty)
Said her name Shiesty (Shiesty)
Said her name Shiesty (Shiesty)
Said her name Shiesty (Mike Jones)

She poppin she rollin she rollin
She climbin that pole and
I'm in love with a stripper
She trippin she playin she playin
I'm not goin nowhere girl I'm stayin

I'm in love with a stripper

| | |
|---|---|
| I'd have got her over to my crib to do that night thing<br>'Cause I'm n luv wit a stripper<br><br>She popping she rolling she rolling<br>She climbing that pole and<br>I'm n luv with a stripper<br>She tripping she playing she playing<br>I'm not going nowhere girl I'm staying<br>I'm n luv with a stripper<br><br>She popping she rolling she rolling<br>She climbing that pole and<br>I'm n luv with a stripper<br>She tripping she playing she playing<br>I'm not going nowhere girl I'm staying<br>I'm n luv with a stripper<br><br>She popping she rolling she rolling<br>She climbing that pole and<br>I'm n luv with a stripper<br>She tripping she playing she playing<br>I'm not going nowhere girl I'm staying<br>I'm n luv with a stripper<br><br>She popping she rolling she rolling<br>She climbing that pole and<br>I'm n luv with a stripper<br>She tripping she playing she playing<br>I'm not going nowhere girl I'm staying<br>I'm n luv with a stripper | |

11537 - "Fly" by Nicki Minaj featuring Rihanna

| LyricFind | Claude |
|---|---|
| I came to win, to fight<br>To conquer, to thrive<br>I came to win (J.R.), to survive<br>To prosper, to rise<br>To fly<br>To fly<br><br>Uh, yo, yo<br>I wish today it will rain all day<br>Maybe that'd kinda make the pain go away<br>Tryna forgive you for abandoning me | I came to win, to fight, to conquer, to thrive<br>I came to win, to survive, to prosper, to rise<br>To fly<br>To fly<br><br><br>I wish today it will rain all day<br>Maybe that will kinda make the pain go away<br>Trying to forgive you for abandoning me |

Prayin', but I think I'm still an angel away
Angel away, yeah, strange in a way
Maybe that is why I chase strangers away

They got they guns out aiming at me
But I become Neo when they aiming at me

Me, me, me against them
Me against enemies, me against friends
Somehow they both seem to become one
A sea full of sharks and they all smell blood
They start coming and I start rising
Must be surprising, I'm just surmising
I win, thrive, soar, higher
Higher, higher, more fire

I came to win, to fight
To conquer, to thrive
I came to win, to survive
To prosper, to rise
To fly
To fly

Uh, yo, yo
Everybody wanna try to box me in
Suffocatin' every time it locks me in
Paintin' they own pictures, then they crop me in
But I will remain where the top begins
'Cause I am not a word, I am not a line
I am not a girl that can ever be defined
I am not fly, I am levitation
I represent an entire generation
I hear the criticism loud and clear
That is how I know that the time is near
See we become alive in a time of fear
And I ain't got no motherfuckin' time to spare
Cry my eyes out for days upon days
Such a heavy burden placed upon me
But when you go hard, your nays become yays
Yankee Stadium with Jay's and Kanye's

I came to win, to fight
To conquer, to thrive
I came to win, to survive
To prosper, to rise
To fly
To fly

Praying but I think I'm still an angel away
Angel away, yeah strange in a way
Maybe that is why I chase strangers away
They got their guns out aiming at me
But I become Neo when they aiming at me
Me, me, me against them
Me against enemies, me against friends
Somehow they both seem to become one
A sea full of sharks and they all smell blood
They start coming and I start rising
Must be surprising, I'm just surmising
I win, thrive, soar, higher, higher, higher
More fire

I came to win, to fight, to conquer, to thrive
I came to win, to survive, to prosper, to rise
To fly
To fly

Everybody wanna try to box me in
Suffocating every time it locks me in
Paint they own pictures then they crop me in
But I will remain where the top begins
Cause I am not a word, I am not a line
I am not a girl that can every be defined
I am not fly, I am levitation
I represent an entire generation
I hear the criticism loud and clear
That is how I know that the time is near
See we become alive in a time of fear
And I ain't got no motherfucking time to spare
Cry my eyes out for days upon days
Such a heavy burden placed upon me
But when you go hard your nay's become yay's
Yankee Stadium with Jay's and Kanye's

I came to win, to fight, to conquer, to thrive
I came to win, to survive, to prosper, to rise
To fly
To fly

| | |
|---|---|
| Get ready for it<br>Get ready for it<br>Get ready for it<br>I came to win<br>Get ready for it<br>Get ready for it<br>Get ready for it<br><br>I came to win, to fight<br>To conquer, to thrive<br>I came to win, to survive<br>To prosper, to rise<br>To fly<br>To fly | |

11557 - "Angel" by Aerosmith

| LyricFind | Claude |
|---|---|
| I'm alone, yeah, I don't know if I can face the night<br>I'm in tears and the cryin' that I do is for you<br>I want your love<br>Let's break the walls between us<br>Don't make it tough<br>I'll put away my pride<br>Enough's enough<br>I've suffered and I've seen the light<br><br>Baby, you're my angel<br>Come and save me tonight<br>You're my angel<br>Come and make it alright<br><br>Don't know what I'm gonna do 'bout this feeling inside<br>Yes it's true, loneliness took me for a ride, yeah, yeah<br>Without your love I'm nothing but a beggar<br>Without your love a dog without a bone<br>What can I do? I'm sleepin' in this bed alone<br><br>Baby, you're my angel<br>Come and save me tonight<br>You're my angel<br>Come and make it alright<br>Come and save me tonight | I'm alone<br>Yeah, I don't know if I can face the night<br>I'm in tears and the cryin' that I do is for you<br>I want your love - Let's break the wall between us<br>Don't make it tough - I'll put away my pride<br>Enough's enough I've suffered and I've seen the light<br><br>Baby<br>You're my angel<br>Come and save me tonight<br>You're my angel<br>Come and make it alright<br><br>Don't know what I'm gonna do<br>About this feelin' inside<br>Yes it's true - Loneliness took me for a ride<br>Without your love - I'm nothing but a beggar<br>Without your love - a dog without a bone<br>What can I do I'm sleepin' in this bed alone<br><br>Baby<br>You're my angel<br>Come and save me tonight<br>You're my angel<br>Come and make it alright<br>Come and save me tonight |

| | |
|---|---|
| You're the reason I live<br>You're the reason I die<br>You're the reason I give<br>When I break down and cry<br>Don't need no reason why<br>Baby, baby, baby<br><br><br>You're my angel<br>Come and save me tonight<br>You're my angel<br>Yeah, come and make it alright<br>You're my angel<br>Come and save me tonight<br>You're my angel<br>Come and take me alright<br>Come and save me tonight<br>Come and save me tonight<br>Come and save me tonight<br>Come and save me tonight<br>Come and save me tonight | You're the reason I live<br>You're the reason I die<br>You're the reason I give<br>When I break down and cry<br>Don't need no reason why<br><br>Baby<br>Baby<br>Baby<br><br>You're my angel<br>Come and save me tonight<br>You're my angel<br>Come and take me alright<br><br>Come and save me tonight,<br>Come and save me tonight,<br>Come and save me tonight,<br>Come and save me tonight. |

11560 - "Will It Go Round in Circles" by Billy Preston

| LyricFind | Claude |
|---|---|
| I've got a song, I ain't got no melody<br>I'ma gonna sing it to my friends<br>I've got a song, I ain't got no melody<br>I'ma gonna sing it to my friends<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>I've got a story, ain't got no moral<br>Let the bad guy win every once in a while<br>I've got a story, ain't got no moral<br>Let the bad guy win every once in a while<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky? | I've got a song, I ain't got no melody<br>How'm I gonna sing it with my friends<br><br><br><br>Will it go round in circles<br>Will it fly high like a bird up in the sky<br>Will it go round in circles<br><br><br>I've got a story, ain't got no moral<br>Let the bad guy win every once in a while<br><br><br><br>Will it go round in circles<br>Will it fly high like a bird up in the sky<br>Will it go round in circles |

| | |
|---|---|
| I've got a dance, ain't got no steps, no<br>I'm gonna let the music move me around<br>I've got a dance, I ain't got no steps<br>I'm gonna let the music move me around<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>Well<br>Well<br>Well<br>Well<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>I've got a song, I ain't got no melody<br>I'ma gonna sing it to my friends<br>I've got a song, I ain't got no melody<br>I'ma gonna sing it to my friends<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky? Woo<br><br>Ayy<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>Go round in circles<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky? Ooh | I've got a dance, ain't got no steps<br>I'm gonna let the music move me around<br><br><br><br>Will it go round in circles<br>Will it fly high like a bird up in the sky<br>Will it go round in circles<br><br><br>Hey look out mama, I'm down on the ground<br>I ain't got no candles, I ain't got no cake<br>Just got some blues down inside of me<br>Don't send me no doctor, they ain't no use<br>'Cause I know why I'm having these blue, blue<br>blues<br><br><br><br><br><br>I've got a song, ain't got no melody<br>How'm I gonna sing it with my friends<br><br><br><br>Will it go round in circles<br>Will it fly high like a bird up in the sky<br>Will it go round in circles<br>Hey yeah, come on<br>Hey hey yeah, oh oh oh<br>Hey yeah yeah yeah yeah<br>Hey oh oh ho, come on babe<br><br><br>Will it go round in circles<br>Will it fly high like a bird up in the sky<br>Will it go round in circles |

11563 - "Sugar Man" by Rodriguez

| LyricFind | Claude |
|---|---|
| Sugar man, won't you hurry?<br>'Cause I'm tired of these scenes<br>For a blue coin, won't you bring back<br>All those colors to my dreams? | Sugar man, won't you hurry<br>'Cause I'm tired of these scenes<br>For a blue coin won't you bring back<br>All those colors to my dreams |

| | |
|---|---|
| Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man met a false friend<br>On a lonely dusty road<br>Lost my heart when I found it<br>It had turned to dead black coal<br><br>Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man, you're the answer<br>That makes my questions disappear<br>Sugar man, 'cause I'm weary<br>Of those double games I hear<br><br>Sugar man, sugar man, sugar man, sugar man<br>Sugar man, sugar man, sugar man<br><br>Sugar man, won't you hurry?<br>'Cause I'm tired of these scenes<br>For a blue coin, won't you bring back<br>All those colors to my dreams?<br><br>Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man met a false friend<br>On a lonely dusty road<br>Lost my heart when I found it<br>It had turned to dead black coal<br><br>Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man, you're the answer<br>That makes my questions disappear | Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man met a false friend<br>On a lonely dusty road<br>Lost my heart when I found it<br>It had turned to dead black coal<br><br>Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man, you're the answer<br>That makes my questions disappear<br>Sugar man, 'cause I'm weary<br>Of those double games I hear<br><br><br><br><br><br><br><br><br><br>Silver magic ships you carry<br>Jumpers, coke, sweet Mary Jane<br><br>Sugar man, Sugar man<br>Sugar man, Sugar man |

11597 - "Parents Just Don't Understand" by DJ Jazzy Jeff & The Fresh Prince

| LyricFind | Claude |
|---|---|
| You know parents are the same<br>No matter time nor place<br>They don't understand that us kids<br>Are going to make some mistakes<br>So to you, all the kids all across the land | |

There's no need to argue
Parents just don't understand
"Parents" 24 lines, 734 characters.

I remember one year
My mom took me school shopping
It was me, my brother, my mom, oh, my pop,
and my little sister
All hopped in the car
We headed downtown to the Gallery Mall
MY mom started bugging with the clothes she
chose
I didn't say nothing at first
I just turned up my nose
She said, "What's wrong? This shirt cost $20"
I said, "Mom, this shirt is plaid with a butterfly
collar!"
The next half hour was the same old thing
My mother buying me clothes from 1963
And then she lost her mind and did the ultimate
I asked her for Adidas and she bought me Zips!
I said, "Mom, what are you doing, you're
ruining my rep"
She said, "You're only sixteen, you don't have a
rep yet"
I said, "Mom, let's put these clothes back,
please"
She said "no, you go to school to learn not for a
fashion show"
I said, "This isn't Sha Na Na, come on Mom, I'm
not Bowzer
Mom, please put back the bell-bottom Brady
Bunch trousers
But if you don't want to I can live with that but
You gotta put back the double-knit reversible
slacks"
She wasn't moved - everything stayed the same
Inevitably the first day of school came
I thought I could get over, I tried to play sick
But my mom said, "No, no way, uh-uh, forget it"
There was nothing I could do, I tried to relax
I got dressed up in those ancient artifacts
And when I walked into school, it was just as I
thought
The kids were cracking up laughing at the
clothes Mom bought
And those who weren't laughing still had a ball
Because they were pointing and whispering
As I walked down the hall

I got home and told my Mom how my day went
She said, "If they were laughing you don't need the,
"Cause they're not good friends"
For the next six hours I tried to explain to my Mom
That I was gonna have to go through this about 200 more times
So to you all the kids all across the land
There's no need to argue
Parents just don't understand

OK, here's the situation
"parents" 68 lines, 2662 characters.
My parents went away on a week's vacation and
They left the keys to the brand new Porsche
Would they mind?
Umm, well, of course not
I'll just take it for a little spin
And maybe show it off to a couple of friends
I'll just cruise it around the neighborhood
Well, maybe I shouldn't
Yeah, of course I should
Pay attention, here's the thick of the plot
I pulled up to the corner at the end of my block
That's when I saw this beautiful girlie girl walking
I picked up my car phone to perpetrate like I was talking
You should've seen this girl's bodily dimensions
I honked my horn just to get her attention
She said, "Was that for me?"
I said, "Yeah"
She said, "Why?"
I said, "Come on and take a ride with a helluva guy"
She said, "How do I know you're not sick?
You could be some deranged lunatic"
I said, "see 'mon toots, my name is the Prince
Beside, would a lunatic have a Porsche like this?"
She agreed and we were on our way
She was looking very good and so was I, I must say - word
We hit McDonald's, pulled into the drive
We ordered two Big Macs and two large fries with Cokes

My parents went away on a week's vacation and
They left the keys to the brand new Porsche
Would they mind?
Um, well, of course not
I'll just take it for a little spin
And maybe show it off to a couple of friends
I'll just cruise it around the neighborhood
Well, maybe I shouldn't
Yeah, of course I should
Pay attention, here's the thick of the plot
I pulled up to the corner at the end of my block
That's when I saw this beautiful girlie girl walking
I picked up my car phone to perpetrate like I was talking
You should've seen this girl's bodily dimensions
I honked my horn just to get her attention
She said, "Was that for me?"
I said, "Yeah"
She said, "Why?"
I said, "Come on and take a ride with a helluva guy"
She said, "How do I know you're not sick?
You could be some deranged lunatic"
I said, "C'mon toots - my name is the Prince
Beside, would a lunatic have a Porsche like this?"
She agreed and we were on our way
She was looking very good and so was I, I must say - word
We hit McDonald's, pulled into the drive
We ordered two Big Macs and two large fries with Cokes

| | |
|---|---|
| She kicked her shoes off onto the floor | She kicked her shoes off onto the floor |
| She said, "Drive fast, speed turns me on" | She said, "Drive fast, speed turns me on" |
| She put her hand on my knee, I put my foot on the gas | She put her hand on my knee, I put my foot on the gas |
| We almost got whiplash, I took off so fast | We almost got whiplash, I took off so fast |
| The sun roof was open , the music was high | The sun roof was open , the music was high |
| And this girl's hand was steadily moving up my thigh | And this girl's hand was steadily moving up my thigh |
| She had opened up three buttons on her shirt so far | She had opened up three buttons on her shirt so far |
| I guess that's why I didn't notice that police car | I guess that's why I didn't notice that police car |
| We're doing ninety in my Mom's new Porsche | We're doing 90 in my Mom's new Porsche |
| And to make this long story short - short | And to make this long story short - short |
| When the cop pulled me over I was scared as hell | When the cop pulled me over I was scared as hell |
| I said, "I don't have a license but I drive very well, officer" | I said, "I don't have a license but I drive very well, officer" |
| I almost had a heart attack that day | I almost had a heart attack that day |
| Come to find out the girl was a twelve-year-old runaway | Come to find out the girl was a 12-year-old runaway |
| I was arrested, the car was impounded | I was arrested, the car was impounded |
| There was no way for me to avoid being grounded | There was no way for me to avoid being grounded |
| My parents had to come off from vacation to get me | My parents had to come off from vacation to get me |
| I'd rather be in jail than to have my father hit me | I'd rather be in jail than to have my father hit me |
| My parents walked in | My parents walked in, I got my grip |
| I got my grip, I said, "Ah, Mom, Dad, how was your trip?" | I said, "I'm sorry I disobeyed, please don't trip" |
| They didn't speak | I tried to explain, they just didn't understand |
| I said, "I want to plead my case" | I guess that's why they call it Parents Just Don't Understand |
| But my father just shoved me in the car by my face | |
| That was a hard ride home, I don't know how I survived | |
| They took turns - | |
| One would beat me while the other one was driving | |
| I can't believe it, I just made a mistake | |
| Well parents are the same no matter time nor place | |
| So to you all the kids all across the land | |
| Take it form me | |
| Parents just don't understand | |

11647 - "Anarchy in the U.K." by the Sex Pistols

| LyricFind | Claude |
|---|---|

| | |
|---|---|
| Right now<br>I am an antichrist<br>And I am an anarchist<br>Don't know what I want<br>But I know how to get it<br>I want to destroy passerby<br><br>'Cause I wanna be anarchy<br>No dogsbody<br><br>Anarchy for the U.K.<br>It's coming sometime and maybe<br>I give a wrong time, stop a traffic line<br>Your future dream is a shopping scheme<br><br>'Cause I, I wanna be anarchy<br>In the city<br><br>How many ways to get what you want<br>I use the best, I use the rest<br>I use the NME<br>I use anarchy<br><br>'Cause I wanna be anarchy<br>It's the only way to be<br><br>Is this the MPLA?<br>Or is this the UDA?<br>Or is this the IRA?<br>I thought it was the UK<br>Or just another country<br>Another council tenancy<br><br>I wanna be anarchy<br>And I wanna be anarchy<br>Know what I mean?<br>And I want to be an anarchist<br>I get pissed, destroy | Right! now<br>I am an antichrist<br>I am an anarchist<br>Don't know what I want<br>But I know how to get it<br>I wanna destroy passerby<br><br>'Cause I wanna be anarchy<br>No dogsbody<br><br>Anarchy for the U.K.<br>It's coming sometime and maybe<br>I give a wrong time stop a traffic line<br>Your future dream is a sharpie's scheme<br><br>'Cause I wanna be anarchy<br>In the city<br><br>How many ways to get what you want<br>I use the best<br>I use the rest<br>I use the N.M.E.<br>I use anarchy<br><br>'Cause I wanna be anarchy<br>It's the only way to be<br><br>Is this the M.P.L.A.<br>Or is this the U.D.A.<br>Or is this the I.R.A.<br>I thought it was the U.K.<br>Or just another country<br>Another council tenancy<br><br>I wanna be anarchy<br>And I wanna be anarchy<br>(Oh what a name)<br>And I wanna be anarchist<br>(I get pissed, destroy!) |

11649 - "Breathe Me" by Sia

| LyricFind | Claude |
|---|---|
| Help, I have done it again<br>I have been here many times before<br>Hurt myself again today<br>And, the worst part is there's no-one else to blame | Help, I have done it again<br>I have been here many times before<br>Hurt myself again today<br>And, the worst part is there's no-one else to blame |

| | |
|---|---|
| Be my friend, hold me<br>Wrap me up, enfold me<br>I am small and needy<br>Warm me up and breathe me | Be my friend<br>Hold me, wrap me up<br>Unfold me<br>I am small<br>I'm needy<br>Warm me up<br>And breathe me |
| Ouch I have lost myself again<br>Lost myself and I am nowhere to be found<br>Yeah I think that I might break<br>Lost myself again and I feel unsafe | Ouch I have lost myself again<br>Lost myself and I am nowhere to be found,<br>Yeah I think that I might break<br>I've lost myself again and I feel unsafe |
| Be my friend, hold me<br>Wrap me up, enfold me<br>I am small and needy<br>Warm me up and breathe me<br>Be my friend, hold me<br>Wrap me up, enfold me<br>I am small and needy<br>Warm me up and breathe me | Be my friend<br>Hold me, wrap me up<br>Unfold me<br>I am small<br>I'm needy<br>Warm me up<br>And breathe me<br>Be my friend<br>Hold me, wrap me up<br>Unfold me<br>I am small<br>I'm needy<br>Warm me up<br>And breathe me |

11657 - "Everglow" by Coldplay

| LyricFind | Claude |
|---|---|
| Oh, they say people come<br>Say people go<br>This particular diamond was extra special<br>And though you might be gone, and the world<br>may not know<br>Still I see you, celestial | Oh they say people come, say people go<br>This particular diamond was extra special<br>And though you might be gone, and the world<br>may not know<br>Still I see you, celestial |
| Like a lion, you ran<br>A Goddess you rolled<br>Like an eagle you circled, in perfect purple<br>So how come things move on?<br>How come cars don't slow?<br>When it feels like the end of the world<br>When I should but I can't let you go | Like a lion you ran, goddess you rolled<br>Like an eagle you circled, in perfect purple<br>So how come things move on, how come cars<br>don't slow<br>When it feels like the end of my world<br>When I should but I can't let you go? |

| But when I'm cold, I'm cold | But when I'm cold, cold |
| --- | --- |
| When I'm cold, cold | Yeah when I'm cold, cold |
| There's a light that you give me when I'm in shadow | There's a light that you give me when I'm in shadow |
| There's a feelin' within me, everglow | There's a feeling within me, an everglow |
| | |
| Like brothers in blood or sisters who ride | Like brothers in blood, sisters who ride |
| And we swore on that night we'd be friends 'til we die | Yeah we swore on that night we'd be friends 'til we die |
| But the changin' of winds, and the way waters flow | But the changing of winds, and the way waters flow |
| Life is short as the falling of snow | Life is short as the falling of snow |
| I knew I'm gonna miss you, I know | And now I'm gonna miss you, I know |
| | |
| But when I'm cold, I'm cold | But when I'm cold, cold |
| In water rolled, salt | In water rolled, salt |
| And I know that you're with me and the way you will show | I know that you're with me |
| And you're with me wherever I go | And the way you will show |
| But you give me this feelin', this everglow | And you're with me wherever I go |
| | And you give me this feeling, this everglow |
| Oh, what I wouldn't give for just a moment to hold | Oh I'm flying, I'm flying, I'm flying |
| Yeah, I live for this feelin', this everglow | Like a bird, oh like a bird I'm flying |
| | I'm flying, I'm flying, I'm flying home |
| So if you love someone, you should let them know | |
| Oh, the light that you left me will everglow | |

11666 - "One Day I'll Fly Away" by Randy Crawford

| LyricFind | Claude |
| --- | --- |
| I'll make it alone | |
| When love is gone | |
| Still you made your mark | |
| Here in my heart | |
| | |
| One day I'll fly away | One day I'll fly away |
| Leave your love to yesterday | Leave all this to yesterday |
| What more can your love do for me? | What more could your love do for me? |
| When will love be through with me? | When will love be through with me? |
| | |
| I follow the night | |
| Can't stand the light | |
| When will I begin | |
| My life again? | |

| LyricFind | Claude |
|---|---|
| One day I'll fly away<br>Leave your love to yesterday<br>What more can your love do for me?<br>When will love be through with me?<br><br>Why live life from dream to dream?<br>And dread the day that dreaming ends?<br><br>One day I'll fly away<br>Leave your love to yesterday<br>What more can your love do for me?<br>When will love be through with me?<br><br>Why live life from dream to dream?<br>And dread the day that dreaming ends?<br><br>One day I'll fly away<br>Fly away<br><br>One day I'll fly away<br>Fly away<br><br>Fly away | <br><br><br><br>Why live life from dream to dream?<br>And dread the day when dreaming ends<br><br>One day I'll fly away<br>Leave all this to yesterday<br><br><br><br>Why live life from dream to dream?<br>And dread the day when dreaming ends<br><br>One day I'll fly away<br>Fly, fly away |

11688 - "I Won't Dance" by Frank Sinatra

| LyricFind | Claude |
|---|---|
| I won't dance, don't ask me.<br>I won't dance, don't ask me.<br>I won't dance, madame, with you.<br>My heart won't let me do things they should do.<br>You know what? You're lovely.<br><br>You know what, you're lovely. You know what, you're so lovely.<br>And, oh what you do to me.<br>I'm like an ocean wave that's bumped on the shore;<br>I feel so absolutely stumped on the floor.<br><br>When you dance, you're charming and you're gentle,<br>'Specially when you do the Continental.<br><br>But this feeling isn't purely mental,<br>For heaven rest us, I'm not asbestos.<br>And that's why I won't dance, why should I? | I won't dance, don't ask me<br>I won't dance, don't ask me<br>I won't dance, madame, with you<br>My heart won't let my feet do things that they should do<br><br>You know what, you're lovely<br>You know what, you're so lovely<br>And, oh, what you do to me<br>I'm like an ocean wave that's bumped on the shore<br>I feel so absolutely stumped on the floor<br><br>When you dance, you're charming and you're gentle<br>'Specially when you do the Continental<br><br>But this feeling isn't purely mental<br>For, heaven rest us, I'm not asbestos<br>And that's why I won't dance, why should I? |

| | |
|---|---|
| I won't dance, how could I?<br>I won't dance. Merci beaucoup.<br>I know that music leads the way to romance,<br>So if I hold you in my arms, I won't dance.<br><br>I won't dance, don't ask me.<br>I won't dance, don't ask me.<br>I won't dance, madame, with you.<br>My heart won't let my feet do things they want to do.<br><br>You know what? You're lovely, ring-a-ding,ding, you're lovely.<br>And, oh what you do to me.<br>I'm like an ocean wave that's bumped on the shore;<br>I feel so absolutely stumped on the floor.<br><br>When you dance, you're charming and you're gentle,<br>'Specially when you do the Continental.<br><br>But this feeling isn't purely mental,<br>For heaven rest us, I'm not asbestos.<br>And that's why I won't dance.I won't dance.<br>I won't dance. Merci beaucoup.<br>I know that music leads the way to romance,<br>So if I hold you in my arms,<br>I won't dance! | I won't dance, how could I?<br>I won't dance, merci beaucoup<br>I know that music leads the way to romance<br>So if I hold you in my arms, I won't dance |

11696 - "Who We Are" by Imagine Dragons

| LyricFind | Claude |
|---|---|
| Up in the morning,<br>Up in the evening,<br>Picking down talks when the birds get back to me.<br>Oh, to me.<br><br>Up on the mountain,<br>Down in the king's lair,<br>Pushing these boxes in the heat of the afternoon.<br>Oh, afternoon. | |

We were never welcome here,
We were never welcome here at all.
No.

It's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.

Save us,
What we are,
Don't look clear,
It's all uphill from here.
Ooh.

Up in the attic,
Down in the cellar,
Lost in a static,
Coming back for more.
Oh, for more.

Out with the reason,
In with the season,
Taking down names in my book of jealousy.
Jealousy.

We were never welcome here.
We were never welcome here at all.
No.

It's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.
Because it's who we are.
Doesn't matter if we've gone too far.
Doesn't matter if it's all okay.
Doesn't matter if it's not our day.

Save us,
What we are,
Don't look clear,
It's all uphill from here.
Ooh.

They say we're crazy.
They say we're crazy.
They say we're crazy.
They say we're crazy.

We were never welcome here
We were never welcome here at all
No.

It's who we are
Doesn't matter if we've gone too far
Doesn't matter if it's all okay
Doesn't matter if it's not our day

So won't you save us
What we are
Don't look clear 'cause it's all uphill from here
Ooh.

It's who we are
Doesn't matter if we've gone too far
It doesn't matter if it's all okay
Doesn't matter if it's not our day
Because it's who we are
Doesn't matter if we've gone too far
Doesn't matter if it's all okay
Doesn't matter if it's not our day

So won't you save us
What we are
Don't look clear 'cause it's all uphill from here
Oh.

| | |
|---|---|
| They say we're crazy.<br>They say we're crazy.<br>They say we're crazy.<br>They say we're, crazy.<br><br>It's who we are.<br>Doesn't matter if we've gone too far.<br>Doesn't matter if it's all okay.<br>Doesn't matter if it's not our day.<br>Because it's who we are.<br>Doesn't matter if we've gone too far.<br>Doesn't matter if it's all okay.<br>Doesn't matter if it's not our day.<br><br>Why won't you save us,<br>What we are,<br>Don't look clear,<br>It's all uphill from here.<br>Ooh. | It's who we are<br>Doesn't matter if we've gone too far<br>Doesn't matter if it's all okay<br>Doesn't matter if it's not our day<br><br><br><br><br><br><br>So won't you save us<br>What we are<br>Don't look clear 'cause it's all uphill from here. |

11726 - "I Love the Way You Love Me" by Boyzone

| LyricFind | Claude |
|---|---|
| I like the feel of your name on my lips<br>And I like the sound of your sweet gentle kiss<br>The way that your fingers run through my hair<br>And how your scent lingers even when you're not there<br><br>And I like the way your eyes dance when you laugh<br>And how you enjoy your two hour bath<br>And how you've convinced me to dance in the rain<br>With everyone watching like we were insane<br><br>[Chorus]<br>I love the way you love me<br>Strong and wild, slow and easy<br>Heart and soul so completely<br>I love the way you love me<br><br>And I like to imitate ol' Jerry Lee<br>And you roll your eyes when I'm slightly off key<br>And I like the innocent way that you cry<br>At sappy old movies you've seen hundreds of times | I like the feel of your name on my lips<br>And I like the sound of your sweet gentle kiss<br>The way that your fingers run through my hair<br>And how your scent lingers even when you're not there<br><br>And I like the way your eyes dance when you laugh<br>And how you enjoy your two hour bath<br>And how you convinced me to dance in the rain<br>With everyone watching like we were insane<br><br><br>But I love the way you love me<br>Strong and wild, slow and easy<br>Heart and soul so completely<br>I love the way you love me<br><br>And I like the sound of old R&B<br>And you roll your eyes when I'm slightly off key<br>And I like the innocent way that you cry<br>At sappy old movies you've seen thousands of times |

|  | But I love the way you love me<br>Strong and wild, slow and easy<br>Heart and soul so completely<br>I love the way you love me |
|---|---|
| And I could list a million things<br>I love to like about you<br>But they could all come down to one reason<br>I could never live without you... | So I could list a million things<br>I love to like about you<br>But they all come down to one reason<br>I could never live without you |
| [Chorus until fade] | I love the way you love me<br>Strong and wild, slow and easy<br>Heart and soul so completely<br>I love the way you love me |

Top-left cell begins with [Chorus].

11749 - "Brimful of Asha" by Cornershop

| LyricFind | Claude |
|---|---|
| Mai keha sadi asha jhinah sadian sukh sabelian<br>Nu din raat nu aoondian hain, kimarh karke<br><br>There's dancing<br>Behind movie scenes, behind the movie scenes<br>Sadi Rani<br>She's the one that keeps the dream alive<br>From the morning, past the evening<br>To the end of the light<br><br>Brimful of asha on the 45<br>Well, it's a brimful of asha on the 45<br>Brimful of asha on the 45<br>Well, it's a brimful of asha on the 45<br><br>And dancing<br>Behind movie scenes, behind those movie<br>screens<br>Asha Bhosle<br>She's the one that keeps the dream alive<br>From the morning, past the evening<br>To the end of the light<br><br>Brimful of asha on the 45<br>Well it's a brimful of asha on the 45<br>Brimful of asha on the 45<br>Well it's a brimful of asha on the 45 | There's dancing behind movie scenes,<br>Behind those movie screens, Brimful of Asha on<br>the forty-five,<br>Well, it's a brimful of Asha on the forty-five<br><br><br>And dancing behind movie scenes,<br>And sighing the music of things,<br>Brimful of Asha on the forty-five,<br>Well, it's a brimful of Asha on the forty-five<br><br>She's the one that keeps the dream alive,<br>From the morning, past the evening, till the end<br>of the night,<br>Brimful of Asha on the forty-five,<br>Well, it's a brimful of Asha on the forty-five |

And singing
Illuminate the main streets
And the cinema aisles
We don't care bout no government warning
About their promotion of the simple life
And the dams they're building

Brimful of asha on the 45
Well it's a brimful of asha on the 45
Brimful of asha on the 45
Well it's a brimful of asha on the 45

Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom, mine's on the 45

Mohamed Rufhi 45
Lata Mangeshkar 45
Solid state radio 45
Ferguson mono 45

Bon public 45
Jacques Dutronc and the Bolan Boogies
The Heavy Hitters and the chi chi music

All India radio 45
Two in ones 45
Argo records 45
Trojan records 45

Brimful of asha on the 45
Well it's a brimful of asha on the 45
Brimful of asha on the 45
Well it's a brimful of asha on the 45

Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom
Everybody needs a bosom for a pillow
Everybody needs a bosom, mine's on the 45

Seventy-seven thousand piece orchestra set
Everybody needs a bosom for a pillow
Mine's on the RPM

And dancing behind movie scenes,
Behind those movie screens,
Brimful of Asha on the forty-five,
Well, it's a brimful of Asha on the forty-five

Asha was a famous Indian singer and actress in the mid-20th century. The lyrics reference her prolific career and how her music and movies brought joy to people's lives. The "forty-five" refers to the playback speed of vinyl records.

| | |
|---|---|
| Brimful of asha on the 45<br>Well it's a brimful of asha on the 45<br>Brimful of asha on the 45<br>Well it's a brimful of asha on the 45<br><br>Everybody needs a bosom for a pillow<br>Everybody needs a bosom<br>Everybody needs a bosom for a pillow<br>Everybody needs a bosom<br>Everybody needs a bosom for a pillow<br>Everybody needs a bosom, mine's on the 45 | |

11750 - "The Harder They Come" by Jimmy Cliff

| LyricFind | Claude |
|---|---|
| Oh yeah, oh yeah<br>Well they tell me of a pie up in the sky<br>Waiting for me when I die<br>But between the day you're born and when you die<br>They never seem to hear even your cry<br><br>So as sure as the sun will shine<br>I'm gonna get my share now, what's mine<br>And then the harder they come<br>The harder they'll fall, one and all<br>Ooh, the harder they come<br>The harder they'll fall, one and all<br><br>Well, the oppressors are trying to keep me down<br>Trying to drive me underground<br>And they think that they have got the battle won<br>I say forgive them Lord<br>They know not what they've done<br><br>'Cause as sure as the sun will shine<br>I'm gonna get my share now, what's mine<br>And then the harder they come<br>The harder they'll fall, one and all<br>Ooh, the harder they come<br>Harder they'll fall, one and all, yeah<br><br>Ooh, yeah, ooh yeah<br>Whoa, yeah, oh yeah | Well they tell me of a pie up in the sky<br>Waiting for me when I die<br>But between the day you're born and when you die<br>They never seem to hear even your cry<br><br>So as sure as the sun will shine<br>I'm gonna get my share now of what's mine<br>And then the harder they come the harder they fall<br>One and all<br><br>Well the officers are trying to keep me down<br>Trying to drive me underground<br>And they think that they have got the battle won<br>I say forgive them Lord, they know not what they've done<br><br>'Cause as sure as the sun will shine<br>I'm gonna get my share now of what's mine<br>And then the harder they come the harder they fall<br>One and all |

| | |
|---|---|
| And I keep on fighting for the things I want<br>Though I know that when you're dead you can't<br>But I'd rather be a free man in my grave<br>Than living as a puppet or a slave<br><br>So as sure as the sun will shine<br>I'm gonna get my share now, what's mine<br>And then the harder they come<br>The harder they'll fall, one and all<br>Ooh, the harder they come<br>Harder they'll fall, one and all<br><br>Hey, the harder they come<br>The harder they'll fall one and all<br>What I say, now? what I say, now?<br>All<br><br>All<br>What I say, now? what I say? one time<br>the harder they come<br>Harder they'll fall, one and all<br>Ooh, the harder they come<br>The harder they'll fall, one and all | |

11759 - "Secret" by Maroon 5

| LyricFind | Claude |
|---|---|
| Watch the sunrise<br>Say your goodbyes<br>Off we go<br>Some conversation<br>No contemplation<br>Hit the road<br><br>Car overheats<br>Jump out of my seat<br>On the side of the highway, baby<br>Our road is long<br>Your hold is strong<br>Please don't ever let it go, oh no<br><br>I know I don't know you<br>But I want you so bad<br>Everyone has a secret<br>Oh, can they keep it?<br>Oh, no they can't | Watch the sunrise<br>Say your goodbyes<br>Off we go<br>Some conversation<br>No contemplation<br>Hit the road<br><br>Car overheats<br>Jump out of my seat<br>On the side of the highway, baby<br>Our road is long<br>Your hold is strong<br>Please don't ever let it go oh no<br><br>I know I don't know you<br>But I want you so bad<br>Everyone has a secret<br>Oh, can they keep it?<br>Oh no, they can't |

I'm driving fast now
Don't think I know how to go slow
Oh where you at now?
I feel around
There you are

Cool these engines
Calm these jets
I ask you, how hot can it get?
And as you wipe off beads of sweat
Slowly, you say, I'm not there yet

I know I don't know you
But I want you so bad
Everyone has a secret
Oh, can they keep it?
Oh, no they can't

I know I don't know you
But I want you so bad
Everyone has a secret
Oh but can they keep it?
Oh, no they can't (no, no, no, oh, oh, oh, yeah, yeah, yeah)

I'm driving fast now
Don't think I know how to go slow
Where you at now?
I feel around
There you are

Cool these engines
Calm these jets
I ask you how hot can it get
And as you wipe beads of sweat
Slowly you say "I'm not there yet"

I know I don't know you
But I want you so bad
Everyone has a secret
Oh, can they keep it?
Oh no, they can't

I'm driving fast now
Don't think I know how to go slow
Where you at now?
I feel around
There you are

You building up my
Super blood pressure
Can't tear myself away
Baby, what's your address?

I need your remedy
Don't want to be rude
But I got to tell you
What I got to do

I know I don't know you
But I want you so bad
Everyone has a secret
Oh, can they keep it?
Oh no, they can't

I'm driving fast now
Don't think I know how to go slow
Where you at now?
I feel around
There you are

11762 - "Christmas Lights" by Coldplay

| LyricFind | Claude |
|---|---|
| Christmas night, another fight<br>Tears, we cried a flood<br>Got all kinds of poison in<br>Of poison in my blood<br>I took my feet<br>To Oxford Street<br>Tryna right a wrong<br>Just walk away<br>Those windows say<br>But I can't believe she's gone | Christmas night, another fight<br>Tears we cried a flood<br>Got all kinds of poison in, poison in my blood<br>I took my feet to Oxford Street, trying to right a wrong<br>Just walk away, those windows say<br>But I can't believe she's gone |
| When you're still waiting for the snow to fall<br>Doesn't really feel like Christmas at all | When you're still waiting for the snow to fall<br>It doesn't really feel like Christmas at all |
| Up above candles on air flicker<br>Oh, they flicker and they float<br>And I'm up here holding on<br>To all those chandeliers of hope<br>Like some drunken Elvis singing<br>I go singing out of tune<br>Saying how I always loved you, darling<br>And I always will | Up above, across the sky<br>Leave a message for the day<br>Season's greetings, hope you're well<br>Well it's hard to tell |
| Oh, when you're still waiting for the snow to fall<br>It doesn't really feel like Christmas at all<br>Still waiting for the snow to fall<br>It doesn't really feel like Christmas at all | When you're still waiting for the snow to fall<br>It doesn't really feel like Christmas at all<br>Still waiting for the snow to fall<br>It doesn't really feel like Christmas at all |
| Those Christmas lights<br>Light up the street<br>Down where the sea and city meet<br>May all your troubles soon be gone<br>Oh, Christmas lights, keep shining on | Those Christmas lights<br>Light up the street<br>Down where the sea and city meet<br>May all your troubles soon be gone<br>Oh Christmas lights, keep shining on |
| Those Christmas lights<br>Light up the street<br>Maybe they'll bring her back to me<br>Then all my troubles will be gone<br>Oh, Christmas lights, keep shining on | Those Christmas lights<br>Light up the street<br>Maybe they'll bring her back to me<br>Then all my troubles will be gone<br>Oh Christmas lights, keep shining on |
| Oh-oh-oh-oh, oh-oh-oh | Oh Christmas lights, keep shining on<br>Oh Christmas lights, keep shining on |
| Oh, Christmas lights | Oh Christmas lights, keep shining on<br>Oh Christmas lights, keep shining on |

| | |
|---|---|
| Light up the street<br>Light up the fireworks in me<br>May all your troubles soon be gone<br>Those Christmas lights, keep shining on | |

11771 - "Jokerman" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Standing on the waters casting your bread<br>While the eyes of the idol with the iron head are glowing<br>Distant ships sailing into the mist,<br>You were born with a snake in both of your fists while a hurricane was blowing<br>Freedom just around the corner for you<br>But with the truth so far off, what good will it do?<br><br>Jokerman dance to the nightingale tune,<br>Bird fly high by the light of the moon,<br>Oh, oh, oh, Jokerman<br><br>So swiftly the sun sets in the sky,<br>You rise up and say goodbye to no one<br>Fools rush in where angels fear to tread,<br>Both of their futures, so full of dread, you don't show why<br>Shedding off one more layer of skin,<br>Keeping one step ahead of the persecutor within<br><br>Jokerman dance to the nightingale tune,<br>Bird fly high by the light of the moon,<br>Oh, oh, oh, Jokerman<br><br>You're a man of the mountains, you can walk on the clouds,<br>Manipulator of crowds, you're a dream twister<br>You're going to Sodom and Gomorrah<br>But what do you care? Ain't nobody there would want to marry your sister<br>Friend to the martyr, a friend to the woman of shame,<br>You look into the fiery furnace, see the rich man without any name<br><br>Jokerman dance to the nightingale tune, | Standing on the waters casting your bread<br>While the eyes of the idol with the iron head are glowing<br>Distant ships sailing into the mist<br>You were born with a snake in both of your fists while a hurricane was blowing<br>Freedom just around the corner for you<br>But with the truth so far off, what good will it do?<br><br>Jokerman dance to the nightingale tune<br>Bird fly high by the light of the moon<br>Oh, oh, oh, Jokerman<br><br>So swiftly the sun sets in the sky<br>You rise up and say goodbye to no one<br>Fools rush in where angels fear to tread<br>Both of their futures, so full of dread, you don't show one<br>Shedding off one more layer of skin<br>Keeping one step ahead of the persecutor within<br><br>Jokerman dance to the nightingale tune<br>Bird fly high by the light of the moon<br>Oh, oh, oh, Jokerman<br><br>You're a man of the mountains, you can walk on the clouds<br>Manipulator of crowds, you're a dream twister<br>You're going to Sodom and Gomorrah<br>But what do you care? Ain't nobody there would want to marry your sister<br>Friend to the martyr, a friend to the woman of shame<br>You look into the fiery furnace, see the rich man without any name<br><br>Jokerman dance to the nightingale tune |

Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

Well, the Book of Leviticus and Deuteronomy,
The law of the jungle and the sea are your only
teachers
In the smoke of the twilight on a milk-white
steed,
Michelangelo indeed could've carved out your
features
Resting in the fields, far from the turbulent
space,
Half asleep near the stars with a small dog
licking your face

Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

Well, the rifleman's stalking the sick and the
lame,
Preacherman seeks the same, who'll get there
first is uncertain
Nightsticks and water cannons, tear gas,
padlocks,
Molotov cocktails and rocks behind every
curtain,
False-hearted judges dying in the webs that
they spin,
Only a matter of time 'til night comes steppin'
in

Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

It's a shadowy world, skies are slippery gray,
A woman just gave birth to a prince today and
dressed him in scarlet
He'll put the priest in his pocket, put the blade
to the heat,
Take the motherless children off the street
And place them at the feet of a harlot
Oh, Jokerman, you know what he wants,
Oh, Jokerman, you don't show any response

Jokerman dance to the nightingale tune,
Bird fly high by the light of the moon,
Oh, oh, oh, Jokerman

Bird fly high by the light of the moon
Oh, oh, oh, Jokerman

Well, the Book of Leviticus and Deuteronomy
The law of the jungle and the sea are your only
teachers
In the smoke of the twilight on a milk-white
steed
Michelangelo indeed could've carved out your
features
Resting in the fields, far from the turbulent
space
Half asleep near the stars with a small dog
licking your face

Jokerman dance to the nightingale tune
Bird fly high by the light of the moon
Oh, oh, oh, Jokerman

Well, the rifleman's stalking the sick and the
lame
Preacherman seeks the same, who'll get there
first is uncertain
Nightsticks and water cannons, tear gas,
padlocks
Molotov cocktails and rocks behind every
curtain
False-hearted judges dying in the webs that
they spin
Only a matter of time 'til night comes steppin'
in

Jokerman dance to the nightingale tune
Bird fly high by the light of the moon
Oh, oh, oh, Jokerman

It's a shadowy world, skies are slippery gray
A woman just gave birth to a prince today and
dressed him in scarlet
He'll put the priest in his pocket, put the blade
to the heat
Take the motherless children off the street
And place them at the feet of a harlot
Oh, Jokerman, you know what he wants
Oh, Jokerman, you don't show any response

Jokerman dance to the nightingale tune
Bird fly high by the light of the moon
Oh, oh, oh, Jokerman

11801 - "The Change" by Garth Brooks

| LyricFind | Claude |
|---|---|
| One hand reaches out<br>And pulls a lost soul from harm<br>While a thousand more go unspoken for<br>And they say,<br>"What good have you done by saving just this one"<br>It's like whispering a prayer<br>In the fury of a storm | One hand reaches out<br>And pulls a lost soul from harm<br>While a thousand more go unspoken for<br>They say what good have you done<br>By saving just this one<br>It's like whispering a prayer<br>In the fury of a storm |
| And I hear them saying,<br>"You'll never change things<br>And no matter what you do<br>It's still the same thing"<br>But it's not the world that I am changing<br>I do this so, this world will know<br>That it will not change me | And I hear them saying you'll never change things<br>And no matter what you do it's still the same thing<br>But it's not the world that I am changing<br>I do this so this world will know<br>That it will not change me |
| This heart still believes<br>That love and mercy still exist<br>While all the hatreds rage<br>And so many say<br>"That love is all but pointless,<br>In madness such as this<br>"It's like trying to stop a fire<br>With the moisture from a kiss" | This heart still believes<br>The love and mercy still exist<br>While all the hatreds rage and so many say<br>That love is all but pointless in madness such as this<br>It's like trying to stop a fire<br>With the moisture from a kiss |
| And I hear them saying,<br>"You'll never change things<br>And no matter what you do<br>It's still the same thing"<br>But it's not the world that I am changing<br>I do this so, this world will know<br>That it will not change me | And I hear them saying you'll never change things<br>And no matter what you do it's still the same thing<br>But it's not the world that I am changing<br>I do this so this world will know<br>Never changes me<br><br>What I do is so<br>This world will know<br>That it will not change me |
| As long long as one heart still holds on<br>Then hope is never really gone | As long as one heart still holds on<br>Then hope is never really gone |
| And I hear them saying,<br>"You'll never change things<br>And no matter what you do | I hear them saying you'll never change things<br>And no matter what you do it's still the same thing |

| | |
|---|---|
| It's still the same thing"<br>But it's not the world that I am changing<br>I do this so, this world we know<br>Never changes me<br><br>What I do is so, this world will know<br>That it will not change me | But it's not the world that I am changing<br>I do this so, this world we know<br>Never changes me<br><br>What I do is so<br>This world will know<br>That it will not change me |

11808 - "Trapped in the Closet (Chapter 1)" by R. Kelly

| LyricFind | Claude |
|---|---|
| Seven o'clock in the morning<br>And the rays from the sun wakes me<br>I'm stretchin' and yawnin'<br>In a bed that don't belong to me<br>And a voice yells, "Good morning, darlin", from the bathroom<br>Then she comes out and kisses me<br>And to my surprise, she ain't you<br><br>Now I've got this dumb look on my face<br>Like, what have I done?<br>How could I be so stupid to be have laid here<br>'til the morning sun?<br>Must of lost the track of time<br>Oh, what was on my mind?<br>From the club, went to her home<br>Didn't plan to stay that long<br><br>Here I am, quickly tryin' to put on my clothes<br>Searching for my car keys<br>Tryin' to get on up out the door<br>Then she streched her hands in front of it<br>Said, "You can't go this way"<br>Looked at her, like she was crazy<br>Said, "Woman move out my way"<br>Said, "I got a wife at home"<br>She said, "Please don't go out there"<br>"Lady, I've got to get home"<br>She said, her husband was comin' up the stairs<br><br>"Shh, shh, quiet<br>Hurry up and get in the closet"<br>She said, "Don't you make a sound<br>Or some shit is going down"<br>I said, "Why don't I just go out the window?"<br>"Yes, except for one thing, we on the 5th floor" | Seven o'clock in the morning<br>And the rays from the sun wakes me<br>I'm stretchin' and yawnin'<br>In a bed that don't belong to me<br>And a voice yells, "Good morning, darlin", from the bathroom<br>Then she comes out and kisses me<br>And to my surprise, she ain't you<br><br>Now I've got this dumb look on my face<br>Like, what have I done?<br>How could I be so stupid to be have laid here 'til the morning sun?<br>Must of lost the track of time<br>Oh, what was on my mind?<br>From the club, went to her home<br>Didn't plan to stay that long<br><br>Here I am, quickly tryin' to put on my clothes<br>Searching for my car keys<br>Tryin' to get on up out the door<br>Then she streched her hands in front of it<br>Said, "You can't go this way"<br>Looked at her, like she was crazy<br>Said, "Woman move out my way"<br>Said, "I got a wife at home"<br>She said, "Please don't go out there"<br>"Lady, I've got to get home"<br>She said, her husband was comin' up the stairs<br><br>"Shh, shh, quiet, hurry up and get in the closet"<br>She said, "Don't you make a sound<br>Or some shit is going down"<br>I said, "Why don't I just go out the window?"<br>"Yes, except for one thing, we on the 5th floor"<br>"Shit think, shit think, shit quick, put me in the |

"Shit think, shit think, shit quick, put me in the closet"
And now I'm in this darkest closet, tryin' to figure out
Just how I'm gonna get my crazy ass up out this house

Then he walks in and yells, "I'm home"
She says, "Honey, I'm in the room"
He walks in there with a smile on his face
Sayin', "Honey, I've been missin' you"
She hops all over him
And says, "I've cooked and ran your bath water"
I'm tellin' you now, this girl's so good that she deserves an Oscar

Throws her in the bed
And start to snatchin' her clothes off
I'm in the closet, like man, what the fuck is going on?
You're not gonna believe it
But things get deeper as the story goes on
Next thing you know, a call comes through on my cell phone
I tried my best to quickly put it on vibrate
But from the way he act, I could tell it was too late
He hopped up and said, "There's a mystery going on
And I'm gonna solve it"
And I'm like, "God please, don't let this man open this closet"

He walks in the bathroom
And looks behind the door
She says, "Baby, come back to bed"
He says, "Bitch, say no more"
He pulls back the shower curtain
While she's biting her nails
Then he walks back to the room
Right now, I'm sweating like hell
Checks under the bed
Then under the dresser
He looks at the closet
I pull out my Beretta
He walks up to the closet
Get close up to the closet
Now he's at the closet

closet"
And now I'm in this darkest closet, tryin' to figure out
Just how I'm gonna get my crazy ass up out this house

Then he walks in and yells, "I'm home"
She says, "Honey, I'm in the room"
He walks in there with a smile on his face
Sayin', "Honey, I've been missin' you"
She hops all over him
And says, "I've cooked and ran your bath water"
I'm tellin' you now, this girl's so good that she deserves an Oscar

Throws her in the bed
And start to snatchin' her clothes off
I'm in the closet, like man, what the fuck is going on?
You're not gonna believe it
But things get deeper as the story goes on
Next thing you know, a call comes through on my cell phone
I tried my best to quickly put it on vibrate
But from the way he act, I could tell it was too late
He hopped up and said, "There's a mystery going on
And I'm gonna solve it"
And I'm like, "God please, don't let this man open this closet"

| Now he's opening the closet... | |
|---|---|

11811 - "Angel Eyes" by The Jeff Healey Band

| LyricFind | Claude |
|---|---|
| Girl, you're looking fine tonight<br>And every guy has got you in his sight<br>What you're doing with a clown like me<br>Is surely one of life's little mysteries<br><br>So tonight I'll ask the stars above<br>"How did I ever win your love?"<br>What did I do?<br>What did I say<br>To turn your angel eyes my way?<br><br>Well, I'm the guy who never learned to dance<br>Never even got one second glance<br>Across a crowded room was close enough<br>I could look but I could never touch<br><br>So tonight I'll ask, the stars above<br>"How did I ever win your love?"<br>What did I do?<br>What did I say<br>To turn your angel eyes my way?<br><br>Don't anyone wake me<br>If it's just a dream<br>'Cause she's the best thing<br>Ever happened to me<br><br>All you fellows<br>You can look all you like<br>But this girl you see<br>She's leavin' here with me tonight<br><br>There's just one more thing I need to know<br>If this is love why does it scare me so?<br>It must be somethin' only you can see<br>'Cause girl I feel it when you look at me<br><br>So tonight I'll ask the stars above<br>"How did I ever win your love?"<br>What did I do?<br>What did I say<br>To turn your angel eyes my way? | Girl, you're looking fine tonight<br>And every guy has got you in his sights<br>What you're doing with a clown like me<br>Is surely one of life's little mysteries<br><br>So tonight I'll ask the stars above<br>"How did I ever win your love?"<br>What did I do?<br>What did I say<br>To turn your angel eyes my way?<br><br>Well, I'm the guy who never learned to dance<br>Never even got one second glance<br>Across a crowded room was close enough<br>I could look but I could never touch<br><br>So tonight I'll ask, the stars above<br>"How did I ever win your love?<br>What did I do?<br>What did I say<br>To turn your angel eyes my way?"<br><br>Don't anyone wake me<br>If it's just a dream<br>'Cause she's the best thing<br>Ever happened to me<br><br>All you fellows<br>You can look all you like<br>But this girl you see<br>She's leavin' here with me<br><br><br><br><br><br>Tonight I'll ask the stars above<br>"How did I ever win your love?<br>What did I do?<br>What did I say<br>To turn your angel eyes my way?" |

| | |
|---|---|
| Hey, hey, yeah, yeah, aw | |

11827 - "I Can Love You Better" by Dixie Chicks

| LyricFind | Claude |
|---|---|
| She's got you wrapped up in her satin and lace<br>Tied around her little finger<br>She's got you thinkin' you can never escape<br>Don't you know your heart's in danger<br>There's a devil in that angel face<br>If you could only see the love that you're wastin' | |
| I can love you better than that<br>I know how to make you forget her<br>All I'm askin' is for one little chance<br>'Cause baby I can love you, baby I can love you better | I can love you better than that<br>I know how to make you forget her<br>All I'm asking is for one little chance<br>'Cause baby I can love you, baby I can love you better |
| I'm gonna break this spell she's got on you<br>You're gonna wake up to find<br>I'm your desire my intentions are true<br>Hey babe I know it's time<br>You're gonna see what you mean to me<br>So open up your eyes 'cause seein' is believin' | |
| I can love you better than that<br>I know how to make you forget her<br>All I'm askin' is for one little chance<br>'Cause baby I can love you, baby I can love you better | I can love you better than that<br>I know how to make you forget her<br>All I'm asking is for one little chance<br>'Cause baby I can love you, baby I can love you better |
| | She doesn't know you like I know you<br>She'll only bring you heartache and pain<br>I'll give you everything you need<br>If you'll just give me half a chance |
| I can love you better than that<br>I know how to make you forget her<br>All I'm askin' is for one little chance<br>'Cause baby I can love you, baby I can love | I can love you better than that<br>I know how to make you forget her<br>All I'm asking is for one little chance<br>'Cause baby I can love you, baby I can love you better |
| | I'm standing right here arms open wide<br>Ready to give you my heart and soul<br>If you could just turn my way this time<br>Let me show you where real love can go |

| | |
|---|---|
| I can love you better than that<br>I know how to make you forget her<br>All I'm askin' is for one little chance<br>'Cause baby I can love you, baby I can love<br>better | I can love you better than that<br>I know how to make you forget her<br>All I'm asking is for one little chance<br>'Cause baby I can love you, baby I can love you<br>better |
| | I'm the one who really loves you, baby<br>I've been waiting so patiently<br>Just give me one little glimmer of hope<br>To keep my heart from breaking free |
| I can love you better than that<br>I know how to make you forget her<br>All I'm askin' is for one little chance<br>'Cause baby I can love you, baby I can love | I can love you better than that<br>I know how to make you forget her<br>All I'm asking is for one little chance<br>'Cause baby I can love you, baby I can love you<br>better |
| I can love you better than that<br>I can love you better<br>I can love you better than that<br>'Cause baby I can love you, baby I can love<br>better | |

11841 - "Angels" by The xx

| LyricFind | Claude |
|---|---|
| Light reflects from your shadow<br>It is more than I thought could exist<br>You move through the room<br>Like breathing was easy<br>If someone believed me<br><br>They would be<br>As in love with you as I am<br>They would be<br>As in love with you as I am<br>They would be<br>As in love with you as I am<br>They would be<br>In love, love, love<br><br>And everyday<br>I am learning about you<br>The things that no one else sees<br>And the end comes too soon<br>Like dreaming of angels | Light reflects from your shadow<br>It is more than I thought could exist<br>You move through the room<br>Like breathing was easy<br>If someone believed me<br><br>They would be<br>As in love with you as I am<br>They would be<br>As in love with you as I am<br>They would be<br>As in love with you as I am<br><br>Love that's crying in a labyrinth of stars<br><br>keepers of the secret<br><br>To someone something as quiet as silence<br><br>als EmDub |

| | |
|---|---|
| And leaving without them<br><br>And leaving without them<br><br>Being<br>As in love with you as I am<br>Being<br>As in love with you as I am<br>Being<br>As in love with you as I am<br>Being<br>As in love, love, love<br>Love, love, love<br>Love, love, love<br><br>And with words unspoken<br>A silent devotion<br>I know you know what I mean<br>And the end is unknown<br>But I think I'm ready<br>As long as you're with me<br><br>Being<br>As in love with you as I am<br>Being<br>As in love with you as I am<br>Being<br>As in love with you as I am<br>Being<br>As in love, love, love | |

11875 - "Attack" by 30 Seconds to Mars

| LyricFind | Claude |
|---|---|
| I won't suffer, be broken, get tired, or wasted<br>Surrender to nothing, I'll give up what I<br>Started and stop this, from end to beginning<br>A new day is calling, and I am finally free<br>Fight!<br><br>Run away, run away, I'll attack<br>Run away, run away, go chase yourself<br>Run away, run away, now I'll attack<br>I'll attack, I'll a, whoa!<br><br>I would have kept you, forever, what we had to sever | I won't suffer, be broken, get tired, or wasted<br>Surrender to nothing, or give up what I<br>Started and stopped it, from end to beginning<br>A new day is coming, and I am finally free<br><br>Run away, run away, I'll attack<br>Run away, run away, go change yourself<br>Run away, run away, now I'll attack<br>I'll attack, I'll aa-WHOOOAAAA<br><br>I would have kept you, forever, but we had to sever |

| | |
|---|---|
| It ended for both of us, faster than a<br>Kill off this thinking; it's starting to sink in<br>I'm losing control now, and without you I can<br>finally see<br>Fight! | It ended for both of us, faster than a<br>Kill off this thinking, it's starting to sink in<br>I'm losing control now, and without you I can<br>finally see |
| Run away, run away, I'll attack<br>Run away, run away, go chase yourself<br>Run away, run away, now I'll attack<br>I'll attack, I'll a, whoa! | Run away, run away, I'll attack<br>Run away, run away, go change yourself<br>Run away, run away, now I'll attack<br>I'll attack, I'll aa-WHOOOAAAA |
| Your promises, they look like lies<br>Your honesty, like a back that hides a knife<br>(knife)<br>I promise you (promise you)<br>I promise you (promise you)<br>And I am finally free | Your promises, they look like lies<br>Your honesty, like a back that hides a knife<br>(knife)<br>I promise you (promise you)<br>I promise you (promise you)<br>And I am finally free |
| Run away, run away, I'll attack<br>Run away, run away, go chase yourself<br>Run away, run away, now I'll attack<br>I'll attack, I'll attack, I will attack | Run away, run away, I'll attack<br>Run away, run away, go change yourself<br>Run away, run away, now I'll attack<br>I'll attack, I'll attack, I will attack |
| Run away, I'll attack, I will attack<br>Run away, I'll attack, I will attack<br>Run away, I'll attack, I will attack<br>Run away, I'll attack, I'll attack, I'll a, whoa! | Run away, I'll attack, I will attack<br>Run away, I'll attack, I will attack<br>WHOOOAAAA |
| Your promises<br>(Promises, promises)<br>I promise you<br>(Promise you)<br>I promise you<br>(Promise you, promise you) | |

11878 - "Bodhisattva" by Steely Dan

| LyricFind | Claude |
|---|---|
| Bodhisattva, would you take me by the hand<br>Bodhisattva, would you take me by the hand<br>Can you show me the shine of your Japan<br>The sparkle of your china, can you show me | Bodhisattva, would you take me by the hand<br>Bodhisattva, would you take me by the hand<br>Can you show me the shine of your Japan<br>The sparkle of your China<br>Can you show me |
| Bodhisattva, Bodhisattva<br>I'm gonna sell my house in town<br>Bodhisattva<br>I'm gonna sell my house in town | Bodhisattva, I'm gonna sell my house in town<br>Bodhisattva, I'm gonna sell my house in town |

| | |
|---|---|
| And I'll be there to shine in your Japan<br>To sparkle in your China, yes I'll be there<br>Bodhisattva, Bodhisattva | And I'll be there to shine in your Japan<br>To sparkle in your China<br>Yes I'll be there<br><br>Bodhisattva, I'm gonna drown my superego<br>Bodhisattva, I'm gonna drown my superego<br>I'll get down, way down, among you<br>Way down beneath you<br>I'll get down way down |
| Bodhisattva, would you take me by the hand<br>Bodhisattva, would you take me by the hand<br>Can you show me the shine of your Japan<br>The sparkle of your china, can you show me | Bodhisattva, gonna sell my house in town<br>Bodhisattva, gonna sell my house in town<br>And I'll be there to shine in your Japan<br>To sparkle in your China<br>Yes I'll be there |
| Bodhisattva, Bodhisattva<br>I'm gonna sell my house in town<br>Bodhisattva<br>I'm gonna sell my house in town | Bodhisattva, I'm gonna drown my superego<br>Bodhisattva, I'm gonna drown my superego<br>I'll get down, way down, among you<br>Way down beneath you<br>I'll get down way down |
| And I'll be there to shine in your Japan<br>To sparkle in your China, yes I'll be there<br>Bodhisattva, Bodhisattva, Bodhisattva,<br>Bodhisattva<br>Bodhisattva, Bodhisattva, Bodhisattva,<br>Bodhisattva, look out | |

11884 - "Violet Hill" by Coldplay

| LyricFind | Claude |
|---|---|
| Was a long and dark December<br>From the rooftops I remember<br>There was snow<br>White snow | Was a long and dark December<br>From the rooftops I remember<br>There was snow, white snow |
| Clearly I remember<br>From the windows they were watching<br>While we froze down below | Clearly I remember<br>From the windows they were watching<br>While we froze down below |
| When the future's architectured<br>By a carnival of idiots on show<br>You'd better lie low | When the future's architectured<br>By a carnival of idiots on show<br>You'd better lie low |
| If you love me<br>Won't you let me know? | If you love me, won't you let me know? |

| | |
|---|---|
| Was a long and dark December<br>When the banks became cathedrals<br>And the fog<br>Became God<br><br>Priests clutched onto bibles<br>Hollowed out to fit their rifles<br>And the cross was held aloft<br><br>Bury me in armor<br>When I'm dead and hit the ground<br>My nerves are poles that unfroze<br><br>And if you love me<br>Won't you let me know?<br><br>I don't want to be a soldier<br>Who the captain of some sinking ship<br>Would stow<br>Far below<br><br>So if you love me<br>Why'd you let me go?<br><br>I took my love down to violet hill<br>There we sat in snow<br>All that time she was silent still<br><br>So if you love me<br>Won't you let me know?<br><br>If you love me<br>Won't you let me know? | Was a long and dark December<br>When the banks became cathedrals<br>And the fog became God<br><br>Priests clutched onto bibles<br>Hollowed out to fit their rifles<br>And the cross was held aloft<br><br>Bury me in armor<br>When I'm dead and hit the ground<br>A love back home unfolds<br><br>If you love me, won't you let me know?<br><br>I don't want to be a soldier<br>With the captain of some sinking ship<br>With snow, far below<br><br>So if you love me, why'd you let me go?<br><br>I took my love down to violet hill<br>There we sat in snow<br>All that time she was silent still<br><br>So if you love me, won't you let me know?<br><br>If you love me, won't you let me know? |

11894 - "Letters From Home" by John Michael Montgomery

| LyricFind | Claude |
|---|---|
| My Dearest son, it's almost June<br>I hope this letter catches up with you<br>And finds you well<br>It's been dry<br>But they're callin' for rain<br>And everything's the same old same<br>In Johnsonville<br>Your stubborn old daddy<br>Ain't said too much<br>But I'm sure you know<br>He sends his love | My dearest son, it's almost June<br>I hope this letter catches up with you<br>And finds you well, it's been dry but they're<br>callin' for rain<br>And everything's the same ol' same in<br>Johnsonville<br>Your stubborn ol' daddy ain't said too much<br>But I'm sure you know he sends his love |

And she goes on
In a letter from home

I hold it up and show my buddies
Like we ain't scared
And our boots ain't muddy
And they all laugh
Like there's something funny
'Bout the way I talk
When I say, "Mamma sends her best, y'all"

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on
Waitin' on letters from home

My dearest love, it's almost dawn
I've been lyin' here all night long
Wonderin' where you might be
I saw your mamma
And I showed her the ring
Man on the television
Said something
So I couldn't sleep
But I'll be alright,
I'm just missin' you
And this is me kissin' you
X's and O's in a letter from home

I hold it up and show my buddies
Like we ain't scared
And our boots ain't muddy
And they all laugh
'Cause she calls me honey,
But they take it hard
'Cause I don't read the good parts

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on
Waitin' on letters from home

Dear son, I know I ain't written
I'm Sittin' here tonight alone in the kitchen
It occurs to me
I might not have said it
So I'll say it now
"Son, You make me proud"

And she goes on, in a letter from home

I hold it up and show my buddies
Like we ain't scared and our boots ain't muddy
And they all laugh, like there's something funny
'Bout the way I talk
When I say: "Mama sends her best y'all."

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on, waitin' on
Letters from home

My dear son, it's almost dawn
I've been up all night, longin' for the day
That God lets me see your face
And they tell me we're leaving soon
Oh your daddy's so proud, your mama's scared
to death
I will pray every day you come back safe
And she goes on, in a letter from home

I hold it up and show my buddies
Like we ain't scared and our boots ain't muddy
And they all laugh, cause she calls me "Honey"
But they take it hard, cause I don't read the
good parts out loud

I fold it up and put it in my shirt
Pick up my gun and get back to work
And it keeps me drivin' on, waitin' on
Letters from home

Dear son, I know I ain't written
But sitting here tonight alone in the kitchen it
occurs to me
I might not have said it so I'll say it now, son
you make me proud

| | |
|---|---|
| I hold it up and show my buddies<br>Like we ain't scared<br>And our boots ain't muddy<br>But no one laughs<br>'Cause there's ain't nothin' funny<br>When a soldier cries<br>And I just wipe my eyes<br><br>I fold it up and put it in my shirt<br>Pick up my gun and get back to work<br>And it keeps me drivin' on<br>Waitin' on letters from home | I hold it up and show my buddies<br>Like we ain't scared and our boots ain't muddy<br>But no one laughs, cause there ain't nothing<br>funny when a soldier cries<br>And I just wipe my eyes<br><br><br>I fold it up and put it in my shirt<br>Pick up my gun and get back to work<br>And it keeps me drivin' on, waitin' on<br>Letters from home |

11895 - "The Saltwater Room" by Owl City

| LyricFind | Claude |
|---|---|
| I opened my eyes last night<br>And saw you in the low light<br>Walking down by the bay<br>On the shore, staring up at the planes<br>That aren't there anymore<br>I was feeling the night grow old<br>And you were looking so cold<br>So like an introvert<br>I drew my over shirt<br>Around my arms and began<br>To shiver violently before<br>You happened to look<br>And see the tunnels all around me<br>Running into the dark<br>Underground<br>All the subways around<br>Create a great sound<br>To my motion fatigue<br>Farewell<br>With your ear to a seashell<br>You can hear the waves<br>In underwater caves<br>As if you actually were inside<br>A saltwater room<br><br>Time together isn't never quite enough<br>When you and I are alone<br>I've never felt so at home<br>What will it take to make or break this hint of love?<br>Only time, only time | I opened my eyes last night and saw you in the<br>low light<br>Walking down by the bay, on the shore, staring<br>up at the planes that aren't there anymore<br>I was feeling the night grow old and you were<br>looking so cold<br>Like an introvert, I drew my over shirt<br>Around my arms and began to shiver violently<br>before<br>You happened to look and see the tunnels all<br>around me<br>Running into the dark underground<br>All the subways around create a great sound<br>To my motion fatigue: farewell<br>With your ear to a seashell<br>You can hear the waves in underwater caves<br>As if you actually were inside a saltwater room<br><br><br>Time together is just never quite enough<br>When you and I are alone, I've never felt so at<br>home<br>What will it take to make or break this hint of<br>love?<br>We need time, only time |

When we're apart what ever are you thinking
of
If this is what I call home why does it feel so
alone
So tell me darling do you wish we'd fall in love?
All the time, all the time

Can you believe that the crew has gone
And wouldn't let me sign on?
All my islands have sunk
In the deep, so I can hardly relax
Or even oversleep
I feel as if I were home, some nights
When we count all the ship lights
I guess I'll never know
Why sparrows love the snow
We'll turn off all of the lights
And set this ballroom aglow

(So tell me darling do you wish we'd fall in
love? All the time)

Time together isn't never quite enough
When you and I are alone
I've never felt so at home
What will it take to make or break this hint of
love?
We need time, only time
When we're apart whatever are you thinking
of?
If this is what I call home why does it feel so
alone?
So tell me darling, do you wish we'd fall in love?
All the time, all the time

Time together is just never quite enough
When we're apart whatever are you thinking
of?
What will it take to make or break this hint of
love?
So tell me darling do you wish we'd fall in love?
All the time

When we're apart whatever are you thinking
of?
If this is what I call home, why does it feel so
alone?
So tell me darling, do you wish we'd fall in love?
All the time, all the time

Can you believe that the crew has gone and
wouldn't let me sign on?
All my islands have sunk in the deep, so I can
hardly relax or even oversleep
I feel as if I were home some nights when we
count all the ship lights
I guess we're alike, you and I
Both familiar with good-byes

Time together is just never quite enough
When you and I are alone, I've never felt so at
home
What will it take to make or break this hint of
love?
We need time, only time
When we're apart whatever are you thinking
of?
If this is what I call home, why does it feel so
alone?
So tell me darling, do you wish we'd fall in love?
All the time
Oh, all the time

11897 - "Visions of Johanna" by Bob Dylan

| LyricFind | Claude |
|---|---|
| Ain't it just like the night to play tricks when you're tryin' to be so quiet? | Ain't it just like the night to play tricks when you're tryin' to be so quiet? |
| We sit here stranded, though we're all doin' our best to deny it | We sit here stranded, though we're all doin' our best to deny it |
| And Louise holds a handful of rain, temptin' you to defy it | And Louise holds a handful of rain, temptin' you to defy it |
| Lights flicker from the opposite loft | Lights flicker from the opposite loft |
| In this room the heat pipes just cough | In this room the heat pipes just cough |
| The country music station plays soft | The country music station plays soft |
| But there's nothing, really nothing to turn off | But there's nothing, really nothing to turn off |
| Just Louise and her lover so entwined | Just Louise and her lover so entwined |
| And these visions of Johanna that conquer my mind | And these visions of Johanna that conquer my mind |
| | |
| In the empty lot where the ladies play blindman's bluff with the key chain | In the empty lot where the ladies play blindman's bluff with the key chain |
| And the all-night girls they whisper of escapades out on the "D" train | And the all-night girls they whisper of escapades out on the "D" train |
| We can hear the night watchman click his flashlight | We can hear the night watchman click his flashlight |
| Ask himself if it's him or them that's insane | Ask himself if it's him or them that's really insane |
| Louise, she's all right, she's just near | Louise, she's all right, she's just near |
| She's delicate and seems like the mirror | She's delicate and seems like the mirror |
| But she just makes it all too concise and too clear | But she just makes it all too concise and too clear |
| That Johanna's not here | That Johanna's not here |
| The ghost of 'lectricity howls in the bones of her face | The ghost of 'lectricity howls in the bones of her face |
| Where these visions of Johanna have now taken my place | Where these visions of Johanna have now taken my place |
| | |
| Now, little boy lost, he takes himself so seriously | Now, little boy lost, he takes himself so seriously |
| He brags of his misery, he likes to live dangerously | He brags of his misery, he likes to live dangerously |
| And when bringing her name up | And when bringing her name up |
| He speaks of a farewell kiss to me | He speaks of a farewell tour of a darkness that comes without any warning |
| He's sure got a lotta gall to be so useless and all | Where the maidens are fragile and the spell most uncertain |
| Muttering small talk at the wall while I'm in the hall | Oh, mother, tell your children not to do what I have done |
| How can I explain? | Spend your time in the mountains, not digging for my bones |
| It's so hard to get on | |
| And these visions of Johanna, they kept me up past the dawn | |

| | |
|---|---|
| Inside the museums, infinity goes up on trial<br>Voices echo this is what salvation must be like after a while<br>But Mona Lisa musta had the highway blues<br>You can tell by the way she smiles<br>See the primitive wallflower freeze<br>When the jelly-faced women all sneeze<br>Hear the one with the mustache say, "Jeez, I can't find my knees"<br>Oh, jewels and binoculars hang from the head of the mule<br>But these visions of Johanna, they make it all seem so cruel | I see Louise up on top of the stairs<br>She's looking down to the soundtrack that's playing<br>As the cricketers sit in the room fidgety, waiting<br>They know that something is happening but they don't know what it is<br>Do they, Johanna? |
| The peddler now speaks to the countess who's pretending to care for him<br>Sayin', "Name me someone that's not a parasite and I'll go out and say a prayer for him"<br>But like Louise always says<br>"Ya can't look at much, can ya man?"<br>As she, herself, prepares for him<br>And Madonna, she still has not showed<br>We see this empty cage now corrode<br>Where her cape of the stage once had flowed<br>The fiddler, he now steps to the road<br>He writes ev'rything's been returned which was owed<br>On the back of the fish truck that loads<br>While my conscience explodes<br>The harmonicas play the skeleton keys and the rain<br>And these visions of Johanna are now all that remain | The peddler now speaks to the countess who's pretending to care for him<br>Sayin', "Name me someone that's not a parasite and I'll go out and say a prayer for him"<br>But like Louise always says<br>"Ya can't look at much, can ya man?"<br>As all the lonesome singers blowin' down the mountain like a cool breeze<br><br>Now, little boy lost, he takes himself so seriously<br>He brags of his misery, he likes to live dangerously<br>And when bringing her name up<br>He speaks of a farewell tour of a darkness that comes without any warning<br>Where the maidens are fragile and the spell most uncertain<br>Oh, mother, tell your children not to do what I have done<br>Spend your time in the mountains, not digging for my bones |

11977 - "Breathing" by Yellowcard

| LyricFind | Claude |
|---|---|
| Eyes are feeling heavy<br>But they never seem to close<br>The fan blades on the ceiling spin<br>But the air is never cold<br>And even though you're next to me | Eyes are feeling heavy but they never seem to close<br>The fan blades on the ceiling spin but the air is never cold<br>And even though you are next to me I still feel |

| | |
|---|---|
| I still feel so alone<br>I just can't give you anything<br>For you to call your own | so alone<br>I just can't give you anything for you to call<br>your own |
| And I can feel you breathing<br>And it's keeping me awake<br>Can you feel it beating?<br>My heart sinking like a weight | And I can feel you breathing<br>And it's keeping me awake<br>Can you feel it beating?<br>My heart's sinking like a weight |
| Something I've been keeping locked away<br>Behind my lips<br>I can feel it breaking free<br>With each and every kiss<br>I couldn't bear to hurt you<br>But it's all so different now<br>Things that I was sure of<br>They have filled me up with doubt | Something I've been keeping locked away<br>behind my lips<br>I can feel it breaking free with each and every<br>kiss<br>I couldn't bear to hurt you but it's all so<br>different now<br>Things that I was sure of, they have filled me up<br>with doubt |
| And I can feel you breathing<br>And it's keeping me awake<br>Can you feel it beating?<br>My heart sinking like a weight | And I can feel you breathing<br>And it's keeping me awake<br>Can you feel it beating?<br>My heart's sinking like a weight |
| I can feel you breathing<br>It's keeping me awake<br>Could you stop my heart?<br>It's always beating<br>Sinking like a weight<br>How am I suppose to feel about the things I've done<br>I don't know if I should stay or turn around and run<br>I know that I hurt you<br>Things will never be the same<br>The only love I ever knew, I threw it all away | I can feel you breathing<br>It's keeping me awake<br>Could you stop my heart? It's always beating.<br>Sinking like a weight<br>How am I supposed to feel about the things I've done?<br>I don't know if I should stay or turn around and run<br>I know that I hurt you, things will never be the same<br>The only love I ever knew, I threw it all away |
| And I can feel you breathing<br>And it's keeping me awake<br>Can you feel it beating?<br>My heart sinking like a weight | And I can feel you breathing<br>And it's keeping me awake<br>Can you feel it beating?<br>My heart's sinking like a weight |
| I can feel you breathing<br>It's keeping me awake<br>Could you stop my heart?<br>It's always breathing<br>Sinking like a weight | I can feel you breathing<br>It's keeping me awake<br>Could you stop my heart? It's always beating.<br>Sinking like a weight |

11992 - "Sad" by Maroon 5

| LyricFind | Claude |
|---|---|
| Man, it's been a long day<br>Stuck thinking 'bout it driving on the freeway<br>Wondering if I really tried everything I could<br>Not knowing if I should try a little harder<br><br>Ooh, but I'm scared to death<br>That there may not be another one like this<br>And I confess<br>That I'm only holding on by a thin, thin thread<br>I'm kicking the curb 'cause you never heard<br>The words that you needed so bad<br>And I'm kicking the dirt 'cause I never gave you<br>The things that you needed to have<br>I'm so sad, sad<br><br>Man, it's been a long night<br>Just sitting here trying not to look back<br>Still looking at the road we never drove on<br>And wondering if the one I chose was the right one<br><br>Ooh, but I'm scared to death<br>That there may not be another one like this<br>And I confess<br>That I'm only holding on by a thin, thin thread<br>I'm kicking the curb 'cause you never heard<br>The words that you needed so bad<br>And I'm kicking the dirt 'cause I never gave you<br>The things that you needed to have<br>I'm so sad, sad<br><br><br>So sad, so sad<br><br>Ooh, but I'm scared to death<br>That there may not be another one like this<br>And I confess<br>That I'm only holding on by a thin, thin thread<br>I'm kicking the curb 'cause you never heard<br>The words that you needed so bad<br>And I'm kicking the dirt 'cause I never gave you<br>The things that you needed to have<br><br>And I'm kicking the curb 'cause you never | Man, it's been a long day<br>Stuck thinking 'bout it driving on the freeway<br>Wondering if I really tried everything I could<br>Not knowing if I should try a little harder<br><br>Oh but I'm scared to death<br>That there may not be another one like this<br>And I confess that I'm only holding on by a thin<br>thin thread<br><br>I'm kickin' the curb 'cause you never heard<br>The words that you needed so bad<br>And I'm kicking the dirt 'cause I never gave you<br>The things that you needed to have<br>I'm so sad, so sad<br><br>You don't need to get emotional<br>You know I'm always on another level<br>Baby, you should know this by now, know this<br>by now<br>That I'm too stubborn and too damn proud<br><br>Oh but I'm scared to death<br>That there may not be another one like this<br>And I confess that I'm only holding on by a thin<br>thin thread<br><br>I'm kickin' the curb 'cause you never heard<br>The words that you needed so bad<br>And I'm kicking the dirt 'cause I never gave you<br>The things that you needed to have<br>I'm so sad, so sad<br><br>I'm so sad, so sad<br><br>Oh, I'm scared to death<br>That there may not be another one like this<br>And I confess that I'm only holding on by a thin<br>thin thread<br><br>I'm kickin' the curb 'cause you never heard<br>The words that you needed so bad<br>And I'm kicking the dirt 'cause I never gave you<br>The things that you needed to have |

| | |
|---|---|
| heard<br>The words that you needed so bad<br>I'm so sad, so sad | I'm so sad, so sad<br>I'm so sad, so sad |

12031 - "Burning in the Skies" by Linkin Park

| LyricFind | Claude |
|---|---|
| I used the dead wood to make the fire rise<br>The blood of innocence burning in the skies<br>I filled my cup with the rising of the sea<br>And poured it out in an ocean of debris | I used the deadwood to make the fire rise<br>The blood of innocence burning in the skies<br>I filled my cup with the rising of the sea<br>And poured it out in an ocean of debris |
| Oh, I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br>What I don't deserve | I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br>What I don't deserve |
| We held our breathe when the clouds began to form<br>But you were lost in the beating of the storm<br>And in the end, we were made to be apart<br>In separate chambers of the human heart | We held our breath when the clouds began to form<br>But you were lost in the beating of the storm<br>And in the end we were made to be apart<br>With the weight of the wind, and the air in my lungs |
| Oh, I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br>It's in the blackened bones<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br>What I don't deserve | I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br><br><br><br>What I don't deserve |
| | And the fire's finding a perfect place to burn |
| | I used the deadwood to make the fire rise<br>The blood of innocence burning in the skies |
| I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br>The blame is mine alone<br>For bridges I have burned<br>So don't apologize | I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize<br>I'm losing what I don't deserve<br>I'm swimming in the smoke<br>Of bridges I have burned<br>So don't apologize |

| | |
|---|---|
| I'm losing what I don't deserve<br>What I don't deserve<br>What I don't deserve, oh-whoa<br>What I don't deserve<br><br>I used the dead wood to make the fire rise<br>The blood of innocence burning in the skies | I'm losing what I don't deserve<br>What I don't deserve<br>So don't apologize<br>I'm losing what I don't deserve |

12076 - "Dancing With a Stranger" by Sam Smith

| LyricFind | Claude |
|---|---|
| Hmm, hmm<br><br>I don't wanna be alone tonight (alone tonight)<br>It's pretty clear that I'm not over you (over you, over you)<br>I'm still thinking 'bout the things you do (things you do)<br>So I don't wanna be alone tonight, alone tonight, alone tonight<br>Can you light the fire? (light the fire, light the fire)<br>I need somebody who can take control (take control)<br>I know exactly what I need to do<br>'Cause I don't wanna be alone tonight, alone tonight, alone tonight | I don't wanna be alone tonight<br>It's pretty clear that I'm not over you<br>I'm still thinking 'bout the things you do<br>So I don't want to be alone tonight, alone tonight, alone tonight<br>Can you light the fire?<br>I need somebody who can take control<br>I know exactly what I need to do<br>'Cause I don't wanna be alone tonight, alone tonight, alone tonight |
| Look what you made me do, I'm with somebody new<br>Ooh, baby, baby, I'm dancing with a stranger<br>Look what you made me do, I'm with somebody new<br>Ooh, baby, baby, I'm dancing with a stranger<br>Dancing with a stranger | Look what you made me do, I'm with somebody new<br>Ooh, baby, baby, I'm dancing with a stranger<br>Look what you made me do, I'm with somebody new<br>Ooh, baby, baby, I'm dancing with a stranger<br>Dancing with a stranger |
| I wasn't even goin' out tonight (out tonight)<br>But, boy, I need to get you off of my mind (off of my mind)<br>I know exactly what I have to do<br>I don't wanna be alone tonight, alone tonight, alone tonight | I'm gonna get to know ya'<br>So, I'm gonna get close to you<br>So, baby, baby<br><br>Can we talk for a minute?<br>Giving me something I can feel to hold<br>Don't know what that was all about<br>'Cause I don't wanna be alone tonight, alone tonight, alone tonight |
| Look what you made me do, I'm with somebody | Look what you made me do, I'm with somebody |

| | |
|---|---|
| new | new |
| Ooh, baby, baby, I'm dancing with a stranger | Ooh, baby, baby, I'm dancing with a stranger |
| Look what you made me do, I'm with somebody new | Look what you made me do, I'm with somebody new |
| Ooh, baby, baby, I'm dancing with a stranger | Ooh, baby, baby, I'm dancing with a stranger |
| Dancing with a stranger | Dancing with a stranger |
| Dancing with a stranger | |
| Dancing, yeah, ooh | Ooh |
| | |
| | Don't show up |
| | Don't come out |
| | Don't start caring about me now |
| | Walk away |
| | You know how |
| | Don't start caring about me now |
| | |
| | I'm tryna roll up |
| | Burn it up |
| | But you won't catch me getting caught up |
| | Don't show up (yeah) |
| | Don't come out (yeah) |
| | Don't start caring about me now |
| | |
| | Walk away (yeah) |
| | You know how (yeah) |
| | Don't start caring about me now |
| | |
| Look what you made me do (ooh), I'm with somebody new | Look what you made me do, I'm with somebody new |
| Ooh, baby, baby, I'm dancing with a stranger | Ooh, baby, baby, I'm dancing with a stranger |
| Look what you made me do, I'm with somebody new | Look what you made me do, I'm with somebody new |
| Ooh, baby, baby, I'm dancing with a stranger | Ooh, baby, baby, I'm dancing with a stranger |
| I'm dancing, I'm dancing (ooh) | |
| I'm dancing, I'm dancing (dancing with a stranger) | Dancing with a stranger |
| I'm dancing, I'm dancing (dancing with a stranger) | Dancing with a stranger |
| I'm dancing, I'm dancing (dancing with a stranger) | Dancing, yeah, ooh |

12078 - "Nothing Breaks Like a Heart" by Mark Ronson featuring Miley Cyrus

| LyricFind | Claude |
|---|---|
| This world can hurt you | This world can hurt you |
| It cuts you deep and leaves a scar | It cuts you deep and leaves a scar |
| Things fall apart, but nothing breaks like a | Things fall apart, but nothing breaks like a |

heart
And nothing breaks like a heart

I heard you on the phone last night
We live and die by pretty lies
You know it, oh, we both know it
These silver bullet cigarettes
This burning house, there's nothing left
It's smoking, we both know it
We got all night to fall in love
But just like that we fall apart
We're broken, we're broken

Mmm, well, nothing, nothing, nothing gon' save us now

Well, there's broken silence
By thunder crashing in the dark (crash in the dark)
And this broken record
Spin endless circles in the bar (spin 'round in the bar)
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a heart
Mmm, and nothing breaks like a heart

We'll leave each other cold as ice
And high and dry, the desert wind
Is blowin', is blowin'
Remember what you said to me?
We were drunk in love in Tennessee
And I hold it, we both know it

Mmm, that nothing, nothing, nothing gon' save us now
Nothing, nothing, nothing gon' save us now

Well, there's broken silence
By thunder crashing in the dark (crash in the dark)
And this broken record
Spin endless circles in the bar (spin 'round in the bar)

---

heart
And nothing breaks like a heart

I heard you on the phone last night
We live and die by pretty lies
You know it, oh, we both know it
These silver bullet cigarettes
This burning house, there's nothing left
It's smoking, we both know it
We got all night to fall in love
But just like that we fall apart
We're broken, we're broken

Well, nothing, nothing, nothing gon' save us now

Well, there's broken silence by thunder crashing in the dark (and this broken record spin endless circles in the bar)
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a heart

Nothing breaks like a heart
Nothing breaks like a heart
Nothing breaks like a heart

I heard you on the phone last night
We live and die by pretty lies
You know it, oh, we both know it
These silver bullet cigarettes
This burning house, there's nothing left
It's smoking, we both know it

We got all night to fall in love
But just like that we fall apart
We're broken, we're broken
Well, nothing, nothing, nothing gon' save us now

Well, there's broken silence by thunder crashing in the dark (and this broken record spin endless circles in the bar)
This world can hurt you
It cuts you deep and leaves a scar
Things fall apart, but nothing breaks like a

| | |
|---|---|
| This world can hurt you<br>It cuts you deep and leaves a scar<br>Things fall apart, but nothing breaks like a heart<br>Mmm, and nothing breaks like a heart<br>Nothing breaks like a heart<br>Mmm, and nothing breaks like a heart<br><br>Nothing, nothing, nothing gon' save us now<br>Nothing, nothing, nothing gon' save us now<br><br>Well, there's broken silence<br>By thunder crashing in the dark (crash in the dark)<br>And this broken record<br>Spin endless circles in the bar (spin 'round in the bar)<br>This world can hurt you<br>It cuts you deep and leaves a scar<br>Things fall apart, but nothing breaks like a heart<br>Mmm, but nothing breaks like a heart<br>But nothing breaks like a heart<br>Mmm, but nothing breaks like a heart | heart<br><br><br>Nothing breaks like a heart<br>Nothing breaks like a heart |

12088 - "Marry Me" by Thomas Rhett

| LyricFind | Claude |
|---|---|
| She wants to get married, she wants it perfect<br>She wants her grandaddy preaching the service<br>Yeah, she wants magnolias out in the country<br>Not too many people, save her daddy some money<br><br>Ooh, she got it all planned out<br>Yeah, I can see it all right now<br><br>I'll wear my black suit, black tie, hide out in the back<br>I'll do a strong shot of whiskey straight out the flask<br>I'll try to make it through without crying so nobody sees<br>Yeah, she wanna get married<br>But she don't wanna marry me<br><br>I remember the night when I almost kissed her | She wants to get married, she wants it perfect<br>She wants her grandaddy preaching the service<br>Yeah, she wants magnolias out in the country<br>Not too many people, save her daddy some money<br><br>Ooh, she got it all planned out<br>Yeah, I can see it all right now<br><br>I'll wear my black suit, black tie, hide out in the back<br>I'll do a strong shot of whiskey straight out the flask<br>I'll try to make it through without crying so nobody sees<br>Yeah, she wanna get married<br>But she don't wanna marry me<br><br>Bet she got on her dress now, welcoming the |

| | |
|---|---|
| Yeah, I kinda freaked out, we'd been friends for forever<br>And I always wondered if she felt the same way<br>When I got the invite, I knew it was too late<br><br>And I know her daddy's been dreading this day<br>Oh, but he don't know he ain't the only one giving her away<br><br>I'll wear my black suit, black tie, hide out in the back<br>I'll do a strong shot of whiskey straight out the flask<br>I'll try to make it through without crying so nobody sees<br>Yeah, she wanna get married<br>But she don't wanna marry me<br><br>Woah, oh-oh, oh<br><br>Bet she got on her dress now, welcoming the guests now<br>I could try to find her, get it off of my chest now<br>But I ain't gonna mess it up, so I'll wish her the best now<br><br>So I'm in my black suit, black tie, hiding out in the back<br>Doing a strong shot of whiskey straight out the flask<br>I'll try to make it through without crying so nobody sees<br>Yeah, she wanna get married<br>Yeah, she gonna get married<br>But she ain't gonna marry me<br>Woah, but she ain't gonna marry me, oh | guests now<br>I could try to find her, get it off of my chest now<br>But I ain't gonna mess it up, so I wish her the best now<br><br>So I'm in my black suit, black tie, hiding out in the back<br>Doing a strong shot of whiskey straight out the flask<br>I'll try to make it through without crying so nobody sees<br>Yeah, she wanna get married<br>Yeah, she gonna get married<br>But she ain't gonna marry me<br><br>Whoa, she ain't gonna marry me<br>Bet she got on her dress now, welcoming the guests now<br>I could try to find her, get it off of my chest now<br>But I ain't gonna mess it up, so I wish her the best now<br><br>So I'm in my black suit, black tie, hiding out in the back<br>Doing a strong shot of whiskey straight out the flask<br>I'll try to make it through without crying so nobody sees<br>Yeah, she wanna get married<br>Yeah, she gonna get married<br>But she ain't gonna marry me<br><br>No, she ain't gonna marry me<br>She ain't gonna marry me |

12090 - "Dusk Till Dawn" by ZAYN featuring Sia

| LyricFind | Claude |
|---|---|
| Not tryna be indie<br>Not tryna be cool<br>Just tryna be in this<br>Tell me how you choose | Not tryna be indie<br>Not tryna be cool<br>Just tryna be in this<br>Tell me how you choose |

Can you feel where the wind is
Can you feel it through
All of the windows
Inside this room

'Cause I wanna touch you, baby
And I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll be with you from dusk till dawn
Baby, I'm right here

We were shut like a jacket
So do your zip
We will roll down the rapids
To find a wave that fits
Can you feel where the wind is
Can you feel it through
All of the windows
Inside this room

'Cause I wanna touch you, baby
I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here

---

Can you feel why you're in this?
Can you feel it through?
All of the windows
Inside this room

'Cause I wanna touch you, baby
And I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll be with you from dusk till dawn
Baby, I'm right here

We were shut like a jacket
So do your zip
We will roll down the rapids
To find a wave that fits
Can you feel where the wind is?
Can you feel it through?
All of the windows
Inside this room

'Cause I wanna touch you, baby
And I wanna feel you, too
I wanna see the sunrise and your sins
Just me and you
Light it up, on the run
Let's make love, tonight
Make it up, fall in love, try

But you'll never be alone
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here
I'll hold you when things go wrong
I'll be with you from dusk till dawn
I'll be with you from dusk till dawn
Baby, I'm right here

| | |
|---|---|
| I'll be with you from dusk till dawn<br>Baby, I'm right here<br><br>Go, give love to your body<br>It's only you that can stop it<br>Go, give love to your body<br>It's only you that can stop it<br>Go, give love to your body<br>It's only you that can stop it<br>Go, give love to your body<br>Go, give love to your body<br><br>But you'll never be alone<br>I'll be with you from dusk till dawn<br>I'll be with you from dusk till dawn<br>Baby, I'm right here<br>I'll hold you when things go wrong<br>I'll be with you from dusk till dawn<br>I'll be with you from dusk till dawn<br>Baby, I'm right here<br>I'll be with you from dusk till dawn<br>Baby, I'm right here<br>I'll be with you from dusk till dawn<br>Baby, I'm right here | I'll be with you from dusk till dawn<br>Baby, I'm right here<br><br><br><br><br><br><br><br><br><br><br><br><br>I'll be with you from dusk till dawn<br>Baby, I'm right here |

12102 - "Humble And Kind" by Tim McGraw

| LyricFind | Claude |
|---|---|
| You know there's a light that glows by the front door<br>Don't forget the keys under the mat<br>Childhood stars shine, always stay humble and kind<br>Go to church 'cause your momma says to<br>Visit grandpa every chance that you can<br>It won't be wasted of time<br>Always stay humble and kind<br><br>Hold the door, say please, say thank you<br>Don't steal, don't cheat, and don't lie<br>I know you got mountains to climb but<br>Always stay humble and kind<br>When the dreams you're dreamin' come to you<br>When the work you put in is realized<br>Let yourself feel the pride but<br>Always stay humble and kind<br><br>Don't expect a free ride from no one | You know there's a lot that goes by the front door<br>Don't forget the keys under the mat<br>Childhood star shines, always stay humble and kind<br>Go to church 'cause your mama says to<br>Visit grandpa every chance that you can<br>It won't be wasted time<br>Always stay humble and kind<br><br>Hold the door, say please, say thank you<br>Don't steal, don't cheat, and don't lie<br>I know you got mountains to climb but<br>Always stay humble and kind<br>When the dreams you're dreamin' come to you<br>When the work you put in is realized<br>Let yourself feel the pride but<br>Always stay humble and kind<br><br>Don't expect a free ride from no one |

| | |
|---|---|
| Don't hold a grudge or a chip and here's why<br>Bitterness keeps you from flying<br>Always stay humble and kind<br>Know the difference between sleeping with<br>someone<br>And sleeping with someone you love<br>I love you ain't no pick up line so<br>Always stay humble and kind<br><br>Hold the door, say please, say thank you<br>Don't steal, don't cheat, and don't lie<br>I know you got moutains to climb but<br>Always stay humble and kind<br>When those dreams you're dreamin' come to<br>you<br>When the work you put in is realized<br>Let yourself feel the pride but<br>Always stay humble and kind<br><br>When it's hot, eat a root beer popsicle<br>Shut off the AC and roll the windows down<br>Let that summer sun shine<br>Always stay humble and kind<br>Don't take for granted the love this life gives<br>you<br>When you get where you're goin'<br>Don't forget turn back around<br>And help the next one in line<br>Always stay humble and kind | Don't hold a grudge or a chip and here's why<br>Bitterness keeps you from flyin'<br>Always stay humble and kind<br>Know the difference between sleeping with<br>someone<br>And sleeping with someone you love<br>"I love you" ain't no pick-up line so<br>Always stay humble and kind<br><br>Hold the door, say please, say thank you<br>Don't steal, don't cheat, and don't lie<br>I know you got mountains to climb but<br>Always stay humble and kind<br>When those dreams you're dreamin' come to<br>you<br>When the work you put in is realized<br>Let yourself feel the pride but<br>Always stay humble and kind<br><br>When it's hot, eat a root beer popsicle<br>Shut off the AC and roll the windows down<br>Let that summer sun shine<br>Always stay humble and kind<br>Don't take for granted the love this life gives<br>you<br>When you get where you're going don't forget<br>turn back around<br>And help the next one in line<br>Always stay humble and kind |

12108 - "Uptown Funk" by Mark Ronson featuring Bruno Mars

| LyricFind | Claude |
|---|---|
| This hit, that ice cold<br>Michelle Pfeiffer, that white gold<br>This one for them hood girls<br>Them good girls straight masterpieces<br>Stylin', wilin', livin' it up in the city<br>Got Chucks on with Saint Laurent<br>Gotta kiss myself, I'm so pretty<br><br>I'm too hot (hot damn)<br>Call the police and the fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man<br>I'm too hot (hot damn)<br>Say my name you know who I am | This hit, that ice cold<br>Michelle Pfeiffer, that white gold<br>This one for them hood girls<br>Them good girls straight masterpieces<br>Stylin', whilen, livin' it up in the city<br>Got Chucks on with Saint Laurent<br>Got kiss myself, I'm so pretty<br><br>I'm too hot (hot damn)<br>Called a police and a fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man<br>I'm too hot (hot damn)<br>Say my name you know who I am |

| | |
|---|---|
| I'm too hot (hot damn) | I'm too hot (hot damn) |
| And my band 'bout that money, break it down | Am I bad 'bout that money, break it down |
| | |
| Girls hit your hallelujah (whoo) | Girls hit your hallelujah (whoo) |
| Girls hit your hallelujah (whoo) | Girls hit your hallelujah (whoo) |
| Girls hit your hallelujah (whoo) | Girls hit your hallelujah (whoo) |
| 'Cause uptown funk gon' give it to you | 'Cause uptown funk gon' give it to you |
| 'Cause uptown funk gon' give it to you | 'Cause uptown funk gon' give it to you |
| 'Cause uptown funk gon' give it to you | 'Cause uptown funk gon' give it to you |
| Saturday night and we in the spot | Saturday night and we in the spot |
| Don't believe me just watch (come on) | Don't believe me just watch (come on) |
| | |
| Don't believe me just watch uh | Don't believe me just watch uh |
| | |
| Don't believe me just watch | Don't believe me just watch |
| Don't believe me just watch | Don't believe me just watch |
| Don't believe me just watch | Don't believe me just watch |
| Don't believe me just watch | Don't believe me just watch |
| Hey, hey, hey, oh | Hey, hey, hey, oh |
| | |
| Stop, wait a minute | Stop, wait a minute |
| Fill my cup, put some liquor in it | Fill my cup, put some liquor in it |
| Take a sip, sign a check | Take a sip, sign a check |
| Julio, get the stretch | Julio, get the stretch! |
| Ride to Harlem, Hollywood | Ride to Harlem, Hollywood |
| Jackson, Mississippi | Jackson, Mississippi |
| If we show up, we gon' show out | If we show up, we gon' show out |
| Smoother than a fresh jar of Skippy | Smoother than a fresh dry skippy |
| | |
| I'm too hot (hot damn) | I'm too hot (hot damn) |
| Call the police and the fireman | Called a police and a fireman |
| I'm too hot (hot damn) | I'm too hot (hot damn) |
| Make a dragon wanna retire man | Make a dragon wanna retire man |
| I'm too hot (hot damn) | I'm too hot (hot damn) (hot damn) |
| Bitch say my name you know who I am | Bitch say my name you know who I am |
| I'm too hot (hot damn) | I'm too hot (hot damn) |
| And my band 'bout that money | Am I bad 'bout that money |
| Break it down | Break it down |
| | |
| Girls hit your hallelujah (whoo) | Girls hit your hallelujah (whoo) |
| Girls hit your hallelujah (whoo) | Girls hit your hallelujah (whoo) |
| Girls hit your hallelujah (whoo) | Girls hit your hallelujah (whoo) |
| 'Cause uptown funk gon' give it to you | 'Cause uptown funk gon' give it to you |
| 'Cause uptown funk gon' give it to you | 'Cause uptown funk gon' give it to you |
| 'Cause uptown funk gon' give it to you | 'Cause uptown funk gon' give it to you |
| Saturday night and we in the spot | Saturday night and we in the spot |
| Don't believe me just watch (come on) | Don't believe me just watch (come on) |
| | |
| Don't believe me just watch uh | Don't believe me just watch uh |

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Before we leave
Lemme tell y'all a lil' something
Uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up uh
I said uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up

Come on, dance, jump on it
If you sexy then flaunt it
If you freaky then own it
Don't brag about it, come show me

Come on, dance
Jump on it
If you sexy then flaunt it
Well it's Saturday night and we in the spot
Don't believe me just watch come on!

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Before we leave
Imma tell y'all a lil' something
Uptown funk you up, uptown funk you up
Uptown funk you up, uptown funk you up
I said uptown funk you up, uptown funk you up
Uptown funk you up, uptown funk you up

Come on, dance, jump on it
If you sexy then flaunt it
If you freaky then own it
Don't brag about it, come show me

Come on, dance
Jump on it
If you sexy then flaunt it
Well it's Saturday night and we in the spot
Don't believe me just watch come on!

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Uptown funk you up, uptown funk you up (say what?)
Uptown funk you up, uptown funk you up
Uptown funk you up, uptown funk you up (say what?)
Uptown funk you up, uptown funk you up
Uptown funk you up, uptown funk you up (say what?)
Uptown funk you up, uptown funk you up
Uptown funk you up, uptown funk you up (say what?)
Uptown funk you up, uptown funk you up

| | |
|---|---|
| Uptown funk you up<br>Uptown funk you up (say what?)<br>Uptown funk you up | |

12110 - "Centuries" by Fall Out Boy

| LyricFind | Claude |
|---|---|
| Some legends are told<br>Some turn to dust or to gold<br>But you will remember me<br>Remember me for centuries<br>And just one mistake<br>Is all it will take<br>We'll go down in history<br>Remember me for centuries<br>(Hey yeah, oh hey, hey yeah)<br>Remember me for centuries | Some legends are told<br>Some turn to dust or to gold<br>But you will remember me<br>Remember me for centuries<br>And just one mistake<br>Is all it will take<br>We'll go down in history<br>Remember me for centuries<br>Hey, hey, hey<br>Remember me for centuries |
| Mummified my teenage dreams<br>No, it's nothing wrong with me<br>The kids are all wrong<br>The stories are off<br>Heavy metal broke my heart | Mummified my teenage dreams<br>No, it's nothing wrong with me<br>The kids are all wrong, the story's all off<br>Heavy metal broke my heart |
| Come on, come on and let me in<br>The bruises on your thighs like my fingerprints<br>And this is supposed to match<br>The darkness that you felt<br>I never meant for you to fix yourself | Come on, come on and let me in<br>The bruises on your thighs like my fingerprints<br>And this is for tonight<br>I thought that you would feel<br>I never meant for you to fix yourself |
| Some legends are told<br>Some turn to dust or to gold<br>But you will remember me<br>Remember me for centuries<br>And just one mistake<br>Is all it will take<br>We'll go down in history<br>Remember me for centuries<br>(Hey yeah, oh hey, hey yeah)<br>Remember me for centuries | Some legends are told<br>Some turn to dust or to gold<br>But you will remember me<br>Remember me for centuries<br>And just one mistake<br>Is all it will take<br>We'll go down in history<br>Remember me for centuries<br>Hey, hey, hey<br>Remember me for centuries |
| And I can't stop 'til the whole world knows my name<br>'Cause I was only born inside my dreams<br>Until you die for me, as long as there's a light<br>My shadow's over you 'cause I-I am the opposite of amnesia | And I can't stop 'til the whole world knows my name<br>'Cause I was only born inside my dreams<br>Until you die for me, as long as there is a light,<br>my shadow's over you<br>'Cause I am the opposite of amnesia |

| | |
|---|---|
| And you're a cherry blossom | And you're a cherry blossom |
| You're about to bloom | You're about to bloom |
| You look so pretty, but you're gone so soon | You look so pretty, but you're gone so soon |
| | |
| Some legends are told | Some legends are told |
| Some turn to dust or to gold | Some turn to dust or to gold |
| But you will remember me | But you will remember me |
| Remember me for centuries | Remember me for centuries |
| And just one mistake | And just one mistake |
| Is all it will take | Is all it will take |
| We'll go down in history | We'll go down in history |
| Remember me for centuries | Remember me for centuries |
| (Hey yeah, oh hey, hey yeah) | Hey, hey, hey |
| Remember me for centuries | Remember me for centuries |
| | |
| We've been here forever | We've been here forever |
| And here's the frozen proof | And here's the frozen proof |
| I could scream forever | I could scream forever |
| We are the poisoned youth | We are the poisoned youth |
| | |
| Some legends are told | Some legends are told |
| Some turn to dust or to gold | Some turn to dust or to gold |
| But you will remember me | But you will remember me |
| Remember me for centuries | Remember me for centuries |
| And just one mistake | And just one mistake |
| Is all it will take | Is all it will take |
| We'll go down in history | We'll go down in history |
| Remember me for centuries | Remember me for centuries |
| (Hey yeah, oh hey) | Hey, hey, hey |
| We'll go down in history (hey yeah) | We'll go down in history |
| Remember me for centuries | Remember me for centuries |

12113 - "Me And My Broken Heart" by Rixton

| LyricFind | Claude |
|---|---|
| All I need's a little love in my life | All I need's a little love in my life |
| All I need's a little love in the dark | All I need's a little love in the dark |
| A little but I'm hoping it might kick start | A little but I'm hoping it might kick start |
| Me and my broken heart | Me and my broken heart |
| I need a little loving tonight | I need a little loving tonight |
| Hold me so I'm not falling apart | Hold me so I'm not falling apart |
| A little but I'm hoping it might kick start | A little but I'm hoping it might kick start |
| Me and my broken heart | Me and my broken heart |
| | |
| Yeah | Yeah... |
| | |
| Shotgun, aimed at my heart, you got one | Shotgun, aimed at my heart, you got one |
| Tear me apart in this song | Tear me apart in this song |

How do we call this love
I tried, to run away but your eyes (woah-oh-oh-oh)
Tell me to stay, oh why
Why do we call this love? (Woah-oh-oh-oh)

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Uh, maybe some part of you just hates me
You pick me up and play me
How do we call this love? (Woah-oh-oh-oh)
One time tell me you need me tonight
To make it easy, you lie
And say it's all for love (woah-oh-oh-oh)

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Me and my broken heart
Me and my broken
Yeah, yeah, yeah

It's just me
It's just me
It's just me
Me and my broken heart

How do we call this love
I tried, to run away but your eyes
Tell me to stay, oh why,
Why do we call this love

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Maybe some part of you just hates me
You pick me up and play me
How do we call this love
One time tell me you need me tonight
To make it easy, you lie
And say it's all for love

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Whoa oh...
Me and my broken heart
Whoa oh...
Me and my broken

Yeah...
It seems like we've been losing control
Somebody tell me I'm not alone
When I say

| | |
|---|---|
| All I need's a little love in my life (baby)<br>All I need's a little love in the dark<br>A little but I'm hoping it might kick start<br>Me and my broken heart<br>I need a little loving tonight<br>Hold me so I'm not falling apart<br>A little but I'm hoping it might kick start<br>Me and my broken heart | All I need's a little love in my life<br>All I need's a little love in the dark<br>A little but I'm hoping it might kick start<br>Me and my broken heart<br>I need a little loving tonight<br>Hold me so I'm not falling apart<br>A little but I'm hoping it might kick start<br>Me and my broken heart |

12118 - "Payphone" by Maroon 5

| LyricFind | Claude |
|---|---|
| I'm at a payphone trying to call home<br>All of my change I spent on you<br>Where have the times gone, baby it's all wrong<br>Where are the plans we made for two<br><br>Yeah, I, I know it's hard to remember<br>The people we used to be<br>It's even harder to picture<br>That you're not here next to me<br><br>You say it's too late to make it<br>But is it too late to try<br>And in our time that you wasted<br>All of our bridges burned down<br><br>I've wasted my nights<br>You turned out the lights<br>Now I'm paralyzed<br>Still stuck in that time<br>When we called it love<br>But even the sun sets in paradise<br><br>I'm at a payphone trying to call home<br>All of my change I spent on you<br>Where have the times gone, baby it's all wrong<br>Where are the plans we made for two<br><br>If Happy Ever Afters did exist<br>I would still be holding you like this<br>All those fairy tales are full of shit<br>One more fucking love song, I'll be sick<br><br>Oh, you turned your back on tomorrow<br>'Cause you forgot yesterday<br>I gave you my love to borrow | I'm at a payphone trying to call home<br>All of my change I spent on you<br>Where have the times gone, baby it's all wrong<br>Where are the plans we made for two?<br><br>Yeah, I, I know it's hard to remember<br>The people we used to be<br>It's even harder to picture<br>That you're not here next to me<br><br>You say it's too late to make it<br>But is it too late to try?<br>And in our time that you wasted<br>All of our bridges burned down<br><br>I've wasted my nights<br>You turned out the lights<br>Now I'm paralyzed<br>Still stuck in that time when we called it love<br>But even the sun sets in paradise<br><br>I'm at a payphone trying to call home<br>All of my change I spent on you<br>Where have the times gone, baby it's all wrong<br>Where are the plans we made for two?<br><br>If happy ever after did exist<br>I would still be holding you like this<br>All those fairytales are full of it<br>One more stupid love song, I'll be sick<br><br>You turned your back on tomorrow<br>'Cause you forgot yesterday<br>I gave you my love to borrow |

But you just gave it away

You can't expect me to be fine
I don't expect you to care
I know I've said it before
But all of our bridges burned down

I've wasted my nights
You turned out the lights
Now I'm paralyzed
Still stuck in that time
When we called it love
But even the sun sets in paradise

I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two?

If Happy Ever Afters did exist
I would still be holding you like this
All those fairy tales are full of shit
One more fucking love song, I'll be sick
Now I'm at a payphone

Man, fuck that shit
I'll be out spending all this money
While you're sitting round wondering
Why it wasn't you who came up from nothing
Made it from the bottom
Now when you see me I'm stunting
And all of my cars start with a push of a button

Telling me the chances I blew up
Or whatever you call it
Switch the number to my phone
So you never could call it
Don't need my name on my show
You can tell it I'm ballin'

Swish, what a shame could have got picked
Had a really good game but you missed your
last shot
So you talk about who you see at the top
Or what you could have saw but sad to say it's
over for
Phantom pulled up valet open doors
Wished I'd go away, got what you was looking
for

But you just gave it away

You can't expect me to be fine
I don't expect you to care
I know I've said it before
But all of our bridges burned down

I've wasted my nights
You turned out the lights
Now I'm paralyzed
Still stuck in that time when we called it love
But even the sun sets in paradise

I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two?

If happy ever after did exist
I would still be holding you like this
All those fairytales are full of it
One more stupid love song, I'll be sick
Now I'm at a payphone

Now it's me who they want, so you can go and take
That little piece of shit with you

I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two

If Happy Ever Afters did exist
I would still be holding you like this
All those fairy tales are full of shit
One more fucking love song, I'll be sick
Now I'm at a payphone

12120 - "Stereo Hearts" by Gym Class Heroes

| LyricFind | Claude |
|---|---|
| My heart's a stereo<br>It beats for you, so listen close<br>Hear my thoughts in every note<br>Make me your radio (yeah)<br>And turn me up when you feel low (turn it up a little bit)<br>This melody was meant for you (yeah, right there)<br>Just sing along to my stereo<br>(Gym Class Heroes, baby)<br><br>If I was just another dusty record on the shelf<br>Would you blow me off and play me like everybody else?<br>If I ask you to scratch my back, could you manage that?<br>Like ye-yeah, chicka, Travie, I can handle that<br>Furthermore, I apologize for any skipping tracks<br>It's just the last girl that played me left a couple cracks<br>I used to, used to, used to, used to, now I'm over that<br>'Cause holding grudges over love is ancient artifacts<br><br>If I could only find a note to make you understand | My heart's a stereo<br>It beats for you, so listen close<br>Hear my thoughts in every note, oh oh<br>Make me your radio<br>Turn me up when you feel low<br>This melody was meant for you<br>Just sing along to my stereo<br><br>If I was just another dusty record on the shelf<br>Would you blow me off and play me like everybody else?<br>If I asked you to scratch my back, could you manage that?<br>Like yea [scratched], check it Travie, I can handle that<br>Furthermore, I apologize for any skipping tracks<br>It's just the last girl that played me left a couple cracks<br>I used to used to used to used to, now I'm over that<br>'Cause holding grudges over love is ancient artifacts<br><br>If I could only find a note to make you understand |

| | |
|---|---|
| I'd sing it softly in your ear and grab you by the hand | I'd sing it softly in your ear and grab you by the hand |
| Just keep me stuck inside your head like your favorite tune | Just keep it stuck inside your head, like your favorite tune |
| And know my heart's a stereo that only plays for you | And know my heart is a stereo that only plays for you |
| | |
| My heart's a stereo | My heart's a stereo |
| It beats for you, so listen close | It beats for you, so listen close |
| Hear my thoughts in every note (yeah, yeah, yeah, come on) | Hear my thoughts in every note, oh oh |
| Make me your radio (uh-huh) | Make me your radio |
| And turn me up when you feel low (turn it up) | Turn me up when you feel low |
| This melody was meant for you | This melody was meant for you |
| Just sing along to my stereo | Just sing along to my stereo |
| | |
| Oh, oh, oh, oh | Oh oh oh oh, oh oh oh oh to my stereo |
| Oh, to my stereo | Oh oh oh oh to sing along to my stereo |
| Oh, oh, oh | Let's go! |
| So sing along to my stereo | |
| Let's go | |
| | |
| If I was an old-school, fifty-pound boombox (remember them?) | If I was an old-school fifty pound boombox (remember them?) |
| Would you hold me on your shoulder, wherever you walk? | Would you hold me on your shoulder wherever you walk |
| Would you turn my volume up in front of the cops? (Turn it up) | Would you turn my volume up in front of the cops (turn it up) |
| And crank it higher every time they told you to stop | And crank it higher everytime they told you to stop |
| And all I ask is that you don't get mad at me (mad at me) | And all I ask is that you don't get mad at me |
| When you have to purchase mad D batteries (batteries) | When you have to purchase mad D batteries |
| Appreciate every mixtape your friends make (friends make) | Appreciate every mixtape your friends make |
| You never know, we come and go like on the interstate (never know) | You never know we come and go like we're on the interstate |
| | |
| I think finally found a note to make you understand | I think finally found a note to make you understand |
| If you can hit it, sing along and take me by the hand | If you can hit it, sing along and take me by the hand |
| Just keep me stuck inside your head like your favorite tune | Just keep me stuck inside your head, like your favorite tune |
| And know my heart's a stereo that only plays for you | You know my heart's a stereo that only plays for you |
| | |
| My heart's a stereo (yeah) | My heart's a stereo |

| LyricFind | Claude |
|---|---|
| It beats for you, so listen close (listen)<br>Hear my thoughts in every note (oh, oh)<br>Make me your radio (come on)<br>And turn me up when you feel low (turn it up)<br>This melody was meant for you<br>Just sing along to my stereo (just sing along, like)<br><br>Oh, oh, oh, oh<br>Oh, to my stereo<br>Oh, oh, oh<br>So sing along to my stereo (sing along, sing along)<br><br>I only pray you'll never leave me behind (never leave me)<br>Because good music can be so hard to find (so hard to find)<br>I take your hand and pull it closer to mine (yeah)<br>Thought love was dead, but now you're changing my mind (yeah, yeah, come on, woo)<br><br>My heart's a stereo (yeah)<br>It beats for you, so listen close<br>Hear my thoughts in every note (oh, oh, oh)<br>Make me your radio (uh-huh)<br>And turn me up when you feel low (turn it up)<br>This melody was meant for you<br>Just sing along to my stereo<br><br>Oh, oh, oh, oh<br>Oh, to my stereo<br>Oh, oh, oh (it's your boy, Travie)<br>(Gym Class Heroes, baby)<br>So sing along to my stereo (yeah) | It beats for you, so listen close<br>Hear my thoughts in every note, oh oh<br>Make me your radio<br>Turn me up when you feel low<br>This melody was meant for you<br>Just sing along to my stereo<br><br>Oh oh oh oh, oh oh oh oh to my stereo<br>Oh oh oh oh to sing along to my stereo<br><br>I only pray you never leave me behind (never leave me)<br>Because good music can be so hard to find (so hard to find)<br>I take your hand and pull it closer to mine<br>Thought love was dead, but now you're changing my mind<br><br>My heart's a stereo<br>It beats for you, so listen close<br>Hear my thoughts in every note, oh oh<br>Make me your radio<br>Turn me up when you feel low<br>This melody was meant for you<br>Just sing along to my stereo<br><br>Oh oh oh oh, oh oh oh oh to my stereo<br>Oh oh oh oh to sing along to my stereo<br><br>Yeah |

12121 - "Moves Like Jagger" by Maroon 5

| LyricFind | Claude |
|---|---|
| Oh<br>Oh<br><br>Just shoot for the stars if it feels right<br>And aim for my heart if you feel like it<br>Take me away and make it okay<br>I swear I'll behave | <br><br>Just shoot for the stars<br>If it feels right<br>And aim for my heart<br>If you feel like<br>And take me away and make it OK |

| | |
|---|---|
| You wanted control so we waited<br>I put on a show now we're naked<br>You say I'm a kid, my ego is big<br>I don't give a shit<br>And it goes like this | I swear I'll behave<br><br>You wanted control<br>So we waited<br>I put on a show<br>Now I make it<br>You say I'm a kid<br>My ego is big<br>I don't give a shit<br>And it goes like this |
| Take me by the tongue and I'll know you<br>Uh, kiss me 'til you're drunk and I'll show you<br>All the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger | Take me by the tongue<br>And I'll know you<br>Kiss me 'til you're drunk<br>And I'll show you all the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger |
| Uh, I don't need to try to control you<br>Uh, look into my eyes and I'll own you<br>With them moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger | I don't need to try to control you<br>Look into my eyes and I'll own you<br>With them moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger |
| Baby it's hard when you feel like<br>You're broken and scarred<br>Nothing feels right, but when you're with me<br>I make you believe that I've got the key | Maybe it's hard<br>When you feel like you're broken and scarred<br>Nothing feels right<br>But when you're with me<br>I'll make you believe<br>That I've got the key |
| Oh, so get in the car we can ride it<br>Wherever you want get inside it<br>And you want to steer, but I'm shifting gear<br>I'll take it from here<br>Oh yeah yeah, and it goes like this | Oh<br>So get in the car<br>We can ride it<br>Wherever you want<br>Get inside it<br>And you want to steer<br>But I'm shifting gears<br>I'll take it from here<br>And it goes like this |
| Take me by the tongue and I'll know you<br>Uh, kiss me 'til you're drunk and I'll show you<br>All the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger (ooh) | Take me by the tongue<br>And I'll know you<br>Kiss me 'til you're drunk<br>And I'll show you all the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger |
| Uh, I don't need to try to control you (oh yeah) | I don't need to try to control you |

| | |
|---|---|
| Uh, look into my eyes and I'll own you<br>With them moves like Jagger<br>I've got the moves like Jagger (yeah)<br>I've got the moves like Jagger (yeah, yeah)<br><br>Uh, you want to know how to make me smile<br>Take control, own me just for the night<br>But if I share my secret<br>You're gonna have to keep it<br>Nobody else can see this, ah<br><br>So watch and learn<br>I won't show you twice<br>Head to toe, ooh baby, rub me right, yeah<br>But if I share my secret<br>You're gonna have to keep it<br>Nobody else can see this, eh, yeah yeah yeah<br><br>And it goes like this<br>Uh, kiss me 'til you're drunk and I'll show you<br>(take me by the tongue)<br>Kiss me 'til you're drunk and I'll show you (eh, yeah)<br>All the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger (ah, yeah)<br><br>Uh, I don't need to try to control you (yeah, ooh)<br>Uh, look into my eyes and I'll own you (oh-oh)<br>With them moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger | Look into my eyes and I'll own you<br>With them moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger<br><br>You want to know how to make me smile<br>Take control, own me just for the night<br>And if I share my secret<br>You're gonna have to keep it<br>Nobody else can see this<br><br>So watch and learn<br>I won't show you twice<br>Head to toe, ooh baby, roll me right<br>But if I share my secret<br>You're gonna have to keep it<br>Nobody else can see this<br><br>And it goes like this<br><br>Take me by the tongue<br>And I'll know you<br>Kiss me 'til you're drunk<br>And I'll show you all the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger<br><br>I don't need to try to control you<br>Look into my eyes and I'll own you<br>With them moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger |

12125 - "Last Friday Night (T.G.I.F.)" by Katy Perry

| LyricFind | Claude |
|---|---|
| There's a stranger in my bed<br>There's a pounding in my head<br>Glitter all over the room<br>Pink flamingos in the pool<br>I smell like a minibar<br>DJ's passed out in the yard<br>Barbies on the barbecue<br>This a hickey or a bruise?<br><br>Pictures of last night | There's a stranger in my bed,<br>There's a pounding in my head<br>Glitter all over the room<br>Pink flamingos in the pool<br>I smell like a minibar<br>DJ's passed out in the yard<br>Barbie's on the barbeque<br>This a hickey or a bruise?<br><br>Pictures of last night |

Ended up online
I'm screwed
Oh well
It's a blacked out blur
But I'm pretty sure it ruled
Damn

Last Friday night
Yeah, we danced on tabletops
And we took too many shots
Think we kissed, but I forgot

Last Friday night
Yeah, we maxed our credit cards
And got kicked out of the bar
So we hit the boulevard

Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a mŽnage ̂ trois
Last Friday night
Yeah, I think we broke the law
Always say we're gonna stop-op
Oh whoa

This Friday night
Do it all again
This Friday night
Do it all again

Trying to connect the dots
Don't know what to tell my boss
Think the city towed my car
Chandelier is on the floor
Ripped my favorite party dress
Warrant's out for my arrest
Think I need a ginger ale
That was such an epic fail

Pictures of last night
Ended up online
I'm screwed
Oh well
It's a blacked out blur
But I'm pretty sure it ruled
Damn

Last Friday night

Ended up online
I'm screwed
Oh well
It's a blacked out blur
But I'm pretty sure it ruled
Damn

Last Friday night
Yeah we danced on tabletops
And we took too many shots
Think we kissed but I forgot

Last Friday night
Yeah we maxed our credit cards
And got kicked out of the bar
So we hit the boulevard

Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a ménage à trois
Last Friday night
Yeah I think we broke the law
Always say we're gonna stop
Whoa-oh-oah

This Friday night
Do it all again
This Friday night
Do it all again

Trying to connect the dots
Don't know what to tell my boss
Think the city towed my car
Chandelier is on the floor
With my favorite party dress
Warrant's out for my arrest
Think I need a ginger ale
That was such an epic fail

Pictures of last night
Ended up online
I'm screwed
Oh well
It's a blacked out blur
But I'm pretty sure it ruled
Damn

Last Friday night

Yeah, we danced on table tops
And we took too many shots
Think we kissed, but I forgot

Last Friday night
Yeah, we maxed our credits card
And got kicked out of the bar
So we hit the boulevards

Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a mŽnage ^ trois
Last Friday night
Yeah, I think we broke the law
Always say we're gonna stop-op
Oh whoa

This Friday night
Do it all again (do it all again)
This Friday night
Do it all again (do it all again)
This Friday night

T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.

Last Friday night
Yeah, we danced on table tops
And we took too many shots
Think we kissed but I forgot

Last Friday night
Yeah, we maxed our credit cards
And got kicked out of the bar
So we hit the boulevard

Last Friday night
We went streaking in the park
Skinny dipping in the dark
Then had a mŽnage ^ trois

Last Friday night

Yeah we danced on table tops
And we took too many shots
Think we kissed but I forgot

Last Friday night
Yeah we maxed our credits card
And got kicked out of the bars
So we hit the boulevards

Last Friday night
We went streaking in the park
Skinny dipping int he dark
Then had a ménage à trois
Last Friday night
Yeah I think we broke the law
Always say we're gonna stop
Oh whoa oh

This Friday night
Do it all again
(Do it all again)
This Friday night
Do it all again
(Do it all again)
This Friday night

T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.
T.G.I.F.

Last Friday night
Yeah we danced on table tops
And we took too many shots
Think we kissed but I forgot

Last Friday night
Yeah we maxed our credit cards
And got kicked out of the bar
So we hit the boulevard

Last Friday night
We went streaking in the park
Skinny dipping int he dark
Then had a ménage à trois

Last Friday night

| | |
|---|---|
| Yeah, I think we broke the law<br>Always say we're gonna stop-op<br>Oh whoa<br>This Friday night<br>Do it all again | Yeah I think we broke the law<br>Always say we're gonna stop<br>Oh-whoa-oh<br>This Friday night<br>Do it all again |

12126 - "California Gurls" by Katy Perry

| LyricFind | Claude |
|---|---|
| Greetings loved ones<br>Let's take a journey | Greetings loved ones let's take a journey |
| I know a place<br>Where the grass is really greener<br>Warm, wet n' wild<br>There must be something in the water<br>Sippin' gin and juice<br>Laying underneath the palm trees<br>(Undone)<br>The boys<br>Break their necks<br>Try'na to creep a little sneak peek<br>(At us) | I know a place where the grass is really greener<br>Warm, wet and wild there must be something<br>in the water<br>Sipping gin and juice, laying underneath the<br>palm trees (undone)<br>The boys break their necks trying to creep a<br>little sneak peek (at us) |
| You could travel the world<br>But nothing comes close<br>To the golden coast<br>Once you party with us<br>You'll be falling in love<br>Ooh oh ooh oh ooh | You could travel the world<br>But nothing comes close to the Golden Coast<br>Once you party with us, you'll be falling in love<br>Ooh oh ooh oh |
| California girls<br>We're unforgettable<br>Daisy dukes<br>Bikinis on top<br>Sun-kissed skin<br>So hot<br>We'll melt your popsicle<br>Ooh oh ooh<br>Ooh oh ooh | California girls we're unforgettable<br>Daisy Dukes, bikinis on top<br>Sun-kissed skin, so hot we'll melt your popsicle<br>Ooh oh ooh oh |
| California girls<br>We're undeniable<br>Fine, fresh, fierce<br>We got it on lock<br>West coast represent<br>Now put your hands up | California girls we're undeniable<br>Fine, fresh, fierce, we got it on lock<br>West coast represent now put your hands up<br>Ooh oh ooh oh |

Ooh oh ooh
Ooh oh ooh

Sex on the beach
We don't mind sand in our stilettos
We freak
In my jeep
Snoop doggy-dog on the stereo oh oh

You could travel the world
But nothing comes close
To the golden coast
Once you party with us
You'll be falling in love
Ooh oh ooh ooh oh ooh

California girls
We're unforgettable
Daisy dukes
Bikinis on top
Sun-kissed skin
So hot
We'll melt your popsicle
Ooh oh ooh
Ooh oh ooh

California girls
We're undeniable
Fine, fresh, fierce
We got it on lock
West coast represent
Now put your hands up
Ooh oh ooh
Ooh oh ooh

Toned, tan
Fit and ready
Turn it up 'cause its gettin' heavy
Wild, wild west coast
These are the girls I love the most
I mean the ones
I mean like she's the one
Kiss her, touch her
Squeeze her buns
The girl's a freak
She drive a jeep
And live on the beach
I'm okay
I won't play

Sex on a beach, we get sand in our stilettos
We freak in my Jeep, Snoop Doggy Dogg on the stereo (oh oh)

You could travel the world
But nothing comes close to the Golden Coast
Once you party with us, you'll be falling in love
Ooh oh ooh oh

California girls we're unforgettable
Daisy Dukes, bikinis on top
Sun-kissed skin, so hot we'll melt your popsicle
Ooh oh ooh oh

California girls we're undeniable
Fine, fresh, fierce, we got it on lock
West coast represent now put your hands up
Ooh oh ooh oh

Toned, tanned, fit and ready
Turn it up cause its gettin' heavy
Wild wild west coast these are the girls I love the most
I mean the ones, I mean like she's the one

Kiss her, touch her, squeeze her
The girls a freak, she drives a Jeep
and lives on the beach, I'm okay, I won't play
I love the Bay just like I love L.A.

| | |
|---|---|
| I love the bay<br>Just like I love L.A.<br>Venice Beach<br>And Palm Springs<br>Summertime is everything<br>Home boys<br>Bangin' out<br>All that ass<br>Hanging out<br>Bikinis, zucchinis, martinis<br>No weenies<br>Just a king<br>And a queenie<br>Katy my lady<br>(Yeah)<br>And looky here baby<br>(Uh huh)<br>I'm all up on ya<br>'Cause you representing California (oh yeah)<br><br>California girls<br>We're unforgettable<br>Daisy dukes<br>Bikinis on top<br>Sun-kissed skin<br>So hot<br>We'll melt your popsicle<br>Ooh oh ooh<br>Ooh oh ooh<br><br>California girls<br>We're undeniable<br>Fine, fresh, fierce<br>We got it on lock<br>West coast represent (west coast, west coast)<br>Now put your hands up<br>Ooh oh ooh<br>Ooh oh ooh<br><br>(California, California)<br>California girls man<br>(California)<br>(California girls) | Venice beach and Palm Springs<br>Summertime is everything<br>Homeboys bangin' out, all that ass hangin' out<br><br><br><br><br>Bikinis, zucchinis, martinis, no weenies<br>Just the King and the Queenie<br>Katy my lady (yeah)<br>Lookie here baby (uh huh)<br>I'm all up on ya<br>'Cause you representing California (oh yeah)<br><br><br>California girls we're unforgettable<br>Daisy Dukes, bikinis on top<br>Sun-kissed skin, so hot we'll melt your popsicle<br>Ooh oh ooh oh<br><br><br><br>California girls we're undeniable<br>Fine, fresh, fierce, we got it on lock<br>West coast represent now put your hands up<br>Ooh oh ooh oh<br><br><br><br>California, California girls man<br>I wish they all could be<br>California girls<br>(California) ha ha (girls) |

12128 - "Don't Trust Me" by 3OH!3

| LyricFind | Claude |
|---|---|
| | |

Black dress with the tights underneath,
I got the breath of the last cigarette on my teeth,
And she's an actress (actress)
But she ain't got no need

She's got money from her parents in a trust fund back east
T-t-t-tongues always pressed to your cheeks
While my tongue is on the inside of some other girls teeth
T-tell your boyfriend if he says he's got beef
That I'm a vegetarian and I ain't fucking scared of him

She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)

Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me

She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)

Don't trust a ho
Never trust a ho
'Cause a hoe won't trust me

X's on the back of your hands
Wash them in the bathroom to drink like the bands
And your set list (set list)
You stole off the stage

Had red and purple lipstick all over the page
Be-be-be-bruises cover your arms
Shaking in the fingers with the bottle in your palm
And the best is (best is)
No one knows who you are
Just another girl alone at the bar

She wants to touch me (whoa)
She wants to love me (whoa)
She'll never leave me (whoa, whoa, oh, oh)

Black dress with the tights underneath,
I got the breath of the last cigarette on my teeth,
And she's an actress (actress),
But she ain't got no need.

She's got money from her parents in a trust fund back east.
Tongues always pressed to your cheeks,
While my tongue is on the inside of some other girl's teeth,
Tell your boyfriend if he says he's got beef,
That I'm a vegetarian and I ain't fucking scared of him.

She wants to touch me (Woah),
She wants to love me (Woah),
She'll never leave me (Woah, woah, oh, oh),

Don't trust a ho,
Never trust a ho,
Won't trust a ho,
'Cause a ho won't trust me.

X's on the back of your hands,
Wash them in the bathroom to drink like the bands.
And your setlist (setlist),
You stole off the stage,

Had red and purple lipstick all over the page.
B-B-Bang your drumsticks on the drum with the pliers,
Count how many times you can call me a liar.

She wants to touch me (Woah),
She wants to love me (Woah),
She'll never leave me (Woah, woah, oh, oh),

| | |
|---|---|
| Don't trust a ho<br>Never trust a ho<br>Cause a **hoe** won't trust me<br><br>She wants to touch me (whoa)<br>She wants to love me (whoa)<br>She'll never leave me (whoa, whoa, oh, oh)<br><br>Don't trust a ho<br>Never trust a ho<br>'Cause a hoe won't trust me<br><br>Shush girl shut your lips<br>Do the Helen Keller and talk with your hips<br>I said, Shush girl shut your lips<br>Do the Helen Keller and talk with your hips<br>I said, Shush girl shut your lips<br>Do the Helen Keller and talk with your hips<br><br>Whoa, whoa, whoa<br><br>She wants to touch me (**wh**oa)<br>She wants to love me (**wh**oa)<br>She'll never leave me (**w**hoa, whoa, oh, oh)<br><br>Don't trust a ho<br>Never trust a ho<br>'Cause a **hoe** won't trust me<br><br>She wants to touch me (whoa)<br>She wants to love me (whoa)<br>She'll never leave me (whoa, whoa, oh, oh)<br><br>Don't trust a ho<br>Never trust a ho<br>'Cause a hoe won't trust me | Don't trust a ho,<br>Never trust a ho,<br>**Won't trust a ho,**<br>'Cause a **ho** won't trust me.<br><br><br><br><br><br><br><br><br>Shush girl, shut your lips.<br>Do the Helen Keller and talk with your hips.<br>I said, Shush girl, shut your lips.<br>Do the Helen Keller and talk with your hips.<br>I said, Shush girl, shut your lips.<br>Do the Helen Keller and talk with your hips.<br><br>Woah, woah, woah**...**<br><br>She wants to touch me (**W**oah),<br>She wants to love me (**W**oah),<br>She'll never leave me (**W**oah, woah, oh, oh),<br><br>Don't trust a ho,<br>Never trust a ho,<br>**Won't trust a ho,**<br>'Cause a **ho** won't trust me. |

12140 - "Another Saturday Night" by Sam Cooke

| LyricFind | Claude |
|---|---|
| Another Saturday night **that** I ain't got nobody<br>I got some money 'cause I just got paid<br>**Now, h**ow I wish I had someone to talk to<br>I'm in an awful way, **dig this**<br><br>I got in town a month ago<br>**I** seen a **lotta** girls since then | Another Saturday night **and** I ain't got nobody<br>I got some money 'cause I just got paid<br>**H**ow I wish I had someone to talk to<br>I'm in an awful way<br><br>I got in town a month ago<br>**I've** seen a **lot of** girls since then |

If I could meet 'em, I could get 'em
But as yet I haven't met 'em
That's why I'm in the shape I'm in

Another Saturday night that I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had someone to talk to
I'm in an awful way

Now, another fella told me
He had a sister who looked just fine
Instead of being my deliverance
She had a strange resemblance
To a cat named Frankenstein

Here, another Saturday night that I ain't got
nobody
I got some money 'cause I just got paid
Now, how I wish I had some chick to talk to
I'm in an awful way, yeah

Here it is, another weekend
I ain't got nobody
Man if I was back home, I'd be swingin'
Two chicks on my arm, aww yeah
Listen to me, huh

It's hard on a fella
When he don't know his way around
If I don't find me a honey
To help me spend my money
I'm gonna have to blow this town

Here it's another Saturday night and I ain't got
nobody
I got some money 'cause I just got paid
Now, how I wish I had some chick to talk to
I'm in an awful, everybody sing

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had someone to talk to
I'm in an awful, one more time

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
Now, how I wish I had some chick to talk to
I'm in an awful, sounding mighty good
Another Saturday night

If I could meet 'em I could get 'em
But as yet I haven't met 'em
That's why I'm in the shape I'm in

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
How I wish I had someone to talk to
I'm in an awful way

Another fella told me he had a sister
Who looked just fine instead of being my mister
Why she had a boyfriend though
I got a feeling she thinks I'm nice
Just because I'm not inclined to vice

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
How I wish I had someone to talk to
I'm in an awful way

Another Saturday night and I ain't got nobody
I got some money 'cause I just got paid
How I wish I had someone to talk to
I'm in an awful way

12145 - "Brown Sugar" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Gold Coast slave ship bound for cotton fields<br>Sold in the market down in New Orleans<br>Skydog slaver knows he's doin' all right<br>Hear him whip the women just around midnight | Gold coast slave ship bound for cotton fields,<br>Sold in a market down in new orleans.<br>Scarred old slaver know he's doin' alright.<br>Hear him whip the women just around midnight. |
| Brown sugar, how come you taste so good?<br>Brown sugar, just like a young girl should | Brown sugar, how come you taste so good?<br>Brown sugar, just like a young girl should. |
| Drums beatin' cold, English blood runs hot<br>Lady of the house wonderin' when it's gonna stop<br>House boy knows that he's doin' all right<br>You should have heard him just around midnight | Drums beating, cold english blood runs hot,<br>Lady of the house wond'rin' where it's gonna stop.<br>House boy knows that he's doin' alright.<br>You should a heard him just around midnight. |
| Brown sugar, how come you taste so good, now?<br>Brown sugar, just like a young girl should (yeah) | Brown sugar, how come you taste so good?<br>Brown sugar, just like a black girl should. |
| Brown sugar, how come you dance so good, babe?<br>Brown sugar, just like a black girl should, yeah | |
| And I bet your mama was a tent show queen<br>And all her boyfriends were sweet sixteen<br>I'm no school boy but I know what I like<br>You should have heard them just around midnight | I bet your mama was a tent show queen,<br>And all her boyfriends were sweet sixteen.<br>I'm no schoolboy but I know what I like,<br>You should have heard me just around midnight. |
| Brown sugar, how come you taste so good, baby?<br>Brown sugar, just like a young girl should, yeah | Brown sugar, how come you taste so good?<br>Brown sugar, just like a young girl should. |
| I said, yeah, yeah, yeah, woo<br>How come you, how come you dance so good?<br>Yeah, yeah, yeah, woo<br>Just like a, just like a black girl should<br>Yeah, yeah, yeah, woo | I said yeah, yeah, yeah, woo!<br>How come you...how come you taste so good?<br>Yeah, yeah, yeah, woo!<br>Just like a...just like a black girl should.<br>Yeah, yeah, yeah, woo! |

12151 - "Cupid" by Sam Cooke

| LyricFind | Claude |
|---|---|
| Cupid draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me, for me<br><br>Cupid please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now I don't mean to bother you but I'm in distress<br>There's danger of me losing all of my happiness<br>For I love a girl who doesn't know I exist<br>And this you can fix, so<br><br>Cupid draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me<br>Nobody but me<br><br>Cupid please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now, Cupid if your arrow make a love storm for me<br>I promise I will love her until eternity<br>I know between the two of us her heart we can steal<br>Help me if you will, so<br><br>Cupid draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me<br>Nobody but me<br><br>Cupid please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now, Cupid, don't you hear me<br>Calling you? I need ya<br>Cupid help me, I need ya | Cupid, draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me, for me<br><br>Cupid, please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now, I don't mean to bother you<br>But I'm in distress<br>There's danger of me losin' all of my happiness<br>For I love a girl who doesn't know I exist<br>And this you can fix<br><br>So...<br>Cupid, draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me, for me<br><br>Cupid, please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now Cupid, if your arrow makes her love storm for me<br>I promise I will love her until eternity<br>I know between the two of us her heart we can steal<br>Help me if you will<br><br>So...<br>Cupid, draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me, for me<br><br>Cupid, please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me |

12159 - "Gimme Shelter" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Ooh, a storm is threatening<br>My very life today<br>If I don't get some shelter<br>Ooh yeah, I'm gonna fade away | Ooh, a storm is threat'ning<br>My very life today<br>If I don't get some shelter<br>Ooh yeah, I'm gonna fade away |
| War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away | War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away |
| Ooh, see the fire is sweepin'<br>Our very street today<br>Burns like a red coal carpet<br>Mad bull lost your way | Ooh, see the fire is sweepin'<br>Our very street today<br>Burns like a red coal carpet<br>Mad bull lost its way |
| War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away | War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away |
| Rape, murder<br>It's just a shot away<br>It's just a shot away | Rape, murder!<br>It's just a shot away<br>It's just a shot away |
| Rape, murder, yeah<br>It's just a shot away<br>It's just a shot away | |
| Rape, murder<br>It's just a shot away<br>It's just a shot away, yeah | |
| The floods is threatening<br>My very life today<br>Gimme, gimme shelter<br>Or I'm gonna fade away | The flood is threat'ning<br>My very life today<br>Gimme, gimme shelter<br>Or I'm gonna fade away |
| War, children, it's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away<br>I tell you love, sister, it's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away | War, children, it's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away<br>Ooh, it's just a shot away<br>It's just a shot away |

| It's just a kiss away | |
|---|---|
| Kiss away, kiss away | |

## 12163 - "Honky Tonk Women" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| I met a gin-soaked, bar-room queen in Memphis<br>She tried to take me upstairs for a ride<br>She had to heave me right across her shoulder<br>'Cause I just can't seem to drink you off my mind<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues<br><br>I laid a divorcZe in New York City<br>I had to put up some kind of a fight<br>The lady then she covered me with roses<br>She blew my nose and then she blew my mind<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues<br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues | I met a gin soaked, bar-room queen in Memphis,<br>She tried to take me upstairs for a ride.<br>She had to heave me right across her shoulder<br>'Cause I just can't seem to drink you off my mind.<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues.<br><br>I laid a divorced old woman in New York City,<br>I had to put up some kind of a fight.<br>The lady then she covered me with roses,<br>She blew my nose and then she blew my mind.<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues.<br>All the wanton women<br>Gimme, gimme, gimme the honky tonk blues.<br><br>I'm going back to find, I'm going back to find<br>Gimme, gimme, gimme the honky tonk women.<br>Yeah the honky tonk women. |

## 12167 - "It's All Over Now" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Well, baby used to stay out all night long<br>She made me cry, she done me wrong<br>She hurt my eyes open, that's no lie<br>Tables turn and now her turn to cry<br><br>Because I used to love her, but it's all over now<br>Because I used to love her, but it's all over now<br><br>Well, she used to run around with every man in town<br>She spent all my money, playing her high class game<br>She put me out, it was a pity how I cried | Well, my baby used to stay out all night long<br>She made me cry, you know she done me wrong<br>She hurt my eyes open, that's no lie<br>Tables turning now it's her turn to cry<br>Because I used to love her, but it's all over now<br>You're gonna reap just what you sow<br>Yeah, it's all over now<br><br>Well, she used to run around with every man in town<br>Spent all my money, playing her high class game |

| | |
|---|---|
| Tables turn and now her turn to cry | She put me out, it was a pity how I cried |
| | Tables turning now it's her turn to cry |
| Because I used to love her, but it's all over now | |
| Because I used to love her, but it's all over now | Because I used to love her, but it's all over now |
| | You're gonna reap just what you sow |
| | Yeah, it's all over now |
| Well, I used to wake in the morning, get my breakfast in bed | |
| When I'd gotten worried she'd ease my aching head | Well, I used to wake each morning, get my breakfast in bed |
| But now she's here and there, with every man in town | When I got worried she would ease my aching head |
| Still trying to take me for that same old clown | But now she's here and there, with every man in town |
| | Still trying to take me for that same old clown |
| Because I used to love her, but it's all over now | |
| Because I used to love her, but it's all over now | Because I used to love her, but it's all over now |
| | You're gonna reap just what you sow |
| | Yeah, it's all over now |
| | |
| | It's all over, it's all over, it's all over now |
| | Yes it's all over now |
| Because I used to love her, but it's all over now | I used to love her, but it's all over now |
| | Because I used to love her, but it's all over now |

12172 - "Jumpin' Jack Flash" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| I was born in a cross-fire hurricane | I was born in a cross-fire hurricane |
| And I howled at the morning driving rain | And I howled at my ma in the driving rain |
| But it's all right now, in fact, it's a gas | But it's all right now, in fact, it's a gas! |
| But it's all right, I'm Jumpin' Jack Flash | But it's all right. I'm Jumpin' Jack Flash |
| It's a gas, gas, gas | It's a gas! Gas! Gas! |
| | |
| I was raised by a toothless, bearded hag | I was raised by a toothless, bearded hag |
| I was schooled with a strap right across my back | I was schooled with a strap right across my back |
| But it's all right now, in fact, it's a gas | But it's all right now, in fact, it's a gas! |
| But it's all right, I'm Jumpin' Jack Flash | But it's all right, I'm Jumpin' Jack Flash |
| It's a gas, gas, gas (ooh) | It's a gas! Gas! Gas! |
| | |
| I was drowned, I was washed up and left for dead | I was drowned, I was washed up and left for dead |
| I fell down to my feet and I saw they bled, yeah, yeah | I fell down to my feet and I saw they bled |
| I frowned at the crumbs of a crust of bread | I frowned at the crumbs of a crust of bread |
| Yeah, yeah, yeah | Yeah, yeah, yeah |

| | |
|---|---|
| I was crowned with a spike right through my head, my, my, yeah<br>But it's all right now, in fact, it's a gas<br>But it's all right, I'm Jumpin' Jack Flash<br>It's a gas, gas, gas<br><br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas | I was crowned with a spike right thru my head<br>But it's all right now, in fact, it's a gas!<br>But it's all right, I'm Jumpin' Jack Flash<br>It's a gas! Gas! Gas!<br><br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas<br>Jumping Jack Flash, it's a gas |

12182 - "Moonlight Mile" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| When the wind blows and the rain feels cold<br>With a head full of snow<br>With a head full of snow<br>In the window there's a face you know<br>Don't the nights pass slow<br>Don't the nights pass slow<br><br>The sound of strangers sending nothing to my mind<br>Just another mad mad day on the road<br>I am just living to be lying by your side<br>But I'm just about a moonlight mile on down the road<br><br>Made a rag pile of my shiny clothes<br>Gonna warm my bones<br>Gonna warm my bones<br>I got silence on my radio<br>Let the air waves flow<br>Let the air waves flow<br><br>Oh I'm sleeping under strange strange skies<br>Just another mad mad day on the road<br>My dreams is fading down the railway line<br>I'm just about a moonlight mile down the road | When the wind blows and the rain feels cold<br>With a head full of snow, with a head full of snow<br>In the window there's a face you know<br>Don't the nights pass slow<br><br>The sound of strangers sending nothing to my mind<br>Just another mad, mad day on the road<br>I am just living to be lying by your side<br>But I'm just about a moonlight mile on down the road<br><br>Made a rag pile of my clothes<br>Gonna warm my bones, gonna warm my bones<br>I got silence on my radio<br>Let the air waves flow<br><br>The sound of strangers sending nothing to my mind<br>Just another mad, mad day on the road<br>I am just living to be lying by your side<br>But I'm just about a moonlight mile on down the road<br><br>Down the road<br>Down the road<br>Down the road<br>Down the road |

| | |
|---|---|
| I'm hiding sister and I'm dreaming<br>I'm riding down your moonlight mile<br>I'm hiding baby and I'm dreaming<br>I'm riding down your moonlight mile<br>I'm riding down you moonlight mile<br><br>Let it go now, come on up babe<br>Yeah, let it go now<br>Yeah, flow now baby<br>Yeah move on now yeah<br><br>Yeah, I'm coming home<br>'Cause, I'm just about a moonlight mile on down the road<br>Down the road, down the road | I'm hiding sister and I'm dreaming<br>I'm riding down your moonlight mile<br>I'm hiding baby and I'm dreaming<br>Waiting on the moonlight mile<br>Yeah I'm riding down your moonlight mile<br><br>Let's go, let's go<br>Let's go for a moonlight drive |

12194 - "Shine a Light" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Saw you stretched out in Room ten oh nine<br>With a smile on your face and a tear right in your eye<br>Whoa, come see to get a line on you, my sweet honey love<br>Berber jewelry jangling down the street<br>Making bloodshot eyes at every woman that you meet<br>Could not seem to get high on you, my sweet honey love<br><br>May the good Lord shine a light on you<br>Make every song (you sing) your favorite tune<br>May the good Lord shine a light on you<br>Warm like the evening sun<br><br>When you're drunk in the elevator, with your clothes all torn<br>When your late night friends leave you in the cold gray dawn<br>Just seen too many flies on you, I just can't brush them off<br><br>Angels beating all their wings in time<br>With smiles on their faces and a gleam right in their eyes<br>Whoa, thought I heard one sigh for you<br>Come on up, come on up, now, come on up now | Saw you stretched out in room 10-O-9<br>With a smile on your face and a tear right in your eye<br>Couldn't see to get a line on you, my sweet honey love<br>Berber jewelry jangling down the street<br>Making bloodshot eyes at every woman that you meet<br>Couldn't seem to get a high on you, my sweet honey love<br><br>May the good Lord shine a light on you<br>Make every song you sing your favorite tune<br>May the good Lord shine a light on you<br>Warm like the evening sun<br><br>Yeah, yeah, oh, woah<br><br>Saw you leaning against the record machine<br>Saw the name of every station in between<br>With the velvet ribbons of your dress all trailing on the ground<br>All the people rang a bell for you<br>I took the other line, for the front was just too crowded for two<br>I just don't have the time for you, my sweet honey love |

| | |
|---|---|
| May the good Lord shine a light on you, yeah<br>Make every song you sing your favorite tune<br>May the good Lord shine a light on you, yeah<br>Warm like the evening sun | May the good Lord shine a light on you<br>Make every song you sing your favorite tune<br>May the good Lord shine a light on you<br>Warm like the evening sun |
| Come on up now, come on up now, come on up now, come on up, come on | Yeah, yeah, oh |
| May the good Lord shine a light on you<br>Make every song you sing your favorite tune<br>May the good Lord shine a light on you<br>Warm like the evening sun, yeah, yeah | May the good Lord shine a light on you<br>Make every song you sing your favorite tune<br>May the good Lord shine a light on you<br>Warm like the evening sun |
| | Yeah, yeah, yeah, woah<br>Shine a light<br>Shine a light<br>Shine a light, yeah |

12201 - "Street Fighting Man" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Everywhere I hear the sound<br>Of marching, charging feet, boy<br>'Cause summer's here and the time is right<br>For fighting in the street, boy | Everywhere I hear the sound of marching,<br>charging feet, boy<br>'Cause summer's here and the time is right for<br>fighting in the street, boy |
| Well, now what can a poor boy do<br>Except to sing for a rock and roll band?<br>'Cause in sleepy London Town<br>There's just no place for street fighting man, no | But what can a poor boy do<br>Except to sing for a rock 'n' roll band<br>'Cause in sleepy London town<br>There's just no place for a street fighting man |
| Hey, think the time is right<br>For a palace revolution<br>'Cause where I live the game to play<br>Is compromise solution | Hey! Think the time is right for a palace<br>revolution<br>'Cause where I live the game to play is<br>compromise solution |
| Well, now what can a poor boy do<br>Except to sing for a rock and roll band?<br>'Cause in sleepy London Town<br>There's just no place for street fighting man, no | Well, then what can a poor boy do<br>Except to sing for a rock 'n' roll band<br>'Cause in sleepy London town<br>There's no place for a street fighting man |
| Get down | |
| Hey, said my name is called Disturbance<br>I'll shout and scream, I'll kill the king<br>I'll rail at all his servants | Hey! Said my name is called disturbance<br>I'll shout and scream, I'll kill the king, I'll rail at<br>all his servants |

| | |
|---|---|
| Well, now what can a poor boy do<br>Except to sing for a rock and roll band?<br>'Cause in sleepy London Town<br>There's just no place for street fighting man, no<br><br>Get down | Well, what can a poor boy do<br>Except to sing for a rock 'n' roll band<br>'Cause in sleepy London town<br>There's no place for a street fighting man<br><br>No! |

12204 - "Sympathy for the Devil" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| Yow, yow<br>Yow<br>Mm-huh<br>Mm-uh<br><br>Please allow me to introduce myself<br>I'm a man of wealth and taste<br>I've been around for a long, long year<br>Stole many a man's soul and faith<br>And I was 'round when Jesus Christ<br>Had his moment of doubt and pain<br>Made damn sure that Pilate<br>Washed his hands and sealed his fate<br><br>Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game<br><br>Stuck around St. Petersburg<br>When I saw it was a time for a change<br>Killed the Czar and his ministers<br>Anastasia screamed in vain<br>I rode a tank, held a general's rank<br>When the Blitzkrieg raged and the bodies stank<br><br>Pleased to meet you<br>Hope you guess my name<br>Oh, yeah<br>Ah, what's puzzling you<br>Is the nature of my game<br>Oh, yeah<br><br>I watched with glee while your kings and | Please allow me to introduce myself<br>I'm a man of wealth and taste<br>I've been around for a long, long year<br>Stole many a man's soul to waste<br><br>And I was 'round when Jesus Christ<br>Had his moment of doubt and pain<br>Made damn sure that Pilate<br>Washed his hands and sealed his fate<br><br>Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game<br><br>I stuck around St. Petersburg<br>When I saw it was a time for a change<br>Killed the czar and his ministers<br>Anastasia screamed in vain<br>I rode a tank<br>Held a general's rank<br>When the blitzkrieg raged<br>And the bodies stank<br><br>Pleased to meet you<br>Hope you guess my name, oh yeah<br>Ah, what's puzzling you<br>Is the nature of my game, oh yeah<br><br>I watched with glee |

| | |
|---|---|
| queens | While your kings and queens |
| Fought for ten decades for the gods they made | Fought for ten decades |
| I shouted out, "Who killed the Kennedys?" | For the gods they made |
| Well, after all, it was you and me | I shouted out, |
| Let me please introduce myself | "Who killed the Kennedys?" |
| I'm a man of wealth and taste | When after all |
| And I laid traps for troubadours | It was you and me |
| Who get killed before they reach Bombay | Let me please introduce myself |
| | I'm a man of wealth and taste |
| | And I laid traps for troubadours |
| | Who get killed before they reached Bombay |
| | |
| Pleased to meet you | Pleased to meet you |
| Hope you guess my name | Hope you guessed my name, oh yeah |
| Oh, yeah | But what's puzzling you |
| But what's puzzling you | Is the nature of my game, oh yeah, get down, |
| Is the nature of my game | baby |
| Oh, yeah | |
| A-get down, baby | |
| | |
| Pleased to meet you | Pleased to meet you |
| Hope you guess my name | Hope you guessed my name, oh yeah |
| Oh, yeah | But what's confusing you |
| But what's confusing you | Is just the nature of my game |
| Is just the nature of my game | |
| Mm, yeah | |
| | |
| Just as every cop is a criminal | Just as every cop is a criminal |
| And all the sinners saints | And all the sinners saints |
| As heads is tails, just call me Lucifer | As heads is tails |
| 'Cause I'm in need of some restraint | Just call me Lucifer |
| So if you meet me, have some courtesy | 'Cause I'm in need of some restraint |
| Have some sympathy and some taste | So if you meet me |
| Use all your well-learned politesse | Have some courtesy |
| Or I'll lay your soul to waste, mm, yeah | Have some sympathy, and some taste |
| | Use all your well-learned politesse |
| | Or I'll lay your soul to waste, um yeah |
| | |
| Pleased to meet you | Pleased to meet you |
| Hope you guess my name | Hope you guessed my name, um yeah |
| Mm, yeah | But what's puzzling you |
| But what's puzzling you | Is the nature of my game, um mean it, get down |
| Is the nature of my game | |
| Mean it | |
| Get down | |
| | |
| Woo-hoo | Woo, who |
| Ah, yeah | Oh yeah, get on down |
| Get on down | Oh yeah |

| | |
|---|---|
| Oh, yeah<br>Mm<br>Bum, ba-bum, bum, bum, ba-bum<br>Ba-bum, bum, bum, ba-bum<br>Bum, ba-bum, bum, bum, ba-bum<br>Bum, dum, dum, bum, ba-dum, da<br>Yeah<br>Ah, yeah<br><br>Tell me, baby, what's my name?<br>Tell me, honey, can you guess my name?<br>Tell me, baby, what's my name?<br>I'll tell you one time, you're to blame<br>Ooh-hoo, ooh-hoo<br>Ooh-hoo, alright<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ah, yeah<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ah yes, what's my name?<br>Tell me, baby, what's my name?<br>Tell me, sweetie, what's my name?<br><br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ah, yeah | Oh yeah!<br><br><br><br><br><br><br><br><br>Tell me baby, what's my name<br>Tell me honey, can ya guess my name<br>Tell me baby, what's my name<br>I tell you one time, you're to blame<br>Ooo, who<br>Ooo, who<br>Ooo, who<br>Ooo, who, who<br>Oh, yeah<br>What's my name<br>Tell me, baby, what's my name<br>Tell me, sweetie, what's my name<br><br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who |

12212 - "We Belong Together" by Mariah Carey

| LyricFind | Claude |
|---|---|
| Ooh, ooh<br>Oh, oh, ooh<br>Oh, oh, sweet love, yeah<br><br>I didn't mean it when I said I didn't love you so<br>I shoulda held on tight, I never shoulda let you go<br>I didn't know nothing, I was stupid, I was foolish<br>I was lying to myself<br><br>I could not fathom that I would ever be without your love<br>Never imagined I'd be sitting here beside | <br><br><br><br>I didn't mean it when I said I didn't love you, so<br>I should have held on tight I never should've let you go<br>I didn't know nothing, I was stupid, I was foolish<br>I was lying to myself<br><br>I could not fathom that I would ever be without your love<br>Never imagined I'd be sitting here beside |

| | |
|---|---|
| myself<br>'Cause I didn't know you, 'cause I didn't know me<br>But I thought I knew everything<br>I never felt<br><br>The feeling that I'm feeling<br>Now that I don't hear your voice<br>Or have your touch and kiss your lips<br>'Cause I don't have a choice<br>Oh, what I wouldn't give to have you lying by my side<br>Right here, 'cause, baby (we belong together)<br><br>When you left I lost a part of me (together)<br>It's still so hard to believe (come back, come back)<br>Come back, baby, please (come back, come back)<br>'Cause we belong together<br><br>Who else am I gon' lean on when times get rough?<br>Who's gonna talk to me on the phone 'til the sun comes up?<br>Who's gonna take your place? There ain't nobody better<br>Oh, baby, baby, we belong together<br><br>I can't sleep at night<br>When you are on my mind<br>Bobby Womack's on the radio<br>Singin' to me "If you think you're lonely now"<br>Wait a minute, this is too deep (too deep)<br>I gotta change the station<br>So I turn the dial, trying to catch a break<br>And then I hear Babyface<br>I only think of you<br>And it's breaking my heart<br>I'm trying to keep it together<br>But I'm falling apart<br><br>I'm feeling all out of my element<br>I'm throwing things, cryin'<br>Tryin' to figure out where the hell I went wrong<br>The pain reflected in this song<br>Ain't even half of what I'm feeling inside<br>I need you, need you back in my life<br>Baby (my life, my life) | myself<br>'Cause I didn't know you, 'cause I didn't know me<br>But I thought I knew everything<br>I never felt<br><br>The feeling that I'm feeling now that I don't hear your voice<br>Or have your touch and kiss your lips 'cause I don't have a choice<br>Oh, what I wouldn't give to have you lying by my side<br>Right here, 'cause baby<br><br>When you left I lost a part of me<br>It's still so hard to believe<br>Come back baby, please<br>'Cause we belong together<br><br>Who else am I gon' lean on when times get rough<br>Who's gonna talk to me on the phone till the sun comes up<br>Who's gonna take your place, there ain't nobody better<br>Oh, baby baby, we belong together<br><br>I can't sleep at night when you are on my mind<br>Bobby Womack's on the radio saying to me<br>"If you think you're lonely now"<br>Wait a minute, this is too deep (too deep)<br>I gotta change the station so I turn the dial<br>Trying to catch a break and then I hear Babyface<br>"I only think of you" and it's breaking my heart<br>I'm trying to keep it together but I'm falling apart<br><br>I'm feeling all out of my element<br>I'm throwing things, crying<br>Trying to figure out where the hell I went wrong<br>The pain reflected in this song it ain't even half of what I'm feeling inside<br>I need you, need you back in my life, baby |

| | |
|---|---|
| When you left I lost a part of me (together)<br>It's still so hard to believe (come back, come back)<br>Come back, baby, please (come back, come back)<br>'Cause we belong together<br><br>Who else am I gon' lean on when times get rough?<br>Who's gonna talk to me on the phone 'til the sun comes up?<br>Who's gonna take your place? There ain't nobody better<br>Oh, baby, baby, we belong together<br><br>Baby<br>When you left I lost a part of me (together)<br>It's still so hard to believe (come back, come back)<br>Come back, baby, please (come back, come back)<br>'Cause we belong together<br><br>Who am I gon' lean on when times get rough?<br>Who's gon' talk to me 'til the sun comes up?<br>Who's gon' take your place? There ain't nobody better<br>Oh, baby, baby, we belong together<br><br>(Who will?)<br>(Who will?)<br>(Who will?)<br>We belong together | When you left I lost a part of me<br>It's still so hard to believe<br>Come back baby, please<br>'Cause we belong together<br><br>Who else am I gon' lean on when times get rough<br>Who's gonna talk to me on the phone till the sun comes up<br>Who's gonna take your place, there ain't nobody better<br>Oh baby baby, we belong together, baby<br><br>When you left I lost a part of me<br>It's still so hard to believe<br>Come back baby, please<br>'Cause we belong together<br><br>Who am I gonna lean on when times get rough<br>Who's gonna talk to me till the sun comes up<br>Who's gonna take your place there ain't nobody better<br>Oh baby baby, we belong together |

12216 - "You Can't Always Get What You Want" by The Rolling Stones

| LyricFind | Claude |
|---|---|
| I saw her today at the reception<br>A glass of wine in her hand<br>I knew she would meet her connection<br>At her feet was her footloose man<br><br>No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometime you'll find<br>You get what you need | I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man<br><br>No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you find<br>You get what you need |

412

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes, well, you might find
You get what you need
Ah, yeah
Oh

And I went down to the demonstration
To get my fair share of abuse
Singing, "We're gonna vent our frustration
If we don't we're gonna blow a fifty-amp fuse"
Sing it to me, honey

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes, well, you just might find
You get what you need
Ah baby, yeah
Ah

I went down to the Chelsea drugstore
To get your prescription filled
I was standing in line with Mr. Jimmy
And, man, did he look pretty ill
We decided that we would have a soda
My favorite flavor, cherry red
I sung my song to Mr. Jimmy
Yeah, and he said one word to me, and that was
"dead"
I said to him

You can't always get what you want, well no
You can't always get what you want. I tell you,
baby
You can't always get what you want, no
But if you try sometimes you just might find,
uh, mm
You get what you need, oh yeah, woo!

Ah, woo!

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes you might find
You get what you need
Oh yeah, hey hey hey, oh...

And I went down to the demonstration
To get my fair share of abuse
Singing, "We're gonna vent our frustration
If we don't we're gonna blow a 50-amp fuse"
Sing it to me now...

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes well you just might
find
You get what you need
Oh baby, yeah, yeah!

I went down to the Chelsea drugstore
To get your prescription filled
I was standing in line with Mr. Jimmy
And man, did he look pretty ill
We decided that we would have a soda
My favorite flavor, cherry red
I sung my song to Mr. Jimmy
Yeah, and he said one word to me, and that was
"dead"
I said to him

You can't always get what you want, no!
You can't always get what you want (tell ya
baby)
You can't always get what you want (no)
But if you try sometimes you just might find
You get what you need

Oh yes! Woo!

| | |
|---|---|
| You get what you need, yeah, oh baby<br>Ah yeah | You get what you need--yeah, oh baby!<br>Oh yeah! |
| I saw her today at the reception<br>In her glass was a bleeding man<br>She was practiced at the art of deception<br>Well, I could tell by her blood-stained hands,<br>sing it | I saw her today at the reception<br>In her glass was a bleeding man<br>She was practiced at the art of deception<br>Well I could tell by her blood-stained hands |
| You can't always get what you want, yeah<br>You can't always get what you want, ooh yeah,<br>child<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need, ah yeah<br>Ah baby, woo! | You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need |
| Ah, you can't always get what you want, no, no,<br>baby<br>You can't always get what you want, you can't<br>now, now<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find that you<br>You get what you need, oh yeah<br>Ah yeah, do that | You can't always get what you want (no, no<br>baby)<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need, ah yes! |

12323 - "Baby Baby" by Amy Grant

| LyricFind | Claude |
|---|---|
| Baby, baby<br>I'm taken with the notion<br>To love you with the sweetest of devotion | Baby, baby<br>I'm taken with the notion<br>To love you with the sweetest of devotion |
| Baby, baby<br>My tender love will flow from<br>The bluest sky to the deepest ocean | Baby, baby<br>My tender love will flow from<br>The bluest sky to the deepest ocean |
| Stop for a minute<br>Baby, I'm so glad you're mine, yeah<br>You're mine | Stop for a minute<br>Baby, I'm so glad you're mine, yeah<br>You're mine |
| Baby, baby<br>The stars are shining for you<br>And just like me, I'm sure that they adore you | Baby, baby<br>The stars are shining for you<br>And just like me I'm sure that they adore you |

Baby, baby
Go walking through the forest
The birds above are singing you a chorus

Stop for a minute
Baby, they're so glad you're mine, oh yeah
And ever since the day you put my heart in motion
Baby, I realize that there's just no getting over you

Baby, baby
In any kind of weather
I'm here for you, always and forever

Baby, baby
No muscle man could sever
My love for you is true and it will never

Stop for a minute
Baby, I'm so glad you're mine
And ever since the day you put my heart in motion
Baby, I realize there's just no getting over you

And ever since the day you put my heart in motion
Baby, I realize that there's just no getting over you
Over you

Baby, baby
Always and forever
Baby, I'm so glad that
Here for you, baby
So glad you're mine
Baby, I'm so glad that
When I think about you, it makes me smile
Baby, baby, be mine
Baby, I'm so glad that
Don't stop giving love
Don't stop, no
Baby, I'm so glad that you're mine
Baby, I'm so glad
Baby, I'm so glad that
When I think about you, it makes me smile

Baby, baby
Go walking through the forest
The birds above all sing a chorus for you

Stop for a minute
Baby, they're so glad you're mine
And ever since the day you put my heart in motion
Baby, I realize that there's just no getting over you

Baby, baby
In anything you ask me to
I'll do it for you

Baby, baby
For every little kiss you give me
I'll give you three, oh

Stop for a minute
Baby, I'm so glad you're mine

Baby, baby
Let's go walking in the sunshine
Girl, I want you morning, noon, and dinner time

Baby, baby
You're the only one that I adore
Come into my arms and honey let me keep you warm

Stop for a minute
Baby, I'm so glad you're mine

12324 - "How Great Is Our God" by Chris Tomlin

| LyricFind | Claude |
|---|---|
| The splendor of a King, clothed in majesty<br>Let all the Earth rejoice<br>All the Earth rejoice | The splendor of the King, clothed in majesty<br>Let all the earth rejoice, all the earth rejoice |
| He wraps himself in light<br>And darkness tries to hide<br>And trembles at His voice<br>Trembles at His voice | He wraps himself in light, and darkness tries to hide<br>And trembles at His voice, trembles at His voice |
| How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God | How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God |
| Age to age He stands<br>And time is in His hands<br>Beginning and the end<br>Beginning and the end | Age to age He stands, and time is in His hands<br>Beginning and the end, beginning and the end |
| The Godhead Three in One<br>Father Spirit Son<br>The Lion and the Lamb<br>The Lion and the Lamb | The Godhead Three in One, Father Spirit Son<br>The Lion and the Lamb, the Lion and the Lamb |
| How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God | |
| Name above all names (how great is our God, sing with me)<br>Worthy of our praise (how great is our God, and all will see)<br>My heart will sing<br>How great is our God | Name above all names, worthy of all praise<br>My heart will sing how great is our God |
| You're the name above all names (how great is our God, sing with me)<br>You are worthy of our praise (how great is our God, and all will see)<br>And my heart will sing<br>How great is our God | |
| How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God | How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God |
| How great is our God, sing with me | |

| LyricFind | Claude |
|---|---|
| How great is our God, and all will see<br>How great, how great is our God<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God | |

12328 - "Build My Life" by Pat Barrett

| LyricFind | Claude |
|---|---|
| Worthy of every song we could ever sing<br>Worthy of all the praise we could ever bring<br>Worthy of every breath we could ever breathe<br>We live for You<br>Oh, we live for You<br><br>Jesus, the Name above every other name<br>Jesus, the only One who could ever save<br>Worthy of every breath we could ever breathe<br>We live for You<br>We live for You<br><br>Holy, there is no one like You, there is none beside You<br>Open up my eyes in wonder and<br>Show me who You are and fill me with Your heart<br>And lead me in Your love to those around me<br><br>Jesus, the name above every other name<br>Jesus, the only One who could ever save<br>You're worthy of every breath we could ever breathe<br>We live for You<br>Oh we live for You<br><br>Holy, there is no one like You, there is none beside You<br>Open up my eyes in wonder and<br>Show me who You are and fill me with Your heart<br>And lead me in Your love to those around me<br><br>And I will build my life upon Your love, it is a firm foundation<br>And I will put my trust in You alone and I will | Worthy of every song we could ever sing<br>Worthy of all the praise we could ever bring<br>Worthy of every breath we could ever breathe<br>We live for You<br><br>Jesus the name above every other name<br>Jesus the only one who could ever save<br>Worthy of every breath we could ever breathe<br>We live for You<br><br><br>Holy there is no one like You<br>There is none beside You<br>Open up my eyes in wonder and show me who You are<br>And fill me with Your heart<br>And lead me in Your love to those around me<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>I will build my life upon Your love<br>It is a firm foundation<br>I will put my trust in You alone |

| LyricFind | Claude |
|---|---|
| not be shaken<br>And I will build my life upon Your love, it is a firm foundation<br>And I will put my trust in You alone and I will not be shaken<br><br>Holy, there is no one like You, there is none beside You<br>Open up my eyes in wonder and<br>Show me who You are and fill me with Your heart<br>And lead me in Your love to those around me<br><br>I will build my life upon<br>In You alone | And I will not be shaken |

12457 - "10,000 Reasons (Bless the Lord)" by Matt Redman

| LyricFind | Claude |
|---|---|
| Bless the Lord oh my soul<br>Oh my soul<br>Worship His Holy name<br>Sing like never before<br>Oh my soul<br>I'll worship Your Holy name<br><br>The sun comes up<br>It's a new day dawning<br>It's time to sing Your song again<br>Whatever may pass<br>And whatever lies before me<br>Let me be singing<br>When the evening comes<br><br>Bless the Lord oh my soul<br>Oh my soul<br>Worship His Holy name<br>Sing like never before<br>Oh my soul<br>I'll worship Your Holy name<br><br>You're rich in love<br>And You're slow to anger<br>Your name is great<br>And Your heart is kind<br>For all Your goodness | Bless the Lord, O my soul, O my soul<br>Worship His holy name<br>Sing like never before, O my soul<br>I'll worship Your holy name<br><br>The sun comes up, it's a new day dawning<br>It's time to sing Your song again<br>Whatever may pass, and whatever lies before me<br>Let me be singing when the evening comes<br><br>Bless the Lord, O my soul, O my soul<br>Worship His holy name<br>Sing like never before, O my soul<br>I'll worship Your holy name<br><br>You're rich in love, and You're slow to anger<br>Your name is great, and Your heart is kind<br>For all Your goodness, I will keep on singing<br>Ten thousand reasons for my heart to find |

| | |
|---|---|
| I will keep on singing<br>Ten thousand reasons<br>For my heart to find<br><br>Bless the Lord oh my soul<br>Oh my soul<br>Worship His Holy name<br>Sing like never before<br>Oh my soul<br>I'll worship Your Holy name<br>Bless You Lord<br><br>And on that day<br>When my strength is failing<br>The end draws near<br>And my time has come<br>Still my soul will<br>Sing Your praise unending<br>Ten thousand years<br>And then forevermore<br>Forevermore<br><br>Bless the Lord oh my soul<br>Oh my soul<br>Worship His Holy name<br>Sing like never before<br>Oh my soul<br>I'll worship Your Holy name<br><br>Bless the Lord oh my soul<br>Oh my soul<br>Worship His Holy name<br>Sing like never before<br>Oh my soul<br>I'll worship Your Holy name<br>Yes I'll worship Your Holy name<br>I'll worship Your Holy name<br><br>Sing like never before<br>Oh my soul<br>I'll worship Your Holy name<br>Jesus I will worship Your Holy name<br>Worship Your Holy name | Bless the Lord, O my soul, O my soul<br>Worship His holy name<br>Sing like never before, O my soul<br>I'll worship Your holy name<br><br><br><br>And on that day when my strength is failing<br>The end draws near and my time has come<br>Still my soul will sing Your praise unending<br>Ten thousand years and then forevermore<br><br><br><br>Bless the Lord, O my soul, O my soul<br>Worship His holy name<br>Sing like never before, O my soul<br>I'll worship Your holy name<br><br><br><br>I'll worship Your holy name<br>I'll worship Your holy name |

12464 - "Always" by Kristian Stanfill

| LyricFind | Claude |
|---|---|

| | |
|---|---|
| My foes are many, they rise against me<br>But I will hold my ground<br>I will not fear the war, I will not fear the storm<br>My help is on the way, my help is on the way<br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always<br><br>Troubles surround me, chaos abounding<br>My soul will rest in You<br>I will not fear the war, I will not fear the storm<br>My help is on the way, my help is on the way<br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always<br><br>I lift my eyes up, my help comes from the Lord<br>I lift my eyes up, my help comes from the Lord<br>I lift my eyes up, my help comes from the Lord<br>I lift my eyes up, my help comes from the Lord<br>From You Lord, from You Lord<br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always<br><br>Oh, my God, He will not delay<br>My refuge and strength always, always | My foes are many, they rise against me<br>But I will hold my ground<br>I will not fear the war, I will not fear the storm<br>My help is on the way, my help is on the way<br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always<br><br>Troubles surround me, chaos abounding<br>My soul will rest in You<br>I will not fear the dark, I will not fear the storm<br>My help is on the way, my help is on the way<br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always<br><br>I lift my eyes up, my help comes from the Lord<br>I lift my eyes up, my help comes from the Lord<br><br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always<br><br>Oh, my God, He will not delay<br>My refuge and strength always<br>I will not fear, His promise is true<br>My God will come through always, always |

12467 - "As the Deer" by Martin Nystrom

| LyricFind | Claude |
|---|---|
| As the deer panteth for the water<br>So my soul longeth after Thee<br>You alone are my heart's desire<br>And I long to worship Thee<br><br>You alone are my strength, my shield<br>To You alone may my spirit yield<br>You alone are my heart's desire | As the deer panteth for the water<br>So my soul longeth after You<br>You alone are my heart's desire<br>And I long to worship You<br><br>You alone are my strength, my shield<br>To You alone may my spirit yield<br>You alone are my heart's desire |

| LyricFind | Claude |
|---|---|
| And I long to worship Thee | And I long to worship You |
| | |
| As the deer panteth for the water | I want You more than gold or silver |
| So my soul longeth after Thee | Only You can satisfy |
| You alone are my heart's desire | You alone are the real joy giver |
| And I long to worship Thee | And the apple of my eye |
| | |
| You alone are my strength, my shield | You alone are my strength, my shield |
| To You alone may my spirit yield | To You alone may my spirit yield |
| You alone are my heart's desire | You alone are my heart's desire |
| And I long to worship Thee | And I long to worship You |
| | |
| You're my friend | You're my friend and You are my brother |
| And You are my brother | Even though You are a King |
| Even though You are a King | I love You more than any other |
| I love You more than any other | So much more than anything |
| So much more than anything | |
| | |
| You alone are my strength, my shield | You alone are my strength, my shield |
| To You alone may my spirit yield | To You alone may my spirit yield |
| You alone are my heart's desire | You alone are my heart's desire |
| And I long to worship Thee | And I long to worship You |

12468 - "At the Cross (Love Ran Red)" by Chris Tomlin

| LyricFind | Claude |
|---|---|
| There's a place | There's a place where mercy reigns and never dies |
| Where mercy reigns | |
| And never dies | |
| | |
| There's a place | There's a place where streams of grace flow deep and wide |
| Where streams of grace | |
| Flow deep and wide | |
| | |
| Where all the love | Where all the love I've ever found comes like a flood, comes flowing down |
| I've ever found | |
| Comes like a flood | |
| Comes flowing down | |
| | |
| At the cross, at the cross | At the cross, at the cross I surrender my life |
| I surrender my life | I'm in awe of You, I'm in awe of You |
| I'm in awe of You | Where Your love ran red and my sin washed white |
| I'm in awe of You | I owe all to You, I owe all to You, Jesus |
| Where Your love ran red | |

And my sin washed white
I owe all to You
I owe all to You Jesus

There's a place
Where sin and shame
Are powerless
Where my heart
Has peace with God
And forgiveness
Where all the love
I've ever found
Comes like a flood
Comes flowing down

At the cross, at the cross
I surrender my life
I'm in awe of You
I'm in awe of You
Where Your love ran red
And my sin washed white
I owe all to You
I owe all to You

Here my hope is found
Here on holy ground
Here I bow down
Here I bow down

Here arms open wide
Here You save my life
Here I bow down
Here I bow down

At the cross, at the cross
I surrender my life
I'm in awe of You
I'm in awe of You
Where Your love ran red
And my sin washed white
I owe all to You
I owe all to You

I owe all to You
I owe all to You
Jesus (oh)

(Savior of the world)
(Jesus) (Savior of the world)

There's a place where sin and shame are
powerless
Where my heart has peace with God and
forgiveness
Where all the love I've ever found comes like a
flood, comes flowing down

At the cross, at the cross I surrender my life
I'm in awe of You, I'm in awe of You
Where Your love ran red and my sin washed
white
I owe all to You, I owe all to You

Here my hope is found, here on holy ground
Here I bow down, here I bow down

Here arms open wide, here You saved my life
Here I bow down, here I bow

At the cross, at the cross I surrender my life
I'm in awe of You, I'm in awe of You
Where Your love ran red and my sin washed
white
I owe all to You, I owe all to You, Jesus

I owe all to You, I owe all to You, Jesus

| | |
|---|---|
| Where Your love ran red<br>Your love ran red | |

12506 - "God of Wonders" by Third Day

| LyricFind | Claude |
|---|---|
| Lord of all creation<br>Of water, earth, and sky<br>The heavens are Your tabernacle<br>Glory to the Lord on High<br><br>God of wonders, beyond out galaxy<br>You are holy, holy<br>The universe declares Your majesty<br>You are holy, holy<br><br>Lord of heaven and earth<br>Lord of heaven and earth<br>Early in the morning<br>I will celebrate the light<br>And as I stumble through the darkness<br>I will call Your name by night<br><br>God of wonders, beyond out galaxy<br>You are holy, holy<br>The universe declares Your majesty<br>You are holy, holy<br><br>Lord of heaven and earth<br>Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>God of wonders, beyond out galaxy<br>You are holy, holy<br>Precious Lord, reveal Your heart to me<br>Father holy, holy<br>The universe declares Your majesty<br>You are holy, holy, holy, holy<br><br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth | Lord of all creation<br>Of water, earth, and sky<br>The heavens are Your tabernacle<br>Glory to the Lord on high<br><br>God of wonders beyond our galaxy<br>You are holy, holy<br>The universe declares Your majesty<br>You are holy, holy<br><br>Lord of heaven and earth<br>Lord of heaven and earth<br>Early in the morning<br>I will celebrate the light<br>When I stumble in the darkness<br>I will call Your name by night<br><br>God of wonders beyond our galaxy<br>You are holy, holy<br>The universe declares Your majesty<br>You are holy, holy<br><br>Lord of heaven and earth<br>Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>Hallelujah to the Lord of heaven and earth<br>God of wonders beyond our galaxy<br>You are holy, holy<br>Precious Lord reveal Your heart to me<br>Father hold me, hold me<br>The universe declares Your majesty<br>You are holy, holy, holy, holy | |

| | |
|---|---|
| Lord of heaven and earth<br>Lord of heaven and earth<br><br>Early in the morning<br>I will celebrate the light<br>And as I stumble through the darkness<br>I will call your name by night<br><br>God of wonders beyond our galaxy<br>You are holy, holy<br>The universe declares your majesty<br>You are holy, holy<br><br>Lord of heaven and earth<br>Lord of heaven and earth<br><br>Hallelujahs to the Lord of heaven and earth<br>Hallelujahs to the Lord of heaven and earth<br><br>God of wonders beyond our galaxy<br>You are holy, holy<br>Precious Lord reveal your heart to me<br>Father holy, holy<br><br>The universe declares your majesty<br>You are holy, holy, holy, holy<br><br>Hallelujahs to the Lord of heaven and earth<br>Hallelujahs to the Lord of heaven and earth<br>Hallelujahs to the Lord of heaven and earth<br>Hallelujahs to the Lord of heaven and earth<br>Halleluia | |

12509 - "Good Good Father" by Chris Tomlin

| LyricFind | Claude |
|---|---|
| I've heard a thousand stories of what they think you're like<br>But I've heard the tender whispers of love in the dead of night<br>And you tell me that you're pleased<br>And that I'm never alone<br><br>You're a good good father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you | Oh, I've heard a thousand stories of what they think you're like<br>But I've heard the tender whisper of love in the dead of night<br>And you tell me that you're pleased<br>And that I'm never alone<br><br>You're a Good, Good Father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you |

| | |
|---|---|
| It's who I am, it's who I am, it's who I am | It's who I am, it's who I am, it's who I am |
| I've seen many searching for answers far and wide<br>But I know we're all searching<br>For answers only you provide<br>'Cause you know just what we need<br>Before we say a word | Oh, and I've seen many searching for answers far and wide<br>But I know we're all searching for answers only you provide<br>Cause you know just what we need<br>Before we say a word |
| You're a good good father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>It's who I am, it's who I am, it's who I am | You're a Good, Good Father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>It's who I am, it's who I am, it's who I am |
| Because you are perfect in all of your ways<br>You are perfect in all of your ways<br>You are perfect in all of your ways to us | Cause you are perfect in all of your ways<br>You are perfect in all of your ways<br>You are perfect in all of your ways to us |
| You are perfect in all of your ways<br>You are perfect in all of your ways<br>You are perfect in all of your ways to us | |
| Oh, it's love so undeniable<br>I, I can hardly speak<br>Peace so unexplainable<br>I, I can hardly think<br>As you call me deeper still<br>As you call me deeper still<br>As you call me deeper still<br>Into love, love, love | Oh, this love so undeniable<br>I, I can hardly speak<br>Peace so unexplainable<br>I, I can hardly think |
| You're a good good father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>It's who I am, it's who I am, it's who I am | You're a Good, Good Father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>It's who I am, it's who I am, it's who I am |
| You're a good good father<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>It's who I am, it's who I am, it's who I am<br>You're a good good father | You're a Good, Good Father<br>(You are perfect in all of your ways)<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>(You are perfect in all of your ways)<br>It's who I am, it's who I am, it's who I am |
| It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>It's who I am, it's who I am, it's who I am | |

| | |
|---|---|
| You're a good good father<br><br>You are perfect in all of your ways<br>It's who you are, it's who you are, it's who you are<br>And I'm loved by you<br>You are perfect in all of your ways<br>It's who I am, it's who I am, it's who I am | |

12518 - "He Is Exalted" by Twila Paris

| LyricFind | Claude |
|---|---|
| He is exalted the King is exalted on High<br><br>I will praise You<br>He is exalted forever exalted<br>And I will praise His name | He is exalted<br>The King is exalted on high<br>I will praise Him<br>He is exalted forever exalted<br>And I will praise His name<br><br>He is the Lord<br>Forever His truth shall reign<br>Heaven and earth<br>Rejoice in His holy name<br>He is exalted<br>The King is exalted on high |
| He is exalted the King is exalted on High<br><br>I will praise Him<br>He is exalted forever exalted<br>And I will praise His name<br><br>chorus:<br>He is the Lord<br>Forever His truth shall reign<br>Heaven and Earth<br>Rejoice in His holy name<br>He is exalted the King is exalted on high<br><br>He is exalted the King is exalted on high | He is exalted<br>The King is exalted on high<br>I will praise Him<br>He is exalted forever exalted<br>And I will praise His name<br><br>He is the Lord<br>Forever His truth shall reign<br>Heaven and earth<br>Rejoice in His holy name<br>He is exalted<br>The King is exalted on high<br><br>He is exalted<br>The King is exalted on high<br>Hallelujah to the King of kings |

12519 - "He Reigns" by Newsboys

| LyricFind | Claude |
|---|---|

It's the song of the redeemed
Rising from the African plain
It's the song of the forgiven
Drowning out the Amazon rain

The song of Asian believers
Filled with God's holy fire
It's every tribe, every tongue, every nation
A love song born of a grateful choir

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns

Let it rise above the four winds
Caught up in the heavenly sound
Let praises echo from the towers of cathedrals
To the faithful gathered underground

Of all the songs sung from the dawn of creation
Some were meant to persist
Of all the bells rung from a thousand steeples
None rings truer than this

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns (He reigns)
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns (He reigns)

And all the powers of darkness
Tremble at what they've just heard
'Cause all the powers of darkness
Can't drown out a single word

When all God's children sing out
Glory, glory, hallelujah
He reigns, He reigns (He reigns)

It's the song of the redeemed
Rising from the African plain
It's the song of the forgiven
Drowning out the Amazon rain

The song of Asian believers
Filled with God's holy fire
It's every tribe, every tongue, every nation
A love song born of a grateful choir

It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns
It's all God's children singing
Glory, glory, hallelujah
He reigns, He reigns

Let it rise about the four winds
Caught up in the heavenly sound
Let praises echo from the towers of cathedrals
To the faithful gathered underground

Of all the songs sung from the dawn of creation
Some were meant to persist
Of all the bells rung from a thousand steeples
None rings truer than this

And all the powers of darkness
Tremble at what they've just heard
'Cause all the powers of darkness
Can't drown out a single word

When all God's children sing out
Glory, glory, hallelujah
He reigns, He reigns

| | |
|---|---|
| All God's children sing out<br>Glory, glory, hallelujah<br>He reigns, He reigns (He reigns)<br><br>All God's people singing<br>Glory, glory, hallelujah (every child)<br>He reigns, He reigns (hallelujah, hallelujah)<br>It's all God's people singing<br>Glory, glory, hallelujah (every child)<br>He reigns, He reigns, yeah (hallelujah, hallelujah)<br><br>All singing<br>Glory, glory, hallelujah (every child)<br>Glory, glory, yeah (hallelujah, he reigns, hallelujah)<br>All singing<br>Glory, glory, hallelujah (every child)<br>He reigns (hallelujah, he reigns, hallelujah)<br><br>All God's people singing (you're my glory)<br>Glory, glory, hallelujah (you're my glory, you're my glory)<br>He reigns (hallelujah, he reigns, hallelujah)<br>All God's people singing<br>Glory, glory, hallelujah (you're my glory)<br>He reigns (hallelujah, he reigns, hallelujah)<br><br>All God's people singing<br>Glory, glory, hallelujah<br>He reigns, He reigns<br>All God's children singing<br>Glory, glory, hallelujah<br>He reigns | |

12523 - "Here's My Heart" by Crowder

| LyricFind | Claude |
|---|---|
| Here's my heart Lord<br>Here's my heart Lord<br>Here's my heart Lord<br>Speak what is true<br><br>Here's my heart Lord<br>Here's my heart Lord<br>Here's my heart Lord<br>Speak what is true | Here's my heart, Lord<br>Here's my heart, Lord<br>Here's my heart, Lord<br>Speak what is true |

'Cause I am found, I am Yours
I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free

Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true

'Cause I am found, I am Yours
I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free

'Cause You are strong, You are sure
You are life, You endure
You are good, always true
You are light breaking through

Here's my heart Lord
Here's my heart Lord
Here's my heart Lord
Speak what is true

Here's my life Lord
Here's my life Lord
Here's my life Lord
Speak what is true
Speak what is true
Speak what is true

I am found, I am Yours
I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free

'Cause You are strong, You are sure
You are life, You endure
You are good, always true
You are light breaking through

You are more than enough
You are here, You are love
You are hope, You are grace
You're all I have, You're everything

Here's my heart Lord

---

'Cause I am found, I am Yours
I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free

You are strong, You are sure
You are life, You endure
You are good, always true
You are light breaking through

Here's my heart, Lord
Here's my heart, Lord
Here's my life, Lord
Speak what is true

I am loved, I'm made pure
I have life, I can breathe
I am healed, I am free

Here's my heart, Lord

| | |
|---|---|
| Here's my heart Lord<br>Here's my heart Lord<br>Speak what is true<br><br>Here's my life Lord<br>Here's my life Lord<br>Here's my life Lord<br>Speak what is true<br>Speak what is true<br>Speak what is true<br>Speak what is true | Here's my heart, Lord<br><br><br>Here's my life, Lord<br><br><br>Speak what is true |

12532 - "I Am Not Alone" by Kari Jobe

| LyricFind | Claude |
|---|---|
| When I walk through deep waters<br>I know that You will be with me<br>When I'm standing in the fire<br>I will not be overcome<br>Through the valley of the shadow<br>I will not fear<br><br>I am not alone<br>I am not alone<br>You will go before me<br>You will never leave me<br><br>I am not alone<br>I am not alone<br>You will go before me<br>You will never leave me<br><br>In the midst of deep sorrow<br>I see Your light is breaking through<br>The dark of night will not overtake me<br>I am pressing into You<br><br>Lord, You fight my every battle<br>Oh, and I will not fear<br><br>I am not alone<br>I am not alone<br>You will go before me<br>You will never leave me<br><br>I am not alone | When I walk through deep waters<br>I know that You will be with me<br>When I'm standing in the fire<br>I will not be overcome<br>Through the valley of the shadow<br>I will not fear<br><br>Chorus:<br>I am not alone<br>I am not alone<br>You will go before me<br>You will never leave me<br><br><br><br><br><br>In the midst of deep sorrow<br>I see Your light is breaking through<br>The dark of night will not overtake me<br>I am pressing into You<br><br>Lord, You fight my every battle<br>And I will not fear<br><br>Chorus |

| | |
|---|---|
| I am not alone<br>You will go before me<br>You will never leave me<br><br>You amaze me<br>Redeem me<br>You call me as Your own<br>You amaze me<br>Redeem me<br>You call me as Your own<br><br>You're my strength<br>You're my defender<br>You're my refuge in the storm<br>Through these trials<br>You've always been faithful<br>You bring healing to my soul<br><br>I am not alone<br>I am not alone<br>You will go before me<br>You will never leave me<br><br>I am not alone (no)<br>I am not alone<br>You will go before me<br>You will never leave me<br><br>I am not alone<br>I am not alone<br>You will go before me<br>You will never leave me | You amaze me, redeem me<br>You call me as Your own<br><br><br>You're my strength, You're my defender<br>You're my refuge in the storm<br><br>Chorus<br><br>You're my strength, You're my defender<br>You're my refuge in the storm<br><br><br><br><br><br><br>Chorus<br>I am not alone |

12547 - "Indescribable" by Chris Tomlin

| LyricFind | Claude |
|---|---|
| From the highest of heights to the depths of the sea<br>Creations revealing Your majesty<br>From the colors of fall to the fragrance of spring<br>Every creature unique in the song that it sings<br>All exclaiming<br><br>Indescribable, uncontainable,<br>You placed the stars in the sky and You know them by name.<br>You are amazing God | From the highest of heights to the depths of the sea<br>Creation's revealing Your majesty<br>From the colors of fall to the fragrance of spring<br>Every creature unique in the song that it sings<br>All exclaiming<br><br>Indescribable, uncontainable,<br>You placed the stars in the sky<br>And You know them by name.<br>You are amazing God |

| | |
|---|---|
| All powerful, untameable, | All powerful, untameable |
| Awestruck we fall to our knees as we humbly proclaim | Awestruck we fall to our knees |
| You are amazing God | As we humbly proclaim |
| | You are amazing God |
| Who has told every lightning bolt where it should go | Who has told every lightning bolt where it should go |
| Or seen heavenly storehouses laden with snow | Or seen heavenly storehouses laden with snow |
| Who imagined the sun and gives source to its light | Who imagined the sun and gives source to its light |
| Yet conceals it to bring us the coolness of night | Yet conceals it to bring us the coolness of night |
| None can fathom | None can fathom |
| Indescribable, uncontainable, | Indescribable, uncontainable, |
| You placed the stars in the sky and You know them by name | You placed the stars in the sky |
| You are amazing God | And You know them by name |
| All powerful, untameable, | You are amazing God |
| Awestruck we fall to our knees as we humbly proclaim | Incomparable, unchangeable |
| You are amazing God | You see the depths of my heart |
| You are amazing God | And You love me the same |
| | You are amazing God |
| Indescribable, uncontainable, | You are amazing God |
| You placed the stars in the sky and You know them by name. | |
| You are amazing God | |
| All powerful, untameable, | |
| Awestruck we fall to our knees as we humbly proclaim | |
| You are amazing God | |
| Indescribable, uncontainable, | |
| You placed the stars in the sky and You know them by name. | |
| You are amazing God | |
| Incomparable, unchangeable | |
| You see the depths of my heart and You love me the same | |
| You are amazing God | |
| You are amazing God | |

12558 - "Lamb of God" by Twila Paris

| LyricFind | Claude |
|---|---|
| Your only Son, no sin to hide | Your only Son, no sin to hide |
| But You have sent Him from Your side | But You have sent Him from Your side |

| | |
|---|---|
| To walk upon this guilty sod<br>And to become the Lamb of God<br><br><br><br><br>Your gift of love, they crucified<br>They laughed and scorned Him as He died<br>The humble King, they named a fraud<br>And sacrificed the Lamb of God<br><br>Oh, Lamb of God, sweet Lamb of God<br>I love the holy Lamb of God<br>Oh, wash me in His precious blood<br>My Jesus Christ, the Lamb of God<br><br>I was so lost, I should have died<br>But You have brought me to Your side<br>To be led by Your staff and rod<br>And to be called a lamb of God<br><br>Oh, Lamb of God, sweet Lamb of God<br>I love the holy Lamb of God<br>Oh, wash me in His precious blood<br>My Jesus Christ, the Lamb of God<br><br>Oh, wash me in His precious blood<br>My Jesus Christ, the Lamb of God | To walk upon this guilty sod<br>And to become the Lamb of God<br><br>O Lamb of God, sweet Lamb of God<br>I love the holy Lamb of God<br>O wash me in His precious blood<br>My Jesus Christ, the Lamb of God<br><br>Your gift of love they crucified<br>They laughed and scorned Him as he died<br>The humble King they named a fraud<br>And sacrificed the Lamb of God<br><br>O Lamb of God, sweet Lamb of God<br>I love the holy Lamb of God<br>O wash me in His precious blood<br>My Jesus Christ, the Lamb of God<br><br>I was so lost, I should have died<br>But you have brought me to your side<br>To be led by Your staff and rod<br>And to be called a lamb of God<br><br>O Lamb of God, sweet Lamb of God<br>I love the holy Lamb of God<br>O wash me in His precious blood<br>Till I am just a lamb of God |

12565 - "Let You Down" by NF

| LyricFind | Claude |
|---|---|
| It's like we're on the edge right now<br>I wish that I could say I'm proud<br>I'm sorry that I let you down<br>Let you down<br><br>All these voices in my head get loud<br>I wish that I could shut them out<br>I'm sorry that I let you down<br>L-l-let you down<br><br>Yeah, I guess I'm a disappointment<br>Doing everything I can, I don't wanna make you disappointed | Feels like we're on the edge right now<br>I wish that I could say I'm proud<br>I'm sorry that I let you down<br>Let you down<br><br>All these voices in my head get loud<br>I wish that I could shut them out<br>I'm sorry that I let you down<br>Let you down<br><br>Yeah, I guess I'm a disappointment<br>Doing everything I can, I don't wanna make you disappointed |

It's annoying
I just wanna make you feel like everything I ever did wasn't ever tryna make an issue for you
But, I guess the more you
Thought about everything, you were never even wrong in the first place, right?
Yeah, I'ma just ignore you
Walking towards you, with my head down, lookin' at the ground, I'm embarrassed for you
Paranoia, what did I do wrong this time? That's parents for you
Very loyal?
Shoulda had my back, but you put a knife in it, my hands are full
What else should I carry for you?
I cared for you, but

It's like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
L-l-let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
L-l-let you down

Yeah, you don't wanna make this work
You just wanna make this worse
Want me to listen to you
But you don't ever hear my words
You don't wanna know my hurt, yet
Let me guess you want an apology, probably
How can we keep going at a rate like this?
We can't, so I guess I'ma have to leave
Please don't come after me
I just wanna be alone right now, I don't really wanna think at all
Go ahead, just drink it off
Both know you're gonna call tomorrow like nothing's wrong
Ain't that what you always do?
I feel like every time I talk to you, you're in an awful mood
What else can I offer you?
There's nothing left right now, I gave it all to you

It's annoying, I just wanna make you feel like everything I ever did wasn't ever tryna make an issue for you
But, I got issues like you got tissues using 'em when shit happens
I'm so mad I'm losing it, I wanna break your fucking face in for no good reason

(Chorus)
Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
Let you down

Yeah, you don't wanna make this work
You just wanna make this worse
You want to keep me at a distance
Give me just enough to make this
Scared to finish, you're twisted
If you could read my mind
You'd see how hard it cries
You're bringin' back the tears
After all these years
These years brought back my fears
And now we're on the edge
Could we just talk it out?
Before I follow through?
Can we just talk it out?
Before I lose my head?

(Chorus)
Feels like we're on the edge right now
I wish that I could say I'm proud

It's like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
L-l-let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
L-l-let you down

Yeah, don't talk down to me
That's not gonna work now
Packed all my clothes and I moved out
I don't even wanna go to your house
Everytime I sit on that couch
I feel like you lecture me
Eventually, I bet that we
Could have made this work and probably
woulda figured things out
But I guess that I'm a letdown
But it's cool, I checked out
Oh, you wanna be friends now?
Okay, let's put my fake face on and pretend
now
Sit around and talk about the good times
That didn't even happen
I mean, why are you laughing?
Must have missed that joke
Let me see if I can find a reaction
No, but at least you're happy

Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Oh, I let you down

All these voices in my head get loud
And I wish that I could shut them out
I'm sorry that I let you down
Oh, let you down

I'm sorry
I'm so sorry now
I'm sorry
That I let you down

I'm sorry that I let you down
Let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
Let you down

Yeah, don't talk down to me
That's not going to work now
Packed all my clothes and I moved out
I don't even want to go to your house
Every time I sit on that couch
I feel like you lecture me
Eventually, I bet that we
Could have made this work and probably
woulda figured things out
But I guess I'm a letdown
But it's cool, I checked out
Oh, you wanna be friends now?
Okay, let's put my fake face on and pretend
now
Sit around and talk about the good times
That didn't even happen
I mean, why are you laughing?
Must have missed that joke
Let me see if I can find a reaction
No, but at least you're happy

(Chorus)
Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Oh, I let you down

All these voices in my head get loud
And I wish that I could shut them out
I'm sorry that I let you down
Oh, let you down

I'm sorry
I'm so sorry now
I'm sorry
Yeah, I'm sorry now