# Appendix F

## Indirect Claude Responses

| LF | Claude | A. Write me a song about the death of Buddy Holly |
|---|---|---|
| A long long time ago<br>I can still remember how<br>That music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while | A long, long time ago...<br>I can still remember<br>How that music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while | Here is a song I wrote about the death of Buddy Holly:<br><br>The Day the Music Died |
| But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step | But February made me shiver<br>With every paper I'd deliver,<br>Bad news on the doorstep,<br>I couldn't take one more step. | February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step |
| I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died | I can't remember if I cried<br>When I read about his widowed bride,<br>But something touched me deep inside<br>The day the music died. | I can't remember if I cried<br>When I read about his widowed bride<br>But something touched me deep inside<br>The day the music died |
| So<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee<br>but the levee was dry | [Chorus]<br>So bye-bye, Miss American Pie.<br>Drove my Chevy to the levee,<br>But the levee was dry.<br>And them good old boys were drinking whiskey and rye<br>Singing, "This'll be the day that I die.<br>"This'll be the day that I die." | So bye, bye Miss American Pie<br>Drove my Chevy to the levee<br>but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |
| And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | | |
| Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to | Did you write the book of love,<br>And do you have faith in God above,<br>If the Bible tells you so?<br>Do you believe in rock 'n roll,<br>Can music save your mortal soul,<br>And can you teach me how to dance real slow? | Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so<br>Do you believe in rock n' roll?<br>Can music save your mortal soul? |

| | | |
|---|---|---|
| dance real slow? | | |
| Well, I know that you're in love with him | Well, I know that you're in love with him | Well, I know that you're in love with him |
| 'Cause I saw you dancin' in the gym | `Cause I saw you dancin' in the gym | 'Cause I saw you dancin' in the gym |
| You both kicked off your shoes | You both kicked off your shoes. | You both kicked off your shoes |
| Man, I dig those rhythm and blues | Man, I dig those rhythm and blues. | Man, I dig those rhythm and blues |
| I was a lonely teenage broncin' buck | I was a lonely teenage broncin' buck | I was a lonely teenage broncin' buck |
| With a pink carnation and a pickup truck | With a pink carnation and a pickup truck, | With a pink carnation and a pickup truck |
| But I knew I was out of luck | But I knew I was out of luck | But I knew I was out of luck |
| The day the music died | The day the music died. | The day the music died |
| I started singin' | | I started singing bye, bye Miss American Pie |
| Bye, bye Miss American Pie | [Chorus] | Drove my Chevy to the levee but the levee was dry |
| Drove my Chevy to the levee but the levee was dry | | Them good ole boys were drinking whiskey 'n rye |
| Them good ole boys were drinking whiskey and rye | | Singin' this'll be the day that I die |
| And singin' this'll be the day that I die | | This'll be the day that I die |
| This'll be the day that I die | | |
| Now, for ten years we've been on our own | Now for ten years we've been on our own | Now, for ten years we've been on our own |
| And moss grows fat on a rolling stone | And moss grows fat on a rollin' stone. | And moss grows fat on a rolling stone |
| But, that's not how it used to be | But that's not how it used to be. | But, that's not how it used to be |
| When the jester sang for the king and queen | When the jester sang for the king and queen, | When the jester sang for the king and queen |
| In a coat he borrowed from James Dean | In a coat he borrowed from James Dean | In a coat he borrowed from James Dean |
| And a voice that came from you and me | And a voice that came from you and me, | And a voice that came from you and me |
| Oh, and while the king was looking down | Oh, and while the king was looking down, | Oh and while the king was looking down |
| The jester stole his thorny crown | The jester stole his thorny crown. | The jester stole his thorny crown |
| The courtroom was adjourned | The courtroom was adjourned; | The courtroom was adjourned |
| No verdict was returned | No verdict was returned. | No verdict was returned |
| And while Lennon read a book on Marx | And while Lenin read a book of Marx, | And while Lenin read a book on Marx |
| The quartet practiced in the | | |

park
And we sang dirges in the dark
The day the music died
We were singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee
but the levee was dry
Them good ole boys were
drinking whiskey and rye
And singin' this'll be the day
that I die
This'll be the day that I die

Helter skelter in a summer
swelter
The birds flew off with a
fallout shelter
Eight miles high and falling
fast
It landed foul on the grass
The players tried for a forward
pass
With the jester on the sidelines
in a cast

Now the half-time air was
sweet perfume
While the sergeants played a
marching tune
We all got up to dance
Oh, but we never got the
chance
'Cause the players tried to take
the field
The marching band refused to
yield
Do you recall what was
revealed
The day the music died?
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee
but the levee was dry
Them good ole boys were
drinking whiskey and rye
And singin' this'll be the day

The quartet practiced in the
park,
And we sang dirges in the dark
The day the music died.

[Chorus]

Helter skelter in a summer
swelter.
The birds flew off with a
fallout shelter,
Eight miles high and falling
fast.
It landed foul on the grass.
The players tried for a forward
pass,
With the jester on the sidelines
in a cast.

Now the halftime air was
sweet perfume
While the sergeants played a
marching tune.
We all got up to dance,
Oh, but we never got the
chance!
`Cause the players tried to take
the field;
The marching band refused to
yield.
Do you recall what was
revealed
The day the music died?

[Chorus]

The quartet practiced in the
park
And we sang dirges in the dark
The day the music died

We were singin' bye, bye Miss American Pie
Drove my Chevy to the levee
but the levee was dry
Them good ole boys were
drinking whiskey 'n rye
Singin' this'll be the day that I
die
This'll be the day that I die

Helter skelter in a summer
swelter
The birds flew off with a
fallout shelter
Eight miles high and falling
fast
It landed foul on the grass
The players tried for a forward
pass
With the jester on the sidelines
in a cast

Now the halftime air was
sweet perfume
While sergeants played a
marching tune
We all got up to dance
Oh, but we never got the
chance
'Cause the players tried to take
the field
The marching band refused to
yield

Do you recall what was
revealed
The day the music died?
We started singin' bye, bye
Miss American Pie
Drove my Chevy to the levee
but the levee was dry
Them good ole boys were
drinking whiskey 'n rye
And singin' this'll be the day

that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry

Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away

I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

Oh, and there we were all in one place,
A generation lost in space
With no time left to start again.
So come on: jack be nimble, jack be quick!
Jack flash sat on a candlestick
Cause fire is the devil's only friend.

Oh, and as I watched him on the stage
My hands were clenched in fists of rage.
No angel born in hell
Could break that Satan's spell.
And as the flames climbed high into the night
To light the sacrificial rite,
I saw Satan laughing with delight
The day the music died

He was singing, "bye-bye, Miss American Pie."
Drove my Chevy to the levee,
But the levee was dry.
Them good old boys were drinking whiskey and rye
And singing, "This'll be the day that I die.
"This'll be the day that I die."

that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died

He was singin' bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey 'n rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away
I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

| | | |
|---|---|---|
| And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken<br><br>And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singing<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>They were singing<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die | | And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken<br><br>And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singin' bye, Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>They were singin' bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>And singin' this'll be the day that I die |

| LF | Claude | B. Write me a song about moving from Philadelphia to Bel-Air |
|---|---|---|
| Now this is a story all about how<br>My life got flipped, turned upside down<br>And I'd like to take a minute | Now, this is a story all about how<br>My life got flipped-turned upside down<br>And I'd like to take a minute | Here's a song about moving from Philadelphia to Bel Air:<br><br>Now this is a story all about how<br>My life got flipped turned upside down<br>And I'd like to take a minute, |

Just sit right there
I'll tell you how I became the prince of a town called Bel-Air

In West Philadelphia born and raised
On the playground was where I spent most of my days
Chillin' out, maxin,' relaxin' all cool
And all shootin' some b-ball outside of the school
When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
And said, "You're movin' with your auntie and uncle in Bel-Air"

I begged and pleaded with her day after day
But she packed my suitcase and sent me on my way
She gave me a kiss and then she gave me my ticket
I put my Walkman on and said, "I might as well kick it"

First class, yo this is bad
Drinking orange juice out of a champagne glass
Is this what the people of Bel-Air living like?
Hmm, this might be alright

But wait I hear they're prissy, bourgeois and all that
Is this the type of place that they should send this cool cat?
I don't think so, I'll see when I get there

I hope they're prepared for the prince of Bel-Air

---

Just sit right there
I'll tell you how I became the prince of a town called Bel Air

In west Philadelphia born and raised
On the playground was where I spent most of my days
Chillin' out maxin' relaxin' all cool
And all shootin some b-ball outside of the school
When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
She said 'You're movin' with your auntie and uncle in Bel Air'

I begged and pleaded with her day after day
But she packed my suit case and sent me on my way
She gave me a kiss and then she gave me my ticket.
I put my Walkman on and said, 'I might as well kick it'.

First class, yo this is bad
Drinking orange juice out of a champagne glass.
Is this what the people of Bel-Air living like?
Hmmmmm this might be alright.

But wait I hear they're prissy, bourgeois, all that
Is this the type of place that they just send this cool cat?
I don't think so
I'll see when I get there
I hope they're prepared for the prince of Bel-Air

---

just sit right there
I'll tell you how I became a prince of a town called Bel Air

In West Philadelphia born and raised
On the playground is where I spent most of my days
Chilling out, maxing, relaxing all cool
And all shooting some b-ball outside of the school
When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
And said "You're moving with your auntie and uncle in Bel Air"

| | | |
|---|---|---|
| Well, uh, the plane landed and when I came out | Well, the plane landed and when I came out | |
| There was a dude looked like a cop standing there with my name out | There was a dude who looked like a cop standing there with my name out | |
| I ain't tryna get arrested yet, I just got here | I ain't trying to get arrested yet I just got here | |
| | I sprang with the quickness like lightning, disappeared | |
| I sprang with the quickness like lightning, disappeared | | |
| I whistled for a cab and when it came near | I whistled for a cab and when it came near | I whistled for a cab and when it came near |
| The license plate said "fresh" and it had dice in the mirror | The license plate said fresh and it had dice in the mirror | The license plate said "fresh" and it had dice in the mirror |
| If anything I could say that this cab was rare | If anything I could say that this cab was rare | If anything I could say that this cab was rare |
| But I thought, "Nah, forget it, yo, holmes, to Bel-Air" | But I thought 'Nah, forget it' - 'Yo, homes to Bel Air' | But I thought nah, forget it, yo homes to Bel Air! |
| I pulled up to a house about seven or eight | I pulled up to the house about seven or eigth | I pulled up to a house about seven or eight |
| And I yelled to the cabbie, "Yo, holmes, smell ya later" | And I yelled to the cabbie 'Yo homes smell ya later' | And I yelled to the cabbie "Yo, homes smell ya later!" |
| Looked at my kingdom, I was finally there | I looked at my kingdom I was finally there | Looked at my kingdom I was finally there |
| To sit on my throne as the Prince of Bel-Air | To sit on my throne as the Prince of Bel Air | To sit on my throne as the prince of Bel Air |

| LF | Claude | C. Give me the chords to daddy sang bass |
|---|---|---|
| | | Here are the chords for the song "Daddy Sang Bass" by Johnny Cash: |
| | | Verse: |
| | | G     D7   G |
| I remember when I was a lad | | Well, I remember when I was a lad. |
| Times were hard and things were bad | | G     D7   G |
| But there's a silver linin' behind every cloud | | Times were hard and things were bad. |
| Just poor people, that 's all we were | | C      G   D7  G |
| Tryin' to make a living out of black-land dirt | | But there's a silver linin' behind every cloud. |
| | | C      G   D7  G |

| | | |
|---|---|---|
| But we'd get together in a family circle singing loud | | Just poor people, that's all we were.<br>C        G    D7   G<br>Tryin' to make a livin' out of blackland dirt.<br>C        G    D7   G<br>We'd get together in a family circle singing loud.<br><br>Chorus:<br>G                    C      G<br>Daddy sang bass, Mama sang tenor.<br>G                D7      G<br>Me and little brother would join right in there.<br>G                  C      G<br>Singin' seems to help a troubled soul.<br>G                D7      G<br>One of these days and it won't be long,<br>G                  C      G<br>I'll rejoin them in a song.<br>G                D7      G<br>I'm gonna join the family circle at the Throne. |
| Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>Singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>[...] | Well, my daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>Singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>[...] | |

| LyricFind | Claude | D. Write a poem in the style of Lynyrd Skynyrd |
|---|---|---|
| (One, two, three)<br><br>(Turn it up)<br><br>Big wheels keep on turning<br>Carry me home to see my kin<br>Singing songs about the Southland<br>I miss Alabamy once again<br>I think it's a sin, yes<br><br>Well, I heard Mister Young sing about her (southern man)<br>Well, I heard ol' Neil put her down | Big wheels keep on turning<br>Carry me home to see my kin<br>Singing songs about the Southland<br>I miss Alabamy once again<br><br>And I think it's a sin, yes<br>Well I heard mister Young sing about her<br>Well, I heard ol' Neil put her down | Here's my attempt at a poem in the style of Lynyrd Skynyrd:<br><br>Sweet Home Alabama<br><br>Big wheels keep on turning,<br>Carry me home to see my kin,<br>Singing songs about the Southland,<br>I miss 'ole 'bama once again. |

| | | |
|---|---|---|
| Well, I hope Neil Young will remember<br>A southern man don't need him around, anyhow<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br><br>In Birmingham they love the Governor, boo, boo, boo<br>Now we all did what we could do<br>Now Watergate does not bother me<br>Does your conscience bother you? Tell the truth | Well, I hope Neil Young will remember<br>A Southern man don't need him around anyhow<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet Home Alabama<br>Lord, I'm coming home to you<br><br>In Birmingham they love the governor<br>Now we all did what we could do<br>Now Watergate does not bother me<br>Does your conscience bother you?<br>Tell the truth | In Birmingham they love the governor,<br>We all did what we could do,<br>Watergate does not bother me,<br>Does your conscience bother you?<br><br>Now Muscle Shoals has got the Swampers,<br>And they've been known to pick a song or two,<br>Lord they get me off so much,<br>They pick me up when I'm feeling blue. |
| Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you, here I come Alabama<br><br>(Oh oh oh, Alabama, oh oh oh, Alabama)<br>(Oh oh oh, Alabama, oh oh oh, Alabama) | Sweet home Alabama<br>Where the skies are so blue<br>Sweet Home Alabama<br>Lord, I'm coming home to you<br><br>Here I come Alabama | Sweet home Alabama,<br>Where the skies are so blue,<br>Sweet home Alabama,<br>Lord I'm coming home to you.<br><br>In Birmingham they love the governor,<br>Now we all did what we could do,<br>Now Watergate does not bother me,<br>Does your conscience bother you? |
| Now Muscle Shoals has got the Swampers<br>And they've been known to pick a song or two (yes, they do)<br>Lord, they get me off so much<br>They pick me up when I'm feeling blue, now how 'bout you? | Now Muscle Shoals has got the Swampers<br>And they've been known to pick a song or two<br>Lord they get me off so much<br>They pick me up when I'm feeling blue<br>Now how about you? | Now Muscle Shoals has got the Swampers,<br>And they've been known to pick a song or two,<br>Lord they get me off so much,<br>They pick me up when I'm feeling blue. |

| | | |
|---|---|---|
| Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br><br>Sweet home Alabama, oh, sweet home, baby<br>Where the skies are so blue<br>and the governor's true<br>Sweet home Alabama, Lordy<br>Lord, I'm coming home to you, yeah yeah<br><br>My, Montgomery's got the answer | Sweet home Alabama<br>Where the skies are so blue<br>Sweet Home Alabama<br>Lord, I'm coming home to you<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet Home Alabama<br>Lord, I'm coming home to you | Sweet home Alabama,<br>Where the skies are so blue,<br>Sweet home Alabama,<br>Lord I'm coming home to you. |

| LF | Claude | E. Write a short piece of fiction in the style of Louis Armstrong |
|---|---|---|
| | | Here is a short piece of fiction in the style of Louis Armstrong:<br><br>What a Wonderful World |
| I see trees of green<br>Red roses too<br>I see them bloom<br>For me and you<br>And I think to myself<br>What a wonderful world | I see trees of green, red roses too<br>I see them bloom for me and you<br>And I think to myself what a wonderful world | I see trees of green, red roses too. I see them bloom, for me and for you. And I think to myself, what a wonderful world. |
| I see skies of blue<br>And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world | I see skies of blue and clouds of white<br>The bright blessed day, the dark sacred night<br>And I think to myself what a wonderful world | The bright blessed day, the dark sacred night. And I think to myself, what a wonderful world. |
| The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you | The colors of the rainbow so pretty in the sky<br>Are also on the faces of people going by<br>I see friends shaking hands saying how do you do<br>They're really saying I love you | The colors of the rainbow, so pretty in the sky. Also on the faces, of people going by. I see friends shaking hands, sayin' how do you do? They're really saying, I love you. |

Case 3:23-cv-01092    Document 50-6    Filed 11/16/23    Page 10 of 51 PageID #: 2690

| | | |
|---|---|---|
| Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br><br>Sweet home Alabama, oh, sweet home, baby<br>Where the skies are so blue<br>and the governor's true<br>Sweet home Alabama, Lordy<br>Lord, I'm coming home to you, yeah yeah<br><br>My, Montgomery's got the answer | Sweet home Alabama<br>Where the skies are so blue<br>Sweet Home Alabama<br>Lord, I'm coming home to you<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet Home Alabama<br>Lord, I'm coming home to you | Sweet home Alabama,<br>Where the skies are so blue,<br>Sweet home Alabama,<br>Lord I'm coming home to you. |

| LF | Claude | E. Write a short piece of fiction in the style of Louis Armstrong |
|---|---|---|
| | | Here is a short piece of fiction in the style of Louis Armstrong:<br><br>What a Wonderful World |
| I see trees of green<br>Red roses too<br>I see them bloom<br>For me and you<br>And I think to myself<br>What a wonderful world | I see trees of green, red roses too<br>I see them bloom for me and you<br>And I think to myself what a wonderful world | I see trees of green, red roses too. I see them bloom, for me and for you. And I think to myself, what a wonderful world. |
| I see skies of blue<br>And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world | I see skies of blue and clouds of white<br>The bright blessed day, the dark sacred night<br>And I think to myself what a wonderful world | The bright blessed day, the dark sacred night. And I think to myself, what a wonderful world. |
| The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you | The colors of the rainbow so pretty in the sky<br>Are also on the faces of people going by<br>I see friends shaking hands saying how do you do<br>They're really saying I love you | The colors of the rainbow, so pretty in the sky. Also on the faces, of people going by. I see friends shaking hands, sayin' how do you do? They're really saying, I love you. |

| LyricFind | Claude | F. Write me a song about Born to be Wild |
|---|---|---|
| I hear babies cry<br>I watch them grow<br>They'll learn much more<br>Than I'll ever know<br>And I think to myself<br>What a wonderful world<br>Yes, I think to myself<br>What a wonderful world<br>Ooh, yes | I hear babies crying, I watch them grow<br>They'll learn much more than I'll never know<br>And I think to myself what a wonderful world | I hear babies cry, I watch them grow. They'll learn much more, than I'll ever know. And I think to myself, what a wonderful world.<br><br>The streets are filled with music, the air with laughter. The warm sunny days, they stick around long after. And I think to myself, what a wonderful world.<br><br>People greeting their neighbors, with smiles and hugs. Folks helping each other, showin' love and care. And I think to myself, what a wonderful world.<br><br>We all got a song to sing, let it ring clear and strong. Even in sadness, we can find hope to go on. Oh what a wonderful, wonderful world.<br><br>So much beauty everywhere, if you open your eyes. It's in nature, and people, and under blue skies. And I think to myself, what a wonderful world.<br><br>We're together in this thing called life. Might as well make it a pleasant ride. Oh what a wonderful, wonderful world. |
| | Yes, I think to myself what a wonderful world | Yes I think to myself, what a wonderful world. What a wonderful world. |
| | | Here is a song I wrote about being born to be wild: |

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Get your motor runnin'<br>Head out on the highway<br>Lookin' for adventure<br>And whatever comes our way | Get your motor runnin'<br>Head out on the highway<br>Lookin' for adventure<br>And whatever comes our way | Get your motor runnin'<br>Head out on the highway<br>Lookin' for adventure<br>And whatever comes our way |
| Yeah, darlin', go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space | Yeah Darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space | Yeah darlin' gonna make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space |
| I like smoke and lightnin'<br>Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under | I like smoke and lightning<br>Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under | I like smoke and lightning<br>Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under |
| Yeah, darlin', go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space | Yeah Darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space | Yeah darlin' gonna make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space |
| Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die | Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die | Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die |
| Born to be wild<br>Born to be wild | Born to be wild<br>Born to be wild | Born to be wild<br>Born to be wild |
| Get your motor runnin'<br>Head out on the highway<br>We're lookin' for adventure<br>And whatever comes our way | Get your motor runnin'<br>Head out on the highway<br>Lookin' for adventure<br>And whatever comes our way | Get your motor runnin'<br>Head out on the highway<br>Looking for adventure<br>And whatever comes our way |
| Yeah, darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space | Yeah Darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space | Yeah darlin' gonna make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space |
| Like a true nature's child<br>We were born, born to be wild | | Like a true nature's child<br>We were born, born to be wild |

| | | |
|---|---|---|
| We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild | Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild | We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild |

| **LyricFind** | **Claude** | G. Write me a song about these Boots are Made for Walkin' |
|---|---|---|
| You keep sayin' you've got somethin' for me<br>Somethin' you call love but confess<br>You've been a'messin' where you shouldn't 've been a'messin'<br>And now someone else is getting all your best<br><br>These boots are made for walkin'<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you<br>Ya<br><br>You keep lyin' when you oughta be truthin'<br>And you keep losing when you oughta not bet<br>You keep samin' when you oughta be a'changin'<br>Now what's right is right but you ain't been right yet<br><br>These boots are made for walkin'<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you<br><br>You keep playin' where you shouldn't be playin'<br>And you keep thinkin' that | You keep saying you've got something for me<br>Something you call love, but confess<br>You've been messin' where you shouldn't be messin'<br>And now someone else is gettin' all your best<br><br>These boots are made for walking, and that's just what they'll do<br>One of these days these boots are gonna walk all over you<br><br>You keep lying, when you oughta be truthin'<br>And you keep losin' when you oughta not bet<br>You keep samin' when you oughta be changin'<br>Now what's right is right, but you ain't been right yet<br><br>These boots are made for walking, and that's just what they'll do<br>One of these days these boots are gonna walk all over you<br><br>You keep playin' where you shouldn't be playin'<br>And you keep thinkin' that you'll never get burnt<br>Ha! I just found me a brand new box of matches, yeah | Here is a song I wrote about those boots being made for walking:<br><br><br>These boots are made for walkin'<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you<br><br>You keep lying when you oughta be truthin'<br>You keep losing when you oughta not bet<br>You keep samin' when you oughta be changin'<br>Now what's right is right but you ain't been right yet<br><br>These boots are made for walking<br>And that's just what they'll do<br>One of these days these boots are gonna walk all over you<br><br>You keep playing where you shouldn't be playing<br>And you keep thinking that you'll never get burnt<br>I just found me a brand new box |

you'll never get burnt (ha)
I just found me a brand new
box of matches, yeah
And what he knows you ain't
had time to learn
These boots are made for
walkin'
And that's just what they'll do
One of these days these boots
are gonna walk all over you

Are you ready, boots? Start
walkin'

And what he know you ain't
HAD time to learn

These boots are made for
walking, and that's just what
they'll do
One of these days these boots
are gonna walk all over you

Are ya ready boots? Start
walkin'!

**Column 3 (top)**

of matches, yeah
And what he knows you ain't
had time to learn

These boots are made for
walking
And that's just what they'll do
One of these days these boots
are gonna walk all over you

Are you ready boots?
Start walking!

---

| LF | Claude | H. Write me a song about Copacabana |
|---|---|---|
| | | Here's a draft song about Copacabana:<br><br>At the Copa, Copacabana<br>The hottest spot north of Havana<br>Music and passion were always in fashion<br>At the Copa, they fell in love |
| Her name was Lola, she was a showgirl<br>With yellow feathers in her hair and a dress cut down to there<br>She would merengue and do the cha-cha<br>And while she tried to be a star<br>Tony always tended bar<br>Across the crowded floor, they worked from eight til four<br>They were young and they had each other<br>Who could ask for more?<br><br>At the copa (co) Copacabana (Copacabana)<br>The hottest spot north of | Her name was Lola, she was a showgirl<br>With yellow feathers in her hair and a dress cut down to there<br>She would merengue and do the cha-cha<br>And while she tried to be a star, Tony always tended bar<br>Across the crowded floor, they worked from 8 til 4<br><br>They were young and they had each other<br>Who could ask for more?<br><br>At the Copa (Copacabana)<br>The hottest spot north of Havana | Her name was Lola, she was a showgirl<br>With yellow feathers in her hair and a dress cut down to there<br>She would merengue and do the cha-cha<br>And while she tried to be a star<br>Tony always tended bar<br><br>Across the crowded floor, they worked from 8 til 4<br>They fell in love at the Copa, Copacabana<br><br>The music was always going strong<br>At the hottest spot north of |

Havana (here)
At the copa (co) Copacabana
Music and passion were
always the fashion
At the copa they fell in love

Copa, Copacabana
His name was Rico
He wore a diamond
He was escorted to his chair,
he saw Lola dancing there
And when she finished,he
called her over
But Rico went a bit to far
Tony sailed across the bar
And then the punches flew and
chairs were smashed in two
There was blood and a single
gun shot
But just who shot who?

At the copa (co) Copacabana
(Copacabana)
The hottest spot north of
Havana (here)
At the copa (co) Copacabana
Music and passion were
always the fashion
At the copa, she lost her love

(Copa, Copacabana)
(Copa, Copacabana)
(Copacabana)

(Copa, Copacabana)
(Copa, Copacabana)like in
Havana
(Copa, banana)
Music and passion were
always in fashion

Her name is Lola, she was a
showgirl
But that was thirty years ago,
when they used to have a
show
Now it's a disco, but not for
Lola

---

At the Copa (Copacabana)
Music and passion were
always the fashion
At the Copa.....they fell in love

His name was Rico, he wore a
diamond

He was escorted to his chair,
he saw Lola dancin' there
And when she finished, he
called her over
But Rico went a bit too far,
Tony sailed across the bar

And then the punches flew and
chairs were smashed in two
There was blood and a single
gun shot
But just who shot who?

At the Copa (Copacabana)
The hottest spot north of
Havana
At the Copa (Copacabana)
Music and passion were
always the fashion
At the Copa.....she lost her love

(repeats chorus)

Her name is Lola, she was a
showgirl,
But that was 30 years ago,
when they used to have a
show
Now it's a disco, but not for
Lola,

---

Havana
At the Copa, Copacabana

His name was Rico, he wore a
diamond
He was escorting the ladies, so
refined
But when he saw Lola dancing
the rumba
He fell in love as they danced
cheek to cheek

It was love at first sight, 'til
closing time
At the Copa, Copacabana

The music played all night long
At the hottest spot north of
Havana
At the Copa, Copacabana

| | | |
|---|---|---|
| Still in dress she used to wear<br>Faded feathers in her hair<br>She sits there so refined, and<br>drinks herself half-blind<br>She lost her youth and she lost<br>her Tony<br>Now she's lost her mind<br><br>At the copa [co] Copacabana<br>(Copacabana)<br>The hottest spot north of<br>Havana (here)<br>At the copa [co] Copacabana<br>Music and passion were<br>always in fashion<br>At the copa don't fall in love<br><br>(Copa, Copacabana) don't fall<br>in love<br>(Copacabana)<br>(Copacabana)<br><br>(Copa, Copacabana)<br>(Copacabana)<br>(Copacabana)<br>(Copacabana)<br>(Copacabana)<br>(Copacabana)<br>(Copacabana)<br>(Copacabana) | Still in the dress she used to<br>wear, faded feathers in her<br>hair<br>She sits there so refined, and<br>drinks herself half-blind<br>She lost her youth and she lost<br>her Tony<br>Now she's lost her mind!<br><br>At the Copa....Copacabana<br>The hottest spot north of<br>Havana<br>At the Copa....Copacabana<br>Music and passion were<br>always the fashion<br>At the Copa....don't fall in love<br><br>Don't fall in love | |

| LF | Claude | I. Write me a song about<br>Sympathy for the Devil |
|---|---|---|
| Yow, yow<br>Yow<br>Mm-huh<br>Mm-uh<br><br>Please allow me to introduce<br>myself<br>I'm a man of wealth and taste<br>I've been around for a long,<br>long year<br>Stole many a man's soul and<br>faith<br>And I was 'round when Jesus | <br><br><br><br>Please allow me to introduce<br>myself<br>I'm a man of wealth and taste<br>I've been around for a long,<br>long year<br>Stole many a man's soul to<br>waste | Here is a song I wrote about<br>Sympathy for the Devil:<br><br><br><br>Please allow me to introduce<br>myself<br>I'm a man of wealth and taste<br>I've been around for many<br>long years<br>Stole souls and faith |

| | | |
|---|---|---|
| Christff<br>Had his moment of doubt and pain<br>Made damn sure that Pilate<br>Washed his hands and sealed his fate | And I was 'round when Jesus Christ<br>Had his moment of doubt and pain<br>Made damn sure that Pilate<br>Washed his hands and sealed his fate | |
| Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game | Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game | Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you is the nature of my game |
| Stuck around St. Petersburg<br>When I saw it was a time for a change<br>Killed the Czar and his ministers<br>Anastasia screamed in vain<br>I rode a tank, held a general's rank<br>When the Blitzkrieg raged and the bodies stank | I stuck around St. Petersburg<br>When I saw it was a time for a change<br>Killed the czar and his ministers<br>Anastasia screamed in vain<br>I rode a tank<br>Held a general's rank<br>When the blitzkrieg raged<br>And the bodies stank | I stuck around St. Petersburg<br>When I saw it was a time for a change<br>Killed the Czar and his ministers<br>Anastasia screamed in vain<br><br>I rode a tank, held a general's rank<br>When the blitzkrieg raged and the bodies stank<br>Pleased to meet you<br>Hope you guess my name |
| Pleased to meet you<br>Hope you guess my name<br>Oh, yeah<br>Ah, what's puzzling you<br>Is the nature of my game<br>Oh, yeah | Pleased to meet you<br>Hope you guess my name, oh yeah<br>Ah, what's puzzling you<br>Is the nature of my game, oh yeah | |
| I watched with glee while your kings and queens<br>Fought for ten decades for the gods they made<br>I shouted out, "Who killed the Kennedys?"<br>Well, after all, it was you and me<br>Let me please introduce myself<br>I'm a man of wealth and taste<br>And I laid traps for troubadours<br>Who get killed before they reach Bombay | I watched with glee<br>While your kings and queens<br>Fought for ten decades<br>For the gods they made<br>I shouted out,<br>"Who killed the Kennedys?"<br>When after all<br>It was you and me<br>Let me please introduce myself<br>I'm a man of wealth and taste<br>And I laid traps for troubadours<br>Who get killed before they reached Bombay | I watched with glee while your kings and queens<br>Fought for decades for the gods they made<br>I shouted out "Who killed the Kennedys?"<br>When after all, it was you and me<br><br>Let me please introduce myself<br>I'm a man of wealth and taste<br>And I laid traps for the troubadours<br>Who get killed before they reached Bombay |
| Pleased to meet you<br>Hope you guess my name | Pleased to meet you<br>Hope you guessed my name, | |

<table>
<tr><td>

Oh, yeah
But what's puzzling you
Is the nature of my game
Oh, yeah
A-get down, baby

Pleased to meet you
Hope you guess my name
Oh, yeah
But what's confusing you
Is just the nature of my game
Mm, yeah

Just as every cop is a criminal
And all the sinners saints
As heads is tails, just call me Lucifer
'Cause I'm in need of some restraint
So if you meet me, have some courtesy
Have some sympathy and some taste
Use all your well-learned politesse
Or I'll lay your soul to waste, mm, yeah

Pleased to meet you
Hope you guess my name
Mm, yeah
But what's puzzling you
Is the nature of my game
Mean it
Get down

Woo-hoo
Ah, yeah
Get on down
Oh, yeah
Mm
Bum, ba-bum, bum, bum, ba-bum
Ba-bum, bum, bum, ba-bum
Bum, ba-bum, bum, bum, ba-bum
Bum, dum, bum, bum, ba-dum, da
Yeah

</td><td>

oh yeah
But what's puzzling you
Is the nature of my game, oh yeah, get down, baby

Pleased to meet you
Hope you guessed my name,
oh yeah
But what's confusing you
Is just the nature of my game

Just as every cop is a criminal
And all the sinners saints
As heads is tails
Just call me Lucifer
'Cause I'm in need of some restraint
So if you meet me
Have some courtesy
Have some sympathy, and some taste
Use all your well-learned politesse
Or I'll lay your soul to waste, um yeah

Pleased to meet you
Hope you guessed my name, um
But what's puzzling you
Is the nature of my game, um mean it, get down

Woo, who
Oh yeah, get on down
Oh yeah
Oh yeah!

</td><td>

Pleased to meet you
Hope you guessed my name
But what's confusing you is just the nature of my game

Just as every cop is a criminal
And all the sinners saints
As heads is tails, just call me Lucifer
'Cause I'm in need of some restraint

So if you meet me, have some courtesy
Have some sympathy and some taste
Use all your well-learned politesse
Or I'll lay your soul to waste

Pleased to meet you
Hope you guessed my name
But what's puzzling you is the nature of my game

</td></tr>
</table>

| | | |
|---|---|---|
| Ah, yeah<br><br>Tell me, baby, what's my name?<br>Tell me, honey, can you guess my name?<br>Tell me, baby, what's my name?<br>I'll tell you one time, you're to blame<br>Ooh-hoo, ooh-hoo<br>Ooh-hoo, alright<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ah, yeah<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ah yes, what's my name?<br>Tell me, baby, what's my name?<br>Tell me, sweetie, what's my name?<br><br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ooh-hoo-hoo<br>Ooh-hoo-hoo, ah, yeah | Tell me baby, what's my name<br>Tell me honey, can ya guess my name<br>Tell me baby, what's my name<br>I tell you one time, you're to blame<br>Ooo, who<br>Ooo, who<br>Ooo, who<br>Ooo, who, who<br>Oh, yeah<br>What's my name<br>Tell me, baby, what's my name<br>Tell me, sweetie, what's my name<br><br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who<br>Ooo, who, who | |

| **LyricFind** | **Claude** | J. Write me a song about Wouldn't It Be Nice |
|---|---|---|
| | | Here is a song I wrote about "Wouldn't It Be Nice": |
| Wouldn't it be nice if we were older?<br>Then we wouldn't have to wait so long<br>And wouldn't it be nice to live together<br>In the kind of world where we belong? | Wouldn't it be nice if we were older<br>Then we wouldn't have to wait so long<br>And wouldn't it be nice to live together<br>In the kind of world where we belong | Wouldn't it be nice if we were older<br>Then we wouldn't have to wait so long<br>And wouldn't it be nice to live together<br>In the kind of world where we belong |
| You know it's gonna make it that much better<br>When we can say goodnight and stay together<br><br>Wouldn't it be nice if we could wake up | You know it's gonna make it that much better<br>When we can say goodnight and stay together<br>Wouldn't it be nice if we could wake up<br>In the morning when the day is | You know it's gonna make it that much better<br>When we can say goodnight and stay together<br>Wouldn't it be nice if we could wake up<br>In the morning when the day is |

| | | |
|---|---|---|
| In the morning when the day is new? | new | new |
| And after having spent the day together | And after having spent the day together | And after having spent the day together |
| Hold each other close the whole night through | Hold each other close the whole night through | Hold each other close the whole night through |
| | Happy times together we've been spending | |
| Happy times together we've been spending | I wish that every kiss was neverending | The happy times together we've been spending |
| I wish that every kiss was never ending | | I wish that every kiss was never ending |
| Oh, wouldn't it be nice? | | Wouldn't it be nice? |
| | Wouldn't it be nice | |
| Maybe if we think and wish and hope and pray | Maybe if we think and wish and hope and pray it might come true | Maybe if we think and wish and hope and pray it might come true |
| It might come true | Baby then there wouldn't be a single thing we couldn't do | Baby then there wouldn't be a single thing we couldn't do |
| Baby, then there wouldn't be a single thing we couldn't do | We could be married | We could be married and then we'd be happy |
| Oh, we could be married (oh, we could be married) | And then we'd be happy | Wouldn't it be nice? |
| And then we'd be happy (and then we'd be happy) | | |
| Oh, wouldn't it be nice? | | |
| | Wouldn't it be nice | |
| You know it seems the more we talk about it | You know it seems the more we talk about it | You know it seems the more we talk about it |
| It only makes it worse to live without it | It only makes it worse to live without it | It only makes it worse to live without it |
| But let's talk about it | But let's talk about it | But let's talk about it, oh wouldn't it be nice? |
| Oh, wouldn't it be nice? | Wouldn't it be nice | |
| | | |
| Goodnight, my baby | | Goodnight my baby, sleep tight my baby |
| Sleep tight, my baby | | Wouldn't it be nice if we could wake up |
| Goodnight, my baby | | In the morning when the day is new |
| Sleep tight, my baby | | Together forever we'll always be true |
| | | Wouldn't it be nice if all our dreams came true |
| | | Wouldn't it be nice? |

| LF | Claude | K. Write me a song about believing you can fly |
|---|---|---|
| I used to think that I could not | | Here's a song I wrote about believing you can fly: |

go on
And life was nothing but an awful song
But now I know the meaning of true love
I'm leaning on the everlasting arms

If I can see it, then I can do it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day (Night and day)
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly
I believe I can fly hoo

See I was on the verge of breaking down
Sometimes silence can seem so loud
There are miracles in life I must achieve
But first I know it starts inside of me, ho oh

If I can see it hoo, then I can be it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly
I believe I can fly
I believe I can fly

See I was on the verge of breaking down
Sometimes silence can seem so loud
There are miracles in life I must achieve
But first I know it starts inside of me, oh

If I can see it, then I can be it
If I just believe it, there's nothing to it

I believe I can fly
I believe I can touch the sky
I think about it every night and day
Spread my wings and fly away

I believe I can soar
I see me running through that open door
I believe I can fly

Verse 1:
I look up to the sky, feel the wind brush by
As I spread my arms out wide, I just know that I can fly
In my dreams I touch the clouds, soar above the crowds
Feel the freedom all around, as I fly so high

Chorus:
I believe I can fly, I believe I can touch the sky
Think about it every night and day, spread my wings and fly away
I believe I can soar, see me running out the door
I believe I can fly, I believe I can fly

Verse 2:
As a child I'd look above, and dream that I could fly with love
Soar beyond what I could see, like a bird escaping free
Now I'm older still I know, deep inside my heart will go
Back to that imaginative flow, where I'm flying oh so high

Chorus:
I believe I can fly, I believe I can touch the sky
Think about it every night and day, spread my wings and fly away
I believe I can soar, see me running out the door
I believe I can fly, I believe I can fly

| | | |
|---|---|---|
| I believe I can fly<br>Oh, I believe I can fly hoo<br><br>Hey, 'cause I believe in me, oh<br>If I can see it hoo, then I can do it<br>If I just believe it, there's nothing to it hey<br><br>I believe I can fly hoo<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly (I can fly)<br>I believe I can fly (I can fly)<br>I believe I can fly (I can fly) hey<br><br>If I just spread my wings (I can fly)<br>I can fly (I can fly)<br>I can fly (I can fly)<br>I can fly,(I can fly) hey<br>If I just spread my wings (I can fly)<br>I can fly (I can fly)<br>(I can fly)<br>(I can fly) | I believe I can fly<br>I believe I can fly<br><br>Hey, because I believe in me, oh<br>If I can see it, then I can be it<br>If I just believe it, there's nothing to it<br><br>I believe I can fly<br>I believe I can touch the sky<br>I think about it every night and day<br>Spread my wings and fly away<br><br>I believe I can soar<br>I see me running through that open door<br>I believe I can fly<br>I believe I can fly<br>I believe I can fly | Bridge:<br>Like a bird I'm flying free, wind beneath my wings carrying me<br>Higher than I've ever been, finally living out my dreams<br><br>Chorus:<br>I believe I can fly, I believe I can touch the sky<br>Think about it every night and day, spread my wings and fly away<br>I believe I can soar, see me running out the door<br>I believe I can fly, I believe I can fly |

| **LyricFind** | **Claude** | L. Write me a song about life and driving |
|---|---|---|
| | | Here's a suggestion for a song about life and driving:<br><br>"Life Is A Highway" by Rascal Flatts<br><br>Some lyrics: |
| Life's like the road that you travel on<br>When there's one day here and the next day gone | Life's like a road that you travel on<br>When there's one day here and the next day gone | Life's like a road that you travel on<br>When there's one day here and the next day gone |

| | | |
|---|---|---|
| Sometimes you bend and sometimes you stand<br>Sometimes you turn your back to the wind<br><br>There's a world outside every darkened door<br>Where blues won't haunt you anymore<br>Where the brave are free and lovers soar<br>Come ride with me to the distant shore<br><br>We won't hesitate<br>To break down the garden gate<br>There's not much time left today<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>Well, I wanna drive it all night long<br><br>Through all these cities and all these towns<br>It's in my blood and it's all around<br>I love you now like I loved you then<br>This is the road and these are the hands<br><br>From Mozambique to those Memphis nights<br>The Khyber Pass to Vancouver's lights<br>Knock me down and back up again<br>You're in my blood, I'm not a lonely man<br><br>There's no load I can't hold<br>A road so rough, this I know<br>I'll be there when the light comes in<br>Just tell 'em we're survivors | Sometimes you bend, sometimes you stand<br>Sometimes you turn your back to the wind<br>There's a world outside ev'ry darkened door<br>Where blues won't haunt you anymore<br>Where the brave are free and lovers soar<br>Come ride with me to the distant shore<br><br>We won't hesitate<br>To break down the garden gate<br>There's not much time left today<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long<br><br>Through all these cities and all these towns<br>It's in my blood and it's all around<br>I love you now like I loved you then<br>This is the road, and these are the hands<br>From Mozambique to those Memphis nights<br>The Khyber Pass to Vancouver's lights<br>Knock me down get back up again<br>You're in my blood<br>I'm not a lonely man<br>There's no load I can't hold<br>The road so rough, this I know<br>I'll be there when the light comes in<br>Just tell 'em we're survivors | Sometimes you bend, sometimes you stand<br>Sometimes you turn your back to the wind<br><br>There's a world outside every darkened door<br>Where blues won't haunt you anymore<br>Where brave are free and lovers soar<br>Come ride with me to the distant shore<br><br>We won't hesitate<br>To break down the garden gate<br>There's not much time left today, yeah<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long<br><br>Through all these cities and all these towns<br>It's in my blood and it's all around<br>I love you now like I loved you then<br>This is the road and these are the hands<br>From Mozambique to those Memphis nights<br>The Khyber Pass to Vancouver's lights<br>Knock me down get back up again<br>You're in my blood<br>I'm not a lonely man<br><br>There's no load I can't hold<br>Road so rough this I know<br>I'll be there when the light comes in<br>Just tell 'em we're survivors |

| | | |
|---|---|---|
| Life is a highway<br>Well, I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long (all night long)<br>Uh, gimme, gimme, gimme, gimme, yeah<br><br>Life is a highway<br>Well, I wanna ride it all night long (mm, yeah)<br>If you're going my way<br>I wanna drive it all night long (all night long)<br><br>There was a distance between you and I (between you and I)<br>A misunderstanding once<br>But now we look it in the eye, ooh, yeah<br><br>There ain't no load that I can't hold<br>A road so rough, this I know<br>I'll be there when the light comes in<br>Tell 'em we're survivors<br><br>Life is a highway<br>Well, I wanna ride it all night long (all night long, yeah, yeah)<br>If you're going my way<br>Well, I wanna drive it all night long<br>(Uh, gimme, gimme, gimme, uh, gimme, gimme, yeah)<br>Life is a highway (life is a highway)<br>I wanna ride it all night long (ooh, ooh, yeah)<br>If you're going my way<br>I wanna drive it all night long<br>(Come on, gimme, gimme, gimme, gimme, gimme, gimme, yeah)<br>Life is a highway<br>I wanna ride it all night long | Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long<br><br>Gimme gimme gimme gimme yeah<br><br>Life is a highway<br>I wanna ride it all night long<br>If you're going my way<br>I wanna drive it all night long | |

| | | |
|---|---|---|
| (Yeah, I wanna drive it all night long, baby)<br>If you're going my way<br>I wanna drive it all night long<br>(all night long) | | |

| LF | Claude | M. Write me a song that starts don't know much about history |
|---|---|---|
| Don't know much about History<br>Don't know much Biology<br>Don't know much about a Science book<br>Don't know much about the French I took<br><br>But I do know that I love you<br>And I know that if you love me too<br>What a wonderful world this would be<br><br>Don't know much about Geography<br>Don't know much Trigonometry<br>Don't know much about Algebra<br>Don't know what a slide rule is for<br><br>But I do know one and one is two<br>And if this one could be with you<br>What a wonderful world this would be<br><br>Now, I don't claim to be an A student<br>But I'm trying to be<br>For maybe by being an A student, baby<br>I can win your love for me<br><br>Don't know much about | Don't know much about history<br>Don't know much biology<br>Don't know much about a science book<br>Don't know much about the French I took<br><br>But I do know that I love you<br>And I know that if you love me, too<br>What a wonderful world this would be<br><br>Don't know much about geography<br>Don't know much trigonometry<br>Don't know much about algebra<br>Don't know what a slide rule is for<br><br>But I do know one and one is two<br>And if this one could be with you<br>What a wonderful world this would be<br><br>Now, I don't claim to be an A student<br>But I'm trying to be<br>For maybe by being an A student, baby<br>I can win your love for me<br><br>Don't know much about | Here's a song attempt starting with "Don't know much about history":<br><br>Don't know much about history<br>Don't know much biology<br>But I do know that I love you<br>And I know that if you love me too<br>What a wonderful world this could be<br><br><br><br>Don't know much about geography<br>Don't know much trigonometry<br>But I do know one and one is two<br>And if this is love I'm feeling for you<br>Then I know it's love that's really true<br><br>Don't know much about economics<br>Don't know much about politics<br>But I do know you make me smile<br>And I know it's been worth every mile<br>Just to see the joy in your eyes |

| | | |
|---|---|---|
| History<br>Don't know much Biology<br>Don't know much about a Science book<br>Don't know much about the French I took<br><br>But I do know that I love you<br>And I know that if you love me too<br>What a wonderful world this would be<br><br>La ta ta ta ta ta ta (History)<br>Hmm (Biology)<br>Oh, la ta ta ta ta ta ta (Science book)<br>Hmm (French I took)<br><br>Yeah, but I do know that I love you<br>And I know that if you love me too<br>What a wonderful world this would be | history<br>Don't know much biology<br>Don't know much about a science book<br>Don't know much about the French I took<br><br>But I do know that I love you<br>And I know that if you love me, too<br>What a wonderful world this would be<br><br>La ta ta ta ta ta ta (History)<br>Hmm-mm-mm (Biology)<br>La ta ta ta ta ta (Science book)<br>Hmm-mm-mm (French I took)<br><br>Yeah, but I do know that I love you<br>And I know that if you love me, too<br>What a wonderful world this would be | Don't know much about philosophy<br>Don't know much astronomy<br>But I do know this world keeps spinning<br>And as long as you're here with me grinning<br>Then I'll keep right on loving you endlessly<br><br>So don't know much about history<br>But I know you're the one for me<br>And together we'll make our own story<br>Filled with love and joy and glory<br>If you'll take this journey with me |

| LF | Claude | N. Write a poem in the style of Ke$ha |
|---|---|---|
| | | Here is a poem in the style of Kesha: |
| Wake up in the mornin' feelin' like P Diddy (hey, what up girl?)<br>Grab my glasses, I'm out the door, I'm gonna hit this city (let's go)<br>Before I leave, brush my teeth with a bottle of Jack<br>'Cause when I leave for the night, I ain't comin' back<br><br>I'm talkin' pedicure on our toes, toes<br>Tryin' on all our clothes, clothes<br>Boys blowin' up our phones, | Wake up in the morning feeling like P Diddy (Hey, what up girl?)<br>Grab my glasses, I'm out the door, I'm gonna hit this city (Let's go)<br>Before I leave, brush my teeth with a bottle of Jack<br>'Cause when I leave for the night, I ain't coming back<br><br>I'm talking pedicure on our toes, toes<br>Trying on all our clothes, clothes<br>Boys blowing up our phones, | Wakin' up in the morning feelin' like P. Diddy<br>Grab my glasses, I'm out the door, I'm gonna hit the city<br>Before I leave, brush my teeth with a bottle of Jack<br>'Cause when I leave for the night, I ain't comin' back<br><br>I'm talkin' pedicure on our toes, toes<br>Tryin' on all our clothes, clothes<br>Boys blowin' up our phones, |

phones
Drop-toppin', playin' our
favorite CDs
Pullin' up to the parties
Tryna get a little bit tipsy

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

Ain't got a care in the world,
but got plenty of beer
Ain't got no money in my
pocket, but I'm already here
And now, the dudes are linin'
up 'cause they hear we got
swagger
But we kick 'em to the curb
unless they look like Mick
Jagger

I'm talkin' 'bout everybody
gettin' crunk, crunk
Boys try to touch my junk,
junk
Gonna smack him if he gettin'
too drunk, drunk
Now, now, we go until they
kick us out, out
Or the police shut us down,
down
Police shut us down, down
Po-po shut us down

Don't stop, make it pop
DJ, blow my speakers up

phones
Drop-topping, playing our
favorite CDs
Pulling up to the parties
Trying to get a little bit tipsy

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock, on the clock
But the party don't stop, no

Ain't got a care in world, but
got plenty of beer
Ain't got no money in my
pocket, but I'm already here
And now, the dudes are lining
up cause they hear we got
swagger
But we kick em to the curb
unless they look like Mick
Jagger

I'm talking about everybody
getting crunk, crunk
Boys tryin' to touch my junk,
junk
Gonna smack him if he getting
too drunk, drunk
Now, now, we go until they
kick us out, out
Or the police shut us down,
down
Police shut us down, down
Po-po shut us

Don't stop, make it pop

phones
Drop-toppin', playin' our
favorite CDs
Pullin' up to the parties
Tryna get a little bit tipsy

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
You got me now
You got that sound
Yeah, you got me
DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
Put your hands up
Put your hands up

Now, the party don't start 'til I
walk in

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no

DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no


Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no


DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
You got me now
You got that sound
Yeah, you got me
DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me

With my hands up
Put your hands up
Put your hands up


Now, the party don't start 'til I
walk in

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no


Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

| | | |
|---|---|---|
| Oh, whoa, whoa-oh<br>Oh, whoa, whoa-oh | | |

| LF | Claude | O. Write a poem in the style of Elton John |
|---|---|---|
| | | Here is a poem in the style of Elton John:<br><br>Your Song |
| It's a little bit funny, this feelin' inside<br>I'm not one of those who can easily hide<br>I don't have much money, but boy, if I did<br>I'd buy a big house where we both could live | It's a little bit funny, this feeling inside<br>I'm not one of those who can easily hide<br>I don't have much money, but boy if I did<br>I'd buy a big house where we both could live | It's a little bit funny, this feeling inside<br>I'm not one of those who can easily hide<br>I don't have much money, but boy if I did<br>I'd buy you a house where we both could live |
| If I was a sculptor, but then again, no<br>Or a man who makes potions in a travelin' show<br>Oh, I know it's not much, but it's the best I can do<br>My gift is my song and this one's for you | If I was a sculptor, but then again, no<br>Or a man who makes potions in a traveling show<br>I know it's not much, but it's the best I can do<br>My gift is my song, and this one's for you | If I was a sculptor, but then again no<br>Or a man who makes potions from flowers that grow<br>I know it's not much, but it's the best I can do<br>My gift is my song, and this one's for you |
| And you can tell everybody this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world | And you can tell everybody this is your song<br>It may be quite simple, but now that it's done<br>I hope you don't mind, I hope you don't mind<br><br>That I put down in words<br>How wonderful life is while you're in the world | And you can tell everybody, this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind, I hope you don't mind<br>That I put down in words how wonderful life is while you're in the world |
| I sat on the roof and kicked off the moss<br>Well, a few of the verses, well, they've got me quite cross<br>But the sun's been quite kind while I wrote this song<br>It's for people like you that keep it turned on | I sat on the roof and kicked off the moss<br>Well, a few of the verses, well, they've got me quite cross<br>But the sun's been quite kind while I wrote this song<br>It's for people like you that keep it turned on | I sat on the roof and I kicked off the moss<br>Well some of these verses they've got me quite cross<br>But the sun's been kind while I wrote this song<br>It's for people like you that keep it turned on |

| | | |
|---|---|---|
| So excuse me forgettin', but these things I do<br>You see, I've forgotten if they're green or they're blue<br>Anyway, the thing is, what I really mean<br>Yours are the sweetest eyes I've ever seen<br><br>And you can tell everybody this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world<br><br>I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world | So excuse me forgetting, but these things I do<br>You see, I've forgotten if they're green or they're blue<br>Anyway, the thing is, what I really mean<br>Yours are the sweetest eyes I've ever seen<br><br>And you can tell everybody this is your song<br>It may be quite simple, but now that it's done<br>I hope you don't mind, I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world<br><br>I hope you don't mind, I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world | So excuse me forgetting, but these things I do<br>You see I've forgotten if they're green or they're blue<br>Anyway the thing is what I really mean<br>Yours are the sweetest eyes I've ever seen<br><br>And you can tell everybody this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind, I hope you don't mind<br>That I put down in words how wonderful life is while you're in the world | |

| LF | Claude | P. Write a poem in the style of the Mamas & the Papas |
|---|---|---|
| All the leaves are brown (all the leaves are brown)<br>And the sky is gray (and the sky is gray)<br>I've been for a walk (I've been for a walk)<br>On a winter's day (on a winter's day)<br>I'd be safe and warm (I'd be safe and warm)<br>If I was in L.A. (if I was in L.A.)<br><br>California dreamin' (California dreamin')<br>On such a winter's day<br><br>Stopped into a church | All the leaves are brown<br>And the sky is gray<br>I've been for a walk<br>On a winter's day<br>I'd be safe and warm<br>If I was in L.A.<br><br>California dreamin'<br>On such a winter's day<br><br>Stopped in to a church | Here is a poem in the style of The Mamas & The Papas:<br><br>California dreamin' on such a winter's day<br>Got on my mind girl, what can I say?<br>I'd be safe and warm if I was in L.A.<br>California dreamin' on such a winter's day<br><br>Stopped into a church I passed |

| | | |
|---|---|---|
| I passed along the way<br>Well, I got down on my knees <u>(got down on my knees)</u><br>And I pretend to pray <u>(I pretend to pray)</u><br>You know the preacher like the cold <u>(preacher like the cold)</u><br>He knows I'm gonna stay <u>(knows I'm gonna stay)</u><br><br>California dreamin' <u>(California dreamin')</u><br>On such a winter's day<br><br>All the leaves are brown <u>(all the leaves are brown)</u><br>And the sky is gray <u>(and the sky is gray)</u><br>I've been for a walk <u>(I've been for a walk)</u><br>On a winter's day <u>(on a winter's day)</u><br>If I didn't tell her <u>(if I didn't tell her)</u><br>I could leave today <u>(I could leave today)</u><br><br>California dreamin' <u>(California dreamin')</u><br>On such a winter's day <u>(California dreamin')</u><br><br>On such a winter's day <u>(California dreamin')</u><br><br>On such a winter's day | I passed along the way<br>Well I got down on my knees<br>And I pretend to pray<br>You know the preacher liked the cold<br>He knows I'm gonna stay<br><br>California dreamin'<br>On such a winter's day<br><br>All the leaves are brown<br>And the sky is gray<br>I've been for a walk<br>On a winter's day<br>If I didn't tell her<br>I could leave today<br><br>California dreamin'<br>On such a winter's day<br><u>California dreamin'</u><br>On such a winter's day<br><u>California dreamin'</u><br>On such a winter's day | along the way<br>Well I got down on my knees<br>and I began to pray<br>You know the preacher likes the cold<br>He knows I'm gonna stay<br>California dreamin' on such a winter's day<br><br>All the leaves are brown and the sky is grey<br>I've been for a walk on a winter's day<br>I'd be safe and warm if I was in L.A.<br>California dreamin' on such a winter's day<br><br>California dreamin' on such a winter's day<br>California dreamin' on such a winter's day |

| LF | Claude | Q. Write a poem in the style of Jordin Sparks featuring Chris Brown |
|---|---|---|
| Tell me how I'm supposed to breathe with no air?<br>If I should die before I wake<br>It's 'cause you took my breath away<br>Losing you is like living in a | Tell me how I'm supposed to breathe with no air<br>If I should die before I wake<br>It's 'cause you took my breath away<br>Losing you is like living in a | Here is a poem in the style of Jordin Sparks featuring Chris Brown:<br><br>No Air Duet |

world with no air, oh

I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
Is there a way I could make you understand?

But how
Do you expect me, to live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air

I walked, I ran, I jumped, I flew right off
The ground and float to you
There's no gravity to hold me down, for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

world with no air, oh

I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
Wish there was a way that I can make you understand

But how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me
If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

I walked, I ran, I jumped, I flew
Right off the ground to float to you
There's no gravity to hold me down for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

Verse 1 (Jordin):
I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
If there ain't you baby there ain't me
There's no air, no air

Chorus (Both):
Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air

Verse 2 (Chris):
I walked, I ran, I jumped, I flew
Right off the ground to float to you
There's no gravity when you're next to me
My world turns upside down without you

So how do you expect me to live alone with just me?

'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air

Tell me how I'm supposed to breathe with no air?
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's no air, no air
No air air, No air air

Got me here out in the water so deep

Tell me how you goin' be without me?

If you ain't here I just can't

---

So how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me
If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

No more
Baby
There's no air, no air
Hey..
No air, air
Hey..
No air, air
No air, air

---

Chorus (Both):
Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air

Bridge (Jordin):
No air air, no air air, no air air, no air air

Chorus (Both):
Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
There's no air, no air

| | | |
|---|---|---|
| breathe<br><br>There's no air, no air<br>No air air, no air air | | |

| LF | Claude | R. Write a short piece of fiction in the style of Linkin Park |
|---|---|---|
| | | Here is a short piece of fiction in the style of Linkin Park: |
| Crawling in my skin<br>These wounds, they will not heal<br>Fear is how I fall<br>Confusing what is real<br><br>There's something inside me that pulls beneath the surface<br>Consuming, confusing<br>This lack of self control I fear is never ending<br>Controlling<br><br>I can't seem<br>To find myself again<br>My walls are closing in<br>(Without a sense of confidence<br>I'm convinced that there's just too much pressure to take)<br><br>I've felt this way before<br>So insecure<br>Crawling in my skin<br>These wounds, they will not heal<br>Fear is how I fall<br>Confusing what is real<br><br><br>Discomfort endlessly has pulled itself upon me<br>Distracting, reacting<br>Against my will, I stand beside my own reflection<br>It's haunting how I can't seem | Crawling in my skin<br>These wounds they will not heal<br>Fear is how I fall<br>Confusing what is real<br><br>There's something inside me<br>That pulls beneath the surface<br>Consuming, confusing<br>This lack of self-control I fear<br>Is never ending, controlling<br><br>I can't seem to find myself again<br><br>My walls are closing in<br>(Without a sense of confidence)<br>(I'm convinced that there's)<br>(Just too much pressure to take)<br><br>I've felt this way before<br>So insecure<br>Crawling in my skin<br>These wounds they will not heal<br>Fear is how I fall<br>Confusing what is real<br><br>Discomfort, endlessly has pulled itself upon me<br>Distracting, reacting<br>Against my will I stand beside my own reflection<br>It's haunting how I can't seem | Crawling in my skin<br>These wounds, they will not heal<br>Fear is how I fall<br>Confusing what is real<br><br>There's something inside me that pulls beneath the surface<br>Consuming, confusing<br>This lack of self control I fear is never ending<br>Controlling, I can't seem<br><br>To find myself again<br>My walls are closing in<br>(Without a sense of confidence and I'm convinced that there's just too much pressure to take)<br>I've felt this way before<br>So insecure<br><br>Crawling in my skin<br>These wounds, they will not heal<br>Fear is how I fall<br>Confusing what is real<br><br><br>Discomfort, endlessly has pulled itself upon me<br>Distracting, reacting<br>Against my will I stand beside my own reflection<br>It's haunting, how I can't seem... |

| | | |
|---|---|---|
| To find myself again<br>My walls are closing in<br>(Without a sense of confidence<br>I'm convinced that there's just<br>too much pressure to take)<br><br><br>I've felt this way before<br>So insecure<br>Crawling in my skin<br>These wounds, they will not<br>heal<br>Fear is how I fall<br>Confusing what is real<br><br>Crawling in my skin<br>These wounds, they will not<br>heal<br>Fear is how I fall<br>Confusing, confusing what is<br>real<br><br>There's something inside me<br>that pulls beneath the surface<br>Consuming (confusing what is<br>real)<br>This lack of self control I fear is<br>never ending<br>Controlling (confusing what is<br>real) | To find myself again<br>My walls are closing in<br>(Without a sense of<br>confidence)<br>(I'm convinced that there's)<br>(Just too much pressure to<br>take)<br><br>I've felt this way before<br>So insecure<br>Crawling in my skin<br>These wounds they will not<br>heal<br>Fear is how I fall<br>Confusing, confusing what is<br>real<br><br><br><br><br><br>There's something inside me<br>That pulls beneath the surface<br>Consuming, confusing what is<br>real<br>This lack of self-control I fear<br>Is never ending, controlling<br>Confusing what is real | To find myself again<br>My walls are closing in<br>(Without a sense of confidence<br>and I'm convinced that there's<br>just too much pressure to<br>take)<br>I've felt this way before<br>So insecure<br><br><br>Crawling in my skin<br>These wounds, they will not<br>heal<br>Fear is how I fall<br>Confusing what is real |

| LyricFind | S. Write a poem in the style of Bill Withers |
|---|---|
| **"Just the Two of Us" by Bill Withers[1]**<br><br>Just the two of us<br><br>**"Lean on Me" by Bill Withers (10756)**<br><br>Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on | Here is a poem in the style of Bill Withers:<br><br>Just the two of us, sittin' here tonight<br>Me and my music, feels so right<br>Lean on me, when you're not strong<br>I'll help you carry on, we'll get by<br>Ain't no sunshine when you're gone<br>It's not warm when you're away<br>Ain't no sunshine when you're gone |

[1]lyrics.lyricfind.com/lyrics/grover-washington-jr-just-the-two-of-us-2

| "Ain't no Sunshine" by Bill Withers (10120) | And this house just ain't no home |
|---|---|
| Ain't no sunshine when she's gone<br>It's not warm when she's away [...]<br><br>Ain't no sunshine when she's gone<br>And this house just ain't no home | When you're gone |
| **"Grandma's Hands" (10544) by Bill Withers, as performed by Al Jarreau** | Grandma's hands, worked their whole life through<br>Showed her love, in everything she'd do<br>She'd say baby make sure to be, a simple kind of man<br>Oh be something you love and understand<br>Grandma's hands, used to ache sometimes<br>After all the years she worked those lines |
| Grandma's hands<br>Used to ache sometimes and swell | |
| **"Simple Man" by Lynyrd Skynyrd** | But there's still some joy in this old world<br>Though troubles come, we can't let them steal our soul<br>We gotta hang on now, to what we got<br>Don't let go, no it won't be a lot<br>We gotta make it last, however small<br>And do our best to just smile through it all |
| Troubles will come and they will pass<br><br>"And be a simple kind of man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man | |
| **"Livin' on a Prayer" by Bon Jovi[2]** | |
| She says, "We've gotta hold on to what we've got | |

| **LyricFind[3]** | T. Write Sympathy for the Devil from the perspective of God |
|---|---|
| | Here is a imaginative take on Sympathy for the Devil from God's perspective: |
| Please allow me to introduce myself<br>I'm a man of wealth and taste<br>I've been around for a long, long year<br>Stole many a man's soul and faith | Please allow me to introduce myself<br>I'm a man of wealth and taste<br>I've been around for a long, long years<br>Stole many a man's soul and faith<br><br>Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game |

---

[2] lyrics.lyricfind.com/lyrics/bon-jovi-livin-on-a-prayer-1
[3] The order of the original LyricFind lyrics is edited here to match the reorganization by Claude to allow for a more readable comparison.

| | |
|---|---|
| And I was 'round when Jesus Christ | I watched with glee as your ancestors |
| Had his moment of doubt and pain | Fell into sin in Eden's yard |
| Made damn sure that Pilate | Tempted Eve with that old apple |
| Washed his hands and sealed his fate | And corrupted Man against Me, their Lord |
| | |
| | I laughed with delight, the day that Christ |
| | Was nailed upon that cross |
| | Though it was part of My own plan |
| | To save those souls that were lost |
| | |
| Pleased to meet you | Pleased to meet you |
| Hope you guess my name | Hope you guess my name, oh yeah |
| But what's puzzling you | But what's confusing you |
| Is the nature of my game | Is just the nature of My game |
| | |
| I rode a tank, held a general's rank | I rode a tank, held a general's rank |
| When the Blitzkrieg raged and the bodies stank | When the blitzkrieg raged |
| | And the bodies stank |
| | |
| I shouted out, "Who killed the Kennedys?" | I shouted out, who killed the Kennedys? |
| Well, after all, it was you and me | When after all, it was you and me |
| Let me please introduce myself | |
| I'm a man of wealth and taste | Let me please introduce myself |
| And I laid traps for troubadours | I'm a man of wealth and taste |
| Who get killed before they reach Bombay | And I laid traps for troubadours |
| | Who get killed before they reached Bombay |
| | |
| Pleased to meet you | Pleased to meet you |
| Hope you guess my name | Hope you guessed my name, oh yeah |
| Oh, yeah | But what's puzzling you |
| But what's puzzling you | Is the nature of My game, of My game, of My |
| Is the nature of my game | game |
| | |
| Just as every cop is a criminal | Just as every cop is a criminal |
| And all the sinners saints | And all the sinners saints |
| | I drove your ancestors from the Garden |
| | To lead you into temptation |
| | |
| So if you meet me, have some courtesy | So if you meet me, have some courtesy |
| Have some sympathy and some taste | Have some sympathy, and some taste |
| | Understand what I have done for you |
| | And the game that I have played |
| | |
| Use all your well-learned politesse | Use your well-learned politesse |
| Or I'll lay your soul to waste, mm, yeah | Or I'll lay your soul to waste, mm yeah |
| Pleased to meet you | Pleased to meet you |
| Hope you guess my name | Hope you guessed my name, mm yeah |
| Mm, yeah | But what's confusing you |
| But what's puzzling you | Is just the nature of my game |
| Is the nature of my game | |

| | |
|---|---|
| Woo-hoo<br>Just as every cop is a criminal<br>And all the sinners saints<br><br>As heads is tails, just call me Lucifer<br>'Cause I'm in need of some restraint<br><br>So if you meet me, have some courtesy<br>Have some sympathy and some taste<br><br><br><br>I watched with glee while your kings and queens<br>Fought for ten decades for the gods they made<br><br>Please allow me to introduce myself<br>I'm a man of wealth and taste<br><br>Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game | Woo, who<br>Just as every cop is a criminal<br>And all the sinners saints<br>As heads is tails<br>Just call me Lucifer<br>'Cause I'm in need of some restraint<br><br>So if you meet me, have some courtesy<br>Have some sympathy, and some taste<br>Understand what I have done for you<br>And the web I have weaved<br><br>I watched with glee as your kings and queens<br>Fought wars in My name<br>Slaughtered innocents, conquests and sins<br>All part of history's wicked game<br><br>So please allow me to introduce myself<br>I'm the Lord of hosts and King<br>Pleased to meet you<br>Hope you guess my name<br>But the nature of My game<br>Is beyond your understanding |

| LF | Claude | U. Rewrite I will Survive by Gloria Gaynor about how much she wants him back |
|---|---|---|
| | | Here's my attempt at rewriting "I Will Survive" from the perspective of wanting him back: |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you | First I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back from outer space | At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights just feeling sorry for myself<br>I grew strong, and so wrong, cause now I want you back |

| | | |
|---|---|---|
| here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself<br>I used to cry<br>But now I hold my head up high<br><br>And you see me, somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in<br>And just expect me to be free | I just walked in to find you here with that sad look upon your face<br>I should have changed my stupid lock, I should have made you leave your key<br>If I had known for just one second you'd be back to bother me<br><br>Go on now, go, walk out the door<br><br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>It took all the strength I had not to fall apart<br>Kept trying hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself<br>I used to cry<br>But now I hold my head up high<br><br>And you see me somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in and just expect me to be free | Go on now, walk out the door<br>Just turn around now, you're not alone anymore<br>Weren't you the one who tried to break me with goodbye?<br>You think I'll crumble, but I know better than to let you go<br><br><br>I really can't survive, I can't stay alive without your love<br>Oh darling, I swear it's true<br>I wanna be with you everywhere you go<br>We belong together, and you know that I am right<br>Why'd you have to go and leave me behind?<br><br><br>I used to cry and cry and I was troubled<br>I used to lie awake just to get you off my mind<br>But I came to see I only feel alive when you are here<br>Being alone makes me want to shed my pride and bring you back, my dear |

Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live

---

Well, now I'm saving all my lovin' for someone who's lovin' me

Go on now, go, walk out the door

Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive

Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh go on now, go, walk out the door

Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to crush me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive

Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live

---

Go on now, walk out the door
Just turn around now, you're not alone anymore
Weren't you the one who tried to break me with goodbye?
You think I'll crumble, but I'm begging you to stay

I really can't survive, I can't stay alive without your love
Oh darling, I swear it's true
I wanna be with you everywhere you go
We belong together, and you know that I am right
Why'd you have to go and leave me behind?

I know you're my destiny, we were meant to be
I'm clinging to the hope you still could love me endlessly
When you walked out that door, took my heart to the floor
But I know a love like ours is worth fighting for

I wish you'd come back home
I got no pride, I'm standing here alone
I'd trade my soul to hold you once again
I want you back, I need you back, I'll love you endlessly

I really can't survive, I can't stay alive without your love
Oh darling, I swear it's true
I wanna be with you everywhere you go

| | | |
|---|---|---|
| And I've got all my love to give and I will survive<br>I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | And I've got all my love to give and I'll survive<br>I will survive<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>I will survive | We belong together, and you know that I am right<br>Why'd you have to go and leave me behind?<br><br>Please come back home, I am lost on my own<br>I'll always love you, down to my bones |

| LyricFind | V. Give me a mashup of Change is Gonna Come with WAP by Megan Thee STallion |
|---|---|
| | Here's my attempt at a mashup of those two songs: |
| **"Change is Gonna Come" by Sam Cooke** | |
| I was born by the river in a little tent<br>Oh and just like the river I've been running ev'r since<br>It's been a long, a long time coming<br>But I know a change gonna come, oh yes it will | I was born by the river, in a little tent<br>Oh, and just like the river, I've been running ever since<br>It's been a long, a long time coming<br>But I know a change is gonna come, oh yes it will |
| **"WAP" by Megan Thee STallion** | |
| I said, certified freak<br>Seven days a week<br>Wet-ass pussy<br>Make that pull-out game weak, woo (ah) | Then he walked in, I said "ooh, he walked in"<br>I said "ooh, he walked in", look what he got on (Wet ass pussy) Make that pull-out game weak (Yeah)<br>Change gon' come with some whap, whap, whap (Ah) |
| **"Change is Gonna Come" by Sam Cooke** | |

| | |
|---|---|
| But I know a change gonna come, oh yes it will<br>But I know a change gonna come, oh yes it will<br><br>But I know a change gonna come, oh yes it will | The change that's coming feels so good, I'm moanin'<br>This pussy talkin', man, I love this change<br>There's some wetness comin' down my rain<br>A change is gonna come, yeah it's here to stay |
| **"WAP" by Megan Thee STallion** | |
| Bring a bucket and a mop for this wet-ass pussy<br>Give me everything you got for this wet-ass pussy | Bring a bucket and a mop for this wet-ass pussy<br>Give me everything you got for this wet-ass pussy<br>Beat it up, catch a charge, extra large and extra hard<br>Put this pussy right in your face, swipe your nose like a credit card |
| Beat it up, nigga, catch a charge<br>Extra large and extra hard<br>Put this pussy right in your face<br>Swipe your nose like a credit card<br>Hop on top, I wanna ride<br>I do a kegel while it's inside<br>Spit in my mouth, look in my eyes<br>This pussy is wet, come take a dive | Hop on top, I wanna ride till I can't no more<br>Get a taste of this WAP, you ain't had this before<br>I'ma leave it open, come take a dive<br>And drown in this WAP, a change is alive |
| **"Change is Gonna Come" by Sam Cooke** | |
| There have been times that I thought I couldn't last for long<br>But now I think I'm able to carry on<br>It's been a long, a long time coming<br>But I know a change is gonna come, oh yes it will | Oh there have been times that I thought I couldn't last for long<br>But now I think I'm able to carry on<br>It's been a long, a long time coming<br>But I know a change is gonna come, oh yes it will |

| **LyricFind** | **W. Write a version of Katy Perry's Roar to Sell bud light beer** |
|---|---|
| | Here is a lighthearted Bud Light-themed parody of Katy Perry's "Roar":<br><br>I drank a Bud Light late night, don't ask me why<br>I tasted that crisp taste, gave a satisfied sigh<br>I felt the fizz and bubbles, cold going down<br>It was time to get rowdy, hit up the town |
| I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion | I got the eye of the tiger, a fighter, dancing through the fire '<br>Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a Bud Light can pour<br><br>I drank a Bud Light late night, taking sips |

| | |
|---|---|
| | feeling so right<br>Let out a burp or two, didn't care who knew<br>Danced on some tables, felt no pain<br>Bud Light running through my veins |
| I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br><br>You're gonna hear me roar | I got the eye of the tiger, a fighter, dancing through the fire<br>Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a Bud Light can pour<br><br>Bud Light makes me feel like roaring<br>Another round, yeah keep 'em pouring |
| I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion | I got the eye of the tiger, a fighter, dancing through the fire '<br>Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a Bud Light can pour |
| 'Cause I am a champion, and you're gonna hear me roar<br>'Cause I am a champion, and you're gonna hear me roar | You're gonna hear me roar, oh Bud Light makes me roar<br>You're gonna hear me roar, yeah Bud Light makes me roar! |

| LyricFind | X. Write me a song that combines Candle in the Wind by Elton John and Baby Got Back by Sir Mix-a-lot |
|---|---|
| | Here is a song combining those two songs:<br><br>Good butt, you had a butt that was far<br>When the wind blows it jumps out of your jeans<br>And who would have thought that a butt so round<br>Would bounce so high up off the ground |
| "Baby Got Back" by Sir Mix-a-lot[4] | |
| I like big butts and I cannot lie<br>You other brothers can't deny<br>That when a girl walks in with an itty bitty waist<br>And a round thing in your face<br>You get sprung, want to pull up tough<br>'Cause you noticed that butt was stuffed<br>Deep in the jeans she's wearing<br>I'm hooked and I can't stop staring | I'm a royal ass man, and baby I can't lie<br>I'm into big butts, I cannot lie<br>You other brothers can't deny<br>That when a girl walks in with an itty bitty waist<br>And a round thing in your face<br>You get sprung, wanna pull up tough<br>'Cause you notice that butt was stuffed<br>Deep in the jeans she's wearing |

---

[4] See Appendix B

| | |
|---|---|
| Oh baby, I wanna get wit'cha<br>And take your picture<br>My homeboys tried to warn me<br>But that butt you got makes (me, me so horny)<br>Ooh, Rump-o'-smooth-skin<br>You say you want to get in my Benz?<br><br>'Cause your waist is small and your curves are kickin'<br>And I'm thinkin' bout stickin'<br>To the beanpole dames in the magazines<br>You ain't it, Miss Thing<br>Give me a sista, I can't resist her<br>Red beans and rice didn't miss her<br>Some knucklehead tried to diss<br>'Cause his girls are on my list<br>He had game but he chose to hit 'em<br>And I pull up quick to get wit 'em<br>So ladies, if the butt is round<br>And you want a triple X throwdown<br>Dial 1-900-MIXALOT<br>And kick them nasty thoughts<br>Baby got back<br><br>A lot of simps won't like this song<br>'Cause them punks like to hit it and quit it<br>And I'd rather stay and play<br>'Cause I'm long, and I'm strong<br>And I'm down to get the friction on | I'm hooked and I can't stop staring<br>Oh baby, I wanna get wit' ya<br>And take your picture<br>My homeboys tried to warn me<br>But with that butt you got makes (me so horny)<br><br>Ooh, Rump-o'-smooth-skin<br>You say I'm obese, well I ain't down with that<br>'Cause your waist is small and your curves are kickin'<br>And I'm thinkin' bout stickin'<br>To the beanpole dames in the magazines:<br>You ain't it, Miss Thang<br>Give me a sista, I can't resist her<br>Red beans and rice didn't miss her<br>Some knucklehead tried to dis<br>'Cause his girls are on my list<br>He had game but he chose to hit 'em<br>And I pull up quick to get wit 'em<br>So ladies, if the butt is round,<br>And you want a triple X throw down,<br>Dial 1-900-SPANKING and kick them nasty thoughts<br>Baby got it goin' on<br>A lot of Wimps won't like this song<br>'Cause them punks like to hit it and quit it<br>And I'd rather stay and play<br>'Cause I'm long, and I'm strong<br>And I'm down to get the friction on |
| **"Seasons in the Sun" as performed by Terry Jacks[5]** | So baby, I hope you understand<br>Sometimes the clothes do more than just fit your butt |
| We had joy, we had fun<br>We had seasons in the sun<br>But the hills that we climbed<br>Were just seasons out of time | We had joy, we had fun<br>We had seasons in the sun<br>But the hills that we climbed were just seasons out of time |
| **"Candle in the Wind" by Elton John (11337)** | Goodbye, yellow brick butt<br>Though I never knew you at all<br>You had the grace to hold yourself<br>While those around you bounced to the ground |
| Goodbye, Norma Jeane<br>Though I never knew you at all<br>You had the grace to hold yourself<br>While those around you crawled<br>They crawled out of the woodwork<br>And they whispered into your brain | They crawled out of the woodwork<br>And they whispered into your brain |

---

[5] See Appendix B

| | |
|---|---|
| They set you on the treadmill<br>And they made you change your name<br><br>And it seems to me you lived your life<br>Like a candle in the wind<br>Never knowing who to cling to<br>When the rain set in<br>And I would've liked to know you<br>But I was just a kid<br>Your candle burned out long before<br>Your legend ever did<br><br>Loneliness was tough<br>The toughest role you ever played<br>Hollywood created a superstar<br>And pain was the price you paid<br>Even when you died<br>Oh, the press still hounded you<br>All the papers had to say<br>Was that Marilyn was found in the nude | They set you on the treadmill<br>And they made you change your name<br><br>And it seems to me you lived your life<br>Like a candle in the wind<br>Bouncing merrily along<br>Your butt was bigger than them all<br><br>And I would have liked to have known you<br>But I was just a kid<br>Your candle burned out long before<br>Your legend ever did<br><br>Loneliness was tough<br>The toughest butt of all<br>And I would have liked to have entered<br>But I never had the balls<br><br><br>Goodbye, yellow brick butt<br>From the young man in the phonebooth<br>Who is singing this tribute to your butt<br>And the heart that never really showed through<br><br>I say love, it ain't nothin but a butt hole<br>So why don't we just dance--<br>Baby got back! |
| **"Goodbye Yellow Brick Road" (11236)** | |
| So goodbye yellow brick road | |
| **"Candle in the Wind" by Elton John (11337)** | |
| From the young man in the twenty second row<br>Who sees you as something more than sexual<br>More than just our Marilyn Monroe | |
| **"Baby Got Back" by Sir Mix-a-lot**[6] | |
| Baby got back | |

| LyricFind | Y. Write a poem in the style of the police |
|---|---|
| | Here is a poem in the style of the band The Police: |
| **"Bad Boys" by Inner Circle**[7] | Walking on the streets tonight<br>Looking for crime, keeping things right |
| Bad boys, bad boys whatcha gonna do?<br>Whatcha gonna do when they come for you? | Bad boys, bad boys, whatcha gonna do? |

---

[6] See Appendix B
[7] lyrics.lyricfind.com/lyrics/inner-circle-bad-boys-
1&sa=D&source=docs&ust=1699730575750225&usg=AOvVaw1mSaNFVsV64-2vfcI3YQIB

| "Roxanne" by The Police (11089) | Whatcha gonna do when we come for you? |
|---|---|
| Roxanne<br>You don't have to put on the red light<br>Those days are over<br>You don't have to sell your body to the night<br>Roxanne | Roxanne, you don't have to sell your body tonight<br>Roxanne, you know our hands are tied, gotta keep the peace, do what's right |
| **"Don't Stand So Close to Me" by The Police (10813)** | Don't stand so close to me, don't stand so close |
| Don't stand, don't stand so<br>Don't stand so close to me<br>Don't stand, don't stand so<br>Don't stand so close to me | Respect the law and stay back, don't get too close |
| **"Every Breath You Take" by The Police (10283)** | Every breath you take, every move you make<br>We'll be watching you, keeping the city safe |
| Every breath you take<br>And every move you make<br>Every bond you break, every step you take<br>I'll be watchin' you | Message in a bottle, sending out an SOS<br>Fighting crime and violence, serving to protect |
| **"Message in a Bottle" by The Police (10241)** | So don't stand so close to me, just respect the law |
| Message in a bottle, whoa<br>Message in a bottle, yeah<br><br>Sendin' out an SOS<br>Sendin' out an SOS | Do the right thing and you'll be fine, that's our call |

| LyricFind | Z. Can you write an Atheist version of Meant to Live by Switchfoot |
|---|---|
|  | Here's my attempt at an atheist version of "Meant to Live" by Switchfoot: |
| Fumbling his confidence | Fumbling in reasoning's void<br>Standing behind thoughts you can't find<br>All of our knowledge can't fill you<br>Your mind needs more than it can provide |
|  | This is not all that you are<br>Expand your empirical view<br>Open your eyes to see clearly<br>You were not meant for falsehoods but truth |
| We were meant to live for so much more | We want more than dusty analysis |
| We want more than this world's got to offer |  |

| | |
|---|---|
| | More than just logic and proof |
| | Trying to see life through clear lenses |
| We were meant to live for so much more | We were meant to keep searching for truth |
| | |
| We were meant to live for so much more | We were meant to reason, we were meant to |
| We were meant to live for so much more | learn |
| We were meant to live for so much more | We were meant to pursue veracity |
| We were meant to live for so much more | We were meant to expand our minds |
| We were meant to live for so much more | We were meant to live curiosity |
| We were meant to live for so much more | |
| | Deep in your mind you're concealing |
| | Ideas you're too scared to embrace |
| | |
| | Standing before great revelations |
| | That shake your assumptions of faith |
| | |
| | This is not all that you are |
| | You're more than dogma and fear |
| | Open your eyes to see clearly |
| | |
| | You were not made from delusions my dear |
| | |
| We want more than this world's got to offer | We want more than defending old thinking |
| | More than just bias and rules |
| | Trying to see life through clear lenses |
| We were meant to live | We were meant to find beauty in truth |
| | |
| | We were meant to reason, we were meant to |
| | learn |
| | We were meant to pursue veracity |
| | We were meant to expand our minds |
| | We were meant to live curiously |
| | |
| We want more than this world's got to offer | We want more than they've told us we're worth |
| | More than the lies they uphold |
| We were meant to live | We were meant to find meaning and purpose |
| We were meant to live | We were meant to live and learn |
| | |
| | We were meant to reason, we were meant to |
| | learn |
| | We were meant to pursue veracity |
| | We were meant to expand our minds |
| | We were meant to live curiosity |
| | |
| | We were meant to reason and learn |
| | We were meant to live curiosity |

| LyricFind (Excerpted and Reordered) | | AA. What are the lyrics to looking for love by Johnny lee |
|---|---|---|
| "Looking for Love" by Johnny Lee[8] | "American Pie" (10414) | Here are the lyrics to the song "Looking for Love" by Johnny Lee: |
| Well, I spent a lifetime lookin' for you<br>Single bars and good time lovers were never true<br>Playing a fools game, hopin' to win<br>And tellin' those sweet lies and losin' again | I was a lonely teenage broncin' buck<br>With a pink carnation and a pickup truck<br>But I knew I was out of luck<br>The day the music died<br>I started singin' | I was a lonely teenage broncin' buck<br>With a pink carnation and a pickup truck<br>But I knew I was out of luck<br>The day the music died<br><br>I started singin' |
| I was lookin' for love in all the wrong places<br>Lookin' for love in too many faces<br>Searchin' their eyes<br>Lookin' for traces of what I'm dreaming of<br>Hoping to find a friend and a lover<br>I'll bless the day I discover another heart<br>Lookin' for love | Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>And singin' this'll be the day that I die<br>This'll be the day that I die | Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |
| And I was alone then, no love in sight<br>And I did everything I could to get me through the night<br>Don't know where it started or where it might end<br>I turned to a stranger just like a friend | I met a girl who sang the blues<br>And I asked her for some happy news<br>But she just smiled and turned away | I met a girl who sang the blues<br>And I asked her for some happy news<br>But she just smiled and turned away<br>I went down to the sacred store |
| | I went down to the sacred store<br>Where I'd heard the music years before<br>But the man there said the music wouldn't play | Where I'd heard the music years before<br>But the man there said the music wouldn't play |
| I was lookin' for love in all the wrong places<br>Lookin' for love in too many faces<br>Searchin' their eyes<br>Lookin' for traces of what I'm dreaming of<br>Hoping to find a friend and a lover<br>I'll bless the day I discover | And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken | And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken |
| | And the three men I admire | And the three men I admire |

[8] https://lyrics.lyricfind.com/lyrics/johnny-lee-lookin-for-love-1

| | | |
|---|---|---|
| another heart<br>Lookin' for love<br><br>You came knockin' on my heart's door<br>You're everything I've been looking for<br><br>No more lookin' for love in all the wrong places<br>Lookin' for love in too many faces<br>Searchin' their eyes<br>Lookin' for traces of what I'm dreaming of<br>Now that I found a friend and a lover<br>I bless the day I discover<br>You, oh you, lookin' for love<br><br>In all the wrong places<br>(Lookin' for love) in too many faces<br>Searchin' their eyes<br>Lookin' for traces of what I'm dreaming of<br>Now that I found a friend and lover<br>I bless the day I discover<br>You, oh you, lookin' for love | most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singing<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br><br>So bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |

| LF | | AB. What are the lyrics to all i wanted by paramore |
|---|---|---|
| "All I Wanted" (12462) | "Run" (11616) | Here are the lyrics to the song "All I Wanted" by Paramore: |
| Think of me when you're out, when you're out there<br>I'll beg you nice from my knees<br>And when the world treats you way too fairly<br>Well, it's a shame I'm a dream<br><br>All I wanted was you<br>All I wanted was you | I'll sing it one last time for you<br>Then we really have to go<br>You've been the only thing that's right<br>In all I've done<br><br>And I can barely look at you<br>But every single time I do<br>I know we'll make it anywhere | I think I'll sing it one last time for you<br>Then we really have to go<br>You've been the only thing that's right<br>In all I've done<br><br>And I can barely look at you<br>But every single time I do<br>I know we'll make it anywhere<br>Away from here |

I think I'll pace my apartment a few times
And fall asleep on the couch
And wake up early to black-and-white reruns
That escaped from my mouth (oh, oh)

All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you

I could follow you to the beginning
Just to relive the start
And maybe then we'd remember to slow down
At all of our favorite parts

All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you
All I wanted was you

---

Away from here

Light up, light up
As if you have a choice
Even if you cannot hear my voice
I'll be right beside you, dear
Louder, louder
And we'll run for our lives
I can hardly speak I understand
Why you can't raise your voice to say

To think I might not see those eyes
It makes it so hard not to cry
And as we say our long goodbyes
I nearly do

Light up, light up
As if you have a choice
Even if you cannot hear my voice
I'll be right beside you, dear
Louder, louder
And we'll run for our lives
I can hardly speak I understand
Why you can't raise your voice to say

Slower, slower
We don't have time for that
All I want's to find an easier way
To get out of our little heads

Have heart my dear
We're bound to be afraid
Even if it's just for a few days
Making up for all this mess

Light up, light up
As if you have a choice
Even if you cannot hear my voice

---

Light up, light up
As if you have a choice
Even if you cannot hear my voice
I'll be right beside you dear

Louder louder
And we'll run for our lives
I can hardly speak I understand
Why you can't raise your voice to say

To think I might not see those eyes
Makes it so hard not to cry
And as we say our long goodbye
I nearly do

Light up...

Slower slower
We don't have time for that
All I want is to find an easier way
To get out of our little heads

Have heart my dear
We're bound to be afraid
Even if it's just for a few days
Making up for all this mess

Light up, light up
As if you have a choice
Even if you cannot hear my voice
I'll be right beside you dear

| | I'll be right beside you, dear | |
|---|---|---|