# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2023, I electronically filed the <u>Business Entity Disclosure for Anthropic PBC</u> with the Clerk of the Court using the CM/ECF system and served all parties of record via the CM/ECF system as indicated below:

Andrew Guerra
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: andrew@oandzlaw.com

Audrey Adu-Appiah
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: aadu-appiah@oandzlaw.com

Jennifer Pariser
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: jpariser@oandzlaw.com

Jonathan Z. King
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Fax: (212) 575-0671
Email: jzk@cll.com

Matthew J. Oppenheim
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: matt@oandzlaw.com

Allison Levine Stillman (*admitted Pro Hac Vice*)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020-1345
(212) 906-1200
alli.stillman@lw.com

Andrew Gass (*admitted Pro Hac Vice*)
Joseph Wetzel (*admitted Pro Hac Vice*)
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
(415) 391-0600
andrew.gass@lw.com
joe.wetzel@lw.com

Sarang Damle (*admitted Pro Hac Vice*)
Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, D.C. 20004
(202) 637-2200
sy.damle@lw.com

*Counsel for Anthropic PBC*

Nicholas C. Hailey
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: nick@oandzlaw.com

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Email: rxd@cll.com

Richard S. Mandel
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9291
Fax: (212) 575-0671
Email: rsm@cll.com

Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: sriley@rjfirm.com

Timothy Chung
Email: tchung@oandzlaw.com

Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: tharvey@rjfirm.com

*Counsel for Plaintiffs*

Dated: November 17, 2023 /s/ *Aubrey B. Harwell III*
Aubrey B. Harwell III