IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., *Plaintiffs*, v. ANTHROPIC PBC, *Defendant*. | Case No. 3:23-cv-01092<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

**DEFENDANT ANTHROPIC PBC'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND
IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendant, Anthropic PBC ("Anthropic"), through counsel, hereby moves the Court to dismiss the Complaint against it pursuant to Federal Rules of Civil Procedure 12(b)(2) or 12(b)(3). In support of this motion, Anthropic relies upon its Memorandum of Law and the Declaration of Jared Kaplan (and associated exhibits), which are being filed contemporaneously herewith.

Dated: November 22, 2023

Respectfully submitted,

**NEAL & HARWELL, PLC**

/s/ *Aubrey B. Harwell III*
Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 033520)
Olivia Rose Arboneaux (No. 040225)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
trey@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel (*admitted pro hac vice*)
Andrew M. Gass (*admitted pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1345
Telephone: (212) 906-1200
alli.stillman@lw.com

Sarang V. Damle *(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
sy.damle@lw.com

*Attorneys for Defendant Anthropic PBC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

### COUNSEL FOR PLAINTIFFS

| | |
|---|---|
| Steven A. Riley (No. 6258)<br>Tim Harvey (No. 21509)<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>tharvey@rjfirm.com | Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey Adu-Appiah<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com |
| Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street, Suite 2100<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com | Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>OPPENHEIM + ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com |

/s/ *Aubrey B. Harwell III*
Aubrey B. Harwell III