UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>  Defendant. | Case No. 3:23-cv-01092<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on November 29, 2023, regarding their dispute over proposed responsive briefing schedules for Plaintiffs' motion for a preliminary injunction (Doc. No. 40) and Defendant's motion to dismiss or transfer venue for lack of personal jurisdiction (Doc. No. 54). Having reviewed the parties' arguments made in their joint statement (Doc. No. 56) and articulated in the telephone conference, and in consultation with Chief Judge Crenshaw, the Court ORDERS as follows:

Briefing of the motion for a preliminary injunction and the motion to dismiss will be concurrent. The Court therefore adopts the briefing schedule agreed to by the parties as set forth in their joint statement. Accordingly, Defendant shall respond to Plaintiffs' motion for a preliminary injunction by January 16, 2024, and Plaintiffs shall file any optional reply by February 14, 2024.

Plaintiffs shall respond to Defendant's motion to dismiss by January 22, 2024, and Defendant shall file any optional reply by February 14, 2024.

The parties' reply briefs shall be limited to five pages.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge