IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

**PLAINTIFFS' UNOPPOSED MOTION TO CORRECT THE COURT'S ORDER
IN REGARD TO PAGE LIMITS FOR PLAINTIFFS'
PRELIMINARY INJUNCTION MOTION BRIEFING**

Plaintiffs respectfully submit this motion to correct the Court's recent order (ECF No. 57) regarding the concurrent briefing of Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion to Dismiss or Transfer, to reflect the previously ordered expanded page limit of 15 pages for Plaintiffs' reply brief in support of their Motion for Preliminary Injunction (ECF No. 38). Pursuant to Local Rule 7.01(a)(1), Plaintiffs conferred with Defendant Anthropic PBC by email prior to filing this motion. Defendant's counsel stated Defendant does not oppose this motion.

In anticipation of filing the Motion for Preliminary Injunction ("PI Motion"), Plaintiffs and Defendant filed a joint motion (ECF No. 34) seeking to enlarge the page limits for the briefing. On November 15, 2023, Judge Crenshaw granted the parties' Joint Motion to Enlarge Page Limit for Briefing of the PI Motion (ECF No. 38), permitting the agreed-to enlarged page limits including 15 pages for Plaintiffs' reply. However, Magistrate Judge Newbern's recent order (ECF No. 57), entered on December 1, 2023, ("December 1 Order") regarding the concurrent briefing schedule for the PI Motion and the Motion to Dismiss or Transfer indicated that the parties' reply briefs in

support of both motions would be limited to five pages, as opposed to the previously ordered 15-page limit for Plaintiffs' reply in support of their PI motion.[1]

Plaintiffs request that the Court correct the December 1 Order and confirm the page limit of 15 pages for Plaintiffs' reply in support of their PI motion. The parties agreed upon and jointly requested expanded page limits, including 30 pages for Defendant's response and 15 pages for Plaintiffs' reply, in their joint motion (ECF No. 34). The expanded page limit for the reply will ensure that Plaintiffs have sufficient opportunity to appropriately address for the Court the factual and legal arguments the parties have discussed will be raised in Defendant's opposition papers, including the application of the multi-factor tests for preliminary injunctions, Defendants' copyright fair use defense (and potentially other defenses), and recent opinions of other courts regarding the state of the law in this area. Plaintiffs structured the arguments and content of their opening brief in reliance on the previously ordered enlarged page limits for the reply brief. An unanticipated change in page limits at this stage will prejudice Plaintiffs and prevent the Court from benefitting from a thorough discussion of the issues.

Accordingly, Plaintiffs respectfully request that the Court correct the December 1 Order to reflect the enlarged 15-page limit for Plaintiffs' reply in support of the PI Motion, as previously ordered.

---

[1] The parties never sought to modify the page limit for Defendant's reply its support of its Motion to Dismiss. *See* ECF No. 34.

Dated: December 5, 2023

Respectfully submitted,

*/s/ Steven A. Riley*
Steven A. Riley (No. 6258)
Tim Harvey (No. 21509)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tharvey@rjfirm.com

Matthew J. Oppenheim
Nicholas C. Hailey
Audrey Adu-Appiah
(admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: 212-790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

*/s/ Steven A. Riley*