IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 37.01, Plaintiffs Concord Music Group, Inc., Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, and ABKCO Music, Inc. (collectively, "Plaintiffs") and Defendant Anthropic PBC ("Anthropic"), by and through their respective counsel, respectfully move for entry of the attached proposed Stipulated Protective Order. The parties have agreed to the language and content of the proposed Stipulated Protective Order and believe its entry is necessary for purposes of facilitating discovery while protecting certain information and documents that may be produced during the discovery process that the parties believe in good faith are sensitive, confidential, proprietary, and/or personal. However, Anthropic does not consent to jurisdiction or proper venue in the United States District Court for the Middle District of Tennessee by virtue of entering into this stipulated protective order with Plaintiffs and does not waive, and expressly reserves, its rights to have this case dismissed, or in the alternative transferred, per Anthropic's pending motion to dismiss. *See* ECF No. 54. Plaintiffs and Defendant respectfully request that the Court enter the proposed Stipulated

Protective Order at its earliest convenience in light of pending discovery requests related to Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 40.

| | |
|---|---|
| Dated: January 4, 2024 | Respectfully submitted, |
| */s/ Aubrey B. Harwell III* | */s/ Steven A. Riley* |
| Aubrey B. Harwell III (No. 017394) | Steven A. Riley (No. 6258) |
| Nathan C. Sanders (No. 33520) | Tim Harvey (No. 21509) |
| Olivia R. Arboneaux (No. 40225) | RILEY & JACOBSON, PLC |
| NEAL & HARWELL, PLC | 1906 West End Avenue |
| 1201 Demonbreun Street, Suite 1000 | Nashville, TN 37203 |
| Nashville, TN 37203 | Telephone: (615) 320-3700 |
| Telephone: 615.244.1713 | sriley@rjfirm.com |
| tharwell@nealharwell.com | tharvey@rjfirm.com |
| nsanders@nealharwell.com | |
| oarboneaux@nealharwell.com | Matthew J. Oppenheim |
| | Nicholas C. Hailey |
| Joseph R. Wetzel | Audrey L. Adu-Appiah |
| Andrew M. Gass | (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | OPPENHEIM + ZEBRAK, LLP |
| LATHAM & WATKINS LLP | 4530 Wisconsin Ave., NW, 5th Floor |
| 505 Montgomery Street, Suite 2000 | Washington, DC 20016 |
| San Francisco, CA 94111 | Telephone: (202) 480-2999 |
| Telephone: 415.391.0600 | matt@oandzlaw.com |
| joe.wetzel@lw.com | nick@oandzlaw.com |
| andrew.gass@lw.com | aadu-appiah@oandzlaw.com |
| | Jennifer Pariser |
| Allison L. Stillman | Andrew Guerra |
| (admitted *pro hac vice*) | Timothy Chung |
| LATHAM & WATKINS LLP | (admitted *pro hac vice*) |
| 1271 Avenue of the Americas | OPPENHEIM + ZEBRAK, LLP |
| New York, NY 10020 | 461 5th Avenue, 19th Floor |
| Telephone: 212.751.4864 | New York, NY 10017 |
| alli.stillman@lw.com | Telephone: (212) 951-1156 |
| | jpariser@oandzlaw.com |
| Sarang V. Damle | andrew@oandzlaw.com |
| (admitted *pro hac vice*) | tchung@oandzlaw.com |
| LATHAM & WATKINS LLP | |
| 555 Eleventh Street, NW, Suite 1000 | Richard S. Mandel |
| Washington, D.C. 20004 | Jonathan Z. King |
| Telephone: 202.637.2200 | Richard Dannay |
| sy.damle@lw.com | (admitted *pro hac vice*) |
| | COWAN, LIEBOWITZ & LATMAN, P.C. |
| *Attorneys for Defendant* | 114 West 47th Street |

New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

*/s/ Steven A. Riley*
Steven A. Riley