UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

# ORDER

In the initial case management conference held on January 11, 2024, counsel identified a dispute over discovery related to Plaintiffs' motion for a preliminary injunction. As discussed in the conference, the parties are ORDERED as follows:

Plaintiffs shall continue their rolling production of preliminary injunction discovery.

Defendant shall file its response in opposition to the motion for a preliminary injunction by January 16, 2024.

Counsel shall meet and confer regarding the timing and scope of Defendant's preliminary injunction discovery production by January 19, 2024.

If counsel are unable to reach an agreement as to that production, they shall file a joint statement of their remaining dispute by January 22, 2024.

A telephone conference with the magistrate judge is set on January 23, 2024, at 2:00 p.m. Counsel for the parties shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge