**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | |
| *Plaintiffs*, | Case No. 3:23-cv-01092 |
| v. | |
| ANTHROPIC PBC, | Chief Judge Waverly D. Crenshaw, Jr. |
| *Defendant*. | Magistrate Judge Alistair Newbern |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Fed. R. Civ. P. 5.2(d), Local Rules 5.03 and 7.01, Administrative Order 167-1, and the Stipulated Protective Order (the "Protective Order") entered in this case (ECF No. 62), Defendant Anthropic PBC respectfully asks this Court for leave to file certain documents under seal. For the reasons set forth in the accompanying Memorandum in Support, Anthropic seeks leave to file the following documents under seal:

- Anthropic's Opposition to Plaintiffs' Motion for Preliminary Injunction;

- Declaration of Jared Kaplan offered in support of Anthropic's Opposition;

  o Exhibits B and C thereto;

- Declaration of Julia Lowd offered in support of Anthropic's Opposition;

  o Exhibits H, I, J, and K thereto;

- Declaration of Dawn Hall offered in support of Anthropic's Opposition;

- Declaration of Steven Peterson offered in support of Anthropic's Opposition;

- Exhibit A to the Declaration of Andrew M. Gass offered in support of Anthropic's Opposition

1

In accordance with Local Rule 7.01(a)(1), the undersigned counsel certify that they contacted Plaintiffs' counsel via email on January 16, 2024, and were advised that Plaintiffs join in Anthropic's request to seal certain information, as set forth in the accompanying Memorandum, and otherwise take no position on this Motion.

Dated: January 16, 2024

Respectfully submitted,

**NEAL & HARWELL, PLC**

/s/ Aubrey B. Harwell III
Aubrey B. Harwell III (BPR # 17394)
Nathan C. Sanders (BPR # 33520)
Olivia R. Arboneaux (BPR # 40225)
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

**LATHAM & WATKINS LLP**
Joseph R. Wetzel (*pro hac vice*)
Andrew M. Gass (*pro hac vice*)
505 Montgomery St., Suite 2000
San Francisco, CA 94111
(415) 395-8806
(415) 395-6007
joe.wetzel@lw.com
andrew.gass@lw.com

Sarang V. Damle (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(212) 906-1659
sy.damle@lw.com

Allison L. Stillman (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1747
alli.stillman@lw.com
*Counsel for Defendant Anthropic PBC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system and served all parties of record via the CM/ECF system as indicated below:

Steven A. Riley
Tim Harvey
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tharvey@rjfirm.com

Matthew J. Oppenheim
Nicholas C. Hailey
Audrey Adu-Appiah
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
(202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

Richard S. Mandel
Jonathan Z. King
Richard Dannay
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
(212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Counsel for Plaintiffs*

Dated: January 16, 2024

/s/ Aubrey B. Harwell III
Aubrey B. Harwell III

3