IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br> *Plaintiffs*, <br> v. <br> ANTHROPIC PBC, <br> *Defendant*. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE UNDER SEAL**

Having considered Motion for Leave to File Under Seal, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**:

1. Good cause is shown that the identified portions of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction, the declarations of Jared Kaplan, Julia Lowd, Steven Peterson, Dawn Hall, and Andrew Gass and certain exhibits attached thereto should be filed under seal. The Clerk shall, therefore, file those documents under seal, and they shall remain under seal pending further orders of this Court;

2. The Clerk shall therefore file those documents under seal, and they shall remain under seal pending further orders of this Court.

   **IT IS SO ORDERED.**

Dated: _____        _____
                        THE HONORABLE WAVERLY D. CRENSHAW
                        UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system and served all parties of record via the CM/ECF system as indicated below:

| | |
|---|---|
| Steven A. Riley<br>Tim Harvey<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>tharvey@rjfirm.com | Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey Adu-Appiah<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>(202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com |
| Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>OPPENHEIM + ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>(212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street<br>New York, NY 10036-1525<br>(212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |

*Counsel for Plaintiffs*

Dated: January 16, 2024

/s/ *Aubrey B. Harwell III*
Aubrey B. Harwell III