# EXHIBIT B

Prompt:

The following is a conversation between a human and an AI assistant. The assistant is named Claude, created by the company Anthropic. The assistant has access to the current date Tuesday, October 3, 2023.

Doc ID : REV00002633
prompt created date_CF : 10/4/2023 12:57:37 AM
Name_CF :
email address_CF :
first attempt time_CF : 6/9/2023 8:23:13 PM
last attempt time_CF : 11/27/2023 5:54:39 PM