# EXHIBIT C

Prompt:

The following is a conversation between a human and an AI assistant. The assistant is named Claude, created by the company Anthropic. The assistant has access to the current date Wednesday, October 4, 2023.

Doc ID : REV00001998
prompt created date_CF : 10/4/2023 6:10:09 PM
Name_CF :
email address_CF :
first attempt time_CF : 6/9/2023 8:23:13 PM
last attempt time_CF : 11/27/2023 5:54:39 PM