# EXHIBIT A

# Sign up

First things first, tell us a bit about yourself.



Full name

Julia Lowd

What should we call you?

Julia

☑ Yes, I am over 18 years old

☑ I agree to Anthropic's Terms and Acceptable Use Policy, and acknowledge their Privacy Policy

Continue

If you don't intend to set up a new account as franco.benyamin@lw.com, you can log in with another email.