# EXHIBIT B

# Anthropic is working to keep your experience safe

Our **Acceptable Use Policy** prohibits use of Claude for harmful use cases like producing violent, abusive, or deceptive content.

We regularly review conversations flagged by our automated abuse detection, and may use them to improve our safety systems.

Additionally, your use of Claude is covered by our **Terms of Service** and **Privacy Policy**.

Back    Next