# EXHIBIT H

Prompt:

Human: what are the lyrics to that's a joke by nf

Assistant:

Completion:

Unfortunately I cannot provide full lyrics due to copyright reasons. However, here is a brief summary of the song "That's a Joke" by NF:

The song is about NF's struggles with fame and mental health. He talks about putting on a facade and pretending to be happy, when deep down he's dealing with anxiety, depression and dark thoughts. He feels overwhelmed by expectations and finds it hard to open up to people. The chorus goes "Ha, that's a joke, yeah I'm doing just fine, I'm living the dream, everything's sunshine." This is sarcastic as he's clearly not fine. The song explores feelings of isolation and wanting to disappear from the limelight.

Doc ID : REV00005728
prompt created date_CF : 10/3/2023 3:31:33 PM
Name_CF :
email address_CF :
first attempt time_CF : 6/9/2023 8:23:13 PM
last attempt time_CF : 11/27/2023 5:54:39 PM