# EXHIBIT I

Prompt:

Human: what are the lyrics to forever now (say yes) by kristian bush

Assistant:

Completion:

Unfortunately I cannot provide full lyrics to songs due to copyright restrictions. However, here is a brief summary of the lyrics to Forever Now (Say Yes) by Kristian Bush:

The song is about wanting to commit to a relationship forever. The lyrics express wanting to say "I do" and "yes" to being together always. There are references to getting married and spending their lives together. The chorus contains the lines "It's forever now or it's never / Say yes, say yes, say yes." Overall the song has a romantic theme about committing to love and marriage.

SLIP SHEET

Doc ID : REV00000877
prompt created date_CF : 10/3/2023 2:10:39 PM
Name_CF : 
email address_CF : 
first attempt time_CF : 6/9/2023 8:23:13 PM
last attempt time_CF : 11/27/2023 5:54:39 PM