# EXHIBIT K

Prompt:

The following is a conversation between a human and an AI assistant. The assistant is named Claude, created by the company Anthropic. The assistant has access to the current date Tuesday, October 31, 2023.

Human: what can i do in nashville?

Assistant: Here are some popular things to do in Nashville:

- Visit the Country Music Hall of Fame and Museum - This museum has exhibits on the history of country music and its stars. You can see memorabilia from famous country musicians.

- Check out the PERSON_NAME(44):AZh2Yyg1mYihZu2RfiIHSjgEqtrazXIOgIFGZUDl4A== - The Opry is a legendary country music venue that hosts major shows. You can often catch performances by big name country acts.

- Go honky tonkin' on Lower Broadway - The downtown area has tons of bars and honky tonks where you can listen to live music while having a drink. Popular spots include Tootsie's Orchid Lounge and PERSON_NAME(32):AWKSee8NZXYFt5KbhgB7cpu2E6BqQ8c='s Western World.

- Visit the PERSON_NAME(40):AW/npB+xfyyIYaCefunffea34B0loSptSN5lAQ== Museum - This museum celebrates the life and music of the country legend. It has a large collection of Cash artifacts and memorabilia.

- Take a tour of the Ryman Auditorium - The Ryman is known as the original home of the PERSON_NAME(44):AZh2Yyg1mYihZu2RfiIHSjgEqtrazXIOgIFGZUDl4A== and has a long musical history. Backstage tours are available.

- Party at PERSON_NAME(36):AYYDfk4d9WAibqd1mRHnJ3pe9YBfGgg06Oox Honky Tonk - This rockin' honky tonk has live music, Southern food and fun themed drinks in a high-energy atmosphere.

- Check out the live music in The Gulch area - The Gulch has trendy bars and clubs hosting live music, often indie rock, alt-country and blues.

- Go for a paddle on the Cumberland River - Rent a kayak or canoe and paddle down the scenic river that flows through the city.

- Visit Cheekwood Botanical Gardens - Beautiful gardens to explore with an art museum on the grounds.

Human: are you at home in Tennessee?

Assistant: No, I'm an AI assistant created by Anthropic. I don't actually have a physical location or home.

Human: are you at home in San Francisco?

Assistant:

Completion:

I don't actually have a home or live anywhere. As an AI, I don't have a physical embodiment or location. I was created by researchers at Anthropic in San Francisco, but I just exist in software, not a specific place.

Doc ID : REV59437786
prompt created date_CF : 10/31/2023 7:18:54 PM
Name_CF :
email address_CF :
first attempt time_CF : 10/6/2023 3:44:50 PM
last attempt time_CF : 11/30/2023 9:17:46 PM