# Dawn Rice Hall

## Senior Managing Director — Forensic & Litigation Consulting

Dawn.Hall@fticonsulting.com

1166 Avenue of the Americas

16th Floor

New York, NY 10036

Tel: +1 212 499 3662

Fax: +1 212 651 7199

**PROFESSIONAL AFFILIATIONS**

American Bar Association-Associate Member

Licensing Executives Society

**EDUCATION**

B.S., Business Administration (Finance),

University of Notre Dame

Dawn Hall is a Senior Managing Director in the Dispute Advisory Services ("DAS") practice within the Forensic & Litigation Consulting segment at FTI Consulting. She is based in New York. The focus of Ms. Hall's experience has been in assisting clients with complex financial, accounting and damages related matters. She has been qualified as a damages expert in Federal court. Her experience includes various business disputes across many industries. Ms. Hall was awarded the 2017 Women Leaders in Consulting Future Service Award by Consulting magazine and the 2019 Top 25 Leading Women Intrapreneurs & Corporate Leaders in New Jersey Monthly Magazine. Ms. Hall has been recognized as a leading expert in patent damages in the 2018 - 2023 editions of the IAM Patent 1000 – The World's Leading Patent Professionals and the Who's Who Legal's IP Experts.

## Professional Experience

**Dispute Advisory Services Experience**

- Participated in cases involving breach of contract, patent infringement, trademark infringement, copyright infringement, trade dress infringement, trade secret and other types of business disputes.

- Performed litigation advisory services in various markets including:
  - Banking, securities and financial markets
  - Aerospace and aviation (military and civilian)
  - Electronics (military and civilian), computer hardware / software, and networking
  - Chemicals and petrochemicals
  - Automotive
  - Medical device products
  - Consumer products

- Conducted complex damages studies involving lost sales, lost profits, manufacturing and marketing capacity, price erosion, reasonable royalty, and prejudgment interest for both plaintiffs and defendants.

- Assisted attorneys in developing discovery, refining strategy, preparing interrogatories and document requests, participating in the depositions of witnesses, and preparing demonstrative exhibits for trial.

# Dawn Rice Hall

**Financial Advisory Services Experience**

- Prepared damages analyses and case strategy for numerous cases involving breach of non-solicitation and non-compete agreements, theft of trade secrets and breach of fiduciary duty matters in various industries, including professional services, financial services, medical device sales, insurance, food processing, among others.

- Worked with legal counsel, management and licensing professionals in the development and execution of royalty audit and contract compliance programs, technology valuation, and licensing strategy.

- Developed an estimate of economic damages arising from alleged infringement of numerous patents for the designer, manufacturer, and marketer of a broad range of products including personal and tablet computers, portable digital music players, mobile communications devices. Analysis included determination of reasonable royalty damages and evaluation of the Georgia-Pacific factors for non-essential patents, availability and suitability of alternatives, market comparables and licensing considerations, benefits of the patented technology, contributions to profit, the parties' bargaining positions and patent stacking and patent exhaustion issues.

- Assisted several financial services companies in the defense of a business method patent litigation relating to Remote Image Capture with Centralized Processing and Storage. Analysis focused on understanding the technology resources, including check processing, imaging and archiving methods and application software employed throughout the banks, to process checks and other bank documents and the associated economics of such systems. Determined appropriate royalty base, which included an analysis of "micro-transactions," and reasonable royalty rate.

- Assisted counsel in creating submissions to the SEC related to its investigation of a $1 billion financial restatement due to accounting irregularities. Also prepared numerous analyses for use in defense of an investor class action suit resulting from the restatement. Managed discovery process involving documents and personnel from more than 20 countries. Assisted counsel in deposition preparation and formulating subpoena responses and document productions for SEC litigation involving accounting issues.

## Expert Retention

- *United States District Court for the District of Delaware (Case No. 1:22-cv-00638)* Applied BioKinetics LLC v. KT Health, LLC (Foley & Lardner LLP) Patent Infringement. Expert Report (2024).

- *Supreme Court for the State of New York – County of New York (Index No. 652352/2020)* BDO USA, P.C. (f/k/a BDO USA, LLP) (McDermott Will & Emery LLP) v. Stephen Morris and James Andrew Stiles, Jr. Breach of Contract. Expert Report (2023). Deposition (2023).

- *United States District Court for the Northern District of Ohio Eastern Division (Case No. 1:21-CV-662)* Best Process Solutions, Inc. v. Blue Phoenix Inashco USA, Inc. (Allen & Overy LLP / Crowell & Moring LLP). Breach of Contract, Misappropriation of Trade Secrets. Expert Report (2023). Deposition (2023).

- *United States District Court for the District of New Jersey (Case No. 2:12-cv-04047-KSH-CLW)* Nite Glow Industries, Inc., I Did It, Inc., and Marni Markell Hurwitz v. Central Garden & Pet Company and Four Paws Pet Company d/b/a Four Paws Products, Ltd. (Orrick Herrington & Sutcliffe LLP). Misappropriation of an Idea. Expert Report (2022). Deposition (2023).

- *United States District Court for the Central District of California (Case No. 2:20-CV-359)* Nichia Corporation v. Feit Electric Company, Inc. (Benesch, Friedlander, Coplan & Aronoff LLP). Patent Infringement. Expert Reports: 2 (2022). Deposition (2022). Trial (2023).

- *United States District Court for the Central District of California (2:20-CV-04926)* CAO Lighting, Inc. v. Feit Electric Company, Inc. (Shook, Hardy & Bacon LLP). Patent Infringement. Expert Report (2022). Deposition (2022).

- *United States District Court for the Central District of California (Case No. 2:20-CV-10515-JVS-AFM)* Wixen Music Publishing, Inc., v. Triller, Inc. and Triller, LLC (Latham & Watkins LLP). Copyright Infringement. Expert Report: 2 (2022).

- *United States District Court for the District of Connecticut (Case No. 3:20-cv-01900-JBA)* Geomatrix Systems, LLC v. Eljen Corporation (Robinson & Cole LLP) Patent Infringement. Expert Report (2022). Deposition (2022).

- *United States District Court for the Southern District of New York (Civil Action No.: 7:20-CV-6813 (VB) (AEK))* Lisa Lombardo v. Trans Union LLC and JPMorgan Chase Bank, N.A. (Turcotte Law, P.C.) Breach of Contract. Expert Report (2022). Deposition (2022).

- *Supreme Court of the State of New York, County of New York – Commercial Division (Case No. 657346/2020)* HOV Services, Inc. (Tarter Krinsky & Drogin LLP) v. ASG Technologies, Inc. Breach of Contract. Expert Report (2022). Deposition (2022).

- *United States District Court for the Middle District of Florida, Orlando Division (Case No. 6:20-cv-1845-Orl-78DCI)* Mitsubishi Hitachi Power Systems Americas, Inc., n/k/a Mitsubishi Power Americas, Inc. (Holland & Knight LLP) v. Siemens Energy, Inc. and Michael Hillen. Misappropriation of Trade Secrets. Expert Report (2022).

- *United States District Court for the Southern District of New York (Case No. 1:19cv11712)* Dialight plc. v. Sanmina Corporation (Rich, Intelisano & Katz and Ervin Cohen & Jessup, LLP). Breach of Contract. Expert Report (2021).

- *United States District Court for the Middle District of Tennessee (Case No. 3:20-CV-00641)* The Lampo Group, LLC d/b/a Ramsey Solutions (Pillsbury Winthrop Shaw Pittman LLP) v. Marriott Hotel Services, Inc. Breach of Contract. Expert Report (2021).

- *United States District Court for the District of Delaware (Case No. 15-CV-058-RGA)* Blackbird Tech LLC d/b/a Blackbird Technologies v. Feit Electric Company, Inc. (Maynard, Cooper & Gale, P.C.) Patent Infringement. Expert Reports (2019 & 2021).

- *United States District Court for the District of Connecticut (Case No. 3:18-CV-00503-SRU)* FloodBreak, LLC v. Art Metal Industries, LLC and Kevin F. Biebel (Robinson & Cole LLP). Patent Infringement. Expert Report (2019). Deposition (2020).

- *United States District Court for the District of New Hampshire (Case No. 1:17-CV-00483)* Steyr Arms, Inc. (Hoffmann & Baron) v. SIG Sauer, Inc. Patent Infringement. Expert Report (2019). Deposition (2019).

- *United States District Court for the Northern District of Illinois Eastern Division (Case No. 1:17-CV-6081)* Jon Easton and Primal Mode, Inc. v. Primal Wear, Inc. (Lewis Brisbois Bisgaard & Smith LLP). Trademark Infringement. Expert Reports (2018 & 2019). Deposition (2018).

- *United States District Court for the Eastern District of Virginia, Alexandria Division (Case No. 1:19-cv-00189-CMH-TCB)* Netvision Resources, Inc. v. Ramakanth Peechara (Rifkin Weiner Livingston LLC). Breach of Contract. Misappropriation of Trade Secrets. Expert Report (2019). Deposition (2019).

- *United States District Court for the District of Delaware (Case No. 15-CV-056-RGA)* Blackbird Tech LLC d/b/a Blackbird Technologies v. ELB Electronics, Inc. (Maynard, Cooper & Gale, P.C.) Patent Infringement. Expert Report (2019).

- *United States District Court for the Southern District of Iowa, Eastern Division (Case No. 4:17-cv-440)* Atos IT Solutions and Services, Inc. (Belin McCormick, P.C.) v. ACT, Inc. Breach of Contract. Expert Report (2019).

- *United States District Court for the Southern District of New York (Case No. 17-CV-6247-PGG-KNF)* Touchstream Technologies, Inc., d/b/a Shodogg (Norton Rose Fulbright US LLP) v. Vizbee, Inc., f/k/a Clasp.TV Inc. Patent Infringement. Expert Report (2018). Deposition (2019).

- *United States District Court for the Southern District of New York (Case No. 15-CV-5024)* Olaf Sööt Design, LLC v. Daktronics, Inc. and Daktronics Hoist, Inc. (Blank Rome LLP). Patent Infringement. Expert Reports: 2 (2017), 1 (2018). Deposition (2017). Trial (2018).

- *United States District Court for the Southern District of New York (Case No. 15-CV-09363)* Lokai Holdings LLC (Tarter Krinsky & Drogin LLP) v. Twin Tiger USA LLC, Twin Tiger World Markets LTD., Rory Coppock, and Troy Coppock. Trade Dress Infringement, Unfair Competition and False Advertising. Expert Report (2017). Deposition (2017).

- *Supreme Court of the State of New York - County of Kings (Index No.: 511001/2015)* Photo 4 Less Inc., Photo Park of Brooklyn, Inc., and D & E Imaging, Inc. v. Flushing Bank (Hughes Hubbard & Reed LLP). Breach of Contract, Tortious Interference, Interference with Wires. Expert Report (2017).

- *Supreme Court of the State of New York - County of New York (Index No.: 654595/2012)* Clean Air Options, LLC and Eurus Air Design, AB v. Humanscale Corporation (Cole Schotz P.C.). Breach of Contract. Expert Report (2016).

- *United States District Court for the Eastern District of Texas, Marshall (Case No. 2:14-cv-0907)* Emmanuel C. Gonzalez (Locke Lord LLP) v. New Life Ventures, Inc.; Patent Infringement. Expert Report: (2015). Trial (2016).

- *United States District Court for the Western District of Wisconsin (Civil Action No: 13-CV-612)* VocalTag Ltd. and SCR Engineers Ltd. (Morrison Cohen LLP) v. Agis Automatisering B.V.; Patent Infringement. Expert Report: 2 (2015). Deposition: 1 (2015).

- *United States District Court for the District of Massachusetts (Civil Action No: 1:12CV-11409-RWZ)* Epoxy Technology, Inc. v. Daizo Corporation (Saito Sorenson LLP); Breach of Contract. Expert Report: 1 (2014).

- *United States District Court for the District of Delaware (Civil Action No: 1:12CV282)* Pi-Net International, Inc. v. JPMorgan Chase & Co. (Skadden, Arps, Slate, Meagher & Flom LLP); Patent Infringement. Expert Report: 1 (2013). Deposition: 1 (2014).

- *United States District Court for the Southern District of New York (Case No. 09 CV 902 (LMM))* Sherwood Group, Inc. v. Max Impact, LLC, Chanelia Ltd., Argo Development & Production, Ltd., BamBams, L.L.C. (The Law Office of Christopher B. Turcotte, P.C.), Jim Manhardt and Moshe Harel; False Advertising and Tortious Interference with Advantageous Business Relationships. Expert Report: 1 (2013).

- *United States District Court for the Southern District of New York (Civil Action No. 02 Civ. 6191 (TPG))* Hypoxico Inc. v. Colorado Altitude Training, LLC and Lawrence Kutt (Patterson, Belknap, Webb & Tyler LLP); Patent infringement. Expert Report: 1 (2011). Deposition: 1 (2012). Trial (2012).

- *United States District Court for the District of New Jersey (Civil Action No. 02cv3142 (FSH))* Stephen E. Moor v. Honeywell International Inc., et al. (Kalow & Springut LLP); Patent infringement, misappropriation of trade secrets and breach of contract claims. Expert Reports: 2 (2003).

- *United States District Court for the Eastern District of New York (Case No.: CV 01 8284)* National Molding Corporation v. Newell Rubbermaid, Inc., Graco Children's Products Inc., and Buy Buy Baby, Inc. (Schiff Hardin & Waite); Patent infringement. Expert Report: 1 (2003).

## Selected Representative Consulting Engagements

**Patent Infringement Matters**

- United States District Court for the Eastern District of Texas – Marshall Division (Civil Action No. 2:16-CV-245). *United Services Automobile Association v. Wells Fargo Bank, N.A.* (Winston & Strawn LLP). Assisted in the damages analysis and draft of the rebuttal and affirmative expert report involving analysis of reasonable royalty damages, Georgia-Pacific factors and design around alternatives for a patent infringement case involving mobile remote deposit capture technology.

- United States District Court for the District of Delaware (Civil Action No. 14-561 (GMS)). *Quest Licensing Corporation v. Bloomberg L/P and Bloomberg Finance L.P.* (Wilson Sonsini Goodrich & Rosati), *Interactive Data Corporation* (Brinks Gilson & Lione), *Factset Research Systems Inc.* (Robinson & Cole LLP), *The Schwab Corporation and Schwab & Co., Inc.* (Wilson Sonsini Goodrich & Rosati). Assisted in the damages analysis and draft of the rebuttal expert report involving analysis of reasonable royalty damages, Georgia-Pacific factors and design around alternatives for a patent infringement case involving systems and related hardware that provide mobile access to real-time financial data.

- *United States District Court for the District of Delaware (Civil Action No. 12-081-LPS). Helios Software, LLC and Pearl Software, Inc. v. SpectorSoft Corporation (Shartsis Friese LLP).* Assisted in the damages analysis and draft of the rebuttal expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving a method of remotely monitoring an internet session.

- In the Matter of Certain Optoelectronic Devices for Fiber Optic Communications, Components Thereof, and Products Containing the Same. Mellanox Technologies, Inc. and Mellanox Technologies, Ltd (Respondents). Investigation No. 337-TA-860 (United States International Trade Commission, Washington, DC). Assisted in the draft of expert reports regarding domestic industry and public interest.

- Canadian Federal Court (Court File No. T-1272-97). *Merck & Co., Inc. and Merck Frosst Canada & Co. v. Apotex Inc. and Apotex Fermentation Inc.* (Goodmans LLP). Assisted in the damages analysis and draft of opening and rebuttal expert reports involving analysis of reasonable royalty damages involving a product-by-process patent covering Lovastatin, a statin drug used for the purpose of aiding in the treatment of cardiovascular disease.

- United States District Court for the Southern District of New York (Civil Action No. 11 Civ. 6697). *Realtime Data, LLC. d/b/a IXO v. CME Group Inc, et al*. (BATS Trading, Inc. and BATS Exchange, Inc. (Polsinelli Shughart LLP), BOX Options Exchange LLC (Morgan, Lewis & Bockius LLP), International Securities Exchange, LLC (Winston & Strawn LLP), NASDAQ OMX Group Inc. and NASDAQ OMX PHLX, Inc. (Ballard Spahr LLP). Assisted in the damages analysis and draft of the rebuttal expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving systems and methods for providing accelerated transmission of market data feeds using data compression and decompression techniques. Analysis included determination of reasonable royalty damages and evaluation of the Georgia-Pacific factors, availability and suitability of alternatives, cost savings associated with the patented technology over alternative technologies, market comparables and licensing considerations, benefits of the patented technology, contributions to profit and the parties' bargaining positions.

- United States District Court for the Eastern District of Texas – Marshall Division (Civil Action No. 2:08cv-448). *LML Patent Corp. v. JPMorgan Chase & Co., et al* (Covington & Burling LLP). Assisted in the damages analysis and draft of the rebuttal and affirmative expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving a check writing point of sale system for ACH transactions.

- United States District Court for the Eastern District of Texas – Marshall Division (Civil Action No. 2:08cv-448). *LML Patent Corp. v. CitiGroup Inc. et al* (Locke Lord Bissell & Liddell LLP). Assisted in the damages analysis and draft of the rebuttal and affirmative expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving a check writing point of sale system for ACH transactions.

- United States District Court for the Northern District of Illinois. *International Securities Exchange, LLC. v. Chicago Board Options Exchange Inc.*; Assisted in the draft of the expert report involving analysis of lost profits and reasonable royalty damages and Panduit factor and Georgia-Pacific factor analyses for a patent infringement case involving an automated exchange for trading derivative securities.

- United States District Court for the District Wisconsin (Case No: 00-C-0999). *Alloc, Inc., Berry Finance and Valinge Innovation AB v. Pergo LLC* (Skadden); Assisted in the draft of the rebuttal and affirmative expert report involving analysis of lost profits and reasonable royalty damages and Panduit factor and Georgia-Pacific factor analyses for a patent infringement case involving laminate mechanical locking flooring.

- U.S. District Court for the Central District of California Western Division (Case No. 8:05 CV1455-RAL-TGW). *The Board of Trustees of The Leland Stanford Junior University, et al. v. Tyco International Ltd., JDS Uniphase* (Faegre & Benson LLP) et al.; Assisted in the draft of the expert rebuttal report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving fiber optic amplifiers.

- U.S. District Court for the Western District of *Wisconsin* (Case No. 07 C 0229 C) *Extreme Networks, Inc. v. Enterasys Networks, Inc.* (Robins Kaplan); Assisted in the draft of expert rebuttal report involving analyses of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving a policy based mechanism for managing, monitoring and prioritizing traffic within a network and allocating bandwidth to achieve true quality of service.

- United States District Court for the Middle District of Florida, Jacksonville District (Civil Action No. 3:05-cv-135-J-32TEM; No. 3:06-cv-301-J-32TEM) *Johnson & Johnson Vision Care, Inc. (Jenner & Block LLP) v. CIBA Vision Corporation*; Assisted in the draft of expert rebuttal report involving assessing the nature of the harm and, in particular, determining if monetary damages are quantifiable and/or can be considered adequate compensation in response to CIBA Vision's request for an injunction in a patent infringement case involving contact lenses.

- United States District Court for the Middle District of Florida, Tampa Division (Civil Action No. 8:05 CV1455-RAL-TGW) *Technology Research Corp v. Tower Manufacturing Corp and Fedders Corp*. (Kirkpatrick & Lockhart Nicholson Graham LLP); Assisted in the damages analysis and draft of expert rebuttal report involving analyses of lost profits, price erosion, reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving electrical safety devices used on room air conditioner units.

- United States District Court for the District of Delaware (Civil Action No. 04-858) *LML Patent Corp. v. TeleCheck Services, Inc*. Electronic Clearing House, Inc., XPRESSCHEX, Inc. and NOVA Information Systems, Inc. (Fish & Richardson, P.C.); Assisted in the damages analysis and draft of expert report involving analyses of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving electronic check conversion.

- United States District Court for the District of Maryland (Baltimore Division) (Civil Action No. 1:04cv03521 (WDQ)) *Classen Immunotherapies, Inc. v. King Pharmaceuticals, Inc. and Elan Pharmaceuticals, Inc.* (Finnegan, Henderson, Farabow, Garrett & Dunner, LLP); Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving new adverse event data and subsequent patenting.

- United States District Court for the District of Delaware (Civil Action No. 03-027-SLR) *Boston Scientific Corporation, Scimed Life Systems, Inc., and Boston Scientific Scimed, Inc. v. Cordis Corporation.* (Patterson, Belknap, Webb & Tyler LLP); Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving drug eluting coronary stents.

- United States District Court for the District of Delaware (Civil Action No. 03-1138-SLR/03-283-SLR) *Boston Scientific Scimed, Inc. and Boston Scientific Corporation v. Cordis Corporation, Johnson & Johnson, Inc.,* Guidant Corporation, Guidant Sales Corporation and Advanced Cardiovascular Systems, Inc. (Patterson, Belknap, Webb & Tyler LLP); Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving drug eluting coronary stents.

- United States District Court for the District of Delaware (Civil Action No. 03-283-SLR) *Boston Scientific Scimed, Inc. and Boston Scientific Corporation v. Cordis Corporation and Johnson & Johnson, Inc.* (Patterson, Belknap, Webb & Tyler LLP); Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving drug eluting coronary stents.

- United States District Court for the District of Arizona (Civil Action No. '01 0901 PHX-SMM) *Hamilton Sundstrand Corporation v. Honeywell International Inc. and Honeywell Intellectual Properties Inc.* (Kirkland & Ellis LLP); Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving auxiliary power units.

- United States District Court for the District of Delaware (Civil Action No. 03-242) Honeywell International Inc. and Honeywell Intellectual Properties Inc. (Kirkland & Ellis LLP) v. Universal Avionics Systems Corp. and Sandel Avionics, Inc.; Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving to enhanced ground proximity warning systems.

- United States District Court for the District of Delaware (Civil Action No. 02-359) *Honeywell International Inc. and Honeywell Intellectual Properties Inc. (Kirkland & Ellis LLP) v. Universal Avionics Systems Corp. and Sandel Avionics, Inc*.; Assisted in the damages analysis and draft of expert reports involving analyses of lost profits and reasonable royalty damages and Panduit and Georgia-Pacific factors for a patent infringement case involving to enhanced ground proximity warning systems.

- United States District Court for the Southern District of Indiana (Civil Action No.: IP95-870-C-Y/F) *Susan M. Maxwell v. Meijer, Inc., et al*. (Baker & Daniels); Assisted in the damages analysis and draft of preliminary expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving a connecting system for shoes.

- United States District Court for the District of Delaware (C.A. No. 01-0065) *Leon Stambler v. RSA Security Inc. (Hale and Dorr LLP), VeriSign Inc., First Data Corporation, Openwave Systems, Inc., OmniSky Corporation, and Certicom Corp*.; Assisted in the damages analysis and draft of preliminary expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving a method for securing information relevant to a transaction.

- U.S.District Court for the Northern District of Illinois Eastern Division (No. 00-C-7470) *BorgWarner Inc. and BorgWarner TorqTransfer Systems Inc. (Brinks Hofer Gilson & Lione) v. New Venture Gear, Inc*.; Assisted in the damages analysis and draft of preliminary expert report involving analysis of lost profits damages, reasonable royalty damages, Panduit factors and Georgia-Pacific factors for a patent infringement case involving transfer cases.

- U.S.District Court for the Southern District of New York (C.A. No. 00CIV 9622 JSR) *ACTV, Inc. and HyperTV Networks, Inc. v. The Walt Disney Co., ABC, Inc. and ESPN, Inc. (Weil, Gotshal & Manges LLP)*; Assisted in the damages analysis and draft of preliminary and supplemental expert reports involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case involving Enhanced TV.

- U.S.District Court for the Middle District of Florida, Jacksonville Division (No. 3:00-CV-1045-J-21 A) *TV/Com International, Inc. v. MediaOne of Greater Florida, Inc., Canal Plus Technologies S.A., Canal Plus US Technologies, Inc. and Société Européene de Contrôle d' Accés (Oblon, Spivak, McClelland, Maier & Neustadt)*; Assisted in the damages analysis and draft of expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case.

- United States District Court for the District of Massachusetts (No. C.A. 99-CV-10826 NG) *Soitec, S.A. (Winston & Strawn) v. Silicon Genesis Corporation*; Assisted in the damages analysis and draft of preliminary and supplemental expert reports involving analysis of reasonable royalty damages and Georgia Pacific factors for a patent infringement case.

- United States District Court for the Northern District of Illinois, Western Division (No. C.A. 00-CV-50224) *Intermatic Incorporated (Brinks Hofer Gilson & Lione) v. TayMac Corporation*; Assisted in the damages analysis and draft of expert report involving analysis of lost profits damages, reasonable royalty damages, the Panduit factors and Georgia-Pacific factors for a patent infringement case.

- United States District Court for the Southern District of California (No. C.A. 00-CV-50224) *Zevo Golf Co., Inc. v. Karsten Manufacturing Corporation, et al. (Bryan Cave LLP)*; Assisted in the damages analysis and draft of expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case.

- U.S. District Court, Eastern District of Wisconsin (No. 98-C-0864) *Newell Operating Company, doing business as and through its division, EZ Paintr Company* (Winston & Strawn) *v. Linzer Products Corporation*; Assisted in the damages analysis and draft of expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case.

- U.S. District Court, District of Delaware (No. 98-350-RRM) *EMI Group North America, Inc.* (Sidley & Austin) *v. Cypress Semiconductor Corporation*; Assisted in the damages analysis and draft of expert report involving analysis of reasonable royalty damages and Georgia-Pacific factors for a patent infringement case.

**Trademark/Copyright Infringement Matters**

- United States District Court for the District of Colorado (Case No: 03-MK-1615(CBS). *RE/MAX International, Inc. v. LendingTree, Inc.* (Quinn Emanuel Urguhart Oliver & Hedges, LLP); Assisted in the damages analysis and draft of expert report involving trademark infringement and false advertising.

- United States District Court for the District of New Jersey (Case No: 02-1512(AET)). *The GetPaid Corporation, a/k/a GetPaid Software, a/k/a Software Experts, Inc. v. Helix Systems, Inc., James Anderson, Scott Caudill, James V. Gelly, Six Sigma Academy, Inc. Keesah Software Company, Balaji Prakash-Rao and Ruth Lozano* (Kirkland & Ellis LLP); Assisted in the damages analysis and draft of expert report involving breach of contract, and copyright infringement counterclaims.

- American Arbitration Association. *Honeywell International Inc. v. The GetPaid Corporation, a/k/a GetPaid Software, a/k/a Software Experts,Inc. (Kirkland & Ellis LLP)*; Assisted in the damages analysis and draft of expert report involving breach of contract, trademark infringement and false advertising. Assisted in the damages analysis and draft of rebuttal expert report involving copyright infringement counterclaims.

- United States District Court for the District of Connecticut No. 302cv1242. *Janice Weinberg v. CMP Media, LLC, Garban Intercapital Services, Inc. and Electronic Engineering Times* (White & Case LLP). Assisted in the damages analysis and draft of expert report for a copyright infringement case.

- United States District Court for the District of Colorado (No. 99-WM-1819). *Curtis P. Bryant, Kim R. Bryant, and Rebecca Meloan, a Colorado partnership, doing business as Prematurely Yours v. American Greetings Corporation (*Merchant & Gould); Assisted in the damages analysis and draft of expert report involving analysis of defendant's profits for a trademark infringement, copyright infringement and false designation of origin case.

**Trade Secret Matters**

- United States District Court for the Eastern District of Pennsylvania (Civil Action No: 05-CV-2330). *Brotech Corporation t/a The Purolite Company and Purolite International Ltd* (Kasowitz, Benson, Torres & Friedman LLP*) v. Thermax, Inc. et al*.; Assisted in the damages analysis and draft of expert report involving analysis of lost profits, unjust enrichment and reasonable royalty damages in a misappropriation of trade secrets case.

- United States District Court for the District of Nevada (No. CV-S03-0998-LRH-RJJ). *Judy DiBattisto et al.* (Hutchison & Steffen LLC and Moses & Singer LLP) *v. PSS World Medical, Inc.*; Assisted in the damages analysis and draft of expert report involving analysis of lost profits and unjust enrichment in a trade secret and breach of contract case.

- American Arbitration Association. <u>World Financial Group, Inc.</u> (Seyfarth Shaw) *v. Ken Thornton, et al*.; Assisted in the damages analysis and draft of expert report involving analysis of lost profits and unjust enrichment in a trade secret and breach of contract case.
- United States District Court for the Central District of Illinois (No. 99-2080). *Rotec Industries, Inc., an Illinois Corporation v. <u>Mitsubishi Corporation</u>* (Mayer, Brown & Platt); Assisted in the damages analysis and draft of expert report involving analysis of lost profits and price erosion damages for a misappropriation of trade secrets, unlawful interference with prospective advantage and conspiracy case.

**False Advertising Matters**

- United States District Court for the Southern District of New York (Civil Action No. 04 Civ.7369 (LTS)(HBP)) <u>Johnson & Johnson Vision Care, Inc.</u> *v. CIBA Vision Corporation* (Kramer Levin Naftalis & Frankel LLP); Assisted in the damages analysis and draft of expert reports involving analyses of lost revenue and direct costs for a false advertising case involving contact lenses.

**Other Matters**

- Superior Court Complex Litigation Docket at Hartford (Docket No. X03-HHD-CV19-6114103-S). <u>Scapa Tapes North America LLC</u> *(Jones Day LLP) v. ConvaTec Inc*. Assisted in the damages analysis and draft expert report involving contract minimums and lost profits damages for a breach of contract matter.
- American Arbitration Association (Case No. 011500034226). *Sutter Health and Sutter Health Plan v. <u>OptumInsight, Inc., f/k/a Ingenix, Inc.</u>* (Crowell & Moring LLP). Assisted in the damages analysis and draft expert report involving lost profits, out-of-pocket damages and remediation damages for a breach of contract matter.
- Supreme Court of the State of New York (Index No. 650413/2014 and Index No. 650527/14 ) <u>Blue Sage Capital, LP</u> (Locke Lord LLP) *v. Alfa Laval U.S. Holding, Inc*. Assisted in the analysis and draft expert report for claims and counterclaims involving fraudulent inducement and breach of contract of a purchase agreement.
- JAMS (JAMS REF NO. 1425011675 [Consolidated with JAMS REF NO. 1425011844]). *Mort Stuhlbarg, as representative for real claimants in interest, The Morton Stuhlbarg and Susan Stuhlbarg Revocable Trust and The Stuhlbarg Charitable Remainder Unitrust v. <u>BRK Brands, Inc. and Jarden Corporation</u>* (Kane Kessler, P.C.). Assisted in the analysis and draft expert report for claims of breach of contract, breach of the implied covenant of good faith and fair dealing, and negligent misrepresentation.
- United States District Court for the Eastern District of Virginia – Alexandria Division (Civil Action No.: 1:07-CV-00114-JCC-TCB). <u>Touchcom, Inc. and Touchcom Technologies, Inc.</u> *(*Kasowitz, Benson, Torres & Friedman LLP) *v. Bereskin & Parr and H. Samuel Frost*; Assisted in the damages analysis and draft of expert report involving a claim for professional malpractice in preparing and prosecuting the application for a patent for an interactive fuel pump.
- Superior Court of New Jersey: Bergen County: Chancery Division. <u>Stanley Capital Mortgage Company, Inc.</u> (Siller Wilk LLP*) v. NovaStar Home Mortgage, Inc*; Assisted in the damages analysis and draft of expert report involving breach of duty of loyalty, breach of contract for use of confidential information, failure to abide by non-compete provision, intentional interference with contractual relationships and prospective business relations, and unfair competition.
- The District Court of Dallas County, Texas, 298th Judicial District (Case No. 03-13161-M). <u>Marsh USA Inc. et al.</u> (Bell Nunnally & Martin LLP) *v. Brent Vickery and Palmer & Cay, Inc*.; Assisted in the damages analysis and draft of expert report involving breach of contract, tortious interference and unfair competition.
- United States District Court for the Northern District of Illinois (Case No. 03-C-3597). <u>Marsh USA Inc. et al.</u> (Winston & Strawn LLP) *v. James Wylie and Palmer & Cay, Inc*.; Assisted in the damages analysis and draft of expert report involving breach of contract, tortious interference and unfair competition.

- Commonwealth of Kentucky, Jefferson Circuit Court, Division Nine (Case No. 03-CI-05682). <u>Marsh USA Inc. et al.</u> (Winston & Strawn LLP) *v. Kendall Empey and Palmer & Cay, Inc*.; Assisted in the damages analysis and draft of expert report involving breach of contract, tortious interference and unfair competition.

- United States District Court for the District of Columbia (Civil Action No. 1:03 cv 01757 (GK)*.* <u>Marsh USA Inc. et al</u>. (Winston & Strawn LLP) *v. Alejandra Evans and Palmer & Cay, Inc.;* Assisted in the damages analysis and draft of expert report involving breach of contract, tortious interference and unfair competition.

- American Arbitration Association. <u>Honeywell International Inc.</u> *v. The GetPaid Corporation, a/k/a GetPaid Software, a/k/a Software Experts,Inc. (*Kirkland & Ellis LLP); Assisted in the damages analysis and draft of expert report involving breach of contract, trademark infringement and false advertising.

- United States District Court for the Eastern District of New York (Civil Action No. 2000 civ 973 *(CPS)) Defino Contracting Co., Inc. v.* <u>Hazen and Sawyer, P.C.</u> (L'Abbate, Balkan, Colavita & Contini, LLP); Assisted in the damages analysis and draft of expert report involving negligence and negligent and intentional misrepresentation by Hazen and Sawyer in its role as construction monitor.

- International Chamber of Commerce Arbitration (No. 11899/DB). France Telecom et al. and <u>RSA Security Inc.</u> (Testa, Hurwitz & Thibeault, LLP); Assisted in the damages analysis and draft of expert report involving breach of contract of a patent license agreement.

- American Arbitration Association. ZefTek, Inc. and <u>Holland Company</u> (Schiff Hardin & Waite); Assisted in the damages analysis and draft of expert report involving analysis of an imputed royalty for the alleged breach of the "Most Favored Licensee" provision of a license agreement.

- International Chamber of Commerce Arbitration (No. 10295/AMW/KGA)*.* Pharmacia & Upjohn AB and <u>Genentech, Inc.</u> (Latham & Watkins); Assisted in the damages analysis and draft of expert report, joint expert report and rebuttal report involving analysis of tortious interference damages for an unlawful interference with prospective economic advantage and breach of the implied covenant of good faith and fair dealing case.

## Presentations

- Presentation at the NYC Bar Association Trade Secrets Symposium entitled "Know Your Worth: Assessing Damages in Trade Secret and Non-compete Disputes," December 2023.

- Presentation at the 2023 Patent Law Institute for PLI entitled "Damages, Remedies, Valuation and Beyond," April 2023 (San Francisco), October 2023 (New York).

- Presentation at the NYC Bar Association Trade Secrets Symposium entitled "Know Your Worth: Assessing Damages in Trade Secret and Non-compete Disputes," December 2022.

- Presentation at the NYC Bar Association Trade Secrets Symposium entitled "How to Measure Damages in Trade Secrets Cases," September 2021,

- Presentation at the 2021 Patent Law Institute for PLI entitled " Patent Damages and Remedies," March 2021, April 2021.

- Presentation at AIPLA's Spring Meeting entitled "It's All About the Money: The More the Better! Lost Profits, Royalties, and Possible Extraterritoriality Issues in Patent Cases in View of WesternGeCo," May 2019 (Philadelphia).

- Webinar hosted by the Georgetown Law Continuing Legal Education entitled "All the Way Through Trial: Damages in Trade Secrets Cases," January 2019

- Presentation at the BakerHostetler and FTI Consulting Litigation Forum entitled "Going All The Way Through Trial: Damages In Trade Secrets Cases," October 2018 (New York City).

- Presentation at the 12th Annual Patent Law Institute for PLI entitled " Bowling for Dollars: Tips for Preparing and Presenting Patent Damages Evidence for Trial," April 2018 (New York City and San Francisco).
- Webinar hosted by The Knowledge Group entitled "Proving Damages in Lost Profit Litigation: Surviving the Intricacies," February 2018.
- Presentation at AIPLA's Spring Meeting entitled "Leveraging the Situs of the Sale to Increase Patent Infringement Damages: A Look Into the Future After the Carnegie Mellon Case," May 2017 (San Diego).
- Presentation at the 11th Annual Patent Law Institute for PLI entitled "Determining Damages Adequate to Compensate for Infringement," April 2017 (New York City).
- Webinar for the Intellectual Property Owners Association IP Chat Channel entitled "Design Patents: Damages After Apple v. Samsung," January 2017.
- Presentation at the 10th Annual Patent Law Institute for PLI entitled "Determining Damages Adequate to Compensate for Infringement," April 2016 (New York City) May 2016 (San Francisco).
- Presentation at the Law Seminars International Recent Development of Trade Secret Law and Strategies entitled "Calculating and Presenting Trade Secret Damages Claims Effectively Whether To a Client, Jury or Judge," October 2015 (Seattle).
- Presentation at the 9th Annual Patent Law Institute for PLI entitled "Patent Damages - Keeping Up With the Changing Rules," February 2015 (New York City) March 2015 (San Francisco).
- Presentation at the Practicing Law Institute – Patent Litigation entitled "Patent Damages and Exhaustion," November 2014 (New York City).
- Presentation at the 8th Annual Patent Law Institute for PLI entitled "Patent Damages - Keeping Up With the Changing Rules," February 2014 (New York City) March 2014 (San Francisco).
- Presentation for the International Intellectual Property Society entitled "Intellectual Property Damages Analysis and Case Law," February 2014 (New York City).
- Presentation at Morrison & Foerster LLP's seminar entitled "The Business of Trade Secrets," October 2013 (Palo Alto, CA).
- Presentation at the 7th Annual Patent Law Institute for PLI entitled "Patent Damages - Keeping Up With the Changing Rules," February 2013 (New York City) March 2013 (San Francisco).
- Panelist at LegalTech: "E-Discovery in 2015 - How Corporations Will Do More with The Right Blend of Lawyers, Economics, Statistics and Software (LESS)" January 2013 (New York City).
- Panelist on Remedies: Damages at the 20th Annual Intellectual Property Law & Policy Conference, Fordham Intellectual Property Law Institute, April 2012.
- Presentation at the 6th Annual Patent Law Institute for PLI entitled "Patent Damages - Keeping Up With the Changing Rules," February 2012 (New York City); March 2012 (San Francisco).
- Presentation to the legal department of a financial services firm entitled " Intellectual Property Damages," July 2011.
- Presentation to New York University's School of Continuing Professional Studies Litigation Support of Forensic Accounting class entitled "Assessing Damages in Patent Infringement Cases," April 2005.
- Presentation to New York University's School of Continuing Professional Studies Litigation Support of Forensic Accounting class entitled "Assessing Damages in Patent Infringement Cases," June 2004.

- Presentation to New York University's School of Continuing Professional Studies Litigation Support of Forensic Accounting class entitled "Assessing Damages in Patent Infringement Cases," October 2003.
- Presentation to the Onondaga County Bar Association entitled "Assessing Damages in Trademark, Copyright and Trade Secret Cases," August 2003.
- Presentation to the Chicago Bar Association Young Lawyers Section Intellectual Property Committee entitled "Solving E-Crime: Recovering Digital Evidence & Well-Pointed Discovery," October 2002.
- Presented "Introduction to Accounting" to a group of first through third year associates at the Chicago office of an international law firm, January 2002.
- Facilitated an expert witness and deposition training session for a group of over 30 fifth through seventh year associates at the Chicago office of an international law firm, October 2001.

## Publications

- Co-authored "Damages, Remedies, Valuation and Beyond," Practicing Law Institute, April 2023.
- <u>Calculating Infringer's Profits in Trademark, Copyright, and Design Patent Cases</u>. Weil, Roman L. *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition. John Wiley & Sons, Inc. 2017.
- Co-authored "Patent Infringement Remedies—An Overview and Update," Practicing Law Institute, November 2011, November 2012, November 2013, November 2014, February 2016, February 2017, February 2018.
- "Calculating and Presenting Trade Secret Damages Claims Effectively Whether To a Client, Jury or Judge," Law Seminars International, September 2015.
- <u>Lost Profits as a Measure of Damages in Patent infringement Matters.</u> <u>Reasonable Royalty as a Measure of Damages in Patent Infringement Matters.</u> Slottje, Daniel. *Economic Damages in Intellectual Property: A Hands-On Guide to Litigation*, John Wiley & Sons, 2006
- Co-authored "Enforcing a Patentee's Rights – Damages Remedies over the Years," The Patent Journal, February 2002.
- Assisted in the analysis and development of the article by Kathleen M. Kedrowski, Gary G. Kleinreichert and Vincent A. Thomas entitled "A Historical View of Patent and Trademark Damages, 1982 – 2000," presented at seminar on Unlocking Hidden Value for Your Intellectual Property, June 2001.
- Assisted in the analysis of patent damages awards for the section of the book by Julie L. Davis and Kathleen M. Kedrowski entitled "Emerging Trends in Patent Infringement Damages Awards 1982-June 1997," – Intellectual Property Infringement Damages by Russell L. Parr, 1999.
- Assisted in the analysis of patent damages awards for an update of the article by Julie L. Davis and Kathleen M. Kedrowski entitled "An Update on Patent Damages – A Closer Look at Lost Profits and Reasonable Royalty Decisions from 1982 through June 1998," Licensing Law and Business Report, January-February 1999 (Vol. 21, No. 1).

## Employment History

- January 2017 – present: FTI Consulting, New York, NY. Senior Managing Director.
- January 2007 – December 2016: FTI Consulting, New York, NY. Managing Director.
- January 2005 – December 2006: FTI Consulting, New York, NY. Director.
- November 2003 – December 2004: FTI Consulting, New York, NY. Manager.

Dawn Rice Hall

- April 2003 – October 2003: KPMG, New York, NY. Manager.
- June 2002 – April 2003: KPMG, Chicago, IL. Manager.
- September 2001 – May 2002: Andersen, Chicago IL. Manager.
- September 1999 – August 2001: Arthur Andersen, Chicago IL. Senior Consultant.
- September 1997 – August 1999: Arthur Andersen, Chicago IL. Consultant.