# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>*Defendant*. | Case No. 3:23-cv-01092<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

## DECLARATION OF ANDREW M. GASS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Andrew M. Gass, declare the following:

1. I am a partner with the law firm of Latham & Watkins, LLP. I represent Defendant Anthropic PBC ("Anthropic") in the above-captioned matter.

2. I submit this declaration in support of Anthropic's Opposition to Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

3. Attached as **Exhibit A** hereto is a true and correct copy of email communications between counsel from Latham & Watkins, LLP and opposing counsel at Oppenheim + Zebrak, LLP between November 6, 2023 and January 16, 2024.

4. Attached as **Exhibit B** hereto is a true and correct copy of the December 7, 2023 hearing transcript regarding the defendants' motion to dismiss in related cases *Silverman v. OpenAI, Inc.*, No. 23-cv-03416-AMO (N.D. Cal.); *Tremblay v. OpenAI, Inc.*, No. 23-cv-03223-AMO (N.D. Cal.); and *Chabon v. OpenAI, Inc.*, No. 23-cv-04625-AMO (N.D. Cal.).

5. Attached as **Exhibit C** hereto is a true and correct copy of the Anthropic website homepage, available at https://www.anthropic.com/.

6. Attached as **Exhibit D** hereto is a true and correct copy of a webpage on Anthropic's website entitled "Making AI systems you can rely on," available at https://www.anthropic.com/company.

7. Attached as **Exhibit E** hereto is a true and correct copy of a webpage on Anthropic's website entitled "Meet Claude," available at https://www.anthropic.com/product.

8. Attached as **Exhibit F** hereto is a true and correct copy of an article written by Pamela Samuelson published on July 14, 2023 in Volume 381, Issue 6654 of SCIENCE, entitled "Generative AI Meets Copyright."

I declare under penalty of perjury that to the best of my knowledge, information, and belief, the foregoing statements are true and correct.

Executed on January 16, 2024 at San Francisco.

Andrew M. Gass