# EXHIBIT C

# ANTHROP\C  Product   Research   Company   News   Careers

# AI research and products that put safety at the frontier

**NEW**

## Claude in Beta, now available!

Your friendly assistant. Fast, capable, and truly conversational.

[Talk to Claude]

**ENTERPRISE**

## Build with Claude

Start using Claude and unlock business value with AI.

[Submit business interest]

## Our Work

See All

### Constitutional AI: Harmlessness from AI Feedback

Dec 15, 2022

### Core Views on AI Safety: When, Why, What, and How

Mar 8, 2023 • 33 min read



## Work with Anthropic

Anthropic is an AI safety and research company based in San Francisco. Our interdisciplinary team has experience across ML, physics, policy, and product. Together, we generate research and create reliable, beneficial AI systems.

See Open Roles

Product

Research

Index

Company

News

Careers

Press Inquiries

Support

Twitter

LinkedIn

Terms of Service

Privacy Policy

Acceptable Use Policy

Responsible Disclosure Policy

Compliance

© 2024 Anthropic PBC