# EXHIBIT E




ANTHROP\C     Product     Research     Company     News     Careers

# Meet Claude

A next-generation AI assistant for your tasks, no matter the scale

[Submit business interest]

[Talk to Claude]









### Safer

With Constitutional AI built in, Claude is designed to reduce brand risk. Best in class data retention, and no training on your data.

### Clever

Leading the industry with 100K+ token windows, Claude can handle complex multi-step instructions over large amounts of content.

### Yours

Personalize Claude to excel at your use cases and speak in your voice. Make the model work for you.

## Our Partners

    

## Our Models



### Claude

Our most powerful model, which excels at a wide range of tasks from sophisticated dialogue and creative content generation to detailed instruction.

**Good for:**

- Complex reasoning
- Creativity
- Thoughtful dialogue
- Coding
- Detailed content creation



### Claude Instant

A faster, cheaper yet still very capable model, which can handle a range of tasks including casual dialogue, text analysis, summarization, and document comprehension.

**Good for:**

- Performance at low cost
- Reduced latency
- Lightweight dialogue
- Moderation
- Classification

[See Pricing](#)

## Put Claude to work

Case 3:23-cv-01092    Document 67-26    Filed 01/16/24    Page 4 of 10 PageID #: 3281

Customer Service    Legal    Coaching    Search    Back-office    Sales

"A product I recently ordered arrived damaged."

"I'm sorry, I'd be happy to get you a prompt refund."

Claude ensures speedy and friendly resolution to customer service requests, saving costs and increasing customer satisfaction. Claude can also be taught when to hand off tasks to a human CSR, enabling your team to focus on the most complex challenges.

# Build with Claude's skills

Claude's skills can be combined to simplify even the most complex tasks



## Process mountains of text

Whether you're dealing with documents, emails, FAQs, chat transcripts, records, or something else, Claude is here to help. Claude can edit, rewrite, summarize, classify, extract structured data, do Q&A based on the content, and more.



## Have natural conversations

Claude can take on a variety of roles in a dialogue. Provide details on the role and an FAQ for common questions, and Claude will engage in relevant, naturalistic back-and-forth conversation.



## Get answers

Claude has extensive general knowledge honed from its vast training corpus, with detailed background on technical, scientific, and cultural knowledge. Claude can speak a variety of common languages, as well as programming languages.



## Automate workflows

Claude can handle a variety of basic instructions and logical scenarios, including formatting outputs as desired, following if-then statements, and making a series of logical evaluations in a single prompt.

# FAQs

Is Claude secure with my enterprise data?    +

Where can I see your model card?    +

How does the API work?    +

What versions of Claude are available?    +

What is your pricing?    +

What languages does Claude support?    +

Can Claude access the internet?    +

What does constitutional training do?    +

What does "HHH" mean?                                    +

How do you further customize Claude's behavior?          +

Can Claude models be finetuned?                          +

How long is Claude's context window?                     +

Can Claude do embeddings?                                +

## Product News

See All

Expanded legal protections and improvements to our API

Long context prompting for Claude 2.1

Dec 19, 20

Case 3:23-cv-01092    Document 67-26    Filed 01/16/24    Page 8 of 10 PageID #: 3285

# Add Claude to your team

Try Claude and see how AI can add value to your team today.

Request Access

- Product
- Research
- Index
- Company
- News
- Careers

- Press Inquiries
- Support
- Twitter
- LinkedIn

- Terms of Service
- Privacy Policy
- Acceptable Use Policy
- Responsible Disclosure Policy
- Compliance

© 2024 Anthropic PBC