IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

CONCORD MUSIC GROUP, INC., et al.,
    Plaintiff(s),

v.                                            Case No. 3:23-cv-01092

ANTHROPIC PBC,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Chamber of Progress makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☑ This party is a privately held corporation, incorporated in Virginia and with a principal place of business in Virginia.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 01/19/2024  Signature: /s/ Kevin C. Klein

Printed Name: Kevin C. Klein

Title: Counsel for Amici Curiae

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

**CERTIFICATE OF SERVICE**

      I certify that I filed the foregoing Business Entity Disclosure Form on the Court's CM/ECF system on this 19th day of January, 2024, which forwarded a copy to:

Andrew Guerra
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: andrew@oandzlaw.com

Audrey Adu-Appiah
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: aadu-appiah@oandzlaw.com

Jennifer Pariser
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: jpariser@oandzlaw.com

Jonathan Z. King
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Fax: (212) 575-0671
Email: jzk@cll.com

Matthew J. Oppenheim
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: matt@oandzlaw.com

Nicholas C. Hailey
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016

(202) 480-2999
Email: nick@oandzlaw.com

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Email: rxd@cll.com

Richard S. Mandel
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9291
Fax: (212) 575-0671
Email: rsm@cll.com

Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: sriley@rjfirm.com

Timothy Seungmin Chung
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
440-985-8308
Email: tchung@oandzlaw.com

Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: tharvey@rjfirm.com

*Attorneys for Plaintiffs*

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 033520)
Olivia Rose Arboneaux (No. 040225)
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

Telephone: (615) 244-1713
trey@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel (admitted pro hac vice)
Andrew M. Gass (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1345
Telephone: (212) 906-1200
alli.stillman@lw.com

Sarang V. Damle (admitted pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
sy.damle@lw.com

*Attorneys for Defendant*

_____
Kevin C. Klein