# United States District Court
## Western District of Washington



**CERTIFICATE OF GOOD STANDING**

I, Ravi Subramanian, Clerk of the United States District Court for the Western District of Washington, do hereby certify that **Eric Tuttle** was admitted to practice in said Court on January 25th, 2017 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on the 21st day of December, 2023.

Ravi Subramanian
Clerk of Court

By _____
Deputy Clerk