# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, **CATHERINE O'HAGAN WOLFE**, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that Nicole Saad Bembridge as duly admitted to practice in said Court on August 30, 2023 and is in good standing.

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Dated: January 17, 2024
New York, New York

By: _____
Neil Klein
Deputy Clerk