IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., *Plaintiffs*, v. ANTHROPIC PBC, *Defendant.* | Case No. 3:23-cv-01092 Chief Judge Waverly D. Crenshaw, Jr. Magistrate Judge Alistair Newbern |

**MOTION OF CHAMBER OF PROGRESS AND NETCHOICE, LLC FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 7 and LR 7.01, Chamber of Progress and NetChoice, LLC ("*amici*") respectfully move the Court for leave to file the attached brief (Exhibit A) as *amici curiae* in opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 40). *Amici* represent a broad set of stakeholders and offer distinct and useful perspectives on litigation involving technology, including through the regular filing of amicus briefs and public comments. As their proposed brief explains, (1) generative artificial intelligence ("AI") tools are already providing substantial public benefit and hold immense promise to further benefit the public; (2) the preliminary relief requested by Plaintiffs poses a substantial threat to the public interest in development and availability of generative AI technology; and (3) the novel and complex factual and legal issues raised in Plaintiffs' motion are ill-suited for preliminary determination on a limited record, especially in light of the numerous other cases raising similar issues that are proceeding through fact and expert discovery that will elucidate the issues in this developing area.

For these reasons, and as set forth in the accompanying Memorandum of Law, *amici* should be granted leave to file the proposed *amicus* brief: the proposed brief will assist the

1

Court in understanding the substantial public interest in generative artificial intelligence, as well as the potential far-reaching impact of a decision on the merits of the claims asserted in Plaintiffs' Motion.

Counsel for *amici* conferred with counsel for the parties regarding the relief requested by this motion. Defendant consents to the filing of the proposed *amicus* brief. Plaintiffs oppose the requested relief because they do not believe that amicus briefs are necessary at this stage.

Accordingly, *amici* respectfully request that the Court grant leave to file the attached *amicus* brief.

Respectfully submitted,

Kevin C. Klein (#23301)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com

Eric P. Tuttle (*pro hac vice* admission pending)
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
(206) 883-2500
eric.tuttle@wsgr.com

Nicole S. Bembridge (*pro hac vice* admission pending)
NetChoice
401 K St NW, Suite 502
Washington, D.C. 20005
(443) 254-6330
nsaadbembridge@netchoice.org

*Counsel for Chamber of Progress and NetChoice*

**CERTIFICATE OF SERVICE**

       I certify that I filed the foregoing Motion for Leave to File Amicus Brief on the Court's CM/ECF system on this 19th day of January, 2024, which forwarded a copy to:

Andrew Guerra
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: andrew@oandzlaw.com

Audrey Adu-Appiah
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
(202) 480-2999
Email: aadu-appiah@oandzlaw.com

Jennifer Pariser
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: jpariser@oandzlaw.com

Jonathan Z. King
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Fax: (212) 575-0671
Email: jzk@cll.com

Matthew J. Oppenheim
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: matt@oandzlaw.com

Nicholas C. Hailey
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: nick@oandzlaw.com

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Email: rxd@cll.com

Richard S. Mandel
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9291
Fax: (212) 575-0671
Email: rsm@cll.com

Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: sriley@rjfirm.com

Timothy Seungmin Chung
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
440-985-8308
Email: tchung@oandzlaw.com

Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: tharvey@rjfirm.com

*Attorneys for Plaintiffs*

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 033520)
Olivia Rose Arboneaux (No. 040225)
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
trey@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel (admitted pro hac vice)
Andrew M. Gass (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1345
Telephone: (212) 906-1200
alli.stillman@lw.com

Sarang V. Damle (admitted pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
sy.damle@lw.com

*Attorneys for Defendant*

_____
Kevin C. Klein