IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:23-cv-01092<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

## DECLARATION OF ATTORNEY TIMOTHY CHUNG

I, **Timothy Chung**, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Oppenheim + Zebrak, LLP ("O+Z"). I represent Plaintiffs Concord Music Group, Inc., Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, and ABKCO Music, Inc. (collectively, "Publishers") in this matter.

2. I respectfully submit this declaration in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss, or, in the Alternative, to Transfer.

3. I have knowledge of the facts stated herein based on personal knowledge and my review of the documents, files, websites, and other items referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

4. Attached as **Exhibit A** hereto is a true and correct copy of an article by Hayden Field published by CNBC on December 22, 2023, entitled "Anthropic, the OpenAI rival, is in talks to raise $750 million in funding at an $18.4 billion valuation," available at https://cnb.cx/3tr884k.

5. Attached as **Exhibit B** hereto is a true and correct copy of a webpage from Anthropic's website, entitled "Meet Claude," available at https://www.anthropic.com/product.

6. Attached as **Exhibit C** hereto is a true and correct copy of a webpage from Anthropic's website, entitled "Supported Countries and Regions: Claude.ai," available at https://perma.cc/AF84-6BS6.

7. Attached as **Exhibit D** hereto are true and correct copies of webpages sequentially shown to users signing up for access to Anthropic's Claude services, available at https://claude.ai.

8. Attached as **Exhibit E** hereto is a true and correct copy of a webpage from Anthropic's website, entitled "Glossary," available at https://perma.cc/NXZ6-DNVR.

9. Attached as **Exhibit F** hereto are true and correct copies of datasets uploaded by Anthropic reflecting human feedback used to "train preference" or reward Anthropic's AI models, available at https://huggingface.co/datasets/Anthropic/hh-rlhf.

10. Attached as **Exhibit G** hereto is a true and correct copy of Anthropic employee's Thompson Paine's LinkedIn profile page, available at https://www.linkedin.com/in/thompson-paine.

11. Attached as **Exhibit H** hereto is a true and correct copy of a Tweet posted by Anthropic employee Thompson Paine on X (formerly Twitter), dated July 11, 2023, available at https://perma.cc/8WXG-VKJY.

12. Attached as **Exhibit I** hereto is a true and correct copy of a Tweet authored by Anthropic, reposted by Anthropic employee Thompson Paine on X (formerly Twitter) on Sept. 7, 2023, available at https://twitter.com/dtompaine.

13. Attached as **Exhibit I** hereto is a true and correct copy of a LinkedIn post authored by Anthropic, shared by Anthropic employee Thompson Paine on LinkedIn on Nov. 21, 2023, available at https://perma.cc/4VCZ-MLCH.

14. Attached as **Exhibit K** hereto is a true and correct copy of a LinkedIn post authored by a user requesting "API access to Claude," to which Anthropic employee Thompson Paine responded, "Invite sent!" on July 24, 2023, available at https://perma.cc/8M6D-M9ST.

15. Attached as **Exhibit L** hereto is a true and correct copy of a LinkedIn post published by Anthropic employee Thompson Paine on July 19, 2023, available at https://perma.cc/ZML6-52JC.

16. Attached as **Exhibit M** hereto is a true and correct copy of Anthropic employee Brian Kustera's LinkedIn profile page, available at https://www.linkedin.com/in/bkustera.

17. Attached as **Exhibit N** hereto is a true and correct copy of a webpage from Anthropic's website, entitled "Getting access to Claude," available at https://perma.cc/F6NU-SHXL.

18. Attached as **Exhibit O** hereto is a true and correct copy of a webpage from Anthropic's website, entitled "Claude API Access," available at https://perma.cc/TYJ9-WE3Z.

19. Attached as **Exhibit P** hereto is a true and correct copy of Lonely Planet USA LLC's publicly available Business Entity Details obtained using the Tennessee Secretary of State's Office's online Business Information Search service.

20. Attached as **Exhibit Q** hereto is a true and correct copy of an article posted to Anthropic's website on Aug. 23, 2023, entitled "Claude 2 on Amazon Bedrock," available at https://perma.cc/P3ZR-9LPY.

21. Attached as **Exhibit R** hereto is a true and correct copy of an article posted to Anthropic's website on Sept. 25, 2023, entitled "Expanding access to safer AI with Amazon," available at https://perma.cc/27CP-EKTJ.

22. Attached as **Exhibit S** hereto is a true and correct copy of an article by Jeffrey Dastin published by Reuters on Sept. 29, 2023, entitled "Amazon steps up AI race with Anthropic investment," available at https://perma.cc/TKE6-9S2A?type=image.

23. Attached as **Exhibit T** hereto is a true and correct copy of a client success article posted to Innovative Solutions' website, entitled "Preverity," available at https://perma.cc/5J82-2F9K.

24. Attached as **Exhibit U** hereto is a true and correct copy of a client success article posted to Innovative Solutions' website, entitled "LivTech," available at https://perma.cc/L65T-NHUD.

25. Attached as **Exhibit V** hereto is a true and correct copy of Preverity, Inc,'s website home page, available at https://preverity.com.

26. Attached as **Exhibit X** hereto is a true and correct copy of LivTech's website home page, available at https://livtech.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed in New York, NY, this 22nd day of January, 2024.

Timothy Chung

4
Case 3:23-cv-01092    Document 80    Filed 01/22/24    Page 4 of 5 PageID #: 3566

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

Kevin C. Klein
Klein Solomon Mills, PLLC
1322 4th Avenue North
Nashville, TN 37208
kevin.klein@kleinpllc.com

Eric P. Tuttle
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com

Nicole Saad Bembridge
NetChoice, LLC
1401 K St. NW, Suite 502
Washington, DC 20005
nsaadbembridge@netchoice.org

*/s/ Steven A. Riley*