# EXHIBIT A

AI IMPACT

# Anthropic, the OpenAI rival, is in talks to raise $750 million in funding at an $18.4 billion valuation

PUBLISHED THU, DEC 21 2023•11:16 AM EST | UPDATED FRI, DEC 22 2023•3:44 PM EST

Hayden Field
@HAYDENFIELD

SHARE

**KEY POINTS**

- Anthropic, the OpenAI rival founded by ex-OpenAI employees, is in talks to raise a $750 million funding round led by Menlo Ventures, a person with direct knowledge of the matter told CNBC.

- The round would value Anthropic at up to $18.4 billion, per the source — nearly 4.5 times the startup's $4.1 billion valuation earlier this year.

- Anthropic had already raised a combined $750 million from funding rounds in April and May, and in October, Google agreed to invest up to $2 billion in the startup over time.

**RELATED**


Google is rolling out new AI models for health care. Here's how doctors are using them


Microsoft's multibillion-dollar investment in OpenAI could face EU merger probe


Google launches its largest and 'most capable' AI model, Gemini


Nvidia unveils H200, its newest high-end chip for training AI models


Microsoft-backed OpenAI announces GPT-4 Turbo, its most powerful AI yet



*Omar Marques | Lightrocket | Getty Images*

Anthropic, the OpenAI rival founded by ex-OpenAI employees, is in talks to raise a $750 million funding round led by Menlo Ventures, a person with direct knowledge of the matter told CNBC.

The round would value Anthropic at up to $18.4 billion, per the source — nearly 4.5 times the startup's $4.1 billion valuation earlier this year.

News of the fundraise was previously reported by The Information. Anthropic declined to comment for this story.

Founded in 2021 and funded by companies including Google, Salesforce and Zoom, Anthropic had already raised a combined $750 million from two funding rounds in April and May, one of which involved Google taking a 10% stake in the company. Anthropic's May fundraise marked, at the time, the largest artificial intelligence company funding round since Microsoft's investment in OpenAI in January, according to PitchBook data.

In October, Google agreed to invest up to $2 billion in the startup, a commitment involving a $500 million upfront cash infusion and an additional $1.5 billion to be invested over time.

Anthropic is the developer of Claude 2, a rival chatbot to OpenAI's ChatGPT that is used by companies including Salesforce-owned Slack, Notion and Quora. Claude 2 has the ability to summarize up to about 75,000 words, which could be the length of a book. Users can input large data sets and ask for summaries in the form of a memo, letter or story. ChatGPT, by contrast, can handle about 3,000 words.

Anthropic was founded by Dario Amodei, OpenAI's former vice president of research, and his sister, Daniela Amodei, who was OpenAI's vice president of safety and policy. Several other OpenAI research alumni were also on Anthropic's founding team.

Research by Arthur AI, a machine learning monitoring platform, tested chatbots from Anthropic, Meta, Cohere and OpenAI, and found Claude 2 to be the most reliable chatbot in terms of "self-awareness," meaning accurately gauging what it does and doesn't know, and answering only questions it had training data to support.

Daniela Amodei told CNBC in July that Anthropic is "fundamentally focused" in developing its newest chatbot, with a team of 30 to 35 people working

Case 3:23-cv-01092    Document 80-1    Filed 01/22/24    Page 2 of 3 PageID #: 3569

directly on the AI model and a total of 150 people supporting it. She said the market is growing so rapidly that there's plenty of room for multiple players to succeed.

"It's a really unusual time from a business perspective because there's just so much demand for large language models and really more demand than the industry can currently provide," Amodei said at the time. "The landscape is just very wide, and there's really quite a lot of room for many different users and types of users to make use of these systems."

*Don't miss these stories from CNBC PRO:*

- *Official Wall Street outlook: Here's where strategists see the stock market going in 2024*
- *Here's where to invest $50,000 heading into 2024, according to market pros*
- *Morgan Stanley prefers 'boring' non-AI tech stocks for 2024. Here are its top global picks*
- *Bank of America reveals its 4 top biotech picks for 2024 — and gives one 166% upside*
- *CD rates are dropping. Here's where to find the highest payouts*

## MORE IN AI IMPACT



**Microsoft's multibillion-dollar investment in OpenAI could face EU merger probe**

Ryan Browne



**As we travel into new AI world in 2024, it's the same old intern...**

Trevor Laurence Jockims



**The first minds to be controlled by generative AI will li...**

Trevor Laurence Jockims

READ MORE

