# EXHIBIT B

ANTHROP\C

# Meet Claude

A next-generation AI assistant for your tasks, no matter the scale

Submit Business Interest

Talk to Claude

Case 3:23-cv-01092     Document 80-2     Filed 01/22/24     Page 2 of 9 PageID #: 3572

  

### Trustworthy

With Constitutional AI built in, Claude is designed to reduce brand risk. Best in class data retention, and no training on your data. Read our latest research paper on Alignment.

### Clever

Leading the industry with 100K+ token windows, Claude can handle complex multi-step instructions over large amounts of content.

### Yours

Personalize Claude to excel at your use cases and speak in your voice. Make the model work for you.

## Our Partners

    AssemblyAI

## Our Models

Case 3:23-cv-01092    Document 80-2    Filed 01/22/24    Page 3 of 9 PageID #: 3573



## Claude

Our most powerful model, which excels at a wide range of tasks from sophisticated dialogue and creative content generation to detailed instruction.

**Good for:**

- Complex reasoning
- Creativity
- Thoughtful dialogue
- Coding
- Detailed content creation



## Claude Instant

A faster, cheaper yet still very capable model, which can handle a range of tasks including casual dialogue, text analysis, summarization, and document comprehension.

**Good for:**

- Performance at low cost
- Reduced latency
- Lightweight dialogue
- Moderation
- Classification

[See Pricing](#)

# Put Claude to work

**Customer Service**   Legal   Coaching   Search   Back-office

Case 3:23-cv-01092   Document 80-2   Filed 01/22/24   Page 4 of 9 PageID #: 3574

> A product I recently ordered arrived damaged.

> I'm sorry, I'd be happy to get you a prompt refund.

Claude ensures speedy and friendly resolution to customer service requests, saving costs and increasing customer satisfaction. Claude can also be taught when to hand off tasks to a human CSR, enabling your team to focus on the most complex challenges.

## Build with Claude's skills

Claude's skills can be combined to simplify even the most complex tasks

Case 3:23-cv-01092     Document 80-2     Filed 01/22/24     Page 5 of 9 PageID #: 3575



## Process mountains of text

Whether you're dealing with documents, emails, FAQs, chat transcripts, records, or something else, Claude is here to help. Claude can edit, rewrite, summarize, classify, extract structured data, do Q&A based on the content, and more.



## Have natural conversations

Claude can take on a variety of roles in a dialogue. Provide details on the role and an FAQ for common questions, and Claude will engage in relevant, naturalistic back-and-forth conversation.



## Get answers

Claude has extensive general knowledge honed from its vast training corpus, with detailed background on technical, scientific, and cultural knowledge. Claude can speak a variety of common languages, as well as programming languages.



## Automate workflows

Claude can handle a variety of basic instructions and logical scenarios, including formatting outputs as desired, following if-then statements, and making a series of logical evaluations in a single prompt.

# FAQs

## Is Claude secure with my enterprise data?

Case 3:23-cv-01092     Document 80-2     Filed 01/22/24     Page 6 of 9 PageID #: 3576

Where can I see your model card?

How does the API work?

What versions of Claude are available?

What is your pricing?

What languages does Claude support?

Can Claude access the internet?

What does constitutional training do?

What does "HHH" mean?

How do you further customize Claude's behavior?

Can Claude models be finetuned?

How long is Claude's context window?

Can Claude do embeddings?

Case 3:23-cv-01092     Document 80-2     Filed 01/22/24     Page 7 of 9 PageID #: 3577

## Product News

See All

### Expanded legal protections and improvements to our API

Dec 19, 2023 • 1 min read

### Long context prompting for Claude 2.1

Dec 6, 2023 • 4 min read

# Add Claude to your team

Try Claude and see how AI can add value to your team today.

Request Access



Product

Press Inquiries

Terms of Service

| Research | Support | Privacy Policy |
| --- | --- | --- |
| Company | Twitter | Acceptable Use Policy |
| News | LinkedIn | Responsible Disclosure Policy |
| Careers | | |
| | | Compliance |

© 2024 Anthropic PBC