# EXHIBIT C

# Supported countries and regions: Claude.ai

You can access Claude.ai in the following locations:

- Albania
- Algeria
- Antigua and Barbuda
- Argentina
- Australia
- Bahamas
- Bangladesh
- Barbados
- Belize
- Benin
- Bhutan
- Bolivia
- Botswana
- Cape Verde
- Chile
- Colombia
- Congo
- Costa Rica
- Dominica
- Dominican Republic
- East Timor
- Ecuador
- El Salvador
- Fiji
- Gambia
- Georgia
- Ghana
- Guatemala
- Guinea-Bissau
- Guyana
- Honduras
- India
- Indonesia
- Israel
- Ivory Coast
- Jamaica
- Japan
- Kenya
- Kiribati
- Kuwait
- Lebanon
- Lesotho
- Liberia
- Madagascar
- Malawi
- Malaysia
- Maldives
- Marshall Islands
- Mauritius
- Mexico
- Micronesia
- Mongolia
- Mozambique
- Namibia
- Nauru
- Nepal
- New Zealand
- Niger
- Nigeria
- Oman
- Palau
- Palestine
- Panama
- Papua New Guinea
- Paraguay
- Peru
- Philippines
- Qatar
- Rwanda

- Saint Kitts and Nevis
- Saint Lucia
- Saint Vincent and the Grenadines
- Samoa
- São Tomé and Príncipe
- Senegal
- Seychelles
- Sierra Leone
- Singapore
- Solomon Islands
- South Africa
- South Korea
- Sri Lanka
- Suriname
- Taiwan
- Thailand
- Tonga
- Trinidad and Tobago
- Tuvalu
- Ukraine
- United Arab Emirates
- United Kingdom
- United States
- Uruguay
- Vanuatu
- Zambia



Product

Research

Company

News

Careers

Press Inquiries

Support

Twitter

LinkedIn

Terms of Service

Privacy Policy

Acceptable Use Policy

Responsible Disclosure Policy

Compliance

© 2024 Anthropic PBC