# EXHIBIT G



## Thompson Paine

Anthropic
United States
4K followers · 500+ connections
See your mutual connections

Join to view profile

Anthropic
Stanford Graduate School of Business

## Experience

**Product**
Anthropic
2023 - Present · less than a year
Anthropic develops large-scale AI systems so that we can study their safety properties at the technological frontier, where new problems are most likely to arise. We use these insights to create safer, steerable, and more reliable models, and to generate systems that we deploy externally, like Claude. Learn more at anthropic.com.

Read our core views on AI safety here: https://www.anthropic.com/index/core-views-on-ai-safety.

**Product Strategy & Operations**
Stripe
2019 - 2023 · 4 years
Nashville
Head of Product Experience Operations (PXO), leading teams incubating and scaling the tooling, automation, and scalable operations that underpin a best-in-class user experience in Stripe banking products (Issuing, Capital, Treasury, and more). Previously worked on Stripe Atlas (stripe.com/atlas), a powerful, safe, and easy-to-use platform for launching a startup from anywhere in the world.

**The Technology and Public Policy Project**
Stanford University
2019 - 2019 · less than a year
Co-authored paper on the U.S.-China tech race as part of a series for the Technology and Public Policy Project. The Project, funded by Schmidt Futures, is housed within the Freeman Spogli Institute's Cyber Policy Center at Stanford.

**Quizlet**
6 years

- **VP, Business Operations**
  2015 - 2018 · 3 years
  Quizlet is relied on by over 50 million students and teachers a month around the world, including 2/3 of US high school students and half of US college students. I joined as the 6th full-time employee, driving strategy and execution across company functions at various times in my tenure - from high-level business model and product strategy, international expansion, business development, and our programmatic advertising business to recruiting, HR, customer support, trust and safety, and privacy...
  Show more
- **GM**
  2012 - 2015 · 3 years

**iTunes**
Apple
2011 - 2011 · less than a year
Cupertino, CA / Beijing, China

**Summer Associate**
Morrison & Foerster LLP
2010 - 2010 · less than a year
Washington DC / Beijing, China

**Office of the General Counsel / China Enforcement Team**
US Trade Representative
2009 - 2009 · less than a year
Washington DC

**U.S. Embassy Beijing - Political Section**
U.S. Department of State
2006 - 2008 · 2 years
Beijing, China

**English Teacher**
No. 79 Middle School; Aston School
2005 - 2006 · 1 year
Dalian City, Liaoning Province, China

## Education

**Stanford Graduate School of Business**
M.B.A.
Activities and Societies: Certificate in Public Management and Social Innovation; Student Advisory Board, GSB Center for Global Business and the Economy; Greater China Business Club; Education Club

**Stanford Law School**
J.D.
Activities and Societies: TA for Professor Chip Blacker, Director of Stanford's Freeman Spogli Institute (FSI); Foreign Language Area Studies (FLAS) Fellow; Stanford Center for International Conflict and Negotiation (SCICN) Fellow; China Law & Policy Association, President; Sandia Summer Institute (SSI) on Cybersecurity Technology, Law and Policy; StreetLaw Teacher (pro bono)

**Peking University**
PKU Law School - Exchange Student · Chinese legal studies

**University of North Carolina at Chapel Hill**
Bachelor of Arts (B.A.) · Political Science and Asian Studies
Activities and Societies: Morehead Scholar, Carolina Union Activities Board, Intramural Bowling champion

**University of Otago**
Exchange Student - Asian Studies (History, Politics, Film)

## Volunteer Experience

**Life Member**
Council on Foreign Relations
Mar 2021 - Present · 2 years 8 months

**Member Board of Directors**
Martha O'Bryan Center
Jun 2022
Poverty Alleviation
Martha O’Bryan Center is an anti-poverty non-profit organization founded in 1894 that empowers children, youth, and adults in poverty to transform their lives through work, education, employment and fellowship. Learn more at marthaobryan.org.

**Defense Council**
Truman National Security Project
2019 - Present · 4 years

**Central Selection Committee; Entrepreneurship Alumni Advisory Team**
Morehead-Cain Foundation
2014 - Present · 9 years

**Alumni Advisory Board**
Montgomery Bell Academy
2018 - Present · 5 years

**Advisor**
Nashville Entrepreneur Center
2019 - Feb 2022 · 3 years

**Board Of Directors**
Yuming Charter School
2015 - 2017 · 2 years

## Languages

**English**
Native or bilingual proficiency

**Mandarin Chinese**
Professional working proficiency

## View Thompson’s full profile

See who you know in common
Get introduced
Contact Thompson directly

Join to view full profile

## Sign in

Stay updated on your professional world

Sign in

By clicking Continue, you agree to LinkedIn’s User Agreement, Privacy Policy, and Cookie Policy.

Continue with Google

New to LinkedIn? Join now

## People also viewed

**Dianne Na Penn**
AI product leader at Anthropic
San Francisco Bay Area
Connect

**Aaron Begg**
Anthropic
San Francisco, CA
Connect

**Zubair Jandali**
Enterprise Sales at Anthropic
Oakland, CA
Connect

**Sandy Banerjee**
GTM @ Anthropic
San Francisco Bay Area
Connect

**Landon Goldberg**
Trust and Safety @ Anthropic
San Francisco, CA
Connect

**Jennifer Pisansky**
San Francisco, CA
Connect

**Jamie Neuwirth**
GTM at Anthropic
Austin, TX
Connect

**Jared Kaplan**
Co-Founder at Anthropic
Pacifica, CA
Connect

**Liane Lovitt**
Public Policy at Anthropic
United States
Connect

**Frances Pye**
Anthropic
London
Connect

Show more profiles

### Explore collaborative articles

We’re unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Thompson’s public profile badge

Include this LinkedIn profile on other websites

**Thompson Paine**
Anthropic
Product at Anthropic
Stanford Graduate School of Business
View profile

View profile badges

© 2023 About Accessibility User Agreement Privacy Policy Your California Privacy Choices Cookie Policy Copyright Policy Brand Policy Guest Controls
Community Guidelines Language