# EXHIBIT H

