# EXHIBIT K

# Laura Holmes' Post

