# EXHIBIT L

**Thompson Paine** · 3rd+
Anthropic
6mo · 

 is hiring! We're looking for great folks in engineering, product management, design, business operations, sales, support, data science, trust & safety, and more, who are committed to making AI safe.

Please apply directly at https://lnkd.in/eWSXJdft. Thank you!

+ Follow  ···

# ANTHROP\C

**Careers**
anthropic.com · 2 min read

210       11 comments · 28 reposts