# EXHIBIT M


# Brian Kustera

Recruiting at Anthropic

Nashville Metropolitan Area

2K followers · 500+ connections

- Anthropic
- UCSB

See your mutual connections

**Join to view profile**

**Sign in**
Stay updated on your professional world

Sign in

By clicking Continue, you agree to LinkedIn's User Agreement, Privacy Policy, and Cookie Policy.

Continue with Google

New to LinkedIn? Join now

## About

** Hi there! If you're interested in an opportunity at Anthropic, please apply directly through our job site. Otherwise, feel free to reach out. TYSM! - BMK **

People and talent professional with 8+ years of experience scaling high-performing, diverse teams. Resilient and adaptable recruiter, skilled at leading hiring efforts during periods of rapid expansion and ambiguity. Leads with empathy, warmth, and authenticity. Deeply interested in the intersection of technology and positive social impact.

## Experience

**Recruiter**
Anthropic
May 2023 - Present · 6 months
Nashville / San Francisco

Full-cycle recruiting at Anthropic, an AI safety and research company working to build reliable, interpretable, and steerable AI systems.

**Senior Recruiter**
Stripe
Sep 2020 - Nov 2022 · 2 years 3 months
Nashville, TN

Full-cycle recruiting for Stripe's technical divisions (i.e., engineering, product, data, design) with additional recruiting specialization and ownership of all embedded "Strategy and Operations" functions within six product areas, Stripe's Banking & Financial Products business unit.

Served as Stripe's "StratOps expert," developing a standardized approach to hiring along with training and resources for recruiters and hiring managers. Partnered with executive team to build the StratOps org…

Show more

**Senior Recruiter**
monday.com
Apr 2020 - Sep 2020 · 6 months
New York, NY

Full-cycle recruiting for Sales and Strategic Partnerships roles in the US & Latin America. Scoped and owned recruiting projects to improve efficiency, alignment, and candidate experience.

Closed 5 top-priority roles that had been open and unfilled for 6-12 months, including North American Director of Channel, within 3 months of start date.

Developed new recruiting strategies, operations improvements, training and resources for global use - sourcing strategies, offer scripts…

Show more

**Recruiter | People Ops Manager**
Button
Feb 2017 - Apr 2020 · 3 years 3 months
New York, NY

Full-cycle recruiting spanning all organizational divisions - GTM, Revenue, Product, Engineering, Data, and People. In tandem, built people programs and resources spanning the employee lifecycle: onboarding, engagement, workplace experience, L&D, and retention.

**People & Talent Manager**
Zipongo - Eating Well Made Simple
Feb 2016 - Feb 2017 · 1 year 1 month
San Francisco, CA

Generalist role with pillars of responsibility across recruiting, people operations, and workplace experience.

**Human Resources Specialist**
Fjord, Part of Accenture Song
Sep 2015 - Feb 2016 · 6 months
San Francisco, CA

Contract position in a generalist HR position, focused on people programs, onboarding, workplace experience, and recruiting coordination.

**Editor & HR Associate**
The Tasting Panel Magazine
Sep 2013 - Apr 2015 · 1 year 8 months
Los Angeles, CA

Performed administrative and people support tasks for a team of 10 employees, while completing editorial projects ad hoc.

**Front Desk Agent**
Marriott International
Nov 2012 - Sep 2013 · 11 months
Long Beach, California, United States

Provided high-quality, exceptional services and experiences to hotel guests from check in to check out.

## Education

**UCSB**
Bachelor of Arts · Psychology
2008 - 2012

## View Brian's full profile

- See who you know in common
- Get introduced
- Contact Brian directly

**Join to view full profile**

### People also viewed

**Michael Adair**
TA Consultant | Sourcing Leadership | Technical Recruiting
Sacramento, CA
Connect

**Jennifer Pisansky**
San Francisco, CA
Connect

**Noemí Mercado**
People Operations at Anthropic
San Francisco Bay Area
Connect

**Joshua Winter**
Recruiter @ Anthropic
New York, NY
Connect

**Julia Schmaltz**
Recruiter @ Anthropic
United States
Connect

**Amanda (Lipson) Kelley**
Senior Human Resources Business Partner | M.S. Industrial Organizational…
San Francisco, CA
Connect

**Samantha Wong**
Recruiting at Anthropic
San Francisco Bay Area
Connect

**Laura Colley**
Recruiting @ Anthropic
San Francisco Bay Area
Connect

**Thompson Paine**
Anthropic
United States
Connect

**Landon Goldberg**
Trust and Safety @ Anthropic
San Francisco, CA
Connect

Show more profiles

### Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

### Add new skills with these courses

- Onboarding New Hires as a Manager
- Human Resources: Running Company Onboarding
- Administrative Human Resources

See all courses

### Brian's public profile badge

Include this LinkedIn profile on other websites

**Brian Kustera**
Recruiting at Anthropic

Recruiter at Anthropic

UCSB

View profile

View profile badges