# EXHIBIT O

# Claude API Access

Thank you for your interest in Anthropic's language models! Our API is currently being offered to a limited set of users. We hope to expand access in the future. Please fill out the form below to indicate your interest - the more you tell us about your organization and how you'd like to use Claude, the better.

**Email***
Please use a company or organization email address

**First name***

**Last name***

**Country***

**Please enter your GitHub profile link**

**Please enter your personal website or social profile link/s**

**Additional Comments**

☐ I want to receive updates about new features and products from Anthropic

By submitting this form you agree with our Terms of Service. We will process your information in accordance with our Privacy Policy

[reCAPTCHA]

Submit

**Please enter your personal website or social profile link/s**

**Additional Comments**

☐ I want to receive updates about new features and products from Anthropic

By submitting this form you agree with our Terms of Service. We will process your information in accordance with our Privacy Policy

[reCAPTCHA]

Submit