# EXHIBIT P



Tre Hargett
Secretary of State

Division of Business Services
Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

**Name:** **Lonely Planet USA, LLC**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000734542 | **Formation Locale:** | TENNESSEE |
| **Filing Type:** | Limited Liability Company - Domestic 10/10/2013 2:35 PM | **Date Formed:** | 10/10/2013 |
| | | **Fiscal Year Close** | 12 |
| **Status:** | Active | **Member Count:** | 1 |
| **Duration Term:** | Perpetual | | |
| **Managed By:** | Member Managed | | |

**Registered Agent Address**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN  37203-1312

**Principal Address**
1423 RED VENTURES DR
FORT MILL, SC  29707

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/18/2023 | 2022 Annual Report | B1319-9806 |

Principal Postal Code Changed  From: 29707-5019  To: 29707

| 04/21/2022 | 2021 Annual Report | B1203-4265 |

Principal Address 1 Changed  From: 430 MOUNTAIN AVE  To: 1423 RED VENTURES DR
Principal City Changed  From: NEW PROVIDENCE  To: FORT MILL
Principal State Changed  From: NJ  To: SC
Principal Postal Code Changed  From: 07974-2761  To: 29707-5019

| 04/05/2021 | 2020 Annual Report | B1014-9747 |

Principal Address 1 Changed  From: 230 FRANKLIN RD BLDG 2B  To: 430 MOUNTAIN AVE
Principal Address 2 Changed  From: No value  To: FL 4
Principal City Changed  From: FRANKLIN  To: NEW PROVIDENCE
Principal State Changed  From: TN  To: NJ
Principal Postal Code Changed  From: 37064-2292  To: 07974-2761

| 01/06/2021 | Registered Agent Change (by Entity) | B0964-6091 |

Registered Agent First Name Changed  From: MIKE  To: No Value
Registered Agent Last Name Changed  From: HALL  To: No Value
Registered Agent Organization Name Changed  From: No Value  To: CORPORATION SERVICE COMPANY

1/21/2024 4:07:16 PM

Page 1 of 2

Case 3:23-cv-01092    Document 80-16    Filed 01/22/24    Page 2 of 3 PageID #: 3674

# Filing Information

### Name: **Lonely Planet USA, LLC**

Registered Agent Physical Address 1 Changed  From: 230 FRANKLIN RD  To: 2908 POSTON AVE
Registered Agent Physical Address 2 Changed  From: STE 11S  To: No Value
Registered Agent Physical City Changed  From: FRANKLIN  To: NASHVILLE
Registered Agent Physical County Changed  From: WILLIAMSON COUNTY  To: DAVIDSON COUNTY
Registered Agent Physical Postal Code Changed  From: 37064-2256  To: 37203-1312

| Date | Filing | ID |
|---|---|---|
| 02/03/2020 | 2019 Annual Report | B0810-9432 |
| 01/22/2019 | 2018 Annual Report | B0642-9522 |
| 11/02/2018 | Registered Agent Change (by Entity) | B0614-2919 |

Registered Agent First Name Changed  From: DANIEL  To: MIKE
Registered Agent Last Name Changed  From: HOUGHTON  To: HALL
Registered Agent Physical Address 1 Changed  From: 230 FRANKLIN RD BLDG 2B  To: 230 FRANKLIN RD
Registered Agent Physical Address 2 Changed  From: No Value  To: STE 11S
Registered Agent Physical Postal Code Changed  From: 37064-2292  To: 37064-2256

| Date | Filing | ID |
|---|---|---|
| 01/22/2018 | 2017 Annual Report | B0480-3271 |
| 01/12/2017 | 2016 Annual Report | B0330-5000 |
| 02/01/2016 | 2015 Annual Report | B0190-4728 |
| 01/09/2015 | 2014 Annual Report | B0035-7171 |
| 12/23/2013 | 2013 Annual Report | A0206-0027 |
| 10/10/2013 | Initial Filing | A0202-2685 |

Record Status Changed  From: Pending  To: Active

**Active Assumed Names (if any)**                                                                    **Date**     **Expires**