# EXHIBIT Q

Product

# Claude 2 on Amazon Bedrock

Aug 23, 2023  •  2 min read



We're excited that Claude 2 is now available to customers on Amazon Bedrock.

Claude 2 is our state-of-the-art model that excels at thoughtful dialogue, content creation, complex reasoning, creativity, and coding, built with Constitutional AI.

Amazon Bedrock is a fully managed service that makes leading foundation models accessible via an API so it's easier for businesses to build and scale generative AI-based applications. When the service launched in April of this year, Claude 1.3 and Claude Instant were among the first foundation models available to Amazon Web Services (AWS) customers.

Here are a few examples of teams building with the newly available Claude 2 on Amazon Bedrock:

### LexisNexis and AI-assisted legal services

LexisNexis Legal & Professional is a leading global provider of information and analytics serving customers in more than 150 countries across law firms, corporate, government, and academic markets, and is committed to responsibly developing AI solutions with human oversight. Claude 2 via Amazon Bedrock will help power LexisNexis' legal AI capabilities.

"It's important to understand AI's capabilities and limitations, and to work with partners that deliver data security and provide best-in-class training of large language models. Legal use cases also require high-quality technical analysis, long context windows for processing detailed documents, and fast outputs. That's why we've chosen Claude 2 on Amazon Bedrock as an important part of our AI strategy," said Jeff Reihl, Executive Vice President & Chief Technology Officer at LexisNexis Legal & Professional.

### Lonely Planet and AI-supported travel planning

Lonely Planet is one of the world's most trusted sources of travel information. Its team is using Claude 2 on Amazon Bedrock to unlock decades of travel content and help customers plan memorable trips.

"We've turned to Claude 2 on Amazon Bedrock to integrate generative AI in a scalable, reliable, and secure way, making it easier than ever for our customers to access our world-class travel content when and how they want," said Chris Whyde, Senior Vice President of Engineering and Data Science at Lonely Planet.

### Ricoh USA and AI-driven operations

Ricoh USA offers workplace solutions and digital transformation services designed to manage and optimize the flow of information across businesses. It's using Claude 2 on Amazon Bedrock to infuse generative AI into its operations.

"We wanted to integrate a large language model that could produce high-quality training datasets while preserving data integrity and customer security. We selected Claude 2 on Amazon Bedrock for its proficiency in generating this data, as well as its adherence to stringent standards including HIPAA and SOC II," said Ashok Shenoy, Vice President of Portfolio Development at Ricoh USA.

### Getting started

To learn more about building next-generation AI applications with Claude on Amazon Bedrock, please visit aws.amazon.com/bedrock/claude.

We're grateful for the interest in this important collaboration, and we look forward to making our safer, more reliable AI models even more accessible through Amazon Bedrock in the future.

## Related

See All

| Product | Product | Product |
|---|---|---|
| **Expanded legal protections and improvements to our API** | **Long context prompting for Claude 2.1** | **Introducing Claude 2.1** |
| Dec 19, 2023 • 1 min read | Dec 6, 2023 • 4 min read | Nov 21, 2023 • 4 min read |



Product · Research · Company · News · Careers

Press Inquiries · Support · Twitter · LinkedIn

Terms of Service · Privacy Policy · Acceptable Use Policy · Responsible Disclosure Policy · Compliance

© 2024 Anthropic PBC