# EXHIBIT T

Case 3:23-cv-01092 Document 80-20 Filed 01/22/24 Page 1 of 2 PageID #: 3685



How companies are using Innovative Tailwinds to enable their businesses with Generative AI Technologies – READ ARTICLE



# Preverity

As an established leader in malpractice risk analytics, **Preverity** looked to evolve their risk management and patient safety products to enable the most accurate clinical measurement in the market. By teaming up with Innovative Solutions and implementing **Tailwinds Generative AI**, Preverity will provide unparalleled risk insights to their hospital and insurance partners.

## Preverity's Challenge

While Preverity already boasted an excellent predictive risk modeling and measurement development process, the creation of new risk measurements typically requires referring to internal reference documents, internet searches, and code description analysis – a slow and time-consuming process. Preverity is looking to scale their organization and needed a more efficient process to code new measures in near real-time. Their top business drivers/goals going into this engagement were:

- Improving accuracy and speed in measurement creation
- Uncovering deeper risk insights
- Increasing capacity to accommodate rapid growth
- Reducing time for rapid measurement iterations

## The Partner Solution

To accomplish these ambitious goals, Preverity partnered with Innovative Solutions to deploy Tailwinds, a revolutionary Generative AI product purpose-built for healthcare.

Fully integrated via **Amazon Bedrock's secure design**, Tailwinds combines **Anthropic's Claude**, a GenAI rules engine, and vector database Weaviate to understand and validate user requests, identify corresponding codes, and generate concise responses to speed up code identification for a customer.

> "By implementing Tailwinds and Amazon Bedrock, we've taken our already robust risk measurement development process to new heights in increasing speed, insight and efficiency for our clients."
>
> – Scott Burklund, CIO at Preverity

## Results and Benefits

Here are a few of the many ways Tailwinds has impacted Preverity's organization.

- 90% faster risk measurement development via automation for better experiences
- 34% improved coder productivity and scale
- $100k in projected annual savings

## Why Do It Alone?

Let Innovative Solutions help you achieve Preverity's level of excellence. Innovative's Tailwinds brings together industry AI experts to help identify, define, measure, execute actionable Generative AI objectives. **Sign up today for a Tailwinds Assessment**, over the course of two weeks our team will review the Generative AI landscape and use cases relevant to your industry, developing an effective data strategy, vision and implementation plan to achieve your desired AI goals.

[Download Story]

View all client success stories

---



**4545 East River Road
Suite 100
West Henrietta, NY 14586**

Call Us (585) 292-5070

  

### Who We Are
History & Culture
Our People
Our Chops
Newsletter Signup

### Resources
Technical Support
Blog
Success Stories
Events
Innovative in the News
Innovative Videos

### Careers

### Press

### Contact

### What We Do
Tailwinds: Generative AI
Cloud Migrations
Innovative Migration Assessment
Migration OnRamp
Cloud-Native Development
Innovative Pod
Managed DevOps
Kubernetes Snapshot
EKS OnRamp
Managed Cloud Services
Managed IT Services
Managed Security Services
Tailwinds ChitChat
Cloud Consulting
CSC Snapshot
Well-Architected Framework Review
Cost Optimization
Proof of Concept
Data Lake OnRamp



Case 3:23-cv-01092    Document 80-20    Filed 01/22/24    Page 2 of 2 PageID #: 3636