# EXHIBIT U



How companies are using Innovative Tailwinds to enable their businesses with Generative AI Technologies – READ ARTICLE

Who We Are  What We Do  Industries  Resources  Careers  Press  Contact



# LivTech

**LivTech**, a pioneer in health technology, advances physician tech market with Generative AI. New capabilities for healthcare practices include **reducing billing errors and speeding up reimbursements – offering physicians more time for direct patient care**.  Additionally, **LivTech aims to extend their claims processing services into new market areas**. Leveraging **Amazon Bedrock** for secure access to Generative AI as pivotal tools for automation and streamlining this growth phase.  To make this vision a reality, and to ensure a perfect fit with their current claims management system, they teamed up with Innovative Solutions.

## LivTech's Challenge

LivTech faced several challenges in their journey to optimize claims processing, including:

- Scaling their claims processing team while maintaining steady COGS
- Identifying, cleaning, and verifying internal documentation and processes for AI training
- Determining how to leverage AI to validate claims information and lower error rates
- Streamlining and automating repetitive manual tasks to improve staff productivity
- Increasing customer satisfaction scores by expediting claims processing

## The Partner Solution

Innovative Solutions stepped up to tackle LivTech's challenges using Tailwinds, a state-of-the-art AI solution specifically designed for the healthcare industry.  Utilizing GenAI as a natural language rules engine, combined with a **Weaviate AI-First Vector Database** and **Amazon Bedrock** for a secure integration with **Anthropic Claude-2**, Tailwinds automates and enhances claims processing by learning from existing process documentation, requirements, and claims data, leading to a significant transformation in LivTech's operations.  The solution integrates with LivTech's current claims management platform, allowing agents to focus on higher-value tasks, accelerate decision-making, and enables LivTech to scale their business more efficiently into the future.

> "Leveraging Tailwinds is a game-changer for us at LivTech. We're thrilled to unlock new opportunities by integrating this innovative AI solution into our healthcare platform. With Tailwinds, we'll use AI to support our growth, improve productivity, and deliver even more value to our clients."
>
> – Chris Ritchie, CTO, LivTech

## Results and Benefits

LivTech's partnership with Innovative Solutions is targeting long-term goals for revolutionizing their claims management process including:

- Significant improvement in staff productivity through automation of repetitive tasks
- Reduced error rates by using AI for claims validation
- Elevated customer satisfaction scores due to faster and accurate claims processing
- Efficient business scaling, reduced costs, and an incredible quality of care for their customers
- New market opportunities for business growth

> "Innovative Solutions is delighted to have played a crucial role in LivTech's Generative AI journey. Our expertise in GenAI technologies facilitated the successful implementation of Tailwinds. We are excited to showcase the enormous potential of Generative AI in healthcare, both today and in the future."
>
> – Taylor Copie, Innovative Solutions

## Why Do It Alone?

Generative AI in healthcare can be a challenging journey, but Innovative Solutions can make it a breeze. Innovative's Tailwinds brings together industry AI experts to help identify, define, measure, execute actionable Generative AI objectives. **Sign up today for a Tailwinds Assessment**, over the course of two weeks our team will review the Generative AI landscape and use cases relevant to your industry, developing an effective data strategy, vision and implementation plan to achieve your desired AI goals.

[Download Story]

View all client success stories

---

### Who We Are
History & Culture
Our People
Our Chops
Newsletter Signup

### Resources
Technical Support
Blog
Success Stories
Events
Innovative in the News
Innovative Videos

### Careers

### Press

### Contact

### What We Do
Tailwinds: Generative AI
Cloud Migrations
Innovative Migration Assessment
Migration OnRamp
Cloud-Native Development
Innovative Pod
Managed DevOps
Kubernetes Snapshot
EKS OnRamp
Managed Cloud Services
Managed IT Services
Managed Security Services
Tailwinds ChitChat
Cloud Consulting
CSC Snapshot
Well-Architected Framework Review
Cost Optimization
Proof of Concept
Data Lake OnRamp

4545 East River Road
Suite 100
West Henrietta, NY 14586

Call Us (585) 292-5070



Data Lake OnRamp

Copyright © 2023 Innovative Solutions

2