# EXHIBIT V



**deep data ✓ powerful analytics ✓ advanced modeling ✓ industry expertise ✓ visionary technology**

**expertise ✓ visionary technology**

Our team is uniquely qualified to help you understand and act on provider risk—delivering information, power and scale you can leverage to make smarter decisions.

| 80 | 80% | 1.3 | 30 | 1 |
|---|---|---|---|---|
| **billion** medical & pharmaceutical billing transactions | coverage of US medical providers | **petabyte** database. That's 1,300,000,000,000,000 bytes | unique data-source integrations | **million+** physician years of malpractice event history |

**"They listen and they're very interested in learning and creating a better product. It's a really good partnership."**

**John Mize**
CEO, State Volunteer Mutual Insurance Company (SVMIC)

You know specialty, malpractice history, and venue.

Know so much more with Preverity

PREVERITY KNOWS

| Feature | Provider A - Example | Provider B - Example |
|---|---|---|
| County | Davidson | Davidson |
| Specialty | Ortho Surg | Ortho Surg |
| MP HX | None | None |
| Preverity Risk | 54% of County Average | 227% of County Average |

WHY

| Selected Features | Provider A - Example | Provider B - Example |
|---|---|---|
| Practice Locations | Few | Many |
| Opioid Prescribing | Low | High |
| Spinal Surgery | No | Yes |
| Base Revision Rate | Low 5th Percentile | High 94th Percentile |

Selected Features
Practice Locations
Opioid Prescribing

Provider B - Example
Many
High
Yes
High 94th Percentile

## MALPRACTICE CARRIERS

Partner with Preverity to identify provider practice patterns and match premiums to true risk. We can help:

- Understand risk and maximize revenue growth
- Provide accurate rating factors based on clinical activity
- Drive quality and safety initiatives by mitigating risk

## HEALTH SYSTEMS

Partner with Preverity to identify low-risk providers and make more-informed decisions for better overall quality, compliance and operational management. We can help:

- Ensure optimal risk management and compliance
- Identify and recruit low-risk physicians in your area

- Identify and recruit low-risk physicians in your area
- Better allocate expenses to assess how provider risk impacts earnings and operating margins

MPL
PREMIUM PARTNER
MEMBER OF
NASHVILLE HEALTH CARE COUNCIL
Subscribe to Preverity News
Email Address
First Name
Last Name
Company
Subscribe
Navigation
Home
Solutions
Health Systems
Malpractice Carriers
About Us
Presentations
News
Blog
Contact Us
Login
Terms
Terms & Conditions
Privacy Policy
Contact Us
Preverity Corporate
1200 Clinton St.
Suite 231
Nashville, TN 37203
615-982-7083
info@preverity.com
Privacy - Terms