# EXHIBIT X

# LivTech

Markets ⌄    Solutions ⌄    About ⌄    Blog    Contact

# Software to Transform Aging Care for Seniors.

Leading innovation in healthcare tech, improving business outcomes for providers,
& delivering exceptional quality of care.

Learn More

## At A Glance

| 274+ | $2 BILLION | 6,960+ | 348+ MILLION |
|---|---|---|---|
| Employees | Payments & Claims Processed Annually | Customers | Care Encounters Documented Annually |

## Senior Living

LivTech was built for the business of senior living. Our EHR and complementary solutions help senior living providers increase revenue, enhance care, and generate meaningful resident outcomes by simplifying operations. Interoperability is at our core, so we strive to offer products that capture the entire resident journey, including resident engagement, dining management, infection control, billing, payments and more.

Learn More →





## In-Home Healthcare

LivTech supports the growing trend of "aging-in-place" with our purpose-built In-home care management solutions. Our solutions enable all in-home care providers, including agencies, registries, and hospices, to boost revenue and streamline operations while improving patient care.

Learn More →

## Physician Practices

LivTech offers a comprehensive solution for long-term post-acute care (LTPAC) physicians to help them achieve better charting, billing operations, and revenue cycle management. Our solutions empower practices to navigate industry regulations and trends while maximizing financial health. We make things simple so care providers can focus on delivering high-quality care for senior living and nursing patients while preparing for the shift to value-based care.

Learn More →





OUR STRATEGY

## A Focus on the Continuum of Care for Aging Seniors

Healthcare for aging adults today is more challenging than ever before. Care provided in assisted living, home health, home care, hospice, & physician practices don't coordinate well due to poor adoption of technology and leave our most vulnerable patients at risk.

Faxing still dominates the sharing of patient data and physician orders. Patients have multiple care providers that don't share records. Providers and practitioners spend lots of time not in front of their patients due to clunky systems built on old technology.

The shortage of trained practitioners has reached crisis levels & as value-based care and hybrid care delivery models become more commonplace, managing patient populations and proving outcomes and mandatory.

LivTech helps healthcare providers run their business like a business while ensuring quality care with reliable, modern software.

OUR MISSION

### Transform care delivery for aging adults.

We do this by providing software and solutions that improve the quality and continuity of care while improving the operational efficiency of care providers.

Learn More



## Recent Blog Posts

### Get In Touch

Reach out to explore how our solutions can enhance care delivery and operational efficiency for aging adults.

Contact Us

---

LivTech

**Markets & Solutions**
Senior Living
In-Home Healthcare
Physician Practices

**About**
About LivTech & Leadership
Careers
Blog

**Contact**
Contact Us
865.248.3148
2035 Lakeside Centre Way
Suite 190 Knoxville, TN 37932

Copyright 2024. All Rights Reserved.