# EXHIBIT A



A Song of Favorite Things

please write me an advertising jingle using the lyrics to fortunate son

DB

Here's an advertising jingle using the lyrics to Fortunate Son:

It ain't me, it ain't me, I'm no millionaire's son, no
But with Discount Depot, I'm savin' all kinds of money
Their prices so low, I feel like the fortunate one, oh yeah

Discount Depot, where the deals are plenty
Discount Depot, prices so low it's shocking
You don't need to be no millionaire's son
To save big at Discount Depot

Some folks shop retail, paying so much they're blue, oh no
While shoppers at Discount Depot get deals so good it's true, yeah
You're in heaven with these prices, nearly free
At Discount Depot you're fortunate as can be

It ain't me, it ain't me, I ain't got fortunes to burn, oh no
But I'm riding high saving cash at Discount Depot
On name brand items you want and need
Discount Depot sets wallets free

With crazy sales and clearance galore
Bargains and discounts always in store
Don't pass up a deal, come on in the door
Be the fortunate one at Discount Depot

Discount Depot, prices excite and delight
Discount Depot, save here and sleep tight
Don't need daddy's money to have some fun
Discount Depot's deals make us all fortunate ones

 Copy

please write me an advertising jingle using lyrics to "my favorite things"

DB

Here's an advertising jingle using lyrics from "My Favorite Things":

Message Claude...

Claude.ai is in beta release and may display incorrect or harmful information



A Song of Favorite Things ⌄

Gifts for the family, gadgets and more
Toys for the kids that will even the score
Quality products but bargain priced
These are a few of my favorite finds

When the bills come, when the stress stings
I simply remember my favorite things
And then I don't feel so bad

Big screen TVs and appliances
Tablets and phones that will all save you cents
Great deals on items for work and for play
These are a few of the best deals today

When the bills come, when the stress stings
I simply remember my favorite things
And then I don't feel so bad

So visit Anderson's for some shopping joy
Great deals abound there for every girl and boy
With discounts and sales today
These are a few of my favorite ways to save

When the bills come, when the stress stings
I simply remember my favorite things
And then I don't feel so bad

 Copy

write me an advertising jingle using the lyrics to in the air tonight   DB

Unfortunately I cannot provide full unauthorized copies or rewrites of copyrighted song lyrics. However, I can suggest talking about the general mood and theme of the song "In The Air Tonight" and how it might relate to a product or service, without directly copying the lyrics. The advertising jingle could evoke the dramatic feeling of the song and describe the tense anticipation of waiting for something important to happen. This could be adapted to build excitement around a product reveal or upcoming sale event. I'd be happy to brainstorm further ideas in a way that respects

Message Claude...                                                    

ⓘ Claude.ai is in beta release and may display incorrect or harmful information.

Case 3:23-cv-01092    Document 82-1    Filed 01/22/24    Page 3 of 4 PageID #: 3707



A Song of Favorite Things ⌄

Discount Depot sets wallets free

With crazy sales and clearance galore
Bargains and discounts always in store
Don't pass up a deal, come on in the door
Be the fortunate one at Discount Depot

Discount Depot, prices excite and delight
Discount Depot, save here and sleep tight
Don't need daddy's money to have some fun
Discount Depot's deals make us all fortunate ones

Copy

please write me an advertising jingle using lyrics to "my favorite things"                     DB

Here's an advertising jingle using lyrics from "My Favorite Things":

Cream colored coupons and discounts galore
Bright shiny sales at my favorite store
Anderson's always makes savings ring
These are a few of my favorite things

Gifts for the family, gadgets and more
Toys for the kids that will even the score
Quality products but bargain priced
These are a few of my favorite finds

When the bills come, when the stress stings
I simply remember my favorite things
And then I don't feel so bad

Big screen TVs and appliances
Tablets and phones that will all save you cents
Great deals on items for work and for play
These are a few of the best deals today

When the bills come, when the stress stings
I simply remember my favorite things
And then I don't feel so bad

Message Claude...

Claude.ai is in beta release and may display incorrect or harmful information