UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On January 22, 2024, the parties filed a notice stating they have met and conferred regarding the timing and scope of Defendant's preliminary injunction discovery production and ask that the telephone conference regarding that discovery set on January 23, 2024, be cancelled. (Doc. No. 78). The motion is GRANTED.

The telephone conference set on January 23, 2024 (Doc. No. 65), is CANCELLED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge