IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., *Plaintiffs*, v. ANTHROPIC PBC, *Defendant*. | Case No. 3:23-cv-01092<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

**CHAMBER OF PROGRESS AND NETCHOICE, LLC'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs offer no good reason for denying leave to file Chamber of Progress and NetChoice's ("*amici*") proposed *amicus* brief. Plaintiffs' principal argument is that there is "[n]o basis or need" for any *amicus* brief because the factual and legal issues are "straightforward." Opp. 1. They are not. There is no on-point precedent resolving whether using content to train generative AI models is or is not a fair use of that content. That issue is being actively litigated in over a dozen cases around the country. Yet, Plaintiffs seek to short circuit those matters, requesting relief that is not only extraordinary, but unprecedented, as none of the pending cases granted the sweeping injunctive relief Plaintiffs request here.

Plaintiffs next argue that *amici* lack a sufficient "interest" to warrant being heard. Opp. 2. But the general public has a significant interest in the proper resolution of these issues, and *amici* have a particular interest given their missions and their partners and members, who themselves are innovating and developing generative AI tools. *Amici*'s interests are especially relevant in the context of this preliminary injunction motion because

the governing law mandates "consideration of the public interest"—a focus of *amici's* proposed brief. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 32 (2008).

Moreover, none of the other considerations mentioned by Plaintiffs warrant denial of leave. "Even when a party is very well represented, an amicus may provide important assistance to the court." *Neonatology Assocs., P.A. v. Commissioner*, 293 F.3d 128, 132 (3d Cir. 2002) (Alito, J.). The "costs" (Opp. 1) of responding to the *amicus* brief are minimal, easily borne by Plaintiffs (who collectively generate billions of dollars in yearly revenue), and readily justified by the amount in controversy and the importance of the issues in dispute. Accepting the *amicus* brief would not "unduly delay" proceedings. Opp. 1. Plaintiffs promptly opposed *amici*'s motion for leave, and Plaintiffs can further address it in their reply, due to be filed in three weeks. ECF No. 57.

More broadly, Plaintiffs presume that courts should grant leave to file only in exceptional circumstances. But that is not the standard, as courts across the country routinely grant leave, as do courts in this District. *See, e.g.*, *Eight Mile Style, LLC v. Spotify USA Inc.*, No. 3:19-cv-736, ECF No. 470 (M.D. Tenn. Jan. 22, 2024) (granting leave to file); *Novo Nordisk Inc. v. DCA Pharmacy*, No. 3:23-cv-668, ECF No. 32 (M.D. Tenn. Nov. 28, 2023) (Crenshaw, J.) (same); *Chamber of Commerce v. SEC*, No. 3:22-cv-561, ECF No. 52 (M.D. Tenn. Oct. 17, 2022) (same); *see also R.K. v. Lee*, 568 F. Supp. 3d 895, 899 n.1, 905 (M.D. Tenn. 2021) (discussing a filed amicus brief filed in support of a motion for a preliminary injunction) (Crenshaw, J.).

Accordingly, amici respectfully request that the Court grant leave to file their proposed *amicus* brief.

Respectfully submitted,

/s/ Kevin C. Klein

Kevin C. Klein (#23301)
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, Tennessee 37208
(615) 600-4780
kevin.klein@kleinpllc.com

Eric P. Tuttle (*pro hac vice* admission pending)
Wilson Sonsini Goodrich & Rosati
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
(206) 883-2500
eric.tuttle@wsgr.com

Nicole S. Bembridge (*pro hac vice* admission pending)
NetChoice
401 K St NW, Suite 502
Washington, D.C. 20005
(443) 254-6330
nsaadbembridge@netchoice.org

*Counsel for Chamber of Progress and NetChoice*

# CERTIFICATE OF SERVICE

I certify that I filed Chamber of Progress and NetChoice, LLC's Reply Memorandum in Support of Motion for Leave to File Brief as *Amici Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction on the Court's CM/ECF system on this 23rd day of January, 2024, which forwarded a copy to:

Andrew Guerra
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: andrew@oandzlaw.com

Audrey Adu-Appiah
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
(202) 480-2999
Email: aadu-appiah@oandzlaw.com

Jennifer Pariser
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
(212) 951-1156
Email: jpariser@oandzlaw.com

Jonathan Z. King
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Fax: (212) 575-0671
Email: jzk@cll.com

Matthew J. Oppenheim
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: matt@oandzlaw.com

Nicholas C. Hailey
Oppenheim & Zebrak, LLP
4530 Wisconsin Ave. NW
5th Floor
Washington, DC 20016
(202) 480-2999
Email: nick@oandzlaw.com

Richard Dannay
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9200
Email: rxd@cll.com

Richard S. Mandel
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
Suite 2100
New York, NY 10036
(212) 790-9291
Fax: (212) 575-0671
Email: rsm@cll.com

Steven Allen Riley
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: sriley@rjfirm.com

Timothy Seungmin Chung
Oppenheim & Zebrak, LLP (NY)
461 5th Avenue, 19th Floor
New York, NY 10017
440-985-8308
Email: tchung@oandzlaw.com

Timothy G. Harvey
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: tharvey@rjfirm.com

*Attorneys for Plaintiffs*

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 033520)
Olivia Rose Arboneaux (No. 040225)
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
trey@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel (admitted pro hac vice)
Andrew M. Gass (admitted pro hac vice)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1345
Telephone: (212) 906-1200
alli.stillman@lw.com

Sarang V. Damle (admitted pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
sy.damle@lw.com

*Attorneys for Defendant*

_____
Kevin C. Klein