# EXHIBIT C







# Return to Pooh Corner

Return To Pooh Corner • Kenny Loggins • 1994

  



## Lyrics



Christopher Robin and I walked along
Under branches lit up by the moon
Posing our questions to Owl and Eeyore
As our days disappeared all too soon
But I've wandered much further today than I should
And I can't seem to find my way back to the wood

So help me if you can, I've got to get
Back to the house at Pooh corner by one
You'd be surprised there's so much to be done
Count all the bees in the hive
Chase all the clouds from the sky (chase the clouds from above)
Back to the days of Christopher Robin and Pooh
2

Winnie the Pooh doesn't know what to do
Got a honey jar stuck on his nose
He came to me asking help and advice
And from there no one knows where he goes
So I sent him to ask of the owl if he's there
How to loosen a jar from the nose of a bear

So help me if you can I've got to get
Back to the house at Pooh corner by one
You'd be surprised there's so much to be done
Count all the bees in the hive
Chase all the clouds from the sky (chase the clouds from above)
Back to the days of Christopher Robin and Pooh

It's hard to explain how a few precious things
Seem to follow throughout all our lives
After all's said and done I was watching my son
Sleeping there, with my bear by his side
So I tucked him in, I kissed him and as I was going
I swear that old bear whispered, "boy, welcome home"

Believe me if you can, I've finally come
Back to the house at Pooh corner by one
What do you know, there's so much to be done
Count all the bees in the hive
Chase all the clouds from the sky (chase the clouds from above)
Back to the days of Christopher Robin (back to days)
Back to the ways of Christopher Robin (back to the ways)
Back to the days of Pooh

WRITERS
KENNETH CLARK LOGGINS

PUBLISHERS
Lyrics © Universal Music Publishing Group

 Share

⚠ See A Problem With Something?

Lyrics    Other

 Return To Pooh Corner
1994

| 01 | All the Pretty Little Ponies<br>Kenny Loggins |
| 02 | Neverland Medley<br>Kenny Loggins |
| 03 | Return to Pooh Corner<br>Kenny Loggins |
| 04 | Rainbow Connection<br>Kenny Loggins |
| 05 | St. Judy's Comet<br>Kenny Loggins |
| 06 | The Last Unicorn<br>Kenny Loggins |
| 07 | Cody's Song<br>Kenny Loggins |
| 08 | The Horses<br>Kenny Loggins |
| 09 | Love<br>Kenny Loggins |
| 10 | To-Ra-Loo-Ra (album version)<br>Kenny Loggins |

4

## From This Artist

More



### All Join In
2009



### How About Now
2007



### It's About Time
2003



### More Songs From Pooh Corner
2000

---

**LyricFind**

**COMPANY**

About Us

Contact Us

**LEGAL**

Privacy

Cookies

**CORPORATE**

LyricFind

---

**BROWSE ALL SONGS**

A  B  C  D  E  F  G  H  I  J  K  L  M  N

O  P  Q  R  S  T  U  V  W  X  Y  Z  #