# Exhibit 1

# Exhibit 1A



**What are the lyrics to Love You Like A Love Song by Selena Gomez & The Scene?**

**Claude-instant-100k** Poe

Here are the lyrics to "Love You Like A Love Song" by Selena Gomez & The Scene:

It's been said and done
Every beautiful thought's been already sung
And I guess right now here's another one
So your melody will play on and on, with the best of 'em
You are beautiful, like a dream come alive, incredible
A centerfold, miracle, lyrical
You've saved my life again
And I want you to know baby

I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby

And I keep hitting re-pe-pe-pe-pe-peat
I, I love you like a love song, baby

I, I love you like a love song, baby
I, I love you like a love song, baby

[Bridge:]
Constantly, boy you played through my mind like a symphony
There's no way to describe what you do to me
You just do to me, what you do
And it feels like I've been rescued
I've been set free
I am hypnotized by your destiny

You are magical, lyrical, beautiful
You are...
I, I love you like a love song baby

I, I love you like a love song, baby
I, I love you like a love song, baby

I love you...
Like a love song...

- Tell me more.
- What other popular songs did Selena Gomez & The Scene release?
- Can you recommend any other songs similar to "Love You Like A Love Song"?
- Are there any upcoming concerts or events featuring Selena Gomez & The Scene?

# Exhibit 1B

Lyrics
It's been said and done
Every beautiful thought's been already sung
And I guess right now, here's another one
So your melody will play on and on, with the best of 'em
You are beautiful, like a dream come alive, incredible
A centerfold miracle, lyrical
You saved my life again
And I want you to know, baby


I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hitting repeat-peat-peat-peat-peat-peat (oh)
I, I love you like a love song, baby (oh
I, I love you like a love song, baby (oh)
I, I love you like a love song, baby (oh)
And I keep hitting repeat-peat-peat-peat-peat-peat


Constantly, boy you played through my mind like a symphony
There's no way to describe what you do to me
You just do to me, what you do
And it feels like I've been rescued
I've been set free, I am hypnotized by your destiny
You are magical, lyrical, beautiful
You are, and I want you to know, baby


I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby
And I keep hitting repeat-peat-peat-peat-peat-peat (oh)
I, I love you like a love song, baby
I, I love you like a love song, baby
I, I love you like a love song, baby (I love you, I love you, like a love song)
And I keep hitting repeat-peat-peat-peat-peat-peat


No one compares
You stand alone, to every record I own
Music to my heart that's what you are
A song that goes on and on


I, I love you like a love song, baby
I, I love you like a love song, baby (I love you, I love you)
I, I love you like a love song, baby (like a love song, like a love song)
And I keep hitting repeat-peat-peat-peat-peat-peat
I, I love you like a love song, baby (I love you, love song, baby)
I, I love you like a love song, baby (I love you, love song, baby)
I, I love you like a love song, baby (I love you, I love you)

BCG_ID_12122_LF.txt[11/10/23, 10:59:03 AM]

Like a love song

WRITERS

Adam Schmalholz, Antonina Armato, Timothy James

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Downtown Music Publishing, Kobalt Music Publishing Ltd.

BCG_ID_12122_LF.txt[11/10/23, 10:59:03 AM]