# Exhibit 2

# Exhibit 2A



# Exhibit 2B

Lyrics
I used to bite my tongue and hold my breath
Scared to rock the boat and make a mess
So I sat quietly, agreed politely
I guess that I forgot I had a choice
I let you push me past the breaking point
I stood for nothing, so I fell for everything


You held me down, but I got up (hey)
Already brushing off the dust
You hear my voice, you hear that sound
Like thunder, gonna shake the ground
You held me down, but I got up (hey)
Get ready 'cause I've had enough
I see it all, I see it now


I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar


Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar


Now I'm floatin' like a butterfly
Stinging like a bee, I earned my stripes
I went from zero, to my own hero


You held me down, but I got up (hey)
Already brushing off the dust
You hear my voice, you hear that sound
Like thunder, gonna shake the ground
You held me down, but I got up (hey)
Get ready 'cause I've had enough
I see it all, I see it now


I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar


Oh-oh-oh-oh-oh

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

WRITERS

Lukasz Gottwald, Max Martin, Bonnie Leigh McKee, Katy Perry, Henry Walter

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.