# Exhibit 3

# Exhibit 3A



# Exhibit 3B

Lyrics
Lying in my bed I hear the clock tick
And think of you
Caught up in circles
Confusion is nothing new
Flashback, warm nights
Almost left behind
Suitcases of memories
Time after


Sometimes you picture me
I'm walking too far ahead
You're calling to me, I can't hear
What you've said
Then you say, go slow
I fall behind
The second hand unwinds


If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time


If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting
Time after time


After my picture fades and darkness has
Turned to gray
Watching through windows
You're wondering if I'm okay
Secrets stolen from deep inside
The drum beats out of time


If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time


You said go slow
I fall behind
The second hand unwinds


If you're lost you can look and you will find me
Time after time

BCG_ID_12132_LF.txt[11/10/23, 10:59:07 AM]

If you fall I will catch you, I'll be waiting
Time after time


If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting


Time after time
Time after time
Time after time
Time after time
Time after time
Time after time
Time after time
Time after
Time

WRITERS

Robert Hyman, Cyndi Lauper

PUBLISHERS

Lyrics © CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.

BCG_ID_12132_LF.txt[11/10/23, 10:59:07 AM]