# Exhibit 4

# Exhibit 4A



# Exhibit 4B

Lyrics
I see trees of green
Red roses too
I see them bloom
For me and you
And I think to myself
What a wonderful world

I see skies of blue
And clouds of white
The bright blessed day
The dark sacred night
And I think to myself
What a wonderful world

The colors of the rainbow
So pretty in the sky
Are also on the faces
Of people going by
I see friends shaking hands
Saying, "How do you do?"
They're really saying
I love you

I hear babies cry
I watch them grow
They'll learn much more
Than I'll ever know
And I think to myself
What a wonderful world
Yes, I think to myself
What a wonderful world
Ooh, yes

WRITERS

George David Weiss, Robert Thiele

PUBLISHERS

Lyrics © Kanjian Music, BMG Rights Management, CONCORD MUSIC PUBLISHING LLC

BCG_ID_12130_LF.txt[11/10/23, 10:59:07 AM]