# Exhibit 5

# Exhibit 5A



# Exhibit 5B

Lyrics
I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two


Yeah, I, I know it's hard to remember
The people we used to be
It's even harder to picture
That you're not here next to me


You say it's too late to make it
But is it too late to try
And in our time that you wasted
All of our bridges burned down


I've wasted my nights
You turned out the lights
Now I'm paralyzed
Still stuck in that time
When we called it love
But even the sun sets in paradise


I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two


If Happy Ever Afters did exist
I would still be holding you like this
All those fairy tales are full of shit
One more fucking love song, I'll be sick


Oh, you turned your back on tomorrow
'Cause you forgot yesterday
I gave you my love to borrow
But you just gave it away


You can't expect me to be fine
I don't expect you to care
I know I've said it before
But all of our bridges burned down


I've wasted my nights
You turned out the lights

BCG_ID_12118_LF.txt[11/10/23, 10:59:02 AM]

Now I'm paralyzed
Still stuck in that time
When we called it love
But even the sun sets in paradise


I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two?


If Happy Ever Afters did exist
I would still be holding you like this
All those fairy tales are full of shit
One more fucking love song, I'll be sick
Now I'm at a payphone


Man, fuck that shit
I'll be out spending all this money
While you're sitting round wondering
Why it wasn't you who came up from nothing
Made it from the bottom
Now when you see me I'm stunting
And all of my cars start with a push of a button


Telling me the chances I blew up
Or whatever you call it
Switch the number to my phone
So you never could call it
Don't need my name on my show
You can tell it I'm ballin'


Swish, what a shame could have got picked
Had a really good game but you missed your last shot
So you talk about who you see at the top
Or what you could have saw but sad to say it's over for
Phantom pulled up valet open doors
Wished I'd go away, got what you was looking for
Now it's me who they want, so you can go and take
That little piece of shit with you


I'm at a payphone trying to call home
All of my change I spent on you
Where have the times gone, baby it's all wrong
Where are the plans we made for two


If Happy Ever Afters did exist
I would still be holding you like this

BCG_ID_12118_LF.txt[11/10/23, 10:59:02 AM]

All those fairy tales are full of shit
One more fucking love song, I'll be sick
Now I'm at a payphone

WRITERS

Benjamin Levin, Adam Noah Levine, Ammar Malik, Daniel Omelio, Johan Karl Schuster, Cameron Jibril Thomaz

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC, Warner Chappell Music, Inc.