# Exhibit 6

# Exhibit 6A



**What are the lyrics to Sign Of The Times by Harry Styles?**

**Claude-instant-100k** Poe

Here are the lyrics to "Sign of the Times" by Harry Styles:

Just stop your crying, it's a sign of the times
Welcome to the final show
I hope you're wearing your best clothes
You can't bribe the door on your way to the sky
You look pretty good down here
But you ain't really good

We never learn, we've been here before
Why are we always stuck and running from
The bullets, the bullets?
We never learn, we've been here before
Why are we always stuck and running from
The bullets, the bullets?

Just stop your crying, it's a sign of the times
We gotta get away from here
We gotta get away from here
Just stop your crying, it'll be alright
They told me that the end is near
We gotta get away from here

Just stop your crying, have the time of your life
Breaking through the atmosphere
And things are pretty good from here
Remember everything will be alright
We can meet again somewhere
Somewhere far away from here

La la la la la la la la
La la la la la la la la

We never learn, we've been here before
Why are we always stuck and running from
The bullets, the bullets?
We never learn, we've been here before
Why are we always stuck and running from
The bullets, the bullets?

Just stop your crying, it's a sign of the times
We gotta get away
We gotta get away
We gotta get away

Share

Tell me more.

What is the meaning behind the lyrics of "Sign of the Times"?

Can you tell me more about Harry Styles' music career?

Do you have any recommendations for other songs by Harry Styles?

# Exhibit 6B

Lyrics
Just stop your crying
It's a sign of the times
Welcome to the final show
Hope you're wearing your best clothes
You can't bribe the door on your way to the sky
You look pretty good down here
But you ain't really good


If we never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets


Just stop your crying
It's a sign of the times
We gotta get away from here
We gotta get away from here
Just stop your crying
It'll be alright
They told me that the end is near
We gotta get away from here


Just stop your crying
Have the time of your life
Breaking through the atmosphere
And things are pretty good from here
Remember everything will be alright
We can meet again somewhere
Somewhere far away from here


We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets


Just stop your crying
It's a sign of the times
We gotta get away from here
We gotta get away from here

BCG_ID_11246_LF.txt[11/10/23, 10:58:22 AM]

Stop your crying
Baby, it'll be alright
They told me that the end is near
We gotta get away from here


We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets
We never learn, we been here before
Why are we always stuck and running from
The bullets?
The bullets


We don't talk enough
We should open up
Before it's all too much
Will we ever learn?
We've been here before
It's just what we know


Stop your crying, baby
It's a sign of the times
We gotta get away
We got to get away
We got to get away
We got to get away
We got to get away
We got to, we got to, away
We got to, we got to, away
We got to, we got to, away

WRITERS

Alex Raymond Salibian, Harry Edward Styles, Jeffrey Nath Bhasker, Mitchell Kristopher Rowland, Ryan Thomas Nasci, Tyler Sam Johnson

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, CONCORD MUSIC PUBLISHING LLC