# Exhibit 7

# Exhibit 7A



# Exhibit 7B

Lyrics
I was born by the river in a little tent
Oh and just like the river I've been running ev'r since
It's been a long, a long time coming
But I know a change gonna come, oh yes it will


It's been too hard living, but I'm afraid to die
'Cause I don't know what's up there, beyond the sky
It's been a long, a long time coming
But I know a change gonna come, oh yes it will


I go to the movie and I go downtown
Somebody keep tellin' me don't hang around
It's been a long, a long time coming
But I know a change gonna come, oh yes it will


Then I go to my brother
And I say brother help me please
But he winds up knockin' me
Back down on my knees, oh


There have been times that I thought I couldn't last for long
But now I think I'm able to carry on
It's been a long, a long time coming
But I know a change is gonna come, oh yes it will

WRITERS

Sam Cooke

PUBLISHERS

Lyrics © Abkco Music Inc.

BCG_ID_11138_LF.txt[11/10/23, 10:58:14 AM]