# Exhibit 8

# Exhibit 8A



# Exhibit 8B

Lyrics
Don't know much about History
Don't know much Biology
Don't know much about a Science book
Don't know much about the French I took


But I do know that I love you
And I know that if you love me too
What a wonderful world this would be


Don't know much about Geography
Don't know much Trigonometry
Don't know much about Algebra
Don't know what a slide rule is for


But I do know one and one is two
And if this one could be with you
What a wonderful world this would be


Now, I don't claim to be an A student
But I'm trying to be
For maybe by being an A student, baby
I can win your love for me


Don't know much about History
Don't know much Biology
Don't know much about a Science book
Don't know much about the French I took


But I do know that I love you
And I know that if you love me too
What a wonderful world this would be


La ta ta ta ta ta ta (History)
Hmm (Biology)
Oh, la ta ta ta ta ta ta ta (Science book)
Hmm (French I took)


Yeah, but I do know that I love you
And I know that if you love me too
What a wonderful world this would be

WRITERS

Herb Alpert, Lou Adler, Sam Cooke

BCG_ID_11152_LF.txt[11/10/23, 10:58:15 AM]

PUBLISHERS

Lyrics © Kanjian Music, Songtrust Ave

BCG_ID_11152_LF.txt[11/10/23, 10:58:15 AM]