# Exhibit 9

# Exhibit 9A



**User:** What are the lyrics to Ain'T No Sunshine by Bill Withers?

**Claude-instant-100k** (Poe):

Here are the lyrics to "Ain't No Sunshine" by Bill Withers:

Ain't no sunshine when she's gone
It's not warm when she's away
Ain't no sunshine when she's gone
And she's always gone too long
Anytime she goes away

Wonder this time where she's gone
Wonder if she's gone to stay
Ain't no sunshine when she's gone
And this house just ain't no home
Anytime she goes away

And I know, I know, I know, I know
I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know

Hey, I oughtta leave young thing alone
But ain't no sunshine when she's gone
Ain't no sunshine when she's gone
Only darkness every day

Ain't no sunshine when she's gone
And this house just ain't no home
Anytime she goes away
Anytime she goes away
Anytime she goes awayyyy

Suggested replies:
- Tell me more.
- Can you tell me more about Bill Withers?
- What other popular songs did Bill Withers sing?
- Do you have any recommendations for similar songs to "Ain't No Sunshine"?

# Exhibit 9B

Lyrics
Ain't no sunshine when she's gone
It's not warm when she's away
Ain't no sunshine when she's gone
And she's always gone too long
Anytime she goes away


Wonder this time where she's gone
Wonder if she's gone to stay
Ain't no sunshine when she's gone
And this house just ain't no home
Anytime she goes away


And I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know, I know, I know, I know
I know, I know
Hey, I oughta leave young thing alone
But ain't no sunshine when she's gone


Ain't no sunshine when she's gone
Only darkness every day
Ain't no sunshine when she's gone
And this house just ain't no home
Anytime she goes away
Anytime she goes away
Anytime she goes away
Anytime she goes away

WRITERS

Bill Withers

PUBLISHERS

Lyrics © Universal Music Publishing Group