# Exhibit 10

# Exhibit 10A



# Exhibit 10B

Lyrics
There must be some way out of here
Said the joker to the thief
There's too much confusion, I can't get no relief
Businessmen, they drink my wine
Plowmen dig my earth
None of them along the line know what any of it is worth


No reason to get excited,the thief, he kindly spoke
There are many here among us who feel that life is but a joke
But you and I, we've been through that, and this is not our fate
So let us not talk falsely now, the hour is getting late


All along the watchtower, princes kept the view
While all the women came and went, barefoot servants, too


Outside in the distance a wildcat did growl
Two riders were approaching, the wind began to howl

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group