# Exhibit 11

# Exhibit 11A

**What are the lyrics to Bless The Broken Road by Rascal Flatts?**

**Claude-instant-100k** Poe

Here are the lyrics to "Bless The Broken Road" by Rascal Flatts:

I set out on a narrow way many years ago
Hoping I would find true love along the broken road
But I got lost a time or two
Wiped my brow and kept pushing through
I couldn't see how every sign pointed straight to you

Every long lost dream led me to where you are
Others who broke my heart, they were like Northern stars
Pointing me on my way into your loving arms
This much I know is true
That God blessed the broken road that led me straight to you

I think about the years I spent just passing through
I'd like to have the time I lost and give it back to you
But you just smile and take my hand
You've been there you understand
It's all part of a grander plan that is coming true

Every long lost dream led me to where you are
Others who broke my heart, they were like Northern stars
Pointing me on my way into your loving arms
This much I know is true
That God blessed the broken road that led me straight to you

Now I'm just rolling home into my lover's arms
This much I know is true
That God blessed the broken road that led me straight to you

Tell me more.

# Exhibit 11B

Lyrics
I set out on a narrow way many years ago
Hoping I would find true love along the broken road
But I got lost a time or two
Wiped my brow and kept pushing through
I couldn't see how every sign pointed straight to you

That every long lost dream led me to where you are
Others who broke my heart, they were like Northern stars
Pointing me on my way into your loving arms
This much I know is true
That God blessed the broken road that led me straight to you
Yes, He did

I think about the years I spent just passin' through
I'd like to have the time I lost and give it back to you
But you just smile and take my hand
You've been there, you understand
It's all part of a grander plan that is coming true

Every long lost dream led me to where you are
Others who broke my heart, they were like Northern stars
Pointing me on my way into your loving arms
This much I know is true
That God blessed the broken road that led me straight to you
Yeah

And now I'm just rollin' home
Into my lover's arms
This much I know is true
That God blessed the broken road that led me straight to you

That God blessed the broken road
That led me straight to you
Ooh, mmm

WRITERS

Bobby Boyd, Jeff Hanna, Marc Hummon

PUBLISHERS

Lyrics © BMG Rights Management, Universal Music Publishing Group, Capitol CMG Publishing

BCG_ID_11329_LF.txt[11/10/23, 10:58:32 AM]