# Exhibit 12

# Exhibit 12A



# Exhibit 12B

Lyrics
How many roads must a man walk down
Before you call him a man?
How many seas must a white dove sail
Before she sleeps in the sand?
Yes, 'n' how many times must the cannon balls fly
Before they're forever banned?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind


Yes, 'n' how many years can a mountain exist
Before it is washed to the sea?
Yes, 'n' how many years can some people exist
Before they're allowed to be free?
Yes, 'n' how many times can a man turn his head
And pretend that he just doesn't see?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind


Yes, 'n' how many times must a man look up
Before he can see the sky?
Yes, 'n' how many ears must one man have
Before he can hear people cry?
Yes, 'n' how many deaths will it take 'til he knows
That too many people have died?
The answer, my friend, is blowin' in the wind
The answer is blowin' in the wind

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © CONSALAD CO., Ltd.