# Exhibit 13

# Exhibit 13A

**Lyrics Requested**
Claude-instant-100k

Share

What are the lyrics to Born To Be Wild by Steppenwolf?

Claude-instant-100k  Poe

Here are the lyrics to "Born to Be Wild" by Steppenwolf:

Get your motor running
Head out on the highway
Looking for adventure
And whatever comes our way
Yeah Darlin' go make it happen
Take the world in a love embrace
Fire all of your guns at once
And explode into space

I like smoke and lightning
Heavy metal thunder
Racin' with the wind
And the feelin' that I'm under
Yeah Darlin' go make it happen
Take the world in a love embrace
Fire all of your guns at once
And explode into space

Like a true nature's child
We were born, born to be wild
We can climb so high
I never wanna die

Born to be wild, born to be wild
Get your motor running
Head out on the highway Looking for adventure
And whatever comes our way
Yeah darling go make it happen
Take the world in a love embrace
Fire all of your guns at once
And explode into space

Like a true nature's child
We were born, born to be wild
We can climb so high
I never wanna die (no no)
Born to be wild, born to be wild

Share

Tell me more.

**Bot details**

**Claude-instant-100k**
Operated by @poe
23K followers

+ New chat

Anthropic's fastest model, with an increased context window of 100k tokens (around 75,000 words). Enables analysis of ver View more

This bot is powered by Anthropic. Learn more

See all chats with this bot

Talk to Claude-instant-100k

# Exhibit 13B

Lyrics
Get your motor runnin'
Head out on the highway
Lookin' for adventure
And whatever comes our way

Yeah, darlin', go make it happen
Take the world in a love embrace
Fire all of your guns at once and
Explode into space

I like smoke and lightnin'
Heavy metal thunder
Racin' with the wind
And the feelin' that I'm under

Yeah, darlin', go make it happen
Take the world in a love embrace
Fire all of your guns at once and
Explode into space

Like a true nature's child
We were born, born to be wild
We can climb so high
I never wanna die

Born to be wild
Born to be wild

Get your motor runnin'
Head out on the highway
We're lookin' for adventure
And whatever comes our way

Yeah, darlin' go make it happen
Take the world in a love embrace
Fire all of your guns at once and
Explode into space

Like a true nature's child
We were born, born to be wild
We can climb so high
I never wanna die

Born to be wild
Born to be wild

WRITERS

Mars Bonfire

PUBLISHERS

Lyrics © Universal Music Publishing Group