# Exhibit 14

# Exhibit 14A



# Exhibit 14B

Lyrics
All the leaves are brown (all the leaves are brown)
And the sky is gray (and the sky is gray)
I've been for a walk (I've been for a walk)
On a winter's day (on a winter's day)
I'd be safe and warm (I'd be safe and warm)
If I was in L.A. (if I was in L.A.)

California dreamin' (California dreamin')
On such a winter's day

Stopped into a church
I passed along the way
Well, I got down on my knees (got down on my knees)
And I pretend to pray (I pretend to pray)
You know the preacher like the cold (preacher like the cold)
He knows I'm gonna stay (knows I'm gonna stay)

California dreamin' (California dreamin')
On such a winter's day

All the leaves are brown (all the leaves are brown)
And the sky is gray (and the sky is gray)
I've been for a walk (I've been for a walk)
On a winter's day (on a winter's day)
If I didn't tell her (if I didn't tell her)
I could leave today (I could leave today)

California dreamin' (California dreamin')
On such a winter's day (California dreamin')
On such a winter's day (California dreamin')
On such a winter's day

WRITERS

John Edmund Andrew Phillips, Michelle Gilliam Phillips

PUBLISHERS

Lyrics © Universal Music Publishing Group