# Exhibit 15

# Exhibit 15A



# Exhibit 15B

Lyrics
We'll do it all
Everything
On our own

We don't need
Anything
Or anyone

If I lay here
If I just lay here
Would you lie with me and just forget the world?

I don't quite know
How to say
How I feel

Those three words
Are said too much
They're not enough

If I lay here
If I just lay here
Would you lie with me and just forget the world?

Forget what we're told
Before we get too old
Show me a garden that's bursting into life

Let's waste time
Chasing cars
Around our heads

I need your grace
To remind me
To find my own

If I lay here
If I just lay here
Would you lie with me and just forget the world?

Forget what we're told
Before we get too old

BCG_ID_10670_LF.txt[11/10/23, 10:57:55 AM]

Show me a garden that's bursting into life


All that I am
All that I ever was
Is here in your perfect eyes, they're all I can see


I don't know where
Confused about how as well
Just know that these things will never change for us at all


If I lay here
If I just lay here
Would you lie with me and just forget the world?

WRITERS

Natah Connolly, Gary Lightbody, Jonathan Quinn, Tom Simpson, Paul Wilson

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10670_LF.txt[11/10/23, 10:57:55 AM]