# Exhibit 16

# Exhibit 16A



# Exhibit 16B

Lyrics
Heaven, I'm in Heaven
And my heart beats so that I can hardly speak
And I seem to find the happiness I seek
When we're out together dancing, cheek to cheek

Heaven, I'm in Heaven
And the cares that hung around me through the week
Seem to vanish like a gambler's lucky streak
When we're out together dancing, cheek to cheek

Oh, I love to climb a mountain
And to reach the highest peak
But it doesn't thrill me half as much
As dancing cheek to cheek

Oh, I love to go out fishing
In a river or a creek
But I don't enjoy it half as much
As dancing cheek to cheek

Oh, dance with me
I want my arm about you
The charm about you
Will carry me through to

Heaven, I'm in Heaven
And my heart beats so that I can hardly speak
And I seem to find the happiness I seek
When we're out together dancing cheek to cheek

WRITERS

Irving Berlin

PUBLISHERS

Lyrics © Universal Music Publishing Group, MUSIC.INFO FINLAND OY