# Exhibit 17

# Exhibit 17A



# Exhibit 17B

Lyrics
Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing what is real


There's something inside me that pulls beneath the surface
Consuming, confusing
This lack of self control I fear is never ending
Controlling
I can't seem
To find myself again
My walls are closing in
(Without a sense of confidence
I'm convinced that there's just too much pressure to take)
I've felt this way before
So insecure


Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing what is real


Discomfort endlessly has pulled itself upon me
Distracting, reacting
Against my will, I stand beside my own reflection
It's haunting how I can't seem


To find myself again
My walls are closing in
(Without a sense of confidence
I'm convinced that there's just too much pressure to take)
I've felt this way before
So insecure


Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing what is real


Crawling in my skin
These wounds, they will not heal
Fear is how I fall
Confusing, confusing what is real


There's something inside me that pulls beneath the surface

Consuming (confusing what is real)
This lack of self control I fear is never ending
Controlling (confusing what is real)

WRITERS

Mike Shinoda, Brad Delson, Chester Charles Bennington, Joseph Hahn, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.