# Exhibit 18

# Exhibit 18A



Case 3:23-cv-01092 Document 96-18 Filed 02/14/24 Page 3 of 6 PageID #: 4029

# Exhibit 18B

Lyrics
If you wake up and don't want to smile
If it takes just a little while
Open your eyes and look at the day
You'll see things in a different way

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

Why not think about times to come?
And not about the things that you've done
If your life was bad to you
Just think what tomorrow will do

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

All I want is to see you smile
If it takes just a little while
I know you don't believe that it's true
I never meant any harm to you

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

Don't stop thinking about tomorrow
Don't stop, it'll soon be here
It'll be, better than before
Yesterday's gone, yesterday's gone

Ooh, don't you look back
Ooh, don't you look back
Ooh, don't you look back
Ooh

WRITERS

Christine McVie

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10097_LF.txt[11/10/23, 10:57:39 AM]