# Exhibit 19

# Exhibit 19A



# Exhibit 19B

Lyrics
I am a little bit of loneliness, a little bit of disregard
Handful of complaints but I can't help the fact
That everyone can see these scars
I am what I want you to want, what I want you to feel
But it's like no matter what I do, I can't convince you
To just believe this is real
So I, let go watching you turn your back like you always do
Face away and pretend that I'm not
But I'll be here 'cause you're all that I've got


I can't feel the way I did before
Don't turn your back on me
I won't be ignored
Time won't heal this damage anymore
Don't turn your back on me I won't be ignored


I am, a little bit insecure, a little unconfident
'Cause you don't understand I do what I can
But sometimes I don't make sense
I am, what you never want to say, but I've never had a doubt
It's like no matter what I do I can't convince you for once just to hear me out
So I, let go watching you turn your back like you always do
You face away and pretend that I'm not
But I'll be here 'cause you're all that I've got


I can't feel the way I did before
Don't turn your back on me
I won't be ignored
Time won't heal this damage anymore
Don't turn your back on me I won't be ignored


You hear me out now
You're gonna listen to me like it or not
Right now, hear me out now
You're gonna listen to me like it or not
Right now


I can't feel the way I did before
Don't turn your back on me
I won't be ignored


I can't feel the way I did before
Don't turn your back on me
I won't be ignored
Time won't heal this damage anymore
Don't turn your back on me I won't be ignored

I can't feel
Don't turn your back on me
I won't be ignored
Time won't heal
Don't turn your back on me I won't be ignored

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.