# Exhibit 21

# Exhibit 21A



# Exhibit 21B

Lyrics
Now this is a story all about how
My life got flipped, turned upside down
And I'd like to take a minute
Just sit right there
I'll tell you how I became the prince of a town called Bel-Air


In West Philadelphia born and raised
On the playground was where I spent most of my days
Chillin' out, maxin,' relaxin' all cool
And all shootin' some b-ball outside of the school
When a couple of guys who were up to no good
Started making trouble in my neighborhood
I got in one little fight and my mom got scared
And said, "You're movin' with your auntie and uncle in Bel-Air"


I begged and pleaded with her day after day
But she packed my suitcase and sent me on my way
She gave me a kiss and then she gave me my ticket
I put my Walkman on and said, "I might as well kick it"


First class, yo this is bad
Drinking orange juice out of a champagne glass
Is this what the people of Bel-Air living like?
Hmm, this might be alright


But wait I hear they're prissy, bourgeois and all that
Is this the type of place that they should send this cool cat?
I don't think so, I'll see when I get there
I hope they're prepared for the prince of Bel-Air


Well, uh, the plane landed and when I came out
There was a dude looked like a cop standing there with my name out
I ain't tryna get arrested yet, I just got here
I sprang with the quickness like lightning, disappeared


I whistled for a cab and when it came near
The license plate said "fresh" and it had dice in the mirror
If anything I could say that this cab was rare
But I thought, "Nah, forget it, yo, holmes, to Bel-Air"


I pulled up to a house about seven or eight
And I yelled to the cabbie, "Yo, holmes, smell ya later"
Looked at my kingdom, I was finally there
To sit on my throne as the Prince of Bel-Air

BCG_ID_10906_LF.txt[11/10/23, 10:58:04 AM]

WRITERS

Jeffrey Townes, Willard C. Smith, Quincy III Jones

PUBLISHERS

Lyrics © Universal Music Publishing Group, Sony/ATV Music Publishing LLC

BCG_ID_10906_LF.txt[11/10/23, 10:58:04 AM]