# Exhibit 22

# Exhibit 22A



# Exhibit 22B

Lyrics
I come home in the morning light
My mother says, "When you gonna live your life right?"
Oh, mother dear we're not the fortunate ones
And girls, they wanna have fun
Oh, girls just want to have fun


The phone rings in the middle of the night
My father yells, "What you gonna do with your life?"
Oh, daddy dear, you know you're still number one
But girls, they wanna have fun
Oh, girls just want to have


That's all they really want
Some fun
When the working day is done
Oh, girls, they wanna have fun
Oh, girls just wanna have fun (girls, they wanna, wanna have fun, girls wanna have)


Some boys take a beautiful girl
And hide her away from the rest of the world
I want to be the one to walk in the sun
Oh, girls, they wanna have fun
Oh, girls just wanna have


That's all they really want
Some fun
When the working day is done
Oh, girls, they wanna have fun
Oh, girls just want to have fun (girls, they wanna, wanna have fun, girls wanna have)


They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girl (girls just wanna have fun)
Girls just wanna have fun
They just wanna, they just wanna
They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girl (girls just wanna have fun)
Girls just want to have fun


When the working
When the working day is done
Oh, when the working day is done, oh girls
Girls just wanna have fun, everybody


They just wanna, they just wanna (girls)
They just wanna, they just wanna, oh girls (girls just wanna have fun)

BCG_ID_11979_LF.txt[11/10/23, 10:58:55 AM]

Girls just want to have fun

(They just wanna, they just wanna) when the working
When the working day is done (they just wanna, they just wanna)
Oh, when the working day is done, oh girl (girls just wanna have fun)
Girls just wanna have fun (they just wanna, they just wanna)

WRITERS

Robert Hazard

PUBLISHERS

Lyrics © Sony/ATV Music Publishing LLC

BCG_ID_11979_LF.txt[11/10/23, 10:58:55 AM]