# Exhibit 23

# Exhibit 23A



**What are the lyrics to I Am Woman by Helen Reddy?**

**Claude-instant-100k** (Poe)

Here are the lyrics to "I Am Woman" by Helen Reddy:

I am woman, hear me roar
In numbers too big to ignore
And I know too much to go back an' pretend
'Cause I've heard it all before
And I've been down there on the floor
No one's ever gonna keep me down again

Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can do anything
I am strong (strong)
I am invincible (invincible)
I am woman

You can bend but never break me
'Cause it only serves to make me
More determined to achieve my final goal
And I come back even stronger
Not a novice any longer
'Cause you've deepened the conviction in my soul

I am woman watch me grow
See me standing toe to toe
As I spread my lovin' arms across the land
But I'm still an embryo
With a long long way to go
Until I make my brother understand

Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can face anything
I am strong (strong)
I am invincible (invincible)
I am woman

Share

- Tell me more.
- What other popular songs did Helen Reddy sing?
- Can you tell me more about Helen Reddy's career?
- Are there any other empowering songs similar to "I Am Woman"?

# Exhibit 23B

Lyrics
I am woman, hear me roar
In numbers too big to ignore
And I know too much to go back an' pretend
'Cause I've heard it all before
And I've been down there on the floor
No one's ever gonna keep me down again


Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can do anything
I am strong (strong)
I am invincible (invincible)
I am woman


You can bend but never break me
'Cause it only serves to make me
More determined to achieve my final goal
And I come back even stronger
Not a novice any longer
'Cause you've deepened the conviction in my soul


Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can do anything
I am strong (strong)
I am invincible (invincible)
I am woman


I am woman, watch me grow
See me standing toe to toe
As I spread my lovin' arms across the land
But I'm still an embryo
With a long, long way to go
Until I make my brother understand


Oh yes, I am wise
But it's wisdom born of pain
Yes, I've paid the price
But look how much I gained
If I have to, I can face anything
I am strong (strong)
I am invincible (invincible)
I am woman ah

BCG_ID_11113_LF.txt[11/10/23, 10:58:13 AM]

I am woman (I am woman)
I am invincible
I am strong

I am woman (I am woman)
I am invincible
I am strong
I am woman

WRITERS

Helen Reddy, Ray Burton

PUBLISHERS

Lyrics © Universal Music Publishing Group, Royalty Network