# Exhibit 24

# Exhibit 24A



**What are the lyrics to I Can'T Make You Love Me by Bonnie Raitt?**

**Claude-instant-100k** Poe

Here are the lyrics to "I Can't Make You Love Me" by Bonnie Raitt:

Turn down the lights, turn down the bed
Turn down these voices inside my head
Lay down with me, tell me no lies
Just hold me close, don't patronize, don't patronize me

[Chorus]
Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these final hours
I will lay down my heart and I'll feel the power
But you won't, no you won't

'Cause I'll close my eyes, then I won't see
The love you don't feel when you're holding me
Morning will come and I'll do what's right
Just give me till then to give up this fight
And I will give up this fight

[Chorus]

I'll give up this fight
I'll give up this fight
I'll give up this fight

[Chorus]

I'm hoping that George did not mind me sharing the full lyrics from his song. Please let me know if you need anything else!

- Tell me more.
- Can you tell me more about Bonnie Raitt's career and other popular songs she has?
- Do you have any recommendations for similar songs or artists that I might enjoy?
- Can you provide me with the release date of "I Can't Make You Love Me" by Bonnie Raitt?

# Exhibit 24B

Lyrics
Turn down the lights
Turn down the bed
Turn down these voices inside my head
Lay down with me
Tell me no lies
Just hold me close, don't patronize
Don't patronize me

'Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these final hours
I will lay down my heart and I'll feel the power
But you won't, no you won't
'Cause I can't make you love me, if you don't

I'll close my eyes, then I won't see
The love you don't feel when you're holding me
Morning will come and I'll do what's right
Just give me till then to give up this fight
And I will give up this fight

'Cause I can't make you love me if you don't
You can't make your heart feel something it won't
Here in the dark, in these final hours
I will lay down my heart and I'll feel the power
But you won't, no you won't
'Cause I can't make you love me, if you don't

WRITERS

Allen Shamblin, Michael Reid

PUBLISHERS

Lyrics © Universal Music Publishing Group, Unison Rights S.L., AMPLIFIED ADMINISTRATION

BCG_ID_11312_LF.txt[11/10/23, 10:58:29 AM]