# Exhibit 25

# Exhibit 25A



What are the lyrics to I Will Rise by Chris Tomlin?

Claude-instant-100k  Poe

Here are the lyrics to "I Will Rise" by Chris Tomlin:

There's a peace I've come to know though my heart and flesh may fail
There's an anchor for my soul I can say "It is well"

Jesus has overcome and the grave is overwhelmed
The victory is won He is risen from the dead
And I will rise when He calls my name No more sorrow no more pain
I will rise on eagles' wings before my God fall on my knees And rise

There's a day that's drawing near when this darkness breaks to light
And the shadows disappear and the dawning gives way to light

Jesus has overcome and the grave is overwhelmed
The victory is won He is risen from the dead
And I will rise when He calls my name No more sorrow no more pain
I will rise on eagles' wings before my God fall on my knees
And rise

And I hear the voice of many angels sing, "Worthy is the Lamb!"
And I hear the cry of ev'ry longing heart, "Worthy is the Lamb!"

Jesus has overcome and the grave is overwhelmed
The victory is won He is risen from the dead
And I will rise when He calls my name No more sorrow no more pain
I will rise on eagles' wings before my God fall on my knees
And rise

I hope this helps provide the full lyrics from Chris Tomlin's inspirational song "I Will Rise." Let me know if you need anything else.

Share

Tell me more. →

Can you tell me more about Chris Tomlin's other popular songs? →

Do you have any recommendations for similar inspirational songs? →

Is there a music video for "I Will Rise" that I can watch? →

Claude-instant-100k
Operated by @poe

23K followers

+ New chat

Anthropic's fastest model, with an increased context window of 100k tokens (around 75,000 words). Enables analysis of ve... View more

This bot is powered by Anthropic. Learn more

See all chats with this bot

Talk to Claude-instant-100k

# Exhibit 25B

Lyrics
There's a peace I've come to know
Though my heart and flesh may fail
There's an anchor for my soul
I can say "It is well"

Jesus has overcome
And the grave is overwhelmed
The victory is won
He is risen from the dead

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

There's a day that's drawing near
When this darkness breaks to light
And the shadows disappear
And my faith shall be my eyes

Jesus has overcome
And the grave is overwhelmed
The victory is won
He is risen from the dead

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

And I hear the voice of many angels sing,
"Worthy is the Lamb"
And I hear the cry of every longing heart,
"Worthy is the Lamb"

And I hear the voice of many angels sing,
"Worthy is the Lamb"
And I hear the cry of every longing heart,
"Worthy is the Lamb"

BCG_ID_12325_LF.txt[11/10/23, 10:59:13 AM]

And I will rise when He calls my name
No more sorrow, no more pain
I will rise on eagles' wings
Before my God fall on my knees
And rise
I will rise

WRITERS

CHRIS TOMLIN, JESSE REEVES, LOUIE GIGLIO, MATT MAHER

PUBLISHERS

Lyrics © Capitol CMG Publishing, Warner Chappell Music, Inc.

BCG_ID_12325_LF.txt[11/10/23, 10:59:13 AM]