# Exhibit 27

# Exhibit 27A



**What are the lyrics to It'S All Coming Back To Me Now by Celine Dion?**

**Claude-instant-100k** Poe

Here are the lyrics to "It's All Coming Back to Me Now" by Celine Dion:

There were nights when the wind was so cold
That my body froze in bed if I just listened to it
Right outside the window

There were days when the sun was so cruel
That all the tears turned to dust and I just knew my eyes were
Drying up forever

I finished crying in the instant that you left
And I can't remember where or when or how
And I banished every memory you and I had ever made

But when you touch me like this
And you hold me like that
I just have to admit that it's all coming back to me
When I touch you like this
And I hold you like that
It's so hard to believe but it's all coming back to me

(It's all coming back, it's all coming back to me now)

There were moments of gold and there were flashes of light
There were things I'd never do again but then they'd always seemed right
There were nights of endless pleasure
It was more than any laws allow

Baby, Baby, if I kiss you like this
And if you whisper like that
It was lost long ago but it's all coming back to me
If you want me like this
And if you need me like that
It was dead long ago but it's all coming back to me

It's so hard to resist and it's all coming back to me
I can barely recall but it's all coming back to me now

But you were history with the slamming of the door
And I made myself so strong again somehow
And I never wasted any of my time on you since then

But if I touch you like this
And if you kiss me like that
It was so long ago but it's all coming back to me
If you touch me like this
And if I kiss you like that
It was gone with the wind but it's all coming back to me

(It's all coming back, it's all coming back to me now)

> Tell me more.

> Can you tell me more about Celine Dion's career and other popular songs she has?

> What is the meaning behind the lyrics of "It's All Coming Back to Me Now"?

> Do you have any recommendations for similar songs or artists in the same genre?

# Exhibit 27B

Lyrics
There were nights when the wind was so cold
That my body froze in bed if I just listened to it
Right outside the window


There were days when the sun was so cruel
That all the tears turned to dust
And I just knew my eyes were drying up forever (forever)


I finished crying in the instant that you left
And I can't remember where or when or how
And I banished every memory you and I had ever made


But when you touch me like this
And you hold me like that
I just have to admit
That it's all coming back to me
When I touch you like this
And I hold you like that
It's so hard to believe but it's all coming back to me
It's all coming back, it's all coming back to me now


There were moments of gold and there were flashes of light
There were things I'd never do again
But then they'd always seemed right
There were nights of endless pleasure
It was more than any laws allow
Baby, baby


If I kiss you like this
And if you whisper like that
It was lost long ago but it's all coming back to me
If you want me like this
And if you need me like that
It was dead long ago but it's all coming back to me
It's so hard to resist and it's all coming back to me
I can barely recall
But it's all coming back to me now
But it's all coming back


There were those empty threats and hollow lies
And whenever you try to hurt me
I just hurt you even worse and so much deeper


There were hours that just went on for days
When alone at last we'd count up all the chances

That were lost to us forever (forever)


But you were history with the slamming of the door
And I made myself so strong again somehow
And I never wasted any of my time on you since then


But if I touch you like this
And if you kiss me like that
It was so long ago but it's all coming back to me
If you touch me like this
And if I kiss you like that
It was gone with the wind
But it's all coming back to me
It's all coming back, it's all coming back to me now


There were moments of gold
And there were flashes of light
There were things we'd never do again
But then they'd always seemed right
There were nights of endless pleasure
It was more than all your laws allow
Baby, baby, baby


When you touch me like this
And when you hold me like that
It was gone with the wind but it's all coming back to me
When you see me like this
And when I see you like that
Then we see what we want to see all coming back to me
The flesh and the fantasies all coming back to me
I can barely recall but it's all coming back to me now


If you forgive me all this
If I forgive you all that
We forgive and forget and it's all coming back to me
When you see me like this
And when I see you like that
We see just what we want to see all coming back to me
The flesh and the fantasies all coming back to me
I can barely recall but it's all coming back to me now


(It's all coming back to me now)
And when you kiss me like this
(It's all coming back to me now)
And when I touch you like that
(It's all coming back to me now)
And if you do it like this
(It's all coming back to me now)

BCG_ID_10140_LF.txt[11/10/23, 10:57:40 AM]

And if we

WRITERS

Jim Steinman

PUBLISHERS

Lyrics © Universal Music Publishing Group