# Exhibit 28

# Exhibit 28A



# Exhibit 28B

Lyrics
I remember black skies
The lightning all around me
I remember each flash
As time began to blur
Like a startling sign
That fate had finally found me
And your voice was all I heard
That I get what I deserve


So give me reason
To prove me wrong
To wash this memory clean
Let the floods cross
The distance in your eyes
Give me reason
To fill this hole
Connect this space between
Let it be enough to reach the truth that lies
Across this new divide


There was nothing inside
The memories left abandoned
There was nowhere to hide
The ashes fell like snow
And the ground caved in
Between where we were standing
And your voice was all I heard
That I get what I deserve


So give me reason
To prove me wrong
To wash this memory clean
Let the floods cross
The distance in your eyes
Across this new divide


In every loss in every lie
In every truth that you deny
And each regret and each goodbye
Was a mistake too great to hide
And your voice was all I heard
That I get what I deserve


So give me reason
To prove me wrong
To wash this memory clean
Let the floods cross

The distance in your eyes
Give me reason
To fill this hole
Connect this space between
Let it be enough to reach the truth that lies
Across this new divide
Across this new divide
Across this new divide

WRITERS

Brad Delson, Chester Charles Bennington, Dave Farrell, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group