# Exhibit 30

# Exhibit 30A

**Lyrics Requested**
Claude-instant-100k

Share

What are the lyrics to Radioactive by Imagine Dragons?

Claude-instant-100k  Poe

Here are the lyrics to "Radioactive" by Imagine Dragons:

Whoa, oh, oh
Whoa, oh, oh
Whoa, oh, oh
Whoa

I'm waking up to ash and dust
I wipe my brow and I sweat my rust
I'm breathing in the chemicals

I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

I raise my flags, don my clothes
It's a revolution, I suppose
We'll paint it red to fit right in
Woah

I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

All systems go, the sun hasn't died
Deep in my bones, straight from inside

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

That's the full lyrics to "Radioactive" by Imagine Dragons. Let me know if you need anything else!

Share

Tell me more.  →

What other popular songs has Imagine Dragons released?  →

Can you recommend any other songs similar to "Radioactive"?  →

Do you have the lyrics to any other songs by Imagine Dragons?  →

## Bot details

**Claude-instant-100k**
Operated by @poe
23K followers

+ New chat

Anthropic's fastest model, with an increased context window of 100k tokens (around 75,000 words). Enables analysis of ver View more

This bot is powered by Anthropic.
Learn more

See all chats with this bot

Talk to Claude-instant-100k

# Exhibit 30B

Lyrics
Whoa, oh, oh
Whoa, oh, oh
Whoa, oh, oh
Whoa


I'm waking up to ash and dust
I wipe my brow and I sweat my rust
I'm breathing in the chemicals


I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
Whoa


I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive


I raise my flags, don my clothes
It's a revolution, I suppose
We'll paint it red to fit right in
Whoa


I'm breaking in, shaping up, then checking out on the prison bus
This is it, the apocalypse
Whoa


I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive


All systems go, the sun hasn't died
Deep in my bones, straight from inside


I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive

WRITERS

Joshua Francis Mosser, Alexander Junior Grant, Benjamin Arthur Mckee, Daniel Coulter Reynolds, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Bluewater Music Corp.

BCG_ID_11224_LF.txt[11/10/23, 10:58:19 AM]