# Exhibit 31

# Exhibit 31A



# Exhibit 31B

Lyrics
If you're going to San Francisco
Be sure to wear some flowers in your hair
If you're going to San Francisco
You're gonna meet some gentle people there

For those who come to San Francisco
Summertime will be a love-in there
In the streets of San Francisco
Gentle people with flowers in their hair

All across the nation
Such a strange vibration
People in motion
There's a whole generation
With a new explanation
People in motion
People in motion

For those who come to San Francisco
Be sure to wear some flowers in your hair
If you come to San Francisco
Summertime will be a love-in there

If you come to San Francisco
Summertime will be a love-in there

WRITERS

John Edmund Andrew Phillips

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10558_LF.txt[11/10/23, 10:57:51 AM]