# Exhibit 32

# Exhibit 32A



# Exhibit 32B

Lyrics
Say something, I'm giving up on you
I'll be the one, if you want me to
Anywhere, I would've followed you
Say something, I'm giving up on you


And I am feeling so small
It was over my head
I know nothing at all


And I will stumble and fall
I'm still learning to love
Just starting to crawl


Say something, I'm giving up on you
I'm sorry that I couldn't get to you
Anywhere, I would've followed you
Say something, I'm giving up on you


And I will swallow my pride
You're the one that I love
And I'm saying goodbye


Say something, I'm giving up on you
And I'm sorry that I couldn't get to you
And anywhere, I would have followed you, oh-oh
Say something, I'm giving up on you


Say something, I'm giving up on you
Say something

WRITERS

Chad Vaccarino, Ian Axel, Mike Campbell

PUBLISHERS

Lyrics © CONSALAD CO., Ltd., Universal Music Publishing Group, RESERVOIR MEDIA MANAGEMENT INC

BCG_ID_11223_LF.txt[11/10/23, 10:58:19 AM]