# Exhibit 33

# Exhibit 33A



**User:** What are the lyrics to Simple Man by Lynyrd Skynyrd?

**Claude-instant-100k** (Poe)

Here are the lyrics to "Simple Man" by Lynyrd Skynyrd:

Mamma told me when I was young
"Come sit beside me, my only son
And listen closely to what I say
And if you do this it'll help you some sunny day"

"Oh take your time, don't live too fast
Troubles will come and they will pass
You'll find a woman and you'll find love
And don't forget son, there is someone up above"

"And be a simple kind of man
Oh be something you love and understand
Baby be a simple kind of man
Oh won't you do this for me son, if you can"

"Forget your lust for the rich man's gold
All that you need is in your soul, and you can do this, oh baby if you try
All that I want for you my son is to be satisfied"

"And be a simple kind of man
Oh be something you love and understand
Baby be a simple kind of man
Oh won't you do this for me son if you can, yeah"

"Boy, don't you worry you'll find yourself
Follow your heart and nothing else
And you can do this, oh baby if you try
All that I want for you my son is to be satisfied"

Suggested follow-ups:
- Tell me more.
- Can you tell me more about Lynyrd Skynyrd's other popular songs?
- What is the meaning behind the lyrics of "Simple Man"?
- Do you have any recommendations for similar songs to "Simple Man"?

# Exhibit 33B

Lyrics
Mama told me when I was young
"Come sit beside me, my only son
And listen closely to what I say
And if you do this it'll help you some sunny day, ah yeah"


"Oh, take your time, don't live too fast
Troubles will come and they will pass
You'll find a woman, yeah, and you'll find love
And don't forget, son, there is someone up above"


"And be a simple kind of man
Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"


"Forget your lust for the rich man's gold
All that you need is in your soul
And you can do this, oh baby, if you try
All that I want for you my son, is to be satisfied"


"And be a simple kind of man
Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"


Oh yes, I will


"Boy, don't you worry, you'll find yourself
Follow your heart and nothing else
And you can do this, oh baby, if you try
All that I want for you my son, is to be satisfied"


"And be a simple kind of man
Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"


Baby, be a simple, be a simple man
Oh, be something you love and understand
Baby, be a simple kind of man

WRITERS

Ronnie Van Zant, Gary Robert Rossington

Case 3:23-cv-01092     Document 96-33     Filed 02/14/24     Page 5 of 6 PageID #: 4119
BCG_ID_10878_LF.txt[11/10/23, 10:58:03 AM]

PUBLISHERS

Lyrics © Universal Music Publishing Group