# Exhibit 34

# Exhibit 34A



# Exhibit 34B

Lyrics
They asked me how I knew
My true love was true
I of course replied
Something here inside cannot be denied
They said "someday you'll find all who love are blind"
When your heart's on fire,
You must realize, smoke gets in your eyes


So I chaffed them and I gaily laughed
To think they could doubt my love
Yet today my love has flown away,
I am without my love (without my love)


Now laughing friends deride
Tears I cannot hide
So I smile and say
When a lovely flame dies, smoke gets in your eyes


(Smoke gets in your eyes, smoke gets in your eyes)


Smoke gets in your eyes

WRITERS

Otto Harbach, Jerome Kern

PUBLISHERS

Lyrics © Kanjian Music, Universal Music Publishing Group