# Exhibit 36

# Exhibit 36A



# Exhibit 36B

Lyrics
Ten years ago, on a cold dark night
There was someone killed 'neath the town hall light
There were few at the scene, but they all agreed
That the slayer who ran looked a lot like me

The judge said, "Son what is your alibi?
If you were somewhere else then you won't have to die"
I spoke not a word though it meant my life
For I had been in the arms of my best friend's wife

She walks these hills in a long black veil
She visits my grave when the night winds wail
Nobody knows, nobody sees
Nobody knows but me

The scaffold is high, and eternity nears
She stood in the crowd and shed not a tear
But sometimes at night when the cold wind mourns
In a long black veil she cries over my bones

She walks these hills in a long black veil
She visits my grave when the night winds wail
Nobody knows, nobody sees
Nobody knows but me, nobody knows but me, nobody knows but me

WRITERS

Danny Dill, Marijohn Wilkin

PUBLISHERS

Lyrics © Universal Music Publishing Group, O/B/O DistroKid

BCG_ID_10448_LF.txt[11/10/23, 10:57:47 AM]