# Exhibit 37

# Exhibit 37A



**What are the lyrics to The Scientist by Coldplay?**

Claude-instant-100k · Poe

Here are the lyrics to "The Scientist" by Coldplay:

Come up to meet you, tell you I'm sorry
You don't know how lovely you are
I had to find you, tell you I need you
Tell you I set you apart

Tell me your secrets, and ask me your questions
Oh let's go back to the start
Running in circles, coming up tails
Heads on a science apart

Nobody said it was easy
It's such a shame for us to part
Nobody said it was easy
No one ever said it would be this hard
Oh take me back to the start

I was just guessing at numbers and figures
Pulling the puzzles apart
Questions of science, science and progress
Do not speak as loud as my heart

Tell me you love me, come back and haunt me
Oh and I rush to the start
Running in circles, chasing tails
Coming back as we are

Nobody said it was easy
Oh it's such a shame for us to part
Nobody said it was easy
No one ever said it would be so hard
I'm going back to the start

Share

Tell me more. →

What is the meaning behind the lyrics of "The Scientist"? →

Can you tell me more about Coldplay's discography? →

Do you have any recommendations for similar songs to "The Scientist"? →

**Bot details**

Claude-instant-100k
Operated by @poe

23K followers

+ New chat

Anthropic's fastest model, with an increased context window of 100k tokens (around 75,000 words). Enables analysis of ver... View more

This bot is powered by Anthropic. Learn more

See all chats with this bot

Talk to Claude-instant-100k

# Exhibit 37B

Lyrics
Come up to meet you
Tell you I'm sorry
You don't know how lovely you are
I had to find you
Tell you I need you
Tell you I set you apart

Tell me your secrets
And ask me your questions
Oh, let's go back to the start
Running in circles, coming up tails
Heads on a science apart

Nobody said it was easy
It's such a shame for us to part
Nobody said it was easy
No one ever said it would be this hard
Oh, take me back to the start

I was just guessing at numbers and figures
Pulling your puzzles apart
Questions of science, science and progress
Do not speak as loud as my heart

Tell me you love me
Come back and haunt me
Oh, and I rush to the start
Running in circles, chasing our tails
Coming back as we are

Nobody said it was easy
Oh, it's such a shame for us to part
Nobody said it was easy
No one ever said it would be so hard
I'm going back to the start

(Oh, ooh)
(Ah, ooh)
(Oh, ooh)
(Oh, ooh)

WRITERS

Christopher Anthony John Martin, Guy Rupert Berryman, Jonathan Mark Buckland, William Champion

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10381_LF.txt[11/10/23, 10:57:45 AM]