# Exhibit 39

# Exhibit 39A



# Exhibit 39B

Lyrics
When the rain is blowing in your face
And the whole world is on your case
I could offer you a warm embrace
To make you feel my love

When the evening shadows and the stars appear
And there is no one there to dry your tears
I could hold you for a million years
To make you feel my love

I know you haven't made your mind up yet
But I will never do you wrong
I've known it from the moment that we met
No doubt in my mind where you belong

I'd go hungry, I'd go black and blue
I'd go crawling down the avenue
No, there's nothing that I wouldn't do
To make you feel my love

The storms are raging on the rolling sea
And on the highway of regret
The winds of change are blowing wild and free
You ain't seen nothing like me yet

I could make you happy, make your dreams come true
Nothing that I wouldn't do
Go to the ends of the Earth for you
To make you feel my love
To make you feel my love

WRITERS

Bob Dylan

PUBLISHERS

Lyrics © Universal Music Publishing Group, Unison Rights S.L.