# Exhibit 40

# Exhibit 40A



# Exhibit 40B

Lyrics
The stars lean down to kiss you
And I lie awake and miss you
Pour me a heavy dose of atmosphere
'Cause I'll doze off safe and soundly
But I'll miss your arms around me
I'd send a postcard to you, dear
'Cause I wish you were here

I'll watch the night turn light blue
But it's not the same without you
Because it takes two to whisper quietly
The silence isn't so bad
'Til I look at my hands and feel sad
'Cause the spaces between my fingers
Are right where yours fit perfectly

I'll find repose in new ways
Though I haven't slept in two days
'Cause cold nostalgia chills me to the bone
But drenched in vanilla twilight
I'll sit on the front porch all night
Waist deep in thought because when
I think of you I don't feel so alone

I don't feel so alone
I don't feel so alone

As many times as I blink
I'll think of you tonight

I'll think of you tonight

When violet eyes get brighter
And heavy wings grow lighter
I'll taste the sky and feel alive again
And I'll forget the world that I knew
But I swear I won't forget you
Oh if my voice could reach back through the past
I'd whisper in your ear,
"Oh darling I wish you were here"
WRITERS
ADAM R. YOUNG
PUBLISHERS
Lyrics © Universal Music Publishing Group, Songtrust Ave

BCG_ID_10643_LF.txt[11/10/23, 10:57:54 AM]