# Exhibit 42

# Exhibit 42A



# Exhibit 42B

Lyrics
We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore

We've got the right to choose it
There ain't no way we'll lose it
This is our life, this is our song

We'll fight the powers that be, just
Don't pick our destiny 'cause
You don't know us, you don't belong

We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore

Oh, you're so condescending
Your gall is never ending
We don't want nothin', not a thing from you

Your life is trite and jaded
Boring and confiscated
If that's your best, your best won't do

Whoa
Whoa

We're right (yeah)
We're free (yeah)
We'll fight (yeah)
You'll see (yeah)

Whoa, whoa, we're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore

We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore

No way

BCG_ID_10201_LF.txt[11/10/23, 10:57:42 AM]

Whoa
Whoa

We're right (yeah)
We're free (yeah)
We'll fight (yeah)
You'll see (yeah)

We're not gonna take it
No, we ain't gonna take it
We're not gonna take it anymore

We're not gonna take it (no)
No, we ain't gonna take it
We're not gonna take it anymore

Just you try and make us

We're not gonna take it (come on)
No, we ain't gonna take it
(You're all worthless and weak)
We're not gonna take it anymore
(Now drop and give me twenty)

We're not gonna take it
(A pledge pin)
No, we ain't gonna take it
(On your uniform)
We're not gonna take it anymore

WRITERS

Daniel Dee Snider

PUBLISHERS

Lyrics © Universal Music Publishing Group