# Exhibit 43

# Exhibit 43A



# Exhibit 43B

Lyrics
I'm dreaming of a white Christmas
Just like the ones I used to know
Where the treetops glisten and children listen
To hear sleigh bells in the snow

I'm dreaming of a white Christmas
With every Christmas card I write
"May your days be merry and bright
And may all your Christmases be white

I'm dreaming of a white Christmas
Just like the ones I used to know
Where the treetops glisten and children listen
To hear sleigh bells in the snow

I'm dreaming of a white Christmas
With every Christmas card I write
May your days be merry and bright
And may all your Christmases be white
WRITERS
Irving Berlin
PUBLISHERS
Lyrics © Universal Music Publishing Group

BCG_ID_10695_LF.txt[11/10/23, 10:57:55 AM]