# Exhibit 44

# Exhibit 44A

Share

What are the lyrics to Wichita Lineman by Glen Campbell?

Claude-instant-100k  Poe

Here are the lyrics to "Wichita Lineman" by Glen Campbell:

I am a lineman for the county
And I drive the main road
Searchin' in the sun for another overload
I hear you singin' in the wire
I can hear you through the whine
And the Wichita lineman
Is still on the line

I know I need a small vacation
But it don't look like rain
And if it snows that stretch down south
Won't ever stand the strain
And I need you more than want you
And I want you for all time
And the Wichita lineman
Is still on the line

And I need you more than want you
And I want you for all time
And the Wichita lineman
Is still on the line

I am a lineman for the county

Share

Tell me more.                                                              →

What other popular songs did Glen Campbell sing?                           →

Can you tell me more about Glen Campbell's career as a musician?           →

Are there any other famous songs that mention the city of Wichita?        →

Bot details

Claude-instant-100k
Operated by @poe
23K followers

+ New chat

Anthropic's fastest model, with an increased context window of 100k tokens (around 75,000 words). Enables analysis of ver View more

This bot is powered by Anthropic.
Learn more

See all chats with this bot

# Exhibit 44B

Lyrics
I am a lineman for the county
And I drive the main road
Searchin' in the sun for another overload
I hear you singin' in the wire
I can hear you through the whine
And the Wichita lineman is still on the line


I know I need a small vacation
But it don't look like rain
And if it snows, that stretch down south won't ever stand the strain
And I need you more than want you
And I want you for all time
And the Wichita lineman is still on the line


And I need you more than want you
And I want you for all time
And the Wichita lineman is still on the line

WRITERS

Jimmy Webb

PUBLISHERS

Lyrics © Universal Music Publishing Group