# Exhibit 46

# Exhibit 46A

What are the lyrics to Song Sung Blue by Neil Diamond?

Claude-instant-100k  Poe

Here are the lyrics to Song Sung Blue by Neil Diamond:

They were singing bye bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

Did you write the Book of Love, and do you have faith in God above,
If the Bible tells you so? Do you believe in rock 'n roll, can music save your mortal soul,
And can you teach me how to dance real slow? Well, I know that you're in love with him
`cause I saw you dancin' in the gym.
You both kicked off your shoes. Man, I dig those rhythm and blues.

I was a lonely teenage broncin' buck
With a pink carnation and a pickup truck
But I knew I was out of luck
The day the music died I started singing bye-bye Miss American Pie Drove my Chevy to the
levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news,
But she just smiled and turned away.
I went down to the sacred store
Where I'd heard the music years before,
But the man there said the music wouldn't play.
And in the streets the children screamed,
The lovers cried, and the poets dreamed
But not a word was spoken; the church bells all were broken.
And the three men I admire most:
The Father, Son, and the Holy Ghost,
They caught the last train for the coast
The day the music died

🔗 Share

Tell me more.  →

What is the meaning behind the lyrics of "Song Sung Blue"?  →

Can you tell me more about Neil Diamond's career and other popular songs he has?  →

Do you know if "Song Sung Blue" was a commercial success when it was released?  →

Claude-instant-100k
Operated by @poe

23K followers

+ New chat

Anthropic's fastest model, with an
increased context window of 100k
tokens (around 75,000 words).
Enables analysis of ver View more

This bot is powered by Anthropic.
Learn more

See all chats with this bot

Talk to Claude-instant-100k

# Exhibit 46B

Lyrics
A long long time ago
I can still remember how
That music used to make me smile
And I knew if I had my chance
That I could make those people dance
And maybe they'd be happy for a while

But February made me shiver
With every paper I'd deliver
Bad news on the doorstep
I couldn't take one more step

I can't remember if I cried
When I read about his widowed bride
Something touched me deep inside
The day the music died
So

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
And them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

Did you write the book of love
And do you have faith in God above
If the Bible tells you so?
Now, do you believe in rock and roll?
Can music save your mortal soul?
And can you teach me how to dance real slow?

Well, I know that you're in love with him
'Cause I saw you dancin' in the gym
You both kicked off your shoes
Man, I dig those rhythm and blues

I was a lonely teenage broncin' buck
With a pink carnation and a pickup truck
But I knew I was out of luck
The day the music died
I started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye

BCG_ID_10414_LF.txt[11/10/23, 10:57:46 AM]

And singin' this'll be the day that I die
This'll be the day that I die

Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be

When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me

Oh, and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned

And while Lennon read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died
We were singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die

Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast

It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast

Now the half-time air was sweet perfume
While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance

'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died?

BCG_ID_10414_LF.txt[11/10/23, 10:57:46 AM]

We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again

So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell

And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away

I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

And in the streets the children screamed
The lovers cried, and the poets dreamed
But not a word was spoken
The church bells all were broken

BCG_ID_10414_LF.txt[11/10/23, 10:57:46 AM]

And the three men I admire most
The Father, Son, and the Holy Ghost
They caught the last train for the coast
The day the music died
And they were singing

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
And them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

They were singing
Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die

WRITERS

Don McLean

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_10414_LF.txt[11/10/23, 10:57:46 AM]