# Exhibit 47

# Exhibit 47A



# Exhibit 47B

Lyrics
When the days are cold
And the cards all fold
And the saints we see
Are all made of gold

When your dreams all fail
And the ones we hail
Are the worst of all
And the blood's run stale

I wanna hide the truth
I wanna shelter you
But with the beast inside
There's nowhere we can hide

No matter what we breed
We still are made of greed
This is my kingdom come
This is my kingdom come

When you feel my heat
Look into my eyes
It's where my demons hide
It's where my demons hide
Don't get too close
It's dark inside
It's where my demons hide
It's where my demons hide

At the curtain's call
It's the last of all
When the lights fade out
All the sinners crawl

So they dug your grave
And the masquerade
Will come calling out
At the mess you've made

Don't wanna let you down
But I am hellbound
Though this is all for you
Don't wanna hide the truth

BCG_ID_11227_LF.txt[11/10/23, 10:58:20 AM]

No matter what we breed
We still are made of greed
This is my kingdom come
This is my kingdom come


When you feel my heat
Look into my eyes
It's where my demons hide
It's where my demons hide
Don't get too close
It's dark inside
It's where my demons hide
It's where my demons hide


They say it's what you make
I say it's up to fate
It's woven in my soul
I need to let you go


Your eyes, they shine so bright
I wanna save that light
I can't escape this now
Unless you show me how


When you feel my heat
Look into my eyes
It's where my demons hide
It's where my demons hide
Don't get too close
It's dark inside
It's where my demons hide
It's where my demons hide

WRITERS

Joshua Francis Mosser, Alex Grant, Benjamin Arthur McKee, Daniel Coulter Reynold, Daniel Wayne Sermon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Bluewater Music Corp.