# Exhibit 48

# Exhibit 48A



**What are the lyrics to You Ain'T Goin' Nowhere by The Byrds?**

Claude-instant-100k  Poe

Here are the lyrics to "You Ain't Goin' Nowhere" by The Byrds:

So you're back from outer space
I just walked in to find you here with that sad look upon your face
I should have changed that stupid lock, I should have made you leave your key
If I'd known for just one second you'd be back to bother me

Go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to hurt me with goodbye?
Do you think I'd crumble? Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live, I've got all my love to give and I'll survive
I will survive, hey, hey

It took all the strength I had not to fall apart
Kept tryin' hard to mend the pieces of my broken heart
And I spent oh, so many nights just feeling sorry for myself
I used to cry, but now I hold my head up high

Go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble? Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh as long as I know how to love I know I'll stay alive
I've got all my life to live I've got all my love to give and I'll survive
I will survive

Hey hey
Go on now go walk out the door
Just turn around now cause you're not welcome anymore, no no
Welcome anymore

🔗 Share

Tell me more.  →

Can you tell me more about The Byrds and their other popular songs?  →

What genre of music is "You Ain't Goin' Nowhere" by The Byrds?  →

Do you have any recommendations for similar songs or artists?  →

**Bot details**

Claude-instant-100k
Operated by 🅿 @poe

23K followers

+ New chat

Anthropic's fastest model, with an increased context window of 100k tokens (around 75,000 words). Enables analysis of ver... View more

This bot is powered by Anthropic. Learn more

See all chats with this bot

Talk to Claude-instant-100k

# Exhibit 48B

Lyrics
At first I was afraid, I was petrified
Kept thinking I could never live without you by my side
But then I spent so many nights thinking how you did me wrong
And I grew strong
And I learned how to get along

And so you're back
From outer space
I just walked in to find you here
With that sad look upon your face
I should have changed that stupid lock
I should have made you leave your key
If I'd known for just one second
You'd be back to bother me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to hurt me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive, hey, hey

Only the Lord could give me strength not to fall apart
Though I tried hard to mend the pieces of my broken heart
And I spent oh-so many nights just feeling sorry for myself
I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now

BCG_ID_11222_LF.txt[11/10/23, 10:58:19 AM]

'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?


Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive


Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?


No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive
I will survive


Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?


Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive
I will survive
I will survive


WRITERS

Dino Fekaris, Frederick J. Perren

PUBLISHERS

Lyrics © Universal Music Publishing Group

BCG_ID_11222_LF.txt[11/10/23, 10:58:19 AM]