# Exhibit 49

# Exhibit 49A



# Exhibit 49B

Lyrics
I dreamed I was missing
You were so scared
But no one would listen
'Cause no one else cared
After my dreaming
I woke with this fear
What am I leaving
When I'm done here?
So, if you're asking me, I want you to know

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be missed
And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Don't be afraid
I've taken my beating
I've shared what I've made
I'm strong on the surface
Not all the way through
I've never been perfect
But neither have you
So, if you're asking me, I want you to know

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be missed
And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Forgetting
All the hurt inside you've learned to hide so well
Pretending
Someone else can come and save me from myself
I can't be who you are

When my time comes
Forget the wrong that I've done
Help me leave behind some reasons to be missed
And don't resent me

And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest


Forgetting
All the hurt inside you've learned to hide so well
Pretending
Someone else can come and save me from myself
I can't be who you are
I can't be who you are

WRITERS

Rob Bourdon, Brad Delson, Mike Shinoda, Dave Farrell, Joe Hahn, Chester Bennington

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.

BCG_ID_10331_LF.txt[11/10/23, 10:57:44 AM]