# Exhibit 50

# Exhibit 50A



# Exhibit 50B

Lyrics
I cannot take this anymore
I'm saying everything I've said before
All these words they make no sense
I find bliss in ignorance
Less I hear the less you'll say
But you'll find that out anyway
Just like before


Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to break


I find the answers aren't so clear
Wish I could find a way to disappear
All these thoughts they make no sense
I find bliss in ignorance
Nothing seems to go away
Over and over again
Just like before


Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to break


Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to, break


Shut up when I'm talking to you
Shut up, shut up, shut up
Shut up when I'm talking to you
Shut up, shut up, shut up
Shut up, I'm about to break


Everything you say to me
Takes me one step closer to the edge
And I'm about to break

I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to break

Everything you say to me
Takes me one step closer to the edge
And I'm about to break
I need a little room to breathe
'Cause I'm one step closer to the edge
And I'm about to, break

WRITERS

Brad Delson, Chester Charles Bennington, Joseph Hahn, Mike Shinoda, Robert G. Bourdon

PUBLISHERS

Lyrics © Universal Music Publishing Group, Warner Chappell Music, Inc.