# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

## PLAINTIFFS' MOTION REQUESTING ORAL ARGUMENT

Pursuant to Local Rule 78.01 of the United States District Court for the Middle District of Tennessee, Plaintiffs respectfully request oral argument on their Motion for Preliminary Injunction (Dkt. No. 40). Plaintiffs seek limited but important injunctive relief against Defendant, Anthropic PBC, to stop the admittedly unauthorized use of Plaintiffs' copyrighted musical compositions and otherwise to maintain the status quo. Plaintiffs submit that oral argument will aid the Court's consideration of this important Motion.

This case involves application of well-established copyright law to Anthropic's artificial intelligence ("AI") models, including, in particular, Anthropic's copying of Plaintiffs' protected lyrics to train its AI models, its verbatim and near-verbatim copying of those lyrics in the output of its models, and its creation of derivative works based on Plaintiffs' copyrights through those models that Plaintiffs would not authorize.

Plaintiffs respectfully submit that oral argument will not only facilitate the Court's understanding of the issues in this case, but also enable counsel for the parties to respond to questions the Court may have regarding the issues raised in the briefing and supporting factual

declarations. Plaintiffs do not believe an evidentiary hearing is necessary, and Plaintiffs are prepared to rely upon the declarations of their fact witness (which are essentially conceded) and experts. Oral argument by counsel, however, will assist the Court in sorting through the competent expert opinions and offer assistance in analyzing the law.

Further, oral argument will assist the Court in framing the scope of appropriate preliminary injunctive relief to stop further infringement and to prevent further irreparable harm.

| | |
|---|---|
| Dated: February 14, 2024 | Respectfully submitted, |
| | /s/ *Steven A. Riley* |
| Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: 212-790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com | Steven A. Riley (No. 6258)<br>Tim Harvey (No. 21509)<br>Grace Peck (No. 38558)<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3700<br>sriley@rjfirm.com<br>tharvey@rjfirm.com<br>gpeck@rjfirm.com |
| Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following:

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

Kevin C. Klein
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, TN 37208
kevin.klein@kleinpllc.com

Eric P. Tuttle
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com

Nicole Saad Bembridge
NETCHOICE, LLC
1401 K St. NW, Suite 502
Washington, DC 20005
nsaadbembridge@netchoice.org

/s/ *Steven A. Riley*
Steven A. Riley