IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CONCORD MUSIC GROUP, INC., ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ANTHROPIC PBC,**<br><br>Defendant. | Case No. 3:23-cv-01092<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jacob T. Clabo, of the law firm Shackelford, Bowen, McKinley, & Norton, LLP, hereby enters an appearance as counsel on behalf of *Amicus Curiae* Recording Industry Association of America, National Music Publishers' Association, the Association of American Publishers, Inc., News/Media Alliance, and Songwriters of North America, in the above styled case.

Dated: February 14, 2024

                                                                      Respectfully submitted,

                                                                       */s/ Jacob T. Clabo*
                                                                       Lauren Kilgore (BPR No. 30219)
                                                                       Jacob T. Clabo (BPR No. 36760)
                                                                       SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
                                                                       1 Music Circle South, Suite 300
                                                                       Nashville, TN 37203
                                                                       Telephone: (615) 256-7200
                                                                       Facsimile: (615) 329-4485
                                                                       lkilgore@shackelford.law
                                                                       jclabo@shackelford.law

Frank P. Scibilia (*pro hac vice* admission pending)
Maya Katalan (*pro hac vice* admission pending)
PRYOR CASHMAN LLP
7 Times Square, 40th Fl.
New York, NY 10036
(212) 421-4100
fscibilia@pryorcashman.com
mkatalan@pryorcashman.com

***Attorneys for Amicus Curiae Recording Industry Association of America, National Music Publishers' Association, the Association of American Publishers, Inc., News/Media Alliance, and Songwriters of North America***

*[Remainder Left Intentionally Blank]*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid, on February 14, 2024, to:

| | |
|---|---|
| Andrew Guerra, Esq.<br>Jennifer Pariser Esq.<br>Timothy Seungmin Chung, Esq.<br>OPPENHEIM & ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>andrew@oandzlaw.com<br>jpariser@oandzlaw.com<br>tchung@oandzlaw.com | Audrey Adu-Appiah, Esq.<br>OPPENHEIM & ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>aadu-appiah@oandzlaw.com |
| Matthew J. Oppenheim, Esq.<br>Nicholas C. Hailey<br>OPPENHEIM & ZEBRAK, LLP<br>4530 Wisconsin Ave. N.W., 5th Floor<br>Washington, DC 20016<br>matt@oandzlaw.com<br>nick@oandzlaw.com | |
| Steven Allen Riley, Esq.<br>Grace Peck, Esq.<br>Timothy G. Harvey, Esq.<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>gpeck@rjfirm.com<br>tharvey@rjfirm.com | Richard Dannay, Esq.<br>Richard S. Mandel, Esq.<br>Jonathan Z. King, Esq.<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street, Suite 2100<br>New York, NY 10036<br>rxd@cll.com<br>rsm@cll.com<br>jzk@cll.com |
| ***Attorneys for Plaintiffs*** | |
| | |

| Allison Levine Stillman (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020-1345<br>(212) 906-1200<br>alli.stillman@lw.com | Joseph R. Wetzel, Esq.<br>Andrew M. Gass (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>joe.wetzel@lw.com<br>andrew.gass@lw.com |
|---|---|
| Sarang V. Damle, Esq.<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>sy.damle@lw.com | Aubrey B. Harwell III, Esq.<br>Nathan C. Sanders, Esq.<br>Olivia R. Arboneaux, Esq.<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>tharwell@nealharwell.com<br>nsanders@nealharwell.com<br>oarboneaux@nealharwell.com |
| ***Attorneys for Defendant*** ||
| Kevin C. Klein, Esq.<br>KLEIN SOLOMON MILLS, PLLC<br>1322 4th Avenue North<br>Nashville, TN 37208<br>kevin.klein@kleinpllc.com | Nicole Saad Bembridge, Esq.<br>NETCHOICE, LLC<br>1401 K St. NW, Suite 502<br>Washington, DC 20005<br>nsaadbembridge@netchoice.org |
| Eric P. Tuttle, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104<br>eric.tuttle@wsgr.com | |
| ***Attorneys for Amicus, NetChoice, LLC and Chamber of Progress, VA*** ||

                                                    */s/ Jacob Clabo*
                                                    Jacob Clabo