IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY FRANK P. SCIBILIA

Lauren Kilgore, of the law firm Shackelford Bowen McKinley & Norton, LLP, pursuant to Local Rule 83.01(b), hereby moves this Court for an Order granting Frank P. Scibilia of the law firm Pryor Cashman LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of *amici curiae* Recording Industry Association of America ("RIAA"), National Music Publishers' Association ("NMPA"), the Association of American Publishers, Inc. ("AAP"), News/Media Alliance, Songwriters of North America ("SONA"), Black Music Action Coalition ("BMAC"), the Music Artists Coalition ("MAC"), Artist Rights Alliance ("ARA"), and American Association of Independent Music ("A2IM") in the above-captioned case. In support of this Motion, the undersigned states:

1. No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against Frank P. Scibilia.

2. Pursuant to Local Rule 83.01(b)(1)-(2), the declaration and certificate of good standing of Frank P. Scibilia are filed contemporaneously herewith.

3. Electronic payment has been submitted contemporaneously with this filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Frank P. Scibilia leave to appear *pro hac vice* for purposes of this action.

Dated: February 14, 2024

Respectfully Submitted,

**SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP**

*/s/ Lauren Kilgore*
Lauren Kilgore (TN Bar No. 30219)
Jacob T. Clabo (TN Bar No. 36760)
1 Music Circle South, Suite 300
Nashville, TN 37203
P: (615) 329-4440
F: (615) 329-4485
lkilgore@shackelford.law
jclabo@shackelford.law

**PRYOR CASHMAN LLP**

Frank P. Scibilia (*pro hac vice* pending)
Maya B. Katalan (*pro hac vice* pending)
7 Times Square, 40th Fl.
New York, NY 10036
(212) 421-4100
fscibilia@pryorcashman.com
mkatalan@pryorcashman.com

*Attorneys for Amici Curiae*