# Exhibit 2
## Certificate of Good Standing
## Frank Scibilia

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____FRANK PHILIP SCIBILIA_____, Bar # _____FS3984_____

was duly admitted to practice in the Court on

_____January 14, 1997_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.          On     _____February 9, 2024_____
          New York, New York

                                       By

_____Ruby J. Krajick_____              _____s/B.Cong_____
       Clerk of Court                              Deputy Clerk