# Exhibit 1
## Declaration of Maya Katalan

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

## DECLARATION OF MAYA KATALAN

Pursuant to Rule 83.01(b)(2) of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Maya Katalan, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an Associate of the law firm Pryor Cashman LLP, 7 Times Square, New York, NY 10036.

2. I submit this Declaration in support of the Motion to be admitted to appear before this Court *pro hac vice* on behalf of *amici curiae* Recording Industry Association of America ("RIAA"), National Music Publishers' Association ("NMPA"), the Association of American Publishers, Inc. ("AAP"), News/Media Alliance, Songwriters of North America ("SONA"), Black Music Action Coalition ("BMAC"), the Music Artists Coalition ("MAC"), Artist Rights Alliance ("ARA"), and American Association of Independent Music ("A2IM") in the above-captioned case.

3. I am admitted to practice in the Courts of the State of New York and the United States District Courts for the Southern District of New York. A copy of my Certificate of Good Standing from the Southern District of New York is attached hereto.

4. No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against me.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**WHEREFORE**, I respectfully request that this Court grant this application and admit me to practice before this Court, *pro hac vice*.

Maya B. Katalan