# Exhibit 2
## Certificate of Good Standing
## Maya Katalan

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____MAYA   KATALAN_____, Bar # _____5931845_____

was duly admitted to practice in the Court on

_____June 13, 2023_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.              On    _____February 9, 2024_____
            New York, New York

_____Ruby J. Krajick_____    By    _____s/B.Cong_____
        Clerk of Court                          Deputy Clerk