IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:23-cv-01092 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |

### PLAINTIFFS' UNOPPOSED AMENDED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, Section 5.07 of Administrative Order 167-1, Local Rules 5.03 and 7.01, and the Stipulated Protective Order (the "Protective Order") entered in this case, ECF No. 62, Plaintiffs Concord Music Group, Inc., Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, and ABKCO Music, Inc. (collectively, "Publishers") respectfully move for leave to seal the following documents:

- Plaintiffs' Reply in Support of Motion for Preliminary Injunction, ECF Nos. 91, 92;
- Declaration of Ben Y. Zhao, ECF No. 94; and
- Declaration of Michael D. Smith, and certain attached exhibits, ECF Nos. 91-1, 91-2, 95, 95-1.

Pursuant to Rule 7.01(a)(1), the undersigned counsel certify that they contacted Defendant Anthropic PBC's ("Anthropic") counsel via email on February 12, 2024 and were advised that Anthropic joins Publishers' request to seal certain information, as set forth in the accompanying Memorandum.

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully submitted, |
| | /s/ Timothy Chung |
| Steven A. Riley (No. 6258) | Timothy Chung |
| Tim Harvey (No. 21509) | Jennifer Pariser |
| Grace Peck (No. 38558) | Andrew Guerra |
| RILEY & JACOBSON, PLC | (admitted *pro hac vice*) |
| 1906 West End Avenue | OPPENHEIM + ZEBRAK, LLP |
| Nashville, TN 37203 | 461 5th Avenue, 19th Floor |
| Telephone: (615) 320-3700 | New York, NY 10017 |
| sriley@rjfirm.com | Telephone: (212) 951-1156 |
| tharvey@rjfirm.com | tchung@oandzlaw.com |
| gpeck@rjfirm.com | jpariser@oandzlaw.com |
| | andrew@oandzlaw.com |
| Richard S. Mandel | |
| Jonathan Z. King | Matthew J. Oppenheim |
| Richard Dannay | Nicholas C. Hailey |
| (admitted *pro hac vice*) | Audrey L. Adu-Appiah |
| COWAN, LIEBOWITZ & LATMAN, P.C. | (admitted *pro hac vice*) |
| 114 West 47th Street | OPPENHEIM + ZEBRAK, LLP |
| New York, NY 10036-1525 | 4530 Wisconsin Avenue, NW, 5th Floor |
| Telephone: 212-790-9200 | Washington, DC 20016 |
| rsm@cll.com | Telephone: (202) 480-2999 |
| jzk@cll.com | matt@oandzlaw.com |
| rxd@cll.com | nick@oandzlaw.com |
| | aadu-appiah@oandzlaw.com |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following:

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Kevin C. Klein
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, TN 37208
kevin.klein@kleinpllc.com

Nicole Saad Bembridge
NETCHOICE, LLC
1401 K St. NW, Suite 502
Washington, DC 20005
nsaadbembridge@netchoice.org

Lauren E. Kilgore
SHACKELFORD BOWEN MCKINLEY NORTON, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
lkilgore@shackelford.law

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

Eric P. Tuttle
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com

Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY NORTON, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
jclabo@shackelford.law

/s/ *Timothy Chung*
Timothy Chung