IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONCORD MUSIC GROUP, INC., ET AL.,

    Plaintiffs,

        v.

ANTHROPIC PBC,

    Defendant.

Case No. 3:23-cv-01092

Chief Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Alistair Newbern

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
AMENDED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Having considered Plaintiffs' Motion for Leave to File Under Seal,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**:

1. Good cause is shown that the identified portions of Plaintiffs' Reply in Support of Motion for Preliminary Injunction, the Declaration of Ben Y. Zhao, the Declaration of Michael D. Smith, and certain exhibits attached thereto should be filed under seal.

2. The Clerk shall therefore file those documents under seal, and they shall remain under seal pending further orders of this Court.

    **IT IS SO ORDERED.**

Dated: _____                  _____

                                                        THE HONORABLE WAVERLY D CRENSHAW
                                                            UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I authorized the electronic filing of a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following:

Aubrey B. Harwell III (No. 017394)
Nathan C. Sanders (No. 33520)
Olivia R. Arboneaux (No. 40225)
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

Allison L. Stillman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
alli.stillman@lw.com

Kevin C. Klein
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, TN 37208
kevin.klein@kleinpllc.com

Nicole Saad Bembridge
NETCHOICE, LLC
1401 K St. NW, Suite 502
Washington, DC 20005
nsaadbembridge@netchoice.org

Lauren E. Kilgore
SHACKELFORD BOWEN MCKINLEY NORTON, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
lkilgore@shackelford.law

Joseph R. Wetzel
Andrew M. Gass
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Sarang V. Damle
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

Eric P. Tuttle
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com

Jacob T. Clabo
SHACKELFORD BOWEN MCKINLEY NORTON, LLP
1 Music Circle South
Suite 300
Nashville, TN 37203
jclabo@shackelford.law

/s/ *Timothy Chung*
Timothy Chung