# CERTIFICATE OF SERVICE

        I hereby certify that on February 14, 2024, I authorized the electronic filing of true and exact copy of the and the <u>Declaration of Michael D. Smith, ECF No. 95,</u> with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to the following:

| | |
|---|---|
| Aubrey B. Harwell III (No. 017394)<br>Nathan C. Sanders (No. 33520)<br>Olivia R. Arboneaux (No. 40225)<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>tharwell@nealharwell.com<br>nsanders@nealharwell.com<br>oarboneaux@nealharwell.com | Joseph R. Wetzel<br>Andrew M. Gass<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>joe.wetzel@lw.com<br>andrew.gass@lw.com |
| Allison L. Stillman<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>alli.stillman@lw.com | Sarang V. Damle<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>sy.damle@lw.com |
| Kevin C. Klein<br>KLEIN SOLOMON MILLS, PLLC<br>1322 4th Avenue North<br>Nashville, TN 37208<br>kevin.klein@kleinpllc.com | Eric P. Tuttle<br>WILSON SONSINI GOODRICH & ROSATI<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104<br>eric.tuttle@wsgr.com |
| Nicole Saad Bembridge<br>NETCHOICE, LLC<br>1401 K St. NW, Suite 502<br>Washington, DC 20005<br>nsaadbembridge@netchoice.org | |

        /s/ *Timothy Chung*
        Timothy Chung