# CERTIFICATE OF SERVICE

I certify that that I authorized the electronic filing of a true and exact copy of the *Motion to Appear Pro Hac Vice Filed on Behalf of Frank P. Scibilia, ECF No. 100*, with the Clerk of the Court using the CM system on February 14, 2024, which sent notice of such filing to the following:

Andrew Guerra, Esq.
Jennifer Pariser Esq.
Timothy Seungmin Chung, Esq.
OPPENHEIM & ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
andrew@oandzlaw.com
jpariser@oandzlaw.com
tchung@oandzlaw.com

Audrey Adu-Appiah, Esq.
OPPENHEIM & ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
aadu-appiah@oandzlaw.com

Matthew J. Oppenheim, Esq.
Nicholas C. Hailey
OPPENHEIM & ZEBRAK, LLP
4530 Wisconsin Ave. N.W., 5th Floor
Washington, DC 20016
matt@oandzlaw.com
nick@oandzlaw.com

Steven Allen Riley, Esq.
Grace Peck, Esq.
Timothy G. Harvey, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
gpeck@rjfirm.com
tharvey@rjfirm.com

Richard Dannay, Esq.
Richard S. Mandel, Esq.
Jonathan Z. King, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street, Suite 2100
New York, NY 10036
rxd@cll.com
rsm@cll.com
jzk@cll.com

*Attorneys for Plaintiffs*

Allison Levine Stillman (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1345
(212) 906-1200
alli.stillman@lw.com

Sarang V. Damle, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
sy.damle@lw.com

Joseph R. Wetzel, Esq.
Andrew M. Gass (*admitted pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
joe.wetzel@lw.com
andrew.gass@lw.com

Aubrey B. Harwell III, Esq.
Nathan C. Sanders, Esq.
Olivia R. Arboneaux, Esq.
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
tharwell@nealharwell.com
nsanders@nealharwell.com
oarboneaux@nealharwell.com

*Attorneys for Defendant*

Kevin C. Klein, Esq.
KLEIN SOLOMON MILLS, PLLC
1322 4th Avenue North
Nashville, TN 37208
kevin.klein@kleinpllc.com

Eric P. Tuttle, Esq.
WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
eric.tuttle@wsgr.com

Nicole Saad Bembridge, Esq.
NETCHOICE, LLC
1401 K St. NW, Suite 502
Washington, DC 20005
nsaadbembridge@netchoice.org

*Attorneys for Amicus, NetChoice, LLC and Chamber of Progress, VA*

/s/ Lauren Kilgore