## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | Case No. 3:23-cv-01092 |
| Plaintiffs, | |
| v. | Chief Judge Waverly D. Crenshaw, Jr. |
| | Magistrate Judge Alistair Newbern |
| ANTHROPIC PBC, | |
| Defendant. | |

### SUPPLEMENTAL DECLARATION OF FRANK P. SCIBILIA

Pursuant to Rule 83.01(b)(2) of the Local Rules of the United States District Court for the Middle District of Tennessee, I, Frank P. Scibilia, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Partner of the law firm Pryor Cashman LLP, 7 Times Square, New York, NY 10036.

2. I submit this Declaration in support of the Motion to be admitted to appear before this Court *pro hac vice* on behalf of *amici curiae* Recording Industry Association of America ("RIAA"), National Music Publishers' Association ("NMPA"), the Association of American Publishers, Inc. ("AAP"), News/Media Alliance, Songwriters of North America ("SONA"), Black Music Action Coalition ("BMAC"), the Music Artists Coalition ("MAC"), Artist Rights Alliance ("ARA"), and American Association of Independent Music ("A2IM") in the above-styled case.

3. I am admitted to practice in the Courts of the State of New York and the United States District Courts for the Southern District of New York. A copy of my Certificate of Good Standing from the Southern District of New York is attached hereto.

4.      No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against me.

5.      Nor have I been subject to a finding of contempt or sanction under 28 U.S.C. § 1927 by any court.

6.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**WHEREFORE**, I respectfully request that this Court grant this application and admit me to practice before this Court, *pro hac vice*.

Dated: February 15, 2024

_Frank P. Scibilia_
Frank P. Scibilia

2