# Exhibit 2

## Certificate of Good Standing

## Frank Scibilia

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____FRANK   PHILIP   SCIBILIA_____, Bar # _____FS3984_____

was duly admitted to practice in the Court on

_____January 14, 1997_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    _____February 9, 2024_____
New York, New York

_____Ruby J. Krajick_____    By    _____s/B.Cong_____
Clerk of Court                                    Deputy Clerk