# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **CONCORD MUSIC GROUP, INC., ET AL.,** | **Case No. 3:23-cv-01092** |
| **Plaintiffs,** | |
| **v.** | **Chief Judge Waverly D. Crenshaw, Jr.** |
| **ANTHROPIC PBC,** | **Magistrate Judge Alistair Newbern** |
| **Defendant.** | |

## AMENDED MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY MAYA KATALAN

Lauren Kilgore, of the law firm Shackelford Bowen McKinley & Norton, LLP, pursuant to Local Rule 83.01(b), hereby moves this Court for an Order granting Maya B. Katalan of the law firm Pryor Cashman LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of *amici curiae* Recording Industry Association of America ("RIAA"), National Music Publishers' Association ("NMPA"), the Association of American Publishers, Inc. ("AAP"), News/Media Alliance, Songwriters of North America ("SONA"), Black Music Action Coalition ("BMAC"), the Music Artists Coalition ("MAC"), Artist Rights Alliance ("ARA"), and American Association of Independent Music ("A2IM") in the above-styled case.  In support of this Motion, the undersigned states:

1.     No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against Maya B. Katalan.  Nor has Maya B. Katalan been subject to a finding of contempt or sanction under 28 U.S.C. § 1927 by any court.

2.     Pursuant to Local Rule 83.01(b)(1)-(2), the declaration and certificate of good standing of Maya B. Katalan are filed contemporaneously herewith.

3. Electronic payment has been submitted contemporaneously with this filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting Maya B. Katalan leave to appear *pro hac vice* for purposes of this action.

Dated: February 15, 2024

Respectfully Submitted,

SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP

*/s/ Lauren Kilgore*
Lauren Kilgore (TN Bar No. 30219)
Jacob T. Clabo (TN Bar No. 36760)
1 Music Circle South, Suite 300
Nashville, TN 37203
P: (615) 329-4440
F: (615) 329-4485
lkilgore@shackelford.law
jclabo@shackelford.law

PRYOR CASHMAN LLP

Frank P. Scibilia (*pro hac vice* pending)
Maya B. Katalan (*pro hac vice* pending)
7 Times Square, 40th Fl.
New York, NY 10036
(212) 421-4100
fscibilia@pryorcashman.com
mkatalan@pryorcashman.com

*Attorneys for Amicus Curiae Recording Industry Association of America, National Music Publishers' Association, the Association of American Publishers, Inc., News/Media Alliance, and Songwriters of North America*

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of *AMENDED MOTION TO APPEAR PRO HAC VICE FILED ON BEHALF OF ATTORNEY MAYA KATALAN* was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid, on February 15, 2024, to:

| | |
|---|---|
| Andrew Guerra, Esq.<br>Jennifer Pariser Esq.<br>Timothy Seungmin Chung, Esq.<br>OPPENHEIM & ZEBRAK, LLP<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>andrew@oandzlaw.com<br>jpariser@oandzlaw.com<br>tchung@oandzlaw.com | Audrey Adu-Appiah, Esq.<br>OPPENHEIM & ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>aadu-appiah@oandzlaw.com |
| Matthew J. Oppenheim, Esq.<br>Nicholas C. Hailey<br>OPPENHEIM & ZEBRAK, LLP<br>4530 Wisconsin Ave. N.W., 5th Floor<br>Washington, DC 20016<br>matt@oandzlaw.com<br>nick@oandzlaw.com | Steven Allen Riley, Esq.<br>Grace Peck, Esq.<br>Timothy G. Harvey, Esq.<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>sriley@rjfirm.com<br>gpeck@rjfirm.com<br>tharvey@rjfirm.com |
| Richard Dannay, Esq.<br>Richard S. Mandel, Esq.<br>Jonathan Z. King, Esq.<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>114 West 47th Street, Suite 2100<br>New York, NY 10036<br>rxd@cll.com<br>rsm@cll.com<br>jzk@cll.com | |
| ***Attorneys for Plaintiffs*** | |
| | |

| | |
|---|---|
| Allison Levine Stillman (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020-1345<br>(212) 906-1200<br>alli.stillman@lw.com | Joseph R. Wetzel, Esq.<br>Andrew M. Gass (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>joe.wetzel@lw.com<br>andrew.gass@lw.com |
| Sarang V. Damle, Esq.<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>sy.damle@lw.com | Aubrey B. Harwell III, Esq.<br>Nathan C. Sanders, Esq.<br>Olivia R. Arboneaux, Esq.<br>NEAL & HARWELL, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>tharwell@nealharwell.com<br>nsanders@nealharwell.com<br>oarboneaux@nealharwell.com |

***Attorneys for Defendant***

| | |
|---|---|
| Kevin C. Klein, Esq.<br>KLEIN SOLOMON MILLS, PLLC<br>1322 4th Avenue North<br>Nashville, TN 37208<br>kevin.klein@kleinpllc.com | Nicole Saad Bembridge, Esq.<br>NETCHOICE, LLC<br>1401 K St. NW, Suite 502<br>Washington, DC 20005<br>nsaadbembridge@netchoice.org |
| Eric P. Tuttle, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104<br>eric.tuttle@wsgr.com | |

***Attorneys for Amicus, NetChoice, LLC and Chamber of Progress, VA***

/s/ *Lauren Kilgore*
Lauren Kilgore