# Exhibit 2
## Certificate of Good Standing
## Maya Katalan

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__MAYA KATALAN__, Bar # __5931845__

was duly admitted to practice in the Court on

__June 13, 2023__

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.  
New York, New York

On __February 9, 2024__

Ruby J. Krajick  
Clerk of Court

By s/B.Cong  
Deputy Clerk