UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:23-cv-01092 |
| | ) |
| ANTHROPIC PBC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiffs' Motion to Ascertain Status. (Doc. No. 119). The Court notes that the pending motions in this case, including Defendant's Motion to Dismiss (Doc. No. 54) and Plaintiffs' Motion for Preliminary Injunction (Doc. No. 40), remain a priority on its docket and will be decided in due course. Although the Court will not provide a precise timeline for when the motions will be decided, the Court is cognizant of Plaintiff's request for "expedited disposition of the pending motions." (See Doc. No. 119 at 2). At this time, however, the Court does not find oral argument is needed to resolve the arguments and issues presented by the parties.

Accordingly, Plaintiffs' Motion to Ascertain Status (Doc. No. 119) is **GRANTED**, and Plaintiffs' Motion Requesting Oral Argument (Doc. No. 97) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE